```
Web PACER (v2.3)
Docket as of October 4, 2005 9:05 pm                 Page 1

Proceedings include all events.                        REOPEN  CONSOL
3:01cv988 Nursing Home Pension, et al v. Oracle Corporation, et al ROTO  REFER
                                                       STOP    CM/ECF
                                                  REOPEN  CONSOL
                                                  PROTO  REFER
                                                  STOP   CM/ECF

                      U.S. District Court
      U.S. District for the Northern District of California (S.F.)

               CIVIL DOCKET FOR CASE #: 01-CV-988

Nursing Home Pension, et al v. Oracle Corporation, et al    Filed: 03/09/01
Assigned to: Judge Martin J. Jenkins         Jury demand: Both
            Referred to: Magistrate Judge Joseph C. Spero
Demand: $0,000                        Nature of Suit:  850
Lead Docket: None                     Jurisdiction: Federal Question
Dkt# in other court: None

Cause: 15:78m(a) Securities Exchange Act


NURSING HOME PENSION FUND,       Darren J. Robbins
LOCAL 144                        [COR LD NTC]
      Plaintiff                  Milberg Weiss Bershad Hynes &
                                 Lerach LLP
                                 401 B Street
                                 Suite 1700
                                 San Diego, CA 92101
                                 619-231-1058

                                 Corey D. Holzer
                                 [COR NTC]
                                 Holzer Holzer & Cannon LLC
                                 1117 Perimeter Center West
                                 Suite E-107
                                 Atlanta, GA 30338
                                 770-392-0090

                                 Reed R. Kathrein
                                 [COR LD NTC]
                                 Lerach Coughlin Stoia Geller
                                 Rudman & Robbins LLP
                                 100 Pine Street, Suite 2600
                                 San Francisco, CA 94111
                                 415-288-4545

                                 Brian Murray
                                 [COR NTC]
                                 Murray Frank & Sailer LLP
                                 275 Madison Avenue
                                 Suite 801
                                 New York, NY 10016
                                 212-682-1818

                                 William S. Lerach
                                 [COR LD NTC]
```

Docket as of October 4, 2005 9:05 pm                Page 2

Proceedings include all events.                              REOPEN CONSOL
3:01cv988 Nursing Home Pension, et al v. Oracle Corporation, et al ROTO  REFER
                                                             STOP   CM/ECF

                                    Mark Solomon
                                    [COR LD NTC]
                                    Lerach Coughlin Stoia Geller
                                    Rudman & Robbins LLP
                                    655 West Broadway, Suite 1900
                                    San Diego, Ca 92101
                                    (619) 231-1058


UCFW LOCAL 56 RETAIL MEAT           Shawn a. Williams
PENSION FUND                        [COR NTC]
     Plaintiff                      Milberg Weiss Bershad Hynes &
                                    Lerach LLP
                                    100 Pine Street, Suite 2600
                                    San Francisco, CA 94111
                                    (415) 288-4545

                                    Eric J. Belfi
                                    [COR NTC]
                                    Murray Frank & Sailer LLP
                                    275 Madison Avenue
                                    Suite 801
                                    New York, NY 10016
                                    212-682-1818

                                    William S. Lerach
                                    (See above)
                                    [COR NTC]
                                    Mark Solomon
                                    (See above)
                                    [COR LD NTC]
                                    Douglas R. Britton
                                    [COR NTC]
                                    Lerach Coughlin Stoia Geller
                                    Rudman & Robbins LLP
                                    655 West Broadway, Suite 1900
                                    San Diego, Ca 92101
                                    (619) 231-1058


DRIFTON FINANCE CORPORATION         Shawn a. Williams
     Plaintiff                      (See above)
                                    [COR NTC]

                                    Eric J. Belfi
                                    (See above)
                                    [COR NTC]

                                    William S. Lerach
                                    (See above)
                                    [COR NTC]
                                    Mark Solomon
                                    (See above)
                                    [COR LD NTC]

Proceedings include all events.                         REOPEN CONSOL
3:01cv988 Nursing Home Pension, et al v. Oracle Corporation, et al ROTO  REFER
                                                         STOP   CM/ECF
                              Douglas R. Britton
                              (See above)
                              [COR NTC]


ROBERT D. SAWYER               Shawn a. Williams
        Plaintiff             (See above)
                              [COR NTC]

                              Eric J. Belfi
                              (See above)
                              [COR NTC]

                              William S. Lerach
                              (See above)
                              [COR NTC]
                              Mark Solomon
                              (See above)
                              [COR LD NTC]
                              Douglas R. Britton
                              (See above)
                              [COR NTC]


OLEG "ALEX" TREPETIN           Shawn a. Williams
        Plaintiff             (See above)
                              [COR NTC]

                              Eric J. Belfi
                              (See above)
                              [COR NTC]

                              William S. Lerach
                              (See above)
                              [COR NTC]
                              Mark Solomon
                              (See above)
                              [COR LD NTC]
                              Douglas R. Britton
                              (See above)
                              [COR NTC]


THOMAS WRIGHT                  Shawn a. Williams
        Plaintiff             (See above)
                              [COR NTC]

                              Eric J. Belfi
                              (See above)
                              [COR NTC]

                              William S. Lerach
                              (See above)
                              [COR NTC]

Proceedings include all events.                        REOPEN CONSOL
3:01cv988 Nursing Home Pension, et al v. Oracle Corporation, et al ROTO  REFER
                                                       STOP   CM/ECF
                              Mark Solomon
                              (See above)
                              [COR LD NTC]
                              Douglas R. Britton
                              (See above)
                              [COR NTC]


DZUNG CHU                     Shawn a. Williams
        Plaintiff             (See above)
                              [COR NTC]

                              Eric J. Belfi
                              (See above)
                              [COR NTC]

                              William S. Lerach
                              (See above)
                              [COR NTC]
                              Mark Solomon
                              (See above)
                              [COR LD NTC]
                              Douglas R. Britton
                              (See above)
                              [COR NTC]


RYAN KUEHMICHEL               Shawn a. Williams
        Plaintiff             (See above)
                              [COR NTC]

                              Eric J. Belfi
                              (See above)
                              [COR NTC]

                              William S. Lerach
                              (See above)
                              [COR NTC]
                              Mark Solomon
                              (See above)
                              [COR LD NTC]
                              Douglas R. Britton
                              (See above)
                              [COR NTC]


MISOP LESSARD                 Shawn a. Williams
        Plaintiff             (See above)
                              [COR NTC]

                              Eric J. Belfi
                              (See above)
                              [COR NTC]

Proceedings include all events.                          REOPEN CONSOL
3:01cv988 Nursing Home Pension, et al v. Oracle Corporation, et al ROTO  REFER
                                                        STOP   CM/ECF
                              William S. Lerach
                              (See above)
                              [COR NTC]
                              Mark Solomon
                              (See above)
                              [COR LD NTC]
                              Douglas R. Britton
                              (See above)
                              [COR NTC]


KE WAN                        Shawn a. Williams
     Plaintiff                (See above)
                              [COR NTC]

                              Eric J. Belfi
                              (See above)
                              [COR NTC]

                              William S. Lerach
                              (See above)
                              [COR NTC]
                              Mark Solomon
                              (See above)
                              [COR LD NTC]
                              Douglas R. Britton
                              (See above)
                              [COR NTC]


STATE DERIVATIVE ACTIONS,     Nicole Lavallee
JUDICIAL COUNCIL COORDINATION [COR LD NTC]
PROCEEDING NO. 4180           Berman DeValerio Pease Tabacco
     Intervenor-Plaintiff     Burt & Pucillo
                              425 California St
                              Ste 2025
                              San Francisco, CA 94104
                              (415) 433-3200


     v.


ORACLE CORPORATION            Dorian Daley
     defendant                [COR LD NTC]
                              Lauren G. Segal
                              [COR NTC]
                              Oracle Corporation
                              500 Oracle Parkway
                              Redwood City, CA 94065
                              (415) 506-7000

                              Steven O. Kramer
                              [COR NTC]

Proceedings include all events.                          REOPEN CONSOL
3:01cv988 Nursing Home Pension, et al v. Oracle Corporation, et al ROTO  REFER
                                                          STOP   CM/ECF

                              Jamie E. Wrage
                              [COR LD NTC]
                              Mayer Brown & Platt
                              350 So Grand Ave 25th Flr
                              Los Angeles, CA 90071
                              (213) 229-9500

                              Javier H. Rubinstein
                              [COR NTC]
                              Javier H. Rubenstein
                              [COR NTC]
                              Alan N. Salpeter
                              [COR NTC]
                              Mayer Brown & Platt
                              190 So LaSalle St
                              Chicago, IL 60603
                              (312) 701-7317

                              Lee H. Rubin
                              [COR NTC]
                              Donald M. Falk
                              [COR NTC]
                              Shirish Gupta
                              [COR NTC]
                              Mayer Brown Rowe & Maw LLP
                              Two Palo Alto Square
                              Suite 300
                              Palo Alto, CA 94306
                              650-331-2000

                              James C. Maroulis
                              [COR NTC]
                              Oracle Corporation
                              500 Oracle Parkway
                              Mailstop 5OP7
                              Redwood Shores, CA 94065
                              650-506-5200


LAWRENCE J. ELLISON            Dorian Daley
     defendant                 (See above)
                               [COR NTC]
                               Lauren G. Segal
                               (See above)
                               [COR NTC]

                               Steven O. Kramer
                               (See above)
                               [COR NTC]
                               Jamie E. Wrage
                               (See above)
                               [COR LD NTC]

                               Javier H. Rubinstein

```
Docket as of October 4, 2005 9:05 pm                Page 7
```

Proceedings include all events.                          REOPEN CONSOL
3:01cv988 Nursing Home Pension, et al v. Oracle Corporation, et al ROTO  REFER
                                                         STOP   CM/ECF
                               (See above)
                               [COR NTC]
                               Javier H. Rubenstein
                               (See above)
                               [COR NTC]
                               Alan N. Salpeter
                               (See above)
                               [COR NTC]

                               Lee H. Rubin
                               (See above)
                               [COR NTC]
                               Donald M. Falk
                               (See above)
                               [COR NTC]
                               Shirish Gupta
                               (See above)
                               [COR NTC]

                               James C. Maroulis
                               (See above)
                               [COR NTC]


JEFFREY O. HENLEY             Javier H. Rubinstein
     defendant                (See above)
                               [COR NTC]

                               Lee H. Rubin
                               (See above)
                               [COR NTC]
                               Donald M. Falk
                               (See above)
                               [COR NTC]
                               Shirish Gupta
                               (See above)
                               [COR NTC]

                               James C. Maroulis
                               (See above)
                               [COR NTC]


EDWARD J. SANDERSON          Javier H. Rubinstein
     defendant                (See above)
                               [COR NTC]

                               Lee H. Rubin
                               (See above)
                               [COR NTC]
                               Donald M. Falk
                               (See above)
                               [COR NTC]
                               Shirish Gupta

```
Docket as of October 4, 2005 9:05 pm              Page 8

Proceedings include all events.                     REOPEN CONSOL
3:01cv988 Nursing Home Pension, et al v. Oracle Corporation, et al ROTO  REFER
                                                    STOP   CM/ECF
                        (See above)
                        [COR NTC]

                        James C. Maroulis
                        (See above)
                        [COR NTC]
```

Docket as of October 4, 2005 9:05 pm                    Page 9

Proceedings include all events.                         REOPEN CONSOL
3:01cv988 Nursing Home Pension, et al v. Oracle Corporation, et al ROTO  REFER
                                                        STOP  CM/ECF

3/9/01   1       COMPLAINT  Summons(es) issued; Fee status pd entered on
                 3/9/01  in the amount of $ 150.00 ( Receipt No. 3320068);
                 jury demand    [3:01-cv-00988] (ga) [Entry date 03/12/01]
                 [3:01cv988]

3/9/01   2       ORDER RE PROCEDURE and SCHEDULE  by Mag. Judge Maria-Elena
                 James  : Plaintiff to file requisite certificate on 3/9/01 ;
                  Last day for pltf to file copy of class action notice
                 3/29/01 ; Proof of service to be filed by 4/23/01 ;  (cc:
                 all counsel) Plaintiff to file motion to serve as lead
                 plaintiff 60 days after publication of notice. (ga)
                 [Entry date 03/12/01] [3:01cv988]

3/19/01  3       RETURN OF SERVICE executed upon defendant Oracle
                 Corporation, defendant Lawrence J. Ellison  on 3/13/01
                 [3:01-cv-00988] (ga) [Entry date 03/20/01] [3:01cv988]

3/20/01  4       SERVICE by publication upon defendant Oracle Corporation
                 on 3/9/01 [3:01-cv-00988] (ga) [Entry date 03/21/01]
                 [3:01cv988]

3/26/01  6       ORDER  by Mag. Judge Maria-Elena James  granting  related
                 case notice [5-1] ( Date Entered: 3.29.01) (cc:  all
                 counsel) [3:01-cv-00988] (cgd) [Entry date 03/29/01]
                 [3:01cv988]

3/26/01  --      Docket Modification (Administrative) to order [6-1]
                 relating cases; 01-1160, 01-1113, 01-1097, 01-1048,
                 01-1047, 01-1040, 01-1036, 01-1030, 01-1011, 01-1001,
                 01-1237 [3:01-cv-00988] (ga) [Entry date 04/02/01]
                 [3:01cv988]

3/27/01  5       NOTICE by defendant Oracle Corporation in 3:01-cv-00988 of
                 related case(s) C01-1113 SC, C01-1097 JL, C01-20210 PVT,
                 C01-1011 JL, C01-1036 EDL, C01-1040 BZ. [3:01-cv-00988] (cgd)
                 [Entry date 03/28/01] [3:01cv988]

4/11/01  7       Request for reassignment to a U.S. District Judge for trial
                 and disposition by defendant Oracle Corporation (ga)
                 [Entry date 04/16/01] [3:01cv988]

4/12/01  8       ORDER  by Mag. Judge Maria-Elena James of impending
                 reassignment to a United States District Judge ( Date
                 Entered: 4/19/01) (cc:  all counsel)  [3:01-cv-00988,
                 3:00-cv-01174, 3:01-cv-01001, 3:01-cv-01011, 3:01-cv-01030,
                 3:01-cv-01036, 3:01-cv-01040, 3:01-cv-01047, 3:01-cv-01048,
                 3:01-cv-01097, 3:01-cv-01113, 3:01-cv-01160, 3:01-cv-01174,
                 3:01-cv-01237] (ga) [Entry date 04/19/01]
                 [Edit date 04/20/01] [3:01cv1001 3:01cv1011 3:01cv1030
                 3:01cv1036 3:01cv1040 3:01cv1047 3:01cv1048 3:01cv1097
                 3:01cv1113 3:01cv1160 3:01cv1174 3:01cv1237 3:01cv988]

Proceedings include all events.                                    REOPEN CONSOL
3:01cv988 Nursing Home Pension, et al v. Oracle Corporation, et al ROTO  REFER
                                                                   STOP   CM/ECF

4/16/01  9     ORDER  by Executive Committee Case reassigned   to Judge
               Martin J. Jenkins ( Date Entered: 4/20/01) (cc:  all
               counsel) [3:01-cv-00988] (ga) [Entry date 04/20/01]
               [Edit date 04/20/01] [3:01cv988]

4/24/01  10    STIPULATION and ORDER by Judge Martin J. Jenkins :
               extending time to answer (cc: all counsel)
               [3:01-cv-00988] (slh) [Entry date 05/02/01] [3:01cv988]

5/7/01   11    NOTICE OF MOTION AND MOTION before Judge Martin J. Jenkins
               by Plaintiff to appoint C. James Cox as lead plaintiff
               with Notice set for 6/19/01 at 9:30 [3:01-cv-00988] (slh)
               [Entry date 05/09/01] [3:01cv988]

5/7/01   12    DECLARATION by Betsy C. Manifold on behalf of Plaintiff in
               support of motion to appoint C. James Cox as lead plaintiff
               [11-1] [3:01-cv-00988] (slh) [Entry date 05/09/01]
               [3:01cv988]

5/7/01   --    RECEIVED Proposed Order re: motion to appoint C. James Cox
               as lead plaintiff [11-1] [3:01-cv-00988] (slh)
               [Entry date 05/09/01] [3:01cv988]

5/7/01   13    CERTIFICATION of interested entities or persons
               [3:01-cv-00988] (slh) [Entry date 05/09/01] [3:01cv988]

5/8/01   14    MOTION before Judge Martin J. Jenkins to consolidate
               related cases, to appoint movants M&G Investment Mgmt and
               Sumner Rulon-Miller as lead plaintiffs and approve lead
               plaintiffs' choice of counsel with Notice set for 6/14/01
               at 10:00 [3:01-cv-00988] (slh) [Entry date 05/10/01]
               [Edit date 05/10/01] [3:01cv988]

5/8/01   15    DECLARATION by Gregory M. Egleston in support of motion to
               consolidate related cases [14-1], and to appoint movants
               M&G Investment Mgmt and Sumner Rulon-Miller as lead
               plaintiffs and approve lead plaintiffs' choice of counsel
               [14-2] [3:01-cv-00988] (slh) [Entry date 05/10/01]
               [3:01cv988]

5/8/01   16    CERTIFICATION of Robert A. Jigarjian pursuant to L.R.
               3-7(d) [3:01-cv-00988] (slh) [Entry date 05/10/01]
               [3:01cv988]

5/8/01   17    CERTIFICATION of Daniel C. Girard pursuant to L.R. 3-7(d)
               [3:01-cv-00988] (slh) [Entry date 05/10/01] [3:01cv988]

5/8/01   18    CERTIFICATION of Gregory M. Egleston pursuant to L.R.
               3-7(d) [3:01-cv-00988] (slh) [Entry date 05/10/01]
               [3:01cv988]

Proceedings include all events.                               REOPEN CONSOL
3:01cv988 Nursing Home Pension, et al v. Oracle Corporation, et al ROTO  REFER
                                                             STOP   CM/ECF

| | | |
|---|---|---|
| 5/8/01 | 19 | PROOF OF SERVICE of motion to consolidate related cases [14-1], motion to appoint movants M&G Investment Mgmt and Sumner Rulon-Miller as lead plaintiffs and approve lead plaintiffs' choice of counsel [14-2], declaration [15-1], certificate [16-1], certificate [17-1], certificate [18-1] [3:01-cv-00988] (slh) [Entry date 05/10/01] [3:01cv988] |
| 5/8/01 | 20 | NOTICE OF MOTION AND MOTION WITH MEMORANDUM OF POINTS AND AUTHORITIES  before Judge Martin J. Jenkins  by Plaintiff in 3:01-cv-00988 to appoint UFCW Local 56 Retail Meat Pension Fund, Robert D. Sawyer, Local 144 Nursing Home Pension Fund and Drifton Finance Corp as lead plaintiff with Notice set for 6/12/01 at 9:00 [3:01-cv-00988] (slh) [Entry date 05/10/01] [Edit date 05/10/01] [3:01cv988] |
| 5/8/01 | 21 | DECLARATION by Douglas R. Britton on behalf of Plaintiff in support of motion to appoint UFCW Local 56 Retail Meat Pension Fund, Robert D. Sawyer, Local 144 Nursing Home Pension Fund and Drifton Finance Corp as lead plaintiff [20-1]  [3:01-cv-00988] (slh) [Entry date 05/10/01] [3:01cv988] |
| 5/8/01 | 22 | NOTICE OF MOTION AND MOTION WITH MEMORANDUM OF POINTS AND AUTHORITIES before Judge Martin J. Jenkins by Plaintiff to consolidate related actions with Notice set for 6/12/01 at 9:00 [3:01-cv-00988] (slh) [Entry date 05/10/01] [3:01cv988] |
| 5/8/01 | -- | RECEIVED Proposed Order (Plaintiff) re: motion to appoint UFCW Local 56 Retail Meat Pension Fund, Robert D. Sawyer, Local 144 Nursing Home Pension Fund and Drifton Finance Corp as lead plaintiff [20-1] [3:01-cv-00988] (slh) [Entry date 05/10/01] [3:01cv988] |
| 5/8/01 | 23 | CERTIFICATE of William S. Lerach pursuant to L.R. 3-7(d) [3:01-cv-00988] (slh) [Entry date 05/10/01] [3:01cv988] |
| 5/8/01 | 24 | CERTIFICATE of Mark Solomon pursuant to L.R. 3-7(d) [3:01-cv-00988] (slh) [Entry date 05/10/01] [3:01cv988] |
| 5/8/01 | -- | RECEIVED Proposed Order (Plaintiff) re: motion to appoint UFCW Local 56 Retail Meat Pension Fund, Robert D. Sawyer, Local 144 Nursing Home Pension Fund and Drifton Finance Corp as lead plaintiff [20-1] [3:01-cv-00988] (slh) [Entry date 05/10/01] [3:01cv988] |
| 5/9/01 | 25 | CERTIFICATION of Mel E. Lifshitz pursuant to LR 3-7(d) [3:01-cv-00988] (slh) [Entry date 05/15/01] [3:01cv988] |
| 5/15/01 | 26 | RE-NOTICE of hearing by Plaintiff setting motion to appoint UFCW Local 56 Retail Meat Pension Fund, Robert D. Sawyer, Local 144 Nursing Home Pension Fund and Drifton Finance Corp as lead plaintiff [20-1] ; hearing reset for 9:30 6/19/01 [3:01-cv-00988] (slh) [Entry date 05/16/01] |

Docket as of October 4, 2005 9:05 pm                    Page 12

Proceedings include all events.                                    REOPEN CONSOL
3:01cv988 Nursing Home Pension, et al v. Oracle Corporation, et al ROTO  REFER
                                                                   STOP  CM/ECF
              [3:01cv988]

5/15/01  27     NOTICE by Plaintiff of entry of Order to continue CM conf.
                [3:01-cv-00988] (ga) [Entry date 05/22/01] [3:01cv988]

5/22/01  28     OPPOSITION by the Jose Group to motion to appoint UFCW
                Local 56 Retail Meat Pension Fund, Robert D. Sawyer, Local
                144 Nursing Home Pension Fund and Drifton Finance Corp as
                lead plaintiff [20-1] [3:01-cv-00988] (slh)
                [Entry date 05/23/01] [3:01cv988]

5/22/01  29     DECLARATION by Timothy J. Burke on behalf of the Jose Group
                in opposition to motion to appoint UFCW Local 56 Retail
                Meat Pension Fund, Robert D. Sawyer, Local 144 Nursing Home
                Pension Fund and Drifton Finance Corp as lead plaintiff
                [20-1] [3:01-cv-00988] (slh) [Entry date 05/23/01]
                [3:01cv988]

5/24/01  31     NOTICE by defendant Oracle Corporation in 3:01-cv-00988
                withdrawing motion to consolidate related cases [14-1]
                [3:01-cv-00988] (ga) [Entry date 05/29/01] [3:01cv988]

5/25/01  30     NOTICE withdrawing motion to appoint C. James Cox as lead
                plaintiff [11-1] [3:01-cv-00988] (slh) [3:01cv988]

5/29/01  32     OPPOSITION by Plaintiff to the motion of the Jose Group to
                be appointed lead plaintiff [3:01-cv-00988] (slh)
                [Entry date 05/30/01] [3:01cv988]

5/29/01  33     DECLARATION by Douglas R. Britton on behalf of Plaintiff in
                opposition to motion to appoint C. James Cox as lead
                plaintiff [11-1] [3:01-cv-00988] (slh)
                [Entry date 05/30/01] [3:01cv988]

5/30/01  34     RESPONSE by defendant to motion to appoint movants M&G
                Investment Mgmt and Sumner Rulon-Miller as lead plaintiffs
                and approve lead plaintiffs' choice of counsel [14-2], and
                motion to appoint UFCW Local 56 Retail Meat Pension Fund,
                Robert D. Sawyer, Local 144 Nursing Home Pension Fund and
                Drifton Finance Corp as lead plaintiff [20-1]
                [3:01-cv-00988] (slh) [Entry date 05/31/01] [3:01cv988]

6/5/01   35     NOTICE by The Jose Group withdrawing motion to be appointed
                lead plaintiff and their opposition to appoint UFCW Local
                56, et al's as lead plaintiff  [3:01-cv-00988] (slh)
                [Entry date 06/06/01] [3:01cv988]

6/5/01   36     REPLY by Plaintiff in support of motion to appoint UFCW
                Local 56 Retail Meat Pension Fund, Robert D. Sawyer, Local
                144 Nursing Home Pension Fund and Drifton Finance Corp as
                lead plaintiff [20-1] [3:01-cv-00988] (slh)
                [Entry date 06/06/01] [3:01cv988]

Proceedings include all events.                            REOPEN CONSOL
3:01cv988 Nursing Home Pension, et al v. Oracle Corporation, et al ROTO   REFER
                                                           STOP  CM/ECF

6/20/01  37     ORDER by Judge Martin J. Jenkins granting motion to
                consolidate related actions [22-1], and consolidating case
                to C-01-1001-MJJ, et al.  [3:01-cv-00988] (tn)
                [Entry date 06/28/01] [3:01cv988]

6/20/01  38     ORDER by Judge Martin J. Jenkins granting  motion to
                appoint UFCW Local 56 Retail Meat Pension Fund, Robert D.
                Sawyer, Local 144 Nursing Home Pension Fund and Drifton
                Finance Corp as lead plaintiff [20-1], and granting  motion
                to appoint movants M&G Investment Mgmt and Sumner
                Rulon-Miller as lead plaintiffs and approve lead
                plaintiffs' choice of counsel [14-2] (cc: all counsel)
                [3:01-cv-00988] (tn) [Entry date 06/28/01] [3:01cv988]

6/20/01  39     CLERK'S NOTICE Case Management Conference set for 2:00
                p.m. on 9/11/01, and the joint case management statement
                is due 10 days prior to the hearing [3:01-cv-00988] (tn)
                [Entry date 06/28/01] [3:01cv988]

6/22/01  40     NOTICE by Plaintiffs in 3:01-cv-00988 of entry of order
                [38-1]  [3:01-cv-00988] (tn) [Entry date 06/28/01]
                [3:01cv988]

6/22/01  41     NOTICE by Plaintiffs in 3:01-cv-00988 of clerk's notice
                [39-1]  [3:01-cv-00988] (tn) [Entry date 06/28/01]
                [3:01cv988]

6/22/01  42     NOTICE by Plaintiffs in 3:01-cv-00988 of entry of order
                [37-2]  [3:01-cv-00988] (tn) [Entry date 06/28/01]
                [3:01cv988]

8/3/01   43     CONSOLIDATED CLASS ACTION COMPLAINT; jury demand
                [3:01-cv-00988] (slh) [Entry date 08/06/01] [3:01cv988]

8/3/01   --     Docket Modification (Administrative) to complaint [43-1]
                 [3:01-cv-00988] (slh) [Entry date 08/06/01]
                [3:01cv988]

8/16/01  44     ORDER by Judge Martin J. Jenkins relating cases
                3:01-cv-988 with member case 3:01-cv-1289 (cc: all
                counsel)  [3:01-cv-00988] (slh) [Entry date 08/30/01]
                [3:01cv988]

8/22/01  45     WAIVER OF SERVICE by defendant Jeffrey O. Henley in
                3:01-cv-00988 served on 8/17/01   [3:01-cv-00988] (slh)
                [Entry date 09/04/01] [3:01cv988]

8/31/01  46     JOINT CASE MANAGEMENT STATEMENT and PROPOSED ORDER filed.
                [3:01-cv-00988] (hdj) [Entry date 09/05/01] [3:01cv988]

9/6/01   47     ORDER by Judge Martin J. Jenkins relating cases
                3:01-cv-988 with member cases 3:01-cv-20263 (C01-3373), and
                3:01-cv-20304 (C01-3374) (Date Entered: 9/10/01) (cc: all
                counsel)  [3:01-cv-00988] (slh) [Entry date 09/10/01]

Proceedings include all events.                          REOPEN CONSOL
3:01cv988 Nursing Home Pension, et al v. Oracle Corporation, et al ROTO   REFER
                                                          STOP   CM/ECF
          [3:01cv988]

9/6/01   48      DECLARATION AND OPPOSITION by Plaintiff to defendants'
                 proposed briefing schedule for their response to the
                 consolidated Complaint and plaintiffs' proposed briefing
                 schedule. [3:01-cv-00988] (slh) [Entry date 09/10/01]
                 [3:01cv988]

9/10/01  49      MOTION before Judge Martin J. Jenkins by defendant for
                 attorney Alan N. Salpeter to appear pro hac vice; fee
                 status pd. [3:01-cv-00988] (slh) [Entry date 09/12/01]
                 [3:01cv988]

9/14/01  50      AMENDED PROOF OF SERVICE of motion for attorney Alan N.
                 Salpeter to appear pro hac vice [49-1] [3:01-cv-00988] (slh)
                 [Entry date 09/18/01] [3:01cv988]

9/14/01  51      ORDER by Judge Martin J. Jenkins GRANTING defendants'
                 motion for attorney Alan N. Salpeter to appear pro hac vice
                 [49-1] (Date Entered: 9/18/01) (cc:  all counsel)
                 [3:01-cv-00988] (slh) [Entry date 09/18/01] [3:01cv988]

9/17/01  52      CLERK'S NOTICE Case Management Conference set for 2:00
                 9/25/01 ; [3:01-cv-00988] (hdj) [Entry date 09/20/01]
                 [3:01cv988]

9/18/01  53      STIPULATION and ORDER by Judge Martin J. Jenkins regarding
                 briefing schedule; defendants shall file their response to
                 the Consolidated Complaint [43-1] no later than 9/24/01;
                 plaintiff's opposition due 11/9/01; defendant's reply due
                 11/30/01; the Court will hear argument on defendants'
                 response to the Consolidated Complaint on 12/18/01 (or at
                 such other time the Court may set) (cc: all counsel)
                 [3:01-cv-00988] (slh) [Entry date 09/21/01] [3:01cv988]

9/20/01  54      NOTICE by Plaintiff Nursing Home Pension in 3:01-cv-00988,
                 Plaintiff UCFW Local 56 Retail Meat Pension in
                 3:01-cv-00988, Plaintiff Drifton Finance Corp in
                 3:01-cv-00988, Plaintiff Robert D. Sawyer in 3:01-cv-00988,
                 Plaintiff Oleg "Alex" Trepetin in 3:01-cv-00988, Plaintiff
                 Thomas Wright in 3:01-cv-00988, Plaintiff Dzung Chu in
                 3:01-cv-00988, Plaintiff Ryan Kuehmichel in 3:01-cv-00988,
                 Plaintiff Misop Lessard in 3:01-cv-00988, Plaintiff Ke Wan
                 in 3:01-cv-00988 of entry of order [53-1] [3:01-cv-00988]
                 (gba) [Entry date 09/24/01] [3:01cv988]

9/20/01  55      NOTICE by defendant Oracle Corporation in 3:01-cv-00988,
                 defendant Lawrence J. Ellison in 3:01-cv-00988, defendant
                 Jeffrey O. Henley in 3:01-cv-00988 of entry of order [51-1]
                  [3:01-cv-00988] (gba) [Entry date 09/24/01]
                 [3:01cv988]

Docket as of October 4, 2005 9:05 pm                    Page 15

Proceedings include all events.                                    REOPEN CONSOL
3:01cv988 Nursing Home Pension, et al v. Oracle Corporation, et al ROTO  REFER
                                                                   STOP  CM/ECF

9/24/01  56    NOTICE OF MOTION AND MOTION before Judge Martin J. Jenkins
               by defendants in 3:01-cv-00988 to dismiss consolidated
               complaint with Notice set for 12/18/01 at 9:30.
               [3:01-cv-00988] (slh) [Entry date 09/25/01] [3:01cv988]

9/24/01  57    APPENDIX OF ALLEGATIONS in consolidated complaint filed by
               defendants in support of motion to dismiss consolidated
               complaint [56-1]  [3:01-cv-00988] (slh)
               [Entry date 09/25/01] [3:01cv988]

9/24/01  58    APPENDIX of recent and unpublished cases filed by
               defendants  [3:01-cv-00988] (slh) [Entry date 09/25/01]
               [3:01cv988]

9/24/01  59    REQUEST FOR JUDICIAL NOTICE by defendant in support of
               motion to dismiss consolidated complaint [56-1]
               [3:01-cv-00988] (slh) [Entry date 09/25/01] [3:01cv988]

9/24/01  60    PROOF OF SERVICE by defendant in 3:01-cv-00988 of motion to
               dismiss consolidated complaint [56-1], documents [57-1],
               documents [58-1], request [59-1] [3:01-cv-00988] (slh)
               [Entry date 09/25/01] [3:01cv988]

9/25/01  61    NOTICE by Plaintiff of change of address [3:01-cv-00988]
               (slh) [Entry date 09/27/01] [3:01cv988]

11/9/01  62    OPPOSITION by Plaintiffs to defendants' motion to dismiss
               consolidated complaint [56-1] [3:01-cv-00988] (slh)
               [Entry date 11/13/01] [3:01cv988]

11/9/01  63    DECLARATION by Shawn A. Williams on behalf of Plaintiff in
               opposition to motion to dismiss consolidated complaint
               [56-1]  [3:01-cv-00988] (slh) [Entry date 11/13/01]
               [3:01cv988]

11/9/01  64    REQUEST FOR JUDICIAL NOTICE by Plaintiff in opposition to
               motion to dismiss consolidated complaint [56-1]
               [3:01-cv-00988] (slh) [Entry date 11/13/01] [3:01cv988]

11/9/01  65    RESPONSE by Plaintiff to defendants' request for judicial
               notice [59-1] [3:01-cv-00988] (slh) [Entry date 11/13/01]
               [3:01cv988]

11/30/01 66    SUPPLEMENT by defendants to Request for Judicial Notice
               [59-1] in support of motion to dismiss consolidated
               complaint [56-1] [3:01-cv-00988] (slh) [Entry date 12/03/01]
               [3:01cv988]

11/30/01 67    REPLY MEMORANDUM OF POINTS AND AUTHORITIES by defendants in
               support of motion to dismiss consolidated complaint [56-1]
               [3:01-cv-00988] (slh) [Entry date 12/03/01] [3:01cv988]

11/30/01 68    REPLY BRIEF by defendants in support of Request for
               Judicial Notice [59-1] [3:01-cv-00988] (slh)

Proceedings include all events.                            REOPEN CONSOL
3:01cv988 Nursing Home Pension, et al v. Oracle Corporation, et al ROTO  REFER
                                                          STOP   CM/ECF
                    [Entry date 12/03/01] [3:01cv988]

11/30/01 69         OBJECTIONS by defendant in 3:01-cv-00988 to plaintiff's
                    Request for Judicial Notice [64-1] [3:01-cv-00988] (slh)
                    [Entry date 12/03/01] [3:01cv988]

11/30/01 70         SUPPLEMENTAL APPENDIX filed by defendants of recent and
                    unpublished cases.  [3:01-cv-00988] (slh)
                    [Entry date 12/03/01] [3:01cv988]

11/30/01 71         PROOF OF SERVICE by defendant in 3:01-cv-00988 of [66-1],
                    reply [67-1], reply [68-1], objection [69-1], documents
                    [70-1] [3:01-cv-00988] (slh) [Entry date 12/03/01]
                    [3:01cv988]

12/5/01  72         NOTICE by Plaintiff in 3:01-cv-00988 of change of address
                    [3:01-cv-00988] (slh) [Entry date 12/07/01] [3:01cv988]

12/7/01  73         REPLY by Plaintiffs in support of Request for Judicial
                    Notice [64-1] [3:01-cv-00988] (slh) [Entry date 12/11/01]
                    [3:01cv988]

12/13/01 74         NOTICE by defendant of filing recent authority.
                    [3:01-cv-00988] (slh) [Entry date 12/14/01] [3:01cv988]

12/13/01 75         ORDER by Judge Martin J. Jenkins for attorney Javier H.
                    Rubinstein to appear pro hac vice for defendants; fee
                    status pd. (Date Entered: 12/14/01) (cc: all counsel)
                    [3:01-cv-00988] (slh) [Entry date 12/14/01] [3:01cv988]

12/18/01 76         MINUTES: (C/R Joan Columbini) (Hearing Date: 12/18/01) that
                    defendants' motion to dismiss consolidated complaint [56-1]
                    is submitted; defendant shall file a 2 page response by
                    12/21/01; Court to issue Order. [3:01-cv-00988] (slh)
                    [Entry date 12/26/01] [3:01cv988]

12/21/01 77         POST-HEARING SUBMISSION by Plaintiffs in support of their
                    opposition to defendants' motion to dismiss consolidated
                    complaint [56-1]  [3:01-cv-00988] (slh)
                    [Entry date 01/08/02] [3:01cv988]

1/9/02   78         REPORTER'S TRANSCRIPT;  Date of proceedings: 12/18/01 (C/R:
                    Joan Columbini) minutes [76-1]  [3:01-cv-00988] (slh)
                    [Entry date 01/18/02] [3:01cv988]

2/15/02  79         NOTICE by defendants of filing recent authority.
                    [3:01-cv-00988] (slh) [Entry date 02/20/02] [3:01cv988]

3/12/02  80         ORDER by Judge Martin J. Jenkins GRANTING without prejudice
                    defendant's motion to dismiss consolidated complaint [56-1];
                     plaintiffs shall file an amended complaint within 30 days.
                    (Date Entered: 3/14/02) (cc: all counsel)  [3:01-cv-00988]
                    (slh) [Entry date 03/14/02] [3:01cv988]

Docket as of October 4, 2005 9:05 pm                 Page 17

Proceedings include all events.                                       REOPEN CONSOL
3:01cv988 Nursing Home Pension, et al v. Oracle Corporation, et al ROTO   REFER
                                                                     STOP   CM/ECF

3/28/02  81    NOTICE by defendant Oracle Corporation in 3:01-cv-00988 of
               related case(s) C 02-1304 SC [3:01-cv-00988] (slh)
               [Entry date 04/01/02] [3:01cv988]

4/10/02  82    FIRST AMENDED CONSOLIDATED CLASS ACTION COMPLAINT [43-1] by
               lead Plaintiffs; jury demand   [3:01-cv-00988] (slh)
               [Entry date 04/11/02] [3:01cv988]

4/10/02  83    APPENDIX OF EXHIBITS filed by Plaintiff re first amended
               consolidated class action complaint [82-1]  [3:01-cv-00988]
               (slh) [Entry date 04/11/02] [3:01cv988]

4/24/02  84    STIPULATION and ORDER by Judge Martin J. Jenkins setting
               schedule for defendants' response to first amended
               consolidated complaint: defendant's motion to dismiss due
               5/10/02; plaintiff's opposition due 6/10/02; defendant's
               reply due 6/25/02; oral arugment shall be notice for 7/9/02
               at 9:30. (cc: all counsel) [3:01-cv-00988] (slh)
               [Entry date 04/29/02] [3:01cv988]

5/6/02   85    PROOF OF SERVICE by Plaintiff in 3:01-cv-00988 of
               stipulation and order [84-1] [3:01-cv-00988] (slh)
               [Entry date 05/07/02] [3:01cv988]

5/10/02  86    NOTICE OF MOTION AND MOTION before Judge Martin J. Jenkins
               by defendant to dismiss first amended consolidated
               complaint with Notice set for 7/9/02 at 9:30
               [3:01-cv-00988] (slh) [Entry date 05/13/02] [3:01cv988]

5/10/02  87    MEMORANDUM OF POINTS AND AUTHORITIES by defendant in
               support of motion to dismiss first amended consolidated
               complaint [86-1] [3:01-cv-00988] (slh) [Entry date 05/13/02]
               [3:01cv988]

5/10/02  88    APPENDIX of Confidential Witness Allegations filed by
               defendant re motion to dismiss first amended consolidated
               complaint [86-1]  [3:01-cv-00988] (slh)
               [Entry date 05/13/02] [3:01cv988]

5/10/02  89    APPENDIX OF ALLEGATIONS filed by defendant re motion to
               dismiss first amended consolidated complaint [86-1]
                [3:01-cv-00988] (slh) [Entry date 05/13/02]
               [3:01cv988]

5/10/02  90    REQUEST FOR JUDICIAL NOTICE by defendant in support of
               motion to dismiss first amended consolidated complaint
               [86-1] [3:01-cv-00988] (slh) [Entry date 05/13/02]
               [3:01cv988]

5/10/02  91    APPENDIX OF RECENT AND UNPUBLISHED CASES filed by defendant
                re motion to dismiss first amended consolidated complaint
               [86-1] [3:01-cv-00988] (slh) [Entry date 05/13/02]
               [3:01cv988]

Docket as of October 4, 2005 9:05 pm                    Page 18

Proceedings include all events.                                    REOPEN CONSOL
3:01cv988 Nursing Home Pension, et al v. Oracle Corporation, et al ROTO   REFER
                                                                   STOP   CM/ECF

5/10/02   92    PROOF OF SERVICE by defendant in 3:01-cv-00988 of motion to
                dismiss first amended consolidated complaint [86-1],
                memorandum [87-1], appendix [88-1], appendix [89-1],
                request [90-1], appendix [91-1] [3:01-cv-00988] (slh)
                [Entry date 05/13/02] [3:01cv988]

6/10/02   93    OPPOSITION by Plaintiffs to defendant's motion to dismiss
                first amended consolidated complaint [86-1] [3:01-cv-00988]
                (slh) [Entry date 06/11/02] [3:01cv988]

6/10/02   94    DECLARATION by counsel on behalf of Plaintiff in opposition
                to motion to dismiss first amended consolidated complaint
                [86-1] [3:01-cv-00988] (slh) [Entry date 06/11/02]
                [3:01cv988]

6/10/02   95    RESPONSE by Plaintiff to defendant's request for judicial
                notice [90-1] [3:01-cv-00988] (slh) [Entry date 06/11/02]
                [3:01cv988]

6/10/02   95    REQUEST FOR JUDICIAL NOTICE by Plaintiff of Sec Form-4
                (Henley) and Dow Jones Pricing History (Oracle)
                [3:01-cv-00988] (slh) [Entry date 06/11/02] [3:01cv988]

6/14/02   96    MOTION before Judge Martin J. Jenkins by defendant in
                3:01-cv-00988 to shorten time for hearing of defendants'
                motion to stay discovery [3:01-cv-00988] (slh)
                [Entry date 06/17/02] [3:01cv988]

6/14/02   97    DECLARATION by Steven O. Kramer on behalf of defendant in
                support of motion to shorten time for hearing of
                defendants' motion to stay discovery [96-1]
                [3:01-cv-00988] (slh) [Entry date 06/17/02] [3:01cv988]

6/14/02   98    PROOF OF SERVICE by defendant in 3:01-cv-00988 of motion to
                shorten time for hearing of defendants' motion to stay
                discovery [96-1], declaration [97-1] [3:01-cv-00988] (slh)
                [Entry date 06/17/02] [3:01cv988]

6/14/02   --    RECEIVED Defendants' Notice of Motion to Stay Discovery in
                the Oracle Cases... submitted by defendant Oracle
                Corporation in 3:01-cv-00988, defendant Lawrence J. Ellison
                in 3:01-cv-00988, defendant Jeffrey O. Henley in
                3:01-cv-00988, defendant Edward J. Sanderson in
                3:01-cv-00988 [3:01-cv-00988] (rcs) [Entry date 07/01/02]
                [3:01cv988]

6/14/02   --    RECEIVED Defendants' Memorandum of Points and Authorities
                in Support of Motion to Stay Discovery... submitted by
                defendant Oracle Corporation in 3:01-cv-00988, defendant
                Lawrence J. Ellison in 3:01-cv-00988, defendant Jeffrey O.
                Henley in 3:01-cv-00988, defendant Edward J. Sanderson in
                3:01-cv-00988 [3:01-cv-00988] (rcs) [Entry date 07/01/02]
                [3:01cv988]

Proceedings include all events.                              REOPEN CONSOL
3:01cv988 Nursing Home Pension, et al v. Oracle Corporation, et al ROTO   REFER
                                                             STOP   CM/ECF

6/14/02  --      RECEIVED Declaration of Lauren G. Seagal Supporting
                 Defendants' Motion to Stay Discovery... submitted by
                 defendant Oracle Corporation in 3:01-cv-00988, defendant
                 Lawrence J. Ellison in 3:01-cv-00988, defendant Jeffrey O.
                 Henley in 3:01-cv-00988, defendant Edward J. Sanderson in
                 3:01-cv-00988 [3:01-cv-00988] (rcs) [Entry date 07/01/02]
                 [3:01cv988]

6/14/02  --      RECEIVED Declaration of John Nadolenco in Support of
                 Defendants' Motion to Shorten Time submitted by defendant
                 Oracle Corporation in 3:01-cv-00988, defendant Lawrence J.
                 Ellison in 3:01-cv-00988, defendant Jeffrey O. Henley in
                 3:01-cv-00988, defendant Edward J. Sanderson in
                 3:01-cv-00988 [3:01-cv-00988] (rcs) [Entry date 07/01/02]
                 [3:01cv988]

6/14/02  --      RECEIVED Defendants' Appendix of Recent and Unpublished
                 Cases submitted by defendant Oracle Corporation in
                 3:01-cv-00988, defendant Lawrence J. Ellison in
                 3:01-cv-00988, defendant Jeffrey O. Henley in
                 3:01-cv-00988, defendant Edward J. Sanderson in
                 3:01-cv-00988 [3:01-cv-00988] (rcs) [Entry date 07/01/02]
                 [3:01cv988]

6/14/02  --      RECEIVED Declaration of Donald M. Falk Supporting
                 Defendants' Motion to Stay Discovery... submitted by
                 defendant Oracle Corporation in 3:01-cv-00988, defendant
                 Lawrence J. Ellison in 3:01-cv-00988, defendant Jeffrey O.
                 Henley in 3:01-cv-00988, defendant Edward J. Sanderson in
                 3:01-cv-00988 [3:01-cv-00988] (rcs) [Entry date 07/01/02]
                 [3:01cv988]

6/18/02  --      RECEIVED letter from plaintiff's counsel Nicole Lavallee
                 re: defendant's motion for order shortening time [96-1]
                 [3:01-cv-00988] (slh) [Entry date 06/19/02] [3:01cv988]

6/18/02  99      DECLARATION by Nicole Lavallee on behalf of Plaintiff in
                 support of the opposition to defendant's motion to shorten
                 time [96-1]  [3:01-cv-00988] (slh) [Entry date 06/19/02]
                 [3:01cv988]

6/25/02  100     REPLY MEMORANDUM OF POINTS AND AUTHORITIES by defendant in
                 support of motion to dismiss first amended consolidated
                 complaint [86-1] [3:01-cv-00988] (slh) [Entry date 06/26/02]
                 [3:01cv988]

6/25/02  101     SUPPLEMENTAL APPENDIX of recent and unpublished cases filed
                 by defendant re motion to dismiss first amended
                 consolidated complaint [86-1]  [3:01-cv-00988] (slh)
                 [Entry date 06/26/02] [3:01cv988]

6/25/02  102     REPLY BRIEF by defendant in support of request for judicial
                 notice [90-1], and in response to plaintiff's request for
                 judicial notice [95-1] [3:01-cv-00988] (slh)

Proceedings include all events.                            REOPEN CONSOL
3:01cv988 Nursing Home Pension, et al v. Oracle Corporation, et al ROTO   REFER
                                                               STOP   CM/ECF
                    [Entry date 06/26/02] [3:01cv988]

6/25/02  103    PROOF OF SERVICE by defendant in 3:01-cv-00988 of reply
                [100-1], appendix [101-1], reply [102-1] [3:01-cv-00988]
                (slh) [Entry date 06/26/02] [3:01cv988]

7/1/02   104    AMENDED NOTICE OF MOTION AND MOTION  before Judge Martin J.
                Jenkins by defendant in 3:01-cv-00988 to stay discovery in
                the Oracle cases, Judicial Council Coordination Proceeding
                No. 4180, San Mateo Superior Court Case No. 417511 (Akhter
                v. Boskin) with Notice set for 8/6/02 at 9:30
                [3:01-cv-00988] (slh) [Entry date 07/10/02] [3:01cv988]

7/9/02   105    MINUTES: (C/R Jeanne Bishop) (Hearing Date: 7/9/02) that
                defendant's motion to dismiss first amended consolidated
                complaint [86-1] is submitted; Court to issue Order.
                [3:01-cv-00988] (slh) [Entry date 07/15/02] [3:01cv988]

7/12/02  106    NOTICE by defendant of recent unpublished authority in the
                Oracle derivative litigation in delaware  [3:01-cv-00988]
                (slh) [Entry date 07/17/02] [3:01cv988]

7/12/02  107    PROOF OF SERVICE by defendant in 3:01-cv-00988 of notice
                [106-1] [3:01-cv-00988] (slh) [Entry date 07/17/02]
                [3:01cv988]

7/16/02  108    NOTICE OF MOTION AND MOTION WITH MEMORANDUM OF POINTS AND
                AUTHORITIES before Judge Martin J. Jenkins by State
                Derivative in 3:01-cv-00988 to intervene for the special
                and limited purpose of opposiing defendants' Motion to Stay
                Discovery in the CA State Court derivative action with
                Notice for 8/6/02 at 9:30 [3:01-cv-00988] (slh)
                [Entry date 07/17/02] [3:01cv988]

7/16/02  109    NOTICE of hearing by Intervenor-Plaintiff State Derivative
                in 3:01-cv-00988 setting motion to intervene [108-1] ;
                hearing set for 9:30 8/6/02 [3:01-cv-00988] (slh)
                [Entry date 07/17/02] [3:01cv988]

7/16/02  110    MEMORANDUM by Intervenor-Plaintiff in 3:01-cv-00988 in
                opposition to defendant's motion to stay discovery in the
                Oracle cases, Judicial Council Coordination Proceeding No.
                4180, San Mateo Superior Court Case No. 417511 (Akhter v.
                Boskin) [104-1] [3:01-cv-00988] (slh) [Entry date 07/17/02]
                [3:01cv988]

7/16/02  111    DECLARATION by Nicole Lavallee on behalf of
                Intervenor-Plaintiff in opposition to defendant's motion to
                stay discovery in the Oracle cases, Judicial Council
                Coordination Proceeding No. 4180, San Mateo Superior Court
                Case No. 417511 (Akhter v. Boskin) [104-1]  [3:01-cv-00988]
                (slh) [Entry date 07/17/02] [3:01cv988]

Proceedings include all events.                                REOPEN CONSOL
3:01cv988 Nursing Home Pension, et al v. Oracle Corporation, et al ROTO  REFER
                                                               STOP  CM/ECF

7/16/02  112    DECLARATION by Nicole Lavallee on behalf of
                Intervenor-Plaintiff in support of motion to shorten time
                on motion to intervene [108-1] [3:01-cv-00988] (slh)
                [Entry date 07/17/02] [3:01cv988]

7/16/02  113    PROOF OF SERVICE by Intervenor-Plaintiff in 3:01-cv-00988
                of motion notice [109-1], opposition memorandum [110-1],
                declaration [111-1], declaration [112-1] [3:01-cv-00988]
                (slh) [Entry date 07/17/02] [3:01cv988]

7/16/02  --     RECEIVED Proposed Order re: motion to shorten time (State
                Derivative in 3:01-cv-00988) [3:01-cv-00988] (slh)
                [Entry date 08/02/02] [3:01cv988]

7/23/02  114    REPLY MEMORANDUM by defendant in 3:01-cv-00988 in support
                of  motion to stay discovery in the Oracle cases, Judicial
                Council Coordination Proceeding No. 4180, San Mateo
                Superior Court Case No. 417511 (Akhter v. Boskin) [104-1]
                [3:01-cv-00988] (slh) [Entry date 07/25/02] [3:01cv988]

7/23/02  115    APPENDIX of unpublished case filed by defendant in
                3:01-cv-00988 re motion to stay discovery [104-1]
                 [3:01-cv-00988] (slh) [Entry date 07/25/02]
                [3:01cv988]

7/25/02  116    RESPONSE by defendants to the State Derivative plaintiff's
                motion to intervene [108-1] [3:01-cv-00988] (slh)
                [Entry date 07/30/02] [3:01cv988]

7/29/02  117    ORDER by Judge Martin J. Jenkins GRANTING the State
                Derivative Plaintiffs' motion to intervene [108-1]; DENYING
                motion to shorten time for hearing of defendants' motion to
                stay discovery [96-1]; setting hearing on motion to stay
                discovery in the Oracle cases, Judicial Council
                Coordination Proceeding No. 4180, San Mateo Superior Court
                Case No. 417511 (Akhter v. Boskin) [104-1] 9:30 8/20/02
                (Date Entered: 8/2/02) (cc:  all counsel)  [3:01-cv-00988]
                (slh) [Entry date 08/02/02] [3:01cv988]

7/31/02  118    ORDER by Judge Martin J. Jenkins setting hearing on
                defendant's motion to stay discovery in the Oracle cases,
                Judicial Council Coordination Proceeding No. 4180, San
                Mateo Superior Court Case No. 417511 (Akhter v. Boskin)
                [104-1] 9:30 8/27/02; setting hearing on State Derivative's
                motion to intervene [108-1] 9:30 8/27/02 () (cc:  all
                counsel)  [3:01-cv-00988] (slh) [Entry date 08/06/02]
                [3:01cv988]

8/5/02   119    ORDER by Judge Martin J. Jenkins clarifying hearing
                schedule; hearing on motion to stay discovery [104-1] and
                setting hearing on motion to intervene [108-1] set for 9:30
                8/27/02 (Date Entered: 8/7/02) (cc: all counsel)
                [3:01-cv-00988] (slh) [Entry date 08/07/02] [3:01cv988]

Proceedings include all events.                               REOPEN CONSOL
3:01cv988 Nursing Home Pension, et al v. Oracle Corporation, et al ROTO  REFER
                                                             STOP   CM/ECF

8/6/02    120    NOTICE by defendants of filing of recent authority in
                 support of motion to dismiss [86-1] [3:01-cv-00988] (slh)
                 [Entry date 08/14/02] [3:01cv988]

8/13/02   121    MAIL [119-1] addressed to Joshua Lifshitz returned from
                 Post Office [3:01-cv-00988] (slh) [Entry date 08/19/02]
                 [3:01cv988]

8/13/02   122    REPLY by Intervenor-Plaintiff State Derivative in support
                 of motion to intervene [108-1] [3:01-cv-00988] (slh)
                 [Entry date 08/19/02] [3:01cv988]

8/22/02   123    REPORTER'S TRANSCRIPT;  Date of proceedings: 7/9/02 (C/R:
                 Jeanne Bishop) minutes [105-1]   [3:01-cv-00988] (slh)
                 [Entry date 08/27/02] [3:01cv988]

9/4/02    124    MAIL [117-1] addressed to Joshua M. Lifshitz returned from
                 Post Office [3:01-cv-00988] (slh) [Entry date 09/06/02]
                 [3:01cv988]

9/11/02   125    ORDER by Judge Martin J. Jenkins GRANTING defendant's
                 motion to dismiss [86-1]; plaintiff shall file an Amended
                 Complaint within 30 days. (Date Entered: 9/12/02) (cc: all
                 counsel) [3:01-cv-00988] (slh) [Entry date 09/12/02]
                 [3:01cv988]

9/18/02   126    LETTER dated 9/17/02 from Magnolia Sagmit re: Court's
                 service list. [3:01-cv-00988] (slh) [Entry date 09/19/02]
                 [3:01cv988]

9/26/02   127    MAIL [125-1] addressed to Peter D. Bull returned from Post
                 Office [3:01-cv-00988] (slh) [Entry date 09/27/02]
                 [3:01cv988]

10/10/02  128    STIPULATION and ORDER  by Judge Martin J. Jenkins :
                 Deadline for motion filings by defendants to dismiss is
                 11/8/02 ; motion will be heard by 9:30 1/14/03 ; Plaintiffs
                 wil file and serve their oppositon to the motion to dismiss
                 by 12/9/02 and defendants reply is due 12/23/02.
                 Plaintiffs will file the 2nd amended complaint by 10/11/02.
                  See order (cc: all counsel) [3:01-cv-00988] (db)
                 [Entry date 10/15/02] [3:01cv988]

10/11/02  129    SECOND AMENDED CLASS ACTION COMPLAINT [82-1] by Plaintiffs
                 in 3:01-cv-00988; jury demand  [3:01-cv-00988] (slh)
                 [Entry date 10/18/02] [3:01cv988]

10/11/02  130    APPENDIX OF EXHIBITS filed by Plaintiff to second amended
                 complaint [129-1]  [3:01-cv-00988] (slh)
                 [Entry date 10/18/02] [3:01cv988]

10/16/02  131    NOTICE OF ENTRY  by defendant stipulation and order [128-1]
                  [3:01-cv-00988] (slh) [Entry date 10/18/02]
                 [3:01cv988]

Proceedings include all events.                         REOPEN CONSOL
3:01cv988 Nursing Home Pension, et al v. Oracle Corporation, et al ROTO   REFER
                                                        STOP   CM/ECF

10/17/02 132   CORRECTED APPENDIX OF EXHIBITS filed by Plaintiff to second
               amended complaint [129-1]  [3:01-cv-00988] (slh)
               [Entry date 10/18/02] [3:01cv988]

11/8/02 133    NOTICE OF MOTION AND MOTION  before Judge Martin J. Jenkins
               by defendants in 3:01-cv-00988 to dismiss second amended
               consolidated complaint with Notice set for 1/14/03 at 9:30
               [3:01-cv-00988] (slh) [Entry date 11/13/02] [3:01cv988]

11/8/02 134    MEMORANDUM OF POINTS AND AUTHORITIES by defendant in
               support of motion to dismiss second amended consolidated
               complaint [133-1] [3:01-cv-00988] (slh)
               [Entry date 11/13/02] [3:01cv988]

11/8/02 135    APPENDIX of confidential witness allegations filed by
               defendant re motion to dismiss second amended consolidated
               complaint [133-1]  [3:01-cv-00988] (slh)
               [Entry date 11/13/02] [3:01cv988]

11/8/02 136    APPENDIX of allegations by paragraph filed by defendant in
               3:01-cv-00988 re motion to dismiss second amended
               consolidated complaint [133-1]  [3:01-cv-00988] (slh)
               [Entry date 11/13/02] [3:01cv988]

11/8/02 137    APPENDIX of recent and unpublished cases filed by defendant
               in 3:01-cv-00988 re motion to dismiss second amended
               consolidated complaint [133-1]  [3:01-cv-00988] (slh)
               [Entry date 11/13/02] [3:01cv988]

11/8/02 138    REQUEST FOR JUDICIAL NOTICE (Volume 1) by defendant in
               support of motion to dismiss second amended consolidated
               complaint [133-1] [3:01-cv-00988] (slh)
               [Entry date 11/13/02] [3:01cv988]

11/8/02 139    REQUEST FOR JUDICIAL NOTICE (Volume 2) by defendant in
               support of motion to dismiss second amended consolidated
               complaint [133-1] [3:01-cv-00988] (slh)
               [Entry date 11/13/02] [3:01cv988]

11/8/02 140    PROOF OF SERVICE by defendant in 3:01-cv-00988 of motion to
               dismiss second amended consolidated complaint [133-1],
               memorandum [134-1], appendix [135-1], appendix [136-1],
               appendix [137-1], request [138-1], request [139-1]
               [3:01-cv-00988] (slh) [Entry date 11/13/02] [3:01cv988]

11/12/02 141   EX-PARTE APPLICATION before Judge Martin J. Jenkins by
               Plaintiffs in 3:01-cv-00988 for an order enjoining
               defendants to cease altering evidence, directing defendants
               to preserve evidence and granting plaintiffs particularized
               discovery to preserve evidence [3:01-cv-00988] (slh)
               [Entry date 11/13/02] [3:01cv988]

Proceedings include all events.                              REOPEN CONSOL
3:01cv988 Nursing Home Pension, et al v. Oracle Corporation, et al ROTO  REFER
                                                              STOP   CM/ECF

11/12/02 142    DECLARATION by Sanford Svetcov on behalf of Plaintiff in
                support of motion for an order enjoining defendants to
                cease altering evidence, directing defendants to preserve
                evidence and granting plaintiffs particularized discovery
                to preserve evidence [141-1] [3:01-cv-00988] (slh)
                [Entry date 11/13/02] [3:01cv988]

11/12/02 143    DECLARATION by Ken Keatly on behalf of Plaintiff in support
                of motion for an order enjoining defendants to cease
                altering evidence, directing defendants to preserve
                evidence and granting plaintiffs particularized discovery
                to preserve evidence [141-1] [3:01-cv-00988] (slh)
                [Entry date 11/13/02] [3:01cv988]

11/14/02 144    OPPOSITION by defendants to plaintiff's exparte application
                [141-1] [3:01-cv-00988] (slh) [Entry date 11/15/02]
                [3:01cv988]

11/14/02 145    DECLARATION by Michael Quinn on behalf of defendant re
                motion [141-1] [3:01-cv-00988] (slh) [Entry date 11/15/02]
                [3:01cv988]

11/14/02 146    DECLARATION by Greg Myers on behalf of defendant re motion
                [141-1] [3:01-cv-00988] (slh) [Entry date 11/15/02]
                [3:01cv988]

11/14/02 147    DECLARATION by Kimberly Henderson on behalf of defendant re
                motion [141-1] [3:01-cv-00988] (slh) [Entry date 11/15/02]
                [3:01cv988]

11/14/02 148    PROOF OF SERVICE by defendant in 3:01-cv-00988 of
                opposition [144-1], declaration [145-1], declaration
                [146-1], declaration [147-1] [3:01-cv-00988] (slh)
                [Entry date 11/15/02] [3:01cv988]

11/14/02 149    STATEMENT of supplemental material facts by Plaintiff in
                support of of motion for an order enjoining defendants to
                cease altering evidence, directing defendants to preserve
                evidence and granting plaintiffs particularized discovery
                to preserve evidence [141-1] [3:01-cv-00988] (slh)
                [Entry date 11/15/02] [3:01cv988]

11/15/02 150    REPLY by Plaintiff in support of motion for an order
                enjoining defendants to cease altering evidence, directing
                defendants to preserve evidence and granting plaintiffs
                particularized discovery to preserve evidence [141-1]
                [3:01-cv-00988] (slh) [Entry date 11/18/02] [3:01cv988]

12/9/02  151    OPPOSITION by Plaintiff in 3:01-cv-00988 to defendant's
                motion to dismiss second amended consolidated complaint
                [133-1] [3:01-cv-00988] (slh) [Entry date 12/10/02]
                [3:01cv988]

Proceedings include all events.                                    REOPEN CONSOL
3:01cv988 Nursing Home Pension, et al v. Oracle Corporation, et al ROTO   REFER
                                                                   STOP   CM/ECF

12/9/02  152    RESPONSE by Plaintiff in 3:01-cv-00988 to defendant's
                request for judicial notice re motion to dismiss second
                amended consolidated complaint [133-1] [3:01-cv-00988] (slh)
                [Entry date 12/10/02] [3:01cv988]

12/9/02  153    NOTICE OF MOTION AND MOTION WITH MEMORANDUM OF POINTS AND
                AUTHORITIES before Judge Martin J. Jenkins by Plaintiff
                3:01-cv-00988 to strike defendants' appendix of
                allegations and appendix of confidential witness
                allegations with Notice set for 1/14/03 at 9:30 AM
                [3:01-cv-00988] (slh) [Entry date 12/11/02] [3:01cv988]

12/9/02  154    NOTICE OF MOTION AND MOTION WITH MEMORANDUM OF POINTS AND
                AUTHORITIES before Judge Martin J. Jenkins by Plaintiff
                3:01-cv-00988 to amend second amended consolidated
                complaint with Notice set for 1/14/03 at 9:30
                [3:01-cv-00988] (slh) [Entry date 12/11/02] [3:01cv988]

12/9/02  155    REVISED SECOND AMENDED COMPLAINT [129-1] by Plaintiffs in
                3:01-cv-00988; jury demand   [3:01-cv-00988] (slh)
                [Entry date 12/11/02] [3:01cv988]

12/18/02 156    ORDER by Judge Martin J. Jenkins DENYING defendant's motion
                for an order enjoining defendants to cease altering
                evidence, directing defendants to preserve evidence and
                granting plaintiffs particularized discovery to preserve
                evidence [141-1] ( Date Entered: 12/23/02) (cc:  all
                counsel) [3:01-cv-00988] (slh) [Entry date 12/23/02]
                [3:01cv988]

12/23/02 157    MEMORANDUM IN RESPONSE by defendants to plaintiff's motion
                to amend second amended consolidated complaint [154-1]
                [3:01-cv-00988] (slh) [Entry date 12/30/02] [3:01cv988]

12/23/02 158    OPPOSITION by defendant in 3:01-cv-00988 to motion to
                strike defendants' appendix of allegations and appendix of
                confidential witness allegations [153-1] [3:01-cv-00988]
                (slh) [Entry date 12/30/02] [3:01cv988]

12/23/02 159    REPLY by defendant in support of motion to dismiss second
                amended consolidated complaint [133-1] [3:01-cv-00988] (slh)
                [Entry date 12/30/02] [3:01cv988]

12/23/02 160    REPLY by defendant in support of request for judicial
                notice in support of motion to dismiss second amended
                consolidated complaint [133-1] [3:01-cv-00988] (slh)
                [Entry date 12/30/02] [3:01cv988]

12/23/02 161    APPENDIX OF RECENT AND UNPUBLISHED CASES filed by defendant
                in 3:01-cv-00988 re motion to dismiss second amended
                consolidated complaint [133-1] [3:01-cv-00988] (slh)
                [Entry date 12/30/02] [3:01cv988]

Proceedings include all events.                              REOPEN CONSOL
3:01cv988 Nursing Home Pension, et al v. Oracle Corporation, et al ROTO  REFER
                                                            STOP   CM/ECF

12/30/02 162     REPLY by Plaintiff in 3:01-cv-00988 to defendants' response
                 to motion to amend second amended consolidated complaint
                 [154-1] [3:01-cv-00988] (slh) [Entry date 01/02/03]
                 [3:01cv988]

12/30/02 163     REPLY by Plaintiff in 3:01-cv-00988 to defendants'
                 opposition to motion to strike defendants' appendix of
                 allegations and appendix of confidential witness
                 allegations [153-1] [3:01-cv-00988] (slh)
                 [Entry date 01/02/03] [3:01cv988]

2/13/03  164     STATEMENT of Recent Decision by Plaintiffs in 3:01-cv-00988
                  [3:01-cv-00988] (slh) [Entry date 02/24/03]
                 [3:01cv988]

3/11/03  165     NOTICE by Plaintiff in 3:01-cv-00988 of change of address
                 [3:01-cv-00988] (slh) [Entry date 03/12/03] [3:01cv988]

3/24/03  166     ORDER by Judge Martin J. Jenkins granting plaintiff's
                 motion to amend second amended complaint; GRANTING
                 defendant's motion to dismiss second amended consolidated
                 complaint [133-1] without leave to amend; finding
                 plaintiff's motion to strike [153-1] MOOT. (cc: all
                 counsel) [3:01-cv-00988] (slh) [Entry date 03/28/03]
                 [3:01cv988]

3/24/03  --      Docket Modification (Administrative) to order [166-2]
                 dismissing case [3:01-cv-00988] (slh) [Entry date 10/09/03]
                 [3:01cv988]

4/23/03  167     NOTICE OF APPEAL by Plaintiff in 3:01-cv-00988 from Dist.
                 Court  decision order [166-1]; Fee status pd
                 [3:01-cv-00988] (slh) [Entry date 04/25/03] [3:01cv988]

4/23/03  --      Docket fee notification form and case information sheet to
                 USCA [167-1] [3:01-cv-00988] (slh) [Entry date 04/25/03]
                 [3:01cv988]

4/23/03  --      Copy of notice of appeal and docket sheet to all counsel
                 [3:01-cv-00988] (slh) [Entry date 04/25/03] [3:01cv988]

4/24/03  168     TRANSCRIPT DESIGNATION and Ordering Form filed by Plaintiff
                 in 3:01-cv-00988 for dates 12/18/01, 7/9/02 ;  C/R: Joan
                 Columbini, Jeanne Bishop; appeal [167-1]   [3:01-cv-00988]
                 (slh) [Entry date 04/28/03] [3:01cv988]

5/16/03  --      NOTIFICATION by Circuit Court of Appellate Docket Number
                 03-15883  [3:01-cv-00988] (slh) [Entry date 05/20/03]
                 [3:01cv988]

5/23/03  --      CERTIFICATE of Record mailed to USCA, counsel notified.
                 [3:01-cv-00988] (slh) [3:01cv988]

Docket as of October 4, 2005 9:05 pm                    Page 27

Proceedings include all events.                              REOPEN CONSOL
3:01cv988 Nursing Home Pension, et al v. Oracle Corporation, et al ROTO  REFER
                                                             STOP   CM/ECF

7/24/03  169   NOTICE by defendants in 3:01-cv-00988 of change of address
               [3:01-cv-00988] (slh) [Entry date 07/25/03] [3:01cv988]

1/14/04  170   NOTICE by defendant in 3:01-cv-00988 of change of address
               [3:01-cv-00988] (slh) [Entry date 01/20/04] [3:01cv988]

1/14/04  171   PROOF OF SERVICE by defendant in 3:01-cv-00988 of notice
               [170-1] [3:01-cv-00988] (slh) [Entry date 01/20/04]
               [3:01cv988]

3/1/04   --    RECORD on Appeal (7 volumes, 10 expandos) to USCA, cnsl
               notified. re appeal [167-1] [3:01-cv-00988] (slh)
               [3:01cv988]

3/8/04   172   RECEIPT from USCA of clerk's record on appeal
               [3:01-cv-00988] (slh) [Entry date 03/11/04] [3:01cv988]

5/6/04   173   NOTICE by Plaintiff in 3:01-cv-00988 of change of firm
               affiliation [3:01-cv-00988] (slh) [Entry date 05/12/04]
               [3:01cv988]

5/28/04  174   NOTICE by Plaintiff in 3:01-cv-00988 of change of firm name
               and address [3:01-cv-00988] (slh) [Entry date 06/02/04]
               [3:01cv988]

8/12/04  175   NOTICE of Change of Firm Name filed by Plaintiff in
               3:01-cv-00988  [3:01-cv-00988] (slh) [Entry date 08/16/04]
               [3:01cv988]

10/12/04 176   NOTICE by Plaintiff in 3:01-cv-00988 of change of firm name
               and  address [3:01-cv-00988] (slh) [Entry date 10/13/04]
               [3:01cv988]

11/5/04  177   COPY of judgment from USCA reversing and remanding the
               Decision of the District Court [Appeal [167-1]; Costs
               1,344.40   [3:01-cv-00988] (slh) [Entry date 11/12/04]
               [3:01cv988]

11/5/04  178   CLERK's letter spreading the mandate to counsel. re  appeal
               [167-1]   [3:01-cv-00988] (slh) [Entry date 11/12/04]
               [3:01cv988]

11/10/04 179   CLERK'S NOTICE: Status conference set for 2:00 12/7/04
               [3:01-cv-00988] (slh) [Entry date 11/17/04] [3:01cv988]

11/17/04 180   ANSWER by defendants in 3:01-cv-00988 to second amended
               complaint [155-1]  [3:01-cv-00988] (slh)
               [Entry date 11/19/04] [3:01cv988]

11/24/04 181   JOINT CASE MANAGEMENT STATEMENT and PROPOSED ORDER filed.
               [3:01-cv-00988] (slh) [Entry date 11/29/04] [3:01cv988]

11/29/04 182   PROOF OF SERVICE by defendant in 3:01-cv-00988 of proposed
               case management order [3:01-cv-00988] (slh) [3:01cv988]

Docket as of October 4, 2005 9:05 pm                    Page 28

Proceedings include all events.                                    REOPEN CONSOL
3:01cv988 Nursing Home Pension, et al v. Oracle Corporation, et al ROTO  REFER
                                                                   STOP  CM/ECF

12/7/04  183    MINUTES: (C/R NOT reported) Case Management conference held;
                Status conference set for 2:00 7/12/05 ; Discovery cutoff
                2/24/06 ; Pre-trial conference will be held 3:30 8/29/05 ;
                Jury Trial set for 8:30 9/11/06; referring case for
                settlement  to Mag. Judge Bernard Zimmerman
                [3:01-cv-00988] (slh) [Entry date 12/14/04] [3:01cv988]

12/7/04  184    PRETRIAL ORDER  by Judge Martin J. Jenkins:  Status
                conference set for 2:00 7/12/05 ; Discovery cutoff 2/24/06 ;
                 Pre-trial conference will be held 3:30 8/29/06 ; Jury
                Trial set for 8:30 9/11/06; referring case for settlement
                to Mag. Judge Bernard Zimmerman (cc: all counsel)
                [3:01-cv-00988] (slh) [Entry date 12/14/04] [3:01cv988]

12/7/04  185    VERIFIED APPLICATION before Judge Martin J. Jenkins by
                defendants in 3:01-cv-00988 for attorney Vincent Paul
                Schmeltz III to appear pro hac vice; fee status pd
                [3:01-cv-00988] (slh) [Entry date 12/14/04] [3:01cv988]

12/7/04  186    PROOF OF SERVICE by defendant in 3:01-cv-00988 of motion
                for attorney Vincent Paul Schmeltz III to appear pro hac
                vice [185-1] [3:01-cv-00988] (slh) [Entry date 12/14/04]
                [3:01cv988]

12/10/04 187    ORDER  by Judge Martin J. Jenkins  GRANTING  motion for
                attorney Vincent Paul Schmeltz III to appear pro hac vice
                [185-1] (cc:  all counsel)  [3:01-cv-00988] (slh)
                [Entry date 12/15/04] [3:01cv988]

12/10/04 188    STIPULATION and ORDER by Judge Martin J. Jenkins that
                defendants shall file an amended answer no later than
                12/14/04 (cc: all counsel) [3:01-cv-00988] (slh)
                [Entry date 12/15/04] [3:01cv988]

12/13/04 189    ORDER  by Mag. Judge Bernard Zimmerman: Settlement conf.
                (Mag) at 9:00 8/1/06  (cc:  all counsel)  [3:01-cv-00988]
                (slh) [Entry date 12/16/04] [3:01cv988]

12/14/04 190    AMENDED ANSWER [180-1] to revised second amended complaint
                by defendants in 3:01-cv-00988  [3:01-cv-00988] (slh)
                [Entry date 12/17/04] [3:01cv988]

12/15/04 192    NOTICE by defendant Oracle Corporation in 3:01-cv-00988
                [188-1] order  regarding defendants' time to file an
                amended answer  [3:01-cv-00988] (db) [Entry date 12/22/04]
                [3:01cv988]

12/15/04 193    NOTICE by defendant in 3:01-cv-00988 [187-1] of entry of
                order re verified application of Vincent Paul Schmeltz,
                111, for permission to appear as counsel pro hac vice
                [3:01-cv-00988] (db) [Entry date 12/22/04] [3:01cv988]

Docket as of October 4, 2005 9:05 pm                Page 29

Proceedings include all events.                              REOPEN CONSOL
3:01cv988 Nursing Home Pension, et al v. Oracle Corporation, et al ROTO  REFER
                                                             STOP  CM/ECF

12/17/04 191    ORDER  by Judge Martin J. Jenkins Status conference set
                for 2:00 7/12/05 ; Discovery cutoff set for 2/24/06 ; All
                motions will be heard by 7/31/06 ; Pretrial conference set
                for 3:30 8/29/06 ; Jury trial will be held 8:30 9/11/06 ;
                Settlement conference before Magistrate Judge Zimmerman in
                August 2006, see order Date Entered: 12/22/04) (cc:  all
                counsel) [3:01-cv-00988] (db) [Entry date 12/22/04]
                [3:01cv988]

12/20/04 194    MAIL [189-1] addressed to Javier H. Rubinstein, Salan N.
                Salpeter returned from Post Office [3:01-cv-00988] (slh)
                [Entry date 01/03/05] [3:01cv988]

12/21/04 --     RECEIVED Stipulation &  Proposed Order protective order of
                Governing Confidentiality ( defendant in 3:01-cv-00988)
                [3:01-cv-00988] (db) [Entry date 12/22/04] [3:01cv988]

12/21/04 --     RECEIVED Stipulated Proposed Protective Order (submitted by
                defendant in 3:01-cv-00988) [3:01-cv-00988] (slh)
                [Entry date 01/03/05] [3:01cv988]

12/22/04 195    CLERK'S NOTICE: telephone status conference set for 1/4/05
                at 1:30 [3:01-cv-00988] (slh) [Entry date 01/03/05]
                [3:01cv988]

12/27/04 196    NOTICE OF ENTRY by defendant in 3:01-cv-00988 [191-2] order
                 [3:01-cv-00988] (slh) [Entry date 01/05/05]
                [3:01cv988]

1/3/05   197    ORDER  by Judge Martin J. Jenkins regarding stipulated
                protective order.  (cc: all counsel)  [3:01-cv-00988] (slh)
                [Entry date 01/11/05] [3:01cv988]

1/4/05   204    MINUTES: (C/R not reported) (Hearing Date: 1/4/05) Further
                status conference held [3:01-cv-00988] (slh)
                [Entry date 01/18/05] [3:01cv988]

1/6/05   198    ORDER REGARDING DISCOVERY CONFERENCE  by Judge Martin J.
                Jenkins:  defendant's request for a protective order is
                denied without prejudice; plaintiffs shall amend Sections
                G, H, and I of their Initial Disclosures no later than
                1/10/05. (cc: all counsel)  [3:01-cv-00988] (slh)
                [Entry date 01/12/05] [3:01cv988]

1/10/05  199    RECORD ON APPEAL RETURNED FROM USCA [167-1]
                [3:01-cv-00988] (slh) [Entry date 01/12/05] [3:01cv988]

1/10/05  200    MOTION   before Judge Martin J. Jenkins  by defendant in
                3:01-cv-00988 for protective order pursuant to
                Fed.R.Civ.P. 26(c) with Notice set for 2/15/05 at 9:30
                [3:01-cv-00988] (slh) [Entry date 01/12/05] [3:01cv988]

Proceedings include all events.                                    REOPEN CONSOL
3:01cv988 Nursing Home Pension, et al v. Oracle Corporation, et al ROTO  REFER
                                                                   STOP  CM/ECF

1/11/05  201    MOTION before Judge Martin J. Jenkins by defendant in
                3:01-cv-00988 for an order shortening time
                [3:01-cv-00988] (slh) [Entry date 01/12/05] [3:01cv988]

1/11/05  202    CORRECTED DECLARATION by Vincent P. Schmeltz III on behalf
                of defendant in 3:01-cv-00988 re motion for protective
                order pursuant to Fed.R.Civ.P. 26(c) [200-1]
                [3:01-cv-00988] (slh) [Entry date 01/12/05] [3:01cv988]

1/11/05  203    REVISED STIPULATION and ORDER  by Judge Martin J. Jenkins :
                for protective order governing confidentiality (cc: all
                counsel) [3:01-cv-00988] (slh) [Entry date 01/12/05]
                [3:01cv988]

1/11/05  205    PROOF OF SERVICE by defendant in 3:01-cv-00988 of motion
                for protective order pursuant to Fed.R.Civ.P. 26(c)
                [200-1], motion for an order shortening time [201-1],
                declaration [202-1] [3:01-cv-00988] (slh)
                [Entry date 01/19/05] [3:01cv988]

1/13/05  206    ORDER of Reference  by Judge Martin J. Jenkins  referring
                the motion for protective order pursuant to Fed.R.Civ.P.
                26(c) [200-1], and  the motion for an order shortening time
                [201-1] to a Magistrate Judge (cc:  all counsel)
                [3:01-cv-00988] (slh) [Entry date 01/21/05] [3:01cv988]

1/14/05  207    OPPOSITION by Plaintiff in 3:01-cv-00988 to defendant's
                motion for an order shortening time [201-1] [3:01-cv-00988]
                (slh) [Entry date 01/24/05] [3:01cv988]

1/14/05  208    DECLARATION by Shawn A. Williams on behalf of Plaintiff in
                opposition to defendant's  motion for an order shortening
                time [201-1]  [3:01-cv-00988] (slh) [Entry date 01/24/05]
                [3:01cv988]

1/14/05  209    NOTICE OF ENTRY by defendant in 3:01-cv-00988 [203-2]
                stipulation and order  [3:01-cv-00988] (slh)
                [Entry date 01/24/05] [3:01cv988]

1/18/05  --     REFERRAL:  referring case for mo for protective order  to
                Magistrate Judge Joseph C. Spero [3:01-cv-00988] (wh)
                [3:01cv988]

1/18/05  210    NOTICE OF MOTION AND MOTION  before Judge Martin J. Jenkins
                by defendant in 3:01-cv-00988 for appointment of Special
                Master with Notice set for 2/22/05 at 9:30 [3:01-cv-00988]
                (slh) [Entry date 01/24/05] [Edit date 01/25/05]
                [3:01cv988]

Docket as of October 4, 2005 9:05 pm            Page 31

Proceedings include all events.                                  REOPEN CONSOL
3:01cv988 Nursing Home Pension, et al v. Oracle Corporation, et al ROTO  REFER
                                                                STOP  CM/ECF

1/20/05  211   ORDER by Magistrate Judge Joseph C. Spero GRANTING
               defendant's motion for an order shortening time [201-1];
               setting hearing on defendant's motion for protective order
               pursuant to Fed.R.Civ.P. 26(c) [200-1] 9:30 2/4/05;
               opposition due 1/24/05; reply brief due 1/28/05. (cc: all
               counsel) [3:01-cv-00988] (slh) [Entry date 01/25/05]
               [3:01cv988]

1/21/05  212   AMENDED NOTICE of hearing by defendant in 3:01-cv-00988
               setting motion for appointment of Special Master [210-1] ;
               hearing reset for 9:30 3/1/05 [3:01-cv-00988] (slh)
               [Entry date 01/25/05] [3:01cv988]

1/24/05  213   MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION by
               Plaintiff in 3:01-cv-00988 to motion for protective order
               pursuant to Fed.R.Civ.P. 26(c) [200-1] [3:01-cv-00988] (slh)
               [Entry date 01/25/05] [3:01cv988]

1/24/05  214   DECLARATION by Shawn A. Williams on behalf of Plaintiff in
               opposition to motion for protective order pursuant to
               Fed.R.Civ.P. 26(c) [200-1] [3:01-cv-00988] (slh)
               [Entry date 01/25/05] [3:01cv988]

1/24/05  215   STIPULATION and ORDER  by Judge Martin J. Jenkins :
               designating case to E-File status (cc: all counsel)
               [3:01-cv-00988] (slh) [Entry date 01/25/05] [3:01cv988]

10/4/05  216   REPORTER'S TRANSCRIPT; Date of proceedings: 8/19/05 (C/R:
               Michael J. Shintaku)  [3:01-cv-00988] (gba)
               [3:01cv988]

[END OF DOCKET: 3:01cv988]
--------------------------------------------------------------------------
                         PACER Service Center
                         Transaction Receipt

                         10/21/2005 16:51:59

PACER Login:          Client Code:
Description: docket report  Search Criteria:  3:01cv00988
Billable Pages:  31  Cost:
--------------------------------------------------------------------------