*Exhibit 2*

*Exhibit 2*

December 15, 2004

**VIA FACSIMILE**

Honorable Martin J. Jenkins
United States District Court
Northern District of California -- San Francisco Division
450 Golden Gate Avenue, 19th Floor
San Francisco, CA 94102

Re:    In re Oracle Corporation Securities Litigation,
       Case No. C-01-0988-MJJ (Consolidated)

```
M A Y E R
B R O W N
R O W E
& M A W
```

Mayer, Brown, Rowe & Maw LLP
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, California 94306-2112

**Lee H. Rubin**
Direct Tel (650) 331-2037
Direct Fax (650) 331-4537
lrubin@mayerbrownrowe.com

Dear Judge Jenkins:

In accordance with the Court's December 10, 2004 Amended Pretrial Order, Defendants
Lawrence J. Ellison, Jeffrey O. Henley, Edward J. Sanderson and Oracle Corporation
(collectively, "Oracle") write to request a Fed. R. Civ. P. 26(c) protective order, requiring that
Plaintiffs immediately withdraw, without prejudice, 107 subpoenas issued to Oracle's customers
and other entities, until (i) Plaintiffs have reasonably attempted to obtain appropriate discovery
from Oracle, and (ii) the parties (or the Court) have determined the proper scope of discovery in
this case.[1]  Given the short return date for the subpoenas, Oracle seeks a protective order on an
expedited basis.

_**Summary Of Discovery Dispute**_: Within one week of the Case Management Conference,
in which the Court expressed a strong preference for staged, proportionate discovery, and limited
the number of document requests that each party could propound to 75, Plaintiffs issued a
blizzard of third-party discovery.  Between December 8 and 15, Plaintiffs issued over _**one
hundred subpoenas**_, which threaten to harm Oracle by burdening over seventy-nine of Oracle's
largest customers.[2]  These subpoenas contain more than _**2,300**_ requests for documents and seek
information from a three and-a-half year period, from January 1, 2000 through June 18, 2003,
well beyond the defined class period of December 14, 2000 through March 1, 2001.  Moreover,
they contain a number of highly inflammatory, irrelevant requests that, combined with the sheer
volume of documents sought, threaten to impose an immediate harm on Oracle.

Plaintiffs' requests are extraordinarily broad; they are neither tailored to the specific
accounting and product issues outlined in the Revised Second Amended Complaint ("RSAC")
nor issued to parties that are actually likely to have responsive information.  For example,
Plaintiffs seek to compel seventy-nine Oracle customers (a number of whom are not even

---

[1] Oracle certifies that it has satisfied its obligation to confer with Plaintiffs about these issues.  Oracle has requested
that Plaintiffs voluntarily withdraw their subpoenas without prejudice.  Plaintiffs have indicated that they intend to
amend their subpoenas to shorten the applicable time periods but otherwise have refused to withdraw their
subpoenas.
[2] See, _e.g._, Ex. A.

Brussels  Charlotte  Chicago  Cologne  Frankfurt  Houston  London  Los Angeles  Manchester  New York  Palo Alto  Paris  Washington, D.C.
Independent Mexico City Correspondent:  Jauregui, Navarrete, Nader y Rojas, S.C.

Mayer, Brown, Rowe & Maw LLP operates in combination with our associated English limited liability partnership in the offices listed above.

mentioned in the RSAC) to produce "[a]ll documents and communications concerning Oracle's products, licenses or services," without limitation to the Suite 11i allegations pleaded in the RSAC. Ex. A, Req. No. 1. They also ask financial institutions to produce "[a]ll documents concerning Oracle's accounting or internal control systems," regardless of whether those documents concern the allegations in the RSAC. Ex. B, Req. No. 10. Plaintiffs even seek "[a]ll documents and communications with governmental, judicial or law enforcement agencies . . . concerning Oracle, Ellison, Henley, Sanderson," regardless of whether such communications relate to *anything* pleaded in the RSAC. Ex. C, Req. No. 4. In certain cases, Plaintiffs have issued two subpoenas, sometimes to different offices, of the same entity. At bottom, this raft of discovery is nothing more than an improper fishing expedition.

Although the subpoenas seek broad swaths of information, Plaintiffs have set short return dates of January 7, 10 & 17, 2005. The return dates closely follow the deadline for the parties to make their Rule 26 initial disclosures, and are contemporaneous with the time period for Oracle to respond to Plaintiffs' first set of document requests. As a consequence, Plaintiffs will have had no opportunity to review the more than 80,000 pages of documents Oracle that is prepared to produce in order to determine if the information it now seeks from Oracle's customers and other entities was provided directly by Oracle, or at least could be obtained from Oracle itself.

This Court is the most appropriate forum for determining the proper scope of discovery, given its familiarity with the pleadings, facts and issues in the case. Unless Plaintiffs are ordered to withdraw their subpoenas, however, the parties will be forced to litigate in district courts around the country, a process that will impose enormous burden and expense on both parties.

***Legal Authority***: It is well within this Court's discretion to order Plaintiffs to withdraw their one hundred and seven subpoenas as part of managing discovery in this case.[3] The Court may require that Plaintiffs first request the information they now seek directly from Oracle before burdening third parties.[4] More importantly, however, if the parties cannot agree as to the appropriate scope of discovery, this Court should make that determination in the first instance so that third-party discovery and discovery between the parties can proceed in an efficient and uniform manner.

***Relief Requested***: Oracle respectfully requests that the Court enter a protective order requiring Plaintiff to give notice to all subpoenaed third parties that it has withdrawn its subpoenas by December 20, 2004.

---

[3] Although some authority holds (wrongly so) that a party does not have standing to bring a motion to quash under Rule 45(c), *see Seagate Tech. II Sec. Litig.*, 1993 WL 293008 (N.D. Cal. June 10, 1993), courts consistently have allowed parties to seek protection from discovery served on non-parties under Rule 26(c). *See e.g., Fleet Bus. Credit Corp. v. Hill City Oil Co.*, 2002 WL 1483879, *2 (W.D. Tenn. June 26, 2002) ("Many district courts have acknowledged this aspect of [Rule 26(c)] which allows a party to file a motion for protective order on behalf of a non-party."); *United States v. Operation Rescue*, 112 F. Supp. 2d 696, 705 (S.D. Ohio 1999) (plaintiff "has standing [under Rule 26(c)] to seek a protective order on behalf of the non-part[ies]"). Courts also grant protective orders quashing subpoenas to further their own case management orders. *See Adidas Am. Inc. v. Payless Shoesource, Inc.*, 2004 WL 948940, *2 (D. Or. April 27, 2004) (quashing subpoenas that violated the discovery cut-off date); *Rice v. United States*, 164 F.R.D. 556 (N.D. Okla. 1995) (same). This Court also has the authority to limit third-party discovery pursuant to Fed. R. Civ. P. 16. *Int'l Brotherhood of Teamsters v. Int'l Brotherhood of Teamsters*, 162 F.R.D. 25 (S.D.N.Y. 1995) (recognizing court's duty to resolve relevance objections to third-party discovery).
[4] *See Haworth, Inc. v. Caruthers-Wallace Courtenay, Inc.*, 998 F.2d 975, 978 (Fed. Cir. 1993) (affirming trial court's decision to require party to seek discovery from opposing party before subpoenaing non-party).

HONORABLE MARTIN J. JENKINS                                          Page 3

Respectfully submitted,

Lee H. Rubin
Counsel for Defendants

cc:     Shawn A. Williams, Plaintiffs' Counsel

1  LERACH COUGHLIN STOIA GELLER
     RUDMAN & ROBBINS LLP
2  WILLIAM S. LERACH (68581)
   MARK SOLOMON (151949)
3  DOUGLAS R. BRITTON (188769)
   401 B Street, Suite 1600
4  San Diego, CA 92101
   Telephone: 619/231-1058
5  619/231-7423 (fax)
   – and –
6  SHAWN A. WILLIAMS (213113)
   WILLOW E. RADCLIFFE (200087)
7  ELI R. GREENSTEIN (217945)
   JENNIE LEE ANDERSON (203586)
8  MONIQUE C. WINKLER (213031)
   100 Pine Street, Suite 2600
9  San Francisco, CA 94111
   Telephone: 415/288-4545
10  415/288-4534 (fax)

11  Lead Counsel for Plaintiffs

12                        UNITED STATES DISTRICT COURT

13                     NORTHERN DISTRICT OF CALIFORNIA

14

15  In re ORACLE CORPORATION            )   Master File No. C-01-0988-MJJ
    SECURITIES LITIGATION               )
16                                      )   CLASS ACTION
                                        )
17  This Document Relates To:           )   NOTICE OF PLAINTIFFS' SUBPOENAS
                                        )   FOR PRODUCTION OF DOCUMENTS TO
18       ALL ACTIONS.                   )   THIRD PARTIES
                                        )
19

20

21

22

23

24

25

26

27

28

EXHIBIT A

1  TO:    ALL PARTIES AND THEIR COUNSEL OF RECORD

2          PLEASE TAKE NOTICE that pursuant to Rules 26, 34(c) and 45 of the Federal Rules of

3  Civil Procedure, subpoenas will be served upon the following third parties commanding the

4  production of the papers and documents set forth in the Schedules A attached hereto.

| PRODUCING PARTY | DATE/TIME | LOCATION |
|---|---|---|
| Alliance Coal, LLC c/o The Corporation Company First National Bldg. Oklahoma City, OK 73102 | January 10, 2005 10:00 a.m. | First National Bldg. Oklahoma City, OK 73102 |
| Americredit Corporation of California c/o CSC Lawyers Incorporating Service 2730 Gateway Oaks Dr., Ste. 100 Sacramento, CA 95833 | January 10, 2005 10:00 a.m. | 2730 Gateway Oaks Dr., Ste. 100 Sacramento, CA 95833 |
| Amtrak National Railroad Passenger Corp. Attn: Amtrak Law Department 60 Massachusetts Ave., NE Washington, DC 20002 | January 10, 2005 10:00 a.m. | 60 Massachusetts Ave., NE Washington, DC 20002 |
| AT&T Broadband c/o CT Corporation System 818 W. Seventh St. Los Angeles, CA 90017 | January 10, 2005 10:00 a.m. | 818 W. Seventh St. Los Angeles, CA 90017 |
| AT&T Wireless Services, Inc. c/o CT Corporation System 818 W. Seventh St. Los Angeles, CA 90017 | January 10, 2005 10:00 a.m. | 818 W. Seventh St. Los Angeles, CA 90017 |
| BellSouth Corporation c/o The Prentice Hall Corporation 40 Technology Pkwy South #300 Norcross, GA 30092 | January 10, 2005 10:00 a.m. | 40 Technology Pkwy South #300 Norcross, GA 30092 |
| The Boeing Company c/o CSC Lawyers Incorporating Service 2730 Gateway Oaks Dr., Ste. 100 Sacramento, CA 95833 | January 10, 2005 10:00 a.m. | 2730 Gateway Oaks Dr., Ste. 100 Sacramento, CA 95833 |

NOTICE OF PLTFS' SUBPOENAS FOR PRODUCTION OF DOCS TO THIRD
PARTIES - C-01-0988-MJJ                                                    - 1 -

| | | | |
|---|---|---|---|
| 1 | Cargill, Inc.<br>c/o CT Corporation System<br>818 W. Seventh St.<br>Los Angeles, CA 90017 | January 10, 2005<br>10:00 a.m. | 818 W. Seventh St.<br>Los Angeles, CA 90017 |
| 2 | | | |
| 3 | | | |
| 4 | Chevron Texaco Corp.<br>c/o CSC Lawyers Incorporating<br>Service<br>2730 Gateway Oaks Dr., Ste. 100<br>Sacramento, CA 95833 | January 10, 2005<br>10:00 a.m. | 2730 Gateway Oaks Dr., Ste. 100<br>Sacramento, CA 95833 |
| 5 | | | |
| 6 | | | |
| 7 | Citibank, N.A.<br>399 Park Avenue<br>New York, NY 10043 | January 10, 2005<br>10:00 a.m. | 399 Park Ave.<br>New York, NY 10043 |
| 8 | | | |
| 9 | | | |
| 10 | CoBank, ACB<br>5500 South Quebec Street<br>Greenwood Village, CO 80111 | January 10, 2005<br>10:00 a.m. | 5500 South Quebec Street<br>Greenwood Village, CO 80111 |
| 11 | | | |
| 12 | Cummings Engine Company<br>2425 W. 450 S<br>Columbus, IN 47201 | January 10, 2005<br>10:00 a.m. | 2425 W. 450 S<br>Columbus, IN 47201 |
| 13 | | | |
| 14 | | | |
| 15 | Dupont Photomasiks, Inc.<br>c/o CT Corporation<br>818 W. Seventh Street<br>Los Angeles, CA 90017 | January 10, 2005<br>10:00 a.m. | 818 W. Seventh Street<br>Los Angeles, CA 90017 |
| 16 | | | |
| 17 | Eaton Corporation<br>c/o CT Corporation<br>818 W. Seventh Street<br>Los Angeles, CA 90017 | January 10, 2005<br>10:00 a.m. | 818 W. Seventh Street<br>Los Angeles, CA 90017 |
| 18 | | | |
| 19 | | | |
| 20 | Eli Lilly and Company<br>c/o National Registered Agents, Inc.<br>230 Main Street, Suite 1030<br>Irvine, CA 92614 | January 10, 2005<br>10:00 a.m. | 230 Main Street, Suite 1030<br>Irvine, CA 92614 |
| 21 | | | |
| 22 | | | |
| 23 | Federal Express Corporation<br>c/o CT Corporation<br>818 W. Seventh St.<br>Los Angeles, CA 90018 | January 10, 2005<br>10:00 a.m. | 818 W. Seventh St.<br>Los Angeles, CA 90018 |
| 24 | | | |
| 25 | | | |
| 26 | First Hawaiian Bank<br>c/o William L. Zillman<br>180 Montgomery St.<br>San Francisco, CA 94104 | January 10, 2005<br>10:00 a.m. | 180 Montgomery St.<br>San Francisco, CA 94104 |
| 27 | | | |
| 28 | | | |

NOTICE OF PLTFS' SUBPOENAS FOR PRODUCTION OF DOCS TO THIRD
PARTIES - C-01-0988-MJJ

- 2 -

Dec-08-04   04:43pm   From-   T-916   P.004/020   F-264

| | | | |
|---|---|---|---|
| 1<br>2<br>3 | Foster's USA, LLC<br>c/o CT Corporation<br>818 W. Seventh St.<br>Los Angeles, CA 90017 | January 10, 2005<br>10:00 a.m. | 818 W. Seventh St.<br>Los Angeles, CA 90017 |
| 4<br>5<br>6 | Electric Capital Corporation<br>c/o CT Corporation<br>818 W. Seventh St.<br>Los Angeles, CA 90017 | January 10, 2005<br>10:00 a.m. | 818 W. Seventh St.<br>Los Angeles, CA 90017 |
| 7<br>8<br>9 | General Electric Company<br>c/o CT Corporation<br>818 W. Seventh St.<br>Los Angeles, CA 90017 | January 10, 2005<br>10:00 a.m. | 818 W. Seventh St.<br>Los Angeles, CA 90017 |
| 10<br>11<br>12 | General Motors Corporation<br>c/o CT Corporation<br>818 W. Seventh St.<br>Los Angeles, CA 90017 | January 10, 2005<br>10:00 a.m. | 818 W. Seventh St.<br>Los Angeles, CA 90017 |
| 13<br>14 | Health Net, Inc.<br>c/o CT Corporation<br>818 W. Seventh Street<br>Los Angeles, CA 90017 | January 10, 2005<br>10:00 a.m. | 818 W. Seventh Street<br>Los Angeles, CA 90017 |
| 15<br>16<br>17 | Hewlett-Packard Company<br>c/o CT Corporation<br>818 W. Seventh Street<br>Los Angeles, CA 90017 | January 10, 2005<br>10:00 a.m. | 818 W. Seventh Street<br>Los Angeles, CA 90017 |
| 18<br>19<br>20 | Hostcentric Technologies, Inc.<br>c/o David Brown<br>42712 Lawrence Pl.<br>Fremont, CA 94538 | January 10, 2005<br>10:00 a.m. | 42712 Lawrence Pl.<br>Fremont, CA 94538 |
| 21<br>22<br>23 | Household Finance Corporation III<br>c/o CT Corporation<br>818 W. Seventh St.<br>Los Angeles, CA 90017 | January 10, 2005<br>10:00 a.m. | 818 W. Seventh St.<br>Los Angeles, CA 90017 |
| 24<br>25<br>26 | IKON Office Solutions, Inc.<br>c/o CT Corporation<br>818 W. Seventh Street<br>Los Angeles, CA 90017 | January 10, 2005<br>10:00 a.m. | 818 W. Seventh Street<br>Los Angeles, CA 90017 |
| 27 | | | |
| 28 | | | |

NOTICE OF PLTFS' SUBPOENAS FOR PRODUCTION OF DOCS TO THIRD
PARTIES - C-01-0988-MJJ

- 3 -

| | | | |
|---|---|---|---|
| 1 | JDS Uniphase Corp. c/o CT Corporation 818 W. Seventh Street Los Angeles, CA 90017 | January 10, 2005 10:00 a.m. | 818 W. Seventh Street Los Angeles, CA 90017 |
| 2 | | | |
| 3 | | | |
| 4 | KEMET Electronics Corporation c/o The Prentice-Hall Corp. 2730 Gateway Oaks Dr., Ste. 100 Sacramento, CA 95833 | January 10, 2005 10:00 a.m. | 2730 Gateway Oaks Dr., Ste. 100 Sacramento, CA 95833 |
| 5 | | | |
| 6 | | | |
| 7 | Motorola, Inc. c/o CT Corporation System 208 South LaSalle Street Chicago, IL 60604 | January 10, 2005 10:00 a.m. | 208 South LaSalle Street Chicago, IL 60604 |
| 8 | | | |
| 9 | | | |
| 10 | Mutual of Omaha Insurance Co. c/o The Prentice-Hall Corp. Sys., Inc. 2730 Gateway Oaks Dr., Suite 100 Sacramento, CA 95833 | January 10, 2005 10:00 a.m. | 2730 Gateway Oaks Dr., Suite 100 Sacramento, CA 95833 |
| 11 | | | |
| 12 | | | |
| 13 | Nantucket Nectars 616 Cinnamon Tree Court Catonsville, MD 21228 | January 10, 2005 10:00 a.m. | 616 Cinnamon Tree Court Catonsville, MD 21228 |
| 14 | | | |
| 15 | New York City Housing Authority c/o Law Department 250 Broadway, 9th Floor New York, NY 10007 | January 10, 2005 10:00 a.m. | 250 Broadway, 9th Floor New York, NY 10007 |
| 16 | | | |
| 17 | | | |
| 18 | Pacificare Health Systems, Inc. c/o CT Corporation 818 Seventh Street Los Angeles, CA 90017 | January 10, 2005 10:00 a.m. | 818 Seventh Street Los Angeles, CA 90017 |
| 19 | | | |
| 20 | | | |
| 21 | Pharmacia Corporation c/o CT Corporation 818 Seventh Street Los Angeles, CA 90017 | January 10, 2005 10:00 a.m. | 818 Seventh Street Los Angeles, CA 90017 |
| 22 | | | |
| 23 | | | |
| 24 | ConocoPhillips Company c/o CSC Lawyers Incorporating Service 2730 Gateway Oaks Dr., Ste. 100 Sacramento, CA 95833 | January 10, 2005 10:00 a.m. | 2730 Gateway Oaks Dr., Ste. 100 Sacramento, CA 95833 |
| 25 | | | |
| 26 | | | |
| 27 | | | |
| 28 | | | |

NOTICE OF PLTFS' SUBPOENAS FOR PRODUCTION OF DOCS TO THIRD PARTIES - C-01-0988-MJJ                                                                   - 4 -

| | | |
|---|---|---|
| The Principal Financial Group<br>c/o CT Corporation System<br>2222 Grand Ave.<br>Des Moines, IA 50312 | January 10, 2005<br>10:00 a.m. | 2222 Grand Ave.<br>Des Moines, IA 50312 |
| Qwest Communications<br>Corporation<br>c/o CT Corporation Systems<br>818 Seventh Street<br>Los Angeles, CA 90017 | January 10, 2005<br>10:00 a.m. | 818 Seventh Street<br>Los Angeles, CA 90017 |
| SBC Communications, Inc.<br>c/o CT Corporation System<br>350 N. St. Paul<br>Dallas, TX 75201 | January 10, 2005<br>10:00 a.m. | 350 N. St. Paul<br>Dallas, TX 75201 |
| Sprint Corporation<br>c/o Corporation Service Company<br>200 SW 30th St.<br>Topeka, KS 66611 | January 10, 2005<br>10:00 a.m. | 200 SW 30th St.<br>Topeka, KS 66611 |
| State of Michigan, Human Services<br>Department<br>c/o Office of the Attorney General<br>G. Mennen Williams Building, 7th<br>Floor<br>525 W. Ottawa St.<br>Lansing, MI 48909 | January 10, 2005<br>10:00 a.m. | 525 W. Ottawa St.<br>Lansing, MI 48909 |
| Telecom New Zealand USA<br>Limited<br>c/o The Prentice-Hall Corporation<br>System, Inc.<br>2730 Gateway Oaks Dr., Ste. 100<br>Sacramento, CA 95833 | January 10, 2005<br>10:00 a.m. | 2730 Gateway Oaks Dr., Ste. 100<br>Sacramento, CA 95833 |
| TeliaSonera AB<br>c/o CT Corporation<br>818 Seventh Street<br>Los Angeles, CA 90017 | January 10, 2005<br>10:00 a.m. | 818 Seventh Street<br>Los Angeles, CA 90017 |
| Texas Instruments, Inc.<br>c/o Joseph F. Hubach<br>7839 Churchill Way, MS 3999<br>Dallas, TX 75251 | January 10, 2005<br>10:00 a.m. | 7839 Churchill Way, MS 3999<br>Dallas, TX 75251 |

NOTICE OF PLTFS' SUBPOENAS FOR PRODUCTION OF DOCS TO THIRD
PARTIES - C-01-0988-MJJ                                                                - 5 -

1  Xerox Corporation                    January 10, 2005    50 Weston Street
   c/o The Prentice-Hall Corporation    10:00 a.m.          Hartford, CT 06120
2  50 Weston Street
   Hartford, CT 06120
3

4      Said productions will take place on January 10, 2005, at 10:00 a.m. at the above-listed

5  addresses, or other such locations as are mutually acceptable to the respective third parties and

6  plaintiffs' counsel.

7      These productions are pursuant to subpoenas *duces tecum* issued by plaintiffs' counsel on

8  behalf of the United States District Court, requesting "documents only" productions. No testimony

9  is required by the subpoenas, and no one need appear for the third parties or for any of the parties in

10 this action at this time.

11     PLEASE TAKE FURTHER NOTICE that the above-listed third parties may be held in

12 contempt of Court pursuant to Fed. R. Civ. P. 45(e) if the parties fail without adequate excuse to

13 obey the subpoenas served upon them, and that they have certain legal rights in response to

14 plaintiffs' subpoenas served upon them as provided in Fed. R. Civ. P. 45(c) and (d). These rights are

15 reproduced in full on page two of the subpoenas served upon the third parties.

16 DATED: December 9, 2004                    LERACH COUGHLIN STOIA GELLER
                                                 RUDMAN & ROBBINS LLP
17                                             SHAWN A. WILLIAMS
                                               WILLOW E. RADCLIFFE
18                                             ELI R. GREENSTEIN
                                               JENNIE LEE ANDERSON
19                                             MONIQUE C. WINKLER

20                                             _____
21                                                  ELI R. GREENSTEIN
22

23

24

25

26

27

28

NOTICE OF PLTFS' SUBPOENAS FOR PRODUCTION OF DOCS TO THIRD
PARTIES - C-01-0988-MJJ                                                  - 6 -

1   information that relate to such period, even though prepared or published outside of the relevant time
2   period.

3   **IV.   DOCUMENTS REQUESTED**

4   REQUEST NO. 1:

5      All documents and communications concerning Oracle's products, licenses or services,
6   including, but not limited to, proposed or actual contracts or agreements between you and Oracle.

7   REQUEST NO. 2:

8      All documents and communications concerning any discussions or meetings between you
9   and Oracle or any Individual Defendant relating to Oracle contracts, agreements or any of Oracle's
10   products, licenses or services.

11   REQUEST NO. 3:

12      All documents and communications concerning your projections or forecasts for purchases or
13   sales of any of Oracle's products, licenses or services.

14   REQUEST NO. 4:

15      All documents and communications concerning your actual purchases or orders for Oracle's
16   products, licenses or services, including, but not limited to, purchase orders, invoices, payment
17   terms, rebates, sales promotions, fees, discounts, credits, barter transactions, check requests and
18   check or cash disbursements.

19   REQUEST NO. 5:

20      All documents and communications concerning your actual or attempted installation,
21   integration or implementation of Oracle's products, licenses or services, including, but not limited to,
22   technical support issues, product failures, delays, and issues regarding consulting fees or payments.

23   REQUEST NO. 6:

24      All documents and communications concerning any sales presentation, promotion or product
25   demonstration made to you by Oracle for Oracle's products, licenses or services, including, but not
26   limited to, any discussions, promises or guarantees made to you regarding the functionality or
27   performance of Oracle's products.

28

SCHEDULE A - C-01-0988-MJJ                                    - 6 -

1   REQUEST NO. 7:

2        All documents and communications concerning your right to return, exchange, defer

3   payment, or cancel any purchase or order of Oracle's products, licenses or services, including, but

4   not limited to, your actual or contemplated decision to exercise those rights.

5   REQUEST NO. 8:

6        All documents and communications concerning the functionality of Oracle's products and

7   services and compatibility with the hardware, software and information technology systems used by

8   or considered for use by your company.

9   REQUEST NO. 9:

10       All documents and communications concerning any technical defects, problems, bugs,

11  patches, or technical difficulties related to any of Oracle's products, licenses or services, including

12  any complaints you had or raised with Oracle.

13  REQUEST NO. 10:

14       All documents and communications concerning any attempt to fix or remedy any technical

15  defects, difficulties, problems, bugs, or patches related to any of Oracle's products, licenses or

16  services.

17  REQUEST NO. 11:

18       All documents and communications concerning any actual, potential or threatened legal

19  action by you against Oracle or by Oracle against you, relating to Oracle's products or services,

20  including, but not limited to, contract or payment disputes and disagreements.

21  REQUEST NO. 12:

22       All documents and communications concerning your information technology budget for

23  Oracle's products, licenses or services, including but not limited to any decline or change due to the

24  slowing of the United States economy.

25  REQUEST NO. 13:

26       All documents and communications concerning your efforts to audit, collect or recover

27  payments or monies paid to Oracle or owed to you by Oracle, relating to Oracle's products, licenses

28  or services.

SCHEDULE A - C-01-0988-MJJ                                                    - 7 -

1  REQUEST NO. 14:

2      All documents and communications concerning your assessment, testing and evaluation of

3  Oracle's products, licenses or services.

4  REQUEST NO. 15:

5      All documents and communications concerning any overpayment made by you to Oracle for

6  any purchase of Oracle's products, licenses or services between 1997-2004, including, but not

7  limited to, any proposed or actual reimbursement, refund, credit or discount received in connection

8  with overpayments and any discussions or meetings with Oracle regarding overpayments.

9  REQUEST NO. 16:

10      All documents and communications concerning your employment or use of any profit or

11  audit recovery entities in connection with overpayments for purchases or sales of Oracle's products

12  and services between 1997 and 2004, including, without limitation, attempts to recover monies

13  owed, or believed to be owed to you by Oracle.

14  REQUEST NO. 17:

15      All documents and communications concerning any loss of business or costs incurred by you

16  in connection with your purchase or use of Oracle's products, licenses or services.

17  REQUEST NO. 18:

18      All documents or communications, including organizational charts and directories, sufficient

19  to identify your employees who were involved with purchases, sales or implementation of Oracle's

20  products and services.

21  REQUEST NO. 19:

22      All documents and communications concerning your decision to switch from Oracle's

23  products and services to competing products and services sold by companies such as Microsoft or

24  IBM database or any other database or applications provider.

25  REQUEST NO. 20:

26      All documents and communications concerning your decision not to award software and

27  service contracts to Oracle for which Oracle had submitted a bid or proposal.

28

SCHEDULE A - C-01-0988-MJJ                                                    - 8 -

1   REQUEST NO. 21:

2         All documents and communications concerning any proposed or actual services provided by

3   Oracle Consulting in connection with Oracle's products and licenses.

4   REQUEST NO. 22:

5         All documents and communications concerning agreements or joint ventures with Oracle to

6   promote, sell or market Oracle's products and services.

7   T:\CasesSF\Oracle3\SCH00013326_Customer.doc

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SCHEDULE A - C-01-0988-MJJ

- 9 -

```
 1  LERACH COUGHLIN STOIA GELLER
      RUDMAN & ROBBINS LLP
 2  WILLIAM S. LERACH (68581)
    MARK SOLOMON (151949)
 3  DOUGLAS R. BRITTON (188769)
    401 B Street, Suite 1600
 4  San Diego, CA  92101
    Telephone:  619/231-1058
 5  619/231-7423 (fax)
       – and –
 6  SHAWN A. WILLIAMS (213113)
    WILLOW E. RADCLIFFE (200087)
 7  ELI R. GREENSTEIN (217945)
    JENNIE LEE ANDERSON (203586)
 8  MONIQUE C. WINKLER (213031)
    100 Pine Street, Suite 2600
 9  San Francisco, CA  94111
    Telephone:  415/288-4545
10  415/288-4534 (fax)

11  Lead Counsel for Plaintiffs

12
                    UNITED STATES DISTRICT COURT
13
                   NORTHERN DISTRICT OF CALIFORNIA
14

15  In re ORACLE CORPORATION       )  Master File No. C-01-0988-MJJ
    SECURITIES LITIGATION          )
16                                 )  CLASS ACTION
                                   )
17  This Document Relates To:      )  NOTICE OF PLAINTIFFS' SUBPOENAS
                                   )  FOR PRODUCTION OF DOCUMENTS TO
18       ALL ACTIONS.              )  THIRD PARTIES
                                   )
19
20
21
22
23
24
25
26
27
28
```

EXHIBIT B

1   distributors, suppliers or contract manufacturers regarding Oracle or Oracle's products, licenses or
2   services.

3   REQUEST NO. 7:

4       All documents concerning any guidance or information provided by Oracle to assist you in
5   preparing any analyst reports, research reports, bulletins, or other like documents, or in formulating
6   any earnings estimates, financial projections or opinions concerning Oracle.

7   REQUEST NO. 8:

8       All documents concerning whether Oracle or any Individual Defendant disputed, corrected,
9   verified, adopted or endorsed any reports, estimates, projections, or opinions by you concerning
10  Oracle, or requested that you revise any report, estimate, projection, or opinion you issued
11  concerning Oracle.

12  REQUEST NO. 9:

13      All documents concerning Oracle's budgets, projected or forecasted sales, actual sales or
14  revenues, inventory levels, product returns, earnings, cash flow schedules, new product introduction
15  timetables, customers, financial condition, or business or operating plans, including any models
16  thereof.

17  REQUEST NO. 10:

18      All documents concerning Oracle's accounting or internal control systems, including
19  documents regarding inventory, days sales outstanding, accounts receivables, distribution controls,
20  and product return policies and procedures.

21  REQUEST NO. 11:

22      All electronic documents concerning or mentioning Oracle or Oracle's products, licenses or
23  services, including, but not limited to, computer files and e-mail messages, created or maintained by
24  any of your analysts or employees.

25  REQUEST NO. 12:

26      All documents concerning the participation or attendance of Oracle or any of the Individual
27  Defendants at any analyst conferences, analyst meetings, or investor or analyst conference calls.

28

SCHEDULE A - C-01-0988-MJJ

1  LERACH COUGHLIN STOIA GELLER
      RUDMAN & ROBBINS LLP
2  WILLIAM S. LERACH (68581)
   MARK SOLOMON (151949)
3  DOUGLAS R. BRITTON (188769)
   401 B Street, Suite 1600
4  San Diego, CA  92101
   Telephone: 619/231-1058
5  619/231-7423 (fax)
     – and –
6  SHAWN A. WILLIAMS (213113)
   WILLOW E. RADCLIFFE (200087)
7  ELI R. GREENSTEIN (217945)
   JENNIE LEE ANDERSON (203586)
8  MONIQUE C. WINKLER (213031)
   100 Pine Street, Suite 2600
9  San Francisco, CA  94111
   Telephone: 415/288-4545
10 415/288-4534 (fax)

11 Lead Counsel for Plaintiffs

12

13                    UNITED STATES DISTRICT COURT

14                    NORTHERN DISTRICT OF CALIFORNIA

15 In re ORACLE CORPORATION              )  Master File No. C-01-0988-MJJ
   SECURITIES LITIGATION                 )
16 _____   )  CLASS ACTION
                                         )
17 This Document Relates To:             )  NOTICE OF PLAINTIFFS' SUBPOENAS
                                         )  FOR PRODUCTION OF DOCUMENTS TO
18       ALL ACTIONS.                    )  THIRD PARTIES (1) ARTHUR ANDERSEN
   _____   )  LLP AND (2) ERNST & YOUNG LLP
19

20

21

22

23

24

25

26

27

28

EXHIBIT C

1          (d)     tax;

2          (e)     assurance, accounting and attestation; and

3          (f)     agreed upon procedures

4 REQUEST NO. 3:

5     All documents constituting or concerning communications to, from, or relating to Oracle,

6 Ellison, Henley, Sanderson, or the SLC, including correspondence files and written communications

7 electronically preserved, including email and instant messages.

8 REQUEST NO. 4:

9     All documents and communications with governmental, judicial or law enforcement agencies

10 including the SEC, the U.S. Department of Justice and the U.S. Attorney's Office, concerning

11 Oracle, Ellison, Henley, Sanderson or the SLC. This request includes documents produced to the

12 SEC and transcripts of testimony to the SEC.

13 REQUEST NO. 5:

14     All documents and communications with regulatory agencies concerning Oracle, Ellison,

15 Henley, Sanderson or the SLC, including, but not limited to, the Public Oversight Board, the AICPA

16 (American Institute of Certified Public Accountants) and the National Association of Securities

17 Dealers.

18 REQUEST NO. 6:

19     All documents and communications relating to or discussing Oracle, Ellison, Henley,

20 Sanderson or the SLC, kept or maintained by all personnel who provided professional services for

21 Oracle, Ellison, Henley, Sanderson or the SLC.

22 REQUEST NO. 7:

23     To the extent not covered in Request Nos. 1-6, all documents and communications, without

24 limitations as to time, relating to or discussing (including any assignments or instructions by Thomas

25 (Tom) Williams, Michael (Mike) Quinn, Jennifer Minton or any other Oracle executive, officer, or

26 employee) the location, disposition, destruction or alteration of any electronic and paper documents

27 and correspondence relating to Oracle customer invoices, debit memos, overpayments, accounts

28 receivable reserve account, account 12601, unassigned cash or unapplied cash.

SCHEDULE A - C-01-0988-MJJ

- 8 -