*Exhibit 3*

*Exhibit 3*

IN THE UNITED STATED DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

**FILED**
JAN 0 4 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

**HONORABLE MARTIN J. JENKINS**         Courtroom Clerk: **Monica Tutson**

DATE: **January 4, 2005**              Court reporter: **Not reporter**

Case Number:   **C01-0988MJJ**

Case Name:   **LOCAL 144 NURSING HOME**   v.   **ORACLE CORPORATION**

COUNSEL FOR PLAINTIFF(S):              COUNSEL FOR DEFENDANT(S):
**Shawn Williams, Mark Solomon**       **Javier Rubenstein, Lee Rubin**

PROCEEDINGS:                           RULING:
1.
2.

(X) Further Status Conference    ( )P/T Conference    ( )Case Management Conference

ORDERED AFTER HEARING:
**Subsections of initial disclosures G, H & I must be supplemented to comply with the spirit of Federal Rule of Civil Procedure 26 by January 10, 2005. Production date shall remain in effect.**

ORDER TO BE PREPARED BY:    Plntf ( )  Deft ( )  Court ( )

Referred to Magistrate Judge    For:

CASE CONTINUED TO:    for

Discovery Cut-Off:              Expert Discovery Cut-Off:

Parties to Name Experts by:    Expert Reports to be Tendered by:

Designation of Supplemental/Rebuttal Experts:    Reports:

Dispositive Motion shall be heard by:

Pre-Trial Conference Date :         at 3:30 p.m.

Trial Date:    at 8:30 a.m.  Set for  days
               Type of Trial:  ( )Jury    ( )Court

Notes: