*Exhibit 4*

*Exhibit 4*

# LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP
# FACSIMILE

|  |  | **Fax No.** | **Telephone No.** |
|---|---|---|---|
| **To:** | D. Falk, L. Rubin, S. Gupta<br>MAYER, BROWN, ROWE & MAW | 650/331-2060 | 650/331-2000 |
|  | A. Salpeter, J. Rubinstein<br>MAYER, BROWN, ROSE & MAW | 312/701-7711 | 312/782-0600 |
|  | D. Daley, J. Maroulis<br>ORACLE CORPORATION | 650/506-7114 | 650/506-5200 |

| **From:** | Eli R. Greenstein | **Date:** | January 24, 2005 |
|---|---|---|---|
| **Case Code:** | 201064-00001 | **Time:** | |
| **Subject:** | *Oracle* | | |

**NUMBER OF PAGES FAXED:**

**Message/Document(s) faxed:**

Please call fax operator at 415/288-4545 if all pages are not received.

ORIGINAL DOCUMENTS: Will follow by X mail ☐ courier – OR – ☐ Will not follow unless requested.

CONFIDENTIALITY NOTE: This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the above address via the U.S. Postal Service. Thank you.

**Number of pages being transmitted including the cover page:** _____

FAX OPERATOR: Return originals to:   Eli Greenstein         Ext:   4458

T:\CasesSF\Oracle3\Corres\Faxes\Service_Fax (ERG).doc

```
 1  LERACH COUGHLIN STOIA GELLER
       RUDMAN & ROBBINS LLP
 2  WILLIAM S. LERACH (68581)
    MARK SOLOMON (151949)
 3  DOUGLAS R. BRITTON (188769)
    401 B Street, Suite 1600
 4  San Diego, CA 92101
    Telephone: 619/231-1058
 5  619/231-7423 (fax)
       – and –
 6  SHAWN A. WILLIAMS (213113)
    WILLOW E. RADCLIFFE (200087)
 7  ELI R. GREENSTEIN (217945)
    JENNIE LEE ANDERSON (203586)
 8  MONIQUE C. WINKLER (213031)
    100 Pine Street, Suite 2600
 9  San Francisco, CA 94111
    Telephone: 415/288-4545
10  415/288-4534 (fax)

11  Lead Counsel for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION | Master File No. C-01-0988-MJJ |
| | **CLASS ACTION** |
| This Document Relates To: | **DISCOVERY MATTER** |
| ALL ACTIONS. | **Referred to Magistrate Judge Spero** |
| | MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO DEFENDANTS ORACLE CORPORATION, LAWRENCE J. ELLISON, JEFFREY O. HENLEY AND EDWARD J. SANDERSON'S MOTION FOR PROTECTIVE ORDER PURSUANT TO FED. R. CIV. P. 26(c) |

## DECLARATION OF SERVICE BY FACSIMILE AND U.S. MAIL
## PURSUANT TO NORTHERN DISTRICT LOCAL RULE 23-2(c)(2)

I, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, a citizen of the United States and employed in the City and County of San Francisco, over the age of 18 years, and not a party to or interest in the within action; that declarant's business address is 100 Pine Street, Suite 2600, San Francisco, California 94111.

2. That on January 24, 2005, declarant served by facsimile and U.S. mail the **DECLARATION OF SHAWN A. WILLIAMS IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO DEFENDANTS ORACLE CORPORATION, LAWRENCE J. ELLISON, JEFFREY O. HENLEY AND EDWARD J. SANDERSON'S MOTION FOR PROTECTIVE ORDER PURSUANT TO FED. R. CIV. P. 26(C)** to the parties listed on the attached Service List and this document was forwarded to the following designated Internet site at:

http://securities.lerachlaw.com/

3. That there is a regular communication by facsimile between the place of origin and the places so addressed.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 24th day of January, 2005, at San Francisco, California.

_Carolyn Burr_
CAROLYN BURR

# LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP
## FACSIMILE

|  |  | **Fax No.** | **Telephone No.** |
|---|---|---|---|
| **To:** | D. Falk, L. Rubin, S. Gupta<br>MAYER, BROWN, ROWE & MAW | 650/331-2060 | 650/331-2000 |
|  | A. Salpeter, J. Rubinstein<br>MAYER, BROWN, ROSE & MAW | 312/701-7711 | 312/782-0600 |
|  | D. Daley, J. Maroulis<br>ORACLE CORPORATION | 650/506-7114 | 650/506-5200 |

| **From:** | Eli R. Greenstein | **Date:** | January 24, 2005 |
|---|---|---|---|
| **Case Code:** | 201064-00001 | **Time:** |  |
| **Subject:** | *Oracle* |  |  |

**NUMBER OF PAGES FAXED:**

**Message/Document(s) faxed:**

Please call fax operator at 415/288-4545 if all pages are not received.

ORIGINAL DOCUMENTS: Will follow by ☒ mail ☐ courier – OR – ☐ Will not follow unless requested.

CONFIDENTIALITY NOTE: This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the above address via the U.S. Postal Service. Thank you.

**Number of pages being transmitted including the cover page:** _____

**FAX OPERATOR:** Return originals to: Eli Greenstein                    **Ext:** 4458

T:\CasesSF\Oracle3\Corres\Faxes\Service_Fax (ERG).doc

1  LERACH COUGHLIN STOIA GELLER
     RUDMAN & ROBBINS LLP
2  WILLIAM S. LERACH (68581)
   MARK SOLOMON (151949)
3  DOUGLAS R. BRITTON (188769)
   401 B Street, Suite 1600
4  San Diego, CA  92101
   Telephone: 619/231-1058
5  619/231-7423 (fax)
     – and –
6  SHAWN A. WILLIAMS (213113)
   WILLOW E. RADCLIFFE (200087)
7  ELI R. GREENSTEIN (217945)
   JENNIE LEE ANDERSON (203586)
8  MONIQUE C. WINKLER (213031)
   100 Pine Street, Suite 2600
9  San Francisco, CA  94111
   Telephone: 415/288-4545
10 415/288-4534 (fax)

11 Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION | Master File No. C-01-0988-MJJ |
| | CLASS ACTION |
| This Document Relates To: | DISCOVERY MATTER |
| ALL ACTIONS. | Referred to Magistrate Judge Spero |
| | MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO DEFENDANTS ORACLE CORPORATION, LAWRENCE J. ELLISON, JEFFREY O. HENLEY AND EDWARD J. SANDERSON'S MOTION FOR PROTECTIVE ORDER PURSUANT TO FED. R. CIV. P. 26(c) |