*Exhibit 5*

*Exhibit 5*



LEGAL DEPARTMENT

500 Oracle Parkway
M/S 5op7
Redwood Shores
California 94065

phone 650.506.5200
fax 650.506.7114

December 28, 2004

**FIRST CLASS MAIL**

Agilent Technologies, Inc.
Legal Department
395 Page Mill Road
Palo Alto, California 94306-2024

Re: **In re Oracle Corporation Securities Litigation**

Dear Oracle Customer:

I recently learned that the plaintiffs in the *In re Oracle Corporation Securities Litigation* have issued subpoenas to a large number of Oracle customers, including your company. In the event that you have not seen or received the subpoena, I have enclosed a copy of the document requests in the subpoena. On behalf of Oracle, I extend my apologies for any inconvenience this may cause you. Oracle intends to vigorously oppose every subpoena, just as it is opposing the entire lawsuit.

Nonetheless, the subpoena may have legal consequences to you before such time as Oracle can be heard by a court. You may want to consult with your legal counsel as soon as possible, as the Federal Rules of Civil Procedure that govern the subpoena afford you only *fourteen days from the date you first receive the subpoena from the plaintiffs* to assert any objections you might have to the subpoena.

In the meantime, please feel free to contact me at (650) 506-4517 to discuss this matter.

Sincerely,

James C. Maroulis
Senior Corporate Counsel

enclosure