*Exhibit 6*

*Exhibit 6*

**Diomedi, Gina M.**

| | |
|---|---|
| **From:** | john.m.walker@verizon.com |
| **Sent:** | Thursday, January 27, 2005 3:23 PM |
| **To:** | Diomedi, Gina M. |
| **Subject:** | Oracle Securities Litigation |

**Importance:**   High

   

Complaint.pdf (5      jan 4 minute order
MB)                   .pdf (42 KB...

----- Forwarded by John M. Walker/EMPL/VA/Verizon on 01/27/2005 04:19 PM -----

|  |  | |
|---|---|---|
| "Willow Radcliffe" Walker/EMPL/VA/Verizon@VZNotes <Willowr@lerachla Wright/EMPL/VA/Verizon@VZNotes w.com> | To: | John M. |
| | cc: | Lahoma M. |
| | Subject: | Oracle Securities Litigation |
| 01/07/2005 07:20 PM | | |

Dear Mr. Walker:
<?xml:namespace prefix = o ns = "urn:schemas-microsoft-com:office:office" />
We are in receipt of Verizon Communication Inc.'s ("Verizon") objections to
the subpoena issued by plaintiffs in the above-referenced action.  As an
initial matter, defendants' request for a protective order regarding
non-party discovery was denied by the Honorable Martin J. Jenkins, the
District Court Judge assigned to the case.  Attached is a copy of the
Court's Minute Order, where the Court specifically declined to stay the
production date of any third party discovery in this action.  The spirit of
the Court's Order would not be met by Verizon's delay of the production of
relevant documents in this action.

With respect to Verizon's remaining objections, we would like to set up a
time to meet and confer regarding these objections as soon as possible.
Please let me know if you are available on January 11 or 12 at 10:30 a.m.
PST to discuss Verizon's objections and a production schedule of those
responsive documents in Verizon's possession, custody or control.

To assist in the meet and confer process, a copy of the operative complaint
in the action is attached for your review.

Very truly yours,

Willow E. Radcliffe
Willow E. Radcliffe

1

Lerach Coughlin Stoia
Geller Rudman & Robbins LLP
100 Pine Street
Suite 2600
San Francisco, CA 94111
415-288-4545
**Please note that this electronic communication is confidential and may be
protected by an attorney-client privilege.  If you received this
communication in error, delete it and contact the sender.**


NOTICE: This email message is for the sole use of the intended recipient(s)
and may contain information that is confidential and protected from
disclosure by the attorney-client privilege, as attorney work product, or
by other applicable privileges.  Any unauthorized review, use, disclosure
or distribution is prohibited. If you are not the intended recipient,
please contact the sender by reply email and destroy all copies of the
original message.

(See attached file: Complaint.pdf)(See attached file: jan 4 minute order
.pdf)