*Exhibit 7*

*Exhibit 7*

IN THE UNITED STATED DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

**FILED**

JAN 0 4 2005

**CIVIL MINUTES**

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**HONORABLE MARTIN J. JENKINS**

Courtroom Clerk: **Monica Tutson**

DATE: **January 4, 2005**

Court reporter: **Not reporter**

Case Number:     **C01-0988MJJ**

Case Name:     **LOCAL 144 NURSING HOME**     v.     **ORACLE CORPORATION**

COUNSEL FOR PLAINTIFF(S):
**Shawn Williams, Mark Solomon**

COUNSEL FOR DEFENDANT(S):
**Javier Rubenstein, Lee Rubin**

PROCEEDINGS:
1.
2.

RULING:

(X) Further Status Conference     ( )P/T Conference     ( )Case Management Conference

ORDERED AFTER HEARING:
**Subsections of initial disclosures G, H & I must be supplemented to comply with the spirit of Federal Rule of Civil Procedure 26 by January 10, 2005. Production date shall remain in effect.**

ORDER TO BE PREPARED BY:     Plntf ()  Deft ()  Court ()

Referred to Magistrate Judge     For:

CASE CONTINUED TO:   for

Discovery Cut-Off:                    Expert Discovery Cut-Off:

Parties to Name Experts by:     Expert Reports to be Tendered by:

Designation of Supplemental/Rebuttal Experts:   Reports:

Dispositive Motion shall be heard by:

Pre-Trial Conference Date :        at 3:30 p.m.

Trial Date:     at 8:30 a.m.  Set for  days
              Type of Trial: ()Jury    ( )Court

Notes: