*Exhibit 8*

*Exhibit 8*

ORIGINAL

FILED

JAN 0 6 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION | Master File No. C-01-0988-MJJ |
| | CLASS ACTION |
| This Document Relates To: | [PROPOSED] ORDER REGARDING DISCOVERY CONFERENCE |
| ALL ACTIONS. | |

1. On January 4, 2005, counsel for both plaintiffs and defendants appeared before the Court for a telephonic discovery conference regarding plaintiffs' Initial Disclosures and non-party discovery requests. After consideration of the letter briefs submitted by counsel and oral argument of counsel, the Court HEREBY ORDERS AS FOLLOWS:

1. Defendants' request for a protective order is denied *without prejudice. mjj* The Court specifically declines to limit or stay the production of non-party discovery *at this time. mjj*

2. Plaintiffs shall amend Sections G, H and I of their Initial Disclosures no later than January 10, 2005 to include the specific subject matter for which each entity or individual listed may have discoverable information.

\* \* \*

**ORDER**

IT IS SO ORDERED.

DATED: 1/6/2005

_____
THE HONORABLE MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE

DATED: January 5, 2005

Submitted by:

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
WILLIAM S. LERACH
SHAWN A. WILLIAMS
WILLOW E. RADCLIFFE
ELI R. GREENSTEIN
JENNIE LEE ANDERSON
MONIQUE C. WINKLER

_____
SHAWN A. WILLIAMS

100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)

[~~PROPOSED~~] ORDER REGARDING DISCOVERY CONFERENCE - C-01-0988-MJJ    - 1 -

| | |
|---|---|
| 1 | |
| 2 | LERACH COUGHLIN STOIA GELLER<br>  RUDMAN &ROBBINS LLP<br>MARK SOLOMON |
| 3 | DOUGLAS R. BRITTON<br>401 B Street, Suite 1600 |
| 4 | San Diego, CA 92101<br>Telephone: 619/231-1058 |
| 5 | 619/231-7423 (fax) |
| 6 | Lead Counsel for Plaintiffs |
| 7 | T:\CasesSF\Oracle3\ORD00017038.doc |

[PROPOSED] ORDER REGARDING DISCOVERY CONFERENCE - C-01-0988-MJJ    - 2 -