*Exhibit 9*

*Exhibit 9*

January 6, 2005

**VIA FACSIMILE**

|  |
|---|
| M A Y E R |
| B R O W N |
| R O W E |
| & M A W |

Honorable Martin J. Jenkins
United States District Court
Northern District of California – San Francisco Division
450 Golden Gate Avenue, 19th Floor
San Francisco, CA 94102

Mayer, Brown, Rowe & Maw LLP
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, California 94306-2112

**Lee H. Rubin**
Direct Tel (650) 331-2037
Direct Fax (650) 331-4537
lrubin@mayerbrownrowe.com

Re: In re Oracle Corporation Securities Litigation,
Case No. C-01-0988-MJJ (Consolidated)

Dear Judge Jenkins:

We are in receipt of Plaintiffs' proposed order regarding the January 4, 2005 teleconference. Frankly, we were surprised by Plaintiffs' submission. To the best of our recollection, at no time during the January 4, 2005 teleconference did the Court direct the parties to submit a proposed order. Moreover, contrary to custom and practice, the Plaintiffs did not afford the Defendants an opportunity to review and comment on Plaintiffs' proposed order before they submitted it to the Court.

As important, Plaintiffs' proposed order appears to mischaracterize the Court's rulings during the January 4 hearing. In particular, we did not understand the Court to have "denied" Oracle's "request for a protective order." See Plaintiffs' Proposed Order at 2. To the contrary, we interpreted the Court's remarks to indicate that it did not believe it was in a position to rule on any request for a protective order since there was no formal motion pending. However, it was our understanding that the Court granted Oracle leave to file such a motion, and that it further advised the parties that because of the Court's schedule, it intended to refer the motion to a magistrate judge. Consequently, Defendants will be filing the attached proposed order which we believe more accurately reflects the Court's rulings during the January 4 teleconference.

Respectfully submitted,

Lee H. Rubin
Counsel for Defendants

Attachment (Proposed Order)
cc: Shawn A. Williams, Plaintiffs' Counsel

Brussels Charlotte Chicago Cologne Frankfurt Houston London Los Angeles Manchester New York Palo Alto Paris Washington, D.C.
Independent Mexico City Correspondent: Jauregui, Navarrete, Nader y Rojas, S.C.

Mayer, Brown, Rowe & Maw LLP operates in combination with our associated English limited liability partnership in the offices listed above.

```
 1  MAYER, BROWN, ROWE & MAW LLP
    Donald M. Falk (SBN 150256)
 2  Lee H. Rubin (SBN 141331)
    Shirish Gupta (SBN 205584)
 3  Two Palo Alto Square, Suite 300
    Palo Alto, California 94306
 4  Telephone:   (650) 331-2000
    Facsimile:   (650) 331-2060
 5  lrubin@mayerbrownrowe.com

 6  MAYER, BROWN, ROWE & MAW LLP
    Alan N. Salpeter (admitted pro hac vice)
 7  Javier Rubinstein (admitted pro hac vice)
    Vincent P. Schmeltz III (admitted pro hac vice)
 8  190 South LaSalle Street
    Chicago, IL  60603-3441
 9  Telephone:   (312) 782-0600
    Facsimile:   (312) 701-7711
10  jrubinstein@mayerbrownrowe.com

11  Attorneys for Defendants ORACLE CORPORATION, LAWRENCE
    J. ELLISON, JEFFREY O. HENLEY, and EDWARD J. SANDERSON
12
    ORACLE CORPORATION
13  Dorian Daley (SBN 129049)
    James C. Maroulis (SBN 208316)
14  500 Oracle Parkway
    Mailstop 5OP7
15  Redwood Shores, California 94065
    Telephone:   (650) 506-5200
16  Facsimile:   (650) 506-7114
    jim.maroulis@oracle.com
17
    Attorneys for Defendant ORACLE CORPORATION
18
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE ORACLE CORPORATION SECURITIES LITIGATION | Case No. C-01-0988-MJJ (Consolidated) |
| | **DEFENDANTS' [PROPOSED] ORDER** |
| This Document Relates To: ALL ACTIONS. | **Judge Martin J. Jenkins** |

On January 4, 2005, the parties in the above-captioned matter telephonically appeared before the Court concerning Defendants' December 15, 2004 letter. The parties were represented by counsel of record. Having considered the parties' submissions and argument, and for good cause showing:

**IT IS HEREBY ORDERED THAT:**

1. Defendants are granted leave to file a motion for protective order concerning Plaintiffs' non-party subpoenas.

2. Certain portions of Plaintiffs' Initial Disclosures do not comply with Fed. R. Civ. P. 26(a). Accordingly, Plaintiffs shall amend Sections G, H and I of their Initial Disclosures by no later than January 10, 2005 to include the specific subject matter for which each individual or entity listed is likely to have discoverable information that Plaintiffs may use to support their claims.

Dated: _____, 2005

_____
The Honorable Martin J. Jenkins
United States District Court Judge