# Exhibit 10

*Exhibit 10*



January 11, 2005

Mayer, Brown, Rowe & Maw LLP
190 South La Salle Street
Chicago, Illinois 60603-3441

Main Tel (312) 782-0600
Main Fax (312) 701-7711
www.mayerbrownrowe.com

**VIA U.S. MAIL**

Mary Dawson
Agilent
MS-8317, 395 Page Mill Road
Palo Alto, CA 94303

**Gina M. Diomedi**
Direct Tel (312) 701-8765
Direct Fax (312) 706-8162
gdiomedi@mayerbrownrowe.com

Re:  *In re Oracle Corporation Securities Litigation,*
No. C. 01-0988 (N.D. Cal.) Subpoena Issued to Agilent

Dear Ms. Dawson:

I write in reference to the subpoena duces tecum that has been served upon Agilent by plaintiffs in the above-referenced litigation. On January 4, 2005, the Court held a telephonic hearing regarding Oracle Corporation's ("Oracle") expedited request for a protective order requiring Plaintiffs to withdraw their third-party subpoenas. The Court did not rule on Oracle's request during that hearing, and stated that the Court would not stay the response/objection dates for the subpoenas. The Court, however, authorized Oracle to bring a motion for protective order. A copy of Oracle's Motion for Protective Order, which was filed with the Court yesterday, is attached. We have requested an expedited hearing on the motion.

If you have any questions or wish to discuss this matter, please do not hesitate to contact either me (my number is above) or Jim Maroulis, Oracle Corporation's in-house counsel, at (650) 506-4517.

Sincerely,

Gina M. Diomedi

cc:  Jim Maroulis
     Javier Rubinstein

Brussels  Charlotte  Chicago  Cologne  Frankfurt  Houston  London  Los Angeles  Manchester  New York  Palo Alto  Paris  Washington, D.C.
Independent Mexico City Correspondent: Jauregui, Navarrete, Nader y Rojas, S.C.

Mayer, Brown, Rowe & Maw LLP operates in combination with our associated English limited liability partnership in the offices listed above.