*Exhibit 12*

*Exhibit 12*



January 18, 2005

**VIA FACSIMILE**

Shawn A. Williams
Lerach Coughlin Stoia Geller
 Rudman & Robbins LLP
100 Pine Street, Suite 2600
San Francisco, CA 94111

Mayer, Brown, Rowe & Maw LLP
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, California 94306-2112

Main Tel (650) 331-2000
Main Fax (650) 331-2060
www.mayerbrownrowe.com

**Lee H. Rubin**
Direct Tel (650) 331-2037
Direct Fax (650) 331-4537
lrubin@mayerbrownrowe.com

Re:   In re Oracle Securities Litigation

Dear Shawn:

With regard to Plaintiffs' subpoenas to third parties, we would like the following: (1) the identity of the third parties that have responded to your subpoenas; (2) the identity of any and all third parties that have either produced documents or agreed to make documents available for inspection; and (3) access to all documents that third parties have produced to date for inspection and copying, by Tuesday, January 25, 2005.

On a going forward basis, please notify us of upcoming productions or inspections as they are scheduled.

Sincerely,

Lee H. Rubin

cc:   James C. Maroulis

Brussels  Charlotte  Chicago  Cologne  Frankfurt  Houston  London  Los Angeles  Manchester  New York  Palo Alto  Paris  Washington, D.C.
Independent Mexico City Correspondent:  Jauregui, Navarrete, Nader y Rojas, S.C.

Mayer, Brown, Rowe & Maw LLP operates in combination with our associated English limited liability partnership in the offices listed above.



**LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP**

SAN DIEGO · SAN FRANCISCO
LOS ANGELES · NEW YORK · BOCA RATON
WASHINGTON, DC · HOUSTON
PHILADELPHIA · SEATTLE

Willow E. Radcliffe

January 19, 2005

<u>VIA FACSIMILE</u>

Lee Rubin, Esq.
MAYER, BROWN, ROWE & MAW LLP
Two Palo Alto Square
El Camino Real, Suite 300
Palo Alto, CA 94306

Re:  *Nursing Home Pension v. Oracle Corporation*
Civil Case No. CV-01-00988-MJJ

Dear Lee:

We are in receipt of your letter of January 18 regarding the third party subpoenas issued by Plaintiffs in this litigation. Plaintiffs will produce copies to Defendants of those documents that it has received in response to Plaintiffs' third party subpoenas once we have received written confirmation from Defendants that they agree to pay for copies of these documents. Plaintiffs will also notify Defendants if it receives additional documents from subpoenaed third parties in the future.

The Federal Rules of Civil Procedure, however, do not contemplate the production of the additional information that Defendants have requested. Plaintiffs will not provide Defendants with their attorneys' work product. Additionally, Plaintiffs are concerned that Oracle Corporation will continue to interfere with third party discovery and intimidate those subpoenaed if the information Defendants seek is provided. If you have any questions regarding the above, please call me to discuss.

Very truly yours,

Willow E. Radcliffe

WER:cs

100 Pine Street, 26th Floor · San Francisco, CA 94111 · 415.288.4545 · Fax 415.288.4534 · www.lerachlaw.com