MAYER, BROWN, ROWE & MAW LLP
Donald M. Falk (SBN 150256)
Lee H. Rubin (SBN 141331)
Shirish Gupta (SBN 205584)
Two Palo Alto Square, Suite 300
Palo Alto, California 94306
Telephone:     (650) 331-2000
Facsimile:      (650) 331-2060
lrubin@mayerbrownrowe.com

MAYER, BROWN, ROWE & MAW LLP
Alan N. Salpeter (admitted *pro hac vice*)
Javier Rubinstein (admitted *pro hac vice*)
Vincent P. Schmeltz III (admitted *pro hac vice*)
190 South LaSalle Street
Chicago, IL  60603-3441
Telephone:     (312) 782-0600
Facsimile:      (312) 701-7711
jrubinstein@mayerbrownrowe.com

Attorneys for Defendants ORACLE CORPORATION, LAWRENCE
J. ELLISON, JEFFREY O. HENLEY, and EDWARD J. SANDERSON

ORACLE CORPORATION
Dorian Daley (SBN 129049)
James C. Maroulis (SBN 208316)
500 Oracle Parkway
Mailstop 5OP7
Redwood Shores, California 94065
Telephone:     (650) 506-5200
Facsimile:      (650) 506-7114
jim.maroulis@oracle.com

Attorneys for Defendant ORACLE CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE ORACLE CORPORATION SECURITIES LITIGATION | Case No. C-01-0988-MJJ (Consolidated) |
| | REVISED [PROPOSED] ORDER RE DEFENDANTS' MOTION FOR A PROTECTIVE ORDER PURSUANT TO FED. R. CIV. P. 26(C) |
| This Document Relates To: | |
| ALL ACTIONS. | **DISCOVERY MATTER** |
| | **Referred to Magistrate Judge Spero** |
| | Date:   February 15, 2005<br>Time:   9:30 a.m.<br>Location: Courtroom 11 |

**REVISED [PROPOSED] ORDER RE DEFENDANTS' MOTION FOR PROTECTIVE ORDER PURSUANT TO FED. R. CIV. P. 26(C); CASE NO.: C-01-0988-MJJ**

1  This matter came on regularly for hearing before this Court.  Appearances for counsel were
2 stated on the record.  Having considered Defendants Oracle Corporation ("Oracle"), Lawrence, J.
3 Ellison ("Ellison"), Jeffrey O. Henley ("Henley") and Edward J. Sanderson's ("Sanderson")
4 (collectively "Defendants") motion for a protective, and for good cause shown,

5  **IT IS HEREBY ORDERED THAT:**

6  1.  Defendants' Motion for a Protective Order is hereby GRANTED.

7  2.  Plaintiffs shall withdraw the subpoenas they have issued to Oracle's customers and
8 auditors—including the 95 subpoenas referenced in Defendants' motion and reply brief—without
9 prejudice.

10  3.  Plaintiffs shall notify each of the Oracle customers and auditors that they have
11 subpoenaed—including the 95 subpoenas referenced in Defendants' motion—that the subpoenas
12 are withdrawn.

13  4.  The Court shall set a status conference in 60 days in order to reassess third party
14 discovery.

  Dated: _____, 2005

  The Honorable Joseph C. Spero
  United States Magistrate Judge