LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
WILLIAM S. LERACH (68581)
MARK SOLOMON (151949)
DOUGLAS R. BRITTON (188769)
401 B Street, Suite 1600
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
  – and –
SHAWN A. WILLIAMS (213113)
WILLOW E. RADCLIFFE (200087)
ELI R. GREENSTEIN (217945)
JENNIE LEE ANDERSON (203586)
MONIQUE C. WINKLER (213031)
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)

Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| In re ORACLE CORPORATION SECURITIES LITIGATION | ) ) ) ) | Master File No. C-01-0988-MJJ<br><br>CLASS ACTION |
|---|---|---|
| This Document Relates To:<br><br>ALL ACTIONS. | ) ) ) ) ) ) | PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR CLASS CERTIFICATION<br><br>DATE: May 10, 2005<br>TIME: 9:30 a.m.<br>COURTROOM: Honorable Martin J. Jenkins |

1 TO: ALL PARTIES AND THEIR COUNSEL OF RECORD

2 NOTICE IS HEREBY GIVEN that on May 10, 2005, at 9:30 a.m., or as soon thereafter as
3 the matter can be heard, before the Honorable Martin J. Jenkins, located at 450 Golden Gate Ave.,
4 San Francisco, California, 94102, plaintiffs Local 144 Nursing Home Pension Fund (now known as
5 1199 SEIU Greater New York Pension Fund), Drifton Finance Corporation, Robert D. Sawyer, Ryan
6 Kuehmichel and Dzung Chu, on behalf of themselves and all others similarly situated, will move this
7 Court for an order granting Plaintiffs' Motion for Class Certification.

8 DATED: January 31, 2005    LERACH COUGHLIN STOIA GELLER
                                    RUDMAN & ROBBINS LLP
9                                WILLIAM S. LERACH
                                 MARK SOLOMON
10                               DOUGLAS R. BRITTON

11

12                                      /s/ Douglas R. Britton
                                    DOUGLAS R. BRITTON
13
                                 401 B Street, Suite 1600
14                               San Diego, CA 92101
                                 Telephone: 619/231-1058
15                               619/231-7423 (fax)

16                               LERACH COUGHLIN STOIA GELLER
                                    RUDMAN & ROBBINS LLP
17                               SHAWN A. WILLIAMS
                                 WILLOW E. RADCLIFFE
18                               ELI R. GREENSTEIN
                                 JENNIE LEE ANDERSON
19                               MONIQUE C. WINKLER
                                 100 Pine Street, Suite 2600
20                               San Francisco, CA 94111
                                 Telephone: 415/288-4545
21                               415/288-4534 (fax)

22                               Lead Counsel for Plaintiffs

23 T:\CasesSF\Oracle3\MOT00017855.doc

24

25

26

27

28

PLAINTIFFS' NOTICE OF MOTION & MOTION FOR CLASS CERTIFICATION - C-01-0988-MJJ    - 1 -

DECLARATION OF SERVICE BY FACSIMILE
PURSUANT TO NORTHERN DISTRICT LOCAL RULE 23-2(c)(2)

I, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, a citizen of the United States and employed in the City and County of San Francisco, over the age of 18 years, and not a party to or interest in the within action; that declarant's business address is 100 Pine Street, Suite 2600, San Francisco, California 94111.

2. That on January 31, 2005, declarant served by facsimile the **PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR CLASS CERTIFICATION** to the parties listed on the attached Service List and this document was forwarded to the following designated Internet site at:

http://securities.lerachlaw.com/

3. That there is a regular communication by facsimile between the place of origin and the places so addressed.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 31st day of January, 2005, at San Francisco, California.

/s/ Marcy Medeiros
MARCY MEDEIROS

ORACLE III (LEAD)
Service List - 1/31/2005   (201-064-1)
Page 1 of 1

### Counsel For Defendant(s)

Donald M. Falk
Lee H. Rubin
Shirish Gupta
Mayer, Brown, Rowe & Maw LLP
Two Palo Alto Square, Suite 300
Palo Alto, CA  94306
  650/331-2000
  650/331-2060 (Fax)

Alan N. Salpeter
Javier H. Rubinstein
Mayer, Brown, Rowe & Maw LLP
190 South LaSalle Street, Suite 3900
Chicago, IL  60603-3441
  312/782-0600
  312/701-7711 (Fax)

Dorian Daley
James C. Maroulis
Oracle Corporation
500 Oracle Parkway, Mail Stop 50P7
Redwood City, CA  94065
  650/506-5200
  650/506-7114 (Fax)

### Counsel For Plaintiff(s)

William S. Lerach
Mark Solomon
Douglas R. Britton
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
401 B Street, Suite 1600
San Diego, CA  92101-4297
  619/231-1058
  619/231-7423 (Fax)

Sanford Svetcov
Shawn A. Williams
Willow E. Radcliffe
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
100 Pine Street, Suite 2600
San Francisco, CA  94111-5238
  415/288-4545
  415/288-4534 (Fax)