LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
WILLIAM S. LERACH (68581)
MARK SOLOMON (151949)
DOUGLAS R. BRITTON (188769)
401 B Street, Suite 1600
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
  – and –
SHAWN A. WILLIAMS (213113)
WILLOW E. RADCLIFFE (200087)
ELI R. GREENSTEIN (217945)
JENNIE LEE ANDERSON (203586)
MONIQUE C. WINKLER (213031)
100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)

Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION | Master File No. C-01-0988-MJJ |
| | <u>CLASS ACTION</u> |
| This Document Relates To: | DECLARATION OF MONIQUE C. WINKLER IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR CLASS CERTIFICATION |
| ALL ACTIONS. | |
| | DATE:         May 10, 2005<br>TIME:         9:30 a.m.<br>COURTROOM:  Honorable Martin J. Jenkins |

I, MONIQUE C. WINKLER, declare as follows:

1. I am an attorney duly licensed to practice before all of the courts of the State of California. I am associated with the law firm of Lerach Coughlin Stoia Geller Rudman & Robbins LLP, one of the counsel of record for plaintiff in the above-entitled action. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. Attached is a true and correct copy of the following exhibit:

Exhibit A: Firm Resume for Lerach Coughlin Stoia Geller Rudman & Robbins LLP.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 31st day of January, 2005, at San Francisco, California.

<div style="text-align:right">/s/ Monique C. Winkler<br>MONIQUE C. WINKLER</div>

T:\CasesSF\Oracle3\DEC00017839.doc

DECL OF MONIQUE C. WINKLER IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR CLASS CERTIFICATION - C-01-0988-MJJ     - 1 -

DECLARATION OF SERVICE BY FACSIMILE
PURSUANT TO NORTHERN DISTRICT LOCAL RULE 23-2(c)(2)

I, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, a citizen of the United States and employed in the City and County of San Francisco, over the age of 18 years, and not a party to or interest in the within action; that declarant's business address is 100 Pine Street, Suite 2600, San Francisco, California 94111.

2. That on January 31, 2005, declarant served by facsimile the **DECLARATION OF MONIQUE C. WINKLER IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR CLASS CERTIFICATION** to the parties listed on the attached Service List and this document was forwarded to the following designated Internet site at:

http://securities.lerachlaw.com/

3. That there is a regular communication by facsimile between the place of origin and the places so addressed.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 31st day of January, 2005, at San Francisco, California.

/s/ Marcy Medeiros
MARCY MEDEIROS


ORACLE III (LEAD)

Service List - 1/31/2005   (201-064-1)

Page 1 of 1

### Counsel For Defendant(s)

| | |
|---|---|
| Donald M. Falk<br>Lee H. Rubin<br>Shirish Gupta<br>Mayer, Brown, Rowe & Maw LLP<br>Two Palo Alto Square, Suite 300<br>Palo Alto, CA  94306<br>  650/331-2000<br>  650/331-2060 (Fax) | Alan N. Salpeter<br>Javier H. Rubinstein<br>Mayer, Brown, Rowe & Maw LLP<br>190 South LaSalle Street, Suite 3900<br>Chicago, IL  60603-3441<br>  312/782-0600<br>  312/701-7711 (Fax) |

Dorian Daley
James C. Maroulis
Oracle Corporation
500 Oracle Parkway, Mail Stop 50P7
Redwood City, CA  94065
  650/506-5200
  650/506-7114 (Fax)

### Counsel For Plaintiff(s)

| | |
|---|---|
| William S. Lerach<br>Mark Solomon<br>Douglas R. Britton<br>Lerach Coughlin Stoia Geller Rudman & Robbins LLP<br>401 B Street, Suite 1600<br>San Diego, CA  92101-4297<br>  619/231-1058<br>  619/231-7423 (Fax) | Sanford Svetcov<br>Shawn A. Williams<br>Willow E. Radcliffe<br>Lerach Coughlin Stoia Geller Rudman & Robbins LLP<br>100 Pine Street, Suite 2600<br>San Francisco, CA  94111-5238<br>  415/288-4545<br>  415/288-4534 (Fax) |