# EXHIBIT B

1   MAYER, BROWN, ROWE & MAW LLP
    Donald M. Falk (SBN 150256)
2   Lee H. Rubin (SBN 141331)
    Shirish Gupta (SBN 205584)
3   Two Palo Alto Square, Suite 300
    Palo Alto, California 94306
4   Telephone:     (650) 331-2000
    Facsimile:     (650) 331-2060
5
    MAYER, BROWN, ROWE & MAW LLP
6   Alan N. Salpeter (admitted *pro hac vice*)
    Javier Rubinstein (admitted *pro hac vice*)
7   190 South LaSalle Street
    Chicago, IL 60603-3441
8   Telephone:     (312) 782-0600
    Facsimile:     (312) 701-7711
9
    Attorneys for Defendants ORACLE CORPORATION, LAWRENCE
10  J. ELLISON, JEFFREY O. HENLEY, and EDWARD J. SANDERSON

11  ORACLE CORPORATION
    Dorian Daley (SBN 129049)
12  James C. Maroulis (SBN 208316)
    500 Oracle Parkway
13  Mailstop 5OP7
    Redwood Shores, California 94065
14  Telephone:     (650) 506-5200
    Facsimile:     (650) 506-7114
15
    Attorneys for Defendant ORACLE CORPORATION
16
                    UNITED STATES DISTRICT COURT
17
18      NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION

19  IN RE ORACLE CORPORATION          Case No. C-01-0988-MJJ
    SECURITIES LITIGATION             (Consolidated)
20
                                      [~~PROPOSED~~] AMENDED PRETRIAL
21                                    ORDER

22  This Document Relates To:

23  ALL ACTIONS.                      **Judge Martin J. Jenkins**

24

25

26

27

28

                                      [~~PROPOSED~~] AMENDED PRETRIAL ORDER;
                                      CASE NO.: C-01-0988-MJJ

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

**TRIAL DATE:** Monday, <u>September 11, 2006</u> at 8:30 a.m., Courtroom 11, 9th floor.
TRIAL LENGTH is estimated to be TBD days.  (**x**) jury  ( ) court

**PRETRIAL CONFERENCE DATE:** Tuesday, <u>August 29, 2006</u> at 3:30 p.m.
(Counsel who intend to try the case must attend the pretrial conference.  Counsel shall be prepared to discuss all aspects of the case, including settlement.  Pretrial to conform to the attached instructions).

DISCOVERY LIMITS:

| | | | | | |
|---|---|---|---|---|---|
| | Depositions: | Pltf. | 65 | Def. | 65 |
| | Interrogs: | Pltf. | 55 | Def. | 55 |
| | Doc. Req.: | Pltf. | 75 | Def. | 75 |

(Per Federal Rules of Civil Procedure and Local Rules, subject to any provisions below)

DISCOVERY DISPUTES: All requests for discovery relief must be summarized in letter briefs no longer than two pages for each party.  The letter briefs must attest that, prior to filing the request for relief, counsel met and conferred in person or by telephone and must concisely summarize those remaining issues that counsel were unable to resolve.  The letter briefs may cite to limited and specific legal authority only for resolution of dispositive issues.  The letter briefs may not be accompanied by declarations; however any specific excerpt of disputed discovery material may be attached.  The Court will then advise the parties if additional briefing or a telephonic conference will be necessary.

NON-EXPERT DISCOVERY CUTOFF is: **2/24/06**

DESIGNATION OF EXPERTS:            **TBD**

EXPERT DISCOVERY CUTOFF is:        **TBD**

DISPOSITIVE MOTIONS SHALL be heard by **July 31, 2006**

SETTLEMENT CONFERENCE shall be held before Magistrate Judge **Zimmerman** and scheduled to take place **August 2006**

FURTHER STATUS CONFERENCE:  **July 12, 2005** at 2:00 p.m.

**ADDITIONAL ORDERS:**
<u>Initial disclosures and protective order due by 12/21/04</u>

CLASS CERTIFICATION:  Plaintiffs shall file their class certification motion on or before **January 31, 2005**.  Defendants shall file their opposition brief by **March 28, 2005**.  Any reply brief shall be filed by **April 22, 2005**.  A hearing will be held before the Court regarding class certification in **May 2005** or at the Court's earliest convenience thereafter.

**PLAINTIFF IS ORDERED TO SERVE A COPY OF THIS ORDER ON ANY PARTY SUBSEQUENTLY JOINED IN THIS ACTION.**

Dated:         December 14, 2004

_____
MARTIN J. JENKINS
United States District Judge

**[PROPOSED] AMENDED PRETRIAL ORDER;**
**CASE NO.: C-01-0988-MJJ**

1

APPROVED AS TO FORM:

2

3    DATED:  December 10, 2004        LERACH COUGLIN STOIA GELLER RUDMAN &
                                      ROBBINS LLP
4
                                      SHAWN A. WILLIAMS
5                                     WILLOW E. RADCLIFFE
                                      ELI R. GREENSTEIN
6                                     JENNIE LEE ANDERSON
                                      MONIQUE C. WINKLER
7

8                                     By: _____
9                                          Shawn A. Williams
                                      Lead Counsel for Plaintiffs
10

11

12   DATED:  December 10, 2004        MAYER, BROWN ROWE & MAW LLP

13                                    DONALD M. FALK
                                      LEE H. RUBIN
14                                    SHIRISH GUPTA

15                                    By: _____ by SAN
16                                         Lee H. Rubin
                                      Attorneys for Defendants
17                                    Oracle Corporation, Lawrence J. Ellison, Jeffrey O.
                                      Henley and Edward J. Sanderson
18

19

20

21

22

23

24

25

26

27

28

                                      [PROPOSED] AMENDED PRETRIAL ORDER;
                                      CASE NO.: C-01-0988-MJJ

# PRETRIAL INSTRUCTIONS

Counsel SHALL meet and confer in good faith in advance of complying with the following pretrial requirements for the purpose of preparing for the Pretrial Conference and to discuss settlement.

## A.   20 CALENDAR DAYS PRIOR TO PRETRIAL CONFERENCE

The following shall be accomplished not later than **20 calendar days** prior to the scheduled Pretrial Conference:

1.   **PRETRIAL STATEMENT**: The parties shall comply in all respects with FRCivP 16(c)(1)(2)(3)(4)(7)(13)(14)(15)(16)

2.   **JURY INSTRUCTIONS**:

a.   <u>Joint Set of Agreed Upon Instructions</u>: The parties shall jointly prepare a set of <u>agreed</u> upon jury instructions, and shall file an <u>original and two copies</u> of same **20 calendar days** prior to the Pretrial Conference.

b.   <u>Separate Instructions</u>:  Separate instructions may be submitted only as to those instructions upon which the parties cannot agree.  Each separate instruction shall note on its face the identity of the party submitting such instruction.

No later than **10 calendar days** prior to the Pretrial Conference, the party or parties objecting to an instruction shall file a written objection to such instruction.  The form of the objection shall be as follows:

(1) Set forth in full the instruction to which the objection is made;

(2) Provide concise argument and citations to authority explaining why the opposing party's instruction is improper; and

(3) Set forth in full an alternative instruction, if any.

<u>An original and two copies</u> of the separate instructions with objections shall be filed **10 calendar days** prior to the Pretrial Conference.

c.   <u>Substance and Format of Instructions</u>:  The instructions shall cover all substantive issues.  Proposed instructions shall be consecutively numbered.  Each proposed instruction shall be typed in full on a separate page and cover only one subject, to be indicated in the title.  Citations to the authorities upon which the instruction is based shall be included.  Instructions shall be <u>brief, clear, written in plain English and free of argument</u>.  Pattern or form instructions shall be revised to address the particular facts and issues of this case.

d.   <u>Preliminary Statement and Instructions</u>:  If the parties wish to have a preliminary statement read to the jury, and/or preliminary instructions given to the jury, they shall jointly prepare and submit to the Court, **one week** prior to trial, the text of the statement and instructions, clearly marked.

e.   <u>Clean Copies</u>: The parties shall be prepared to submit two clean copies of instructions without citations, titles or attribution on or before the date trial commences.

3.   **FINDINGS OF FACT and CONCLUSIONS OF LAW**: In non-jury cases, each party shall serve and lodge with the Court proposed findings of fact and conclusions of law on all material issues.  Proposed findings shall be brief, written in plain English and free of pejorative language and argument.

4.    **EXHIBITS:**

a.    <u>Provide Copies of Exhibits to Other Parties</u>:  Each party shall provide every other party with one set of all proposed exhibits, charts, schedules, summaries, diagrams and other similar documentary materials to be used in its case in chief at trial, together with a complete list (**see attached**) of all such proposed exhibits.  Voluminous exhibits shall be reduced by elimination of irrelevant portions or through the use of summaries.  Each item shall be <u>pre-marked with an exhibit sticker</u> (**see attached**), plaintiff's exhibits with numbers, defendant's exhibits with letters.  If there are numerous exhibits, they should be provided in three-ring binders with marked tab separators.  All exhibits which have not been provided as required are subject to exclusion.

b.    <u>Stipulations re Admissibility</u>:  Prior to the Pretrial Conference, the parties shall make a good faith effort to stipulate exhibits into evidence and be prepared to place their admission on the record at the Pretrial Conference.  If stipulation to admission in evidence is not possible, the parties shall make every effort to stipulate to authenticity and foundation absent a legitimate (not tactical) objection.

c.    <u>Provide Copies of Exhibits to Court</u>:  One set of exhibits shall be provided to the Court on the <u>**one week prior to trial.**</u>.  Each set shall be in binders, tabbed and indexed.

d.    <u>Disposition of Exhibits After Trial</u>:  Upon the conclusion of the trial, each party shall retain its exhibits through the appellate process.  It is each party's responsibility to make arrangements with the Clerk of the Court to file the record on appeal.

5.    **WITNESSES:**

a.    <u>Jury Trials</u>:  The Pretrial Conference Statement shall include a witness list required by FRCivP 16(c)(7).  Expert witnesses shall be listed separately.  In addition, in the case of expert witnesses, the summary shall **clearly state the expert's theories and conclusions and the bases therefor and SHALL be accompanied by a curriculum vitae**; if the expert has prepared a report in preparation for the testimony, a copy thereof shall be furnished to opposing counsel.  Witnesses not included on the list may be excluded from testifying.

b.    <u>Non-Jury Trials</u>:  In non-jury cases, each party shall serve and lodge with the Court a written <u>narrative statement</u> of the proposed direct testimony of each witness under that party's control in lieu of a summary.  Each statement shall be marked as an exhibit and shall be in a form suitable to be received into evidence.

6.    **MOTIONS IN LIMINE:**  Motions in limine are limited to motions to exclude specific items of evidence (i.e. specific testimony or exhibits) on a ground and upon such authority as would be sufficient to sustain an objection to such evidence at trial.  Motions in limine shall be filed and served no later than <u>**ten Court days**</u> prior to the date set for the pretrial conference.  Any party opposing such a motion in limine shall file and serve its opposition papers no later than <u>**five Court days**</u> prior to the pretrial conference.  No reply papers will be considered.

**B.    <u>10 COURT DAYS PRIOR TO PRETRIAL CONFERENCE</u>**

The following shall be accomplished not later than <u>**10 Court days**</u> prior to the Pretrial Conference:

1.    <u>List of Exhibits With Stipulations and Objections</u> - The parties shall file with the Court a list of all exhibits admitted by stipulation; and a list of all exhibits as to which objections have been made, with a brief notation indicating which party objects and for what reason.

2.    <u>Objections to Other Evidence</u> - In addition to exhibit lists, counsel shall confer with respect to any other evidentiary objections in advance of the Pretrial Conference as required by Local Rule.  Each party shall file and serve a statement briefly identifying each item objected to, the grounds for the objection and the position of the offering party as stated at the conference.

3.      Voir Dire and Verdict Forms - Each party shall serve and file proposed questions for jury voir dire and a proposed form of verdict.

## C.      OTHER PRETRIAL MATTERS

1.      Citations - In all Pretrial Statements, memoranda of points and authorities and jury instructions, citations shall be as follows:  (1) all United States Supreme Court citations shall be to both the official reporter and to the West Supreme Court Reporter, (2) all citations to California state courts shall be to both the official reporter and to the West California Reporter, and (3) all citations to the courts of any other state shall be to both the official reporter of that state and to the West Regional Reporter.

2.      Settlement Conferences - Any party utilizing another form of Alternative Dispute Resolution who wishes to arrange a settlement conference before a judge or magistrate judge thereafter may do so by contacting the Courtroom Deputy.

3.      Copies - Unless otherwise indicated, each document filed or lodged with the Court must be accompanied by a copy for use in the Judge's chambers.  In addition, one copy of the witness and exhibit lists should be furnished to the court reporter.

4.      Daily Transcripts - If transcripts will be requested during or immediately after trial, arrangements must be made with the court reporter at least **one week** before trial commences.

Attachments

4

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CASE NO. C-                MJJ                                      DATE:

_____ v. _____              EXHIBIT LIST

( ) Plaintiff                                              ( ) Defendant

| EXHIBIT NUMBER | MARKED | ADMITTED | SPONSORING WITNESS | DESCRIPTION |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

5

e No. | Case No.

PLNTF Exhibit No. _____  
Date Entered _____  
Signature _____

Case No.  
DEFT Exhibit No. _____  
Date Entered _____  
Signature _____

Case No.  
PLNTF Exhibit No. _____  
Date Entered _____  
Signature _____

Case No.  
DEFT Exhibit No. _____  
Date Entered _____  
Signature _____

Case No.  
PLNTF Exhibit No. _____  
Date Entered _____  
Signature _____

Case No.  
DEFT Exhibit No. _____  
Date Entered _____  
Signature _____

Case No.  
PLNTF Exhibit No. _____  
Date Entered _____  
gnature _____

Case No.  
DEFT Exhibit No. _____  
Date Entered _____  
Signature _____

Case No.  
PLNTF Exhibit No. _____  
Date Entered _____  
Signature _____

Case No.  
DEFT Exhibit No. _____  
Date Entered _____  
Signature _____

Case No.  
PLNTF Exhibit No. _____  
Date Entered _____  
Signature _____

Case No.  
DEFT Exhibit No. _____  
Date Entered _____  
Signature _____

Case No.  
PLNTF Exhibit No. _____  
Date Entered _____  
Signature _____

Case No.  
DEFT Exhibit No. _____  
Date Entered _____  
Signature _____

## DECLARATION OF SERVICE BY MAIL AND FACSIMILE

I, the undersigned, declare:

1.      That declarant is and was, at all times herein mentioned, a citizen of the United States and employed in the City and County of San Francisco, over the age of 18 years, and not a party to or interest in the within action; that declarant's business address is 100 Pine Street, Suite 2600, San Francisco, California 94111.

2.      That on December 10, 2004, declarant served the **[PROPOSED] AMENDED PRETRIAL ORDER** by depositing a true copy thereof in a United States mailbox at San Francisco, California in a sealed envelope with postage thereon fully prepaid and addressed to the parties listed on the attached Service List.  Declarant also served the parties by facsimile.

3.      That there is a regular communication by mail between the place of mailing and the places so addressed.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 10th day of December, 2004, at San Francisco, California.

_____
KAREN HEINZ

RACLE III (LEAD)
e  ·e List - 12/10/2004  (201-064-1)
aये 1 of  1

## Counsel For Defendant(s)

)onald M. Falk
.ee H. Rubin
Shirish  Gupta
Mayer, Brown, Rowe & Maw LLP
Two Palo Alto Square, Suite 300
Palo Alto, CA  94306
  650/331-2000
  650/331-2060 (Fax)

Alan N. Salpeter
Javier H. Rubinstein
Mayer, Brown, Rowe & Maw LLP
190 South LaSalle Street, Suite 3900
Chicago, IL  60603-3441
  312/782-0600
  312/701-7711 (Fax)

Dorian  Daley
James C. Maroulis
Oracle Corporation
500 Oracle Parkway, Mail Stop 50P7
Redwood City, CA  94065
  650/506-5200
  650/506-7114 (Fax)

## Counsel For Plaintiff(s)

William S. Lerach
Mark  Solomon
Douglas R. Britton
Lerach Coughlin Stoia Geller Rudman &
Robbins LLP
401 B Street, Suite 1600
San Diego, CA  92101-4297
  619/231-1058
  619/231-7423 (Fax)

Sanford  Svetcov
Shawn A. Williams
Willow E. Radcliffe
Lerach Coughlin Stoia Geller Rudman &
Robbins LLP
100 Pine Street, Suite 2600
San Francisco, CA  94111-5238
  415/288-4545
  415/288-4534 (Fax)

1    I, JESSICA FERNANDEZ, declare:

2    I am a resident of the State of California and over the age of eighteen years, and not a party

3  to the within action; my business address is: Two Palo Alto Square, Suite 300, Palo Alto,

4  California 94306.

        On December 22, 2004, I served the foregoing document(s) described as:

5

6               **NOTICE OF ENTRY OF AMENDED PRETRIAL ORDER**

7  ☐  By transmitting via facsimile the document(s) listed above (exclusive of exhibits) to the fax number(s) set forth below on this date before 5:00 p.m.

8

9  ☒  By placing the document(s) listed above in a sealed envelope with postage prepaid, via First Class Mail, in the United States mail at Palo Alto, California addressed as set forth below.

10

11  ☒  By personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

12  ☐  By placing the document(s) listed above in a sealed overnight service envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to an overnight service agent for delivery.

13

14

15  **VIA PERSONAL DELIVERY**    **VIA U.S. MAIL**

Sanford Svetcov          William S. Lerach
Shawn A. Williams        Douglas R. Britton
Reed R. Kathrein          Darren J. Robbins
Michael Reese            **LERACH, COUGHLIN, STOIA,**
**LERACH, COUGHLIN, STOIA,**  **GELLER, RUDMAN &**
**GELLER, RUDMAN &**        **ROBBINS LLP**
**ROBBINS LLP**           401 B Street, Suite 1700
100 Pine Street, Suite 2600   San Diego, CA 92101
San Francisco, CA 94111     Fax: (619) 231-7423
Fax: (415) 288-4534

16

17

18

19

20

21

22    I am readily familiar with the firm's practice of collection and processing correspondence

23  for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same

24  day with postage thereon fully prepaid in the ordinary course of business. I am aware that on

25  motion of the party served, service is presumed invalid if postal cancellation date or postage meter

26  date is more than one day after date of deposit for mailing in affidavit.

27

28

1        I declare under penalty of perjury that the foregoing is true and correct.

2        I declare that I am employed in the office of a member of the bar of this court at whose

3   direction the service was made.

4        Executed on December 22, 2004 at Palo Alto, California.

7   JESSICA FERNANDEZ