# EXHIBIT C

REC'D JAN 1 8 2005

**FILED**
JAN 1 3 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | No.   C01-0988 MJJ |
| ORACLE CORPORATION SECURITIES LIGATION, | **ORDER OF REFERENCE** |
| Defendant. | |

Pursuant to Civil Local Rule 72-1, it is HEREBY ORDERED that the **Defendant's Motion for Protective Order and Motion for an Order shortening Time** in the above-captioned case is referred to a Magistrate Judge.

Counsel will be advised of the date, time and place of the next appearance by notice from the Magistrate Judge. THE MOTION HEARING SET ON JUDGE JENKINS' CALENDAR FOR February 15, 2005, IS HEREBY **VACATED**.

**IT IS SO ORDERED.**

Dated: 1/12/2005

MARTIN J. JENKINS
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOCAL 144 NURSING HOME,<br><br>             Plaintiff,<br><br>v.<br><br>ORACLE CORPORATION,<br><br>             Defendant. | Case Number: CV01-0988 MJJ<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 13, 2005, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Mayer Brown & Platt
190 So LaSalle St
Chicago, IL 60603

Mayer Brown Rowe & Maw LLP
Two Palo Alto Square, Suite 300
Palo Alto, CA 94306

Oracle Corporation
500 Oracle Parkway
Mailstop 5OP7
Redwood Shores, CA 94065

Milberg Weiss Bershad Hynes & Lerach LLP
100 Pine Street, Suite 2600
San Francisco, CA 94111

Dated: January 13, 2005

Richard W. Wieking, Clerk

By: Monica Tutson, Deputy Clerk