# EXHIBIT D

```
              FILED
         2005 JAN 20 PM 2:23
         RICHARD W. WIEKING
             CLERK
         U.S. DISTRICT COURT
         NO. DIST. OF CA
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE ORACLE SECURITIES LITIGATION | No. C01-0988 MJJ (JCS) |
| This Document Relates To: <br> ALL ACTIONS. | **ORDER GRANTING DEFENDANTS' MOTION TO SHORTEN TIME TO HEAR DEFENDANTS' MOTION FOR PROTECTIVE ORDER [Docket No. 201]** |

On January 10, 2005, Defendants' filed a Motion For Protective Order (the "Motion"). On January 11, 2005, Defendants' filed a Motion For An Order Shortening Time to hear their Motion for Protective Order.

IT IS HEREBY ORDERED THAT the Motion to Shorten Time is GRANTED. Opposition memoranda to the Motion shall be filed on **January 24, 2005**, reply brief shall be filed by **January 28, 2005, with courtesy copies to be delivered to Judge Spero's chambers by 3:00 p.m.** The Motion will be heard on **February 4, 2005, at 9:30 a.m.**

IT IS SO ORDERED.

Dated: January 20, 2005

JOSEPH C. SPERO
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE ORACLE CORPORATION SECURITIES LITIGATION | No. C 01-0988 MJJ (JCS) |
| | CERTIFICATE OF SERVICE |
| This Document Relates to: | |
| ALL ACTIONS | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 20, 2005, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail; or by placing said copy into an inter-office delivery receptacle located in the Office of the Clerk.

Sanford Svetcov
Shawn A. Williams
Willow E. Radcliffe
Lerach, Coughlin, Stoia, Geller, Rudman & Robbins LLP
100 Pine Street, Ste. 22600
San Francisco, CA 94111

William S. Lerach
Mark Solomon
Douglas Britton
Lerach, Coughlin, Stoia, Geller, Rudman & Robbins LLP
401 B Street, Ste 1700
San Diego, CA 92101

Lee H. Rubin
Donald M. Falk
Shirish Gupta
Mayer, Brown, Rowe & Maw LLP
Two Palo Alto Square, Ste. 300
Palo Alto, CA 94306

Alan N. Salpeter
Javier Rubinstein
Vincent P. Schmeltz III
Mayer, Brown, Rowe & Maw LLP
190 South LaSalle Street
Chicago, IL 60603-3441

```
 1  Oracle Corporation
    DorianDaley
 2  James C. Maroulis
    5000 Oracle Parkway
 3  Mailstop 5OP7
    Redwood Shores, CA 94065
 4
 5                                          RICHARD W. WIEKING, CLERK
 6
 7                                          BY: /s/ Karen L. Hom
                                                Karen L. Hom, Courtroom Deputy
 8
```