1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION ) ) ) | Master File No. C-01-0988-MJJ |
| ) | CLASS ACTION |
| ) | |
| This Document Relates To: ) ) | [PROPOSED] ORDER DENYING DEFENDANTS' MOTION FOR |
| ALL ACTIONS. ) ) | APPOINTMENT OF A SPECIAL MASTER PURSUANT TO FED. R. CIV. P. 53 |

DATE: March 1, 2005
TIME: 9:30 a.m.
COURTROOM: Judge Martin J. Jenkins

1   Pending before the Court is Defendants' Motion for Appointment of a Special Master
2   Pursuant to Fed. R. Civ. P. 53, seeking the appointment of a special master regarding discovery
3   matters in this action. After consideration of relevant statutory authority and case law, Defendants'
4   supporting papers, Plaintiffs' opposition and oral argument of counsel, the Court HEREBY DENIES
5   Defendants' motion for appointment of a special master.

6   IT IS SO ORDERED.

DATED: _____    _____
                                  THE HONORABLE MARTIN J. JENKINS
                                  UNITED STATES DISTRICT JUDGE

Submitted by:

DATED: February 1, 2005

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SHAWN A. WILLIAMS
WILLOW E. RADCLIFFE
ELI R. GREENSTEIN
JENNIE LEE ANDERSON
MONIQUE C. WINKLER


            _____/S/_____
            WILLOW E. RADCLIFFE

100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone: 415/288-4545
415/288-4534 (fax)

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
WILLIAM S. LERACH
MARK SOLOMON
DOUGLAS R. BRITTON
401 B Street, Suite 1600
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

Lead Counsel for Plaintiffs

T:\casesSF\oracle3\ORD00017935.doc

[PROPOSED] ORDER DENYING DEFENDANTS' MOTION FOR APPOINTMENT
OF A SPECIAL MASTER PURSUANT TO FED. R. CIV. P. 53 - C-01-0988-MJJ                - 1 -

1                    <u>DECLARATION OF SERVICE BY MAIL AND FACSIMILE</u>

2        I, the undersigned, declare:

3        1.     That declarant is and was, at all times herein mentioned, a citizen of the United States and employed in the City and County of San Francisco, over the age of 18 years, and not a party to or interest in the within action; that declarant's business address is 100 Pine Street, Suite 2600, San Francisco, California 94111.

       2.     That on February 1, 2005, declarant served the [PROPOSED] ORDER DENYING DEFENDANTS' MOTION FOR APPOINTMENT OF A SPECIAL MASTER PURSUANT TO FED. R. CIV. P. 53 by depositing a true copy thereof in a United States mailbox at San Francisco, California in a sealed envelope with postage thereon fully prepaid and addressed to the parties listed on the attached Service List. Declarant also served the parties by facsimile.

       3.     That there is a regular communication by mail between the place of mailing and the places so addressed.

       I declare under penalty of perjury that the foregoing is true and correct. Executed this 1st day of February, 2005, at San Francisco, California.

                                                             /S/
                                           DEBORAH R. DASH

ORACLE III (LEAD)

Service List - 2/1/2005   (201-064-1)

Page 1 of 1

**Counsel For Defendant(s)**

| | |
|---|---|
| Donald M. Falk<br>Lee H. Rubin<br>Shirish Gupta<br>Mayer, Brown, Rowe & Maw LLP<br>Two Palo Alto Square, Suite 300<br>Palo Alto, CA  94306<br>650/331-2000<br>650/331-2060 (Fax) | Alan N. Salpeter<br>Javier H. Rubinstein<br>Mayer, Brown, Rowe & Maw LLP<br>190 South LaSalle Street, Suite 3900<br>Chicago, IL  60603-3441<br>312/782-0600<br>312/701-7711 (Fax) |

Dorian Daley
James C. Maroulis
Oracle Corporation
500 Oracle Parkway, Mail Stop 50P7
Redwood City, CA  94065
  650/506-5200
  650/506-7114 (Fax)

**Counsel For Plaintiff(s)**

| | |
|---|---|
| William S. Lerach<br>Mark Solomon<br>Douglas R. Britton<br>Lerach Coughlin Stoia Geller Rudman & Robbins LLP<br>401 B Street, Suite 1600<br>San Diego, CA  92101-4297<br>619/231-1058<br>619/231-7423 (Fax) | Sanford Svetcov<br>Shawn A. Williams<br>Willow E. Radcliffe<br>Lerach Coughlin Stoia Geller Rudman & Robbins LLP<br>100 Pine Street, Suite 2600<br>San Francisco, CA  94111-5238<br>415/288-4545<br>415/288-4534 (Fax) |