# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
## CIVIL MINUTES

**CASE NO. C 01-0988 MJJ (JCS)**

**CASE NAME:** In Re: ORACLE SECURITIES LITIGATION

| | |
|---|---|
| **MAGISTRATE JUDGE JOSEPH C. SPERO** | **COURTROOM DEPUTY:** Karen Hom |
| **DATE:** February 5, 2005    **TIME:** 1 hr | **COURT REPORTER:** Leo Mankiewicz |

| **COUNSEL FOR PLAINTIFF:** | **COUNSEL FOR DEFENDANT:** |
|---|---|
| Shawn A. Williams | Lee Rubin |
| Willow E. Radcliffe | Vincent P. Schmeltz III |
| Eli Greenstein | James Maroulis |

---

( ) Status Conf.      ( ) P/T Conf.      ( ) Discovery Conf.      ( ) Further Case Mgmt. Conf.

| **OTHER PROCEEDINGS:** | **RULING:** |
|---|---|
| 1. Dft's Motion for Protective Order [Docket No. 200] | Granted in part, denied in part. |

**ORDERED AFTER HEARING:**

Lead trial counsel for Plaintiff and Defendant shall meet-and-confer on or before 2/18/5 to exchange proposed discovery plans and develop a joint comprehensive discovery plan. After the meet-and-cofer the parties shall file a joint letter brief describing in detail the agreed upon discovery plan proposals and a description detailing the disputed discovery plan proposals to Judge Spero by 2/22/05.

Before filing any future discovery motions, lead trial counsel for Plaintiff and Defendant shall meet-and-confer, in person, on ten (10) days demand from other side. Unresolved discovery disputes shall be filed in the form of a joint letter brief.

Court temporarily stayed the enforcement of the 3rd-pty subpoenas until after the discovery conference.

**ORDER TO BE PREPARED BY:**      ( ) Plaintiff      ( ) Defendant      (X) Court

**CASE CONTINUED TO:** 03/01/05 at 11:00 a.m., for a Discovery Conference.

cc:      Chambers; Karen