UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE ORACLE SECURITIES LITIGATION<br><br>_____<br><br>This Document Relates To:<br><br>ALL ACTIONS.<br>_____/ | No. C-01-0988 MJJ (JCS)<br><br>**ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT'S MOTION FOR PROTECTIVE ORDER [Docket No. 200]** |

On January 10, 2005, Defendants filed a Motion for Protective Order (the "Motion"). On February 4, 2005, a hearing was held on the Motion. Shawn A. Williams, Willow E. Radcliffe, and Eli Greenstein appeared for Plaintiffs. Lee Rubin, Vince P. Schmeltz, III, and James Maroulis appeared for Defendants.

For the reasons stated on the record,

IT IS HEREBY ORDERED that the Motion is GRANTED IN PART, DENIED IN PART. The enforcement of the third-party subpoenas are temporarily STAYED until after the discovery conference.

IT IS HEREBY FURTHER ORDERED that lead trial counsel for Plaintiff and lead trial counsel for Defendant shall meet-and-confer on or before **February 18, 2005**, to exchange proposed discovery plans and develop a joint comprehensive discovery plan (the "Discovery Plan"). The Discovery Plan shall identify what types of discovery shall be taken, in what order, and from whom, and shall set reasonable limits on the subject matter areas to be discovery. The Discovery Plan shall include a list of deponents known at present and a time frame for those depositions. After the meet-and-confer session, the parties shall electronically file a joint letter brief describing in detail the agreed-upon Discovery Plan and any disputed areas by **February 22, 2005**. Each side's final proposed Discovery Plan shall be attached to the letter.

Before filing any future discovery motions, lead trial counsel for Plaintiff, and lead trial counsel for Defendant, shall meet and confer **in person.** The location of the meet-and-confer session shall alternate, with the first meeting location to be chosen by counsel for Plaintiff and the second meeting location to be at the office to be chosen by counsel for Defendant, and so forth. Any side may demand a meeting on ten (10) days' notice after having failed to resolve the discovery issue in question by telephone. At the conclusion of the meet-and-confer session, the parties shall submit a joint letter brief to the Court with a detailed summary of the remaining issues, each side's substantive position, and each side's proposed compromise on the issues.

IT IS HEREBY FURTHER ORDERED that a Discovery Conference is set for **March 1, 2005, at 11:00 a.m.,** before Magistrate Judge Spero.

IT IS SO ORDERED.

Dated: February 8, 2005

/s/ Joseph C. Spero
JOSEPH C. SPERO
United States Magistrate Judge

2