FILED

FEB 0 7 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NURSING HOME PENSION FUND, ET AL., | No. C 01-0988 MJJ |
| Plaintiffs, | **ORDER** |
| v. | |
| ORACLE CORPORATION, ET AL., | |
| Defendants. | |

    The Court hereby **REFERS** the oversight of the development of a detailed discovery plan in the above-captioned matter to Magistrate Judge Joseph C. Spero.

    The Court will defer consideration of Defendants' motion for appointment of a special master until such time as the detailed discovery plan described above is in place. Therefore, oral argument on this motion, currently scheduled for March 1, 2005, is hereby **VACATED**.

    The Court is in receipt of the parties' letter briefs regarding Plaintiffs' disclosure of the identities of confidential witnesses. The Court defers consideration of this issue until the detailed discovery plan referenced above is in place.

**IT IS SO ORDERED.**

Dated: February 4, 2005

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

LOCAL 144 NURSING HOME,

        Plaintiff,

v.

ORACLE CORPORATION,

        Defendant.

Case Number: CV01-0988 MJJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 8, 2005, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Mayer Brown & Platt
190 So LaSalle St
Chicago, IL 60603

Mayer Brown Rowe & Maw LLP
Two Palo Alto Square, Suite 300
Palo Alto, CA 94306

Oracle Corporation
500 Oracle Parkway
Mailstop 5OP7
Redwood Shores, CA 94065

Milberg Weiss Bershad Hynes & Lerach LLP
100 Pine Street, Suite 2600
San Francisco, CA 94111

Dated: February 8, 2005

Richard W. Wieking, Clerk

By: Monica Tutson, Deputy Clerk