| | |
|---|---|
| 1 | MAYER, BROWN, ROWE & MAW LLP |
| | Donald M. Falk (SBN 150256) |
| 2 | Lee H. Rubin (SBN 141331) |
| | John C. Kloosterman (SBN 182625) |
| 3 | Shirish Gupta (SBN 205584) |
| | Two Palo Alto Square, Suite 300 |
| 4 | Palo Alto, California 94306 |
| | Telephone:     (650) 331-2000 |
| 5 | Facsimile:      (650) 331-2060 |
| | lrubin@mayerbrownrowe.com |
| 6 | |
| | MAYER, BROWN, ROWE & MAW LLP |
| 7 | Alan N. Salpeter (admitted *pro hac vice*) |
| | Javier Rubinstein (admitted *pro hac vice*) |
| 8 | Vincent P. Schmeltz III (admitted *pro hac vice*) |
| | 190 South LaSalle Street |
| 9 | Chicago, IL  60603-3441 |
| | Telephone:     (312) 782-0600 |
| 10 | Facsimile:      (312) 701-7711 |
| | jrubinstein@mayerbrownrowe.com |
| 11 | |
| | Attorneys for Defendants ORACLE CORPORATION |
| 12 | |
| | ORACLE CORPORATION |
| 13 | Dorian Daley (SBN 129049) |
| | James C. Maroulis (SBN 208316) |
| 14 | 500 Oracle Parkway |
| | Mailstop 5OP7 |
| 15 | Redwood Shores, California 94065 |
| | Telephone:     (650) 506-5200 |
| 16 | Facsimile:      (650) 506-7114 |
| | jim.maroulis@oracle.com |
| 17 | |
| | Attorneys for Defendant ORACLE CORPORATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE ORACLE CORPORATION SECURITIES LITIGATION | Case No. C-01-0988-MJJ (Consolidated) |
| | [PROPOSED] ORDER RE DEFENDANT ORACLE'S MOTION TO DISQUALIFY THE FIRM OF LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP |
| | **Judge Martin J. Jenkins** |
| | Hearing Date: March 22, 2005 |
| | Hearing Time: 9:30 a.m. |

1 | Having considered Defendant Oracle Corporation's Motion to Disqualify the Firm of Lerach Coughlin Stoia Geller Rudman & Robbins LLP and for good cause shown,

**IT IS HEREBY ORDERED THAT:**

Defendant Oracle's Motion to Disqualify is GRANTED and the law firm of Lerach Coughlin Stoia Geller Rudman & Robbins is hereby disqualified.

Dated: _____ , 2005            _____

                                                 The Honorable Martin J. Jenkins
                                                 United States District Court Judge

1

**[Proposed] ORDER RE MOTION TO DISQUALIFY**
**CASE NO: C-01-0988-MJJ**