ORIGINAL
FILED

1  MAYER, BROWN & PLATT
   STEVEN O. KRAMER (SBN 79626)       01 MAY 30 AM 9: 11
2  CHRISTOPHER P. MURPHY (SBN 120048)
   350 South Grand Avenue, 25th Floor,  CLERK, U.S. DISTRICT COURT
3  Los Angeles, California 90071-1503   NORTHERN DISTRICT OF CALIFORNIA
   Telephone:    (213) 229-9500
4  Facsimile:    (213) 625-0248

5  MAYER, BROWN & PLATT
   DONALD M. FALK (SBN 150256)
6  555 College Avenue
   Palo Alto, California 94306
7  Telephone:    (650) 331-2030
   Facsimile:    (650) 331-2060
8
   [Additional Counsel on Signature Page]
9
   Attorneys for Defendants
10 ORACLE CORPORATION and LAWRENCE J. ELLISON

11              UNITED STATES DISTRICT COURT

12             NORTHERN DISTRICT OF CALIFORNIA

13

14 | LOCAL 144 NURSING HOME PENSION | CASE NO. C01 0988 MJJ
   | FUND, on Behalf of Itself and All Others |
15 | Similarly Situated, | CLASS ACTION

16 |            Plaintiffs, | **DEFENDANTS' RESPONSE TO**
   |                         | **MOTIONS FOR CONSOLIDATION**
17 |        v.               | **AND APPOINTMENT OF LEAD**
   |                         | **PLAINTIFF AND COUNSEL**
18 | ORACLE CORPORATION and |
   | LAWRENCE J. ELLISON | Date:  June 19, 2001
19 |                     | Time:  9:30 a.m.
   |            Defendants. | Ctrm:  11
20 |                        |        Hon. Martin J. Jenkins

21

22        Defendants support consolidation of the related cases identified in the motions to

23 consolidate.  Pursuant to 15 U.S.C. § 78u-4(a)(3), Defendants take no position on the

24 motions to appoint lead plaintiff and to approve lead plaintiff's choice of counsel.

25        Defendant Oracle Corporation, however, shares the concerns expressed in the

26 Opposition of the Jose Group to the Motion to Appoint UFCW Local 56 Retail Meat Pension

27 Fund, et al., as Lead Plaintiffs and Approving Their Choice of Counsel (filed May 22, 2001),

28 with respect to the adequacy of the UFCW Local 56 Fund, et al., to serve as lead plaintiffs

1  and the adequacy of their counsel to serve as lead counsel in this case. See, *e.g.*, *Koenig v.*

2  *Benson*, 117 F.R.D. 330, 334-337 (E.D.N.Y. 1987) (rejecting proposed class representatives

3  in part because of counsel's involvement in derivative action); *Stull v. Baker*, 410 F.Supp.

4  1326, 1336-1337 (S.D.N.Y. 1976); *Hawk Industries, Inc. v. Bausch & Lomb, Inc.*, 59

5  F.R.D. 619, 624 (S.D.N.Y. 1973) (barring counsel in derivative action from acting as lead

6  counsel in class action).  While taking no position on the current motions, Defendants reserve

7  all of their defenses, including without limitation the adequacy of the lead plaintiff and lead

8  counsel for purposes of class certification.

9

10                                Respectfully submitted,

11                                MAYER, BROWN & PLATT

12

13

14  Date:  May 29, 2001          By: _Steven K____

                                     Steven O. Kramer

15

16                                MAYER, BROWN & PLATT
                                  Alan N. Salpeter
17                                Javier H. Rubinstein
                                  190 South La Salle Street
18                                Chicago, Illinois 60603-3441
                                  Telephone:    (312) 782-0600
                                  Facsimile:    (312) 701-7711
19
                                  Attorneys for Defendants Oracle Corporation
20                                and Lawrence J. Ellison

21                                         and

22                                ORACLE CORPORATION
                                  Dorian Daley (129049)
23                                Lauren G. Segal (150826)
                                  500 Oracle Parkway
24                                Mailstop 5OP7
                                  Redwood City, California 94065
25                                Telephone:    (650) 506-5200
                                  Facsimile:    (650) 506-7114
26
                                  Attorneys for Defendant Oracle Corporation
27

28

                                      2

1        **PROOF OF SERVICE**
         **(U.S. MAIL)**

2

        STATE OF CALIFORNIA          )
3                                    ) ss.
        COUNTY OF LOS ANGELES        )

4

5       I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 350 South Grand Avenue, 25th Floor, Los Angeles, CA 90071-1503.

6

7       On **May 29, 2001**, I served the foregoing document described as:

8       **DEFENDANTS' RESPONSE TO MOTIONS FOR CONSOLIDATION AND APPOINTMENT OF LEAD PLAINTIFF AND COUNSEL**

9       on interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

10

        SEE ATTACHED SERVICE LIST

11

12      As follows: I am "readily familiar with the firm's practice of collecting and processing correspondence for mailing. Under that practice, it would be deposited with the United States postal service on that same day with postage thereon fully prepaid at Los Angeles, California in

13      the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid of postal cancellation date or postage meter date is more than one day after

14      date of deposit for mailing in affidavit.

15      I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

16

        Executed on **May 29, 2001**, at Los Angeles, California.

17

18

        Judi A. Behan
19      Type or Print Name                            Signature

20

21

22

23

24

25

26

27

28

**SERVICE LIST**

William S. Lerach
Darren J. Robbins
**MILBERG WEISS BERSHAD**
   **HYNES & LERACH, LLP**
600 West Broadway, Suite 1800
San Diego, CA 92101
Tel.: (619) 231-1058
Fax: (619) 231-7423

Frederic S. Fox
Jonathan Levine
**KAPLAN, KILSHEIMER & FOX LLP**
805 Third Avenue, 22nd Floor
New York, NY 10022
Tel.: (212) 687-1980
Fax: (212) 687-7714

Reed R. Kathrein
Michael Reese
**MILBERG WEISS BERSHAD**
   **HYNES & LERACH, LLP**
100 Pine Street, Suite 2600
San Francisco, CA 94111
Tel.: (415) 288-4545
Fax: (415) 288-4534

Laurence D. King
100 Pine Street, Suite 2600
San Francisco, CA 94111
Tel.: (415) 677-1238

Alfred G. Yates, Jr.
**LAW OFFICE OF ALFRED G.**
   **YATES, JR.**
429 Forbes Avenue
519 Allegheny Bldg.
Pittsburgh, PA 15219
Tel.: (412) 391-5163
Fax: (412) 471-1033

Mark S. Goldman
**WEINSTEIN KITCHENOFF**
   **SCARLATO & GOLDMAN, LTD.**
1608 Walnut Street, Suite 1400
Philadelphia, PA 19103
Tel.: (215) 545-7200

Mel E. Lifshitz
Gregory M. Egleston
**BERNSTEIN LIEBHARD**
   **& LIFSHITZ, LLP**
10 East 40th Street
New York, NY 10016
Tel.: (212) 779-1414
Fax: (212) 779-3218

Joshua M. Lifshitz
**BULL & LIFSHITZ**
246 West 38th Street
New York, NY 10018
Tel.: (212) 869-9449

Ira M. Press
**KIRBY MCINERNEY & SQUIRE LLP**
830 third Ave., 10th Floor
New York, NY 10022
Tel.: (212) 371-6600

Marc a. Topaz
**SCHIFFRIN & BARROWAY LLP**
Three Bala Plaza East, Suite 400
Bala Cynwyd, PA 19004
Tel.: (610) 667-7706

Jill M. Manning
**KIRBY MCINERNEY & SQUIRE LLP**
7665 Redwood Blvd., Suite 200
Novato, CA 94948
Tel.: (415) 898-8160

Barbara A. Podell
**SAVETT FRUTKIN PODELL**
   **& RYAN PC**
325 Chestnut Street, Suite 700
Philadelphia, PA 19106
Tel.: (215) 923-5400

| | | |
|---|---|---|
| 1 | Daniel C. Girard<br>Robert A. Jigarjian<br>**GIRARD & GREEN, LLP**<br>160 Sansome Street, Suite 300<br>San Francisco, CA 94104<br>Tel.: (415) 981-4800<br>Fax: (415) 981-4846 | Joseph V. McBride<br>**ROBIN & PECKEL, LLP**<br>275 Madison Avenue<br>New York, NY 10016<br>Tel.: (212) 682-1818<br>Fax: (212) 682-1892 |

1

Daniel C. Girard
Robert A. Jigarjian
**GIRARD & GREEN, LLP**
160 Sansome Street, Suite 300
San Francisco, CA 94104
Tel.: (415) 981-4800
Fax: (415) 981-4846

Joseph V. McBride
**ROBIN & PECKEL, LLP**
275 Madison Avenue
New York, NY 10016
Tel.: (212) 682-1818
Fax: (212) 682-1892

Fred T. Isquith
**WOLF HALDENSTEIN ADLER**
   **FREEMAN & HERZ**
270 Madison Avenue
New York, NY 10016
Tel.: (212) 545-4600

Bruce G. Murphy
**LAW OFFICES OF BRUCE G.**
**MURPHY**
265 Llwyds Lane
Vero Beach, FL 32963
Tel.: (561) 231-4202
Fax: (561) 231-4042

Francis M. Gregorek
Francis A. Bottini, Jr.
Betsy C. Manifold
**WOLF HALDENSTEIN ADLER**
   **FREEMAN & HERZ**
Symphony Towers
750 B Street, Suite 2770
San Diego, CA 92101

Evan J. Smith
**BRODSKY & SMITH, LLC**
11 Bala Avenue, Suite 39
Bala Cynwyd, PA 19004
Tel.: (610) 668-7987
Fax: (610) 660-0450

Douglas Risen
**BERGER & MONTAGUE**
1622 Locust Street
Philadelphia, PA 19103
Tel.: (215) 875-3000

Klari Neuwelt
**LAW OFFICE OF KLARI NEUWELT**
110 East 59th Street, 29th Floor
New York, NY 10022
Tel.: (212) 593-8800
Fax: (212) 593-9131

Marc S. Henzel
**LAW OFFICES OF MARC S. HENZEL**
210 W. Washington Square
Third Floor
Philadelphia, PA 19106
Tel.: (215) 625-9999

David Jaroslawicz
**JAROSLAWICZ & JAROS**
150 William Street, 19th Floor
New York, NY 10038
Tel.: (212) 227-2780
Fax: (212) 732-6746

Jule Brody
Aaron Brody
Tzivia Brody
**STULL, STULL & BRODY**
6 East 45th Street
New York, NY 10017
Tel.: 212) 687-7230

Arnold Levin
**LEVIN FISHBEIN SEDRAN &**
**BERMAN**
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Tel.: (215) 592-1500
Fax: (215) 592-4663

Kevin Y. Yourman
Vahn Alexander
Jennifer R. Williams
**WEISS & YOURMAN**
10940 Wilshire Boulevard, 24th Floor
Los Angeles, CA 90024
Tel.: (310) 208-2800

Jay P. Saltzman
**SCHOENGOLD & SPORN, PC**
19 Fulton Street, Suite 406
New York, NY 10038
Tel.: (212) 964-0046
Fax: (212) 267-8137

1

2   James M. Orman
    **LAW OFFICES OF JAMES M. ORMAN**
3   1845 Walnut Street, 14th Floor
    Philadelphia, PA 19103
4   Tel.: (215) 523-7800
    Fax: (215) 523-9290

5   Paul J. Geller
    **CAULEY GELLER BOWMAN &**
6       **COATES, LLP**
    One Boca Place, Suite 421A
7   2255 Glades Road
    Boca Raton, FL 33431
8   Tel.: (561) 750-3000
    Fax: (561) 750-3364

9   Kenneth A. Elan
    **LAW OFFICES OF KENNETH A. ELAN**
10  217 Broadway, Suite 404
    New York, NY 10007
11  Tel.: (212) 619-0261
    Fax: (212) 385-2707

12
    Michael D. Braun
13  Timothy J. Burke
    **STULL STULL & BRODY**
14  10940 Wilshire Blvd., Ste. 2300
    Los Angeles, CA 90024
15  Tel.: (310) 209-2468
    Fax: (310) 209-2087

16

17  *Attorneys for Plaintiffs in Related Actions*

18

19

20

21

22

23

24

25

26

27

28

Robert L. Hickok
**PEPPER HAMILTON & SCHEETZ**
18th & Arch Streets
3000 Two Logan Square
Philadelphia, PA 19103
Tel.: (215) 981-4583