```
 1  BASKIN, BENNETT & KOMKOV, L.L.P.
    JAMES D. BASKIN III (81542)
 2  919 Congress Avenue, Suite 1000
    Austin, TX 78701
 3  Telephone: 512/322-9250
    512/322-9280 (fax)
 4
    MILBERG WEISS BERSHAD
 5    HYNES & LERACH LLP
    WILLIAM S. LERACH (68581)
 6  MARK SOLOMON (151949)
    DOUGLAS R. BRITTON (188769)
 7  600 West Broadway, Suite 1800
    San Diego, CA 92101
 8  Telephone: 619/231-1058
    619/231-7423 (fax)
 9
    Attorneys for Plaintiff
10
    [Additional counsel appear on signature page.]
11
```

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF SAN MATEO

| | |
|---|---|
| ALAN PIERCE, Derivatively on Behalf of ORACLE CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>LAWRENCE J. ELLISON, et al.,<br><br>Defendants,<br><br>- and -<br><br>ORACLE CORPORATION, a Delaware corporation,<br><br>Nominal Defendant. | Case No. 416147<br><br>(Derivative Action)<br><br>NOTICE OF WITHDRAWAL OF COUNSEL |

| | |
|---|---|
| 1 | TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD |
| 2 | PLEASE TAKE NOTICE that the law firm of Milberg Weiss Bershad Hynes & Lerach LLP |
| 3 | hereby withdraws as one of the counsel for plaintiff in the above-captioned matter. |

TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that the law firm of Milberg Weiss Bershad Hynes & Lerach LLP hereby withdraws as one of the counsel for plaintiff in the above-captioned matter.

DATED: May 29, 2001

BASKIN, BENNETT & KOMKOV, L.L.P.
JAMES D. BASKIN III
919 Congress Avenue, Suite 1000
Austin, TX 78701
Telephone: 512/322-9250
512/322-9280 (fax)

MILBERG WEISS BERSHAD
 HYNES & LERACH LLP
WILLIAM S. LERACH
MARK SOLOMON
DOUGLAS R. BRITTON

_Douglas R. Britton/GPS_
DOUGLAS R. BRITTON

600 West Broadway, Suite 1800
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

MORRIS AND MORRIS
KAREN L. MORRIS
1105 N. Market Street, Suite 1600
Wilmington, DE 19801
Telephone: 302/426-0400
302/426-0406 (fax)

Attorneys for Plaintiff

G:\CASES\Oracle3\MMM81181.not

- 1 -

NOTICE OF WITHDRAWAL OF COUNSEL

## DECLARATION OF SERVICE BY MAIL

I, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, a citizen of the United States and employed in the County of San Francisco, over the age of 18 years, and not a party to or interested in the within action; that declarant's business address is 100 Pine Street, 26th Floor, San Francisco, California 94111.

2. That on May 29, 2001, declarant served the NOTICE OF WITHDRAWAL OF COUNSEL by depositing a true copy thereof in a United States mailbox at San Francisco, California in a sealed envelope with postage thereon fully prepaid and addressed to the parties listed on the attached Service List.

3. That there is a regular communication by mail between the place of mailing and the places so addressed.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 29th day of May, 2001, at San Francisco, California.

MARCY MEDEIROS

ORACLE III (DERIVATIVE)
Service List - 05/29/01
Page 1

COUNSEL FOR PLAINTIFF(S)

Karen L. Morris
MORRIS AND MORRIS
1105 North Market Street
Suite 1600
Wilmington, DE 19801
 302/426-0400
 302/426-0406 (fax)

James D. Baskin III
BASKIN, BENNETT & KOMKOV, L.L.P.
919 Congress Avenue, Suite 1000
Austin, TX 78701
 512/322-9250
 512/322-9280 (fax)

William S. Lerach
Mark Solomon
Denise M. Douglas
MILBERG WEISS BERSHAD HYNES &
 LERACH LLP
600 West Broadway, Suite 1800
San Diego, CA 92101-5050
 619/231-1058
 619/231-7423 (fax)

COUNSEL FOR DEFENDANTS

Steven O. Kramer
Jamie E. Wrage
MAYER, BROWN & PLATT*
350 South Grand Avenue
Suite 2500
Los Angeles, CA 90071-1503
 213/229-9500
 213/625-0248 (fax)

Alan N. Salpeter
Javier H. Rubinstein
MAYER, BROWN & PLATT*
190 South LaSalle Street
Chicago, IL 60603-3441
 312/782-0600
 312/701-7711 (fax)

Dorian Daley
Lauren G. Segal
ORACLE CORPORATION*
500 Oracle Parkway
Mail Stop 50P7
Redwood City, CA 94065
 415/506-5200
 415/506-7114 (fax)
*Via Facsimile