Rubenstein
Segal

# IN THE COURT OF CHANCERY IN THE STATE OF DELAWARE

## IN AND FOR NEW CASTLE COUNTY

```
------------------------------------x
THOMAS J. BARONE, Derivatively        :
on Behalf of ORACLE CORPORATION,      :
                                      :
            Plaintiff,                :     Civil Action No. 18727
      vs.                             :
                                      :
LAWRENCE J. ELLISON, JEFFREY O.       :     STIPULATION AND ORDER
HENLEY, DONALD L. LUCAS, MICHAEL      :     OF CONSOLIDATION
J. BOSKIN, JACK F. KEMP, JEFFREY      :
BERG, RICHARD A. McGINN, and KAY      :
KOPLOVITZ,                            :
                                      :
            Defendants,               :
      and                             :
                                      :
ORACLE CORPORATION, a Delaware        :
Corporation,                          :
                                      :
            Nominal Defendant.        :
------------------------------------x
RICHARD K. RIMAN, Derivatively        :
on Behalf of ORACLE CORPORATION,      :
                                      :
            Plaintiff,                :     Civil Action No. 18751 NC
      vs.                             :
                                      :
LAWRENCE J. ELLISON, JEFFREY O.       :
HENLEY, DONALD L. LUCAS, MICHAEL      :
J. BOSKIN, JACK F. KEMP, JEFFREY      :
BERG, RICHARD A. McGINN, and KAY      :
KOPLOVITZ,                            :
                                      :
            Defendants,               :
      and                             :
                                      :
ORACLE CORPORATION, a Delaware        :
Corporation,                          :
                                      :
            Nominal Defendant.        :
------------------------------------x
```

```
DANIEL ORONA AND NICHOLAS VITANI,   :
Derivatively on Behalf of ORACLE     :
CORPORATION,                         :
                                     :
             Plaintiffs,             :    Civil Action No. 18782 NC
     vs.                             :
                                     :
LAWRENCE J. ELLISON, JEFFREY O.      :
HENLEY, DONALD L. LUCAS, MICHAEL     :
J. BOSKIN, JACK F. KEMP, JEFFREY     :
BERG, RICHARD A. McGINN, and KAY     :
KOPLOVITZ,                           :
                                     :
             Defendants,             :
     and                             :
                                     :
ORACLE CORPORATION, a Delaware       :
Corporation,                         :
                                     :
             Nominal Defendant.      :
-----------------------------------x
```

It appearing that the above actions involve similar subject matter and that the administrative justice would best be served by consolidating the actions,

IT IS HEREBY STIPULATED, subject to approval of the Court, as follows:

1.  The above captioned actions shall be consolidated for all purposes and referenced as "In re Oracle Corp. Derivative Litigation."

2.  Hereinafter, papers need only be filed in Civil Action No. ~~10727~~.
    *18751.*

3.    The caption of the consolidated actions shall henceforth be as follows: *In Re Oracle Corp. Derivative Litigation*, Consolidated Civil Action No. ~~18727~~ *18751*.

4.    The law firms of Taylor & McNew LLP, Cauley, Geller, Bowman & Coates, LLP, the Emerson Law Firm, and Schiffrin & Barroway, LLP, shall constitute plaintiffs' committee of the whole. The law firms of Cauley, Geller, Bowman & Coates, LLP, Emerson Law Firm and Schiffrin & Barroway, LLP are hereby designated as lead counsel for plaintiffs.    The law firm of Taylor & McNew LLP is hereby designated as liaison counsel for plaintiffs.

5.    All documents previously filed and served to date in any of the cases consolidated herein are deemed filed and served and are part of the record in the consolidated action.    A Consolidated Complaint, shall be filed and shall serve as the Complaint on behalf of all plaintiffs.    Defendants need not respond separately to any other Complaint.

6.    Lead counsel shall set policy for the plaintiffs for the prosecution of the litigation, delegate and monitor the work performed by the attorneys for the plaintiffs, and assure that there is no duplication of effort or unnecessary expense, coordinate on behalf of the plaintiffs the initiation and conduct

of    discovery    proceedings,    provide    general    coordination,

supervision, and control of the activities of plaintiffs' counsel.

Dated:  May 15, 2001                TAYLOR & McNEW LLP


                            By:    _____
                                   R. Bruce McNew
                                   3711 Kennett Pike, Suite 210
                                   Greenville, DE  19807
                                   Telephone:  302/655-9200

OF COUNSEL:                         ATTORNEYS FOR PLAINTIFFS

CAULEY, GELLER, BOWMAN
    & COATES, LLP
STEVEN E. CAULEY
11311 Arcade Drive, Suite 200
Little Rock, AR  72212
Telephone:  501/312-8500

CAULEY, GELLER, BOWMAN
    & COATES, LLP
PAUL J. GELLER
HOWARD K. COATES, JR.
JONATHAN M. STEIN
One Boca Place
2255 Glade Road, Suite 421A
Boca Raton, FL  33431
Telephone:  561/750-3000

THE  EMERSON FIRM
JOHN G. EMERSON, JR.
P.O. Box 25336
Little Rock, AR  72212
Telephone:  832/723-8850

SCHIFFRIN & BARROWAY, LLP
MARC A. TOPAZ
ROBERT B. WEISER
Three Bala Plaza East, Suite 400
Bala Cynwyd, PA  19004
Telephone:  610/667-7706

4

Dated:  May 15, 2001                    MORRIS, NICHOLS, ARSHT
                                            & TUNNELL


                                    By:    _____
                                           Kenneth J. Nachbar
                                           1201 North Market Street
                                           P.O. Box 1347
                                           Wilmington, DE  19899-1347
                                           Telephone:  302/658-9200

                                           ATTORNEYS FOR DEFENDANTS


SO ORDERED, this _15th_ day of _May_, 2001.

                                    _____

5