### IN THE COURT OF CHANCERY IN THE STATE OF DELAWARE
### IN AND FOR NEW CASTLE COUNTY

| | | |
|---|---|---|
| IN RE ORACLE CORP. DERIVATIVE LITIGATION | ) ) ) | CONSOLIDATED<br><br>CIVIL ACTION NO. 18751 |

### NOTICE OF MOTION

TO:   Kenneth J. Nachbar, Esquire
Morris Nichols Arsht & Tunnell
1201 North Market Street
Wilmington, DE 19801

David C. McBride, Esquire
Young Conaway Stargatt & Taylor LLP
1000 West Street, 17th Floor
Wilmington, DE 19801

George M. Newcombe, Esquire
James G. Kreissman, Esquire
Simpson Thacher & Bartlett, LLP
3330 Hillview Avenue
Palo Alto, CA 94304

PLEASE TAKE NOTICE that the attached Motion for Admission *Pro Hac Vice*

will be presented at the convenience of the Court.

**BIGGS AND BATTAGLIA**

By: _____

Robert D. Goldberg (I.D. No. 631)
921 N. Orange Street
P.O. Box 1489
Wilmington, DE 19899
(302) 655-9677
Attorneys for Plaintiff

DATED: July 1, 2003

## IN THE COURT OF CHANCERY IN THE STATE OF DELAWARE
## IN AND FOR NEW CASTLE COUNTY

| | | |
|---|---|---|
| IN RE ORACLE CORP. DERIVATIVE | ) | CONSOLIDATED |
| LITIGATION | ) | |
| | ) | CIVIL ACTION NO. 18751 |

### MOTION FOR ADMISSION *PRO HAC VICE*

Robert D. Goldberg, Esquire, a member of the bar of the State of Delaware, pursuant to Rule 170(b), moves the admission *pro hac vice* of Samuel Rudman, Esquire of the law firm of Cauley Geller Bowman & Rudman, LLP, 200 Broadhollow Road, Suite 406, Melville NY 11747, telephone number (631) 367-7100, to represent the undersigned Plaintiffs in this action. Movant certifies that he finds the applicant to be a reputable and competent attorney and Movant is in a position to recommend the applicant's admission. The applicant is admitted, practicing, and in good standing in the States of New York and New Jersey.

**BIGGS AND BATTAGLIA**

By: _____

Robert D. Goldberg (I.D. No. 631)
921 N. Orange Street
P.O. Box 1489
Wilmington, DE 19899
(302) 655-9677
Attorneys for Plaintiff

DATED: July 1, 2003

Samuel Rudman hereby certifies that:

1.      Applicant is a member in good standing of the bars of the States of New York and New Jersey.

2.      Applicant shall be bound by the Delaware Lawyers' Rules of Professional Conduct and has reviewed the Statement of Principles of Lawyer Conduct.

3.      Applicant and all attorneys of the applicant's firm who directly or indirectly provide services to the party or cause at issue shall be bound by all Rules of the Court.

4.      Applicant consents to the appointment of the Register in Chancery of New Castle County as agent upon whom service of process may be made for all actions, including disciplinary actions, that may arise out of the practice of law under this Rule and any activities related thereto.

5.      Applicant has appeared in one (1) action in Courts of record of Delaware in the preceding twelve (12) months.

6.      Payment for the pro hac vice admission assessment in the amount of $300.00 is attached for deposit in the Delaware Supreme Court registration fund for the purpose of the governance of the Bar of its Court and may be distributed pursuant to Supreme Court Rule 69.

7.      Applicant, without exception, has not been disbarred or suspended and is not the object of any pending disciplinary proceedings in any jurisdiction where the applicant has been admitted generally, pro hac vice, or in any other way.

8.      Applicant is admitted generally for the practice of law in the following states or other jurisdictions:  New York and New Jersey.

Dated: _June    30_____, 2003          _____
                                          Samuel Rudman

2

# IN THE COURT OF CHANCERY IN THE STATE OF DELAWARE
## IN AND FOR NEW CASTLE COUNTY

| | | |
|---|---|---|
| IN RE ORACLE CORP. DERIVATIVE | ) | CONSOLIDATED |
| LITIGATION | ) | |
| | ) | CIVIL ACTION NO. 18751 |

## ORDER

The application of Samuel Rudman for admission to practice in this action *pro hac vice* is

hereby granted.  IT IS SO ORDERED, this ____ day of _____, 2003.


_____
                                    Vice Chancellor

## CERTIFICATE OF SERVICE

I, Robert D. Goldberg, undersigned counsel of record, hereby certify that on July 1, 2003, I caused two (2) copies of the attached Motion for Admission *Pro Hac Vice* to be served on the following in the manner indicated:

**VIA HAND DELIVERY**
Kenneth J. Nachbar, Esquire
Morris Nichols Arsht & Tunnell
1201 North Market Street
Wilmington, DE 19801

**VIA HAND DELIVERY**
David C. McBride, Esquire
Young Conaway Stargatt & Taylor LLP
1000 West Street, 17th Floor
Wilmington, DE 19801

**VIA FIRST CLASS MAIL**
George M. Newcombe, Esquire
James G. Kreissman, Esquire
Simpson Thacher & Bartlett, LLP
3330 Hillview Avenue
Palo Alto, CA 94304

_____
Robert D. Goldberg