

practice areas | cases | the firm | attorneys | offices | cont<



**Case Search:**



**Lerach Coughlin Stoia & Robbins LLP Joined By Geller Rudman PLLC**

**Leading Law Firm Representing Investors Strengthens Forces, Adds Thre**

SAN DIEGO, June 10 -- The leading national law firm representing investors and ⟨
class action litigations today announced a premier boutique firm with similar spec
joining it.

William S. Lerach announced that Lerach Coughlin Stoia & Robbins LLP would be
lawyers of Geller Rudman PLLC. Both firms specialize in class action and individu;
of shareholders and institutional investors, as well as consumers, in pursuit of fin
and corporate governance changes to protect against abuses by company manag

The firms also are involved in nationwide litigation relating to fraudulent life, heal
insurance company practices and numerous antitrust matters, including abusive ⟨
major credit card companies.

William S. Lerach of Lerach Coughlin said, "We are delighted that Paul Geller, Sar
their colleagues will be joining us. We have worked with them for many years an⟨
lawyers of the highest quality. They are also great people."

Geller stated, "We are thrilled to be joining the Lerach Coughlin powerhouse. The
representing stockholders and consumers are unrivaled and we look forward to w
them." Rudman, who previously worked with the Lerach Coughlin partners in a p⟨
said he was delighted to be rejoining them.

Effective August 1, 2004, the firm will be known as Lerach Coughlin Stoia Geller f
LLP. It will have approximately 140 lawyers. It will be responsible for prosecuting
largest and most high-profile securities class action suits in the United States, inc
HealthSouth, Qwest, Vivendi, Dynegy, New York Stock Exchange Specialists, Cisc
cases, as well as private litigations on behalf of large institutional investors arisin⟨
WorldCom and AOL/Time Warner scandals.

The firm also announced that in addition to the New York and Florida offices, the⟩
opened a new office in Seattle, WA. These three offices now provide Lerach Coug
throughout the United States -- San Diego, Los Angeles, San Francisco, CA; New
Houston, TX; Washington, DC, Philadelphia, PA; Seattle and Boca Raton, FL. The
more public and Taft-Harley funds and other institutional investors than any othe
litigation firm in the United States.

Recent studies by Securities Class Action Services (SCAS) confirm that the Lerach
part of its predecessor firm Milberg Weiss Bershad Hynes & Lerach LLP), is by far
in securing recoveries for defrauded investors in the United States. According to ⟨

Coughlin/Milberg Weiss firms achieved over $2 billion in 65 recoveries during 200 average settlement of $32.4 million, the largest among the top five securities cla Over the past 25 years, the firm has recovered over $40 billion for victimized sha

The firm also has successfully stopped national and global life insurance compani fraudulent and improper tactics to sell life insurance policies and annuities and re victimized buyers. Lerach Coughlin's antitrust practice has weighed in on behalf o fixing and price discrimination practices. And Lerach Coughlin consumer attorney: plaintiffs in diverse cases involving cellphone termination fees, fraudulent healthc unfair practices in the residential mortgage business and false advertising claims.

Site Map | Privacy Statement | Legal
LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP, Attorneys at Law
(800) 449-4900 | COPYRIGHT© 2004