**Reports**     Select Report: [Documents By Case ▼]   [Refresh]

# Documents Filed By Case Report
Report Created: Friday, February 04, 2005 10:05:17 AM    [Back]

| | | | | |
|---|---|---|---|---|
| **Court:** DE Court of Chancery | **Judge:** Leo Strine | | **File & Serve Live Date:** 10/20/2003 | |
| **Division:** N/A | **Case Number:** 18751 | | **Document(s) Filed:** 326 | |
| **Case Type:** Civil Action | **Case Name:** APPEAL CONF ORDER In Re: Oracle Corp Derivative Litigation | | **Date Range:** All | |

[Select ▼] [Go]     1 throu

| ▼ Authorized Date | Authorizer | Organization | Document Title | Filing Type | Filing Option | Filing |
|---|---|---|---|---|---|---|
| 12/2/2004 2:12:07 PM | Leo E Strine | DE Court of Chancery | Revised Opinion issued by Vice Chancellor Strine 120204 | Opinion | File And Serve | 4710; |
| 11/24/2004 4:33:54 PM | Leo E Strine | DE Court of Chancery | Opinion | Opinion | File And Serve | 4674; |
| 10/5/2004 10:54:00 AM | Leo E Strine | DE Court of Chancery | Granted (Stipulated Order on Defendants' Motion to Strike Affidavit of Dario deGhetaldi in Support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgment) | Order | File And Serve | 4328! |
| 10/4/2004 4:50:07 PM | Robert D Goldberg | Biggs & Battaglia | Exhibits to Affidavit of Dario deGhetaldi in Support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgment | Exhibits | File And Serve | 4324! |
| 10/4/2004 4:50:07 PM | Robert D Goldberg | Biggs & Battaglia | Affidavit of Dario deGhetaldi in Support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgment | Affidavit | File And Serve | 4324! |
| 10/4/2004 4:50:07 PM | Robert D Goldberg | Biggs & Battaglia | Stipulated Order on Defendants' Motion to Strike Affidavit of Dario deGhetaldi in Support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgment | Stipulation & (Proposed) Order | File And Serve | 4324! |
| 10/4/2004 4:50:07 PM | Robert D Goldberg | Biggs & Battaglia | Letter to V.C. Strine from Robert Goldberg enclosing Stipulated Order on Defendants' Motion to Strike Affidavit of Dario deGhetaldi in Support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgment | Letter | File And Serve | 4324! |
| 9/27/2004 4:19:40 PM | Robert D Goldberg | Biggs & Battaglia | Letter to Vice Chancellor Strine from Robert Goldberg | Letter | File And Serve | 4281; |
| 9/23/2004 4:46:11 PM | Kenneth J Nachbar | Morris Nichols Arsht & Tunnell | Letter to Vice Chancellor Strine from Kenneth J. Nachbar dated September 23, 2004 re: global settlement discussions | Letter | File And Serve | 4265; |
| 9/1/2004 4:27:15 PM | Robert D Goldberg | Biggs & Battaglia | Exhibit A to Letter to V.C. Strine from Robert Goldberg | Exhibits | File And Serve | 4142; |
| 9/1/2004 4:27:15 PM | Robert D Goldberg | Biggs & Battaglia | Letter to V.C. Strine from Robert Goldberg, Esq. enclosing the Ninth Circuit Court's opinion | Letter | File And Serve | 4142; |
| 9/1/2004 3:58:09 PM | Kenneth J Nachbar | Morris Nichols Arsht & Tunnell | Exhibit to letter to Vice Chancellor Strine from Kenneth J. Nachbar dated September 1, 2004 (Nursing Home Pension Fund v. Oracle Corp. opinion) | Exhibits | File And Serve | 4141! |
| 9/1/2004 3:58:09 PM | Kenneth J Nachbar | Morris Nichols Arsht & Tunnell | Letter to Vice Chancellor Strine from Kenneth J. Nachbar dated September 1, 2004 enclosing Nursing Home Pension Fund v. Oracle Corp. opinion | Letter | File And Serve | 4141! |
| 9/1/2004 2:12:13 PM | Kenneth J Nachbar | Morris Nichols Arsht & Tunnell | Certificate of Service (Notice of Lodging) | Certificate of Service | File And Serve | 4140! |

| Date | Attorney | Firm | Document | Type | Method | ID |
|---|---|---|---|---|---|---|
| 9/1/2004 2:12:13 PM | Kenneth J Nachbar | Morris Nichols Arsht & Tunnell | Deposition of Daniel R. Fischel taken on June 22, 2004 (Part 3) | Deposition | File And Serve | 41408 |
| 9/1/2004 2:12:13 PM | Kenneth J Nachbar | Morris Nichols Arsht & Tunnell | Deposition of Daniel R. Fischel taken on June 22, 2004 (Part 2) | Deposition | File And Serve | 41408 |
| 9/1/2004 2:12:13 PM | Kenneth J Nachbar | Morris Nichols Arsht & Tunnell | Deposition of Daniel R. Fischel taken on June 22, 2004 (Part 1) | Deposition | File And Serve | 41408 |
| 9/1/2004 2:12:13 PM | Kenneth J Nachbar | Morris Nichols Arsht & Tunnell | Notice of Lodging Daniel R. Fischel Deposition | Notice | File And Serve | 41408 |
| 8/31/2004 11:14:22 AM | Leo E Strine | DE Court of Chancery | Granted (Proposed Order for Pro Hac Vice Admission (Alan N. Salpeter)) | Order for Pro Hac Vice | File And Serve | 41314 |
| 8/30/2004 4:48:28 PM | Kenneth J Nachbar | Morris Nichols Arsht & Tunnell | Certificate of Service for Motion for Admission Pro Hac Vice (Alan N. Salpeter) | Certificate of Service | File And Serve | 41275 |
| 8/30/2004 4:48:28 PM | Kenneth J Nachbar | Morris Nichols Arsht & Tunnell | Proposed Order for Pro Hac Vice Admission (Alan N. Salpeter) | Order for Pro Hac Vice | File And Serve | 41275 |
| 8/30/2004 4:48:28 PM | Kenneth J Nachbar | Morris Nichols Arsht & Tunnell | Certification for Pro Hac Vice (Alan N. Salpeter) | Certification for Pro Hac Vice | File And Serve | 41275 |
| 8/30/2004 4:48:28 PM | Kenneth J Nachbar | Morris Nichols Arsht & Tunnell | Notice of Motion for Admission Pro Hac Vice (Alan N. Salpeter) | Notice | File And Serve | 41275 |
| 8/30/2004 4:48:28 PM | Kenneth J Nachbar | Morris Nichols Arsht & Tunnell | Motion for Admission Pro Hac Vice (Alan N. Salpeter) | Motion to Admit Counsel (Pro Hac Vice) | File And Serve | 41275 |
| 8/27/2004 12:25:23 PM | Kenneth J Nachbar | Morris Nichols Arsht & Tunnell | Certificate of Service to the Individual Defendants Further Reply Brief in Support of Their Motion for Summary Judgment | Certificate of Service | File And Serve | 41170 |
| 8/27/2004 12:25:23 PM | Kenneth J Nachbar | Morris Nichols Arsht & Tunnell | The Individual Defendants Further Reply Brief in Support of Their Motion for Summary Judgment | Reply Brief | File And Serve | 41170 |
| 8/26/2004 5:24:39 PM | Kenneth J Nachbar | Morris Nichols Arsht & Tunnell | Certificate of Service to Individual Defendants Reply Memorandum in Support of Their Motion to Strike the Affidavit of Dario De Ghetaldi | Certificate of Service | File And Serve | 41136 |
| 8/26/2004 5:24:39 PM | Kenneth J Nachbar | Morris Nichols Arsht & Tunnell | Exhibit A to Individual Defendants Reply Memorandum in Support of Their Motion to Strike the Affidavit of Dario De Ghetaldi | Exhibits | File And Serve | 41136 |
| 8/26/2004 5:24:39 PM | Kenneth J Nachbar | Morris Nichols Arsht & Tunnell | Individual Defendants Reply Memorandum in Support of Their Motion to Strike the Affidavit of Dario De Ghetaldi (FILED UNDER SEAL) | Reply | File And Serve | 41136 |
| 8/19/2004 11:12:50 AM | Leo E Strine | DE Court of Chancery | Letter to Counsel | Letter | File And Serve | 40727 |
| 8/18/2004 5:04:21 PM | Robert D Goldberg | Biggs & Battaglia | AMENDED Certificate of Service to Compendium of Non-Published and Secondary Authorities Cited in Plaintiffs' Opposition to Defendants' Motion to Strike correcting date of service by e-File to August 16, 2004 | Certificate of Service | File And Serve | 40700 |
| 8/18/2004 5:04:21 PM | Robert D Goldberg | Biggs & Battaglia | AMENDED Certificate of Service to Plaintiffs' Opposition to Defendants' Motion to Strike correcting date of service by e-File to August 16, 2004 | Certificate of Service | File And Serve | 40700 |
| 8/18/2004 4:00:55 PM | Kenneth J Nachbar | Morris Nichols Arsht & Tunnell | Letter to Vice Chancellor Strine from Kenneth J. Nachbar dated August 18, 2004 regarding plaintiffs opposition to Individual Defendants motion to strike the affidavit of Dario de Ghetaldi | Letter | File And Serve | 40689 |
| 8/17/2004 3:46:20 PM | Robert D Goldberg | Biggs & Battaglia | Letter to V.C. Strine from Robert Goldberg enclosing a courtesy copy of Plaintiffs' reply brief filed on August 16, 2004 | Letter | File And Serve | 40609 |

| | | | | | | |
|---|---|---|---|---|---|---|
| ☐ | 8/16/2004 7:16:08 PM | Robert D Goldberg | Biggs & Battaglia | CERTIFICATE OF SERVICE TO COMPENDIUM OF NON-PUBLISHED AND SECONDARY AUTHORITIES CITED IN PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO STRIKE | Certificate of Service | File And Serve 40566 |
| ☐ | 8/16/2004 7:16:08 PM | Robert D Goldberg | Biggs & Battaglia | CERTIFICATE OF SERVICE TO PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO STRIKE | Certificate of Service | File And Serve 40566 |
| ☐ | 8/16/2004 7:16:08 PM | Robert D Goldberg | Biggs & Battaglia | COMPENDIUM OF NON-PUBLISHED AND SECONDARY AUTHORITIES CITED IN PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO STRIKE (5 OF 5 PARTS) | Exhibits | File And Serve 40566 |
| ☐ | 8/16/2004 7:16:08 PM | Robert D Goldberg | Biggs & Battaglia | COMPENDIUM OF NON-PUBLISHED AND SECONDARY AUTHORITIES CITED IN PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO STRIKE (4 OF 5 PARTS) | Exhibits | File And Serve 40566 |
| ☐ | 8/16/2004 7:16:08 PM | Robert D Goldberg | Biggs & Battaglia | COMPENDIUM OF NON-PUBLISHED AND SECONDARY AUTHORITIES CITED IN PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO STRIKE (3 OF 5 PARTS) | Exhibits | File And Serve 40566 |
| ☐ | 8/16/2004 7:16:08 PM | Robert D Goldberg | Biggs & Battaglia | COMPENDIUM OF NON-PUBLISHED AND SECONDARY AUTHORITIES CITED IN PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO STRIKE (2 OF 5 PARTS) | Exhibits | File And Serve 40566 |
| ☐ | 8/16/2004 7:16:08 PM | Robert D Goldberg | Biggs & Battaglia | COMPENDIUM OF NON-PUBLISHED AND SECONDARY AUTHORITIES CITED IN PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO STRIKE (1 OF 5 PARTS) | Exhibits | File And Serve 40566 |
| ☐ | 8/16/2004 7:16:08 PM | Robert D Goldberg | Biggs & Battaglia | EXHIBIT A TO PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO STRIKE | Exhibits | File And Serve 40566 |
| ☐ | 8/16/2004 7:16:08 PM | Robert D Goldberg | Biggs & Battaglia | PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO STRIKE | Reply Brief | File And Serve 40566 |
| ☐ | 8/13/2004 4:13:39 PM | Kenneth J Nachbar | Morris Nichols Arsht & Tunnell | Dep. Minuscript of Jennifer L. Minton - April 1, 2004 | Deposition | File And Serve 40461 |
| ☐ | 8/13/2004 4:13:39 PM | Kenneth J Nachbar | Morris Nichols Arsht & Tunnell | Dep. Minuscript of Jeffrey O. Henley - March 3, 2004 | Deposition | File And Serve 40461 |
| ☐ | 8/13/2004 4:13:39 PM | Kenneth J Nachbar | Morris Nichols Arsht & Tunnell | Deposition Minuscript of Jeffrey O. Henley - March 2, 2004 | Deposition | File And Serve 40461 |
| ☐ | 8/13/2004 4:13:39 PM | Kenneth J Nachbar | Morris Nichols Arsht & Tunnell | Dep. Minuscript of Lawrence J. Ellison - Feburary 27, 2004 | Deposition | File And Serve 40461 |
| ☐ | 8/13/2004 4:13:39 PM | Kenneth J Nachbar | Morris Nichols Arsht & Tunnell | Dep. minuscript of Lawrence J. Ellison - February 26, 2004 | Deposition | File And Serve 40461 |
| ☐ | 8/13/2004 4:13:39 PM | Kenneth J Nachbar | Morris Nichols Arsht & Tunnell | Notice of Lodging | Notice | File And Serve 40461 |
| ☐ | 8/13/2004 4:13:39 PM | Kenneth J Nachbar | Morris Nichols Arsht & Tunnell | Dep. Minuscript of Jennifer L. Minton - March 31, 2004 | Deposition | File And Serve 40461 |

Select ▼ Go                                                                                                   1 throu