|  M  A  Y  E  R  |
|---|
|  B  R  O  W  N  |
|  R  O  W  E  |
|  &  M  A  W  |

190 South La Salle Street
Chicago, Illinois 60603-3441

June 10, 2003

**BY FACSIMILE**

Sanford Svetcov, Esq.
Milberg Weiss Bershad Hynes & Lerach LLP
100 Pine Street, Suite 2600
San Francisco, CA 94111

Main Tel (312) 782-0600
Main Fax (312) 701-7711
www.mayerbrownrowe.com

Javier H. Rubinstein
Direct Tel (312) 701-7781
Direct Fax (312) 706-8679
jrubinstein@mayerbrownrowe.com

Re: *In re Oracle Corporation Securities Litigation*

Dear Mr. Svetcov:

We recently have learned of a serious situation that requires immediate attention. We understand that Howard K. Coates, Jr. recently has joined Milberg Weiss Bershad Hynes & Lerach LLP. Prior to joining your firm, Mr. Coates was a named partner in the firm of Cauley, Geller, Bowman, Coates & Ridman LLP. While at the Cauley Firm, Mr. Coates served as counsel of record for the plaintiffs in *In re Oracle Corp. Derivative Litigation*, which is currently pending in the Court of Chancery in Delaware, and actively participated in the litigation, including the taking of depositions.

As counsel for derivative plaintiffs, Mr. Coates was and is required to act in Oracle's best interests. Mr. Coates also acquired confidential and other information about Oracle in his capacity as counsel for the derivative plaintiffs in Delaware, all of which is subject to a protective order entered by the Delaware Court.

As you know, in the *Oracle Corporation Securities Litigation*, the Milberg Weiss Firm has sued Oracle on behalf of purported shareholders. It is indisputable that the Securities Litigation and the Derivative Litigation pending in Delaware are substantially related. Among other things, both are based on allegations of misstatements concerning Oracle's financial performance during the Third Quarter of Oracle's Fiscal Year 2001. In fact, the Milberg Weiss Firm withdrew as counsel for plaintiffs in derivative actions in California and Delaware in 2001 after we raised the conflict of interest created by having Milberg Weiss seek to represent a class of shareholders against Oracle while simultaneously representing shareholders seeking to stand in Oracle's shoes as derivative plaintiffs in connection with a substantially related matter.

Oracle is deeply concerned to learn that Mr. Coates has now switched sides in substantially related litigation – a clear conflict of interest under the applicable rules of professional conduct. Oracle is now investigating the appropriate course of action in response to this conflict of interest. It is obvious that the switching of sides in substantially related litigation

Brussels Charlotte Chicago Cologne Frankfurt Houston London Los Angeles Manchester New York Palo Alto Paris Washington, D.C.
Independent Mexico City Correspondent: Jauregui, Navarrete, Nader y Rojas, S.C.

Mayer, Brown, Rowe & Maw is a U.S. General Partnership. We operate in combination with our associated English partnership in the offices listed above.

MAYER, BROWN, ROWE & MAW

Sanford Svetcov, Esq.
June 10, 2003
Page 2

constitutes a conflict of interest, potentially giving rise to Milberg Weiss' disqualification from the Securities Litigation.

As part of its investigation, Oracle requests that you inform us immediately the steps that have been taken to ensure that no confidential information disclosed in the Delaware litigation has been or will be disclosed. Please be advised that Oracle reserves all of its rights to seek any and all appropriate relief, and that nothing contained in this letter should be construed as a waiver of any such rights.

We look forward to your prompt response.

Very truly yours,

Javier H. Rubinstein

cc: Alan N. Salpeter, Esq.
    Lauren G. Segal, Esq.