**LAW OFFICE OF**
**CAROL M. LANGFORD**
100 Pringle Avenue, Suite 570
Walnut Creek, California 94596
Telephone: (925) 938-3870
Facsimile: (925) 938-3886
Email: Langford@usfca.edu

**CURRICULUM VITAE**
**(Legal Ethics)**

Member, State Bar of California, 1986 to present
Member, Washington D.C. Bar, 1989 to present

## ACADEMIC

**J.D.**, University of San Francisco School of Law, 1986
**B.A.**, San Diego State University, Cum Laude, with distinction in major, 1981
**Adjunct Professor of Law**, University of San Francisco, 1992 to present; Hastings College of the Law, 1998 to present, Seminar in Legal Ethics and the Practice of Law
**Faculty**, Kessler-Eidson Program for Trial Techniques, Emory University Law School, 2002; 2003
**Visiting Professor of Law in Ethics**, Karlovy University, Prague, Czech Republic, Summer 1997
**Textbook Co-author**, *Legal Ethics in the Practice of Law*, published 1995 (Michie Company), 2nd edition published 2001 (Lexis/Nexis)
**Co-author**, *The Moral Compass of the American Lawyer*, published 1999 (Ballantine Books)

## SELECTED LEGAL AFFILIATIONS

**Chair**, American Bar Association Ethics Committee of the Intellectual Property Section, 2003-2005
**Chair**, State Bar Council of Section Chairs, 2001-2002
**Chair**, Contra Costa County Bar Association Pro Bono Section, 2001-2002; board member 1998 to 2003
**Chair**, Section Executive Committee, Law Practice Management & Technology, 2000-2001; chair elect, 1999-2000; member 1997-1999
**Special Advisor**, State Bar Committee on Professional Responsibility and Conduct, 1996 – 1997; Chair, 1995 - 1996; Vice Chair, 1994 - 1995; Member, 1991 – 1994

## AWARDS

Woman of the Year Award for Women to Seek Justice, 2004
Recognition Contra Costa County Pro Bono Committee, 2002
Women Helping Women Award, Soroptimist International, 2002
John F. Kennedy Volunteer Appreciation Award, Lawyer in the Library, 2001-2002
Outstanding Volunteer of the Year, Bar Association of San Francisco, 1997, 1998
Wiley W. Manuel Award for Pro Bono Legal Services, State Bar of California, 1996, 1997

## LAW REVIEW ARTICLES AND ACADEMIC PUBLICATIONS

*Finding A Voice: The Legal Ethics Committee*, **Journal for the Institute for the Study of Legal Ethics**. Spring 2002

*"You're Outta Here!": Proposed Disqualification Standards for Texas Courts*, South Texas Law School Journal, 2000

*Reflections on Confidentiality - A Practitioner's Response to Spaulding v. Zimmerman*, **Hofstra Law Conference Papers**, **Hofstra Law Review**, Spring 1998

## PRESENT ETHICS PRACTICE

**Ethics Consultant and Advisor** to numerous individual attorneys, law firms and insurance companies

**Ethics Consultant** to Judicial Council of California in creating a code of ethics for court personnel

**Speaker, Ethics Continuing Education** for law firms and other CLE providers

**Expert Witness** on professional ethics, including testimony before California Superior Courts and in other jurisdictions

(Names of clients are confidential; attorney references may be provided as necessary.)

## OTHER LAW-RELATED PRACTICE

**Partner**, Carroll, Burdick & McDonough
**Associate**, O'Melveny & Myers, 1990 - 1991
**Associate**, Pillsbury Madison & Sutro, 1986 - 1990
**Practice Areas**: Antitrust and contract litigation, 1986 - 1990; environmental coverage and general business litigation, 1990 - 1991; criminal litigation, 1990; construction and general business litigation, 1992 to 1996; ethics and legal malpractice consultation and litigation, 1991 to present.
**Legal Advisor**: National SIDS Alliance, 1992 - 1993