# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
## CIVIL MINUTES

**CASE NO. C 01-0988 MJJ (JCS)**

**CASE NAME:** In Re: ORACLE SECURITIES LITIGATION

**MAGISTRATE JUDGE JOSEPH C. SPERO**      **COURTROOM DEPUTY:** Karen Hom

**DATE:** March 1, 2005      **TIME:** 3.75 hrs      **COURT REPORTER:** Debra Pas

| COUNSEL FOR PLAINTIFF: | COUNSEL FOR DEFENDANT: |
|---|---|
| Shawn A. Williams | Lee Rubin |
| Willow E. Radcliffe | Shirish Gupta |
| Mark Solomon | Javier H. Rubinstein |
| Eli Greenstein | James Maroulis - from Oracle |
| Monique Winkler | Alan N. Salpeter |

( ) Status Conf.     ( ) P/T Conf.     (X) Discovery Conf.     ( ) Further Case Mgmt. Conf.

**OTHER PROCEEDINGS:**                                                         **RULING:**

_____

**ORDERED AFTER HEARING:**

Discovery conference held. Court issued discovery plan. Parties to prepare and submit proposed form of Order.

_____

**ORDER TO BE PREPARED BY:**     (X) Plaintiff and (X) Defendant     ( ) Court

**CASE CONTINUED TO:**

cc:     Chambers; Karen, Monica