UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION ) ) ) ) This Document Relates To: ) ) ALL ACTIONS. ) ) | Master File No. C-01-0988-MJJ <br> CLASS ACTION <br> [PROPOSED] ORDER DENYING DEFENDANT ORACLE'S MOTION TO DISQUALIFY THE FIRM OF LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP |

1       Having considered defendant Oracle's Motion to Disqualify the Firm of Lerach Coughlin

2 Stoia Geller Rudman & Robbins LLP, the motion is hereby DENIED.

3       IT IS SO ORDERED.

5 DATED: _____  _____
                                                                 THE HONORABLE MARTIN J. JENKINS
6                                                                   UNITED STATES DISTRICT JUDGE

7

Submitted by:

8

LERACH COUGHLIN STOIA GELLER
9   RUDMAN & ROBBINS LLP
WILLIAM S. LERACH
10 MARK SOLOMON
DOUGLAS R. BRITTON

11

12

13       /S/ DOUGLAS R. BRITTON
          DOUGLAS R. BRITTON
14

401 B Street, Suite 1600
15 San Diego, CA  92101
Telephone:  619/231-1058
16 619/231-7423 (fax)

17 LERACH COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
18 SHAWN A. WILLIAMS
WILLOW E. RADCLIFFE
19 ELI R. GREENSTEIN
JENNIE LEE ANDERSON
20 MONIQUE C. WINKLER
100 Pine Street, Suite 2600
21 San Francisco, CA  94111
Telephone:  415/288-4545
22 415/288-4534 (fax)

23 Lead Counsel for Plaintiffs

24 S:\CasesSD\Oracle3\ORD00018770.doc

| | |
|---|---|
| 1 | DECLARATION OF SERVICE |
| 2 | I hereby certify that on March 1, 2005, I electronically filed the foregoing with the Clerk of |
| 3 | the Court using the CM/ECF system, which will send notification of such filing to the attorneys |
| 4 | denoted on the attached Service List.  I hereby certify that I have caused this document to be mailed |
| 5 | by the United States Postal Service and/or faxed to the non-CM/ECF participants listed on the |
| 6 | attached Service List. |
| 7 | I declare under penalty of perjury that the foregoing is true and correct.  Executed this 1st day |
| 8 | of March 2005, at San Diego, California. |
| 10 | /S/ KATHLEEN R. JONES |
| 11 | KATHLEEN R. JONES |

**SERVICE LIST**
*In re Oracle Corporation Securities Litigation*

| | |
|---|---|
| Dorian Daley<br>Loren G. Segal<br>500 Oracle Parkway<br>Redwood City, CA  94065<br>Telephone:  650/506-5200<br>650/506-7114 (fax) | Corey D. Holzer<br>HOLZER HOLZER & CANNON LLC<br>1117 Perimeter Center West<br>Suite E-107<br>Atlanta, GA 30338<br>Telephone:  770/392-0090<br>770/392-0029 (fax) |
| Steven O. Kramer<br>Jamie E. Wrage<br>MAYER, BROWN, ROWE & MAW LLP<br>350 South Grand Avenue, 25th Floor<br>Los Angeles, CA  90071-1563<br>Telephone:  213/229-9500<br>213/625-0248 (fax) | Brian P. Murray<br>MURRAY FRANK & SAILER LLP<br>275 Madison Avenue, Suite 801<br>New York, NY 10016<br>Telephone:  212/682-1818<br>212/682/1892 (fax) |
| Javier H. Rubinstein<br>Alan Norris Salpeter<br>MAYER, BROWN, ROWE & MAW LLP<br>190 South LaSalle Street<br>Chicago, IL  60603-3441<br>Telephone:  312/782-0600<br>312/701-7711 (fax) | |