```
 1  LERACH COUGHLIN STOIA GELLER
       RUDMAN & ROBBINS LLP
 2  WILLIAM S. LERACH (68581)
    MARK SOLOMON (151949)
 3  DOUGLAS R. BRITTON (188769)
    401 B Street, Suite 1600
 4  San Diego, CA  92101
    Telephone:  619/231-1058
 5  619/231-7423 (fax)
       – and –
 6  SHAWN A. WILLIAMS (213113)
    WILLOW E. RADCLIFFE (200087)
 7  ELI R. GREENSTEIN (217945)
    JENNIE LEE ANDERSON (203586)
 8  MONIQUE C. WINKLER (213031)
    100 Pine Street, Suite 2600
 9  San Francisco, CA  94111
    Telephone:  415/288-4545
10  415/288-4534 (fax)

11  Lead Counsel for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION | Master File No. C-01-0988-MJJ |
| | <u>CLASS ACTION</u> |
| This Document Relates To: | DECLARATION OF DOUGLAS R. BRITTON IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT ORACLE'S MOTION TO DISQUALIFY THE FIRM OF LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP |
| ALL ACTIONS. | |
| | DATE:  March 22, 2005<br>TIME:   9:30 a.m.<br>CTRM:  11 |

I, DOUGLAS R. BRITTON, declare as follows:

1. I am an attorney duly licensed to practice before all of the courts of the State of California. I am a member of the law firm of Lerach Coughlin Stoia Geller Rudman & Robbins LLP, one of the counsel of record for plaintiffs in the above-entitled action. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. Attached hereto as Exhibit 1 is a true and correct copy of excepts from the transcript of the January 29, 2003 Teleconference re Discovery Motions in *In re Oracle Corp. Derivative Litigation*, No. 18751, before the Honorable Leo E. Strine, Jr., Vice Chancellor, in the Court of Chancery of the State of Delaware.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 1st day of March, 2005, at San Diego, California.

/S/ DOUGLAS R. BRITTON
DOUGLAS R. BRITTON

S:\CasesSD\Oracle3\DEC00018732.doc

DECLARATION OF DOUGLAS R. BRITTON  - C-01-0988-MJJ                               - 1 -

|   |   |
|---|---|
| 1 | DECLARATION OF SERVICE |

2  I hereby certify that on March 1, 2005, I electronically filed the foregoing with the Clerk of
3  the Court using the CM/ECF system, which will send notification of such filing to the attorneys
4  denoted on the attached Service List. I hereby certify that I have caused this document to be mailed
5  by the United States Postal Service and/or faxed to the non-CM/ECF participants listed on the
6  attached Service List.
7  I declare under penalty of perjury that the foregoing is true and correct. Executed this 1st day
8  of March 2005, at San Diego, California.

10               /S/ KATHLEEN R. JONES
11                  KATHLEEN R. JONES

**SERVICE LIST**
*In re Oracle Corporation Securities Litigation*

| | |
|---|---|
| Dorian Daley<br>Loren G. Segal<br>500 Oracle Parkway<br>Redwood City, CA 94065<br>Telephone: 650/506-5200<br>650/506-7114 (fax) | Corey D. Holzer<br>HOLZER HOLZER & CANNON LLC<br>1117 Perimeter Center West<br>Suite E-107<br>Atlanta, GA 30338<br>Telephone: 770/392-0090<br>770/392-0029 (fax) |
| Steven O. Kramer<br>Jamie E. Wrage<br>MAYER, BROWN, ROWE & MAW LLP<br>350 South Grand Avenue, 25th Floor<br>Los Angeles, CA 90071-1563<br>Telephone: 213/229-9500<br>213/625-0248 (fax) | Brian P. Murray<br>MURRAY FRANK & SAILER LLP<br>275 Madison Avenue, Suite 801<br>New York, NY 10016<br>Telephone: 212/682-1818<br>212/682/1892 (fax) |
| Javier H. Rubinstein<br>Alan Norris Salpeter<br>MAYER, BROWN, ROWE & MAW LLP<br>190 South LaSalle Street<br>Chicago, IL 60603-3441<br>Telephone: 312/782-0600<br>312/701-7711 (fax) | |