1  LERACH COUGHLIN STOIA GELLER
     RUDMAN & ROBBINS LLP
2  WILLIAM S. LERACH (68581)
   MARK SOLOMON (151949)
3  DOUGLAS R. BRITTON (188769)
   401 B Street, Suite 1600
4  San Diego, CA 92101
   Telephone: 619/231-1058
5  619/231-7423 (fax)
     – and –
6  SHAWN A. WILLIAMS (213113)
   WILLOW E. RADCLIFFE (200087)
7  ELI R. GREENSTEIN (217945)
   JENNIE LEE ANDERSON (203586)
8  MONIQUE C. WINKLER (213031)
   100 Pine Street, Suite 2600
9  San Francisco, CA 94111
   Telephone: 415/288-4545
10 415/288-4534 (fax)

11 Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Master File No. C-01-0988-MJJ<br><br>CLASS ACTION<br><br>DECLARATION OF SAMUEL H. RUDMAN IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT ORACLE'S MOTION TO DISQUALIFY THE FIRM OF LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP<br><br>DATE: March 22, 2005<br>TIME: 9:30 a.m.<br>CTRM: 11 |

I, SAMUEL H. RUDMAN, declare as follows:

1. I am a member of the law firm of Lerach Coughlin Stoia Geller Rudman & Robbins LLP. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto. I make this declaration in support of Plaintiffs' Opposition to Defendant Oracle's Motion to Disqualify the Firm of Lerach Coughlin Stoia Geller Rudman & Robbins LLP.

2. In February 2003, I was a partner in Cauley Geller Bowman Coates & Rudman, which later became Cauley Geller Bowman & Rudman ("Cauley Geller"). At that time, Cauley Geller and Schiffrin & Barroway LLP were co-lead counsel in a case captioned *In re Oracle Derivative Litig.*, Consolidated C.A. No. 18751, pending in the Court of Chancery in Delaware ("Delaware Derivative Litigation"). In addition, counsel from derivative cases against Oracle pending in California were also actively involved in the prosecution of the Delaware Derivative Litigation.

3. During the course of my involvement in the Delaware Derivative Litigation, I received information and documentation through discovery. At no time did I have any conversations with management from Oracle or receive any information from Oracle outside the discovery process. Oracle had retained its own lawyers in that litigation and those lawyers, on behalf of Oracle, served as my adversary. Indeed, throughout my involvement in the Delaware Derivative Litigation, Oracle and its counsel vigorously contested the Delaware Derivative Litigation.

4. In April 2004, Cauley Geller split into two law firms, Geller Rudman PLLC and Cauley Bowman Carney & Williams ("Cauley Bowman"). At that time, Geller Rudman continued as counsel in the Delaware Derivative Litigation. Then, on July 1, 2004, Geller Rudman merged with and into Lerach Coughlin Stoia & Robbins LLP to form Lerach Coughlin Stoia Geller Rudman & Robbins LLP (the "Merger"). The Merger was announced on June 10, 2004, and the name change became effective August 1, 2004. A copy of the press release is attached hereto as Exhibit 1.

DECLARATION OF SAMUEL H. RUDMAN - C-01-0988-MJJ - 1 -

5. At the time of the merger, it was agreed that Cauley Bowman would substitute as counsel for Geller Rudman in the Delaware Derivative Litigation. Accordingly, since July 1, 2004, I have performed no work in the Delaware Derivative Litigation. For example, I did not attend the summary judgment hearing in the Delaware Derivative Litigation. Counsel for defendants here are aware that my involvement in the Delaware Derivative Litigation ceased at the time of the Merger.

6. I have not been assigned to the *In re Oracle Corp. Securities Litigation* case and, with the exception of my withdrawal from the Delaware Derivative Litigation and Oracle's claims of conflict between myself and Oracle, I have had no communications about the Oracle securities case or the Delaware Derivative Litigation with the lawyers in Lerach Coughlin litigating the securities case.

7. I have not shared or disclosed any of the information or documents that I received in the Delaware Derivative Litigation with the lawyers in the firm litigating the securities case and I have complied with all appropriate protective orders. I will not participate in this litigation in the future and I will continue to comply with all appropriate protective orders.

8. Attached as Exhibit 2 hereto is a document entitled "2005 Supreme Court of Delaware Annual Pro Hac Vice Renewal." I obtained this document from Robert Goldberg of Biggs Bataglia, one of the Liaison Counsel in the Delaware Derivative Litigation. On Exhibit 2, Mr. Goldberg informed the court in handwriting that I was "no longer associated with or active in the Oracle litigation."

9. On March 1, 2005, I filed a formal motion to withdraw in the Delaware Supreme Court, where the appeal of the Delaware Derivative Litigation is currently pending. I previously filed notices of substitution of counsel with the Delaware Supreme Court on February 23, 2005 and

1  with the Delaware Chancery Court on February 24, 2005.  Copies of these papers are attached hereto
2  as Exhibits 3, 4, and 5, respectively.
3        I declare under penalty of perjury under the laws of the United States of America that the
4  foregoing is true and correct.  Executed this 1st day of March, 2005, at Melville, New York.

                                                  SAMUEL H. RUDMAN

C:\Documents and Settings\srudman\Local Settings\Temporary Internet Files\OLK3F\DEC00018674.doc

DECLARATION OF SAMUEL H. RUDMAN - C-01-0988-MJJ        - 3 -

## DECLARATION OF SERVICE

I hereby certify that on March 1, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorneys denoted on the attached Service List. I hereby certify that I have caused this document to be mailed by the United States Postal Service and/or faxed to the non-CM/ECF participants listed on the attached Service List.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 1st day of March 2005, at San Diego, California.

_____
KATHLEEN R. JONES

# SERVICE LIST
*In re Oracle Corporation Securities Litigation*

| | |
|---|---|
| Dorian Daley<br>Loren G. Segal<br>500 Oracle Parkway<br>Redwood City, CA 94065<br>Telephone: 650/506-5200<br>650/506-7114 (fax) | Corey D. Holzer<br>HOLZER HOLZER & CANNON LLC<br>1117 Perimeter Center West<br>Suite E-107<br>Atlanta, GA 30338<br>Telephone: 770/392-0090<br>770/392-0029 (fax) |
| Steven O. Kramer<br>Jamie E. Wrage<br>MAYER, BROWN, ROWE & MAW LLP<br>350 South Grand Avenue, 25th Floor<br>Los Angeles, CA 90071-1563<br>Telephone: 213/229-9500<br>213/625-0248 (fax) | Brian P. Murray<br>MURRAY FRANK & SAILER LLP<br>275 Madison Avenue, Suite 801<br>New York, NY 10016<br>Telephone: 212/682-1818<br>212/682/1892 (fax) |
| Javier H. Rubinstein<br>Alan Norris Salpeter<br>MAYER, BROWN, ROWE & MAW LLP<br>190 South LaSalle Street<br>Chicago, IL 60603-3441<br>Telephone: 312/782-0600<br>312/701-7711 (fax) | |