EXHIBIT 1

1 of 1 DOCUMENT

Copyright 2004 PR Newswire Association, Inc.
PR Newswire

June 10, 2004 Thursday

**SECTION:** FINANCIAL NEWS

**DISTRIBUTION:** TO BUSINESS AND LEGAL AFFAIRS EDITORS

**LENGTH:** 619 words

**HEADLINE:** Lerach Coughlin Stoia & Robbins LLP Joined By Geller Rudman PLLC;
Leading Law Firm Representing Investors Strengthens Forces, Adds Three New Offices

**DATELINE:** SAN DIEGO June 10

**BODY:**

The leading national law firm representing investors and consumers in class action litigations today announced a premier boutique firm with similar specialties will be joining it.

William S. Lerach announced that Lerach Coughlin Stoia & Robbins LLP would be joined by the lawyers of Geller Rudman PLLC. Both firms specialize in class action and individual cases on behalf of shareholders and institutional investors, as well as consumers, in pursuit of financial recoveries and corporate governance changes to protect against abuses by company management.

The firms also are involved in nationwide litigation relating to fraudulent life, health and auto insurance company practices and numerous anti-trust matters, including abusive practices by the major credit card companies.

William S. Lerach of Lerach Coughlin said, "We are delighted that Paul Geller, Sam Rudman and their colleagues will be joining us. We have worked with them for many years and know them to be lawyers of the highest quality. They are also great people."

Geller stated, "We are thrilled to be joining the Lerach Coughlin powerhouse. Their achievements in representing stockholders and consumers are unrivaled and we look forward to working with them." Rudman, who previously worked with the Lerach Coughlin partners in a predecessor firm, said he was delighted to be rejoining them.

Effective August 1, 2004, the firm will be known as Lerach Coughlin Stoia Geller Rudman & Robbins LLP. It will have approximately 140 lawyers. It will be responsible for prosecuting several of the largest and most high-profile securities class action suits in the United States, including the Enron, HealthSouth, Qwest, Vivendi, Dynegy, New York Stock Exchange Specialists, Cisco and AT&T cases, as well as private litigations on behalf of large institutional investors arising out of the WorldCom and AOL/Time Warner scandals.

The firm also announced that in addition to the New York and Florida offices, they have also opened a new office in Seattle, WA. These three offices now provide Lerach Coughlin with offices throughout the United States — San Diego, Los Angeles, San Francisco, CA; New York City; Houston, TX; Washington, DC, Philadelphia, PA; Seattle and Boca Raton, FL. The firm represents more public and Taft-Harley funds and other institutional investors than any other securities litigation firm in the United States.

Recent studies by Securities Class Action Services (SCAS) confirm that the Lerach Coughlin (as part of its predecessor firm Milberg Weiss Bershad Hynes & Lerach LLP), is by far the leading firm in securing recoveries for defrauded investors in the United States. According to SCAS, the Lerach Coughlin/Milberg Weiss firms achieved over $2 billion in 65 recoveries during 2003, achieving an average settlement of $32.4 million, the largest among the top five securities class action firms. Over the past 25 years, the firm has recovered over $40 billion for victimized shareholders.

The firm also has successfully stopped national and global life insurance companies from using fraudulent and improper tactics to sell life insurance policies and annuities and recouped losses for victimized buyers. Lerach Coughlin's

antitrust practice has weighed in on behalf of victims of price-fixing and price discrimination practices. And Lerach Coughlin consumer attorneys represent plaintiffs in diverse cases involving cellphone termination fees, fraudulent healthcare charges, unfair practices in the residential mortgage business and false advertising claims.

SOURCE Lerach Coughlin Stoia & Robbins LLP

CONTACT: Valerie Holford, +1-202-365-5336, or Brendan McCarthy, +1-202-822-5200 x233, both for Lerach Coughlin Stoia & Robbins LLP

**URL:** http://www.prnewswire.com

**LOAD-DATE:** June 11, 2004