EXHIBIT 2

January 3, 2005

**2005**
**SUPREME COURT OF DELAWARE**
**ANNUAL PRO HAC VICE RENEWAL**

631

To: Robert D. Goldberg, Esquire
Biggs & Battaglia
921 N. Orange Street
P.O. Box 1489
Wilmington, DE 19899

Due Date:
February 1, 2005

(1) Indicate the status of each pro hac vice admission listed below by marking an "X" in either the "Open" or "Closed" box. If an admission is actively participating in an open case as of 1/1/2005, mark the "Open" box. If a case is closed as of 1/1/2005, or if an admission is no longer participating in an open case as of 1/1/2005, mark the "Closed" box.
(2) Remit $300 for each pro hac vice admission participating in an open case as of 1/1/2005. Include all payments on one check payable to "Delaware Supreme Court."
(3) Sign and date your renewal form. Return your renewal form (with check, if applicable) to Delaware Supreme Court, 820 N. French Street, 11th Floor, Wilmington, DE 19801 by February 1, 2005.

| PHV Admission | Court | Case No. | Case Caption | Order Date | Open | Closed |
|---|---|---|---|---|---|---|
| de Ghetaldi, Dario | Chancery Court | 18751 | Oracle Litigation | 4/13/2004 | ☒ | ☐ |
| Lavallee, Nicole | Chancery Court | 18751 | Oracle Litigation | 4/14/2004 | ☒ | ☐ |
| Rudman, Samuel | Chancery Court | 18751 | Oracle Litigation | 7/8/2003 | ☐ | ☒ * |
| Tabacco, Joseph J., | Chancery Court | 18751 | Oracle Litigation | 4/14/2004 | ☒ | ☐ |
| Weiser, Robert B. | Chancery Court | 18751 | Oracle Litigation | 12/3/2002 | ☐ | ☒ * |
| Wilens, Douglas | Chancery Court | 18751 | Oracle Litigation | 7/8/2003 | ☐ | ☒ * |

I hereby certify that the information contained herein is true and correct.

Signature: _____   Date: 1/27/05

* Mr. Rudman, Mr. Weiser and Mr. Wilens have moved to different firms and are no longer associated with or active in the Oracle litigation.