EXHIBIT 3

## IN THE COURT OF SUPREME COURT OF THE STATE OF DELAWARE

| | |
|---|---|
| IN RE: ORACLE CORP. DERIVATIVE LITIGATION<br><br>Thomas J. Barone, Richard K. Riman, Daniel Ordona, Nicholas Vitani,<br><br>Plaintiffs-Below, Appellants,<br><br>v.<br><br>Oracle Corporation, Lawrence J. Ellison, and Jeffrey O. Henley,<br><br>Defendants-Below, Appellees. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ Supreme Court No. 561, 2004<br>§<br>§<br>§<br>§<br>§<br>§ |

### MOTION TO WITHDRAW AS COUNSEL

Geller Rudman, PLLC respectfully moves this Court for an Order allowing them to withdraw as counsel for Plaintiffs in the above captioned matter. The Geller Rudman firm was of counsel in the Chancery Court Action below, but is no longer serving as counsel in this action. On February 23, 2005, a Notice of Substitution of Counsel was filed in this Court indicating that J. Allen Carney, Esq. of Cauley Bowman Carney & Williams, PLLC, will appear, of counsel, on behalf of Plaintiffs in place of the Geller Rudman firm.

BIGGS & BATTAGLIA

Robert D. Goldberg (I.D. # 631)
921 N. Orange St.
P.O. Box 1489
Wilmington, DE 19899
(302) 655-9677
Attorneys for Plaintiffs

DATED: March 1, 2005

IN THE COURT OF SUPREME COURT OF THE STATE OF DELAWARE

| | |
|---|---|
| IN RE: ORACLE CORP. DERIVATIVE LITIGATION § § § Thomas J. Barone, Richard K. Riman, § Daniel Ordona, Nicholas Vitani, § § Plaintiffs-Below, Appellants, § § v. § § Oracle Corporation, Lawrence J. Ellison, § and Jeffrey O. Henley, § § Defendants-Below, Appellees. § | Supreme Court No. 561, 2004 |

## ORDER

IT IS HEREBY ORDERED this _____ day of _____, 2005, that Geller Rudman, PLLC shall be withdrawn as counsel for Plaintiffs in the above-referenced action.

_____
Justice

## CERTIFICATE OF SERVICE

I, Robert D. Goldberg, undersigned counsel of record, hereby certify that on Tuesday, March 01, 2005, I caused two (2) copies of the attached Motion to Withdraw as Counsel to be served on the following in the manner indicated:

**VIA HAND**

Kenneth J. Nachbar, Esquire
Morris Nichols Arsht & Tunnell
1201 North Market Street
Wilmington, DE 19801

David C. McBride, Esquire
Young Conaway Stargatt & Taylor LLP
1000 West Street, 17th Floor
Wilmington, DE 19801

Alan M. Terrell, Jr., Esquire
Richards Layton & Finger
One Rodney Square, P.O. Box 551
Wilmington, DE 19899

*/s/ Robert D. Goldberg*
Robert D. Goldberg (I.D. #631)