EXHIBIT 5

## N THE COURT OF CHANCERY IN THE STATE OF DELAWARE
## IN AND FOR NEW CASTLE COUNTY

| | | |
|---|---|---|
| IN RE ORACLE CORP. DERIVATIVE LITIGATION | ) ) | CONSOLIDATED CIVIL ACTION NO. 18751 |

### NOTICE OF SUBSTITUTION OF COUNSEL

TO:     Kenneth J. Nachbar, Esquire
Morris Nichols Arsht & Tunnell
1201 North Market Street
Wilmington, DE 19801

David C. McBride, Esquire
Young Conaway Stargatt & Taylor LLP
1000 West Street, 17th Floor
Wilmington, DE 19801

Alan M. Terrell, Jr., Esquire
Richards Layton & Finger
One Rodney Square, P.O. Box 551
Wilmington, DE 19899

**PLEASE TAKE NOTICE** that Samuel H. Rudman and Douglas Wilens of Geller Rudman, PLLC, n/k/a Lerach Coughlin Stoia Geller Rudman and Robbins, LLP, who were of counsel in the Chancery Court Action below are no longer serving as counsel for Plaintiffs in the above captioned matter.

**PLEASE TAKE FURTHER NOTICE** that J. Allen Carney, Esq. of Cauley Bowman Carney & Williams, PLLC, 11311 Arcade Drive, Suite 200, Little Rock, AR 72212 will appear, of counsel, in their stead.

                                                                        **BIGGS & BATTAGLIA**

DATED: February 28, 2005

                                                      /s/ Robert D. Goldberg
Robert D. Goldberg (I.D. # 631)
921 N. Orange St.
P.O. Box 1489
Wilmington, DE 19899
(302) 655-9677
Attorneys for Plaintiffs

Of Counsel:

Nicole Lavallee, Esquire
Berman DeValeri Pease Tabacco Burt & Pucillo
425 California Street, Suite 2025
San Francisco, CA 94104

Dario de Ghetaldi, Esquire
Corey, Luzaich, Pliska, de Ghetaldi
      & Nastari LLP
700 El Camino Real
P.O. Box 669
Millbrae, CA 94030

Joseph J. Tabacco, Jr., Esquire
Berman DeValerio Pease Tabacco Burt & Pucillo
425 California Street, 21st Floor
San Francisco, California 94104-2205

Karen L. Morris, Esquire
Morris and Morris, LLC
1105 North market Street, Suite 803
Wilmington, DE 19801

## CERTIFICATE OF SERVICE

I, Robert D. Goldberg, undersigned counsel of record, hereby certify that on February 28, 2005, I caused two (2) copies of the attached **Notice of Substitution of Counsel** to be served on the following in the manner indicated:

### VIA HAND DELIVERY

Kenneth J. Nachbar, Esquire
Morris Nichols Arsht & Tunnell
1201 North Market Street
Wilmington, DE 19801

David C. McBride, Esquire
Young Conaway Stargatt & Taylor LLP
1000 West Street, 17th Floor
Wilmington, DE 19801

Alan M. Terrell, Jr., Esquire
Richards Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

/s/ Robert D. Goldberg
Robert D. Goldberg (I.D. #631)