| | |
|---|---|
| 1 | MAYER, BROWN, ROWE & MAW LLP |
|  | Donald M. Falk (SBN 150256) |
| 2 | Lee H. Rubin (SBN 141331) |
|  | John C. Kloosterman (SBN 182625) |
| 3 | Shirish Gupta (SBN 205584) |
|  | Two Palo Alto Square, Suite 300 |
| 4 | Palo Alto, California 94306 |
|  | Telephone:    (650) 331-2000 |
| 5 | Facsimile:     (650) 331-2060 |
|  | lrubin@mayerbrownrowe.com |
| 6 | |
|  | MAYER, BROWN, ROWE & MAW LLP |
| 7 | Alan N. Salpeter (admitted *pro hac vice*) |
|  | Javier Rubinstein (admitted *pro hac vice*) |
| 8 | Vincent P. Schmeltz III (admitted *pro hac vice*) |
|  | 190 South LaSalle Street |
| 9 | Chicago, IL  60603-3441 |
|  | Telephone:    (312) 782-0600 |
| 10 | Facsimile:     (312) 701-7711 |
|  | jrubinstein@mayerbrownrowe.com |
| 11 | |
|  | Attorneys for Defendant ORACLE CORPORATION |
| 12 | |
|  | ORACLE CORPORATION |
| 13 | Dorian Daley (SBN 129049) |
|  | James C. Maroulis (SBN 208316) |
| 14 | 500 Oracle Parkway |
|  | Mailstop 5OP7 |
| 15 | Redwood Shores, California 94065 |
|  | Telephone:    (650) 506-5200 |
| 16 | Facsimile:     (650) 506-7114 |
|  | jim.maroulis@oracle.com |
| 17 | |
|  | Attorneys for Defendant ORACLE CORPORATION |
| 18 | |
| 19 | UNITED STATES DISTRICT COURT |
| 20 | NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION |

| | | |
|---|---|---|
| 21 | IN RE ORACLE CORPORATION | Case No. C-01-0988-MJJ |
|  | SECURITIES LITIGATION | (Consolidated) |
| 22 | | |
| 23 | | DEFENDANT ORACLE'S APPENDIX OF UNPUBLISHED AUTHORITIES IN SUPPORT OF THE MOTION TO DISQUALIFY THE FIRM OF LERACH, COUGHLIN, STOIA, GELLER, RUDMAN & ROBBINS LLP. |
| 24 | | |
| 25 | | |
| 26 | | **Judge Martin J. Jenkins** |
| 27 | | Hearing Date:  March 22, 2005 |
|  | | Hearing Time:  9:30 a.m. |
| 28 | | |

Defendant Oracle hereby submits the following unpublished cases in support of its Motion to Disqualify the Firm of Lerach Coughlin Stoia Geller Rudman & Robbins LLP:

1) *George Schuster v. Stephen P. Gardner, et al.,* No. D044268
   2005 WL 487880 (Cal. App. 4 Dist.)

2) *Janet Robbins et al., v. Joseph Albrandi et al.,* No. A104324,
   2005 WL 273261 (Cal. App. 1 Dist.)

Dated: March 8, 2005                    MAYER, BROWN ROWE & MAW LLP


                                        By:   /s/  Lee H. Rubin
                                              Lee H. Rubin
                                        Attorney for Defendant Oracle Corporation