1  MAYER, BROWN, ROWE & MAW LLP
   Donald M. Falk (SBN 150256)
2  Lee H. Rubin (SBN 141331)
   John C. Kloosterman (SBN 182625)
3  Shirish Gupta (SBN 205584)
   Two Palo Alto Square, Suite 300
4  Palo Alto, California 94306
   Telephone:     (650) 331-2000
5  Facsimile:     (650) 331-2060
   lrubin@mayerbrownrowe.com
6
   MAYER, BROWN, ROWE & MAW LLP
7  Alan N. Salpeter (admitted *pro hac vice*)
   Javier Rubinstein (admitted *pro hac vice*)
8  Vincent P. Schmeltz III (admitted *pro hac vice*)
   190 South LaSalle Street
9  Chicago, IL  60603-3441
   Telephone:     (312) 782-0600
10 Facsimile:     (312) 701-7711
   jrubinstein@mayerbrownrowe.com
11
   Attorneys for Defendant ORACLE CORPORATION
12
   ORACLE CORPORATION
13 Dorian Daley (SBN 129049)
   James C. Maroulis (SBN 208316)
14 500 Oracle Parkway
   Mailstop 5OP7
15 Redwood Shores, California 94065
   Telephone:     (650) 506-5200
16 Facsimile:     (650) 506-7114
   jim.maroulis@oracle.com
17
   Attorneys for Defendant ORACLE CORPORATION
18
                    UNITED STATES DISTRICT COURT
19
         NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION
20

| 21 | IN RE ORACLE CORPORATION SECURITIES LITIGATION | Case No. C-01-0988-MJJ (Consolidated) |
|---|---|---|
| 22 | | |
| 23 | | DECLARATION OF LEE H. RUBIN IN REPLY IN SUPPORT OF MOTION TO DISQUALIFY THE FIRM OF LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP |
| 24 | | |
| 25 | | |
| 26 | | **Judge Martin J. Jenkins** |
| 27 | | Hearing Date:  March 22, 2005<br>Hearing Time:  9:30 a.m. |

28

**DECLARATION OF LEE H. RUBIN IN REPLY IN SUPPORT OF
MOTION TO DISQUALIFY   - CASE NO: C-01-0988-MJJ**

## **DECLARATION OF LEE H. RUBIN**

I, Lee H. Rubin, declare and state that:

1. I am a member of the California bar and am admitted to practice before this Court. I am a partner in the law firm of Mayer, Brown, Rowe & Maw LLP, counsel of record for Defendant Oracle Corporation. I have personal knowledge of the facts set forth in this Declaration and, if called upon, I could testify competently thereto.

2. Attached hereto as Exhibit A is a true and correct copy of a March 4, 2005 Letter from the Delaware Supreme Court to Robert D. Goldberg, one of plaintiffs' counsel in *Oracle Corp. Derivative Litigation*, informing Mr. Goldberg that the Court would take no action on the Notice of Substitution of Counsel and Motion to Withdraw as Counsel filed on behalf of Samuel Rudman.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct and that this Declaration was executed on March 8, 2005 in Palo Alto, California.

                                                                                       /s/ Lee H. Rubin
                                                                                       Lee H. Rubin
                                                                                       Attorney for Defendant Oracle Corporation