*Exhibit A*

*Exhibit A*

SUPREME COURT OF DELAWARE

CATHY L. HOWARD
*Clerk*

AUDREY F. BACINO
*Assistant Clerk*

DEBORAH L. WEBB
*Chief Deputy Clerk*

LISA A. SEMANS
*Senior Court Clerk*

#31
SUPREME COURT BUILDING
55 THE GREEN
P.O. BOX 476
DOVER, DE 19903

(302) 739-4155

March 4, 2005

Robert D. Goldberg, Esquire
Biggs & Battaglia
921 N. Orange Street
P.O. Box 1489
Wilmington, Delaware 19899

    Re: ***Oracle Corp. Derivative Litigation***
         No. 561, 2004

Dear Mr. Goldberg:

    The Court is in receipt of your Notice of Substitution of Counsel and Motion to Withdraw as Counsel regarding *Of Counsel* attorneys in the captioned case. The Court will take no action with respect to these documents.

    If you wish to move the admission of counsel who are not members of the Delaware Bar in this matter, you should file an appropriate Motion for Admission Pro Hac Vice, pursuant to Supreme Court Rule 71 and Official Form O.

                                   Very truly yours,

                                   */s/ Audrey F. Bacino*

cc:    Kenneth J. Nachbar, Esquire
        David C. McBride, Esquire
        Allen M. Terrell, Jr., Esquire