LERACH COUGHLIN STOIA GELLER
 RUDMAN & ROBBINS LLP
WILLIAM S. LERACH (68581)
MARK SOLOMON (151949)
DOUGLAS R. BRITTON (188769)
401 B Street, Suite 1600
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
– and –
SHAWN A. WILLIAMS (213113)
WILLOW E. RADCLIFFE (200087)
ELI R. GREENSTEIN (217945)
JENNIE LEE ANDERSON (203586)
MONIQUE C. WINKLER (213031)
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)

Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION | Master File No. C-01-0988-MJJ |
| | CLASS ACTION |
| This Document Relates To:<br><br>ALL ACTIONS. | DECLARATION OF JOHN N. CALLERI IN SUPPORT OF NOTICE OF MOTION AND MOTION FOR LEAVE TO WITHDRAW PLAINTIFF UFCW LOCAL 56 RETAIL MEAT PENSION FUND AS A NAMED PLAINTIFF AND AS A LEAD PLAINTIFF AND FOR A PROTECTIVE ORDER PRECLUDING FURTHER DISCOVERY OF SAID PLAINTIFF BY DEFENDANTS |
| | DATE: April 19, 2005<br>TIME: 9:30 a.m.<br>CTRM: 11 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

IN RE:  ORACLE CORPORATION
SECURITIES LITIGATION                       CASE NO. C-01-0988 MJJ
                                            (Consolidated)


COMMONWEALTH OF PENNSYLVANIA    :
                                :    S.S.
COUNTY OF PHILADELPHIA          :


I, JOHN N. CALLERI, hereby depose and state as follows:

1.   I am a trustee of the United Food and Commercial Workers Local 56 Retail Meat Pension Fund ("the Fund"). I am authorized to make this declaration on behalf of the Fund.

2.   I understand that in May 2001, the Fund sought and was appointed one of the lead plaintiffs in the above-captioned case. I was not on the Board of Trustees at the time.

3.   Over the last several months, there have been significant changes in the make-up of the Board of Trustees and the Fund's administrative structure. Specifically, all of the Union appointed Trustees have been replaced with new appointees. Furthermore, none of the current management Trustees was serving at the time this action commenced in May 2001. The Fund's administrative office has been reduced and supplemented with a consulting administrator. Additionally, the Union Trustees outside counsel has been replaced.

4.   In January 2005, the Trustees consulted with the Fund's regular outside counsel on whether to go forward with the prosecution of this case. The Trustees decided that they did

{00023366;v1}

not want to be a named plaintiff or class representative in any class actions at this time, and requested that the lawyers take steps to withdraw from the litigation, including this case.

I declare that the foregoing is true and correct, subject to the penalties of perjury pursuant to 28 U.S.C.§ 1746.

Dated:   January 27, 2005

_____
JOHN N. CALLERI

{00023366;v1}

## DECLARATION OF SERVICE

I hereby certify that on March 11, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorneys denoted on the attached Service List. I hereby certify that I have caused this document to be mailed by the United States Postal Service and/or faxed to the non-CM/ECF participants listed on the attached Service List.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 11th day of March 2005, at San Diego, California.


                        /S/ KATHLEEN R. JONES
                           KATHLEEN R. JONES

## SERVICE LIST
*In re Oracle Corporation Securities Litigation*

| | |
|---|---|
| Dorian Daley<br>Loren G. Segal<br>500 Oracle Parkway<br>Redwood City, CA 94065<br>Telephone: 650/506-5200<br>650/506-7114 (fax) | Corey D. Holzer<br>HOLZER HOLZER & CANNON LLC<br>1117 Perimeter Center West<br>Suite E-107<br>Atlanta, GA 30338<br>Telephone: 770/392-0090<br>770/392-0029 (fax) |
| Steven O. Kramer<br>Jamie E. Wrage<br>MAYER, BROWN, ROWE & MAW LLP<br>350 South Grand Avenue, 25th Floor<br>Los Angeles, CA 90071-1563<br>Telephone: 213/229-9500<br>213/625-0248 (fax) | Brian P. Murray<br>MURRAY FRANK & SAILER LLP<br>275 Madison Avenue, Suite 801<br>New York, NY 10016<br>Telephone: 212/682-1818<br>212/682/1892 (fax) |
| Javier H. Rubinstein<br>Alan Norris Salpeter<br>MAYER, BROWN, ROWE & MAW LLP<br>190 South LaSalle Street<br>Chicago, IL 60603-3441<br>Telephone: 312/782-0600<br>312/701-7711 (fax) | |