1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION | ) ) ) | Master File No. C-01-0988-MJJ |
| | ) | <u>CLASS ACTION</u> |
| This Document Relates To: | ) ) | [PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW |
| ALL ACTIONS. | ) ) ) | PLAINTIFF UFCW LOCAL 56 RETAIL MEAT PENSION FUND AS A NAMED PLAINTIFF AND AS A LEAD PLAINTIFF AND FOR A PROTECTIVE ORDER PRECLUDING FURTHER DISCOVERY OF SAID PLAINTIFF BY DEFENDANTS |

Having considered the motion of United Food and Commercial Workers Local 56 Retail Meat Pension Fund ("Local 56 Fund") for leave to withdraw as a named plaintiff and as a Lead Plaintiff for the putative class, pursuant to Local Rule 7.1 and Rule 21 of the Federal Rules of Civil Procedure, and for a protective order relieving the Local 56 Fund from any obligation to answer pending discovery requests submitted by defendants, and good cause appearing, the Court hereby ORDERS as follows:

1. The Local 56 Fund is hereby withdrawn as a named plaintiff and as a Lead Plaintiff, without prejudice to the rights of the Local 56 Fund to participate as an absent member of the putative class.

2. The Local 56 Fund is not required to answer discovery requests from defendants, and is not required to sit for deposition.

IT IS SO ORDERED.

DATED: _____      _____
                                    THE HONORABLE MARTIN J. JENKINS
                                    UNITED STATES DISTRICT JUDGE

Submitted by:

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
WILLIAM S. LERACH
MARK SOLOMON
DOUGLAS R. BRITTON


      /S/ DOUGLAS R. BRITTON
         DOUGLAS R. BRITTON

401 B Street, Suite 1600
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO WITHDRAW
PLAINTIFF - C-01-0988-MJJ                                               - 1 -

- 2 -

1  LERACH COUGHLIN STOIA GELLER
2     RUDMAN & ROBBINS LLP
   SHAWN A. WILLIAMS
3  WILLOW E. RADCLIFFE
   ELI R. GREENSTEIN
4  JENNIE LEE ANDERSON
   MONIQUE C. WINKLER
5  100 Pine Street, Suite 2600
   San Francisco, CA  94111
6  Telephone:  415/288-4545
   415/288-4534 (fax)
7
   Lead Counsel for Plaintiffs
8

9  T:\CasesSF\Oracle3\ORD00017888.doc

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO WITHDRAW
PLAINTIFF - C-01-0988-MJJ                                                                                              - 2 -

## DECLARATION OF SERVICE

I hereby certify that on March 11, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorneys denoted on the attached Service List. I hereby certify that I have caused this document to be mailed by the United States Postal Service and/or faxed to the non-CM/ECF participants listed on the attached Service List.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 11th day of March 2005, at San Diego, California.

/S/ KATHLEEN R. JONES
KATHLEEN R. JONES

## SERVICE LIST
*In re Oracle Corporation Securities Litigation*

| | |
|---|---|
| Dorian Daley<br>Loren G. Segal<br>500 Oracle Parkway<br>Redwood City, CA 94065<br>Telephone: 650/506-5200<br>650/506-7114 (fax) | Corey D. Holzer<br>HOLZER HOLZER & CANNON LLC<br>1117 Perimeter Center West<br>Suite E-107<br>Atlanta, GA 30338<br>Telephone: 770/392-0090<br>770/392-0029 (fax) |
| Steven O. Kramer<br>Jamie E. Wrage<br>MAYER, BROWN, ROWE & MAW LLP<br>350 South Grand Avenue, 25th Floor<br>Los Angeles, CA 90071-1563<br>Telephone: 213/229-9500<br>213/625-0248 (fax) | Brian P. Murray<br>MURRAY FRANK & SAILER LLP<br>275 Madison Avenue, Suite 801<br>New York, NY 10016<br>Telephone: 212/682-1818<br>212/682/1892 (fax) |
| Javier H. Rubinstein<br>Alan Norris Salpeter<br>MAYER, BROWN, ROWE & MAW LLP<br>190 South LaSalle Street<br>Chicago, IL 60603-3441<br>Telephone: 312/782-0600<br>312/701-7711 (fax) | |