| | |
|---|---|
| 1 | LERACH COUGHLIN STOIA GELLER<br>  RUDMAN & ROBBINS LLP |
| 2 | WILLIAM S. LERACH (68581)<br>MARK SOLOMON (151949) |
| 3 | DOUGLAS R. BRITTON (188769)<br>401 B Street, Suite 1600 |
| 4 | San Diego, CA  92101<br>Telephone:  619/231-1058 |
| 5 | 619/231-7423 (fax)<br>  – and – |
| 6 | SHAWN A. WILLIAMS (213113)<br>WILLOW E. RADCLIFFE (200087) |
| 7 | ELI R. GREENSTEIN (217945)<br>JENNIE LEE ANDERSON (203586) |
| 8 | MONIQUE C. WINKLER (213031)<br>100 Pine Street, Suite 2600 |
| 9 | San Francisco, CA  94111<br>Telephone:  415/288-4545 |
| 10 | 415/288-4534 (fax) |
| 11 | Lead Counsel for Plaintiffs |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION | Master File No. C-01-0988-MJJ |
| | CLASS ACTION |
| This Document Relates To:<br><br>ALL ACTIONS. | AMENDED NOTICE OF HEARING DATE FOR PLAINTIFFS' MOTION FOR CLASS CERTIFICATION |

1  TO:   ALL PARTIES AND THEIR ATTORNEYS OF RECORD

2      PLEASE TAKE NOTICE that the hearing date for Plaintiffs' Motion for Class Certification,

3  previously set for Tuesday, May 10, 2005 at 9:30 a.m., has been changed.  The new hearing date will

4  be Tuesday, July 26, 2005 at 9:30 a.m.

5  DATED: March 17, 2005    LERACH COUGHLIN STOIA GELLER
       RUDMAN & ROBBINS LLP
6      SHAWN A. WILLIAMS
       WILLOW E. RADCLIFFE
7      ELI R. GREENSTEIN
       JENNIE LEE ANDERSON
8      MONIQUE C. WINKLER

9

10      /s/ Monique C. Winkler
        MONIQUE C. WINKLER
11

12      100 Pine Street, Suite 2600
        San Francisco, CA 94111
        Telephone: 415/288-4545
13      415/288-4534 (fax)

14      LERACH COUGHLIN STOIA GELLER
        RUDMAN & ROBBINS LLP
15      WILLIAM S. LERACH
        MARK SOLOMON
16      DOUGLAS R. BRITTON
        401 B Street, Suite 1600
17      San Diego, CA 92101
        Telephone: 619/231-1058
18      619/231-7423 (fax)

19      Lead Counsel for Plaintiffs

20  T:\CasesSF\Oracle3\NOT00019288.doc

21

22

23

24

25

26

27

28

AMENDED NOTICE OF HEARING DATE FOR PLAINTIFFS' MOTION FOR
CLASS CERTIFICATION - C-01-0988-MJJ      - 1 -

DECLARATION OF SERVICE BY MAIL AND FACSIMILE

I, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, a citizen of the United States and employed in the City and County of San Francisco, over the age of 18 years, and not a party to or interested party in the within action; that declarant's business address is 100 Pine Street, Suite 2600, San Francisco, California 94111.

2. That on March 17, 2005, declarant served the by depositing a true copy thereof in a United States mailbox at San Francisco, California in a sealed envelope with postage thereon fully prepaid and addressed to the parties listed on the attached Service List. Declarant also served the parties by facsimile.

3. That there is a regular communication by mail between the place of mailing and the places so addressed.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 17th day of March, 2005, at San Francisco, California.

                    /s/ Marcy M. Medeiros
                    MARCY M. MEDEIROS

AMENDED NOTICE OF HEARING DATE FOR PLAINTIFFS' MOTION FOR CLASS CERTIFICATION - C-01-0988-MJJ

ORACLE III (LEAD)

Service List - 3/16/2005   (201-064-1)

Page 1 of 1

## Counsel For Defendant(s)

Donald M. Falk
Lee H. Rubin
Shirish Gupta
Mayer, Brown, Rowe & Maw LLP
Two Palo Alto Square, Suite 300
Palo Alto, CA  94306
   650/331-2000
   650/331-2060 (Fax)

Alan N. Salpeter
Javier H. Rubinstein
Mayer, Brown, Rowe & Maw LLP
190 South LaSalle Street, Suite 3900
Chicago, IL  60603-3441
   312/782-0600
   312/701-7711 (Fax)

Dorian Daley
James C. Maroulis
Oracle Corporation
500 Oracle Parkway, Mail Stop 50P7
Redwood City, CA  94065
   650/506-5200
   650/506-7114 (Fax)

## Counsel For Plaintiff(s)

William S. Lerach
Mark Solomon
Douglas R. Britton
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
401 B Street, Suite 1600
San Diego, CA  92101-4297
   619/231-1058
   619/231-7423 (Fax)

Sanford Svetcov
Shawn A. Williams
Willow E. Radcliffe
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
100 Pine Street, Suite 2600
San Francisco, CA  94111-5238
   415/288-4545
   415/288-4534 (Fax)