IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NURSING HOME PENSION FUND, ET AL.,

    Plaintiffs,

v.

ORACLE CORPORATION, ET AL.,

    Defendants.

No. C 01-0988 MJJ

**SCHEDULING ORDER**

Oral argument on Defendants' motion to disqualify Lerach, Coughlin, Stoia, Geller, Rudman, and Robbins, counsel for Plaintiffs, currently scheduled for Tuesday, March 22, 2005 at 9:30 am is hereby **CONTINUED** until Tuesday, April 19, 2005 at 9:30 am.

**IT IS SO ORDERED.**

Dated: March 21, 2005

/s/
MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE