UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE ORACLE SECURITIES LITIGATION | No. C01-0988 MJJ (JCS) |
| This Document Relates To:<br>ALL ACTIONS. | **ORDER DENYING PLAINTIFFS MOTION TO COMPEL COMPLIANCE WITH MARCH 10, 2005 DISCOVERY PLAN ORDER [Docket No. 253]** |

On March 23, 2005, Plaintiffs submitted a letter brief to the Court seeking resolution of three discovery issues. The Court construed this letter as Plaintiffs Motion to Compel Compliance with the Court's March 10, 2005 Discovery Plan Order (the "Motion").

IT IS HEREBY ORDERED that the Motion is DENIED.

In addition, it appears that counsel have not made adequate efforts resolve this matter without the need for Court intervention. Accordingly, IT IS HEREBY FURTHER ORDERED that not later than five (5) calendar days from the date of this Order, lead trial counsel for Plaintiffs and lead trial counsel for Defendants shall meet and confer **in person** regarding the subject matter of the Motion in an effort to resolve this matter, and provide a detailed Joint Letter to the Court. This Joint Letter shall include a description of every issue in dispute and, with respect to each such issue, a detailed summary of each party's final substantive position and their final proposed compromise on each issue.

IT IS HEREBY FURTHER ORDERED that before filing any future discovery motions, lead trial counsel for Plaintiff and lead trial counsel for Defendants shall meet and confer **in person**. The location of the meet-and-confer session shall alternate, with the first meeting location to be at the office to be chosen by counsel for Plaintiffs and the second meeting location to be at the office to be chosen by counsel for Defendants. Any side may demand a meeting on ten (10) days' notice. At the conclusion of the meet-and-confer session the parties shall submit a joint letter to the Court with a detailed summary of the remaining

issues, each side's substantive position, and each side's proposed compromise on the issues.

IT IS SO ORDERED.

Dated: March 29, 2005

/s/ Joseph C. Spero
JOSEPH C. SPERO
United States Magistrate Judge