IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NURSING HOME PENSION FUND, ET AL.,

    Plaintiffs,

v.

ORACLE CORPORATION, ET AL.,

    Defendants.

No. C 01-0988 MJJ

**ORDER OF REFERENCE**

The Court is in receipt of Plaintiffs' March 23, 2005 letter brief detailing the parties' most recent discovery disputes. The Court hereby **REFERS** these discovery disputes, as well as all future discovery matters, to Magistrate Judge Joseph C. Spero.

**IT IS SO ORDERED.**

Dated: March 29, 2005

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE



United States District Court

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28