E-filing

FILED

APR 11 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NURSING HOME PENSION FUND, ET AL.,

    Plaintiffs,

v.

ORACLE CORPORATION, ET AL.,

    Defendants.

No. C 01-0988 MJJ

**ORDER**

    Before the Court is Plaintiffs' motion for leave to withdraw Plaintiff UFCW Local 56 Retail Meat Pension Fund as a named plaintiff and as a lead plaintiff for the putative class, and for a protective order precluding further discovery of UFCW Local 56 Retail Meat Pension Fund by Defendants. Defendants have filed a statement of non-opposition to Plaintiffs' request for leave to withdraw UFCW Local 56 Retail Meat Pension Fund as a named and a lead Plaintiff in the above-captioned lawsuit. Accordingly, the Court **GRANTS** that portion of Plaintiffs' motion.

    With respect to Plaintiffs' request for a protective order precluding Defendants from propounding additional discovery from UFCW Local 56 Retail Meat Pension Fund, which Defendants oppose, the Court hereby **REFERS** that request to Magistrate Judge Joseph C. Spero.

///

///

///

1  Oral argument on Plaintiffs' motion, currently scheduled for April 19, 2005, is hereby
2  **VACATED.**[1]

4  **IT IS SO ORDERED.**

6  Dated: April 11, 2005

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE

---

[1] Oral argument on Defendants' motion to disqualify Lerach Coughlin Stoia Geller Rudman & Robbins as Plaintiffs' counsel shall still be heard, as scheduled, on April 19, 2005 at 9:30 am in Courtroom 11.

2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

LOCAL 144 NURSING HOME,

    Plaintiff,

v.

ORACLE CORPORATION,

    Defendant.

Case Number: CV01-0988 MJJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 11, 2005, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Mayer Brown & Platt
190 So LaSalle St
Chicago, IL 60603

Mayer Brown Rowe & Maw LLP
Two Palo Alto Square, Suite 300
Palo Alto, CA 94306

Oracle Corporation
500 Oracle Parkway
Mailstop 5OP7
Redwood Shores, CA 94065

Milberg Weiss Bershad Hynes & Lerach LLP
100 Pine Street, Suite 2600
San Francisco, CA 94111

Dated: April 11, 2005

Richard W. Wieking, Clerk
By: Monica Tutson, Deputy Clerk