| | |
|---|---|
| 1 | PILLSBURY WINTHROP SHAW PITTMAN LLP |
|   | KIRKE M. HASSON #61446 |
| 2 | SANNA R. SINGER #228627 |
|   | 50 Fremont Street |
| 3 | Post Office Box 7880 |
|   | San Francisco, CA 94120-7880 |
| 4 | Telephone: (415) 983-1000 |
|   | Facsimile: (415) 983-1200 |
| 5 | |
|   | Attorneys for Subpoenaed Third Party |
| 6 | PHARMACIA CORPORATION |

ORIGINAL FILED
05 APR 15 PM 1:05
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION | ) ) ) ) ) ) ) | No. C-01-0988-MJJ (JCS)<br><br>NOTICE OF CHANGE OF FIRM NAME |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that effective April 4, 2005, the law firm of Pillsbury Winthrop LLP has changed its name to Pillsbury Winthrop Shaw Pittman LLP.

Dated: April 14, 2005.

PILLSBURY WINTHROP SHAW PITTMAN LLP
KIRKE M. HASSON
SANNA R. SINGER
50 Fremont Street
Post Office Box 7880
San Francisco, CA 94120-7880

By _/s/ Kirke M. Hasson_
Kirke M. Hasson
Attorneys for Subpoenaed Third Party
PHARMACIA CORPORATION

Docket No. C-01-0988-MJJ (JCS)

PROOF OF SERVICE BY MAIL

I, Cheryl Grant, the undersigned, hereby declare as follows:

1. I am over the age of 18 years and am not a party to the within cause. I am employed by Pillsbury Winthrop Shaw Pittman LLP in the City of San Francisco, California.

2. My business address is 50 Fremont Street, San Francisco, CA 94105-2228. My mailing address is 50 Fremont Street, P. O. Box 7880, San Francisco, CA 94120-7880.

3. On April 14, 2005, I served a true copy of the attached document titled exactly NOTICE OF CHANGE OF FIRM NAME by placing it in an addressed sealed envelope and depositing it in the United States mail, first class postage fully prepaid, to the following:

[See Attached Service List]

I declare under penalty of perjury that the foregoing is true and correct. Executed this 14th day of April, 2005, at San Francisco, California.

*Cheryl Grant*
Cheryl Grant

**PROOF OF SERVICE LIST**

| | |
|---|---|
| William S. Lerach<br>Mark Solomon<br>Douglas R. Britton<br>LERACH, COUGHLIN, STOIA,<br>GELLER, RUDMAN & ROBBINS LLP<br>401 "B" Street, Suite 1700<br>San Diego, CA 92101<br>Tel: (619) 231-1058<br>Fax: (619) 231-7423<br><br>*Attorneys for Plaintiffs* | Dorian Daley<br>James C. Maroulis<br>ORACLE CORPORATION<br>500 Oracle Parkway, Mail Stop 50P7<br>Redwood Shores, CA 94065<br>Tel: (650) 506-5200<br>Fax: (650) 506-7114<br><br>*Attorneys for Defendant<br>Oracle Corporation* |
| Sanford Svetcov<br>Shawn A. Williams<br>Willow E. Radcliffe<br>Eli R. Greenstein<br>LERACH, COUGHLIN, STOIA,<br>GELLER, RUDMAN & ROBBINS LLP<br>100 Pine Street, Suite 2600<br>San Francisco, CA 94111<br>Tel: (415) 288-4545<br>Fax: (415) 288-4534<br><br>*Attorneys for Plaintiffs* | Donald M. Falk<br>Lee H. Rubin<br>Shirish Gupta<br>MAYER, BROWN, ROWE & MAW LLP<br>Two Palo Alto Square, Suite 300<br>Palo Alto, CA 94306<br>Tel.: (650) 331-2030<br>Fax: (650) 331-2060<br><br>*Attorneys for Defendants<br>Oracle Corporation, Lawrence J.<br>Ellison, Jeffrey O. Henley and Edward<br>J. Sanderson* |
| Alan N. Salpeter<br>Javier Rubinstein<br>Vincent P. Schmeltz III<br>MAYER, BROWN, ROWE & MAW LLP<br>190 South LaSalle Street<br>Chicago, IL 60603-3441<br>Tel: (312) 782-0600<br>Fax: (312) 701-7711<br><br>*Attorney for Defendant<br>Oracle Corporation, Lawrence J.<br>Ellison, Jeffrey O. Henry and Edward J.<br>Sanderson* | |