UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE ORACLE SECURITIES LITIGATION | No. C01-0988 MJJ (JCS) |
| This Document Relates To: | **ORDER DENYING PLAINTIFF UFCW LOCAL 56 RETAIL MEAT PENSION FUND'S MOTION FOR PROTECTIVE ORDER [Docket No. 247]** |
| ALL ACTIONS. | |

On March 11, 2005, Plaintiffs' filed a Motion for a Protective Order Precluding Defendants from Propounding Additional Discovery from UFCW Local 56 Retail Meat Pension Fund (the "Motion").

IT IS HEREBY ORDERED that the Motion is DENIED without prejudice.

IT IS HEREBY FURTHER ORDERED that not later than ten (10) days from the date of this Order, lead trial counsel for Plaintiff UFCW, and lead trial counsel for Defendants shall meet and confer **in person** regarding the subject matter of the Motion in an effort to resolve this matter. Within five (5) business days of the lead trial counsels' meet-and-confer session, the parties shall provide a detailed Joint Letter to the Court. This Joint Letter shall include a description of every issue in dispute and, with respect to each such issue, a detailed summary of each party's final substantive position and their final proposed compromise on each issue.

Upon receipt of the Joint Letter, the Court will decide what further proceedings are necessary.

IT IS SO ORDERED.

Dated: April 20, 2005

/s/ Joseph C. Spero
JOSEPH C. SPERO
United States Magistrate Judge