IN THE UNITED STATED DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

# CIVIL MINUTES

**HONORABLE MARTIN J. JENKINS**  Courtroom Clerk: **Monica Tutson**

DATE: **April 19, 2005**  Court reporter: **Kathy Wyatt**

Case Number:   **C01-0988MJJ**

Case Name:   **In re: ORACLE CORPORATION Securities Litigation**

| COUNSEL FOR PLAINTIFF(S): | COUNSEL FOR DEFENDANT(S): |
|---|---|
| Shawn Williams, Mark Solomon<br>Eli Greenstein | Javier Rubenstein, James Maroulis |

PROCEEDINGS:                                                                                  RULING:
1.   **Motion to Disqualify**                                                                 **Submitted**
2.

() Further Status Conference    ()P/T Conference    ()Case Management Conference

ORDERED AFTER HEARING:

ORDER TO BE PREPARED BY:    Plntf ()  Deft ()  Court (**x**)

Referred to Magistrate Judge     For:

CASE CONTINUED TO:    for

Discovery Cut-Off:              Expert Discovery Cut-Off:

Parties to Name Experts by:    Expert Reports to be Tendered by:

Designation of Supplemental/Rebuttal Experts:    Reports:

Dispositive Motion shall be heard by:

Pre-Trial Conference Date :         at 3:30 p.m.

Trial Date:    at 8:30 a.m.  Set for  days
                Type of Trial:  ()Jury    ( )Court

Notes: