| | |
|---|---|
| MAYER, BROWN, ROWE & MAW LLP<br>Donald M. Falk (SBN 150256)<br>Lee H. Rubin (SBN 141331)<br>Shirish Gupta (SBN 205584)<br>Two Palo Alto Square, Suite 300<br>Palo Alto, California 94306<br>Telephone:   (650) 331-2000<br>Facsimile:    (650) 331-2060<br>lrubin@mayerbrownrowe.com | LERACH COUGHLIN STOIA GELLER<br>RUDMAN & ROBBINS LLP<br>Shawn A. Williams (SBN 213113)<br>Willow E. Radcliffe (SBN 200087)<br>Eli R. Greenstein (SBN 217945)<br>100 Pine Street, Suite 2600<br>San Francisco, CA  94111<br>Telephone:  (415) 288-4545<br>Facsimile:   (415) 288-4534<br>shawnw@lerachlaw.com |
| MAYER, BROWN, ROWE & MAW LLP<br>Alan N. Salpeter (admitted *pro hac vice*)<br>Javier Rubinstein (admitted *pro hac vice*)<br>Vincent P. Schmeltz III (admitted *pro hac vice*)<br>190 South LaSalle Street<br>Chicago, IL  60603-3441<br>Telephone:     (312) 782-0600<br>Facsimile:      (312) 701-7711<br>jrubinstein@mayerbrownrowe.com | LERACH COUGHLIN STOIA GELLER<br>RUDMAN & ROBBINS LLP<br>William S. Lerach (SBN 68581)<br>Mark Solomon (SBN 151949)<br>Douglas R. Britton (SBN 188769)<br>401 B Street, Suite 1600<br>San Diego, CA  92101<br>Telephone:  (619) 231-1058<br>Facsimile: (619) 231-7423<br>dougb@lerachlaw.com |
| Attorneys for Defendants ORACLE CORPORATION, LAWRENCE J. ELLISON, JEFFREY O. HENLEY, and EDWARD J. SANDERSON | Lead Counsel for Plaintiffs |
| ORACLE CORPORATION<br>Dorian Daley (SBN 129049)<br>James C. Maroulis (SBN 208316)<br>500 Oracle Parkway, Mailstop 5OP7<br>Redwood Shores, California 94065<br>Telephone:     (650) 506-5200<br>Facsimile:      (650) 506-7114<br>jim.maroulis@oracle.com | |
| Attorneys for Defendant ORACLE CORPORATION | |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE ORACLE CORPORATION SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Case No. C-01-0988-MJJ<br>(Consolidated)<br><br>**DISCOVERY MATTER**<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING CLASS DISCOVERY**<br><br>**Magistrate Judge Joseph C. Spero** |

1  Pursuant to Civ. L.R. 7-12, Plaintiffs and Defendants stipulate as follows:

2  1. This stipulation and proposed order addresses the schedule for class discovery, additional briefing with respect to Plaintiffs' Motion for Class Certification, and oral argument regarding class certification.

3  2. Pursuant to the Court's March 10, 2005 Amended Order Setting A Discovery Plan ("Discovery Plan"), Defendants are to submit a brief in opposition to Plaintiffs' motion for class certification by May 6, 2005 and Plaintiffs are to file their reply by June 13, 2005. The Discovery Plan set no hearing for Plaintiffs' motion for class certification, leaving such a hearing to the Court's convenience. The Court has not yet set the hearing date.

4  3. The parties have endeavored in good faith to complete class certification discovery in time to allow Defendants to prepare a response in opposition to plaintiffs' motion for class certification.

5  4. Because of delays resulting from third party discovery and constraints in the parties' schedules, the parties have not yet completed class certification discovery. The parties are cooperating in completing this certification.

6  5. The parties have agreed that additional time for class discovery is warranted and that the briefing schedule should be modified to take account of the additional time needed to complete class discovery.

7  6. Accordingly, the parties hereby stipulate and agree to modify the schedule in the Discovery Plan for completing the class certification process, as follows:

- Defendants will complete any class certification related third party depositions, as well as the depositions of the Lead Plaintiffs and Plaintiffs' proposed Class Representatives, by June 17, 2005.
- Defendants will submit a memorandum in opposition to Plaintiffs' motion for class certification by July 8, 2005.
- Plaintiffs will submit a reply in support of their motion for class certification by August 5, 2005.

1    • The parties will be prepared for oral argument in late August 2005 or at the Court's
2       convenience, thereafter.
3    • Plaintiffs reserve their right to refuse to respond to additional written discovery from
4       Defendants after May 9, 2005. Defendants reserve their right to serve and to compel
5       response to such discovery, on or after May 9, 2005, if necessary.

**IT IS SO STIPULATED.**

Dated: May 3, 2005                       LERACH COUGHLIN STOIA GELLER
                                                RUDMAN & ROBBINS LLP

                                        By:    /s/ Douglas R. Britton
                                               Douglas R. Britton
                                              Lead Counsel for Plaintiffs

Dated: May 3, 2005                       MAYER, BROWN, ROWE & MAW LLP

                                        By:   /s/ Vincent P. Schmeltz III
                                           Vincent P. Schmeltz III
                                       Attorneys for Defendants Oracle Corporation,
                                       Lawrence J. Ellison, Jeffrey O. Henley and
                                       Edward J. Sanderson

**ORDER**

Pursuant to Stipulation, **IT IS SO ORDERED**.

Dated: _____                _____
                                                            **Magistrate Judge Joseph C. Spero**