

SAN DIEGO • SAN FRANCISCO
LOS ANGELES • NEW YORK • BOCA RATON
WASHINGTON, DC • HOUSTON
PHILADELPHIA • SEATTLE

May 6, 2005

VIA FACSIMILE
415/522-3636

The Honorable Joseph C. Spero
United States District Court
 Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

Re: *In re Oracle Corporation Securities Litigation*
Master File No. C-01-0988-MJJ

Dear Judge Spero:

The parties have met and conferred over the issues relating to UFCW Local 56's ("UFCW") request for a protective order, which was the subject of your Order dated April 20, 2005.

The parties have reached an agreement on issues relating to discovery from UFCW and require no further assistance from the Court. The parties have agreed that UFCW has no further obligation to respond to the discovery served on it prior to its withdrawal, that defendants reserve their right to pursue discovery from UFCW at a later date, if necessary, and that UFCW reserves its right to object to any such discovery.

The parties thank you for your attention to these issues.

Sincerely,

_____         _____
DOUGLAS R. BRITTON                 VINCENT PAUL (TRACE) SCHMELTZ III
                                   w/permission DRB

DRB:krj

S:\CasesSD\Oracle3\Corres\Spero01_DRB.doc

401 B Street, Suite 1600 • San Diego, California 92101-4297 • 619.231.1058 • Fax 619.231.7423 • www.lerachlaw.com



## DECLARATION OF SERVICE

I hereby certify that on May 9, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorneys denoted on the Court's Electronic Mail Notice List. I hereby certify that I have caused this document to be mailed by the United States Postal Service and/or faxed to the non-CM/ECF participants listed on the attached Manual Notice Service List.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 9th day of May 2005, at San Diego, California.

                                      /S/ KATHLEEN R. JONES
                                      KATHLEEN R. JONES

## MANUAL NOTICE SERVICE LIST
*In re Oracle Corporation Securities Litigation*

| | |
|---|---|
| Dorian Daley<br>Loren G. Segal<br>500 Oracle Parkway<br>Redwood City, CA 94065<br>Telephone: 650/506-5200<br>650/506-7114 (fax) | Corey D. Holzer<br>HOLZER HOLZER & CANNON LLC<br>1117 Perimeter Center West<br>Suite E-107<br>Atlanta, GA 30338<br>Telephone: 770/392-0090<br>770/392-0029 (fax) |
| Vincent Paul Schmeltz, III<br>MAYER BROWN ROWE & MAW LLP<br>Two Palo Alto Square, Suite 300<br>3000 El Camino Real<br>Palo Alto, CA 94306-1433<br>Telephone: 650/331-2000<br>312/701-7711 (Chicago fax) | Brian P. Murray<br>MURRAY FRANK & SAILER LLP<br>275 Madison Avenue, Suite 801<br>New York, NY 10016<br>Telephone: 212/682-1818<br>212/682/1892 (fax) |
| Javier H. Rubinstein<br>Alan Norris Salpeter<br>MAYER, BROWN, ROWE & MAW LLP<br>190 South LaSalle Street<br>Chicago, IL 60603-3441<br>Telephone: 312/782-0600<br>312/701-7711 (fax) | |