|   |   |
|---|---|
| 1 | MAYER, BROWN, ROWE & MAW LLP |
|   | Donald M. Falk (SBN 150256) |
| 2 | Lee H. Rubin (SBN 141331) |
|   | Shirish Gupta (SBN 205584) |
| 3 | Two Palo Alto Square, Suite 300 |
|   | Palo Alto, California 94306 |
| 4 | Telephone:   (650) 331-2030 |
|   | Facsimile:    (650) 331-2060 |
| 5 | lrubin@mayerbrownrowe.com |
| 6 | MAYER, BROWN, ROWE & MAW LLP |
|   | Alan N. Salpeter (admitted *pro hac vice*) |
| 7 | Javier Rubinstein (admitted *pro hac vice*) |
|   | Vincent P. Schmeltz III (admitted *pro hac vice*) |
| 8 | 190 South LaSalle Street |
|   | Chicago, IL  60603-3441 |
| 9 | Telephone:   (312) 782-0600 |
|   | Facsimile:    (312) 701-7711 |
| 10 | jrubinstein@mayerbrownrowe.com |
| 11 | Attorneys for Defendants ORACLE CORPORATION, LAWRENCE |
|   | J. ELLISON, JEFFREY O. HENLEY, and EDWARD J. SANDERSON |
| 12 |   |
|   | ORACLE CORPORATION |
| 13 | Dorian Daley (SBN 129049) |
|   | James C. Maroulis (SBN 208316) |
| 14 | 500 Oracle Parkway, Mailstop 5OP7 |
|   | Redwood Shores, California 94065 |
| 15 | Telephone:   (650) 506-5200 |
|   | Facsimile:    (650) 506-7114 |
| 16 | jim.maroulis@oracle.com |
| 17 | Attorneys for Defendant ORACLE CORPORATION |

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION

| IN RE ORACLE CORPORATION SECURITIES LITIGATION | Case No. C-01-0988-MJJ (Consolidated) |
|---|---|
|   | **DECLARATION OF VINCENT P. SCHMELTZ III** |
| This Document Relates To:<br>ALL ACTIONS. | Date:   June 14, 2005<br>Time:   9:30 a.m.<br>Place:   Ctrm. 11<br>Honorable Martin J. Jenkins |

**V. SCHMELTZ DECLARATION SUPPORTING DEFENDANTS' MOTION TO STRIKE PLAINTIFFS' MOTION FOR CLASS CERTIFICATION; CASE NO.: C-01-0988-MJJ**

**DECLARATION OF VINCENT P. SCHMELTZ III**

I, VINCENT P. SCHMELTZ III, declare and state that:

1. I am an attorney admitted *pro hac vice* in the above-captioned matter and am with the law firm of Mayer, Brown, Rowe & Maw LLP, counsel for Defendants Oracle Corporation, Lawrence J. Ellison, Jeffrey O. Henley and Edward J. Sanderson. I have personal knowledge of the facts set forth in this Declaration and, if called upon, could testify competently thereto.

2. I make this declaration in support of Defendants' Motion to Strike Plaintiffs' Motion for Class Certification and Corrected Memorandum in Support Thereof in Light of *Dura Pharmaceuticals, Inc. v. Broudo,* 125 S. Ct. 1627 (Apr. 19, 2005).

3. During the week of April 18, 2005, Douglas Britton of Lerach Coughlin, counsel for Plaintiffs, and I discussed the impact of *Dura* on Ninth Circuit law and on Plaintiffs' Motion for Class Certification. I explained that Plaintiffs' motion provided neither the Court nor Defendants with any guidance as to how Plaintiffs would meet their burden, under *Dura*, to prove something more than stock inflation in order to prove loss causation. In particular, I noted that the Motion failed to discuss how Plaintiffs would prove, at trial, that the truth about Oracle's allegedly fraudulently inflated 2Q01 earnings filtered into the market, thus causing "economic loss" to the class of shareholders that Plaintiffs seek to certify. Ultimately, I suggested that Plaintiffs withdraw and re-craft their motion or, alternatively, file a supplemental brief setting forth the manner in which Plaintiffs intended to meet their burden of proving loss causation. Mr. Britton agreed to take the issue under advisement.

4. On April 27, 2005, Mr. Britton and I spoke again. He told me that Plaintiffs would neither withdraw their brief nor file a supplemental brief.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct and that this Declaration was executed on May 10, 2005 in Chicago, Illinois.

/s/ Vincent P. Schmeltz III
Vincent P. Schmeltz III

*Filer's Attestation: Pursuant to General Order No. 45, Section X(B), Shirish Gupta hereby attests that the signatory's concurrence in the filing of this document has been obtained.*