MAYER, BROWN, ROWE & MAW LLP
Donald M. Falk (SBN 150256)
Lee H. Rubin (SBN 141331)
Shirish Gupta (SBN 205584)
Two Palo Alto Square, Suite 300
Palo Alto, California 94306
Telephone:   (650) 331-2000
Facsimile:    (650) 331-2060
lrubin@mayerbrownrowe.com

MAYER, BROWN, ROWE & MAW LLP
Alan N. Salpeter (admitted *pro hac vice*)
Javier Rubinstein (admitted *pro hac vice*)
Vincent P. Schmeltz III (admitted *pro hac vice*)
190 South LaSalle Street
Chicago, IL  60603-3441
Telephone:   (312) 782-0600
Facsimile:    (312) 701-7711
jrubinstein@mayerbrownrowe.com

Attorneys for Defendants ORACLE CORPORATION, LAWRENCE
J. ELLISON, JEFFREY O. HENLEY, and EDWARD J. SANDERSON

ORACLE CORPORATION
Dorian Daley (SBN 129049)
James C. Maroulis (SBN 208316)
500 Oracle Parkway
Mailstop 5OP7
Redwood Shores, California 94065
Telephone:   (650) 506-5200
Facsimile:    (650) 506-7114
jim.maroulis@oracle.com

Attorneys for Defendant ORACLE CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION

| IN RE ORACLE CORPORATION SECURITIES LITIGATION | Case No. C-01-0988-MJJ (Consolidated) |
|---|---|
| | [PROPOSED] ORDER RE DEFENDANTS' MOTION TO STRIKE PLAINTIFFS' MOTION FOR CLASS CERTIFICATION |
| This Document Relates To: ALL ACTIONS. | Date:    June 14, 2005<br>Time:    9:30 a.m.<br>Place:   Ctrm. 11<br>          Honorable Martin J. Jenkins |

**[PROPOSED] ORDER RE DEFENDANTS' MOTION TO STRIKE PLAINTIFFS' MOTION
FOR CLASS CERTIFICATION; CASE NO.: C-01-0988-MJJ**

1   This matter came on regularly for hearing.  The parties appeared before the Court.

2   Having considered Defendants Oracle Corporation, Lawrence J. Ellison, Jeffrey O.
3   Henley and Edward J. Sanderson's  (collectively "Defendants") motion for an order striking
4   Plaintiffs' Motion for Class Certification, and for good cause shown,

5   **IT IS HEREBY ORDERED THAT:**

6   Defendants' Motion for an order striking Plaintiffs' Motion for Class Certification is
7   hereby GRANTED, without prejudice to Plaintiffs re-filing a Motion for Class Certification that
8   comports with *Dura Pharmaceuticals, Inc.* v. *Broudo*, 125 S. Ct. 1627 (2005).

9   Plaintiffs' Motion for Class Certification and Corrected Memorandum in Support Thereof
10  are hereby STRICKEN.

11  The schedule for briefing on Plaintiffs' Motion for Class Certification is hereby vacated.

13  Dated: _____, 2005
14  MARTIN J. JENKINS
    UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER RE DEFENDANTS' MOTION TO STRIKE PLAINTIFFS' MOTION
FOR CLASS CERTIFICATION; CASE NO.: C-01-0988-MJJ