1  MAYER, BROWN, ROWE & MAW LLP
   Donald M. Falk (SBN 150256)
2  Lee H. Rubin (SBN 141331)
   Shirish Gupta (SBN 205584)
3  Two Palo Alto Square, Suite 300
   Palo Alto, California  94306
4  Telephone:    (650) 331-2000
   Facsimile:    (650) 331-2060
5  sgupta@mayerbrownrowe.com

6  MAYER, BROWN, ROWE & MAW LLP
   Alan N. Salpeter (admitted *pro hac vice*)
7  Javier Rubinstein (admitted *pro hac vice*)
   190 South LaSalle Street
8  Chicago, IL  60603-3441
   Telephone:    (312) 782-0600
9  Facsimile:    (312) 701-7711
   jrubinstein@mayerbrownrowe.com
10
   Attorneys for Defendants ORACLE CORPORATION,
11 LAWRENCE J. ELLISON, JEFFREY O. HENLEY, and
   EDWARD J. SANDERSON
12
   ORACLE CORPORATION
13 Dorian Daley (SBN 129049)
   James C. Maroulis (SBN 208316)
14 500 Oracle Parkway
   Mailstop 5OP7
15 Redwood Shores, California  94065
   Telephone:    (650) 506-5200
16 Facsimile:    (650) 506-7114

17 Attorneys for Defendant ORACLE CORPORATION

18                UNITED STATES DISTRICT COURT

19        NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION

20

| | |
|---|---|
| IN RE ORACLE CORPORATION SECURITIES LITIGATION | Case No. C-01-0988-MJJ (Consolidated) |
| | **VERIFIED APPLICATION OF TIMOTHY S. BISHOP, FOR PERMISSION TO APPEAR AS COUNSEL *PRO HAC VICE*** |
| This Document Relates To: | |
| ALL ACTIONS. | JUDGE MARTIN J. JENKINS |

1    Pursuant to Civil L. R. 11-3 and General Order 49, Timothy S. Bishop ("Applicant"), an

2    attorney retained by Oracle Corporation ("Oracle") hereby submits this application for permission

3    to appear *pro hac vice* in the Northern District of California in the current matter of *In Re Oracle*

4    *Corporation Securities Litigation,* C 01-0988-MJJ.

5                                              **APPLICATION**

6    This Court is expressly authorized by Civil L. R. 11-3 to permit a person who is not a

7    member of this Court, but is an active member in good standing before the bar of either the highest

8    court of any sister state or any United States court to appear *pro hac vice* in a matter pending

9    before the Court.  Civil L. R. 11-3.  Mr. Bishop is an active member in good standing before the

10   Supreme Court of Illinois.  Applicant is also an active member in good standing of the bar of the

11   U.S. District Court for the Northern District of Illinois.

12   Applicant agrees to abide by the Standards of Professional Conduct set forth in Civil L.R.

13   11-4, and to become familiar with the Local Rules and Alternative Dispute Resolution Programs of

14   this Court.

15   Pursuant to Civil L.R. 11-3(a)(3), Applicant has retained Lee H. Rubin and Shirish Gupta,

16   of Mayer, Brown, Rowe & Maw LLP to serve as co-counsel in this action.  Messrs. Rubin and

17   Gupta are members in good standing of the bar of this Court and maintain an office within

18   California.  Their business address is Mayer, Brown, Rowe & Maw LLP, Two Palo Alto Square,

19   Suite 300, Palo Alto, California 94306-2112.  The main telephone number for Mayer, Brown,

20   Rowe & Maw LLP's Palo Alto office is (650) 331-2000.

21

22   DATED:  May 31, 2005                      MAYER, BROWN, ROWE & MAW LLP

23

24                                              /s/ Shirish Gupta
                                                Shirish Gupta

25

26                                            Attorneys for Defendants
                                              Oracle Corporation, Lawrence J. Ellison,

27                                            Jeffrey O. Henley, and Edward J. Sanderson

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**VERIFICATION**

I, Timothy S. Bishop, hereby certify and declare that I have read the foregoing

Application and know its contents.  I declare under penalty of perjury under the laws of the

United States that the matters stated in this document are true and correct.


DATED:   May 31, 2005                      ___/s/ Timothy S. Bishop_____
                                           Timothy S. Bishop

*Filer's Attestation:  Pursuant to General Order No. 45, Section X(B), Shirish Gupta hereby attests*
*that the signatory's concurrence in the filing of this document has been obtained.*