MAYER, BROWN, ROWE & MAW LLP
Donald M. Falk (SBN 150256)
Lee H. Rubin (SBN 141331)
Shirish Gupta (SBN 205584)
Two Palo Alto Square, Suite 300
Palo Alto, California 94306
Telephone:     (650) 331-2000
Facsimile:      (650) 331-2060
sgupta@mayerbrownrowe.com

MAYER, BROWN, ROWE & MAW LLP
Alan N. Salpeter (admitted *pro hac vice*)
Javier Rubinstein (admitted *pro hac vice*)
190 South LaSalle Street
Chicago, IL  60603-3441
Telephone:     (312) 782-0600
Facsimile:      (312) 701-7711
jrubinstein@mayerbrownrowe.com

Attorneys for Defendants ORACLE CORPORATION,
LAWRENCE J. ELLISON, JEFFREY O. HENLEY, and
EDWARD J. SANDERSON

ORACLE CORPORATION
Dorian Daley (SBN 129049)
James C. Maroulis (SBN 208316)
500 Oracle Parkway
Mailstop 5OP7
Redwood Shores, California 94065
Telephone:     (650) 506-5200
Facsimile:      (650) 506-7114

Attorneys for Defendant ORACLE CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION

| IN RE ORACLE CORPORATION SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Case No. C-01-0988-MJJ (Consolidated)<br><br>**[PROPOSED] ORDER GRANTING VERIFIED APPLICATION OF TIMOTHY S. BISHOP, FOR PERMISSION TO APPEAR AS COUNSEL *PRO HAC VICE***<br><br>[FILED CONCURRENTLY WITH APPLICATION]<br><br>JUDGE MARTIN J. JENKINS |
|---|---|

1 | Upon consideration of the Verified Application of Timothy S. Bishop for Permission to
2 | Appear as Counsel *Pro Hac Vice*, it is HEREBY ORDERED that the Application is GRANTED.
3
4 | DATED: _____     _____
                                 THE HONORABLE MARTIN J. JENKINS

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28