1
2
3
4
5
6
7
8
9
10
11

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

12  | In re ORACLE CORPORATION      ) Master File No. C-01-0988-MJJ
    | SECURITIES LITIGATION          )
13  |                                ) <u>CLASS ACTION</u>
    |                                )
14  | This Document Relates To:      ) [PROPOSED] ORDER GRANTING
    |                                ) PLAINTIFFS' MOTION TO COMPEL
15  |     ALL ACTIONS.               ) (1) THE REPORT OF ORACLE CORP.'S
    |                                ) SPECIAL LITIGATION COMMITTEE
16  |                                  ("SLC"); AND (2) ALL INTERVIEW
                                       MEMORANDA AND/OR NOTES THAT
17                                     WERE CONSIDERED BY THE SLC IN
                                       PREPARING THE REPORT
18
19
20
21
22
23
24
25
26
27
28

1       Having considered plaintiffs' Motion to Compel (1) the Report of Oracle Corp.'s Special

2 Litigation Committee ("SLC"); and (2) All Interview Memoranda and/or Notes that Were

3 Considered by the SLC in Preparing the Report ("Motion"), defendants' opposition, and plaintiffs'

4 reply,

5       IT IS HEREBY ORDERED that plaintiffs' Motion is GRANTED.  Defendants must produce

6 to plaintiffs the report of Oracle's SLC (including all attachments and exhibits) and all interview

7 memoranda, notes, or other documents considered by the SLC in preparing the report.

9 DATED: _____

                                             THE HONORABLE JOSEPH C. SPERO
10                                              UNITED STATES MAGISTRATE JUDGE

12 Submitted by:

13 LERACH COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
  WILLIAM S. LERACH
14 MARK SOLOMON
  DOUGLAS R. BRITTON

17       /S/ DOUGLAS R. BRITTON
         DOUGLAS R. BRITTON

18 401 B Street, Suite 1600
  San Diego, CA  92101
19 Telephone:  619/231-1058
  619/231-7423 (fax)

21 LERACH COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
  SHAWN A. WILLIAMS
22 WILLOW E. RADCLIFFE
  ELI R. GREENSTEIN
23 JENNIE LEE ANDERSON
  MONIQUE C. WINKLER
24 100 Pine Street, Suite 2600
  San Francisco, CA  94111
25 Telephone:  415/288-4545
  415/288-4534 (fax)

27 Lead Counsel for Plaintiffs

S:\CasesSD\Oracle3\ORD00021653.doc

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL - C-01-0988-MJJ     - 1 -

DECLARATION OF SERVICE

I hereby certify that on June 3, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorneys denoted on the Court's Electronic Mail Notice List. I hereby certify that I have caused this document to be mailed by the United States Postal Service and/or faxed to the non-CM/ECF participants listed on the attached Manual Notice Service List.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 3rd day of June 2005, at San Diego, California.

                /S/ DOUGLAS R. BRITTON
                DOUGLAS R. BRITTON

**MANUAL NOTICE SERVICE LIST**
*In re Oracle Corporation Securities Litigation*

| | |
|---|---|
| Dorian Daley<br>Loren G. Segal<br>500 Oracle Parkway<br>Redwood City, CA  94065<br>Telephone:  650/506-5200<br>650/506-7114 (fax) | Corey D. Holzer<br>Holzer Holzer & Cannon LLC<br>1117 Perimeter Center West<br>Suite E-107<br>Atlanta, GA 30338<br>Telephone:  770/392-0090<br>770/392-0029 (fax) |
| Brian P. Murray<br>Murray Frank & Sailer LLP<br>275 Madison Avenue, Suite 801<br>New York, NY 10016<br>Telephone:  212/682-1818<br>212/682-1892 (fax) | Alan Norris Salpeter<br>Mayer, Brown, Rowe & Maw<br>190 South LaSalle Street<br>Chicago, IL  60603<br>Telephone:  312/782-0600<br>312/701-7711 (fax) |
| Donald M. Falk<br>Shirish Gupta<br>Mayer, Brown, Rowe & Maw*<br>Two Palo Alto Square, Suite 300<br>Palo Alto, CA  60603<br>Telephone:  650/331-2030<br>650/331-2060 (fax) | |

\* Denotes service via facsimile and overnight delivery