LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
WILLIAM S. LERACH (68581)
MARK SOLOMON (151949)
DOUGLAS R. BRITTON (188769)
401 B Street, Suite 1600
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
        – and –
SHAWN A. WILLIAMS (213113)
WILLOW E. RADCLIFFE (200087)
ELI R. GREENSTEIN (217945)
JENNIE LEE ANDERSON (203586)
MONIQUE C. WINKLER (213031)
100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)

Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Master File No. C-01-0988-MJJ<br><br>CLASS ACTION<br><br>DECLARATION OF DOUGLAS R. BRITTON IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL (1) THE REPORT OF ORACLE CORP.'S SPECIAL LITIGATION COMMITTEE ("SLC"); AND (2) ALL INTERVIEW MEMORANDA AND/OR NOTES THAT WERE CONSIDERED BY THE SLC IN PREPARING THE REPORT<br><br>DATE:     July 8, 2005<br>TIME:      9:30 a.m.<br>CTRM:    A, 15th Floor<br>             Magistrate Judge<br>             Joseph C. Spero |

I, DOUGLAS R. BRITTON, declare as follows:

1. I am an attorney duly licensed to practice before all of the courts of the State of California and this District Court. I am a member of the law firm of Lerach Coughlin Stoia Geller Rudman & Robbins LLP, one of the counsel of record for plaintiffs in the above-entitled action. I make this declaration in support of plaintiffs' Motion to Compel (1) the Report of Oracle Corp.'s Special Litigation Committee ("SLC"); and (2) All Interview Memoranda and/or Notes that Were Considered by the SLC in Preparing the Report. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

1. Attached are true and correct copies of the following exhibits:

Exhibit 1:   Defendants' Response to First Set of Requests for Documents;

Exhibit 2:   January 29, 2003 Hearing Transcript in *In re Oracle Corp. Derivative Litig.*, No. 18751, before Hon. Leo E. Strine, Jr., Vice Chancellor, Court of Chancery of the State of Delaware, New Castle County;

Exhibit 3:   Amended Order Setting a Discovery Plan, dated March 10, 2005;

Exhibit 4:   Letter from Vincent Schmeltz to Eli Greenstein, dated April 22, 2005;

Exhibit 5:   *In re Oracle Corp. Derivative Litig.*, No. 18751, Reply Memorandum in Support of the Committee's Motion to Seal Portions of the May 28, 2003 Oral Argument Transcript, filed October 7, 2003;

Exhibit 6:   *In re Qwest Communications Int'l, Inc. Sec. Litig.*, No. 01-cv-01451-REB-CBS, Order Granting Plaintiffs' Motion to Compel Production of Documents from Defendant Qwest Communications International, Inc., filed May 31, 2005;

Exhibit 7:   September 2, 2004 Hearing Transcript in *In re Oracle Corp. Derivative Litig.*, No. 18751, before Hon. Leo E. Strine, Jr., Vice Chancellor, Court of Chancery of the State of Delaware, New Castle County;

Exhibit 8:   Defendants' Motion for Protective Order Pursuant to Fed. R. Civ. P. 26(c) and Memorandum of Points and Authorities; and

DECLARATION OF DOUGLAS R. BRITTON IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL - C-01-0988-MJJ - 1 -

Exhibit 9:   Defendants' Supplemental Responses to First Set of Interrogatories.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed this 3rd day of June, 2005, at San Diego, California.

                /S/ DOUGLAS R. BRITTON
                DOUGLAS R. BRITTON

S:\CasesSD\Oracle3\DEC00021659.doc

DECLARATION OF DOUGLAS R. BRITTON IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL - C-01-0988-MJJ

- 2 -

## DECLARATION OF SERVICE

I hereby certify that on June 3, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorneys denoted on the Court's Electronic Mail Notice List. I hereby certify that I have caused this document to be mailed by the United States Postal Service and/or faxed to the non-CM/ECF participants listed on the attached Manual Notice Service List.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 3rd day of June 2005, at San Diego, California.

        /S/ DOUGLAS R. BRITTON
        DOUGLAS R. BRITTON

# MANUAL NOTICE SERVICE LIST
*In re Oracle Corporation Securities Litigation*

| | |
|---|---|
| Dorian Daley<br>Loren G. Segal<br>500 Oracle Parkway<br>Redwood City, CA 94065<br>Telephone: 650/506-5200<br>650/506-7114 (fax) | Corey D. Holzer<br>Holzer Holzer & Cannon LLC<br>1117 Perimeter Center West<br>Suite E-107<br>Atlanta, GA 30338<br>Telephone: 770/392-0090<br>770/392-0029 (fax) |
| Brian P. Murray<br>Murray Frank & Sailer LLP<br>275 Madison Avenue, Suite 801<br>New York, NY 10016<br>Telephone: 212/682-1818<br>212/682-1892 (fax) | Alan Norris Salpeter<br>Mayer, Brown, Rowe & Maw<br>190 South LaSalle Street<br>Chicago, IL 60603<br>Telephone: 312/782-0600<br>312/701-7711 (fax) |
| Donald M. Falk<br>Shirish Gupta<br>Mayer, Brown, Rowe & Maw*<br>Two Palo Alto Square, Suite 300<br>Palo Alto, CA 60603<br>Telephone: 650/331-2030<br>650/331-2060 (fax) | |

\* Denotes service via facsimile and overnight delivery