**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE ORACLE SECURITIES LITIGATION                No. C01-0988 MJJ (JCS)

_____

This Document Relates To:                          **CLERK'S NOTICE**

ALL ACTIONS.

_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

      YOU ARE NOTIFIED THAT the hearing on Plaintiffs' Motion to Compel (1) The Report of Oracle Corp.'s Special Litigation Committee (SLC); and (2) All Interview Memoranda and/or Notes that were Considered by the SLC in Preparing the Report before Magistrate Judge Spero previously noticed for July 8, 2005, at 9:30 a.m., has been reset to **July 29, 2005, at 9:30 a.m.,** Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

      Regardless of whether the Court reschedules the hearing date, the opposition memoranda shall be filed by **June 17, 2005,** and reply brief shall be filed by **June 24, 2005.**

Dated:  June 7, 2005

                        FOR THE COURT,
                        Richard W. Wieking, Clerk


                        by: /s/ Karen L. Hom_____
                            Karen L. Hom
                            Courtroom Deputy