1
2  MAYER, BROWN, ROWE & MAW LLP
   Donald M. Falk (SBN 150256)
   Lee H. Rubin (SBN 141331)
3  Shirish Gupta (SBN 205584)
   Two Palo Alto Square, Suite 300
4  Palo Alto, California 94306
   Telephone:    (650) 331-2000
5  Facsimile:    (650) 331-2060
   sgupta@mayerbrownrowe.com
6
   MAYER, BROWN, ROWE & MAW LLP
7  Alan N. Salpeter (admitted *pro hac vice*)
   Javier Rubinstein (admitted *pro hac vice*)
8  190 South LaSalle Street
   Chicago, IL  60603-3441
9  Telephone:    (312) 782-0600
   Facsimile:    (312) 701-7711
10 jrubinstein@mayerbrownrowe.com

11 Attorneys for Defendants ORACLE CORPORATION,
   LAWRENCE J. ELLISON, JEFFREY O. HENLEY, and
12 EDWARD J. SANDERSON

13 ORACLE CORPORATION
   Dorian Daley (SBN 129049)
14 James C. Maroulis (SBN 208316)
   500 Oracle Parkway
15 Mailstop 5OP7
   Redwood Shores, California 94065
16 Telephone:    (650) 506-5200
   Facsimile:    (650) 506-7114
17
18 Attorneys for Defendant ORACLE CORPORATION

19                  UNITED STATES DISTRICT COURT

20    NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION

21 IN RE ORACLE CORPORATION          Case No. C-01-0988-MJJ
   SECURITIES LITIGATION              (Consolidated)
22
23                                    [PROPOSED] ORDER GRANTING
                                      VERIFIED APPLICATION OF
                                      TIMOTHY S. BISHOP, FOR
24 This Document Relates To:          PERMISSION TO APPEAR AS
                                      COUNSEL *PRO HAC VICE*
25 ALL ACTIONS.
                                      [FILED CONCURRENTLY WITH
26                                    APPLICATION]

27                                    JUDGE MARTIN J. JENKINS

28

1     Upon consideration of the Verified Application of Timothy S. Bishop for Permission to

2 Appear as Counsel *Pro Hac Vice*, it is HEREBY ORDERED that the Application is GRANTED.

3

4 DATED:   6/6/2005      /s/
THE HONORABLE MARTIN J. JENKINS

APPROVED
Judge Martin J. Jenkins