IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NURSING HOME PENSION FUND, ET AL.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>ORACLE CORPORATION, ET AL.,<br><br>　　　　Defendants.<br>_____/ | No. C 01-0988 MJJ<br><br>**ORDER** |

　　　Before the Court is Defendants' motion to strike Plaintiffs' motion for class certification in light of the United States Supreme Court's recent holding in *Dura Pharmaceuticals, Inc. v. Broudo*, 125 S. Ct. 1627 (2005).  The Court finds that the issues raised by Defendants can be addressed in the briefing on Plaintiffs' Rule 23 motion for class certification.  Accordingly, the Court hereby **DENIES** the motion to strike.

　　　Should Plaintiffs wish to re-brief their class certification motion in light of the concerns raised by Defendants in the motion to strike, they must file an amended motion by July 8, 2005.  Regardless of whether Plaintiffs file an amended motion, Defendants' opposition must be filed no later than July 29, 2005.  Plaintiffs' reply, if any, must be filed by August 12, 2005.  Oral argument on Plaintiffs' class certification motion shall be held, as scheduled, on September 13, 2005.

　　　This Order terminates docket entry no. 268.

　　　**IT IS SO ORDERED.**

Dated: June __9__, 2005

　　　　　　　　　　　　　　　　　　　　　　　/S/
　　　　　　　　　　　　　　　　　　　　　MARTIN J. JENKINS
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE