| | |
|---|---|
| MAYER, BROWN, ROWE & MAW LLP<br>Donald M. Falk (SBN 150256)<br>Lee H. Rubin (SBN 141331)<br>Shirish Gupta (SBN 205584)<br>Two Palo Alto Square, Suite 300<br>Palo Alto, California 94306<br>Telephone:   (650) 331-2000<br>Facsimile:   (650) 331-2060<br>lrubin@mayerbrownrowe.com | LERACH COUGHLIN STOIA GELLER<br>RUDMAN & ROBBINS LLP<br>Shawn A. Williams (SBN 213113)<br>Willow E. Radcliffe (SBN 200087)<br>Eli R. Greenstein (SBN 217945)<br>100 Pine Street, Suite 2600<br>San Francisco, CA  94111<br>Telephone:  (415) 288-4545<br>Facsimile:  (415) 288-4534<br>shawnw@lerachlaw.com |
| MAYER, BROWN, ROWE & MAW LLP<br>Alan N. Salpeter (admitted *pro hac vice*)<br>Javier Rubinstein (admitted *pro hac vice*)<br>Vincent P. Schmeltz III (admitted *pro hac vice*)<br>190 South LaSalle Street<br>Chicago, IL  60603-3441<br>Telephone:   (312) 782-0600<br>Facsimile:   (312) 701-7711<br>jrubinstein@mayerbrownrowe.com | LERACH COUGHLIN STOIA GELLER<br>RUDMAN & ROBBINS LLP<br>William S. Lerach (SBN 68581)<br>Mark Solomon (SBN 151949)<br>Douglas R. Britton (SBN 188769)<br>401 B Street, Suite 1600<br>San Diego, CA  92101<br>Telephone:  (619) 231-1058<br>Facsimile: (619) 231-7423<br>dougb@lerachlaw.com |
| Attorneys for Defendants Oracle Corporation, Lawrence J. Ellison, Jeffrey O. Henley, and Edward J. Sanderson | Lead Counsel for Plaintiffs |
| ORACLE CORPORATION<br>Dorian Daley (SBN 129049)<br>James C. Maroulis (SBN 208316)<br>500 Oracle Parkway, Mailstop 5OP7<br>Redwood Shores, California 94065<br>Telephone:   (650) 506-5200<br>Facsimile:   (650) 506-7114<br>jim.maroulis@oracle.com | |

Attorneys for Defendant Oracle Corporation

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE ORACLE CORPORATION SECURITIES LITIGATION | Case No. C-01-0988-MJJ<br>(Consolidated) |

|   |   |
|---|---|
| This Document Relates To:<br><br>ALL ACTIONS. | **DISCOVERY MATTER**<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING REMAINING BRIEFING SCHEDULE CONCERNING PLAINTIFFS' MOTION TO COMPEL (1) THE REPORT OF ORACLE CORPORATION'S SPECIAL LITIGATION COMMITTEE (SLC) AND (2) ALL INTERVIEW MEMORANDA AND/OR NOTES THAT WERE CONSIDERED BY THE SLC IN PREPARING THE REPORT**<br><br>**Magistrate Judge Joseph C. Spero** |

Pursuant to Civil L.R. 6-2 and Civil L.R. 7-12, Plaintiffs and Defendants stipulate as follows:

1. This stipulation and proposed order addresses the schedule for additional briefing with respect to Plaintiffs' Motion to Compel (1) The Report of Oracle Corporation's Special Litigation Committee ("SLC") and (2) All Interview Memoranda And/Or Notes That Were Considered By The SLC In Preparing The Report ("Motion").

2. Pursuant to the Court's Order of June 7, 2005, Defendants are to submit a brief in opposition to Plaintiffs' Motion by June 17, 2005, and Plaintiffs are to file their reply by June 24, 2005. The hearing on the Motion is scheduled for July 29, 2005.

3. Because of the press of other work in this matter and related matters and the complexity of the issues raised in Plaintiffs' Motion, Defendants need additional time to respond to the Motion. Plaintiffs have agreed to grant Defendants additional time to respond to the Motion and Defendants, in turn, have agreed to extend the time for Plaintiffs to submit a reply brief in support of the Motion.

1       4.    Accordingly, the parties hereby stipulate and agree to modify the schedule for the remainder of the briefing on the Motion as follows:

- Defendants will submit a memorandum in opposition to the Motion by June 29, 2005.
- Plaintiffs will submit a reply in support of their Motion by July 13, 2005.

5.    The parties note that, pursuant to this stipulation, briefing on the Motion will be complete 16 days before the Court has scheduled a hearing on the motion.

**IT IS SO STIPULATED.**

Dated: June 15, 2005

LERACH COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP

By:  /s/ Douglas R Britton
Douglas R Britton
Lead Counsel for Plaintiffs

Dated: June 15, 2005

MAYER, BROWN, ROWE & MAW LLP

By:  /s/ Lee H. Rubin
Lee H. Rubin
Attorneys for Defendants Oracle Corporation,
Lawrence J. Ellison, Jeffrey O. Henley and
Edward J. Sanderson

*Filer's Attestation: Pursuant to General Order No. 45, Section X(B), Lee H. Rubin hereby attests that the signatory's concurrence in the filing of this document has been obtained.*

**ORDER**

Pursuant to Stipulation, **IT IS SO ORDERED**.

Dated: _____

**Magistrate Judge Joseph C. Spero**