
1  MAYER, BROWN, ROWE & MAW LLP
   Donald M. Falk (SBN 150256)
2  Lee H. Rubin (SBN 141331)
   Shirish Gupta (SBN 205584)
3  Two Palo Alto Square, Suite 300
   Palo Alto, California 94306
4  Telephone:   (650) 331-2030
   Facsimile:   (650) 331-2060
5  lrubin@mayerbrownrowe.com

6  MAYER, BROWN, ROWE & MAW LLP
   Alan N. Salpeter (admitted *pro hac vice*)
7  Javier Rubinstein (admitted *pro hac vice*)
   Vincent P. Schmeltz III (admitted *pro hac vice*)
8  71 South Wacker Drive
   Chicago, IL  60606-4637
9  Telephone:   (312) 782-0600
   Facsimile:   (312) 701-7711
10 jrubinstein@mayerbrownrowe.com

11 Attorneys for Defendants

12 ORACLE CORPORATION
   Dorian Daley (SBN 129049)
13 James C. Maroulis (SBN 208316)
   500 Oracle Parkway, Mailstop 5OP7
14 Redwood Shores, California 94065
   Telephone:   (650) 506-5200
15 Facsimile:   (650) 506-7114
   jim.maroulis@oracle.com
16
   Attorneys for Defendant ORACLE CORPORATION
17

18                **UNITED STATES DISTRICT COURT**

19          **NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION**

| | |
|---|---|
| 20  IN RE ORACLE CORPORATION SECURITIES LITIGATION | Case No. C-01-0988-MJJ (Consolidated) |
| 21 | |
| 22 | DECLARATION OF VINCENT P. SCHMELTZ III IN SUPPORT DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL THE SLC REPORT AND RELATED DOCUMENTS |
| 23 | |
| 24 | |
| 25  This Document Relates To: | DATE:  July 8, 2005 |
|     ALL ACTIONS. | TIME:  9:30 a.m. |
| 26 | CTRM:  A, 15TH Floor |
| 27 | **Magistrate Judge Joseph C. Spero** |
| 28 | |

## DECLARATION OF VINCENT P. SCHMELTZ III

I, VINCENT P. SCHMELTZ III, declare and state that:

1. I am an attorney admitted *pro hac vice* in the above-captioned matter and am with the law firm of Mayer, Brown, Rowe & Maw LLP, counsel for Defendants Oracle Corporation, Lawrence J. Ellison, Jeffrey O. Henley and Edward J. Sanderson. I have personal knowledge of the facts set forth in this Declaration and, if called upon, could testify competently thereto.

2. I make this declaration in support of Defendants' Opposition To Plaintiffs' Motion To Compel: (1) The Report Of Oracle Corporation's Special Litigation Committee ("SLC"); (2) All Interview Memoranda And/Or Notes That Were Considered By The SLC In Preparing The Report.

3. I am familiar with the derivative action filed in the Delaware Chancery Court, captioned *In re Oracle Corp. Deriv. Litig.*, Case No. C.A. No. 18751 (the "Delaware Derivative Action"). In the Delaware Derivative Action, I and other members of Mayer, Brown, Rowe & Maw LLP represented Individual Defendants Lawrence J. Ellison, Jeffrey H. Henley, and Edward J. Sanderson (the "Individual Defendants"). I became familiar with the Individual Defendants' motion for summary judgment filed in the Delaware Derivative Action ("Delaware Motion For Summary Judgment") in the course of my representation of the Individual Defendants.

4. In connection with the Delaware Motion For Summary Judgment, Plaintiffs and Individual Defendants together submitted 60 volumes of exhibits as evidence in support of or in opposition to the motion, of which 20 volumes were submitted by the Individual Defendants. Among the Individual Defendants' 20 volumes of exhibits, none included the report prepared by Oracle Corporation's special litigation committee ("SLC") in conjunction with its counsel (the "SLC Report"), any portion of the SLC Report, or any material prepared by the SLC's counsel in connection with its investigation into the derivative plaintiffs' claims.

5. Attached hereto as Exhibit 1 is a true and accurate copy of a letter from Lee. H. Rubin to Shawn A. Williams, dated June 9, 2005, forwarding a copy of Defendants' Log Of Privileged And Redacted Documents.

6. Attached hereto as Exhibit 2 is a true and accurate copy of a certain Order dated November 22, 2002 by the Delaware Chancery Court in *In re Oracle Corp. Deriv. Litig.*, Cons. C.A. No. 18751.

7. Attached hereto as Exhibit 3 is a true and accurate copy of a certain Amended And Supplemental Order dated November 25, 2002 by the Delaware Chancery Court in *In re Oracle Corp. Deriv. Litig.*, Cons. C.A. No. 18751.

8. Attached hereto as Exhibit 4 is a true and accurate copy of *In re Oracle Corp. Deriv. Litig.*, 824 A.2d 917 (Dec. Ch. 2003), as published by Westlaw.com.

9. Attached hereto as Exhibit 5 is a true and accurate copy of *In re Oracle Corp. Deriv. Litig.*, 867 A.2d 904 (Dec. Ch. 2004), as published by Westlaw.com.

10. Attached hereto as Exhibit 6 is a true and accurate copy of a certain Order Denying Defendants' Motion To Disqualify Plaintiffs' Counsel dated April 22, 2005.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct and that this Declaration was executed on June 17 , 2005 in Chicago, Illinois.

/s/ Vincent P. Schmeltz III
Vincent P. Schmeltz III

*Filer's Attestation: Pursuant to General Order No. 45, Section X(B), Lee H. Rubin hereby attests that the signatory's concurrence in the filing of this document has been obtained.*