# EXHIBIT 5

# TO

# (SCHMELTZ DECLARATION)



June 9, 2005

Mayer, Brown, Rowe & Maw LLP
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, California  94306-2112

**VIA HAND DELIVERY**

Main Tel (650) 331-2000
Main Fax (650) 331-2060
www.mayerbrownrowe.com

Shawn A. Williams
Jennie Lee Anderson
Lerach Coughlin Stoia Geller
   Rudman & Robbins LLP
100 Pine Street, Suite 2600
San Francisco, CA  94111

**Lee H. Rubin**
Direct Tel (650) 331-2037
Direct Fax (650) 331-4537
lrubin@mayerbrownrowe.com

Re:    <u>In re Oracle Securities Litigation</u>

Dear Counsel:

     I have enclosed a log of the privileged and redacted documents that we have withheld from production.  If you have any questions, please do not hesitate to contact me.

Sincerely,

Lee H. Rubin

Enclosure

cc:    Vincent Paul (Trace) Schmeltz III
      James C. Maroulis

Brussels  Charlotte  Chicago  Cologne  Frankfurt  Houston  London  Los Angeles  Manchester  New York  Palo Alto  Paris  Washington, D.C.
Independent Mexico City Correspondent:  Jauregui, Navarrete, Nader y Rojas, S.C.

Mayer, Brown, Rowe & Maw LLP operates in combination with our associated English limited liability partnership in the offices listed above.
PADB01 44014340.1   08-Jun-05 19:04

*In re Oracle Corporation Securities Litigation*
Case No. C-01-0988-MJJ
Log of Privileged and Redacted Documents
June 8, 2005

## Log of Privileged Documents

| DATE: | SENDER(S) | RECIPIENT(S) | DESCRIPTION | PRIVILEGE/PROTECTION CLAIMED: |
|---|---|---|---|---|
| NONE | Daniel Cooperman, Esq. | Oracle Board of Directors and Executive Officers | Confidential memorandum from Oracle in-house counsel containing legal advice regarding company restrictions on stock purchases. | Attorney-Client Privilege Work Product Doctrine Fed.R.Civ.P. 26(b)(3) |
| NONE | Daniel Cooperman, Esq. | | Confidential memorandum from Oracle general counsel containing advice regarding company trading policies. | Attorney-Client Privilege Fed.R.Civ.P. 26(b)(3) |
| 08/29/00 | Jennifer Minton | Dorian Daley, Esq. | Email from Oracle executive to Oracle in-house counsel providing information for the purpose of obtaining legal advice regarding settlement of customer dispute. | Attorney-Client Privilege Fed.R.Civ.P. 26(b)(3) |
| 08/29/00 | Jennifer Minton | Sandy Sanderson James T. English Ivgen Guner Thomas Williams Jeff Henley | Email from Oracle executive to Oracle senior executives and executives forwarding Oracle in-house counsel's legal advice regarding settlement of customer dispute. | Attorney-Client Privilege Fed.R.Civ.P. 26(b)(3) |
| 08/29/00 | Sandy Sanderson | Frank Varasano Ivgen Guner James T. English | Email from Oracle senior executive to Oracle senior executive and executives forwarding email containing Oracle in-house counsel's legal advice regarding settlement of customer dispute. | Attorney-Client Privilege Fed.R.Civ.P. 26(b)(3) |

*In re Oracle Corporation Securities Litigation*
Case No. C-01-00988-MJJ
Log of Privileged and Redacted Documents
June 8, 2005

| DATE | SENDER(S) | RECIPIENTS | DESCRIPTION | PRIVILEGE/PROTECTION CLAIMED |
|---|---|---|---|---|
| 08/31/00 | Chuck Linn | Donna Evans, James T. English, Patty McManus, Frank Varasano | Email from Oracle employee to Oracle senior executive, executive, and employees forwarding Oracle in-house counsel's legal advice regarding settlement of customer dispute. | Attorney-Client Privilege Fed.R.Civ.P. 26(b)(3) |
| 09/13/00 | Dorian Daley, Esq. | James T. English, Charles Linn, Frank Varasano | Email from Oracle in-house counsel to Oracle senior executive, executive, and employee containing legal advice regarding settlement of customer dispute. | Attorney-Client Privilege Fed.R.Civ.P. 26(b)(3) |
| 09/24/00 | Mark J. Barrenchea | Robert Wilmot, Esq., Jay H. Nussbaum, Safra Catz, Ronald Wohl, Linda Zecher, Joan M. George, Esq., James Delelio, Esq. | Email containing confidential communication between Oracle senior executives, executives, and in-house counsel for the purpose of obtaining legal advice regarding disputed clause in customer contract. | Attorney-Client Privilege Fed.R.Civ.P. 26(b)(3) |
| 10/23/00 | Daniel Cooperman, Esq., George Gucker, Esq., | Investor Relations group, Jeff Henley, Jennifer Glass | Confidential memorandum from Oracle general counsel to Oracle senior executive, PR executive, and Investor Relations group containing legal advice regarding federal disclosure requirements. | Attorney-Client Privilege Fed.R.Civ.P. 26(b)(3) |

*In re Oracle Corporation Securities Litigation*
Case No. C-01-0988-MJJ
Log of Privileged and Redacted Documents
June 8, 2005

| DATE | SENDER(S) | RECIPIENT(S) | DESCRIPTION | PRIVILEGE/PROTECTION CLAIMED |
|---|---|---|---|---|
| 11/17/00 | Dorian Daley, Esq. | Donna Evans Jennifer Minton Thomas Williams | Email from Oracle in-house counsel to Oracle executives and employee requesting information for the purpose of providing legal advice regarding settlement of customer dispute. | Attorney-Client Privilege Fed.R.Civ.P. 26(b)(3) |
| 11/21/00 | Anne Nelson | Terrence P. Ford Patricia A Herring Susan Rush | Email from Oracle employee to other Oracle employees forwarding confidential memorandum from in-house counsel containing legal advice regarding provision of services to specific customer. | Attorney-Client Privilege Work Product Doctrine Fed.R.Civ.P. 26(b)(3) |
| 11/28/00 | Jennifer Minton | Dorian Daley, Esq., Donna Evans Thomas Williams | Email from Oracle executive to Oracle in-house counsel, executive, and employee responding to counsel's request for information for the purpose of providing legal advice regarding settlement of customer dispute. | Attorney-Client Privilege Fed.R.Civ.P. 26(b)(3) |
| 12/11/00 | Jay H. Nussbaum | Juana Schurman, Esq. Alicia D. Brown Jay H. Nussbaum | Email from Oracle senior executive to Oracle senior executive, employee, and in-house counsel requesting legal advice regarding termination of employee. | Attorney-Client Privilege Fed.R.Civ.P. 26(b)(3) |
| 12/12/00 | Brenda Woodson, Esq. | Safra Catz Robert Santimauro Anthony Fernicola Steven Perkins Jay Nussbaum | Email from Oracle in-house counsel to Oracle senior executives, executives, and employees reflecting Oracle in-house counsel's mental impressions and legal advice regarding settlement of customer | Attorney-Client Privilege Fed.R.Civ.P. 26(b)(3) |

*In re Oracle Corporation Securities Litigation*
Case No. C-01-0988-MJJ
Log of Privileged and Redacted Documents
June 8, 2005

| DATE | SENDER(S) | RECIPIENT(S) | DESCRIPTION | PRIVILEGE/PROTECTION CLAIMED |
|------|-----------|--------------|-------------|------------------------------|
| 12/13/00 | Brenda Woodson | Claire Reed Keith Block Sandy Sanderson | dispute. | Attorney-Client Privilege Fed.R.Civ.P. 26(b)(3) |
| | | Robert Santimauro Anthony Fernicola Steven Perkins Jay Nussbaum Keith Block Claire Reid Safra Catz Larry Ellison | Email from Oracle in-house counsel to Oracle senior executives, executives, and employees reflecting Oracle in-house counsel's mental impressions and legal advice regarding settlement of customer dispute. | |
| 01/19/01 | Dorian Daley, Esq. | Charler Sparler, Esq. Laureen Spini | Email from Oracle in-house counsel to outside counsel and in-house counsel's assistant forwarding Oracle executive's request for legal advice regarding customer dispute. | Attorney-Client Privilege Fed.R.Civ.P. 26(b)(3) |
| 03/08/01 | Daniel Cooperman, Esq. | Jennifer Glass Joe Lockhart | Email from Oracle general counsel to Oracle PR executives containing legal advice regarding appropriate responses to media inquiries concerning potential litigation against company. | Attorney-Client Privilege Fed.R.Civ.P. 26(b)(3) |
| 03/12/01 | Lauren Segal, Esq. | Ken Brown | Email from Oracle in-house counsel to Oracle employee containing confidential communication for the purpose of providing legal advice regarding litigation against | Attorney-Client Privilege Work Product Doctrine Fed.R.Civ.P. 26(b)(3) |

4 of 42

*In re Oracle Corporation Securities Litigation*
Case No. C-01-0988-MJJ
Log of Privileged and Redacted Documents
June 8, 2005

| DATE | SENDER(S) | RECIPIENT(S) | DESCRIPTION | PRIVILEGE/PROTECTION CLAIMED |
|------|-----------|--------------|-------------|------------------------------|
| 3/13/01 | Lauren Segal, Esq. | Larry Ellison<br>Carolyn Balkenhol<br>Jeff Henley<br>Sharon Montoya<br>Edward Sanderson<br>George Roberts<br>Mark Jarvis<br>Mark Barrenechea<br>Sohaib Abbasi<br>Daniel Cooperman, Esq.<br>Safra Catz<br>Joseph Lockhart<br>Jay Nussbaum<br>Charles Rozwat<br>Michael Rocha<br>Edward Screven<br>Ronald Wohl<br>John Wookey<br>Joel Summers<br>Donald Klaiss<br>Clifford Godwin<br>Jennifer Minton<br>Stephanie Aas<br>Deborah Lange<br>Bruce Lange | Email from Oracle in-house counsel to Oracle senior executives, executives, employees, and in-house counsel containing legal advice regarding document retention in connection with litigation against company and discussing counsel's plan for document collection. | Attorney Client Privilege<br>Work Product Doctrine<br>Fed.R.Civ.P. 26(b)(3) |

*In re Oracle Corporation Securities Litigation*
Case No. C-01-0988-MJJ
Log of Privileged and Redacted Documents
June 8, 2005

| DATE | SENDER(S) | RECIPIENT(S) | DESCRIPTION | PRIVILEGE/PROTECTION CLAIMED |
|---|---|---|---|---|
| 3/13/01 | Carolyn Balkenhol | Lauren Segal, Esq. Jenny Solomon Sue Bachman Joyce Higashi | Email from Oracle employee to other Oracle employees forwarding email from Oracle in-house counsel containing legal advice regarding document retention in connection with litigation against company and discussing counsel's plan for document collection. | Attorney-Client Privilege Work Product Doctrine Fed.R.Civ.P. 26(b)(3) |
| 3/13/01 | Holger Mueller | Lauren Segal, Esq. John Kuzmicki Michael Graves David Pickering John Kuzmicki Tyce Fields Men-Ching Luk Steven Haines | Email from Oracle executive to Oracle employees and in-house counsel forwarding email from Oracle in-house counsel containing legal advice regarding document retention in connection with litigation against company and discussing counsel's plan for document collection. | Attorney-Client Privilege Work Product Doctrine Fed.R.Civ.P. 26(b)(3) |
| | | Daniel Sharpley Thomas Williams Christopher Balkenhol Holger Mueller Dorian Daley, Esq. Lauren Segal, Esq. | | |
| 3/14/01 | Jennifer Minton | Graeme Mair William Plant | Email from Oracle executive to Oracle senior executive, executives, employees, and in- | Attorney-Client Privilege Work Product Doctrine |

*In re Oracle Corporation Securities Litigation*
Case No. C-01-0988-MJJ
Log of Privileged and Redacted Documents
June 8, 2005

| DATE | SENDER(S) | RECIPIENT(S) | DESCRIPTION | PRIVILEGE/PROTECTION CLAIMED |
|---|---|---|---|---|
| | | Thomas Williams Greg Davies Cheryl Mcdowell Annica Magnusson Akira Minamino Sarah Kopp Christian Facey David Winton James English Ivgen Guner Lawrence Garnick Estele Oloresisimo Daniel Cooperman, Esq. Lauren Segal, Esq. | house counsel forwarding email from Oracle in-house counsel containing legal advice regarding document retention in connection with litigation against company and discussing counsel's plan for document collection. | Fed.R.Civ.P. 26(b)(3) |
| 3/14/01 | Jennifer Minton | Daniel Cooperman, Esq. Dorian Daley, Esq. Lauren Segal, Esq. Jeff Henley | Email from Oracle executive to Oracle in-house counsel regarding document retention and collection efforts in connection with litigation against company. | Attorney-Client Privilege Fed.R.Civ.P. 26(b)(3) |
| 3/15/01 | Ken Brown | Lauren Segal, Esq. | Email from Oracle employee to Oracle in-house counsel regarding document retention and collection efforts in connection with | Attorney-Client Privilege Fed.R.Civ.P. 26(b)(3) |

*In re Oracle Corporation Securities Litigation*
Case No. C-01-0988-MJJ
Log of Privileged and Redacted Documents
June 8, 2005

| DATE | SENDER(S) | RECIPIENT(S) | DESCRIPTION | PRIVILEGE/PROTECTION CLAIMED |
|---|---|---|---|---|
| 03/19/01 | Roberta Ronsse | Lauren Segal, Esq. | litigation against company. | |
| 03/20/01 | Roberta Ronsse | Lauren Segal, Esq. | Document prepared by Oracle employee at the request of Oracle in-house counsel for the purpose of analyzing claims in litigation brought against company. | Attorney-Client Privilege Fed.R.Civ.P. 26(b)(3) |
| | | | Document prepared by Oracle employee at the request of Oracle in-house counsel for the purpose of analyzing claims in litigation brought against company. | Attorney-Client Privilege Fed.R.Civ.P. 26(b)(3) |
| 3/22/01 | Lauren Segal, Esq. | Masaaki Shintaku Sergio Giacoletto Keiko Yoshida Michael Wilde M.A.J.J Molen Derek Williams Akira Minamino William Plant Daniel Cooperman, Esq. Dorian Daley, Esq. Lauren Segal, Esq. | Email from Oracle in-house counsel to Oracle senior executives, executives, and in-house counsel containing legal advice regarding document retention in connection with litigation against company and discussing counsel's plan for document collection. | Attorney-Client Privilege Work Product Doctrine Fed.R.Civ.P. 26(b)(3) |
| 03/23/01 | John Lee | Derek H. Williams Chi-Wing Kam | Email from Oracle employee to Oracle executive and employee forwarding request to Oracle in-house counsel for legal advice | Attorney-Client Privilege Fed.R.Civ.P. 26(b)(3) |

*In re Oracle Corporation Securities Litigation*
Case No. C-01-0988-MJJ
Log of Privileged and Redacted Documents
June 8, 2005

| DATE | SENDER(S) | RECIPIENT(S) | DESCRIPTION | PRIVILEGE/PROTECTION CLAIMED |
|------|-----------|--------------|-------------|------------------------------|
| 3/27/01 | Lauren Segal, Esq. | Derek Williams Chee Choong Lee Chi-Wing Kam Chee Choong Lee Wee Leng Soh | Email from Oracle in-house counsel to Oracle executive and employees following up on email containing legal advice regarding document retention in connection with litigation against company and discussing counsel's plan for document collection. | Attorney-Client Privilege Work Product Doctrine Fed.R.Civ.P. 26(b)(3) |
| | | | regarding document collection efforts in connection with litigation against company. | |
| 3/28/01 | Marcel van de Molen, Esq. | Magnus Fegth, Esq. Kirk Stavrianos, Esq. Therese Calner, Esq. Balazs Toth, Esq. Rosemary White, Esq. Peter Lenz, Esq. Flaminia Veronese, Esq. Pasi Valtonen, Esq. Carlota Alvarez, Esq. David Hudson, Esq. Jo Bloomer, Esq. | Email from Oracle EMEA general counsel to Oracle EMEA in-house counsel forwarding email from Oracle in-house counsel containing legal advice regarding document retention in connection with litigation against company and discussing counsel's plan for document collection. | Attorney-Client Privilege Work Product Doctrine Fed.R.Civ.P. 26(b)(3) |

*In re Oracle Corporation Securities Litigation*
Case No. C-01-0988-MJJ
Log of Privileged and Redacted Documents
June 8, 2005

| DATE | SENDER(S) | RECIPIENT(S) | DESCRIPTION | PRIVILEGE/PROTECTION CLAIMED |
|---|---|---|---|---|
| | | Michael Jansen, Esq., Anders Bovallar, Esq., Helmut Eichert, Esq., Javier Aguirre, Esq., Monique Pijnacker, Esq., Nitzan Shaham, Esq., Norbert Vanhove, Esq., Patricia Tanguy, Esq., Thomas Vestergaard, Esq., Marcel van de Molen, Esq., Frederic de Felice, Esq., Louise Hardiman, Esq., Marco de Sanctis, Esq., Brigitte des Abbayes, Esq., Kristin Haram, Esq. | | |

*In re Oracle Corporation Securities Litigation*
Case No. C-01-0988-MJJ
Log of Privileged and Redacted Documents
June 8, 2005

| DATE | SENDER(S) | RECIPIENT(S) | DESCRIPTION | PRIVILEGE/PROTECTION CLAIMED |
|---|---|---|---|---|
| 3/28/01 | Marcel van de Molen, Esq. | Carlos Garcia, Esq. Phil Martin, Esq. Shelagh Slade, Esq. Palle Sandorff, Esq. Laure Lavorel, Esq. Matthias Petzold, Esq. Mathias Reimer, Esq. Knut Christiansen, Esq. Harry Moduka, Esq. Ross Macmurchy, Esq. Marie-Jose La Riviere, Esq. Christophe Francois, Esq. Lauren Segal, Esq. Lauren Segal, Esq. | Email from Oracle EMEA general counsel to Oracle in-house counsel regarding document retention and collection efforts in connection | Attorney-Client Privilege Work Product Doctrine Fed.R.Civ.P. 26(b)(3) |

*In re Oracle Corporation Securities Litigation*
Case No. C-01-0988-MJJ
Log of Privileged and Redacted Documents
June 8, 2005

| DATE | SENDER(S) | RECIPIENT(S) | DESCRIPTION | PRIVILEGE/PROTECTION CLAIMED |
|---|---|---|---|---|
| | | | with litigation against company. | |
| 3/28/01 | Matthias Petzold | Bernhard Bach Wolfgang Jaeger M.A.J.J. Molen Lauren Segal, Esq. | Email from Oracle Germany in-house counsel to Oracle EMEA general counsel, Oracle EMEA executives, and Oracle in-house counsel forwarding email from Oracle in-house counsel containing legal advice regarding document retention in connection with litigation against company and discussing counsel's plan for document collection. | Attorney-Client Privilege Work Product Doctrine Fed.R.Civ.P. 26(b)(3) |
| 3/28/01 | Helmut Eichert | Manfred Kohlbach Georg Presslich Guenther Goeschl Haymo Bogg Lauren Segal, Esq. | Email from Oracle Austria executive to Oracle Austria executives and Oracle in-house counsel forwarding email from Oracle in-house counsel containing legal advice regarding document retention in connection with litigation against company and discussing counsel's plan for document collection. | Attorney-Client Privilege Work Product Doctrine Fed.R.Civ.P. 26(b)(3) |
| 3/28/01 | Louise Hardiman, Esq. | Lauren Segal, Esq. | Email from Oracle in-house counsel to Oracle in-house counsel regarding document retention and collection efforts in connection with litigation against company. | Attorney-Client Privilege Work Product Doctrine Fed.R.Civ.P. 26(b)(3) |
| 3/28/01 | Louise Hardiman, Esq. | Michele Fitzpatrick Lauren Segal, Esq. | Email from Oracle executive and in-house counsel to Oracle executive and in-house counsel regarding document retention and collection efforts in connection with litigation against | Attorney-Client Privilege Work Product Doctrine Fed.R.Civ.P. 26(b)(3) |

*In re Oracle Corporation Securities Litigation*
Case No. C-01-0988-MJJ
Log of Privileged and Redacted Documents
June 8, 2005

| DATE | SENDER(S) | RECIPIENT(S) | DESCRIPTION | PRIVILEGE/PROTECTION CLAIMED |
|---|---|---|---|---|
| | | | company. | |
| 03/29/01 | Daniel Cooperman, Esq. | Dorian Daley, Esq. Lauren Segal, Esq. | Email from Oracle general counsel to Oracle in-house counsel forwarding information provided by Oracle executive for the purpose of obtaining legal advice regarding litigation against company. | Attorney-Client Privilege Work Product Doctrine Fed.R.Civ.P. 26(b)(3) |
| 4/06/01 | Brigitte des Abbayes, Esq. | Lauren Segal, Esq. | Email from Oracle France general counsel to Oracle in-house counsel regarding document retention and collection efforts in connection with litigation against company. | Attorney-Client Privilege Work Product Doctrine Fed.R.Civ.P. 26(b)(3) |
| 4/16/01 | Lauren Segal, Esq. | Ronald Wohl Mary-Ann Anthony | Email from Oracle in-house counsel to Oracle senior executive and employee containing legal advice regarding document retention in connection with litigation against company and discussing counsel's plan for document collection. | Attorney-Client Privilege Work Product Doctrine Fed.R.Civ.P. 26(b)(3) |
| 4/25/01 | Pasi Valtonen, Esq. | Oracle Finland Management Team Lauren Segal, Esq. | Email from Oracle Finland in-house counsel to Oracle Finland executives and employees and Oracle in-house counsel containing legal advice regarding document retention in connection with litigation against company and discussing counsel's plan for document collection. | Attorney-Client Privilege Work Product Doctrine Fed.R.Civ.P. 26(b)(3) |

13 of 42

*In re Oracle Corporation Securities Litigation*
Case No. C-01-0988-MJJ
Log of Privileged and Redacted Documents
June 8, 2005

| DATE | SENDER(S) | RECIPIENT(S) | DESCRIPTION | PRIVILEGE/PROTECTION CLAIMED |
|------|-----------|--------------|-------------|------------------------------|
| 05/04/01 | Daniel Cooperman, Esq. | Safra Catz<br>Larry Ellison<br>Sergio Giacoletto<br>Jeff Henley<br>Jennifer Minton<br>Jay Nussbaum<br>George Roberts<br>Charles Rozwat<br>Sandy Sanderson<br>Bruce Lange<br>Susan C. Hatleigh<br>Barbara Wallace<br>Matthew Ng, Esq. | Email from Oracle general counsel to Oracle senior executives, executives, and in-house counsel in connection with meeting with outside counsel for the purpose of providing legal advice regarding restrictions on stock and option sales. | Attorney-Client Privilege<br>Fed.R.Civ.P. 26(b)(3) |
| 05/22/01 | Dorian Daley, Esq. | | Confidential memorandum containing in-house counsel's analysis and impressions of customer disputes. | Work Product Doctrine<br>Fed.R.Civ.P. 26(b)(3) |
| 5/31/01 | Lauren Segal, Esq. | Larry Ellison<br>Carolyn Balkenhol<br>Jeff Henley<br>Sharon Montoya<br>Edward Sanderson<br>George Roberts<br>Mark Jarvis<br>Mark Barrenechea<br>Sohaib Abbasi<br>Daniel | Email from Oracle in-house counsel to Oracle senior executives, executives, employees, and in-house counsel containing legal advice regarding document retention in connection with litigation against company and discussing counsel's plan for document collection. | Attorney-Client Privilege<br>Work Product Doctrine<br>Fed.R.Civ.P. 26(b)(3) |

*In re Oracle Corporation Securities Litigation*
Case No. C-01-0988-MJJ
Log of Privileged and Redacted Documents
June 8, 2005

| DATE | SENDER(S) | RECIPIENT(S) | DESCRIPTION | PRIVILEGE/PROTECTION CLAIMED |
|---|---|---|---|---|
| 05/31/01 | Safra A. Catz | Cooperman, Esq. Safra Catz Jay Nussbaum Charles Rozwat Michael Rocha Edward Screven Ronald Wohl John Wookey Joel Summers Donald Klaiss Clifford Godwin Jennifer Minton Stephanie Aas Deborah Lange Bruce Lange Daniel Sharpley Thomas Williams Christopher Balkenhol Holger Mueller Dorian Daley, Esq. Lauren Segal, Esq. David Salow Joan Vallarino Dorian Daley, Esq. Carolyn Balkenhol | Email from Oracle senior executive to Oracle in-house counsel, employee, and Approvals group responding to counsel's request for | Attorney-Client Privilege Fed.R.Civ.P. 26(b)(3) |

*In re Oracle Corporation Securities Litigation*
Case No. C-01-0988-MJJ
Log of Privileged and Redacted Documents
June 8, 2005

| DATE | SENDER(S) | RECIPIENT(S) | DESCRIPTION | PRIVILEGE/PROTECTION CLAIMED |
|---|---|---|---|---|
| | | | information for the purpose of providing legal advice regarding customer dispute. | |
| 06/14/01 | Daniel Cooperman, Esq. | HQAPP | Email from Oracle in-house counsel containing legal advice regarding company trading policy. | Attorney-Client Privilege Work Product Doctrine Fed.R.Civ.P. 26(b)(3) |
| 6/20/01 | Lauren Segal, Esq. | Richard Allison HQAPP Joan Vallarino | Email from Oracle in-house counsel to Oracle employees and Approvals group regarding document retention and collection efforts in connection with litigation against company. | Attorney-Client Privilege Work Product Doctrine Fed.R.Civ.P. 26(b)(3) |
| 06/20/01 | Joan Vallarino | Michael Rocha | Email from Oracle employee to Oracle executive regarding document retention and collection efforts in connection with litigation against company. | Attorney-Client Privilege Work Product Doctrine Fed.R.Civ.P. 26(b)(3) |
| 8/13/01 | Mark Barrenechea | Lauren Segal, Esq. Hilarie Koplow Dorian Daley, Esq. Gary Roberts Esq. Chris Kirkby | Email from Oracle executive to Oracle executives and in-house counsel regarding document retention and collection efforts in connection with litigation against company. | Attorney-Client Privilege Work Product Doctrine Fed.R.Civ.P. 26(b)(3) |
| 8/14/01 | Chris Kirkby | Mark Barrenechea Lauren Segal, Esq. | Email from Oracle executive to Oracle executives and in-house counsel regarding document retention and collection efforts in | Attorney-Client Privilege Work Product Doctrine Fed.R.Civ.P. 26(b)(3) |

*In re Oracle Corporation Securities Litigation*
Case No. C-01-0988-MJJ
Log of Privileged and Redacted Documents
June 8, 2005

| DATE | SENDER(S) | RECIPIENT(S) | DESCRIPTION | PRIVILEGE/PROTECTION CLAIMED |
|------|-----------|--------------|-------------|------------------------------|
| 9/28/01 | | Hilarie Koplow, Dorian Daley, Esq., Gary Roberts | connection with litigation against company. | |
| 11/6/01 | Chris Kirkby | Lauren Segal, Esq. | Email from Oracle executive to Oracle in-house counsel regarding document retention and collection efforts in connection with litigation against company. | Attorney-Client Privilege Work Product Doctrine Fed.R.Civ.P. 26(b)(3) |
| 2/18/02-11/13/02 | Lauren Segal, Esq. | Keith Block Sebastian Gunningham Steven Perkins Valerie Borthwick David Salow Lauren Segal, Esq. | Email from Oracle in-house counsel to Oracle executives and legal staff containing legal advice regarding document retention in connection with litigation against company and discussing counsel's plan for document collection. | Attorney-Client Privilege Work Product Doctrine Fed.R.Civ.P. 26(b)(3) |
| 2/18/02-11/13/02 | Simpson Thatcher & Bartlett LLP | | Notes taken by Simpson Thatcher & Bartlett attorneys, containing mental impressions and conclusions of counsel, in connection with and relating to strategy of the SLC's and its counsel's investigation into the merits of the derivative suits. | Attorney-Client Privilege Work Product Doctrine Fed.R.Civ.P. 26(b)(3) |
| | Simpson Thatcher & Bartlett LLP | | Memoranda prepared by counsel, including mental impressions and conclusions of counsel, referencing strategy of the SLC's counsel's investigation into the merits | Attorney-Client Privilege Work Product Doctrine Fed.R.Civ.P. 26(b)(3) |

**In re Oracle Corporation Securities Litigation**
Case No. C-01-0988-MJJ
Log of Privileged and Redacted Documents
June 8, 2005

| DATE | SENDER(S) | RECIPIENT(S) | DESCRIPTION | PRIVILEGE/PROTECTION CLAIMED |
|---|---|---|---|---|
| | | | of the derivative suits. | |
| 02/19/02 | Daniel Cooperman, Esq. | Joseph Grundfest | Confidential memorandum from Oracle general counsel to Oracle director containing legal advice regarding company trading policy. | Attorney-Client Privilege Fed.R.Civ.P. 26(b)(3) |
| 02/26/02 | Oracle Legal Department | | Confidential memorandum containing in-house counsel's analysis and impressions of customer disputes. | Work Product Doctrine Fed.R.Civ.P. 26(b)(3) |
| 04/11/02 | Roberta Ronsse | Lauren Segal, Esq. | Data compilation prepared by Oracle employee at the request of Oracle in-house counsel for the purpose of analyzing claims in litigation brought against company. | Work Product Doctrine Fed.R.Civ.P. 26(b)(3) |
| 06/19/02 | Roberta Ronsse | Kijoon Lee Esq., Lauren Segal, Esq., Roberta Ronsse | Email containing confidential communication between Oracle employee, in-house counsel, and consultant for the purpose of analyzing claims in litigation brought against company. | Work Product Doctrine Fed.R.Civ.P. 26(b)(3) |
| 07/17/02 | Jennifer Glass | Lauren Segal, Esq., Lauren Segal, Esq., Michele B. Wayne, Esq. | Email from Oracle PR executive to Oracle in-house and outside counsel providing information for the purpose of obtaining legal advice regarding litigation against company and providing documents specifically requested by counsel in anticipation of litigation. | Attorney-Client Privilege Work Product Doctrine Fed.R.Civ.P. 26(b)(3) |
| 08/02/02 | Matthew Ng, | Daniel | Confidential memorandum from Oracle in- | Attorney-Client Privilege |

*In re Oracle Corporation Securities Litigation*
Case No. C-01-0988-MJJ
Log of Privileged and Redacted Documents
June 8, 2005

| DATE | SENDER(S) | RECIPIENT(S) | DESCRIPTION | PRIVILEGE/PROTECTION CLAIMED |
|---|---|---|---|---|
|  | Esq. | Cooperman, Esq. Oracle Corporation Board of Directors | house counsel to Oracle general counsel and directors containing legal advice regarding federal corporate governance requirements. | Fed.R.Civ.P. 26(b)(3) |
| 8/22/02 | Sarah Kopp | Lauren Segal, Esq. David Salow Michele B. Wayne, Esq. | Email from Oracle employee to Oracle in-house counsel and legal staff and outside counsel providing information for the purpose of obtaining legal advice regarding litigation against company. | Attorney-Client Privilege Work Product Doctrine Fed.R.Civ.P. 26(b)(3) |
| 09/24/02 | Daniel Cooperman, Esq. | Oracle Board of Directors and Executive Officers | Confidential memorandum from Oracle general counsel to Oracle board members and executives containing legal advice regarding reporting requirements for stock transactions. | Attorney-Client Privilege Fed.R.Civ.P. 26(b)(3) |
| 11/22/02 | Simpson, Thatcher & Bartlett LLP |  | SLC Report and accompanying exhibits. | Attorney-Client Privilege Work Product Doctrine Fed.R.Civ.P. 26(b)(3) |
| 03/01/04 | Javier H Rubinstein, Esq. | Lauren Segal, Esq. | Email from Oracle outside counsel to Oracle in-house counsel providing attorney work product in connection with litigation against company. | Attorney-Client Privilege Work Product Doctrine Fed.R.Civ.P. 26(b)(3) |

*In re Oracle Corporation Securities Litigation*
Case No. C-01-0988-MJJ
Log of Privileged and Redacted Documents
June 8, 2005

## Log of Redacted Documents

| START BATES | END BATES | DATE | SENDER(S) | RECIPIENT(S) | DESCRIPTION | PRIVILEGE/PROTECTION CLAIMED |
|---|---|---|---|---|---|---|
| NDCA-ORCL-285692 | NDCA-ORCL-285722 | 2/22/01 | Loren Mahon | Jennifer Minton, Dorian Daley, Esq., Lauren Segal, Esq. | Redacted portion is confidential memorandum from Oracle executive to Oracle executive and in-house counsel providing information for the purpose of obtaining legal advice regarding litigation against company. | Attorney-Client Privilege Work Product Doctrine Fed.R.Civ.P. 26(b)(3) |
| NDCA-ORCL-285725 | NDCA-ORCL-285728 | 3/22/01 | John Hemmings | Lennart Weibahr, Loren Mahon, Deepjot Chhabra, Steven Miranda, Joshua T. Gould, Harold Campbell, Joel Summers, Donald Klaiss, Kannan Tarakad, John Young, Ole Lunddahl, Kathryn Hopkins, Krithika Bhat John | Redacted portion is bug report not responsive to ¶ I.C.2. of Discovery Plan. | Nonresponsive Fed.R.Civ.P. 26(b) |