*In re Oracle Corporation Securities Litigation*
Case No. C-01-0988-MJJ
Log of Privileged and Redacted Documents
June 8, 2005

| START DATES | END DATES | DATE | SENDER(S) | RECIPIENT(S) | DESCRIPTION | PRIVILEGE/PROTECTION CLAIMED |
|---|---|---|---|---|---|---|
| NDCA-ORCL 285731 | NDCA-ORCL 285734 | 4/2/01 | Mohan Vemulapalli | Hemmings<br>Mark Field<br>Elias Kadri<br>Marion<br>Hodgson<br>Bret Fuller<br>Ronald Wohl<br>Ann Dwan<br>Mike Moran<br>Titina Ott<br>Ruby Valencia<br>Dennis F.<br>Bonilla<br>Sohaib Abbasi<br>Neeta<br>Ahluwalia<br>Scott Kramer<br>Nancy Davis<br>Mohan<br>Vemulapalli<br>Sandhya Kudpi<br>Ganesh<br>Kaveripakkam<br>Scott Stoll<br>Ronald Echandi<br>Lennart<br>Weibahr<br>Loren Mahon<br>Deepjot | Redacted portion is bug report not responsive to ¶ I.C.2. of Discovery Plan. | Nonresponsive Fed.R.Civ.P. 26(b) |

He

*In re Oracle Corporation Securities Litigation*
Case No. C-01-0988-MJJ
Log of Privileged and Redacted Documents
June 8, 2005

| START BATES | END BATES | DATE | SENDER(S) | RECIPIENT(S) | DESCRIPTION | PRIVILEGE/PROTECTION CLAIMED |
|---|---|---|---|---|---|---|
| | | | | Chhabra Steven Miranda Joshua T. Gould Harold Campbell Joel Summers Donald Klaiss Kannan Tarakad John Young Ole Lunddahl Kathryn Hopkins Krithika Bhat John Hennnings Mark Field Elias Kadri Marion Hodgson Bret Fuller Ronald Wohl Ann Dwan Mike Moran Titina Ott Ruby Valencia Dennis F. Bonilla Sohaib Abbasi | | |

*In re Oracle Corporation Securities Litigation*
Case No. C-01-0988-MJJ
Log of Privileged and Redacted Documents
June 8, 2005

| START BATES | END BATES | DATE | SENDER(S) | RECIPIENT(S) | DESCRIPTION | PRIVILEGE/PROTECTION CLAIMED |
|---|---|---|---|---|---|---|
| NDCA-ORCL 285735 | NDCA-ORCL 285736 | 4/2/01 | Mohan Vemulapalli | Neeta Ahluwalia<br>Scott Kramer<br>Nancy Davis<br>Mohan Vemulapalli<br>Sandhya Kudpi<br>Ganesh Kaveripakkam<br>Scott Stoll<br>Ronald Echandi<br>Lennart Weibahr<br>Loren Mahon<br>Deepjot Chhabra<br>Steven Miranda<br>Joshua T. Gould<br>Harold Campbell<br>Joel Summers<br>Donald Klaiss<br>Kannan Tarakad<br>John Young<br>Ole Lunddahl<br>Kathryn Hopkins | Redacted portion is bug report not responsive to ¶ I.C.2, of Discovery Plan. | Nonresponsive Fed.R.Civ.P. 26(b) |

*In re Oracle Corporation Securities Litigation*
Case No. C-01-0988-MJJ
Log of Privileged and Redacted Documents
June 8, 2005

| START BATES | END BATES | DATE | SENDER(S) | RECIPIENT(S) | DESCRIPTION | PRIVILEGE/PROTECTION CLAIMED |
|---|---|---|---|---|---|---|
| | | | | Kritnika Bhat<br>John Hemmings<br>Mark Field<br>Elias Kadri<br>Marion Hodgson<br>Bret Fuller<br>Ronald Wohl<br>Ann Dwan<br>Mike Moran<br>Titina Ott<br>Ruby Valencia<br>Dennis F. Bonilla<br>Sohaib Abbasi<br>Neeta Ahluwalia<br>Scott Kramer<br>Nancy Davis<br>Mohan Vemulapalli<br>Sandhya Kudpi<br>Ganesh Kaveripakkam<br>Scott Stoll<br>Ronald Echandi<br>Mohan Vemulapalli | | |

*In re Oracle Corporation Securities Litigation*
Case No. C-01-0988-MJJ
Log of Privileged and Redacted Documents
June 8, 2005

| START BATES | END BATES | DATE | SENDER(S) | RECIPIENT(S) | DESCRIPTION | PRIVILEGE/PROTECTION CLAIMED |
|---|---|---|---|---|---|---|
| NDCA- ORCL 285739 | NDCA- ORCL 285740 | 4/2/01 | Mohan Vernulapalli | Lennart Weibahr Loren Mahon Deepjot Chhabra Steven Miranda Joshua T. Gould Harold Campbell Joel Summers Donald Klaiss Kannan Tarakad John Young Ole Lunddahl Kathryn Hopkins Krithika Bhat John Hemmings Mark Field Elias Kadri Marion Hodgson Bret Fuller Ronald Wohl Ann Dwan Mike Moran Titina Ott | Redacted portion is bug report not responsive to ¶I.C.2. of Discovery Plan. | Nonresponsive Fed.R.Civ.P. 26(b) |

*In re Oracle Corporation Securities Litigation*
Case No. C-01-0988-MJJ
Log of Privileged and Redacted Documents
June 8, 2005

| START BATES | END BATES | DATE | SENDER(S) | RECIPIENT(S) | DESCRIPTION | PRIVILEGE/PROTECTION CLAIMED |
|---|---|---|---|---|---|---|
| NDCA-ORCL 2857441 | NDCA-ORCL 2857444 | 4/2/01 | Mohan Vemulapalli | Lennart Weibahr<br>Loren Mahon<br>Deepjot Chhabra<br>Steven Miranda<br>Joshua T. Gould<br>Harold Campbell<br>Joel Summers<br>Donald Klaiss<br>Ruby Valencia<br>Dennis F. Bonilla<br>Sohaib Abbasi<br>Neeta Ahluwalla<br>Scott Kramer<br>Nancy Davis<br>Mohan Vemulapalli<br>Sandhya Kudpi<br>Ganesh Kaveripakkam<br>Scott Stoll<br>Ronald Echandi<br>Mohan Vemulapalli | Redacted portion is bug report not responsive to ¶ I.C.2. of Discovery Plan. | Nonresponsive Fed.R.Civ.P. 26(b) |

*In re Oracle Corporation Securities Litigation*
Case No. C-01-0988-MJJ
Log of Privileged and Redacted Documents
June 8, 2005

| START BATES | END BATES | DATE | SENDER(S) | RECIPIENT(S) | DESCRIPTION | PRIVILEGE/PROTECTION CLAIMED |
|---|---|---|---|---|---|---|
| | | | | Kannan Tarakad John Young Ole Lunddahl Kathryn Hopkins Krithika Bhat John Hemmings Mark Field Elias Kadri Marion Hodgson Bret Fuller Ronald Wohl Ann Dwan Mike Moran Titina Ott Ruby Valencia Dennis F. Bonilla Sohaib Abbasi Neeta Ahluwalia Scott Kramer Nancy Davis Mohan Vemulapalli Sandhya Kudpi Ganesh | | |

*In re Oracle Corporation Securities Litigation*
Case No. C-01-0988-MJJ
Log of Privileged and Redacted Documents
June 8, 2005

| START BATES | END BATES | DATE | SENDER(S) | RECIPIENT(S) | DESCRIPTION | PRIVILEGE/PROTECTION CLAIMED |
|---|---|---|---|---|---|---|
| NDCA-ORCL-285747 | NDCA-ORCL-285750 | 3/23/01 | John Hemmings | Kaveripakkam Scott Stoll Ronald Echandi Mohan Vemulapalli Lennart Weibahr Loren Mahon Deepjot Chhabra Steven Miranda Joshua T. Gould Harold Campbell Joel Summers Donald Klaiss Kannan Tarakad John Young Ole Lunddahl Kathryn Hopkins Krithika Bhat John Hemmings Mark Field Elias Kadri Marion | Redacted portion is bug report not responsive to ¶ 1.C.2. of Discovery Plan. | Nonresponsive Fed.R.Civ.P. 26(b) |

28 of 42

*In re Oracle Corporation Securities Litigation*
Case No. C-01-0988-MJJ
Log of Privileged and Redacted Documents
June 8, 2005

| START BATES | END BATES | DATE | SENDER(S) | RECIPIENT(S) | DESCRIPTION | PRIVILEGE/PROTECTION CLAIMED |
|---|---|---|---|---|---|---|
| NDCA-ORCL 285752 | NDCA-ORCL 285755 | 3/29/01 | John Hemmings | Hodgson<br>Bret Fuller<br>Ronald Wohl<br>Ann Dwan<br>Mike Moran<br>Titina Ott<br>Ruby Valencia<br>Dennis F.<br>Bonilla<br>Sohaib Abbasi<br>Neeta<br>Ahluwalia<br>Scott Kramer<br>Nancy Davis<br>Mohan<br>Vemulapalli<br>Sandhya Kudpi<br>Ganesh<br>Kaveripakkam<br>Scott Stoll<br>Ronald Echandi<br>Mohan<br>Vemulapalli<br>Lennart Weihbahr<br>Loren Mahon<br>Deepjot Chhabra<br>Steven Miranda | Redacted portion is bug report not responsive to ¶ I.C.2. of Discovery Plan. | Nonresponsive Fed.R.Civ.P. 26(b) |

*In re Oracle Corporation Securities Litigation*
Case No. C-01-0988-MJJ
Log of Privileged and Redacted Documents
June 8, 2005

| START BATES | END BATES | DATE | SENDER(S) | RECIPIENT(S) | DESCRIPTION | PRIVILEGE/PROTECTION CLAIMED |
|---|---|---|---|---|---|---|
| | | | | Joshua T. Gould | | |
| | | | | Harold Campbell | | |
| | | | | Joel Summers | | |
| | | | | Donald Klaiss | | |
| | | | | Kannan Tarakad | | |
| | | | | John Young | | |
| | | | | Ole Lunddahl | | |
| | | | | Kathryn Hopkins | | |
| | | | | Krithika Bhat | | |
| | | | | John Hemmings | | |
| | | | | Mark Field | | |
| | | | | Elias Kadri | | |
| | | | | Marion Hodgson | | |
| | | | | Bret Fuller | | |
| | | | | Ronald Wohl | | |
| | | | | Ann Dwan | | |
| | | | | Mike Moran | | |
| | | | | Titina Ott | | |
| | | | | Ruby Valencia | | |
| | | | | Dennis F. Bonilla | | |
| | | | | Sohaib Abbasi | | |
| | | | | Neeta Ahluwalia | | |

*In re Oracle Corporation Securities Litigation*
Case No. C-01-0988-MJJ
Log of Privileged and Redacted Documents
June 8, 2005

| START BATES | END BATES | DATE | SENDER(S) | RECIPIENT(S) | DESCRIPTION | PRIVILEGE/PROTECTION CLAIMED |
|---|---|---|---|---|---|---|
| NDCA-ORCL 285759 | NDCA-ORCL 285762 | 3/30/01 | John Hemmings | Scott Kramer<br>Nancy Davis<br>Mohan Vemulapalli<br>Sandhya Kudpi<br>Ganesh Kaveripakkam<br>Scott Stoll<br>Ronald Echandi<br>Mohan Vemulapalli<br><br>Lennart Welbahr<br>Loren Mahon<br>Deepjot Chhabra<br>Steven Miranda<br>Joshua T. Gould<br>Harold Campbell<br>Joel Summers<br>Donald Klaiss<br>Kannan Tarakad<br>John Young<br>Ole Lunddahl<br>Kathryn Hopkins | Redacted portion is bug report not responsive to ¶¶ I.C.2. of Discovery Plan. | Nonresponsive Fed.R.Civ.P. 26(b) |

*In re Oracle Corporation Securities Litigation*
Case No. C-01-0988-MJJ
Log of Privileged and Redacted Documents
June 8, 2005

| START BATES | END BATES | DATE | SENDER(S) | RECIPIENT(S) | DESCRIPTION | PRIVILEGE/PROTECTION CLAIMED |
|---|---|---|---|---|---|---|
| | | | | Krithika Bhat<br>John<br>Hemmings<br>Mark Field<br>Elias Kadri<br>Marion<br>Hodgson<br>Bret Fuller<br>Ronald Wohl<br>Ann Dwan<br>Mike Moran<br>Tiitina Ott<br>Ruby Valencia<br>Dennis F.<br>Bonilla<br>Sohaib Abbasi<br>Neeta<br>Ahluwalia<br>Scott Kramer<br>Nancy Davis<br>Mohan<br>Vemulapalli<br>Sandhya Kudpi<br>Ganesh<br>Kaveripakkam<br>Scott Stoll<br>Ronald Echandi<br>Mohan<br>Vemulapalli | | |

*In re Oracle Corporation Securities Litigation*
Case No. C-01-0988-MJJ
Log of Privileged and Redacted Documents
June 8, 2005

| START BATES | END BATES | DATE | SENDER(S) | RECIPIENT(S) | DESCRIPTION | PRIVILEGE/PROTECTION CLAIMED |
|---|---|---|---|---|---|---|
| NDCA-ORCL-285764 | NDCA-ORCL-285766 | 3/28/01 | John Hemmings | Lennart Weibahr<br>Loren Mahon<br>Deepjot Chhabra<br>Steven Miranda<br>Joshua T. Gould<br>Harold Campbell<br>Joel Summers<br>Donald Klaiss<br>Kannan Tarakad<br>John Young<br>Ole Lunddahl<br>Kathryn Hopkins<br>Krithika Bhat<br>John Hemmings<br>Mark Field<br>Elias Kadri<br>Marion Hodgson<br>Bret Fuller<br>Ronald Wohl<br>Ann Dwan<br>Mike Moran<br>Titina Ott | Redacted portion is bug report not responsive to ¶ I.C.2. of Discovery Plan. | Nonresponsive Fed.R.Civ.P. 26(b) |

*In re Oracle Corporation Securities Litigation*
Case No. C-01-0988-MJJ
Log of Privileged and Redacted Documents
June 8, 2005

| START BATES | END BATES | DATE | SENDER(S) | RECIPIENT(S) | DESCRIPTION | PRIVILEGE/PROTECTION CLAIMED |
|---|---|---|---|---|---|---|
| NDCA-ORCL 285769 | NDCA-ORCL 285772 | 3/30/01 | Ole Lunddhal | Ruby Valencia<br>Dennis F.<br>Bonilla<br>Sohaib Abbasi<br>Neeta<br>Ahluwalia<br>Scott Kramer<br>Nancy Davis<br>Mohan<br>Vemulapalli<br>Sandhya Kudpi<br>Ganesh<br>Kaveripakkam<br>Scott Stoll<br>Ronald Echandi<br>Mohan<br>Vemulapalli<br>John<br>Hemmings<br>Chhabra<br>Deepjot<br>Joel Summers<br>Kathryn<br>Hopkins<br>Krithika Bha<br>John<br>Hemmings<br>Mark Field<br>Elias Kadri | Redacted portion is bug report not responsive to ¶ I.C.2. of Discovery Plan. | Nonresponsive<br>Fed.R.Civ.P. 26(b) |

*In re Oracle Corporation Securities Litigation*
Case No. C-01-0988-MJJ
Log of Privileged and Redacted Documents
June 8, 2005

| START BATES | END BATES | DATE | SENDER(S) | RECIPIENT(S) | DESCRIPTION | PRIVILEGE/PROTECTION CLAIMED |
|---|---|---|---|---|---|---|
| NDCA-ORCL 285777 | NDCA-ORCL 285780 | 3/27/01 | John Hemmings | Marion Hodgson<br>Bret Fuller<br>Ann Dwan<br>Mike Moran<br>Titina Ott<br>Ruby Valencia<br>Neeta<br>Scott Kramer<br>Ahluwalia<br>Nancy Davis<br>Mohan<br>Vemulapalli<br>Sandhya Kudpi<br>Ganesh<br>Kaveripakkam<br>Scott Stoll<br>Lennart<br>Welbahr<br>Loren Mahon<br>Deepjot<br>Chhabra<br>Steven Miranda<br>Joshua T.<br>Gould<br>Harold<br>Campbell<br>Joel Summers<br>Donald Klaiss | Redacted portion is bug report not responsive to ¶I.C.2. of Discovery Plan. | Nonresponsive Fed.R.Civ.P. 26(b) |

*In re Oracle Corporation Securities Litigation*
Case No. C-01-0988-MJJ
Log of Privileged and Redacted Documents
June 8, 2005

| START BATES | END BATES | DATE | SENDER(S) | RECIPIENT(S) | DESCRIPTION | PRIVILEGE/PROTECTION CLAIMED |
|---|---|---|---|---|---|---|
| | | | | Kannan Tarakad John Young Ole Lunddahl Kathryn Hopkins Krithika Bhat John Hemmings Mark Field Elias Kadri Marion Hodgson Bret Fuller Ronald Wohl Ann Dwan Mike Moran Tiina Ott Ruby Valencia Dennis F. Bonilla Sohaib Abbasi Neeta Ahluwalia Scott Kramer Nancy Davis Mohan Vemulapalli Sandhya Kudpi Ganesh | | |

*In re Oracle Corporation Securities Litigation*
Case No. C-01-0988-MJJ
Log of Privileged and Redacted Documents
June 8, 2005

| START BATES | END BATES | DATE | SENDER(S) | RECIPIENT(S) | DESCRIPTION | PRIVILEGE/PROTECTION CLAIMED |
|---|---|---|---|---|---|---|
| NDCA-ORCL 285783 | NDCA-ORCL 285787 | 5/4/01 | John Hemmings | Kavenpakkam Scott Stoll Ronald Echandi Mohan Vemulapalli Lennart Weibahr Loren Mahon Deepjot Chhabra Steven Miranda Joshua T. Gould Harold Campbell Joel Summers Donald Klaiss Kannan Tarakad John Young Ole Lunddahl Kathryn Hopkins Krithika Bhat John Hemmings Mark Field Elias Kadri Marion | Redacted portion is bug report not responsive to ¶1.C.2. of Discovery Plan. | Nonresponsive Fed.R.Civ.P. 26(b) |

*In re Oracle Corporation Securities Litigation*
Case No. C-01-0988-MJJ
Log of Privileged and Redacted Documents
June 8, 2005

| START DATES | END DATES | DATE | SENDER(S) | RECIPIENT(S) | DESCRIPTION | PRIVILEGE/PROTECTION CLAIMED |
|---|---|---|---|---|---|---|
| | | | | Hodgson<br>Bret Fuller<br>Ronald Wohl<br>Ann Dwan<br>Mike Moran<br>Titina Ott<br>Ruby Valencia<br>Dennis F.<br>Bonilla<br>Sohaib Abbasi<br>Neeta<br>Ahluwalia<br>Scott Kramer<br>Nancy Davis<br>Mohan<br>Vemulapalli<br>Sandhya Kudpi<br>Ganesh<br>Kaveripakkam<br>Scott Stoll<br>Ronald Echandi<br>Mohan<br>Vemulapalli<br>Purnachandra<br>Kotha<br>Frank<br>Vandongen<br>Joe Fuda<br>Nancy Davis<br>Uma Sonthalia | | |

*In re Oracle Corporation Securities Litigation*
Case No. C-01-0988-MJJ
Log of Privileged and Redacted Documents
June 8, 2005

| START BATES | END BATES | DATE | SENDER(S) | RECIPIENT(S) | DESCRIPTION | PRIVILEGE/PROTECTION CLAIMED |
|---|---|---|---|---|---|---|
| NDCA-ORCL 285789 | NDCA-ORCL 285794 | 5/1/01 | John Hemmings | Lennart Weibahr<br>Loren Mahon<br>Deepjot<br>Chhabra<br>Steven Miranda<br>Joshua T.<br>Gould<br>Harold<br>Campbell<br>Joel Summers<br>Donald Klaiss<br>Kannan<br>Tarakad<br>John Young<br>Ole Lunddahl<br>Kathryn<br>Hopkins<br>Krithika Bhat<br>John<br>Hemmings<br>Mark Field<br>Elias Kadri<br>Marion<br>Hodgson<br>Bret Fuller<br>Lucie Caunter<br>Jennifer Yeo<br>John McKenna | Redacted portion is bug report not responsive to ¶ I.C.2. of Discovery Plan. | Nonresponsive Fed.R.Civ.P. 26(b) |

39 of 42

In re Oracle Corporation Securities Litigation
Case No. C-01-0988-MJJ
Log of Privileged and Redacted Documents
June 8, 2005

| START BATES | END BATES | DATE | SENDER(S) | RECIPIENT(S) | DESCRIPTION | PRIVILEGE/PROTECTION CLAIMED |
|---|---|---|---|---|---|---|
| | | | | Ronald Wohl<br>Ann Dwan<br>Mike Moran<br>Titina Ott<br>Ruby Valencia<br>Dennis F.<br>Bonilla<br>Sohaib Abbasi<br>Neeta<br>Ahluwalia<br>Scott Kramer<br>Nancy Davis<br>Mohan<br>Vemulapalli<br>Sandhya Kudpi<br>Ganesh<br>Kaveripakkam<br>Scott Stoll<br>Ronald Echandi<br>Mohan<br>Vemulapalli<br>Purnachandra<br>Kotha<br>Frank<br>Vandongen<br>Joe Fuda<br>Nancy Davis<br>Uma Sonthalia<br>Lucie Caunter<br>Jennifer Yeo | | |

*In re Oracle Corporation Securities Litigation*
Case No. C-01-0988-MJJ
Log of Privileged and Redacted Documents
June 8, 2005

| START BATES | END BATES | DATE | SENDER(S) | RECIPIENT(S) | DESCRIPTION | PRIVILEGE/PROTECTION CLAIMED |
|---|---|---|---|---|---|---|
| NDCA-ORCL 285801 | NDCA-ORCL 285802 | 5/2/01 | David Salow | John McKenna | Redacted portion contains trading records not responsive to ¶1.C.6. of Discovery Plan. | Nonresponsive Fed.R.Civ.P. 26(b) |
| NDCA-ORCL 285805 | NDCA-ORCL 285807 | 9/20/02 | Stephanie Marsh | Javier Rubinstein, Esq., Lauren Segal, Esq.; Lauren Segal, Esq. Nick Hooten | Redacted portion is email from Oracle employee to Oracle in-house counsel and employee providing information for the purpose of obtaining legal advice regarding litigation against company. | Attorney-Client Privilege Work Product Doctrine Fed.R.Civ.P. 26(b)(3) |
| NDCA-ORCL 286061 | NDCA-ORCL 286061 | 9/24/02 | Stephanie Marsh | Lauren Segal, Esq. | Redacted portion is email from Oracle employee to Oracle in-house counsel providing information for the purpose of obtaining legal advice regarding litigation against company. | Attorney-Client Privilege Work Product Doctrine Fed.R.Civ.P. 26(b)(3) |
| NDCA-ORCL 287360 | NDCA-ORCL 287360 | 10/8/02 | Bret Fuller | Lauren Segal, Esq., David Salow Genevieve Burch, Esq. | Redacted portion is email from Oracle executive to Oracle in-house counsel and legal staff and outside counsel providing information for the purpose of obtaining legal advice regarding litigation against company. | Attorney-Client Privilege Work Product Doctrine Fed.R.Civ.P. 26(b)(3) |
| NDCA-ORCL 287420 | NDCA-ORCL 287420 | 5/2/01 | David Salow | Javier Rubinstein, Esq. | Redacted portion is confidential communication between Oracle in-house counsel and legal staff and | Attorney-Client Privilege Work Product Doctrine Fed.R.Civ.P. 26(b)(3) |

*In re Oracle Corporation Securities Litigation*
Case No. C-01-0988-MJJ
Log of Privileged and Redacted Documents
June 8, 2005

| START DATES | END DATES | DATE | SENDER(S) | RECIPIENT(S) | DESCRIPTION | PRIVILEGE/PROTECTION CLAIMED |
|---|---|---|---|---|---|---|
| NDCA-ORCL-287422 | NDCA-ORCL-287423 | | | Lauren Segal, Esq. | outside counsel for the purpose of providing legal advice regarding litigation against company. | |
| | | 5/1/01 | David Salow | Javier Rubinstein, Esq. Lauren Segal, Esq. | Redacted portion contains trading records not responsive to ¶ I.C.6. of Discovery Plan. | Nonresponsive Fed.R.Civ.P. 26(b) |