# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
## CIVIL MINUTES

**CASE NO. C 01-0988 MJJ (JCS)**

**CASE NAME:** In Re: ORACLE SECURITIES LITIGATION

**MAGISTRATE JUDGE JOSEPH C. SPERO**     **COURTROOM DEPUTY:** Karen Hom

**DATE:** July 29, 2005      **TIME:** .50      **COURT REPORTER:** Leo Mankiewicz

| COUNSEL FOR PLAINTIFF: | COUNSEL FOR DEFENDANT: |
|---|---|
| Shawn A. Williams | Lee Rubin |
| Doug Britton | Vincent P. Schmeltz III |

( ) Status Conf.    ( ) P/T Conf.    ( ) Discovery Conf.    ( ) Further Case Mgmt. Conf.

| **OTHER PROCEEDINGS:** | **RULING:** |
|---|---|
| 1. Pla's Motion to Compel (1) The Report of Oracle's Special Litigation Committee and (2) All interview Memoranda and/or Notes That Were Considered by the SLC in Preparing the Report [Docket No. 275] | Submitted |

**ORDERED AFTER HEARING:**

_____

**ORDER TO BE PREPARED BY:**    ( ) Plaintiff    ( ) Defendant    (X) Court

**CASE CONTINUED TO:**

cc:     Chambers; Karen