1  MAYER, BROWN, ROWE & MAW LLP
   Donald M. Falk (SBN 150256)
2  Lee H. Rubin (SBN 141331)
   Shirish Gupta (SBN 205584)
3  Two Palo Alto Square, Suite 300
   Palo Alto, California 94306
4  Telephone:   (650) 331-2000
   Facsimile:    (650) 331-2060
5  lrubin@mayerbrownrowe.com

6  MAYER, BROWN, ROWE & MAW LLP
   Alan N. Salpeter (admitted *pro hac vice*)
7  Javier Rubinstein (admitted *pro hac vice*)
   Vincent P. Schmeltz III (admitted *pro hac vice*)
8  71 South Wacker Drive
   Chicago, IL  60606-4637
9  Telephone:   (312) 782-0600
   Facsimile:    (312) 701-7711
10 jrubinstein@mayerbrownrowe.com

11 Attorneys for Defendant ORACLE CORPORATION, LAWRENCE
   J. ELLISON, JEFFREY O. HENLEY AND EDWARD J. SANDERSON
12
   ORACLE CORPORATION
13 Dorian Daley (SBN 129049)
   James C. Maroulis (SBN 208316)
14 500 Oracle Parkway, Mailstop 5OP7
   Redwood Shores, California 94065
15 Telephone:   (650) 506-5200
   Facsimile:    (650) 506-7114
16 jim.maroulis@oracle.com

17 Attorneys for Defendant ORACLE CORPORATION

18                **UNITED STATES DISTRICT COURT**
               **NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION**
19

20 IN RE ORACLE CORPORATION            Case No. C-01-0988-MJJ (JCS)
   SECURITIES LITIGATION               (Consolidated)
21
                                       **NOTICE OF LODGING UNDER SEAL**
22                                     **EXHIBIT 39 TO THE DECLARATION**
                                       **OF VINCENT P. SCHMELTZ III**
23
                                       Date:   September 13, 2005
24                                     Time:   9:30 a.m.
                                       Place:  Courtroom 11
25                                             Honorable Martin J. Jenkins

26

27

28

**NOTICE OF LODGING UNDER SEAL OF EXHIBIT 39 TO THE DECLARATION OF VINCENT SCHMELTZ**
**- CASE NO: C-01-0988-MJJ (JCS)**

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2  **PLEASE TAKE NOTICE THAT** on Friday, July 29, 2005, Defendants Oracle
3  Corporation, Lawrence J. Ellison, Jeffrey O. Henley and Edward J. Sanderson ("Defendants")
4  lodged under seal: Exhibit 39 to the Declaration of Vincent P. Schmeltz III in Support of
5  Defendants' Opposition to Plaintiffs' Motion for Class Certification.

6  Exhibit 39 was not e-filed because Defendants understand the exhibit to have been
7  designated Confidential by Plaintiffs; thus, it has been submitted under seal pursuant to the
8  Court's January 11, 2005 Revised Protective Order Governing Confidentiality.

Dated: July 29, 2005                    MAYER, BROWN ROWE & MAW LLP


By:   /s/ Shirish Gupta
          Shirish Gupta
Attorneys for Defendant Oracle Corporation

**NOTICE OF LODGING UNDER SEAL OF EXHIBIT 39 TO THE DECLARATION OF VINCENT SCHMELTZ–**
**CASE NO: C-01-0988-MJJ (JCS)**