1   MAYER, BROWN, ROWE & MAW LLP
Donald M. Falk (SBN 150256)
2   Lee H. Rubin (SBN 141331)
Shirish Gupta (SBN 205584)
3   Two Palo Alto Square, Suite 300
Palo Alto, California 94306
4   Telephone:     (650) 331-2000
Facsimile:      (650) 331-2060
5   lrubin@mayerbrownrowe.com

6   MAYER, BROWN, ROWE & MAW LLP
Alan N. Salpeter (admitted *pro hac vice*)
7   Javier Rubinstein (admitted *pro hac vice*)
Vincent P. Schmeltz III (admitted *pro hac vice*)
8   71 South Wacker Drive
Chicago, IL  60606-4637
9   Telephone:     (312) 782-0600
Facsimile:      (312) 701-7711
10   jrubinstein@mayerbrownrowe.com

11   Attorneys for Defendants ORACLE CORPORATION, LAWRENCE
J. ELLISON, JEFFREY O. HENLEY, and EDWARD J. SANDERSON
12
ORACLE CORPORATION
13   Dorian Daley (SBN 129049)
James C. Maroulis (SBN 208316)
14   500 Oracle Parkway, Mailstop 5OP7
Redwood Shores, California 94065
15   Telephone:     (650) 506-5200
Facsimile:      (650) 506-7114
16   jim.maroulis@oracle.com

17   Attorneys for Defendant ORACLE CORPORATION

18

19   **UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION**

20   IN RE ORACLE CORPORATION          Case No. C-01-0988-MJJ (JCS)
SECURITIES LITIGATION              (Consolidated)
21

22                                     **DECLARATION OF VINCENT P.**
**SCHMELTZ III IN SUPPORT OF**
23                                     **DEFENDANTS' OPPOSITION TO**
**PLAINTIFFS' MOTION FOR CLASS**
24                                     **CERTIFICATION**

25   This Document Relates To:         Date:        September 13, 2005
Time:        9:30 a.m.
26   ALL ACTIONS.                      Place:       Courtroom 11
Honorable Martin J. Jenkins
27

28

SCHMELTZ DECLARATION IN SUPPORT OF DEFENDANTS' OPPOSITION TO
PLAINTIFFS' MOTION FOR CLASS CERTIFICATION; CASE NO. C-01-0988 MJJ (JCS)

1

## DECLARATION OF VINCENT P. SCHMELTZ III

2        I, VINCENT P. SCHMELTZ III, declare and state that:

3        1.        I am an attorney admitted *pro hac vice* in the above-captioned matter and am with

4   the law firm of Mayer, Brown, Rowe & Maw LLP, counsel for Defendants Oracle Corporation,

5   Lawrence J. Ellison, Jeffrey O. Henley, and Edward J. Sanderson.  I have personal knowledge of

6   the facts set forth in this Declaration and, if called upon, could testify competently thereto.

7        2.        I make this declaration in support of Defendants' Opposition To Plaintiffs' Motion

8   for Class Certification.

9        3.        Attached hereto as Exhibit 1 is a true and accurate copy of an excerpt from Oracle

10  Corporation's SEC Form 10-Q for the period ended August 31, 2000, filed Oct. 16, 2000.

11       4.        Attached hereto as Exhibit 2 is a true and accurate copy of *Ask Oracle Q & A*

12  *Session*, Transcript, Oracle Applications User Group Fall Conference, Oct. 24, 2000.

13       5.        Attached hereto as Exhibit 3 is a true and accurate copy of Marc L. Songini, *Users*

14  *Vent Frustration Over Oracle CRM/ERP Upgrades*, COMPUTERWORLD, Oct. 30, 2000, *available*

15  *at* http://www.computerworld.com/softwaretopics/crm/story/0,10801,53047,00.html.

16       6.        Attached hereto as Exhibit 4 is a true and accurate copy of Rick G. Sherlund,

17  *Oracle-Early Checks With Applications Customers*, Goldman, Sachs & Co. Analyst Report, Nov.

18  3, 2000.

19       7.        Attached hereto as Exhibit 5 is a true and accurate copy of Thomas Granahan,

20  *Market Talk*: *Could Japanese Bonds Be Benchmark*, DOW JONES NEWS SERVICE, Nov. 6, 2000.

21       8.        Attached hereto as Exhibit 6 is a true and accurate copy of Jean W. Orr, *Oracle*

22  *Corporation: Lowering Price Targets*, BlueStone Capital Research Note, Dec. 7, 2000.

23       9.        Attached hereto as Exhibit 7 is a true and accurate copy of William Epifanio,

24  *Oracle's Second Quarter Earnings: A Definite Maybe*, J.P. Morgan Analyst Report, Dec. 12,

25  2000.

26       10.       Attached hereto as Exhibit 8 is a true and accurate copy of Charles Phillips,

27  *Oracle: How Suite It Is*, Morgan Stanley Dean Witter Analyst Report, Dec. 15, 2000.

28

1    11.    Attached hereto as Exhibit 9 is a true and accurate copy of Bob Austrian, *Oracle*

2    *Corporation*: *A Very Good Quarter*, Banc of America Securities Analyst Report, Dec. 15, 2000.

3    12.    Attached hereto as Exhibit 10 is a true and accurate copy of Rick G. Sherlund,

4    *Oracle Reports Robust Apps Growth; Mgmt States Strong Business Outlook*, Goldman Sachs

5    Analyst Report, Dec. 15, 2000.

6    13.    Attached hereto as Exhibit 11 is a true and accurate copy of Erica Garcia, *Techs*

7    *Tumble, McDonald's Climbs*, MONEY, Jan. 1, 2001, at 47.

8    14.    Attached hereto as Exhibit 12 is a true and accurate copy of Shawn Neidorf, *Tech*

9    *Stocks: Investors Cheer as NASDAQ Gets 14% Boost, But Those Gains May Be Short-Lived*, SAN

10    JOSE MERCURY NEWS, Jan. 4, 2001, at 1A.

11    15.    Attached hereto as Exhibit 13 is a true and accurate copy of Jim Finkle, *Oracle*

12    *CFO Says He Plans to Sell $33 MLN in Stock*, BLOOMBERG NEWS, Jan. 11, 2001.

13    16.    Attached hereto as Exhibit 14 is a true and accurate copy of an excerpt from

14    Oracle Corporation's SEC Form 10-Q for the period ended Nov. 30, 2000, filed Jan. 16, 2001.

15    17.    Attached hereto as Exhibit 15 is a true and accurate copy of Marc L. Songini,

16    *Oracle Users Cautious About 'E-Hub' Strategy*, COMPUTERWORLD, Jan. 22, 2001, *available at*

17    http://www.computerworld.com/printthis/2001/0,4814,56644,00.html.

18    18.    Attached hereto as Exhibit 16 is a true and accurate copy of *Update on Oracle*,

19    Goldman, Sachs & Co. Analyst Report, Feb. 8, 2001.

20    19.    Attached hereto as Exhibit 17 is a true and accurate copy of James A. Moore &

21    Charles Chen, *Oracle Corporation: Visit With Management-Strong Buy*, Deutsche Banc Alex.

22    Brown, Inc. Analyst Report, Feb. 8, 2001.

23    20.    Attached hereto as Exhibit 18 is a true and accurate copy of Mary Foley, *Clouds*

24    *Obscure Oracle's Crystal Ball*, ZDNET NEWS, Feb. 8, 2001, *available at* http://msn.com.com/

25    2100-9595_22-528096.html.

26    21.    Attached hereto as Exhibit 19 is a true and accurate copy of Robert O'Brien,

27    *Stocks Decline as Fears About Growth Continue*, WALL ST. J. ONLINE, Feb. 9, 2001, *available at*

28    http://online.wsj.com/PA2VJBNA4R/article_print/0,,SB981728217202121579,00.html.

2

1    22.    Attached hereto as Exhibit 20 is a true and accurate copy of *Oracle Will Save an*

2    *Extra Billion By Using Own Business Software*, INVESTOR'S BUSINESS DAILY, Feb. 14, 2001, at

3    A2.

4    23.    Attached hereto as Exhibit 21 is a true and accurate copy of Gary Abbot, *Oracle-*

5    *Cutting Q3 EPS Estimates*, Punk, Ziegel & Co. Analyst Report, Feb. 21, 2001.

6    24.    Attached hereto as Exhibit 22 is a true and accurate copy of Marc L. Songini,

7    *Oracle Users Slowly Easing Toward 11i Suite*, COMPUTERWORLD, Feb. 26, 2001, *available at*

8    http://www.computerworld.com/printthis/2001/0,4814,58070,00.html.

9    25.    Attached hereto as Exhibit 23 is a true and accurate copy of Leah Beth Ward, *I2*

10   *Blames Customized Software; Nike Spat Highlights Contracts' Complexity*, DALLAS MORNING

11   NEWS, at 1D, Feb. 28, 2001.

12   26.    Attached hereto as Exhibit 24 is a true and accurate copy of an excerpt from 1199

13   SEIU Greater New York Pension Fund's Responses and Objections to Defendants' Third Set of

14   Interrogatories to Plaintiffs (Apr. 4, 2005).

15   27.    Attached hereto as Exhibit 25 is a true and accurate copy of an excerpt from 1199

16   SEIU Greater New York Pension Fund's Second Supplemental Responses to Defendant's Second

17   Set of Interrogatories to Plaintiffs (May 13, 2005).

18   28.    Attached hereto as Exhibit 26 is a true and accurate copy of excerpts from the

19   transcript of the May 5, 2005 deposition of Jacques Fuhrer on behalf of Drifton Finance

20   Corporation.

21   29.    Attached hereto as Exhibit 27 is a true and accurate copy of excerpts from the

22   transcript of the June 6, 2005 deposition of Gregg A. O'Keefe on behalf of Congress Asset

23   Management Company.

24   30.    Attached hereto as Exhibit 28 is a true and accurate copy of excerpts from the

25   transcript of the June 10, 2005 deposition of Ryan Kuehmichel.

26   31.    Attached hereto as Exhibit 29 is a true and accurate redacted copy of excerpts from

27   the transcript of the June 13, 2005 deposition of Dzung Chu.

28

3

**SCHMELTZ DECLARATION IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION; CASE NO. C-01-0988 MJJ (JCS)**

32. Attached hereto as Exhibit 30 is a true and accurate copy of excerpts from the transcript of the June 14, 2005 deposition of Robert E. Turner on behalf of Turner Investment Partners, Inc.

33. Attached hereto as Exhibit 31 is a true and accurate copy of excerpts from the transcript of the June 15, 2005 deposition of John J.L. Chobor on behalf of 1199 SEIU Greater New York Pension Fund.

34. Attached hereto as Exhibit 32 is a true and accurate redacted copy of excerpts from the transcript of the July 13, 2005 deposition of Robert Sawyer.

35. Attached hereto as Exhibit 33 is a true and accurate copy of a summary of account activity for 1199 SEIU Greater New York Pension Fund ("1199 SEIU") that Defendants received in response to their subpoena of April 6, 2005 to Turner Investment Partners, Inc. [Turner 0001].

36. Attached hereto as Exhibit 34 is a true and accurate redacted copy of account statements for 1199 SEIU that Defendants received from Plaintiffs on April 7, 2005 in response to Defendants' Third Set of Requests For the Production of Documents. [PLFCLASS 041-PLFCLASS 047].

37. Attached hereto as Exhibit 35 is a true and accurate redacted copy of account statements for Ryan Kuehmichel that Defendants received in response to their subpoena of November 12, 2004 to Robert W. Baird & Co., Inc. [BAIRD0010-BAIRD0024].

38. Attached hereto as Exhibit 36 is a true and accurate redacted copy of account statements for Robert Sawyer that Defendants received from Plaintiffs on June 21, 2005 in response to Defendants' Third Set of Requests For the Production of Documents. [PLFCLASS 242-PLFCLASS 336].

39. Attached hereto as Exhibit 37 is a true and accurate redacted copy of account statements for Drifton Finance Corporation that Defendants received from Plaintiffs on May 4, 2005, in response to Defendants' Third Set of Requests For the Production of Documents.

40. Attached hereto as Exhibit 38 is a true and accurate redacted copy of a summary of account activity for Dzung Chu that Defendants received in response to their subpoena of April 20, 2005 to Morgan Stanley Dean Witter & Co. [MORSTAN 0003].

4

**SCHMELTZ DECLARATION IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION; CASE NO. C-01-0988 MJJ (JCS)**

1  41.  Exhibit 39, which is a true and accurate copy of account statements for Dzung Chu

2  that Defendants received in response to their subpoena of April 20, 2005 to Morgan Stanley Dean

3  Witter & Co., has been lodged with the Court separately under seal pursuant to the Revised

4  Stipulated Protective Order Governing Confidentiality, entered by the Court on Jan. 11, 2005.

5  [MORSTAN 0054-MORSTAN 143].

6  42.  Attached hereto as Exhibit 40 is a true and accurate copy of an excerpt from the

7  Transcript of Proceedings Before the Honorable Joseph C. Spero, Magistrate, Mar. 1, 2005.

8  43.  Attached hereto as Exhibit 41 is a true and accurate copy of *Miles v. Merrill*

9  *Lynch*, No. 04-8026, Slip Op. (2d Cir. Jun. 30, 2005).

10  44.  Attached hereto as Exhibit 42 is a true and accurate copy of *In re Verisign, Inc.*,

11  No. C 02-02270 JW, 2005 WL 88969 (N.D. Cal. Jan. 13, 2005).

12  45.  Attached hereto as Exhibit 43 is a true and accurate copy of *Grandon v. Merrill*

13  *Lynch & Co.*, No. 95 Civ. 10742 (SWK), 2003 WL 22118979 (S.D.N.Y. Sept. 11, 2003).

14  46.  Attached hereto as Exhibit 44 is a true and accurate copy of *Ryan v. Carl Corp.*,

15  No. C97-3873 FMS, 1999 WL 16320 (N.D. Cal. Jan. 13, 1999).

16  47.  Attached hereto as Exhibit 45 is a true and accurate copy of *Murphy v. Hollywood*

17  *Entm't Corp.*, No. CIV. 95-1926-MA, 1996 WL 393662 (D. Or. May 9, 1996).

18  48.  Attached hereto as Exhibit 46 is a true and accurate copy of *In re Quarterdeck*

19  *Office Sys., Inc. Sec. Litig.*, No. CV 92-3970-DWW, 1993 WL 623310 (C.D. Cal. Sept. 30, 1993).

20  49.  Attached hereto as Exhibit 47 is a true and accurate copy of *Bull v. Chandler*, No.

21  C-86-5710 MHP, 1992 WL 103686 (S.D.N.Y. Mar. 12, 1992).

22  I declare under penalty of perjury under the laws of the United States that the above is true

23  and accurate and that this Declaration was executed on July 29, 2005 in Chicago, Illinois.

24

25  /s/ Vincent P. Schmeltz III
Vincent P. Schmeltz III

26

27  *Filer's Attestation: Pursuant to General Order No. 45, Section X(B), Shirish Gupta hereby attests*

28  *that the signatory's concurrence in the filing of this document has been obtained.*

5

**SCHMELTZ DECLARATION IN SUPPORT OF DEFENDANTS' OPPOSITION TO
PLAINTIFFS' MOTION FOR CLASS CERTIFICATION; CASE NO. C-01-0988 MJJ (JCS)**