EXHIBIT 1

| 51154 TX 1 | Oracle Corporation | Form 10-Q | ▪▪ ▪ ▪ | ▪ | 16 OCT 00   12:44 |
|---|---|---|---|---|---|
| R. R. DONNELLEY PAL( • ) | PAL54079/05251 | | | (650) 845-6600 | |

# SECURITIES AND EXCHANGE COMMISSION
### Washington, D.C. 20549

---

# FORM 10-Q

☒ **QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For quarterly period ended August 31, 2000

**OR**

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the transition period from _____ to _____.

Commission file number: 0-14376

# Oracle Corporation
(Exact name of registrant as specified in its charter)

**Delaware**
(State or other jurisdiction of
incorporation or organization)

**94-2871189**
(I.R.S. employer
identification no.)

**500 Oracle Parkway**
**Redwood City, California 94065**
(Address of principal executive offices, including zip code)

**(650) 506-7000**
(Registrant's telephone number, including area code)

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. YES ☒ NO ☐

Number of shares of registrant's common stock outstanding as of September 30, 2000: 5,597,447,674 (adjusted pro forma for the two-for-one stock split effective October 12, 2000).

| 51154 TX 12 | Oracle Corporation | Form 10-Q | | AOG cn | 13 OCT 00  08:53 |
| R. R. DONNELLEY PAL( • ) | BARMoore/05251 | | (650) 845-6600 | | |

respectively. The amounts paid for the repurchased shares were approximately $1,995,423,000 and $579,895,000. The Company has primarily used cash flows from operations and investing activities to repurchase the Company's Common Stock.

The Company, as part of its authorized stock repurchase program, has sold put warrants and purchased call options through private placements with institutional investors. The transactions were exempt under Section 4(2) of the Securities Act of 1933. The put warrants, if exercised, would entitle the holder to sell one share of Common Stock to the Company at a specified price. Similarly, the call options entitle the Company to buy, on a specified day, one share of the Company's Common Stock at a specified price.

As of August 31, 2000, the Company had a maximum potential obligation under the put warrants to buy back 8,000,000 shares of its Common Stock for a price of $4.85 per share for an aggregate price of approximately $38,800,000. The put warrants will expire at various dates through October 2000.

As of August 31, 2000, the Company had the right to purchase under the call options up to a maximum of 4,000,000 shares of its Common Stock at a price of $6.52 per share for an aggregate price of approximately $26,080,000. The call options will expire at various dates through October 2000.

During the third quarter of fiscal 1997, the Company issued $150,000,000 in 6.72% Senior Notes due in the year 2004 and $150,000,000 in 6.91% Senior Notes due in the year 2007. The Senior Notes are unsecured general obligations of the Company that rank on parity with all other unsecured and unsubordinated indebtedness of the Company that may be outstanding. At August 31, 2000, the Company also had other outstanding debt of approximately $4,391,000, primarily in the form of other notes payable and capital leases.

The Company anticipates that current cash balances, as well as anticipated cash flows from operations, will be sufficient to meet its working capital and capital expenditure needs at least through the next twelve months.

### Factors That May Affect Future Results and Market Price of Stock

The Company operates in a rapidly changing environment that involves numerous risks, some of which are beyond the Company's control. The following discussion highlights some of these risks.

*Revenue Growth and Economic Conditions.*   The revenue growth and profitability of the Company's business depends on the overall demand for computer software and services, particularly in the product segments in which the Company competes. Because the Company's sales are primarily to major corporate and government customers, the Company's business also depends on general economic and business conditions. A softening of demand for computer software caused by a weakening of the economy may result in decreased revenues or lower revenue growth rates. In particular, one of the challenges the Company continues to face in promoting future growth in license revenues is the successful refocusing of its marketing and sales efforts to the Customer Relationship Management ("CRM") and Internet procurement areas of its applications business, as well as to its e-Business suite. There can be no assurances that the Company will be able to effectively promote future revenue growth in its systems software and business applications areas.

In October 1997, the American Institute of Certified Public Accountants ("AICPA") issued Statement of Position ("SOP") No. 97-2, "Software Revenue Recognition" which superseded SOP No. 91-1. SOP No. 97-2 was effective for the Company's fiscal year beginning June 1, 1998, as amended by SOP No. 98-4 and SOP No. 98-9, and provides guidance on applying generally accepted accounting principles for software revenue recognition transactions. Based on the Company's interpretation of the requirements of SOP No. 97-2, as amended, application of this statement did not and is not expected to have a material impact on the Company's revenue. In December 1999, the Securities and Exchange Commission issued Staff Accounting Bulletin No. 101 ("SAB 101"), "Revenue Recognition in Financial Statements" which provides further revenue recognition guidance. The accounting profession continues to review certain provisions of SOP No. 97-2 and SAB 101 with the objective of providing additional guidance on implementing its provisions. Depending upon the outcome of

| 51154 TX 13 | Oracle Corporation | Form 10-Q | | AOG p. | 13 OCT 00 08 53 |
| R. R. DONNELLEY PAL( • ) | BARMoore/05251 | | (650) 845-6600 | | |

these reviews and the issuance of implementation guidelines and interpretations, the Company may be required to change its revenue recognition policies and business practices, and such changes could have a material adverse effect on the Company's business, results of operations or financial position.

*New Products.* The markets for the Company's products are characterized by rapid technological advances in hardware and software development, evolving standards in computer hardware and software technology and frequent new product introductions and enhancements. Product introductions and short product life cycles necessitate high levels of expenditures for research and development. To maintain its competitive position, the Company must enhance and improve existing products and continue to introduce new products and new versions of existing products that keep pace with technological developments, satisfy increasingly sophisticated customer requirements and achieve market acceptance. The Company's inability to run on new or increasingly popular operating systems, or the Company's failure to successfully enhance and improve its products in a timely manner, and position and/or price its products, could have a material adverse effect on the Company's business, results of operations or financial position.

Significant undetected errors or delays in new products or new versions of a product, especially in the area of CRM, may affect market acceptance of the Company's products and could have a material adverse effect on the Company's business, results of operations or financial position. If the Company were to experience delays in the commercialization and introduction of new or enhanced products, if customers were to experience significant problems with the implementation and installation of products, or if customers were dissatisfied with product functionality or performance, this could have a material adverse effect on the Company's business, results of operations or financial position.

There can be no assurance that the Company's new products will achieve significant market acceptance or will generate significant revenue. Additional products that the Company plans to directly or indirectly market in the future are in various stages of development.

*Pricing.* Intense competition in the various markets in which the Company competes may put pressure on the Company to reduce prices on certain products, particularly in the markets where certain vendors offer deep discounts in an effort to recapture or gain market share or to sell other software or hardware products. Moreover, the Company has recently changed its pricing model and any broadly based changes to the Company's prices and pricing policies could lead to a decline or delay in sales as the Company's sales force and its customers adjust to the new pricing policies. The bundling of software products for promotional purposes or as a long-term pricing strategy or guarantees of product implementations by certain of the Company's competitors could have the effect over time of significantly reducing the prices that the Company can charge for its products. Changes in the customer's use of the Company's products could also result in lower license revenues if the Company's pricing model is not adapted to such usage. Shifts toward the use of operating systems on which the Company experiences relatively greater price competition could result in lower average license prices, thereby reducing license revenues for the Company. Additionally, while the distribution of applications through application service providers may provide a new market for the Company's products, these new distribution methods could also reduce the price paid for the Company's products or adversely affect other sales of the Company's products. Any such price reductions and resulting lower license revenues could have a material adverse effect on the Company's business, results of operations or financial position if the Company cannot offset these price reductions with a corresponding increase in sales volumes or lower spending.

*Hiring and Retention of Employees.* The Company's continued growth and success depend to a significant extent on the continued service of its senior management and other key employees and the hiring of new qualified employees. Competition for highly-skilled business, product development, technical and other personnel is becoming more intense due to lower overall unemployment rates, the boom in information technology spending and private companies that can offer equity incentives that provide the potential of greater compensation in connection with an initial public offering. Accordingly, the Company expects to experience increased compensation costs that may not be offset through either improved productivity or higher prices. There can be

13

| 51154 TX 14 | Oracle Corporation | Form 10-Q | ⋯ | AOG ₀₄ | 13 OCT 00  08.53 |
| R. R. DONNELLEY PAL( ● ) | BARMoore/05251 | | (650) 845-6600 | | |

no assurances that the Company will be successful in continuously recruiting new personnel and in retaining existing personnel. In general, the Company does not have long-term employment or non-competition agreements with its employees. The loss of one or more key employees or the Company's inability to attract additional qualified employees or retain other employees could have a material adverse effect on the continued growth of the Company.

*Competitive Environment.*   The computer software industry is an intensely competitive industry with several large vendors that develop and market databases, application development tools, business applications and business intelligence products. Certain of these vendors have significantly greater financial and technical resources than the Company. The introduction of new competitive products into one or more of the Company's various markets, the addition of new functionality into an existing competitive product or the acquisition by one of the Company's competitors of a product could have a material adverse effect on the Company's business, results of operations or financial position. In addition, new distribution methods (e.g. electronic channels) and opportunities presented by the Internet and electronic commerce have removed many of the barriers to entry historically faced by small and start-up companies in the software industry. The Company expects to face increasing competition in the various markets in which it competes.

*Uneven Patterns of Quarterly Operating Results and Revenues.*   The Company's revenues in general, and its license revenues in particular, are relatively difficult to forecast and vary from quarter to quarter due to various factors, including the (i) relatively long sales cycles for the Company's products, (ii) size and timing of individual license transactions, the closing of which tend to be delayed by customers until the end of a fiscal quarter as a negotiating tactic, (iii) introduction of new products or product enhancements by the Company or its competitors, (iv) potential for delay or deferral of customer implementations of the Company's software, (v) changes in customer budgets, (vi) seasonality of technology purchases and other general economic conditions, and (vii) changes in the pricing policies of the Company or its competitors. Accordingly, the Company's quarterly results are difficult to predict until the end of the quarter, and delays in product delivery or closing of sales near the end of a quarter have historically caused and could cause quarterly revenues and net income to fall significantly short of anticipated levels.

The Company's license revenues in any quarter are substantially dependent on orders booked and shipped in that quarter. Because the Company's operating expenses are based on anticipated revenue levels and because a high percentage of the Company's expenses are relatively fixed, a delay in the recognition of revenue from even a limited number of license transactions could cause significant variations in operating results from quarter to quarter and could cause net income to fall significantly short of anticipated levels.

*International Sales.*   A substantial portion of the Company's revenues is derived from international sales and is therefore subject to the related risks, including the general economic conditions in each country, the overlap of different tax structures, the difficulty of managing an organization spread over various countries, changes in regulatory requirements, compliance with a variety of foreign laws and regulations, longer payment cycles and volatilities of exchange rates in certain countries. There can be no assurances that the Company will be able to successfully address each of these challenges in the near term. Other risks associated with international operations include import and export licensing requirements, trade restrictions and changes in tariff rates.

A significant portion of the Company's business is conducted in currencies other than the U.S. dollar. Changes in the value of major foreign currencies relative to the value of the U.S. dollar adversely affected revenues and operating results in the first quarter of fiscal 2001, particularly in Europe, and will continue to do so throughout fiscal 2001 if the U.S. dollar strengthens relative to foreign currencies.

Foreign currency transaction gains and losses are primarily related to sublicense fee and other agreements between the Company and selling distributors and subsidiaries. These gains and losses are charged against earnings in the period incurred. The Company has reduced its transaction and translation gains and losses associated with converting foreign currencies into U.S. dollars by using forward foreign exchange contracts to

| 51154  TX  15 | Oracle Corporation | Form 10-Q | ▲▲ ■ | AOG ₀₅ | 13 OCT 00   08 53 |
| R. R. DONNELLEY PAL( • ) | BARMoore:05251 | | (650) 845-6600 | | |

hedge transaction and translation exposures in major currencies. The Company finds it impractical to hedge all foreign currencies in which it conducts business. As a result, the Company will continue to experience foreign currency gains and losses.

*Management of Growth.*   The Company has a history of rapid growth. However, the Company has experienced slowing growth rates in a number of areas, including consulting and education services. The Company's future operating results will depend on management's ability to manage growth, continuously hire and retain significant numbers of qualified employees, accurately forecast revenues and control expenses. A decline in the growth rate of revenues without a corresponding and timely slowdown in expense growth could have a material adverse effect on the Company's business, results of operations and financial position.

*Uncertainty of Emerging Areas.*   Despite tremendous growth in emerging areas such as the Internet, on-line services and electronic commerce, the impact on the Company of this growth is uncertain. There can be no assurance that the Company will be able to provide a product offering that will satisfy new customer demands in these areas. In addition, standards for network protocols, as well as other industry adopted and de facto standards for the Internet, are evolving rapidly. There can be no assurance that standards chosen by the Company will position its products to compete effectively for business opportunities as they arise on the Internet and other emerging areas.

*New Business Areas.*   The Company has in recent years expanded its technology into a number of new business areas to foster long-term growth, including on-line auctions, or exchanges, for a number of business procurement needs. Internet/electronic commerce, interactive media, on-line business services and Internet computing. These areas are relatively new to the Company's product development and sales and marketing personnel. There is no assurance that the Company will compete effectively or will generate significant revenues in these new areas. The success of Internet computing and, in particular, the Company's current Internet computing software products is difficult to predict because Internet computing represents a method of computing that is new to the entire computer industry. The successful introduction of Internet computing to the market will depend in large measure on (i) the lower cost of ownership of Internet computing relative to client/server architecture, (ii) the ease of use and administration relative to client/server architecture, and (iii) how hardware and software vendors choose to compete in this market. There can be no assurances that sufficient numbers of vendors will undertake this commitment, that the market will accept Internet computing or that Internet computing will generate significant revenues for the Company. See "New Products."

*Sales Force Restructuring.*   The Company historically has relied heavily on its direct sales force. For the past several years, the Company has restructured or made other adjustments to its sales force at least once a year. These changes have generally resulted in a temporarily lack of focus and reduced productivity by the Company's sales force that may have affected revenues in a quarter. There can be no assurances that the Company will not continue to restructure its sales force or that the related transition issues associated with restructuring the sales force will not recur.

*Future Acquisitions.*   As part of its business strategy, the Company has made and expects to continue to make acquisitions of, or significant investments in, businesses that offer complementary products, services and technologies. Any acquisitions or investments will be accompanied by the risks commonly encountered in acquisitions of businesses. Such risks include, among other things, the possibility that the Company pays much more than the acquired company or assets are worth, the difficulty of assimilating the operations and personnel of the acquired businesses, the potential product liability associated with the sale of the acquired company's products, the potential disruption of the Company's ongoing business, the distraction of management from the Company's business, the inability of management to maximize the financial and strategic position of the Company, the maintenance of uniform standards, controls, procedures and policies and the impairment of relationships with employees and clients as a result of any integration of new management personnel. These factors could have a material adverse effect on the Company's business, results of operations or financial position, particularly in the case of a larger acquisition. Consideration paid for future acquisitions, if any, could

15

| 51154 TX 16 | Oracle Corporation | Form 10-Q | | AOG ⊶ | 13 OCT 00 08:53 |
| R. R. DONNELLEY PAL( ● ) | BARMoore/05251 | | (650) 845-6600 | | |

be in the form of cash. stock, rights to purchase stock or a combination thereof. Dilution to existing stockholders and to earnings per share may result in connection with any such future acquisitions.

*Relative Product Profitability.* Certain of the Company's revenues are derived from products which, as a percentage of revenues, currently require a higher level of development, distribution and support expenditures compared to certain of its other products. To the extent that revenues generated from such products become a greater percentage of the Company's total revenues, the Company's operating margins may be adversely affected, unless the expenses associated with such products decline as a percentage of revenues.

*Long-term Investment Cycle.* Developing and localizing software is expensive and the investment in product development often involves a long payback cycle. The Company's plans for its fiscal year ending May 31, 2001 include significant investments in software research and development and related product opportunities from which significant revenues are not anticipated for several years.

*Sales Forecasts.* The Company uses a ''pipeline'' system, a common industry practice. to forecast sales and trends in the Company's business. The Company's sales personnel monitor the status of all proposals. such as the date when they estimate that a customer will make a purchase decision and the potential dollar amount of the sale. Management aggregates these estimates periodically in order to generate a sales pipeline. Management compares the pipeline at various points in time to look for trends in the Company's business. While this pipeline analysis may provide some guidance to management in business planning and budgeting. these pipeline estimates are necessarily speculative and may not correlate to revenues in a particular quarter or over a longer period of time. A variation in the conversion of the pipeline into contracts or in the pipeline itself could cause the Company to improperly plan or budget and thereby adversely affect its business or results of operations.

*Enforcement of the Company's Intellectual Property Rights.* The Company relies on a combination of copyright, patent, trademark, trade secrets, confidentiality procedures and contractual procedures to protect its intellectual property rights. Despite the Company's efforts to protect its intellectual property rights, it may be possible for unauthorized third parties to copy certain portions of the Company's products or to reverse engineer or obtain and use technology or other information that the Company regards as proprietary. There can also be no assurances that the Company's intellectual property rights would survive a legal challenge to their validity or provide significant protection for the Company. In addition, the laws of certain countries do not protect the Company's proprietary rights to the same extent as do the laws of the United States. Accordingly, there can be no assurance that the Company will be able to protect its proprietary technology against unauthorized third party copying or use, which could adversely affect the Company's competitive position.

*Possibility of Infringement Claims.* The Company from time to time receives notices from third parties claiming infringement by the Company's products of third party patent and other intellectual property rights. The Company expects that software products will increasingly be subject to such claims as the number of products and competitors in the Company's industry segments grow and the functionality of products overlaps. In addition, the Company expects to receive more patent infringement claims as companies increasingly seek to patent their software, especially in light of recent developments in the law that extend the ability to patent software. Regardless of its merit, responding to any such claim could be time-consuming, result in costly litigation and require the Company to enter into royalty and licensing agreements which may not be offered or available on terms acceptable to the Company. If a successful claim is made against the Company and the Company fails to develop or license a substitute technology, the Company's business, results of operations or financial position could be materially adversely affected.

*Possible Volatility of Stock Price.* The market price of the Company's Common Stock has experienced significant fluctuations and may continue to fluctuate significantly. The market price of the Common Stock may be significantly affected by factors such as the announcement of new products or product enhancements by the Company or its competitors. technological innovation by the Company or its competitors, quarterly variations in the Company's or its competitors' results of operations, changes in prices of the Company's or its competitors'

16

| 51154 TX 17 | Oracle Corporation | Form 10-Q | | AOG cs | 13 OCT 00  08.53 |
| R. R. DONNELLEY PAL( • ) | BARMoore 05251 | | (650) 845-6600 | | |

products and services, changes in revenue and revenue growth rates for the Company as a whole or for specific geographic areas, business units, products or product categories, changes in earnings estimates by market analysts, speculation in the press or analyst community and general market conditions or market conditions specific to particular industries. The stock prices for many companies in the technology sector have experienced wide fluctuations which often have been unrelated to their operating performance. Such fluctuations may adversely affect the market price of the Company's Common Stock.

## Item 3.   Quantitative and Qualitative Disclosures About Market Risk

### Disclosures About Market Risk

*Interest Rate Risk.*   The Company's exposure to market risk for changes in interest rates relates primarily to the Company's investment portfolio. The Company places its investments with high credit quality issuers and, by policy, limits the amount of credit exposure to any one issuer. As stated in its policy, the Company is averse to principal loss and seeks to preserve its invested funds by limiting default risk, market risk, and reinvestment risk.

The Company mitigates default risk by investing in only high credit quality securities that it believes to be low risk and by positioning its portfolio to respond appropriately to a significant reduction in a credit rating of any investment issuer or guarantor. The portfolio includes only marketable securities with active secondary or resale markets to ensure portfolio liquidity.

The table below presents the principal amount, related weighted average interest rates and maturities for the Company's investment portfolio. Short term and long term investments are all in fixed rate instruments. The principal amount approximates fair value at August 31, 2000.

### Table of Investment Securities:

| | Principal Amount | Average Interest Rate |
|---|---|---|
| Cash and cash equivalents . . . . . . . . . . . . . . . . . . . . . | $4,837,097 | 5.34% |
| Short term investment (0-1 years) . . . . . . . . . . . . . . | 225,475 | 5.66% |
| Long term investment (1-2 years) . . . . . . . . . . . . . . | 70,000 | 5.93% |
| Total cash and investment securities . . . . . . . . . . . . | $5,132,572 | |

*Foreign Currency Risk.*   The Company transacts business in various foreign currencies and the Company has established a foreign currency hedging program, utilizing foreign currency forward exchange contracts (forward contracts) to hedge certain foreign currency transaction exposures. Under this program, increases or decreases in the Company's foreign currency transactions are offset by gains and losses on the forward contracts, so as to mitigate the possibility of foreign currency transaction gains and losses. The Company does not use forward contracts for trading purposes. All foreign currency transactions and all outstanding forward contracts are marked-to-market at the end of the period with unrealized gains and losses included in other income (expense). As the foreign currency transactions are realized as cash flows against the maturing forward contracts, the realized gains and losses are recorded in net income as a component of other income (expense). The Company's ultimate realized gain or loss with respect to currency fluctuations will depend on the currency exchange rates and other factors in effect as the contracts mature. The unrealized gain (loss) on the outstanding forward contracts at August 31, 2000 was immaterial to the Company's consolidated financial statements. The Company also hedges the net assets of certain of its international subsidiaries.

The net gains on equity hedges are recorded as a component of accumulated foreign currency translation adjustments in stockholders' equity. The Company's outstanding forward contracts and equity hedges as of August 31, 2000 are presented in the tables below.

17

| 51154 TX 21 | Oracle Corporation | Form 10-Q | | AOG en | 13 OCT 00 18:31 |
| R. R. DONNELLEY PAL( • ) | PAL 17236/05251 | | | (650) 845-6600 | |

## SIGNATURES

Pursuant to the requirements of the Securities Exchange Act of 1934, Oracle Corporation has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

ORACLE CORPORATION

Dated: October 16, 2000

By: /S/   JEFFREY O. HENLEY

Jeffrey O. Henley
Executive Vice President and Chief Financial Officer

Dated: October 16, 2000

By: /S/   JENNIFER L. MINTON

Jennifer L. Minton
Senior Vice President and Corporate Controller

21

# EXHIBIT 2



**Ask Oracle Q&A Session**
**OAUG Fall Conference**
**October 24, 2000**

At the OAUG Fall 2000 Conference in Honolulu, Hawaii, OAUG sponsored the Ask Oracle session, where attendees could pose questions directly to the following Oracle executives:

- Ron Wohl, Executive Vice President, Applications Development
- Cliff Godwin, Vice President, Applications Technology
- Joel Summers, Vice President, Human Resources
- Don Klaiss, Vice President, Manufacturing and Distribution
- Al Snyder, Senior Vice President, Americas Support
- John Schindler (Eaton Corporation, OAUG Board of Directors) moderated the panel.

**Question:** Issues concerning patching are a recurring theme at this users conference. Release 11i.1 had a large number of patches, some conflicts, and major problems. What steps are you taking to address customers' priorities?

**Ron Wohl:** We have 43 customers live on Release 11i now. They told us it took too much patching to install. We have just released 11i.2. This release rolls up all the patches that preceded it. It's available in a few different formats. If you already have a Release 11i.1 instance in test or production, you can apply Release 11i.2 as a maintenance pack all at once. It's also available for a fresh install; out of the box, there's a higher level of quality. It's also available for upgrade.

11i.2 will help the ERP side considerably. If you're running CRM, you'll want to look to 11i.3, the next release. This release will be of particular help in CRM. We've just frozen it in development, and it's now going through testing. We expect to release it for new customers next month and for upgrade in December. We've separated the release dates because upgrade testing takes longer than new install testing. So we don't want to hold up the release for our new install customers.

From a process perspective, we're publishing a lot of information on MetaLink, and you can download all of it. Don't be surprised if you see what seems to be a high number of problems. You're seeing patches across every single product and across the entire suite. You should look at the patches relevant to you. Second, you can use some new functionality in MetaLink to see the latest set of mini-packs in any given area. This will tell you, for example, what patches aren't contained in that mini-pack. There's a lot of information that's available on MetaLink. It makes the process much more manageable. The mini-packs are designed so you don't have to apply individual patches.

**Question:** One of our biggest challenges during upgrades and implementations is the poor quality of Oracle Support. Why isn't Oracle Support represented here? Why does the agenda not include directions sessions? Why don't we have statistics? Support has an integral impact to our operations. How will you be addressing this? <applause>

**Al Snyder:** As to the quality of support: We're going through a transition. We're investing a lot more in MetaLink. We're working to improve the processes and expediency around problem resolution. Statistically we're getting better, and we're making enhancements. Having said that, I'm hearing that there's a lot of interest in having Support here at OAUG Conferences as it has been in the past. We know that doing things like presenting MetaLink here is productive, and I'm getting a lot of feedback that it's missed. We need to revisit that. We're continuing our presence in the local groups. So you can bring your issues up there.
Escalate your issues to the duty manager. Make sure you know the escalation path. You shouldn't let your issue get stuck at the duty manager. There's also a product support manager. You should know that person. The group VP, Dick Sellers, is very customer focused and will make sure your issues are addressed. You can email me as well (allen.snyder@oracle.com). Communicate those issues by emailing us. My management team will get back to you.

**Question:** It takes a long time to upgrade. There are few available weekends that we can shut down. At the Higher Education SIG, Yale University said their upgrade took 9.7 twenty-four hour days to upgrade. What is being done to address this?

**Ron Wohl:** For some sites with large amounts of data, the upgrade takes too long. The upgrade must complete in a weekend. As you take our advice to run globally, the challenge will be no more long weekends. We have long-term plans that take this into account—that there's no conventional weekend upgrade window. In the short term, we're doing some tuning on the upgrade to get the times down as low as possible. The 11i.2 times are shorter, and we're doing more work beyond that.

**Cliff Godwin:** If you look at some early customers, their internal assessments revealed two major problems. First, the run time for the auto-upgrade on large data sets (such as Order Management, Projects, Payables). We've done some engineering to change the structure so that documents that don't have to be opened until the last moment can be moved to the new schema either before or after the upgrade, outside of the critical window.
Second: the time it takes to apply a large number of patches. Sometimes that can take a long time. The 11i.2 release is in part in response to that need. There's a facility to combine patches (the ad merge patch utility). You can consolidate required patches to shorten the amount of time and the number of administrative steps. Too few people are aware of this. You can use that tool to reduce the amount of time it takes.

**Ron Wohl:** The experience in the first iteration of upgrades (such as Yale) is not typical. Many thanks to Yale for letting us try the upgrade there. We think that portions of the upgrade are taking too long. This is only an issue for customers with large data volumes.

**Question:** Is there some published document that discusses the migration steps from Order Entry (OE) to Order Management (OM)?

**Don Klaiss:** The installation document itself discusses the steps to upgrade. The upgrade has been automated; it moves the history and order cycles for you. By working with a number of upgrading OE customers, we've identified more information that we need to provide to customers about mapping business processes between OE and OM. We've just finished a new class for Oracle University (available by the end of the year) on details on the upgrade from OE to OM.

We've also just finished a number of new white papers and will be publishing them on MetaLink in the next few weeks. We've gotten lots of feedback from early sites.

**Question:** Why is the database version 7.3.4 being desupported in December 2000, one year prior to the 10.7 desupport date? Not all customers want the complexity of the interoperability patch.

**Cliff Godwin:** The configuration in which you would run is actually an intermediate step on the way to Release 11i. You want to take that step independently of the upgrade to 11i. In order to minimize the down time getting to 11i, you want to run on version 8.1.6 or higher before you get to the 11i upgrade. Moving to version 8.1.6 would be part of the project to get to 11i. It shouldn't be seen as something distracting or not desirable.

For server partitioning mode (where you must keep track of whether you patched the database or patched the apps), 11i comes in that configuration from the beginning. Move to version 8i of the database and get comfortable with that and the patching implications.

Question: At Sun Microsystems, we're on Release 10.7 character, on a single worldwide instance that processes $10 million an hour. We started our 11i conversion four months ago. We've logged about 100 issues. I appreciate that 11i.2 is coming out, but why did we have to live with 5,000 bugs? What's going to happen when I'm done? I'm concerned about performance (from the huge increase in the number of tables) and processing times. Who owns global performance issues at Oracle? I feel frustrated that I have to go fix this myself. We have twenty programs that take longer than ten hours to run. When will they get fixed? We're already a global instance. When do I take that two-day outage? I'm glad you're working on it—but when will it be ready? One year from now is too long. <applause>

Ron Wohl: These performance issues are not typical. There must be something about the configuration that isn't right. It doesn't take that long to process. I'm not sure what you're seeing there. It needs investigation. We are certainly not aware of any issues in the upgrade that are even close to that magnitude. I don't know if we have Oracle Consulting or Support looking at your site. There shouldn't be hundreds of programs that take so long. We should talk afterwards and find out who you are working with at Oracle. Maybe there's something missing that's causing these problems. Given the number of problems, there may be something systematic that's causing it. I'm not sure.

Follow Up Question: We send a daily diary to Oracle. I would assume that someone is aware.

Ron Wohl: Let's make sure that's the right person to resolve the issues appropriately. You're one of our largest customers. The magnitude of your problems doesn't sound right. I want to find out more.

Cliff Godwin: In Release 11i, we use cost based optimization (CBO) as the default optimization method. In previous versions, you ran rules based optimization (RBO). If you have performed a lot of tuning around RBO (as some of our long time sites have done), you may well find that there may be some cases where CBO runs slower. Plan a testing exercise around these processes that are performance sensitive, so as you move them to CBO, they still perform as expected. Most processes will get better, but some will get worse. Do some planning so you have no surprises.

Question: And the accountability for performance?

Ron Wohl: Generally all segments of the business are responsible for their own performance. So Joel owns HR, Don owns manufacturing, etc.

Cliff Godwin: We also have two performance-related activities in my group. We have a central point of performance expertise to provide guidance to development. And we have a group that focuses on performance diagnostic methodology.
*[OAUG Note: The leader of Oracle's performance methodology group, Andy Tremayne, has recently published a book on this subject, entitled "Oracle Applications Performance Tuning Handbook." You can order this book at www.oaugemporium.com. Oracle also recommends that you check out the Technology section of AppsNet at www.oracle.com/appsnet for further suggestions and documentation.]*

**Don Klaiss:** Performance bugs are as treated as importantly as functionality bugs. Our developers address these issues.

**Question:** But globally, who owns looking at the whole application? We have such a function at our site. It has improved performance tremendously.

**Cliff Godwin:** As part of the overall upgrade process, my group is the central focus for the methods and standards that other teams use. If there's a process suggestion, I'm the right person to receive it.

**Question:** I work for a global company with multiple languages. As one of the original Release 11 companies, then migrating to .2 and .3, we went through "patch hell." As we moved forward, we decided our two-tier solution was going to be impractical due to patching. Our strategy was to put it all on one big box, to simply apply the patches to one box. Such a strategy requires (on Hewlett-Packard) a 64-bit solution to handle RAM addressing. Yesterday, I found out that the the components such as database and web server were all certified, but the middle components (forms, reports, etc.) were not going to be certified at the 64-bit level. Now I'm forced back into a two-tier architecture and back into that patching situation. The response from Oracle led me to believe that the reluctance was due to Oracle infighting, that development was just being reluctant to take the last step and certify the entire suite. On the HP side, will the whole toolset be certified at the 64-bit level?

**Ron Wohl:** In general, you're better off on two boxes. We don't have plans for 64-bit all the way through. We're looking at it in some specific areas, but we've not heard of much customer demand for such an overall solution. We can look into it if there is customer demand.

**Question:** This morning, you said 11i.2 is shipping. So after the session, I called to order it. I was told by customer service that 11i.2 is not shipping and may not be shipping for the next 30 days. Then they told me to call back in fourteen days to "reset my expectations." When will 11i.2 ship? And why doesn't customer service know about it?

**Ron Wohl:** 11i.2 began shipping today on Solaris, and will ship tomorrow on other platforms. Why some analysts don't know this, I don't know. That's why we're implementing our e-business suite. We have the same communication barriers that you do. Not every bit of information is synchronized. Once we're finished migrating, this information will be readily available. But we're not there yet.

**Question:** Pricing has been difficult and confusing with 11i. We used to use concurrent users, and universal power unit pricing is forcing us to undersize our configuration. Can you make concurrent user pricing an option? Transaction based pricing has inequities. What are you doing to streamline this?

**Ron Wohl:** The Internet brought many changes. There's no such thing as a concurrent user in the Internet world. For many applications, there shouldn't be a named user as you remove clerical work. On the database side, we've made our database licenses available in two ways-- either based on the CPU that you're consuming (power units) or, for applications that still have a named user basis, by named user. In the world of the web, the concurrent user has less and less meaning.

In the world of applications, we'd count up users, and it wasn't always effective. So we're moving to a variety of business methods. In areas like OM, where you don't want a lot of clerical people entering orders, we now charge not by users but by transaction volume. There's some confusion when we charge by business method. It's a perpetual license. If you have one million order lines per year, you buy that once. You don't have to buy it again if you "use up" those one million lines. If your business grows, then you need to increase the usage/license fee. Some people have interpreted these prices as a consumable, and that's not the case.

**Question:** Our greatest risk factor in HRMS is stability and integrity. We've been unable to identify who has successfully upgraded. Please identify some live customers.

**Joel Summers:** There are some customers in process with the upgrade, including payroll. Yale is upgrading, and their current plans call for a live date by the end of 2001. Cal Tech is upgrading currently, with a planned live date of September/October 2001. Staff Leasing is starting their upgrade in February. Oracle UK has been running Payroll and will be live at the end of this year, including Oracle Advanced Benefits.

There are also other customers live. Fidelity Employer Services is live on Oracle Advanced Benefits in an outsourcing mode. There are some HR customers migrating as we speak.

**Question:** There are significant performance issues in Payroll.

**Joel Summers:** The payroll performance issues we've found revolve around the necessity to take advantage and tune for CBO. As we run our benchmarks, the CBO 11i version runs 5% faster than 11.0 on RBO. But it requires your DBAs to do analysis and planning. If you do a large merger and change the employee population, analysis is critical. Find out all you can about CBO optimization. That's the most sensitive area. We have found a few things within CBO that we're looking at on a customer by customer basis.

**Ron Wohl:** Performance issues should be raised as a Priority 1 bug so we can look for anomalous behavior.

**Question:** We upgraded to 11i this past weekend, with a vanilla core financials implementation. It's beyond me that after all this testing, I still have three show-stopper issues that were just basic functionality. We went through Support and got good results on two of the issues. But on the other one, they won't give us a one-off patch. So we wanted to escalate the problem, since our go-live date isn't changing. It took my guy six hours to resolve the issue. We use MetaLink, but sometimes, you have to be able to talk to someone, especially when there are functionality issues (like accounting issues).

**Al Snyder:** You're right about needing to talk to someone. We are not eliminating phone support. We're going to use all channels. We found that over 50% of our customers submit TARs via MetaLink. 20 to 40% of our customers found their solution via self-service. We're investing more in this area, reducing the time it takes via self-service. That also helps us ensure that we match the right skill set to right problem. MetaLink gets the right people working on the problem. We still need to use the phone. There are many times that it's not only the phone analyst on the call, but we also have customer care, the bug escalation group, and development. We do those phone calls daily.

Our escalation processes are not where I want them to be. We want MetaLink to make it more automatic for an escalation to occur.

**Ron Wohl:** About one-off patches: This would be very simple if everyone's installation was the same. But we have a wide variety of business practices. We test as many different variables as we can. In this case, we didn't test enough. We produce one-off patches for some categories. For others, we may try to include them in mini-packs. We try to be sensitive to the issues, what's the urgency and risk. The support person and the developer should be working together to make that determination.

**Question: Does Oracle listen to its customers? How can Oracle be credible about "listening to its customers" when they have prohibited participation in the OAUG conference by most Oracle employees? <applause>**

**Ron Wohl:** The more general issue is what's happening moving forward with OAUG and AppsWorld. There are two types of conferences. OAUG, which is independent, hosts sessions with a focus on customer interaction, mostly on existing accounts. AppsWorld will be targeted to existing and new customers, as a blend. We're having discussions between Oracle and OAUG to see if its possible to combine the events going forward so we can have a single joint conference, and I hope we can achieve a resolution. *[Note from OAUG: In discussions with the OAUG Board, Ron Wohl offered to become personally involved in facilitating a resolution of the issues surrounding the conferences and the relationship between OAUG and Oracle. We welcome this initiative from Ron, and we will continue to work with Oracle to resolve these issues in the best interests of our members. However, at this stage, in accordance with a mandate from our members, we do not anticipate a joint conference in the immediate future. OAUG will continue to keep its members informed of any changes.]* But you must pick which conference is most appropriate for you. If you want involvement from Oracle, go to AppsWorld. If you want sessions about customers and what they're working on, that will be OAUG.

**Question:** We've been trying to plan the upgrade to 11i for several months. We talked with Oracle Consulting about our strategy. We followed their recommendation. Then we contacted Oracle Education. They told us not to upgrade as Oracle Consulting did. This puts our reputation on the line internally. We know there are internal problems and you're addressing them. It's a frustration. As we were going back and forth, it burns time. There are only so many weekends. We're trying to mitigate patches. We've found problems with patches (like issues with capitalization) that should have been caught by quality testing. There's a lot of frustration about the quality of the patches. The number of them, I won't even get into. The desupport date for Release 10.7 is December 2001. If we don't hit a July timeframe with our upgrade, we're in trouble. Have you considered extending the 10.7 desupport date? <applause>

**Ron Wohl:** About the conflicting recommendations: Sometimes there are two viable technical approaches. People have their own personal beliefs. You can always get different advice. There are reasons when one scenario might be better than another. I'm not sure that's a communication issue—there's just more than one valid answer.

On the 10.7 desupport date, we've already extended it quite a bit beyond the initial desupport date that was applied. We are not planning to extend it any further. We want to resolve the issues with 11i quickly so you make the upgrade in time. It's difficult to maintain 10.7 skills for an extended basis. But it all depends on us fixing the 11i problems.

**Question:** I'm pleased to see a reduced focus on Oracle marketing here at the OAUG conference, but I am concerned that other important functional areas of Oracle, such as Support, Education, and Development, aren't represented here. What are Oracle's plans to support current Oracle users at OAUG conferences?

**Ron Wohl:** We've made no plans for the OAUG Spring 2001 Conference (in Atlanta) as of yet. We have AppsWorld in February, and that's where we're focused now. We also have a European AppsWorld in February. In general, you'll see that the Oracle AppsWorld has the focus of Oracle's attention, including Development, Support, Consulting, and Education, with the event designed to benefit existing customers and prospects in one combined show.

**Question:** I find the responses and support from Oracle not very good; for example, there are no responses on enhancements at this conference. Do you believe in the enhancements process? These enhancements are for current and future users. Does the customer really matter to Oracle?

**Ron Wohl:** We're in this business for our customers. The overall enhancements process includes the OAUG ballot, special interest groups, enhancement sessions, customer advisory boards, and a variety of forums for customers to give us direct enhancement feedback. We're taking feedback on the web via AppsNet, capturing that data from people who don't attend OAUG conferences. The OAUG enhancements feedback is very close to being ready. I may be the bottleneck. As soon as I get back, I will take a look at it and make sure we get it out.

**Question:** Back to the concurrent user question: As we're looking at our contract, we want to talk to Oracle about updating our license. So we hear about power units. The numbers that are being kicked around are very large. When we put Oracle on a box, we're not using the entire box for Oracle, and we're being penalized for that. We do know how many users we have, even if you tell us we don't know.

**Ron Wohl:** This is a database pricing issue that's best addressed with Jacqueline Woods (jdwoods@oracle.com). We're focused on the applications here.

**Question:** There are few 11i classes available. Some are being taught on PowerPoint, because the Vision database doesn't work. What are you doing to get education ready?

**Ron Wohl:** This morning, I checked for education classes on Oracle's web site, and I found a large variety of classes. They're being taught with live demo environments. The number of classes is being increased due to demand.

**Question:** As Oracle moves to regional support centers, we're noticing performance degradations. When will the migrations be done? How many support centers do you have and where are they?

**Al Snyder:** We haven't done anything to consolidate support centers other than moving the Spanish language support into the Orlando center three years ago. There may be a specific issue in this pre-submitted question that we don't know about.

As to directions—our intent is to be able to get you to the right person, the right team, anywhere in the world. There are three things to consider when we develop support capacity. 1) The right

skills, 2) the time zone, 3) language. All three have to be dealt with, under constraints of cost and quality. The Internet allows a more global approach. Those three factors will still be prevalent in our infrastructure.

Question: During the past two and a half years, in our applications-related special interest group, we've had very strong participation from Oracle developers. I know there are some diverting directions, but what alternate means are you looking at so we can still have close communications with development?

Ron Wohl: We want to continue that communication. We've gotten tremendous value from it.

Question: How many customers are on NT?

Cliff Godwin: We don't know the number. As to how large a system you can deploy on NT, we're looking to hardware vendors to do the sizing with all the different products they produce and make some recommendations. One constraint with NT is the size of the data server. There's no single answer to that. That will always change. What we typically see is that people run a homogeneous Unix or NT environment; we thought it would be NT in the middle and Unix on the back end. Companies that deploy homogeneously on NT stay with that. Many who started out with mixed deployments are moving to a homogeneous environment for convenience.

Ron Wohl: Most customers will prefer to run on Unix, if you've got both skills.

Question: What is Oracle doing to train technical support analysts to understand the functionality? My developers are telling Oracle what the answer is. <applause> Analysts pass the buck to other groups, saying it's their problem, not ours. How do you stop that? What are you doing about MetaLink turnaround time? It has been two weeks and no one has responded. <applause>

Al Snyder: We continue to work with development to get the analysts trained early. Our goal is to stay one step ahead of the problems you're experiencing. This is one of the reasons we're investing in our knowledge database. We're proactively working on problems and putting them into the knowledge base so you can find the answers via self-service. All employees can access that information. We find the problem once and then propagate the answer globally. Yes, we need more training. We will continue to invest in that.

Question: It seems that when we get a good analyst, then they leave. And someone new comes along that knows nothing. What are you doing to keep those people there?

Al Snyder: That's why we want to go to MetaLink. The idea is to get the right skill set on the call. You have skilled DBAs and system administrators at your shop, and many times, you're ahead of us on these problems. We want to use the knowledge system on MetaLink to handle this. If we do the screening right, we can identify that we have an advanced customer on the line. It's all about implementing this CRM model in Oracle Support. We haven't gotten all the tools yet. But that's the direction we're going.

Support needs to be here to hear this.
Performance is stretched on MetaLink, since there's lots of usage. You submit the TAR, and it's not getting into the queue. This only happens at certain times of the day. We're trying to figure

out this bug. That's part of the reason for the lack of responses. Overall, we only see what comes into the queue. Our MetaLink performance is better than calling on the phone. That doesn't even count 20-40% of you who are using self-service. We have another problem with certain CSIs. These are two known bugs, and we're working on them.

About teaming: We've had this problem for some time. Do you structure by specialist or generalist teams? We struggle with that. The problems cut across many products. We hope to use the Internet and some of the pre-screening to decide what kind of team to put in place. We're shooting for a team of experts who works the TAR before calling you back.

Question: There are common themes here---patching and support. You will never be successful if you keep having to support buggy software. You have buggy software at the beginning. What can you do to fix testing and the QA function? It's broken. You need true end users doing the testing.

Ron Wohl: We have too many bugs and too many patches. This is despite the fact that we have people outside Oracle who are testing the software. We have built a large set of regression tests that cover the software being used in different ways. We have done a significant amount of testing on the software. It's not so much about how can we test, but rather, how can we automate certain operations. On patches, can we automatically create database patch drivers to eliminate sources of errors? We want to automate to eliminate errors. Testing alone is not the answer. You'll see a lot of improvement.

EXHIBIT 3

IDG Network:   Login   Register


Is your business making the most of mobility?
Inc! Forbes.com   NOK CONNECTIN COMPUTE

**COMPUTERWORLD** An IDG company   QuickLink   ● Search | Computerworld

| Home | News | Topics | Print Edition | Services | Subscribe | Events | In Depth | XML Fei

# Users Vent Frustration Over Oracle CRM/ERP Upgrades

## 'Not ready for prime time' among complaints at conference

News Story by <u>Marc L. Songini</u>

OCTOBER 30, 2000 (<u>COMPUTERWORLD</u>) - Honolulu

Oracle users last week expressed frustration over problems with upgrading to Oracle's new E-Business Suite 11i software.

During sessions at the Oracle Applications Users Group (OAUG) conference here, attendees complained about a lack of reliable information about the status of the



applications, a flurry of bug-fix patches, malfunctioning modules and the difficulty in getting help from Oracle Corp.'s customer service organization. Several attendees said Oracle has released about 5,000 patches that for 11i.

The software "is not ready for prime time," said Donna Rosenstrater, an OAUG board member who works at San Jose-based electronics contract manufacturer Sanmina Corp.

The 11i suite, which became fully available in May, is the latest version of Oracle's Web-based enterprise resource planning (ERP) and customer relationship management (CRM) applications. Oracle plans to stop offering free customer

support on most of its earlier releases at the end of next year, which means users
will have to upgrade or pay extra for support.

## Long Time to Upgrade

Karen Gilbert, an OAUG director who works at Dallas-based consulting firm
Computer Systems Authority, said the general rule of thumb among users is that it
takes about seven days to go live with 11i, whereas most companies typically have
just a weekend to implement an upgrade.

Gilbert also claimed that Oracle's own support staff hasn't been properly trained on
the workings of the 11i suite.

Oracle's applications unit needs to start performing triage by stopping new-product
development work and focusing resources on helping users get through their
upgrades, she said.

Not all user experiences have been negative. The new installations seem to be
going more smoothly than the upgrades, said observers.

For example, Pella Corp., a window and door manufacturer in Pella, Iowa, went live
with 11i's financial modules after spending 17 weeks installing the software.

"Slowly but surely, we're rolling out 11i," said Pella Vice President and CIO Steve
Printz.

Jeremy Burton, senior vice president of products and services at Oracle, said only
43 companies have gone live with 11i applications thus far.

But, he said, it doesn't take as long to implement the new Oracle applications as it
does to install ERP systems from rival vendors.

Any new application release is bound to have bugs, Burton said, but he described
the 5,000-patch figure cited by OAUG attendees as too high. While he wouldn't
disclose a specific total of patches, Burton said Oracle has "a huge services
organization geared up to help solve these problems" during migrations.

Oracle's Appsnet online community is one venue where users can share migration
tips and other information, said Burton.



Copyright © 2005 Computerworld Inc. All rights reserved. Reproduction in whole or in part in any form or medium without express written perm
Computerworld Inc. is prohibited. Computerworld and Computerworld.com and the respective logos are trademarks of International Data Grou

# EXHIBIT 4

http://www.firstcall.com/links/42/428508...0141/82458340401285210810/38681609012

09:31am EST  3-Nov-00 Goldman Sachs (Rick G. Sherlund) ORCL
Oracle - Early checks with applications customers.

                     Goldman, Sachs & Co. Investment Research

                  Oracle - Early checks with applications customers.

    ••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••
    * Investor sentiment on Oracle has been more negative over the past 6     •
    * weeks since the report of slower than expected applications growth in   •
    * the August quarter.  This, combined with a difficult tech tape, has     •
    * caused a number of issues to surface and fuel greater controversy in the•
    * name.  We are holding a call with investors today at 10:00 am EST to     •
    * sort out the substantive issues from the rumors and review some of our  •
    * early checkings with applications customers and consultants on the new  •
    * release (11i) of Oracle's strategically important applications products.•
    * We believe this new release has some issues with bugs, but no 'show     •
    * stopper' issues.  We maintain estimates and buy rating on Oracle shares.•
    ••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••

         Rick G. Sherlund (New York) 1 212-902-6790  -  Investment Research
         Lilly Bahramipour (New York) 1 212-902-4605  -  Investment Research
           Nils Tristan (New York) 1 212-902-4077  - ·Investment Research

    ===================  NOTE  9:11 AM  November 03, 2000  ===================

|  | Stk Rtg | Latest Close | 52 Week Range | Mkt Cap (mm) | YTD Pr Change | Cur Yield |
|---|---|---|---|---|---|---|
| Oracle Corp. | RL | 29.56 | 47-13 | 165474. | .6% | 0.0% |

|  |  | --------------Earnings Per Share--------------- |  |  |  |  |  |
|---|---|---|---|---|---|---|---|
| ORCL (US$) |  | Aug | Nov | Feb | May | FY | CY |
|  | 2002 FY | 0.10 | 0.13 | 0.15 | 0.26 | 0.64 |  |
|  | 2001 FY | 0.09A | 0.10 | 0.12 | 0.20 | 0.50 | 0.54 |
|  | 2000 FY(A) | 0.04 | 0.07 | 0.09 | 0.16 | 0.34 | 0.42 |

|  |  | -Abs P/E on- |  | -Rel P/E on-- |  | EV/NxtFY | LT EPS |
|---|---|---|---|---|---|---|---|
|  |  | Cur | Nxt | Cur | Nxt | EBITDA | Growth |
| ORCL | FY | 59.1X | 46.2X | 2.3X | 1.9X | NA | 25% |
|  | CY | 54.7 |  | 2.1 |  |  |  |

    ===========================================================================
    *  Investors can listen to our comments and ask questions by dialing (877)
       502-9273, (913)981-5582, in the UK 80077771111.

    *  Oracle's stock is always vulnerable to negative speculation as it nears
       the end of the quarter, but the rumors have started early this quarter
       with speculation that the CFO was departing, the CEO Larry Ellison was
       departing, and more.  These are all false and denied by management.  We
       believe the speculation may intensify near the end of the November
       quarter and the stock's high valuation may subject it to some additional
       vulnerablitiy, particularly in the environment of Regulation FD where
       companies are less likely to comment to investors and analysts.  We like
       the stock and this might represent a buying opportunity.

    *  First, we would like to address the substantive issues, putting Release
       11i issues in perspective. We believe the release was buggy, but
       consistent with other major new releases. Oracle needs more reference
       accounts to help sell it, but there do not appear to be any 'show
       stopper' issues surfacing at this point in our checkings. There are now
       43 live sites, up from 27 a month ago.  Second, Oralce will not
       overwhelm i2 or Siebel with this release, best of breed vendors are
       likely to continue to capture the high end of the market (and both of

3

these stocks remain on our recommended for Purchase List, along with Oracle). Oracle will see early success more in the mid-market, with several larger accounts as notable wins. Third, we believe Oracle will emerge through this product release transition as a strong vendor with accelerating top line growth in applications and also in the database business. Oracle's database business should be pulled along by its own applications business, but more importantly from the success of the broader applications market which still deploys largely on Oracle databases.

======================================================================

Perhaps the biggest substantive issue of controversy for Oracle is the market acceptance of the new release of its strategically important applications suite, Release 11i. We have been checking with users and will not be done for another week or so, but on a preliminary basis it appears to us that there are no 'show stopper' issues. The number of live sites is now reported to be 43, up from 27 at the analyst meeting a month ago. We believe there are about 300 new customers and installed base users upgrading to Release 11i now. There has been a lot of bugs reported, an issue raised at the recent user group meeting, but this does not appear to be different from other major releases of Oracle software.

HP is implementing Oracle's CRM product and will go into pilot in December, and are happy with the Release 2 of 11i, which fixed many of the bugs reported to date. JDS Uniphase is implementing the broader e-business suite, but will not implement much of 11i until it completes the rollout of 11.03 next year. It does not require the features of Siebel or i2 at this time. Other large customers expected to roll out Oracle applications include Lucent, Bell South, Agilent, and divisions of GE. We expect that most of the early adopters of 11i will be mid-market vendors, customers that do not require the best of breed functionality and want quicker implementations associated with an integrated solution.

We believe that maybe 10% of Oracle's applications customers will upgrade to Release 11i by the end of the February quarter, with an accelerating rate of adoption to follow after it appears that most of the early bugs have been addressed with subsequent minor updates. Customers we are talking to like integration (one data model, one programming language, on vendor for support, one upgrade cycle, less integration work, quicker implementation, etc). Oracle sells integration and flexible Internet architecture, and does not typically engage in a feature by feature comparison with the best of breed vendors. We continue to believe the high end belongs to the best of breed vendors and it will take Oracle time to move up market, but not all of the high end requires best of breed.

We also note that much of Oracle's success with 11i has been leveraging off of its financials and related ERP suite, not lead by the CRM or SCM modules. Release 11i integrates in these modules for the first time. We believe there is the opportunity to pull along CRM and SCM solutions with the ERP modules and begin to position as a broader e-business suite vendor.

A large fruit juice vendor in the Northeast reports 6 months time implementing 11.0 and expects to take 2-3 months implementing 11i. The vendor was aware of 11i upcoming functionality and Internet architecture in selecting Release 11 but will wait a while before implementing 11i. We believe many customers will be influenced as more reference sites report back that the product works as advertised and bugs reports appear to be addressed by the minor new releases.

Important Disclosures (code definitions attached or available upon request)
ORCL      : CS, M, SP1, SP2
First Call Corporation, a Thomson Financial company.
All rights reserved.   888.558.2500
]

http://www.firstcall.com/links/42/428508__0141/8245834040128521081 0/386816090.htm

EON

3

EXHIBIT 5

Citation                    Search Result        Rank 4 of 18        Database
11/6/00 DJNS 15:28:00                                                ALLNEWSPLUS
 11/6/00 Dow Jones News Serv. 15:28:00
(Publication page references are not available for this document.)

                          Dow Jones News Service
              Copyright (c) 2000, Dow Jones & Company, Inc.

                        Monday, November 6, 2000

             MARKET TALK: Could Japanese Bonds Be Benchmark?
     Edited by Thomas Granahan
     Of DOW JONES NEWSWIRES
     (Call Us: 201 938-5299; All Times Eastern)
     MARKET TALK can be found using code N/DJMT

    3:28 (Dow Jones) Albert Wojnilower, senior economic advisor to Monitor-
Clipper Partners and Craig Drill Capital, said Japanese government bonds could
someday achieve benchmark status. "Should the Japanese market modernize to
render it as transparent and commercially reliable for foreigners as the
American market is today, Japanese government obligations could turn out to be
the benchmark instrument of choice." Wojnilower, a former N.Y. Fed official,
wrote in the October issue of Business Economics. (HJP)

    3:17 (Dow Jones) Expectations of weak October industrial orders are likely
behind the weakness in Parker-Hannifin Corp. (PH) shares. Several analysts,
including Bear Stearns, alerted investors to the possible weak numbers, which
are expected to be announced after the market closes Monday. It also didn't
help that Bear Stearns doused heated speculation that Parker-Hannifin may be
acquired. "We believe that Parker-Hannifin management is fiercely opposed to
selling the company," said analyst John Inch. (CCW)

    3:05 (Dow Jones) While the DJIA, S&P 500, and Nasdaq Composite have all
confirmed their rallies with follow-through days, there is a decided "value
bent" to the move, says JW Genesis technical analyst Gary Kaltbaum.
Homebuilders, insurance, restaurants and S&L's are leading the way, but if the
market is going to get legs, it probably won't be these areas that propel it
further. Seasonal strength may help, but the 3525 area is critical on Nasdaq.
(TG)

    2:47 (Dow Jones) Dec. S&Ps are firmer, with the market straddling between the
modest weakness of Dec. Nasdaq and the gains of Dec. DJIA. Volume continues to
be light. "It's the day before the election and people don't think they have to
be here," one floor trader says. (DMC)

    2:41 (Dow Jones) Oracle (ORCL) shares are slipping in heavy trading as
investors continue to rotate out of the company amid valuation concerns and
fears of a light November quarter. Although such fears are common for Oracle,
which has a history of erratic results and back-end loaded quarters, the
chatter is starting sooner than it has in the past. It's too early for it to

          Copr. © West 2002 No Claim to Orig. U.S. Govt. Works

11/6/00 DJNS 15:28:00
(Publication page references are not available for this document.)

have any merit, analyst say, but it will likely intensify as November draws to a close. (MLP)

2:34 (Dow Jones) Sporting strong adjusted free cash flow of $388 million, solid-waste giant Waste Management Inc. (WMI) reported on-target 3Q earnings of 33 cents a share. The company was hit by lower commodity revenue and higher fuel costs, but CEO A. Maurice Myers said he's pleased with the two-to-three year program he's implemented to turn the company around. Citing the jump in Waste Management's shares following the conference call earlier Monday, Myers said investors are picking up on management's enthusiasm. (CCW)

2:18 (Dow Jones) Shares of Hoover's Inc. (HOOV), an Internet company that provides business information, rose for a second session Monday after Dawn Simon, a manager of the Merrill Lynch Internet Strategies Fund, offered Hoover's as a stock pick on CNBC-TV Friday. The shares are up 7%. (RR)

2:14 (Dow Jones) The Philadelphia Bank Index is once again approaching the 900 mark, a level that has been acting as pretty strong resistance since April 1998. One component that has been notable technically, says Joe Sunderman, of Schaeffer's Investment Research, is Fifth Third Bancorp (FITB). After breaking out to an all-time high, the shares have come back to find converging support at their 10-week moving average and back to the top of the former trading range. "We believe this is an opportunity to jump on this name as it meets double-barreled support," Sunderman says. (TG)

2:00 (Dow Jones) Despite the erosion of fiscal discipline that is likely to ensue from virtually any election outcome, the budget surplus is unlikely to fall below $200 billion before fiscal 2004, barring a recession, say J.P. Morgan economists. (SV)

01:46 (Dow Jones) Gerard Klauer Mattison analyst John Bauer predicts Teligent (TGNT) will announce it has received additional funding with Wednesday's 3Q results. "Hand in hand with an announcement that they've received additional financing, we think the company will announce a moratorium on growth into new markets and will make some cutbacks in existing markets," says Bauer. Analysts have questioned the company's ability to continue without the funding. (JAW)

1:40 (Dow Jones) Investors should bulk up on shares of Bally Total Fitness (BFT), Merrill Lynch says. The fitness club operator "has dominant market share and the potential for upside earnings based on dramatically improving margins," said analyst Burke Koonce. Besides that, management is "strong," Koonce said. He didn't indicate whether he meant from a business savvy or physical fitness standpoint. (KJT)

1:28 (Dow Jones) Fed funds futures contract is now implying a 34% chance of a 25 bp Fed rate cut by the end of March, compared to 70% just a few weeks ago. Market is said to be bracing for a Republican sweep, with eventual tax-cuts

Copr. © West 2002 No Claim to Orig. U.S. Govt. Works

11/6/00 DJNS 15:28:00
(Publication page references are not available for this document.)

that could stimulate the economy and prevent the Fed from easing any time soon. (SV)

1:23 (Dow Jones) One sign that the market is looking for a Bush victory: of the top 14 industry groups ranked by six-month price performance, nine are medical or related to medical, says Mark Minervini, of Quantech Research. (TG)

1:14 (Dow Jones) EUR/USD is moving up slightly as Bundesbank President Ernst Welteke says euro exchange rate poses a risk for the world economy and that euro is undervalued given economic fundamentals. EUR/USD is at $0.8577, off recent intra-day low of $0.8557. (CSE)

1:05 (Dow Jones) Dec. S&Ps are near session highs in another attempt to take out 1449. However, floor traders say that the low volume could thwart a big move to the upside. "There's not anyone here to really push it higher," one trader says. The trading pit is emptier than usual, with a lot of traders using the light volume to get lunch. (DMC)

1:00 (Dow Jones) Whatever happens in the Presidential and Congressional elections, any knee-jerk reaction seen in the pharmaceutical and biotechnology investors is short-sighted, according to some Wall Street experts. No matter who wins, a prescription drug benefit for the elderly is coming, and Democrats and Republicans are going to have to work together. (BMM)

---- INDEX REFERENCES ----

NEWS SUBJECT:     Dow Jones News Service; Dow Jones News Wires; Bond News; Dow
                  Jones Market Talk; Dow Jones Newswires Web Service; News
                  Digest; Content Types; News Summaries; Federal Funds Rate;
                  English language content; Economic News; Economic News,
                  Trends and Analysis, U.S. (DJN DJWI BON DJMT DJWB NSUM NCAT
                  SUM FFR ENGL ECAT ECO)

MARKET SECTOR:    Newswire End Code; Clip Routing Code (NND TPX)

PRODUCT:          General Economic Stories (DEC)

REGION:           United States; United States; North America; North America
                  (Regional Focus); North American Countries; Pacific Rim
                  Countries (US USA NME NAM NAMZ PACRMZ)

Word Count: 1042
11/6/00 DJNS 15:28:00
END OF DOCUMENT

Copr. © West 2002 No Claim to Orig. U.S. Govt. Works

EXHIBIT 6

10:00am EST  7-Dec-00 BlueStone Capital (Jean W. Orr, CPA 646.458.1138) ORCL
Oracle Corporation (ORCL): Lowering Stock Price Targets


BlueStone Capital Research
December 7, 2000
Jean W. Orr, CPA
646.458.1138/jorr@bluestonecapital.com
Matthew Norton
646.458.1137.mnorton@bluestonecapital.com


### RESEARCH NOTE

| | | | |
|---|---|---|---|
| Company: | Oracle Corporation* | Symbol (NASDAQ): | ORCL |
| Industry: | Software | Price (12/06/00): | $30.19 |
| Intermed. Rating: | 3 | Intermed. Price Target: | $32.00 |
| Long-term Rating: | 1 | L-term Price Target: | $37.25 |
| Risk Profile: | Good Quality | Market Cap: | $179.1 billion |

### Oracle Corporation: Lowering Stock Price Targets

| | | | |
|---|---|---|---|
| Est.3-yr. Ann. EPS Growth | 22.8% | Shares Outstanding | 5.9328 billion |
| 2001E EPS | $0.48 | 52 Week Range | $46.47-$18.97 |
| 2002E EPS | $0.56 | Avg Daily Vol. | 58.4M shares |
| 2001E PE Ratio | 62.9x | Inst. Hldgs | 42.5% |
| 2002E PE Ratio | 53.9x | Insider Hldgs | 23.9% |
| Cur. Bk. Value/shr | $0.91 | 2001E Cash Flow/Shr | $0.56 |
| Ann. Dividend/Yield | Nil | FY ends: | May |
| 2001E ROE | 53.9% | Next Reporting Date | Dec 14 |

* BlueStone Capital makes a market in this security

HIGHLIGHTS
*              We are lowering our price targets for Oracle stock based on
the lower valuations the market is giving technology stocks.  Our new targets
are $32.00 per share intermediate term and $37.25 longer term.

*              We are making no changes in our earnings estimates or 3-1
rating on the stock at this time.

*              The company will announce second fiscal quarter results after
the market closes on December 14.  We expect revenues will be $2.7 billion and
earnings per share $0.11 for the quarter compared with $2.3 billion of
revenues and earnings of $0.06 per share in the second quarter a year ago.

*              The economic slowdown could impact future results for Oracle.
  However, the move to Internet-based business will continue to create demand
for Oracle's products.  We don't foresee a significant negative impact unless
the U.S. economic growth slows substantially from the current level.

Oracle stock continues to sell at premium multiples, 62.9x our fiscal 2001
estimate and 53.9x our fiscal 2002 number.  These multiples are 3.1 and 2.7
times our longer-term forecasted growth rate of 20% and above the company's
historic P/E range of 30x to 45x.  Our new price targets are based on a 60
multiple, still above the historic range, using calendar 2001 and 2002
estimates.

IT spending is part of capital spending and, therefore, subject to cutbacks
when economic growth slows.  On the other hand, moving to e-business is
considered an imperative by most enterprises and will probably not be postponed
even during difficult times.  Oracle products enable e-business.  Hence, we
expect the current economic slowdown to have little impact on Oracle's results.
  If the U.S. economic growth slows substantially from the current level, it
would have a negative impact on Oracle, but probably not as great as on many
other companies.

| | EPS | 2000A | 2001E | 2002E | 2003E |
|---|---|---|---|---|---|

| FY | | | | |
|---|---|---|---|---|
| Q1 | $0.04 | $0.08A | $0.09 | $0.10 |
| Q2 | 0.06 | 0.11 | 0.12 | 0.13 |
| Q3 | 0.09 | 0.12 | 0.13 | 0.15 |
| Q4 | 0.15 | 0.17 | 0.22 | 0.24 |
| Year | $0.34 | $0.48 | $0.56 | $0.63 |
| Consens. | | $0.49 | $0.60 | NA |

| REV (000) | 2000A | 2001E | 2002E | 2003E |
|---|---|---|---|---|
| Q1 | $1,984.5 | $2,261.9A | $2,650.0 | 3,100.0 |
| Q2 | $2,321.9 | 2,700.0 | 3,150.0 | 3,500.0 |
| Q3 | $2,449.4 | 2,825.0 | 3,300.0 | 3,850.0 |
| Q4 | $3,374.3 | 3,800.0 | 4,350.0 | 4,950.0 |
| Year | $10,130.1 | $11,586.9 | $13,450.0 | $15,400.0 |

This report has been prepared from original sources and company data we believe
to be reliable, but make no representation as to its accuracy or completeness.
This report is published solely for information purposes and is not to be
construed either as an offer to sell or the solicitation of an offer to buy any
security or the provision of or an offer to provide investment services in any
state where such an offer, solicitation or provision would be illegal. Any
opinions expressed herein are statements of our judgment on this date and are
subject to change without notice. BlueStone Capital Partners L.P. (BSCP), its
affiliates and subsidiaries and/or their officers and employees may from time
to time acquire, hold, or sell a position in the securities mentioned herein.
Additional information on subjects in this report is available upon request.
Member NASD, ISMA, and SIPC. All rights reserved by BSCP. BSR-00-424.
First Call Corporation, a Thomson Financial company.
All rights reserved.  888.558.2500
}

EON

EXHIBIT 7

08:17am EST 12-Dec-00 J.P. Morgan (EPIFANIO II. W. (1-212) 648-3285) ORCL
ORACLE CORPORATION:  ORACLE'S SECOND QUARTER EARNINGS

December 12, 2000

J.P. MORGAN SECURITIES INC.  -  EQUITY RESEARCH

WILLIAM EPIFANIO II (1-212) 648-3285
Daniel Ambrico (1-212) 648-6103
Lisa Rachal (1-212) 648-7321

Oracle Corporation  (MARKET PERFORMER)

ORACLE'S SECOND QUARTER EARNINGS: A DEFINITE MAYBE

| Fiscal ORCL 12/11 | 52-Wk Rge | 5/00A | 5/01 | Earnings Per Share 5/02 | 2Q/01 | 2Q/00 | P/E 5/00E | 5/02E | Yld | MkCap ($BB) |
|------|------|------|------|------|------|------|------|------|------|------|
| $31.94 | $46-14 | $0.34A | $0.49E | $0.56E | $0.10E | $0.06A | 64.2 | 57.0 | 0% | 169.2 |

| Calendar ORCL 12/11 | 52-Wk Rge | 12/99 | 12/00 | Earnings Per Share 12/01 | Sep/00 | Sep/99 | P/E 12/00E | 12/01E | Yld | MkCap ($BB) |
|------|------|------|------|------|------|------|------|------|------|------|
| $31.94 | $46-14 | $0.25A | $0.43E | $0.52E | N/A | N/A | 74.3 | 61.4 | 0% | 169.2 |

Our reports and models are now available on the JPMS MorganWISE Website.
Please contact your JPMS salesperson for more information and a password
for these services.

Oracle reports 2Q/01(November 2000) Earnings results on Thursday,
December 14th after the market closes; the following are JP Morgan's
expectations:

ú    JPMS EPS estimate of $0.10 in-line in consensus
ú    15% Y/Y total revenue growth to $2.67 billion
ú    18% Y/Y database revenue growth to $770 million
ú    55% Y/Y applications revenue growth to $260 million
ú    29.1% Operating Margin; 21.4% Net Margin
ú    TRADING ADVICE:
  We would NOT recommend buying ahead of the earnings release since we expect
  the market will react extremely negatively to ANY slight miss or blemish!
  Only the brave and the confident should buy now, in our view.


While we expect Oracle to hit its earnings target of $0.10 per share this
quarter, we believe investor focus will be on the company's sales mix.
Last quarter Oracle showed strength in database sales, but fell short of
our expectations for applications. Heading into this quarter, we believe
Oracle could face challenges in both the database and applications markets
that may not affect this quarter's results, but could have longer-term
impact.

ú    The database market could show signs of weakening. We estimate
  database revenue growth of 18% to $770 million. We believe several factors
  could negatively impact database sales in the next few quarters including:
  1) the shakeout in the dot-com sector --- a group that once contributed
  roughly 10% of Oracle's database sales --- should weaken; 2) weakness in

the telecom vertical market; and 3) a general economic slowdown. In
addition, our channel checks tell us Larry Ellison has given his sales
force extra incentives to pull database sales forward from 3Q/01 to this
quarter, another indication this market may be slowing. We'll certainly be
watching trends in the company's DSOs this quarter.

ú   We expect application sales will be the key to this quarter,
after falling short of expectations last quarter. Specifically, we
estimate application sales growth of 55% to $260 million. We believe
Oracle's 11i e-business suite continues to have bugs thereby limiting the
number of notable customer references for the new product. We continue to
expect most large customers will wait another 2 quarters, or so, before
purchasing the product, as confirmed by Oracle at its last analyst meeting.

ú   We believe most of the cost cutting is behind Oracle, which means
less potential upside on the margins. On a sequential basis, we expect
operating margins to be higher than last quarter, but big potential upside
to our 29.1% estimate could be challenging. Of course, Oracle's operating
margins typically increase sequentially through the year, along with sales.

ú   We expect the consulting and education business to post small
growth this quarter, growing 3% to $722 million. Oracle continues to
believe this business will re-gain momentum in the second half of Fiscal
2001.

We reiterate our Market Performer rating for Oracle based on concerns
regarding valuation and management changes.

| ($ in millions except per share data) | | |
| Income Statement | 2Q/00 | 2Q/01E |
| --- | --- | --- |
| Sales | | |
| Licenses and Other | 903 | 1,097 |
| Services | 1,419 | 1,575 |
| | | |
| Total Sales | 2,322 | 2,672 |
| | | |
| Operating Expenses | | |
| Sales and Marketing | 631 | 665 |
| Cost of Services | 753 | 788 |
| Research and Development | 248 | 307 |
| General and Administrative | 113 | 134 |
| Total Operating Expenses | 1,746 | 1,894 |
| | | |
| Operating Income | 576 | 778 |
| Operating Margin | 24.8% | 29.1% |
| Other Income (Expense), net | 15 | 100 |
| Income Before Income Taxes | 592 | 878 |
| Income Tax Expense | 207 | 307 |
| Tax rate | 35% | 35% |
| Net Income | 384 | 571 |
| Net Margin | 16.6% | 21.4% |
| | | |
| Weighted Avg. Shares Outstanding | 6,013 | 5,933 |
| | | |
| Earnings per share (Less Extraordinary) | 0.06 | 0.10 |

Year-Over-Year % Change

| | | |
|---|---|---|
| Total Sales | 12.9% | 15.1% |
| Operating Income | 50.8% | 50.5% |
| Net Income | 40.3% | 48.5% |
| EPS in $ (per wt. avg. share) | 37.6% | 50.5% |

Source: Company data and JPMS estimates.

(The analyst or research associate holds a position in this stock.)
First Call Corporation, a Thomson Financial company.
All rights reserved.  888.558.2500
)

EON

EXHIBIT 8

08:13am EST 15-Dec-00 Morgan Stanley\DW (Phillips, Charles E. 1-212-761 445)
ORACLE: HOW SUITE IT IS P1

North America: United States of America
Technology: Enterprise Software

December 15, 2000
Analysis of Sales/Earnings
Oracle
(NASDAQ: ORCL, Bloomberg: ORCL US)
How Suite It Is

---

Charles E. Phillips
+1 (1)212 761 4450
Charles.Phillips@msdw.com

---

**-FULL STEAM AHEAD**
On a constant currency basis, apps grew 73% and database increased 26% year over year.  We think Oracle is hitting their groove.

**-LARGE DEALS STEMMING FROM APPS BUSINESS**
Success in the apps business is leading to more large deals.  11i has 83 live customer references and 1,000 implementations underway.

**-NOT IN THE PC MARKET**
The PC downturn and Microsoft's preannouncement should not impact business at Oracle.

---

STRONG BUY

| | |
|---|---|
| Price (December 14, 2000): | $28.38 |
| Price Target: | $62.50 |
| 52-Week Range: | $46.47 - 20.72 |

WHAT'S CHANGED
Earnings (2002):          $0.60 (from $0.59)

---

Price: Abs. and Rel. To Market & Industry

The PDF versions of the complete document including these graphics or tables are available to Morgan Stanley Dean Witter clients through Research Link at www.msdw.com, contact your sales representative for access information.

Company Description

Oracle is the world's leading supplier of software for information management, and the second-largest software company. Oracle's products include the Oracle8 database, and an integrated family of horizontal application products.

| FY ending May 31: | 2000A | 2001E | 2002E | 2003E |
|---|---|---|---|---|
| EPS ($) | 0.33 | 0.51 | 0.60 | -- |
| P/E | 86.0 | 55.6 | 47.3 | -- |
| Market Cap ($ m) | 166,703 | | | |

http://www.firstcall.com/links/60/60632346032813129005/9938555836740862553/399157... 2/27/2002

```
L-T EPS Grth ('yy - 'yy) (%) 20.0
Shares Outstanding (m)    5,875.0
```

| Q'trly | 2000A | 2001E | | 2002E | |
|--------|-------|-------|-------|-------|-------|
| EPS | actual | curr | prior | curr | prior |
| Q1 | 0.04 | 0.08A | -- | 0.09 | -- |
| Q2 | 0.06 | 0.11A | -- | 0.13 | -- |
| Q3 | 0.08 | 0.12E | -- | 0.14 | -- |
| Q4 | 0.15 | 0.20E | -- | 0.24 | -- |

E = Morgan Stanley Dean Witter Research Estimate

How Suite It Is

Summary and Investment Conclusion

After an incredibly rumor filled and media intense 90 days, it turns out Jeff
Henley is still there, Larry Ellison is still breathing, and the quarter was
just fine. All that, we think, will be forgotten.

With 73% growth in application license revenue and 26% database license
growth (both constant currency), Oracle is delivering on its promises in its
own unconventional way. The quarter was clean -- no hanging chads or pregnant
dimples. All major product lines and geographies posted solid results.

Given the Microsoft pre-announcement and generally bad news in the PC sector,
the market may have trouble assessing whether Oracle's results are an
aberration or a changing of the guard. At this point, Oracle has to feel a
bit like Kip Keino did in the 1968 Olympics. The famous Olympic runner was
so far ahead of heavily favored Jim Ryun in the final leg, he thought he had
taken a wrong turn. Well it turns out Mr. Keino was just that good and was
well on his way to making history.

Financial Results

EPS --- Oracle reported fiscal year Q2 2001 earnings per share of $0.11 vs.
$0.06 last year and $0.10 consensus number. The above consensus earnings
result was driven by higher operating margins as total revenue was in line.
Oracle produced the upside with a whopping 5.9 billion shares outstanding
post the stock split -- its hard to move such a big needle.

License Revenue --- License revenue beat our estimate of $1,075 million by
$43 million and increased 25% year over year versus our 19% growth estimate.
On a constant currency basis, license revenue grew 32%. This was the first
time in 3 1/2 years that Oracle was able to produce back-to-back 30% plus
license revenue growth

Margins - Operating margins were 36% this quarter, 5 percentage points better
than our estimate. In each of the last four quarters, Oracle has managed to
improve year over year operating margins by more than 10 percentage points.
Few multibillion dollar companies in the world have ever expanded margins so
rapidly which is why CEOs are interested in meeting with Oracle.

Total Revenue --- Total revenue in the quarter was $2.7 billion and grew 15%
year over year which was inline with our estimate. Services continues to
lag, but license revenue made up the difference this quarter.

Product Line Revenues --- Applications growth beat our estimate of $252
million (50% year over year growth). Oracle produced nice upside at $279
million in applications license revenue or 66% year over year growth. The

number was actually stronger given the 7% currency hit.  Since currency helps
SAP, the company's largest applications competitor, we should adjust Oracle's
applications growth number to 73% to at least neutralize the negative
currency hit.

Live customers reference sites for 11i climbed up to 83 which compares to our
estimate of 50 for the quarter.  The company expects 100 implementations to
go live by January and over 1,000 implementations are now underway.  The
first version of 11i had the bugs that all new releases of this size usually
have, but 11.03 was released in November to resolve those issues.

Database license revenue came in at $775 million, compared to our estimate of
$767 million.  While the reported growth rate of database was 19%, after
adjusting for currency, database growth was 26%.  Application server revenues
were reclassified into database sales from tools sales in Q1 since Oracle has
positioned the product as a performance-enhancing cache around the database.
The reclassification contributed two percentage points of growth to the 1H01
database growth of 24%.

Service Revenue --- Services revenue grew 9% year over year this quarter,
which compares to 10% in the same quarter last year.  Sequentially, services
increased 6%.  Support revenue grew 21% year over year and consulting and
training was down 4% year over year, but still much better than last quarter
which was down 10% year over year.  The company is starting to make the turn
in the consulting line and the book to bill is positive.  By design,
consulting revenues won't return to the glory days since the new Oracle
applications need less consulting and implementation resources.
Additionally, third party integrators are taking on more of the
implementation projects as Oracle continues to build its ecosystem.

Geographic Segments --- The US contributed 57% to total revenue in the
quarter, while EMEA and Asia Pacific added 29% and 15% respectively.  Europe
was only up 1% in the quarter but adjusted for currency, would have increased
11% while the US and Asia Pacific grew 20% and 28% respectively.  Database
servers in Europe were down 3% in dollars but up 13% in local currency versus
a tough compare.  Local currency growth for applications in Europe was an
impressive 92% (66% in dollars).  Database and applications comparisons get
easier in Europe in Q3.

Management highlight normalized growth this quarter given the effect a strong
dollar impact to each of the product lines.  Although divots and wind are all
part of the playing field, if the game was played in a dome on astro turf,
our sports commentary would have Oracle sporting touchdown dances all over
the conference call last night.

Balance Sheet --- Total cash at the end of the period was $4.4 billion, which
compares to $5.1 billion at the end of last quarter.  Oracle was able to
purchase shares at an attractive level during the quarter as the NASDAQ took
its down turn and rumors beat the stock down.  The company executed on its
share buy-back program and saw a decrease in other income as a result.  DSOs
were 66 days, in-line with previous quarters.  Deferred revenue was down
sequentially from $1.2 billion to $1.1 billion which is in line with the
seasonal trend.

Exhibit 1

Product Line Growth Rates --- Constant Currency

The PDF versions of the complete document including these graphics or tables
are available to Morgan Stanley Dean Witter clients through Research Link at

www.msdw.com, contact your sales representative for access information.

Source: Company data, Morgan Stanley Dean Witter Research

The PDF versions of the complete document including these graphics or tables
are available to Morgan Stanley Dean Witter clients through Research Link at
www.msdw.com, contact your sales representative for access information..
Headcount --- Total headcount grew 2% sequentially to 42 million employees
with close to a 50/50 split between international and domestic employees.
The company plans to modestly hire new employees over the course of the year,
but will focus its attention on productivity gains from existing employees.
On 11i, the company is armed and ready with 3,000 hungry quota-carrying reps
and a swat team of more than 400 specialists.

Exhibit 3

                        (PLEASE SEE PART 2)

]

EON

08:13am EST 15-Dec-00 Morgan Stanley\DW (Phillips, Charles E. 1-212-761 445)
ORACLE: HOW SUITE IT IS P2

Oracle's $2 Billion Savings Target

| ($mm) | Previous Goal | New Goal |
|---|---|---|
| Consolidated IT | $200 | $250 |
| Sell Side | $550 | $1,450 |
| Buy Side | $150 | $200 |
| Inside | $100 | $100 |
| Total | $1,000 | $2,000 |

Source: Company Data.

Covisint Selects the eBusiness Suite

Oracle will support and manage Covisint's infrastructure.  Oracle will also
receive an equity position in Covisint for which the details are not being
disclosed, but it is expected to be similar to the 2% stake that Commerce One
received for its software and services.  The revenue from this agreement will
be recognized in the third quarter of Oracle's fiscal year which gives
management some visibility going into the quarter.  Covisint licensed more
than 50 applications from Oracle.  Some of the products included are server
warehousing, data mining, and other infrastructure services. They will
implement the Oracle E-Business Suite (HR, marketing, sales, and service
functionality); Oracle Exchange Marketplace (to provide security,
registration, single sign-on capabilities, and pricing), Oracle technology
platform (database and application server) and the Oracle Internet Developer
Suite.

Large Deals Stemming from the Application Business

Deal sizes in the applications business have been increasing.  For deals that
were larger than $1.5 million, the company reported a 45% increase year over
year which compares to 36% growth during the same period last year.  The
company points out that there are always 1 or 2 large deals in the $10 --$30
million range. As Oracle reports more success in the applications business we
expect deal sizes will continue to grow and there may be an opportunity to
reel in more mega deals.

Customer Wins

Major customers wins in the quarter with customers who purchased the majority
of the 11i eBusiness Suite included JDS Uniphase who is rapidly undergoing
acquisitions and implemented ERP, supply chain and CRM; a global
implementation across 14 countries which should be completed in 11 months.
American General is an insurance company that had purchased a set of point
solutions, but has replaced much of their architecture with 11i and is now
discussing estimate improvements with Wall Street.  Compaq and Hewlett
Packard (adopted CRM including the sales online module) were also significant
wins in the quarter for 11i.  Management pointed out three competitive
customer wins in supply chain against i2: Qualcomm, Hayward and Terradime.
In CRM, Oracle management stated that several Siebel replacements have been
completed, but did not state the names of these customers.

Oracle announced several live customers and gave indication of a robust pipeline dominated by Fortune 500 clients. The company can now share a laundry list of customers that are live on 11i. Some of the live 11i customers are Barclays UK, Hallmark Cards, Hutchinson Telecom (UK), Doral Financial Corp (LAD), American Trans Air, Pac-West Telecomm, Royal Air Force, Silterra (APAC), TeliaNet (EMEA), American Linen, Inventec (APAC), Net pliance, Odwalla, Retek, Vingage, Chipotle, Agilera, Chevron/Retailers MarketExchange, MetalMaker, Red Herring, Papa Johns, CyberSource, ZapMedia, and Hostcentric Management Company. A sample set of the customers which are currently in the pipeline includes BellSouth, Citigroup, MBNA, Bank of Montreal, Xerox, JDS Uniphase, GE Medical, GE Capital, GE Industrial, Ingersoll-Rand, HP, and Ralston Purina. GE was expected to be up and running in 18 months and they are on target.

Pricing Doesn't Hold Them Back

The company reported 25% license revenue growth on a more conservative licensing policy. As we pointed out last quarter, Oracle's pricing has shifted toward more conservative deals that generate revenue over time from a customer instead of maximizing up front revenue. Three quarters of the database deals completed in the quarter were on a power unit basis, which is a significant shift from last quarter where half of the deals were complete on the new pricing methodology.

Exhibit 4

Oracle 11i eBusiness Suite Products

The PDF versions of the complete document including these graphics or tables are available to Morgan Stanley Dean Witter clients through Research Link at www.msdw.com, contact your sales representative for access information.

Source: Company data

Exhibit 5

Oracle 11i eBusiness Suite Products

The PDF versions of the complete document including these graphics or tables are available to Morgan Stanley Dean Witter clients through Research Link at www.msdw.com, contact your sales representative for access information.

Source: Company data

Technology Migration

Oracle continues to gain mindshare against Microsoft with its developers network --- OTN. Over 1 million developers have subscribed total the network. On the database side, customers feedback suggests a generational shift is taking hold and sending traditional IBM customers over to Oracle. Many of the prior generation CIOs were IBM loyalists, however, more recent evaluations reveal the functionality advantage of Oracle's technology which only gets better with the release of 9i in March 2001. In terms of customer retention in the database business, Oracle ranks significantly higher than each of its key competitors according to AMR's recent survey.

Exhibit 6

Oracle Technology Customer Satisfaction

| Customer Retention | | Customer Attrition |
|---|---|---|
| Oracle | 85% | 5% |
| IBM DB2 | 66% | 11% |
| SQL Server | 66% | 14% |
| DB2 AS/400 | 68% | 27% |

Source: AMR, October 2000.

Outlook

Oracle has always said the PC wasn't that relevant to their business and they'll be especially adamant given the slowdown in that sector. Given a soft landing in the economy, Oracle management feels that the demand environment for enterprise software will remain in tact. In a tough market environment, both customers and investors might gravitate toward stable companies with less risk. A suite implies less implementation risk which might be the right message in the current environment.

Management refined its product line guidance on the call. Including the effect of foreign exchange, management expects database growth for next quarter to fall in the range of 15% -- 20% and applications are expected to grow at 75% or better. Total license revenue growth, including currency effects is expect to return 24% year over year growth, while consulting and support grow at 5% and 23% respectively. Overall the company is forecasting a 5% and 3% hit across all segments of the business for Q3 and Q4 of 2001, respectively. In Q3 2001, we have modeled other income at $45 million and EPS remains at 12 cents which is in line with company guidance. In 2002, we EPS for the full year went up 1 cent on a slight increase to total revenue in the second quarter.

Whether Oracle can stay unscathed in slowing macro environment is the open question and we suspect most investors will need to see another quarter of performance to be convinced. The only recent example is the slowing spending environment around Y2K -- a period in which Oracle gained market share and expanded margins.

(PLEASE SEE PART 3)

First Call Corporation, a Thomson Financial company.
All rights reserved.  888.558.2500
]

EON

08:14am EST 15-Dec-00 Morgan Stanley\DW (Phillips, Charles E. 1-212-761 445)
ORACLE: HOW SUITE IT IS P3

The information and opinions in this report were prepared by Morgan
Stanley & Co. Incorporated ("Morgan Stanley Dean Witter").  Morgan Stanley
Dean Witter does not undertake to advise you of changes in its opinion or
information.  Morgan Stanley Dean Witter and others associated with it may
make markets or specialize in, have positions in and effect transactions in
securities of companies mentioned and may also perform or seek to perform
investment banking services for those companies.  This memorandum is based on
information available to the public.  No representation is made that it is
accurate or complete.  This memorandum is not an offer to buy or sell or a
solicitation of an offer to buy or sell the securities mentioned.

Within the last three years, Morgan Stanley & Co. Incorporated, Dean Witter
Reynolds Inc. and/or their affiliates managed or co-managed a public offering
of the securities of i2 Technologies.

Morgan Stanley & Co. Incorporated, Dean Witter Reynolds Inc. and/or their
affiliates make a market in the securities of Oracle.

Morgan Stanley & Co. Incorporated, Dean Witter Reynolds Inc. and/or their
affiliates or their employees have or may have a long or short position or
holding in the securities, options on securities, or other related
investments of issuers mentioned herein.

The investments discussed or recommended in this report may not be suitable
for all investors.  Investors must make their own investment decisions based
on their specific investment objectives and financial position and using such
independent advisors as they believe necessary.  Where an investment is
denominated in a currency other than the investor's currency, changes in
rates of exchange may have an adverse effect on the value, price of, or
income derived from the investment.  Past performance is not necessarily a
guide to future performance.  Income from investments may fluctuate. The
price or value of the investments to which this report relates, either
directly or indirectly, may fall or rise against the interest of investors.

To our readers in the United Kingdom: This publication has been issued by
Morgan Stanley Dean Witter and approved by Morgan Stanley & Co. International
Limited, regulated by the Securities and Futures Authority Limited.  Morgan
Stanley & Co. International Limited and/or its affiliates may be providing or
may have provided significant advice or investment services, including
investment banking services, for any company mentioned in this report.
Private investors should obtain the advice of their Morgan Stanley & Co.
International Limited representative about the investments concerned.

This publication is disseminated in Japan by Morgan Stanley Dean Witter Japan
Limited and in Singapore by Morgan Stanley Dean Witter Asia (Singapore) Pte.

To our readers in the United States:  While Morgan Stanley Dean Witter has
prepared this report, Morgan Stanley & Co. Incorporated and Dean Witter
Reynolds Inc. are distributing the report in the US and accept responsibility
for it contents.  Any person receiving this report and wishing to effect
transactions in any security discussed herein should do so only with a
representative of Morgan Stanley & Co. Incorporated or Dean Witter Reynolds
Inc.

To our readers in Spain: AB Asesores Morgan Stanley Dean Witter, SV, SA, a
Morgan Stanley Dean Witter group company, supervised by the Spanish
Securities Markets Commission (CNMV), hereby states that this document has

been written and distributed in accordance with the rules of conduct applicable to financial research as established under Spanish regulations.

To our readers in Australia: This publication has been issued by Morgan Stanley Dean Witter but is being distributed in Australia by Morgan Stanley Dean Witter Australia Limited A.C.N. 003 734 576, a licensed dealer, which accepts responsibility for its contents. Any person receiving this report and wishing to effect transactions in any security discussed in it may wish to do so with an authorized representative of Morgan Stanley Dean Witter Australia Limited.

To our readers in Canada: This publication has been prepared by Morgan Stanley Dean Witter and is being made available in certain provinces of Canada by Morgan Stanley Canada Limited. Morgan Stanley Canada Limited has approved of, and has agreed to take responsibility for, the contents of this information in Canada.

Additional information on recommended securities is available on request.

(c) Copyright 2000 Morgan Stanley Dean Witter & Co.

First Call Corporation, a Thomson Financial company.
All rights reserved. 888.558.2500
]

EON

# EXHIBIT 9

# Banc of America Securities

Montgomery Division

## Equity Research

**Bank of America**

---

## ORACLE CORPORATION*

**BUY**

| December 15, 2000 | INTERNET INFRASTRUCTURE SOFTWARE | NASDAQ: ORCL |
|---|---|---|

*Bob Austrian (415) 913-5424: baustrian@bofasecurities.com* | Analysis of Sales/Earnings

*Tom Pagel (415) 627-3817: tpagel@bofasecurities.com*
*Sandeep Shroff (415) 627-2845: sshroff@bofasecurities.com*

DJIA: 10675
S&P 500: 1341

| | | | 2000A | 2001E | 2002E |
|---|---|---|---|---|---|
| PRICE: | $27.50 | FYE 5/31 | | | |
| 12-MONTH TARGET PRICE: | $45 | EPS | | | |
| 52-WEEK RANGE: | $46-19 | Q1(AUG) | $0.04 | $0.08A | $0.11 |
| FULLY DILUTED SHARES O/S: | 5.850.0 MM | Q2(NOV) | 0.06 | 0.11A | 0.15 |
| MARKET CAPITALIZATION: | $160.9 BB | Q3(FEB) | 0.08 | 0.12 | 0.17 |
| AVG. DAILY VOL. (3 MOS.): | 54.443.962 | Q4(MAY) | 0.15 | 0.21 | 0.27 |
| SECULAR EPS GROWTH: | 30% | FISCAL YR | $0.34 | $0.52 | $0.69 |
| FY 2001E REVENUES: | $11.9 BB | P/E | 80.9 | 52.9 | 39.9 |
| MARKET CAP./REVENUES: | 1348% | P/E/G | 270% | 176% | 133% |
| 11/00 TOTAL DEBT: | $300.8 MM | PREV. EST. | | $0.50 | |
| 11/00 LTD/TOTAL CAP.: | 5.8% | CALENDAR YR | $0.43 | $0.59 | $0.76 |
| 11/00 ROAE: | 61.2% | P/E | 64.0 | 46.6 | 36.2 |
| 11/00 SHAREHOLDERS' EQ.: | $4.926.5 MM | P/E/G | 213% | 155% | 121% |
| 11/00 BOOK VALUE/SHARE: | $0.84 | PREV. EST. | | $0.57 | |
| DIVIDEND/YIELD: | NONE | | | | |

* Banc of America Securities LLC currently maintains a market in this security.

---

**A Very Good Quarter—Clean Across the Board and Accelerating Applications Growth.
Still Maintaining Caution Given a Slowing Economy, Slower Margin Expansion and
Valuation. In Our View, It's Clearly a "Buy."**

---

**KEY POINTS:**

♦ Oracle delivered a very good F2Q01 (November). For the first time in several quarters, Oracle
delivered a very clean quarter, with all key metrics having met or exceeded estimates. Most notably,
applications license revenue accelerated to 66% growth vs. our high-on-the-street 58% growth
estimate. Database licenses were in-line at $775 million. Excluding currency effects, revenue growth
would have been 6.5% higher. Operating income grew 64% year-over-year, and beat our growth
estimate of 47%. We continue to be quite optimistic about Oracle's B2B infrastructure sector, as the
company's improving results attest to. Finally, Oracle's suite-based counter to the "best of breed"
applications approach continues to make modest but noteworthy progress.

♦ Caution is still warranted given the economy, slower margin expansion, and valuation.
While Oracle took another positive step in F2Q, a few cautionary factors preclude a more aggressive
rating. A slowing economy, while perhaps affecting B2B infrastructure less than some other sectors,

## Banc of America Securities

could still limit upside, at the margin. In addition, Oracle's margin expansion, while still impressive, is beginning to slow; operating margin outperformance was only 11% this quarter, versus more than 20% for each of the last four quarters. Finally, valuation remains high at 13x CY01 revenue and nearly 50x EPS.

◆ **Summary: positive execution and opportunity are constrained by economy, valuation. Reiterate "Buy."** Oracle had a fine quarter, delivering very clean results across the board. The company is executing remarkably well given a couple of senior management departures in the last several months. In addition, Oracle's market opportunity and suite-based approach remain robust. These positives continue to be constrained by a looming macroeconomic deceleration, internally slowing margin expansion, and valuation. In summary, the Oracle story is now 30% fundamental execution and 70% a question of "what are they worth?" In our view, the company is worth a P/E to growth ratio of 2x. Relative to our new CY02 EPS estimate of $0.76, and assuming a 30% long-term EPS growth rate, our new price target is $45. Still solidly a "Buy."

---

**Details:**

**Big Picture: Our Perspective on the Desktop to Internet Evolution**

The gap between desktop computing and Internet-oriented, server-based computing is widening. The technology landscape continues to evolve dramatically from yesterday's desktop-oriented, PC-based environment to today's Internet-oriented, server-based world. Evidence of this widening dichotomy continues to mount, with desktop-oriented PC manufacturers, hardware vendors, and software vendors (Microsoft) continuing to disappoint investors. Notably, Microsoft said their enterprise applications are doing fine. Investors grouping all technology companies together, in our view, are missing the crux of the Internet revolution. The Internet, for the first time, enables widespread, easy access to common data, thereby making many formerly prohibitively expensive or technologically infeasible applications possible.

Many business applications are essentially created by the Internet. Such applications, that have been enabled "overnight" by the Internet, include procurement, B2B connectivity, collaboration, productivity-enhancing applications such as expense reporting and employee self-service, and browser-based versions of existing ERP and CRM applications. Server-based business applications are accelerating, while desktop applications are declining. In yesterday's world, you ran applications on your desktop because you had to. Today, you communicate across continents with business partners because you can. It's why everyone's hoping for DSL, not a new PC, under their tree this Christmas season.

Oracle's database and applications fully embrace the Internet "architecture." Oracle, as a flag-bearer for Internet-oriented, B2B infrastructure and applications, is well positioned to leverage this ongoing, dramatic paradigm shift. In the old world, you owned software because you had to. In the new world, because of the Internet, it is possibly to rent applications from a third party and access them over the Internet. Oracle is embracing this ASP model. The Internet is a server-based architecture and Oracle sells server-based products. Oracle didn't plan or invent the Internet, but their products are tailor-made for it.

**Financial Overview**

Revenues: Total revenue came in at $2.66 billion, up 15% y/y, inline with our estimate of $2.63 billion. Application license revenue at $279 million (25.5% of total license revenue) was up 66% y/y and

2       *Bob Austrian (415) 913-5424*

## Banc of America Securities

5% ahead of our Street-high estimate of $265 million. Database server license revenue was $775 million, up 19% y/y, slightly (~3%) ahead of our estimate of $755 million. EPS was $0.11, a penny better than our $0.10 estimate. This quarter saw total revenues get impaired by about 6.5% due to foreign exchange factors (primarily a weak Euro).

**Expenses:** Expense control on all fronts contributed to the large jump in operating margin improvement. As a percentage of revenue all expense items were lower sequentially as well as on year-over-year basis. On the operational efficiency front, Oracle continues to lead by example by using its own software products to streamline its own business processes. Gross margin for services was 54.9%—better than it has ever been for Oracle. Total headcount, after trending down for the last five quarters, inched up by 2% this quarter. This increase in headcount may constrain operating margin expansion slightly in F3Q (Feb), but we expect operating margin expansion to continue.

**Table 1**
**VARIANCE SUMMARY**
($ millions)

|                    | FY 2Q01A | FY 2Q00 | % Chg | FY 2Q01E | Variance |
|--------------------|----------|---------|-------|----------|----------|
| License Revenue    | 1093     | 877     | 24.6% | 1055     | 3.6%     |
| Total Revenue      | 2660     | 2322    | 14.5% | 2630     | 1.1%     |
| Operating Income   | 946      | 576     | 64.2% | 849      | 11.5%    |
| Pretax Income      | 966      | 592     | 63.3% | 949      | 1.8%     |
| Net Income         | 623      | 384     | 62.0% | 617      | 1.0%     |
| EPS                | $0.11    | $0.06   | 65.8% | $0.10    | 2.1%     |
| Shares O/S (mm)    | 5,875    | 6,013   | NM    | 5,939    | NM       |

Good outperformance, but magnitude of operating income upside declined. As outlined in Table 2, revenue and operating income outperformed estimates. Note that operating income outperformed by only 11% (not bad) after having outperformed our estimates by more than 20% in each of the last four quarters. We believe outperformance in operating income continues to be within reach for Oracle, but that big outperformance will be less likely than it has been in the recent past.

## Banc of America Securities

Table 2
**ORACLE CORPORATION**
Outperformance
($ millions)

| | Aug-99 1Q00 | Nov-99 2Q00 | Feb-00 3Q00 | May-00 4Q00 | Aug-00 1Q01 | Nov-00 2Q01 |
|---|---|---|---|---|---|---|
| Estimated License Revenue | 645 | 835 | 955 | 1,825 | 770 | 1,055 |
| Reported License Revenue | 603 | 877 | 1,043 | 1,792 | 771 | 1,093 |
| % Outperformance | (6.6%) | 5.1% | 9.2% | (1.8%) | 0.2% | 3.6% |
| | | | | | | |
| Estimated Total Revenue | 2,075 | 2,320 | 2,370 | 3,405 | 2,285 | 2,630 |
| Reported Total Revenue | 1,985 | 2,322 | 2,449 | 3,374 | 2,262 | 2,660 |
| % Outperformance | (4.4%) | 0.1% | 3.4% | (0.9%) | (1.0%) | 1.1% |
| | | | | | | |
| Estimated Operating Income | 346 | 468 | 599 | 1,139 | 545 | 849 |
| Reported Operating Income | 346 | 576 | 770 | 1,388 | 658 | 946 |
| % Outperformance | 0% | 23.0% | 28.4% | 22.0% | 20.7% | 11.5% |

Source: Company reports, Banc of America Securities LLC estimates.

*Outperformance has moderated.*

### Suite-Based Product Positioning Continues

Oracle's suite-based approach takes another positive step. Oracle's management, most notably CEO Larry Ellison, continues to proffer an argument in favor of a suite-based approach to business computing, as opposed to "best of breed". The Oracle perspective is that business buyers can acquire a suite of applications from Oracle that are integrated and use a common database, thereby reducing the need to hire large numbers of programmers to cobble together disparate "best of breed" solutions. The argument is sound—integration is arguably the most challenging task in building today's business computing systems. Unfortunately, until recently, the solutions haven't existed. Oracle's suite of applications, while still offering less functionality than "best of breed" vendors, appears to be making headway. Application licenses grew 60% in the quarter, and Oracle's 11i E-Business Suite, introduced in June, now has 83 live customers. We believe the suite-based approach will continue to gain gradual acceptance among customers.

### Applications Overview

E-Business Suite 11i gaining traction. Oracle's E-Business Suite 11i has established a foothold in the enterprise market. 11i now has 83 live customers and management believes the number of live customers could be in the hundreds by February 2001. In addition, 11i seems to now be reaching a critical mass of reference customers. Oracle's suite-based approach eliminates the need for large-scale system integration, reducing labor costs which can often exceed costs of software by 200-300% or more. As an example of Oracle's rapid implementation potential, management cited JDS Uniphase, which implemented the entire e-business suite across 14 countries in a span of ten months. Finally, the company highlighted a few applications wins against "best-of-breed" vendors including i2 and Siebel.

Application outlook: near-term acceleration is possible. Management has guided to year-over-year application growth of 75% in F3Q01 (Feb). The company maintains that its pipeline is strong and the issue with respect to applications is whether it can deliver the product, not the demand.

*Bob Austrian (415) 913-5424*

**Banc of America Securities**

### Services Overview

Services gross margin at 54.9%—best ever performance. Oracle saw the productivity of its services organization grow to an unprecedented level. The services organization delivers support services, consulting services and education services. Within this organization, the consulting and education services group delivered a 1% y/y increase in revenue (in local currency terms) after five consecutive quarters of zero or negative growth. Support services continue to grow at a steady pace of around 30%.

### Operating Margins

1080 basis point margin improvement y/y is the big news. In its quest of reaching 40% blended operating margin (for the fiscal year) by F4Q01 (May), Oracle itself continues to be the best example of the ROI its software is capable of delivering. In this latest quarter Oracle's operating margin rose to 35.6%, 1,080 basis points better than the 24.8% operating margin last year. The law of diminishing returns certainly applies to margin improvements as it does to just about any other process, but we believe Oracle can deliver on its goal of taking operating margin up to 40% over the next couple of quarters.

### Covisint

Covisint to buy Oracle software for cash and equity. During the quarter, Oracle highlighted its new agreement with Covisint, the large B2B exchange for the automotive industry sponsored by GM, Ford and Daimler-Chrysler. The exchange has licensed more than 55 Oracle products, including Oracle E-Business Suite, Oracle Exchange Marketplace, Oracle technology platform (database and application server) and Oracle Internet Developer Suite. Revenue from this deal will be recognized in F3Q0 (February). As part of the deal Oracle also received an undisclosed equity in Covisint. Covisint announced that it had already transacted $1.5 billion worth of business on its marketplace. Although this is a large number in absolute terms, it is very small when compared to the $300 billion of US automotive industry's direct spend that this exchange was setup to capture. Investors will watch the evolution of Covisint, and its use of Oracle's products, as a leading indicator of Oracle's future success in the e marketplace arena.

### Geographies

Oracle executed well across all geographic regions. In constant dollars, their sales were up 26% in North America, 18% in Europe, Middle-East and Africa and 34% in Asia Pacific countries. Applications performed well in all regions. However, in Europe database licenses were lower by 3% in dollar terms but 13% higher in local currencies.

*Bob Austrian (415) 913-5424*

## Banc of America Securities

Table 3
**ESTIMATE REVISIONS**
($ millions)

|  | FY 3Q01E | FY 4Q01E | FY01E | CY01E |
|---|---|---|---|---|
| **Current** |  |  |  |  |
| License Revenue | 1,305 | 2,285 | 5,454 | 6,070 |
| Total Revenue | 2,930 | 4,080 | 11,931 | 13,040 |
| Operating Margin | 37.8 | 46.0 | 38.5 | 40.3 |
| EPS | $0.12 | $0.21 | $0.52 | $0.59 |
| **Previous** |  |  |  |  |
| License Revenue | 1,260 | 2,240 | 5,326 | 6,050 |
| Total Revenue | 2,845 | 4,045 | 11,782 | 13,050 |
| Operating Margin | 34.7 | 41.8 | 35.5 | 37.5 |
| EPS | $0.12 | $0.20 | $0.50 | $0.57 |

Summary: Modest increases in estimates. Maintain Buy. We've made modest increases to estimates as outlined in Table 3. We're raising FY01 EPS from $0.50 to $0.52. We're increasing FY01 revenue by about $150 million to $11.9 billion. Our calendar 2001 EPS estimates are increased from $0.57 to $0.59, with only minor modifications to our revenue estimates. Maintain Buy.

*Oracle Corporation is the world's largest vendor of database software and information management services with $10.1 billion in LTM revenues. Oracle software provides solutions for client/server and Internet computing, mainframe downsizing and corporate re-engineering. Oracle products include databases, a complete suite of development tools and application products for accounting, human resources and manufacturing.*

| NOT FDIC-INSURED | May lose value |
|---|---|
|  | No bank guarantee |

This report is for information purposes only and is based on information available to the public from sources believed to be reliable, but no representation is made that it is accurate or complete, and no information herein should be relied upon as such. Opinions and projections found in this report reflect our opinion as of the report date and are subject to change without notice. This report is neither intended nor should be considered as an offer to sell, or solicitation or basis for any contract, for the purchase of, any security, loan or other financial product. Banc of America Securities LLC, its affiliates, Banc of America Corporation and their respective directors, officers and associates, from time to time may maintain a long or short position in, act as a market maker for, or purchase or sell a position in, securities, loans or other financial products mentioned herein, or of the entities referred to herein, or related investment securities or products. Banc of America Securities LLC or its affiliates may have acted as manager or re-manager for a public offering of securities of companies mentioned herein. Banc of America Securities LLC or its affiliates may be performing, have performed or seek to perform investment banking, advisory, or other services for any company mentioned herein. Certain securities in this report may have been registered under the Securities Act of 1933 as amended (the "Securities Act") and may not be offered or sold except in a transaction pursuant to SEC Rule 144A, Regulation S or otherwise exempt from or not subject to the registration requirements of the Securities Act. Past performance of securities, loans or other financial instruments is not indicative of future performance. This report may not be circulated or reproduced without prior written permission from Banc of America Securities LLC. Banc of America Securities LLC is not responsible for typographical errors herein. Further information on any security mentioned herein may be available upon request. Banc of America Securities LLC is a subsidiary of Bank of America Corporation and is a member of NYSE, NASD and SIPC.          © Copyright 2000 Banc of America Securities LLC

EXHIBIT 10

08:23am EST 15-Dec-00 Goldman Sachs (Rick G. Sherlund) ORCL
Oracle Reports Robust Apps Growth; Mgmt States Strong Business Outlook; RL

Goldman, Sachs & Co. Investment Research

Oracle Reports Robust Apps Growth; Mgmt States Strong Business Outlook; RL

```
....................................................................
• Oracle reported strong fiscal 2Q (Nov) results across all geographies  •
• with rev gwth of 15%, in line with ests. Despite negative currency, apps•
• gwth was robust at 66%, above our 50% est and database gwth of 19% was  •
• also in line with our and Street ests. EPS of $0.11 increased 66% over  •
• $0.06 last year. Hosting a bullish conf call, Oracle was optimistic     •
• about F3Q, with apps gaining traction with large, referencable          •
• customers; company outlook is strong despite broader concerns of        •
• potential economic slowdown. We maintain our F2001 rev est of approx    •
• $12B and EPS of $0.51 and F2002 rev est of approx $15B and EPS of $0.64.•
• Maintain Buy Rating.                                                    •
....................................................................
```

    Rick G. Sherlund (New York) 1 212-902-6790  -  Investment Research
    Lilly Bahramipour (New York) 1 212-902-4605  -  Investment Research
       Nils Tristan (New York) 1 212-902-4077  -  Investment Research
      Sheng-Sheng Foo (New York) 1 212-357-4172  -  Investment Research
    Patricia Reddington (New York) 1 212-902-1950  -  Investment Research

=================== NOTE  8:01 AM  December 15, 2000  ===================

| | Stk Rtg | Latest Close | 52 Week Range | Mkt Cap (mm) | YTD Pr Change | Cur Yield |
|---|---|---|---|---|---|---|
| Oracle Corp. | RL | 27.50 | 47-19 | 153929. | -2% | 0.0% |

--------------Earnings Per Share------------

| ORCL (US$) | Aug | Nov | Feb | May | FY | CY |
|---|---|---|---|---|---|---|
| 2002 FY | 0.10 | 0.13 | 0.15 | 0.26 | 0.64 | |
| 2001 FY | 0.08A | 0.11A | 0.12 | 0.20 | 0.51 | 0.55 |
| 2000 FY(A) | 0.04 | 0.07 | 0.09 | 0.16 | 0.34 | 0.42 |

| | | -Abs P/E on-- Cur | Nxt | -Rel P/E on-- Cur | Nxt | EV/NxtFY EBITDA | LT EPS Growth |
|---|---|---|---|---|---|---|---|
| ORCL | FY | 53.9X | 43.0X | 2.3X | 1.9X | NA | 25% |
| | CY | 50.0 | | 2.1 | | | |

=====================================================================
• Oracle delivered strong earnings, benefiting from: 1) growing traction
  in the application market fueling robust applications revenue growth of
  66% (or 73% in local currencies); and 2) solid database growth of 19%
  (or about 26% growth in local currencies); and 3) further operating
  margin expansion. The company reported 83 live customers on its 11i
  applications suite (we estimate about 20% are live on the CRM module and
  30% may be live on SCM) with several hundred expected to be live by the
  end of the February quarter. Oracle emphasized that its key
  differentiation is its fully integrated suite of applications that
  installs relatively quickly, requiring minimal systems integration.

• Oracle management indicated it has seen no effects of a slower economy
  on its business. We note that the company is positioned in a high
  growth market and has new product momentum with the applications Release

11i. Management expects applications growth of about 75% in the February quarter, but we have modeled only 60% given our view that there may be slower capital spending if the slowing economy continues to broaden the range of sectors that are affected.

============================================================================

QUARTERLY REVIEW
Oracle continues to use integration as a long-term strategy and competitive advantage. Management seems very bullish on the growth opportunity for its 11i-application suite across all geographies, and has characterized its sales prospect pipeline as 'astounding.'

The company posted an impressive quarter with good key metrics across the geographies and business segments despite a 6.5% negative impact from currency. We would expect currency to have some dampening effects on business for the remainder of fiscal 2001, but not as bad as the November quarter (assuming no change from current levels).

License revenue of $1.1 billion was in line with our estimates. As expected, consulting and education increased slightly (growing one percent over last year in local currencies and declining 4% in reported revenues), which should continue to accelerate. Internationally, Oracle had strong results in North America, Asia/Pacific, and EMEA where EMEA doubled its applications sales for two quarters in a row.

The balance sheet remains healthy, with accounts receivable DSO's declining to 66 days from 69 days. Deferred revenues declined 17% sequentially, in line with the company's normal seasonal pattern.

Oracle continues to evangelize the benefits of an integrated suite of applications versus its more functional best of breed competitors (including i2 and Siebel). We believe this is a more compelling advantage in the mid-market where the tradeoff of functionality for the benefits of ease of implementation is less of an issue than for the high-end customers. Oracle disputes the assertion that it is a mid-market vendor, noting a number of high-end customer wins as well.

We remain bullish on Oracle and believe it has likely seen the worst in its transition to the new 11i suite and estimate accelerating top line growth going forward. We do suspect that a tougher macroeconomic environment for capital spending could have some impact on Oracle's business, including a lengthening of sales cycles, higher accounts receivable days sales outstanding, possibly lower average deal sizes, and less upside to operating results and perhaps less of an increase in deferred revenues. To date, this is not evident and the product cycle momentum is robust.

Important Disclosures (code definitions attached or available upon request)
ORCL      : CS, M, SP1, SP2
First Call Corporation, a Thomson Financial company.
All rights reserved.  888.558.2500
]

EON