# EXHIBIT 11

3 of 4 DOCUMENTS

Copyright 2001 Time Inc.
Money

January, 2001

**SECTION:** INVESTING/STOCKS/MONEY 30; Pg. 47

**LENGTH:** 710 words

**HEADLINE:** Techs Tumble, McDonald's Climbs

**BYLINE:** Erica Garcia

**BODY:**

The MONEY 30 index, which tracks the performance of blue-chip growth stocks at the forefront of today's economy, fell 4%—to 3668—from Oct. 27 to Nov. 27 (January 1996 equals 1000).

Most tech companies saw their shares fall in the continued decline of the Nasdaq. Database giant Oracle plunged 32.1% amid concerns that tech industry profits will be hit hard by the slowing economy. Hewlett-Packard lost 17% after falling short of Wall Street's earnings expectations for its fiscal fourth quarter and dropping its bid to acquire PriceWaterhouseCoopers.

McDonald's was among the top gainers, up 11.1% despite lackluster third-quarter revenues. The weak euro and slow sales have recently taken a bite out of the stock, but investors now consider the hamburger giant a value. Another solid gainer was UnitedHealth Group, which was up 7.3%. The operator of HMOs has benefited from strong earnings and investor optimism that a Republican presidential victory could mean less regulation for the health-care industry.    — Erica Garcia

| Company | Price | % total return 1 month | P/E 2000 | Revenue ratio (billions) |
|---|---|---|---|---|
| American International Group (AIG) | $92.69 | −0.7% | 28.7% | 33.0  $42.0 |
| America Online (AOL) | 43.97 | −5.8 | −42.0 | 73.5   7.4 |
| AT&T (T) | 18.88 | −13.5 | −61.6 | 21.1   65.0 |
| Amgen (AMGN) | 67.19 | −1.9 | 11.9 | 54.6   3.6 |
| Cisco Systems (CSCO) | 51.25 | −4.3 | −4.3 | 65.0   22.0 |
| Citigroup (C) | 47.44 | −2.9 | 14.8 | 15.4   93.0 |
| Coca-Cola (KO) | 59.56 | 1.5 | 3.1 | 34.4   20.0 |
| Colgate (CL) | 56.96 | 2.6 | −11.4 | 29.9   9.3 |
| Disney (DIS) | 29.94 | −14.8 | 2.4 | 29.6   25.0 |
| Enron (ENE) | 78.88 | 1.8 | 78.6 | 47.5   71.0 |
| Fannie Mae (FNM) | 78.38 | 5.6 | 27.3 | 16.1   40.0 |
| General Electric (GE) | 49.13 | −5.8 | −4.0 | 33.0   128.0 |
| Gillette (G) | 34.81 | 6.4 | −13.9 | 25.8   9.7 |

Money, January, 2001

| | | | | | |
|---|---|---|---|---|---|
| Hewlett–Packard (HWP)[1] | 35.69 | –17.0 | –19.0 | 18.1 | 49.0 |
| Home Depot (HD) | 38.75 | –0.5 | –43.5 | 27.6 | 44.0 |
| Intel (INTC) | 43.94 | –1.6 | 6.9 | 25.0 | 33.0 |
| Johnson & Johnson (JNJ) | 97.38 | 4.9 | 5.8 | 25.5 | 29.0 |
| Mattel (MAT) | 13.06 | 5.6 | 1.6 | 15.5 | 4.9 |
| MBNA (KRB) | 35.13 | 1.4 | 29.8 | 19.0 | 5.6 |
| McDonald's (MCD) | 31.94 | 11.1 | –20.2 | 19.1 | 14.0 |
| Merck (MRK) | 91.63 | 5.7 | 37.7 | 28.7 | 38.0 |
| Microsoft (MSFT) | 70.69 | 9.7 | –39.5 | 36.8 | 23.0 |
| Motorola (MOT) | 21.69 | –0.6 | –55.6 | 18.3 | 37.0 |
| Nike (NKE) | 43.00 | 9.7 | –12.5 | 18.3 | 9.1 |
| Oracle (ORCL) | 23.13 | –32.1 | –17.5 | 47.0 | 10.0 |
| Pharmacia (PHA) | 59.50 | 6.6 | 68.7 | 33.7 | 18.0 |
| Schwab (SCH) | 28.13 | –8.9 | 10.5 | 37.0 | 6.6 |
| Sun Microsystems (SUNW) | 88.19 | –13.5 | 13.9 | 62.7 | 18.0 |
| Tyco International (TYC) | 56.13 | 2.8 | 44.0 | 20.5 | 29.0 |
| UnitedHealth Group (UNH) | 115.25 | 7.3 | 117.0 | 23.7 | 21.0 |

Notes: Prices are as of Nov. 27. P/E ratios are based on
estimated fiscal year 2001 earnings. Revenues are for the latest
12 months. [1] Split two for one on Oct. 27.  Source: Baseline.

**LOAD–DATE:** December 18, 2000

EXHIBIT 12

1 of 1 DOCUMENT

Copyright 2001 San Jose Mercury News
All Rights Reserved
San Jose Mercury News (California)

January 4, 2001 Thursday MORNING FINAL EDITION

**SECTION:** FRONT; Pg. 1A

**LENGTH:** 786 words

**HEADLINE:** TECH STOCKS: INVESTORS CHEER AS NASDAQ GETS 14% BOOST, BUT THOSE GAINS MAY BE SHORT-LIVED

**BYLINE:** SHAWN NEIDORF, Mercury News

**BODY:**

Technology stocks soared Wednesday, with the Nasdaq rising a record 14 percent, as investors cheered Wednesday's surprise midday announcement from the Federal Reserve that it is slashing interest rates by half a percentage point.

But the market's gains could be short-lived, as earnings announcements that begin to trickle out next week could make tech stocks seesaw again.

After Tuesday's plunge to a close of 2,291.86 -- a 52-week low -- the tech-heavy Nasdaq composite index soared to 2,616.69 on Wednesday. It was a one-day gain of 324.83 points, or 14.2 percent. The Dow Jones industrial average rose 299.60 points, or 2.8 percent, to close at 10,945.75.

"We're in this kind of tug of war between good news on interest rates and bad news on earnings," said Rod Smyth, chief investment strategist for First Union Securities.

The Nasdaq started the day by dropping to 2,251.71 -- before the FederalReserve announced it had cut its federal funds rate target by half a percentage point to 6 percent. The fed funds rate is the rate charged to banks taking out overnight loans to meet reserve requirements and is the basis for consumer and business loan rates.

Many market observers had expected a rate reduction to be made at the Federal Reserve's meeting at the end of the month, and some thought the Fed might take action as early as Friday, when December employment figures are released. They were surprised by the Fed's sudden decision -- the first rate cut made between regular meetings since October 1998.

"The Fed's move was out of character," said Jim Glassman, senior U.S. economist with JP Morgan Securities Inc. "It was extremely courageous, bold."

The Fed also decreased the discount rate by 25 points to 5.75 percent and said it would consider shaving it another 25 points. The discount rate is the interest rate member banks pay when borrowing from the Federal Reserve. Banks then set their loan rates just above the discount rate.

The news pushed up shares in many of the same companies that had been dragged down in Tuesday's plummet, including Cisco Systems Inc., Adobe Systems Inc. and Sun Microsystems Inc.

Bad news to come?

However, investors' newly recovered enthusiasm may be tempered in coming weeks by the release of fourth-quarter earnings reports -- widely expected to be disappointing. Some believe that the December plunge in stock prices

San Jose Mercury News (California) January 4, 2001 Thursday MORNING FINA

reflected the market absorbing the potential for bad news as companies issued warnings about earnings. However, the extent of earnings shortfalls -- and the market's full reaction -- won't be known for several weeks.

Smyth expects a rally to be followed by an earnings-driven correction. Ultimately, he thinks interest rates have a greater effect on the stock market than earnings announcements. In part, that's because earnings announcements reflect past performance while interest rates reflect future market direction.

First of a series?

Furthermore, Smyth noted that when the Fed changes interest rates, it tends to make a pattern of it, so he thinks Wednesday's action is the first of several possible rate cuts.

But the slowdown in industrial activity announced Tuesday by the National Association of Purchasing Management -- which helped send the market into a tailspin and grabbed the Fed's attention -- could hurt Silicon Valley's technology companies, Smyth said. He anticipates that Old Economy companies will place fewer equipment orders with companies such as Cisco, Sun and Oracle Corp. now that the older companies have seen their New Economy competition wither.

"I imagine quite a cold wind blows through Silicon Valley," Smyth said.

But others are more hopeful for the technology sector.

Peter Morici, research director of Economic Strategy Institute, a Washington, D.C.-based think tank, said companies that sell components undergirding the New Economy -- including switch, semiconductor and hardware makers -- will bounce back first.

And Mat Johnson, chief strategist for Thomas Weisel Partners merchant bank in San Francisco, thinks the Fed's action will expedite an eventual reopening of the capital markets for technology concerns such as telecommunications companies.

Hitting bottom?

Has the market reached its bottom?

"I think, psychology-wise, we've hit a bottom," Johnson said. Several other market watchers agreed.

"I have felt for some time now that we've had enough," said Economic Strategy's Morici. "I don't feel like we're going to have a super-duper recovery, but we've hit bottom. . . . It hasn't been a very bad bottom."


CHART: MERCURY NEWS
NASDAQ and DOW JONES and LOCAL STOCKS
[Chart not in database]
Source: Bloomberg News

**NOTES:** See related story: page 1A

**GRAPHIC:** Photo, Chart;
PHOTO: BETH KEISER -- ASSOCIATED PRESS
A trader on the floor of the New York Stock Exchange hands off an order to a runner Wednesday. Volume surpassed 2 billion shares traded; volume on the Nasdaq topped 3 billion.

**LOAD-DATE:** December 1, 2001

EXHIBIT 13

Copyright 2001 Bloomberg L.P.

Bloomberg News

January 11, 2001, Thursday 5:40 PM Eastern Time

LENGTH: 453 words

HEADLINE: ORACLE CFO SAYS HE PLANS TO SELL $33 MLN IN STOCK

BYLINE: Jim Finkle in San Francisco (415) 912-2996,

   or jfinkle@bloomberg.net /smw/dfr

DATELINE: Redwood City, California

BODY:

   Oracle Corp. Chief Financial Officer Jeffrey Henley said he plans to sell as many as 1 million shares of the No. 2 software maker, a stake that is worth about $33 million at today's closing price.

   Henley, 55, couldn't be reached to comment on his plans, which were disclosed in a filing with the Securities and Exchange Commission. In the fiscal year that ended in May, Henley made about $76 million by selling option-related shares and had unexercised options worth about $664 million, according to an Oracle proxy filing.

   Edward Dowd, an analyst with Independence Investment Associates, said he wasn't troubled by Henley's sale of the stock because it appeared to be consistent with previous sales. Dowd said he's worried about the outlook for Oracle's stock because it's more expensive than many other technology stocks when looked at in terms of earnings forecasts.

   Oracle shares rose 56 cents to close at $33.31 today. That's about 65 times the 51-cent-a-share full-year average earnings forecast of analysts polled by First Call/Thomson Financial.

   Oracle's bigger rival Microsoft Corp. is trading at about 31 times the estimated earnings forecast for its current fiscal year. No. 1 chipmaker Intel Corp. changed hands today for about 23 times its average earnings estimate.

   "I'm concerned overall," Dowd said. "The stock is expensive and we're going into an economic slowdown."

                    Sales, Profit     o . . .

   Last month, the company reported higher-than-forecast sales and profit for the quarter that ended in November, saying it didn't expect to be hurt by an economic slump. At the time, Chief Executive Larry Ellison said that companies will buy Oracle software even in tough economic times because the products help make businesses more efficient and cut costs.

   Company spokeswoman Stephanie Aas today said Oracle has yet to see any signs that its business is being hurt by the economic slowdown or reported cuts to information-technology budgets.

"Obviously the economy is a wild card. So if we went into a recession or there is a sharp downturn, we could be impacted," Aas said. "But we're not seeing it now."

Henley plans to use proceeds of the stock sale to finance the purchase of a third home in the Southern California coastal city Santa Barbara, Aas said. He already owns homes in Silicon Valley and in Palm Springs, California.

Oracle executives routinely sell shares that they receive as part of their compensation during a six-week period each quarter that begins two days after the company reports earnings, she said.

Henley's plan to sell the shares was reported earlier by Dow Jones and Reuters.

UPDATED-INFO: Adds investor comment, details on share price.

LOAD-DATE: January 12, 2001

EXHIBIT 14

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
### Washington, D.C. 20549

# FORM 10-Q

☒ QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF
THE SECURITIES EXCHANGE ACT OF 1934

**For the quarterly period ended November 30, 2000**

**OR**

☐ TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF
THE SECURITIES EXCHANGE ACT OF 1934

For the transition period from _____ to _____.

Commission file number: 0-14376 .

# Oracle Corporation
#### (Exact name of registrant as specified in its charter)

| | |
|---|---|
| **Delaware** | **94-2871189** |
| (State or other jurisdiction of incorporation or organization) | I.R.S. Employer Identification No.) |

**500 Oracle Parkway**
**Redwood City, California 94065**
(Address of principal executive offices, including zip code)

**(650) 506-7000**
(Registrant's telephone number, including area code)

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. YES ☒ NO ☐

The number of shares outstanding of the registrant's common stock, par value $0.01, as of December 31, 2000 was 5,585,918,334.

Working capital as of November 30, 2000 was 90% higher than at the end of the corresponding prior year period, primarily attributable to higher cash and cash investment balances. The increase in cash and cash investments was primarily due to proceeds from the sale of stock in Oracle Japan and Liberate Technologies during the last six months of fiscal 2000, partially offset by stock repurchases since November 30, 1999.

The negative cash flows from operations incurred during the first six months of fiscal 2001 primarily reflect the payment of taxes related to the gain on sale of Oracle Japan stock that occurred in the fourth quarter of fiscal 2000, partially offset by improved profitability and a decrease in trade receivables. The positive cash flows generated from operations during the first six months of fiscal 2000 primarily were attributable to improved profitability and a decrease in trade receivables.

The positive cash flows generated from investing activities during the first six months of fiscal 2001 primarily reflect increased maturities of cash investments, partially offset by investments in capital expenditures. The negative cash flows from investing activities incurred during the first six months of fiscal 2000 were due primarily to higher levels of cash investment purchases and investments in capital expenditures, partially offset by increased maturities of cash investments. The Company expects to continue to invest in capital and other assets to support its growth.

The Company incurred negative cash flows from financing activities for the six month periods ended November 30, 2000 and 1999, primarily reflecting Common Stock repurchases. The Company's Board of Directors has approved the cumulative repurchase of up to 1,096.0 million shares of its Common Stock on the open market to reduce the dilutive effect of its stock plans. Pursuant to this repurchase program, the Company repurchased 95.4 million shares for approximately $3,420.8 million during the first six months of fiscal 2001 and 154.8 million shares for approximately $1,371.8 million during the first six months of fiscal 2000. As of November 30, 2000, the Company has repurchased, since inception, a total of approximately 1,029.8 million shares for an aggregate amount of approximately $11,146.3 million. The Company has primarily used cash flows from operations and investing activities to fund its repurchases.

During the third quarter of fiscal 1997, the Company issued $150.0 million in 6.72% Senior Notes due in the year 2004 and $150.0 million in 6.91% Senior Notes due in the year 2007. The Senior Notes are unsecured general obligations that rank on parity with all of its other unsecured and unsubordinated indebtedness that may be outstanding. As of November 30, 2000, the Company also had other outstanding debt of approximately $3.4 million, primarily in the form of other notes payable and capital leases.

The Company believes that its current cash and cash equivalents, short-term cash investments and cash generated from operations will be sufficient to meet its working capital, capital expenditure, and investment needs through at least the next 12 months.

### Factors That May Affect Future Results and Market Price of Stock

The Company operates in a rapidly changing environment that involves numerous risks, some of which are beyond its control. The following discussion highlights some of these risks.

*Revenue Growth and Economic Conditions.* The revenue growth and profitability of the Company's business depends on the overall demand for computer software and services, particularly in the product segments in which the Company competes. Because the Company's sales are primarily to major corporate and government customers, its business also depends on general economic and business conditions. A softening of demand for computer software caused by a weakening of the economy may result in decreased revenues or lower revenue growth rates. In particular, one of the challenges the Company continues to face in promoting future growth in license revenues is the successful refocusing of its marketing and sales efforts to the Customer Relationship Management ("CRM") and Internet procurement areas of its applications business, as well as to the other products in its e-Business suite. There can be no assurances that the Company will be able to effectively promote future revenue growth in its systems software and business applications areas.

In October 1997, the American Institute of Certified Public Accountants ("AICPA") issued Statement of Position ("SOP") No. 97-2, "*Software Revenue Recognition*" which superceded SOP 91-1. SOP 97-2 was effective for the Company's fiscal year beginning June 1, 1998, as amended by SOP 98-4 and SOP 98-9, and provides guidance on applying generally accepted accounting principles for software revenue recognition transactions. In December 1999, the SEC issued SAB No. 101, "*Revenue Recognition in Financial Statements*", which provides further revenue recognition guidance. The accounting profession continues to review certain provisions of SOP No. 97-2 and SAB No. 101 with the objective of providing additional guidance on implementing its provisions. Depending upon the outcome of these reviews and the issuance of implementation guidelines and interpretations, the Company may be required to change its revenue recognition policies and business practices, and such changes could have a material adverse effect on the Company's business, results of operations or financial position.

*New Products.* The markets for the Company's products are characterized by rapid technological advances in hardware and software development, evolving standards in computer hardware and software technology and frequent new product introductions and enhancements. Product introductions and short product life cycles necessitate high levels of expenditures for research and development. To maintain its competitive position, the Company must enhance and improve existing products and continue to introduce new products and new versions of existing products that keep pace with technological developments, satisfy increasingly sophisticated customer requirements and achieve market acceptance. The Company's inability to run on new or increasingly popular operating systems, or the Company's failure to successfully enhance and improve its products in a timely manner, and position and/or price its products, could have a material adverse effect on the Company's business, results of operations, financial condition or cash flows.

Significant undetected errors or delays in new products or new versions of a product, especially in the area of CRM, may affect market acceptance of the Company's products and could have a material adverse effect on the Company's business, results of operations, financial condition or cash flows. If the Company were to experience delays in the commercialization and introduction of new or enhanced products, if customers were to experience significant problems with the implementation and installation of products, or if customers were dissatisfied with product functionality or performance, this could have a material adverse effect on the Company's business, results of operations, financial condition or cash flows.

There can be no assurance that the Company's new products will achieve significant market acceptance or will generate significant revenue. Additional products that the Company plans to directly or indirectly market in the future are in various stages of development.

*Pricing.* Intense competition in the various markets in which the Company competes may put pressure on the Company to reduce prices on certain products, particularly in the markets where certain vendors offer deep discounts in an effort to recapture or gain market share or to sell other software or hardware products. Moreover, the Company has changed its pricing model within the past year and any broadly based changes to the Company's prices and pricing policies could lead to a decline or delay in sales as the Company's sales force and its customers adjust to the new pricing policies. The bundling of software products for promotional purposes or as a long-term pricing strategy or guarantees of product implementations by certain of the Company's competitors could have the effect over time of significantly reducing the prices that the Company can charge for its products. Changes in the customer's use of the Company's products could also result in lower license revenues if the Company's pricing model is not adapted to such usage. Shifts toward the use of operating systems on which the Company experiences relatively greater price competition could result in lower average license prices, thereby reducing the Company's license revenues. Additionally, while the distribution of applications through application service providers may provide a new market for the Company's products, these new distribution methods could also reduce the price paid for the Company's products or adversely affect other sales of its products. Any such price reductions and resulting lower license revenues could have a material adverse effect on the Company's business, results of operations, financial condition, or cash flows if the Company cannot offset these price reductions with a corresponding increase in sales volumes or lower spending.

*Hiring and Retention of Employees.*   The Company's continued growth and success depend to a significant extent on the continued service of its senior management and other key employees and the hiring of new qualified employees. Competition for highly-skilled business, product development, technical and other personnel is intense due to low overall unemployment rates, the expansion in information technology spending, and the ability of private companies to offer equity incentives that provide the potential of greater compensation in connection with an initial public offering. Accordingly, the Company expects to experience increased compensation costs that may not be offset through either improved productivity or higher prices. There can be no assurances that the Company will be successful in continuously recruiting new personnel and in retaining existing personnel. In general, the Company does not have long-term employment or non-competition agreements with its employees. The loss of one or more key employees or the Company's inability to attract additional qualified employees or retain other employees could have a material adverse effect on its continued growth.

*Competitive Environment.*   The computer software industry is an intensely competitive industry with several large vendors that develop and market databases, application development tools, business applications and business intelligence products. Certain of these vendors have significantly greater financial and technical resources than the Company. The introduction of new competitive products into one or more of the Company's various markets, the addition of new functionality into an existing competitive product or the acquisition by one of its competitors of a product could have a material adverse effect on the Company's business, results of operations, financial condition or cash flows. In addition, new distribution methods (e.g. electronic channels) and opportunities presented by the Internet and electronic commerce have removed many of the barriers to entry historically faced by small and start-up companies in the software industry. The Company expects to continue to face intense competition in the various markets in which it competes.

*International Sales.*   A substantial portion of the Company's revenues is derived from international sales and is therefore subject to the related risks, including the general economic conditions in each country, the overlap of different tax structures, the difficulty of managing an organization spread over various countries, changes in regulatory requirements, compliance with a variety of foreign laws and regulations, longer payment cycles and volatilities of exchange rates in certain countries. There can be no assurances that the Company will be able to successfully address each of these challenges. Other risks associated with international operations include import and export licensing requirements, trade restrictions and changes in tariff rates.

A significant portion of the Company's business is conducted in currencies other than the U.S. dollar. Changes in the value of major foreign currencies relative to the value of the U.S. dollar adversely affected revenues and operating results in the first six months of fiscal 2001, particularly in Europe, and will continue to do so throughout fiscal 2001 if the U.S. dollar strengthens relative to foreign currencies.

Foreign currency transaction gains and losses are primarily related to sublicense fee and other agreements between the Company and its subsidiaries and selling distributors. These gains and losses are charged against earnings in the period incurred. The Company has reduced its transaction and translation gains and losses associated with converting foreign currencies into U.S. dollars by using foreign exchange forward contracts to hedge transaction and translation exposures in major currencies. The Company finds it impractical to hedge all foreign currencies in which it conducts business. As a result, the Company will continue to experience foreign currency gains and losses.

*Uneven Patterns of Quarterly Operating Results and Revenues.*   The Company's revenues in general, and its license revenues in particular, are relatively difficult to forecast and vary from quarter to quarter due to various factors, including the (i) relatively long sales cycles for the Company's products, (ii) size and timing of individual license transactions, the closing of which tend to be delayed by customers until the end of a fiscal quarter as a negotiating tactic, (iii) introduction of new products or product enhancements by the Company or its competitors, (iv) potential for delay or deferral of customer implementations of the Company's software, (v) changes in customer budgets, (vi) seasonality of technology purchases and other general economic conditions, and (vii) changes in the Company's pricing policies or those of its competitors. Accordingly, the Company's quarterly

17

results are difficult to predict until the end of the quarter, and delays in product delivery or closing of sales near the end of a quarter have historically caused and could cause quarterly revenues and net income to fall significantly short of anticipated levels.

The Company's license revenues in any quarter are substantially dependent on orders booked and shipped in that quarter. Because the Company's operating expenses are based on anticipated revenue levels and because a high percentage of its expenses are relatively fixed, a delay in the recognition of revenue from even a limited number of license transactions could cause significant variations in operating results from quarter to quarter and could cause net income to fall significantly short of anticipated levels.

*Management of Growth.*   The Company has a history of rapid growth. However, the Company has at times experienced slowing growth rates in a number of areas, including consulting and education services. The Company's future operating results will depend on its ability to manage growth, continuously hire and retain significant numbers of qualified employees, accurately forecast revenues and control expenses. The Company's future operating results may also be adversely impacted by external factors, such as a slowing in demand for hardware used in conjunction with its software. A decline in the growth rate of revenues without a corresponding and timely slowdown in expense growth could have a material adverse effect on the Company's business, results of operations, financial condition, or cash flows.

*Uncertainty of Emerging Areas.*   Despite tremendous growth in emerging areas such as the Internet, on-line services and electronic commerce, the impact on the Company of this growth is uncertain. There can be no assurances that the Company will be able to provide a product offering that will satisfy new customer demands in these areas. In addition, standards for network protocols, as well as other industry adopted and de facto standards for the Internet, are evolving rapidly. There can be no assurances that standards chosen by the Company will position its products to compete effectively for business opportunities as they arise on the Internet and other emerging areas.

*New Business Areas.*   The Company has in recent years expanded its technology into a number of new business areas to foster long-term growth, including on-line auctions, or exchanges, for a number of business procurement needs, Internet/electronic commerce, on-line business services, wireless initiatives and Internet computing. These areas are relatively new to the Company's product development and sales and marketing personnel. There is no assurance that the Company will compete effectively or will generate significant revenues in these new areas. The success of Internet computing and, in particular, the Company's current Internet computing software products is difficult to predict because Internet computing represents a method of computing that is new to the entire computer industry. The successful introduction of Internet computing to the market will depend in large measure on (i) the lower cost of ownership of Internet computing relative to client/server architecture, (ii) the ease of use and administration relative to client/server architecture, and (iii) how hardware and software vendors choose to compete in this market. There can be no assurances that sufficient numbers of vendors will undertake this commitment, that the market will accept Internet computing or that Internet computing will generate significant revenues for the Company.

*Sales Forecasts.*   The Company uses a "pipeline" system, a common industry practice, to forecast sales and trends in its business. The Company's sales personnel monitor the status of all proposals, such as the date when they estimate that a customer will make a purchase decision and the potential dollar amount of the sale. The Company aggregates these estimates periodically in order to generate a sales pipeline. The Company compares the pipeline at various points in time to look for trends in its business. While this pipeline analysis may provide the Company with some guidance in business planning and budgeting, these pipeline estimates are necessarily speculative and may not consistently correlate to revenues in a particular quarter or over a longer period of time. A variation in the conversion of the pipeline into contracts or in the pipeline itself could cause the Company to improperly plan or budget and thereby adversely affect its business or results of operations. In particular, a slowdown in the economy may cause purchasing decisions to be delayed, reduced in amount or cancelled which will therefore reduce the overall license pipeline conversion rates in a particular period of time.

18

*Future Acquisitions.*   As part of its business strategy, the Company has made and expects to continue to make acquisitions of, or significant investments in, businesses that offer complementary products, services and technologies. Any acquisitions or investments will be accompanied by the risks commonly encountered in acquisitions of businesses. Such risks include, among other things, the possibility that the Company pays much more than the acquired company or assets are worth, the difficulty of assimilating the operations and personnel of the acquired businesses, the potential product liability associated with the sale of the acquired company's products, the potential disruption of the Company's ongoing business, the distraction of management from the Company's business, the inability of management to maximize the Company's financial and strategic position, the maintenance of uniform standards, controls, procedures and policies and the impairment of relationships with employees and clients as a result of any integration of new management personnel. These factors could have a material adverse effect on the Company's business, results of operations, financial condition or cash flows, particularly in the case of a larger acquisition. Consideration paid for future acquisitions, if any, could be in the form of cash, stock, stock purchase rights or a combination thereof. Dilution to existing stockholders and to earnings per share may result in connection with any future acquisitions.

*Relative Product Profitability.*   Certain of the Company's revenues are derived from products that, as a percentage of revenues, currently require a higher level of development, distribution and support expenditures compared to certain of its other products. To the extent that revenues generated from such products become a greater percentage of the Company's total revenues, the Company's operating margins may be adversely affected, unless the expenses associated with such products decline as a percentage of revenues.

*Long-term Investment Cycle.*   Developing and localizing software is expensive and the investment in product development often involves a long payback cycle. The Company's plans for fiscal year ending May 31, 2001 include significant investments in software research and development and related product opportunities from which significant revenues are not anticipated for several years.

*Sales Force Restructuring.*   The Company historically has relied heavily on its direct sales force. In many years, the Company has restructured or made other adjustments to its sales force at least once a year. These changes have generally resulted in a temporary lack of focus and reduced productivity by the Company's sales force that may have affected revenues in a quarter. There can be no assurances that the Company will not continue to restructure its sales force or that the related transition issues associated with restructuring the sales force will not recur.

*Enforcement of the Company's Intellectual Property Rights.*   The Company relies on a combination of copyright, patent, trademark, trade secrets, confidentiality procedures and contractual procedures to protect its intellectual property rights. Despite the Company's efforts to protect its intellectual property rights, it may be possible for unauthorized third parties to copy certain portions of the Company's products or to reverse engineer or obtain and use technology or other information that the Company regards as proprietary. There can also be no assurances that the Company's intellectual property rights would survive a legal challenge to their validity or provide significant protection for the Company. In addition, the laws of certain countries do not protect the Company's proprietary rights to the same extent as do the laws of the United States. Accordingly, there can be no assurances that the Company will be able to protect its proprietary technology against unauthorized third party copying or use, which could adversely affect the Company's competitive position.

*Possibility of Infringement Claims.*   The Company from time to time receives notices from third parties claiming infringement by the Company's products of third party patent and other intellectual property rights. The Company expects that software products will increasingly be subject to such claims as the number of products and competitors in the Company's industry segments grow and the functionality of products overlaps. In addition, the Company expects to receive more patent infringement claims as companies increasingly seek to patent their software, especially in light of recent developments in the law that extend the ability to patent software. Regardless of its merit, responding to any such claim could be time-consuming, result in costly litigation and require the Company to enter into royalty and licensing agreements that may not be offered or

19

available on terms acceptable to the Company. If a successful claim is made against the Company and the Company fails to develop or license a substitute technology, the Company's business, results of operations, financial condition or cash flows could be materially adversely affected.

*Possible Volatility of Stock Price.* The market price of the Company's Common Stock has experienced significant fluctuations and may continue to fluctuate significantly. The market price of Common Stock may be significantly affected by factors such as the announcement of new products or product enhancements by the Company or its competitors, technological innovation by the Company or its competitors, quarterly variations in the Company's or its competitors' results of operations, changes in prices of the Company's or its competitors' products and services, changes in revenue and revenue growth rates for the Company as a whole or for specific geographic areas, business units, products or product categories, changes in earnings estimates by market analysts, speculation in the press or analyst community and general market conditions or market conditions specific to particular industries. The stock prices for many companies in the technology sector have experienced wide fluctuations that often have been unrelated to their operating performance. Such fluctuations may adversely affect the market price of the Company's Common Stock.

## ITEM 3.   QUANTITATIVE AND QUALITATIVE DISCLOSURES ABOUT MARKET RISK

### Disclosures About Market Risk

*Interest Rate Risk.* The Company's exposure to market risk for changes in interest rates relates primarily to the Company's investment portfolio. The Company places its investments with high credit quality issuers and, by policy, limits the amount of credit exposure to any one issuer. As stated in its policy, the Company is averse to principal loss and seeks to preserve its invested funds by limiting default risk, market risk, and reinvestment risk.

The Company mitigates default risk by investing in only high credit quality securities that it believes to be low risk and by positioning its portfolio to respond appropriately to a significant reduction in a credit rating of any investment issuer or guarantor. The portfolio includes only marketable securities with active secondary or resale markets to ensure portfolio liquidity.

The table below presents the principal amount, related weighted average interest rates and maturities for the Company's investment portfolio. Short term and long term investments are all in fixed rate instruments. The principal amount approximates fair value at November 30, 2000.

Table of Investment Securities:

| (in thousands) | Principal Amount | Weighted Average Interest Rate |
|---|---|---|
| Cash and cash equivalents | $4,165,690 | 5.29% |
| Short term investment (0-1 year) | 190,475 | 5.71% |
| Long term investment (1-2 years) | 30,000 | 5.67% |
| Total cash and cash investments | $4,386,165 | |

*Foreign Currency Risk.* The Company transacts business in various foreign currencies and the Company has established a foreign currency hedging program, utilizing foreign currency forward exchange contracts (forward contracts) to hedge certain foreign currency transaction exposures. Under this program, increases or decreases in the Company's foreign currency transactions are offset by gains and losses on the forward contracts, so as to mitigate the possibility of foreign currency transaction gains and losses. The Company does not use forward contracts for trading purposes. All foreign currency transactions and all outstanding forward contracts are marked-to-market at the end of the period with unrealized gains and losses included in other income (expense). As the foreign currency transactions are realized as cash flows against the maturing forward contracts, the realized gains and losses are recorded in net income as a component of other income (expense). The Company's

## SIGNATURES

Pursuant to the requirements of the Securities Exchange Act of 1934, Oracle Corporation has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

ORACLE CORPORATION

Dated:  January 16, 2001

By:  /s/ JEFFREY O. HENLEY
    _____

    Jeffrey O. Henley
    Executive Vice President and Chief Financial
    Officer

Dated:  January 16, 2001

By:  /s/ JENNIFER L. MINTON
    _____

    Jennifer L. Minton
    Senior Vice President and Corporate Controller

24

EXHIBIT 15

**IDG Network:**   Login   Register



# COMPUTERWORLD  An IDG company

QuickLink    | ▶ Search  Computerworld    □ᵀ

| Home | News | Topics | Print Edition | Services | Subscribe | Events | In Depth | 🖩 Fe |

# Oracle Users Cautious About 'E-Hub' Strategy

## Some skeptical about product reliability

News Story by Marc L. Songini

JANUARY 22, 2001 (COMPUTERWORLD) - Users may benefit from Oracle Corp.'s road map that was announced last week to create a centralized, integrated marketplace infrastructure, analysts said. But first, the software giant will have to convince at least some of its customers that the products underlying this framework are reliable enough for them to buy into the plan.



Users may benefit from Oracle Corp.'s road map that was announced last week to create a centralized, integrated marketplace infrastructure, analysts said. But first, the software giant will have to convince at least some of its customers that the products underlying this framework are reliable enough for them to buy into the plan.Last week, the company announced plans to introduce three marketplace-related supply-chain, logistics and application development software. More important, it began to elaborate on its so-called e-hub strategy, first announced late last year. The e-

## The Power of Three
Oracle last week announced three new products:

**Supply Chain Exchange,** promises to let companies have more flexibility in interactions with suppliers

hub model, say Oracle executives, is designed to let enterprise customers create a single data-formatting and - sharing infrastructure for all applications connected to the Oracle marketplace.

The e-hub will enable companies to bolt legacy applications and new software onto the marketplace and use the existing system without major development efforts, said Mark Jarvis, chief marketing officer at Oracle. "Customers should not have to do software integration. The software company should," he said.

Transportation Exchange, promises to let users dynamically buy logistics services from suppliers as needed

**Product Development Exchange,** promises to let companies collaborate with suppliers online when designing new products

## Something to Prove

However, a large number of users are still hashing through problems from implementing Oracle's recently released E-Business Suite 11i software.

The new marketplace applications have no appeal at Eaton Corp., an $8.4 billion industrial manufacturer.

"From an Eaton perspective, they are not even on our radar screen," said John Schindler, program manager for IT. "Until Oracle gets their 11i release of the applications stable and working, we are not considering looking at or discussing anything from Oracle, no matter what the sales and marketing folks have to say."

"In concept, [the e-hub is] a great idea," said Karen Gilbert, an Oracle Applications User Group board member who works at Dallas-based consulting firm Computer Systems Authority. "But Oracle is going to have to prove it works, and that it works without an Oracle developer sitting at the customer site doing all the implementation."

There are also other potential downsides, she noted. For instance, a failure in one part of the e-hub could crash the whole infrastructure. It also means that all upgrades have to be conducted systemwide.

Nevertheless, some observers said Oracle is working to make life easier for enterprise users. Instead of designing point-to-point integration systems with specific transactions for each business process, e-hub is expected to let users create one central infrastructure that will handle data translation and routing, said John Fontanella, an analyst for business-to-business marketplaces at AMR Research Inc. in Boston.

"Without the framework and the basic integration components, their business-to-business is going nowhere," he said.

While other major companies such as IBM and San Jose-based BEA Systems Inc. are also formulating development, integration and collaboration framework strategies, Oracle's presence should "move things ahead quicker," Fontanella said. He added that Oracle is flexible about which vendors' applications are used on top of the e-hub.



**Attend the World's Largest Storage Networking Event**

Copyright © 2005 Computerworld Inc. All rights reserved. Reproduction in whole or in part in any form or medium without express written perm Computerworld Inc. is prohibited. Computerworld and Computerworld.com and the respective logos are trademarks of International Data Grou

# EXHIBIT 16

04:59pm EST  8-Feb-01 Goldman Sachs (NEWYORK) ORCL ACTION
Update on Oracle

Goldman, Sachs & Co. Investment Research

Update on Oracle

* * FULL ACTION in the P.M. - U.S. * *

New York Investment Research (New York)  -  -  Investment Research
Rick G. Sherlund (New York) 1 212-902-6790  -  Investment Research
Lilly Bahramipour (New York) 1 212-902-4605  -  Investment Research
Nils Tristan (New York) 1 212-902-4077  -  Investment Research
Danya Dumbrill (New York) 1 212-902-1915  -  Investment Research

==================== NOTE  4:32 PM  February 08, 2001  ====================

23 Oracle Corp. (ORCL) $27.69
   Update on Oracle
   Rick G. Sherlund (New York) 1 212 902-6790
   Lilly Bahramipour (New York) 1 212 902-4605
   Nils Tristan (New York) 1 212 902-4077
   Danya Dumbrill (New York) 1 212 902-1915

   EPS (FY May): 2001E US$0.51, 2002E US$0.64 - Recommended List

* Strap on your seat belt, it's the last month of the quarter for Oracle
  and there is always a lot of speculation on the quarterly results and
  volatility in the stock. This may be particularly true given the slower
  IT spending environment. We think applications is doing fine, helped by
  a large Covisint contract in December and continued strong market
  traction for Release 11i. Database - two thirds of this is pulled along
  by apps and probably doing fine; the other third is in-house development
  and could be weaker, so some softness there is possible and a tough
  comparison. Overall we think estimates are OK for the quarter and going
  forward, but some signs of weakness may be evident. Still rated buy.
* We think the applications business is likely to meet or exceed our
  estimates of 60% growth.  The large Covisint contract signed early in
  the quarter is probably around $200 million, so we could see $50 million
  in up-front revenue recognition this quarter, giving us some comfort
  that our $318 million apps estimate is OK.  We have spoken with several
  dozen apps customers recently; Release 11i continues to gain momentum
  and is being well received in the market.  There are now 125 live sites,
  up from 83 disclosed in mid-December.  There are reportedly 2,500 sites
  in the process of implementing some or all of Release 11i, up from
  about 1,000 reported in December.  Management started the quarter with
  the characterization of the apps pipeline as 'astounding'.  We think
  business is good in general still for e-business applications, so we do
  not expect weakness in the quarter in this line of business.
* Database accounts for three times the revenue of applications but is
  slower growing. We have modeled 16% growth, a bit slower than 19% in
  November quarter given the tough prior year comparison (up 32% a year
  ago).  With half to two thirds of the database business fueled by the
  purchase of new packaged applications, we believe the underlying drivers
  of this portion are probably still strong.  If Oracle loses an
  applications sale to Siebel for example, they still get a consolation
  prize - with 80% of Siebel implementation on top of an Oracle database.
  With the industry's still high growth for applications, we suspect that
  this part of the database business is likely doing fine.  The remaining
  one third is more vulnerable, tied to in-house development, which is

more deferrable.  If there is weakness, we suspect this is where it
could come from.

- We believe Oracle will still make its numbers for the quarter, but with
  the slower IT spending and softness in server hardware platforms, it is
  logical to expect some evidence of weakness.  This could be in the
  database business and reflected as less upside to quarterly revenue
  growth, more skewing of deals to the end of the quarter and therefore an
  increase in accounts receivable DSO's, or maybe less growth in deferred
  revenues.

- Consulting is probably doing a bit better, pulled along by stronger
  applications implementations, and Europe is likely the bright spot as we
  have heard from other companies.  The dollar will be a drag, but no
  more so than last quarter. The stock is selling for 50 times our
  calendar 2001 EPS estimate (about 2 times the 25% long-term EPS growth
  rate), and 12.5 times calendar 2001 revenue estimates, consistent with a
  basket of related companies.  We would expect at least the typical end
  of quarter investor apprehensions this quarter, probably more so given
  the IT spending slowdown. Some investors favor stocks like Microsoft for
  now, given that the bad news may already be largely out and in the
  stock, and are more apprehensive about companies where expectations are
  still pretty high. If mgt. is able to offer any reassuring comments near
  the end of the Q, this could quickly benefit sentiment and the stock.

Important Disclosures (code definitions attached or available upon request)
ORCL        : CS, M, SP1, SP2
First Call Corporation, a Thomson Financial company.
All rights reserved.  888.558.2500
]

EON

EXHIBIT 17

˜6:04am EST  8-Feb-01 Deutsche Banc Alex. Brown Inc. (J. Moore/C. Chen) ORCL
.CL: Visit with Management-Strong Buy

Moore, James A. 415-617-4269                                    02/09/2001
Chen, Charles 415-617-4274
Deutsche Banc Alex. Brown Inc.
-------------------------------------------------------------------------
                    ORACLE CORPORATION (ORCL) "STRONG BUY"
                           Visit with Management
-------------------------------------------------------------------------

| | | | | | |
|---|---|---|---|---|---|
| Date: | 02/07/2001 | EPS: | 2000A | 2001E | 2002E |
| Price: | 27.69 | 1Q | 0.04 | 0.08 | 0.10 |
| 52-Wk Range: | 46 - 21 | 2Q | 0.06 | 0.11A | 0.13 |
| Ann Dividend: | 0.0 | 3Q | 0.08 | 0.12 | 0.14 |
| Ann Div Yld: | 0.00% | 4Q | 0.15 | 0.20 | 0.23 |
| Mkt Cap (mm): | 162,678 | FY(May) | 0.34 | 0.51 | 0.59 |
| 3-Yr Growth: | 25% | FY  P/EPS | 81.4X | 54.3X | 46.9X |
| | | CY    EPS | 0.43 | 0.54 | NE |
| Est. Changed No | | CY  P/EPS | 64.4X | 51.3X | NM |

-------------------------------------------------------------------------
Industry:    E-TECHNOLOGY
Shares Outstanding(Mil.):  5874.987
Return On Equity (2000) :   48.0%
-------------------------------------------------------------------------

HIGHLIGHTS:
VISIT WITH MANAGEMENT.  Yesterday, we checked in with Oracle for a mid-quarter
˙date with CFO Jeff Henley and VPs in the server and applications development
.ganizations.

PERSPECTIVE ON THE MACRO ENVIRONMENT.  According to management, it has yet to
see macro-related weakness in its business. That said, the full impact of the
current macro environment may not be evident until the end of the quarter, as
revenue is typically back-end loaded for Oracle.

STRONG PRODUCT POSITIONING MAY HELP WEATHER THE STORM.  E-business software
remains a top corporate IT priority, and we believe Oracle is in the midst of a
strong product cycle with its 11i applications suite and forthcoming 9i
database/application server platform.  Barring a severe economic downturn,
management sees continued growth driven by strong demand in key segments such
as supply chain, customer relationship management and collaboration.

NO CHANGE TO OUTLOOK, RECENT GUIDANCE. Mr. Henley reiterated that the company's
outlook and guidance were unchanged for F3Q'01 (Feb). Attempting to call
Oracle's quarter with three weeks remaining and a good deal of business still
to be done may be premature at this point.  Given the weakening macro
environment, material upside to estimates ($2.9B rev., $0.12 EPS) and upward
revision to forward estimates seems less likely than three months ago,
particularly in light of softening outlooks provided by other tech bellwethers
such as Cisco and Sun Microsystems.

APPSWORLD CONFERENCES IN FEBRUARY.  Oracle is hosting two major applications
user conferences this month-February 11-14 in Paris and February 19-23 in New
Orleans.  These events will focus on the new 11i e-business applications suite

 · FIRST CALL --

th product announcements, customer testimonials and partner presentations.
Oracle currently has 160 live 11i customers with the number expected to exceed
200 by the end of F3Q.

DETAILS:
During our visit, we met with several senior members of Oracle's development
organization for an overview of recent or upcoming new product releases.  VPs
Don Klaiss and Nadeem Syed provided an update on Oracle's supply chain products
including its Advanced Planning and Scheduling suite and its new Supply Chain
Exchange.  VP Thomas Kurian provided an update on Oracle's 9i database and
application server platform.

SUPPLY CHAIN SOLUTION GAINING TRACTION
Since its introduction about a year ago, we believe Oracle is seeing improved
market acceptance of its new Advanced Planning and Scheduling (APS) product.
Oracle has devoted a core team of about 120 developers to build out its APS
suite, which includes capabilities such as demand planning, manufacturing
scheduling, constraint-based optimization, and available-to-promise. Oracle
also recently introduced Supply Chain Exchange which leverages its APS
optimization engines across entire trading communities. Currently, the company
has licensed the 11i APS product to 130 customers, approximately one-quarter of
which are new Oracle apps customers. Ten companies have licensed the Supply
Chain Exchange solution with one customer, Sony, now live.  Referenceable APS
customers include UPS (e-Logistics division), Honeywell, Agilient, JDS
Uniphase, GE Power Systems, Sony and Haworth, among others.  Customers expected
to go live over the near term include Ford, Odwalla, Qualcomm, Terradyne,
Fosters, and Millapore. We believe many of these customers were competitive
wins or displacements of best-of-breed vendors such as i2 Technologies or
Manugistics.  Haworth purchased APS after implementing i2 at a few of its
sites.  UPS selected Oracle over i2 in a head-to-head evaluation. We believe
these wins were based primarily on Oracle's lower total cost of ownership, ease
of integration, and database-centric architecture. While we are encouraged by
many of these competitive wins, we believe Oracle still remains well behind
best-of-breed vendors in terms of breadth and depth of functionality.  We will
be tracking Oracle's APS metrics closely over the next few quarters as more 11i
customers go live.

9I EXPANDS THE DATABASE PLATFORM
Oracle's new 9I database is scheduled to ship in March/April and will include
integrated OLAP (online analytical processing) and data mining tools and
enhancements in high availability and server clustering.  An additional
highlight of 9i is tight integration with the Oracle application server.
Oracle 9i Application Server (9iAS) is now in general release with enhancements
scheduled for mid-February and August 2001.  With 9iAS, we believe Oracle is
more aggressively targeting BEA WebLogic, IBM WebSphere and Sun iPlanet in the
application server market. The company has devoted over 300 software engineers
to 9iAS development.  Key features include J2EE compliance, caching technology,
an integrated messaging bus for rapid connectivity, XML support, and the
ability to rapidly create portals and wireless applications. While we believe
it is still early in its release of 9iAS, the company has secured a number of
customers, including Boeing in an enterprise deal and 14 wireless carriers in
Europe.  Anecdotally, Oracle stated that one customer streamlined its
application server system from 15 iPlanet servers to a single 9iAS server, and
will more than make up for the cost of the Oracle software on hardware cost

-- FIRST CALL --

rvings alone.  Oracle plans to release the next major revision to 9iAS
,Version 2.0) in August with enhancements to include personalization, wireless
access, and integration to third-party products.

Information herein is believed to be reliable and has been obtained from
sources believed to be reliable, but its accuracy and completeness cannot be
guaranteed.  Opinions, estimates, and projections constitute our judgement and
are subject to change without notice.  This publication is provided to you for
information purposes only and is not intended as an offer or solicitation for
the sale of any financial instrument.  Deutsche Banc Alex. Brown Inc. and its
affiliates worldwide, may hold a position or act as market maker in the
financial instruments of any issuer discussed herein or act as advisor or
lender to such issuer.  Transactions should be executed through a Deutsche Bank
entity in the client's home jurisdiction unless otherwise permitted by law.
Deutsche Banc Alex. Brown Inc. is a member of NYSE and NASD.  Copyright 2001
Deutsche Banc Alex. Brown Inc.

                    Additional Information Available Upon Request

Deutsche Banc Alex. Brown Inc. maintains a net primary market in the common
stock of Oracle Corporation.
The following stock(s) is (are) optionable: Oracle Corporation.
One or more authors of this comment have a long position in the common shares
of Oracle Corporation.
 .rst Call Corporation, a Thomson Financial company.
All rights reserved.  888.558.2500

                          -> End of Note <-

- FIRST CALL --

EXHIBIT 18



**MSN Home | My MSN | Hotmail | Shopping | Money | People & Chat**

Web Search: [_____] [Go]

**Tech & Gadgets** 

Newsletters | Help

▶ Home
▶ Product Reviews
▶ Downloads & Tools
▶ How-To
▶ News & Trends
▶ Mobile
▶ Virus & Security
▶ Games
▶ **Business & IT**
▶ Shopping

**Special Guides**
- Microsoft Products
- IT Decision Center
- Digital Music
- Focus on Photos

**Tech & Gadgets**
**Newsletter Sign-up**

Your email address:

_____

Pick your favorites:
☐ Tech Flash
☐ Downloads Galore
☐ Virus Alerts (plain text only)

Preferred format:
◉ HTML (graphical)
○ Plain text

Learn more [GO]

**Business & IT** with: 

### News Industry News

# Clouds obscure Oracle's crystal ball

By Mary Foley, ZDNet News
Published on ZDNet News: February 8, 2001, 4:00 PM PT

**Oracle CEO Larry Ellison may have boasted too loudly and too soon about Oracle's business being immune to the dot-com downturn.**

On Friday--the eve of the Oracle AppsWorld show in Paris--the company's stock took a beating, the result of a number of reports from Wall Street analysts questioning the strength of Oracle's database business.

At the close of regular trading Friday, Oracle (orcl) shares were down $3.56, or 13 percent, to $23.56. The company's fiscal 2001 third quarter ends in March.

▼ advertisement



**Free\* 30-day trial of the Cingular® National EDGE Network**

Taxes and other charges apply. Click here for complete offer details, price plans, service terms and conditions and coverage map.

▣ Shop now
▣ Replay

 

Late last year, with a variety of software makers--including Oracle archrival Microsoft--being forced to slash their earnings estimates, Ellison and other Oracle executives made some bold predictions. Unlike Microsoft (msft), they said, Oracle's fortunes were not tied to those of the PC industry. Instead, Oracle was in the Internet-infrastructure business, which would prove to be immune to the vagaries of the dot-com economy.

Oracle has gone on the record saying it expects its database business to grow 15 to 20 percent, year-over-year, and its applications revenue to grow 75 percent year-over-year.

But in a report issued Friday, Morgan Stanley Dean Witter software

**MORE FROM ZDNet**

▶ **Breaking News**

› Slow start forecast for digital films

› Congress calls for paperless health records

› Bill launched to overhaul broadband rules

› eBay seeks patent ruling from Supreme Court

› Landlines still trump Web for teen chitchat

› Ex-Microsoft employee a million-dollar man

› Can Roomba maker iRobot clean up on Wall Street?

› When security researchers become the problem

› Google hit with job discrimination lawsuit

▶ Windows chief talks up Vista

▶ **News on IT Topics**

Find news on the topics that matter most:

**Security**

**Viruses**

**Linux**

**Outsourcing**

**Regulations**

**Wireless**

**Storage**

**Servers**

**Business Apps**

▶ **Business Directory**

**Business white papers**
Do your job better with the help of these white papers:

- Finance
- Human Resources
- Sales & Marketing
- More...

analyst Chuck Phillips questioned how long Oracle could sustain its database momentum, given the fact that at least 30 of Oracle's sizeable dot-com database customers have gone out of business. Phillips estimated that about 10 to 12 percent of Oracle's database license revenue came from dot-coms last year.

The result, according to Phillips: Oracle's database revenue should grow 10 to 13 percent this year, compared with 32 percent last year and 19 percent in its most recent quarter.

Oracle's next-generation 9i database won't contribute much to the company's bottom line until the first quarter of Oracle's fiscal 2002, Morgan Stanley estimates.

Nonetheless, Phillips said the resulting $40 million trim in licensing revenue expected by Morgan Stanley did not affect his earnings estimate of 12 cents per share. Phillips remained optimistic about the prospects for Oracle's 11i application suite.

(ORCL) A Wednesday report on Oracle issued by Banc of America Securities was wary about the near future. "We're optimistic long-term but a bit cautious short-term," said a note authored by several Banc of America analysts. "Though management seems confident in the progress Oracle has made thus far in the quarter, we remind investors that a good amount of the quarter's business remains to be done. The next three weeks will tell the tale."

Oracle executives did not respond to a request for comment.

Not all companies that sell databases are feeling the pinch, according to a recent Merrill Lynch report. In a survey of IT (information technology) spending plans for the coming year, Merrill found that companies are planning to spend considerably on database, data warehousing and data mining technologies.

A recent Dataquest report estimated the database market at $8 billion. The market will exceed $12 billion by 2003, the researcher estimated. Dataquest found that IBM and Oracle each hold 30 percent of the database-software market.

**Sponsored Links**

**Oracle Apps Training**
Training in all 11i Modules Customised on site delivery
www.datasky.com

**Oracle Database Support**
Full-time experts on a part-time basis.
www.dbazone.com

**Oracle on Linux**
Support on Linux for Oracle Database, 9i, 11i, 10g, RAC
www.dataroad.com

**Try MSN Internet Software for FREE!**

**MSN Home  |  My MSN  |  Hotmail  |  Shopping  |  Money  |  People & Chat  |  Search**                    Feedback  |  Help

© 2005 Microsoft Corporation. All rights reserved. Terms of Use Advertise TRUSTe Approved Privacy Statement GetNetWise Anti-Spam Policy

# EXHIBIT 19



FORMAT FOR
PRINTING
sponsored by 

**February 9, 2001 5:39 p.m. EST**

## MARKET MOVERS

# Stocks Decline as Fears About Growth Continue

**By ROBERT O'BRIEN**
**DOW JONES NEWSWIRES**
*February 9, 2001 5:39 p.m.*

NEW YORK -- High-technology bellwethers fell sharply amid more signs of deterioration in growth prospects during another dispiriting session of equity trading Friday.

**DOW JONES REPRINTS**

This copy is for your personal, non-commercial use only. To order presentation-ready copies for distribution to your colleagues, clients or customers, use the Order Reprints tool at the bottom of any article or visit: www.djreprints.com.

• See a sample reprint in PDF format.
• Order a reprint of this article now.

Oracle declined $3.56 to $23.56 on the Nasdaq Stock Market in heavy trading, with 90 million shares changing hands, compared with a daily average of 50 million, after Morgan Stanley Dean Witter warned of weakness in the software developer's core database business.

Shares of personal-computer makers retreated, after The Wall Street Journal reported Friday that Dell Computer is gearing up for deep expense cuts, a reflection of the slackening pace of sales of personal computers. Dell fell 2.56 to 23.50, while International Business Machines lost 1.71 to 112.32 and Gateway surrendered 1.29 to 18.75.

Other blue-chip bellwethers, many of which had made significant progress in January from their lows of late last year, continued their ragged February performance. Microsoft lost 3.13 to 59.13, while Intel slid 1.13 to 33.50, both on Nasdaq.

"Throughout January, the market focused on interest rates, and now the focus has shifted back to earnings," said Eric Shatsky, managing director at Geometric Capital. The earnings outlook, he said, hasn't improved. "It's deteriorated."

The exposure to Cisco Systems , which earlier this week warned that its inventory buildup has proven more troubling than Wall Street previously estimated, continued to drag on the networking sector.

Cisco itself declined 1.81 to 28.19, sinking to another 52-week low, while Juniper Networks shed 9.19 to 83.88, SDL dropped 9.50 to 160.88 and Applied Micro Circuits slid 2.31 to 44.44, all on Nasdaq.

The Nasdaq Composite Index finished Friday down for a third straight day, lower by 91.09, or 3.56%, to 2470.97. The Dow Jones Industrial Average, hobbled by losses in all four technology components, ended 99.10 points weaker, or 0.91%, at 10781.45.

On the New York Stock Exchange, there were 1,648 issues declining, 1,391 advancing and 216

unchanged. NYSE volume totaled 1,052,073,020 shares, compared with 1,083,134,840 Thursday.

The earnings news in the session wasn't especially discouraging -- at least, not relative to the profit statements out earlier this week. ONI Systems , for example, reported fourth-quarter numbers that showed revenue rose more than analysts anticipated.

Thomas Weisel Partners, which has been a bull on the stock, said the company outstripped its expectations. Nevertheless, shares of the optical-equipment maker fell victim to the sell-off in Nasdaq, losing 2.77 to 47.96.

Network Appliance managed to move higher, gaining 2.81 to 38 on Nasdaq, after the data-server maker posted fiscal third-quarter earnings late Thursday that beat analysts' projections. However, the stock had dropped Thursday to a 52-week low, reflecting diminished expectations from the earnings release.

Zebra Technologies lost 8.88 to 43 on Nasdaq, after posting an earning disappointment. The Vernon Hills, Ill., maker of bar-code label printers reported fourth-quarter results that came up short of analysts' projections.

Power-One fell 3.44 to 28.75 on Nasdaq, after the Camarillo, Calif., developer of power-supply products reduced its earnings guidance for fiscal 2001.

With the technology sector in distress, investors resorted to a defensive investment strategy, and a very narrow one, at that.

Philip Morris finished the session ahead 1.06 to 48, while beer maker Anheuser-Busch advanced 1.46 to 43.

Oil producers also made some progress, with Texaco ahead 1.16 to 63.89, Chevron advancing 1.63 to 85.89 and Exxon Mobil gaining 1.36 to 85.86.

**Write to** Robert O'Brien at bob.o'brien@dowjones.com

**Copyright 2005 Dow Jones & Company, Inc. All Rights Reserved**

This copy is for your personal, non-commercial use only. Distribution and use of this material are governed by our **Subscriber Agreement** and by copyright law. For non-personal use or to order multiple copies, please contact Dow Jones Reprints at 1-800-843-0008 or visit **www.djreprints.com**.

EXHIBIT 20

2/14/01 INVBUSD A2                                                    Page 3


2/14/01 Inv. Bus. Daily A2
2001 WLNR 8739118

Investor's Business Daily
Copyright 2001  Investor's Business Daily, Inc.

February 14, 2001


Business News.(A)(Business News)


Schlumberger says Sema buy

isn't ideal, but serves purpose

CEO Euan Baird dismissed doubts over the $5.2 billion takeover of Anglo-French information technology firm Sema, but admitted it may not be a perfect buy. "This may not be the best takeover that Schlumberger ever did," Baird said. Buthe justified the deal by saying "information technology is just beginning, andwe want to be part of it." The buy will be a success if it can integrate its

telecom, utility and networking activities, he said. Schlumberger's shares fell another 4.98, or 7%, to 64.02.

Oracle will save an extra billion

by using own business software

Oracle CEO Larry Ellison said his firm is on track to save another $1 billion this year by using its own Web-based 11i applications software. The firm plans to save $2 billion in two years and $3 billion in three years. Ellison said themove helped Oracle cut its own information technology budget in half. Last quarter, Oracle saw a 66% jump in sales of its business software. Oracle is touting its fast-growing applications products amid concerns that its core database sales are soft.

Ellison worries a stock market-led drop in consumer confidence could hurt software sales.

China Unicom to spend $1.81 bil

on CDMA-based wireless network

The China Daily Business Weekly said the country's No. 2 wireless operator plans to expand its existing network based on Qualcomm's CDMA standard to 160 cities with capacity for 10 million subscribers. If so, Qualcomm stands to reapbig royalties on CDMA gear and handset sales. But China Unicom has yet to invite bids from any CDMA gear makers for contracts. The rival GSM standard currently holds sway in China. Qualcomm's shares rose as much as 5%, but sold off along with other techs to close down 2.38, or 3%, to 80.50.

Nortel gets three big China deals

Nortel Networks won three contracts worth a total of $263 million in China. It signed with China Telecom to build a 15,000-kilometer, long-haul network. Nortel also won a $130 million contract from China Mobile, the nation's No. 1 wireless operator, to expand its GSM network in the central province of Shaanxi. It also signed contracts worth $32 million with China Unicom to expandits GSM network in Zhejiang and Heilongjiang.

GM bets on Wall Street road trips

in new OnStar pact with Fidelity

©  2005 Thomson/West. No Claim to Orig. U.S. Govt. Works.

General Motors' OnStar service and Fidelity Investments will let drivers trade stocks and mutual funds while on the road. For safety reasons, the service usesvoice-activation software. Incoming information will also be read aloud. The two also plan to expand the service to let users trade securities or check account balances. But it won't come cheap. Users will pay 18 cents a minute forcell phone service provided by OnStar.

---- INDEX REFERENCES ----

COMPANY: CHINA UNICOM LIMITED ADR; FMR CORP; GENERAL MOTORS CORP; NORTEL NETWORKS CORP; QUALCOMM INC; SEMA PLC; CHINA UNICOM LTD

NEWS SUBJECT:  (Major Corporations (1MA93))

INDUSTRY:  (Wireless Equipment (1WI69); I.T. (1IT96); Software (1SO30); Enterprise Business Operations Software (1EN75); Application Software (1AP32); I.T. in Telecom (1IT42); CDMA (1CD38); Networking (1NE45); Sales & Marketing Software (1SA22); Telecom (1TE27); Next Generation Wireless Technology (1NE48); Software Products (1SO56); Telecom Services (1TE09); Wireless Services (1WI30))

REGION:  (China (1CH15); Western Europe (1WE41); Asia (1AS61); Eastern Asia (1EA61); Europe (1EU83); France (1FR23))

Language:  EN

OTHER INDEXING:  (BUSINESS NEWS; CDMA; CHINA UNICOM; FIDELITY INVESTMENTS; GENERAL MOTORS; GM; GSM; NORTEL NETWORKS; ON; ORACLE; QUALCOMM)  (Baird; Buthe; Ellison; Euan Baird; Incoming; Larry Ellison; Nortel; Schlumberger; Sema)  (France;  France)

KEYWORDS: Electronics industry ( Personal finance);  ( Business);  (Electronics industry)

COMPANY TERMS: SEMA GROUP

Word Count: 550
2/14/01 INVBUSD A2

END OF DOCUMENT

©  2005 Thomson/West. No Claim to Orig. U.S. Govt. Works.