# EXHIBIT 31

6/15/2005 Chobor, John J.L.

```
 1            IN THE UNITED STATES DISTRICT COURT

 2              NORTHERN DISTRICT OF CALIFORNIA

 3

 4    In re ORACLE CORPORATION

 5    SECURITIES LITIGATION

 6                        Master File No. C-01-0988-MJJ

 7    This Document Relates To:

 8         ALL ACTIONS.

 9    --------------------------/

10

11                    ---oOo---

12                   CONFIDENTIAL

13      30(B)(6) DEPOSITION OF JOHN J.L. CHOBOR

14            Wednesday, June 15, 2005

15                    ---oOo---

16                  TSG REPORTING

17                 REPORTING FOR:

18            LiveNote World Service

19          221 Main Street, Suite 1250

20         San Francisco, California 94105

21            Phone:  (415) 321-2311

22             Fax: (415) 321-2301

23

24    Reported by:

25    BONNIE PRUSZYNSKI, RMR
```

6/15/2005 Chobor, John J.L.

```
1        A    Well, I am involved in the litigation

2   probably more actively --

3              MR. BRITTON:  Let me object to that

4        question.  Go ahead.

5              THE WITNESS:  -- more actively than

6        any of the other trustees.  As the way the

7        trustees work, at least with respect to the

8        litigations, they sort of delegated most of

9        those responsibilities to a committee that

10       is made up of Jay Sackman and myself.

11             I have taken the lead probably more so

12       than Jay on the Oracle case.

13  BY MR. SCHMELTZ

14       Q    What's the name of that committee?

15       A    I'm not sure that we even -- I don't

16   know the name of it.  I don't even know that we

17   have actually named it.

18       Q    How many lawsuits other than Oracle

19   are you overseeing?

20             MR. BRITTON:  Objection to form.

21       A    Again, I don't know what you mean by

22   "oversee," but I think we have got pending

23   probably 12 or 15 that we are involved in, I

24   imagine.

25       Q    How many of the pending pieces of
```

34

```
 1      litigation that you are involved in at least

 2      monitoring for the board --

 3          A     Un-huh.

 4          Q     -- involve either Milberg Weiss or

 5      Lerach, Coughlin?

 6          A     I would imagine all of them.  But I am

 7      not 100 percent sure of that, but I imagine most

 8      of them are.

 9                I imagine all of them are.

10          Q     Why, why do you imagine that?

11          A     Because, as I understand it,

12      originally we had Milberg Weiss was representing

13      the funds in any of their litigation.

14                As I understand it, the firm split

15      between Bill Lerach and Mel Weiss, and they

16      have -- I don't know what mechanism they used to

17      divide the cases, but I think Bill took some and

18      Mel took some.

19                So, I think originally Mel, Milberg

20      Weiss was the law firm that represented us.

21          Q     Did you have a retainer agreement with

22      Milberg Weiss?

23          A     For which?

24          Q     Some general, I mean, you have made

25      the point that Milberg Weiss was the law firm
```

35

6/15/2005  Chobor, John J.L.

1          A      I believe it's a man.

2          Q      It only narrows it down if it's a

3    woman.  There aren't very many on that bench in

4    the Western District of Missouri.

5                 In Re Capital One Securities

6    Litigation, do you recognize that litigation?

7          A      I recognize the title of it, yes.

8          Q      Do you know anything about that

9    litigation?

10         A      Not really.

11         Q      Is that currently active litigation?

12         A      I believe so.

13         Q      Is it fair to say that with respect to

14   the cases that you recognize so far, either

15   Milberg, Weiss or Lerach are the counsel, lead

16   counsel?

17         A      I believe that is true.

18         Q      And with Carpe v. Aquila, do you know

19   if it's Milberg Weiss or Lerach?

20         A      It's Milberg Weiss.

21         Q      With respect to In Re Calpine, do you

22   know one way or the other?

23         A      No.

24         Q      In Re Nortel Networks?

25         A      No.

6/15/2005 Chobor, John J.L.

1        Q     Selinger?

2        A     No.

3        Q     And In Re Capital One, do you know?

4        A     No.

5        Q     Waldbaum V Provident Financial Group,

6    do you recognize that case?

7        A     Title, don't know much about the case.

8        Q     Represented by Milberg, Weiss or

9    Lerach?

10       A     Not sure.

11       Q     Is it fair to say it's one or the

12   other?

13       A     I believe so it is.

14       Q     Gallo v. Broadwing, do you recognize

15   that litigation?

16       A     No.

17       Q     Do you know if it's currently active

18   one way or the other?

19       A     I would -- again, I imagine that

20   Stephanie knows the active cases that are

21   pending.

22             You know, when these were prepared I'm

23   sure that it was something that we were involved

24   in.  Whether it's been settled since, I don't

25   know.  I certainly wasn't involved in settling

6/15/2005 Chobor, John J.L.

```
1     it if it was.
2           Q     Is it fair to say that either Milberg
3     Weiss or Lerach is counsel for the fund on that
4     case?
5           A     I would believe so.
6           Q     The next case is Fischbein v. Marsh
7     and McClellan.
8                 Do you recognize that case?
9           A     Yes.
10          Q     Is that a currently active case?
11          A     Yes.
12          Q     Who represents the funds in that case?
13          A     I think Lerach's firm does.
14          Q     This also indicates that the fund has
15    been appointed lead plaintiff; correct?
16          A     Yes.
17          Q     And the date on this is it's an '03
18    case; isn't that correct?
19          A     I believe so.
20          Q     Do you know anything else about the
21    Fischbein case?
22          A     No.
23          Q     Next case is Carpenters Health and
24    Welfare, this is the case we talked about
25    earlier; correct?
```

6/15/2005  Chobor, John J.L.

1        A      Um-hum, yes.

2        Q      Other than what we talked about

3    earlier, do you know anything else about this

4    case?

5        A      No.

6        Q      The next case is In Re Waste

7    Management, and we talked about this case;

8    correct?

9        A      Yes.

10       Q      And you don't know one way or the

11   other whether "not appointed" means that the

12   fund withdrew its application or that the fund

13   wasn't appointed by the Court?

14       A      That's right.

15       Q      But in your, to the best of your

16   knowledge, the fund has not withdrawn an

17   application for lead plaintiff?

18       A      Yes, to the best of my knowledge.

19       Q      In Re Total Renal Care, we have

20   discussed that case; right?

21       A      Un-huh, yes.

22       Q      In Re Microstrategy is the case we

23   discussed earlier as well; right?

24       A      Yep.

25       Q      Local 144 v. Procter and Gamble is a

1       case that we discussed, but you testified you

2       didn't you didn't know anything about; right?

3              A      Right.

4              Q      In Re Honeywell International

5       Securities Litigation, we talked about that case

6       earlier?

7              A      Yes.

8              Q      Do you know anything more about that

9       case than what we have already discussed?

10             A      No, I believe that -- I believe that

11      was settled.

12             Q      Who represented the fund in that case?

13             A      I think it was the Lerach firm.

14      Again, I think it was started with, under the

15      Milberg firm, but at what point they split, and

16      what cases went, I don't know.

17             Q      But you think the In Re Honeywell case

18      went with Lerach?

19             A      I think it did.

20             Q      Do you know if the Fischbein case went

21      with Lerach?

22             A      I think most of them went with Lerach.

23      I think only a few of them stayed with Mel.

24             Q      Do you know if the Microstrategy case

25      went with Lerach?

6/15/2005 Chobor, John J.L.

1        A     I don't know.

2        Q     Next case is In Re Rite Aide Corp.

3    Securities Litigation.  Do you recognize that

4    case?

5        A     By title, yes.

6        Q     Do you know anything about it other

7    than what's listed on page 13 of exhibit one?

8        A     No.

9        Q     Do you know if Milberg or Lerach

10   represent the fund?

11       A     I don't know.

12       Q     Local 144 v. Computer Associates, do

13   you recognize that case?

14       A     By title.

15       Q     Do you know if Milberg or Lerach

16   represents the fund in that case?

17       A     I don't know.  I believe Lerach's

18   firm.

19       Q     Do you know the process by which the

20   fund gets involved in these cases?

21       A     Yes, the fund --

22             MR. BRITTON:  Instruct the witness not

23       to disclose any attorney-client

24       communications when you are answering his

25       question.

```
1    the East Coast.  I think there was just a

2    professional relationship, no more.

3              Certainly Mel's politics are very

4    different from Bart's.

5         Q    I wouldn't characterize Mel as being

6    on a Pataki or Guliani committee.

7         A    Exactly.

8         Q    With respect to the litigation we have

9    just discussed on pages 12 and 13 of Exhibit 1,

10   are you aware of how the fund got involved in

11   any of these cases?

12        A    I don't believe so.  I believe all of

13   these were sort of in the pipeline and existing

14   by the time I became active in August of '03.

15        Q    If you note the In Re Rite Aide Corp.

16   shows it's a '99 case; right?

17        A    Okay.

18        Q    And you see that the interrogatory

19   response indicates that there was a motion for

20   lead plaintiff and that the fund was not

21   appointed?

22        A    Un-huh.

23        Q    If you look back at Exhibit 4 --

24        A    These are mine?

25             MR. BRITTON:  Yes, those are yours.
```

6/15/2005 Chobor, John J.L.

1      A      Okay.  I'm sorry.

2      Q      -- Exhibit 4, which is the

3   certification.

4      A      Right.

5      Q      5-C, discusses cases that -- in which

6   plaintiff -- plaintiff, the fund -- initially

7   sought to serve as a representative party --

8      A      Okay.

9      Q      -- but either withdrew its application

10   or was denied.

11      A      Un-huh.

12      Q      That certification does not list the

13   In Re Rite Aide Corp., does it?

14              MR. BRITTON:  Objection, foundation.

15      A      I don't see it.

16      Q      Do you know one way or the other why

17   1199, excuse me, why the fund, in the year 2001,

18   would leave a 1999 case off of its

19   certification?

20              MR. BRITTON:  Objection, foundation.

21      Calls for speculation.

22      A      No.

23      Q      If you look up at the, on Exhibit 1,

24   Gallo v. Broadwing, and that seems to indicate

25   that that's -- scrap that.

1                Never mind that question.

2                Look for a second at Exhibit 2, if you

3    would, and let's turn to page 11 and page 12 of

4    Exhibit 2.

5                The bottom of page 11, there is an

6    interrogatory number 25, that seeks information

7    about cases in which the fund was involved.

8                Do you see that?

9        A     Yes.

10       Q     Flip over to page 13, and it lists the

11   Selinger case, which we have seen, and a case

12   called Billing v. Credit Suisse First Boston.

13               Do you recognize that Credit Suisse

14   First Boston case?

15       A     No.

16       Q     Do you know one way or the other

17   whether that's an active case on the fund's

18   docket?

19       A     I don't know if it's been settled

20   since the interrogatory response was prepared.

21   I would doubt it, but I don't know.

22       Q     Do you know one way or the other

23   whether or not the fund was granted lead

24   plaintiff status in that case?

25       A     No.

### 6/15/2005 Chobor, John J.L.

1    Q    Turn the page to page 14, the date of

2    the responses to this third set of

3    interrogatories appears to be April 4th, 2005?

4    A    Yes.

5    Q    Do you see that?

6    A    Yes.

7    Q    If you would turn back to Exhibit 1,

8    and turn to page 25, Mr. Britton signed the

9    responses to this set of interrogatories?

10   A    Page 25?

11   Q    Page 25.

12   A    Okay.

13   Q    It appears that Mr. Britton signed

14   this document on May 13, 2005; is that correct?

15   A    It appears that way.

16   Q    Do you know one way or the other why,

17   in May 2005, the fund would have left the

18   billing v. Credit Suisse case off of its list of

19   cases in which it's involved?

20   A    No.

21        MR. BRITTON:  I will tell you, because

22        they are not securities cases under the

23        PSLA.

24        Wait a minute, I withdraw that.

25        MR. SCHMELTZ:  I hope that is not the

1       case.

2               MR. BRITTON:  I withdraw that.

3       That -- there is something else I was

4       thinking of.

5   BY MR. SCHMELTZ

6       Q       And that Billing v. Credit Suisse

7   First Boston case that is listed at page 13 of

8   Exhibit 2 appears to be a 2001 case, doesn't it?

9       A       Yes.

10      Q       And do you know one way or the other

11  why, in 2001, the pension fund would have left

12  the Billing v. Credit Suisse First Boston case

13  off of its certification that is found in

14  Exhibit 4?

15              MR. BRITTON:  Objection, foundation.

16      Calls for speculation.

17      A       Well, yeah.  I mean, no, I don't know

18  when this was executed, this certification.

19  But -- someone probably does.

20      Q       Given what we know from Exhibits 2,

21  excuse me, Exhibits 1, 2 and 4, is it fair to

22  say that the fund has been appointed lead

23  plaintiff in over ten active, current and active

24  cases?

25              MR. BRITTON:  Objection.

1    they haven't already.

2         Q     What do you seek to obtain through

3    this lawsuit?

4         A     Well, I suppose we -- what do I?  I

5    expect nothing.

6              On behalf of the class, on behalf of

7    the beneficiaries, we hope to be compensated for

8    our losses.

9              I suppose you could make the argument

10   that bringing this kind of litigation would

11   hopefully dissuade other corporations from doing

12   the same thing, although I am not necessarily

13   one that believes that.

14             I hope to compensate the class and the

15   fund for its losses based on these comments or

16   omissions.

17        Q     How did the fund first become involved

18   in this lawsuit, if you know?

19             MR. BRITTON:  Objection, asked and

20        answered.

21        A     And I don't know.

22        Q     Prior to the fund filing this

23   complaint -- let me ask it this way.

24             When did you, personally, first become

25   aware of this claim?

```
 1       A     I would imagine that it wasn't until
 2   sometime after 2004, maybe late 2003.
 3       Q     You noted that the fund is represented
 4   by Lerach Coughlin in this case; right?
 5       A     Yes.
 6       Q     Do you know if -- I think we have
 7   touched on this or tried to talk about it
 8   earlier, but do you know if the fund brought the
 9   idea for this suit to Lerach or vice versa?
10       A     I don't know.
11             MR. BRITTON:  Objection to form.
12       Attorney-client privilege also.
13       A     I don't know.
14       Q     What type of agreement does the fund
15   have with Lerach for this case?
16       A     I don't know.  But I believe in the
17   past, if there was an agreement, they were
18   basically held open until the conclusion of the
19   case.
20             I think the letter that I believe I
21   saw from Lerach, it may have been from Mel
22   Weiss, I'm not sure, I don't know if it was
23   indicative of what's going on in the Oracle
24   case.
25             But it was along the lines of you have
```

6/15/2005 Chobor, John J.L.

1        too much information.

2        A     We did not rely, we did not make a

3   decision to buy or sell.  Our investment

4   managers did.

5              We did not receive a communication

6   upon which we relied on buying or selling Oracle

7   securities.  Turner and Congress did.

8              I mean, I don't -- you didn't hear me

9   say that, but I certainly heard myself say it a

10  number of times today.

11             MR. SCHMELTZ:  I am going to ask the

12        court reporter to mark this exhibit as

13        Exhibit 9.

14             (1199 SEIU Pension Fund Exhibit 9

15        marked for identification as of this date.)

16             MR. BRITTON:  Can we go off the record

17        for a second?

18             MR. SCHMELTZ:  Sure.

19             THE VIDEOGRAPHER:  We are now going

20        off the record.

21             The time is 3:29 p.m.

22             (Recess taken)

23             THE VIDEOGRAPHER:  We are now going on

24        the record.  The time is 3:35 p.m.

25   BY MR. SCHMELTZ

**6/15/2005 Chobor, John J.L.**

1        A        That's what it says.

2        Q        And when we, referring back to the

3    report that the fund had received in Exhibit 9

4    at PLFClass 016, that is a purchase of 3200

5    shares at $98,800; isn't it?

6                 MR. BRITTON:  Objection, foundation.

7    BY MR. SCHMELTZ

8        Q        I'm just asking what the document

9    says.

10       A        That's what the document says.

11       Q        And it's a document that the fund

12   received from Congress Asset Management;

13   correct?

14       A        Yes.

15                MR. BRITTON:  Objection, foundation.

16       A        I believe so.

17       Q        And do you have any reason, can you

18   explain to me any reason why the trade date on

19   the document from Congress, which is a trade

20   date of December 12th, 2000, is different from

21   the date referenced in Exhibit 4, which is the

22   fund's certification?

23                MR. BRITTON:  Objection.

24       Q        And different from the date referenced

25   in Exhibit 9 at PLFClass 016?

178

**6/15/2005 Chobor, John J.L.**

1          MR. BRITTON:  Objection, foundation.

2      Calls for speculation.

3      A     I think the settlement dates are the

4  same to -- on Exhibit 9 and Exhibit 10, and

5  which is consistent with what we refer to as

6  date acquired in Schedule A on Exhibit 4.

7      Q     Is it?

8      A     Settlement date?

9      Q     Settlement date is what you refer to

10  as date acquired, schedule A?

11          MR. BRITTON:  Objection, foundation.

12      Calls for speculation.  Only if you know.

13      A     I don't know what term people were

14  looking at what they prepared Exhibit 4,

15  Schedule A.

16      Q     Schedule A --

17      A     My comment was that those dates are

18  all consistent.

19      Q     Schedule A --

20      A     Schedule A.

21      Q     -- of Exhibit 4 at page three --

22      A     Yes.

23      Q     -- shows a date acquired of

24  December 18th, is that correct?

25      A     Yes, 18th.

```
 1         Q      And the settlement date on Exhibit 10
 2    is December 15th; right?
 3                MR. BRITTON:  Objection.  Hold on.
 4         Objection, foundation.
 5                Let me get my objection in.
 6         A      That's what the documents say.  I
 7    misspoke when I said they were the same.
 8         Q      And the settlement date on Exhibit 9
 9    at PLFClass 16 is the 15th as well?
10         A      The 15 --
11                MR. BRITTON:  Objection, foundation,
12         calls for speculation.
13         A      That's what the document says.
14         Q      And you would agree with me if the
15    trade date of this trade is as it's represented
16    on CONG 0036 --
17         A      Which one is that?
18         Q      That is Exhibit 10.
19                If the trade date is as it's
20    represented on Exhibit 10, that trade is outside
21     of the class period; isn't that correct?
22                MR. BRITTON:  Objection.  Calls for
23         speculation, foundation.
24         A      To be honest with you, I forget what
25    the exact parameters were of the definition you
```

**6/15/2005  Chobor, John J.L.**

1    used earlier when we started.

2        Q    It's December 14th, 2000.

3        A    Okay.  Twelve is outside of 14.  I

4    have stated the obvious.

5        Q    You don't know of any reason why the

6    fund would represent, in an under oath statement

7    to the Court as it did on page three of Exhibit

8    4, that this trade was actually within the class

9    period, do you?

10           MR. BRITTON:  Objection, foundation,

11       calls for speculation.  Argumentative.

12           You can answer if you know.

13       A    I don't know.

14       Q    I would ask you to flip through

15   Exhibit 3, or, excuse me, Exhibit 9 for me, sir,

16   and tell me if you can find that second trade

17   referenced at Schedule A of Exhibit 4.

18       A    I'm probably going to have to take a

19   break for this conference call.

20           MR. BRITTON:  We'll take a break and I

21       will represent to you that it's not in

22       there, and I will stipulate that Exhibit 4

23       is incorrect to the extent it lists a trade

24       01-3-01.

25       A    Thank you, save me.

**6/15/2005 Chobor, John J.L.**

1          Exhibit 4, but not on Exhibits 10 or 11, it

2          is not a trade for purposes of this

3          litigation, not a trade, period.

4                  I think that is our stipulation?

5                  MR. BRITTON:  Yes.  We will stipulate

6          that Exhibit 10 and Exhibit 11 accurately

7          reflect the trades made by the fund in

8          Oracle during the relevant time period, and

9          to the extent that the trades in Schedule A

10         are not in Exhibits 10 and 11, those trades

11         are incorrect.

12                 THE WITNESS:  I liked his wording

13         better.

14                 MR. BRITTON:  What's that?

15                 THE WITNESS:  I looked his wording

16         better.

17                 MR. BRITTON:  Okay.

18                 THE WITNESS:  You said it was by the

19         fund.  It's by the investment manager on

20         behalf of the fund.

21                 MR. BRITTON:  Right.  Right.

22                 Essentially Exhibits 10 and 11 are the

23         trades at issue in the lawsuit.

24                 THE WITNESS:  Right.

25                 MR. BRITTON:  Said simply that.

# EXHIBIT 32

**7/13/2005  Sawyer, Robert Demarse**

```
 1               UNITED STATES DISTRICT COURT

 2               NORTHERN DISTRICT OF CALIFORNIA

 3

 4    In re ORACLE CORPORATION      ) Master File

 5    LITIGATION                    ) No. C-01-0988-MJJ

 6    ---------------------------)

 7    This Document Relates To:     )

 8         ALL ACTIONS             )

 9    ---------------------------)

10

11               The videotaped deposition of ROBERT

12    DeMARSE SAWYER, called for examination, taken

13    pursuant to the Federal Rules of Civil Procedure of

14    the United States District Courts pertaining to the

15    taking of depositions, taken before JULIANA F.

16    ZAJICEK, CSR No. 84-2604, a Notary Public within

17    and for the County of Kane, State of Illinois, and

18    a Certified Shorthand Reporter of said state, at

19    Suite 3200, 71 South Wacker Drive, Chicago,

20    Illinois, on the 13th day of July, A.D. 2005, at

21    9:23 a.m.

22

23

24
```

1    December -- I think it was December 14th until

2    March 1st.  December 14th, 2000 to March 1st, 2001.

3        Q.    Do you know why the class period begins

4    on December 14, 2000?

5        A.    I don't know why that's the specific

6    date, but my understanding is that's when stock in

7    question was sold by Mr. Ellison, and I don't know

8    if the last day was during the March 1st period.

9    There were multiple amounts of options that were

10   sold which I was aware of because I had heard it on

11   CNBC and actually raised some flags for me and I

12   called up the Oracle stock, what's the group you

13   call, the Investors Relations.

14          And my answer was -- or they gave me --

15   the answer was, "Larry Ellison owns this company.

16   He can do whatever the hell he wants."  And I don't

17   think they said hell, but I sort of took it as

18   that.  And I thought, wow.  And I asked, "But why?

19   Why would he sell these options early?"  I mean, I

20   understand that about options, so.  But that was --

21   it was not a very nice conversation.

22       Q.    You don't remember the name of the

23   person you spoke with?

24       A.    No, but I wish I did.  I really do.

1      That was one conversation I wish I would have

2      written down their name because they shouldn't have

3      said anything like that to any investor.  If they

4      were working for me, I would have fired them.

5           Q.    Do you remember when you made this phone

6      call in particular?

7           A.    You know, I really don't.  I just -- and

8      I remember seeing Larry Ellison on CNBC.  And, you

9      know, and then -- you know, CNBC always reports

10     things not necessarily -- they don't put them on

11     the hot spot, you know.  Sometimes they do,

12     sometimes they don't.  But it was after that, and

13     they were talking about how so many options -- you

14     know, they were talking about op- -- people who had

15     sold options.  And then sometimes you'd see it in

16     the Wall Street Journal and things like that, and

17     Barron's I think is the one that has a lot of that,

18     which I read all of those things.

19              And so through one of those I decided,

20     I'm going to call and find out about this.  And I

21     must say, that was -- usually Investors Relations

22     are very customer friendly.  That was not a good

23     thing.

24          Q.    You would agree though that it was about

54

1    the time that Mr. Ellison made his sales?

2        A.    Yeah.

3        MS. WINKLER:   Objection to the form of the

4    question.

5    BY THE WITNESS:

6        A.    I mean, that's my general recollection.

7    And a lot of these things are -- you know, they

8    don't come out until later, as far as options

9    buying and selling.   They are at least not made

10   public.

11   BY MR. YOUNT:

12       Q.    I'm not sure if you answered this

13   already, but do you remember -- or do you know why

14   the proposed class period ends on March 1st, 2001?

15       A.    No.   You just asked me that, and I said

16   I don't -- I'm not specifically sure of, but I

17   believe it's during the time period that -- and

18   maybe that was the last time that Larry Ellison

19   sold those -- that -- those options, stock.   I

20   don't know.   I'm not sure.   That would be my guess.

21       Q.    How did you become involved in this

22   lawsuit?

23       A.    As I stated before, it was either

24   through some type of public notification which, you

1    It just depends on what it is.

2         Q.    Why did you file this lawsuit?

3         A.    Because I felt I was damaged due to

4    misleading comments by Larry Ellison specifically

5    and Oracle during a period when, you know, the

6    market was in flux and I trusted the information

7    that was coming out of, you know, the CEO's mouth

8    essentially, who said that there was nothing wrong,

9    which is why I invested in them, and everything was

10    going great in the economy and nothing was

11    effecting them and they were immuned to it.  And at

12    that point I was looking for a good solid company

13    to invest in that could ride out the storm that was

14    going on in the tech industry at the time.  And

15    then later to find out that it was -- that the

16    comments were not true.  They were misleading.  And

17    I lost a lot of money based on that.

18         Q.    Whom have you sued in this case?

19         A.    I'm sorry?

20         Q.    Whom have you sued in this case?

21         A.    Whom?

22         Q.    Yes.

23         A.    Well, I've -- it is Oracle Corporation.

24         Q.    Anybody else?

**7/13/2005 Sawyer, Robert Demarse**

1          A.     I assume it is just Oracle and it might

2     be Larry Ellison personally too.  I don't know how

3     that works, but...

4          Q.     Have you been paid or promised anything

5     for your participation in this lawsuit?

6          A.     No.

7          Q.     How much do you personally expect to

8     receive for serving as the class representative in

9     this lawsuit?

10         MS. WINKLER:  Objection to the form of the

11    question.

12    BY THE WITNESS:

13         A.     I don't have a clue.  I'm not expecting.

14    I know better than to expect any specific numbers.

15    I would hope it all, but...

16         Q.     What would be "it all"?

17         A.     Well, everything that I lost.

18         Q.     And what --

19         A.     I don't know.  It's a lot of money.  I

20    don't know the specific number.

21         Q.     We'll come back to that.  I'll try back

22    to refresh your recollection?

23         A.     Do you want me to cry on camera?

24         Q.     I don't want that.

1          During the relevant time period, by what

2     process did you trade securities?

3          MS. WINKLER:  Objection to the form of the

4     question.

5     BY THE WITNESS:

6          A.    You know, I just honestly, I don't know

7     how active I was at that time.  I mean, I've -- you

8     know, I've always tried to be a long-term investor

9     in stock, and what was going on in the market at

10    the time I would -- and with margin -- margins,

11    margin calls and things like that, I would be

12    forced to take certain actions and things like

13    that.  So I was actually trading -- I was actually

14    in and out more than I wanted to be.  But because

15    my general investment philosophy is buy a great

16    company and hold onto it.

17          But unfortunately market fluctuations

18    were very significant at that time, which sometimes

19    didn't have anything to do with the company itself.

20    So sometimes the market would help you and the fact

21    that it would bring a great company down to a point

22    where you could actually, you know, maybe make some

23    money.

24          But I don't specifically -- I can't

**7/13/2005  Sawyer, Robert Demarse**

1        Q.     So even while you had this Delta Asset

2     Management account, you had a Merrill Lynch

3     account?

4        A.     Yeah, with nothing in it.

5        Q.     At some point you had something in your

6     Merrill Lynch account, correct?

7        A.     Well, yeah, a little bit.  I mean, you

8     know, a couple of thousand dollars or something

9     just to keep it open.

10       Q.     But when you closed your Delta Asset

11     Management account, you moved your -- the bulk of

12     your assets to your Merrill Lynch account?

13       A.     Right.  There was a margin problem and

14     Merrill Lynch gave me more marginability for Oracle

15     and I transferred it over there.  And during the

16     transfer period unfortunately the price of Oracle

17     dropped significantly, and I couldn't do anything

18     about it because it was during a transfer period.

19       Q.     Help me understand that a little better.

20     What do you mean you couldn't do anything about it?

21       A.     You can't do anything when your assets

22     are in transfer.  You can't buy them, you can't

23     sell them.

24       Q.     So you wanted to sell your Oracle

**7/13/2005  Sawyer, Robert Demarse**

1    shares, but you couldn't do it?

2        MS. WINKLER:  Objection to the form of the

3    question.

4    BY THE WITNESS:

5        A.    Because of a margin call, I was -- I

6    needed to sell some, but -- I mean, I can't

7    remember specifically how many or something like

8    that, but I know that I had a margin call during

9    that transfer period, so.

10   BY MR. YOUNT:

11       Q.    How did you satisfy the margin call?

12       A.    Sold stock once it got transferred.  But

13   the interesting part is I think actually the stock

14   had come back up after it -- once it finished

15   transferring.  It had come up a couple of points

16   since then.  That's my best recollection of it.

17            I know it went down and then it came

18   back up and the stock -- my proceeds -- my Oracle

19   was being transferred and it actually -- it

20   actually benefited me to do that as it turned out.

21       Q.    Okay.  Let me see if I can pin you down

22   a little better on the dates because this might be

23   significant for --

24       A.    You won't be able to because I have no

1    recollection.

2        Q.    Okay.

3        A.    All I'm doing is looking at this, and

4    I'm not even sure what that means without me

5    actually going back and specifically looking at

6    when my transfer -- you know, my Merrill Lynch

7    account statements that would say it was

8    transferred then or the actual statements that says

9    it transferred out that day.

10        Q.    Do you still have Merrill Lynch

11    statements from this period of time?

12        A.    No.  I don't keep any of that stuff.

13    They probably do.

14        Q.    So you see on Exhibit 7 the last trade

15    is February 13th, 2001?

16        A.    Yeah, that's what it looks like.

17        Q.    And do you -- what happened between

18    February 13, 2001 and March 5, 2001?

19        A.    That would be the transfer period.

20        Q.    So on or about --

21        A.    Which is why there would be no

22    transactions.

23        Q.    So on or about February 13th, 2001, you

24    started the process of transferring your Delta

**7/13/2005  Sawyer, Robert Demarse**

```
1    Asset Management asset to your Merrill Lynch

2    account, is that correct?

3         MS. WINKLER:  Objection to the form of the

4    question.

5    BY THE WITNESS:

6         A.    That would be my best recollection

7    because that would explain why there weren't any

8    trades in there.

9    BY MR. YOUNT:

10        Q.    Okay.  And it took, according to this --

11        A.    A long time.

12        Q.    -- almost a month?

13        A.    Well, no.  It looks to me like two

14   weeks.  18 -- a little less than three weeks.

15        Q.    Okay.  A little less than three weeks

16   from the February 13th to March 5th?

17        A.    Well, there is 28 days in February too.

18        Q.    And during that period you could not

19   trade on your Delta Asset Management account?

20        MS. WINKLER:  Objection to the form of the

21   question.

22   BY THE WITNESS:

23        A.    The account was transferred.  There is

24   nothing to trade.
```

1    BY MR. YOUNT:

2         Q.    Okay.  Were you able to trade on your

3    Merrill Lynch account during that period?

4         A.    No.  As I said before, you can't do

5    anything when your assets are being transferred.

6         Q.    Aside from the three accounts we've

7    talked about, your 401-K, your Merrill Lynch

8    account and your Delta Asset management account,

9    did you have any other investment accounts during

10   the relevant time period?

11        A.    I don't think so.  I think there was a

12   Sawyer Four partnership account that was open, but

13   it had like nothing in it.  It was just inactive.

14   It was a Merrill Lynch account that we started

15   about 30 years ago.

16        Q.    And it's the Sawyer Four, F-O-U-R,

17   account?

18        A.    Partnership.

19        Q.    Partnership.

20        A.    It was just my brothers and I.  We'd put

21   money into an account and we'd buy real estate with

22   it or something.  We never really did any stock

23   stuff with it.  It was more of a checking account

24   because Merrill Lynch had that CMA program which

1    Q.    Do you attribute any of the 25 -- any of

2    the -- strike that.

3    A.    That's not a net amount.  That's a gross

4    amount.

5    Q.    How many trades per month did you

6    usually make during the relevant time period?

7    A.    I can't remember.  I mean, my strategy

8    was not to make trades, but unfortunately I was --

9    I had to based on margin calls and things like

10   that, market conditions.  I'd like to buy stocks

11   and forget about them until something relevant

12   changes.

13   Q.    Would you say that you traded once a

14   day, once a week?

15   MS. WINKLER:  Objection to the form of the

16   question.

17   BY THE WITNESS:

18   A.    I mean, I can't generalize.  We have the

19   trading records.  So for a time period in there I

20   was trading a lot based on market fluctuations and

21   what I had to do based on margin calls.  But my

22   objective was not to trade at all, to buy and hold.

23   BY MR. YOUNT:

24   Q.    How much time per day during the

**7/13/2005  Sawyer, Robert Demarse**

```
 1     a day trader or whatever, sell it short and buy it
 2     back or something like that, if that's their
 3     intention is to do that every day on a daily basis.
 4          Q.    Are you familiar with the term "swing
 5     trader"?
 6          A.    No, actually, I'm not.
 7          Q.    What about "momentum trading"?
 8          A.    Well, sure.
 9          Q.    What do you understand momentum trading
10     to be?
11          A.    Well, if a stock is moving in a certain
12     direction, you know, someone might decide, well,
13     there is enough momentum here that it may carry it
14     a little farther, so you'll buy it here and you'll
15     probably sell it somewhere where the momentum stops
16     or the appreciation stops or maybe it's down,
17     downward momentum.  I was not much of a momentum
18     trader.  I didn't -- it is predicting.  You are
19     guessing.  It is too much.
20          Q.    So I gather by your answer is that you
21     never engaged in day trading or momentum trading?
22          MS. WINKLER:  Objection to the form of the
23     question.
24     BY THE WITNESS:
```

**7/13/2005 Sawyer, Robert Demarse**

1     A.   No.  That was not my intention.  Every

2    once in a while I would end up trading on a daily

3    basis, but it was not -- that was not my -- I

4    wasn't doing it -- I was doing it out of necessity

5    for finance -- financial reasons.

6    BY MR. YOUNT:

7     Q.   We talked about this a little, but I

8    want to get it clear on the record.  What was your

9    investment strategy during the relevant time

10   period?

11     A.   My investment strategy always has been

12   to buy a stock which has great management, great

13   products, great -- you know, with a good company

14   and either No. 1, 2 or 3 in its field in its

15   product types and buy it and hold it for

16   appreciation over a long period of time.

17     Q.   How did you arrive at that investment

18   strategy?

19     A.   Because I like Warren Buffet and I read

20   his stuff and I like Peter Lynch.

21     Q.   Why don't we take out I think it is

22   exhibit -- it should be Exhibit 1.

23          I want to direct your attention to

24   Interrogatory No. 22.  And I'll give you the page

116

1        Q.    Okay.  And the same is true for sales,

2    if I see multiple sales on the same day, it's

3    actually just one sale, even though there are

4    different prices?

5        A.    Correct.

6        MS. WINKLER:  Objection to the form of the

7    question.

8        THE WITNESS:  Sorry.

9    BY THE WITNESS:

10       A.    Yeah, that's just how floor traders do

11   it.

12   BY MR. YOUNT:

13       Q.    Go ahead and turn to PLFCLASS 252.  The

14   transaction reflected on 252 is a December 8, 2000

15   sale of 2,400 shares of Oracle common stock at

16   $29.125 per share, is that right?

17       A.    That's correct.

18       Q.    Let's go to 254.  Okay.  And I want to

19   direct your attention to the four trades at the

20   bottom of the page.  Are these December 14, 2000

21   sales of Oracle call options?

22       A.    Hmm, they look like it.

23       Q.    Did you make these trades?

24       A.    Well, I guess I did.  That was probably

138

```
 1    to generate some capital for the margin calls.  So

 2    I guess I just didn't remember doing it, that's

 3    all.

 4         Q.    Can you explain to me what a call option

 5    is?

 6         A.    As I did before with ███████████████████

 7    you just sell a covered call, which is as its

 8    called, which is something that's actually allowed

 9    in a 401-K because it is a conservative thing.

10    What it does is you actually are selling -- you are

11    selling a call -- you are selling an option on

12    somebody to call your stock away at a higher price,

13    but you are selling it and you are getting the cash

14    up front.

15              So if the -- actually, if the stock goes

16    up significantly, you can get your stock called

17    away or you can buy your call back.  So, I had

18    forgotten that I had done any of this with Oracle.

19         Q.    And am I right that you received $13 per

20    share for these call options?

21         A.    That is what it looks like, yes.

22         Q.    And I see that it says on these EXP

23    12-16-00 at 15.  What does that mean?

24         A.    Well, it would be the expiration date is
```

1    49.  Do you want me to count them or are you just

2    looking at dates?  There is more -- difference

3    dates and stuff like that.

4    BY MR. YOUNT:

5         Q.    Let me try to short-circuit this.

6               Are there trades that are shown on the

7    summary chart that do not appear on Schedule A?

8         MS. WINKLER:  If you have a question about a

9    specific trade, why don't you ask him about it so

10   he doesn't have to compare both documents.

11   BY MR. YOUNT:

12        Q.    Well, do you see -- do you see all of

13   the trades on it December 14th on the summary

14   chart?

15        A.    Yeah.

16        Q.    Do you see any December 14th trades on

17   Schedule A?

18        MS. WINKLER:  Objection to the form of the

19   question.

20   BY THE WITNESS:

21        A.    No.

22   BY MR. YOUNT:

23        Q.    And you see that on the summary chart

24   that shows acquisitions in January of 2001?  It

```
 1      shows that you bought stock on, for instance,

 2      January 11th and January 16th -- I'm sorry --

 3      January 9th and January 11th and January 17th?

 4           A.    Yeah, it looks like it.

 5           Q.    Are those purchases reflected on

 6      Schedule A?

 7           MS. WINKLER:  Objection to the form of the

 8      question.

 9      BY THE WITNESS:

10           A.    Well, I don't see them, no.

11      BY MR. YOUNT:

12           Q.    And the summary chart shows that you

13      sold calls on December 14th.  Are the -- are your

14      call transactions reflected on Schedule A?

15           MS. WINKLER:  Objection to the form of the

16      question.

17      BY THE WITNESS:

18           A.    There is nothing reflected on December

19      14th.

20      BY MR. YOUNT:

21           Q.    Is it fair to say --

22           A.    So it wouldn't be purchases or calls,

23      either one.

24           Q.    Is it fair to say that Schedule A is
```

**7/13/2005  Sawyer, Robert Demarse**

1    inaccurate?

2         MS. WINKLER:  Objection to the form of the

3    question.

4    BY THE WITNESS:

5         A.    Actually, I have no idea if that's

6    inaccurate or this one is inaccurate without, you

7    know, doing some more -- pulling everything else

8    together and going back through it.

9    BY MR. YOUNT:

10        Q.    Well, let's look at PLFCLASS 284, which

11   should be in Exhibit 9.

12        A.    And I'm not trying to --

13        Q.    No.  I understand.

14        A.    But I'm -- you know, unless I really go

15   through this stuff and say, "Okay.  This is real.

16   This is not real.  Why is this like this?"

17        MS. WINKLER:  I think 9.

18   BY MR. YOUNT:

19        Q.    Exhibit 9, page 284.  Do you see

20   purchases for January 9th reflected on page 284 of

21   Exhibit 9?

22        A.    No.

23        Q.    You don't see purchases for January 9th

24   reflected on page 284?

1       A.    Oh, yeah, I do.  I thought you meant on

2   Schedule A.  Sorry.

3       Q.    That's the next question.  Do you see

4   those purchases reflected on Schedule A?

5       A.    No.

6       Q.    To that extent would you agree that

7   Schedule A is inaccurate?

8       A.    I would not say that the whole thing is

9   inaccurate.  I would say it is missing some things,

10  period.

11      Q.    Okay.

12      A.    Because you can't, you know, for

13  whatever reason, and I'm not quite sure just by --

14  we missed something or something.  I don't know.

15      Q.    You can put away the trading records,

16  but let's look at the summary chart again.

17            Did you make any trades outside of the

18  trades that are reflected on this summary chart

19  during the class period?

20      A.    I have no idea.

21      MS. WINKLER:  Objection to the form of the

22  question.

23  BY THE WITNESS:

24      A.    I have no idea.

**7/13/2005  Sawyer, Robert Demarse**

```
 1    record that Merrill -- you'll see at Merrill Lynch.

 2         Q.    Let's look at the summary chart again.

 3    I think you can see that you sold stock several

 4    times during the class period, is that right?

 5         A.    Yes.

 6         Q.    Was each of these sales an effort to

 7    cover margin calls?

 8         MS. WINKLER:  Objection to the form of the

 9    question.

10    BY THE WITNESS:

11         A.    My guess is most probably.  If not, it

12    was because the price was just coming down too

13    much.  And with the way the market was going, I was

14    thinking, well, maybe I could buy a better company

15    a little lower.  I just didn't want to get into a

16    margin call because you are forced to sell more

17    stock than you need to if you can sell it before

18    you actually go into a margin call.

19    BY MR. YOUNT:

20         Q.    So some of the sales were in

21    anticipation of a margin call, not --

22         MS. WINKLER:  Objection.

23    BY MR. YOUNT:

24         Q.    -- necessarily because of a margin call?
```

1      MS. WINKLER:  Objection to the form of the

2      question.

3      BY MR. YOUNT:

4          Q.    Is that right?

5          A.    Yeah, probably.  I can't -- I mean, it

6      is very hard for me to recall this five years ago.

7          Q.    It appears that soon after you sold

8      stock or sold securities you would buy Oracle stock

9      again.  Is that an accurate statement?

10         MS. WINKLER:  Objection to the form of the

11     question.

12     BY THE WITNESS:

13         A.    Well, sure, because I was still -- as

14     I've stated several times today, I was still under

15     the belief based on what the company was saying and

16     Larry Ellison that their company was going to do

17     great and this was just a market problem, not an

18     Oracle problem.  So, if you sold stock to cover a

19     margin call or -- and then you went back, you know,

20     once the stock would stabilize and once your margin

21     call was taken care of, you could actually buy a

22     position back in the stock, you'd probably buy

23     less, but, you know, and just depending on what was

24     going on because I -- like I said, this was

**7/13/2005  Sawyer, Robert Demarse**

```
1     supposedly a great company with a great product and

2     great management.

3          Q.    When you made -- when you bought after

4     you sold, had any fundamental information changed

5     about Oracle?

6          MS. WINKLER:  Objection to the form of the

7     question.

8     BY THE WITNESS:

9          A.    Well, no.  I mean, I wouldn't be buying

10    Oracle if something significantly -- as I said in

11    my strategy, if something, you know, significant

12    had changed in the company as far as, you know, how

13    it's going to do and how its products are going to

14    do.  This is -- these transactions are specific to

15    me and my financial condition.

16    BY MR. YOUNT:

17         Q.    So, in other words, these transactions

18    were not driven by anything you learned good or bad

19    about Oracle?

20         MS. WINKLER:  Objection to the form of the

21    question.

22    BY THE WITNESS:

23         A.    Well, yeah, I mean, I wouldn't be

24    buying -- I wouldn't own a stock if I didn't think
```

1    it was a great stock and with a great management

2    and great products.  The only reason I would sell

3    it is because of my financial condition at the time

4    I would be, you know, either in anticipation of or

5    forced to, so.  And then I would want to get back

6    into a good company.  Whether it is a dollar or two

7    higher, it doesn't really matter because you are

8    not buying it for a dollar or two.  I mean, some

9    people might, but that's not what I do.  I buy

10   it -- you buy it at $29 hoping it's going to go to

11   60 or however far.  You never know.  But it is not

12   for a dollar here, a dollar there.

13            Unfortunately also what was happening

14   during this time period is that all of the

15   brokerage houses were tightening up on their margin

16   rules, which they previously were a lot looser, but

17   they actually started raising margin rates also.

18   So they were going to not 25 percent or 30 percent,

19   they were going to 40 to 50 percent.  So that --

20   some of this may be, you know, a part of that too.

21   I just don't remember.  But I do remember a lot --

22   those rules were changing because all of the

23   holding companies were getting very nervous about

24   people holding technology stocks.

7/13/2005 Sawyer, Robert Demarse

1    representative.  He can answer if he knows.

2    BY THE WITNESS:

3        A.    I don't know.

4        MS. WINKLER:  If he has an opinion.

5    BY THE WITNESS:

6        A.    I don't know.

7    BY MR. YOUNT:

8        Q.    In this case do you make allegations

9    about Oracle's second quarter 2001 earnings?

10       A.    I believe so.  I'm not sure.  I think

11   so.

12       Q.    Can you explain your understanding of

13   those allegations?

14       A.    I don't know specifically what the

15   second quarter earnings are right off the top of my

16   head right now.  The second quarter would have

17   been -- when is it ending?

18       Q.    The quarter ending November 30th, 2000.

19       A.    The second quarter?

20       Q.    (Nodding head.)

21       A.    And the class period starts before then.

22   Oh, that's what they were saying about how the --

23   their earnings actually -- their earnings actually

24   I think were above -- I can't remember.  I mean,

```
 1    you know, I'm going to sit here and just say
 2    something stupid, so.
 3            Unless I read it -- unless I read it and
 4    specifically remind myself, there is just -- there
 5    is too many numbers and I'm not sure which quarter
 6    and this and that and, you know, although I must
 7    admit a lot of this questioning is reminding me of
 8    a lot of things, so I thank you for that.
 9        Q.    Do you make allegations about Oracle's
10    third quarter 2001 forecasting?
11        A.    I can't remember specifically what the
12    allegations were in the -- are you talking about in
13    the suit?
14        Q.    Yes, in the suit.
15        A.    I just can't specifically remember which
16    ones.
17        Q.    Do you make allegations about Oracle's
18    statements regarding the impact of the economic
19    downturn on Oracle's third quarter 2001 earnings?
20        A.    Perhaps.  I can't recall specifics.  The
21    reason I don't want to say yes is because I'm not
22    100 percent sure which one is which, so I don't
23    want to sit there and say, okay.  I said yes, but,
24    in fact, it was something else.  So that's the only
```

1    reason that I'm just not 100 -- I'm not sure.

2         Q.    During the class period, did you believe

3    that Oracle was immuned to the general economic

4    downturn in the economy?

5         A.    Well, yeah, actually.  That's what I was

6    hearing from Larry Ellison that they were doing

7    great and everything was going gangbusters and they

8    were, you know.

9         Q.    In this suit do you make any allegations

10   about Suite 11i?

11        A.    Yeah.

12        Q.    Can you describe for me your

13   understanding of those allegations?

14        A.    Well, 11i was supposedly -- which I said

15   previously today, it was supposed to be sort of an

16   all encompassing type of software that would help

17   companies talk.  It would just communicate better

18   with everything they had.  And it was just supposed

19   to be terrific and the sales were supposed to be

20   great and there were no -- which I later found out

21   that there were bugs in it and, you know, as you've

22   stated today that, you know, some people were

23   canceling orders and, you know, which we didn't

24   know -- we didn't -- I didn't hear it.  But as far

EXHIBIT 33

| PORTFOL SYMBOL | TRADE DATE | SETTLE DATE | CUSIP | TRANSACTI TYPE | SECUF DESCF | QUANTITY LONG/SH | TRANS PRICE | BROKER COMMISS | SEC FEE | TOTAL AMOUNT | BROKER NAME |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ??????? | ?????? | ?????? | ??????? | ??????????? | ??????????? | ??????????? | ?????? | ????????? | ?????? | ??????????? | ??? |
| 210-NU01{ | 6/14/2000 | 6/19/2000 | 68389X105 | Sell Long | Oracle | 7730 | 80.3011 | 463.8 | 20.7 | 620706.8 | DB/ALEX BROWN |
| 210-NU01{ | 7/6/2000 | 7/11/2000 | 68389X105 | Buy | Oracle | 9630 | 73.9773 | 577.8 | 0 | 712401.4 | ROB STEPHENS |
| 210-NU01{ | 8/21/2000 | 8/24/2000 | 68389X105 | Sell Long | Oracle | 1480 | 81.4375 | 88.8 | 4.02 | 120523.48 | CHARLES SCHWAB |
| 210-NU01{ | 11/2/2000 | 11/7/2000 | 68389X105 | Sell Long | Oracle | 2150 | 28.5625 | 129 | 2.05 | 61407.33 | BEAR STEARN |
| 210-NU01{ | 11/2/2000 | 11/7/2000 | 68389X105 | Sell Long | Oracle | 10130 | 28.6889 | 607.8 | 9.69 | 290608.87 | MERRILL LYNCH |
| 210-NU01{ | 11/7/2000 | 11/10/2000 | 68389X105 | Sell Long | Oracle | 4280 | 27.7306 | 256.8 | 3.96 | 118683.01 | CS FIRST BOSTON |
| 210-NU01{ | 11/7/2000 | 11/10/2000 | 68389X105 | Sell Long | Oracle | 22800 | 27.7306 | 1368 | 21.08 | 632236.6 | CS FIRST BOSTON |
| 210-NU01{ | 11/7/2000 | 11/10/2000 | 68389X105 | Sell Long | Oracle | 1000 | 27.7306 | 60 | 0.92 | 27729.68 | CS FIRST BOSTON |
| 210-NU01{ | 11/7/2000 | 11/10/2000 | 68389X105 | Sell Long | Oracle | 360 | 27.4477 | 21.6 | 0.33 | 9880.84 | BANK AMERICA |
| 210-NU01{ | 11/7/2000 | 11/10/2000 | 68389X105 | Sell Long | Oracle | 8950 | 27.4477 | 537 | 8.19 | 245648.73 | BANK AMERICA |
| 210-NU01{ | 11/7/2000 | 11/10/2000 | 68389X105 | Sell Long | Oracle | 10310 | 26.892 | 618.6 | 9.25 | 277247.27 | J.P. MORGAN |
| 210-NU01{ | 1/10/2001 | 1/16/2001 | 68389X105 | Buy | Oracle | 12510 | 32.6981 | 750.6 | 0 | 409053.23 | CS FIRST BOSTON |
| 210-NU01{ | 1/10/2001 | 1/16/2001 | 68389X105 | Buy | Oracle | 25400 | 32.5681 | 1524 | 0 | 827229.74 | BEAR STEARN |
| 210-NU01{ | 1/10/2001 | 1/16/2001 | 68389X105 | Buy | Oracle | 4960 | 32.3135 | 297.6 | 0 | 160274.96 | HERZOG |
| 210-NU01{ | 2/1/2001 | 2/6/2001 | 68389X105 | Buy | Oracle | 13330 | 29.5182 | 799.8 | 0 | 393477.61 | DB/ALEX BROWN |
| 210-NU01{ | 2/9/2001 | 2/14/2001 | 68389X105 | Buy | Oracle | 27220 | 24.2289 | 0 | 0 | 659510.66 | ROB STEPHENS |
| 210-NU01{ | 2/20/2001 | 2/23/2001 | 68389X105 | Buy | Oracle | 6190 | 24.5 | 371.4 | 0 | 151655 | BEAR STEARN |
| 210-NU01{ | 3/2/2001 | 3/7/2001 | 68389X105 | Sell Long | Oracle | 12510 | 16.7646 | 750.6 | 6.99 | 209718.16 | ROB STEPHENS |
| 210-NU01{ | 3/2/2001 | 3/7/2001 | 68389X105 | Sell Long | Oracle | 25400 | 16.7646 | 1524 | 14.2 | 425806.64 | ROB STEPHENS |
| 210-NU01{ | 3/2/2001 | 3/7/2001 | 68389X105 | Sell Long | Oracle | 4960 | 16.7646 | 297.6 | 2.77 | 83149.65 | ROB STEPHENS |
| 210-NU01{ | 3/2/2001 | 3/7/2001 | 68389X105 | Sell Long | Oracle | 13330 | 16.7646 | 799.8 | 7.45 | 223464.67 | ROB STEPHENS |
| 210-NU01{ | 3/2/2001 | 3/7/2001 | 68389X105 | Sell Long | Oracle | 27220 | 16.7646 | 1633.2 | 15.21 | 456317.2 | ROB STEPHENS |
| 210-NU01{ | 3/2/2001 | 3/7/2001 | 68389X105 | Sell Long | Oracle | 6190 | 16.7646 | 371.4 | 3.46 | 103769.41 | ROB STEPHENS |

**Turner 0001**

EXHIBIT 34

CUSTODIAL TRUST COMPANY
Member F.D.I.C.

LOCAL 144-TURNER INVESTMENT PARTNERS
CASH STATEMENT
01/31/01  TO 02/28/01

PAGE   31
ACCOUNT

| DATE | DESCRIPTION | CASH | INVESTMENTS |
|---|---|---|---|
| 02/08/01 | PURCHASED 13,330 SHARES OF ORACLE CORPORATION 13,330 SHARES AT $29.5182 | 393,477.61- | 393,477.61 |

REDACTED

CONFIDENTIAL

CUSTODIAL TRUST COMPANY
Member F.D.I.C.

LOCAL 144-TURNER INVESTMENT PARTNERS
CASH STATEMENT
01/31/01  TO 02/28/01

PAGE 37
ACCOUNT

| DATE | DESCRIPTION | CASH | INVESTMENTS |
|------|-------------|------|-------------|
| | REDACTED | | |
| 02/14/01 | PURCHASED 27,220 SHARES OF ORACLE CORPORATION 27,220 SHARES AT $24.2289 | 659,510.66- | 659,510.66 |

CONFIDENTIAL

PLFCLASS 042

CUSTODIAL TRUST COMPANY
Member F.D.I.C.

LOCAL 144-TURNER INVESTMENT PARTNERS
CASH STATEMENT
01/31/01 TO 02/28/01

PAGE 41
ACCOUNT

| DATE | DESCRIPTION | CASH | INVESTMENTS |
|------|-------------|------|-------------|
| 02/23/01 | PURCHASED 8,190 SHARES OF ORACLE CORPORATION 8,190 SHARES AT $24.50 | 151,855.00- | 151,855.00 |

REDACTED

CONFIDENTIAL

PLFCLASS 043

CUSTODIAL TRUST COMPANY
Member P.D.I.C.

LOCAL 144-TURNER INVESTMENT PARTNERS
SECURITY PURCHASES - ASSET TYPE
01/31/01  TO  02/28/01

PAGE  50
ACCOUNT

| QUANTITY | *------D E S C R I P T I O N------* | TOTAL COST |
|---|---|---|
| 48,740.00 | ORACLE CORPORATION | 1,204,843.27 |

REDACTED

CONFIDENTIAL

PLFCLASS 044

CUSTODIAL TRUST COMPANY
Member F.D.I.C.

LOCAL 144-TURNER INVESTMENT PARTNERS

ASSET STATEMENT

2/28/01

PAGE 88

ACCOUNT

| QUANTITY | DESCRIPTION CUSIP | MARKET | ADJUSTED COST | UNREALIZED GAINS OR LOSSES | ACCRUED INCOME | YLD ON MRKT YLD ON COST |
|---|---|---|---|---|---|---|
| CASH EQUIVALENTS | | | | | | |
| EQUITIES | | | | | | |

REDACTED

CONFIDENTIAL

PLFCLASS 045

CUSTODIAL TRUST COMPANY
Member F.D.I.C.

LOCAL 144-TURNER INVESTMENT PARTNERS
ASSET STATEMENT
-----------------
2/28/01

PAGE  82

ACCOUNT

| QUANTITY | DESCRIPTION CUSIP | MARKET | ADJUSTED COST | UNREALIZED GAINS OR LOSSES | ACCRUED INCOME | YLD ON MRKT YLD ON COST |
|---|---|---|---|---|---|---|
| 89,810 | ORACLE CORPORATION 68389X105 | 1,702,590.00 | 2,801,201.20 | -898,611.20 | 0.00 | 0.00 0.00 |

REDACTED

CONFIDENTIAL

PLFCLASS 046

CUSTODIAL TRUST COMPANY
Member P.D.I.C.

LOCAL 144-TURNER INVESTMENT PARTNERS
CASH STATEMENT
12/31/00 TO 01/31/01

PAGE 43
ACCOUNT

| DATE | DESCRIPTION | CASH | INVESTMENTS |
|------|-------------|------|-------------|
| 01/18/01 | PURCHASED 25,400 SHARES OF ORACLE CORPORATION 25,400 SHARES AT $32.5681 | 827,229.74- | 827,229.74 |
| 01/18/01 | PURCHASED 12,510 SHARES OF ORACLE CORPORATION 12,510 SHARES AT $32.6981 | 409,053.23- | 409,053.23 |
| 01/18/01 | PURCHASED 4,980 SHARES OF ORACLE CORPORATION 4,980 SHARES AT $32.3135 | 160,274.86- | 160,274.86 |

REDACTED

CONFIDENTIAL

PLFCLASS 047

# EXHIBIT 35

# Baird / A NORTHWESTERN MUTUAL COMPANY

## CLIENT STATEMENT

JANUARY 1 - JANUARY 31, 2001

page 1 of 5

Account number:

YYYY 11111 11111 111

RYAN E KUEHMICHEL &
LYNN A KUEHMICHEL
JT TEN WROS



CONFIDENTIAL

## INVESTMENT OBJECTIVES

Appreciation with acceptance of risk

If you have any questions concerning your investment objective, or wish to make a change, please contact your Baird Representative.

## ASSET ALLOCATION



Stocks/Options
100%

Client Equivalents
Portfolio assets held at Baird
Portfolio assets not held at Baird
Total asset value as of January 31, 2001
Total asset value as of last statement
Total asset value as of December 31, 2000

## FROM YOUR BAIRD REPRESENTATIVE

**Connie Chumas**
Telephone: (715) 836-9990

**Office servicing your account**
Post Office Box 1248
Eau Claire WI  54702

**Current opportunities**
The Last Day To Make A Year 2000 Contribution To Your IRA Is April 16th And Filing An Extension Doesn't Extend This Deadline.   You Can Make Contributions To An IRA Provided You Have Earned Income.   Contact Your Baird Financial Advisor Today.

**Portfolio bulletin board**
You have options expiring.

**Account protection**
Robert W. Baird & Co. Incorporated provides up to $150 million of coverage for securities held in client accounts, of which $1 million may be in cash deposits. Ask your Baird Representative for details and a copy of the *Automatic Account Protection* at Baird brochure.

**BAIRD0010**

$#4405000000

Robert W. Baird & Co. Incorporated
777 East Wisconsin Avenue Milwaukee, WI 53202-5391
Member NYSE, Inc. and other principal exchanges. Member SIPC.
www.rwbaird.com

# Baird / NORTHWESTERN MUTUAL COMPANY

**JANUARY 1 -**
**JANUARY 31, 2001**

**RYAN E KUEHMICHEL &**
**LYNN A KUEHMICHEL**
**JT TEN WROS**

Account number:

## ASSET SUMMARY

### Value as of - January 31, 2001

| | At Baird | Not at Baird | % of assets * |
|---|---|---|---|
| Cash | | | |
| Money Market Funds | | | |
| Margin Loan | | | |
| Net Cash Equivalents | | | |
| Stocks/Options | | | |
| Preferred Stocks | | | |
| Tax-Exempt Bonds | | | |
| Taxable Bonds | | | |
| Mutual Funds | | | |
| Unit Investment Trusts | | | |
| Annuities | | | |
| Other Investments | | | |
| Portfolio Assets | | | |
| Total Assets | | | |

## INCOME & DISTRIBUTION SUMMARY

| | | This period | Year-to-date |
|---|---|---|---|
| Dividends | Tax-Exempt | | |
| | Taxable | | |
| Interest | Tax-Exempt | | |
| | Taxable | | |
| Capital Gain Distributions | | | |
| Return of Principal | | | |
| Other | | | |
| Total Income and Distributions | | | |

## TAX INFORMATION SUMMARY

| | | This period | Year-to-date |
|---|---|---|---|
| Accrued Interest Paid | Tax-Exempt | | |
| | Taxable | | |
| Accrued Interest Received | Tax-Exempt | | |
| | Taxable | | |
| Gross Proceeds | | | |
| Federal Withholding | | | |
| Foreign Taxes Paid | | | |
| Margin Interest Charged | | | |

* Please note "% of assets" figures are shown gross of any amounts owed to Baird and/or net short positions.

CONFIDENTIAL

BAIRD0011

$$AH05000000

**Baird** A NORTHWESTERN MUTUAL COMPANY

**JANUARY 1 -**
**JANUARY 31, 2001**

**RYAN E KUEHMICHEL &**
**LYNN A KUEHMICHEL**
**JT TEN WROS**

page 3 of 5

Account number:

## ASSET DETAILS

This section shows the cash equivalents and/or securities in your account. It reflects market values as of the close of business, January 31, 2001.

### NET CASH EQUIVALENTS

### MARGIN LOAN

### Total Net Cash Equivalents

| | | | | Current value | Anticipated annualized income | Current yield % |
|---|---|---|---|---|---|---|

## PORTFOLIO ASSETS

### Stocks/Options

| | Symbol/CUSIP Bond Rating+ | Quantity | Current price | Current value | Anticipated annualized income | Current yield % |
|---|---|---|---|---|---|---|
| ORACLE CORP | ORCL  M | 2,000 | 29.1250 | 58,250.00 | N/A | N/A |
| CALL ORACLE CORP | ORYBS  M | -20 | 0.6875 | -1,375.00 | N/A | N/A |
| $32.50   EXP 02/17/01 | | | | | | |
| Total Stocks/Options | | | | | | |

### Total Portfolio Assets

### Total Assets

M   Asset held in margin account
+   Bond ratings of securities displayed on your statement were obtained from various rating services. There is no guarantee with respect to the accuracy of this information.

CONFIDENTIAL

BAIRD0012

$$AH0500000

# Baird / A NORTHWESTERN MUTUAL COMPANY

JANUARY 1 -
JANUARY 31, 2001

RYAN E KUEHMICHEL &
LYNN A KUEHMICHEL
JT TEN WROS

Account number:

page 4 of 5

## ACTIVITY SUMMARY

| Type of Activity | Activity | This period | Year-to-date |
|---|---|---|---|
| | **Opening Balance - Net Cash Equivalents** | | |
| Buy and Sell Transactions | Assets Sold/Redeemed | | |
| | Assets Bought | | |
| Cash Deposits and Withdrawals | Deposits | | |
| | Withdrawals | | |
| Income and Distributions | Dividends | | |
| | Interest | | |
| | Capital Gain Distributions | | |
| | Return of Principal | | |
| | Other | | |
| Margin Interest | Margin Interest Charged | | |
| VIP Gold Activity | VIP Card Activity | | |
| | VIP ACH/ATM Activity | | |
| VIP Checking Activity | Checks You Wrote | | |
| Other | Other Transactions | | |
| | **Closing Balance - Net Cash Equivalents** | | |

## ACTIVITY DETAILS

| Date | Activity | Quantity | Price | Description | Total | Cash | Money Market | Margin |
|---|---|---|---|---|---|---|---|---|
| | Opening Balance | | | **Total Opening Balance** | | | | |

SUBACCOUNT ACTIVITY

CONFIDENTIAL

BAIRD0013

SSA405000000

# Baird / A NORTHWESTERN MUTUAL COMPANY

**JANUARY 1 -**
**JANUARY 31, 2001**

RYAN E KUEHMICHEL &
LYNN A KUEHMICHEL
JT TEN WROS

page 5 of 5

Account number:

## ACTIVITY DETAILS continued

### SUBACCOUNT ACTIVITY continued

| Date | Activity | Quantity | Price | Description | Total | Cash | Money Market | Margin |
|------|----------|----------|-------|-------------|-------|------|--------------|--------|
| 01/23/01 | Asset Bought | 2,000 | 32.2375 | ORACLE CORP | - 64,475.00 | | | - 64,475.00 |
| 01/23/01 | Asset Sold-Open | -20 | 2.1250 | CALL ORACLE CORP $32.50   EXP 02/17/01 | 4,121.45 | | | 4,121.45 |

Total Closing Balance

CONFIDENTIAL

Thank you for allowing Robert W. Baird & Co. Incorporated to serve you.
If you have any questions regarding your account or this statement,
please contact your Baird Representative.

BAIRD0014

SSAV05000000

# Baird / A NORTHWESTERN MUTUAL COMPANY

## CLIENT STATEMENT

### FEBRUARY 1 - FEBRUARY 28, 2001

page 1 of 5

Account number:

YYYY 11111 11111 111

RYAN E KUEHMICHEL &
LYNN A KUEHMICHEL
JT TEN WROS

## ASSET VALUE

| | |
|---|---|
| Cash Equivalents2 | |
| Portfolio assets held at Baird | |
| Portfolio assets not held at Baird | |
| Total asset value as of February 28, 2001 | |
| Total asset value as of last statement | |
| Total asset value as of December 31, 2000 | |

## INVESTMENT OBJECTIVES

Appreciation with acceptance of risk

If you have any questions concerning your investment objective, or wish to
make a change, please contact your Baird Representative.

## ASSET ALLOCATION

Stocks/Options
100%

CONFIDENTIAL

Robert W. Baird & Co. Incorporated
777 East Wisconsin Avenue Milwaukee, WI 53202-5391
Member NYSE, Inc. and other principal exchanges. Member SIPC.
www.rwbaird.com

BAIRD0015

## FROM YOUR BAIRD REPRESENTATIVE

**Connie Chumas**
Telephone: (715) 836-9990

**Office servicing your account**
Post Office Box 1248
Eau Claire WI 54702

**Current opportunities**
To Help Achieve Your Life Legacy Goals, Baird Has Put Together A
Comprehensive Checklist Identifying Events That Require Long-Term
Estate Planning. To Receive A Copy Of Our Estate Planning Checklist, Or A
Complete Financial And Estate Plan Analysis, Call Your Baird Financial
Advisor.

**Portfolio bulletin board**
You have options expiring.

**Account protection**
Robert W. Baird & Co. Incorporated provides up to $150 million of coverage for
securities held in client accounts, of which $1 million may be in cash deposits.
Ask your Baird Representative for details and a copy of the *Automatic Account
Protection at Baird* brochure.

$SAH05000000

# Baird / A NORTHWESTERN MUTUAL COMPANY

**FEBRUARY 1 - FEBRUARY 28, 2001**

**RYAN E KUEHMICHEL &
LYNN A KUEHMICHEL
JT TEN WROS**

page 2 of 5

Account number:

CONFIDENTIAL

BAIRD0016

## ASSET SUMMARY

Value as of February 28, 2001

| | At Baird | Not at Baird | % of assets * |
|---|---|---|---|
| Cash | | | |
| Money Market Funds | | | |
| Margin Loan | | | |
| Net Cash Equivalents | | | |
| Stocks/Options | | | |
| Preferred Stocks | | | |
| Tax-Exempt Bonds | | | |
| Taxable Bonds | | | |
| Mutual Funds | | | |
| Unit Investment Trusts | | | |
| Annuities | | | |
| Other Investments | | | |
| Portfolio Assets | | | |
| Total Assets | | | |

## INCOME & DISTRIBUTION SUMMARY

| | This period | Year-to-date |
|---|---|---|
| Dividends | Tax-Exempt | |
| | Taxable | |
| Interest | Tax-Exempt | |
| | Taxable | |
| Capital Gain Distributions | | |
| Return of Principal | | |
| Other | | |
| Total Income and Distributions | | |

## TAX INFORMATION SUMMARY

| | This period | Year-to-date |
|---|---|---|
| Accrued Interest Paid | Tax-Exempt | |
| | Taxable | |
| Accrued Interest Received | Tax-Exempt | |
| | Taxable | |
| Gross Proceeds | | |
| Federal Withholding | | |
| Foreign Taxes Paid | | |
| Margin Interest Charged | | |

* Please note "% of assets" figures are shown gross of any amounts owed to Baird and/or net short positions.

# Baird / A NORTHWESTERN MUTUAL COMPANY

**FEBRUARY 1 -**
**FEBRUARY 28, 2001**

**RYAN E KUEHMICHEL &**
**LYNN A KUEHMICHEL**
**JT TEN WROS**

page 3 of 5

Account number:

## ASSET DETAILS

This section shows the cash equivalents and/or securities in your account. It reflects market values as of the close of business, February 28, 2001.

### NET/CASH EQUIVALENTS

|  | Symbol/CUSIP Bond Rating+ | Quantity | Current price | Current value | Anticipated annualized income | Current yield % |
|---|---|---|---|---|---|---|

**MARGIN LOAN**

**Total Net Cash Equivalents**

## PORTFOLIO ASSETS

**Stocks/Options**

|  | Symbol/CUSIP Bond Rating+ | Quantity | Current price | Current value | Anticipated annualized income | Current yield % |
|---|---|---|---|---|---|---|
| ORACLE CORP | ORCL   M | 5,000 | 19.0000 | 95,000.00 | N/A | N/A |
| CALL ORACLE CORP | ORQCE   M | -50 | 0.4375 | -2,187.50 | N/A | N/A |
| $25   EXP 03/17/01 |  |  |  |  |  |  |

**Total Stocks/Options**

**Total Portfolio Assets**

**Total Assets**

**M**   Asset held in margin account
**+**   Bond ratings of securities displayed on your statement were obtained from various rating services. There is no guarantee with respect to the accuracy of this information.

## CONFIDENTIAL

BAIRD0017

S$AH05000000

**Baird** / A NORTHWESTERN MUTUAL COMPANY

**FEBRUARY 1 -**
**FEBRUARY 28, 2001**

RYAN E KUEHMICHEL &
LYNN A KUEHMICHEL
JT TEN WROS

page 4 of 5

Account number:

## ACTIVITY SUMMARY

| Type of Activity | This period | Year-to-date |
|---|---|---|
| Opening Balance - Net Cash Equivalents | | |
| **Buy and Sell Transactions** | | |
| Assets Sold/Redeemed | | |
| Assets Bought | | |
| **Cash Deposits and Withdrawals** | | |
| Deposits | | |
| Withdrawals | | |
| **Income and Distributions** | | |
| Dividends | | |
| Interest | | |
| Capital Gain Distributions | | |
| Return of Principal | | |
| Other | | |
| Margin Interest Charged | | |
| VIP Card Activity | | |
| VIP ACH/ATM Activity | | |
| Checks You Wrote | | |
| Other Transactions | | |
| Closing Balance - Net Cash Equivalents | | |

## ACTIVITY DETAILS

| Date | Activity | Quantity | Price | Description | Total |
|---|---|---|---|---|---|
| | Opening Balance | | | **Total Opening Balance** | |
| 02/02/01 | Asset Bought-Close | 20 | 0.3750 | CALL ORACLE CORP $32.50 EXP 02/17/01 | - 795.00 |
| 02/06/01 | Asset Sold-Open | -40 | 0.5000 | CALL ORACLE CORP $30 EXP 02/17/01 | 1,895.13 |
| 02/07/01 | Asset Bought | 2,000 | 28.0000 | ORACLE CORP AS OF 02/02/01 | - 56,547.84 |
| 02/12/01 | Asset Bought | 1,000 | 23.1250 | ORACLE CORP | - 23,452.08 |

## SUBACCOUNT ACTIVITY

| Cash | Money Market | Margin |
|---|---|---|
| | | - 795.00 |
| | | 1,895.13 |
| | | - 56,547.84 |
| | | - 23,452.08 |

CONFIDENTIAL

BAIRD0018

$$AH5000000

# Baird / NORTHWESTERN MUTUAL COMPANY

**FEBRUARY 1 -**
**FEBRUARY 28, 2001**

RYAN E KUEHMICHEL &
LYNN A KUEHMICHEL
JT TEN WROS

page 5 of 5

Account number:

## ACTIVITY DETAILS continued

| Date | Activity | Quantity | Price | Description | Total |
|------|----------|----------|-------|-------------|-------|
| 02/20/01 | Asset Sold-Open | -50 | 1.5000 | CALL ORACLE CORP $25   EXP 03/17/01 | 7,225.67 |
| 02/20/01 | Expired | 40 | | CALL ORACLE CORP $30   EXP 02/17/01 | |
| | | | | AS OF 02/17/01 | |

## SUBACCOUNT ACTIVITY continued

| Cash | Money Market | Margin |
|------|--------------|--------|
| | | 7,225.67 |

## Closing Balance

**Total Closing Balance**

## OPEN ORDERS

| Trade Date | Transaction | Description | Quantity | Limit Price | Market Price |
|------------|-------------|-------------|----------|-------------|--------------|
| | | | | | |

Thank you for allowing Robert W. Baird & Co. Incorporated to serve you.
If you have any questions regarding your account or this statement,
please contact your Baird Representative.

CONFIDENTIAL

BAIRD0019

$SA405000000

# Baird / A NORTHWESTERN MUTUAL COMPANY

## CLIENT STATEMENT

### MARCH 1 - MARCH 31, 2001

Account number                                      page 1 of 5

YYYY 11111 11111 111

RYAN E KUEHMICHEL &
LYNN A KUEHMICHEL
JT TEN WROS

## ASSET VALUES

Cash Equivalents
Portfolio assets held at Baird
Portfolio assets not held at Baird
Total asset value as of March 31, 2001
Total asset value as of last statement
Total asset value as of December 31, 2000

## INVESTMENT OBJECTIVES

Appreciation with acceptance of risk

If you have any questions concerning your investment objective, or wish to make a change, please contact your Baird Representative.

## ASSET ALLOCATION

CONFIDENTIAL



Stocks/Options
100%

BAIRD0020

## FROM YOUR BAIRD REPRESENTATIVE

**Connie Chumas**
Telephone: (715) 836-9990

**Office servicing your account**
Post Office Box 1248
Eau Claire WI 54702

**Current opportunities**
The Dec. 31, 2000 Audited Statement Of Financial Condition For Robert W. Baird & Co. Inc. Is Available At Rwbaird.com. A Printed Copy Is Also Available By Calling 1-866-792-9673. Baird's Net Capital Was Approx $145,615,000, Which Is Approx $133,295,000 In Excess Of The Required Minimum Amount.

**Portfolio bulletin board**
You have options expiring.

**Account protection**
Robert W. Baird & Co. Incorporated provides up to $150 million of coverage for securities held in client accounts, of which $1 million may be in cash deposits. Ask your Baird Representative for details and a copy of the *Automatic Account Protection* at Baird brochure.

Robert W. Baird & Co. Incorporated
777 East Wisconsin Avenue Milwaukee, WI 53202-5391
Member NYSE, Inc. and other principal exchanges. Member SIPC.
www.rwbaird.com

$$AH0S000000

# Baird / A NORTHWESTERN MUTUAL COMPANY

MARCH 1 -
MARCH 31, 2001

RYAN E KUEHMICHEL &
LYNN A KUEHMICHEL
JT TEN WROS

Account number:

## ASSET SUMMARY

**Value as of  March 31, 2001**

| | At Baird | Not at Baird | Total | % of assets * |
|---|---|---|---|---|
| Cash | | | | |
| Money Market Funds | | | | |
| Margin Loan | | | | |
| Net Cash Equivalents | | | | |
| Stocks/Options | | | | |
| Preferred Stocks | | | | |
| Tax-Exempt Bonds | | | | |
| Taxable Bonds | | | | |
| Mutual Funds | | | | |
| Unit Investment Trusts | | | | |
| Annuities | | | | |
| Other Investments | | | | |
| Portfolio Assets | | | | |
| Total Assets | | | | |

CONFIDENTIAL

BAIRD0021

## INCOME & DISTRIBUTION SUMMARY

| | | This period | Year-to-date |
|---|---|---|---|
| Dividends | Tax-Exempt | | |
| | Taxable | | |
| Interest | Tax-Exempt | | |
| | Taxable | | |
| Capital Gain Distributions | | | |
| Return of Principal | | | |
| Other | | | |
| Total Income and Distributions | | | |

## TAX INFORMATION SUMMARY

| | | This period | Year-to-date |
|---|---|---|---|
| Accrued Interest Paid | Tax-Exempt | | |
| | Taxable | | |
| Accrued Interest Received | Tax-Exempt | | |
| | Taxable | | |
| Gross Proceeds | | | |
| Federal Withholding | | | |
| Foreign Taxes Paid | | | |
| Margin Interest Charged | | | |

* Please note "% of assets" figures are shown gross of any amounts owed to Baird and/or net short positions.

$$*05000000

# Baird / A NORTHWESTERN MUTUAL COMPANY

**MARCH 1 -**
**MARCH 31, 2001**

**RYAN E KUEHMICHEL &**
**LYNN A KUEHMICHEL**
**JT TEN WROS**

page 3 of 5

Account number:

## ASSET DETAILS

This section shows the cash equivalents and/or securities in your account. It reflects market values as of the close of business, March 31, 2001.

### NET CASH EQUIVALENTS

**MARGIN LOAN**

| | | Current value | Anticipated annualized income | Current yield % |
|---|---|---|---|---|
| Total Net Cash Equivalents | | | | |

### PORTFOLIO ASSETS

**Stocks/Options**

| | Symbol/CUSIP Bond Rating+ | Quantity | Current price | Current value | Anticipated annualized income | Current yield % |
|---|---|---|---|---|---|---|
| ORACLE CORP | ORCL    M | 5,000 | 14.9800 | 74,900.00 | N/A | N/A |
| CALL ORACLE CORP $17.50   EXP 04/21/01 | OROQW  *M | -50 | 0.3000 | -1,500.00 | N/A | N/A |
| Total Stocks/Options | | | | | | |
| Total Portfolio Assets | | | | | | |
| Total Assets | | | | | | |

**CONFIDENTIAL**

M   Asset held in margin account
+   Bond ratings of securities displayed on your statement were obtained from various rating services. There is no guarantee with respect to the accuracy of this information.

BAIRD0022

$$AH05000000

# Baird / A NORTHWESTERN MUTUAL COMPANY

**MARCH 1 -**
**MARCH 31, 2001**

RYAN E KUEHMICHEL &
LYNN A KUEHMICHEL
JT TEN WROS

page 4 of 5

Account number:

## ACTIVITY SUMMARY

| Activity | This period | Year-to-date |
|---|---|---|
| **Opening Balance - Net Cash Equivalents** | | |
| Assets Sold/Redeemed | | |
| Assets Bought | | |
| Deposits | | |
| Withdrawals | | |
| Dividends | | |
| Interest | | |
| Capital Gain Distributions | | |
| Return of Principal | | |
| Other | | |
| Margin Interest Charged | | |
| VIP Card Activity | | |
| VIP ACH/ATM Activity | | |
| Checks You Wrote | | |
| Other Transactions | | |
| **Closing Balance - Net Cash Equivalents** | | |

## ACTIVITY DETAILS

| Date | Activity | Quantity | Price | Description | Total |
|---|---|---|---|---|---|
| | **Opening Balance** | | | **Total Opening Balance** | |
| 03/02/01 | Asset Bought-Close | 50 | 0.1875 | CALL ORACLE CORP<br>$25    EXP 03/17/01 | - 937.50 |
| 03/02/01 | Asset Sold-Open | -50 | 0.5625 | CALL ORACLE CORP<br>$20    EXP 03/17/01 | 2,667.06 |

## SUBACCOUNT ACTIVITY

| | Cash | Money Market | Margin |
|---|---|---|---|
| | | | - 937.50 |
| | | | 2,667.06 |

CONFIDENTIAL

BAIRD0023

SSAH05000000

# Baird / NORTHWESTERN MUTUAL COMPANY

**MARCH 1 -**
**MARCH 31, 2001**

RYAN E KUEHMICHEL &
LYNN A KUEHMICHEL
JT TEN WROS

page 5 of 5

Account number:

## ACTIVITY DETAILS continued

| Trade/Settlement Activity Date | Quantity | Price | Description | Total | SUBACCOUNT ACTIVITY continued Cash | Money Market | Margin |
|---|---|---|---|---|---|---|---|
| 03/19/01 Expired | 50 | | CALL ORACLE CORP $20  EXP 03/17/01 AS OF 03/17/01 | | | | |
| 03/23/01 Asset Sold-Open | -50 | 0.8750 | CALL ORACLE CORP $17.50  EXP 04/21/01 | 4,120.37 | | | 4,120.37 |

**Total Closing Balance**

## OPEN ORDERS

| Trade Date | Transaction | Description | Quantity | Limit Price | Market Price |
|---|---|---|---|---|---|

Thank you for allowing Robert W. Baird & Co. Incorporated to serve you.
If you have any questions regarding your account or this statement,
please contact your Baird Representative.

## CONFIDENTIAL

BAIRD0024

$8A40500000

EXHIBIT 36

CLEARING THROUGH:
PERSHING DIVISION OF DLJSC
ONE PERSHING PLAZA,
JERSEY CITY, NJ 07399
TEL: (201) 413-2000

YOUR BROKERAGE
ACCOUNT STATEMENT

Statement Period: 11/25/00
through: 12/29/00
Account Number:
Soc. Sec. No:
Phone Number:

Statement for the account of:

ROBERT D SAWYER

Your Investment Broker:

Ed Sawyer
Delta Asset Management Co., LLC

As you requested copies of this
statement have been sent to:

266 East Sharon Road
Glendale          OH 45246-4529
(513) 771-6339
ID : EDS

ASSET VALUATION

| | This Period | | Last Period | |
| | Value | % of Asset | Value | % of Asset |
|---|---|---|---|---|
| Cash Balance | | | | |
| Mutual Funds | | | | |
| Stcks, Rghts, Wrrnts | | | | |
| Tot Brkrg Acct Assets | | | | |
| Incl/Security Not Req'd | | | | |
| Total Assets | | | | |

ACTIVITY SUMMARY

| | Debits | Credits |
|---|---|---|
| Opening Balance | | |
| Sec Rghts & Sold | | |
| Cash Wthdrwl/Dpsts | | |
| Sec Wthdrwl/Dpsts | | |
| Fees | | |
| Dvdds & Intrst | | |
| Distributions | | |
| Closing Balance | | |

PURCHASING POWER SUMMARY

You may be able to borrow against the value of your brokerage
account assets to buy additional securities or for other purposes.
For more information, please call your investment broker.

| | |
|---|---|
| Cash & Money Mkt Funds Avail | |
| Borrowing Power | |
| Total Purchasing Power | |

PORTFOLIO HOLDINGS

| | | | | | | | | | |
| Mutual Funds | | | | | | | | | |
| Quantity | Description | Price | Market Div/Cap Gain Value Option | Estimated Yield | Annual Income | Sec ID | Account Type | Loc |

For the Period:11/25/00 Through 12/29/00   Acct Number:          ROBERT D SAWYER

Page 1 of 34

Redacted          PLFCLASS 242          Confidential

CLEARING THROUGH:
PERSHING DIVISION OF DLJSC
ONE PERSHING PLAZA
JERSEY CITY, NJ 07399
TEL: (201) 413-2000

YOUR BROKERAGE
ACCOUNT STATEMENT

PORTFOLIO HOLDINGS (continued)

Mutual Funds (continued)

| Quantity | Description | Price | Market Value | Div/Cap Gain Option | Estimated Yield | Annual Income | Sec ID | Account Type | Loc |
|---|---|---|---|---|---|---|---|---|---|

Total Mutual Funds

Stocks, Rights and Warrants

| Quantity | Description | Price | Market Value | Div/Cap Gain Option | Estimated Yield | Annual Income | Sec ID | Account Type | Loc |
|---|---|---|---|---|---|---|---|---|---|
| 45,000 | ORACLE CORP COM | 29.125 | 1,310,625.00 | CASH | | | ORCL | MARGIN | |

Total Stocks, Rights and Warrants

| | Market Value | | Annual Income |
|---|---|---|---|

Total -- All Securities

For the Period:11/25/00 Through 12/29/00    Acct Number:    ROBERT D SAWYER

CLEARING THROUGH:
PERSHING DIVISION OF DLJSC
ONE PERSHING PLAZA
JERSEY CITY, NJ 07399
TEL:  (201) 413-2000

YOUR BROKERAGE

ACCOUNT STATEMENT

**PORTFOLIO HOLDINGS (continued)**

**Disclosures and Other Information**

Pricing - Securities prices may vary from actual liquidation value. Prices shown should only be used as a general guide to portfolio value. Prices are received from various pricing services. However, pricing services are sometimes unable to provide timely information. Where prices are not readily available, particularly on certain debt securities, estimated prices may be generated by a matrix system taking various factors into consideration. The pricing of listed options then into the last closing price, as will as the current bid and/or offer prices. Where securities have not been priced, such securities have not been included in the Asset Valuation information at the beginning of this statement.

Option Disclosure - Information with respect to commissions and other charges incurred in connection with the execution of option transactions has been included in confirmations previously furnished to you. A summary of this information is available to you promptly upon your written request directed to your introducing firm. In order to assist your introducing firm in maintaining current and accurate background and financial information concerning your option account, please promptly advise them in writing of any material change in your investment objectives or financial situation. Expiring option which are valuable are exercised automatically pursuant to the exercise by exception procedure of the Options Clearing Corporation. Additional information regarding this procedure is available upon your written request.

Reinvestment - The dollar amount of Mutual Fund distributions, Money Market Fund income, or dividends on other securities shown on your statement may have been reinvested into additional shares. You will not receive confirmations for these reinvestment transactions. However, information pertaining to these transactions which would otherwise appear on confirmations, including the time of execution and the name of the person from whom your security was purchased, will be furnished to you upon written request to your introducing firm. In dividend reinvestment transactions, Pershing acts as your agent and receives payment for order flow, the source and nature of which payment will be furnished to you upon written request to your introducing firm.

**TRANSACTIONS BY TYPE OF ACTIVITY**

Securities Bought and Sold

| Trade/<br>Settle<br>Date | Activity Type | Description | Quantity | Price | Accrued<br>Interest | Debit<br>Amount | Credit<br>Amount |
|---|---|---|---|---|---|---|---|
| 12/05  11/30 | PURCHASED | ORACLE CORP COM<br>A DLJ CO MAKES A MKT<br>IN THIS SEC & ACTED AS PRINCIPAL | 5,000 | 27.0000 | | 135,008.00- | |

For the Period :11/25/00 Through 12/29/00    Acct Number:    ROBERT D SAMTER              Page 3 of 34

Confidential                                    PLFCLASS 244                                    Redacted

CLEARING THROUGH:
PERSHING DIVISION OF DLJSC
ONE PERSHING PLAZA
JERSEY CITY, NJ 07399
TEL:  (201) 413-2000

YOUR   BROKERAGE

ACCOUNT STATEMENT

TRANSACTIONS BY TYPE OF ACTIVITY (continued)

Securities Bought and Sold (continued)

| Process/Trade/ Settle Trans Date Date | Activity Type | Description | Quantity | Price | Accrued Interest | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|
| 12/05  11/30 PURCHASED | | ORACLE CORP COM A DLJ CO MAKES A MKT IN THIS SEC & ACTED AS PRINCIPAL | 45,000 | 27.0625D | | 1,217,907.50- | |

Confidential

PLFCLASS 245

Redacted

CLEARING THROUGH:
PERSHING DIVISION OF DLJSC
ONE PERSHING PLAZA
JERSEY CITY, NJ  07399
TEL:  (201) 413-2000

YOUR   BROKERAGE

ACCOUNT STATEMENT

TRANSACTIONS BY TYPE OF ACTIVITY (continued)

Securities Bought and Sold (continued)

| Process/Trade/<br>Settle Trans<br>Date | Activity Type | Description | Quantity | Price | Accrued<br>Interest | Debit<br>Amount | Credit<br>Amount |
|---|---|---|---|---|---|---|---|

For the Period :11/25/00 Through 12/29/00    Acct Number :          ROBERT D SANTER           Page  5  of  34

Confidential

PLFCLASS 246

Redacted

CLEARING THROUGH:
PERSHING DIVISION OF DLJSC
ONE PERSHING PLAZA
JERSEY CITY, NJ 07399
TEL:  (201) 413-2000

YOUR BROKERAGE
ACCOUNT STATEMENT

TRANSACTIONS BY TYPE OF ACTIVITY (continued)

Securities Bought and Sold (continued)

| Process/Trade/ Settle Trans Date Date | Activity Type | Description | Quantity | Price | Accrued Interest | Debit | Credit |
|---|---|---|---|---|---|---|---|

For the Period:11/25/00 Through 12/29/00   Acct Number:

ROBERT D SANTER

Page 6 of 34

Confidential

PLFCLASS 247

Redacted

CLEARING THROUGH:
PERSHING DIVISION OF DLJSC
ONE PERSHING PLAZA
JERSEY CITY, NJ  07399
TEL:  (201) 413-2000

YOUR   BROKERAGE
ACCOUNT   STATEMENT

TRANSACTIONS BY TYPE OF ACTIVITY (continued)

Securities Bought and Sold (continued)

| Process/Trade/ Settle Trans Date | Date | Activity Type | Description | Quantity | Price | Accrued Interest | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|---|
| 12/07 | 12/04 | PURCHASED | ORACLE CORP COM UNSOLICITED. A DLJ CO MAKES A MKT IN THIS SEC & ACTED AS PRINCIPAL | 500 | 27.06250 | | 13,536.75- | |
| 12/07 | 12/04 | PURCHASED | ORACLE CORP COM UNSOLICITED. A DLJ CO MAKES A MKT IN THIS SEC & ACTED AS PRINCIPAL | 1,500 | 27.06250 | | 40,601.25- | |
| 12/07 | 12/04 | PURCHASED | ORACLE CORP COM UNSOLICITED. A DLJ CO MAKES A MKT IN THIS SEC & ACTED AS PRINCIPAL | 2,500 | 27.12500 | | 67,825.00- | |
| 12/07 | 12/04 | PURCHASED | ORACLE CORP COM UNSOLICITED. A DLJ CO MAKES A MKT IN THIS SEC & ACTED AS PRINCIPAL | 15,500 | 27.12500 | | 420,515.00- | |
| 12/07 | 12/04 | PURCHASED | ORACLE CORP COM UNSOLICITED. A DLJ CO MAKES A MKT IN THIS SEC & ACTED AS PRINCIPAL | 500 | 27.87500 | | 13,940.00- | |
| 12/07 | 12/04 | PURCHASED | ORACLE CORP COM UNSOLICITED. A DLJ CO MAKES A MKT IN THIS SEC & ACTED AS PRINCIPAL | 5,000 | 27.87500 | | 139,400.00- | |
| 12/07 | 12/04 | PURCHASED | ORACLE CORP COM UNSOLICITED. A DLJ CO MAKES A MKT IN THIS SEC & ACTED AS PRINCIPAL | 14,500 | 27.93750 | | 405,166.25- | |

For the Period:11/25/00 Through 12/29/00   Acct Number:

ROBERT D BAXTER

Confidential

Page 7 of 34

PLFCLASS 248

CLEARING THROUGH:
PERSHING DIVISION OF DLJSC
ONE PERSHING PLAZA
JERSEY CITY, NJ 07399
TEL:   (201) 413-2000

YOUR BROKERAGE

ACCOUNT STATEMENT

TRANSACTIONS BY TYPE OF ACTIVITY (continued)

Securities Bought and Sold (continued)

| Process/Trade/ Settle Trans Date Date | Activity Type | Description | Quantity | Price | Accrued Interest | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|

For the Period:11/25/00 Through 12/29/00   Acct Number:   ROBERT D BAXTER

Confidential

PLFCLASS 249

Redacted

Page 8 of 34

CLEARING THROUGH:
PERSHING DIVISION OF DLJSC
ONE PERSHING PLAZA
JERSEY CITY, NJ  07399
TEL:  (201) 413-2000

YOUR   BROKERAGE

ACCOUNT   STATEMENT

TRANSACTIONS BY TYPE OF ACTIVITY (continued)

Securities Bought and Sold (continued)

| Process/Trade/ Settle Trans Date Date | Activity Type | Description | Quantity | Price | Accrued Interest | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|

For the Period:11/25/00 Through 12/29/00   Acct Number:

ROBERT D SANTER

PLFCLASS 250

Page  9  of  34

Confidential

Redacted

The content below is rotated 90° in the source image.

CLEARING THROUGH:
PERSHING DIVISION OF DLJSC
ONE PERSHING PLAZA
JERSEY CITY, NJ 07399
TEL: (201) 413-2000

YOUR BROKERAGE

ACCOUNT STATEMENT

TRANSACTIONS BY TYPE OF ACTIVITY (continued)

Securities Bought and Sold (continued)

| Process/Trade/ Settle Trans Date | Date Activity Type | Description | Quantity | Price | Accrued Interest | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|

For the Period:11/25/00 Through 12/29/00   Acct Number:

ROBERT D SANTER

PLFCLASS 251

Page 10 of 34

Confidential

Redacted

CLEARING THROUGH:
PERSHING DIVISION OF DLJSC
ONE PERSHING PLAZA
JERSEY CITY, NJ  07399
TEL:  (201) 413-2000

YOUR  BROKERAGE

ACCOUNT  STATEMENT

TRANSACTIONS BY TYPE OF ACTIVITY (continued)

Securities Bought and Sold (continued)

| Process/Trade/<br>Settle Trans<br>Date Date | Activity Type | Description | Quantity | Price | Accrued<br>Interest | Debit<br>Amount | Credit<br>Amount |
|---|---|---|---|---|---|---|---|
| 12/13  12/08 | SOLD | ORACLE CORP COM | 2,400- | 29.12500 | | | 69,210.57 |

ROBERT D SANTER

Page 11  of  34

For the Period:11/25/00 Through 12/29/00   Acct Number:

Redacted

PLFCLASS 252

Confidential

CLEARING THROUGH:
PERSHING DIVISION OF DLJSC
ONE PERSHING PLAZA
JERSEY CITY, NJ 07399
TEL: (201) 413-2000

YOUR BROKERAGE

ACCOUNT STATEMENT

TRANSACTIONS BY TYPE OF ACTIVITY (continued)

Securities Bought and Sold (continued)

| Process/Trade/ Settle Trans Date Date | Activity Type | Description | Quantity | Price | Accrued Interest | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|

For the Period:11/25/00 Through 12/29/00     Acct Number:[REDACTED]     ROBERT D SAMTER

Redacted

PLFCLASS 253

Confidential

Page 12 of 34

CLEARING THROUGH:
PERSHING DIVISION OF DLJSC
ONE PERSHING PLAZA
JERSEY CITY, NJ 07399
TEL: (201) 413-2000

YOUR   BROKERAGE

ACCOUNT  STATEMENT

TRANSACTIONS BY TYPE OF ACTIVITY (continued)

Securities Bought and Sold (continued)

| Process/Trade/ Settle Trans Date Date | Activity Type | Description | Quantity | Price | Accrued Interest | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|
| 12/15  12/12 SOLD | | ORACLE CORP COM UNSOLICITED. A DLJ CO MAKES A MKT IN THIS SEC & ACTED AS PRINCIPAL | 500- | 30.6250 | | | 15,292.32 |
| 12/15  12/12 SOLD | | ORACLE CORP COM UNSOLICITED. A DLJ CO MAKES A MKT IN THIS SEC & ACTED AS PRINCIPAL | 2,500- | 30.62500 | | | 76,476.61 |
| 12/15  12/14 SOLD | | CALL CORP. EXP 12-16-00 @ 15 OPENING TRANSACTION | 100- | 13.00000 | | | 129,942.66 |
| 12/15  12/14 SOLD | | CALL CORP. EXP 12-16-00 @ 15 OPENING TRANSACTION | 40- | 13.00000 | | | 51,978.27 |
| 12/15  12/14 SOLD | | CALL CORP. EXP 12-16-00 @ 15 OPENING TRANSACTION | 20- | 13.0000 | | | 25,989.13 |
| 12/15  12/14 SOLD | | CALL CORP. EXP 12-16-00 @ 15 OPENING TRANSACTION | 14- | 13.00000 | | | 18,192.39 |

For the Period:11/25/00 Through 12/29/00   Acct Number:        ROBERT D SANTER        Page 13 of 34

Redacted                     PLFCLASS 254                    Confidential

CLEARING THROUGH:
PERSHING DIVISION OF DLJSC
ONE PERSHING PLAZA
JERSEY CITY, NJ 07399
TEL: (201) 413-2000

YOUR BROKERAGE

ACCOUNT STATEMENT

## TRANSACTIONS BY TYPE OF ACTIVITY (continued)

Securities Bought and Sold (continued)

| Process/Trade/ Settle Trans Date Date | Activity Type | Description | Quantity | Price | Accrued Interest | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|
| 12/15 12/14 SOLD | | CALL    100 ORACLE CORP.  EXP 12-16-00 @ 15 OPENING TRANSACTION | 13- | 13.0000 | | | 16,892.94 |
| 12/15 12/14 SOLD | | CALL    100 ORACLE CORP.  EXP 12-16-00 @ 15 OPENING TRANSACTION | 13- | 13.0000 | | | 16,892.94 |
| 12/18 12/13 PURCHASED | | ORACLE CORP COM UNSOLICITED.  A DLJ CO MAKES A MKT IN THIS SEC & ACTED AS PRINCIPAL | 7,000 | 31.90625 | | 223,446.75- | |
| 12/18 12/13 SOLD | | ORACLE CORP COM UNSOLICITED.  A DLJ CO MAKES A MKT IN THIS SEC & ACTED AS PRINCIPAL | 500- | 28.62500 | | | 14,304.02 |

For the Period:11/25/00 Through 12/29/00    Acct Number:[REDACTED]    ROBERT D SANTER    Page 14 of 34

Confidential                                        PLFCLASS 255                                        Redacted

CLEARING THROUGH:
PERSHING DIVISION OF DLJSC
ONE PERSHING PLAZA
JERSEY CITY, NJ 07399
TEL:  (201) 413-2000

YOUR BROKERAGE

ACCOUNT STATEMENT

TRANSACTIONS BY TYPE OF ACTIVITY (continued)

Securities Bought and Sold (continued)

| Process/Trade Date | Settle Trans Date | Activity Type | Description | Quantity | Price | Accrued Interest | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|---|
| 12/18 | 12/13 | SOLD | ORACLE CORP COM UNSOLICITED. A DLJ CO MAKES A MKT IN THIS SEC & ACTED AS PRINCIPAL | 9,500- | 28.5625O | | | 271,239.70 |

YOUR BROKERAGE

ACCOUNT STATEMENT

CLEARING THROUGH:
PERSHING DIVISION OF DLJSC
ONE PERSHING PLAZA
JERSEY CITY, NJ 07399
TEL: (201) 413-2000

TRANSACTIONS BY TYPE OF ACTIVITY (continued)

Securities Bought and Sold (continued)

| Process/Trade/ Settle Trans Date Date | Activity Type | Description | Quantity | Price | Accrued Interest | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|
| 12/19  12/14 | SOLD | ORACLE CORP COM UNSOLICITED. A DLJ CO MAKES A MKT IN THIS SEC & ACTED AS PRINCIPAL | 5,000- | 28.68750 | | | 143,418.61 |
| 12/19  12/14 | SOLD | ORACLE CORP COM UNSOLICITED. A DLJ CO MAKES A MKT IN THIS SEC & ACTED AS PRINCIPAL | 40,000- | 28.62500 | | | 1,144,872.94 |
| 12/19  12/14 | SOLD | ORACLE CORP COM UNSOLICITED. A DLJ CO MAKES A MKT IN THIS SEC & ACTED AS PRINCIPAL | 500- | 27.50000 | | | 13,746.53 |
| 12/19  12/14 | SOLD | ORACLE CORP COM UNSOLICITED. A DLJ CO MAKES A MKT IN THIS SEC & ACTED AS PRINCIPAL | 2,000- | 27.43750 | | | 54,861.12 |
| 12/19  12/14 | SOLD | ORACLE CORP COM UNSOLICITED. A DLJ CO MAKES A MKT IN THIS SEC & ACTED AS PRINCIPAL | 3,000- | 27.37500 | | | 82,104.19 |
| 12/19  12/14 | SOLD | ORACLE CORP COM UNSOLICITED. A DLJ CO MAKES A MKT IN THIS SEC & ACTED AS PRINCIPAL | 3,000- | 27.37500 | | | 82,104.19 |

For the Period :11/25/00 Through 12/29/00   Acct Number:            ROBERT D SAMTER

Page 16  of 34

YOUR BROKERAGE
ACCOUNT STATEMENT

CLEARING THROUGH:
PERSHING DIVISION OF DLJSC
ONE PERSHING PLAZA
JERSEY CITY, NJ 07399
TEL: (201) 413-2000

TRANSACTIONS BY TYPE OF ACTIVITY (continued)

Securities Bought and Sold (continued)

| Process/Trade Date | Settle Trade Date | Activity Type | Description | Quantity | Price | Accrued Interest | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|---|
| 12/19 | 12/14 | SOLD | ORACLE CORP COM UNSOLICITED. A DLJ CO MAKES A MKT IN THIS SEC & ACTED AS PRINCIPAL. | 8,100- | 27.37500 | | | 221,681.31 |
| 12/20 | 12/15 | PURCHASED | ORACLE CORP COM A DLJ CO MAKES A MKT IN THIS SEC & ACTED AS PRINCIPAL. | 46,000 | 28.75000 | | 1,322,603.00- | |
| 12/20 | 12/15 | PURCHASED | ORACLE CORP COM AVERAGE UNIT PRICE TRANSACTION | 47,000 | 29.19174 | | 1,372,114.59- | |
| 12/20 | 12/15 | CORRECTED SELL | ORACLE CORP COM ACCT OF: ASSIGNED CORRECTED CONFIRM | 20,000- | 15.00000 | | | 299,887.00 |
| 12/22 | 12/19 | SOLD | ORACLE CORP COM UNSOLICITED. A DLJ CO MAKES A MKT IN THIS SEC & ACTED AS PRINCIPAL. | 36,700- | 31.00000 | | | 1,137,582.62 |
| 12/22 | 12/19 | SOLD | ORACLE CORP COM UNSOLICITED. A DLJ CO MAKES A MKT IN THIS SEC & ACTED AS PRINCIPAL. | 45,000- | 31.75000 | | | 1,428,602.37 |

For the Period:11/25/00 Through 12/29/00    Acct Number:    ROBERT D SANTER

Page 17 of 34

CLEARING THROUGH:
PERSHING DIVISION OF DLJSC
ONE PERSHING PLAZA
JERSEY CITY, NJ 07399
TEL:   (201) 413-2000

YOUR BROKERAGE
ACCOUNT STATEMENT

TRANSACTIONS BY TYPE OF ACTIVITY (continued)

Securities Bought and Sold (continued)

| Process/Trade/Settle Trans Date | Activity Type | Description | Quantity | Price | Accrued Interest | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|

For the Period:11/25/00 Through 12/29/00   Acct Number:

ROBERT D SAYTER

Redacted

PLFCLASS 259

Page 18 of 34

Confidential

CLEARING THROUGH:
PERSHING DIVISION OF DLJSC
ONE PERSHING PLAZA
JERSEY CITY, NJ 07399
TEL: (201) 413-2000

YOUR BROKERAGE

ACCOUNT STATEMENT

TRANSACTIONS BY TYPE OF ACTIVITY (continued)

Securities Bought and Sold (continued)

| Process/Trade/ Settle Trans Date Date | Activity Type | Description | Quantity | Price | Accrued Interest | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|
| 12/27 12/21 | SOLD | ORACLE CORP COM UNSOLICITED. A DLJ CO MAKES A MKT IN THIS SEC & ACTED AS PRINCIPAL | 500- | 29.5000 | | 14,742.09 | |
| 12/27 12/21 | SOLD | ORACLE CORP COM UNSOLICITED. A DLJ CO MAKES A MKT IN THIS SEC & ACTED AS PRINCIPAL | 10,800- | 29.5000 | | 318,493.79 | |

For the Period:11/25/00 Through 12/29/00   Acct Number:      ROBERT D SAMTER

Redacted

PLFCLASS 260

Page 19 of 34

Confidential

CLEARING THROUGH:
PERSHING DIVISION OF DLJSC
ONE PERSHING PLAZA
JERSEY CITY, NJ 07399
TEL: (201) 413-2000

YOUR BROKERAGE

ACCOUNT STATEMENT

TRANSACTIONS BY TYPE OF ACTIVITY (continued)

Securities Bought and Sold (continued)

| Process/Trade/ Settle Trans Date Date | Activity Type | Description | Quantity | Price | Accrued Interest | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|

For the Period:11/25/00 Through 12/29/00   Acct Number:

ROBERT D SANTER

Confidential

PLFCLASS 261

Redacted

Page 20 of 34

CLEARING THROUGH:
PERSHING DIVISION OF DLJSC
ONE PERSHING PLAZA
JERSEY CITY, NJ 07399
TEL: (201) 413-2000

YOUR   BROKERAGE

ACCOUNT STATEMENT

TRANSACTIONS BY TYPE OF ACTIVITY (continued)

Securities Bought and Sold (continued)

| Settle Trans Date | Proces/Trade/ Date | Activity Type | Description | Quantity | Price | Accrued Interest | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|---|

For the Period:11/25/00 Through 12/29/00   Acct Number:

Redacted

ROBERT D SANTER

Page 21 of 34

PLFCLASS 262

Confidential

CLEARING THROUGH:
PERSHING DIVISION OF DLJSC
ONE PERSHING PLAZA
JERSEY CITY, NJ  07399
TEL:  (201) 413-2000

YOUR BROKERAGE

ACCOUNT STATEMENT

TRANSACTIONS BY TYPE OF ACTIVITY (continued)

Securities Bought and Sold (continued)

| Process/Trade/<br>Settle Trans<br>Date   Date | Activity Type | Description | Quantity | Price | Accrued<br>Interest | Debit<br>Amount | Credit<br>Amount |
|---|---|---|---|---|---|---|---|

ROBERT D SANTER

Page 22  of  34

For the Period:11/25/00 Through 12/29/00   Acct Number:

Redacted

PLFCLASS 263

Confidential

CLEARING THROUGH:
PERSHING DIVISION OF DLJSC
ONE PERSHING PLAZA
JERSEY CITY, NJ 07399
TEL: (201) 413-2000

YOUR   BROKERAGE

ACCOUNT STATEMENT

**TRANSACTIONS BY TYPE OF ACTIVITY (continued)**

Securities Bought and Sold (continued)

| Process/Trade/ Settle Trans Date Date | Activity Type | Description | Quantity | Price | Accrued Interest | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|

For the Period:11/25/00 Through 12/29/00   Acct Number:

ROBERT D SANTER

Page 23 of 34

Confidential

PLFCLASS 264

Redacted

CLEARING THROUGH:
PERSHING DIVISION OF DLJSC
ONE PERSHING PLAZA
JERSEY CITY, NJ 07399
TEL: (201) 413-2000

YOUR   BROKERAGE

ACCOUNT STATEMENT

TRANSACTIONS BY TYPE OF ACTIVITY (continued)

Securities Bought and Sold (continued)

| Process/Trade/ Settle Trans Date Date | Activity Type | Description | Quantity | Price | Accrued Interest | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|

For the Period:11/25/00 Through 12/29/00   Acct Number:

Confidential

ROBERT D BAXTER

PLFCLASS 265

Page 24 of 34

Redacted

CLEARING THROUGH:
PERSHING DIVISION OF DLJSC
ONE PERSHING PLAZA
JERSEY CITY, NJ 07399
TEL: (201) 413-2000

YOUR   BROKERAGE

ACCOUNT STATEMENT

TRANSACTIONS BY TYPE OF ACTIVITY (continued)

Securities Bought and Sold (continued)

| Process/Trade/ Settle Trans Date Date | Activity Type | Description | Quantity | Price | Accrued Interest | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|

For the Period:11/25/00 Through 12/29/00   Acct Number:

ROBERT D SANTER

Confidential

PLFCLASS 266

Page 25 of 34

Redacted

CLEARING THROUGH:
PERSHING DIVISION OF DLJSC
ONE PERSHING PLAZA
JERSEY CITY, NJ 07399
TEL: (201) 413-2000

YOUR BROKERAGE

ACCOUNT STATEMENT

TRANSACTIONS BY TYPE OF ACTIVITY (continued)

Securities Bought and Sold (continued)

| Process/Trade/ Settle Date | Trans Date | Activity Type | Description | Quantity | Price | Accrued Interest | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|---|

For the Period:11/25/00 Through 12/29/00    Acct Number:

ROBERT D SAWYER

Confidential

PLFCLASS 267

Redacted

Page 26 of 34

CLEARING THROUGH:
PERSHING DIVISION OF DLJSC
ONE PERSHING PLAZA
JERSEY CITY, NJ 07399
TEL: (201) 413-2000

YOUR BROKERAGE

ACCOUNT STATEMENT

TRANSACTIONS BY TYPE OF ACTIVITY (continued)

Securities Bought and Sold (continued)

| Process/Trade/ Settle Date | Trans Date | Activity Type | Description | Quantity | Price | Accrued Interest | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|---|

For the Period :11/25/00 Through 12/29/00   Acct Number:

ROBERT D BAXTER

Page 27 of 34

Confidential

PLFCLASS 268

Redacted

CLEARING THROUGH:
PERSHING DIVISION OF DLJSC
ONE PERSHING PLAZA
JERSEY CITY, NJ 07399
TEL: (201) 413-2000

YOUR BROKERAGE
ACCOUNT STATEMENT

## TRANSACTIONS BY TYPE OF ACTIVITY (continued)
Securities Bought and Sold (continued)

| Process/Trade/Settle Trans Date | Settle Date | Activity Type | Description | Quantity | Price | Accrued Interest | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|---|
| 12/28 | 12/22 | PURCHASED | ORACLE CORP COM A DLJ CO MAKES A MKT IN THIS SEC & ACTED AS PRINCIPAL | 1,000 | 30.37500 | | 30,398.00- | |
| 12/28 | 12/22 | PURCHASED | ORACLE CORP COM A DLJ CO MAKES A MKT IN THIS SEC & ACTED AS PRINCIPAL | 4,000 | 30.50000 | | 122,080.00- | |
| 12/28 | 12/22 | PURCHASED | ORACLE CORP COM A DLJ CO MAKES A MKT IN THIS SEC & ACTED AS PRINCIPAL | 1,000 | 30.43750 | | 30,437.50- | |
| 12/28 | 12/22 | PURCHASED | ORACLE CORP COM A DLJ CO MAKES A MKT IN THIS SEC & ACTED AS PRINCIPAL | 4,000 | 30.43750 | | 121,750.00- | |
| 12/28 | 12/22 | PURCHASED | ORACLE CORP COM UNSOLICITED. A DLJ CO MAKES A MKT IN THIS SEC & ACTED AS PRINCIPAL | 1,000 | 30.37500 | | 30,385.00- | |

CLEARING THROUGH:
PERSHING DIVISION OF DLJSC
ONE PERSHING PLAZA
JERSEY CITY, NJ 07399
TEL: (201) 413-2000

YOUR BROKERAGE
ACCOUNT STATEMENT

TRANSACTIONS BY TYPE OF ACTIVITY (continued)
Securities Bought and Sold (continued)

| Process/Trade Date | Settle Date | Activity Type | Description | Quantity | Price | Accrued Interest | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|---|
| 12/28 | 12/22 | PURCHASED | ORACLE CORP COM UNSOLICITED. A DLJ CO MAKES A MKT IN THIS SEC & ACTED AS PRINCIPAL | 200 | 30.37500 | | 6,077.00- | |
| 12/28 | 12/22 | PURCHASED | ORACLE CORP COM UNSOLICITED. A DLJ CO MAKES A MKT IN THIS SEC & ACTED AS PRINCIPAL | 300 | 30.37500 | | 9,115.50- | |
| 12/28 | 12/22 | PURCHASED | ORACLE CORP COM UNSOLICITED. A DLJ CO MAKES A MKT IN THIS SEC & ACTED AS PRINCIPAL | 100 | 30.37500 | | 3,038.50- | |
| 12/28 | 12/22 | PURCHASED | ORACLE CORP COM UNSOLICITED. A DLJ CO MAKES A MKT IN THIS SEC & ACTED AS PRINCIPAL | 200 | 30.37500 | | 6,077.00- | |
| 12/28 | 12/22 | PURCHASED | ORACLE CORP COM AVERAGE UNIT PRICE TRANSACTION | 43,000 | 31.02330 | | 1,334,104.90- | |
| 12/28 | 12/22 | CORRECTED SELL | ORACLE CORP COM A DLJ CO MAKES A MKT IN THIS SEC & ACTED AS PRINCIPAL CORRECTED CONFIRM | 900- | 31.43750 | | | 28,280.24 |
| 12/28 | 12/22 | CORRECTED SELL | ORACLE CORP COM A DLJ CO MAKES A MKT IN THIS SEC & ACTED AS PRINCIPAL CORRECTED CONFIRM | 100- | 31.43750 | | | 3,142.59 |

For the Period:11/25/00 Through 12/29/00   Acct Number:   ROBERT D SANTER

Confidential

PLFCLASS 270

Redacted

CLEARING THROUGH:
PERSHING DIVISION OF DLJSC
ONE PERSHING PLAZA
JERSEY CITY, NJ 07399
TEL:   (201) 413-2000

YOUR BROKERAGE
ACCOUNT STATEMENT

TRANSACTIONS BY TYPE OF ACTIVITY (continued)

Securities Bought and Sold (continued)

| Process/Trade Date | Settle Trans Date | Activity Type | Description | Quantity | Price | Accrued Interest | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|---|
| 12/28 | 12/22 | CORRECTED SELL | ORACLE CORP COM A DLJ CO MAKES A MKT IN THIS SEC & ACTED AS PRINCIPAL CORRECTED CONFIRM | 7,000- | 31.43750 | | | 219,980.69 |
| 12/28 | 12/22 | CORRECTED SELL | ORACLE CORP COM A DLJ CO MAKES A MKT IN THIS SEC & ACTED AS PRINCIPAL CORRECTED CONFIRM | 1,400- | 31.43750 | | | 43,996.14 |
| 12/28 | 12/22 | CORRECTED SELL | ORACLE CORP COM A DLJ CO MAKES A MKT IN THIS SEC & ACTED AS PRINCIPAL CORRECTED CONFIRM | 300- | 31.56250 | | | 9,465.37 |
| 12/28 | 12/22 | CORRECTED SELL | ORACLE CORP COM A DLJ CO MAKES A MKT IN THIS SEC & ACTED AS PRINCIPAL CORRECTED CONFIRM | 100- | 31.56250 | | | 3,155.12 |

Total Securities Bought and Sold

Cash Withdrawals and Deposits

| Process Trans Date | Settle Date | Activity Type | Description | Debit Amount | Credit Amount |
|---|---|---|---|---|---|

Confidential

PLFCLASS 271

Redacted

CLEARING THROUGH:
PERSHING DIVISION OF DLJSC
ONE PERSHING PLAZA
JERSEY CITY, NJ 07399
TEL: (201) 413-2000

YOUR BROKERAGE
ACCOUNT STATEMENT

| TRANSACTIONS BY TYPE OF ACTIVITY (continued) | | | | |
|---|---|---|---|---|
| Cash Withdrawals and Deposits (continued) | | | | |
| Process Trans Date Date | Activity Type | Description | Debit Amount | Credit Amount |
| Total Cash Withdrawals and Deposits | | | | |

| Withdrawals and Deposit of Securities | | | | |
|---|---|---|---|---|
| Process Trans Date Date | Activity Type | Description | Quantity | |
| | | | Debit Amount | Credit Amount |
| 12/18 | YOUR OPTION ASSIGNED | CALL   100 ORACLE   200 CORP. EXP 12-16-00 @ 15 ORQ LC   15 CLOSING TRANSACTION | | .00 |

| Total Withdrawals and Deposit of Securities | | | | |
|---|---|---|---|---|
| Process Trans Date Date | Activity Type | Description | Debit Amount | Credit Amount |

| Fees | | | | |
|---|---|---|---|---|
| Process Trans Date Date | Activity Type | Description | Debit Amount | Credit Amount |

Total Fees

ROBERT D SAWYER

Page 31 of 34

For the Period:11/25/00 Through 12/29/00   Acct Number:

Confidential

PLFCLASS 272

Redacted

CLEARING THROUGH:
PERSHING DIVISION OF DLJSC
ONE PERSHING PLAZA
JERSEY CITY, NJ 07399
TEL:  (201) 413-2000

YOUR BROKERAGE

ACCOUNT STATEMENT

TRANSACTIONS BY TYPE OF ACTIVITY (continued)

Dividends and Interest
Process Trans
Date    Date    Activity Type                Description                                    Debit           Credit
                                                                                            Amount          Amount

Total Dividends and Interest

Distributions
Process Trans
Date    Date    Activity Type                Description                                    Debit           Credit
                                                                                            Amount          Amount

Total Distributions

Total Value of all Transactions

Confidential

PLFCLASS 273

Redacted

CLEARING THROUGH:
PERSHING DIVISION OF DLJSC
ONE PERSHING PLAZA
JERSEY CITY, NJ 07399
TEL: (201) 413-2000

YOUR BROKERAGE

ACCOUNT STATEMENT

TRADES NOT SETTLED

| Settle Trans Date | Trans Date | Activity Type | Description | Quantity | Price | Accrued Interest | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|---|

Total Trades Not Settled

Confidential

PLFCLASS 274

Redacted

CLEARING THROUGH:
PERSHING DIVISION OF DLJSC
ONE PERSHING PLAZA
JERSEY CITY, NJ 07399
TEL:  (201) 413-2000

YOUR BROKERAGE
ACCOUNT STATEMENT

DIVIDEND, INTEREST AND DISTRIBUTION SUMMARY

| | This Period | | This Year | |
|---|---|---|---|---|
| | Taxable | Non Taxable | Taxable | Non Taxable |
| Cash Dividends on Equities | | | | |
| Margin Interest Paid | | | | |
| Total Dividends and Interest | | | | |
| Lng Trm Captl Gain Distrbns - Curr Yr | | | | |
| Total Distributions | | | | |

MESSAGES

WILL YOU BE ABLE TO AFFORD TO RETIRE? OR WILL YOU OUT LIVE YOUR
RETIREMENT INCOME? CALL YOUR AMERITAS FINANCIAL CONSULTANT TODAY
TO HELP YOU PLAN FOR RETIREMENT.

For the Period :11/25/00 Through 12/29/00    Acct Number:    ROBERT D BAXTER    Page 34 of 34

Confidential    PLFCLASS 275    Redacted

CLEARING THROUGH:
PERSHING DIVISION OF DLJSC
ONE PERSHING PLAZA
JERSEY CITY, NJ 07399
TEL: (201) 413-2000

YOUR BROKERAGE
ACCOUNT STATEMENT

Statement Period: 12/30/00
through: 01/26/01
Account Number:
Sec. Sec. No:
Phone Number:

Statement for the account of:

ROBERT D SAWYER

Your Investment Broker:

Ed Sawyer
Delta Asset Management Co., LLC

As you requested copies of this
statement have been sent to:

266 East Sharon Road
Glendale          OH 45246-4529
(513) 771-6339
ID : EDS

ASSET VALUATION

| | This Period Value % of Asst | Last Period Value % of Asst | ACTIVITY SUMMARY | Debits | Credits |
|---|---|---|---|---|---|
| Cash Balance | | | Opening Balance | | |
| Mutual Funds | | | Sec Bght & Sold | | |
| Stcks, Rghts, Warrnts | | | Cash Withdrwls/Dpsts | | |
| Tot Brkrg Acct Assets | | | Fees | | |
| Incl/Security Not Recd | | | Dvdnds & Intrst | | |
| Total Assets | | | Closing Balance | | |

PORTFOLIO HOLDINGS

| Quantity | Description | Price | Market Div/Cap Gain Value Option | Estimated Yield | Annual Income | Sec ID | Account Type | Loc |
|---|---|---|---|---|---|---|---|---|
| Mutual Funds | | | | | | | | |

Total Mutual Funds

For the Period:12/30/00 Through 01/26/01   Acct Number:

ROBERT D SAWYER

Page 1 of 36

Confidential

PLFCLASS 276

Redacted

CLEARING THROUGH:
PERSHING DIVISION OF DLJSC
ONE PERSHING PLAZA
JERSEY CITY, NJ 07399
TEL: (201) 413-2000

YOUR BROKERAGE
ACCOUNT STATEMENT

PORTFOLIO HOLDINGS (continued)

Stocks, Rights and Warrants

| Quantity | Description | Price | Market Value | Div/Cap Gain Option | Estimated Yield | Annual Income | Sec ID | Account Type | Loc |
|---|---|---|---|---|---|---|---|---|---|
| 45,000 | ORACLE CORP COM | 30.313 | 1,364,085.00 | | | CASH | | ORCL | MARGIN |

Total Stocks, Rights and Warrants

Market Value

Annual Income

Total -- All Securities

Market Value

Annual Income

Confidential

PLFCLASS 277

Redacted

CLEARING THROUGH:
PERSHING DIVISION OF DLJSC
ONE PERSHING PLAZA
JERSEY CITY, NJ 07399
TEL: (201) 413-2000

YOUR BROKERAGE

ACCOUNT STATEMENT

PORTFOLIO HOLDINGS (continued)

Disclosures and Other Information

Pricing - Securities prices may vary from actual liquidation value. Prices shown should only be used as a general guide to
portfolio value. Prices are received from various pricing services. However, pricing services are sometimes unable to
provide timely information. Where pricing sources are not readily available, particularly on certain debt securities,
estimated prices may be generated by a matrix system taking various factors into consideration. The pricing of listed
options takes into account the last closing price, as well as the current bid and offer prices. Where securities have not
been priced, such securities have not been included in the Asset Valuation information at the beginning of this statement.

Option Disclosure - Information with respect to commissions and other charges incurred in connection with the execution of
option transactions has been included in confirmations previously furnished to you. A summary of this information is
available promptly upon your written request directed to your introducing firm. In order to assist your introducing
firm in maintaining current background and financial information concerning your option account, please promptly advise
then in writing of any material change in your investment objectives or financial situation. Expiring options which are
valuable are exercised automatically pursuant to the exercise by exception procedures of the Options Clearing Corporation.
Additional information regarding this procedure is available upon your written request.

Reinvestment - The dollar amount of Mutual Fund distributions, Money Market Fund income, or dividends on other securities
shown on your statement may have been reinvested into additional shares. You will not receive confirmations for these
reinvestment transaction. However, information pertaining to these transactions which would otherwise appear on
confirmations, including the time of execution and the name of the person from whom your security was purchased, will be
furnished to you upon written request to your introducing firm. In dividend reinvestment transactions, Pershing acts
as your agent and receives payment for order flow, the source and nature of which payment will be furnished to you upon
written request to your introducing firm.

TRANSACTIONS BY TYPE OF ACTIVITY

| Securities Bought and Sold Process/Trade/ Settle Trans Date    Date | Activity Type | Description | Quantity | Price | Accrued Interest | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|

For the Period:12/30/00 Through 01/26/01   Acct Number:

ROBERT D SANTER

Page 3 of 36

CLEARING THROUGH:
PERSHING DIVISION OF DLJSC
ONE PERSHING PLAZA
JERSEY CITY, NJ 07399
TEL:   (201) 413-2000

YOUR BROKERAGE

ACCOUNT STATEMENT

TRANSACTIONS BY TYPE OF ACTIVITY (continued)

Securities Bought and Sold (continued)

| Process/Trade/ Settle Trans Date Date | Activity Type | Description | Quantity | Price | Accrued Interest | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|

For the Period:12/30/00 Through 01/26/01     Acct Number:

ROBERT D SANTER

Page 4  of 36

Confidential

PLFCLASS 279

Redacted

CLEARING THROUGH:
PERSHING DIVISION OF DLJSC
ONE PERSHING PLAZA
JERSEY CITY, NJ 07399
TEL: (201) 413-2000

YOUR BROKERAGE

ACCOUNT STATEMENT

TRANSACTIONS BY TYPE OF ACTIVITY (continued)

Securities Bought and Sold (continued)

| Process/Trade/Settle Trans Date | Activity Type | Description | Quantity | Price | Accrued Interest | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|

For the Period:12/30/00 Through 01/26/01    Acct Number:    ROBERT D SANTER    Page 5 of 36

Confidential                                 PLFCLASS 280                      Redacted

CLEARING THROUGH:
PERSHING DIVISION OF DLJSC
ONE PERSHING PLAZA
JERSEY CITY, NJ 07399
TEL: (201) 413-2000

YOUR   BROKERAGE

ACCOUNT   STATEMENT

TRANSACTIONS BY TYPE OF ACTIVITY (continued)

Securities Bought and Sold (continued)

| Process/Trade/ Settle Trans Date | Activity Type | Description | Quantity | Price | Accrued Interest | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|
| 01/10  01/05 | SOLD | ORACLE CORP COM A DLJ CO MAKES A MKT IN THIS SEC & ACTED AS PRINCIPAL. | 1,000- | 30.00000 | | | 29,976.00 |

For the Period:12/30/00 Through 01/26/01   Acct Number:[REDACTED]   ROBERT D SANTER   Page 6 of 36

Confidential

PLFCLASS 281

Redacted

YOUR BROKERAGE

ACCOUNT STATEMENT

CLEARING THROUGH:
PERSHING DIVISION OF DLJSC
ONE PERSHING PLAZA
JERSEY CITY, NJ 07399
TEL: (201) 413-2000

TRANSACTIONS BY TYPE OF ACTIVITY (continued)

Securities Bought and Sold (continued)

| Process/Trade Date | Settle Trans Date | Activity Type | Description | Quantity | Price | Accrued Interest | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|---|
| 01/10 | 01/05 | SOLD | ORACLE CORP COM A DLJ CO MAKES A MKT IN THIS SEC & ACTED AS PRINCIPAL | 4,000- | 30.0000 | | | 119,916.00 |
| 01/11 | 01/08 | SOLD | ORACLE CORP COM UNSOLICITED. A DLJ CO MAKES A MKT IN THIS SEC & ACTED AS PRINCIPAL | 1,000- | 29.0000 | | | 28,986.03 |
| 01/11 | 01/08 | SOLD | ORACLE CORP COM UNSOLICITED. A DLJ CO MAKES A MKT IN THIS SEC & ACTED AS PRINCIPAL | 1,400- | 29.0000 | | | 40,584.65 |
| 01/11 | 01/08 | SOLD | ORACLE CORP COM UNSOLICITED. A DLJ CO MAKES A MKT IN THIS SEC & ACTED AS PRINCIPAL | 200- | 29.0000 | | | 5,797.81 |

For the Period:12/30/00 Through 01/26/01   Acct Number:███

MOBERT D SANTER

Redacted                    PLFCLASS 282                    Confidential

Page 7 of 36

CLEARING THROUGH:
PERSHING DIVISION OF DLJSC
ONE PERSHING PLAZA
JERSEY CITY, NJ 07399
TEL: (201) 413-2000

YOUR BROKERAGE
ACCOUNT STATEMENT

TRANSACTIONS BY TYPE OF ACTIVITY (continued)

Securities Bought and Sold (continued)

| Process/Trade Date | Settle/Trans Date | Activity Type | Description | Quantity | Price | Accrued Interest | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|---|
| 01/11 | 01/08 | SOLD | ORACLE CORP COM UNSOLICITED. A DLJ CO MAKES A MKT IN THIS SEC & ACTED AS PRINCIPAL | 100- | 29.0000 | | | 2,898.90 |
| 01/11 | 01/08 | SOLD | ORACLE CORP COM UNSOLICITED. A DLJ CO MAKES A MKT IN THIS SEC & ACTED AS PRINCIPAL | 1,000- | 29.0000 | | | 28,989.03 |
| 01/11 | 01/08 | SOLD | ORACLE CORP COM UNSOLICITED. A DLJ CO MAKES A MKT IN THIS SEC & ACTED AS PRINCIPAL | 100- | 29.0000 | | | 2,898.90 |
| 01/11 | 01/08 | SOLD | ORACLE CORP COM UNSOLICITED. A DLJ CO MAKES A MKT IN THIS SEC & ACTED AS PRINCIPAL | 6,200- | 29.0000 | | | 179,732.01 |

For the Period:12/30/00 Through 01/26/01   Acct Number ...   ROBERT D SAFFER

CLEARING THROUGH:
PERSHING DIVISION OF DLJSC
ONE PERSHING PLAZA
JERSEY CITY, NJ 07399
TEL: (201) 413-2000

YOUR BROKERAGE

ACCOUNT STATEMENT

TRANSACTIONS BY TYPE OF ACTIVITY (continued)

Securities Bought and Sold (continued)

| Process/Trade/<br>Settle Trans<br>Date    Date | Activity Type | Description | Quantity | Price | Accrued<br>Interest | Debit<br>Amount | Credit<br>Amount |
|---|---|---|---|---|---|---|---|
| 01/12  01/09 | PURCHASED | ORACLE CORP COM<br>UNSOLICITED.<br>A DLJ CO MAKES A MKT IN THIS SEC & ACTED<br>AS PRINCIPAL | 1,000 | 31.18750 | | 31,210.50- | |
| 01/12  01/09 | PURCHASED | ORACLE CORP COM<br>UNSOLICITED.<br>A DLJ CO MAKES A MKT IN THIS SEC & ACTED<br>AS PRINCIPAL | 4,000 | 31.18750 | | 124,890.00- | |

For the Period:12/30/00 Through 01/26/01    Acct Number:

ROBERT D SANTER

Page 9 of 36

Confidential

PLFCLASS 284

Redacted

CLEARING THROUGH:
PERSHING DIVISION OF DLJSC
ONE PERSHING PLAZA
JERSEY CITY, NJ 07399
TEL: (201) 413-2000

YOUR BROKERAGE

ACCOUNT STATEMENT

TRANSACTIONS BY TYPE OF ACTIVITY (continued)

Securities Bought and Sold (continued)

| Process/Trade/<br>Settle Trans<br>Date Date | Activity Type | Description | Quantity | Price | Accrued<br>Interest | Debit<br>Amount | Credit<br>Amount |
|---|---|---|---|---|---|---|---|

For the Period:12/30/00 Through 01/26/01    Acct Number:

Confidential

ROBERT D SAMTER

PLFCLASS 285

Page 10 of 36

Redacted

CLEARING THROUGH:
PERSHING DIVISION OF DLJSC
ONE PERSHING PLAZA
JERSEY CITY, NJ 07399
TEL: (201) 413-2000.

YOUR BROKERAGE

ACCOUNT STATEMENT

TRANSACTIONS BY TYPE OF ACTIVITY (continued)

Securities Bought and Sold (continued)

| Process/Trade/ Settle Trans Date | Activity Type | Description | Quantity | Price | Accrued Interest | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|

ROBERT D SANTER   Page 11 of 36

Confidential                    PLFCLASS 286                    Redacted

CLEARING THROUGH:
PERSHING DIVISION OF DLJSC
ONE PERSHING PLAZA
JERSEY CITY, NJ 07399
TEL: (201) 413-2000

YOUR BROKERAGE

ACCOUNT STATEMENT

TRANSACTIONS BY TYPE OF ACTIVITY (continued)

Securities Bought and Sold (continued)

| Process/Trade/ Settle Trans Date | Activity Type | Description | Quantity | Price | Accrued Interest | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|

For the Period:12/30/00 Through 01/26/01    Acct Number:

ROBERT D SANTER

Page 12 of 36

Confidential

PLFCLASS 287

Redacted

CLEARING THROUGH:
PERSHING DIVISION OF DLJSC
ONE PERSHING PLAZA
JERSEY CITY, NJ 07399
TEL: (201) 413-2000

YOUR  BROKERAGE

ACCOUNT STATEMENT

TRANSACTIONS BY TYPE OF ACTIVITY (continued)

Securities Bought and Sold (continued)
Process/Trade/
Settle Trans
Date   Date   Activity Type

| Description | Quantity | Price | Accrued Interest | Debit Amount | Credit Amount |
|---|---|---|---|---|---|

For the Period:12/30/00 Through 01/26/01   Acct Number:

ROBERT D SANTER

Page 13  of  36

Confidential

PLFCLASS 288

Redacted

CLEARING THROUGH:
PERSHING DIVISION OF DLJSC
ONE PERSHING PLAZA
JERSEY CITY, NJ 07399
TEL: (201) 413-2000

YOUR BROKERAGE
ACCOUNT STATEMENT

TRANSACTIONS BY TYPE OF ACTIVITY (continued)

Securities Bought and Sold (continued)

| Process/Trade/ Settle Trans Date | Activity Type | Description | Quantity | Price | Accrued Interest | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|

For the Period:12/30/00 Through 01/26/01   Acct Number: [redacted]   ROBERT D SANTER   Page 14 of 36

Confidential

PLFCLASS 289

Redacted

CLEARING THROUGH:
PERSHING DIVISION OF DLJSC
ONE PERSHING PLAZA
JERSEY CITY, NJ 07399
TEL: (201) 413-2000

YOUR BROKERAGE

ACCOUNT STATEMENT

TRANSACTIONS BY TYPE OF ACTIVITY (continued)

Securities Bought and Sold (continued)

| Process/Trade/ Settle Trans Date Date | Activity Type | Description | Quantity | Price | Accrued Interest | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|
| 01/17  01/11 | PURCHASED | ORACLE CORP COM UNSOLICITED. A DLJ CO MAKES A MKT IN THIS SEC & ACTED AS PRINCIPAL | 1,000 | 33.18750 | | 33,200.50- | |
| 01/17  01/11 | PURCHASED | ORACLE CORP COM UNSOLICITED. A DLJ CO MAKES A MKT IN THIS SEC & ACTED AS PRINCIPAL | 9,000 | 33.18750 | | 298,777.50- | |

For the Period:12/30/00 Through 01/26/01    Acct Number:⌐            ROBERT D SANTER              Page 15 of 36

Redacted

PLFCLASS 290

Confidential

CLEARING THROUGH:
PERSHING DIVISION OF DLJSC
ONE PERSHING PLAZA
JERSEY CITY, NJ 07399
TEL: (201) 413-2000

YOUR BROKERAGE
ACCOUNT STATEMENT

TRANSACTIONS BY TYPE OF ACTIVITY (continued)

Securities Bought and Sold (continued)

| Process/Trade/ Date | Settle/Trans Date | Activity Type | Description | Quantity | Price | Accrued Interest | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|---|

ROBERT D SANTER

Confidential

PLFCLASS 291

Redacted

Page 16 of 36

CLEARING THROUGH:
PERSHING DIVISION OF DLJSC
ONE PERSHING PLAZA
JERSEY CITY, NJ  07399
TEL:  (201) 413-2000

YOUR   BROKERAGE

ACCOUNT STATEMENT

TRANSACTIONS BY TYPE OF ACTIVITY (continued)

Securities Bought and Sold (continued)

| Process/Trade/ Settle Trans Date | Activity Type | Description | Acct Number: | Quantity | Price | Accrued Interest | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|---|

For the Period:12/30/00 Through 01/26/01    Acct Number:

ROBERT D SANTER

Page 17  of  36

Redacted

Confidential

PLFCLASS 292

CLEARING THROUGH:
PERSHING DIVISION OF DLJSC
ONE PERSHING PLAZA
JERSEY CITY, NJ 07399
TEL: (201) 413-2000

YOUR BROKERAGE
ACCOUNT STATEMENT

TRANSACTIONS BY TYPE OF ACTIVITY (continued)

Securities Bought and Sold (continued)

| Process/Trade/ Settle Trans Date Date | Activity Type | Description | Quantity | Price | Accrued Interest | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|

For the Period:12/30/00 Through 01/26/01   Acct Number:

ROBERT D SAWTER

Page 18 of 36

Redacted

PLFCLASS 293

Confidential

CLEARING THROUGH:
PERSHING DIVISION OF DLJSC
ONE PERSHING PLAZA
JERSEY CITY, NJ 07399
TEL: (201) 413-2000

YOUR BROKERAGE
ACCOUNT STATEMENT

TRANSACTIONS BY TYPE OF ACTIVITY (continued)

Securities Bought and Sold (continued)

| Process/Trade/<br>Settle Trans<br>Date   Date   Activity Type | Description | Quantity | Price | Accrued<br>Interest | Debit<br>Amount | Credit<br>Amount |
|---|---|---|---|---|---|---|

Confidential

PLFCLASS 294

Redacted

CLEARING THROUGH:
PERSHING DIVISION OF DLJSC
ONE PERSHING PLAZA
JERSEY CITY, NJ 07399
TEL: (201) 413-2000

YOUR BROKERAGE
ACCOUNT STATEMENT

TRANSACTIONS BY TYPE OF ACTIVITY (continued)

Securities Bought and Sold (continued)

| Process/Trade/ Settle Trans Date | Activity Type | Description | Quantity | Price | Accrued Interest | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|

Confidential

PLFCLASS 295

Redacted

CLEARING THROUGH:
PERSHING DIVISION OF DLJSC
ONE PERSHING PLAZA
JERSEY CITY, NJ 07399
TEL: (201) 413-2000

YOUR BROKERAGE

ACCOUNT STATEMENT

TRANSACTIONS BY TYPE OF ACTIVITY (continued)

Securities Bought and Sold (continued)

| Process/Trade/ Settle Trans Date Date | Activity Type | Description | Quantity | Price | Accrued Interest | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|

For the Period:12/30/00 Through 01/26/01   Acct Number:   ROBERT D SANTER   Page 21 of 36

Confidential

PLFCLASS 296

Redacted

CLEARING THROUGH:
PERSHING DIVISION OF DLJSC
ONE PERSHING PLAZA
JERSEY CITY, NJ 07399
TEL: (201) 413-2000

YOUR BROKERAGE
ACCOUNT STATEMENT

TRANSACTIONS BY TYPE OF ACTIVITY (continued)

Securities Bought and Sold (continued)

| Process/Trade/ Date | Settle Trans Date | Activity Type | Description | Quantity | Price | Accrued Interest | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|---|
| 01/19 | 01/16 | SOLD | ORACLE CORP COM UNSOLICITED. A DLJ CO MAKES A MKT IN THIS SEC & ACTED AS PRINCIPAL | 5,000- | 31.87500 | | | 159,266.60 |

Redacted                         PLFCLASS 297                    Confidential

CLEARING THROUGH:
PERSHING DIVISION OF DLJSC
ONE PERSHING PLAZA
JERSEY CITY, NJ 07399
TEL: (201) 413-2000

YOUR BROKERAGE

ACCOUNT STATEMENT

TRANSACTIONS BY TYPE OF ACTIVITY (continued)

Securities Bought and Sold (continued)

| Process/Trade/Settle Trans Date | Settle Trans Date | Activity Type | Description | Quantity | Price | Accrued Interest | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|---|
| 01/22 | 01/17 | PURCHASED | ORACLE CORP COM UNSOLICITED. A DLJ CO MAKES A MKT IN THIS SEC & ACTED AS PRINCIPAL | 500 | 33.93750 | | 16,986.75- | |

For the Period:12/30/00 Through 01/26/01   Acct Number: ROBERT D SANTER   Page 23 of 36

Redacted                    PLFCLASS 298                    Confidential

CLEARING THROUGH:
PERSHING DIVISION OF DLJSC
ONE PERSHING PLAZA
JERSEY CITY, NJ 07399
TEL: (201) 413-2000

YOUR BROKERAGE

ACCOUNT STATEMENT

TRANSACTIONS BY TYPE OF ACTIVITY (continued)

Securities Bought and Sold (continued)

| Process/Trade/ Settle Trans Date Date | Activity Type | Description | Quantity | Price | Accrued Interest | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|
| 01/22  01/17 | PURCHASED | ORACLE CORP COM UNSOLICITED. A DLJ CO MAKES A MKT IN THIS SEC & ACTED AS PRINCIPAL. | 4,500 | 33.93750 | | 152,853.75- | |

Redacted

PLFCLASS 299

Confidential

CLEARING THROUGH:
PERSHING DIVISION OF DLJSC
ONE PERSHING PLAZA
JERSEY CITY, NJ 07399
TEL: (201) 413-2000

YOUR BROKERAGE
ACCOUNT STATEMENT

TRANSACTIONS BY TYPE OF ACTIVITY (continued)

Securities Bought and Sold (continued)

| Process/Trade/ Settle Trans Date Date | Activity Type | Description | Quantity | Price | Accrued Interest | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|

For the Period:12/30/00 Through 01/26/01   Acct Number:

Redacted

ROBERT D SAWYER

PLFCLASS 300

Page 25 of 36

Confidential

YOUR BROKERAGE

ACCOUNT STATEMENT

CLEARING THROUGH:
PERSHING DIVISION OF DLJSC
ONE PERSHING PLAZA
JERSEY CITY, NJ 07399
TEL: (201) 413-2000

TRANSACTIONS BY TYPE OF ACTIVITY (continued)

Securities Bought and Sold (continued)

| Process/Trade/ Settle Trans Date Date | Activity Type | Description | Quantity | Price | Accrued Interest | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|

Total Securities Bought and Sold

For the Period:12/30/00 Through 01/26/01 · Acct Number:

ROBERT D SANTER

Redacted

PLFCLASS 301

Page 26 of 36

Confidential

CLEARING THROUGH:
PERSHING DIVISION OF DLJSC
ONE PERSHING PLAZA
JERSEY CITY, NJ  07399
TEL:  (201) 413-2000

YOUR BROKERAGE
ACCOUNT STATEMENT

TRANSACTIONS BY TYPE OF ACTIVITY (continued)

Cash Withdrawals and Deposits

| Process Trans Date | Date | Activity Type | Description | Debit Amount | Credit Amount |
|---|---|---|---|---|---|

Total Cash Withdrawals and Deposits

Fees

| Process Trans Date | Date | Activity Type | Description | Debit Amount | Credit Amount |
|---|---|---|---|---|---|

Total Fees

Dividends and Interest

| Process Trans Date | Date | Activity Type | Description | Debit Amount | Credit Amount |
|---|---|---|---|---|---|

For the Period:12/30/00 Through 01/26/01    Acct Number:

ROBERT D SANTER

Redacted

PLFCLASS 302

Page 27 of 36

Confidential

CLEARING THROUGH:
PERSHING DIVISION OF DLJSC
ONE PERSHING PLAZA
JERSEY CITY, NJ 07399
TEL: (201) 413-2000

YOUR BROKERAGE

ACCOUNT STATEMENT

TRANSACTIONS BY TYPE OF ACTIVITY (continued)

Dividends and Interest (continued)

| Process Trans Date | Date | Activity Type | Description | | | | | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|---|---|

Total Dividends and Interest

Total Value of all Transactions

INCOME/SECURITIES NOT YET RECEIVED

Cash Dividends, Interest and Distributions

| Security | Type | Record Date | Payable Date | Quantity Held | Rate | | | Amount of Payment |
|---|---|---|---|---|---|---|---|---|

Total Payment

Total Value of Unpaid Items

The above information has been obtained from sources we believe to be reliable. All items are subject to receipt. We make no representation as to accuracy or completeness.

TRADES NOT SETTLED

| Settle Trans Date | Date | Activity Type | Description | Quantity | Price | Accrued Interest | | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|---|---|

CLEARING THROUGH:
PERSHING DIVISION OF DLJSC
ONE PERSHING PLAZA,
JERSEY CITY, NJ 07399
TEL: (201) 413-2000

YOUR   BROKERAGE

ACCOUNT STATEMENT

TRADES NOT SETTLED (continued)

| Settle<br>Date | Trans<br>Date | Activity Type | Description | Quantity | Price | Accrued<br>Interest | Debit<br>Amount | Credit<br>Amount |
|---|---|---|---|---|---|---|---|---|

For the Period:12/30/00 Through 01/26/01   Acct Number:

ROBERT D SANTER

Page 29  of  36

Redacted

PLFCLASS 304

Confidential

CLEARING THROUGH:
PERSHING DIVISION OF DLJSC
ONE PERSHING PLAZA
JERSEY CITY, NJ 07399
TEL: (201) 413-2000

YOUR BROKERAGE

ACCOUNT STATEMENT

TRADES NOT SETTLED (continued)

| Settle Trans Date Date | Activity Type | Description | Quantity | Price | Accrued Interest | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|

For the Period:12/30/00 Through 01/26/01   Acct Number:

ROBERT D SANTER

Page 30 of 36

Redacted

PLFCLASS 305

Confidential

```
CLEARING THROUGH:
PERSHING DIVISION OF DLJSC
ONE PERSHING PLAZA
JERSEY CITY, NJ  07399
TEL:  (201) 413-2000
```

YOUR BROKERAGE

ACCOUNT STATEMENT

TRADES NOT SETTLED (continued)

| Settle Trans Date | Date | Activity Type | Description | Quantity | Price | Accrued Interest | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|---|
| 01/29 | 01/24 | SOLD | ORACLE CORP COM UNSOLICITED. A DLJ CO MAKES A MKT IN THIS SEC & ACTED AS PRINCIPAL | 300- | 30.37500 | | | 9,101.70 |
| 01/29 | 01/24 | SOLD | ORACLE CORP COM UNSOLICITED. A DLJ CO MAKES A MKT IN THIS SEC & ACTED AS PRINCIPAL | 500- | 30.37500 | | | 15,174.49 |
| 01/29 | 01/24 | SOLD | ORACLE CORP COM UNSOLICITED. A DLJ CO MAKES A MKT IN THIS SEC & ACTED AS PRINCIPAL | 500- | 30.37500 | | | 15,174.49 |
| 01/29 | 01/24 | SOLD | ORACLE CORP COM UNSOLICITED. A DLJ CO MAKES A MKT IN THIS SEC & ACTED AS PRINCIPAL | 500- | 30.37500 | | | 15,174.49 |

For the Period:12/30/00 Through 01/26/01    Acct Number:

ROBERT D SAWYER

Redacted

PLFCLASS 306

Confidential

Page 31 of 36

YOUR BROKERAGE

ACCOUNT STATEMENT

CLEARING THROUGH:
PERSHING DIVISION OF DLJSC
ONE PERSHING PLAZA
JERSEY CITY, NJ 07399
TEL: (201) 413-2000

TRADES NOT SETTLED (continued)

| Settle Date | Trans Date | Activity Type | Description | Quantity | Price | Accrued Interest | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|---|
| 01/29 | 01/24 | SOLD | ORACLE CORP COM UNSOLICITED. A DLJ CO MAKES A MKT IN THIS SEC & ACTED AS PRINCIPAL | 500- | 30.37500 | | | 15,174.49 |
| 01/29 | 01/24 | SOLD | ORACLE CORP COM UNSOLICITED. A DLJ CO MAKES A MKT IN THIS SEC & ACTED AS PRINCIPAL | 300- | 30.37500 | | | 9,104.70 |
| 01/29 | 01/24 | SOLD | ORACLE CORP COM UNSOLICITED. A DLJ CO MAKES A MKT IN THIS SEC & ACTED AS PRINCIPAL | 300- | 30.37500 | | | 9,104.70 |
| 01/29 | 01/24 | SOLD | ORACLE CORP COM UNSOLICITED. A DLJ CO MAKES A MKT IN THIS SEC & ACTED AS PRINCIPAL | 400- | 30.37500 | | | 12,139.59 |
| 01/29 | 01/24 | SOLD | ORACLE CORP COM UNSOLICITED. A DLJ CO MAKES A MKT IN THIS SEC & ACTED AS PRINCIPAL | 500- | 30.37500 | | | 15,174.49 |
| 01/29 | 01/24 | SOLD | ORACLE CORP COM UNSOLICITED. A DLJ CO MAKES A MKT IN THIS SEC & ACTED AS PRINCIPAL | 200- | 30.37500 | | | 6,069.80 |
| 01/29 | 01/24 | SOLD | ORACLE CORP COM UNSOLICITED. A DLJ CO MAKES A MKT IN THIS SEC & ACTED AS PRINCIPAL | 4,800- | 30.37500 | | | 145,675.14 |

For the Period:12/30/00 Through 01/26/01   Acct Number:

ROBERT D SAWYER

Redacted          PLFCLASS 307          Confidential

YOUR BROKERAGE

ACCOUNT STATEMENT

CLEARING THROUGH:
PERSHING DIVISION OF DLJSC
ONE PERSHING PLAZA
JERSEY CITY, NJ 07399
TEL: (201) 413-2000

TRADES NOT SETTLED (continued)

| Settle Date | Trans Date | Activity Type | Description | Quantity | Price | Accrued Interest | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|---|
| 01/29 | 01/24 | SOLD | ORACLE CORP COM UNSOLICITED. A DLJ CO MAKES A MKT IN THIS SEC & ACTED AS PRINCIPAL. | 200- | 30.3750 | | | 6,069.80 |
| 01/29 | 01/24 | SOLD | ORACLE CORP COM UNSOLICITED. A DLJ CO MAKES A MKT IN THIS SEC & ACTED AS PRINCIPAL. | 100- | 30.2500 | | | 3,023.65 |
| 01/29 | 01/24 | SOLD | ORACLE CORP COM UNSOLICITED. A DLJ CO MAKES A MKT IN THIS SEC & ACTED AS PRINCIPAL. | 1,000- | 30.2500 | | | 30,236.49 |
| 01/29 | 01/24 | SOLD | ORACLE CORP COM UNSOLICITED. A DLJ CO MAKES A MKT IN THIS SEC & ACTED AS PRINCIPAL. | 100- | 30.2500 | | | 3,023.65 |
| 01/29 | 01/24 | SOLD | ORACLE CORP COM UNSOLICITED. A DLJ CO MAKES A MKT IN THIS SEC & ACTED AS PRINCIPAL. | 100- | 30.2500 | | | 3,023.65 |
| 01/29 | 01/24 | SOLD | ORACLE CORP COM UNSOLICITED. A DLJ CO MAKES A MKT IN THIS SEC & ACTED AS PRINCIPAL. | 100- | 30.2500 | | | 3,023.65 |
| 01/29 | 01/24 | SOLD | ORACLE CORP COM UNSOLICITED. A DLJ CO MAKES A MKT IN THIS SEC & ACTED AS PRINCIPAL. | 100- | 30.2500 | | | 3,023.65 |

For the Period:12/30/00 Through 01/26/01   Acct Number

Redacted

ROBERT D SAMTER

PLFCLASS 308

Confidential

CLEARING THROUGH:
PERSHING DIVISION OF DLJSC
ONE PERSHING PLAZA
JERSEY CITY, NJ 07399
TEL: (201) 413-2000

YOUR BROKERAGE
ACCOUNT STATEMENT

**TRADES NOT SETTLED (continued)**

| Settle Trans Date | Date | Activity Type | Description | Quantity | Price | Accrued Interest | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|---|
| 01/29 | 01/24 | SOLD | ORACLE CORP COM UNSOLICITED. A DLJ CO MAKES A MKT IN THIS SEC & ACTED AS PRINCIPAL | 100- | 30.25000 | | | 3,023.65 |
| 01/30 | 01/25 | SOLD | ORACLE CORP COM UNSOLICITED. A DLJ CO MAKES A MKT IN THIS SEC & ACTED AS PRINCIPAL | 3,900- | 29.87500 | | | 116,419.97 |
| 01/30 | 01/25 | SOLD | ORACLE CORP COM UNSOLICITED. A DLJ CO MAKES A MKT IN THIS SEC & ACTED AS PRINCIPAL | 500- | 29.87500 | | | 14,922.64 |

For the Period:12/30/00 Through 01/26/01   Acct Number:[redacted]   ROBERT D SAMTER   Page 34 of 36

Redacted    PLFCLASS 309    Confidential

CLEARING THROUGH:
PERSHING DIVISION OF DLJSC
ONE PERSHING PLAZA
JERSEY CITY, NJ 07399
TEL:  (201) 413-2000

YOUR BROKERAGE

ACCOUNT STATEMENT

TRADES NOT SETTLED (continued)

| Settle Trans Date Date | Activity Type | Description | Acct Number | Quantity | Price | Accrued Interest | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|---|

Total Trades Not Settled

For the Period :12/30/00 Through 01/26/01   Acct Number   ROBERT D SANTER                    Page 35  of 36

Confidential                              PLFCLASS 310                              Redacted

CLEARING THROUGH:
PERSHING DIVISION OF DLJSC
ONE PERSHING PLAZA
JERSEY CITY, NJ 07399
TEL: (201) 413-2000

YOUR BROKERAGE
ACCOUNT STATEMENT

DIVIDEND, INTEREST AND DISTRIBUTION SUMMARY

| | This Period | | This Year | |
|---|---|---|---|---|
| | Taxable | Non Taxable | Taxable | Non Taxable |
| Margin Interest Paid | | | | |
| Total Dividends and Interest | | | | |

Disclosures and Other Information

Pricing - Securities prices may vary from actual liquidation value. Prices shown should only be used as a general guide to portfolio value. Prices are received from various pricing services. However, pricing services are sometimes unable to provide timely information. Where pricing sources are not readily available, particularly on certain debt securities, estimated prices may be generated by a matrix system taking various factors into consideration. The pricing of listed options takes into account the last closing price, as well as the current bid and offer prices. Where securities have not been priced, such securities have not been included in the Asset Valuation information at the beginning of this statement.

Option Disclosure - Information with respect to commissions and other charges incurred in connection with the execution of option transactions has been included in confirmations previously furnished to you. A summary of this information is available to you promptly upon your written request directed to your introducing firm. In order to assist your introducing firm in maintaining current background and financial information concerning your option accounts, please promptly advise them in writing of any material change in your investment objectives or financial situation. Expiring options which are valuable are exercised automatically pursuant to the exercise by exception procedure of the Options Clearing Corporation. Additional information regarding this procedure is available upon your own written request.

Reinvestment - The dollar amount of Mutual Fund distributions, Money Market Fund income, or dividends on other securities shown on your statement may have been reinvested into additional shares. You will not receive confirmations for these reinvestment transactions. However, information pertaining to these transactions which would otherwise appear on confirmations, including the time of execution and the name of the person from whom your security was purchased, will be furnished to you upon written request to your introducing firm. In dividend reinvestment transactions, Pershing acts as your agent and receives payment for order flow, the source and nature of which payment will be furnished to you upon written request to your Introducing firm.

For the Period:12/30/00 Through 01/26/01      Acct Number:'

ROBERT D SAMTER

Page 36 of 36

Redacted

PLFCLASS 311

Confidential

# YOUR BROKERAGE ACCOUNT STATEMENT

**COPY**

DELTA ASSET MANAGEMENT CO LLC
PO BOX 2637
46 PROFESSIONAL LANE
PAWLEYS ISLAND SC 29585
TEL:(843)237-4700
FAX:(843)237-0910

**Statement Period:** January 27, 2001
**through:** February 23, 2001

**Account Number:**
**Soc. Sec. Number:**
**Phone Number:**

**Statement for the account of:**

ROBERT D SAWYER

Your Investment Broker:

Ed Sawyer
Delta Asset Management Co., LLC
266 East Sharon Road
Glendale OH 45246-4529
(513) 771-6339
ID : EDS

As you requested copies of this
statement have been sent to:

Timothy J Sheridan

## ASSET VALUATION

| | Value | This Period % of Assets | Value | Last Period % of Assets |
|---|---|---|---|---|
| Cash Balance | | | | |
| Mutual Funds | | | | |
| Stocks, Rights, Warrants | | | | |
| **Total Brokerage Account Assets** | | | | |
| Income/Securities Not Yet Received | | | | |
| **Total Assets** | | | | |

## ACTIVITY SUMMARY

| | Debits | Credits |
|---|---|---|
| **Opening Balance** | | |
| Securities Bought and Sold | | |
| Dividends and Interest | | |
| **Closing Balance** | | |

## PORTFOLIO HOLDINGS

| Mutual Funds | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| *Quantity* | *Description* | *Price* | *Market Value* | *Div/Cap Gain Option* | *Estimated Yield* | *Annual Income* | *Security ID* | *Account Type* | *Location* |

Redacted

**Total Mutual Funds**

| Stocks, Rights and Warrants | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| *Quantity* | *Description* | *Price* | *Market Value* | *Div/Cap Gain Option* | *Estimated Yield* | *Annual Income* | *Security ID* | *Account Type* | *Location* |
| 40,000 | ORACLE CORP COM | 21.9380 | 877,520.00 | CASH | | | ORCL | MARGIN | |

DELTA ASSET MANAGEMENT CO LLC
PO BOX 2637
46 PROFESSIONAL LANE
PAWLEYS ISLAND SC 29585
TEL:(843)237-4700
FAX:(843)237-0910

**YOUR BROKERAGE ACCOUNT STATEMENT**

**COPY**

## PORTFOLIO HOLDINGS (continued)

### Stocks, Rights and Warrants (continued)

| Quantity | Description | Price | Market Value | Div/Cap Gain Option | Estimated Yield | Annual Income | Security ID | Account Type | Location |
|----------|-------------|-------|--------------|---------------------|-----------------|---------------|-------------|--------------|----------|

### Total Stocks, Rights and Warrants

### Total — All Securities

| | | | Market Value | | | Annual Income | | | |
|---|---|---|---|---|---|---|---|---|---|

---

## TRANSACTIONS BY TYPE OF ACTIVITY

### Securities Bought and Sold

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Debit Amount | Credit Amount |
|--------------------------|-------------------------|---------------|-------------|----------|-------|------------------|--------------|---------------|

### Disclosures and Other Information

*Pricing - Securities prices may vary from actual liquidation value. Prices shown should only be used as a general guide to portfolio value. Prices are received from various pricing services. However, pricing services are sometimes unable to provide timely information. Where pricing sources are not readily available, particularly on certain debt securities, estimated prices may be generated by a matrix system taking various factors into consideration. The pricing of listed options takes into account the last closing price, as well as the current bid and offer prices. Where securities have not been priced, such securities have not been included in the Asset Valuation information at the beginning of this statement.*

*Reinvestment - The dollar amount of Mutual Fund distributions, Money Market Fund income, or dividends on other securities shown on your statement may have been reinvested into additional shares. You will not receive confirmations for these reinvestment transactions. However, information pertaining to these transactions which would otherwise appear on confirmations, including the time of execution and the name of the person from whom your security was purchased, will be furnished to you upon written request to your introducing firm. In dividend reinvestment transactions, Pershing acts as your agent and receives payment for order flow, the source and nature of which payment will be furnished to you upon written request to your introducing firm.*

Redacted

Confidential

---

**For the Period: 01/27/01 Through 02/23/01**    **Account Number:**    **ROBERT D SAWYER**    **PLFCLASS 313**    **Page 2 of 25**

DELTA ASSET MANAGEMENT CO LLC
PO BOX 2637
46 PROFFESSIONAL LANE
PAWLEYS ISLAND SC 29585
TEL:(843)237-4700
FAX:(843)237-0910

YOUR BROKERAGE
ACCOUNT STATEMENT

TRANSACTIONS BY TYPE OF ACTIVITY   *(continued)*

COPY

**Securities Bought and Sold**   *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|---|

For the Period: 01/27/01 Through 02/23/01

Clearing Through   **Pershing**
Division of Donaldson, Lufkin & Jenrette Securities Corporation
One Pershing Plaza, Jersey City, N.J. 07399

Account Number:   D00000017

Redacted                     Confidential

ROBERT D SAWYER                    PLFCLASS 314

Page 3 of 25

DELTA ASSET MANAGEMENT CO LLC
PO BOX 2637
46 PROFFESSIONAL LANE
PAWLEYS ISLAND SC 29585
TEL:(843)237-4700
FAX:(843)237-0910

**YOUR BROKERAGE**
**ACCOUNT STATEMENT**

**COPY**

## TRANSACTIONS BY TYPE OF ACTIVITY   (continued)

**Securities Bought and Sold**   (continued)

| Process Date | Trade/Transaction Date | Settlement Date | Activity Type | Description | Quantity | Price | Accrued Interest | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|---|---|
| 01/29/01 | 01/24/01 | | SOLD | ORACLE CORP COM UNSOLICITED. A DLJ CO MAKES A MKT IN THIS SEC & ACTED AS PRINCIPAL | 300— | 30.37500 | | | 9,101.70 |

Redacted

Confidential

**For the Period: 01/27/01 Through 02/23/01**

Clearing Through: **Pershing**   Division of Donaldson, Lufkin & Jenrette Securities Corporation
One Pershing Plaza, Jersey City, NJ 07399

**Account Number**

D00000017

**ROBERT D SAWYER**

**PLFCLASS 315**

**Page 4 of 25**

PJ-B.113-71-164

DELTA ASSET MANAGEMENT CO LLC
PO BOX 2637
46 PROFESSIONAL LANE
PAWLEYS ISLAND SC 29585
TEL:(843)237-4700
FAX:(843)237-0910

# YOUR BROKERAGE
# ACCOUNT STATEMENT

Confidential

## TRANSACTIONS BY TYPE OF ACTIVITY   (continued)

COPY

### Securities Bought and Sold   (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|---|
| 01/29/01 | 01/24/01 | SOLD | ORACLE CORP COM. UNSOLICITED. A DLJ CO MAKES A MKT IN THIS SEC & ACTED AS PRINCIPAL | 500– | 30.37500 | | | 15,174.49 |
| 01/29/01 | 01/24/01 | SOLD | ORACLE CORP COM UNSOLICITED. A DLJ CO MAKES A MKT IN THIS SEC & ACTED AS PRINCIPAL | 500– | 30.37500 | | | 15,174.49 |
| 01/29/01 | 01/24/01 | SOLD | ORACLE CORP COM UNSOLICITED. A DLJ CO MAKES A MKT IN THIS SEC & ACTED AS PRINCIPAL | 500– | 30.37500 | | | 15,174.49 |
| 01/29/01 | 01/24/01 | SOLD | ORACLE CORP COM UNSOLICITED. A DLJ CO MAKES A MKT IN THIS SEC & ACTED AS PRINCIPAL | 500– | 30.37500 | | | 15,174.49 |
| 01/29/01 | 01/24/01 | SOLD | ORACLE CORP COM UNSOLICITED. A DLJ CO MAKES A MKT IN THIS SEC & ACTED AS PRINCIPAL | 300– | 30.37500 | | | 9,104.70 |
| 01/29/01 | 01/24/01 | SOLD | ORACLE CORP COM UNSOLICITED. A DLJ CO MAKES A MKT IN THIS SEC & ACTED AS PRINCIPAL | 300– | 30.37500 | | | 9,104.70 |
| 01/29/01 | 01/24/01 | SOLD | ORACLE CORP COM UNSOLICITED. A DLJ CO MAKES A MKT IN THIS SEC & ACTED AS PRINCIPAL | 400– | 30.37500 | | | 12,139.59 |
| 01/29/01 | 01/24/01 | SOLD | ORACLE CORP COM UNSOLICITED. A DLJ CO MAKES A MKT IN THIS SEC & ACTED AS PRINCIPAL | 500– | 30.37500 | | | 15,174.49 |
| 01/29/01 | 01/24/01 | SOLD | ORACLE CORP COM UNSOLICITED. A DLJ CO MAKES A MKT IN THIS SEC & ACTED AS PRINCIPAL | 200– | 30.37500 | | | 6,069.80 |

Clearing Through    Pershing    Division of Donaldson, Lufkin & Jenrette Securities Corporation    One Pershing Plaza, Jersey City, N.J. 07399

For the Period: 01/27/01 Through 02/23/01

Account Number:

ROBERT D SAWYER

PLFCLASS 316

Page 5 of 25

D00000017

PAR-12-CS-1(95)

DELTA ASSET MANAGEMENT CO LLC
PO BOX 2637
46 PROFFESSIONAL LANE
PAWLEYS ISLAND SC 29585
TEL:(843)237-4703
FAX:(843)237-0910

YOUR BROKERAGE
ACCOUNT STATEMENT

Confidential

## TRANSACTIONS BY TYPE OF ACTIVITY *(continued)*

**COPY**

### Securities Bought and Sold *(continued)*

| Process Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|---|
| 01/29/01 | 01/24/01 | SOLD | ORACLE CORP COM UNSOLICITED A DLJ CO MAKES A MKT IN THIS SEC & ACTED AS PRINCIPAL | 4,800 – | 30.37500 | | | 145,675.14 |
| 01/29/01 | 01/24/01 | SOLD | ORACLE CORP COM UNSOLICITED. A DLJ CO MAKES A MKT IN THIS SEC & ACTED AS PRINCIPAL | 200 – | 30.37500 | | | 6,069.80 |
| 01/29/01 | 01/24/01 | SOLD | ORACLE CORP COM UNSOLICITED. A DLJ CO MAKES A MKT IN THIS SEC & ACTED AS PRINCIPAL | 100 – | 30.25000 | | | 3,023.65 |
| 01/29/01 | 01/24/01 | SOLD | ORACLE CORP COM UNSOLICITED. A DLJ CO MAKES A MKT IN THIS SEC & ACTED AS PRINCIPAL | 1,000 – | 30.25000 | | | 30,236.49 |
| 01/29/01 | 01/24/01 | SOLD | ORACLE CORP COM UNSOLICITED A DLJ CO MAKES A MKT IN THIS SEC & ACTED AS PRINCIPAL. | 100 – | 30.25000 | | | 3,023.65 |
| 01/29/01 | 01/24/01 | SOLD | ORACLE CORP COM UNSOLICITED. A DLJ CO MAKES A MKT IN THIS SEC & ACTED AS PRINCIPAL | 100 – | 30.25000 | | | 3,023.65 |
| 01/29/01 | 01/24/01 | SOLD | ORACLE CORP COM UNSOLICITED. A DLJ CO MAKES A MKT IN THIS SEC & ACTED AS PRINCIPAL | 100 – | 30.25000 | | | 3,023.65 |
| 01/29/01 | 01/24/01 | SOLD | ORACLE CORP COM UNSOLICITED. A DLJ CO MAKES A MKT IN THIS SEC & ACTED AS PRINCIPAL | 100 – | 30.25000 | | | 3,023.65 |
| 01/29/01 | 01/24/01 | SOLD | ORACLE CORP COM UNSOLICITED A DLJ CO MAKES A MKT IN THIS SEC & ACTED AS PRINCIPAL | 100 – | 30.25000 | | | 3,023.65 |

**For the Period: 01/27/01 Through 02/23/01**

Clearing Through **Pershing**    Division of Donaldson, Lufkin & Jenrette Securities Corporation    Dne Pershing Plaza, Jersey City, N.J. 07399

**Account Number:** D00000017    **ROBERT D SAWYER**    PLFCLASS 317

DELTA ASSET MANAGEMENT CO LLC
PO BOX 2637
46 PROFFESSIONAL LANE
PAWLEYS ISLAND SC 29585
TEL:(843)237-4700
FAX:(843)237-0910

YOUR BROKERAGE
ACCOUNT STATEMENT

**TRANSACTIONS BY TYPE OF ACTIVITY** *(continued)*

**COPY**

**Securities Bought and Sold**   *(continued)*

| Process/<br>Settlement<br>Date | Trade/<br>Transaction<br>Date | Activity Type | Description | Quantity | Price | Accrued<br>Interest | Debit<br>Amount | Credit<br>Amount |
|---|---|---|---|---|---|---|---|---|
| 01/30/01 | 01/25/01 | SOLD | ORACLE CORP COM<br>UNSOLICITED.<br>A DLJ CO MAKES A MKT IN THIS SEC & ACTED<br>AS PRINCIPAL | 500 – | 29.87500 | | | 14,922.64 |
| 01/30/01 | 01/25/01 | SOLD | ORACLE CORP COM<br>UNSOLICITED.<br>A DLJ CO MAKES A MKT IN THIS SEC & ACTED<br>AS PRINCIPAL | 3,900 – | 29.87500 | | | 116,419.97 |

Confidential

Redacted

Clearing Through   Pershing   Division of Donaldson, Lufkin & Jenrette Securities Corporation
Co Pershing Plaza, Jersey City, NJ 07399

**For the Period: 01/27/01 Through 02/23/01**

**Account Number:** D00000017

**ROBERT D SAWYER**

**PLFCLASS 318**

Page 7 of 25

PAR-12-CS-1005

DELTA ASSET MANAGEMENT CO LLC
PO BOX 2637
46 PROFESSIONAL LANE
PAWLEYS ISLAND SC 29585
TEL: (843) 237-4700
FAX: (843) 237-0910

# YOUR BROKERAGE
# ACCOUNT STATEMENT

## TRANSACTIONS BY TYPE OF ACTIVITY *(continued)*

## COPY

**Securities Bought and Sold** *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|---|

Redacted                    Confidential

**For the Period: 01/27/01 Through 02/23/01**

Clearing Through
**Pershing**
Division of Donaldson, Lufkin & Jenrette Securities Corporation
One Pershing Plaza, Jersey City, N.J. 07399

**Account Number:**   D00000017

ROBERT D SAWYER

PLFCLASS 319

**Page 8 of 25**

PAR-12-CS-1/99

DELTA ASSET MANAGEMENT CO LLC
PO BOX 263
46 PROFESSIONAL LANE
PAWLEYS ISLAND SC 29585
TEL: (843) 237-4700
FAX: (843) 237-0910

YOUR BROKERAGE
ACCOUNT STATEMENT

## TRANSACTIONS BY TYPE OF ACTIVITY *(continued)*

**COPY**

**Securities Bought and Sold** *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|---|

Redacted

Confidential

**Account Number:**

ROBERT D SAWYER

PLFCLASS 320

**For the Period: 01/27/01 Through 02/23/01**

Clearing Through
Pershing
Division of Donaldson, Lufkin & Jenrette Securities Corporation
One Pershing Plaza, Jersey City, NJ 07399

D00000017

PAR-12-CS-199

DELTA ASSET MANAGEMENT CO LLC
PO BOX 2637
46 PROFESSIONAL LANE
PAWLEYS ISLAND SC 29585
TEL:(843)237-4700
FAX:(843)237-0910

YOUR BROKERAGE
ACCOUNT STATEMENT

**COPY**

## TRANSACTIONS BY TYPE OF ACTIVITY   *(continued)*

**Securities Bought and Sold   (continued)**

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|---|
| 02/07/01 | 02/02/01 | PURCHASED | ORACLE CORP COM UNSOLICITED A DLJ CO MAKES A MKT IN THIS SEC & ACTED AS PRINCIPAL | 500 | 28.56250 | | 14,294.25 – | |
| 02/07/01 | 02/02/01 | PURCHASED | ORACLE CORP COM UNSOLICITED A DLJ CO MAKES A MKT IN THIS SEC & ACTED AS PRINCIPAL | 1,000 | 28.62500 | | 28,645.00 – | |

Redacted

Confidential

**For the Period: 01/27/01 Through 02/23/01**

Clearing Through
**Pershing**
Division of Donaldson, Lufkin & Jenrette Securities Corporation
One Pershing Plaza, Jersey City, NJ 07399

**Account Number:**   D0000017

**ROBERT D SAWYER**   PLFCLASS 321   **Page 10 of 25**

PAR-12-CS-1195

DELTA ASSET MANAGEMENT CO LLC
P O BOX 2637
46 PROFFESSIONAL LANE
PAWLEYS ISLAND SC 29585
TEL:(843)237-4700
FAX:(843)237-0910

**YOUR BROKERAGE**
**ACCOUNT STATEMENT**

## TRANSACTIONS BY TYPE OF ACTIVITY    (continued)

**COPY**

Confidential

### Securities Bought and Sold    (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|---|
| 02/07/01 | 02/02/01 | PURCHASED | ORACLE CORP COM UNSOLICITED. A DLJ CO MAKES A MKT IN THIS SEC & ACTED AS PRINCIPAL | 8,500 | 28.68750 | | 244,013.75 – | |
| 02/07/01 | 02/02/01 | SOLD | ORACLE CORP COM UNSOLICITED. A DLJ CO MAKES A MKT IN THIS SEC & ACTED AS PRINCIPAL | 500 – | 28.00000 | | | 13,986.53 |
| 02/07/01 | 02/02/01 | SOLD | ORACLE CORP COM UNSOLICITED. A DLJ CO MAKES A MKT IN THIS SEC & ACTED AS PRINCIPAL | 500 – | 28.00000 | | | 13,989.53 |
| 02/07/01 | 02/02/01 | SOLD | ORACLE CORP COM UNSOLICITED. A DLJ CO MAKES A MKT IN THIS SEC & ACTED AS PRINCIPAL | 200 – | 28.00000 | | | 5,595.81 |
| 02/07/01 | 02/02/01 | SOLD | ORACLE CORP COM UNSOLICITED. A DLJ CO MAKES A MKT IN THIS SEC & ACTED AS PRINCIPAL | 100 – | 28.00000 | | | 2,797.91 |
| 02/07/01 | 02/02/01 | SOLD | ORACLE CORP COM UNSOLICITED. A DLJ CO MAKES A MKT IN THIS SEC & ACTED AS PRINCIPAL | 300 – | 28.00000 | | | 8,393.72 |
| 02/07/01 | 02/02/01 | SOLD | ORACLE CORP COM | 154 – | 27.68750 | | | 4,256.74 |
| 02/07/01 | 02/02/01 | SOLD | ORACLE CORP COM | 100 – | 27.68750 | | | 2,764.11 |
| 02/07/01 | 02/02/01 | SOLD | ORACLE CORP COM | 100 – | 27.68750 | | | 2,764.11 |
| 02/07/01 | 02/02/01 | SOLD | ORACLE CORP COM | 100 – | 27.68750 | | | 2,764.11 |
| 02/07/01 | 02/02/01 | SOLD | ORACLE CORP COM | 600 – | 27.68750 | | | 16,584.68 |
| 02/07/01 | 02/02/01 | SOLD | ORACLE CORP COM | 400 – | 27.68750 | | | 11,056.45 |
| 02/07/01 | 02/02/01 | SOLD | ORACLE CORP COM | 300 – | 27.68750 | | | 8,292.33 |
| 02/07/01 | 02/02/01 | SOLD | ORACLE CORP COM | 500 – | 27.68750 | | | 13,820.56 |
| 02/07/01 | 02/02/01 | SOLD | ORACLE CORP COM | 500 – | 27.68750 | | | |

For the Period: 01/27/01 Through 02/23/01    Account Number:    ROBERT D SAWYER    PLFCLASS 322    Page 11 of 25

Clearing Through    Pershing    Division of Donaldson, Lufkin & Jenrette Securities Corporation    One Pershing Plaza, Jersey City, NJ 07399    D00000017    PAM-12-CR-105

DELTA ASSET MANAGEMENT CO LLC
PO BOX 2637
46 PROFESSIONAL LANE
PAWLEYS ISLAND SC 29585
TEL:(843)237-4700
FAX:(843)237-0910

**YOUR BROKERAGE**
**ACCOUNT STATEMENT**

# TRANSACTIONS BY TYPE OF ACTIVITY  (continued)

**COPY**

**Securities Bought and Sold**   (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|---|
| 02/07/01 | 02/02/01 | SOLD | ORACLE CORP COM | 46– | 27.68750 | | | 1,271.50 |
| 02/07/01 | 02/02/01 | SOLD | ORACLE CORP COM | 500– | 27.68750 | | | 13,820.56 |
| 02/07/01 | 02/02/01 | SOLD | ORACLE CORP COM | 1,000– | 27.68750 | | | 27,641.09 |
| 02/07/01 | 02/02/01 | SOLD | ORACLE CORP COM | 100– | 27.68750 | | | 2,764.11 |
| 02/07/01 | 02/02/01 | SOLD | ORACLE CORP COM | 400– | 27.68750 | | | 11,056.45 |
| 02/07/01 | 02/02/01 | SOLD | ORACLE CORP COM | 100– | 27.68750 | | | 2,764.11 |
| 02/07/01 | 02/02/01 | SOLD | ORACLE CORP COM | 200– | 27.68750 | | | 5,537.32 |
| 02/07/01 | 02/02/01 | SOLD | ORACLE CORP COM | 100– | 27.68750 | | | 2,768.66 |
| 02/07/01 | 02/02/01 | SOLD | ORACLE CORP COM | 1,000– | 27.68750 | | | 27,686.58 |
| 02/07/01 | 02/02/01 | SOLD | ORACLE CORP COM | 200– | 27.68750 | | | 5,537.32 |
| 02/07/01 | 02/02/01 | SOLD | ORACLE CORP COM | 100– | 27.68750 | | | 2,768.66 |
| 02/07/01 | 02/02/01 | SOLD | ORACLE CORP COM | 500– | 27.68750 | | | 13,843.29 |
| 02/07/01 | 02/02/01 | SOLD | ORACLE CORP COM | 300– | 27.68750 | | | 8,305.97 |
| 02/07/01 | 02/02/01 | SOLD | ORACLE CORP COM | 500– | 27.68750 | | | 13,843.29 |
| 02/07/01 | 02/02/01 | SOLD | ORACLE CORP COM | 100– | 27.68750 | | | 2,768.66 |
| 02/07/01 | 02/02/01 | SOLD | ORACLE CORP COM | 100– | 27.68750 | | | 2,768.66 |
| 02/07/01 | 02/02/01 | SOLD | ORACLE CORP COM | 100– | 27.68750 | | | 2,768.66 |
| 02/07/01 | 02/02/01 | SOLD | ORACLE CORP COM | 900– | 27.68750 | | | 24,917.92 |

Redacted

Confidential

**For the Period: 01/27/01 Through 02/23/01**

Clearing Through

**Pershing**
Division of Donaldson, Lufkin & Jenrette Securities Corporation
One Pershing Plaza, Jersey City, N.J. 07399

**Account Number:**   D0000017

**ROBERT D SAWYER**

**PLFCLASS 323**   **Page 12 of 25**

YOUR BROKERAGE
ACCOUNT STATEMENT

**COPY**

DELTA ASSET MANAGEMENT CO LLC
PO BOX 2637
46 PROFFESSIONAL LANE
PAWLEYS ISLAND SC 29585
TEL:(843)237-4700
FAX:(843)237-0910

# TRANSACTIONS BY TYPE OF ACTIVITY  (continued)

Securities Bought and Sold  (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|---|
| 02/09/01 | 02/06/01 | SOLD | ORACLE CORP COM UNSOLICITED A DLJ CO MAKES A MKT IN THIS SEC & ACTED AS PRINCIPAL | 1,000 – | 27.62500 | | | 27,614.41 |
| 02/09/01 | 02/06/01 | SOLD | ORACLE CORP COM UNSOLICITED A DLJ CO MAKES A MKT IN THIS SEC & ACTED AS PRINCIPAL | 100 – | 27.62500 | | | 2,761.74 |
| 02/09/01 | 02/06/01 | SOLD | ORACLE CORP COM UNSOLICITED A DLJ CO MAKES A MKT IN THIS SEC & ACTED AS PRINCIPAL | 3,800 – | 27.62500 | | | 104,946.17 |
| 02/09/01 | 02/06/01 | SOLD | ORACLE CORP COM UNSOLICITED. A DLJ CO MAKES A MKT IN THIS SEC & ACTED AS PRINCIPAL | 100 – | 27.62500 | | | 2,761.74 |
| 02/09/01 | 02/06/01 | SOLD | ORACLE CORP COM UNSOLICITED A DLJ CO MAKES A MKT IN THIS SEC & ACTED AS PRINCIPAL | 1,000 – | 27.56250 | | | 27,554.91 |

Redacted

Confidential

For the Period:  01/27/01 Through 02/23/01

Account Number:  D00000017

ROBERT D SAWYER

PLFCLASS 324

Page 13 of 25

Clearing Through  Pershing
Division of Donaldson, Lufkin & Jenrette Securities Corporation
One Pershing Plaza, Jersey City, NJ 07399

PAN-12-CS-1095

DELTA ASSET MANAGEMENT CO LLC
PO BOX 2637
46 PROFFESSIONAL LANE
PAWLEYS ISLAND SC 29585
TEL:(843)237-4700
FAX:(843)237-0910

**YOUR BROKERAGE**
**ACCOUNT STATEMENT**

Confidential

## TRANSACTIONS BY TYPE OF ACTIVITY   *(continued)*

**COPY**

### Securities Bought and Sold   *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|---|
| 02/09/01 | 02/06/01 | SOLD | ORACLE CORP COM UNSOLICITED. A DLJ CO MAKES A MKT IN THIS SEC & ACTED AS PRINCIPAL | 300 – | 27.56250 | | | 8,266.47 |
| 02/09/01 | 02/06/01 | SOLD | ORACLE CORP COM UNSOLICITED. A DLJ CO MAKES A MKT IN THIS SEC & ACTED AS PRINCIPAL | 3,000 – | 27.56250 | | | 82,664.74 |
| 02/09/01 | 02/06/01 | SOLD | ORACLE CORP COM UNSOLICITED. A DLJ CO MAKES A MKT IN THIS SEC & ACTED AS PRINCIPAL | 100 – | 27.56250 | | | 2,755.49 |
| 02/09/01 | 02/06/01 | SOLD | ORACLE CORP COM UNSOLICITED. A DLJ CO MAKES A MKT IN THIS SEC & ACTED AS PRINCIPAL | 100 – | 27.56250 | | | 2,755.49 |
| 02/09/01 | 02/06/01 | SOLD | ORACLE CORP COM UNSOLICITED. A DLJ CO MAKES A MKT IN THIS SEC & ACTED AS PRINCIPAL | 400 – | 27.56250 | | | 11,021.96 |
| 02/09/01 | 02/06/01 | SOLD | ORACLE CORP COM UNSOLICITED. A DLJ CO MAKES A MKT IN THIS SEC & ACTED AS PRINCIPAL | 100 – | 27.56250 | | | 2,755.49 |
| 02/09/01 | 02/06/01 | SOLD | ORACLE CORP COM UNSOLICITED. A DLJ CO MAKES A MKT IN THIS SEC & ACTED AS PRINCIPAL | 800 – | 27.56250 | | | 22,043.93 |
| 02/09/01 | 02/06/01 | SOLD | ORACLE CORP COM UNSOLICITED. A DLJ CO MAKES A MKT IN THIS SEC & ACTED AS PRINCIPAL | 100 – | 27.56250 | | | 2,755.49 |
| 02/09/01 | 02/06/01 | SOLD | ORACLE CORP COM UNSOLICITED. A DLJ CO MAKES A MKT IN THIS SEC & ACTED AS PRINCIPAL | 100 – | 27.56250 | | | 2,755.49 |

Clearing Through   Pershing     One Pershing Plaza, Jersey City, NJ 07399   One Pershing Plaza, Jersey City, NJ 07399

**For the Period: 01/27/01 Through 02/23/01**   **Account Number:**   D00000017   **ROBERT D SAWYER**   **PLFCLASS 325**   **Page 14 of 25**

DELTA ASSET MANAGEMENT CO LLC
PO BOX 2637
46 PROFFESSIONAL LANE
PAWLEYS ISLAND SC 29585
TEL:(843)237-4700
FAX:(843)237-0910

YOUR BROKERAGE
ACCOUNT STATEMENT

Confidential

**COPY**

# TRANSACTIONS BY TYPE OF ACTIVITY *(continued)*

**Securities Bought and Sold** *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|---|
| 02/09/01 | 02/06/01 | SOLD | ORACLE CORP COM UNSOLICITED. A DLJ CO MAKES A MKT IN THIS SEC & ACTED AS PRINCIPAL | 100– | 27.56250 | | | 2,755.49 |
| 02/09/01 | 02/06/01 | SOLD | ORACLE CORP COM UNSOLICITED. A DLJ CO MAKES A MKT IN THIS SEC & ACTED AS PRINCIPAL | 100– | 27.56250 | | | 2,755.49 |
| 02/09/01 | 02/06/01 | SOLD | ORACLE CORP COM UNSOLICITED. A DLJ CO MAKES A MKT IN THIS SEC & ACTED AS PRINCIPAL | 400– | 27.56250 | | | 11,021.96 |
| 02/09/01 | 02/06/01 | SOLD | ORACLE CORP COM UNSOLICITED. A DLJ CO MAKES A MKT IN THIS SEC & ACTED AS PRINCIPAL | 2,000– | 27.56250 | | | 55,109.83 |
| 02/09/01 | 02/06/01 | SOLD | ORACLE CORP COM UNSOLICITED. A DLJ CO MAKES A MKT IN THIS SEC & ACTED AS PRINCIPAL | 900– | 27.56250 | | | 24,799.42 |
| 02/09/01 | 02/06/01 | SOLD | ORACLE CORP COM UNSOLICITED. A DLJ CO MAKES A MKT IN THIS SEC & ACTED AS PRINCIPAL | 2,000– | 27.56250 | | | 55,109.83 |
| 02/09/01 | 02/06/01 | SOLD | ORACLE CORP COM UNSOLICITED. A DLJ CO MAKES A MKT IN THIS SEC & ACTED AS PRINCIPAL | 1,000– | 27.56250 | | | 27,554.91 |
| 02/09/01 | 02/06/01 | SOLD | ORACLE CORP COM UNSOLICITED. A DLJ CO MAKES A MKT IN THIS SEC & ACTED AS PRINCIPAL | 1,000– | 27.56250 | | | 27,554.91 |
| 02/09/01 | 02/06/01 | SOLD | ORACLE CORP COM UNSOLICITED. A DLJ CO MAKES A MKT IN THIS SEC & ACTED AS PRINCIPAL | 200– | 27.56250 | | | 5,510.99 |

Clearing Through
Pershing
Division of Donaldson, Lufkin & Jenrette Securities Corporation
One Pershing Plaza, Jersey City, NJ 07399

**For the Period: 01/27/01 Through 02/23/01**

Account Number: **D00000017**

ROBERT D SAWYER

PLFCLASS 326

Page 15 of 25

DELTA ASSET MANAGEMENT CO LLC
PO BOX 2637
46 PROFFESSIONAL LANE
PAWLEYS ISLAND SC 29585
TEL:(843)237-4700
FAX:(843)237-0910

YOUR BROKERAGE
ACCOUNT STATEMENT

## TRANSACTIONS BY TYPE OF ACTIVITY   (continued)

**COPY**

### Securities Bought and Sold   (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|---|
| 02/09/01 | 02/06/01 | SOLD | ORACLE CORP COM UNSOLICITED. A DLJ CO MAKES A MKT IN THIS SEC & ACTED AS PRINCIPAL | 100 – | 27.56250 | | | 2,755.49 |
| 02/09/01 | 02/06/01 | SOLD | ORACLE CORP COM UNSOLICITED. A DLJ CO MAKES A MKT IN THIS SEC & ACTED AS PRINCIPAL | 100 – | 27.56250 | | | 2,755.49 |
| 02/09/01 | 02/06/01 | SOLD | ORACLE CORP COM UNSOLICITED. A DLJ CO MAKES A MKT IN THIS SEC & ACTED AS PRINCIPAL | 11,100 – | 27.56250 | | | 305,859.55 |

Redacted

Confidential

For the Period: 01/27/01 Through 02/23/01

Pershing
*Clearing Through*
*Division of Donaldson, Lufkin & Jenrette Securities Corporation*
*One Pershing Plaza, Jersey City, N.J. 07399*

Account Number:

D00000017

ROBERT D SAWYER

PLFCLASS 327

Page 16 of 25

YOUR BROKERAGE
ACCOUNT STATEMENT

DELTA ASSET MANAGEMENT CO LLC
PO BOX 2637
46 PROFFESSIONAL LANE
PAWLEYS ISLAND SC 29585
TEL:(843)237-4700
FAX:(843)237-0910

TRANSACTIONS BY TYPE OF ACTIVITY  *(continued)*

**COPY**

Securities Bought and Sold   (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|---|

Redacted

Confidential

Clearing Through  **Pershing**
Division of Donaldson, Lufkin & Jenrette Securities Corporation
One Pershing Plaza, Jersey City, N.J. 07399

D00000017

PXR-12-CS-1/95

DELTA ASSET MANAGEMENT CO LLC
PO BOX 2637
46 PROFFESSIONAL LANE
PAWLEYS ISLAND SC 29585
TEL:(843)237-4700
FAX:(843)237-0910

# YOUR BROKERAGE
# ACCOUNT STATEMENT

# TRANSACTIONS BY TYPE OF ACTIVITY   (continued)

## COPY

Securities Bought and Sold   (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|---|
| 02/14/01 | 02/09/01 | PURCHASED | ORACLE CORP COM UNSOLICITED. A DLJ CO MAKES A MKT IN THIS SEC & ACTED AS PRINCIPAL | 5,000 | 24.06250 | | 120,346.75 – | |
| 02/14/01 | 02/09/01 | PURCHASED | ORACLE CORP COM UNSOLICITED. A DLJ CO MAKES A MKT IN THIS SEC & ACTED AS PRINCIPAL | 5,000 | 24.12500 | | 120,656.25 – | |
| 02/14/01 | 02/09/01 | PURCHASED | ORACLE CORP COM UNSOLICITED. A DLJ CO MAKES A MKT IN THIS SEC & ACTED AS PRINCIPAL | 5,000 | 24.18750 | | 120,968.75 – | |
| 02/14/01 | 02/09/01 | PURCHASED | ORACLE CORP COM UNSOLICITED. A DLJ CO MAKES A MKT IN THIS SEC & ACTED AS PRINCIPAL | 25,000 | 24.18750 | | 604,843.75 – | |

Confidential

Redacted

Clearing Through: Pershing
Division of Donaldson, Lufkin & Jenrette Securities Corporation
One Pershing Plaza, Jersey City, NJ 07399

D00000017

PAR 12-CS-1-085

DELTA ASSET MANAGEMENT CO LLC
PO BOX 2637
46 PROFFESSIONAL LANE
PAWLEYS ISLAND SC 29585
TEL:(843)237-4700
FAX:(843)237-0910

# YOUR BROKERAGE
# ACCOUNT STATEMENT

## TRANSACTIONS BY TYPE OF ACTIVITY   *(continued)*

**COPY**

### Securities Bought and Sold   *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|---|

Redacted

Confidential

Clearing Through
**Pershing**
Division of Donaldson, Lufkin & Jenrette Securities Corporation
One Pershing Plaza, Jersey City, NJ 07399

D00000017

PLFCLASS 330

PAR-12-CS-1/95

YOUR BROKERAGE
ACCOUNT STATEMENT

DELTA ASSET MANAGEMENT CO LLC
PO BOX 2637
46 PROFFESSIONAL LANE
PAWLEYS ISLAND SC 29585
TEL: (843) 237-4700
FAX: (843) 237-0910

## TRANSACTIONS BY TYPE OF ACTIVITY *(continued)*

**COPY**

**Securities Bought and Sold** *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|---|

Redacted

Confidential

DELTA ASSET MANAGEMENT CO LLC
PO BOX 2631
46 PROFESSIONAL LANE
PAWLEYS ISLAND SC 29585
TEL:(843)237-4700
FAX:(843)237-0910

**YOUR BROKERAGE
ACCOUNT STATEMENT**

# TRANSACTIONS BY TYPE OF ACTIVITY *(continued)*

**COPY**

## Securities Bought and Sold *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|---|
| 02/15/01 | 02/12/01 | SOLD | ORACLE CORP COM UNSOLICITED. A DLJ CO MAKES A MKT IN THIS SEC & ACTED AS PRINCIPAL | 1,000 – | 23.56250 | | | 23,552.46 |
| 02/15/01 | 02/12/01 | SOLD | ORACLE CORP COM UNSOLICITED. A DLJ CO MAKES A MKT IN THIS SEC & ACTED AS PRINCIPAL | 3,000 – | 23.50000 | | | 70,478.90 |
| 02/15/01 | 02/12/01 | SOLD | ORACLE CORP COM UNSOLICITED. A DLJ CO MAKES A MKT IN THIS SEC & ACTED AS PRINCIPAL | 1,000 – | 23.43750 | | | 23,430.47 |
| 02/15/01 | 02/12/01 | SOLD | ORACLE CORP COM UNSOLICITED. A DLJ CO MAKES A MKT IN THIS SEC & ACTED AS PRINCIPAL | 3,000 – | 23.37500 | | | 70,103.91 |
| 02/15/0: | 02/12/01 | SOLD | ORACLE CORP COM UNSOLICITED. A DLJ CO MAKES A MKT IN THIS SEC & ACTED AS PRINCIPAL | 5,000 – | 23.31250 | | | 116,527.36 |
| 02/15/01 | 02/12/01 | SOLD | ORACLE CORP COM UNSOLICITED. A DLJ CO MAKES A MKT IN THIS SEC & ACTED AS PRINCIPAL | 3,000 – | 23.31250 | | | 69,916.42 |
| 02/15/01 | 02/12/01 | SOLD | ORACLE CORP COM UNSOLICITED. A DLJ CO MAKES A MKT IN THIS SEC & ACTED AS PRINCIPAL | 24,000 – | 23.25000 | | | 557,831.40 |

Redacted

Confidential

DELTA ASSET MANAGEMENT CO LLC
PO BOX 2637
46 PROFFESSIONAL LANE
PAWLEYS ISLAND SC 29585
TEL:(843)237-4700
FAX:(843)237-0910

## TRANSACTIONS BY TYPE OF ACTIVITY  *(continued)*

**COPY**

### Securities Bought and Sold  *(continued)*

| Process/<br>Settlement<br>Date | Trade/<br>Transaction<br>Date | Activity Type | Description | Quantity | Price | Accrued<br>Interest | Debit<br>Amount | Credit<br>Amount |
|---|---|---|---|---|---|---|---|---|

Redacted

Confidential

YOUR BROKERAGE
ACCOUNT STATEMENT

Clearing Through **Pershing** Division of Donaldson, Lufkin & Jenrette Securities Corporation<br>One Pershing Plaza, Jersey City, NJ 07399

**For the Period: 01/27/01 Through 02/23/01**

**Account Number:** D00000017

ROBERT D SAWYER

PLFCLASS 333

**Page 22 of 25**

PAR-12-CR-1/95

DELTA ASSET MANAGEMENT CO LLC
PO BOX 2637
46 PROFESSIONAL LANE
PAWLEYS ISLAND SC 29585
TEL:(843)237-4700
FAX:(843)237-0910

**YOUR BROKERAGE ACCOUNT STATEMENT**

**COPY**

Confidential          Redacted

## TRANSACTIONS BY TYPE OF ACTIVITY (continued)

**Securities Bought and Sold (continued)**

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|---|
| 02/16/01 | 02/13/01 | PURCHASED | ORACLE CORP COM UNSOLICITED. A DLJ CO MAKES A MKT IN THIS SEC & ACTED AS PRINCIPAL | 500 | 24.25000 | | 12,138.00 – | |
| 02/16/01 | 02/13/01 | PURCHASED | ORACLE CORP COM UNSOLICITED. A DLJ CO MAKES A MKT IN THIS SEC & ACTED AS PRINCIPAL | 9,500 | 24.25000 | | 230,565.00 – | |
| 02/16/01 | 02/13/01 | PURCHASED | ORACLE CORP COM A DLJ CO MAKES A MKT IN THIS SEC & ACTED AS PRINCIPAL | 1,000 | 22.68750 | | 22,692.50 – | |
| 02/16/01 | 02/13/01 | PURCHASED | ORACLE CORP COM A DLJ CO MAKES A MKT IN THIS SEC & ACTED AS PRINCIPAL | 10,000 | 22.75000 | | 227,550.00 – | |
| 02/16/01 | 02/13/01 | PURCHASED | ORACLE CORP COM A DLJ CO MAKES A MKT IN THIS SEC & ACTED AS PRINCIPAL | 5,000 | 22.75000 | | 113,775.00 – | |
| 02/16/01 | 02/13/01 | PURCHASED | ORACLE CORP COM A DLJ CO MAKES A MKT IN THIS SEC & ACTED AS PRINCIPAL | 3,000 | 22.75000 | | 68,265.00 – | |
| 02/16/01 | 02/13/01 | PURCHASED | ORACLE CORP COM A DLJ CO MAKES A MKT IN THIS SEC & ACTED AS PRINCIPAL | 3,000 | 22.81250 | | 68,452.50 – | |
| 02/16/01 | 02/13/01 | PURCHASED | ORACLE CORP COM A DLJ CO MAKES A MKT IN THIS SEC & ACTED AS PRINCIPAL | 8,000 | 22.87500 | | 183,040.00 – | |

**Total Securities Bought and Sold**

**Dividends and Interest**

| Process Date | Transaction Date | Activity Type | Description | | | | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|---|

---

For the Period: 01/27/01 Through 02/23/01

Clearing Through   **Pershing**   Division of Donaldson, Lufkin & Jenrette Securities Corporation
One Pershing Plaza, Jersey City, N.J. 07399

Account Number:   D00000017

ROBERT D SAWYER          PLFCLASS 334

PAR-12-C3-10M

DELTA ASSET MANAGEMENT CO LLC
PO BOX 2637
46 PROFFESSIONAL LANE
PAWLEYS ISLAND SC 29585
TEL:(843)237-4700
FAX:(843)237-0910

**YOUR BROKERAGE**
**ACCOUNT STATEMENT**

## TRANSACTIONS BY TYPE OF ACTIVITY   *(continued)*

**COPY**

**Dividends and Interest   (continued)**

| Process Date | Transaction Date | Activity Type | Description | Debit Amount | Credit Amount |
|---|---|---|---|---|---|
| | | | | | |

**Total Dividends and Interest**

**Total Value of all Transactions**

## INCOME/SECURITIES NOT YET RECEIVED

**Cash Dividends, Interest and Distributions**

| Security | Type | Record Date | Payable Date | Quantity Held | Rate | Amount of Payment |
|---|---|---|---|---|---|---|
| | | | | | | |

**Total Payment**

**Total Value of Unpaid Items**

*The above information has been obtained from sources we believe to be reliable. All items are subject to receipt. We make no representation as to accuracy or completeness.*

Redacted                                    Confidential

**For the Period: 01/27/01 Through 02/23/01     Account Number:          ROBERT D SAWYER          PLFCLASS 335     Page 24 of 25**

Clearing Through **Pershing**   One Pershing Plaza, (abbr.) a service business Corporation   Jersey City, NJ 07399          D00000017

DELTA ASSET MANAGEMENT CO LLC
PO BOX 2637
46 PROFESSIONAL LANE
PAWLEYS ISLAND SC 29585
TEL: (843) 237-4700
FAX: (843) 237-0910

**YOUR BROKERAGE
ACCOUNT STATEMENT**

**COPY**

## DIVIDEND, INTEREST AND DISTRIBUTION SUMMARY

|  | This Period | | This Year | |
|---|---|---|---|---|
|  | Taxable | Non Taxable | Taxable | Non Taxable |
| Cash Dividends on Equities |  |  |  |  |
| Margin Interest Paid |  |  |  |  |
| **Total Dividends and Interest** |  |  |  |  |

Redacted

Confidential

**For the Period: 01/27/01 Through 02/23/01**   **Account Number:** D00000017   ROBERT D SAWYER   **Page 25 of 25**

PLFCLASS 336

Clearing Through
**Pershing**
Division of Donaldson, Lufkin & Jenrette Securities Corporation
One Pershing Plaza, Jersey City, N J 07399