# EXHIBIT 37

YOUR BROKERAGE

ACCOUNT STATEMENT

Statement Period: 11/01/00        Statement for the account of:
        through: 11/30/00
████████████████        DRIFTON FINANCE CORP
                        C/O GEST BON SA
                        XXX ALDRINGEN SA
                        L 11118 LUXEMBOURG
                        LUXEMBOURG

Page 1 of 42

YOUR BROKERAGE

ACCOUNT STATEMENT

May-04-05   05:34pm   From-LERACH ET AL   6192304187   T-771   P.003   F-453

TRANSACTIONS IN DATE SEQUENCE (continued)



| Process/Trade/ Settle Trans Date Date Activity Type | Description | Quantity | Price | Accrued Interest | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|



| 11/22 11/21 SOLD SHORT | BUY 100 ORACLE CORP. EXP 12-16-000 17 1/2 OPENING TRANSACTION | 100- | .37500 | | | 3,649.87 |

For the Period 11/01/00 Through 11/30/00                 DRIPTON FINANCE CORP                 Page 29 of 42



TOUR BROKERAGE

ACCOUNT STATEMENT

TRANSACTIONS IN DATE SEQUENCE (continued)

| Proces/Trade/ Settle Trans Date Date | Activity Type | Description | Quantity | Price | Accrued Interest | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|
| 11/28 11/27 | SOLD SHORT | CALL 100 ORACLE CORP EXP 12-16-00 @ 35 OPENING TRANSACTION | 300- | .18750 | | | 1,774.93 |
| 11/28 11/27 | SOLD SHORT | PUT 100 ORACLE CORP. EXP 01-20-01 @17 1/2 OPENING TRANSACTION | 100- | .75000 | | | 7,239.75 |

For the Period:11/01/00 Through 11/30/00          DRIFTON FINANCE CORP          Page 23 of 42

May-04-05   05:34pm   From-LEACH ET AL          6122384187          T-771   P.004   F-453

YOUR BROKERAGE

ACCOUNT STATEMENT

PORTFOLIO HOLDINGS          (continued)

Options (listed by expire(continued)

| Quantity | Description/ Security ID | Date Acquired/ Location | Unit Cost/ Cost Basis | Mkt Price/ Mkt Value | Unrealized Gain/Loss | Underlying Issue Price | % of Port |
|---|---|---|---|---|---|---|---|
| 100- SHORT | CALL   100 ORACLE CORP EXP 12-16-00 @ 35 Symbol: OXY-LG | 11/27/00 | .177 1,774.93- | 0.437 4,370.00- | 2,595.07- | 25.500 | 0.14- |
| 100- SHORT | PUT   100 ORACLE CORP. EXP 12-16-00@ 17 1/2 Symbol: ORQ-XN | 11/20/00 | .422 4,224.85- | 0.312 3,120.00- | 1,104.85 | 25.500 | 0.10- |
| 100- SHORT | | 11/20/00 | .365 3,649.87- | 0.312 3,120.00- | 529.87 | 25.500 | 0.10- |
| 100- SHORT | | 11/21/00 | .365 3,649.87- | 0.312 3,120.00- | 529.87 | 25.500 | 0.10- |
| 100- SHORT | PUT   100 ORACLE CORP. EXP 12-16-00@ 17 1/2 Symbol: ORQ-XN | TOTAL | .384 11,524.59- | 0.312 9,360.00- | 2,164.59 | 24.500 | 0.30- |

For the Period:11/01/00 Through 11/30/00          DRIFTON FINANCE CORP          Page 32 of 42



YOUR BROKERAGE

ACCOUNT STATEMENT

Statement Period: 12/01/00        Statement for the account of:
         through 12/29/00

DRIFTON FINANCE CORP

TRANSACTIONS IN DATE SEQUENCE

For the Period:12/01/00 Through 12/29/00          DRIFTON FINANCE CORP          Page 1 of 227

YOUR BROKERAGE

ACCOUNT STATEMENT

TRANSACTIONS IN DATE SEQUENCE (continued)

| Process/Trade/Settle Trans Date Date | Activity Type | Description | Quantity | Price | Accrued Interest | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|
| 12/16 12/05 | PURCHASED | CALL 100 ORACLE CORP EXP 12-16-00 @ 35 CLOSING TRANSACTION | 50 | .68750 | | 3,513.50- | |
| 12/06 12/05 | PURCHASED | PUT 100 ORACLE CORP EXP 12-16-000 17 1/2 CLOSING TRANSACTION | 200 | .13500 | | 2,700.00- | |
| 12/06 12/05 | PURCHASED | PUT 100 ORACLE CORP EXP 12-16-002 17 1/2 CLOSING TRANSACTION | 100 | .13500 | | 1,350.00- | |

For the Period:12/01/00 Through 12/29/00          GRIFFON FINANCE CORP          Page 6 of 227

YOUR BROKERAGE

ACCOUNT STATEMENT

TRANSACTIONS IN DATE SEQUENCE (continued)



| Process/Trade/ Settle Trade Date  Date  Activity Type | Description | Quantity | Price | Accrued Interest | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|

12/11  12/11  SOLD SHORT      FOR   100 ORACLE   100+   .80000        4,949.83
CORP.
XSP 12-16-000 27 1/2 OPENING TRANSACTION

For the Period:12/01/00 Through 12/29/00          DRIFTON FINANCE CORP          Page 12 of 227



YOUR BROKERAGE
ACCOUNT STATEMENT

TRANSACTIONS IN DATE SEQUENCE (continued)

| Process/Trade/Settle Trans Date Date | Activity Type | Description | Quantity | Price | Accrued Interest | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|
| | | █████████ | | | | | █████ |
| | | █████████ | | | | | █████ |
| | | █████████ | | | | | █████ |
| | | █████████ | | | | | █████ |
| 12/13 12/14 | SOLD SHORT | CALL    100 ORACLE    100-    .25000 CORP EXP 01-20-010 42 1/2 OPENING TRANSACTION | | | | | 2,369.91 |
| 12/13 12/14 | SOLD SHORT | PUT    100 ORACLE    100-    .37500 CORP EXP 12-16-00 @ 25 OPENING TRANSACTION | | | | | 3,649.87 |
| | | █████████ | | | | | █████ |
| | | █████████ | | | | | █████ |
| | | █████████ | | | | | █████ |

For the Period:12/01/00 Through 12/29/00          GRIFFON FINANCE CORP          Page 19 of 227

May-04-05   05:35pm   From-LERACH ET AL          6102064107          T-771   P.009   F-463



YOUR BROKERAGE
ACCOUNT STATEMENT

TRANSACTIONS IN DATE SEQUENCE (continued)



| Process/Trade/<br>Settle Trans<br>Date  Date  Activity Type | Description | Quantity | Price | Accrued<br>Interest | Debit<br>Amount | Credit<br>Amount |
|---|---|---|---|---|---|---|
| 12/18  12/15 SOLD SHORT | CALL    100 ORACLE<br>CORP<br>EXP 12-16-00 @ 30 OPENING TRANSACTION | 100- | .31250 | | | 3,034.89 |
| 12/18  12/15 SOLD SHORT | PUT    100 ORACLE<br>CORP<br>EXP 12-16-00 27 1/2 OPENING TRANSACTION | 100- | .25090 | | | 2,399.81 |

For the Period:12/01/00 Through 12/29/00          DRIFTON FINANCE CORP          Page 21 of 227

May-04-05   05:38pm   From-LERACH ET AL                010284107          T-771  P.010   F-455

YOUR BROKERAGE

ACCOUNT STATEMENT

TRANSACTIONS IN DATE SEQUENCE (continued)

| Process/Trade/ Settle Trans Date  Date | Activity Type | Description | Quantity | Price | Accrued Interest | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|
| 12/18 | YOUR OPTION EXPIRED | CALL 100 ORACLE CORP EXP 12-16-00 @ 30 ORY 1F CLOSING TRANSACTION | 100 30 | | | | .00 |
| 12/18 | YOUR OPTION EXPIRED | CALL 100 ORACLE CORP EXP 12-16-00 @ 35 ORY 1G CLOSING TRANSACTION | 100 35 | | | | .00 |
| 12/18 | YOUR OPTION EXPIRED | PUT 100 ORACLE CORP EXP 12-16-00 @ 25 ORQ XE CLOSING TRANSACTION | 100 25 | | | | .00 |
| 12/18 | YOUR OPTION EXPIRED | PUT 100 ORACLE CORP EXP 12-16-00 27 1/2 ORQ XY 27 5 CLOSING TRANSACTION | 100 | | | | .00 |

For the Period:12/01/00 Through 12/29/00     GRIFTON FINANCE CORP     Page 24 of 227

May-04-05     05:35pm     From-LERACH ET AL     01238A107     T-771     P.011     F-403

May-04-05   08:18pm   From-LERACH ET AL   6182104107   T-771   P.012   F-483

YOUR MORTGAGE
ACCOUNT STATEMENT

TRANSACTIONS IN DATE SEQUENCE (continued)



| Process/Trade/ Settle Trade Date   Date   Activity Type | Description | Quantity | Price | Accrued Interest | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|
| 12/20  12/15  PURCHASED | CALL 100 ORACLE CORP EXP 01-20-01 42 1/2 CLOSING TRANSACTION | 100 | .37500 | | 3,850.00- | |
| 12/20  12/15  PURCHASED | PUT 100 ORACLE CORP. EXP 01-20-01 17 1/2 CLOSING TRANSACTION | 100 | .18750 | | 1,975.00+ | |

For the Period:12/01/00 Through 12/29/00          DRIFTON FINANCE CORP          Page 28  of  227

YOUR BROKERAGE

ACCOUNT STATEMENT



SCHEDULE OF REALIZED GAINS AND LOSSES YEAR TO DATE                    (continued)

| Opening Date Closing Date | Closing Transaction | Quantity | Security Description | Holding Period Security ID | Cost Basis/ Proceeds | Realized G/L |
|---|---|---|---|---|---|---|
| 11/27/00 12/06/00 | BUY | 50- | CALL 100 ORACLE CORP 12-16-00 @ 35.00 | Short-term OST-LG | 887.47- 3,512.50- | 2,625.03- |

For the Period:12/01/00 Through 12/29/00                    SCIPION FINANCE CORP                    Page 216 of 227

YOUR BROKERAGE

ACCOUNT STATEMENT

SCHEDULE OF REALIZED GAINS AND LOSSES YEAR TO DATE                    (continued)



| Opening Date Closing Date | Closing Transaction | Quantity | Security Description | Holding Period Security ID | Cost Basis/ Proceeds | Realized G/L |
|---|---|---|---|---|---|---|
| 12/11/00 12/13/00 | BUY | 50- | FOF 100 ORACLE CORP. 12-15-00 @ 27.50 | Short-term ORQ-XY | 7,434.82- 5,100.00- | 2,675.00- |
| 12/11/00 12/13/00 | BUY | 50- | FOF 100 ORACLE CORP. 12-15-00 @ 27.50 | Short-term ORQ-XY | 3,424.91- 6,350.00- | 3,925.09- |

For the Period:12/01/00 Through 12/29/00                    DRIPPON FINANCE CORP                    Page 215 of 227

YOUR BROKERAGE

ACCOUNT STATEMENT

SCHEDULE OF REALIZED GAINS AND LOSSES YEAR TO DATE                    (continued)

| Opening Date Closing Date | Closing Transaction | Quantity | Security Description | Holding Period Security ID | Cost Basis/ Proceeds | Realized G/L |
|---|---|---|---|---|---|---|
| ▮▮▮▮ | ▮▮▮▮ | ▮▮▮▮ | ▮▮▮▮ | ▮▮▮▮ | ▮▮▮▮ | ▮▮▮▮ |
| ▮▮▮▮ | ▮▮▮▮ | ▮▮▮▮ | ▮▮▮▮ | ▮▮▮▮ | ▮▮▮▮ | ▮▮▮▮ |
| 12/13/00 12/16/00 | XOPEN | 100- | CALL 100 ORACLE CORP 12-16-00 @ 30.00 | Short-term CRY-LF | 3,024.89- .00 | 3,024.89 |
| 11/27/00 12/16/00 | XOPEN | 50- | CALL 100 ORACLE CORP 12-16-00 @ 33.00 | Short-term CRY-LO | 887.46- .00 | 887.46 |
| 12/06/00 12/16/00 | XOPEN | 50- | CALL 100 ORACLE CORP 12-16-00 @ 35.00 | Short-term CRY-LQ | 1,824.83- .00 | 1,824.83 |
| 12/14/00 12/16/00 | XOPEN | 100- | PUT 100 ORACLE CORP. 12-16-00 @ 25.00 | Short-term ORQ-XE | 3,648.87- .00 | 3,648.87 |
| 12/15/00 12/16/00 | XOPEN | 100- | PUT 100 ORACLE CORP. 12-16-00 @ 27.50 | Short-term ORQ-XY | 3,398.91- .00 | 3,398.91 |
| ▮▮▮▮ | ▮▮▮▮ | ▮▮▮▮ | ▮▮▮▮ | ▮▮▮▮ | ▮▮▮▮ | ▮▮▮▮ |
| ▮▮▮▮ | ▮▮▮▮ | ▮▮▮▮ | ▮▮▮▮ | ▮▮▮▮ | ▮▮▮▮ | ▮▮▮▮ |

For the Period:12/01/00 Through 12/29/00   ▮▮▮▮    DRIPTON FINANCE CORP        Page 151 of  227



YOUR BROKERAGE
ACCOUNT STATEMENT

Statement Period: 12/30/00
through: 01/31/01

Statement for the account of:

DRIFTON FINANCE CORP
C/O CREDIT AGRI SA
PER ALDRINGEN SA
L 11118 LUXEMBOURG
LUXEMBOURG

TRANSACTIONS IN DATE SEQUENCE

| Process/Trade/ Settle Trans Date Date | Activity Type | Description | Quantity | Price | Accrued Interest | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|

For the Period:12/30/00 Through 01/31/01          DRIFTON FINANCE CORP          Page 1 of 47

May-04-05   05:38pm   From-LERACH ET AL          6182884187          T-771   P.016   F-453



YOUR BROKERAGE

ACCOUNT STATEMENT

TRANSACTIONS IN DATE SEQUENCE (continued)



| Process/Trade/ Settle Trans Date Date | Activity Type | Description | Quantity | Price | Accrued Interest | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|
| 01/16 01/12 | SOLD SHORT | PUT 100 ORACLE CORP. EXP 01-20-01 27 1/2 OPENING TRANSACTION | 100- | .25000 | | | 2,399.01 |

For the Period:12/30/00 Through 01/31/01    DRIFTON FINANCE CORP    Page 9 of 47

YOUR BROKERAGE
ACCOUNT STATEMENT

TRANSACTIONS IN DATE SEQUENCE (continued)



| Process/Trade/Settle Trans Date Date Activity Type | Description | Quantity | Price | Accrued Interest | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|
| 01/19 01/18 SOLD SHORT | FOR CORP. CUS 02-17-01 @ $5 OPENING TRANSACTION 100 ORACLE | 100- | .37500 | | | 3,649.87 |

For the Period:12/30/00 Through 01/31/01          DRIFTON FINANCE CORP          Page 15 of 47

YOUR BROKERAGE

ACCOUNT STATEMENT

**TRANSACTIONS IN DATE SEQUENCE (continued)**

| Process/Trade/ Settle Trade Date   Date   Activity Type | Description | Quantity | Price | Accrued Interest | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|
| | | | | | | |
| 01/22   01/19 SOLD SHORT | FOR   100 ORACLE   100-   .06250   CORP   EXP 01-20-01 832 1/2 OPENING TRANSACTION | | | | | 524.97 |



For the Period:12/30/00 Through 01/31/01          GRIFFON FINANCE CORP          Page 17 of 47

May-04-05   01:38pm   From-LERACH ET AL   010304107   T-771   P.020   F-469

YOUR BROKERAGE

ACCOUNT STATEMENT

TRANSACTIONS IN DATE SEQUENCE (continued)

| Process/Trade/ Settle Trans Date Date | Activity Type | Description | Quantity | Price | Accrued Interest | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|



| 01/22 | YOUR OPTION EXPIRED | PUT   100 ORACLE CORP EXP 01-20-01 @32 1/2 CRV NE   32 5 CLOSING TRANSACTION | 100 | | | | .00 |
| 01/22 | YOUR OPTION EXPIRED | PUT   100 ORACLE CORP. EXP 01-20-01 27 1/2 CRQ NY   27 5 CLOSING TRANSACTION | 100 | | | | .00 |

For the Period:12/30/00 Through 01/31/01                   DIGITRON FINANCE CORP         Page 21 of 67

May-04-05   05:18pm   From-LERACH ET AL.   6162204187   T-771   P.020   F-450



May-04-05   05:39pm   From-LERACH ET AL   6102204107   T-771   P.027   F-405

YOUR BROKERAGE
ACCOUNT STATEMENT

TRANSACTIONS IN DATE SEQUENCE (continued)

| Proc'ss/Trade/ Settle Trans Date Date Activity Type | Description | Quantity | Price | Accrued Interest | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|
| 01/23 01/22 SOLD SHORT | BUY 100 ORACLE CORP. EXP 02-17-01@ 27 1/2 OPENING TRANSACTION | 100 | 300- | .87500 | | 8,549.70 |
| | | | | | | 100,150.00- |

For the Period:12/30/00 Through 01/31/01      DRIPTON FINANCE CORP      Page 24 of 47

May-04-05   05:18pm   From-LERACH ET AL   6102384107   T-771   P.026   F-453

YOUR BROKERAGE

ACCOUNT STATEMENT

TRANSACTIONS IN DATE SEQUENCE (continued)

| Process/Trade/ Settle Trans Date   Date   Activity Type | Description | Quantity | Price | Accrued Interest | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|
| 01/25  01/24  SOLD SHORT | PUT   100 ORACLE CORP. EXP 02-17-01 @ 25 OPENING TRANSACTION | 100- | .43750 | | | 4,234.82 |
| 01/25  01/24  SOLD SHORT | PUT   100 ORACLE CORP. EXP 02-17-01 @ 25 OPENING TRANSACTION | 100- | .54250 | | | 5,474.82 |



May-04-05   05:30pm   From-LEACH ET AL   6102304107   T-771   P.025   F-483

YOUR BROKERAGE

ACCOUNT STATEMENT

TRANSACTIONS IN DATE SEQUENCE (continued)

| Process/Trade/ Settle Trans Date   Date   Activity Type | Description | Quantity | Price | Accrued Interest | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| 01/26  01/25  SOLD SHORT | PUT    100 ORACLE CORP. EXP 02-17-01 @ 25 OPENING TRANSACTION | 100~ | .56000 | | | 4,949.63 |
| 01/26  01/25  SOLD SHORT | PUT    100 ORACLE CORP. EXP 03-17-01@ 22 1/2 OPENING TRANSACTION | 100~ | .93750 | | | 9,174.65 |
| | | | | | | |
| | | | | | | |
| | | | | | | |

For the Period:12/30/00 Through 01/31/01          DRIFTON FINANCE CORP          Page 30 of 47

NCR BROKERAGE

ACCOUNT STATEMENT

TRANSACTIONS IN DATE SEQUENCE (continued)



| Process/Trade/ Settle Trans Date   Date   Activity Type | Description | Quantity | Price | Accrued Interest | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| 01/29  01/24  SOLD SHORT | PUT 100 ORACLE CORP. EXP 03-17-01@ 22 1/2 OPENING TRANSACTION | 100- | .87500 | | | 8,549.70 |
| 01/29  01/24  SOLD SHORT | PUT 100 ORACLE CORP. EXP 03-17-01@ 22 1/2 OPENING TRANSACTION | 100- | .81250 | | | 7,924.73 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

For the Period:12/30/00 Through 01/31/01          INCITTOM FINANCE CORP          Page 31 of 67

May-04-05   05:17pm   From-LEACH ET AL                    6102404107                    T-771   P.024   F-459

YOUR BROKERAGE

ACCOUNT STATEMENT

TRANSACTIONS IN DATE SEQUENCE (continued)

| Process/Trade/ Settle Trans Date   Date | Activity Type | Description | Quantity | Price | Accrued Interest | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|
| ▓▓▓▓▓ | ▓▓▓▓▓ | ▓▓▓▓▓ | | | | | ▓▓▓▓▓ |
| 01/30  01/29 | SOLD SHORT | PUT   100 ORACLE CORP. EXP 02-17-01 @ 25 OPENING TRANSACTION | 300- | .43750 | | | 6,224.85 |
| 01/30  01/29 | SOLD SHORT | PUT   100 ORACLE CORP. EXP 03-17-01 @ 25 OPENING TRANSACTION | 30- | 1.37500 | | | 3,924.86 |
| 01/30  01/29 | SOLD SHORT | PUT   100 ORACLE CORP. EXP 03-17-01 @ 25 OPENING TRANSACTION | 70- | 1.31250 | | | 9,187.19 |
| 01/30  01/29 | SOLD SHORT | PUT   100 ORACLE CORP. EXP 03-17-01 @ 25 OPENING TRANSACTION | 100- | 1.25000 | | | 12,299.58 |
| 01/30  01/29 | SOLD SHORT | PUT   100 ORACLE CORP. EXP 03-17-01 @ 25 OPENING TRANSACTION | 100- | 1.12900 | | | 11,049.62 |

For the Period:12/30/00 Through 01/31/01          DRIPTON FINANCE CORP          Page 32 of 47

May-04-05     05:27pm     From-LEACH ET AL     6182841007     T-771     P.023     F-469



YOUR BROKERAGE
ACCOUNT STATEMENT

TRANSACTIONS IN DATE SEQUENCE (continued)



| Process/Trade/ Settle Trans Date   Date   Activity Type | Description | Quantity | Price | Accrued Interest | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|
| 01/31  01/30  SOLD SHORT | PUT   100 ORACLE  CORP. EXP 03-17-01 @ 25 OPENING TRANSACTION | 100- | 1.12500 | | | 11,049.62 |



YOUR BROKERAGE

ACCOUNT STATEMENT



PORTFOLIO HOLDINGS          (continued)

Options (Listed by expire(continued)

| Quantity | Description/ Security ID | Date Acquired/ Location | Unit Cost/ Cost Basis | Mkt Price/ Mkt Value | Unrealized Gain/Loss | Underlying Issue Price | % of Port |
|---|---|---|---|---|---|---|---|
| 100-SHORT | PUT   100 ORACLE CORP EXP 02-17-01 @ 25 Symbol: ORQ-ME | 01/18/01 | .365 3,649.87- | 0.437 4,370.00- | 720.13- | 29.125 | 0.11- |
| 100-SHORT |  | 01/23/01 | .422 4,224.85- | 0.437 4,370.00- | 145.15- | 29.125 | 0.11- |
| 100-SHORT |  | 01/24/01 | .422 4,224.85- | 0.437 4,370.00- | 145.15- | 29.125 | 0.11- |

For the Period:12/30/00 Through 01/31/01                    DRIFTON FINANCE CORP                    Page 40 of 47

YOUR BROKERAGE

ACCOUNT STATEMENT

PORTFOLIO HOLDINGS          (continued)

Options (listed by expiration)(continued)

| Quantity | Description/ Security ID | Date Acquired/ Location | Unit Cost/ Cost Basis | Mkt Price/ Mkt Value | Unrealized Gain/Loss | Underlying Issue Price | % of Port |
|---|---|---|---|---|---|---|---|
| 100- SHORT | | 01/24/01 | .547 5,474.81- | 0.437 4,370.00- | 1,104.81 | 29.125 | 0.11- |
| 100- SHORT | | 01/25/01 | .485 4,849.83- | 0.437 4,370.00- | 479.83 | 29.125 | 0.11- |
| 100- SHORT | | 01/29/01 | .432 4,224.85- | 0.437 4,370.00- | 145.15- | 29.125 | 0.11- |
| 500- SHORT | PUT   100 ORACLE CORP. EXP 02-17-01 @ 25 Symbol: ORQ-ME | TOTAL | .444 24,449.06- | 0.437 25,220.00- | 429.06 | 29.125 | 0.62- |
| 100- SHORT | PUT   100 ORACLE CORP. EXP 02-17-01 27 1/2 Symbol: ORQ-MY | 01/22/01 | .952 9,949.70- | 1.042 10,620.00- | 2,070.30- | 29.125 | 0.27- |



For the Period:12/30/00 Through 01/31/01          DRIFTON FINANCE CORP          Page 41 of 47

May-04-05   05:27pm   From-LERACH ET AL   6102304107   T-771   P.020   F-483

YOUR BROKERAGE

ACCOUNT STATEMENT

PORTFOLIO HOLDINGS        (continued)

Options (listed by expire(continued))

| Quantity | Description/ Security ID | Date Acquired/ Location | Unit Cost/ Cost Basis | Mkt Price/ Mkt Value | Unrealized Gain/Loss | Underlying Issue Price | % of Port |
|---|---|---|---|---|---|---|---|



| Quantity | Description/ Security ID | Date Acquired/ Location | Unit Cost/ Cost Basis | Mkt Price/ Mkt Value | Unrealized Gain/Loss | Underlying Issue Price | % of Port |
|---|---|---|---|---|---|---|---|
| 100- SHORT | PUT  100 ORACLE CORP. EXP 03-17-01 @ 25 Symbol: ORQ-CE | 01/29/01 | 1.230 12,299.58- | 1.375 13,750.00- | 1,450.42- | 29.125 | 0.35- |
| 100- SHORT | | 01/29/01 | 1.185 11,049.62- | 1.375 13,750.00- | 2,700.38- | 29.125 | 0.35- |
| 30- SHORT | | 01/29/01 | 1.208 3,824.96- | 1.375 4,125.00- | 299.14- | 29.125 | 0.11- |
| 70- SHORT | | 01/29/01 | 1.312 9,187.19- | 1.375 9,625.00- | 437.81- | 29.125 | 0.25- |
| 100- SHORT | | 01/30/01 | 1.105 11,049.62- | 1.375 13,750.00- | 2,700.38- | 29.125 | 0.35- |
| 400- SHORT | PUT  100 ORACLE CORP. EXP 03-17-01 @ 25 Symbol: ORQ-CE | TOTAL | 1.168 47,510.87- | 1.375 55,000.00- | 7,489.13- | 29.125 | 1.42- |
| 100- SHORT | PUT  100 ORACLE CORP. | 01/25/01 | .917 9,174.68- | .750 7,500.00- | 1,674.68 | 25.125 | 0.19- |

For the Period: 12/30/00 Through 01/31/01        DRIFTON FINANCE CORP        Page 43 of 47



YOUR BROKERAGE

ACCOUNT STATEMENT

PORTFOLIO HOLDINGS          (continued)

Options (Listed by expiration date)

| Quantity | Description/<br>Security ID<br>EXP 03-17-01# 22 1/2<br>Symbol: ORQ-OX | Date Acquired/<br>Location | Unit Cost/<br>Cost Basis | Mkt Price/<br>Mkt Value | Unrealized<br>Gain/Loss | Underlying<br>Issue Price | % of<br>Port |
|---|---|---|---|---|---|---|

| 200-<br>SHORT | PUT     100 ORACLE<br>CORP.<br>EXP 03-17-01# 22 1/2<br>Symbol: ORQ-OX | TOTAL | .053<br>25,649.11- | 0.750<br>22,500.00- | 3,149.11 | 29.125 | 0.50- |

For the Period:12/30/00 Through 01/31/01          DRIFTON FINANCE CORP          Page 44 of 47

Mar-04-05   05:38pm   From-LERACH ET AL          6192384107          T-771   P.018   F-483

YOUR BROKERAGE

ACCOUNT STATEMENT



TRADES NOT SETTLED

| Settle Date | Trans Date | Activity Type | Description | Quantity | Price | Accrued Interest | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| 02/01 | 01/31 | SOLD | CALL   100 ORACLE CORP EXP 02-17-01 @ 35 OPENING TRANSACTION | 100- | .25000 | | | 2,390.92 |
| 02/01 | 01/31 | PURCHASED | PUT   100 ORACLE CORP. EXP 02-17-01@ 27 1/2 CLOSING TRANSACTION | 100 | 1.06250 | | 10,825.00- | |
| | | | | | | | $20,825.00- | $21,349.74 |

For the Period:12/30/00 Through 01/31/01                DRIFTON FINANCE CORP                Page 46 of 47



COPY

May-04-05   06:18pm   From-LERACH ET AL   6192304187   T-771   P.149/247   F-463

**YOUR BROKERAGE ACCOUNT STATEMENT**

**Donaldson, Lufkin & Jenrette**
Securities Corporation
277 Park Avenue
New York NY 10172
(212) 892-3000

CREDIT|FIRST
SUISSE|BOSTON
Donaldson, Lufkin & Jenrette
Securities Corporation

11/13 BROAD STREET
LONDON EC2N 1DW ENGLAND
071-655-7000

**COPY**

## TRANSACTIONS IN DATE SEQUENCE  (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | 2,389.91 |
| 02/01/01 | 01/31/01 | SOLD SHORT | CALL 100 ORACLE CORP EXP 02-17-01 @ 35 OPENING TRANSACTION | 100– | .25000 | | | |
| 02/01/01 | 01/31/01 | PURCHASED | PUT 100 ORACLE CORP. EXP 02-17-01 @ 27 1/2 CLOSING TRANSACTION | 100 | 1.06250 | | 10,625.00– | |

DRIFTON FINANCE CORP

**For the Period: 02/01/01 Through 02/28/01**

Pershing

May-04-05    06:10pm    From-LERACH ET AL                    6182394107          T-771    P.146/247    F-453

CREDIT FIRST
SUISSE|BOSTON
Donaldson, Lufkin & Jenrette
Securities Corporation

111 OLD BROAD STREET
LONDON EC2N 1BF ENGLAND
071-826-7800

Donaldson, Lufkin & Jenrette
Securities Corporation
277 Park Avenue
New York, NY 10172
(212) 892-3000

YOUR BROKERAGE
ACCOUNT STATEMENT

COPY

## TRANSACTIONS IN DATE SEQUENCE (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
| 02/05/01 | 02/02/01 | SOLD SHORT | CALL 100 ORACLE CORP EXP 02-17-01 @ 30 OPENING TRANSACTION | 100— | .81250 |  |  | 7,924.72 |
| 02/05/01 | 02/02/01 | SOLD SHORT | CALL 100 ORACLE CORP EXP 02-17-01 @ 32 1/2 OPENING TRANSACTION | 200— | .31250 |  |  | 5,949.79 |

May-04-05   06:16pm   From-LERACH ET AL   6162394187   T-116   P.035/107   F-467

**Donaldson, Lufkin & Jenrette**
Securities Corporation
277 Park Avenue
New York, NY 10172
(212) 892-3000

**YOUR BROKERAGE**
**ACCOUNT STATEMENT**

COPY

CREDIT FIRST
SUISSE BOSTON
Donaldson, Lufkin & Jenrette
Securities Corporation

## TRANSACTIONS IN DATE SEQUENCE *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | 4,849.83 |
| 02/06/01 | 02/05/01 | SOLD SHORT | CALL 100 ORACLE CORP. EXP 02-17-01 @ 30 OPENING TRANSACTION | 100- | .50000 | | | |
| 02/06/01 | 02/05/01 | SOLD SHORT | CALL 100 ORACLE CORP. EXP 02-17-01 @ 25 OPENING TRANSACTION | 200- | 3.00000 | | | 59,398.00 |
| 02/06/01 | 02/05/01 | SOLD SHORT | CALL 100 ORACLE CORP. EXP 02-17-01 @ 25 OPENING TRANSACTION | 100- | 2.68750 | | | 26,574.10 |
| 02/07/01 | 02/06/01 | PURCHASED | CALL 100 ORACLE CORP. EXP 02-17-01 @ 30 CLOSING TRANSACTION | 100 | .75000 | | 7,500.00- | |
| 02/07/01 | 02/06/01 | PURCHASED | CALL 100 ORACLE CORP. EXP 02-17-01 @ 30 CLOSING TRANSACTION | 100 | .68750 | | 7,075.00- | |
| 02/07/01 | 02/06/01 | PURCHASED | PUT 100 ORACLE CORP. EXP 02-17-01 @ 25 CLOSING TRANSACTION | 100 | .62500 | | 6,400.00- | |
| 02/07/01 | 02/06/01 | SOLD SHORT | PUT 100 ORACLE CORP. EXP 02-17-01 @ 25 OPENING TRANSACTION | 100- | .50000 | | | 4,849.83 |

**For the Period: 02/01/01 Through 02/28/01**

DRIFTON FINANCE CORP

Page 4 of 37

COPY

**YOUR BROKERAGE ACCOUNT STATEMENT**

Donaldson, Lufkin & Jenrette
Securities Corporation
277 Park Avenue
New York, NY 10172
(212) 892-3000

CREDIT FIRST
SUISSE BOSTON
Donaldson, Lufkin & Jenrette
Securities Corporation

## TRANSACTIONS IN DATE SEQUENCE (continued)

| Process/Settlement Date | Trade/Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | 17,099.41 |
| 02/12/01 | 02/09/01 | SOLD SHORT | CALL 100 ORACLE CORP. EXP 02-17-01 @ 25 OPENING TRANSACTION | 200- | .87500 | | | |
| 02/12/01 | 02/09/01 | SOLD SHORT | CALL 100 ORACLE CORP. EXP 03-17-01 @ 25 OPENING TRANSACTION | 200- | 2.12500 | | | 41,888.58 |
| 02/12/01 | 02/09/01 | SOLD SHORT | CALL 100 ORACLE CORP. EXP 03-17-01 @ 25 OPENING TRANSACTION | 100- | 2.00000 | | | 19,699.33 |
| 02/12/01 | 02/09/01 | SOLD SHORT | CALL 100 ORACLE CORP. EXP 03-17-01 @ 25 OPENING TRANSACTION | 100- | 2.00250 | | | 20,324.31 |

DRIFTON FINANCE CORP

**For the Period: 02/01/01 Through 02/28/01**

Pershing

May-04-05

CREDIT FIRST
SUISSE BOSTON
Donaldson, Lufkin & Jenrette
Securities Corporation

111 OLD BROAD STREET
LONDON EC2N 1AP ENGLAND
971-888-7200

Donaldson, Lufkin & Jenrette
Securities Corporation

277 Park Avenue
New York, NY 10172
(212) 892-3000

# YOUR BROKERAGE
## ACCOUNT STATEMENT

COPY

## TRANSACTIONS IN DATE SEQUENCE  (continued)

| Process/Settlement Date | Trade/Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| 02/13/01 | 02/12/01 | PURCHASED | CALL 100 ORACLE CORP. EXP 03-17-01 @ 25 CLOSING TRANSACTION | 200 | .43750 | | 9,050.00— | |
| 02/13/01 | 02/12/01 | SOLD SHORT | CALL 100 ORACLE CORP. EXP 03-17-01 @ 25 OPENING TRANSACTION | 200— | 1.81250 | | | 35,848.78 |
| | | | | | | | | |
| 02/14/01 | 02/13/01 | CORRECTED SELL | CALL 100 ORACLE CORP. EXP 03-17-01 @ 25 OPENING TRANSACTION CORRECTED CONFIRM | 100— | 1.88750 | | | 18,674.43 |
| | | | | | | | | .00 |

For the Period: 02/01/01 Through 02/28/01

DRIFTON FINANCE CORP

Page 7 of 37

May-04-05   06:20pm   From-LERACH ET AL                                6162384107                T-717   P.190/247   F-966

CREDIT FIRST
SUISSE BOSTON
Donaldson, Lufkin & Jenrette
Securities Corporation

110 OLD BROAD STREET
LONDON EC2N 1HQ ENGLAND
817-965-2900

Donaldson, Lufkin & Jenrette
Securities Corporation
277 Park Avenue
New York NY 10172
(212) 892-3000

YOUR BROKERAGE
ACCOUNT STATEMENT

COPY

## TRANSACTIONS IN DATE SEQUENCE (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|---|
| 02/15/01 | 02/14/01 | PURCHASED | CALL  100 ORACLE CORP. EXP 02-17-01 @ 25 CLOSING TRANSACTION | 200 | .37500 | | 7,700.00-- | |
| 02/15/01 | 02/14/01 | PURCHASED | CALL  100 ORACLE CORP. EXP 02-17-01 @ 25 CLOSING TRANSACTION | 100 | .43750 | | 4,525.00-- | |
| 02/15/01 | 02/14/01 | PURCHASED | CALL  100 ORACLE CORP. EXP 02-17-01 @ 25 CLOSING TRANSACTION | 200 | .50000 | | 10,300.00-- | |
| 02/15/01 | 02/14/01 | PURCHASED | CALL  100 ORACLE CORP. EXP 02-17-01 @ 25 CLOSING TRANSACTION | 100 | .56250 | | 5,775.00-- | |
| 02/15/01 | 02/14/01 | PURCHASED | CALL  100 ORACLE CORP. EXP 02-17-01 @ 25 CLOSING TRANSACTION | 100 | .82500 | | 8,400.00-- | |
| 02/15/01 | 02/14/01 | SOLD SHORT | CALL  100 ORACLE CORP. EXP 03-17-01 @ 25 OPENING TRANSACTION | 100-- | 1.90630 | | | 18,862.35 |
| 02/15/01 | 02/14/01 | SOLD SHORT | PUT  100 ORACLE CORP. EXP 03-17-01 @ 25 OPENING TRANSACTION | 100-- | 1.25000 | | | 12,299.58 |
| 02/15/01 | 02/14/01 | SOLD SHORT | PUT  100 ORACLE CORP. EXP 03-17-01 @ 25 OPENING TRANSACTION | 100-- | 1.12500 | | | 11,049.62 |
| 02/15/01 | 02/14/01 | SOLD SHORT | PUT  100 ORACLE CORP. EXP 03-17-01 @ 25 OPENING TRANSACTION | 100-- | 1.00000 | | | 9,799.67 |
| 02/15/01 | 02/14/01 | SOLD SHORT | PUT  100 ORACLE CORP. EXP 03-17-01 @ 25 OPENING TRANSACTION | 100-- | 2.68750 | | | 26,574.10 |

For the Period: 02/01/01 Through 02/28/01                       DRIFTON FINANCE CORP                       Page 6 of 37

Pershing

May-04-05   06:20pm   From-LERACH ET AL

CREDIT|FIRST
SUISSE|BOSTON
Donaldson, Lufkin & Jenrette
Securities Corporation

Donaldson, Lufkin & Jenrette
Securities Corporation
277 Park Avenue
New York, NY 10172
(212) 892-3000

**COPY**

YOUR BROKERAGE
ACCOUNT STATEMENT

## TRANSACTIONS IN DATE SEQUENCE   (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|---|
| 02/15/01 | 02/14/01 | SOLD SHORT | PUT  100 ORACLE CORP. EXP 05-17-01 @ 25 OPENING TRANSACTION | 100- | 2.68750 | | | 26,574.10 |

For the Period: 02/01/01 Through 02/28/01

DRIFTON FINANCE CORP

May-04-05   06:21pm   From-LERACH ET AL

CREDIT|FIRST
SUISSE|BOSTON
Donaldson, Lufkin & Jenrette
Securities Corporation

111 OLD BROAD STREET
LONDON EC2N 1AP ENGLAND
(071) 489 7200

Donaldson, Lufkin & Jenrette
Securities Corporation
277 Park Avenue
New York, NY 10172
(212) 892-3000

YOUR BROKERAGE
ACCOUNT STATEMENT

COPY

## TRANSACTIONS IN DATE SEQUENCE   *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|---|
| 02/16/01 | 02/14/01 | PURCHASED | CALL 100 ORACLE CORP. EXP 02-17-01 @ 25 OPENING TRANSACTION | 200 | .50000 | | 10,300.00 -- | |
| 02/16/01 | 02/14/01 | PURCHASED | CALL 100 ORACLE CORP. EXP 02-17-01 @ 25 OPENING TRANSACTION | 200 | .37500 | | 7,700.00 -- | |
| 02/16/01 | 02/14/01 | PURCHASED | CALL 100 ORACLE CORP. EXP 02-17-01 @ 25 OPENING TRANSACTION | 100 | .43750 | | 4,525.00 -- | |
| 02/16/01 | 02/14/01 | CANCELLED PURCHASE | CALL 100 ORACLE CORP. EXP 02-17-01 @ 25 CLOSING TRANSACTION CANCELLED TRADE | 200 -- | .37500 | | | 7,700.00 |
| 02/16/01 | 02/14/01 | CANCELLED PURCHASE | CALL 100 ORACLE CORP. EXP 02-17-01 @ 25 CLOSING TRANSACTION CANCELLED TRADE | 100 -- | .43750 | | | 4,525.00 |
| 02/16/01 | 02/14/01 | CANCELLED PURCHASE | CALL 100 ORACLE CORP. EXP 02-17-01 @ 25 CLOSING TRANSACTION CLOSING TRANSACTION CANCELLED TRADE | 200 -- | .50000 | | | 10,300.00 |

For the Period: 02/01/01 Through 02/28/01          DRIFTON FINANCE CORP          Page 10 of 37

Only Name   Perching

May-04-05  06:22pm  From-LERACH ET AL      8182384187      T-771   P.169/247   F-853



CREDIT|FIRST
SUISSE|BOSTON
Donaldson, Lufkin & Jenrette
Securities Corporation

Donaldson, Lufkin & Jenrette
Securities Corporation
277 Park Avenue
New York, NY 10172
(212) 892-3000

COPY

YOUR BROKERAGE
ACCOUNT STATEMENT

## TRANSACTIONS IN DATE SEQUENCE   (continued)

| Process/Settlement Date | Trade/Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|---|
| 02/2001 | 02/15/01 | SOLD SHORT | | | | | | 16,874.44 |
| 02/2001 | 02/16/01 | SOLD SHORT | CALL  100 ORACLE CORP. EXP 03-17-01 @ 25 OPENING TRANSACTION | 100- | 1.68750 | | | |
| 02/2001 | 02/16/01 | SOLD SHORT | CALL  100 ORACLE CORP. EXP 03-17-01 @ 25 OPENING TRANSACTION | 100- | 1.56250 | | | 15,424.48 |
| 02/2001 | 02/16/01 | SOLD SHORT | CALL  100 ORACLE CORP. EXP 03-17-01 @ 25 OPENING TRANSACTION | 100- | 1.93750 | | | 19,174.35 |

For the Period: 02/01/01 Through 02/28/01

DRIFTON FINANCE CORP

Pershing

Page 12 of 37

May-04-05   06:23pm   From-LERACH ET AL                    6162394187          T-771   P.154/247   F-453



**CREDIT| FIRST**
**SUISSE| BOSTON**
Donaldson, Lufkin & Jenrette
SecuritiGes Corporation

111 OLD BROAD STREET
LONDON EC2N 1AP 0171-425-7040

Donaldson, Lufkin & Jenrette
Securities Corporation
277 Park Avenue
New York, NY 10172
(212) 892-3000

# COPY

# YOUR BROKERAGE
# ACCOUNT STATEMENT

## TRANSACTIONS IN DATE SEQUENCE  (continued)

| Process/<br>Settlement<br>Date | Trade/<br>Transaction<br>Date | Activity Type | Description | Quantity | Price | Accrued<br>Interest | Debit<br>Amount | Credit<br>Amount |
|---|---|---|---|---|---|---|---|---|
| 02/2/2001 | 02/16/01 | PURCHASED | PUT 100 ORACLE<br>CORP.<br>EXP 02-17-01 @ 25 CLOSING TRANSACTION | 200 | .81250 | | 16,650.00 – | |



May-04-05   06:23pm   From-LERACH ET AL   6162394187   T-771   P.165/241   F-459

CREDIT FIRST
SUISSE BOSTON
Donaldson, Lufkin & Jenrette
Securities Corporation

Donaldson, Lufkin & Jenrette
Securities Corporation
277 44 Avenue
New York NY 10172
(212) 892-3000

YOUR BROKERAGE
ACCOUNT STATEMENT

COPY

## TRANSACTIONS IN DATE SEQUENCE *(continued)*

| Process/Settlement Date | Trade/Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | .00 |
| | | | | | | | | .00 |
| | | | | | | | | .00 |
| | | | | | | | | .00 |
| 02/2/2001 | | YOUR OPTION EXPIRED | CALL 100 ORACLE CORP EXP 02-17-01 @ 35 ORY BO 35 CLOSING TRANSACTION | 100 | | | | .00 |
| 02/2/2001 | | YOUR OPTION EXPIRED | CALL 100 ORACLE CORP EXP 02-17-01 @ 32 1/2 ORY BS 32 5 CLOSING TRANSACTION | 200 | | | | .00 |
| 02/2/2001 | | YOUR OPTION EXPIRED | CALL 100 ORACLE CORP EXP 02-17-01 @ 25 ORO BE 25 CLOSING TRANSACTION | 500- | | | | .00 |
| 02/2/2001 | | YOUR OPTION ASSIGNED | PUT 100 ORACLE CORP EXP 02-17-01 @ 25 ORO NE 25 CLOSING TRANSACTION | 900 | | | | .00 |
| | | | | 200 | | | | |

For the Period: 02/01/01 Through 02/28/01

DRIFTON FINANCE CORP

May-04-05    06:24pm    From-LERACH ET AL                    6192384187         T-771   P.156/247   F-453

CREDIT FIRST
SUISSE BOSTON
Donaldson, Lufkin & Jenrette
Securities Corporation

**Donaldson, Lufkin & Jenrette**
Securities Corporation
277 Park Avenue
New York NY 10172
(212) 892-3000

**YOUR BROKERAGE
ACCOUNT STATEMENT**

COPY

## TRANSACTIONS IN DATE SEQUENCE   (continued)

| Pursual Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|---|
| 02/22/01 | 02/16/01 | PURCHASED | ORACLE CORP COM ACCT OPT ASSIGNED OPT CUSIP 68389X3NE | 90,000 | 25.00000 | | 2,252,700.00 − | |
| 02/22/01 | 02/21/01 | SOLD SHORT | CALL  100 ORACLE CORP. EXP 03-17-01 @ 25 OPENING TRANSACTION | 100 − | 1.18750 | | | 11,574.60 |

For the Period: 02/01/01 Through 02/28/01                    **DRUFTON FINANCE CORP**                    Page 18 of 37

May-04-05   06:24pm   From-LERACH ET AL   6192394187   T-771   P.161/247   F-491

CREDIT FIRST
SUISSE BOSTON
Donaldson, Lufkin & Jenrette
Securities Corporation

111 OLD BROAD STREET
LONDON EC2N 1AP ENGLAND
(771) 454-7725

Donaldson, Lufkin & Jenrette
Securities Corporation
277 Park Avenue
New York, NY 10172
(212) 892-3000

**YOUR BROKERAGE**
**ACCOUNT STATEMENT**

COPY

## TRANSACTIONS IN DATE SEQUENCE   (continued)

| Principal Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|---|
| 02/22/01 | 02/21/01 | SOLD SHORT | CALL  100 ORACLE CORP. EXP 03-17-01 @ 25 OPENING TRANSACTION | 100- | 1.50000 | | | 14,799.50 |
| 02/22/01 | 02/21/01 | SOLD SHORT | CALL  100 ORACLE CORP. EXP 03-17-01 @ 25 OPENING TRANSACTION | 50- | 1.31250 | | | 6,462.26 |
| 02/22/01 | 02/21/01 | SOLD SHORT | CALL  100 ORACLE CORP. EXP 03-17-01 @ 25 OPENING TRANSACTION | 50- | 1.31250 | | | 6,462.26 |
| 02/22/01 | 02/21/01 | SOLD SHORT | PUT  100 ORACLE CORP. EXP 03-17-01 @ 25 OPENING TRANSACTION | 100- | 3.0000 | | | 29,699.00 |
| | | | | | | | .00 | |
| | | | | | | | | .00 |
| | | | | | | | | .00 |
| | | | | | | | | .00 |

For the Period:  02/01/01 Through 02/28/01

DRIFTON FINANCE CORP

Pending

May-04-05   06:24pm   From-LERACH ET AL               6182394187           T-771   P.166/247   F-453

CREDIT|FIRST
SUISSE|BOSTON
Donaldson, Lufkin & Jenrette
Securities Corporation

Donaldson, Lufkin & Jenrette
Securities Corporation
277 Park Avenue
New York NY 10172
(212) 892-3000

YOUR BROKERAGE
ACCOUNT STATEMENT

COPY

## TRANSACTIONS IN DATE SEQUENCE *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|---|
| 02/23/01 | 02/22/01 | SOLD SHORT | CALL  100 ORACLE CORP. EXP 03-17-01 @ 25 OPENING TRANSACTION | 100– | 1.18750 | | | 11,874.50 |
| 02/23/01 | 02/22/01 | SOLD SHORT | CALL  100 ORACLE CORP. EXP 03-17-01 @ 25 OPENING TRANSACTION | 50– | 1.25000 | | | 6,149.79 |
| 02/23/01 | 02/22/01 | SOLD SHORT | PUT  100 ORACLE CORP. EXP 03-17-01 @ 25 OPENING TRANSACTION | 100– | 2.62500 | | | 25,949.12 |
| 02/23/01 | 02/22/01 | SOLD SHORT | PUT  100 ORACLE CORP. EXP 03-17-01 @ 25 OPENING TRANSACTION | 50– | 3.00000 | | | 14,849.50 |
| 02/26/01 | 02/23/01 | SOLD SHORT | CALL  100 ORACLE CORP. EXP 03-17-01 @ 20 OPENING TRANSACTION | 100– | 3.00000 | | | 29,699.00 |
| 02/26/01 | 02/23/01 | SOLD SHORT | CALL  100 ORACLE CORP. EXP 03-17-01 @ 20 OPENING TRANSACTION | 100– | 3.00000 | | | 29,699.00 |
| 02/26/01 | 02/23/01 | SOLD SHORT | CALL  100 ORACLE CORP. EXP 03-17-01 @ 20 OPENING TRANSACTION | 200– | 3.00000 | | | 59,397.99 |

**For the Period: 02/01/01 Through 02/28/01**

DRIFTON FINANCE CORP

May-04-05   06:25pm   From-LERACH ET AL

CREDIT FIRST
SUISSE BOSTON
Donaldson, Lufkin & Jenrette
Securities Corporation

Donaldson, Lufkin & Jenrette
Securities Corporation
277 Park Avenue
New York, NY 10172
(212) 892-3000

YOUR BROKERAGE
ACCOUNT STATEMENT

COPY

## TRANSACTIONS IN DATE SEQUENCE   (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|---|
| 02/28/01 | 02/23/01 | SOLD SHORT | CALL 100 ORACLE CORP. EXP 03-17-01 @ 20 OPENING TRANSACTION | 100– | 3.12500 | | | 30,948.96 |
| 02/28/01 | 02/23/01 | SOLD SHORT | CALL 100 ORACLE CORP. EXP 03-17-01 @ 20 OPENING TRANSACTION | 100– | 3.00000 | | | 29,899.00 |
| 02/28/01 | 02/23/01 | SOLD SHORT | PUT 100 ORACLE CORP. EXP 03-17-01 @ 25 OPENING TRANSACTION | 50– | 4.12500 | | | 20,474.31 |
| 02/27/01 | 02/26/01 | PURCHASED | CALL 100 ORACLE CORP. EXP 03-17-01 @ 25 CLOSING TRANSACTION | 100 | 1.18750 | | 12,075.00– | |
| 02/27/01 | 02/26/01 | PURCHASED | CALL 100 ORACLE CORP. EXP 03-17-01 @ 25 CLOSING TRANSACTION | 250 | 1.12500 | | 28,625.00– | |

For the Period: 02/01/01 Through 02/28/01

DRIFTON FINANCE CORP

Page 21 of 37

Pending

MM11-...00000V8

CREDIT FIRST
SUISSE BOSTON
Donaldson, Lufkin & Jenrette
Securities Corporation

111 OLD BROAD STREET
LONDON EC2N 1QP ENGLAND
(071) 888-7000

**Donaldson, Lufkin & Jenrette**
**Securities Corporation**
277 Park Avenue
New York, NY 10172
(212) 892-3000

**YOUR BROKERAGE**
**ACCOUNT STATEMENT**

## COPY

## TRANSACTIONS IN DATE SEQUENCE *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|---|
| 02/27/01 | 02/28/01 | PURCHASED | CALL 100 ORACLE CORP. EXP 03-17-01 @ 25 CLOSING TRANSACTION | 100 | 1.12500 | | 11,450.00-- | |
| 02/27/01 | 02/28/01 | PURCHASED | CALL 100 ORACLE CORP. EXP 03-17-01 @ 25 CLOSING TRANSACTION | 100 | 1.18750 | | 12,075.00-- | |
| 02/27/01 | 02/28/01 | SOLD SHORT | PUT 100 ORACLE CORP. EXP 03-17-01 @ 25 OPENING TRANSACTION | 200-- | 3.62500 | | | 71,897.58 |
| 02/27/01 | 02/28/01 | SOLD SHORT | PUT 100 ORACLE CORP. EXP 03-17-01 @ 25 OPENING TRANSACTION | 100-- | 3.50000 | | | 34,898.83 |
| 02/27/01 | 02/28/01 | SOLD SHORT | PUT 100 ORACLE CORP. EXP 03-17-01 @ 25 OPENING TRANSACTION | 100-- | 3.12500 | | | 30,948.96 |
| 02/27/01 | 02/28/01 | SOLD SHORT | PUT 100 ORACLE CORP. EXP 03-17-01 @ 25 OPENING TRANSACTION | 100-- | 3.00000 | | | 29,699.00 |
| 02/27/01 | 02/27/01 | SOLD SHORT | CALL 100 ORACLE CORP. EXP 03-17-01 @ 22 1/2 OPENING TRANSACTION | 200-- | 1.75000 | | | 34,598.83 |
| 02/27/01 | 02/27/01 | SOLD SHORT | CALL 100 ORACLE CORP. EXP 03-17-01 @ 22 1/2 OPENING TRANSACTION | 100-- | 1.81250 | | | 17,924.39 |
| | | | | | | | | .00 |

**Total Transactions In Date Sequence**

**For the Period: 02/01/01 Through 02/28/01**

DRIFTON FINANCE CORP

| | | |
|---|---|---|
| Purchase | | $4,482,093.85-- |

$4,100,530.13

May-04-05   06:25pm   From-LERACH ET AL   6102364167   T-770   P.049/66   F-010

CREDIT FIRST
SUISSE BOSTON
Donaldson, Lufkin & Jenrette

**Donaldson, Lufkin & Jenrette**
**Securities Corporation**
277 Park Avenue
New York, NY 10172
(212) 892-3000

# COPY

## YOUR BROKERAGE ACCOUNT STATEMENT

## PORTFOLIO HOLDINGS   (continued)

### Stocks, Rights and Warrants   (continued)

| Quantity | Description/Security ID | Date Acquired/Location | Unit Cost/Cost Basis | Market Price/Market Value | Unrealized Gain/Loss | Div/Cap Gain Option | Estimated Yield | Annual Income | % of Portfolio |
|---|---|---|---|---|---|---|---|---|---|
| 90,000 | ORACLE CORP COM Symbol: ORCL | 02/16/01 | 24.357 / 2,192,127.09 | 19.0000 / 1,710,000.00 | 482,127.09− | CASH | | | 52.39 |

90,000 of these shares are in your margin account.

### Options (listed by expiration date)

| Quantity | Description/Security ID | Date Acquired/Location | Unit Cost/Cost Basis | Market Price/Market Value | Unrealized Gain/Loss | Underlying Issue Price | | | % of Portfolio |
|---|---|---|---|---|---|---|---|---|---|

For the Period: 02/01/01 Through 02/28/01

Pershing

DRIFTON FINANCE CORP

May-04-05   06:28pm   From-LERACH ET AL            8182394187        T-771   P.162/247   F-453

CREDIT FIRST
SUISSE BOSTON
Donaldson, Lufkin & Jenrette
Securities Corporation

Donaldson, Lufkin & Jenrette
Securities Corporation
277 Park Avenue
New York NY 10172
(212) 892-3000

**YOUR BROKERAGE
ACCOUNT STATEMENT**

## COPY

## PORTFOLIO HOLDINGS   (continued)

| Quantity | Description Security ID | Date Acquired Location | Unit Cost Cost Basis | Market Price Market Value | Unrealized Gain/Loss | Underlying Issue Price | % of Portfolio |
|---|---|---|---|---|---|---|---|
| 100— SHORT | CALL  100 ORACLE CORP. EXP. 03-17-01 @ 20 Symbol: ORQ-CD | 02/23/01 | 2.970 29,698.00— | 1.5000 15,000.00— | 14,699.00 | 19.000 | 0.09— |
| 100— SHORT | | 02/23/01 | 2.970 29,699.00— | 1.5000 15,000.00— | 14,699.00 | 19.000 | 0.46— |
| 200— SHORT | | 02/23/01 | 2.970 59,397.99— | 1.5000 30,000.00— | 29,397.99 | 19.000 | 0.92— |

DRIFTON FINANCE CORP

**For the Period: 02/01/01 Through 02/28/01**

Pershing

Page 28 of 37

May-04-05   05:27pm   From-LERACH ET AL   6162384187   T-771   P.163/247   F-453

CREDIT|FIRST
SUISSE|BOSTON
Donaldson, Lufkin & Jenrette
Securities Corporation

11 OLD BROAD STREET
LONDON EC2N 1PH
071-655-7000

Donaldson, Lufkin & Jenrette
Securities Corporation
277 Park Avenue
New York NY 10172
(212) 892-3000

**YOUR BROKERAGE
ACCOUNT STATEMENT**

**COPY**

## PORTFOLIO HOLDINGS   (continued)

Options   (listed by expiration date)   (continued)

| Quantity | Description Security ID | Date Acquired Location | Unit Cost Cost Basis | Market Price Market Value | Unrealized Gain/Loss | Underlying Issue Price | % of Portfolio |
|---|---|---|---|---|---|---|---|
| 100 SHORT | | 02/23/01 | 3.095 / 30,946.98- | 1.5000 / 15,000.00- | 15,946.98 | 19.000 | 0.45- |
| 100 SHORT | | 02/23/01 | 2.970 / 29,699.00- | 1.5000 / 15,000.00- | 14,699.00 | 19.000 | 0.40- |
| 600 SHORT | CALL 100 ORACLE CORP. EXP 03-17-01 @ 20 Symbol ORQ-CD | | 2.891 / 179,443.95- | 1.5000 / 90,000.00- | 89,443.95 | 19.000 | 2.75- |
| | | TOTAL | | | | | |
| 50 SHORT | CALL 100 ORACLE CORP. EXP 03-17-01 @ 25 Symbol ORQ-CE | 02/12/01 | 1.792 / 8,962.20- | 0.4370 / 2,185.00- | 8,777.20 | 19.000 | 0.07- |
| 100 SHORT | | 02/13/01 | 1.887 / 18,874.43- | 0.4370 / 4,370.00- | 12,304.43 | 19.000 | 0.13- |
| 100 SHORT | | 02/14/01 | 1.886 / 18,862.38- | 0.4370 / 4,370.00- | 14,492.38 | 19.000 | 0.13- |
| 100 SHORT | | 02/15/01 | 2.470 / 24,699.16- | 0.4370 / 4,370.00- | 20,329.16 | 19.000 | 0.13- |
| 100 SHORT | | 02/16/01 | 1.887 / 16,674.44- | 0.4370 / 4,370.00- | 12,304.44 | 19.000 | 0.13- |
| 100 SHORT | | 02/16/01 | 1.542 / 15,424.48- | 0.4370 / 4,370.00- | 11,054.48 | 19.000 | 0.13- |
| 100 SHORT | | 02/16/01 | 1.917 / 19,174.35- | 0.4370 / 4,370.00- | 14,804.35 | 19.000 | 0.13- |
| 100 SHORT | | 02/20/01 | 1.792 / 17,924.39- | 0.4370 / 4,370.00- | 13,554.39 | 19.000 | 0.13- |
| 100 SHORT | | 02/21/01 | 1.167 / 11,674.60- | 0.4370 / 4,370.00- | 7,304.60 | 19.000 | 0.13- |
| 100 SHORT | | 02/21/01 | 1.480 / 14,799.50- | 0.4370 / 4,370.00- | 10,429.50 | 19.000 | 0.13- |
| 50 SHORT | | 02/21/01 | 1.292 / 6,462.28- | 0.4370 / 2,185.00- | 4,277.28 | 19.000 | 0.07- |
| 50 SHORT | | 02/21/01 | 1.292 / 6,462.28- | 0.4370 / 2,185.00- | 4,277.28 | 19.000 | 0.07- |
| 100 SHORT | | 02/22/01 | 1.187 / 11,874.60- | 0.4370 / 4,370.00- | 7,304.60 | 19.000 | 0.13- |
| 50 SHORT | | 02/22/01 | 1.230 | 0.4370 | | 19.000 | 0.07- |

DRIFTON FINANCE CORP

For the Period: 02/01/01 Through 02/28/01

**CREDIT|FIRST**
**SUISSE|BOSTON**
Donaldson, Lufkin & Jenrette
Securities Corporation

Donaldson, Lufkin & Jenrette
Securities Corporation
277 Park Avenue
New York NY 10172
(212) 892-3000

## COPY

## YOUR BROKERAGE
## ACCOUNT STATEMENT

### PORTFOLIO HOLDINGS (continued)

Options (listed by expiration date) (continued)

| Quantity | Description / Security ID | Date Acquired / Acquisition | Unit Cost / Cost Basis | Market Price / Market Value | Unrealized Gain/Loss | Underlying Issue Price | % of Portfolio |
|---|---|---|---|---|---|---|---|
| 1,200- SHORT | CALL 100 ORACLE CORP. EXP 03-17-01 @ 25 Symbol: ORQ-CE | TOTAL | 1.530 / 195,618.88- | 0.4370 / 52,440.00- | 143,178.88 | 19.000 | 1.61- |
| 200- SHORT | CALL 100 ORACLE CORP. EXP 03-17-01 @ 22 1/2 Symbol: ORQ-CX | 02/27/01 | 1.730 / 34,596.63- | 0.8750 / 17,500.00- | 17,096.63 | 19.000 | 0.54- |
| 100- SHORT | | 02/27/01 | 1.792 / 17,924.39- | 0.8750 / 8,750.00- | 9,174.39 | 19.000 | 0.27- |
| 300- SHORT | CALL 100 ORACLE CORP. EXP 03-17-01 @ 22 1/2 Symbol: ORQ-CX | TOTAL | 1.751 / 52,523.22- | 0.8750 / 26,250.00- | 26,273.22 | 19.000 | 0.80- |
| 100- SHORT | PUT 100 ORACLE CORP. EXP 03-17-01 @ 25 Symbol: ORQ-QE | 01/29/01 | 1.230 / 12,299.58- | 6.3750 / 63,750.00- | 51,450.42- | 19.000 | 1.95- |
| 100- SHORT | | 01/29/01 | 1.105 / 11,049.62- | 6.3750 / 63,750.00- | 52,700.38- | 19.000 | 1.95- |
| 30- SHORT | | 01/29/01 | 1.308 / 3,924.86- | 6.3750 / 19,125.00- | 15,200.14- | 19.000 | 0.59- |
| 70- SHORT | | 01/28/01 | 1.312 / 9,187.19- | 6.3750 / 44,625.00- | 35,437.81- | 19.000 | 1.37- |
| 100- SHORT | | 01/30/01 | 1.105 / 11,049.62- | 6.3750 / 63,750.00- | 52,700.38- | 19.000 | 1.95- |
| 100- SHORT | | 02/14/01 | 2.657 / 26,574.10- | 6.3750 / 63,750.00- | 37,175.90- | 19.000 | 1.95- |
| 100- SHORT | | 02/14/01 | 2.657 / 26,574.10- | 6.3750 / 63,750.00- | 37,175.90- | 19.000 | 1.95- |
| 100- SHORT | | 02/15/01 | 1.970 / 19,699.33- | 6.3750 / 63,750.00- | 44,050.67- | 19.000 | 1.95- |
| 100- SHORT | | 02/21/01 | 2.970 / 29,699.00- | 6.3750 / 63,750.00- | 34,051.00- | 19.000 | 1.95- |
| 100- SHORT | | 02/22/01 | 2.695 / 25,949.12- | 6.3750 / 63,750.00- | 37,800.88- | 19.000 | 1.95- |

For the Period: 02/01/01 Through 02/28/01

Pershing

DRIFTON FINANCE CORP

May-04-05   06:00pm   From-LERACH ET AL

CREDIT FIRST
SUISSE (BOSTON)
Donaldson, Lufkin & Jenrette
Securities Corporation

111 OLD BROAD STREET
LONDON EC2N 1AP ENGLAND
0171-655-7000

Donaldson, Lufkin & Jenrette
Securities Corporation
277 Park Avenue
New York, NY 10172
(212) 892-3000

YOUR BROKERAGE
ACCOUNT STATEMENT

COPY

## PORTFOLIO HOLDINGS   (continued)

| Options  (listed by expiration date)   (continued) Description/ Security ID | Quantity | Date Acquired Location | Unit Cost/ Cost Basis | Market Price/ Market Value | Unrealized Gain/Loss | Underlying Issue Price | % of Portfolio |
|---|---|---|---|---|---|---|---|
| | 50– SHORT | 02/22/01 | 2.970 14,848.50– | 6.3750 31,875.00– | 17,025.50– | 19.000 | 0.98– |
| | 50– SHORT | 02/23/01 | 4.095 20,474.31– | 6.3750 31,875.00– | 11,400.69– | 19.000 | 0.98– |
| | 200– SHORT | 02/26/01 | 3.595 71,897.58– | 6.3750 127,500.00– | 55,602.42– | 19.000 | 3.91– |
| | 100– SHORT | 02/26/01 | 3.470 34,698.83– | 6.3750 63,750.00– | 29,051.17– | 19.000 | 1.95– |
| | 100– SHORT | 02/26/01 | 3.095 30,948.96– | 6.3750 63,750.00– | 32,801.04– | 19.000 | 1.95– |
| | 1,500– SHORT | 02/26/01 | 2.970 29,699.00– | 6.3750 63,750.00– | 34,051.00– | 19.000 | 1.95– |
| PUT 100 ORACLE CORP. EXP 03-17-01 @ 25 Symbol ORQ-DIE | TOTAL | | 2.524 378,574.70– | 6.3750 956,250.00– | 577,675.30– | | 29.29– |
| PUT 100 ORACLE CORP. EXP 03-17-01 @ 22 1/2 Symbol ORQ-DX | 100– SHORT | 01/25/01 | .917 9,174.68– | 4.0000 40,000.00– | 30,825.32– | 19.000 | 1.23– |
| | 100– SHORT | 01/25/01 | .855 8,549.70– | 4.0000 40,000.00– | 31,450.30– | 19.000 | 1.23– |
| | 100– SHORT | 01/26/01 | .792 7,924.73– | 4.0000 40,000.00– | 32,075.27– | 19.000 | 1.23– |
| PUT 100 ORACLE CORP. EXP 03-17-01 @ 22 1/2 Symbol ORQ-DX | 300– SHORT | TOTAL | .855 25,649.11– | 4.0000 120,000.00– | 94,350.89– | 19.000 | 3.68– |

DRIFTON FINANCE CORP.

For the Period: 02/01/01 Through 02/28/01

Pershing

May-04-05 06:30pm From-LERACH ET AL 6192384197 T-771 P.166/247 F-453

DERBY/FIRST
SUISSE BOSTON
Donaldson, Lufkin & Jenrette
Securities Corporation

111 OLD BROAD STREET
LONDON EC2N 1PH ENGLAND
0171-655-7000

**Donaldson, Lufkin & Jenrette**
**Securities Corporation**
277 Park Avenue
New York NY 10172
(212) 892-3000

**YOUR BROKERAGE**
**ACCOUNT STATEMENT**

## COPY

### TRADES NOT SETTLED (continued)

| Settle Date | Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|---|
| 03/01/01 | 02/28/01 | SOLD | CALL 100 ORACLE CORP. EXP 03-17-01 @ 20 OPENING TRANSACTION | 100- | 2.18750 | | | 21,574.27 |
| 03/01/01 | 02/28/01 | SOLD | CALL 100 ORACLE CORP. EXP 03-17-01 @ 20 OPENING TRANSACTION | 100- | 2.43750 | | | 24,074.19 |
| 03/01/01 | 02/28/01 | SOLD | CALL 100 ORACLE CORP. EXP 03-17-01 @ 20 OPENING TRANSACTION | 200- | 1.81250 | | | 35,848.79 |
| 03/01/01 | 02/28/01 | SOLD | CALL 100 ORACLE CORP. EXP 03-17-01 @ 20 OPENING TRANSACTION | 200- | 2.43750 | | | 48,148.37 |
| 03/01/01 | 02/28/01 | SOLD | CALL 100 ORACLE CORP. EXP 03-17-01 @ 17 1/2 OPENING TRANSACTION | 100- | 2.87500 | | | 28,449.04 |
| 03/01/01 | 02/28/01 | SOLD | CALL 100 ORACLE CORP. EXP 03-17-01 @ 17 1/2 OPENING TRANSACTION | 100- | 2.81250 | | | 27,824.06 |
| 03/01/01 | 02/28/01 | SOLD | CALL 100 ORACLE CORP. EXP 03-17-01 @ 17 1/2 OPENING TRANSACTION | 100- | 3.12500 | | | 30,948.96 |
| 03/01/01 | 02/28/01 | PURCHASED | CALL 100 ORACLE CORP. EXP 03-17-01 @ 22 1/2 CLOSING TRANSACTION | 150 | .87500 | | 13,425.00- | |
| 03/01/01 | 02/28/01 | PURCHASED | CALL 100 ORACLE CORP. EXP 03-17-01 @ 22 1/2 CLOSING TRANSACTION | 50 | .81250 | | 4,162.50- | |

**For the Period: 02/01/01 Through 02/28/01**

Pending

**DRIFTON FINANCE CORP**

Page 36 of 37



May-04-05   09:00pm   From-LERACH ET AL                6192304107           T-771   P.082/247   F-461

CREDIT FIRST
SUISSE BOSTON
Donaldson, Lufkin & Jenrette
Securities Corporation

111 OLD BROAD STREET
LONDON EC2N 1PH ENGLAND

Global Headquarters
277 Park Avenue
New York NY 10172
(212) 892-3000

YOUR BROKERAGE
ACCOUNT STATEMENT

COPY

## TRANSACTIONS IN DATE SEQUENCE *(continued)*

| Process/ Statement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|---|
| 03/01/01 | 02/28/01 | SOLD SHORT | CALL  100 ORACLE CORP. EXP 03-17-01 @ 20 OPENING TRANSACTION | 100— | 2.18750 | | | 21,574.27 |
| 03/01/01 | 02/28/01 | SOLD SHORT | CALL  100 ORACLE CORP. EXP 03-17-01 @ 20 OPENING TRANSACTION | 100— | 2.43750 | | | 24,074.19 |
| 03/01/01 | 02/28/01 | SOLD SHORT | CALL  100 ORACLE CORP. EXP 03-17-01 @ 20 OPENING TRANSACTION | 200— | 1.81250 | | | 35,848.79 |
| 03/01/01 | 02/28/01 | SOLD SHORT | CALL  100 ORACLE CORP. EXP 03-17-01 @ 20 OPENING TRANSACTION | 200— | 2.43750 | | | 48,148.37 |
| 03/01/01 | 02/28/01 | CORRECTED SELL | CALL  100 ORACLE CORP. EXP 03-17-01 @ 17 1/2 OPENING TRANSACTION CORRECTED CONFIRM | 200— | 2.87500 | | | 57,098.08 |
| 03/01/01 | 02/28/01 | SOLD SHORT | CALL  100 ORACLE CORP. EXP 03-17-01 @ 17 1/2 OPENING TRANSACTION | 100— | 2.81250 | | | 27,824.08 |
| 03/01/01 | 02/28/01 | SOLD SHORT | CALL  100 ORACLE CORP. EXP 03-17-01 @ 17 1/2 OPENING TRANSACTION | 100— | 3.12500 | | | 30,848.96 |

**For the Period: 03/01/01 Through 03/30/01**                DRIFTON FINANCE CORP                Page 2 of 76

Pending   Credit Suisse First Boston Corporation, Credit Suisse First Boston Corporation. Are Members, New York Stock Exchange

MN11 . 000000705

May-04-05   06:00pm   From-LERACH ET AL                          6192394187          T-771   P.097/247   F-453

**CREDIT/FIRST SUISSE/BOSTON**
Donaldson, Lufkin & Jenrette
Securities Corporation

111 OLD BROAD STREET
LONDON EC2N 1AP ENGLAND

Global Headquarters
277 Park Avenue
New York NY 10172
(212) 892-3000

# YOUR BROKERAGE
## ACCOUNT STATEMENT

## COPY

## TRANSACTIONS IN DATE SEQUENCE   (continued)

| Process Date | Trade/Settlement Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|---|
| 03/01/01 | 02/28/01 | PURCHASED | CALL 100 ORACLE CORP. EXP 03-17-01@ 22 1/2 CLOSING TRANSACTION | 150 | .87500 | | 13,425.00– | |
| 03/01/01 | 02/28/01 | PURCHASED | CALL 100 ORACLE CORP. EXP 03-17-01@ 22 1/2 CLOSING TRANSACTION | 50 | .81250 | | 4,162.50– | |
| 03/02/01 | 03/01/01 | SOLD SHORT | CALL 100 ORACLE CORP. EXP 03-17-01@ 17 1/2 OPENING TRANSACTION | 200– | 3.25000 | | | 64,397.83 |
| 03/02/01 | 03/01/01 | SOLD SHORT | CALL 100 ORACLE CORP. EXP 03-17-01@ 17 1/2 OPENING TRANSACTION | 100– | 2.87500 | | | 28,449.04 |
| 03/02/01 | 03/01/01 | PURCHASED | CALL 100 ORACLE CORP. EXP 03-17-01@ 22 1/2 CLOSING TRANSACTION | 100 | 1.25000 | | 12,600.00– | |
| 03/02/01 | 03/01/01 | SOLD SHORT | PUT 100 ORACLE CORP. EXP 03-17-01@ 22 1/2 OPENING TRANSACTION | 200– | 3.37500 | | | 66,897.75 |
| 03/02/01 | 03/01/01 | SOLD SHORT | PUT 100 ORACLE CORP. EXP 03-17-01@ 22 1/2 OPENING TRANSACTION | 100– | 3.12500 | | | 30,948.98 |

**For the Period: 03/01/01 Through 03/30/01**

Pershing

DRIFTON FINANCE CORP

May-04-05 06:00pm From-LERACH ET AL 6102304187 T-771 P.094/247 F-469

**YOUR BROKERAGE**
**ACCOUNT STATEMENT**

CREDIT FIRST
SUISSE BOSTON
Donaldson, Lufkin & Jenrette
Securities Corporation

111 OLD BROAD STREET
LONDON EC2N 1PH ENGLAND
0207-469-5238

Global Headquarters
277 Park Avenue
New York NY 10172
(212) 892-3000

COPY

## TRANSACTIONS IN DATE SEQUENCE *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|---|
| 03/02/01 | 03/01/01 | SOLD SHORT | PUT 100 ORACLE CORP. EXP 03-17-01@ 22 1/2 OPENING TRANSACTION | 100-- | 2.87500 | | | 28,449.04 |
| 03/05/01 | 03/02/01 | PURCHASED | CALL 100 ORACLE CORP. EXP 03-17-01 @ 25 CLOSING TRANSACTION | 400 | .12500 | | 5,400.00-- | |
| 03/05/01 | 03/02/01 | PURCHASED | CALL 100 ORACLE CORP. EXP 03-17-01 @ 25 CLOSING TRANSACTION | 100 | .12500 | | 1,350.00-- | |
| 03/05/01 | | YOUR OPTION ASSIGNED | PUT 100 ORACLE CORP. EXP 03-17-01 @ 25 | 25 | | | | .00 |
| 03/05/01 | | YOUR OPTION ASSIGNED | PUT 100 ORACLE CORP. EXP 03-17-01@ 22 1/2 | 2 | | | | .00 |

Pershing

May-04-05    06:01pm    From-LERACH ET AL                    6192384187                    T-771   P.095/247   F-459

CREDIT FIRST
SUISSE BOSTON
Donaldson, Lufkin & Jenrette
Securities Corporation

111 OLD BROAD STREET
LONDON EC2N 1AP ENGLAND
020-7883300

Global Headquarters
277 Park Avenue
New York NY 10172
(212) 892-3000

# YOUR BROKERAGE
# ACCOUNT STATEMENT

## COPY

## TRANSACTIONS IN DATE SEQUENCE  (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|---|
| 03/06/01 | 03/05/01 | PURCHASED | CALL  100 ORACLE CORP. EXP 03-17-01 @ 25 CLOSING TRANSACTION | 200-- | .06250 | | 1,450.00-- | |
| 03/06/01 | 03/05/01 | PURCHASED | CALL  100 ORACLE CORP. EXP 03-17-01 @ 25 CLOSING TRANSACTION | 100 | .06250 | | 725.00-- | |
| 03/06/01 | 03/05/01 | PURCHASED | CALL  100 ORACLE CORP. EXP 03-17-01 @ 25 CLOSING TRANSACTION | 200 | .06250 | | 1,450.00-- | |
| 03/06/01 | 03/05/01 | SOLD SHORT | CALL  100 ORACLE CORP. EXP 03-17-01 @ 17 1/2 OPENING TRANSACTION | 200-- | .93750 | | | 18,349.38 |
| 03/06/01 | 03/05/01 | SOLD SHORT | CALL  100 ORACLE CORP. EXP 03-17-01 @ 17 1/2 OPENING TRANSACTION | 200-- | .93750 | | | 18,349.37 |
| 03/06/01 | 03/05/01 | PURCHASED | PUT  100 ORACLE CORP. EXP 03-17-01 @ 22 1/2 CLOSING TRANSACTION | 300 | 5.75000 | | 173,400.00-- | |
| 03/06/01 | 03/05/01 | PURCHASED | PUT  100 ORACLE CORP. EXP 03-17-01 @ 22 1/2 CLOSING TRANSACTION | 100 | 5.75000 | | 57,800.00-- | |
| 03/06/01 | 03/05/01 | SOLD SHORT | PUT  100 ORACLE CORP. EXP 03-17-01 @ 22 1/2 OPENING TRANSACTION | 10-- | 5.50000 | | | 5,469.81 |
| 03/06/01 | | YOUR OPTION ASSIGNED | PUT  100 ORACLE CORP. EXP 03-17-01 @ 25 | 275 | | | | .00 |

For the Period: 03/01/01 Through 03/30/01        Account Number: 210-003097        DRIFTON FINANCE CORP        Page 5 of 76

Case 3:01-cv-00988-SI   Document 297-5   Filed 07/29/05   Page 60 of 107

May-04-05   06:01pm   From-LERACH ET AL   6102394187   T-771   P.086/247   F-459

CREDIT FIRST
SUISSE BOSTON
Donaldson, Lufkin & Jenrette
Securities Corporation

111 OLD BROAD STREET
LONDON EC2N 1AP ENGLAND

Global Headquarters
277 Park Avenue
New York, NY 10172
(212) 892-3000

# YOUR BROKERAGE
## ACCOUNT STATEMENT

## COPY

## TRANSACTIONS IN DATE SEQUENCE (continued)

| Process/Settlement Date | Trade/Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|---|
| 03/07/01 | 03/02/01 | PURCHASED | ORACLE CORP COM ACCT OPT ASSIGNED | 2,500– | 25.0000 | | 62,575.00– | |
| 03/07/01 | 03/02/01 | PURCHASED | ORACLE CORP COM ACCT OPT ASSIGNED | 200 | 22.5000 | | 4,506.00– | |
| 03/07/01 | 03/06/01 | SOLD SHORT | CALL  100 ORACLE CORP. EXP 03-17-01@ 17 1/2 OPENING TRANSACTION | 100– | 1.1250 | | | 11,049.62 |
| 03/07/01 | 03/06/01 | SOLD SHORT | PUT  100 ORACLE CORP. EXP 03-17-01 @ 25 OPENING TRANSACTION | 10– | 7.2500 | | | 7,219.75 |
| 03/07/01 | 03/06/01 | SOLD SHORT | PUT  100 ORACLE CORP. EXP 03-17-01@ 17 1/2 OPENING TRANSACTION | 200– | 1.0000 | | | 19,599.33 |
| 03/06/01 | 03/05/01 | PURCHASED | ORACLE CORP COM ACCT OPT ASSIGNED | 27,500 | 25.0000 | | 688,325.00– | |

For the Period: 03/01/01 Through 03/30/01

DRIFTON FINANCE CORP

Page 6 of 76

May-04-05   06:01pm   From-LERACH ET AL                6162804167                T-771   P.0012/247   F-483

**CREDIT FIRST**
**SUISSE | BOSTON**
**Donaldson, Lufkin & Jenrette**
**Securities Corporation**

111 OLD BROAD STREET
LONDON EC2N 1AP ENGLAND
020 480 0300

Global Headquarters
277 Park Avenue
New York NY 10172
(212) 892-3000

**YOUR BROKERAGE**
**ACCOUNT STATEMENT**

**COPY**

## TRANSACTIONS IN DATE SEQUENCE   (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|---|
| 03/08/01 | 03/07/01 | SOLD SHORT | CALL 100 ORACLE CORP. EXP 03-17-01@ 17 1/2 OPENING TRANSACTION | 100- | 1.43750 | | | 14,174.52 |
| 03/08/01 | 03/07/01 | SOLD SHORT | CALL 100 ORACLE CORP. EXP 03-17-01@ 17 1/2 OPENING TRANSACTION | 100- | 1.43750 | | | 14,174.52 |
| 03/08/01 | 03/07/01 | SOLD SHORT | PUT 100 ORACLE CORP. EXP 03-17-01 @ 20 OPENING TRANSACTION | 200- | 2.18750 | | | 43,148.55 |
| 03/08/01 | 03/07/01 | SOLD SHORT | PUT 100 ORACLE CORP. EXP 03-17-01 @ 20 OPENING TRANSACTION | 100- | 2.18750 | | | 21,574.27 |
| 03/08/01 | 03/07/01 | SOLD SHORT | PUT 100 ORACLE CORP. EXP 03-17-01 @ 20 OPENING TRANSACTION | 100- | 1.93750 | | | 19,174.35 |
| 03/08/01 | 03/07/01 | SOLD SHORT | PUT 100 ORACLE CORP. EXP 03-17-01 @ 20 OPENING TRANSACTION | 100- | 1.93750 | | | 19,174.35 |
| 03/08/01 | 03/07/01 | SOLD SHORT | PUT 100 ORACLE CORP. EXP 03-17-01 @ 25 OPENING TRANSACTION | 10- | 6.37500 | | | 6,344.78 |
| 03/08/01 | 03/07/01 | SOLD SHORT | PUT 100 ORACLE CORP. EXP 03-17-01 @ 25 OPENING TRANSACTION | 10- | 6.25000 | | | 6,219.79 |

For the Period: 03/01/01 Through 03/30/01

DRIFTON FINANCE CORP

Page 7 of 78

May-04-05   06:02pm   From-LERACH ET AL                6182904187        T-771   P.096/247   F-453

**CREDIT | FIRST**
**SUISSE | BOSTON**
Donaldson, Lufkin & Jenrette
Securities Corporation —

**Global Headquarters**
277 Park Avenue
New York NY 10172
(212) 892-3000

P11 OLD BROAD STREET
LONDON EC2N 1AP ENGLAND
0207-893300

## YOUR BROKERAGE
## ACCOUNT STATEMENT

## COPY

## TRANSACTIONS IN DATE SEQUENCE  (continued)

| Product/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|---|
| | | | CALL 100 PLACER DOME EXP 03-17-01 @ 7 1/2 | 25 | | | | .00 |
| 03/09/01 | 03/08/01 | PURCHASED | CALL 100 ORACLE CORP. EXP 03-17-01 @ 25 CLOSING TRANSACTION | 200 | .06250 | | 1,450.00— | |
| 03/09/01 | 03/08/01 | SOLD SHORT | CALL 100 ORACLE CORP. EXP 03-17-01 @ 17 1/2 OPENING TRANSACTION | 100— | 1.37500 | | | 13,549.54 |
| 03/09/01 | 03/08/01 | SOLD SHORT | CALL 100 ORACLE CORP. EXP 03-17-01 @ 17 1/2 OPENING TRANSACTION | 100— | 1.00000 | | | 9,799.67 |
| 03/09/01 | 03/08/01 | SOLD SHORT | CALL 100 ORACLE CORP. EXP 03-17-01 @ 17 1/2 OPENING TRANSACTION | 200— | 1.06250 | | | 20,849.28 |
| 03/09/01 | 03/08/01 | SOLD SHORT | *CALL 100 ORACLE CORP. EXP 03-17-01 @ 17 1/2 OPENING TRANSACTION | 100— | .93750 | | | 9,174.69 |
| 03/09/01 | 03/08/01 | PURCHASED | PUT 100 ORACLE CORP. EXP 03-17-01 @ 20 CLOSING TRANSACTION | 10 | 2.62500 | | 2,655.00— | |
| 03/09/01 | 03/08/01 | PURCHASED | PUT 100 ORACLE CORP. EXP 03-17-01 @ 20 CLOSING TRANSACTION | 190 | 2.62500 | | 50,445.00— | |

**For the Period: 03/01/01 Through 03/31/01**                                    **DRIFTON FINANCE CORP**                     **Page 8 of 76**

Pershing                                           NM11 - 00000335

May-04-05   06:02pm   From-LERACH ET AL                              6192394167                T-771   P.069/247   F-453

CREDIT | FIRST
SUISSE | BOSTON
corretaison, Lefkyn & Jenrobie
securities Corporation

111 OLD BROAD STREET
LONDON EC2N 1AP ENGLAND

Global Headquarters
277 Park Avenue
New York NY 10172
(212) 892-3000

YOUR BROKERAGE
ACCOUNT STATEMENT

**COPY**

## TRANSACTIONS IN DATE SEQUENCE   (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|---|
| 03/09/01 | 03/08/01 | PURCHASED | PUT  100 ORACLE CORP. EXP 03-17-01 @ 20 CLOSING TRANSACTION | 100 | 2.68750 | | 27,175.00– | |
| 03/09/01 | 03/08/01 | SOLD SHORT | PUT  100 ORACLE CORP. EXP 03-17-01 @ 25 OPENING TRANSACTION | 10– | 7.25000 | | | 7,218.75 |
| 03/09/01 | 03/08/01 | PURCHASED | PUT  100 ORACLE CORP. EXP 03-17-01 @ 17 1/2 CLOSING TRANSACTION | 200 | 1.00000 | | 20,400.00– | |
| 03/12/01 | 03/08/01 | CORRECTED PURCHASE | PUT  100 ORACLE CORP. EXP 03-17-01 @ 20 CLOSING TRANSACTION CORRECTED CONFIRM | 10 | 2.59250 | | 2,592.50– | |
| 03/12/01 | 03/08/01 | CANCELLED PURCHASE | PUT  100 ORACLE CORP. EXP 03-17-01 @ 20 CLOSING TRANSACTION CANCELLED TRADE | 10– | 2.62500 | | | 2,655.00 |

For the Period: 03/01/01 Through 03/30/01        **Account Number: 2L0-003097**        DRIFTON FINANCE CORP                        Page 9  of  76

Funding

May-04-05   05:02pm   From-LERACH ET AL

CREDIT FIRST
SUISSE BOSTON
Donaldson, Lufkin & Jenrette
Securities Corporation

111 OLD BROAD STREET
LONDON EC2N 1AP ENGLAND
0207 663 3000

Global Headquarters
277 Park Avenue
New York NY 10172
(212) 892-3000

YOUR BROKERAGE
ACCOUNT STATEMENT

## COPY

## TRANSACTIONS IN DATE SEQUENCE   (continued)



| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|---|
| 03/12/01 | 03/09/01 | SOLD SHORT | CALL 100 ORACLE CORP. EXP 05-17-01@ 17 1/2 OPENING TRANSACTION | 200-- | .43750 | | | 8,449.71 |
| 03/12/01 | 03/09/01 | SOLD SHORT | CALL 100 ORACLE CORP. EXP 03-1[-01@ 17 1/2 OPENING TRANSACTION | 100-- | .37500 | | | 3,849.87 |
| 03/12/01 | 03/09/01 | CORRECTED BELL | CALL 100 ORACLE CORP. EXP 04-21-01@ 17 1/2 OPENING TRANSACTION CORRECTED CONFIRM | 100-- | 1.31250 | | | 12,924.58 |
| 03/12/01 | 03/09/01 | SOLD SHORT | CALL 100 ORACLE CORP. EXP 04-21-01@ 17 1/2 OPENING TRANSACTION | 200-- | 1.50000 | | | 29,599.00 |
| 03/12/01 | 03/09/01 | SOLD SHORT | CALL 100 ORACLE CORP. EXP 04-21-01@ 17 1/2 OPENING TRANSACTION | 400-- | 1.50000 | | | 59,197.99 |

For the Period: 03/01/01 Through 03/30/01

DRIFTON FINANCE CORP

Page 10 of 76

Pershing

May-04-05   06:03pm   From-LERACH ET AL

CREDIT FIRST
SUISSE | BOSTON
Donaldson, Lufkin & Jenrette
Securities Corporation

111 OLD BROAD STREET
LONDON EC2P 2HY ENGLAND

Global Headquarters
277 Park Avenue
New York, NY 10172
(212) 892-3000

YOUR BROKERAGE
ACCOUNT STATEMENT

COPY

## TRANSACTIONS IN DATE SEQUENCE   (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|---|
| 03/12/01 | 03/09/01 | SOLD SHORT | CALL 100 ORACLE CORP. EXP 04-21-01 @ 17 1/2 OPENING TRANSACTION | 200– | 1.50000 | | | 29,598.00 |
| 03/12/01 | 03/09/01 | SOLD SHORT | CALL 100 ORACLE CORP. EXP 04-21-01 @ 17 1/2 OPENING TRANSACTION | 100– | 1.56250 | | | 15,424.46 |
| 03/12/01 | 03/09/01 | SOLD SHORT | CALL 100 ORACLE CORP. EXP 04-21-01 @ 17 1/2 OPENING TRANSACTION | 100– | 1.50000 | | | 14,789.50 |
| 03/13/01 | 03/12/01 | SOLD SHORT | CALL 100 ORACLE CORP. EXP 03-17-01 @ 16 OPENING TRANSACTION | 300– | 1.06250 | | | 30,973.93 |

DRIFTON FINANCE CORP

For the Period: 03/01/01 Through 03/30/01

Pershing

May-04-05   06:03pm   From-LERACH ET AL   6162984167   T-711   P.162/241   F-493

CREDIT | FIRST
SUISSE | BOSTON
Donaldson, Lufkin & Jenrette
Securities Corporation

111 OLD BROAD STREET
LONDON EC2N 1AP ENGLAND

Global Headquarters
277 Park Avenue
New York, NY 10172
(212) 892-3000

**YOUR BROKERAGE**
**ACCOUNT STATEMENT**

COPY

## TRANSACTIONS IN DATE SEQUENCE (continued)

| Process Settlement Date | Trade Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|---|
| 03/13/01 | 03/12/01 | SOLD SHORT | CALL 100 ORACLE CORP. EXP 05-17-01 @ 17 1/2 OPENING TRANSACTION | 100— | .21880 | | | 2,087.92 |
| 03/13/01 | 03/12/01 | SOLD SHORT | CALL 100 ORACLE CORP. EXP 05-17-01 @ 17 1/2 OPENING TRANSACTION | 100— | .18750 | | | 1,774.94 |
| 03/13/01 | 03/12/01 | CORRECTED PURCHASE | PUT 100 ORACLE CORP. EXP 05-17-01 @ 17 1/2 CLOSING TRANSACTION CORRECTED CONFIRM | 100 | 2.18750 | | 21,975.00— | |
| 03/13/01 | 03/12/01 | CORRECTED PURCHASE | PUT 100 ORACLE CORP. EXP 05-17-01 @ 17 1/2 CLOSING TRANSACTION CORRECTED CONFIRM | 100 | 2.31250 | | 23,225.00— | |
| 03/13/01 | 03/12/01 | SOLD SHORT | PUT 100 ORACLE CORP. EXP 05-17-01 @ 17 1/2 OPENING TRANSACTION | 200— | 1.62500 | | | 32,098.91 |
| 03/13/01 | | YOUR OPTION ASSIGNED | PUT 100 ORACLE CORP. EXP 05-17-01 @ 25 | 39 | | | | .00 |

**For the Period: 03/01/01 Through 03/30/01**   Account Number: 21A-003097   DRIFTON FINANCE CORP   Page 12 of 76

May-04-05   06:03pm   From-LERACH ET AL   6192394167   T-111   P.03/04   F-451

CREDIT|FIRST
SUISSE|BOSTON
Donaldson, Lufkin & Jenrette
Securities Corporation

111 OLD BROAD STREET
LONDON EC2N 1AP ENGLAND

Global Headquarters
277 Park Avenue
New York, NY 10172
(212) 892-3000

**YOUR BROKERAGE
ACCOUNT STATEMENT**

COPY

## TRANSACTIONS IN DATE SEQUENCE  (continued)

| Process/Settlement Date | Trade/Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|---|
| 03/14/01 | 03/13/01 | PURCHASED | ORACLE CORP COM ACCT OPT ASSIGNED ASG MAR 01 | 7,500 | 22.50000 | | 168,975.00— | |
| 03/14/01 | 03/13/01 | PURCHASED | CALL 100 ORACLE CORP. EXP 03-17-01 @ 16 CLOSING TRANSACTION | 200 | 1.75000 | | 35,400.00— | |
| 03/14/01 | 03/13/01 | SOLD SHORT | PUT 100 ORACLE CORP. EXP 03-17-01 @ 17 1/2 OPENING TRANSACTION | 200— | 1.43750 | | | 28,349.04 |
| 03/14/01 | 03/13/01 | SOLD SHORT | PUT 100 ORACLE CORP. EXP 03-17-01 @ 17 1/2 OPENING TRANSACTION | 400— | 1.43750 | | | 56,698.08 |
| 03/14/01 | 03/13/01 | SOLD SHORT | PUT 100 ORACLE CORP. EXP 03-17-01 @ 17 1/2 OPENING TRANSACTION | 100— | 1.62500 | | | 16,049.46 |
| 03/14/01 | 03/13/01 | SOLD SHORT | PUT 100 ORACLE CORP. EXP 03-17-01 @ 17 1/2 OPENING TRANSACTION | 100— | 1.37500 | | | 13,549.54 |
| 03/14/01 | 03/13/01 | SOLD SHORT | PUT 100 ORACLE CORP. EXP 03-17-01 @ 17 1/2 OPENING TRANSACTION | 100— | 1.18750 | | | 11,674.60 |
| 03/14/01 | 03/13/01 | SOLD SHORT | PUT 100 ORACLE CORP. EXP 03-17-01 @ 17 1/2 OPENING TRANSACTION | 100— | 1.00000 | | | 9,789.67 |

**For the Period:  03/01/01 Through 03/30/01**          DRIFTON FINANCE CORP          Page 13 of 76

Pershing

NN1 - NNNNN715

May-04-05 06:04pm From-LERACH ET AL 6192954187 T-771 P.004/047 F-461

CREDIT|FIRST
SUISSE|BOSTON
Donaldson, Lufkin & Jenrette
Securities Corporation

111 OLD BROAD STREET
LONDON EC2N 1AP ENGLAND
(207) 653-2500

Global Headquarters
277 Park Avenue
New York, NY 10172
(212) 892-3000

YOUR BROKERAGE
ACCOUNT STATEMENT

COPY

## TRANSACTIONS IN DATE SEQUENCE (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|---|
| 03/14/01 | | YOUR OPTION ASSIGNED | PUT 100 ORACLE CORP. EXP 03-17-01 @ 25 | 300 | | | | .00 |
| 03/14/01 | | YOUR OPTION ASSIGNED | PUT 100 ORACLE CORP. EXP 03-17-01 @ 22 1/2 | 75 | | | | .00 |
| 03/15/01 | 03/12/01 | PURCHASED | ORACLE CORP COM ACCT OPT ASSIGNED AS9 MAR 01 | 3,900 | 25.0000 | | 97,517.00– | |
| 03/15/01 | 03/13/01 | CANCELLED PURCHASE | ORACLE CORP CCM ACCT OPT ASSIGNED AS9 MAR 01 CANCELLED TRADE | 7,500– | 22.5000 | | | 168,975.00 |
| | | | | 100– | .56250 | | | 5,474.81 |
| 03/15/01 | 03/14/01 | SOLD SHORT | CALL 100 ORACLE CORP. EXP 03-17-01 @ 15 OPENING TRANSACTION | 100– | 1.17500 | | | 11,549.61 |

For the Period: 03/01/01 Through 03/30/01    DRIFTON FINANCE CORP    Page 14 of 76

N011 - 00000135

Pershing

Division of Donaldson, Lufkin & Jenrette Securities Corporation
No Clearing Firms Access On, N.J. 07399

May-04-05   05:04pm   From-LERACH ET AL

CREDIT FIRST
SUISSE | BOSTON
Donaldson, Lufkin & Jenrette
Securities Corporation

111 OLD BROAD STREET
LONDON EC2N 1AP ENGLAND
020-443-3000

Global Headquarters
277 Park Avenue
New York, NY 10172
(212) 892-3000

YOUR BROKERAGE
ACCOUNT STATEMENT

COPY

## TRANSACTIONS IN DATE SEQUENCE   (continued)

| Process/Settlement Date | Trade/Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|---|
| 03/15/01 | 03/14/01 | SOLD SHORT | CALL 100 ORACLE CORP. EXP 03-17-01 @ 15 OPENING TRANSACTION | 200- | 1.06250 | | | 20,849.29 |
| 03/15/01 | 03/14/01 | SOLD SHORT | CALL 100 ORACLE CORP. EXP 03-17-01 @ 15 OPENING TRANSACTION | 100- | 1.12500 | | | 11,049.62 |
| 03/15/01 | 03/14/01 | SOLD SHORT | CALL 100 ORACLE CORP. EXP 03-17-01 @ 15 OPENING TRANSACTION | 400- | 1.25000 | | | 49,198.33 |
| 03/15/01 | 03/14/01 | SOLD SHORT | CALL 100 ORACLE CORP. EXP 03-17-01 @ 17 1/2 OPENING TRANSACTION | 200- | .18750 | | | 3,549.87 |
| 03/15/01 | 03/14/01 | SOLD SHORT | PUT 100 ORACLE CORP. EXP 03-17-01 @ 17 1/2 OPENING TRANSACTION | 100- | 1.62600 | | | 16,049.45 |
| | | | | | | | | .00 |
| | | | | 75 | | | | .00 |
| 03/15/01 | | YOUR OPTION ASSIGNED | PUT 100 ORACLE CORP. EXP 03-17-01 @ 26 | | | | | |
| 03/16/01 | 03/13/01 | CORRECTED PURCHASE | ORACLE CORP COM ACCT OPT ASSIGNED AS9 MAR OPT CORRECTED CONFIRM | 7,500 | 22.50000 | | 168,975.00 -- | |

DRIFTON FINANCE CORP

Page 15 of 76

For the Period: 03/01/01 Through 03/30/01

Pershing

M011 - GVO0072S

May-04-05   06:04pm   From-LERACH ET AL   6182394157   T-111   P.109/247   F-405

CREDIT FIRST
SUISSE BOSTON
Donaldson, Lufkin & Jenrette
Securities Corporation

110 OLD BROAD STREET
LONDON EC2N 1AF UK

**Global Headquarters**
277 Park Avenue
New York NY 10172
(212) 892-3000

**YOUR BROKERAGE**
**ACCOUNT STATEMENT**

COPY

## TRANSACTIONS IN DATE SEQUENCE (continued)

| Process Settlement Date | Trade Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|---|
| 03/16/01 | 03/13/01 | PURCHASED | ORACLE CORP COM ACCT OPT ASSIGNED ASG MAR 01 | 30,000 | 25.00000 | | 750,900.00- | |
| 03/16/01 | 03/15/01 | SOLD SHORT | CALL 100 ORACLE CORP. EXP 03-17-01@ 12 1/2 OPENING TRANSACTION | 50- | 2.43750 | | | 11,887.09 |
| 03/16/01 | 03/15/01 | SOLD SHORT | CALL 100 ORACLE CORP. EXP 03-17-01@ 12 1/2 OPENING TRANSACTION | 50- | 2.37500 | | | 11,874.60 |
| 03/16/01 | 03/15/01 | SOLD SHORT | CALL 100 ORACLE CORP. EXP 03-17-01@ 12 1/2 OPENING TRANSACTION | 400- | 2.87500 | | | 113,796.16 |
| 03/16/01 | 03/15/01 | SOLD SHORT | CALL 100 ORACLE CORP. EXP 03-17-01@ 12 1/2 OPENING TRANSACTION | 200- | 2.88750 | | | 53,148.21 |
| 03/16/01 | 03/15/01 | SOLD SHORT | CALL 100 ORACLE CORP. EXP 03-17-01@ 12 1/2 OPENING TRANSACTION | 100- | 2.82500 | | | 25,949.12 |

**For the Period: 03/01/01 Through 03/30/01**

DRIFTON FINANCE CORP

Page 16 of 76

Pershing

May-04-05   06:05pm   From-LERACH ET AL   6192394197   T-771   P.1077247   F-493



CREDIT FIRST
SUISSE BOSTON
Donaldson, Lufkin & Jenrette
Securities Corporation

611 OLD BROAD STREET
LONDON EC2N 1QP ENGLAND

Global Headquarters
277 Park Avenue
New York NY 10172
(212) 892-3000

YOUR BROKERAGE
ACCOUNT STATEMENT

COPY

TRANSACTIONS IN DATE SEQUENCE  (continued)

| Process Settlement Date | Trade Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|---|
| 03/19/01 | 03/14/01 | PURCHASED | ORACLE CORP COM ACCT OPT ASSIGNED | 7,500 | 25.00000 | | 187,725.00— | |
| 03/19/01 | 03/15/01 | PURCHASED | CALL 100 ORACLE CORP. EXP 03-17-01@ 12 1/2 CLOSING TRANSACTION | 300 | 2.12500 | | 64,650.00— | |
| 03/16/01 | 03/16/01 | SOLD SHORT | CALL 100 ORACLE CORP. EXP 03-17-01@ 12 1/2 OPENING TRANSACTION | 200— | 1.81250 | | | 35,848.79 |
| 03/19/01 | 03/15/01 | SOLD SHORT | CALL 100 ORACLE CORP. EXP 03-17-01@ 12 1/2 OPENING TRANSACTION | 200— | 1.50000 | | | 29,599.00 |

For the Period: 03/01/01 Through 03/20/01          DRIFTON FINANCE CORP                Page 17 of 76

Clearing Through   Pershing          Account Number: 21.0-003097

CREDIT|FIRST
SBISSE|BOSTON
Donaldson, Lufkin & Jenrette
Securities Corporation

111 OLD BROAD STREET
LONDON EC2N 1HT ENGLAND
0207-463-2239

Global Headquarters
277 Park Avenue
New York NY 10172
(212) 892-3000

**YOUR BROKERAGE
ACCOUNT STATEMENT**

# COPY

## TRANSACTIONS IN DATE SEQUENCE   *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|---|
| 03/19/01 | 03/16/01 | SOLD SHORT | CALL  100 ORACLE CORP. EXP 03-17-01 @ 12 1/2 OPENING TRANSACTION | 200-- | 1.31250 | | | 25,849.12 |
| 03/19/01 | 03/16/01 | SOLD SHORT | CALL  100 ORACLE CORP. EXP 03-17-01 @ 12 1/2 OPENING TRANSACTION | 100-- | 1.62500 | | | 16,049.46 |
| 03/19/01 | 03/16/01 | SOLD SHORT | CALL  100 ORACLE CORP. EXP 03-17-01 @ 12 1/2 OPENING TRANSACTION | 100-- | 1.56250 | | | 15,424.48 |
| 03/19/01 | 03/16/01 | SOLD SHORT | CALL  100 ORACLE CORP. EXP 03-17-01 @ 12 1/2 OPENING TRANSACTION | 100-- | 1.62500 | | | 16,049.46 |
| 03/19/01 | 03/16/01 | SOLD SHORT | CALL  100 ORACLE CORP. EXP 04-21-01 @ 15 OPENING TRANSACTION | 400-- | 1.12500 | | | 44,198.50 |
| 03/19/01 | 03/16/01 | SOLD SHORT | CALL  100 ORACLE CORP. EXP 04-21-01 @ 15 OPENING TRANSACTION | 400-- | 1.25000 | | | 49,198.32 |
| 03/19/01 | 03/16/01 | SOLD SHORT | CALL  100 ORACLE CORP. EXP 04-21-01 @ 15 OPENING TRANSACTION | 400-- | 1.18750 | | | 46,698.42 |
| 03/19/01 | 03/16/01 | SOLD SHORT | CALL  100 ORACLE CORP. EXP 04-21-01 @ 15 OPENING TRANSACTION | 400-- | 1.18750 | | | 46,698.42 |
| 03/19/01 | 03/16/01 | SOLD SHORT | CALL  100 ORACLE CORP. EXP 04-21-01 @ 15 OPENING TRANSACTION | 200-- | 1.12500 | | | 22,099.25 |
| 03/19/01 | 03/16/01 | SOLD SHORT | CALL  100 ORACLE CORP. EXP 04-21-01 @ 12 1/2 OPENING TRANSACTION | 400-- | 2.56250 | | | 101,296.58 |
| 03/19/01 | 03/16/01 | SOLD SHORT | PUT  100 ORACLE CORP. EXP 03-17-01 @ 15 OPENING TRANSACTION | 100-- | .62500 | | | 6,099.78 |

**For the Period: 03/01/01 Through 03/30/01**          DRIFTON FINANCE CORP          Page 18 of 76

Pershing

MM1 - 00000000

May-04-05   06:05pm   From-LERACH ET AL                          6192394187        T-771   P.106/247   F-499

CREDIT|FIRST
SUISSE|BOSTON
Donaldson, Lufkin & Jenrette
Securities Corporation

Global Headquarters
27 Park Avenue
New York, NY 10172
(212) 892-3000

115 OLD BROAD STREET
LONDON EC2N 1AP ENGLAND
0207-463-3200

# YOUR BROKERAGE
## ACCOUNT STATEMENT

## COPY

## TRANSACTIONS IN DATE SEQUENCE  *(continued)*

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|---|
| 03/16/01 | 03/16/01 | SOLD SHORT | PUT 100 ORACLE CORP. EXP 03-17-01 @ 15 OPENING TRANSACTION | 100- | .62500 | | | 6,099.79 |
| 03/19/01 | 03/16/01 | SOLD SHORT | PUT 100 ORACLE CORP. EXP 03-17-01 @ 15 OPENING TRANSACTION | 200- | .75380 | | | 14,675.50 |
| 03/19/01 | 03/16/01 | PURCHASED | PUT 100 ORACLE CORP. EXP 03-17-01 @ 25 CLOSING TRANSACTION | 800 | 11.00000 | | 882,400.00- | |
| 03/19/01 | 03/16/01 | SOLD SHORT | PUT 100 ORACLE CORP. EXP 04-21-01 @ 25 OPENING TRANSACTION | 800- | 10.93750 | | | 872,570.83 |
| 03/19/01 | 03/17/01 | YOUR OPTION ASSIGNED | PUT 100 ORACLE CORP. EXP 04-21-01 @ 25 | 75 | | | | .00 |

**For the Period: 03/01/01 Through 03/30/01**

Pershing

DRIFTON FINANCE CORP

Page 19 of 76

May-04-05   05:06pm   From-LERACH ET AL

**CREDIT FIRST SUISSE BOSTON**
Donaldson, Lufkin & Jenrette
Securities Corporation

111 OLD BROAD STREET
LONDON EC2N 1AP ENGLAND

**Global Headquarters**
277 Park Avenue
New York NY 10172
(212) 892-3000

## COPY

**YOUR BROKERAGE**
**ACCOUNT STATEMENT**

## TRANSACTIONS IN DATE SEQUENCE  (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|---|
| 03/19/01 | | YOUR OPTION EXPIRED | CALL   100 ORACLE CORP. EXP 03-17-01 @ 15 ORQ CC  15 CLOSING TRANSACTION | 900 | | | | .00 |
| 03/19/01 | | YOUR OPTION EXPIRED | CALL   100 ORACLE CORP. EXP 03-17-01 @ 20 ORQ CD  20 CLOSING TRANSACTION | 1,200 | | | | .00 |

For the Period: 03/01/01 Through 03/30/01          DRIFTON FINANCE CORP          Page 21 of 76

Pending

CREDIT FIRST
SUISSE BOSTON
Credit Suisse, Larkin & Jeanette
Securities Corporation

Global Headquarters
277 Park Avenue
New York NY 10172
(212) 892-3000

# YOUR BROKERAGE ACCOUNT STATEMENT

## COPY

## TRANSACTIONS IN DATE SEQUENCE (continued)

| Process/Settlement Date | Trade/Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|---|
| 03/19/01 | | YOUR OPTION ASSIGNED 2 | CALL 100 ORACLE CORP. EXP 03-17-01 @ 12 1/2 ORQ CV 12 5 CLOSING TRANSACTION | 1,400 | | | | .00 |
| 03/19/01 | | YOUR OPTION EXPIRED | CALL 100 ORACLE CORP. EXP 03-17-01 @ 17 1/2 ORQ CW 17 5 CLOSING TRANSACTION | 2,800 | | | | .00 |
| 03/19/01 | | YOUR OPTION ASSIGNED | PUT 100 ORACLE CORP. EXP 03-17-01 @ 15 ORQ OC 15 CLOSING TRANSACTION | 400 | | | | .00 |
| 03/19/01 | | YOUR OPTION ASSIGNED | PUT 100 ORACLE CORP. EXP 03-17-01 @ 20 ORQ OD 20 CLOSING TRANSACTION | 200 | | | | .00 |
| 03/19/01 | | YOUR OPTION ASSIGNED | PUT 100 ORACLE CORP. EXP 03-17-01 @ 25 ORQ OE 25 CLOSING TRANSACTION | 25 | | | | .00 |
| 03/19/01 | | YOUR OPTION ASSIGNED | PUT 100 ORACLE CORP. EXP 03-17-01 @ 17 1/2 ORQ OW 17 5 CLOSING TRANSACTION | 1,100 | | | | .00 |
| 03/19/01 | | YOUR OPTION ASSIGNED | PUT 100 ORACLE CORP. EXP 03-17-01 @ 22 1/2 ORQ OX 22 5 CLOSING TRANSACTION | 233 | | | | .00 |

For the Period: 03/01/01 Through 03/30/01

DRIFTON FINANCE CORP

May-04-05   06:05pm   From-LERACH ET AL   6192384187   T-417   P.76/48   F-429

CREDIT FIRST
SUISSE BOSTON
Donaldson, Lufkin & Jenrette
Securities Corporation

111 OLD BROAD STREET
LONDON EC2N 1AP ENGLAND
020-7425-3300

Global Headquarters
277 Park Avenue
New York NY 10172
(212) 892-3000

**YOUR BROKERAGE**
**ACCOUNT STATEMENT**

**COPY**

## TRANSACTIONS IN DATE SEQUENCE   (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|---|
| 03/20/01 | 03/19/01 | SOLD SHORT | PUT   100 ORACLE CORP. EXP 04-21-01 @ 15 OPENING TRANSACTION | 400– | 1.56250 | | | 61,897.92 |
| 03/20/01 | 03/19/01 | SOLD SHORT | PUT   100 ORACLE CORP. EXP 04-21-01 @ 15 OPENING TRANSACTION | 200– | 1.37500 | | | 27,099.08 |
| 03/20/01 | 03/19/01 | SOLD SHORT | PUT   100 ORACLE CORP. EXP 04-21-01 @ 15 OPENING TRANSACTION | 200– | 1.27190 | | | 25,037.15 |

**For the Period: 03/01/01 Through 03/30/01**

DRIFTON FINANCE CORP

Page 23 of 76

May-04-05   08:07pm   From-LERACH ET AL     6192304187     T-771   P.113/247   F-499

# YOUR BROKERAGE
# ACCOUNT STATEMENT

Global Headquarters
277 Park Avenue
New York, NY 10172
(212) 892-3000

## COPY

## TRANSACTIONS IN DATE SEQUENCE (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|---|
| 03/21/01 | 03/16/01 | PURCHASED | ORACLE CORP COM ACCT OPT ASSIGNED OPTCUSIP 68389O90C | 40,000 | 15.00000 | | 601,200.00- | |
| 03/21/01 | 03/16/01 | PURCHASED | ORACLE CORP COM ACCT OPT ASSIGNED OPTCUSIP 68389O90D | 20,000 | 20.00000 | | 400,600.00- | |
| 03/21/01 | 03/16/01 | PURCHASED | ORACLE CORP COM ACCT OPT ASSIGNED OPTCUSIP 68389O90E | 2,600 | 25.00000 | | 65,052.00- | |
| 03/21/01 | 03/16/01 | PURCHASED | ORACLE CORP COM ACCT OPT ASSIGNED OPTCUSIP 68389O90W | 110,000 | 17.50000 | | 1,927,200.00- | |

For the Period: 03/01/01 Through 03/30/01

DRIFTON FINANCE CORP

Page 24 of 76

Pending

May-04-05   06:07pm   From-LERACH ET AL   6192394187   T-771   P.114/247   F-459

CREDIT FIRST
SUISSE BOSTON
Donaldson, Lufkin & Jenrette
Securities Corporation

Global Headquarters
277 Park Avenue
New York NY 10172
(212) 892-3000

# YOUR BROKERAGE
## ACCOUNT STATEMENT

## COPY

## TRANSACTIONS IN DATE SEQUENCE   (continued)



| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|---|
| 03/21/01 | 03/16/01 | PURCHASED | ORACLE CORP COM ACCT OPT ASSIGNED OPTCUSIP 68389XKOX | 23,300 | 22.50000 | | 524,716.00— | |
| 03/21/01 | 03/16/01 | PURCHASED | ORACLE CORP COM ACCT OPT ASSIGNED ORQ OPT | 7,500 | 25.00000 | | 187,725.00— | |
| 03/21/01 | 03/16/01 | SOLD | ORACLE CORP COM ACCT OPT ASSIGNED OPTCUSIP 68389XSCV | 140,000— | 12.50000 | | | 1,747,141.66 |
| 03/21/01 | 03/2001 | SOLD SHORT | CALL 100 ORACLE CORP. EXP 04-21-01 @ 12 1/2 OPENING TRANSACTION | 200— | 3.00000 | | | 59,398.00 |
| 03/21/01 | 03/2001 | PURCHASED | PUT 100 ORACLE CORP. EXP 04-21-01 @ 15 CLOSING TRANSACTION | 280 | 1.52500 | | 48,060.00— | |
| 03/21/01 | 03/2001 | PURCHASED | PUT 100 ORACLE CORP. EXP 04-21-01 @ 15 CLOSING TRANSACTION | 20 | 1.56250 | | 3,165.00— | |
| 03/21/01 | 03/2001 | PURCHASED | PUT 100 ORACLE CORP. EXP 04-21-01 @ 15 CLOSING TRANSACTION | 100 | 1.75000 | | 17,700.00— | |

For the Period: 03/01/01 Through 03/30/01

DRIFTON FINANCE CORP

Page 25 of 76

May-04-05   06:07pm   From-LERACH ET AL                    6162384167              T-717   P.115/244   F-461

CREDIT | FIRST
SUISSE | BOSTON
Donaldson, Lufkin & Jenrette
Securities Corporation

Global Headquarters
277 Park Avenue
New York, NY 10172
(212) 892-3000

**YOUR BROKERAGE**
**ACCOUNT STATEMENT**

## COPY

## TRANSACTIONS IN DATE SEQUENCE   (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|---|
| 03/21/01 | 03/20/01 | SOLD SHORT | PUT  100 ORACLE CORP. EXP 04-21-01@ 17 1/2 OPENING TRANSACTION | 400-- | 2.31250 | | | 91,206.91 |
| 03/21/01 | 03/20/01 | SOLD SHORT | PUT  100 ORACLE CORP. EXP 04-21-01@ 17 1/2 OPENING TRANSACTION | 100-- | 2.37500 | | | 23,449.21 |
| 03/21/01 | 03/21/01 | SOLD SHORT | PUT  100 ORACLE CORP. EXP 04-21-01@ 17 1/2 OPENING TRANSACTION | 100-- | 2.68750 | | | 26,574.10 |
| 03/22/01 | 03/21/01 | SOLD SHORT | PUT  100 ORACLE CORP. EXP 04-21-01@ 17 1/2 OPENING TRANSACTION | 100-- | 2.50000 | | | 24,699.17 |
| 03/23/01 | 03/22/01 | SOLD SHORT | PUT  100 ORACLE CORP. EXP 04-21-01@ 17 1/2 OPENING TRANSACTION | 100-- | 2.62500 | | | 25,949.12 |

**For the Period: 03/01/01 Through 03/30/01**

a Item   Pending                                  **DRIFTON FINANCE CORP**                          Page 28 of 78

May-04-05   06:08pm   From-LERACH ET AL                        6182304187                    T-771   P.116/247   F-863

CREDIT FIRST
SUISSE BOSTON
Donaldson, Lufkin & Jenrette
Securities Corporation

111 OLD BROAD STREET
LONDON EC2N

Global Headquarters
277 Park Avenue
New York NY 10172
(212) 692-3000

YOUR BROKERAGE
ACCOUNT STATEMENT

COPY

## TRANSACTIONS IN DATE SEQUENCE   (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|---|
| 03/28/01 | 03/23/01 | SOLD SHORT | CALL  100 ORACLE CORP. EXP 04-21-01 @ 15 OPENING TRANSACTION | 200-- | 1.87500 | | | 37,098.75 |
| 03/28/01 | 03/23/01 | PURCHASED | CALL  100 ORACLE CORP. EXP 04-21-01@ 17 1/2 CLOSING TRANSACTION | 600 | 1.00000 | | 61,200.00-- | |
| 03/28/01 | 03/23/01 | SOLD SHORT | PUT  100 ORACLE CORP. EXP 04-21-01 @ 25 OPENING TRANSACTION | 10-- | 8.87500 | | | 8,844.70 |
| 03/28/01 | 03/23/01 | SOLD SHORT | PUT  100 ORACLE CORP. EXP 04-21-01@ 17 1/2 OPENING TRANSACTION | 400-- | 2.00000 | | | 78,797.33 |
| 03/28/01 | 03/23/01 | SOLD SHORT | PUT  100 ORACLE CORP. EXP 04-21-01@ 17 1/2 OPENING TRANSACTION | 100-- | 2.12500 | | | 20,949.29 |
| 03/27/01 | 03/26/01 | SOLD SHORT | CALL  100 ORACLE CORP. EXP 04-21-01@ 17 1/2 OPENING TRANSACTION | 5-- | 3.40000 | | | 1,684.94 |
| 03/27/01 | 03/26/01 | PURCHASED | CALL  100 ORACLE CORP. EXP 04-21-01@ 17 1/2 CLOSING TRANSACTION | 300 | .90000 | | 27,600.00-- | |
| 03/27/01 | 03/26/01 | PURCHASED | CALL  100 ORACLE CORP. EXP 04-21-01@ 17 1/2 CLOSING TRANSACTION | 100 | .90000 | | 9,200.00-- | |
| 03/27/01 | 03/26/01 | SOLD SHORT | PUT  100 ORACLE CORP. EXP 04-21-01@ 17 1/2 CLOSING TRANSACTION | 300-- | 1.85000 | | | 54,899.15 |
| 03/27/01 | 03/26/01 | SOLD SHORT | PUT  100 ORACLE CORP. EXP 04-21-01@ 17 1/2 OPENING TRANSACTION | 100-- | 1.90000 | | | 18,799.36 |

**For the Period: 03/01/01 Through 03/30/01**

DRIFTON FINANCE CORP

May-04-05 06:08pm From-LERACH ET AL 6182384197 T-711 P.111/247 F-488

CREDIT FIRST
SUISSE BOSTON
Donaldson, Lufkin & Jenrette
Securities Corporation

111 OLD BROAD STREET
LONDON EC2N 1AP ENGLAND
0207-453-1000

Global Headquarters
277 Park Avenue
New York, NY 10172
(212) 892-3000

YOUR BROKERAGE
ACCOUNT STATEMENT

COPY

# TRANSACTIONS IN DATE SEQUENCE  (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|---|
| 03/28/01 | 03/27/01 | CORRECTED PURCHASE | CALL 100 ORACLE CORP. EXP 04-21-01 @ 15 CLOSING TRANSACTION CORRECTED CONFIRM | 200 | 2.25000 | | 45,200.00 – | |
| 03/28/01 | 03/27/01 | CORRECTED SELL | CALL 100 ORACLE CORP. EXP 04-21-01 @ 15 OPENING TRANSACTION CORRECTED CONFIRM | 100 – | 2.05000 | | | 20,399.32 |
| 03/28/01 | 03/27/01 | CORRECTED SELL | CALL 100 ORACLE CORP. EXP 04-21-01 @ 15 OPENING TRANSACTION CORRECTED CONFIRM | 100 – | 2.05000 | | | 20,399.31 |
| 03/28/01 | 03/27/01 | SOLD SHORT | PUT 100 ORACLE CORP. EXP 04-21-01 @ 25 OPENING TRANSACTION | 5 – | 8.30000 | | | 4,134.86 |
| 03/28/01 | 03/27/01 | SOLD SHORT | PUT 100 ORACLE CORP. EXP 04-21-01 @ 17 1/2 OPENING TRANSACTION | 100 – | 1.85000 | | | 18,299.45 |
| 03/28/01 | 03/27/01 | SOLD SHORT | PUT 100 ORACLE CORP. EXP 04-21-01 @ 17 1/2 OPENING TRANSACTION | 100 – | 1.85000 | | | 18,299.38 |
| 03/28/01 | 03/27/01 | SOLD SHORT | PUT 100 ORACLE CORP. EXP 04-21-01 @ 17 1/2 OPENING TRANSACTION | 100 – | 1.80000 | | | 17,788.40 |
| 03/28/01 | 03/27/01 | SOLD SHORT | PUT 100 ORACLE CORP. EXP 04-21-01 @ 17 1/2 OPENING TRANSACTION | 100 – | 1.70000 | | | 16,799.43 |
| 03/28/01 | | YOUR OPTION ASSIGNED | PUT 100 ORACLE CORP. EXP 04-21-01 @ 25 | 25 | | | | .00 |

Pending

For the Period: 03/01/01 Through 03/30/01

DRIFTON FINANCE CORP

Page 28 of 76

May-04-05   06:08pm   From-LERACH ET AL

CREDIT FIRST
SUISSE BOSTON
Donaldson, Lufkin & Jenette
Securities Corporation

111 OLD BROAD STREET
LONDON

Global Headquarters
277 Park Avenue
New York NY 10172
(212) 892-3000

# YOUR BROKERAGE
# ACCOUNT STATEMENT

## COPY

## TRANSACTIONS IN DATE SEQUENCE   (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|---|
| 03/28/01 | 03/28/01 | SOLD SHORT | CALL 100 ORACLE CORP. EXP 04-21-01 @ 15 OPENING TRANSACTION | 200- | 1.80000 | | | 35,598.80 |
| 03/28/01 | 03/28/01 | SOLD SHORT | CALL 100 ORACLE CORP. EXP 04-21-01 @ 15 OPENING TRANSACTION | 400- | 1.22500 | | | 48,198.36 |
| 03/28/01 | 03/28/01 | SOLD SHORT | CALL 100 ORACLE CORP. EXP 04-21-01 @ 15 OPENING TRANSACTION | 5- | 1.25000 | | | 614.98 |
| 03/28/01 | 03/28/01 | SOLD SHORT | CALL 100 ORACLE CORP. EXP 04-21-01 @ 15 OPENING TRANSACTION | 100- | .80000 | | | 5,849.80 |
| 03/28/01 | 03/28/01 | PURCHASED | PUT 100 ORACLE CORP. EXP 04-21-01 @ 17 1/2 OPENING TRANSACTION | 300 | 2.75000 | | 83,400.00-- | |
| 03/28/01 | 03/28/01 | PURCHASED | PUT 100 ORACLE CORP. EXP 04-21-01 @ 17 1/2 CLOSING TRANSACTION | 100 | 2.70000 | | 27,300.00-- | |
| 03/28/01 | 03/28/01 | PURCHASED | PUT 100 ORACLE CORP. EXP 04-21-01 @ 17 1/2 CLOSING TRANSACTION | 100 | 2.83000 | | 28,600.00-- | |
| | | ███████ | ████████████ | | | | | ████ |
| | | ███████ | ████████████ | | | | ████ | |
| 03/27/01 | 03/27/01 | PURCHASED | ORACLE CORP COM ACCT OPT ASSIGNED | 2,500 | 25.00000 | | 62,575.00-- | |
| 03/30/01 | 03/30/01 | CORRECTED PURCHASE | CALL 100 ORACLE CORP. EXP 04-21-01 @ 17 1/2 CLOSING TRANSACTION CORRECTED CONFIRM | 200 | .55000 | | 11,000.00-- | |
| 03/30/01 | 03/30/01 | CORRECTED SELL | CALL 100 ORACLE CORP. EXP 05-19-01 @ 15 OPENING TRANSACTION CORRECTED CONFIRM | 200- | 1.65000 | | | 32,998.90 |

**For the Period: 03/01/01 Through 03/30/01**

DRIFTON FINANCE CORP

Pershing

May-04-05   06:09pm   From-LERACH ET AL   8162364107   T-711   P.116/247   F-451

CREDIT | FIRST
SUISSE | BOSTON
Donaldson, Lufkin & Jenrette
Securities Corporation

119 OLD BROAD STREET
LONDON EC2N 1BA ENGLAND
0207-655-6000

Global Headquarters
277 Park Avenue
New York NY 10172
(212) 892-3000

YOUR BROKERAGE
ACCOUNT STATEMENT

COPY

## TRANSACTIONS IN DATE SEQUENCE (continued)

| Process/ Settlement Date | Trade/ Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|---|
| 03/30/01 | 03/29/01 | CORRECTED SELL | CALL 100 ORACLE CORP. EXP 05-19-01 @ 15 OPENING TRANSACTION CORRECTED CONFIRM | 200– | 1.70000 | | | 33,998.67 |
| 03/30/01 | 03/29/01 | CORRECTED SELL | CALL 100 ORACLE CORP. EXP 05-19-01 @ 15 OPENING TRANSACTION CORRECTED CONFIRM | 200– | 1.75000 | | | 34,998.83 |
| 03/30/01 | 03/29/01 | CORRECTED PURCHASE | PUT 100 ORACLE CORP. EXP 04-21-01 @ 17 1/2 CLOSING TRANSACTION CORRECTED CONFIRM | 200 | 3.10000 | | 62,000.00– | |
| 03/30/01 | | YOUR OPTION ASSIGNED | PUT 100 ORACLE CORP. EXP 04-21-01 @ 25 | 340 | | | | .00 |

## PORTFOLIO HOLDINGS

**Stocks, Rights and Warrants**

| Quantity | Description Security ID | Date Acquired/ Location | Unit Cost/ Cost Basis | Market Price/ Market Value | Unrealized Gain/Loss | Div/Cap Gain | Estimated Option | Estimated Yield | Annual Income | % of Portfolio |
|---|---|---|---|---|---|---|---|---|---|---|

DRIFTON FINANCE CORP

For the Period: 03/01/01 Through 03/30/01

Page 30 of 76

May-04-05   06:09pm   From-LERACH ET AL                    6192564167        T-771   P.120/247   F-463

CREDIT FIRST
SUISSE | BOSTON
Donaldson, Lufkin & Jenrette
Securities Corporation

111 OLD BROAD STREET
LONDON EC2M 1AP ENGLAND
020 7883 3300

Global Headquarters
277 Park Avenue
New York NY 10172
(212) 892-3000

YOUR BROKERAGE
ACCOUNT STATEMENT

COPY

## PORTFOLIO HOLDINGS (continued)

**Stocks, Rights and Warrants (continued)**

| Quantity | Description Security ID | Date Acquired Location | Unit Cost Cost Basis | Market Price Market Value | Unrealized Gain/Loss | Divd/Cap/Code Option | Estimated Yield | Annual Income | % of Portfolio |
|---|---|---|---|---|---|---|---|---|---|
| 14,100 | ORACLE CORP COM Symbol ORCL | 03/13/01 | 22.776 321,164.53 | 14.9900 211,218.00 | 109,946.53 − | CASH | | | 8.16 |
| 7,500 | | 03/13/01 | 22.530 168,975.00 | 14.9800 112,349.99 | 56,625.01 − | | | | 4.34 |
| 7,500 | | 03/14/01 | 22.873 171,550.55 | 14.9800 112,349.99 | 59,200.56 − | | | | 4.34 |
| 40,000 | | 03/16/01 | 14.358 574,324.92 | 14.9800 599,200.01 | 24,875.09 | | | | 23.14 |
| 20,000 | | 03/16/01 | 18.113 362,251.30 | 14.9800 299,599.99 | 62,651.31 − | | | | 11.57 |

**DRIFTON FINANCE CORP**

**For the Period: 03/01/01 Through 03/30/01**

Pershing

May-04-05   06:09pm   From-LERACH ET AL   6192304187   T-771   P.1217247   F-463

CREDIT FIRST
SUISSE BOSTON
Donaldson, Lufkin & Jenrette
Securities Corporation

111 OLD BROAD STREET
LONDON EC2N 1JP ENGLAND

Global Headquarters
277 Park Avenue
New York NY 10172
(212) 892-3000

YOUR BROKERAGE
ACCOUNT STATEMENT

COPY

## PORTFOLIO HOLDINGS *(continued)*

**Stocks, Rights and Warrants** *(continued)*

| Quantity | Description/Security ID | Date Acquired/Location | Unit Cost/Cost Basis | Market Price/Market Value | Unrealized Gain/Loss | Div/Exp/Code Option | Estimated Option | Yield | Annual Income | % of Portfolio |
|---|---|---|---|---|---|---|---|---|---|---|
| 2,500 | | 03/15/01 | 15.537 / 47,505.59 | 14.9800 / 38,948.00 | 8,657.59- | | | | | 1.50 |
| 110,000 | | 03/16/01 | 16.137 / 1,775,030.15 | 14.9800 / 1,647,800.01 | 127,230.15- | | | | | 63.63 |
| 23,300 | | 03/16/01 | 19.406 / 452,154.95 | 14.9800 / 349,034.01 | 103,120.94- | | | | | 13.46 |
| 7,500 | | 03/16/01 | 14.129 / 105,965.11 | 14.9800 / 112,349.99 | 6,384.88 | | | | | 4.34 |
| 2,500 | | 03/27/01 | 14.149 / 35,372.60 | 14.9800 / 37,450.01 | 2,077.41 | | | | | 1.46 |
| 235,000 | ORACLE CORP COM Symbol: ORCL TOTAL | | 4,014,594.71 | 3,520,300.00 | 494,294.71- | CASH | | | | 135.84 |

235,000 of these shares are in your margin account.

**Options** *(listed by expiration date)*

| Quantity | Description/Security ID | Date Acquired/Location | Unit Cost/Cost Basis | Market Price/Market Value | Unrealized Gain/Loss | Underlying Issue Price | % of Portfolio |
|---|---|---|---|---|---|---|---|

Pershing

For the Period: 03/01/01 Through 03/30/01

DRIFTON FINANCE CORP

May-04-05   06:10pm   From-LERACH ET AL                               6102304107        T-711   P.122/247   F-408

CREDIT FIRST
SUISSE BOSTON
Donaldson, Lufkin & Jeanette
Securities Corporation

111 OLD BROAD STREET
LONDON EC2N 1AP ENGLAND

Global Headquarters
27 Park Avenue
New York NY 10172
(212) 892-3000

## YOUR BROKERAGE
## ACCOUNT STATEMENT

### COPY

## PORTFOLIO HOLDINGS   (continued)

**Options** (listed by expiration date)   (continued)

| Quantity | Description / Security ID | Date Acquired / Location | Unit Cost / Cost Basis | Market Price / Market Value | Unrealized Gain/Loss | Underlying Last Price | % of Portfolio |
|---|---|---|---|---|---|---|---|
| 200— SHORT | CALL 100 ORACLE CORP. EXP 04-21-01 @ 15 Symbol ORD-DC | 03/16/01 | 1.105 / 22,098.25— | 1.2000 / 24,000.00— | 1,900.75— | 14.980 | 0.93— |
| 400— SHORT | | 03/16/01 | 1.230 / 49,198.32— | 1.2000 / 48,000.00— | 1,198.32 | 14.980 | 1.85— |
| 400— SHORT | | 03/16/01 | 1.167 / 46,698.42— | 1.2000 / 48,000.00— | 1,301.58— | 14.980 | 1.85— |
| 400— SHORT | | 03/16/01 | 1.167 / 46,698.42— | 1.2000 / 48,000.00— | 1,301.58— | 14.980 | 1.85— |
| 200— SHORT | | 03/16/01 | 1.105 / 22,099.25— | 1.2000 / 24,000.00— | 1,900.75— | 14.980 | 0.93— |
| 200— SHORT | | 03/23/01 | 1.855 / 37,098.75— | 1.2000 / 24,000.00— | 13,098.75 | 14.980 | 0.93— |
| 200— SHORT | | 03/27/01 | 2.040 / 20,599.32— | 1.2000 / 12,000.00— | 8,399.32 | 14.980 | 0.48— |
| 100— SHORT | | 03/27/01 | 2.040 / 20,399.31— | 1.2000 / 12,000.00— | 8,399.31 | 14.980 | 0.48— |
| 200— SHORT | | 03/28/01 | 1.780 / 35,598.80— | 1.2000 / 24,000.00— | 11,598.80 | 14.980 | 0.93— |
| 400— SHORT | | 03/28/01 | 1.205 / 48,198.33— | 1.2000 / 48,000.00— | 198.33 | 14.980 | 1.85— |
| 5— SHORT | | 03/28/01 | 1.230 / 614.98— | 1.2000 / 600.00— | 14.98 | 14.980 | 0.02— |

For the Period: 03/01/01 Through 03/30/01

Pershing

DRIFTON FINANCE CORP

Page 34 of 76

CREDIT FIRST SUISSE BOSTON
Donaldson, Lufkin & Jenrette
Securities Corporation

111 OLD BROAD STREET
LONDON EC2N 1LP ENGLAND

Global Headquarters
277 Park Avenue
New York, NY 10172
(212) 892-3000

YOUR BROKERAGE
ACCOUNT STATEMENT

COPY

## PORTFOLIO HOLDINGS  (continued)

Options (listed by expiration date)  (continued)

| Quantity | Description/Security ID | Date Acquired/Location | Unit Cost/Cost Basis | Market Price/Market Value | Unrealized Gain/Loss | Underlying Issue Price | % of Portfolio |
|---|---|---|---|---|---|---|---|
| 2,505- SHORT | CALL 100 ORACLE CORP. EXP 04-21-01 @ 15 Symbol: ORQ-DC | | | | | | 12.10? |
| | | TOTAL | 1.340 349,103.18-- | 1.2000 312,600.00-- | 36,503.18 | 14.980 | 12.10? |
| 400- SHORT | CALL 100 ORACLE CORP. EXP 04-21-01 @ 12 1/2 Symbol: ORQ-DV | 03/16/01 | 2.532 101,298.58-- | 3.1000 124,000.00-- | 22,703.42-- | 14.980 | 4.78- |
| 200- SHORT | CALL 100 ORACLE CORP. EXP 04-21-01 @ 12 1/2 Symbol: ORQ-DV | 03/20/01 | 2.970 59,398.00-- | 3.1000 62,000.00-- | 2,602.00-- | 14.980 | 2.39- |
| 5- SHORT | CALL 100 ORACLE CORP. EXP 04-21-01 @ 12 1/2 Symbol: ORQ-DV | 03/26/01 | 3.370 1,684.94- | 3.1000 1,550.00-- | 134.94 | 14.980 | 0.06- |
| 606- SHORT | CALL 100 ORACLE CORP. EXP 04-21-01 @ 12 1/2 Symbol: ORQ-DV | TOTAL | 2.684 162,279.52-- | 3.1000 187,550.00-- | 25,170.48-- | 14.980 | 7.24- |
| 200- SHORT | PUT 100 ORACLE CORP. EXP 04-21-01 @ 15 Symbol: ORQ-PC | 03/19/01 | 1.355 27,098.08-- | 1.0500 21,000.00-- | 6,098.08 | 14.980 | 0.81- |
| 200- SHORT | PUT 100 ORACLE CORP. EXP 04-21-01 @ 15 Symbol: ORQ-PC | 03/19/01 | 1.252 25,037.15- | 1.0500 21,000.00-- | 4,037.15 | 14.980 | 0.81- |
| 400- SHORT | PUT 100 ORACLE CORP. EXP 04-21-01 @ 15 Symbol: ORQ-PC | TOTAL | 1.303 52,136.23-- | 1.0500 42,000.00-- | 10,136.23 | 14.980 | 1.62- |
| 354- SHORT | PUT 100 ORACLE CORP. EXP 04-21-01 @ 25 Symbol: ORQ-PE | 03/16/01 | 10.807 388,112.59-- | 10.1000 357,540.00-- | 28,572.59 | 14.980 | 13.81- |
| 10- SHORT | PUT 100 ORACLE CORP. EXP 04-21-01 @ 25 Symbol: ORQ-PE | 03/23/01 | 8.845 8,844.70-- | 10.1000 10,100.00-- | 1,255.30- | 14.980 | 0.39- |
| 5- SHORT | PUT 100 ORACLE CORP. EXP 04-21-01 @ 25 Symbol: ORQ-PE | 03/27/01 | 8.270 4,134.88- | 10.1000 5,050.00-- | 915.14- | 14.980 | 0.20- |
| 369- SHORT | PUT 100 ORACLE CORP. EXP 04-21-01 @ 25 Symbol: ORQ-PE | TOTAL | 10.816 399,092.15-- | 10.1000 372,690.00-- | 26,402.15- | 14.980 | 14.39- |

For the Period: 03/01/01 Through 03/30/01

DRIFTON FINANCE CORP

May-04-05  06:10pm  From-LERACH ET AL

CREDIT FIRST
SUISSE BOSTON
Demxlsen, Lufkin & Jenrette
Securities Corporation

111 OLD BROAD STREET
LONDON EC2N 1AP ENGLAND

Global Headquarters
277 Park Avenue
New York NY 10172
(212) 892-3000

**YOUR BROKERAGE**
**ACCOUNT STATEMENT**

COPY

## PORTFOLIO HOLDINGS   (continued)

Options, if held to expiration date   (continued)

| Quantity | Description / Security ID | Date Acquired / Liquidated | Unit Cost / Cost Basis | Market Price / Market Value | Unrealized Gain/Loss | Underlying Issue Price | % of Portfolio |
|---|---|---|---|---|---|---|---|
| 100- SHORT | PUT 100 ORACLE CORP. EXP 04-21-01 @ 17 1/2 Symbol: ORQ-PW | 03/22/01 | 2.595 / 25,949.12- | 2.7500 / 27,500.00- | 1,550.88- | 14.980 | 1.00- |
| 400- SHORT | | 03/23/01 | 1.970 / 78,797.33- | 2.7500 / 110,000.00- | 31,202.67- | 14.980 | 4.25- |
| 100- SHORT | | 03/23/01 | 2.095 / 20,949.29- | 2.7500 / 27,500.00- | 6,550.71- | 14.980 | 1.00- |
| 300- SHORT | | 03/26/01 | 1.830 / 54,898.15- | 2.7500 / 82,500.00- | 27,601.85- | 14.980 | 3.19- |
| 100- SHORT | | 03/26/01 | 1.880 / 18,799.36- | 2.7500 / 27,500.00- | 8,700.84- | 14.980 | 1.00- |
| 100- SHORT | | 03/27/01 | 1.830 / 18,299.45- | 2.7500 / 27,500.00- | 11,200.55- | 14.980 | 1.00- |
| 100- SHORT | | 03/27/01 | 1.830 / 18,299.38- | 2.7500 / 27,500.00- | 9,200.62- | 14.980 | 1.00- |
| 100- SHORT | | 03/27/01 | 1.780 / 17,799.40- | 2.7500 / 27,500.00- | 9,700.60- | 14.980 | 1.00- |
| 100- SHORT | | 03/27/01 | 1.680 / 16,799.43- | 2.7500 / 27,500.00- | 10,700.57- | 14.980 | 1.00- |
| 1,400- SHORT | PUT 100 ORACLE CORP. EXP 04-21-01 @ 17 1/2 Symbol: ORQ-PW   TOTAL | | 1.919 / 268,590.91- | 2.7500 / 385,000.00- | 116,409.09- | 14.980 | 14.87- |
| 200- SHORT | CALL 100 ORACLE CORP. EXP 05-19-01 @ 15 Symbol: ORQ-EC | 03/29/01 | 1.650 / 32,998.90- | 1.9000 / 38,000.00- | 5,001.10- | 14.980 | 1.47- |
| 200- SHORT | | 03/29/01 | 1.700 / 33,998.87- | 1.9000 / 38,000.00- | 4,001.13- | 14.980 | 1.47- |
| 200- SHORT | | 03/29/01 | 1.750 / 34,998.83- | 1.9000 / 38,000.00- | 3,001.17- | 14.980 | 1.47- |
| 600- SHORT | CALL 100 ORACLE CORP. EXP 05-19-01 @ 15 Symbol: ORQ-EC   TOTAL | | 1.700 / 101,996.60- | 1.9000 / 114,000.00- | 12,003.40- | 14.980 | 4.40- |

For the Period: 03/01/01 Through 03/30/01

DRIFTON FINANCE CORP

# YOUR BROKERAGE
## ACCOUNT · STATEMENT

Global Headquarters
277 Park Avenue
New York, NY 10172
(212) 892-3000

REDBY FIRST
ULSTER BOSTON
Securities Corporation

**COPY**

## TRADES NOT SETTLED (continued)

| Settle Date | Transaction Date | Activity Type | Description | Quantity | Price | Accrued Interest | Debit Amount | Credit Amount |
|---|---|---|---|---|---|---|---|---|
| 04/03/01 | 03/29/01 | PURCHASED | ORACLE CORP COM ACCT OPT ASSIGNED | 34,800 | 25.00000 | | 866,038.00— | |
| 04/04/01 | 03/30/01 | SOLD | ORACLE CORP COM A DLJ CO MAKES A MKT IN THIS SEC & ACTED AS PRINCIPAL | 30,000— | 15.09870 | | | 452,285.90 |
| 04/02/01 | 03/30/01 | SOLD | PUT 100 ORACLE CORP. EXP 04-21-01@ 17 1/2 OPENING TRANSACTION | 200— | 2.80000 | | | 55,398.13 |
| 04/02/01 | 03/30/01 | SOLD | PUT 100 ORACLE CORP. EXP 04-21-01@ 17 1/2 OPENING TRANSACTION | 100— | 2.80000 | | | 27,699.07 |
| 04/02/01 | 03/30/01 | SOLD | PUT 100 ORACLE CORP. EXP 04-21-01@ 17 1/2 OPENING TRANSACTION | 100— | 2.75000 | | | 27,199.06 |
| 04/02/01 | 03/30/01 | SOLD | PUT 100 ORACLE CORP. EXP 04-21-01@ 17 1/2 OPENING TRANSACTION | 100— | 2.55000 | | | 25,199.15 |
| 04/02/01 | 03/30/01 | SOLD | PUT 100 ORACLE CORP. EXP 04-21-01@ 17 1/2 OPENING TRANSACTION | 100— | 2.65000 | | | 26,199.12 |
| **Total Trades Not Settled** | | | | | | | **$866,038.00—** | **$999,002.57** |

For the Period: 03/01/01 Through 03/31/01

DRIFTON FINANCE CORP

Page 38 of 76

Pershing

May-04-05   06:11pm   From-LERACH ET AL

**CREDIT FIRST SUISSE BOSTON**
Donaldson Lufkin & Jenrette
Securities Corporation

111 OLD BROAD STREET
LONDON EC2N 1HT ENGLAND

Global Headquarters
277 Park Avenue
New York NY 10172
(212) 892-3000

# YOUR BROKERAGE ACCOUNT STATEMENT

COPY

## SCHEDULE OF REALIZED GAINS AND LOSSES YEAR TO DATE

(continued)

| Opening Date / Closing Date | Closing Transaction | Quantity | Security Description | Holding Period / Security ID | Cost Basis / Proceeds | Realized G/L |
|---|---|---|---|---|---|---|
| 01/22/01 / 01/31/01 | BUY | 100- | PUT 100 ORACLECORP. 02-17-01 @ 27.50 | Short-term ORO-NY | 8,549.70- / 10,825.00- | 2,275.30- |
| 01/18/01 / 02/02/01 | BUY | 60- | PUT 100 E TRADGROUP INC 02-17-01 @ 10.00 | Short-term QOR-NB | 2,189.93- / 1,560.00- | 629.93 |
| 01/16/01 / 02/02/01 | BUY | 100- | PUT 100 E TRADGROUP INC 02-17-01 @ 10.00 | Short-term QGR-MB | 3,649.87- / 2,288.00- | 1,361.87 |
| 02/05/01 / 02/05/01 | BUY | 100- | CALL 100 ORACLECORP 02-17-01 @ 30.00 | Short-term ORY-BF | 4,849.83- / 7,500.00- | 2,650.17- |
| 02/02/01 / 02/08/01 | BUY | 100- | CALL 100 ORACLECORP 02-17-01 @ 30.00 | Short-term ORY-BF | 7,924.72- / 7,075.00- | 849.72 |
| 01/18/01 / 02/08/01 | BUY | 100- | PUT 100 ORACLECORP. 02-17-01 @ 25.00 | Short-term ORO-ME | 3,649.87- / 8,400.00- | 2,750.13- |

DRIFTON FINANCE CORP

For the Period: 03/01/01 Through 03/30/01

Perking

CREDIT FIRST
SUISSE BOSTON
Donaldson, Lufkin & Jenrette
Securities Corporation

111 OLD BROAD STREET
LONDON EC2N 1AP ENGLAND

Global Headquarters
277 Park Avenue
New York NY 10172
(212) 892-3000

YOUR BROKERAGE
ACCOUNT STATEMENT

COPY

## SCHEDULE OF REALIZED GAINS AND LOSSES YEAR TO DATE

*(continued)*

| Opening Date / Closing Date | Closing Transaction | Quantity | Security Description | Holding Period / Security ID | Cost Basis / Proceeds | Realized G/L |
|---|---|---|---|---|---|---|
| 02/05/01 / 02/12/01 | BUY | 200- | CALL 100 ORACLE CORP. 02-17-01 @ 25.00 | Short-term ORQ-BE | 59,398.00– 9,050.00– | 50,348.00 |
| 02/05/01 / 02/14/01 | BUY | 100- | CALL 100 ORACLE CORP. 02-17-01 @ 25.00 | Short-term ORQ-BE | 26,574.10– 5,775.00– | 20,799.10 |
| 02/09/01 / 02/14/01 | BUY | 100- | CALL 100 ORACLE CORP. 02-17-01 @ 25.00 | Short-term ORQ-BE | 8,549.71– 6,400.00– | 2,149.71 |
| 02/09/01 / 02/15/01 | BUY | 100- | CALL 100 ORACLE CORP. 02-17-01 @ 25.00 | Short-term ORQ-BE | 8,549.70– 13,200.00– | 4,650.30– |

For the Period: 03/01/01 Through 03/30/01

DRIFTON FINANCE CORP

Page 54 of 76

May-04-05   06:12pm   From-LERACH ET AL

CREDIT|FIRST
SUISSE|BOSTON
Donaldson, Lufkin & Jenrette
Securities Corporation

111 OLD BROAD STREET
LONDON EC2N 1HT ENGLAND
0871-552-9000

Global Headquarters
277 Park Avenue
New York NY 10172
(212) 892-3000

YOUR BROKERAGE
ACCOUNT STATEMENT

COPY

## SCHEDULE OF REALIZED GAINS AND LOSSES YEAR TO DATE

*(continued)*

| Opening Date / Closing Date | Closing Transaction | Quantity | Security Description | Holding Period / Security ID | Cost Basis / Proceeds | Realized G/L |
|---|---|---|---|---|---|---|
| 01/31/01 / 02/17/01 | XOPTS | 100- | CALL 100 ORACLECORP 02-17-01 @ 35.00 | Short-term ORY-BG | 2,399.91- / .00 | 2,399.91 |
| 02/02/01 / 02/17/01 | XOPTS | 200- | CALL 100 ORACLECORP 02-17-01 @ 32.50 | Short-term ORY-BS | 5,849.79- / .00 | 5,849.79 |
| 02/14/01 / 02/17/01 | XOPT | 200 | CALL 100 ORACLECORP. 02-17-01 @ 25.00 | Short-term ORQ-BE | 10,300.00 / .00 | 10,300.00- |
| 02/14/01 / 02/17/01 | XOPT | 200 | CALL 100 ORACLECORP. 02-17-01 @ 25.00 | Short-term ORQ-BE | 7,700.00 / .00 | 7,700.00- |
| 02/14/01 / 02/17/01 | XOPT | 100 | CALL 100 ORACLECORP. 02-17-01 @ 25.00 | Short-term ORQ-BE | 4,525.00 / .00 | 4,525.00- |

DRIFTON FINANCE CORP

For the Period: 03/01/01 Through 03/31/01

May-04-05   05:12PM   FROM-LERACH ET AL   6162394185   T-074   P.001   F-491

CREDIT | FIRST
SUISSE | BOSTON
Donaldson, Lufkin & Jenrette
Securities Corporation

311 OLD BROAD STREET
LONDON EC2N1 VAP ENGLAND
690-6924300

Global Headquarters
277 Park Avenue
New York NY 10172
(212) 892-3000

YOUR BROKERAGE
ACCOUNT STATEMENT

COPY

## SCHEDULE OF REALIZED GAINS AND LOSSES YEAR TO DATE (continued)

| Opening Date / Closing Date | Closing Transaction | Quantity | Security Description | Holding Period / Security ID | Cost Basis / Proceeds | Realized G/L |
|---|---|---|---|---|---|---|
| 02/09/01 02/28/01 | BUY | 100- | CALL 100 ORACLE CORP. 03-17-01 @ 25.00 | Short-term ORD-CE | 20,949.29-- 12,075.00-- | 8,874.29 |
| 02/09/01 02/28/01 | BUY | 100- | CALL 100 ORACLE CORP. 03-17-01 @ 25.00 | Short-term ORD-CE | 20,949.29-- 11,450.00-- | 9,499.29 |
| 02/09/01 02/28/01 | BUY | 100- | CALL 100 ORACLE CORP. 03-17-01 @ 25.00 | Short-term ORD-CE | 19,699.33-- 11,450.00-- | 8,249.33 |
| 02/09/01 02/28/01 | BUY | 50- | CALL 100 ORACLE CORP. 03-17-01 @ 25.00 | Short-term ORD-CE | 10,162.16-- 5,725.00-- | 4,437.16 |
| 02/09/01 02/28/01 | BUY | 50- | CALL 100 ORACLE CORP. 03-17-01 @ 25.00 | Short-term ORD-CE | 10,162.15-- 5,725.00-- | 4,437.15 |
| 02/12/01 02/28/01 | BUY | 50- | CALL 100 ORACLE CORP. 03-17-01 @ 25.00 | Short-term ORD-CE | 8,962.20-- 5,725.00-- | 3,237.20 |
| 02/12/01 02/28/01 | BUY | 100- | CALL 100 ORACLE CORP. 03-17-01 @ 25.00 | Short-term ORD-CE | 17,924.39-- 12,075.00-- | 5,849.39 |

For the Period: 03/01/01 Through 03/30/01

Pershing

DRIFTON FINANCE CORP

Page 60 of 76

M011 - 00000022K

May-04-05   06:12pm   From-LERACH ET AL        6102394187        T-771   P.150/242   F-453

**CREDIT FIRST**
**SUISSE BOSTON**

Global Headquarters
277 Park Avenue
New York, NY 10172
(212) 892-3000

**YOUR BROKERAGE**
**ACCOUNT STATEMENT**

COPY

## SCHEDULE OF REALIZED GAINS AND LOSSES YEAR TO DATE

*(continued)*

| Opening Date / Closing Date | Closing Transaction | Quantity | Security Description | Holding Period / Security ID | Cost Basis / Proceeds | Realized (G/L) |
|---|---|---|---|---|---|---|
| 02/27/01 02/28/01 | BUY | 100- | CALL 100 ORACLECORP. 03-17-01 @ 22.50 | Short-term ORQ-CX | 17,924.39- 8,950.00- | 8,974.39 |
| 02/27/01 02/28/01 | BUY | 50- | CALL 100 ORACLECORP. 03-17-01 @ 22.50 | Short-term ORQ-CX | 8,649.71- 4,475.00- | 4,174.71 |
| 02/27/01 02/28/01 | BUY | 50- | CALL 100 ORACLECORP. 03-17-01 @ 22.50 | Short-term ORQ-CX | 8,649.71- 4,162.50- | 4,487.21 |
| 02/27/01 03/01/01 | BUY | 100- | CALL 100 ORACLECORP. 03-17-01 @ 22.50 | Short-term ORQ-CX | 17,299.41- 12,600.00- | 4,699.41 |
| 02/12/01 03/02/01 | BUY | 50- | CALL 100 ORACLECORP. 03-17-01 @ 25.00 | Short-term ORQ-CE | 8,962.20- 675.00- | 8,287.20 |
| 02/13/01 03/02/01 | BUY | 100- | CALL 100 ORACLECORP. 03-17-01 @ 25.00 | Short-term ORQ-CE | 16,674.43- 1,350.00- | 15,324.43 |

DRIFTON FINANCE CORP

**For the Period: 03/01/01 Through 03/30/01**

Page 61 of 76

May-04-05   06:13pm   From-LERACH ET AL

CREDIT FIRST SUISSE (BOSTON)
Donaldson, Lufkin & Jenrette Securities Corporation

111 OLD BROAD STREET
LONDON EC2N 1AP ENGLAND

Global Headquarters
277 Park Avenue
New York NY 10172
(212) 892-3000

YOUR BROKERAGE
ACCOUNT STATEMENT

COPY

## SCHEDULE OF REALIZED GAINS AND LOSSES YEAR TO DATE

(continued)

| Opening Date / Closing Date | Closing Transaction | Quantity | Security Description | Holding Period / Security ID | Cost Basis / Proceeds | Realized G/L |
|---|---|---|---|---|---|---|
| 02/14/01 / 03/02/01 | BUY | 100- | CALL 100 ORACLECORP. 03-17-01 @ 25.00 | Short-term ORQ-CE | 18,862.36- / 1,350.00- | 17,512.36 |
| 02/15/01 / 03/02/01 | BUY | 100- | CALL 100 ORACLECORP. 03-17-01 @ 25.00 | Short-term ORQ-CE | 24,699.16- / 1,350.00- | 23,349.16 |
| 02/16/01 / 03/02/01 | BUY | 50- | CALL 100 ORACLECORP. 03-17-01 @ 25.00 | Short-term ORQ-CE | 8,337.22- / 675.00- | 7,662.22 |
| 02/16/01 / 03/02/01 | BUY | 50- | CALL 100 ORACLECORP. 03-17-01 @ 25.00 | Short-term ORQ-CE | 8,337.22- / 675.00- | 7,662.22 |
| 02/16/01 / 03/02/01 | BUY | 50- | CALL 100 ORACLECORP. 03-17-01 @ 25.00 | Short-term ORQ-CE | 7,712.24- / 675.00- | 7,037.24 |
| 02/16/01 / 03/05/01 | BUY | 50- | CALL 100 ORACLECORP. 03-17-01 @ 25.00 | Short-term ORQ-CE | 7,712.24- / 362.50- | 7,349.74 |
| 02/16/01 / 03/05/01 | BUY | 100- | CALL 100 ORACLECORP. 03-17-01 @ 25.00 | Short-term ORQ-CE | 19,174.35- / 725.00- | 18,449.35 |
| 02/20/01 / 03/05/01 | BUY | 50- | CALL 100 ORACLECORP. 03-17-01 @ 25.00 | Short-term ORQ-CE | 8,962.20- / 362.50- | 8,599.70 |
| 02/20/01 / 03/05/01 | BUY | 50- | CALL 100 ORACLECORP. 03-17-01 @ 25.00 | Short-term ORQ-CE | 8,962.19- / 362.50- | 8,599.69 |
| 02/21/01 / 03/05/01 | BUY | 50- | CALL 100 ORACLECORP. 03-17-01 @ 25.00 | Short-term ORQ-CE | 5,837.30- / 362.50- | 5,474.80 |
| 02/21/01 / 03/05/01 | BUY | 50- | CALL 100 ORACLECORP. 03-17-01 @ 25.00 | Short-term ORQ-CE | 5,837.30- / 362.50- | 5,474.80 |
| 02/21/01 / 03/05/01 | BUY | 100- | CALL 100 ORACLECORP. 03-17-01 @ 25.00 | Short-term ORQ-CE | 14,799.50- / 725.00- | 14,074.50 |

For the Period: 03/01/01 Through 03/30/01

Pershing

DRIFTON FINANCE CORP

May-04-05    06:13pm    From-LERACH ET AL                          6162394167          T-771    P.132/247    F-481

CREDIT | FIRST
SUISSE | BOSTON
Donaldson, Lufkin & Jenrette
Securities Corporation

Global Headquarters
277 Park Avenue
New York NY 10172
(212) 892-3000

**YOUR BROKERAGE
ACCOUNT STATEMENT**

COPY

# SCHEDULE OF REALIZED GAINS AND LOSSES YEAR TO DATE

(continued)

| Opening Date / Closing Date | Closing Transaction | Quantity | Security Description | Holding Period / Security ID | Cost Basis / Proceeds | Realized G/L |
|---|---|---|---|---|---|---|
| 02/21/01 03/05/01 | BUY | 50- | CALL 100 ORACLECORP. 03-17-01 @ 25.00 | Short-term ORO-CE | 8,462.28– 362.50– | 6,099.78 |
| 01/25/01 03/05/01 | BUY | 100- | PUT 100 ORACLECORP. 03-17-01 @ 22.50 | Short-term ORO-OX | 57,800.00 106,425.32 | 48,625.32– |
| 01/26/01 03/05/01 | BUY | 100- | PUT 100 ORACLECORP. 03-17-01 @ 22.50 | Short-term ORO-OX | 57,800.00 107,050.30 | 49,250.30– |
| 01/26/01 03/05/01 | BUY | 100- | PUT 100 ORACLECORP. 03-17-01 @ 22.50 | Short-term ORO-OX | 57,800.00 107,675.27 | 49,875.27– |
| 01/26/01 03/05/01 | BUY | 100- | PUT 100 ORACLECORP. 03-17-01 @ 22.50 | Short-term ORO-OX | 9,174.68– 57,800.00– | 48,625.32 |
| 01/25/01 03/05/01 | BUY | 100- | PUT 100 ORACLECORP. 03-17-01 @ 22.50 | Short-term ORO-OX | 8,549.70– 57,800.00– | 49,250.30 |
| 01/26/01 03/05/01 | BUY | 100- | PUT 100 ORACLECORP. 03-17-01 @ 22.50 | Short-term ORO-OX | 7,924.73– 57,800.00– | 49,875.27 |
| 03/01/01 03/05/01 | BUY | 100- | PUT 100 ORACLECORP. 03-17-01 @ 22.50 | Short-term ORO-OX | 57,800.00 82,151.13 | 24,351.13– |
| 03/01/01 03/05/01 | BUY | 100- | PUT 100 ORACLECORP. 03-17-01 @ 22.50 | Short-term ORO-OX | 33,448.88– 57,800.00– | 24,351.12 |

For the Period: 03/01/01 Through 03/30/01

DRIFTON FINANCE CORP

Page 63 of 76

Pershing

May-04-05   06:13pm   From-LERACH ET AL



CREDIT FIRST
SUISSE BOSTON
Donaldson, Lufkin & Jenrette
Securities Corporation

Global Headquarters
277 Park Avenue
New York NY 10172
(212) 892-3000

**YOUR BROKERAGE**
**ACCOUNT STATEMENT**

COPY

## SCHEDULE OF REALIZED GAINS AND LOSSES YEAR TO DATE

(continued)

| Opening Date / Closing Date | Closing Transaction | Quantity | Security Description | Holding Period / Security ID | Cost Basis / Proceeds | Realized G/L |
|---|---|---|---|---|---|---|
| 02/21/01 03/08/01 | BUY | 50- | CALL 100 ORACLECORP. 03-17-01 @ 25.00 | Short-term ORQ-CE | 6,462.28– 382.50– | 6,099.78 |
| 02/22/01 03/08/01 | BUY | 100- | CALL 100 ORACLECORP. 03-17-01 @ 25.00 | Short-term ORQ-CE | 11,674.60– 725.00– | 10,949.60 |
| 02/22/01 03/08/01 | BUY | 50- | CALL 100 ORACLECORP. 03-17-01 @ 25.00 | Short-term ORQ-CE | 6,149.79– 362.50– | 5,787.29 |
| 03/07/01 03/08/01 | BUY | 10- | PUT 100 ORACLECORP. 03-17-01 @ 20.00 | Short-term ORQ-OD | 2,157.43– 2,592.50– | 435.07– |
| 03/07/01 03/08/01 | BUY | 100- | PUT 100 ORACLECORP. 03-17-01 @ 20.00 | Short-term ORQ-OD | 21,574.27– 26,550.00– | 4,975.73– |
| 03/07/01 03/08/01 | BUY | 90- | PUT 100 ORACLECORP. 03-17-01 @ 20.00 | Short-term ORQ-OD | 19,416.84– 23,895.00– | 4,478.16– |
| 03/07/01 03/08/01 | BUY | 100- | PUT 100 ORACLECORP. 03-17-01 @ 20.00 | Short-term ORQ-OD | 21,574.28– 27,175.00– | 5,600.72– |

DRIFTON FINANCE CORP

Page 04 of 76

For the Period: 03/31/01 Through 03/30/01

Pershing

May-04-05   06:14pm   From-LERACH ET AL

CREDIT FIRST
SUISSE BOSTON
Donaldson, Lufkin & Jenrette
Securities Corporation

171 OLD BROAD STREET
LONDON EC2N 1AP ENGLAND
(0171) 826-6300

Global Headquarters
277 Park Avenue
New York NY 10172
(212) 892-3000

**YOUR BROKERAGE**
**ACCOUNT STATEMENT**

*(continued)*

## COPY

## SCHEDULE OF REALIZED GAINS AND LOSSES YEAR TO DATE

| Opening Date / Closing Date | Closing Transaction | Quantity | Security Description | Holding Period / Security ID | Cost Basis / Proceeds | Realized G/L |
|---|---|---|---|---|---|---|
| 03/06/01 03/08/01 | BUY | 200- | PUT 100 ORACLECORP. 03-17-01 @ 17.50 | Short-term ORQ-OW | 19,599.33- 20,400.00- | 800.67- |
| 03/12/01 03/12/01 | BUY | 100- | PUT 100 ORACLECORP. 03-17-01 @ 17.50 | Short-term ORQ-OW | 18,049.46- 21,975.00- | 5,925.54- |
| 03/12/01 03/12/01 | BUY | 100- | PUT 100 ORACLECORP. 03-17-01 @ 17.50 | Short-term ORQ-OW | 18,049.45- 23,225.00- | 7,175.55- |
| 03/12/01 03/13/01 | BUY | 200- | CALL 100 ORACLECORP. 03-17-01 @ 15.00 | Short-term ORQ-CC | 20,649.29- 35,400.00- | 14,750.71- |

For the Period: 03/01/01 Through 03/29/01

DRIFTON FINANCE CORP

May-04-05   06:14pm   From-LERACH ET AL                         6102364187         T-717   P.199/237   F-665

CREDIT FIRST
SUISSE BOSTON
Donaldson, Lufkin & Jenrette
Securities Corporation

111 OLD BROAD STREET
LONDON EC2N 1JF ENGLAND
020 655 5000

Global Headquarters
277 Park Avenue
New York NY 10172
(212) 892-3000

YOUR BROKERAGE
ACCOUNT STATEMENT

COPY

## SCHEDULE OF REALIZED GAINS AND LOSSES YEAR TO DATE

*(continued)*

| Opening Date / Closing Date | Closing Transaction | Quantity | Security Description | Holding Period / Security ID | Cost Basis / Proceeds | Realized G/L |
|---|---|---|---|---|---|---|
| | | | | | | 895,310.64 – |
| 02/16/01 / 03/16/01 | SELL | 90,000 | ORACLE CORP COM | Short-term ORCL | 2,192,127.09 / 1,296,816.45 | |
| 03/02/01 / 03/16/01 | SELL | 2,500 | ORACLE CORP COM | Short-term ORCL | 59,500.10 / 36,022.68 | 23,477.42 – |
| 03/02/01 / 03/16/01 | SELL | 200 | ORACLE CORP COM | Short-term ORCL | 3,837.02 / 2,881.81 | 955.21 – |
| 03/05/01 / 03/16/01 | SELL | 27,500 | ORACLE CORP COM | Short-term ORCL | 654,938.65 / 396,249.47 | 258,689.18 – |
| 03/12/01 / 03/16/01 | SELL | 3,800 | ORACLE CORP COM | Short-term ORCL | 93,307.65 / 56,195.38 | 37,112.27 – |
| 03/13/01 / 03/16/01 | SELL | 15,900 | ORACLE CORP COM | Short-term ORCL | 362,184.26 / 229,104.24 | 133,080.02 – |
| 03/16/01 / 03/16/01 | SELL | 100 | CALL 100 ORACLE CORP. 03-17-01 @ 12.50 | Short-term ORQ-CV | 14,798.50 / 17,924.40 | 3,124.90 |

DRIFTON FINANCE CORP

For the Period: 03/01/01 Through 03/30/01

Pershing

Page 66 of 78

May-04-05   06:14pm   From-LERACH ET AL

CREDIT FIRST | SUISSE | BOSTON
Donaldson, Lufkin & Jenrette
Securities Corporation

111 OLD BROAD STREET
LONDON EC2N 1PH ENGLAND

Global Headquarters
277 Park Avenue
New York NY 10172
(212) 892-3000

**YOUR BROKERAGE ACCOUNT STATEMENT**

COPY

# SCHEDULE OF REALIZED GAINS AND LOSSES YEAR TO DATE

(continued)

| Opening Date / Closing Date | Closing Transaction | Quantity | Security Description | Holding Period / Security ID | Cost Basis / Proceeds | Realized G/L |
|---|---|---|---|---|---|---|
| 03/18/01 / 03/18/01 | SELL | 100 | CALL 100 ORACLE CORP. 03-17-01 @ 12.50 | Short-term ORQ-CV | 12,924.56 / 17,924.39 | 4,999.83 |
| 03/18/01 / 03/18/01 | SELL | 100 | CALL 100 ORACLE CORP. 03-17-01 @ 12.50 | Short-term ORQ-CV | 12,924.56 / 14,799.50 | 1,874.94 |
| 03/18/01 / 03/18/01 | SELL | 100 | CALL 100 ORACLE CORP. 03-17-01 @ 12.50 | Short-term ORQ-CV | 16,049.46 / 14,799.50 | 1,249.96- |
| 03/18/01 / 03/18/01 | SELL | 100 | CALL 100 ORACLE CORP. 03-17-01 @ 12.50 | Short-term ORQ-CV | 15,424.48 / 12,924.56 | 2,499.82- |
| 03/18/01 / 03/18/01 | SELL | 100 | CALL 100 ORACLE CORP. 03-17-01 @ 12.50 | Short-term ORQ-CV | 16,049.46 / 12,924.56 | 3,124.80- |
| 03/18/01 / 03/18/01 | BUY | 100- | CALL 100 ORACLE CORP. 03-17-01 @ 12.50 | Short-term ORQ-CV | 21,550.00 / 27,050.54 | 5,500.54- |
| 03/16/01 / 03/16/01 | BUY | 100- | CALL 100 ORACLE CORP. 03-17-01 @ 12.50 | Short-term ORQ-CV | 21,550.00 / 27,675.52 | 6,125.52- |
| 03/16/01 / 03/16/01 | BUY | 100- | CALL 100 ORACLE CORP. 03-17-01 @ 12.50 | Short-term ORQ-CV | 21,550.00 / 27,050.54 | 5,500.54- |
| 03/16/01 / 03/16/01 | SELL | 100 | PUT 100 ORACLE CORP. 03-17-01 @ 15.00 | Short-term ORQ-OC | 6,099.79 / 6,099.79 | .00 |
| 03/16/01 / 03/16/01 | SELL | 100 | PUT 100 ORACLE CORP. 03-17-01 @ 15.00 | Short-term ORQ-OC | 6,099.79 / 6,099.79 | .00 |
| 03/16/01 / 03/16/01 | SELL | 200 | PUT 100 ORACLE CORP. 03-17-01 @ 15.00 | Short-term ORQ-OC | 14,675.50 / 14,675.50 | .00 |
| 02/21/01 / 03/16/01 | BUY | 88- | PUT 100 ORACLE CORP. 03-17-01 @ 25.00 | Short-term ORQ-OE | 94,855.00 / 164,174.86 | 69,318.86- |

For the Period: 03/01/01 Through 03/30/01

DRIFTON FINANCE CORP

Pershing

May-04-05   06:15pm   From-LERACH ET AL   6192394167   T-771   P.137/247   F-463

RBERT FIRST
UBSSE BOSTON
...son, Lurkin & Jerrette
securities Corporation

Global Headquarters
277 Park Avenue
New York NY 10172
(212) 892-3000

YOUR BROKERAGE
ACCOUNT STATEMENT

## COPY

# SCHEDULE OF REALIZED GAINS AND LOSSES YEAR TO DATE (continued)

| Opening Date / Closing Date | Closing Transaction | Quantity | Security Description | Holding Period / Security ID | Cost Basis/ Proceeds | Realized G/L |
|---|---|---|---|---|---|---|
| 02/22/01 03/16/01 | BUY | 100- | PUT 100 ORACLE CORP. 03-17-01 @ 25.00 | Short-term ORQ-OE | 110,300.00 194,650.88 | 84,350.88- |
| 02/22/01 03/16/01 | BUY | 50- | PUT 100 ORACLE CORP. 03-17-01 @ 25.00 | Short-term ORQ-OE | 55,150.00 95,450.50 | 40,300.50- |
| 02/23/01 03/16/01 | BUY | 50- | PUT 100 ORACLE CORP. 03-17-01 @ 25.00 | Short-term ORQ-OE | 55,150.00 89,825.69 | 34,675.69- |
| 02/26/01 03/16/01 | BUY | 200- | PUT 100 ORACLE CORP. 03-17-01 @ 25.00 | Short-term ORQ-OE | 220,600.00 369,302.42 | 148,702.42- |
| 02/26/01 03/16/01 | BUY | 100- | PUT 100 ORACLE CORP. 03-17-01 @ 25.00 | Short-term ORQ-OE | 110,300.00 185,901.17 | 75,601.17- |
| 02/28/01 03/16/01 | BUY | 100- | PUT 100 ORACLE CORP. 03-17-01 @ 25.00 | Short-term ORQ-OE | 110,300.00 189,651.04 | 79,351.04- |
| 02/28/01 03/16/01 | BUY | 100- | PUT 100 ORACLE CORP. 03-17-01 @ 25.00 | Short-term ORQ-OE | 110,300.00 190,901.00 | 80,601.00- |
| 03/05/01 03/16/01 | BUY | 10- | PUT 100 ORACLE CORP. 03-17-01 @ 25.00 | Short-term ORQ-OE | 11,030.00 14,840.25 | 3,810.25- |
| 03/07/01 03/16/01 | BUY | 4- | PUT 100 ORACLE CORP. 03-17-01 @ 25.00 | Short-term ORQ-OE | 4,412.00 6,286.09 | 1,874.09- |
| 03/15/01 03/16/01 | SELL | 75 | PUT 100 ORACLE CORP. 04-21-01 @ 25.00 | Short-term ORQ-PE | 81,759.89 81,803.52 | 43.63 |

DRIFTON FINANCE CORP

For the Period: 03/01/01 Through 03/30/01



CREDIT FIRST
SUISSE BOSTON
Jonathan, Lufkin & Jenrette
Securities Corporation

111 OLD BROAD STREET
LONDON EC2N 1AP ENGLAND

Global Headquarters
277 Park Avenue
New York NY 10172
(212) 892-3000

YOUR BROKERAGE
ACCOUNT STATEMENT

COPY

## SCHEDULE OF REALIZED GAINS AND LOSSES YEAR TO DATE

(continued)

| Opening Date Closing Date | Closing Transaction | Quantity | Security Description | Holding Period Security ID | Cost Basis/ Proceeds | Realized (G/L) |
|---|---|---|---|---|---|---|
| 03/12/01 03/17/01 | X OPTS | 100- | CALL 100 ORACLE CORP. 03-17-01 @ 15.00 | Short-term ORO-CC | 10,324.64– .00 | 10,324.64 |
| 03/14/01 03/17/01 | X OPTS | 100- | CALL 100 ORACLE CORP. 03-17-01 @ 15.00 | Short-term ORO-CC | 11,549.81– .00 | 11,549.81 |

**DRIFTON FINANCE CORP**

Page 71 of 76

For the Period: 03/01/01 Through 03/30/01

Pershing

May-04-05  06:16pm  From-LERACH ET AL          6192304187          T-771  P.139/247  F-459

**CREDIT|FIRST**
**SUISSE|BOSTON**
Donaldson, Lufkin & Jenrette
Securities Corporation

111 OLD BROAD STREET
LONDON EC2N 1AP ENGLAND

Global Headquarters
277 Park Avenue
New York NY 10172
(212) 892-3000

YOUR BROKERAGE
ACCOUNT STATEMENT

COPY

## SCHEDULE OF REALIZED GAINS AND LOSSES YEAR TO DATE (continued)

| Opening Date / Closing Date | Closing Transaction | Quantity | Security Description | Holding Period / Security ID | Cost Basis/ Proceeds | Realized G/L |
|---|---|---|---|---|---|---|
| 03/14/01 03/17/01 | XOPTS | 200- | CALL 100 ORACLE CORP. 03-17-01 @ 15.00 | Short-term ORQ-CC | 20,849.28- .00 | 20,849.28 |
| 03/14/01 03/17/01 | XOPTS | 100- | CALL 100 ORACLE CORP. 03-17-01 @ 15.00 | Short-term ORQ-CC | 11,049.62- .00 | 11,049.62 |
| 03/14/01 03/17/01 | XOPTS | 400- | CALL 100 ORACLE CORP. 03-17-01 @ 15.00 | Short-term ORQ-CC | 49,198.33- .00 | 49,198.33 |
| 02/23/01 03/17/01 | XOPTS | 100- | CALL 100 ORACLE CORP. 03-17-01 @ 20.00 | Short-term ORQ-CD | 28,699.00- .00 | 28,699.00 |
| 02/23/01 03/17/01 | XOPTS | 100- | CALL 100 ORACLE CORP. 03-17-01 @ 20.00 | Short-term ORQ-CD | 29,699.00- .00 | 29,699.00 |
| 02/23/01 03/17/01 | XOPTS | 200- | CALL 100 ORACLE CORP. 03-17-01 @ 20.00 | Short-term ORQ-CD | 59,397.99- .00 | 59,397.99 |
| 02/23/01 03/17/01 | XOPTS | 100- | CALL 100 ORACLE CORP. 03-17-01 @ 20.00 | Short-term ORQ-CD | 30,948.96- .00 | 30,948.96 |
| 02/23/01 03/17/01 | XOPTS | 100- | CALL 100 ORACLE CORP. 03-17-01 @ 20.00 | Short-term ORQ-CD | 29,699.00- .00 | 29,699.00 |
| 02/28/01 03/17/01 | XOPTS | 100- | CALL 100 ORACLE CORP. 03-17-01 @ 20.00 | Short-term ORQ-CD | 21,574.27- .00 | 21,574.27 |
| 02/28/01 03/17/01 | XOPTS | 100- | CALL 100 ORACLE CORP. 03-17-01 @ 20.00 | Short-term ORQ-CD | 24,074.19- .00 | 24,074.19 |
| 02/28/01 03/17/01 | XOPTS | 200- | CALL 100 ORACLE CORP. 03-17-01 @ 20.00 | Short-term ORQ-CD | 35,848.78- .00 | 35,848.78 |
| 02/28/01 03/17/01 | XOPTS | 200- | CALL 100 ORACLE CORP. 03-17-01 @ 20.00 | Short-term ORQ-CD | 48,148.37- .00 | 48,148.37 |

For the Period: 03/01/01 Through 03/30/01

DRIFTON FINANCE CORP

May-04-05   06:16pm   From-LERACH ET AL   6182394187   T-771   P.140/247   F-459

CREDIT FIRST
SUISSE BOSTON
Donaldson, Lufkin & Jenrette
Securities Corporation

111 OLD BROAD STREET
LONDON EC2N 1QP ENGLAND

Global Headquarters
277 Park Avenue
New York, NY 10172
(212) 562-3000

YOUR BROKERAGE
ACCOUNT STATEMENT

# COPY

## SCHEDULE OF REALIZED GAINS AND LOSSES YEAR TO DATE

*(continued)*

| Opening Date / Closing Date | Closing Transaction | Security Description | Quantity | Holding Period / Security ID | Cost Basis/ Proceeds | Realized G/L |
|---|---|---|---|---|---|---|
| 02/28/01 03/17/01 | XOPTS | CALL 100 ORACLE CORP. 03-17-01 @ 17.50 | 100- | Short-term ORQ-CW | 27,824.08- .00 | 27,824.08 |
| 02/28/01 03/17/01 | XOPTS | CALL 100 ORACLE CORP. 03-17-01 @ 17.50 | 100- | Short-term ORQ-CW | 30,948.98- .00 | 30,948.98 |
| 02/28/01 03/17/01 | XOPTS | CALL 100 ORACLE CORP. 03-17-01 @ 17.50 | 200- | Short-term ORQ-CW | 57,098.08- .00 | 57,098.08 |
| 03/01/01 03/17/01 | XOPTS | CALL 100 ORACLE CORP. 03-17-01 @ 17.50 | 200- | Short-term ORQ-CW | 64,397.83- .00 | 64,397.83 |
| 03/01/01 03/17/01 | XOPTS | CALL 100 ORACLE CORP. 03-17-01 @ 17.50 | 100- | Short-term ORQ-CW | 28,449.04- .00 | 28,449.04 |
| 03/05/01 03/17/01 | XOPTS | CALL 100 ORACLE CORP. 03-17-01 @ 17.50 | 200- | Short-term ORQ-CW | 18,349.38- .00 | 18,349.38 |
| 03/05/01 03/17/01 | XOPTS | CALL 100 ORACLE CORP. 03-17-01 @ 17.50 | 200- | Short-term ORQ-CW | 18,349.37- .00 | 18,349.37 |
| 03/06/01 03/17/01 | XOPTS | CALL 100 ORACLE CORP. 03-17-01 @ 17.50 | 100- | Short-term ORQ-CW | 11,049.62- .00 | 11,049.62 |
| 03/07/01 03/17/01 | XOPTS | CALL 100 ORACLE CORP. 03-17-01 @ 17.50 | 100- | Short-term ORQ-CW | 14,174.52- .00 | 14,174.52 |
| 03/07/01 03/17/01 | XOPTS | CALL 100 ORACLE CORP. 03-17-01 @ 17.50 | 100- | Short-term ORQ-CW | 14,174.52- .00 | 14,174.52 |
| 03/08/01 03/17/01 | XOPTS | CALL 100 ORACLE CORP. 03-17-01 @ 17.50 | 100- | Short-term ORQ-CW | 13,549.54- .00 | 13,549.54 |
| 03/08/01 03/17/01 | XOPTS | CALL 100 ORACLE CORP. 03-17-01 @ 17.50 | 100- | Short-term ORQ-CW | 9,799.87- .00 | 9,799.87 |

DRIFTON FINANCE CORP

For the Period: 03/01/01 Through 03/30/01

Pershing

Page 73 of 78

May-04-05   06:16pm   From-LERACH ET AL                    6192394187            T-771   P.141/284   F-453

CREDIT FIRST
SUISSE BOSTON
Donaldson, Lufkin & Jenrette
Securities Corporation

111 OLD BROAD STREET
LONDON EC2N 1QP ENGLAND

Global Headquarters
277 Park Avenue
New York NY 10172
(212) 892-3000

**YOUR BROKERAGE
ACCOUNT STATEMENT**

**COPY**

## SCHEDULE OF REALIZED GAINS AND LOSSES YEAR TO DATE (continued)

| Opening Date / Closing Date | Closing Transaction | Quantity | Security Description | Holding Period / Security ID | Cost Basis / Proceeds | Realized G/L |
|---|---|---|---|---|---|---|
| 03/08/01 03/17/01 | XOPTS | 200- | CALL 100 ORACLE CORP. 03-17-01 @ 17.50 | Short-term ORD-CW | 20,849.28- .00 | 20,849.28 |
| 03/09/01 03/17/01 | XOPTS | 100- | CALL 100 ORACLE CORP. 03-17-01 @ 17.50 | Short-term ORD-CW | 9,174.69- .00 | 9,174.69 |
| 03/09/01 03/17/01 | XOPTS | 200- | CALL 100 ORACLE CORP. 03-17-01 @ 17.50 | Short-term ORD-CW | 8,449.71- .00 | 8,449.71 |
| 03/09/01 03/17/01 | XOPTS | 100- | CALL 100 ORACLE CORP. 03-17-01 @ 17.50 | Short-term ORD-CW | 3,649.87- .00 | 3,649.87 |
| 03/12/01 03/17/01 | XOPTS | 100- | CALL 100 ORACLE CORP. 03-17-01 @ 17.50 | Short-term ORD-CW | 2,087.92- .00 | 2,087.92 |
| 03/12/01 03/17/01 | XOPTS | 100- | CALL 100 ORACLE CORP. 03-17-01 @ 17.50 | Short-term ORD-CW | 1,774.94- .00 | 1,774.94 |
| 03/14/01 03/17/01 | XOPTS | 200- | CALL 100 ORACLE CORP. 03-17-01 @ 17.50 | Short-term ORD-CW | 3,549.87- .00 | 3,549.87 |
| 03/19/01 03/20/01 | BUY | 280- | PUT 100 ORACLE CORP. 04-21-01 @ 15.00 | Short-term ORD-PC | 43,185.54- 40,060.00- | 2,871.46- |

**For the Period: 03/01/01 Through 03/30/01**     **Account Number: 2L0-003097**     DRIFTON FINANCE CORP

Pershing                                                                                      Page 74 of 76

May-04-05   06:17pm   From-LERACH ET AL

CREDIT|FIRST
SUISSE|BOSTON
Donaldson, Lufkin & Jenrette
Securities Corporation

111 OLD BROAD STREET
LONDON EC2N 1PH
0207 454-6300

Global Headquarters
277 Park Avenue
New York NY 10172
(212) 892-3000

## YOUR BROKERAGE
## ACCOUNT STATEMENT

## COPY

## SCHEDULE OF REALIZED GAINS AND LOSSES YEAR TO DATE

(continued)

| Opening Date / Closing Date | Closing Transaction | Quantity | Security Description | Holding Period / Security ID | Cost Basis / Proceeds | Realized G/L |
|---|---|---|---|---|---|---|
| 03/19/01 03/20/01 | BUY | 20- | PUT 100 ORACLE CORP. 04-21-01 @ 15.00 | Short-term ORQ-PC | 3,064.90- 3,165.00- | 50.10- |
| 03/19/01 03/20/01 | BUY | 100- | PUT 100 ORACLE CORP. 04-21-01 @ 15.00 | Short-term ORQ-PC | 15,424.48- 17,700.00- | 2,275.52- |
| 03/09/01 03/23/01 | BUY | 200- | CALL 100 ORACLE CORP. 04-21-01 @ 17.50 | Short-term ORQ-DW | 29,599.00- 20,400.00- | 9,199.00 |
| 03/09/01 03/23/01 | BUY | 400- | CALL 100 ORACLE CORP. 04-21-01 @ 17.50 | Short-term ORQ-DW | 59,197.99- 40,800.00- | 18,397.99 |
| 03/09/01 03/28/01 | BUY | 200- | CALL 100 ORACLE CORP. 04-21-01 @ 17.50 | Short-term ORQ-DW | 29,599.00- 18,400.00- | 11,199.00 |
| 03/09/01 03/28/01 | BUY | 100- | CALL 100 ORACLE CORP. 04-21-01 @ 17.50 | Short-term ORQ-DW | 15,424.48- 9,200.00- | 6,224.48 |
| 03/09/01 03/28/01 | BUY | 100- | CALL 100 ORACLE CORP. 04-21-01 @ 17.50 | Short-term ORQ-DW | 14,799.50- 9,200.00- | 5,599.50 |
| 03/16/01 03/27/01 | BUY | 200- | CALL 100 ORACLE CORP. 04-21-01 @ 15.00 | Short-term ORQ-DC | 22,099.25- 45,200.00- | 23,100.75- |
| 03/20/01 03/28/01 | BUY | 300- | PUT 100 ORACLE CORP. 04-21-01 @ 17.50 | Short-term ORQ-PW | 68,472.68- 83,400.00- | 14,927.32- |

**For the Period: 03/01/01 Through 03/30/01**

DRIFTON FINANCE CORP

Pershing

Page 75 of 76

May-04-05   06:17pm   From-LERACH ET AL          6192394187        T-771   P.143/247   F-453

CREDIT FIRST
SUISSE BOSTON
Jonsidtson, Lufkin & Jenrette
Securities Corporation

111 OLD BROAD STREET
LONDON EC2M 1AP ENGLAND
(207-882-8200

Global Headquarters
277 Park Avenue
New York NY 10172
(212) 892-3000

YOUR BROKERAGE
ACCOUNT STATEMENT

## COPY

# SCHEDULE OF REALIZED GAINS AND LOSSES YEAR TO DATE

(continued)

| Opening Date / Closing Date | Closing Transaction | Quantity | Security Description | Holding Period / Security ID | Cost Basis / Proceeds | Realized G/L |
|---|---|---|---|---|---|---|
| 03/20/01 03/24/01 | BUY | 100- | PUT 100 ORACLE CORP. 04-21-01 @ 17.50 | Short-term ORQ-PW | 22,824.23- 27,300.00- | 4,475.77- |
| 03/20/01 03/28/01 | BUY | 100- | PUT 100 ORACLE CORP. 04-21-01 @ 17.50 | Short-term ORQ-PW | 23,449.21- 28,600.00- | 5,150.79- |
| 03/09/01 03/29/01 | BUY | 100- | CALL 100 ORACLE CORP. 04-21-01 @ 17.50 | Short-term ORQ-DW | 12,924.58- 6,500.00- | 7,424.58 |
| 03/28/01 03/29/01 | BUY | 100- | CALL 100 ORACLE CORP. 04-21-01 @ 17.50 | Short-term ORQ-DW | 5,849.80- 5,500.00- | 349.80 |
| 03/21/01 03/28/01 | BUY | 100- | PUT 100 ORACLE CORP. 04-21-01 @ 17.50 | Short-term ORQ-PW | 26,574.10- 31,000.00- | 4,425.90- |
| 03/21/01 03/29/01 | BUY | 100- | PUT 100 ORACLE CORP. 04-21-01 @ 17.50 | Short-term ORQ-PW | 24,699.17- 31,000.00- | 6,300.83- |
| 03/13/01 03/30/01 | SELL | 14,100 | ORACLE CORP COM | Short-term ORCL | 321,164.53 212,574.37 | 108,590.16- |
| 03/13/01 03/30/01 | SELL | 7,500 | ORACLE CORP COM | Short-term ORCL | 168,975.00 113,071.48 | 55,903.52- |
| 03/14/01 03/30/01 | SELL | 7,500 | ORACLE CORP COM | Short-term ORCL | 171,550.55 113,071.48 | 58,479.07- |
| 03/16/01 03/30/01 | SELL | 900 | ORACLE CORP COM | Short-term ORCL | 12,922.31 13,568.57 | 646.26 |

*The information provided is meant as a general guide and should not be relied upon in the preparation of tax returns. No one associated with Pershing is authorized to give tax advice.*

**For the Period:** 03/01/01 Through 03/30/01

DRIFTON FINANCE CORP

Page 76 of 76

Pershing