# Appendix A:

# Curriculum Vitae of Stefan Boedeker



# Stefan Boedeker

**Stefan Boedeker**
Managing Director

**Navigant Consulting**
633 West Fifth Street
59th Floor
Los Angeles, CA 90071
Cell:  213.705.1324
Tel:  213.670.3233
Fax:  213.670.3203

sboedeker@navigantconsulting.com

Stefan is a Managing Director for Navigant Consulting where he focuses on the application of economic, statistical, and financial models to a variety of areas such as solutions to business issues, complex litigation cases, and economic impact studies.

## Professional and Business History

»   Deloitte & Touche LLP, 2003 - 2004, Partner ("Principal"), Leader of the Economic and Statistical Consulting Practice in the West Region

»   PricewaterhouseCoopers LLP, 2002 – 2003, Partner ("Principal"),  Leader of the Litigation Consulting Group in Los Angeles, Leader of the Economic and Statistical Consulting Practice in the West Region

»   Andersen LLP, 1992- 2002 – Partner (since 2000), last position held: Director of Economic and Statistical Consulting practice in the Pacific Region

»   University of California, San Diego, 1989-1991 – Teaching Assistant, Department of Economics

»   German Government, 1986-1989 – Economic Research Assistant

## Professional and Business Experience

### Disputes

»   In a shareholder derivative class action against a leading health care provider, employed an econometric approach and statistical analysis to quantify potential damages due to alleged Section 10(b)-5 violations and other claims.  Potential damages were calculated on a per share basis and involved the used of a multi-trader model to estimate the number of potentially damaged shares.

**Education**
- BS in Statistics, University of Dortmund, Germany
- BA in Business Administration, University of Dortmund, Germany
- MS in Statistics, University of Dortmund, Germany
- MA in Economics, University of California, San Diego
- Met Ph.D. requirements except dissertion in Economics, University of California, San Diego

**Professional Associations**
- Member of the American Economic Association (AEA)
- Member of the American Statistical Association (ASA)
- Member of the Econometric Society
- Member of the Mathematical Association of America (MAA)
- In 2001 Stefan was a member of an AICPA task force dealing with Corporate Integrity Agreements (CIA). Stefan was responsible for issues related to statistical methodology utilized in CIA's.



**Stefan Boedeker**

» For a publicly-traded manufacturer of office supplies, developed a Black-Scholes application and utilized a binomial distribution probability methodology to evaluate the appropriateness of the size of a loan loss reserve related to a loan collateralized by the assets of an employee stock purchase plan.

» For a prestigious national not-for-profit organization, performed a commissioned study to examine the actual trading activity of a number of diversified investors and compare it to alleged market price effects of claimed securities fraud (asserted in complaints) in order to determine the net impact of the particular diversified investors. Based on the study, made inferences about the impact on the broader community of diversified investors to determine to what extent shareholders in fact are paying themselves in class action settlements.

» In a class action shareholder lawsuit against a major medical technology company, estimated the impact of the alleged Rule 10(b)-5 violation on the stock price.  Estimated the number of shares that was potentially affected using a single and multi-trader model.  Calculated the overall potential damages to the class members.

» In several other Rule 10(b)-5 class actions, Stefan used econometric methods to perform event studies to calculate potential damages due to the alleged violations.

» In a litigation dispute with an Air Quality Management District, Stefan analyzed the relationship between operational factors and the level of NOx emissions by a large cement manufacturer. Project deliverables included an expert opinion report and an analytical model utilized to calculate optimal input factor requirements to minimize NOx emissions.

» In a high-profile environmental justice dispute, Stefan developed econometric models to examine the statewide distribution of particulate emissions and to evaluate claims of racial/socio-economic bias in the approval of air emission permits.

» Stefan directed an initiative to model property value diminution resulting from proximity to high-voltage power lines.   Employed results to evaluate risk and expected value of potential litigation against a large utility company.

» In a natural resource damage case, Stefan provided econometric analysis of property value loss due to proximity to a solid waste site utilizing hedonic regression models.

» In a natural resource damage case, Stefan provided econometric analysis of property value loss due to proximity to a polluted river utilizing hedonic regression models.

» For a case involving potential damage from a landfill in a state park, Stefan analyzed data about travel, tourism and park attendance. Stefan specified and estimated linear regression models and time series models to predict park attendance.



**Stefan Boedeker**

» In a class action case involving alleged diminution of property values due to ground-water contamination, Stefan specified and estimated hedonic regression models to show that other factors than the contamination contributed significantly to the loss in property value.

» For a large U.S. food and beverage company, Stefan worked on an evaluation of intangible assets based on an econometric model comparing the demand of branded and private label products.

» For a major health care provider, Stefan developed a benchmarking model to assess the exposure in a dispute with the Department of Justice regarding DRG overcoding issues.

» For a large healthcare corporation involved in the breast implant litigation, Stefan specified and estimated statistical models to quantify the expected contribution to a combined settlement pool. He also quantified potential liability in individual law suits by analyzing company specific production and profitability data combined with a study of the correlation between compensatory and punitive damages in similar law suits.

» In a dispute over decline in returns for soybean futures, Stefan specified statistical models to predict cumulative returns.

» For a major health care provider, Stefan developed statistical sampling plans in the area of Home Health Care to assess exposure in a DOJ investigation regarding medical necessity issues.

» For a major health care provider, Stefan developed statistical sampling models and predictive models to answer questions about irregularities of Lab billings.

» For a large homecare product provider, Stefan developed alternative stratified sampling models to address allegations of fraud.

» In a provider's OIG self-disclosure relating to CPT coding issues, Stefan conducted statistical sampling reviews to prove that the errors were random in nature and did not constitute fraud.

» For a major health care provider, Stefan developed statistical methods to assess the exposure in a DOJ investigation related to cost report reserve issues.

» For a state's psychiatric hospitals, Stefan developed the statistical methodology in a billing dispute with HCFA about potential charge and billing problems.

» In a variety of cases, Stefan designed statistical random samples for an HMO to test the validity and reliability of electronic databases in a billing dispute with HCFA (now CMS).

» In a variety of cases, Stefan assisted clients in the use of the Government approved statistical program RatStat to perform probe samples and the necessary extrapolations of repayments due to the Government in Medicare reimbursements disputes.



**Stefan Boedeker**

» In a variety of cases, Stefan designed statistical random samples for HMO's to test the validity and reliability of electronic databases containing patient information. In a large variety of cases, Stefan rebutted expert reports utilizing economic theory or statistical techniques, in particular economic demand models, regression models and statistical sampling methods.

» For several County-owned hospitals in San Diego County, Stefan conducted the statistical analysis for a self disclosure, and presented the results to the regional OIG office in Santa Ana, CA.

» In a dispute between a major health care provider and private payor groups, Stefan developed statistical stratified sampling models to assess exposure across different contract types.

» For a project analyzing data of billing overcharges of a chain of psychiatric hospitals, Stefan worked on a sample design and the estimation of the total amount of overcharges based on the sample.

» For a large home improvement retailer, Stefan applied statistical random moment sampling techniques to assess the percentage of exempt vs. non-exempt time worked by assistant managers.

» For a large mass merchandiser, Stefan assessed potential exposure due to allegations of off-the-clock work, break-time violations, and other manipulations of the time keeping system.

» In a gender discrimination case against a temporary employment agency, Stefan performed econometric analyses to disprove salary discrimination against two former female employees.

» For a vegetable seed company, Stefan performed rebuttal work of the plaintiff's expert's statistical analysis alleging age discrimination.

» For a major retailer, Stefan performed statistical calculations to quantify the impact of underpayment of overtime caused by a system error.

» For a major aerospace company, Stefan performed statistical analyses to rebut allegations of age discrimination.

» For a chain of video stores, Stefan developed statistical sampling methodologies for a time and motion study of managers to quantify their percentage of time spent on non-exempt activities in a wage and hour dispute.

» For a large discount retailer, Stefan developed statistical sampling methodologies to quality control court ordered document retention procedures.

» For a patent infringement case on industrial orbital sanders, Stefan analyzed scenarios based on economic demand models and price elasticity calculations to determine past and future lost profits as well as price erosion.



Stefan Boedeker

» In a copyright infringement case of used car evaluation guides, Stefan specified and estimated linear and non-linear regression models to determine the effect of the infringement of the copyright on sales over time.

» In a merger of two warehouse chains, Stefan specified statistical tests and regression models to explain differences in inventory shortages.

» In a dispute between the State of Tennessee and a health plan, Stefan performed a statistical analysis of a sample of claims to test for overpayments.

» For a patent infringement case on micro-motors, Stefan analyzed data of production and sales of goods that contain micro-motors and ran econometric regressions to determine price erosion.

» For a film production company, Stefan specified statistical models to quantify the loss in expected box office revenue due to the breach of contract by a celebrity.

» In a dispute between a union and a meatpacker over violation of state law with respect to fixed allowances for certain compensable activities, Stefan analyzed the union's damage claim and conducted an activity timing analysis.

» Stefan designed and administered large-scale databases to reconstruct accounting records of a large financial institution's Corporate Trust Department. He developed statistical models to analyze bondholders' presentment behavior of Bearer bonds.

» In a dispute between the Department of Interior and individual Native Americans over mismanagement of individual trust accounts, Stefan performed a statistical analysis of an electronic database with approximately 60 million records in order to draw a statistically valid sample of accounts for further analysis.

» In a trademark infringement case of video equipment, Stefan calculated damages based on the defendant's unjust enrichment utilizing statistical time trend models.

» For a major chemical company involved in a personal injury case, Stefan created and maintained a database containing damage award data about chemical industries.  Stefan also specified pooled cross-sectional/time-series regression models to analyze the effects of punitive damage awards on job safety and new capital expenditure.

» For a breach of contract case involving a production company over failed financing for a film, Stefan analyzed cost and revenue figures and estimated regression models to predict foreign box office revenues.

» For a large financial institution's personal trust department, Stefan designed a random sample to estimate the potential exposure due to fee overcharges.



» For a major long distance carrier, Stefan developed a stratified random sample design to estimate the amount of disputed charge backs from a service provider.

» In a dispute between a major long distance carrier and some of its supply vendors about overcharges on invoices, Stefan developed stratified random sample designs to quantify the overcharges.

» For a project analyzing the extent of competition in the market segments of a pipeline company, Stefan analyzed price indices.

» In an antitrust case involving high volume copiers, Stefan estimated the divisional cost of capital directly from divisional accounting time series using the capital asset pricing model.

» In a major municipal bankruptcy, Stefan performed an analysis of financial time series data of yields and cost of borrowing for the portfolio and selected subsets thereof. He also developed statistical forecast models based on the pre-bankruptcy portfolio to predict interest earnings and expenses as well as daily cash flows for the post-bankruptcy period.

» In a price fixing dispute between a class of agricultural chemical distributors and manufacturers, Stefan designed a PPS (probability proportional to size) sampling plan to analyze price setting for clusters of distributors.

» In a case involving magazine sales, Stefan specified and estimated binary logit models to calculate market entry probabilities of new customers.  He also conducted a simulation study of market entry for different remit rates.

## Non-Disputes

» For the Los Angeles County Department of Health Services, Stefan conducted a time and motion study to determine the time required to complete specific Medi-Cal eligibility and provider forms.

» For the American Film Marketing Association, Stefan performed an economic impact study of the influence of the independent film producers and distributors on the U.S. economy in general, and the California economy in particular.

» For a large entertainment client, Stefan developed statistical models to predict the return of video cassettes and DVDs.

» For several clients in the retail industry, Stefan developed statistical models to estimate the liability of unredeemed gift certificates.

» For Sales and Use Tax Audits, Stefan developed stratified statistical sampling models to estimate tax liability.  Stefan presented his methodologies to state tax authorities in several states (Tennessee, Florida, North Carolina, South Carolina)



**Stefan Boedeker**

» For several clients incorporated in the State of Delaware, Stefan estimated state tax liabilities based on escheated properties utilizing statistical sampling and statistical backcasting techniques.

» For a client in the restaurant business, Stefan developed statistical models to quantify the dollar amount of outstanding unredeemed gift certificates.

» For a major hotel chain, Stefan developed statistical models to forecast the redemption of frequent traveler program points for tax purposes.

» For a high profile e-commerce company, Stefan's team produced an interactive Business decision tool to forecast company growth and profitability. The interactive model allows the client, through the choice of a few fundamental inputs, to measure the simultaneous impact on all cost and revenue dimensions of the company, including real estate and equity participation.

» For the Nevada Resort Association, Stefan quantified the economic impact of the gaming industry with special emphasis on the accelerated population growth in greater Las Vegas.

» For the Los Angeles Unified School District, Stefan performed an economic study about the impact of different recycling programs.

» For the Arizona Tax Research Association, Stefan developed economic models to quantify the revenue impact of a proposed change of taxation in the construction sector in Arizona.

» For a hotel property management company, Stefan analyzed customer data, and used data mining methods to develop predictive models for customer acquisition, retention, and attrition.

» For the San Diego County Bar Association, Task Force on Diversity in the Profession, Stefan performed a statistical analysis of questionnaires on diversity including regression models and discrete choice models.

» For a project analyzing the extent of competition in the market segments of a pipeline company, Stefan worked on a pricing model and a price-elasticity analysis.

» For a project analyzing the extent of competition in the market segments of a pipeline company, Stefan estimated regression and Tobit-models to determine optimal bidding behavior for gas storage demand. He prepared testimony given in filings before the Federal Energy Regulatory Commission (FERC).

» For large grocery store chains, Stefan analyzed the effectiveness of a frequent shopper card program utilizing data mining techniques.  He also analyzed customer data to facilitate the introduction of one-to-one marketing tools.

» For a hotel property management company, Stefan developed a demand driven yield management system.



» For a company providing self storage space, Stefan developed a demand driven price-setting strategy utilizing own- and cross-price elasticity regression models.

» For a high-tech start-up with a unique service offering of new products, Stefan recommended product-pricing scenarios.

» For a large international conglomerate, Stefan developed customized data mining techniques for the implementation within a customer knowledge management system.

» For a large law firm, Stefan performed a comprehensive statistical analysis of Los Angeles superior court jury verdicts over the last decade. The project tested the hypothesis of systematic bias in particular courthouses with respect to plaintiff-win probability, length of trial, length of deliberation, and dollar amounts awarded.


## Depositions

» MRO Communications, Inc vs. American Telephone and Telegraph Company, United States District Court District of Nevada, Case. No. -5-95-903-PMP, Deposition Testimony on behalf of Defendant, September 26, 1996

» Yolanda Aiello Harris, individually and on behalf of all others similarly situated; Jennifer Hopkins, individually and on behalf of others similarly situated; Shannon L. Bradley, individually and on behalf of others similarly situated, Plaintiffs, vs. CB Richard Ellis, Inc., a California corporation; CB Commercial INC., a California corporation; Defendants, Superior Court of California, County of San Diego, Case No. GIC 745044, Deposition Testimony on behalf of Defendant, January 05, 2001.

» State of Tennessee, ex rel., Douglas Sizemore, Petitioner vs. Xantus Healthplan of Tennessee, Inc., Chancery Court of Davidson County, Tennessee at Nashville, Case No 99-917-II, Deposition Testimony, October 11, 2001.

» Howard Wright, Inc., a California corporation doing business as AppleOne Employment Services, Plaintiffs, vs. Olsen Staffing Services, Inc., a Delaware Corporation, Dagney Smith, an individual, Vicky Riechers, an individual, and Linda Shiftman, an individual, Defendants, Superior Court of the State of California for the County of Los Angeles, Case No. BC 200657, Deposition Testimony, December 7, 2001.

» Sacred Heart Medical Center, et al., Plaintiffs, -vs- Department of Social and Health Services, and Dennis Braddock, the Secretary of the Department of Social and Health Services, Defendants, Superior Court of the State of Washington in and for the County of Thurston, No. 00-2-01898-1, Deposition Testimony, January 23, 2003.



Stefan Boedeker

» Patrick Bjorkquist individually and on behalf of all others similarly situated, Plaintiff, vs. Farmers Insurance Company of Washington, Defendant, in the Superior Court of the State of Washington for King County, Case No.: 02-2-11684-1 SEA, Deposition Testimony, November 3, 2003.

» Diversified Property, a general partnership, Dora Saikhon Family Trust, and Nancy Saikhon Borrelli, an individual, Plaintiffs vs. Manufacturers Life Insurance (U.S.A.), a Michigan corporation, erroneously sued as Manufacturers Life Insurance Company, Inc., Defendants in the Superior Court of California, County of San Diego, Case No.: GIC 815128, Deposition Testimony on July 21, 2004.

» Alan Powers, Plaintiff, vs. Laramar Group et al., Defendants in the United States District Court, Northern District of California, No. C-02-3755 SBA, Deposition Testimony on August 27, 2004.

» Group Anesthesia Services, A Medical Group, Inc., Claimant, vs. American Medical Partners of North Carolina, Inc., etc., et al., Respondents, JAMS Arbitration, Reference No. 1100040919, Deposition Testimony on February 9, 2005.

» Group Anesthesia Services, A Medical Group, Inc., Claimant, vs. American Medical Partners of North Carolina, Inc., etc., et al., Respondents, JAMS Arbitration, Reference No. 1100040919, Deposition Testimony on March 11, 2005.

» Fujitsu Limited v. Cirrus Logic, Inc., and related actions, Case No. C02-01627, Deposition Testimony, April 21 and 22, 2005.  Data and statistical analysis, the details of which are covered by a protective order.

» Mark Goldman v. RadioShack Corporation, Case No.: 2:03-CV-0032, United States District Court, Eastern District of Pennsylvania, Deposition Testimony, May 18, 2005.


## Testimony

» State of Tennessee, ex rel., Douglas Sizemore, Petitioner vs. Xantus Healthplan of Tennessee, Inc., Chancery Court of Davidson County, Tennessee at Nashville, Case No 99-917-II, Trial Testimony, October 16, 2001.

» State of Tennessee, ex rel., Douglas Sizemore, Petitioner vs. Xantus Healthplan of Tennessee, Inc., Chancery Court of Davidson County, Tennessee at Nashville, Case No 99-917-II, Rebuttal Testimony, October 26, 2001.

» Howard Wright, Inc., a California corporation doing business as AppleOne Employment Services, Plaintiffs, vs. Olsen Staffing Services, Inc., a Delaware Corporation, Dagney Smith, an individual, Vicky Riechers, an individual, and Linda Shiftman, an individual, Defendants, Superior Court of the State of California for the County of Los Angeles, Case No. BC 200657, Trial Testimony, March 4, 2002.



Stefan Boedeker

»  Columbia/HCA Healthcare Corporation - Billing Practices Litigation, United States District Court, Middle District of Tennessee, Nashville Division, Case No. 3-98-MDL-1227 on June 28, 2002.

»  Sacred Heart Medical Center, et al., Plaintiffs, -vs- Department of Social and Health Services, and Dennis Braddock, the Secretary of the Department of Social and Health Services, Defendants, Superior Court of the State of Washington in and for the County of Thurston, No. 00-2-01898-1, Testimony in Liability Trial, April 14, 2003.

»  Diversified Property, a general partnership, Dora Saikhon Family Trust, and Nancy Saikhon Borrelli, an individual, Plaintiffs vs. Manufacturers Life Insurance (U.S.A.), a Michigan corporation, erroneously sued as Manufacturers Life Insurance Company, Inc., Defendants in the Superior Court of California, County of San Diego, Case No.: GIC 815128, Trial Testimony, October 25, 2004.

»  Bridgestone/Firestone North American Tire v. Sompo Japan Ins. Co. of America, United States District Court For the Middle District of Tennessee Nashville Division, Case No. 3-02-1117, Written Testimony, March 7, 2005.

»  Group Anesthesia Services, A Medical Group, Inc., Claimant, vs. American Medical Partners of North Carolina, Inc., etc., et al., Respondents, JAMS Arbitration, Reference No. 1100040919, Arbitration Testimony, March 23, 2005.

»  Mark Goldman v. RadioShack Corporation, Case No.: 2:03-CV-0032, United States District Court, Eastern District of Pennsylvania, Testimony in Liability Trial, June 28 and 29, 2005.

»  Mark Goldman v. RadioShack Corporation, Case No.: 2:03-CV-0032, United States District Court, Eastern District of Pennsylvania, Rebuttal Testimony in Liability Trial, July 5, 2005.


## Publications

»  Boedeker, Stefan and Goetz Trenkler (2001) - "A Comparison of the Ridge and Iteration Estimator" - in: Econometric Studies: A Festschrift in Honour of Joachim Frohn  (ed. by Ralph Friedmann, Lothar Knueppel, and Helmut Luetkepohl), New Brunswick

# Appendix B:

# Documents Reviewed

**Produced Documents**

Documents produced by Plaintiffs [PLFCLASS001 – 350], which include trading records for 1199 SEIU, Drifton, Chu, Kuehmichel and Sawyer

Documents produced by Congress Asset Management [CONG0001- 0057], which include 1199 SEIU's trading records

Documents produced by Credit Suisse First Boston [CREDSUIS0001 – 0246], which include Drifton's trading records

Documents produced by Turner Investment Partners [TURNER0001 – 0073], which include 1199 SEIU's trading records

Documents produced by Morgan Stanley [MORSTAN0001 – 0143], which include Chu's trading records

Documents produced by Robert Baird [BAIRD0001 – 0089], which include Kuehmichel's trading records

Documents produced by Merrill Lynch [ML0001 – 0003], which include Sawyer's trading records

**Depositions**

Transcript of Deposition of John J.L. Chobor and Exhibits thereto

Transcript of Deposition of Dzung Chu and Exhibits thereto

Transcript of Deposition of Jacques Fuhrer and Exhibits thereto

Transcript of Deposition of Ryan Kuehmichel and Exhibits thereto

Transcript of Deposition of Gregg A. O'Keefe and Exhibits thereto

Transcript of Deposition of Robert E. Turner and Exhibits thereto

Transcript of Deposition of Robert Sawyer and Exhibits thereto

**Legal Filings**

Revised Second Amended Complaint

Plaintiffs' Response to Defendants' Motion to Strike Plaintiffs' Motion for Class Certification and Corrected Memorandum in Support Thereof in Light of Dura Pharmaceuticals, Inc. v. Broudo, 125 S. Ct. 1627

Plaintiffs' Corrected Memorandum of Points and Authorities in Support of Motion for Class Certification

Plaintiffs' Notice of Motion and Motion for Class Certification

**Publicly-Available Sources**

"Microsoft Under $50; Shares Fall $6.31, Taking NASDAQ, Dow Down with Them" *Seattle Times,* 16 December 2000.

Mark Lewis, "Trader Wrapup: Rate Cut Boosts Tech, Banks," *Forbes.com,* 3 Jan 2001.

Alpesh Patel, "Have You Nerves of Steel? Then You Might Profit From Swing Trading Just as I do," *Financial Times,* 31 August 2002.

Thomson Financial, "Program Trading – A Bit of Clarity," June 2005.

Richard A. Booth, "The Uncertain Case For Regulating Program Trading," *Columbia Business Law Review,* 1994, 1-17.

Morgan Stanley Dean Witter, "Oracle: Getting Through Q3 in Good Shape," 9 February 2001.

Frank Reilly and Keith Brown, *Investment Analysis and Portfolio Management,* Thomson South-Western, 2003.

John Hull, *Options, Futures, and Other Derivatives, Fourth Edition,* Prentice-Hall, 2000.

David Brown and Kassandra Bentley, *All About Stock Market Strategies,* McGraw-Hill, 2002.

Anthony Saliba, *The Options Workbook,* Dearborn Trade, 2001.

# Appendix C:

# Publicly-Available Documents

Tab 1

Copyright 2000 The Seattle Times Company
The Seattle Times

**December** 16, 2000, Saturday Fourth Edition

**SECTION:** ROP ZONE; Business; Pg. D1

**LENGTH:** 628 words

**HEADLINE: Microsoft** under $50
Shares fall $6.31, taking **Nasdaq,** Dow down with them

**BYLINE:** Seattle Times staff and News services

**BODY:**

Investors double-clicked on **Microsoft** yesterday, sending the stock and the market with it to a big loss after the Redmond software company joined the growing ranks of those forecasting lower sales and **earnings.**

The shares fell $6.31 to $49.19. They have dropped 58 percent this year. More than 157 million shares changed hands, making it the sixth-most-active U.S. stock in history.

It was the first time in more than a decade **Microsoft** has trimmed its **earnings** and sales forecast, and followed other computer-related companies scaling back their estimates. Compaq Computer, Gateway and Intel have been hurt by sluggish sales of personal computers. **Microsoft's** Windows software runs 90 percent of the world's PCs.

"While we had hoped the PC-demand slowdown would have remained isolated to the consumer market, it is clearly affecting the corporate market as well," J.P. Morgan analyst Bill Epifanio said in a note to clients. He said corporate desktop software, including word processing and spreadsheet tools in **Microsoft** Office, account for about 60 percent of **Microsoft's** revenue.

"So, this hurts," he added.

It traded as low as $47.75 during the day, a new 52-week low for the company. **Microsoft** sent a warning to investors yesterday that its quarterly sales and profits were likely to be 6 percent lower than expected.

The Dow Jones industrial average closed down 240.03 at 10,434.96, a 2.3 percent loss. The **Nasdaq** composite index dropped nearly 2.8 percent, falling 75.17 to 2,653.34. The Standard & Poor's 500 index slid 28.83 to 1,312.10, a nearly 2.2 percent loss.

It was the heaviest trading day ever on the New York Stock Exchange, where an estimated 1.55 billion shares changed hands.

The expiration of option contracts and futures contracts yesterday, in what is called a "triple-witching," intensified the selling, but analysts said **earnings** concerns were responsible for most of the losses.

Elsewhere among Northwest companies it was a down day as well with some tech stocks following **Microsoft.** InfoSpace, RealNetworks and F5 Networks all posted losses. F5 took the hardest hit, dropping $1.56 to $21.88.

Boeing, another Dow component, was off as well, dropping $2.38 to $64.88 after several of its military programs ran into problems. Paccar shed $2.50 to close at $42.

Expeditors International was down sharply, losing $6.31 to $47.94. There was little to explain the **drop** other than a shift of the stock to the Standard & Poor's Midcap 400 group.

A Labor Department report showing a higher-than-expected inflation reading also surprised Wall Street, which is counting on an interest-rate cut early next year. The Federal Reserve, which sets the nation's monetary policy, previously has cited inflationary pressures as reasons to raise interest rates.

Falling costs of apparel and computers kept U.S. consumer prices from accelerating in November, a government report showed, and industrial production fell for a second straight month.

The reports confirmed the view among investors that the central bank is likely next week to **drop** its warning that accelerating inflation poses more of a risk to the economy than sluggish growth. Investors expect the central bank will cut rates at the end of January.

The number of companies saying they will not meet fourth-quarter sales or profit forecasts is up 70 percent from the same time last year, to 362 from 213, according to First Call/Thomson Financial.

Analysts are now forecasting 7.7 percent profit growth for the companies in the S&P 500 this quarter, down from 15.6 percent as of Oct. 1.

*Stephen H. Dunphy, Seattle Times business columnist, Associated Press and Bloomberg News contributed to this report.*

Tab 2

# MORGAN STANLEY DEAN WITTER

| Comment | Page 1 |
| --- | --- |

**Equity Research**
North America

| United States of America |
| --- |

| Technology: Enterprise Software |
| --- |

# Oracle

Reuters: ORCL.O  Bloomberg: ORCL  NASDAQ: ORCL

Charles E. Phillips
+1 (1)212 761 4450
Charles.Phillips@msdw.com

**Company Update**

February 9, 2001

## *Getting Through Q3 in Good Shape*

| STRONG BUY | |
| --- | --- |
| Price (February 8, 2001): | $27.13 |
| Price Target: | $62.50 |
| 52-Week Range: | $46.47 - 21.50 |

- **Applications Momentum Continues**
  Oracle got the message right - companies are responding to and intrigued by the one stop shopping and pre-integrated application suite.

- **Dot Com Candy**
  The impact from dot coms is primarily a database comparison issue. Startups tended to be long on core database technology but didn't get around to buying enterprise applications.

- **Database Oscillation**
  Database license growth fluctuates in a wide range throughout the year, even in good years.  If it wasn't dot coms it would be something else.

**Price: Abs. and Rel. To Market & Industry**



— Relative to MSCI WRLD/SOFTWARE & SERVICES (Right)
— Relative to S&P 500 Composite (Right)
— Oracle Corp. (Left, U.S. Dollar)

*Data Source: FactSet Research Systems Inc.*

| FY ending May 31: | 2000A | 2001E | 2002E | 2003E |
| --- | --- | --- | --- | --- |
| EPS ($) | 0.33 | 0.51 | 0.60 | – |
| P/E | 82.2 | 53.2 | 45.2 | – |

| | | 2001E | | 2002E | |
| Q'trly EPS | 2000A actual | curr | prior | curr | prior |
| --- | --- | --- | --- | --- | --- |
| Q1 | 0.04 | 0.08A | – | 0.09 | – |
| Q2 | 0.06 | 0.11A | – | 0.13 | – |
| Q3 | 0.08 | 0.12E | – | 0.14 | – |
| Q4 | 0.15 | 0.20E | – | 0.24 | – |

| | |
| --- | --- |
| Market Cap ($ m) | 159,359 |
| L-T EPS Grth ('yy - 'yy) (%) | 20.0 |
| Shares Outstanding (m) | 5,875.0 |

*E = Morgan Stanley Dean Witter Research Estimate*

**Company Description**

Oracle is the world's leading supplier of software for information management, and the second-largest software company. Oracle's products include the Oracle8 database, and an integrated family of horizontal application products.

**Please refer to important disclosures at the end of this report.**

*MORGAN STANLEY DEAN WITTER*

# Getting Through Q3 in Good Shape

**Applications Momentum Continues**

Oracle 11i continues to gain momentum despite the weakening macro environment. Oracle got the message right – companies are responding to and intrigued by the one stop shopping and pre-integrated application suite. The need to reduce complexity and accommodate change more easily argues for a unified application suite. A number of early wins such as JDS Uniphase (JDSU, $45), GE Aircraft Engines (GE, $47), ACT Manufacturing, Rockford Inc, UPS (UPS, $60), and BellSouth (BLS, $42) are starting to go live with the product. A few like JDS Uniphase have purchased the entire suite. Millipore (MIL, $52), Hitachi (6501.T, Yn1022), and Cummings Engine are rolling out the advanced planning and scheduling projects. The references are building but not without a lot of work. The growing pains of a new code base are evident in early bug counts and stability issues but the company seems to be working through these issues as expected.

The quarter started off well on the applications side with the large Covisint deal already booked (around $60 million). ERP is doing the best, as we expected, given the rebound in that market while supply chain is receiving surprising initial interest. CRM is still bumping along but hasn't broken out yet from what we can tell – people are still demanding more features, better performance, and richer support for disconnected clients.

Oracle is rolling out 11i for internal use to become its own showcase account. The company has gone live on 11i Financials, Sales Online, iStore, and Telesales. Other modules are being rolled out globally throughout the year. The benefits have been real. A good example is the sales compensation module which is supporting 10% more sales reps and 30% more transactions, as compared with last year, with 20% less headcount.

Integrators are also taking to the Oracle application suite because it's an executive level sale. Consolidating the business around a consistent technology platform takes executive authority and the mandate for business units to march toward a common technology architecture. That sounds a bit like re-engineering which is what the integrators want to do anyway. Accenture, KPMG, and AnswerThink seem particularly focused on Oracle

Applications and see the path to bigger deal sizes if more functional areas are pulled into the deal.

We remain comfortable with our estimate of $330 million, which represents 66% year to year growth, and sequential increase of $51 million in a gloomy macro environment for technology.

**Dot Com Candy**

Oracle took some of the dot com candy like everyone else during the venture capital sponsored spending spree of CQ1 2000. The impact from dot com's is primarily a database comparison issue for Oracle since these startups tended to be long on core database technology but didn't get around to buying enterprise applications.

Consequently, the database license comparison is even tougher than it looks since a segment of the buyers that drove last year's number are no longer around. Oracle had about 30 sizeable dot com customers last year that are no longer around. The company protected itself on receivables by demanding cash up front in most cases but we think between 10-12% of the database license revenue last year came from dot coms.

**Lowering License Revenue a Tad; EPS Unchanged**

The dot com comparison problem should translate to a temporary dip in database license growth. We're estimating database licenses could grow in the 10-13% range compared to 32% last year and 19% last quarter.

Database license growth fluctuates in a wide range throughout the year even in good years. If it wasn't dot com's it would be something else. We expect Q4 database license revenue to rebound given the relatively easy comparisons and the dot com comparisons will have moved through the system by then. Moreover, excluding the dot com impact – an unusual phenomenon unlikely to be repeated anytime soon – database license revenue from remaining customers will still be up 17-22% in our estimation.

Database revenue should start to benefit from Oracle9i by 1Q02 with perhaps a small benefit in 4Q01 as early adopters take an early peak at the product. 3Q01 should be an OK quarter for Oracle – in a period when most technology

*Oracle - February 09, 2001*

*MORGAN STANLEY DEAN WITTER*

companies aren't having OK quarters – followed by a better quarter in 4Q01.

Our earnings number this quarter remains unchanged at $0.12 per share. The $40 million in license revenue we took out of the quarter doesn't move the earnings needle given the 5.8 billion shares outstanding.  But the reduction probably takes away any earnings upside.

In the scheme of things, its not a huge change on a $2.8 billion revenue quarter but we think it's directionally correct.   Since Oracle provides more revenue detail than most companies – product line by geography and by platform – there's always intense scrutiny on each bucket.

Our total license revenue estimate is now $1.27 billion, which is 18.5% year to year growth.  We look for total revenue of $2.8 billion or 14.1% growth.  Consulting and services should be up in the 10% range but with fewer billable hours from the holidays and a general cut back by IT departments on outside consultants, consulting revenue should decline sequentially.

**The Database Platform - Still Getting Stronger; Some Futures**
The other key reason Oracle's database revenue should improve going into next fiscal year is the simple fact that it's a dominant, important product that is about to get even better.  The market seems to take Oracle's database technology for granted but it's the backbone of the franchise and the company's still adding innovative features to evolve the platform.  We recently received a detailed look at Oracle 9i and the richness of new features has been under-marketed.  But the techies will discover them in due time via improved performance, an easier user interface, and a more scalable product.

Oracle does rolling re-writes of parts of the database to look for more performance and efficiency.   In recent years the company rewrote the SQL processor, several interfaces, and the distributed lock manager to create more simple code paths and increase reliability.   In addition, Oracle has functional teams (e.g. high availability team) working across all database products to emphasize important key dimensions of database performance that need focus and specialization.

The applications business also drives new features, since the applications team is always looking for ways to make their code more efficient by getting more out of the database. Unlike most application companies, Oracle isn't afraid to

use all the power and proprietary features of the database since it has no intentions of supporting other databases.

**The big differentiators in the 9i release include**

• Real application clusters: an ability to run the database over a cluster of servers without changing the underlying application code.  Oracle has marketed Oracle Parallel Server (OPS) for years but it never got much traction because it required complex changes to the underlying application to parallelize the logic across clusters.  They've figured out a way to eliminate that step and do it automatically at run time without the developers getting involved.  Any feature that requires application code changes will be relegated to single digit penetration rates.  The new cluster technology is now ready for mass adoption.  Additionally, OPS worked well in read only environments but not in read/write environments.  The new clustering technology can be used in OLTP environments with lots of write operations.

•  The other big improvement is manageability.  From the easy stuff like improved visual interfaces to the core plumbing – automated recovery, logging, memory allocation, and redo log setup – Oracle has focused on making life easier for the Database Administrators (DBA).  Ease of use wasn't a high priority historically given the technical user base that didn't care much about ease of use.  But with the shortage of trained talent, its has become more critical to make DBA's more productive.  Moreover, ease of use was an area Microsoft focused on and raised the bar.

Oracle is holding its position in the on-going debate between shared everything (disk and memory) and shared nothing architectures (IBM, $114, and Microsoft, MSFT, $62, approach).  While the latter database architecture produces impressive benchmarks, there are real world stumbling blocks that reduce performance significantly.  The need to partition data and memory manually and re-partition both as the data changes is a management overhead.  Most companies don't have the bandwidth in database administrators to support such a labor-intensive process.  Despite several high profile articles in the trade journals on shared vs. non shared disk/memory, this isn't the stuff of cocktail conversation (well maybe in some homes in the Valley) and customers don't seem to be worked up about it as long as their Oracle database is performing as it is.

The company is already working on release 10i of the database and mapping out a direction with input from the

# MORGAN STANLEY DEAN WITTER

applications group, universities, customers, and a variety of other sources.

Storage area networks (SAN) is still an evolving area for Oracle since the storage vendors and Oracle are still trying to work out who does what. Oracle just wants an API from the storage vendors and wants to handle all the management and reliability of data from there. The storage vendors of course are all frustrated software companies underneath all that hardware. They want to take on higher order functions of management but they can't do anything without Oracle, who owns most of the data. Judging from past cycles, proprietary software from each device maker, no matter how good, doesn't solve the problem the customer has which is managing multiple devices from a single console. And Oracle doesn't want vastly different interface methods between different SAN devices because that translates to increased support costs. They'll work it out over time but an agreement here is a necessary milestone in the development of the SAN market and the storage folks know that.

Other future areas of enhancement include the data warehousing product line. It's always been a bit perplexing as to why Oracle doesn't dominate data warehousing the way it should given its strong position in the database market. The product line has never received the focus it should have over the years but is now being folded into the tools group, which we think is a good move. Database guys like building database features – not loading, extracting, and query tools to complete the warehouse. The tools group under a long time senior Oracle executive should provide more focus on the total warehouse solution. We don't expect any real change this year but we could see a renewed warehouse push next year for Oracle. Given all the focus on customer and business analytics, Oracle has a ready market if it shows up with a stronger product. Most of the analytical tools in use are running against fact tables stored in Oracle.

The last area of futures is the holy grail of mainframe applications. Oracle hasn't spent much time trying to get customers to move major, mission critical systems off the mainframe. That made sense for most of the past 20 years since the product couldn't have handled mainframe class applications. But that's no longer the stumbling block, getting customers to re-write applications is the stumbling block. It's a tough sell but there are always some percentage of mainframe customers looking to get off that platform. A focused practice to help nudge those customers forward and provide the necessary conversion services

could be a fruitful effort. These applications are so large and strategic, Oracle wouldn't need many of them to make a measurable difference in revenue. Some customers have made the leap on their own but if Oracle could price the conversion at the cost of the next mainframe hardware upgrade, they'd have a compelling ROI case. A good 50% of corporate data is still on the mainframe and Oracle has to find a way to get it.

## Can Oracle Play in the Application Server Market? It Must…

This is an important question for Oracle. The application server is so complementary to database servers and strategic to next generation computing architectures, it would be a dangerous thing for Oracle to miss this market. Application servers are surrounding the database and playing the intermediary between the database and the rest of the enterprise. These products are also making communication between the database and its constituents (users and applications) much more efficient which theoretically reduces the size of the machine needed, given database needs to perform.

Under the new pricing model of course, the bigger the box the better for Oracle. Moreover, application servers are becoming the programming standard for leading commercial developers – the Windows API for the server. Microsoft always had the developer mindshare and it could shift to a Java application server standard over time. While that's better than Microsoft owning the API of choice for developers, it still results in someone else having influence over developers and how new application content gets created.

So where does Oracle stand at the moment? After a misfire with its first application server, Oracle is back with a new, more credible offering. Oracle unveiled Oracle 9iAS in November. The product is reportedly J2EE 1.2 compliant, runs the test suite, and is currently going through the certification process with Sun.

Oracle is unlikely to keep up with BEA on standards support since BEA is willing to extend support for standards that are evolving or not fully defined. BEA has stayed plugged into Sun as an important partner, which has allowed BEA to stay out in front of standards and make only modest changes once Sun finalizes a standard. But BEA is usually far ahead of what most customers are demanding and having J2EE 1.2 support without EJB 2.0 (still evolving) support for instance is likely to be good enough for most customers.

*Oracle - February 09, 2001*

*MORGAN STANLEY DEAN WITTER*

But can Oracle catch up after giving up a couple of years in this market to BEA and IBM?  There's a plausible scenario that says Oracle can become a contender fairly quickly although market domination is unlikely.  Besides the normal advantages of a large company – distribution, brand, capital, and staying power – Oracle has a pretty good trump card to play architecturally.  Once again, Oracle has to shift the debate to a familiar theme – the familiar one stop shopping, no assembly required message that worked in applications applies in this area as well.

Oracle's application server is really a database cache but that's a useful function.  The product can cache data and an entire Web page to serve up results faster to an HTML server.  That's much different from an operating platform that provides run times services for application logic – the BEA market.  So despite the bravado between the two companies lately, customers are likely to use the products for different things in most cases.

Exhibit 1

**Competitive Landscape by Product Offering**

| Company | Product | Oracle's Product |
|---|---|---|
| IBM | Database | Oracle9iDB |
| BEA | Java Server | Oracle9iAS |
| Sybase | Enterprise Portal | Oracle9iAS |
| Phone.com | Wireless | Oracle9iAS |
| Vitira, Tibco | Integration | Oracle9iAS |
| Inktomi | Web Cache | Oracle9iAS |
| Times Ten | Data Cache | Oracle9iAS |
| VeriSign | Security | Oracle9iAS |
| Netscape | Directory | Oracle9iAS |
| OpenView | Systems Management | Oracle9iAS |
| Macromedia | Web Design | Oracle9iAS |
| Borland | Java Tool | Oracle9iAS |

*Source: Company data, Morgan Stanley Dean Witter Research*

**Please refer to important disclosures at the end of this report.**

*MORGAN STANLEY DEAN WITTER*

The information and opinions in this report were prepared by Morgan Stanley & Co. Incorporated ("Morgan Stanley Dean Witter").  Morgan Stanley Dean Witter does not undertake to advise you of changes in its opinion or information.  Morgan Stanley Dean Witter and others associated with it may make markets or specialize in, have positions in and effect transactions in securities of companies mentioned and may also perform or seek to perform investment banking services for those companies.  This memorandum is based on information available to the public.  No representation is made that it is accurate or complete.  This memorandum is not an offer to buy or sell or a solicitation of an offer to buy or sell the securities mentioned.

Within the last three years, Morgan Stanley & Co. Incorporated, Dean Witter Reynolds Inc. and/or their affiliates managed or co-managed a public offering of the securities of BellSouth Corp., General Electric, Inktomi Corporation, United Parcel Service, VeriSign and Hitachi.

Morgan Stanley & Co. Incorporated, Dean Witter Reynolds Inc. and/or their affiliates make a market in the securities of Oracle, BellSouth Corp., JDS Uniphase Corp., Inktomi Corporation, VeriSign and Microsoft.

Morgan Stanley & Co. Incorporated, Dean Witter Reynolds Inc. and/or their affiliates or their employees have or may have a long or short position or holding in the securities, options on securities, or other related investments of issuers mentioned herein.

The investments discussed or recommended in this report may not be suitable for all investors.  Investors must make their own investment decisions based on their specific investment objectives and financial position and using such independent advisors as they believe necessary.  Where an investment is denominated in a currency other than the investor's currency, changes in rates of exchange may have an adverse effect on the value, price of, or income derived from the investment.  Past performance is not necessarily a guide to future performance.  Income from investments may fluctuate. The price or value of the investments to which this report relates, either directly or indirectly, may fall or rise against the interest of investors.

To our readers in the United Kingdom: This publication has been issued by Morgan Stanley Dean Witter and approved by Morgan Stanley & Co. International Limited, regulated by the Securities and Futures Authority Limited.  Morgan Stanley & Co. International Limited and/or its affiliates may be providing or may have provided significant advice or investment services, including investment banking services, for any company mentioned in this report.  Private investors should obtain the advice of their Morgan Stanley & Co. International Limited representative about the investments concerned.

This publication is disseminated in Japan by Morgan Stanley Dean Witter Japan Limited and in Singapore by Morgan Stanley Dean Witter Asia (Singapore) Pte.

To our readers in the United States:  While Morgan Stanley Dean Witter has prepared this report, Morgan Stanley & Co. Incorporated and Dean Witter Reynolds Inc. are distributing the report in the US and accept responsibility for it contents.  Any person receiving this report and wishing to effect transactions in any security discussed herein should do so only with a representative of Morgan Stanley & Co. Incorporated or Dean Witter Reynolds Inc.

To our readers in Spain: AB Asesores Morgan Stanley Dean Witter, SV, SA, a Morgan Stanley Dean Witter group company, supervised by the Spanish Securities Markets Commission (CNMV), hereby states that this document has been written and distributed in accordance with the rules of conduct applicable to financial research as established under Spanish regulations.

To our readers in Australia: This publication has been issued by Morgan Stanley Dean Witter but is being distributed in Australia by Morgan Stanley Dean Witter Australia Limited A.C.N. 003 734 576, a licensed dealer, which accepts responsibility for its contents.  Any person receiving this report and wishing to effect transactions in any security discussed in it may wish to do so with an authorized representative of Morgan Stanley Dean Witter Australia Limited.

To our readers in Canada:  This publication has been prepared by Morgan Stanley Dean Witter and is being made available in certain provinces of Canada by Morgan Stanley Canada Limited.  Morgan Stanley Canada Limited has approved of, and has agreed to take responsibility for, the contents of this information in Canada.

**Additional information on recommended securities is available on request.**

**© Copyright 2001 Morgan Stanley Dean Witter & Co.**

*Oracle - February 09, 2001*

Tab 3

Markets

# Trader Wrapup: Rate Cut Boosts Tech, Banks

Mark Lewis, Forbes.com, 01.03.01, 5:03 PM ET

NEW YORK - Tech stocks racked up huge gains today, and the bank and brokerage stocks were not far behind, as the Federal Reserve's surprise rate cut sparked a broad rally. The **Nasdaq Composite** exploded to a record 14.2% gain.

Tech stalwarts **Sun Microsystems** (nasdaq: SUNW), **Oracle** (ORCL) and **Cisco Systems** (CSCO) each gained more than 20% today, and **JDS Uniphase** (nasdaq: JDSU) rose a stunning 36.6%. The Nasdaq ended the day up 324 points at 2,616.56, setting records for single-day point gain and percentage gain.

The money that flowed yesterday from stocks into bonds reversed course with a vengeance. U.S. Treasuries swooned while the **Dow Jones** industrial average gained 2.8% to 10,945.75. The broad-based **Standard & Poor's 500** did even better, rising 5% to 1,347.56.

The Fed's move caught the market by surprise, says Ned Collins, a trader at Daiwa Securities. Collins quipped that if the Nasdaq had risen much higher today, Fed Chairman **Alan Greenspan** might have grown nervous about "irrational exuberance" and rescinded the rate cut. Today's Nasdaq performance obliterated the index's previous record gain, which came only a month ago on Dec. 5, when it rose 10.5% on a point gain of 274.05.

Not everyone was caught off guard, though. As the market edged up in the morning session, Sam Ginzburg, senior managing director of trading at Gruntal, told Forbes.com that the enthusiasm was pinned on hopes for a rate cut before the Fed's next meeting, which is scheduled for Jan. 30.

Some stocks were already moving higher before the Fed made its move a little after 1 P.M. Buoyed by comments from a Merrill Lynch analyst, data storage favorite **EMC** (nyse: EMC) was up more than 4% in midday trading. Then the Fed issued its announcement, and EMC went through the roof. The stock ended the day up 24.9%, to $67.81.

Financial stocks, big beneficiaries of lower interest rates, had a great day. **J.P. Morgan Chase** (nyse: JPM) rose 15.1%, while **Morgan Stanley Dean Witter** (nyse: MWD) spiked up 16%. But defensive stocks such as **Pfizer** (nyse: PFE) and **Johnson & Johnson** (nyse: JNJ) fell back as money rotated into techs and financials. Utilities also lost ground.

Despite today's huge advance for the tech sector, the rising tide did not lift every stock. Two digital subscriber line equipment companies, **Efficient Networks** (nasdaq: EFNT) and **Turnstone Systems** (nasdaq: TSTN), lost ground after warning that their quarterly financial results will fall short of expectations. Efficient Networks fell 22.7%, while Turnstone lost 9.6%.

But office products retailer **Office Depot** (nyse: ODP) gained 11.1%, even though the company announced it will take a big charge in the fourth quarter as part of a restructuring plan. Office Depot intends to close 70 stores in North America and cut 10% of its sales force. Investors cheered the plan and bid the stock up to $8.13.

Daiwa's Collins warned that today's move by the Fed will not necessarily sustain a long rally, because high interest rates are not the only problem weighing on market sentiment. "It removes a cloud," he says of the Fed's move. "It doesn't remove all the clouds. There are some problems on the horizon that have to be addressed."

But today, Wall Street just wanted to enjoy the moment. The New Year's celebration for investors came three days late, but not a moment too soon.

Tab 4

individual companies. Similarly, *insured* asset allocation is an attempt to limit investment losses by shifting funds between an existing equity portfolio and a risk-free security depending on changing market conditions.

Finally, equity portfolio return profiles can be modified by the use of futures and options. It is possible to trade futures contracts on major indexes, as well as acquire options on stock market indexes, on selected industry groups, and on individual stocks. These derivative securities can assist the portfolio manager in shifting a portfolio's exposure to systematic and unsystematic risk.

Equity portfolio management styles fall into either a passive or an active category. Unlike the immunization of bond portfolios, no middle ground exists between active and passive equity management strategies. Some argue that "hybrid" active/passive equity portfolio management styles exist (e.g. enhanced indexing), but such styles really are variations of active management philosophies. Similar to traditional active management, hybrid-style managers invest to find undervalued sectors or securities. The following discussion reviews the traditional meaning of the terms *passive* and *active* portfolio management.

*Passive equity portfolio management* is a long-term buy-and-hold strategy. Usually, stocks are purchased so the portfolio's returns will track those of an index over time. Because of the goal of tracking an index, this approach to investing is generally referred to as *indexing*. Occasional rebalancing is needed as dividends must be reinvested and because stocks merge or drop out of the target index and other stocks are added. Notably, the purpose of an indexed portfolio is not to "beat" the target index but to match its performance. A manager of an equity index portfolio is judged on how well he or she tracks the target index—that is, minimizes the deviation between portfolio and index returns similar to the bond portfolio manager.

*Active equity portfolio management* is an attempt by the manager to outperform, on a risk-adjusted basis, a passive benchmark portfolio. A *benchmark portfolio* is a passive portfolio whose average characteristics (including such factors as beta, dividend yield, industry weighting, and firm size) match the risk-return objectives of the client.

When deciding whether to follow an active or a passive strategy (or some combination of the two), an investor must assess the trade-off between the low-cost but less-exciting alternative of indexing versus the higher-cost but potentially more lucrative alternative of active management. Not surprisingly, Sorensen, Miller, and Samak have noted that the critical factor in this evaluation is the stockpicking skill of the portfolio manager. Using pension fund performance data from the 1985–1997 period, they showed that the optimal allocation to indexing declines as managerial skill increases. However, they also conclude that some indexing is appropriate for funds in most risk objective classes.[1]

Exhibit 17.1 reports the amount of money invested in the U.S. equity and fixed-income markets using active and indexed strategies for two recent years. The data are compiled from a survey of the strategies employed by more than 2,500 professional money management firms on behalf of their clients. Three conclusions are notable. First, active management strategies dominate indexed portfolios in terms of the total amount of money controlled by the investment management industry. Second, the indexed sector of the industry is growing quite rapidly, a trend driven in part by the lower management fees charged for passive portfolios. Third, although the

---

Eric H. Sorensen, Keith L. Miller, and Vele Samak, "Allocating between Active and Passive Management," *Financial Analysts Journal* 54, no. 4 (September/October 1998): 18–31.

**EXHIBIT 17.1**   *ACTIVE AND PASSIVE INVESTMENT IN THE U.S. EQUITY AND FIXED-INCOME MARKETS*

| STRATEGY | 1995 (BILLIONS) | 1994 (BILLIONS) | % CHANGE |
|---|---|---|---|
| Active equity | $1,945.10 | $1,338.01 | 45.4 |
| Indexed equity | 275.22 | 135.54 | 103.1 |
| Active fixed income | 1,677.45 | 1,370.63 | 22.4 |
| Indexed fixed income | 82.73 | 32.69 | 153.3 |

Source: Nelson Investment Management Network.

amount of money managed in active equity and fixed-income strategies is roughly comparable, equity indexing is far more popular than fixed-income indexing.

In the following sections, we examine more closely the mechanics of passive and active equity portfolio management.

## AN OVERVIEW OF PASSIVE EQUITY PORTFOLIO MANAGEMENT STRATEGIES

Passive equity portfolio management attempts to design a portfolio to replicate the performance of a specific index. The key word here is *replicate*. As discussed in Chapter 2, the portfolio manager who earns higher returns by violating the client's policy statement should be fired; a passive manager who isn't really passive should likewise be dismissed. A passive manager earns his or her fee by constructing a portfolio that closely tracks the performance of a specified equity index (referred to as the *benchmark index*) that meets the client's needs and objectives. If the manager attempts to outperform the index selected, he or she violates the passive premise of the portfolio.

In Chapter 6, we presented several reasons for investing in a passive equity portfolio. Strong evidence indicates that the stock market is fairly efficient. For most active managers, the costs of actively managing a portfolio (1 to 2 percent of the portfolio's assets) are difficult to overcome. As we saw earlier, the S&P 500 index typically outperforms most equity mutual funds on an annual basis. Note that, although the S&P 500 is the most popular index to track, a client can choose from among about 30 different indexes.[2]

Chapter 5 contained a summary description of many different market indexes. Domestic U.S. equity indexes include the S&P 500, Industrials, and 100; the Major Market index; the Nasdaq composite index; and the Wilshire 5000. *The Wall Street Journal* publishes the daily values of indexes for the organized exchanges, the OTC market, and various industry groups. Indexes exist for small capitalization stocks (Russell 2000); for value- or growth-oriented stocks (Russell Growth index and the Russell Value index); and for numerous world regions (such as the EAFE index); as well as for smaller regions, individual countries, and types of countries (emerging markets). As passive investing has grown in popularity, money managers have created an index fund for virtually every broad market category.[3]

Index Po
Const
Tech

---

[2]The growing popularity of index funds is discussed in Jeffrey M. Laderman, "The Stampede to Index Funds," *Business Week*, 1 April 1996, 78–79.

[3]See, for example, Robert Fernholz, Robert Garvy, and John Hannon, "Diversity-Weighted Indexing," *Journal of Portfolio Management* 24, no. 2 (Winter 1998): 74–82; and Ajay Khorana, Edward Nelling, and Jeffrey J. Trester, "The Emergence of Country Index Funds," *Journal of Portfolio Management* 24, no. 4 (Summer 1998): 78–84.

4. Matched-funding techniques
   a. Dedicated portfolio, exact cash match
   b. Dedicated portfolio, optimal cash match and reinvestment
   c. Classical ("pure") immunization
   d. Horizon matching
5. Contingent procedures (structured active management)
   a. Contingent immunization
   b. Other contingent procedures

We discuss each of these alternatives because they are all viable for certain portfolios with different needs and risk profiles. Prior to the 1960s, only the first two groups were available, and most bond portfolios were managed on the basis of buy and hold. The early 1970s saw growing interest in alternative active bond portfolio management strategies, while the late 1970s and early 1980s were characterized by record-breaking inflation and interest rates as well as extremely volatile rates of return in bond markets. This led to the introduction of many new financial instruments in response to the increase in return volatility. Since the mid-1980s, matched-funding techniques or contingent portfolio management techniques have been developed to meet the emerging needs of institutional clients.

*Passive Management Strategies*

Two specific passive portfolio management strategies exist. First is a buy-and-hold strategy in which a manager selects a portfolio of bonds based on the objectives and constraints of the client with the intent of holding these bonds to maturity. In the second passive strategy—indexing—the objective is to construct a portfolio of bonds that will equal the performance of a specified bond index, such as the Lehman Brothers Corporate/Government Bond Index.

**Buy-and-Hold Strategy**   The simplest portfolio management strategy is to buy and hold. Obviously not unique to bond investors, it involves finding issues with desired quality, coupon levels, term to maturity, and important indenture provisions, such as call features. Buy-and-hold investors do not consider active trading to achieve attractive returns but, rather, look for vehicles whose maturities (or duration) approximate their stipulated investment horizon to reduce price and reinvestment risk. Many successful bond investors and institutional portfolio managers follow a modified buy-and-hold strategy wherein an investment is made in an issue with the intention of holding it until the end of the investment horizon. However, they still actively look for opportunities to trade into more desirable positions.[2]

Whether the investor follows a strict or modified buy-and-hold approach, the key ingredient is finding investment vehicles that possess attractive maturity and yield features. The strategy does not restrict the investor to accept whatever the market has to offer, nor does it imply that selectivity is unimportant. Attractive high-yielding issues with desirable features and quality standards are actively sought. For example, these investors recognize that agency issues generally provide incremental returns relative to Treasuries with a little sacrifice in quality, that utilities provide higher returns than comparable rated industrials, and that various call features affect the risk and realized yield of an issue. Thus, successful buy-and-hold investors use their knowledge of markets and issue characteristics to seek out attractive realized yields. Aggressive buy-and-hold investors also incorporate timing considerations by using their knowledge of market rates and expectations.

**Indexing Strategy**   As discussed in the chapter on efficient capital markets, numerous empirical studies have demonstrated that the majority of money managers have not been able to

---

[2]Obviously, if the strategy becomes too modified, it becomes one of the active strategies.

Tab 5

possible, the exchange specifies certain standardized features of the contract. As the two parties to the contract do not necessarily know each other, the exchange also provides a mechanism that gives the two parties a guarantee that the contract will be honored.

The largest exchanges on which futures contracts are traded are the Chicago Board of Trade (CBOT) and the Chicago Mercantile Exchange (CME). On these and other exchanges, a very wide range of commodities and financial assets form the underlying assets in the various contracts. The commodities include pork bellies, live cattle, sugar, wool, lumber, copper, aluminum, gold, and tin. The financial assets include stock indices, currencies, and Treasury bonds.

One way in which a futures contract is different from a forward contract is that an exact delivery date is usually not specified. The contract is referred to by its delivery month, and the exchange specifies the period during the month when delivery must be made. For commodities, the delivery period is often the entire month. The holder of the short position has the right to choose the time during the delivery period when it will make delivery. Usually, contracts with several different delivery months are traded at any one time. The exchange specifies the amount of the asset to be delivered for one contract and how the futures price is to be quoted. In the case of a commodity, the exchange also specifies the product quality and the delivery location. Consider, for example, the wheat futures contract currently traded on the Chicago Board of Trade. The size of the contract is 5,000 bushels. Contracts for five delivery months (March, May, July, September, and December) are available for up to 18 months into the future. The exchange specifies the grades of wheat that can be delivered and the places where delivery can be made.

Futures prices are regularly reported in the financial press. Suppose that on September 1, the December futures price of gold is quoted as $300. This is the price, exclusive of commissions, at which traders can agree to buy or sell gold for December delivery. It is determined on the floor of the exchange in the same way as other prices (i.e., by the laws of supply and demand). If more traders want to go long than to go short, the price goes up; if the reverse is true, the price goes down.[3]

Further details on issues such as margin requirements, daily settlement procedures, delivery procedures, bid–ask spreads, and the role of the exchange clearinghouse are given in chapter 2.

## 1.3  OPTIONS

Options on stocks were first traded on an organized exchange in 1973. Since then there has been a dramatic growth in options markets. Options are now traded on many exchanges throughout the world. Huge volumes of options are also traded over the counter by banks and other financial institutions. The underlying assets include

---

[3]In chapter 3 we discuss the relationship between a futures price and the spot price of the underlying asset (gold, in this case).

stocks, stock indices, foreign currencies, debt instruments, commodities, and futures contracts.

There are two basic types of options. A *call option* gives the holder the right to buy the underlying asset by a certain date for a certain price. A *put option* gives the holder the right to sell the underlying asset by a certain date for a certain price. The price in the contract is known as the *exercise price* or *strike price*; the date in the contract is known as the *expiration date* or *maturity*. *American options* can be exercised at any time up to the expiration date. *European options* can be exercised only on the expiration date itself.[4] Most of the options that are traded on exchanges are American, and one contract is usually an agreement to buy or sell 100 shares. European options are generally easier to analyze than American options, and some of the properties of an American option are frequently deduced from those of its European counterpart.

It should be emphasized that an option gives the holder the right to do something. The holder does not have to exercise this right. This fact distinguishes options from forwards and futures, where the holder is obligated to buy or sell the underlying asset. Note that whereas it costs nothing to enter into a forward or futures contract, there is a cost to acquiring an option.

## Examples

Consider the situation of a trader who buys one European call option contract on IBM stock with a strike price of $100 (that is, the trader purchases the right to buy 100 IBM shares for $100 each). Suppose that the current stock price is $98, the expiration date of the option is in two months, and the option price is $5. Because the options are European, the trader can exercise only on the expiration date. If the stock price on this date is less than $100, the trader will clearly choose not to exercise. (There is no point in buying for $100 a stock that has a market value of less than $100.) In these circumstances the trader loses the entire initial investment of $500. If the stock price is above $100 on the expiration date, the options will be exercised. Suppose, for example, that the stock price is $115. By exercising the options, the trader is able to buy 100 shares for $100 per share. If the shares are sold immediately, the trader makes a gain of $15 per share, or $1,500, ignoring transactions costs. When the initial cost of the options is taken into account, the net profit to the trader is $10 per option, or $1,000. (This calculation ignores the time value of money.) Figure 1.2 shows the way in which the trader's net profit or loss per option varies with the terminal stock price. Note that, in some cases, the trader exercises the options but takes a loss overall. Consider the situation when the stock price is $103 on the expiration date. The trader exercises the options but takes a loss of $200 overall. This is better than the loss of $500 that would be incurred if the options were not exercised.

Whereas the purchaser of a call option is hoping that the stock price will increase, the purchaser of a put option is hoping that it will decrease. Consider a trader who buys one European put option contract on Exxon with a strike price of $70 (that is, the trader buys the right to sell 100 Exxon shares for $70 each). Suppose that the current stock price is $66, the expiration date of the option is in three months, and the option price is $7. Because the options are European, they will be exercised only if the stock price is below $70 at the expiration date. Suppose that the stock price is $50 on this date. The trader can buy 100 shares for $50 per share and, under the terms of the put option, sell the same shares for $70, to realize a gain of $20 per share, or $2,000. (Again, transactions costs are ignored.) When the initial cost of the option is taken into account, the trader's net profit is $13 per option, or $1,300. Of course, if the final stock price is above $70, the put option expires worthless and the trader loses $7 per option, or $700. Figure 1.3 shows



**Figure 1.2**   Profit from buying on IBM European call option: option price = $5, strike price = $100.



**Figure 1.3**   Profit from buying on Exxon European put option: option price = $7, strike price = $70.

---
[4] Note that the terms *American* and *European* do not refer to the location of the option or the exchange. Some options trading on North American exchanges are European.

8  CHAPTER 1 Introduction

the way in which the trader's profit or loss per option varies with the terminal stock price.

As already mentioned, stock options are often American rather than European. This means that the traders in the examples just given do not have to wait until the expiration date before exercising the options. We will see in later chapters that there are some circumstances under which it is optimal to exercise American options prior to maturity.

## Option Positions

There are two sides to every option contract. On one side is the trader who has taken the long position (i.e., has bought the option). On the other side is the trader who has taken a short position (i.e., has sold or *written* the option). The writer of an option receives cash up front but has potential liabilities later. The writer's profit or loss is the



Figure 1.4  Profit from writing on IBM European call option: option price = $5, strike price = $100.



Figure 1.5  Profit from writing on Exxon European put option: option price = $7, strike price = $70.

1.3 Options  9

reverse of that for the purchaser of the option. Figures 1.4 and 1.5 show the variation of the profit and loss with the final stock price for writers of the options considered in Figures 1.2 and 1.3.

## Payoffs

Four basic option positions are possible:

1. A long position in a call option.
2. A long position in a put option.
3. A short position in a call option.
4. A short position in a put option.

It is often useful to characterize European option positions in terms of the payoff to the trader at maturity. The initial cost of the option is then not included in the calculation. If $X$ is the strike price and $S_T$ is the final price of the underlying asset, the payoff from a long position in a European call option is

$$\max(S_T - X, 0)$$

This reflects the fact that the option will be exercised if $S_T > X$ and will not be exercised if $S_T \leq X$. The payoff to the holder of a short position in the European call option is

$$-\max(S_T - X, 0)$$




$X$ = Strike price
$S_T$ = Price of asset at maturity

Figure 1.6  Payoffs from positions in European options.

# CHAPTER

# 6

# OPTIONS MARKETS

Options were introduced in chapter 1. It will be recalled that a call option is the right to buy an asset for a certain price; a put option is the right to sell an asset for a certain price. A European option can be exercised only at the end of its life; an American option can be exercised at any time during its life. In this chapter we explain the way that exchange-traded options markets are organized, the terminology used, how contracts are traded, how margin requirements are set, and so on. Later chapters will discuss trading strategies involving options, the pricing of options, and ways in which portfolios of options can be hedged. Options are fundamentally different from the forward, futures, and swap contracts discussed in the last few chapters. An option gives the holder of the option the right to do something. The holder does not have to exercise this right. By contrast, in a forward, futures, or swap contract, the two parties have committed themselves to some action.

This chapter will focus primarily on exchange-traded stock options. (Exchange-traded options on currencies, indices, and futures are covered in chapter 12.) Options are traded very actively in the over-the-counter market as well as on exchanges. The main advantage of an over-the-counter option is that it can be tailored by a financial institution to meet the needs of a client. The strike price and maturity do not have to correspond to those specified by the exchange. Also, nonstandard features can be incorporated into the design of the option.

## 6.1  UNDERLYING ASSETS

Options trade on many different exchanges throughout the world. The underlying assets include stocks, foreign currencies, stock indices, and many different futures contracts.

### Stock Options

The exchanges trading stock options in the United States are the Chicago Board Options Exchange (CBOE), the Philadelphia Exchange (PHLX), the American Stock Exchange (AMEX), and the Pacific Stock Exchange (PSE). Options trade on over 500 different stocks. They are American-style (that is, they can be exercised early).

One contract gives the holder the right to buy or sell 100 shares at the specified strike price. This is convenient because the shares themselves are normally traded in lots of 100.

### Foreign Currency Options

The major exchange for trading foreign currency options is the Philadelphia Exchange. It offers both European and American contracts on currencies such as the Australian dollar, British pound, Canadian dollar, euro, German mark, Japanese yen, and Swiss franc. The size of one contract depends on the currency. For example, in the case of the British pound, one contract gives the holder the right to buy or sell £31,250; in the case of the Japanese yen, one contract gives the holder the right to buy or sell 6.25 million yen.

### Index Options

Many different index options trade in the United States. The two most popular are those on the S&P 100 and S&P 500 traded on the CBOE. The S&P 500 option is European, whereas the S&P 100 option is American. One contract is to buy or sell 100 times the index at the specified strike price. Settlement is in cash rather than by delivering the portfolio underlying the index. Consider, for example, one call contract on the S&P 100 with a strike price of 980. If it is exercised when the value of the index is 992, the writer of the contract pays the holder $(992 - 980) \times 100 = \$1,200$. This cash payment is based on the index value at the end of the day on which exercise instructions are issued. Not surprisingly, traders usually wait until the end of a day before issuing these instructions.

### Futures Options

In a futures option (or option on futures), the underlying asset is a futures contract. The futures contract normally matures shortly after the expiration of the option. Futures options are now available for most of the assets on which futures contracts are traded. When the holders of a call option exercise, they acquire from the writers a long position in the underlying futures contract plus a cash amount equal to the excess of the futures price over the strike price. When the holders of a put option exercise, they acquire a short position in the underlying futures contract plus a cash amount equal to the excess of the strike price over the futures price. The most actively traded futures options are the Treasury bond futures option traded on CBOT and the Eurodollar futures option traded on CME. The contracts on corn, soybeans, crude oil, and Treasury notes are also popular.

## 6.2   SPECIFICATION OF STOCK OPTIONS

In the rest of this chapter we focus on the trading of stock options in the United States. The trading of index options, currency options, and futures options are discussed further in chapter 12.

An exchange-traded stock option contract is an American-style option contract to buy or sell 100 shares of the stock. Details of the contract, such as the expiration date, the strike price, what happens when dividends are declared, how large a position traders can hold, and so on, are specified by the exchange.

### Expiration Dates

A stock option is referred to by the month that the expiration date occurs. Thus, a January call on IBM is a call option on IBM with an expiration date in January. The precise expiration date is 10:59 p.m. Central Time on the Saturday immediately following the third Friday of the expiration month. The last day on which options trade is the third Friday of the expiration month. A trader with a long position in an option normally has until 4:30 p.m. Central Time on that Friday to instruct a broker to exercise the option. The broker then has until 10:59 p.m. the next day to complete the paperwork notifying the exchange that the exercise is to take place.

Stock options are on a January, February, or March cycle. The January cycle consists of the months of January, April, July, and October. The February cycle consists of the months of February, May, August, and November. The March cycle consists of the months of March, June, September, and December. If the expiration date for the current month has not been reached, options trade with expiration dates in the current month, the following month, and the next two months in the cycle. If the expiration date of the current month has passed, options trade with expiration dates in the next month, the next-but-one month, and the next two months of the expiration cycle. For example, IBM is on a January cycle. At the beginning of January, options are traded with expiration dates in January, February, April, and July; at the end of January, they are traded with expiration dates in February, March, April, and July; at the beginning of May, they are traded with expiration dates in May, June, July, and October; and so on. When one option reaches expiration, trading in another is started.

Longer-dated stock options known as *long-term equity anticipation securities* or LEAPS also trade on exchanges. These have January expiration dates. In August 1998, for example, options on a range of stocks traded with expiration dates of January 2000 and January 2001.

### Strike Prices

The exchange chooses the strike prices at which options can be written. When the stock price is relatively low (for example, $20), the spacing between strike prices is $2\frac{1}{2}$; when it is higher (for example, $100), the spacing between strike prices is $5. When it is very high (for example, $300), the spacing between strike prices is $10. An exception occurs when there has been a stock split or a stock dividend, as will be described shortly.

When a new expiration date is introduced, the two strike prices closest to the current stock price are usually selected by the exchange. If one of these is very close

to the existing stock price, the third strike price closest to the current stock price may also be selected. If the stock price moves outside the range defined by the highest and lowest strike price, trading is usually introduced in an option with a new strike price. To illustrate these rules, suppose that the stock price is $83 when trading in the October options starts. Call and put options would first be offered with strike prices of 80 and 85. If the stock price rose above $85, a strike price of 90 would be offered; if it fell below $80, a strike price of 75 would be offered; and so on.

## Terminology

For any given asset at any given time, there may be many different option contracts trading. Consider a stock where there are four expiration dates and five strike prices. If call and put options with every expiration date and every strike price, there are a total of 40 different contracts. All options of the same type (calls or puts) are referred to as an *option class*. For example, IBM calls are one class whereas IBM puts are another class. An *option series* consists of an option of a given class with the same expiration date and strike price. In other words, an option series refers to a particular contract that is traded. The IBM 110 January calls are an option series.

Options are referred to as *in the money, at the money,* or *out of the money.* An in-the-money option is one that would lead to a positive cash flow to the holder if it were exercised immediately. Similarly, an at-the-money option would lead to zero cash flow if it were exercised immediately, and an out-of-the-money option would lead to a negative cash flow if it were exercised immediately. If $S$ is the stock price and $X$ is the strike price, a call option is in the money when $S > X$, at the money when $S = X$, and out of the money when $S < X$. A put option is in the money when $S < X$, at the money when $S = X$, and out of the money when $S > X$. Clearly, an option will be exercised only if it is in the money. In the absence of transactions costs, an in-the-money option will always be exercised on the expiration date if it has not been exercised previously.

The *intrinsic value* of an option is defined as the maximum of zero and the value it would have if it were exercised immediately. For a call option, the intrinsic value is, therefore, max $(S - X, 0)$. For a put option, it is max $(X - S, 0)$. An in-the-money American option must be worth at least as much as its intrinsic value because the holder can realize the intrinsic value by exercising immediately. Often it is optimal for the holder of an in-the-money American option to wait rather than exercise immediately. The option is then said to have *time value.* The total value of an option can be thought of as the sum of its intrinsic value and its time value.

## Flex Options

Some exchanges now offer *flex options.* These are options where the traders on the floor of the exchange agree to nonstandard terms. These nonstandard terms might involve a strike price or an expiration date that is different from those usually offered by the exchange. Flex options are an attempt by the exchanges to regain business from the over-the-counter markets.

## Dividends and Stock Splits

The early over-the-counter options were dividend protected. If a company declared a cash dividend, the strike price for options on the company's stock was reduced on the ex-dividend day by the amount of the dividend. Now, both exchange-traded and over-the-counter options are not generally adjusted for cash dividends. As we will see in chapter 11, this has significant implications for the way that options are valued.

Exchange-traded options are adjusted for stock splits. A stock split occurs when the existing shares are "split" into more shares. For example, in a 3-for-1 stock split, three new shares are issued to replace each existing share. Because a stock split does not change the assets or the earning ability of a company, we should not expect it to have any effect on the wealth of the company's shareholders. All else being equal, the 3-for-1 stock split just referred to should cause the stock price to go down to one-third of its previous value. In general, an $n$-for-$m$ stock split should cause the stock price to go down to $m/n$ of its previous value. The terms of option contracts are adjusted to reflect expected changes in a stock price arising from a stock split. After an $n$-for-$m$ stock split, the exercise price is reduced to $m/n$ of its previous value and the number of shares covered by one contract is increased to $n/m$ of its previous value. If the stock price reduces in the way expected, the positions of both the writer and the purchaser of a contract remain unchanged.

*Example 6.1*  Consider a call option to buy 100 shares of a company for $30 per share. Suppose that the company makes a 2-for-1 stock split. The terms of the option contract are then changed so that it gives the holder the right to purchase 200 shares for $15 per share.

Stock options are adjusted for stock dividends. A stock dividend involves a company issuing more shares to its existing shareholders. For example, a 20% stock dividend means that investors receive one new share for each five already owned. Like a stock split, a stock dividend has no effect on either the assets or the earning power of a company. The stock price can be expected to go down as a result of a stock dividend. The 20% stock dividend referred to is essentially the same as a 6-for-5 stock split. All else being equal, it should cause the stock price to decline to five-sixths of its previous value. The terms of an option are adjusted to reflect the expected price decline arising from a stock dividend in the same way as they are for that arising from a stock split.

*Example 6.2*  Consider a put option to sell 100 shares of a company for $15 per share. Suppose that the company declares a 25% stock dividend. This is equivalent to a 5-for-4 stock split. The terms of the option contract are changed so that it gives the holder the right to sell 125 shares for $12.

Adjustments are also made for rights issues. A rights issue gives existing share-holders the right to buy more shares at a specified price. The basic procedure is to calculate the theoretical price of the rights and then to reduce the strike price by this amount. As pointed out by Brown, this procedure leaves the option holder slightly worse off than prior to the issue.[1]

[1]See R. L. Brown, "Adjusting Option Contracts to Reflect Capitalization Changes," *Journal of Business Finance and Accounting*, 16 (1989), 247–54.

## Position Limits and Exercise Limits

The exchange specifies a *position limit* for each stock upon which options are traded. This defines the maximum number of option contracts that a trader can hold on one side of the market. For this purpose, long calls and short puts are considered to be on the same side of the market. Also, short calls and long puts are considered to be on the same side of the market. The *exercise limit* equals the position limit. It defines the maximum number of contracts that can be exercised by any individual (or group of individuals acting together) in any period of five consecutive business days. The position/exercise limit is usually 3,000, 5,500, or 8,000 contracts. Options on actively traded stocks with high market capitalizations normally have position/exercise limits of 8,000 contracts. Options on smaller capitalization stocks usually have position/exercise limits of 3,000 or 5,500 contracts. Position limits and exercise limits are designed to prevent the market from being unduly influenced by the activities of an individual trader or group of traders.

## 6.3 NEWSPAPER QUOTES

Many newspapers carry option quotations. In *The Wall Street Journal*, stock option quotations can currently be found under the heading "Listed Options" in the Money and Investing section. Table 6.1 shows an extract from the quotations as they appeared in *The Wall Street Journal* of Wednesday, August 5, 1998. These refer to trading that took place on the previous day (i.e., Tuesday, August 4, 1998).

The company on whose stock the option is written, together with the closing stock price, are listed in the first column. The strike price and maturity month appear in the second and third columns. If a call option with the specified strike price and the specified maturity month traded during the previous day, the next two columns show the volume of trading and price at last trade for the call option. The final two columns show the same for a put option.

The quoted price is the price of an option to buy or sell one share. As mentioned earlier, one contract is for the purchase or sale of 100 shares. A contract, therefore, costs 100 times the price shown. Because most options are priced at less than $10 and some are priced at less than $1, individuals do not have to be extremely wealthy to trade options.

*The Wall Street Journal* also shows the total call volume, put volume, call open interest, and put open interest for each exchange. The numbers for Tuesday, August 4, 1998, are shown in Table 6.2. The volume is the total number of contracts traded on the day. The open interest is the number of contracts outstanding.

From Table 6.1, it appears that there were arbitrage opportunities on May 11, 1995. For example, an August call option on Chase with a strike price of 75 is quoted as $5\frac{1}{4}$. Because the stock price is $69\frac{3}{8}$, it appears that at this put and the stock could be purchased, and the put exercised immediately, for a profit of $\frac{1}{8}$. In fact, arbitrage opportunities such as this almost certainly did not exist. For both options and



**Table 6.1** Stock Option Quotations from *The Wall Street Journal* on August 5, 1998.

Reprinted by permission of Dow Jones, Inc. via Copyright Clearance Center, Inc. © 1998 Dow Jones and Company, Inc. All Rights Reserved Worldwide.

stocks, Table 6.1 gives the prices at which the last trade took place on August 4, 1998. The last trade for the August Chase put with a strike price of 75 probably occurred much earlier in the day than the last trade on the stock. If an option trade had been attempted at the time of the last trade on the stock, the put price would have been higher than $5\frac{1}{4}$.

**Table 6.2**    Volume and Open Interest, August 4, 1998

| Exchange | Call Volume | Call Open Interest | Put Volume | Put Open Interest |
|---|---|---|---|---|
| *Exchange* | | | | |
| Chicago Board | 627,875 | 12,110,413 | 509,873 | 8,579,424 |
| American | 278,263 | 8,771,292 | 138,633 | 4,790,149 |
| Pacific | 166,021 | 4,859,096 | 90,411 | 2,628,679 |
| Philadelphia | 103,383 | 3,719,449 | 62,537 | 2,082,897 |
| Total | 1,175,542 | 29,460,250 | 801,454 | 18,081,149 |

## 6.4    TRADING

Options trading is in many respects similar to futures trading (see chapter 2). An exchange has a number of members (individuals and firms) who are referred to as having seats on the exchange. Membership in an exchange entitles one to go on the floor of the exchange and trade with other members.

### Market Makers

Most options exchanges (including the CBOE) use a market maker system to facilitate trading. A *market maker* for a certain option is a person who will quote both a bid and an ask price on the option whenever asked to do so. The bid is the price at which the market maker is prepared to buy and the ask is the price at which the market maker is prepared to sell. At the time the bid and the ask are quoted, the market maker does not know whether the trader who asked for the quotes wants to buy or sell the option. The ask is, of course, higher than the bid, and the amount by which the ask exceeds the bid is referred to as the *bid–ask spread*. The exchange sets upper limits for the bid–ask spread. For example, it might specify that it be no more than $0.25 for options priced at less than $0.50, $0.50 for options priced between $0.50 and $10, $0.75 for options priced between $10 and $20, and $1 for options priced over $20.

The existence of the market maker ensures that buy and sell orders can always be executed at some price without delays. Market makers, therefore, add liquidity to the market. The market makers themselves make their profits from the bid–ask spread. To hedge their risks, they use the procedures discussed in chapter 13.

### Floor Broker

*Floor brokers* execute trades for the general public. When an individual contacts a broker to buy or sell an option, the broker relays the order to the firm's floor broker in the exchange on which the option trades. If the brokerage house does not have its own floor broker, it generally has an arrangement whereby it uses either an independent floor broker or the floor broker of another firm.

---

The floor broker trades either with another floor broker or with the market maker. Floor brokers earn no commission or may be paid a salary by the brokerage house for whom they execute trades.

### Order Book Official

Many orders that are relayed to floor brokers are limit orders. This means that they can be executed only at the specified price or a more favorable price. Often, when a limit order reaches a floor broker, it cannot be executed immediately. (For example, a limit order to buy a call at $5 cannot be executed immediately when the market maker is quoting a bid of $4$\frac{1}{4}$ and an ask of $5$\frac{1}{4}$.) In most exchanges, the floor broker will then pass the order to a person known as an *order book official* (or board broker). This person enters the order into a computer along with other public limit orders. This ensures that as soon as the limit price is reached, the order is executed. The information on all outstanding limit orders is available to all traders.

The market maker/order book official system can be contrasted with the *specialist system* that is used in a few options exchanges (e.g. AMEX and PHLX) and is the most common system for trading stocks. Under this system, a person known as a specialist is responsible for being a market maker and keeping a record of limit orders. Unlike an order book official, a specialist does not make information on limit orders available to other traders.

### Offsetting Orders

A trader who has purchased an option can close the position by issuing an offsetting order to sell the same option. Similarly, a trader who has written an option can close out the position by issuing an offsetting order to buy the same option. If, when an option contract is traded, neither trader is offsetting an existing position, the open interest increases by one contract. If one trader is offsetting an existing position and the other is not, the open interest stays the same. If both traders are offsetting existing positions, the open interest goes down by one contract.

## 6.5    COMMISSIONS

For the retail investor, commissions vary significantly from broker to broker. Discount brokers generally charge lower commissions than those charged by full-service brokers. The actual amount charged is usually calculated as a fixed cost plus a proportion of the dollar amount of the trade. Table 6.3 shows the sort of schedule that might be offered by a discount broker. Under this schedule, the purchase or sale of one contract always costs $30 (because both the maximum and minimum commission is $30 for the first contract). The purchase of eight contracts when the option price is $3 would cost $20 + (0.02 × 2,400) = $68 in commissions.

If an option position is closed out by entering into an offsetting trade, the commission must be paid again. If the option is exercised, a trader pays the same com-

**Table 6.3**  A Typical Commission Schedule for a Discount Broker

| Dollar amount of Trade | Commission* |
| --- | --- |
| < $2,500 | $20 + 0.02 of the dollar amount |
| $2,500 to $10,000 | $45 + 0.01 of the dollar amount |
| > $10,000 | $120 + 0.0025 of the dollar amount |

*Maximum commission is $30 per contract for the first five contracts plus $20 per contract for each additional contract. Minimum commission is $30 per contract for the first contract plus $2 per contract for each additional contract.

mission as when placing an order to buy or sell the underlying stock. Typically, this is 1 to 2% of the stock's value.

Consider a trader who buys one call contract with a strike price of $50 when the stock price is $49. We suppose the option price is $4.50, so the cost of the contract is $450. Using the schedule in Table 6.3, the commission paid when the option is bought is $30. Suppose that the stock price rises and the option is exercised when it reaches $60. Assuming that the trader pays a 1.5% commission on stock trades, the commission payable when the option is exercised is

$$0.015 \times \$60 \times 100 = \$90$$

The total commission paid is, therefore, $120. Note that if the trader could sell the option for $10 instead of exercising it, there would be a saving of $60 in commissions. (This is because the commission payable when an option is sold is only $30 in our example.) In general, the commission system tends to push traders in the direction of selling options rather than exercising them.

A hidden cost in option trading (and in stock trading) is the market maker's bid–ask spread. Suppose that in the example just considered, the bid price was $4.00 and the ask price was $4.50 at the time the option was purchased. We can reasonably assume that a "fair" price for the option is halfway between the bid and the ask price, or $4.25. The cost to the buyer and to the seller of the market maker system is the difference between the fair price and the price paid. This is $0.25 per option, or $25 per contract.

## 6.6  MARGINS

When shares are purchased, an investor can either pay cash or use a margin account. The initial margin required is usually 50% of the value of the shares, and the mainte-nance margin is usually 25% of the value of the shares. The margin account operates in the same way as it does for a trader entering into a futures contract (see section 2.3).

When call and put options are purchased, the option price must be paid in full. Traders are not allowed to buy options on margin. This is because options already contain substantial leverage. Buying on margin would raise this leverage to an un-acceptable level. When a trader writes options, there is a requirement that funds be maintained in a margin account. This is because the trader's broker and the exchange want to be satisfied that the trader will not default if the option is exercised. The size of the margin required depends on the circumstances.

### Writing Naked Options

Consider first the situation where a stock option is naked. This means that the op-tion position is not combined with an offsetting position in the underlying stock. The initial margin in the United States is the greater of the results of the following two calculations:

1. A total of 100% of the proceeds of the sale plus 20% of the underlying share price less the amount, if any, by which the option is out of the money.

2. A total of 100% of the proceeds of the sale plus 10% of the underlying share price.

For options on a broadly based index, the 20% in the preceding calculations is replaced by 15%. This is because an index is usually less volatile than the price of an individual stock.

*Example 6.3*    A trader writes four naked call option contracts on a stock. The option price is $5, the strike price is $40, and the stock price is $38. Because the option is $2 out of the money, the first calculation gives

$$400(5 + 0.2 \times 38 - 2) = 4,240$$

The second calculation gives

$$400(5 + 0.1 \times 38) = 3,520$$

The initial margin requirement is, therefore, $4,240. Note that if the option had been a put, it would be $2 in the money and the margin requirement would be

$$400(5 + 0.2 \times 38) = \$5,040$$

In both cases the proceeds of the sale, $2,000, can be used to form part of the margin account.

A calculation similar to the initial margin calculation (but with the current market price replacing the proceeds of sale) is repeated every day. Funds can be withdrawn from the margin account when the calculation indicates that the margin required is less than the current balance in the margin account. When the calculation indicates that a significantly greater margin is required, a margin call will be made.

### Writing Covered Calls

Writing covered calls involves writing call options when the shares that might have to be delivered are already owned. Covered calls are far less risky than naked calls because the worst that can happen is that the trader is required to sell shares already owned at or below their market value. If covered call options are out of the money, no

margin is required. The shares owned can be purchased using a margin account as described previously, and the price received for the option can be used to partially fulfill this margin requirement. If the options are in the money, no margin is required for the options. However, for the purposes of calculating the trader's equity position, the share price is reduced by the extent, if any, to which the option is in the money. This may limit the amount that the trader can withdraw from the margin account if the share price increases.

*Example 6.4* A trader decides to buy 200 shares of a certain stock on margin and to write two call option contracts on the stock. The stock price is $63, the strike price is $65, and the price of the option is $7. Because the options are out of the money, the margin account allows the trader to borrow 50% of the price of the stock, or $6,300. The trader is also able to use the price received for the option, $7 × 200 or $1,400, to finance the purchase of the shares. The shares cost $63 × 200 = $12,600. The minimum cash initially required from the trader for his or her trades is, therefore,

$$\$12,600 - \$6,300 - \$1,400 = \$4,900$$

In chapter 8 we discuss more complicated option trading strategies, such as spreads, combinations, straddles, strangles, and so on. There are special rules for determining the margin requirements when these trading strategies are used.

## 6.7 THE OPTIONS CLEARING CORPORATION

The Options Clearing Corporation (OCC) performs much the same sort of function for options markets as the clearinghouse does for futures markets (see chapter 2). It guarantees that option writers will fulfill their obligations under the terms of the option contract and keeps a record of all long and short positions. The OCC has a number of members, and all option trades must be cleared through a member. If a brokerage house is not itself a member of an exchange's OCC, it must arrange to clear its trades with a member. Members are required to have a certain minimum amount of capital and to contribute to a special fund that can be used if any member defaults on an option obligation.

When purchasing an option, the buyer must pay for it in full by the morning of the next business day. These funds are deposited with the OCC. The writer of the option maintains a margin account with a broker, as described earlier. The broker maintains a margin account with the OCC member that clears its trades. The OCC member, in turn, maintains a margin account with the OCC. The margin requirements described in the preceding section are the margin requirements imposed by the OCC on its members. A brokerage house may require higher margins from its clients. However, it cannot require lower margins.

### Exercising an Option

When a trader wishes to exercise an option, the trader notifies the broker handling the trade. The broker in turn notifies the OCC member that clears its trades. This member then places an exercise order with the OCC. The OCC randomly selects a member

with an outstanding short position in the same option. The member, using a procedure established in advance, selects a particular client who has written the option. If the option is a call, this client is required to sell stock at the strike price. If it is a put, the client is required to buy stock at the strike price. The client is said to be *assigned*. When an option is exercised, the open interest goes down by one.

At the expiration of the option, all in-the-money options should be exercised unless the transactions costs are so high as to wipe out the payoff from the option. Some brokerage firms will automatically exercise options for their clients at expiration when it is in their clients' interest to do so. Many exchanges also have rules for exercising stock options that are in the money at expiration.

## 6.8 REGULATION

Options markets in the United States are regulated in a number of ways. Both the exchanges and the Options Clearing Corporations have rules governing the behavior of traders. In addition, there are both federal and state regulatory authorities. In general, options markets have demonstrated a willingness to regulate themselves. There have been no major scandals or defaults by OCC members. Traders can have a high level of confidence in the way the market is run.

The Securities and Exchange Commission is responsible for regulating options markets in stocks, stock indices, currencies, and bonds at the federal level. The Commodity Futures Trading Commission is responsible for regulating markets for options on futures. The major options markets are in the states of Illinois and New York. These states actively enforce their own laws on unacceptable trading practices.

## 6.9 TAXATION

Determining the tax implications of options strategies can be tricky and an investor who is in doubt about this should consult a tax specialist. In the United States, the general rule is that (unless the taxpayer is a professional trader) gains and losses from the trading of stock options are taxed as capital gains or losses. The way that capital gains and losses are taxed in the United States was discussed in section 2.11. For both the holder and the writer of a stock option, a gain or loss is recognized when (a) the option expires unexercised or (b) the option is sold. If the option is exercised, the gain or loss from the option is rolled into the position taken in the stock and recognized when the stock position is closed out. For example, when a call option is exercised, the party with a long position is deemed to have purchased the stock at the strike price plus the call price. This is then used as a basis for calculating this party's gain or loss when the stock is eventually sold. Similarly, when a put option is exercised, the writer is deemed to have bought stock for the strike price less the original put price and the purchaser is deemed to have sold the stock for this price.

## Wash Sale Rule

One tax consideration in option trading in the United States is the wash sale rule. To understand this rule, imagine an investor who buys a stock when the price is $60 and plans to keep it for the long term. If the stock price drops to $40, the investor might be tempted to sell the stock and then immediately repurchase it so that the $20 loss is realized for tax purposes. To prevent this sort of thing, the tax authorities have ruled that when the repurchase is within 30 days of the sale (i.e., between 30 days before the sale and 30 days after the sale), any loss on the sale is not deductible. The disallowance also applies where, within the 61-day period, the taxpayer enters into an option or similar contract to acquire the stock. Thus, selling a stock at a loss and buying a call option within a 30-day period will lead to the loss being disallowed. The wash sale rule does not apply if the taxpayer is a dealer in stocks or securities and the loss is sustained in the ordinary course of business.

## Constructive Sales

Prior to 1997, if a United States taxpayer sold short a security while holding a long position in a substantially identical security, no gain or loss was recognized until the short position was closed out. This means that short positions could be used to defer recognition of a gain for tax purposes. The situation was changed by the Tax Relief Act of 1997. An appreciated property is now treated as "constructively sold" when the owner

1. Enters into a short sale of the same or substantially identical property;
2. Enters into a futures or forward contract to deliver the same or substantially identical property; or
3. Enters into one or more positions that eliminate substantially all of the loss and opportunity for gain.

It should be noted that transactions reducing only the risk of loss or only the opportunity for gain should not result in constructive sales. Therefore, an investor holding a long position in a stock can buy in-the-money put options on the stock without triggering a constructive sale because the upside potential is not limited.

## Tax Planning Using Derivatives

Tax practitioners sometimes use options and other derivatives to minimize tax costs or maximize tax benefits. One simple transaction is a cross-border arbitrage. A company buys an option in one tax jurisdiction where the cost of the option can be offset against tax immediately while selling an identical option in another jurisdiction where the income arising from the option sale is taxed only when the option is exercised or expires. Other transactions are more complex. For example, it is sometimes advantageous to receive the income from a security in Country A and the capital gain/loss in Country B. This could be the case if Country A has a tax regime that provides for a low effective tax rate on interest and dividends and a relatively high tax rate on capital gains. One can accomplish this by arranging for a company in Country A

to have legal ownership of the security and for it to enter into a forward contract to sell the security to a related company in Country B at some future time. If carefully structured, options can also be used to create a hybrid instrument that is treated as equity for rating or financial reporting purposes and as debt for tax purposes. As a debt instrument, the corporation obtains the tax benefit on the interest/dividend it pays. This can significantly reduce its cost of capital.

Tax authorities in many jurisdictions have proposed legislation designed to combat the use of derivatives for tax purposes. Before entering into any tax-motivated transaction, a treasurer should explore in detail how the structure could be unwound in the event of legislative change and how costly this process could be.

## 6.10 WARRANTS, EXECUTIVE STOCK OPTIONS, AND CONVERTIBLES

Usually, when a call option on a stock is exercised, the party with the short position acquires shares that have already been issued and sells them to the party with the long position for the strike price. The company whose stock underlies the option is not involved in any way. Warrants and executive stock options are call options that work slightly differently. They are written by a company on its own stock. When they are exercised, the company issues more of its own stock and sells them to the option holder for the strike price. The exercise of a warrant or executive stock option, therefore, leads to an increase in the number of shares of the company's stock that are outstanding.[2]

Warrants are call options that often come into existence as a result of a bond issue. They are added to the bond issue to make it more attractive to investors. Typically, a warrant lasts for a number of years. Once they have been created, they sometimes trade separately from the bonds to which they were originally attached.

Executive stock options are call options issued to executives to motivate them to act in the best interests of the company's shareholders. They are usually at-the-money when they are first issued. After a period of time they become vested and can be exercised. Unlike warrants and exchange-traded stock options they cannot be sold. They often last as long 10 or 15 years.

A convertible bond is a bond issued by a company that can be converted into equity at certain times using a predetermined exchange ratio. It is, therefore, a bond with an embedded call option on the company's stock. Convertibles are like warrants and executive stock options in that their exercise leads to more shares being issued by the company. Convertibles will be discussed in more detail in chapter 23.

---

[2] This in turn leads to some dilution in the value of the equity. The impact of this on the price of the option will be discussed in chapter 11.

166   CHAPTER 6  *Options Markets*

## SUMMARY

Options trade on a wide range of different assets on exchanges and in the over-the-counter market. An exchange must specify the terms of the option contracts it trades. In particular, it must specify the size of the contract, the precise expiration time, and the strike price.

The terms of a stock option are not adjusted for cash dividends. However, they are adjusted for stock dividends and stock splits. The aim of the adjustment is to keep the positions of both the writer and the buyer of a contract unchanged.

Most option exchanges use a market-maker system. A market maker is a person who is prepared to quote both a bid (the market maker's buying price) and an ask (the market maker's selling price). Market makers improve the liquidity of the market and ensure that there is never any delay in executing market orders. They themselves make a profit from the difference between their bid and ask prices (known as their bid–ask spread). The exchange has rules specifying upper limits for the bid–ask spread.

Writers of options have potential liabilities and are required to maintain margins with their brokers. The broker, if not a member of the Options Clearing Corporation, will maintain a margin account with a firm that is a member. This firm will in turn maintain a margin account with the Options Clearing Corporation. The Options Clearing Corporation is responsible for keeping a record of all outstanding contracts, handling exercise orders, and so on.

## SUGGESTIONS FOR FURTHER READING

Chance, D. M. *An Introduction to Derivatives*, 4th ed. Orlando, Fla.: Dryden Press, 1998.

Cox, J. C., and M. Rubinstein. *Options Markets*. Englewood Cliffs, N.J.: Prentice Hall, 1985.

Kolb, R. W. *Futures, Options, and Swaps*, 2nd ed. New York: Blackwell, 1997.

McMillan, L. G. *Options as a Strategic Investment*, 3rd ed. New York: New York Institute of Finance, 1992.