1  LERACH COUGHLIN STOIA GELLER
      RUDMAN & ROBBINS LLP
2  WILLIAM S. LERACH (68581)
   MARK SOLOMON (151949)
3  DOUGLAS R. BRITTON (188769)
   401 B Street, Suite 1600
4  San Diego, CA  92101
   Telephone:  619/231-1058
5  619/231-7423 (fax)
          – and –
6  SHAWN A. WILLIAMS (213113)
   WILLOW E. RADCLIFFE (200087)
7  ELI R. GREENSTEIN (217945)
   JENNIE LEE ANDERSON (203586)
8  MONIQUE C. WINKLER (213031)
   100 Pine Street, Suite 2600
9  San Francisco, CA  94111
   Telephone:  415/288-4545
10 415/288-4534 (fax)

11 Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Master File No. C-01-0988-MJJ<br><br><u>CLASS ACTION</u><br><br>PLAINTIFFS' UNOPPOSED MOTION TO **(1)** EXTEND TIME AND PAGE LIMITS FOR PLAINTIFFS' REPLY BRIEF IN SUPPORT OF CLASS CERTIFICATION AND **(2)** EXPEDITE THE COURT'S RULING ON PLAINTIFFS' MOTION |

Pursuant to Civ. L.R. 6-3, plaintiffs respectfully submit this Unopposed Motion to (1) Extend Time and Page Limits for Plaintiffs' Reply Brief in Support of Class Certification ("Motion to Extend Time") and (2) Expedite the Court's Ruling on Plaintiffs' Motion.  Plaintiffs' Motion to Extend Time seeks to extend the deadline for plaintiffs to file their reply brief by 14 days, from August 12, 2005, to August 26, 2005.  Given the impending August 12, 2005 deadline for plaintiffs to file their reply brief, plaintiffs seek an expedited ruling on their Motion to Extend Time. Plaintiffs' requested extension will not alter the class certification hearing date of September 13, 2005, unless the Court so desires.  Plaintiffs also seek to raise the page limit for the reply brief from 15 to 25 pages.

Plaintiffs' motion is based on the following facts, the attached [proposed] order and the supporting Declaration of Douglas Britton ("Britton Decl."), submitted herewith.  Pursuant to Civ. L.R. 6-3(a), the Britton Declaration (1) sets forth with particularity, the reasons for the requested extension of time; (2) describes the efforts the party has made to obtain a stipulation to the time change; and (3) identifies the substantial harm or prejudice that would occur if the Court did not change the time.  Also, because plaintiffs seek an expedited ruling on their Motion to Extend Time, the Britton Declaration complies with the requirements of Civ. L.R. 6-3(a)(4).

## I. Procedural History of the Parties' Class Certification Briefing Schedule

On January 31, 2005, plaintiffs filed their opening motion for class certification.  On March 10, 2005, Magistrate Judge Spero issued an Amended Order Setting a Discovery Plan ("Discovery Plan") setting forth a detailed schedule for class certification briefing and discovery.  Section V.I. of the Discovery Plan ordered defendants to file their opposition to plaintiffs' motion for class certification no later than May 6, 2005.  The Discovery Plan also ordered plaintiffs to file a reply brief no later than June 13, 2005, approximately 38 days after defendants' deadline for filing their opposition.  A copy of the Discovery Plan is attached as Exhibit 1 to the Britton Declaration.  The class certification briefing schedule is on page 10 of Ex. 1.

On May 4, 2005, due to various delays in class certification discovery and constraints in the parties' schedules, Magistrate Judge Spero entered a Stipulation and Order Regarding Class Discovery ("May 4, 2005 Order") setting forth a revised class certification briefing schedule.  The

1  May 4, 2005 Order is attached as Ex. 2 to the Britton Declaration.  The May 4, 2005 Order provided
2  that defendants file their class certification opposition brief no later than July 8, 2005.  The May 4,
3  2005 Order also allowed plaintiffs to file their reply brief no later than August 5, 2005,
4  approximately 28 days after defendants' opposition deadline.  Britton Decl., Ex. 2 at 1.

5        On May 9, 2005, this Court set a hearing date of September 13, 2005, for plaintiffs' motion
6  for class certification.  On May 10, 2005, defendants filed a motion to strike plaintiffs' motion for
7  class certification based on the U.S. Supreme Court's recent decision in *Dura Pharms., Inc. v.*
8  *Broudo*, 125 S. Ct. 1627 (2005) (*"Dura"*).

9        On June 10, 2005, this Court entered an order denying defendants' motion to strike plaintiffs'
10  motion for class certification.  The Court found that the issues raised by defendants in their motion to
11  strike "can be addressed in the briefing on Plaintiffs' Rule 23 motion for class certification."  The
12  Court also set a new deadline of July 29, 2005, for defendants to file their opposition brief, and
13  August 12, 2005, for plaintiffs to file their reply brief.  This schedule provides plaintiffs with 14 days
14  (10 court days) to submit their reply brief.  Magistrate Judge Spero's March 10, 2005 Discovery Plan
15  and May 4, 2005 Order allowed plaintiffs 38 days and 28 days, respectively, to respond to
16  defendants' class certification opposition brief.

17  **II.    Plaintiffs Believe that Additional Time and Pages Are Necessary to Fully
         Analyze and Address Defendants' Opposition Brief Which Includes Novel
18       Legal Issues, Two Extensive Declarations and Thousands of Pages of
         Exhibits**
19
20        As set forth in the Britton Declaration submitted herewith, plaintiffs believe they would
21  suffer substantial harm and prejudice if they are not allowed additional time and pages to file their
22  reply brief in support of class certification.  Defendants had approximately six months to analyze
23  plaintiffs' motion, conduct class certification discovery, develop their positions, and draft their
24  opposition brief.  Defendants' opposition brief raises many complex issues of law and fact, and
25  challenges the adequacy of all five proposed class representatives on a variety of Rule 23 grounds.
26  Defendants' brief also raises novel issues related to the purported interrelationship between Rule 23
27  and the U.S. Supreme Court's recent *Dura* decision.  Since there is minimal, if any, legal precedent
28

PLTFS' UNOPPOSED MTN TO **(1)** EXTEND TIME & PAGE LIMITS FOR REPLY BRIEF IN
SUPPORT OF CLASS CERT; & **(2)** EXPEDITE COURT'S RULING ON PLTF'S MTN - C-01-0988-MJJ     - 2 -

on the interplay between Rule 23 and *Dura*, plaintiffs need additional time to analyze, develop, and construct their position.

Additionally, defendants submitted thousands of pages of exhibits and two separate supporting declarations with their opposition. One of those declarations (the Declaration of Stefan Boedeker) is by itself 14 pages, one page less than the limit for plaintiffs' entire reply brief. The Boedeker Declaration purportedly opines on complex issues of economic trading strategies and loss causation, and raises other issues related to reliance and damages for each of the five proposed class representatives. Plaintiffs believe more time is needed to fully address this unanticipated declaration.

Simply put, plaintiffs believe that 14 days (10 court days) is not enough time to fully develop and address all of the complex issues raised in defendants' opposition and the thousands of pages of supporting exhibits and declarations. Class certification is one of the most critical aspects of complex securities fraud class actions. The five proposed class representatives and the putative class would be substantially prejudiced if they were not afforded more time and pages to respond to the numerous complex issues raised in defendants' opposition.

### III. Conclusion

For the foregoing reasons, plaintiffs' motion should be granted.

DATED: August 5, 2005

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SHAWN A. WILLIAMS
WILLOW E. RADCLIFFE
ELI R. GREENSTEIN
JENNIE LEE ANDERSON
MONIQUE C. WINKLER

/s/
ELI R. GREENSTEIN

100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)

1
2
3
4
5
6
7
8

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
WILLIAM S. LERACH
MARK SOLOMON
DOUGLAS R. BRITTON
401 B Street, Suite 1600
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

Lead Counsel for Plaintiffs

T:\CasesSF\Oracle3\MOT00023300.doc

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PLTFS' UNOPPOSED MTN TO **(1)** EXTEND TIME & PAGE LIMITS FOR REPLY BRIEF IN SUPPORT OF CLASS CERT; & **(2)** EXPEDITE COURT'S RULING ON PLTF'S MTN - C-01-0988-MJJ    - 4 -

## DECLARATION OF SERVICE BY FACSIMILE

I, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, a citizen of the United States and employed in the City and County of San Francisco, over the age of 18 years, and not a party to or interested party in the within action; that declarant's business address is 100 Pine Street, Suite 2600, San Francisco, California 94111.

2. That on August 5, 2005, declarant served by facsimile the PLAINTIFFS' UNOPPOSED MOTION TO **(1)** EXTEND TIME AND PAGE LIMITS FOR PLAINTIFFS' REPLY BRIEF IN SUPPORT OF CLASS CERTIFICATION AND **(2)** EXPEDITE THE COURT'S RULING ON PLAINTIFFS' MOTION to the parties listed on the attached Service List.

3. That there is a regular communication by facsimile between the place of origin and the places so addressed.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 5th day of August, 2005, at San Francisco, California.

                                                      /s/
                                              CAROLYN BURR

ORACLE III (LEAD)

Service List - 8/3/2005     (201-064-1)

Page 1 of 1

**Counsel For Defendant(s)**

Donald M. Falk
Lee H. Rubin
Shirish Gupta
Mayer, Brown, Rowe & Maw LLP
Two Palo Alto Square, Suite 300
Palo Alto, CA 94306
  650/331-2000
  650/331-2060 (Fax)

Alan N. Salpeter
Javier H. Rubinstein
Mayer, Brown, Rowe & Maw LLP
71 South Wacker Drive
Chicago, IL 60606
  312/782-0600
  312/701-7711 (Fax)

Dorian Daley
James C. Maroulis
Oracle Corporation
500 Oracle Parkway, Mail Stop 50P7
Redwood City, CA 94065
  650/506-5200
  650/506-7114 (Fax)

**Counsel For Plaintiff(s)**

William S. Lerach
Mark Solomon
Douglas R. Britton
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
401 B Street, Suite 1600
San Diego, CA 92101-4297
  619/231-1058
  619/231-7423 (Fax)

Sanford Svetcov
Shawn A. Williams
Willow E. Radcliffe
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
100 Pine Street, Suite 2600
San Francisco, CA 94111-5238
  415/288-4545
  415/288-4534 (Fax)