1
2
3
4
5
6
7
8
9
10
11
12                                    UNITED STATES DISTRICT COURT
13                                   NORTHERN DISTRICT OF CALIFORNIA
14

| In re ORACLE CORPORATION SECURITIES LITIGATION | ) ) ) | Master File No. C-01-0988-MJJ |
|---|---|---|
|  | ) | CLASS ACTION |
| This Document Relates To:<br><br>ALL ACTIONS. | ) ) ) ) ) ) ) ) | [PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO **(1)** EXTEND TIME AND PAGE LIMITS FOR PLAINTIFFS' REPLY BRIEF IN SUPPORT OF CLASS CERTIFICATION AND **(2)** EXPEDITE THE COURT'S RULING ON PLAINTIFFS' MOTION |

15
16
17
18
19
20
21
22
23
24
25
26
27
28

1  The Court, having reviewed Plaintiffs' Unopposed Motion to **(1)** Extend Time and Page Limits for Plaintiffs' Reply Brief in Support of Class Certification and **(2)** Expedite the Court's Ruling on Plaintiffs' Motion, hereby orders as follows:

   1. Plaintiffs' deadline to file a reply brief in support of their motion for class certification is extended to August 26, 2006.

   2. Plaintiffs' reply brief shall be no longer than twenty-five (25) pages, not including supporting declarations and exhibits.

   IT IS SO ORDERED.

DATED: _____  _____
                                      THE HONORABLE MARTIN J. JENKINS
                                      UNITED STATES DISTRICT JUDGE

Submitted by:

DATED: August 5, 2005

LERACH COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
SHAWN A. WILLIAMS
WILLOW E. RADCLIFFE
ELI R. GREENSTEIN
JENNIE LEE ANDERSON
MONIQUE C. WINKLER


           /s/
_____
         ELI R. GREENSTEIN

100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)

LERACH COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
WILLIAM S. LERACH
MARK SOLOMON
DOUGLAS R. BRITTON
401 B Street, Suite 1600
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

Lead Counsel for Plaintiffs

T:\CasesSF\Oracle3\ORD00023331.doc

[PROPOSED] ORD GRANTING PLTFS' UNOPPOSED MTN TO EXTEND TIME & PG LIMITS FOR
REPLY BRF IN SUPP OF CLASS CERT & EXPEDITE COURT'S RULING ON MTN - C-01-0988-MJJ      - 1 -

DECLARATION OF SERVICE BY FACSIMILE

I, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, a citizen of the United States and employed in the City and County of San Francisco, over the age of 18 years, and not a party to or interested party in the within action; that declarant's business address is 100 Pine Street, Suite 2600, San Francisco, California 94111.

2. That on August 5, 2005, declarant served by facsimile the [PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO **(1)** EXTEND TIME AND PAGE LIMITS FOR PLAINTIFFS' REPLY BRIEF IN SUPPORT OF CLASS CERTIFICATION AND **(2)** EXPEDITE THE COURT'S RULING ON PLAINTIFFS' MOTION to the parties listed on the attached Service List.

3. That there is a regular communication by facsimile between the place of origin and the places so addressed.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 5th day of August, 2005, at San Francisco, California.

/s/
CAROLYN BURR

ORACLE III (LEAD)

Service List - 8/3/2005    (201-064-1)

Page 1 of 1

**Counsel For Defendant(s)**

Donald M. Falk
Lee H. Rubin
Shirish Gupta
Mayer, Brown, Rowe & Maw LLP
Two Palo Alto Square, Suite 300
Palo Alto, CA  94306
  650/331-2000
  650/331-2060 (Fax)

Alan N. Salpeter
Javier H. Rubinstein
Mayer, Brown, Rowe & Maw LLP
71 South Wacker Drive
Chicago, IL  60606
  312/782-0600
  312/701-7711 (Fax)

Dorian Daley
James C. Maroulis
Oracle Corporation
500 Oracle Parkway, Mail Stop 50P7
Redwood City, CA  94065
  650/506-5200
  650/506-7114 (Fax)

**Counsel For Plaintiff(s)**

William S. Lerach
Mark Solomon
Douglas R. Britton
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
401 B Street, Suite 1600
San Diego, CA  92101-4297
  619/231-1058
  619/231-7423 (Fax)

Sanford Svetcov
Shawn A. Williams
Willow E. Radcliffe
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
100 Pine Street, Suite 2600
San Francisco, CA  94111-5238
  415/288-4545
  415/288-4534 (Fax)