# Exhibit (A)



LERACH
COUGHLIN
STOIA
GELLER
RUDMAN
& ROBBINS LLP

SAN DIEGO · SAN FRANCISCO
LOS ANGELES · NEW YORK · BOCA RATON
WASHINGTON, DC · HOUSTON
PHILADELPHIA · SEATTLE

Monique C. Winkler
MoniqueW@lerachlaw.com

July 15, 2005

<u>VIA FACSIMILE</u>

Lee Rubin, Esq.  
MAYER, BROWN, ROWE & MAW LLP  
Two Palo Alto Square  
El Camino Real, Suite 300  
Palo Alto, CA 94306  

Vincent Paul (Trace) Schmeltz III, Esq.  
MAYER, BROWN, ROWE & MAW LLP  
71 South Wacker Drive  
Chicago, IL 60606  

Re: *In re Oracle Corporation Securities Litigation*
U.S.D.C. ND. Cal. Master File No. C-01-0988-MJJ

Dear Counsel:

I write regarding the in person meet and confer scheduled for July 27, 2005. Plaintiffs are available to meet on July 27 from 10:00 a.m. to 1:00 p.m. at your Chicago offices. Plaintiffs intend to address the following topics at the meeting:

1. Modification of the March 10, 2005 Amended Order Setting a Discovery Plan ("Discovery Plan") to incorporate the full set of workpapers and quarterly reviews from Oracle Corporation, Arthur Andersen LLP and Ernst & Young LLP relating to the relevant period;

2. Modification of the Discovery Plan relating to third-party discovery from customers regarding the accounting allegations in the Revised Second Amended Complaint for Violations of the Federal Securities Laws to include all documents relating to overpayments, *i.e.*, documents constituting or concerning invoices, purchase orders, receipts, checks, refunds, credits in connection with the purchase or sale of Oracle's products or services, regardless of when created; and

Jul-15-05  12:16pm  From-  T-711  P.003/003  F-073



Lee Rubin, Esq.
Vince Paul (Trace) Schmeltz III, Esq.
July 15, 2005
Page 2

      3.    Restoration by defendants of Oracle's disaster-recovery tapes and production of all relevant information contained thereon as provided in the Discovery Plan, including, but not limited to, the production of information from the files of plaintiffs' confidential witnesses whom defendants intend to depose and all other witnesses required by the Discovery Plan.

Very truly yours,

Monique C. Winkler

MCW:mm
T:\CasesSF\Oracle3\Corres\Rubin_Schmertz 071505.doc