**Exhibit (C)**

| IDENTIFIER | Debit Memo # | Reference Field (original receipt #) | Debit Currency | Debit Memo GL Date | Batch Source | Transaction Type | Bill to Customer Name | DM Amount | Accounted Debit | Accounted Credit | Applied Debit | Applied Receipt # | Amount Applied | Receipt GL Date | Applied (Unapplied) Date | Receipt Customer Name | Receipt Applied Accounted Debit | Receipt Applied Accounted | Receipt Applied GL | Credit Memo # | Credit Memo GL Date | Credit Memo- Customer Name | Credit Memo Amount Applied | Credit Memo Accounted | Credit Memo Accounted |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 55000001 | 1006007 | USD | 11/17/2000 | ON ACCOUNT CLEANUP | ON ACCOUNT | LUCENT TECHNOLOGIES | 1215463.93 | 1215463.93 | 1215463.93 | 10060001 | 1215463.93 | 8/26/1997 | 11/17/2000 | LUCENT TECHNOLOGIES | 1215463.93 | 1215463.93 | 25005 | | | | | | |
| 2 | 55000002 | 1005 | USD | 11/17/2000 | ON ACCOUNT CLEANUP | ON ACCOUNT | DOUG SANDERS | 3213.43 | 3213.43 | 3213.43 | 1005 | 3213.43 | 7/24/2000 | 11/17/2000 | DOUG SANDERS | 3213.43 | 3213.43 | 25005 | | | | | | |
| 2 | 55000002 | 1005 | USD | 11/17/2000 | ON ACCOUNT CLEANUP | ON ACCOUNT | DOUG SANDERS | 3213.43 | 3213.43 | 3213.43 | 1005 | -3213.43 | 7/24/2000 | 11/14/2002 | DOUG SANDERS | -3213.43 | -3213.43 | 25005 | 7245427 | 11/15/2002 | DOUG SANDERS | 3213.43 | 3213.43 | 3213.43 |
| 1 | 55000003 | 1005 | USD | 11/17/2000 | ON ACCOUNT CLEANUP | ON ACCOUNT | THIRDWAVE CORPORATION | 558.03 | 558.03 | 558.03 | 1005 | 558.03 | 9/23/1998 | 11/17/2000 | THIRDWAVE CORPORATION | 558.03 | 558.03 | 25005 | | | | | | |
| 1 | 55000004 | 1005 | USD | 11/17/2000 | ON ACCOUNT CLEANUP | ON ACCOUNT | ROCCO INC | 1262.99 | 1262.99 | 1262.99 | 1005 | 1262.99 | 12/20/1995 | 11/17/2000 | ROCCO INC | 1262.99 | 1262.99 | 25005 | | | | | | |
| 1 | 55000005 | 10059751 | USD | 11/17/2000 | ON ACCOUNT CLEANUP | ON ACCOUNT | NATIONAL DATA CORPORATION | 1250 | 1250 | 1250 | 10059751 | 1250 | 1/5/1995 | 11/17/2000 | NATIONAL DATA CORPORATION | 1250 | 1250 | 25005 | | | | | | |
| 1 | 55000006 | 10058765 | USD | 11/17/2000 | ON ACCOUNT CLEANUP | ON ACCOUNT | VALERO CORPORATE SERVICES COMPANY | 21913.62 | 21913.62 | 21913.62 | 10058765 | 21913.62 | 4/18/1997 | 11/17/2000 | VALERO CORPORATE SERVICES COMPANY | 21913.62 | 21913.62 | 25005 | | | | | | |
| 1 | 55000007 | 1005821 | USD | 11/17/2000 | ON ACCOUNT CLEANUP | ON ACCOUNT | INTERMEC TECHNOLOGIES CORPORATION | 7006.61 | 7006.61 | 7006.61 | 1005821 | 7006.61 | 3/9/1999 | 11/17/2000 | INTERMEC TECHNOLOGIES CORPORATION | 7006.61 | 7006.61 | 25005 | | | | | | |
| 1 | 55000008 | 1005821 | USD | 11/17/2000 | ON ACCOUNT CLEANUP | ON ACCOUNT | INTERMEC TECHNOLOGIES CORPORATION | 649.8 | 649.8 | 649.8 | 1005821 | 649.8 | 3/9/1999 | 11/17/2000 | INTERMEC TECHNOLOGIES CORPORATION | 649.8 | 649.8 | 25005 | | | | | | |
| 1 | 55000009 | 10057990 | USD | 11/17/2000 | ON ACCOUNT CLEANUP | ON ACCOUNT | NATIONWIDE MUTUAL INSURANCE COMPANY | 286.94 | 286.94 | 286.94 | 10057990 | 286.94 | 4/2/1992 | 11/17/2000 | NATIONWIDE MUTUAL INSURANCE COMPANY | 286.94 | 286.94 | 25005 | | | | | | |
| 1 | 55000010 | 10056236 | USD | 11/17/2000 | ON ACCOUNT CLEANUP | ON ACCOUNT | MISSLE & SPACE INTELLIGENCE CENTER | 750 | 750 | 750 | 10056236 | 750 | 9/14/1992 | 11/17/2000 | MISSLE & SPACE INTELLIGENCE CENTER | 750 | 750 | 25005 | | | | | | |
| 1 | 55000011 | 1005563 | USD | 11/17/2000 | ON ACCOUNT CLEANUP | ON ACCOUNT | FUJITSU COMPUTER PRODUCTS OF AMERICA | 37.5 | 37.5 | 37.5 | 1005563 | 37.5 | 2/1/1995 | 11/17/2000 | FUJITSU COMPUTER PRODUCTS OF AMERICA | 37.5 | 37.5 | 25005 | | | | | | |
| 1 | 55000012 | 10055459 | USD | 11/17/2000 | ON ACCOUNT CLEANUP | ON ACCOUNT | CSC HEALTHCARE SYSTEMS INC | 4704.94 | 4704.94 | 4704.94 | 10055459 | 4704.94 | 9/8/1997 | 11/17/2000 | CSC HEALTHCARE SYSTEMS INC | 4704.94 | 4704.94 | 25005 | | | | | | |
| 1 | 55000013 | 10054 | USD | 11/17/2000 | ON ACCOUNT CLEANUP | ON ACCOUNT | EC CUBED | 211.34 | 211.34 | 211.34 | 10054 | 211.34 | 4/17/1997 | 11/17/2000 | EC CUBED | 211.34 | 211.34 | 25005 | | | | | | |
| 1 | 55000014 | 100548 | USD | 11/17/2000 | ON ACCOUNT CLEANUP | ON ACCOUNT | COMBINED DATA RESOURCES INC | 1050 | 1050 | 1050 | 100548 | 1050 | 9/8/1994 | 11/17/2000 | COMBINED DATA RESOURCES INC | 1050 | 1050 | 25005 | | | | | | |
| 1 | 55000015 | 1005454 | USD | 11/17/2000 | ON ACCOUNT CLEANUP | ON ACCOUNT | CRESTED BUTTE MOUNTAIN RESORT | 4928.04 | 4928.04 | 4928.04 | 1005454 | 4928.04 | 6/1/1993 | 11/17/2000 | CRESTED BUTTE MOUNTAIN RESORT | 4928.04 | 4928.04 | 25005 | | | | | | |
| 1 | 55000016 | 100544 | USD | 11/17/2000 | ON ACCOUNT CLEANUP | ON ACCOUNT | MUSICMATCH INC | 6461.7 | 6461.7 | 6461.7 | 100544 | 6461.7 | 7/22/1999 | 11/17/2000 | MUSICMATCH INC | 6461.7 | 6461.7 | 25005 | | | | | | |
| 1 | 55000017 | 100537 | USD | 11/17/2000 | ON ACCOUNT CLEANUP | ON ACCOUNT | JOHNSON CITY MEDICAL CENTER HOSPITAL | 1200 | 1200 | 1200 | 100537 | 1200 | 8/26/1997 | 11/17/2000 | JOHNSON CITY MEDICAL CENTER HOSPITAL | 1200 | 1200 | 25005 | | | | | | |
| 1 | 55000018 | 100532 | USD | 11/17/2000 | ON ACCOUNT CLEANUP | ON ACCOUNT | BROADBAND | 184124.6 | 184124.6 | 184124.6 | 100532 | 184124.6 | 8/29/2000 | 11/17/2000 | BROADBAND | 184124.6 | 184124.6 | 25005 | | | | | | |
| 1 | 55000019 | 10053205 | USD | 11/17/2000 | ON ACCOUNT CLEANUP | ON ACCOUNT | NATIONWIDE MUTUAL INSURANCE COMPANY | 2793.06 | 2793.06 | 2793.06 | 10053205 | 2793.06 | 3/9/1992 | 11/17/2000 | NATIONWIDE MUTUAL INSURANCE COMPANY | 2793.06 | 2793.06 | 25005 | | | | | | |
| 1 | 55000020 | 10052 | USD | 11/17/2000 | ON ACCOUNT CLEANUP | ON ACCOUNT | ANDERSEN CONSULTING | 9116 | 9116 | 9116 | 10052 | 9116 | 3/9/1998 | 11/17/2000 | ANDERSEN CONSULTING | 9116 | 9116 | 25005 | | | | | | |
| 1 | 55000021 | 10052 | USD | 11/17/2000 | ON ACCOUNT CLEANUP | ON ACCOUNT | LEVINE FRICKE | 5062.5 | 5062.5 | 5062.5 | 10052 | 5062.5 | 11/9/1995 | 11/17/2000 | LEVINE FRICKE | 5062.5 | 5062.5 | 25005 | | | | | | |
| 1 | 55000022 | 100525 | USD | 11/17/2000 | ON ACCOUNT CLEANUP | ON ACCOUNT | STATIA TERMINALS INC | 754.82 | 754.82 | 754.82 | 100525 | 754.82 | 12/1/1997 | 11/17/2000 | STATIA TERMINALS INC | 754.82 | 754.82 | 25005 | | | | | | |
| 1 | 55000023 | 100524 | USD | 11/17/2000 | ON ACCOUNT CLEANUP | ON ACCOUNT | HENRY FORD HEALTH SYSTEM | 200 | 200 | 200 | 100524 | 200 | 1/4/2000 | 11/17/2000 | HENRY FORD HEALTH SYSTEM | 200 | 200 | 25005 | | | | | | |
| 1 | 55000024 | 10051699 | USD | 11/17/2000 | ON ACCOUNT CLEANUP | ON ACCOUNT | KEY SERVICES CORPORATION | 1471.07 | 1471.07 | 1471.07 | 10051699 | 1471.07 | 4/17/1997 | 11/17/2000 | KEY SERVICES CORPORATION | 1471.07 | 1471.07 | 25005 | | | | | | |
| 1 | 55000025 | 100513 | USD | 11/17/2000 | ON ACCOUNT CLEANUP | ON ACCOUNT | MANAGEMENT ANALYSIS COMPANY | 104.07 | 104.07 | 104.07 | 100513 | 104.07 | 9/5/1991 | 11/17/2000 | MANAGEMENT ANALYSIS COMPANY | 104.07 | 104.07 | 25005 | | | | | | |
| 1 | 55000026 | 10050 | USD | 11/17/2000 | ON ACCOUNT CLEANUP | ON ACCOUNT | INTERSYSTEMS INC | 745.5 | 745.5 | 745.5 | 10050 | 745.5 | 2/26/1996 | 11/17/2000 | INTERSYSTEMS INC | 745.5 | 745.5 | 25005 | | | | | | |
| 1 | 55000027 | 100509 | USD | 11/17/2000 | ON ACCOUNT CLEANUP | ON ACCOUNT | EG&G ROCKY FLATS INC | 250 | 250 | 250 | 100509 | 250 | 3/26/1992 | 11/17/2000 | EG&G ROCKY FLATS INC | 250 | 250 | 25005 | | | | | | |
| 2 | 55000028 | 1005062 | USD | 11/17/2000 | ON ACCOUNT CLEANUP | ON ACCOUNT | CHARLES SCHWAB & COMPANY | 102064.6 | 102064.6 | 102064.6 | 1005062 | 102064.6 | 8/4/2000 | 11/17/2000 | CHARLES SCHWAB & COMPANY | 102064.6 | 102064.6 | 25005 | | | | | | |
| 2 | 55000028 | 1005062 | USD | 11/17/2000 | ON ACCOUNT CLEANUP | ON ACCOUNT | CHARLES SCHWAB & COMPANY | 102064.6 | 102064.6 | 102064.6 | 1005062 | -102064.6 | 8/4/2000 | 11/17/2002 | CHARLES SCHWAB & COMPANY | -102064.6 | -102064.6 | 25005 | 7244786 | 11/11/2002 | CHARLES SCHWAB | 102064.6 | 102064.6 | 102064.6 |
| 1 | 55000030 | 1004 | USD | 11/17/2000 | ON ACCOUNT CLEANUP | ON ACCOUNT | PEGASUS CONCEPTS | 77.94 | 77.94 | 77.94 | 1004 | 77.94 | 7/13/1990 | 11/17/2000 | PEGASUS CONCEPTS | 77.94 | 77.94 | 25005 | | | | | | |
| 1 | 55000031 | 1004 | USD | 11/17/2000 | ON ACCOUNT CLEANUP | ON ACCOUNT | COSMOS SYSTEMS LTD | 26.8 | 26.8 | 26.8 | 1004 | 26.8 | 9/12/1994 | 11/17/2000 | COSMOS SYSTEMS LTD | 26.8 | 26.8 | 25005 | | | | | | |
| 1 | 55000032 | 1004 | USD | 11/17/2000 | ON ACCOUNT CLEANUP | ON ACCOUNT | SAITECH | 2669.5 | 2669.5 | 2669.5 | 1004 | 2669.5 | 9/21/1994 | 11/17/2000 | SAITECH | 2669.5 | 2669.5 | 25005 | | | | | | |
| 1 | 55000033 | 100499 | USD | 11/17/2000 | ON ACCOUNT CLEANUP | ON ACCOUNT | MDL INFORMATION SYSTEMS | 2800 | 2800 | 2800 | 100499 | 2800 | 10/17/1997 | 11/17/2000 | MDL INFORMATION SYSTEMS | 2800 | 2800 | 25005 | | | | | | |
| 1 | 55000034 | 10049614 | USD | 11/17/2000 | ON ACCOUNT CLEANUP | ON ACCOUNT | COMPUTER SCIENCES CORPORATION | 2100 | 2100 | 2100 | 10049614 | 2100 | 3/26/1993 | 11/17/2000 | COMPUTER SCIENCES CORPORATION | 2100 | 2100 | 25005 | | | | | | |
| 1 | 55000035 | 10048948 | USD | 11/17/2000 | ON ACCOUNT CLEANUP | ON ACCOUNT | COMMONWEALTH OF VIRGINIA | 2219.4 | 2219.4 | 2219.4 | 10048948 | 2219.4 | 5/26/1992 | 11/17/2000 | COMMONWEALTH OF VIRGINIA | 2219.4 | 2219.4 | 25005 | | | | | | |
| 1 | 55000036 | 1004785 | USD | 11/17/2000 | ON ACCOUNT CLEANUP | ON ACCOUNT | EQUITABLE OF IOWA | 25961.22 | 25961.22 | 25961.22 | 1004785 | 25961.22 | 4/26/1999 | 11/17/2000 | EQUITABLE OF IOWA | 25961.22 | 25961.22 | 25005 | | | | | | |
| 2 | 55000036 | 1004785 | USD | 11/17/2000 | ON ACCOUNT CLEANUP | ON ACCOUNT | EQUITABLE OF IOWA | 25961.22 | 25961.22 | 25961.22 | 1004785 | -25961.22 | 4/26/1999 | 11/13/2002 | EQUITABLE OF IOWA | -25961.22 | -25961.22 | 25005 | 7245053 | 11/13/2002 | EQUITABLE OF I | 25961.22 | 25961.22 | 25961.22 |
| 1 | 55000037 | 1004705 | USD | 11/17/2000 | ON ACCOUNT CLEANUP | ON ACCOUNT | EQUITABLE OF IOWA | 189.2 | 189.2 | 189.2 | 1004705 | 189.2 | 3/4/1999 | 11/17/2000 | EQUITABLE OF IOWA | 189.2 | 189.2 | 25005 | | | | | | |
| 1 | 55000038 | 10046961 | USD | 11/17/2000 | ON ACCOUNT CLEANUP | ON ACCOUNT | BAYER USA INC | 13387.5 | 13387.5 | 13387.5 | 10046961 | 13387.5 | 12/13/1993 | 11/17/2000 | BAYER USA INC | 13387.5 | 13387.5 | 25005 | | | | | | |
| 1 | 55000039 | 100466 | USD | 11/17/2000 | ON ACCOUNT CLEANUP | ON ACCOUNT | UNIV OF COLORADO | 2500 | 2500 | 2500 | 100466 | 2500 | 3/27/1996 | 11/17/2000 | UNIV OF COLORADO | 2500 | 2500 | 25005 | | | | | | |
| 1 | 55000040 | 1004624 | USD | 11/17/2000 | ON ACCOUNT CLEANUP | ON ACCOUNT | EBON RESEARCH SYSTEMS | 182.88 | 182.88 | 182.88 | 1004624 | 182.88 | 9/23/1991 | 11/17/2000 | EBON RESEARCH SYSTEMS | 182.88 | 182.88 | 25005 | | | | | | |
| 1 | 55000041 | 10046191 | USD | 11/17/2000 | ON ACCOUNT CLEANUP | ON ACCOUNT | COMPUTER SCIENCES CORPORATION | 30 | 30 | 30 | 10046191 | 30 | 5/1/1991 | 11/17/2000 | COMPUTER SCIENCES CORPORATION | 30 | 30 | 25005 | | | | | | |
| 1 | 55000042 | 10046027 | USD | 11/17/2000 | ON ACCOUNT CLEANUP | ON ACCOUNT | COMPUTER SCIENCES CORPORATION | 2120 | 2120 | 2120 | 10046027 | 2120 | 12/9/1994 | 11/17/2000 | COMPUTER SCIENCES CORPORATION | 2120 | 2120 | 25005 | | | | | | |
| 1 | 55000043 | 1004537 | USD | 11/17/2000 | ON ACCOUNT CLEANUP | ON ACCOUNT | CITY OF DETROIT | 2200 | 2200 | 2200 | 1004537 | 2200 | 6/7/1999 | 11/17/2000 | CITY OF DETROIT | 2200 | 2200 | 25005 | | | | | | |
| 1 | 55000044 | 100414 | USD | 11/17/2000 | ON ACCOUNT CLEANUP | ON ACCOUNT | SWISS RE NEW MARKETS | 7800 | 7800 | 7800 | 100414 | 7800 | 2/25/2000 | 11/17/2000 | SWISS RE NEW MARKETS | 7800 | 7800 | 25005 | | | | | | |
| 2 | 55000044 | 100414 | USD | 11/17/2000 | ON ACCOUNT CLEANUP | ON ACCOUNT | SWISS RE NEW MARKETS | 7800 | 7800 | 7800 | 100414 | -7800 | 2/25/2000 | 11/14/2002 | SWISS RE NEW MARKETS | -7800 | -7800 | 25005 | 7245376 | 11/14/2002 | SWISS RE NEW | 7800 | 7800 | 7800 |
| 1 | 55000045 | 10044176 | USD | 11/17/2000 | ON ACCOUNT CLEANUP | ON ACCOUNT | LIBERATE TECHNOLOGIES | 12680.6 | 12680.6 | 12680.6 | 10044176 | 12680.6 | 7/27/2000 | 11/17/2000 | LIBERATE TECHNOLOGIES | 12680.6 | 12680.6 | 25005 | | | | | | |
| 2 | 55000045 | 10044176 | USD | 11/17/2000 | ON ACCOUNT CLEANUP | ON ACCOUNT | LIBERATE TECHNOLOGIES | 12680.6 | 12680.6 | 12680.6 | 10044176 | -12680.6 | 7/27/2000 | 11/13/2002 | LIBERATE TECHNOLOGIES | -12680.6 | -12680.6 | 25005 | 7245046 | 11/13/2002 | LIBERATE | 12680.6 | 12680.6 | 12680.6 |
| 1 | 55000046 | 100431 | USD | 11/17/2000 | ON ACCOUNT CLEANUP | ON ACCOUNT | COMBINED DATA RESOURCES INC | 350 | 350 | 350 | 100431 | 350 | 5/5/1994 | 11/17/2000 | COMBINED DATA RESOURCES INC | 350 | 350 | 25005 | | | | | | |
| 1 | 55000047 | 100431B | USD | 11/17/2000 | ON ACCOUNT CLEANUP | ON ACCOUNT | EXAR CORPORATION | 880 | 880 | 880 | 100431B | 880 | 12/7/1999 | 11/17/2000 | EXAR CORPORATION | 880 | 880 | 25005 | | | | | | |
| 1 | 55000048 | 10042792 | USD | 11/17/2000 | ON ACCOUNT CLEANUP | ON ACCOUNT | CSC HEALTHCARE SYSTEMS INC | 1875 | 1875 | 1875 | 10042792 | 1875 | 5/3/1996 | 11/17/2000 | CSC HEALTHCARE SYSTEMS INC | 1875 | 1875 | 25005 | | | | | | |
| 1 | 55000049 | 10042757 | USD | 11/17/2000 | ON ACCOUNT CLEANUP | ON ACCOUNT | CLARKS COMPANIES NORTH AMERICA | 208.5 | 208.5 | 208.5 | 10042757 | 208.5 | 6/22/1999 | 11/17/2000 | CLARKS COMPANIES NORTH AMERICA | 208.5 | 208.5 | 25005 | | | | | | |
| 1 | 55000050 | 1004180 | USD | 11/17/2000 | ON ACCOUNT CLEANUP | ON ACCOUNT | NORTHROP GRUMMAN CORPORATION | 1766.13 | 1766.13 | 1766.13 | 1004180 | 1766.13 | 11/12/1997 | 11/17/2000 | NORTHROP GRUMMAN CORPORATION | 1766.13 | 1766.13 | 25005 | | | | | | |
| 1 | 55000051 | 1004179 | USD | 11/17/2000 | ON ACCOUNT CLEANUP | ON ACCOUNT | NORTHROP GRUMMAN CORPORATION | 3680.5 | 3680.5 | 3680.5 | 1004179 | 3680.5 | 11/10/1997 | 11/17/2000 | NORTHROP GRUMMAN CORPORATION | 3680.5 | 3680.5 | 25005 | | | | | | |
| 1 | 55000052 | 100407 | USD | 11/17/2000 | ON ACCOUNT CLEANUP | ON ACCOUNT | CALGENE | 2471.04 | 2471.04 | 2471.04 | 100407 | 2471.04 | 2/9/1999 | 11/17/2000 | CALGENE | 2471.04 | 2471.04 | 25005 | | | | | | |
| 1 | 55000053 | 1004045 | USD | 11/17/2000 | ON ACCOUNT CLEANUP | ON ACCOUNT | MARITRANS OPERATING PARTNERS LP | 2042.02 | 2042.02 | 2042.02 | 1004045 | 2042.02 | 4/7/1998 | 11/17/2000 | MARITRANS OPERATING PARTNERS LP | 2042.02 | 2042.02 | 25005 | | | | | | |
| 1 | 55000054 | 1004037 | USD | 11/17/2000 | ON ACCOUNT CLEANUP | ON ACCOUNT | WILLIAMS PIPE LINE COMPANY | 4852.5 | 4852.5 | 4852.5 | 1004037 | 4852.5 | 10/6/1995 | 11/17/2000 | WILLIAMS PIPE LINE COMPANY | 4852.5 | 4852.5 | 25005 | | | | | | |
| 1 | 55000055 | 1003 | USD | 11/17/2000 | ON ACCOUNT CLEANUP | ON ACCOUNT | MISC VENDOR | 21.55 | 21.55 | 21.55 | 1003 | 21.55 | 8/23/1989 | 11/17/2000 | MISC VENDOR | 21.55 | 21.55 | 25005 | | | | | | |
| 1 | 55000056 | 1003 | USD | 11/17/2000 | ON ACCOUNT CLEANUP | ON ACCOUNT | SOFTWARE COMMAND INC | 262.76 | 262.76 | 262.76 | 1003 | 262.76 | 6/26/1991 | 11/17/2000 | SOFTWARE COMMAND INC | 262.76 | 262.76 | 25005 | | | | | | |
| 1 | 55000057 | 1003 | USD | 11/17/2000 | ON ACCOUNT CLEANUP | ON ACCOUNT | ACCOUNTING SOFTWARE EXPERTS | 25.84 | 25.84 | 25.84 | 1003 | 25.84 | 12/9/1992 | 11/17/2000 | ACCOUNTING SOFTWARE EXPERTS | 25.84 | 25.84 | 25005 | | | | | | |
| 1 | 55000058 | 100361 | USD | 11/17/2000 | ON ACCOUNT CLEANUP | ON ACCOUNT | OWENS ILLINOIS INC | 5550 | 5550 | 5550 | 100361 | 5550 | 10/22/1996 | 11/17/2000 | OWENS ILLINOIS INC | 5550 | 5550 | 25005 | | | | | | |
| 1 | 55000059 | 10035410 | USD | 11/17/2000 | ON ACCOUNT CLEANUP | ON ACCOUNT | NATIONWIDE MUTUAL INSURANCE COMPANY | 33.18 | 33.18 | 33.18 | 10035410 | 33.18 | 12/27/1991 | 11/17/2000 | NATIONWIDE MUTUAL INSURANCE COMPANY | 33.18 | 33.18 | 25005 | | | | | | |
| 1 | 55000060 | 1003537 | USD | 11/17/2000 | ON ACCOUNT CLEANUP | ON ACCOUNT | DOMAIN SOLUTIONS CORPORATION | 3709.06 | 3709.06 | 3709.06 | 1003537 | 3709.06 | 10/3/1997 | 11/17/2000 | DOMAIN SOLUTIONS CORPORATION | 3709.06 | 3709.06 | 25005 | | | | | | |
| 1 | 55000061 | 1003883 | USD | 11/17/2000 | ON ACCOUNT CLEANUP | ON ACCOUNT | BURLINGTON COAT FACTORY | 75 | 75 | 75 | 1003883 | 75 | 9/26/1996 | 11/17/2000 | BURLINGTON COAT FACTORY | 75 | 75 | 25005 | | | | | | |
| 1 | 55000062 | 10038827 | USD | 11/17/2000 | ON ACCOUNT CLEANUP | ON ACCOUNT | DANNON COMPANY | 6050 | 6050 | 6050 | 10038827 | 6050 | 9/5/1996 | 11/17/2000 | DANNON COMPANY | 6050 | 6050 | 25005 | | | | | | |
| 1 | 55000063 | 100383 | USD | 11/17/2000 | ON ACCOUNT CLEANUP | ON ACCOUNT | TELEDYNE BROWN ENGINEERING | 450 | 450 | 450 | 100383 | 450 | 12/6/1995 | 11/17/2000 | TELEDYNE BROWN ENGINEERING | 450 | 450 | 25005 | | | | | | |
| 1 | 55000064 | 10038052 | USD | 11/17/2000 | ON ACCOUNT CLEANUP | ON ACCOUNT | ALEXIS | 3440 | 3440 | 3440 | 10038052 | 3440 | 10/15/1999 | 11/17/2000 | ALEXIS | 3440 | 3440 | 25005 | | | | | | |
| 2 | 55000064 | 10038052 | USD | 11/17/2000 | ON ACCOUNT CLEANUP | ON ACCOUNT | ALEXIS | 3440 | 3440 | 3440 | 10038052 | -3440 | 10/15/1999 | 11/12/2002 | ALEXIS | -3440 | -3440 | 25005 | | | | | | |
| 1 | 55000065 | 100644 | USD | 11/17/2000 | ON ACCOUNT CLEANUP | ON ACCOUNT | FUJITSU COMPUTER PRODUCTS OF AMERICA | 2455.25 | 2455.25 | 2455.25 | 100650 | 2455.25 | 12/12/1994 | 11/17/2000 | FUJITSU COMPUTER PRODUCTS OF AMERICA | 2455.25 | 2455.25 | 25005 | 7244937 | 11/12/2002 | ALEXIS | 3440 | 3440 | 3440 |
| 1 | 55000066 | 100644 | USD | 11/17/2000 | ON ACCOUNT CLEANUP | ON ACCOUNT | SANDOZ PHARMACEUTICAL CORPORATION | 1750 | 1750 | 1750 | 100644 | 1750 | 4/17/1995 | 11/17/2000 | SANDOZ PHARMACEUTICAL CORPORATION | 1750 | 1750 | 25005 | | | | | | |
| 1 | 55000067 | 100613 | USD | 11/17/2000 | ON ACCOUNT CLEANUP | ON ACCOUNT | HEALTHSYSTEM MINNESOTA | 200 | 200 | 200 | 100613 | 200 | 7/27/1995 | 11/17/2000 | HEALTHSYSTEM MINNESOTA | 200 | 200 | 25005 | | | | | | |
| 1 | 55000068 | 1006113 | USD | 11/17/2000 | ON ACCOUNT CLEANUP | ON ACCOUNT | CMS ENERGY CORPORATION | 36522.97 | 36522.97 | 36522.97 | 1006113 | 36522.97 | 1/8/2000 | 11/17/2000 | CMS ENERGY CORPORATION | 36522.97 | 36522.97 | 25005 | | | | | | |
| 1 | 55000069 | 1006110 | USD | 11/17/2000 | ON ACCOUNT CLEANUP | ON ACCOUNT | DANNON COMPANY | 1361.25 | 1361.25 | 1361.25 | 1006110 | 1361.25 | 7/8/1996 | 11/17/2000 | DANNON COMPANY | 1361.25 | 1361.25 | 25005 | | | | | | |
| 1 | 55000070 | 100611 | USD | 11/17/2000 | ON ACCOUNT CLEANUP | ON ACCOUNT | STATE OF MONTANA | 588.98 | 588.98 | 588.98 | 100611 | 588.98 | 6/22/1997 | 11/17/2000 | STATE OF MONTANA | 588.98 | 588.98 | 25005 | | | | | | |
| 1 | 55000071 | 1006074 | USD | 11/17/2000 | ON ACCOUNT CLEANUP | ON ACCOUNT | BLUE LIGHT TECHNOLOGIES INC | 231123.31 | 231123.31 | 231123.31 | 1006074 | 231123.31 | 11/4/1999 | 11/17/2000 | BLUE LIGHT TECHNOLOGIES INC | 231123.31 | 231123.31 | 25005 | | | | | | |
| 1 | 55000072 | 10034258 | USD | 11/17/2000 | ON ACCOUNT CLEANUP | ON ACCOUNT | GNA | 2145.45 | 2145.45 | 2145.45 | 10034258 | 2145.45 | 11/6/1997 | 11/17/2000 | GNA | 2145.45 | 2145.45 | 25005 | | | | | | |
| 1 | 55000073 | 10034258 | USD | 11/17/2000 | ON ACCOUNT CLEANUP | ON ACCOUNT | TELEDYNE BROWN ENGINEERING | 1400 | 1400 | 1400 | 10034258 | 1400 | 11/4/1994 | 11/17/2000 | TELEDYNE BROWN ENGINEERING | 1400 | 1400 | 25005 | | | | | | |
| 1 | 55000074 | 10034258 | USD | 11/17/2000 | ON ACCOUNT CLEANUP | ON ACCOUNT | ALEXIS | 25800 | 25800 | 25800 | 10034258 | 25800 | 10/26/2000 | 11/17/2000 | ALEXIS | 25800 | 25800 | 25005 | | | | | | |
| 2 | 55000074 | 10034258 | USD | 11/17/2000 | ON ACCOUNT CLEANUP | ON ACCOUNT | ALEXIS | 25800 | 25800 | 25800 | 10034258 | -25800 | 10/26/2000 | 11/13/2002 | ALEXIS | -25800 | -25800 | 25005 | 7245054 | 11/13/2002 | ALEXIS | 25800 | 25800 | 25800 |
| 1 | 55000075 | 10033677 | USD | 11/17/2000 | ON ACCOUNT CLEANUP | ON ACCOUNT | MARICOPA COMMUNITY COLLEGES | 4224 | 4224 | 4224 | 10033677 | 4224 | 11/1/1996 | 11/17/2000 | MARICOPA COMMUNITY COLLEGES | 4224 | 4224 | 25005 | | | | | | |
| 1 | 55000076 | 10033727 | USD | 11/17/2000 | ON ACCOUNT CLEANUP | ON ACCOUNT | COMPUTER SCIENCES CORPORATION | 350 | 350 | 350 | 10033727 | 350 | 3/29/1995 | 11/17/2000 | COMPUTER SCIENCES CORPORATION | 350 | 350 | 25005 | | | | | | |

| | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 55000077 | 1003313 | USD | 11/17/2000 | ON ACCOUNT CLEANUP | ON ACCOUNT | TOMPKINS COUNTY | 985.5 | 985.5 | 985.5 | 1003313 | 985.5 | 12/9/1999 | 11/17/2000 | TOMPKINS COUNTY | 985.5 | 985.5 | 25005 | | | | |
| 1 | 55000078 | 1003305 | USD | 11/17/2000 | ON ACCOUNT CLEANUP | ON ACCOUNT | OWENS ILLINOIS INC | 1850 | 1850 | 1850 | 1003305 | 1850 | 9/20/1996 | 11/17/2000 | OWENS ILLINOIS INC | 1850 | 1850 | 25005 | | | | |
| 1 | 55000079 | 1003320 | USD | 11/17/2000 | ON ACCOUNT CLEANUP | ON ACCOUNT | WESTERN WASHINGTON UNIV | 7916.83 | 7916.83 | 7916.83 | 1003320 | 7916.83 | 10/28/1994 | 11/17/2000 | WESTERN WASHINGTON UNIV | 7916.83 | 7916.83 | 25005 | | | | |
| 1 | 55000080 | 10032 | USD | 11/17/2000 | ON ACCOUNT CLEANUP | ON ACCOUNT | DINE AMERICA | 18.26 | 18.26 | 18.26 | 10032 | 18.26 | 10/18/1995 | 11/17/2000 | DINE AMERICA | 18.26 | 18.26 | 25005 | | | | |
| 1 | 55000081 | 10032722 | USD | 11/17/2000 | ON ACCOUNT CLEANUP | ON ACCOUNT | BAYER USA INC | 595 | 595 | 595 | 10032722 | 595 | 10/1/1993 | 11/17/2000 | BAYER USA INC | 595 | 595 | 25005 | | | | |
| 1 | 55000082 | 10032671 | USD | 11/17/2000 | ON ACCOUNT CLEANUP | ON ACCOUNT | DANNON COMPANY | 1210 | 1210 | 1210 | 10032671 | 1210 | 6/5/1996 | 11/17/2000 | DANNON COMPANY | 1210 | 1210 | 25005 | | | | |
| 1 | 55000083 | 1003250 | USD | 11/17/2000 | ON ACCOUNT CLEANUP | ON ACCOUNT | FUJI PHOTOFILM USA | 10797 | 10797 | 10797 | 1003250 | 10797 | 5/5/2000 | 11/17/2000 | FUJI PHOTOFILM USA | 10797 | 10797 | 25005 | | | | |
| 1 | 55000084 | 100323 | USD | 11/17/2000 | ON ACCOUNT CLEANUP | ON ACCOUNT | GEORGIA MEDICAL CARE FOUNDATION | 483 | 483 | 483 | 100323 | 483 | 2/5/1998 | 11/17/2000 | GEORGIA MEDICAL CARE FOUNDATION | 483 | 483 | 25005 | | | | |
| 1 | 55000085 | 10031 | USD | 11/17/2000 | ON ACCOUNT CLEANUP | ON ACCOUNT | PHYSMARK INC | 35980.2 | 35980.2 | 35980.2 | 10031 | 35980.2 | 1/23/1998 | 11/17/2000 | PHYSMARK INC | 35980.2 | 35980.2 | 25005 | | | | |
| 2 | 55000085 | 10031 | USD | 11/17/2000 | ON ACCOUNT CLEANUP | ON ACCOUNT | PHYSMARK INC | 35980.2 | 35980.2 | 35980.2 | 10031 | -35980.2 | 1/23/1998 | 11/19/2002 | PHYSMARK INC | -35980.2 | -35980.2 | 25005 | | | | |
| 1 | 55000085 | 10031 | USD | 11/17/2000 | ON ACCOUNT CLEANUP | ON ACCOUNT | PHYSMARK INC | 35980.2 | 35980.2 | 35980.2 | | | | | | | | | 7247539 | 11/19/2002 | PHYSMARK INC | 35980.2 | 35980.2 |
| 1 | 55000086 | 10031135 | USD | 11/17/2000 | ON ACCOUNT CLEANUP | ON ACCOUNT | MARICOPA COMMUNITY COLLEGES | 7143.65 | 7143.65 | 7143.65 | 10031135 | 7143.65 | 10/23/1996 | 11/17/2000 | MARICOPA COMMUNITY COLLEGES | 7143.65 | 7143.65 | 25005 | | | | |
| 1 | 55000087 | 1003082780 | USD | 11/17/2000 | ON ACCOUNT CLEANUP | ON ACCOUNT | CHEVRON INFORMATION TECHNOLOGY COMPANY | 10566.01 | 10566.01 | 10566.01 | 1003082780 | 10566.01 | 3/8/1993 | 11/17/2000 | CHEVRON INFORMATION TECHNOLOGY COMPANY | 10566.01 | 10566.01 | 25005 | | | | |
| 1 | 55000088 | 10030687 | USD | 11/17/2000 | ON ACCOUNT CLEANUP | ON ACCOUNT | MARQUETTE MEDICAL SYSTEMS | 8326.18 | 8326.18 | 8326.18 | 10030687 | 8326.18 | 6/12/2000 | 11/17/2000 | MARQUETTE MEDICAL SYSTEMS | 8326.18 | 8326.18 | 25005 | | | | |
| 2 | 55000088 | 10030687 | USD | 11/17/2000 | ON ACCOUNT CLEANUP | ON ACCOUNT | MARQUETTE MEDICAL SYSTEMS | 8326.18 | 8326.18 | 8326.18 | 10030687 | -8326.18 | 6/12/2000 | 11/13/2002 | MARQUETTE MEDICAL SYSTEMS | -8326.18 | -8326.18 | 25005 | | | | |
| 1 | 55000088 | 10030687 | USD | 11/17/2000 | ON ACCOUNT CLEANUP | ON ACCOUNT | MARQUETTE MEDICAL SYSTEMS | 8326.18 | 8326.18 | 8326.18 | | | | | | | | | 7245289 | 11/13/2002 | MARQUETTE | 8326.18 | 8326.18 |
| 1 | 55000089 | 100304 | USD | 11/17/2000 | ON ACCOUNT CLEANUP | ON ACCOUNT | MERIDIAN OIL | 4441.48 | 4441.48 | 4441.48 | 100304 | 4441.48 | 6/5/1995 | 11/17/2000 | MERIDIAN OIL | 4441.48 | 4441.48 | 25005 | | | | |
| 1 | 55000090 | 1003043 | USD | 11/17/2000 | ON ACCOUNT CLEANUP | ON ACCOUNT | RICH PRODUCTS CORPORATION | 3412.8 | 3412.8 | 3412.8 | 1003043 | 3412.8 | 10/21/1996 | 11/17/2000 | RICH PRODUCTS CORPORATION | 3412.8 | 3412.8 | 25005 | | | | |
| 1 | 55000091 | 100302 | USD | 11/17/2000 | ON ACCOUNT CLEANUP | ON ACCOUNT | DATAEASE INTERNATIONAL | 1500 | 1500 | 1500 | 100302 | 1500 | 7/9/1990 | 11/17/2000 | DATAEASE INTERNATIONAL | 1500 | 1500 | 25005 | | | | |
| 1 | 55000092 | 1002 | USD | 11/17/2000 | ON ACCOUNT CLEANUP | ON ACCOUNT | WAMEX INC | 406.48 | 406.48 | 406.48 | 1002 | 406.48 | 2/8/2000 | 11/17/2000 | WAMEX INC | 406.48 | 406.48 | 25005 | | | | |
| 1 | 55000093 | 1002 | USD | 11/17/2000 | ON ACCOUNT CLEANUP | ON ACCOUNT | JOHNSON MCCLEAN TECHNOLOGIES INC | 5390 | 5390 | 5390 | 1002 | 5390 | 11/5/1999 | 11/17/2000 | JOHNSON MCCLEAN TECHNOLOGIES INC | 5390 | 5390 | 25005 | | | | |
| 1 | 55000094 | 1002 | USD | 11/17/2000 | ON ACCOUNT CLEANUP | ON ACCOUNT | ORACLE CORPORATION | 28.5 | 28.5 | 28.5 | 1002 | 28.5 | 7/6/1999 | 11/17/2000 | ORACLE CORPORATION | 28.5 | 28.5 | 25005 | | | | |
| 1 | 55000095 | 1002 | USD | 11/17/2000 | ON ACCOUNT CLEANUP | ON ACCOUNT | ORACLE CORPORATION | 1500 | 1500 | 1500 | 1002 | 1500 | 12/8/1998 | 11/17/2000 | ORACLE CORPORATION | 1500 | 1500 | 25005 | | | | |
| 1 | 55000096 | 10029 | USD | 11/17/2000 | ON ACCOUNT CLEANUP | ON ACCOUNT | CASTLETON BEVERAGE CORPORATION | 639 | 639 | 639 | 10029 | 639 | 8/5/1997 | 11/17/2000 | CASTLETON BEVERAGE CORPORATION | 639 | 639 | 25005 | | | | |
| 1 | 55000097 | 1002963 | USD | 11/17/2000 | ON ACCOUNT CLEANUP | ON ACCOUNT | AMD | 616.15 | 616.15 | 616.15 | 1002963 | 616.15 | 4/21/1999 | 11/17/2000 | AMD | 616.15 | 616.15 | 25005 | | | | |
| 1 | 55000098 | 10028 | USD | 11/17/2000 | ON ACCOUNT CLEANUP | ON ACCOUNT | CASTLETON BEVERAGE CORPORATION | 1570.88 | 1570.88 | 1570.88 | 10028 | 1570.88 | 8/5/1997 | 11/17/2000 | CASTLETON BEVERAGE CORPORATION | 1570.88 | 1570.88 | 25005 | | | | |
| 1 | 55000099 | 1002805 | USD | 11/17/2000 | ON ACCOUNT CLEANUP | ON ACCOUNT | ITT CORPORATION | 628.22 | 628.22 | 628.22 | 1002805 | 628.22 | 4/17/1996 | 11/17/2000 | ITT CORPORATION | 628.22 | 628.22 | 25005 | | | | |
| 1 | 55000100 | 10027 | USD | 11/17/2000 | ON ACCOUNT CLEANUP | ON ACCOUNT | MEDICAL BROKERS | 2000 | 2000 | 2000 | 10027 | 2000 | 7/22/1996 | 11/17/2000 | MEDICAL BROKERS | 2000 | 2000 | 25005 | | | | |
| 1 | 55000101 | 10027 | USD | 11/17/2000 | ON ACCOUNT CLEANUP | ON ACCOUNT | MODESTO IRRIGATION DISTRICT | 3237.4 | 3237.4 | 3237.4 | 10027 | 3237.4 | 3/13/1995 | 11/17/2000 | MODESTO IRRIGATION DISTRICT | 3237.4 | 3237.4 | 25005 | | | | |
| 1 | 55000102 | 10027928 | USD | 11/17/2000 | ON ACCOUNT CLEANUP | ON ACCOUNT | ALLIANT TECHSYSTEMS INC | 1661 | 1661 | 1661 | 10027928 | 1661 | 5/9/1991 | 11/17/2000 | ALLIANT TECHSYSTEMS INC | 1661 | 1661 | 25005 | | | | |
| 1 | 55000103 | 10026 | USD | 11/17/2000 | ON ACCOUNT CLEANUP | ON ACCOUNT | INTERNATIONAL ENVELOPE COMPANY | 324 | 324 | 324 | 10026 | 324 | 5/5/2000 | 11/17/2000 | INTERNATIONAL ENVELOPE COMPANY | 324 | 324 | 25005 | | | | |
| 1 | 55000104 | 10026969 | USD | 11/17/2000 | ON ACCOUNT CLEANUP | ON ACCOUNT | SUMMIT MEDICAL CENTER | 6000 | 6000 | 6000 | 10026969 | 6000 | 2/17/1998 | 11/17/2000 | SUMMIT MEDICAL CENTER | 6000 | 6000 | 25005 | | | | |
| 1 | 55000105 | 10026237 | USD | 11/17/2000 | ON ACCOUNT CLEANUP | ON ACCOUNT | CHUBB COMPUTER SERVICES | 636 | 636 | 636 | 10026237 | 636 | 12/13/1999 | 11/17/2000 | CHUBB COMPUTER SERVICES | 636 | 636 | 25005 | | | | |
| 1 | 55000106 | 10024566 | USD | 11/17/2000 | ON ACCOUNT CLEANUP | ON ACCOUNT | MARQUETTE MEDICAL SYSTEMS | 1593.41 | 1593.41 | 1593.41 | 10024566 | 1593.41 | 3/28/2000 | 11/17/2000 | MARQUETTE MEDICAL SYSTEMS | 1593.41 | 1593.41 | 25005 | | | | |
| 1 | 55000107 | 1002444 | USD | 11/17/2000 | ON ACCOUNT CLEANUP | ON ACCOUNT | NORTH ARUNDEL HOSPITAL | 3808 | 3808 | 3808 | 1002444 | 3808 | 2/25/1998 | 11/17/2000 | NORTH ARUNDEL HOSPITAL | 3808 | 3808 | 25005 | | | | |
| 1 | 55000108 | 100237943 | USD | 11/17/2000 | ON ACCOUNT CLEANUP | ON ACCOUNT | HICKOK ELECTRICAL INSTRUMENT COMPANY | 144.7 | 144.7 | 144.7 | 100237943 | 144.7 | 10/6/1993 | 11/17/2000 | HICKOK ELECTRICAL INSTRUMENT COMPANY | 144.7 | 144.7 | 25005 | | | | |
| 1 | 55000109 | 1002367 | USD | 11/17/2000 | ON ACCOUNT CLEANUP | ON ACCOUNT | LIBERATE TECHNOLOGIES | 95872 | 95872 | 95872 | 1002367 | 95872 | 4/13/2000 | 11/17/2000 | LIBERATE TECHNOLOGIES | 95872 | 95872 | 25005 | | | | |
| 2 | 55000109 | 1002367 | USD | 11/17/2000 | ON ACCOUNT CLEANUP | ON ACCOUNT | LIBERATE TECHNOLOGIES | 95872 | 95872 | 95872 | 1002367 | -95872 | 4/13/2000 | 11/11/2002 | LIBERATE TECHNOLOGIES | -95872 | -95872 | 25005 | | | | |
| 1 | 55000109 | 1002367 | USD | 11/17/2000 | ON ACCOUNT CLEANUP | ON ACCOUNT | LIBERATE TECHNOLOGIES | 95872 | 95872 | 95872 | | | | | | | | | 7244790 | 11/11/2002 | LIBERATE | 95872 | 95872 | 95872 |
| 1 | 55000110 | 1002345A | USD | 11/17/2000 | ON ACCOUNT CLEANUP | ON ACCOUNT | COMMERCE CLEARING HOUSE | 13406.5 | 13406.5 | 13406.5 | 1002345A | 13406.5 | 1/17/1996 | 11/17/2000 | COMMERCE CLEARING HOUSE | 13406.5 | 13406.5 | 25005 | | | | |
| 1 | 55000111 | 10021 | USD | 11/17/2000 | ON ACCOUNT CLEANUP | ON ACCOUNT | ORACLE CORPORATION | 224.02 | 224.02 | 224.02 | 10021 | 224.02 | 8/16/1999 | 11/17/2000 | ORACLE CORPORATION | 224.02 | 224.02 | 25005 | | | | |
| 1 | 55000112 | 10021861 | USD | 11/17/2000 | ON ACCOUNT CLEANUP | ON ACCOUNT | CNA | 1095 | 1095 | 1095 | 10021861 | 1095 | 8/23/1999 | 11/17/2000 | CNA | 1095 | 1095 | 25005 | | | | |
| 1 | 55000113 | 1002165 | USD | 11/17/2000 | ON ACCOUNT CLEANUP | ON ACCOUNT | FLORIDA POWER & LIGHT | 700 | 700 | 700 | 1002165 | 700 | 8/4/2000 | 11/17/2000 | FLORIDA POWER & LIGHT | 700 | 700 | 25005 | | | | |
| 1 | 55000114 | 10021446 | USD | 11/17/2000 | ON ACCOUNT CLEANUP | ON ACCOUNT | NATIONWIDE MUTUAL INSURANCE COMPANY | 264.47 | 264.47 | 264.47 | 10021446 | 264.47 | 9/23/1991 | 11/17/2000 | NATIONWIDE MUTUAL INSURANCE COMPANY | 264.47 | 264.47 | 25005 | | | | |
| 1 | 55000115 | 1002138 | USD | 11/17/2000 | ON ACCOUNT CLEANUP | ON ACCOUNT | FLORIDA POWER & LIGHT | 50 | 50 | 50 | 1002138 | 50 | 5/5/2000 | 11/17/2000 | FLORIDA POWER & LIGHT | 50 | 50 | 25005 | | | | |
| 1 | 55000116 | 100212 | USD | 11/17/2000 | ON ACCOUNT CLEANUP | ON ACCOUNT | CHICAGO PNEUMATIC | 34986.01 | 34986.01 | 34986.01 | 100212 | 34986.01 | 10/23/1997 | 11/17/2000 | CHICAGO PNEUMATIC | 34986.01 | 34986.01 | 25005 | | | | |
| 1 | 55000117 | 1002126S | USD | 11/17/2000 | ON ACCOUNT CLEANUP | ON ACCOUNT | NATIONWIDE MUTUAL INSURANCE COMPANY | 515.15 | 515.15 | 515.15 | 1002126S | 515.15 | 9/23/1991 | 11/17/2000 | NATIONWIDE MUTUAL INSURANCE COMPANY | 515.15 | 515.15 | 25005 | | | | |
| 1 | 55000118 | 100208 | USD | 11/17/2000 | ON ACCOUNT CLEANUP | ON ACCOUNT | CONTINENTAL CIRCUITS CORPORATION | 1421.15 | 1421.15 | 1421.15 | 100208 | 1421.15 | 5/26/1998 | 11/17/2000 | CONTINENTAL CIRCUITS CORPORATION | 1421.15 | 1421.15 | 25005 | | | | |
| 1 | 55000119 | 1001 | USD | 11/17/2000 | ON ACCOUNT CLEANUP | ON ACCOUNT | ORACLE CORPORATION | 2182.23 | 2182.23 | 2182.23 | 1001 | 2182.23 | 9/9/1998 | 11/17/2000 | ORACLE CORPORATION | 2182.23 | 2182.23 | 25005 | | | | |
| 1 | 55000120 | 10010195 | USD | 11/17/2000 | ON ACCOUNT CLEANUP | ON ACCOUNT | MAYFAIR SOFTWARE DISTRIBUTION INC | 46050 | 46050 | 46050 | 10010195 | 46050 | 3/20/1998 | 11/17/2000 | MAYFAIR SOFTWARE DISTRIBUTION INC | 46050 | 46050 | 25005 | | | | |
| 1 | 55000121 | 100195 | USD | 11/17/2000 | ON ACCOUNT CLEANUP | ON ACCOUNT | Tap Pharmaceuticals Inc | 600 | 600 | 600 | 100195 | 600 | 6/23/2000 | 11/17/2000 | Tap Pharmaceuticals Inc | 600 | 600 | 25005 | | | | |
| 1 | 55000122 | 100190 | USD | 11/17/2000 | ON ACCOUNT CLEANUP | ON ACCOUNT | TEXAS HEART INSTITUTE | 362.61 | 362.61 | 362.61 | 100190 | 362.61 | 2/23/1999 | 11/17/2000 | TEXAS HEART INSTITUTE | 362.61 | 362.61 | 25005 | | | | |
| 1 | 55000123 | 10019023 | USD | 11/17/2000 | ON ACCOUNT CLEANUP | ON ACCOUNT | GENERAL ELECTRIC MOTORS | 57.74 | 57.74 | 57.74 | 10019023 | 57.74 | 6/6/1995 | 11/17/2000 | GENERAL ELECTRIC MOTORS | 57.74 | 57.74 | 25005 | | | | |
| 1 | 55000124 | 10018904B | USD | 11/17/2000 | ON ACCOUNT CLEANUP | ON ACCOUNT | HICKOK ELECTRICAL INSTRUMENT COMPANY | 40660 | 40660 | 40660 | 10018904B | 40660 | 8/13/1992 | 11/17/2000 | HICKOK ELECTRICAL INSTRUMENT COMPANY | 40660 | 40660 | 25005 | | | | |
| 1 | 55000125 | 10018689 | USD | 11/17/2000 | ON ACCOUNT CLEANUP | ON ACCOUNT | UNITED SPACE ALLIANCE | 487.5 | 487.5 | 487.5 | 10018689 | 487.5 | 6/26/1998 | 11/17/2000 | UNITED SPACE ALLIANCE | 487.5 | 487.5 | 25005 | | | | |
| 1 | 55000126 | 1001866 | USD | 11/17/2000 | ON ACCOUNT CLEANUP | ON ACCOUNT | THE TRIBUNE | 480 | 480 | 480 | 1001866 | 480 | 12/6/1999 | 11/17/2000 | THE TRIBUNE | 480 | 480 | 25005 | | | | |
| 1 | 55000127 | 10018644 | USD | 11/17/2000 | ON ACCOUNT CLEANUP | ON ACCOUNT | CHUBB COMPUTER SERVICES | 163.69 | 163.69 | 163.69 | 10018644 | 163.69 | 10/18/1998 | 11/17/2000 | CHUBB COMPUTER SERVICES | 163.69 | 163.69 | 25005 | | | | |
| 1 | 55000128 | 10018067 | USD | 11/17/2000 | ON ACCOUNT CLEANUP | ON ACCOUNT | AMERICAN RELIABLE INSURANCE COMPANY | 159.65 | 159.65 | 159.65 | 10018067 | 159.65 | 8/4/1997 | 11/17/2000 | AMERICAN RELIABLE INSURANCE COMPANY | 159.65 | 159.65 | 25005 | | | | |
| 1 | 55000129 | 1001794 | USD | 11/17/2000 | ON ACCOUNT CLEANUP | ON ACCOUNT | FEDERAL DEPOSIT INSURANCE CORPORATION | 862.87 | 862.87 | 862.87 | 1001794 | 862.87 | 11/3/1994 | 11/17/2000 | FEDERAL DEPOSIT INSURANCE CORPORATION | 862.87 | 862.87 | 25005 | | | | |
| 1 | 55000130 | 10017890 | USD | 11/17/2000 | ON ACCOUNT CLEANUP | ON ACCOUNT | AMERICAN RELIABLE INSURANCE COMPANY | 493.64 | 493.64 | 493.64 | 10017890 | 493.64 | 7/25/1997 | 11/17/2000 | AMERICAN RELIABLE INSURANCE COMPANY | 493.64 | 493.64 | 25005 | | | | |
| 1 | 55000131 | 1001721 | USD | 11/17/2000 | ON ACCOUNT CLEANUP | ON ACCOUNT | TELEGYR SYSTEMS INC | 1253.3 | 1253.3 | 1253.3 | 1001721 | 1253.3 | 10/3/1997 | 11/17/2000 | TELEGYR SYSTEMS INC | 1253.3 | 1253.3 | 25005 | | | | |
| 1 | 55000132 | 100171 | USD | 11/17/2000 | ON ACCOUNT CLEANUP | ON ACCOUNT | SYSTEMS & COMPUTER TECHNOLOGY | 2060.64 | 2060.64 | 2060.64 | 100171 | 2060.64 | 10/16/1992 | 11/17/2000 | SYSTEMS & COMPUTER TECHNOLOGY | 2060.64 | 2060.64 | 25005 | | | | |
| 1 | 55000133 | 1001716A | USD | 11/17/2000 | ON ACCOUNT CLEANUP | ON ACCOUNT | CBS INC | 33768.05 | 33768.05 | 33768.05 | 1001716A | 33768.05 | 9/17/1996 | 11/17/2000 | CBS INC | 33768.05 | 33768.05 | 25005 | | | | |
| 1 | 55000134 | 10017163 | USD | 11/17/2000 | ON ACCOUNT CLEANUP | ON ACCOUNT | LOCKHEED MISSILES & SPACE COMPANY INC | 14641.59 | 14641.59 | 14641.59 | 10017163 | 14641.59 | 10/8/1991 | 11/17/2000 | LOCKHEED MISSILES & SPACE COMPANY INC | 14641.59 | 14641.59 | 25005 | | | | |
| 1 | 55000135 | 1001708 | USD | 11/17/2000 | ON ACCOUNT CLEANUP | ON ACCOUNT | BALTIMORE GAS & ELECTRIC COMPANY | 32675 | 32675 | 32675 | 1001708 | 32675 | 7/13/1998 | 11/17/2000 | BALTIMORE GAS & ELECTRIC COMPANY | 32675 | 32675 | 25005 | | | | |
| 1 | 55000136 | 10016504 | USD | 11/17/2000 | ON ACCOUNT CLEANUP | ON ACCOUNT | NATIONWIDE MUTUAL INSURANCE COMPANY | 2013.09 | 2013.09 | 2013.09 | 10016504 | 2013.09 | 8/26/1991 | 11/17/2000 | NATIONWIDE MUTUAL INSURANCE COMPANY | 2013.09 | 2013.09 | 25005 | | | | |
| 1 | 55000137 | 10016448 | USD | 11/17/2000 | ON ACCOUNT CLEANUP | ON ACCOUNT | UNITED SPACE ALLIANCE | 1172.5 | 1172.5 | 1172.5 | 10016448 | 1172.5 | 4/5/2000 | 11/17/2000 | UNITED SPACE ALLIANCE | 1172.5 | 1172.5 | 25005 | | | | |
| 1 | 55000138 | 1001589 | USD | 11/17/2000 | ON ACCOUNT CLEANUP | ON ACCOUNT | NOVUS CREDIT SERVICES | 15295 | 15295 | 15295 | 1001589 | 15295 | 5/1/1992 | 11/17/2000 | NOVUS CREDIT SERVICES | 15295 | 15295 | 25005 | | | | |
| 1 | 55000139 | 10015747 | USD | 11/17/2000 | ON ACCOUNT CLEANUP | ON ACCOUNT | COMPUTER SCIENCES CORPORATION | 6752.97 | 6752.97 | 6752.97 | 10015747 | 6752.97 | 3/21/1995 | 11/17/2000 | COMPUTER SCIENCES CORPORATION | 6752.97 | 6752.97 | 25005 | | | | |
| 1 | 55000140 | 10015551 | USD | 11/17/2000 | ON ACCOUNT CLEANUP | ON ACCOUNT | MOORMAN MANUFACTURING COMPANY | 200 | 200 | 200 | 10015551 | 200 | 9/14/1998 | 11/17/2000 | MOORMAN MANUFACTURING COMPANY | 5059.97 | 5059.97 | 25005 | | | | |
| 1 | 55000141 | 1001533 | USD | 11/17/2000 | ON ACCOUNT CLEANUP | ON ACCOUNT | DOMAIN SOLUTION CORPORATION | 161.75 | 161.75 | 161.75 | 1001533 | 161.75 | 5/27/1997 | 11/17/2000 | DOMAIN SOLUTION CORPORATION | 161.75 | 161.75 | 25005 | | | | |
| 1 | 55000142 | 10015251 | USD | 11/17/2000 | ON ACCOUNT CLEANUP | ON ACCOUNT | COMPUTER SCIENCES CORPORATION | 2349.85 | 2349.85 | 2349.85 | 10015251 | 2349.85 | 5/27/1997 | 11/17/2000 | COMPUTER SCIENCES CORPORATION | 2349.85 | 2349.85 | 25005 | | | | |
| 1 | 55000143 | 100152891 | USD | 11/17/2000 | ON ACCOUNT CLEANUP | ON ACCOUNT | HICKOK ELECTRICAL INSTRUMENT COMPANY | 175 | 175 | 175 | 100152891 | 175 | 5/8/1991 | 11/17/2000 | HICKOK ELECTRICAL INSTRUMENT COMPANY | 175 | 175 | 25005 | | | | |
| 1 | 55000144 | 100152201 | USD | 11/17/2000 | ON ACCOUNT CLEANUP | ON ACCOUNT | HICKOK ELECTRICAL INSTRUMENT COMPANY | 700 | 700 | 700 | 100152201 | 700 | 7/9/1991 | 11/17/2000 | HICKOK ELECTRICAL INSTRUMENT COMPANY | 700 | 700 | 25005 | | | | |
| 1 | 55000145 | 10015148 | USD | 11/17/2000 | ON ACCOUNT CLEANUP | ON ACCOUNT | DANNON COMPANY | 7138 | 7138 | 7138 | 10015148 | 7138 | 12/1/1996 | 11/17/2000 | DANNON COMPANY | 7138 | 7138 | 25005 | | | | |
| 1 | 55000146 | 10014762 | USD | 11/17/2000 | ON ACCOUNT CLEANUP | ON ACCOUNT | MCI WORLDCOM | 3000 | 3000 | 3000 | 10014762 | 3000 | 3/9/1999 | 11/17/2000 | MCI WORLDCOM | 3000 | 3000 | 25005 | | | | |
| 1 | 55000147 | 1001474 | USD | 11/17/2000 | ON ACCOUNT CLEANUP | ON ACCOUNT | CSC FINANCIAL SERVICES GROUP | 550 | 550 | 550 | 1001474 | 550 | 3/18/2000 | 11/17/2000 | CSC FINANCIAL SERVICES GROUP | 550 | 550 | 25005 | | | | |
| 1 | 55000148 | 10014726 | USD | 11/17/2000 | ON ACCOUNT CLEANUP | ON ACCOUNT | BOEING INFORMATION & SUPPORT SERVICES | 200 | 200 | 200 | 10014726 | 200 | 10/30/1995 | 11/17/2000 | BOEING INFORMATION & SUPPORT SERVICES | 968 | 968 | 25005 | | | | |
| 1 | 55000149 | 1001421 | USD | 11/17/2000 | ON ACCOUNT CLEANUP | ON ACCOUNT | MCI WORLDCOM | 3000 | 3000 | 3000 | 1001421 | 3000 | 2/18/2000 | 11/17/2000 | MCI WORLDCOM | 3000 | 3000 | 25005 | | | | |
| 1 | 55000150 | 1001414 | USD | 11/17/2000 | ON ACCOUNT CLEANUP | ON ACCOUNT | MCI WORLDCOM | 3000 | 3000 | 3000 | 1001414 | 3000 | 2/15/2000 | 11/17/2000 | MCI WORLDCOM | 3000 | 3000 | 25005 | | | | |
| 1 | 55000151 | 10014097 | USD | 11/17/2000 | ON ACCOUNT CLEANUP | ON ACCOUNT | CSC FINANCIAL SERVICES GROUP | 1400 | 1400 | 1400 | 10014097 | 1400 | 7/29/1999 | 11/17/2000 | CSC FINANCIAL SERVICES GROUP | 1400 | 1400 | 25005 | | | | |
| 1 | 55000152 | 1001399 | USD | 11/17/2000 | ON ACCOUNT CLEANUP | ON ACCOUNT | MCI WORLDCOM | 3000 | 3000 | 3000 | 1001399 | 3000 | 2/14/2000 | 11/17/2000 | MCI WORLDCOM | 3000 | 3000 | 25005 | | | | |
| 1 | 55000153 | 10013671 | USD | 11/17/2000 | ON ACCOUNT CLEANUP | ON ACCOUNT | COMPUTER SCIENCES CORPORATION | 30647.5 | 30647.5 | 30647.5 | 10013671 | 30647.5 | 6/10/1991 | 11/17/2000 | COMPUTER SCIENCES CORPORATION | 30647.5 | 30647.5 | 25005 | | | | |
| 1 | 55000154 | 10013325 | USD | 11/17/2000 | ON ACCOUNT CLEANUP | ON ACCOUNT | NATIONWIDE MUTUAL INSURANCE COMPANY | 38.34 | 38.34 | 38.34 | 10013325 | 38.34 | 8/5/1991 | 11/17/2000 | NATIONWIDE MUTUAL INSURANCE COMPANY | 38.34 | 38.34 | 25005 | | | | |
| 1 | 55000155 | 10013251 | USD | 11/17/2000 | ON ACCOUNT CLEANUP | ON ACCOUNT | EMPIRE BLUE CROSS BLUE SHIELD | 700 | 700 | 700 | 10013251 | 700 | 6/1/2000 | 11/17/2000 | EMPIRE BLUE CROSS BLUE SHIELD | 700 | 700 | 25005 | | | | |
| 1 | 55000156 | 10013245 | USD | 11/17/2000 | ON ACCOUNT CLEANUP | ON ACCOUNT | BMG DIRECT MARKETING | 613.42 | 613.42 | 613.42 | 10013245 | 613.42 | 9/14/1992 | 11/17/2000 | BMG DIRECT MARKETING | 613.42 | 613.42 | 25005 | | | | |
| 1 | 55000157 | 10013231 | USD | 11/17/2000 | ON ACCOUNT CLEANUP | ON ACCOUNT | COMPUTER SCIENCES CORPORATION | 112.32 | 112.32 | 112.32 | 10013231 | 112.32 | 11/28/1994 | 11/17/2000 | COMPUTER SCIENCES CORPORATION | 112.32 | 112.32 | 25005 | | | | |
| 1 | 55000158 | 10012899 | USD | 11/17/2000 | ON ACCOUNT CLEANUP | ON ACCOUNT | BMG DIRECT MARKETING | 1217.81 | 1217.81 | 1217.81 | 10012899 | 1217.81 | 7/7/1992 | 11/17/2000 | BMG DIRECT MARKETING | 1217.81 | 1217.81 | 25005 | | | | |
| 1 | 55000159 | 10012643 | USD | 11/17/2000 | ON ACCOUNT CLEANUP | ON ACCOUNT | VALCOM INC | 9702.61 | 9702.61 | 9702.61 | 10012643 | 9702.61 | 4/16/1999 | 11/17/2000 | VALCOM INC | 9702.61 | 9702.61 | 25005 | | | | |
| 1 | 55000160 | 10011901 | USD | 11/17/2000 | ON ACCOUNT CLEANUP | ON ACCOUNT | BURLINGTON INDUSTRIES INC | 8257.9 | 8257.9 | 8257.9 | 10011901 | 8257.9 | 11/27/1998 | 11/17/2000 | BURLINGTON INDUSTRIES INC | 8257.9 | 8257.9 | 25005 | | | | |
| 1 | 55000161 | 10010061 | USD | 11/17/2000 | ON ACCOUNT CLEANUP | ON ACCOUNT | POSITIVE INDUSTRIES | 9600 | 9600 | 9600 | 10010061 | 9600 | 9/14/1995 | 11/17/2000 | POSITIVE INDUSTRIES | 9600 | 9600 | 25005 | | | | |
| 1 | 55000162 | 10009579 | USD | 11/17/2000 | ON ACCOUNT CLEANUP | ON ACCOUNT | NEW VENTURE GEAR | 4080.98 | 4080.98 | 4080.98 | 10009579 | 4080.98 | 6/1/1995 | 11/17/2000 | NEW VENTURE GEAR | 4080.98 | 4080.98 | 25005 | | | | |
| 1 | 55000163 | 10009351 | USD | 11/17/2000 | ON ACCOUNT CLEANUP | ON ACCOUNT | NORTHWEST RACKET CLUBS | 276.5 | 276.5 | 276.5 | 10009351 | 276.5 | 7/29/1997 | 11/17/2000 | NORTHWEST RACKET CLUBS | 276.5 | 276.5 | 25005 | | | | |