# Exhibit (D)

| MAYER |
| BROWN |
| ROWE |
| & MAW |

Mayer, Brown, Rowe & Maw LLP
71 South Wacker Drive
Chicago, Illinois 60606-4637

Main Tel (312) 782-0600
Main Fax (312) 701-7711
www.mayerbrownrowe.com

July 12, 2005

**VIA FACSIMILE**

Shawn A. Williams
Monique C. Winkler
Lerach Coughlin Stoia Geller
 Rudman & Robbins LLP
100 Pine Street, Suite 2600
San Francisco, CA 94111

Vincent Paul Schmeltz III
Direct Tel (312) 701-8531
Direct Fax (312) 706-8146
tschmeltz@mayerbrownrowe.com

Re:   In re Oracle Securities Litigation

Dear Counsel:

I write with respect to your request to modify the Discovery Plan regarding discovery from Oracle's auditors, which you have outlined in recent correspondence.

To begin with, in a letter dated June 24, 2005 (that you actually sent by facsimile on June 27, 2005), you asked us to consider modifying the Discovery Plan in order to allow for production of the entire set of audit work papers and quarterly reviews from Arthur Andersen LLP and Ernst & Young LLP. You followed up that letter with a letter on June 30, 2005, explaining that the modification was necessary because the auditors' production of documents was "substantially incomplete, possibly due to the language of the Order, which *does not currently require* the production of complete sets of workpapers." Your letter continued: "Simply put, the full set of audit workpapers is necessary to understand even the limited production thus far, as [the workpapers] would include" a list of additional documents that Plaintiffs seek, which you set forth in detail. This, of course, is virtually identical to the argument you made to Magistrate Judge Spero earlier this year in seeking to obtain all of the workpapers of Oracle's auditors, and one that was rejected by the Court. Thus, as Plaintiffs' letters plainly demonstrate, Plaintiffs understand that they are not entitled to the "full set of audit workpapers" or, for that matter, any audit workpapers that do not directly relate to the accounting treatment of the 46,000 debit memos, absent a modification of the Discovery Plan.

Given Plaintiffs' clear understanding that a modification of the Discovery Plan is required for them to gain access to the audit workpapers, we are at a loss to understand why, on the same day you sent us your first letter, you sent a letter to Arthur Andersen demanding a number of documents that plainly fall outside the ambit of the Discovery Plan, including documents that would provide the "audit context of the documents provided thus far" and documents relating to "customer overpayments, unearned revenue accounts and earned revenue accounts." See Letter from Shawn A. Williams to Melissa S. Widen dated June 27, 2005. Your letter to Andersen, which misleadingly suggests that they are obligated to produce these materials, is wholly improper and violates the

Brussels Charlotte Chicago Cologne Frankfurt Houston London Los Angeles Manchester New York Palo Alto Paris Washington, D.C.
Independent Mexico City Correspondent: Jauregui, Navarrete, Nader y Rojas, S.C.

Mayer, Brown, Rowe & Maw LLP operates in combination with our associated English limited liability partnership in the offices listed above.

Mayer, Brown, Rowe & Maw LLP

Shawn A. Williams
Monique C. Winkler
July 12, 2005
Page 2

Discovery Plan. We demand that you withdraw that request (and any similar request of Ernst & Young) until this issue is resolved—either through our meet and confer process or by the Court. If you do not withdraw all such requests, we will consider seeking appropriate relief from the Court.

Although we believe that nothing in either of your letters merits revisiting the Court's carefully crafted Discovery Plan, Alan Salpeter and I will be available in our Chicago office on either July 18 or 19, 2005, to meet and confer in person about your request to seek to modify the Discovery Plan's provisions for discovery from Arthur Andersen and Ernst & Young. Before our conference, please confirm for us that you have withdrawn your request to Andersen and (if necessary) Ernst & Young.

Very truly yours,

Vincent Paul Schmeltz III

cc   Lee H. Rubin
     James C. Maroulis