# Exhibit (E)

MAYER BROWN ROWE & MAW

Mayer, Brown, Rowe & Maw LLP
71 South Wacker Drive
Chicago, Illinois 60606-4637

Main Tel (312) 782-0600
Main Fax (312) 701-7711
www.mayerbrownrowe.com

**Vincent Paul (Trace) Schmeltz III**
Direct Tel (312) 701-8531
Direct Fax (312) 706-8146
tschmeltz@mayerbrownrowe.com

August 9, 2005

BY FACSIMILE

Shawn A. Williams
Lerach Coughlin Stoia Geller
Rudman Robins LLP.
100 Pine Street, 26th Floor
San Francisco, CA 94111

Re: *In re Oracle Corporation Securities Litigation*
Master File No. C-01-0988-MJJ (N.D. Cal.)

Dear Shawn:

I write concerning Exhibit 4 to your August 5, 2005 letter to Magistrate Spero, which is a June 6, 2005 letter to Ernst & Young LLP that I have never seen. Your letter impermissably seeks to circumvent the Discovery Plan by asserting that any investigation Ernst & Young may have performed into events described in Plaintiffs' November 11, 2002 *Ex Parte* Application would "go directly to plaintiffs' allegations concerning the debit memos" in this case. As you well know, Magistrate Spero was unequivocal in his ruling that Plaintiffs' could take no direct discovery into Oracle Corporations' Bad Debt Reserve Account #12601, which is the subject of your *Ex Parte* Application.

Your effort to obtain such direct discovery from Ernst & Young seems to be blatantly at odds with Magistrate Spero's ruling. Please explain why you believe you are entitled to such discovery.

Very truly yours,

Vincent Paul (Trace) Schmeltz III

Berlin Brussels Charlotte Chicago Cologne Frankfurt Houston London Los Angeles New York Palo Alto Paris Washington, D.C.
Independent Mexico City Correspondent: Jauregui, Navarrete y Nader S.C.

Mayer, Brown, Rowe & Maw LLP operates in combination with our associated English limited liability partnership in the offices listed above.