1  Mark E. McKeen (State Bar No. 130950)
   Shinyung Oh (State Bar No. 209649)
2  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   55 Second Street, 24th Floor
3  San Francisco, CA  94105-3441
   Telephone:  (415) 856-7000
4  Facsimile:  (415) 856-7100

5  Attorneys for Non-Party
   PRG-SCHULTZ USA, INC.,
6  f/k/a PROFIT RECOVERY GROUP

7

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10             SAN FRANCISCO DIVISION

11

12 | IN RE ORACLE CORPORATION | CASE NO. C-01-0988-MJJ (Consolidated) |
   SECURITIES LITIGATION.

13                                          **NOTICE OF APPEARANCE FOR NON-PARTY PRG-SCHULTZ USA, INC., F/K/A PROFIT RECOVERY GROUP**

14

15                                          The Honorable Martin J. Jenkins

16

17         PLEASE TAKE NOTICE that the law firm of Paul, Hastings, Janofsky & Walker

18  LLP hereby appears as counsel of record for non-party PRG Schultz USA, Inc., f/k/a Profit

19  Recovery Group.

20

21  DATED:  August 11, 2005            PAUL, HASTINGS, JANOFSKY & WALKER LLP

22                         By:  _____/s/_____
23                                    Shinyung Oh

24                              Attorneys for Non-Party
                                PRG-SCHULTZ USA, INC.
25

26  SF/375617.1
27

28

NOTICE OF APPEARANCE FOR NON-PARTY
PRG SCHULTZ USA, INC.,
F/K/A PROFIT RECOVERY GROUP