Mark E. McKeen (State Bar No. 130950)
Shinyung Oh (State Bar No. 209649)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
55 Second Street, 24th Floor
San Francisco, CA 94105-3441
Telephone: (415) 856-7000
Facsimile: (415) 856-7100

Attorneys for Non-Party
PRG-SCHULTZ USA, INC.,
f/k/a PROFIT RECOVERY GROUP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE ORACLE CORPORATION SECURITIES LITIGATION. | CASE NO. C-01-0988-MJJ (Consolidated)<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY HENRY R. CHALMERS *PRO HAC VICE***<br><br>**[NORTHERN DISTRICT L.R. 11-3]**<br><br>The Honorable Martin J. Jenkins |

    Pursuant to Civil L.R. 11-3, Henry R. Chalmers hereby applies for admission to practice *pro hac vice* in the United States District Court for the Northern District of California, representing PRG-Schultz USA, INC., f/k/a, Profit Recovery Group in the above-entitled action. In support of this application, I certify under oath as follows:

    1.  I am a partner with the law firm of Arnall Golden Gregory LLP, which has been retained to represent PRG-Schultz USA, INC., f/k/a Profit Recovery Group in this action. My office address is 171 17th Street, N.W., Suite 2100, Atlanta, Georgia 30363-1031. My office phone number is (404) 873-8646.

2. I am an active member in good standing of the Georgia State Bar. I am admitted to practice, and am in good standing, in the United States Court of Appeals of the Eleventh Circuit, United States District Court of the Northern District of Georgia, Supreme Court of the State of Georgia, Court of Appeals of the State of Georgia, and the Superior Court (Fulton) of the State of Georgia.

3. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4 and to become familiar with the Local Rules an the Alternative Dispute Resolution programs of this Court.

4. Attorneys who are members of the bar of this Court in good standing and who maintain an office within the State of California have been designated as co-counsel in the above-entitled action. The name, address and telephone number of those attorneys are:

> Mark E. McKeen
> Shinyung Oh
> Paul, Hastings, Janofsky & Walker LLP
> 55 Second Street, Twenty-Fourth Floor
> San Francisco, CA 94105
> Telephone: (415) 856-7000

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 10th day of August 2005, at Atlanta, Georgia.

/s/
_____
Henry R. Chalmers

SF/375230.1

2. I am an active member in good standing of the Georgia State Bar. I am admitted to practice, and am in good standing, in the United States Court of Appeals of the Eleventh Circuit, United States District Court of the Northern District of Georgia, Supreme Court of the State of Georgia, Court of Appeals of the State of Georgia, and the Superior Court (Fulton) of the State of Georgia.

3. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4 and to become familiar with the Local Rules an the Alternative Dispute Resolution programs of this Court.

4. Attorneys who are members of the bar of this Court in good standing and who maintain an office within the State of California have been designated as co-counsel in the above-entitled action. The name, address and telephone number of those attorneys are:

>Mark E. McKeen
>Shinyung Oh
>Paul, Hastings, Janofsky & Walker LLP
>55 Second Street, Twenty-Fourth Floor
>San Francisco, CA 94105
>Telephone: (415) 856-7000

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 10th day of August 2005, at Atlanta, Georgia.

_____
Henry R. Chalmers

SF/375230.1

Case No. C01-0988-MJJ -2- APPLICATION OF ATTORNEY HENRY R. CHALMERS TO APPEAR AS COUNSEL *PRO HAC VICE*