# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
## CIVIL MINUTES

**CASE NO. C 01-0988 MJJ (JCS)**

**CASE NAME:** In Re: ORACLE SECURITIES LITIGATION

| | |
|---|---|
| **MAGISTRATE JUDGE JOSEPH C. SPERO** | **COURTROOM DEPUTY:** Karen Hom |
| **DATE:** August 12, 2005    **TIME:** | **COURT REPORTER:** Rosita Flores & FTR: 11:11 to 11:18 |
| **COUNSEL FOR PLAINTIFF:** Shawn A. Williams, James Feldman, Mark Solomon, Jennie Lee Anderson | **COUNSEL FOR DEFENDANT:** Vincent P. Schmeltz III, James Maroulis |

() Status Conf.    () P/T Conf.    () Discovery Conf.    () Further Case Mgmt. Conf.

| **OTHER PROCEEDINGS:** | **RULING:** |
|---|---|
| 1. Pla's Motion to Compel Defendants to Produce all Documents Relation to the 46,000 Debit Memos [Docket No. 306] | No ruling |

**ORDERED AFTER HEARING:**

Parties were ordered to meet and confer in the jury room. Parties will submit a joint letter brief, not to exceed two (2) pages, re: company production of documents that underlie the debit memos. Upon receipt of the joint letter, the Court will conduct a telephonic hearing.

**ORDER TO BE PREPARED BY:**    () Plaintiff    () Defendant    () Court

**CASE CONTINUED TO:**

cc:    Chambers; Karen