LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
WILLIAM S. LERACH (68581)
MARK SOLOMON (151949)
DOUGLAS R. BRITTON (188769)
401 B Street, Suite 1600
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
         – and –
SHAWN A. WILLIAMS (213113)
WILLOW E. RADCLIFFE (200087)
ELI R. GREENSTEIN (217945)
JENNIE LEE ANDERSON (203586)
MONIQUE C. WINKLER (213031)
100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)

Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION | Master File No. C-01-0988-MJJ |
| | CLASS ACTION |
| This Document Relates To: | PLAINTIFFS' UNOPPOSED MOTION FOR ADMINISTRATIVE RELIEF TO EXCEED PAGE LIMITS FOR PLAINTIFFS' REPLY BRIEF IN SUPPORT OF CLASS CERTIFICATION |
| ALL ACTIONS. | |
| | DATE:             November 1, 2005<br>TIME:              9:30 a.m.<br>COURTROOM:  The Honorable<br>                          Martin J. Jenkins |

Pursuant to Civ. L.R. 7-11, plaintiffs respectfully submit Plaintiffs' Unopposed Motion for Administrative Relief to Exceed Page Limits for Plaintiffs' Reply Brief in Support of Class Certification. Plaintiffs seek an order increasing the page limit for their class certification reply brief, from 15 to 25 pages.

Plaintiffs' motion is based on the following facts, the accompanying [proposed] order and the supporting Declaration of Douglas Britton ("Britton Decl."), submitted herewith. Pursuant to Civ. L.R. 7-11(a), the Britton Decl. explains why a stipulation could not be obtained.

## I. Plaintiffs Believe Additional Pages Are Necessary to Fully Address Defendants' Opposition Brief Which Includes Novel Legal Issues, Two Extensive Declarations and Thousands of Pages of Exhibits

On January 31, 2005, plaintiffs filed their motion for class certification. On July 29, 2005, defendants filed their opposition to plaintiffs' motion. Plaintiffs' reply brief is due August 12, 2005. Currently, plaintiffs' reply brief is limited to 15 pages. Plaintiffs believe they would suffer substantial harm and prejudice if they are not allowed additional pages to file their reply brief in support of class certification. Defendants had approximately six months to analyze plaintiffs' motion, conduct class certification discovery, develop their positions, and draft their opposition brief. Defendants' opposition brief raises many complex issues of law and fact, and challenges the adequacy of all five proposed class representatives on a variety of Federal Rules of Civil Procedure 23 grounds. Defendants' brief also raises novel issues related to the purported interrelationship between Fed. R. Civ. P. 23 and the United States Supreme Court's recent decision in *Dura Pharm., Inc. v. Broudo*, 544 U.S. ___, 125 S. Ct. 1627 (2005). Since there is minimal legal precedent on the interplay between Fed. R. Civ. P. 23 and *Dura*, plaintiffs need additional pages to develop and articulate their position.

Additionally, defendants submitted thousands of pages of exhibits and two separate supporting declarations with their opposition. One of those declarations (the Declaration of Stefan Boedeker ("Boedeker Decl.")) is by itself 14 pages, one page less than the current limit for plaintiffs' entire reply brief. The Boedeker Decl. purportedly opines on complex issues of economic trading strategies and loss causation, and raises other issues related to reliance and damages for each of the

1  five proposed class representatives.  Plaintiffs believe additional pages are needed to fully address
2  this unanticipated declaration.
3   Simply put, plaintiffs believe that 15 pages of briefing is not enough to fully develop and
4  address all of the complex issues raised in defendants' opposition and the thousands of pages of
5  supporting exhibits and declarations.  Class certification is one of the most critical aspects of
6  complex securities fraud class actions.  The five proposed class representatives and the putative class
7  would be substantially prejudiced if they were not afforded an additional ten pages to respond to the
8  numerous complex issues raised in defendants' opposition.

9  **II.   Conclusion**
10  For the foregoing reasons, plaintiffs' motion should be granted.

11 DATED:  August 12, 2005    Respectfully submitted,

12           LERACH COUGHLIN STOIA GELLER
           RUDMAN & ROBBINS LLP
13           SHAWN A. WILLIAMS
          WILLOW E. RADCLIFFE
14           ELI R. GREENSTEIN
          JENNIE LEE ANDERSON
15           MONIQUE C. WINKLER

17           _____/s/Eli R. Greenstein_____
           ELI R. GREENSTEIN

19           100 Pine Street, Suite 2600
          San Francisco, CA  94111
          Telephone:  415/288-4545
20           415/288-4534 (fax)

21           LERACH COUGHLIN STOIA GELLER
           RUDMAN & ROBBINS LLP
22           WILLIAM S. LERACH
          MARK SOLOMON
23           DOUGLAS R. BRITTON
          401 B Street, Suite 1600
24           San Diego, CA  92101
          Telephone:  619/231-1058
25           619/231-7423 (fax)

26           Lead Counsel for Plaintiffs

27 T:\CasesSF\Oracle3\MOT00023506.doc

<u>DECLARATION OF SERVICE BY MAIL AND FACSIMILE</u>

I, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, a citizen of the United States and employed in the City and County of San Francisco, over the age of 18 years, and not a party to or interested party in the within action; that declarant's business address is 100 Pine Street, Suite 2600, San Francisco, California 94111.

2. That on August 12, 2005, declarant served the PLAINTIFFS' UNOPPOSED MOTION FOR ADMINISTRATIVE RELIEF TO EXCEED PAGE LIMITS FOR PLAINTIFFS' REPLY BRIEF IN SUPPORT OF CLASS CERTIFICATION by depositing a true copy thereof in a United States mailbox at San Francisco, California in a sealed envelope with postage thereon fully prepaid and addressed to the parties listed on the attached Service List.  Declarant also served the parties by facsimile.

3. That there is a regular communication by mail between the place of mailing and the places so addressed.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 12th day of August, 2005, at San Francisco, California.

/s/ Ruth A. Cameron
RUTH A. CAMERON

ORACLE III (LEAD)

Service List - 8/3/2005     (201-064-1)

Page 1 of 1

## Counsel For Defendant(s)

Donald M. Falk
Lee H. Rubin
Shirish Gupta
Mayer, Brown, Rowe & Maw LLP
Two Palo Alto Square, Suite 300
Palo Alto, CA  94306
  650/331-2000
  650/331-2060 (Fax)

Alan N. Salpeter
Javier H. Rubinstein
Mayer, Brown, Rowe & Maw LLP
71 South Wacker Drive
Chicago, IL  60606
  312/782-0600
  312/701-7711 (Fax)

Dorian Daley
James C. Maroulis
Oracle Corporation
500 Oracle Parkway, Mail Stop 50P7
Redwood City, CA  94065
  650/506-5200
  650/506-7114 (Fax)

## Counsel For Plaintiff(s)

William S. Lerach
Mark Solomon
Douglas R. Britton
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
401 B Street, Suite 1600
San Diego, CA  92101-4297
  619/231-1058
  619/231-7423 (Fax)

Sanford Svetcov
Shawn A. Williams
Willow E. Radcliffe
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
100 Pine Street, Suite 2600
San Francisco, CA  94111-5238
  415/288-4545
  415/288-4534 (Fax)