| | |
|---|---|
| 1 | LERACH COUGHLIN STOIA GELLER |
|   |   RUDMAN & ROBBINS LLP |
| 2 | WILLIAM S. LERACH (68581) |
|   | MARK SOLOMON (151949) |
| 3 | DOUGLAS R. BRITTON (188769) |
|   | 401 B Street, Suite 1600 |
| 4 | San Diego, CA  92101 |
|   | Telephone:  619/231-1058 |
| 5 | 619/231-7423 (fax) |
|   |      – and – |
| 6 | SHAWN A. WILLIAMS (213113) |
|   | WILLOW E. RADCLIFFE (200087) |
| 7 | ELI R. GREENSTEIN (217945) |
|   | JENNIE LEE ANDERSON (203586) |
| 8 | MONIQUE C. WINKLER (213031) |
|   | 100 Pine Street, Suite 2600 |
| 9 | San Francisco, CA  94111 |
|   | Telephone:  415/288-4545 |
| 10 | 415/288-4534 (fax) |
| 11 | Lead Counsel for Plaintiffs |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION | ) Master File No. C-01-0988-MJJ ) ) CLASS ACTION ) |
| This Document Relates To:<br><br>    ALL ACTIONS. | ) DECLARATION OF DOUGLAS R. ) BRITTON IN SUPPORT OF PLAINTIFFS' ) UNOPPOSED MOTION FOR ) ADMINISTRATIVE RELIEF TO EXCEED ) PAGE LIMITS FOR PLAINTIFFS' REPLY ) BRIEF IN SUPPORT OF CLASS ) CERTIFICATION |
| | DATE:          November 1, 2005<br>TIME:          9:30 a.m.<br>COURTROOM:  The Honorable<br>                             Martin J. Jenkins |

I, DOUGLAS R. BRITTON, declare and state that:

1. I am an attorney with the law firm of Lerach Coughlin Stoia Geller Rudman & Robbins LLP, lead counsel for plaintiffs.

2. I make this declaration in support of Plaintiffs' Unopposed Motion for Administrative Relief to Exceed Page Limits for Plaintiffs' Reply Brief in Support of Class Certification.

3. On August 2, 2005, and August 5, 2005, I spoke with counsel for defendants to request a stipulation allowing plaintiffs additional time and pages for their reply brief in support of class certification, which is currently due August 12, 2005. Defendants did not agree to a stipulation, but stated later that they would not oppose plaintiffs' motion. They also agreed that plaintiffs could indicate to the Court that the motion was unopposed.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 12th day of August, 2005, at San Diego, California.

/s/Douglas R. Britton
DOUGLAS R. BRITTON

I, Eli R. Greenstein, am the ECF User whose ID and password are being used to file this Declaration of Douglas Britton in support of Plaintiffs' Unopposed Motion for Administrative Relief to Exceed Page Limits for Plaintiffs' Reply Brief in Support of Class Certification. In compliance with General Order 45, X.B., I hereby attest that Douglas R. Britton has concurred in this filing.

DATED: August 12, 2005

/s/Eli R. Greenstein
ELI R. GREENSTEIN

T:\CasesSF\Oracle3\DEC00023509.doc

## DECLARATION OF SERVICE BY MAIL AND FACSIMILE

I, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, a citizen of the United States and employed in the City and County of San Francisco, over the age of 18 years, and not a party to or interested party in the within action; that declarant's business address is 100 Pine Street, Suite 2600, San Francisco, California 94111.

2. That on August 12, 2005, declarant served the DECLARATION OF DOUGLAS R. BRITTON IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION FOR ADMINISTRATIVE RELIEF TO EXCEED PAGE LIMITS FOR PLAINTIFFS' REPLY BRIEF IN SUPPORT OF CLASS CERTIFICATION by depositing a true copy thereof in a United States mailbox at San Francisco, California in a sealed envelope with postage thereon fully prepaid and addressed to the parties listed on the attached Service List. Declarant also served the parties by facsimile.

3. That there is a regular communication by mail between the place of mailing and the places so addressed.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 12th day of August, 2005, at San Francisco, California.

                                              /s/ Ruth A. Cameron
                                              RUTH A. CAMERON

ORACLE III (LEAD)

Service List - 8/3/2005    (201-064-1)

Page 1 of 1

## Counsel For Defendant(s)

Donald M. Falk
Lee H. Rubin
Shirish Gupta
Mayer, Brown, Rowe & Maw LLP
Two Palo Alto Square, Suite 300
Palo Alto, CA  94306
  650/331-2000
  650/331-2060 (Fax)

Alan N. Salpeter
Javier H. Rubinstein
Mayer, Brown, Rowe & Maw LLP
71 South Wacker Drive
Chicago, IL  60606
  312/782-0600
  312/701-7711 (Fax)

Dorian Daley
James C. Maroulis
Oracle Corporation
500 Oracle Parkway, Mail Stop 50P7
Redwood City, CA  94065
  650/506-5200
  650/506-7114 (Fax)

## Counsel For Plaintiff(s)

William S. Lerach
Mark Solomon
Douglas R. Britton
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
401 B Street, Suite 1600
San Diego, CA  92101-4297
  619/231-1058
  619/231-7423 (Fax)

Sanford Svetcov
Shawn A. Williams
Willow E. Radcliffe
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
100 Pine Street, Suite 2600
San Francisco, CA  94111-5238
  415/288-4545
  415/288-4534 (Fax)