| | |
|---|---|
| 1 | LERACH COUGHLIN STOIA GELLER<br>  RUDMAN & ROBBINS LLP |
| 2 | WILLIAM S. LERACH (68581)<br>MARK SOLOMON (151949) |
| 3 | DOUGLAS R. BRITTON (188769)<br>401 B Street, Suite 1600 |
| 4 | San Diego, CA 92101<br>Telephone: 619/231-1058 |
| 5 | 619/231-7423 (fax)<br>    – and – |
| 6 | SHAWN A. WILLIAMS (213113)<br>WILLOW E. RADCLIFFE (200087) |
| 7 | ELI R. GREENSTEIN (217945)<br>JENNIE LEE ANDERSON (203586) |
| 8 | MONIQUE C. WINKLER (213031)<br>100 Pine Street, Suite 2600 |
| 9 | San Francisco, CA 94111<br>Telephone: 415/288-4545 |
| 10 | 415/288-4534 (fax) |
| 11 | Lead Counsel for Plaintiffs |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION | Master File No. C-01-0988-MJJ<br><br>**CLASS ACTION** |
| This Document Relates To:<br><br>ALL ACTIONS. | DECLARATION OF SHAWN A. WILLIAMS IN SUPPORT OF PLAINTIFFS' REPLY IN FURTHER SUPPORT OF THEIR MOTION FOR CLASS CERTIFICATION<br><br>DATE: November 1, 2005<br>TIME: 9:30 a.m.<br>COURTROOM: The Honorable<br>Martin J. Jenkins |

1  I, SHAWN A. WILLIAMS, declare as follows:

2  1. I am an attorney duly licensed to practice before all of the courts of the State of California. I am a member of the law firm of Lerach Coughlin Stoia Geller Rudman & Robbins LLP, one of the counsel of record for plaintiffs in the above-entitled action. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. Attached are true and correct copies of the following exhibits:

Exhibit A:  Excerpts from *Dura Pharms., Inc. v. Broudo*, 544 U.S. __, 125 S. Ct. 1627 (2005), brief for the United States of Amicus Curiae Supporting Petitioners, filed in the United States Supreme Court;

Exhibit B:  March 10, 2005 Amended Order Setting a Discovery Plan;

Exhibit C:  Excerpts from the hearing transcript before the United States Supreme Court in *Dura Pharms., Inc. v. Broudo*, 544 U.S. __, 125 S. Ct. 1627 (2005); and

Exhibit D:  Excerpt from civil docket for *In re Initial Pub. Offering Sec. Litig*, Case No. 1:01-cv-02140WHP (S.D.N.Y. 2004).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 12th day of August, 2005, at San Francisco, California.

                                                    /s/ Shawn A. Williams
                                                    SHAWN A. WILLIAMS

T:\CasesSF\Oracle3\DEC00023504.doc

WILLIAMS DECLARATION IN SUPPORT OF PLAINTIFFS' REPLY IN FURTHER
SUPPORT OF MOTION FOR CLASS CERTIFICATION - C-01-0988-MJJ      - 1 -

<u>DECLARATION OF SERVICE BY U.S. MAIL & FACSIMILE</u>
PURSUANT TO NORTHERN DISTRICT LOCAL RULE 23-2(c)(2)

I, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, a citizen of the United States and employed in the City and County of San Francisco, over the age of 18 years, and not a party to or interested party in the within action; that declarant's business address is 100 Pine Street, Suite 2600, San Francisco, California 94111.

2. That on August 12, 2005, declarant served by facsimile and U.S. Mail the DECLARATION OF SHAWN A. WILLIAMS IN SUPPORT OF PLAINTIFFS' REPLY IN FURTHER SUPPORT OF THEIR MOTION FOR CLASS CERTIFICATION to the parties listed on the attached Service List and this document was forwarded to the following designated Internet site at:

http://securities.lerachlaw.com/

3. That there is a regular communication by facsimile between the place of origin and the places so addressed.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 12th day of August, 2005, at San Francisco, California.

/s/ Ruth A. Cameron
RUTH A. CAMERON

ORACLE III (LEAD)

Service List - 8/3/2005    (201-064-1)

Page 1 of 1

## Counsel For Defendant(s)

Donald M. Falk
Lee H. Rubin
Shirish Gupta
Mayer, Brown, Rowe & Maw LLP
Two Palo Alto Square, Suite 300
Palo Alto, CA 94306
  650/331-2000
  650/331-2060 (Fax)

Alan N. Salpeter
Javier H. Rubinstein
Mayer, Brown, Rowe & Maw LLP
71 South Wacker Drive
Chicago, IL 60606
  312/782-0600
  312/701-7711 (Fax)

Dorian Daley
James C. Maroulis
Oracle Corporation
500 Oracle Parkway, Mail Stop 50P7
Redwood City, CA 94065
  650/506-5200
  650/506-7114 (Fax)

## Counsel For Plaintiff(s)

William S. Lerach
Mark Solomon
Douglas R. Britton
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
401 B Street, Suite 1600
San Diego, CA 92101-4297
  619/231-1058
  619/231-7423 (Fax)

Sanford Svetcov
Shawn A. Williams
Willow E. Radcliffe
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
100 Pine Street, Suite 2600
San Francisco, CA 94111-5238
  415/288-4545
  415/288-4534 (Fax)