# Exhibit D

APPEAL, APPEAL, CLOSED, LEAD

# U.S. District Court
## Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:01-cv-02014-WHP

In Re: Initial Public Offer, et al v. , et al
Assigned to: Judge William H. Pauley, III
Demand: $0
Lead case: 1:01-cv-02014-WHP   (View Member Cases)
Related Case: 1:01-cv-03665-GBD-MHD
Cause: 15:1 Antitrust Litigation

Date Filed: 03/09/2001
Jury Demand: Plaintiff
Nature of Suit: 410 Anti-Trust
Jurisdiction: Federal Question

## Plaintiff

**Glen Billing**
*individually and on behalf of all those similarly situated*

represented by **Christopher Lovell**
Lovell & Stewart, L.L.P.
500 Fifth Avenue
58th Flr
New York, NY 10110
(212) 608-1900
*LEAD ATTORNEY*

**Howard B. Sirota**
Sirota & Sirota
110 Wall Street
21st Floor
New York, NY 10005
(212) 759-5555
*LEAD ATTORNEY*

V.

## Consolidated Plaintiff

**Mita Aggarwal**
*as Trustee of the Mita Aggarwa IRA and on behalf of all others similarly situated*

represented by **Louis F. Burke**
Louis F. Burke, P.C.
360 Lexington Avenue
New York, NY 10017
(212) 682-1700
*LEAD ATTORNEY*

## Consolidated Plaintiff

| | | |
|---|---|---|
| 05/31/2001 | 11 | RULE 1.9 CERTIFICATE filed by Morgan Stanley Co. (kkc) (Entered: 06/01/2001) |
| 06/21/2001 | 12 | Memo-Endorsement on letter addressed to Judge Pauley from Melvyn I. Weiss, dated 6/20/01 Re: Counsel's request that an opportunity to be heard at the 6/22/01 pre-trial conference to be heard at the 6/22/01 ptc: counsel may attend the 6/22/01 conference ( signed by Judge William H. Pauley III ); Copies mailed. (cd) (Entered: 06/25/2001) |
| 06/22/2001 | | Pretrial Conference held and concluded before Judge William H. Pauley III. (tp) (Entered: 07/25/2001) |
| 06/29/2001 | 13 | SCHEDULING ORDER No. 1: motions for the appointment of lead counsel shall served and filed by 6/29/01; opposition papers shall be served and filed by 7/12/01; Reply papers, if any, shall be filed and served by 7/19/01; Oral Argument set for 3:00, on 7/26/01. ( signed by Judge William H. Pauley III ); Copies mailed. (pl) (Entered: 07/02/2001) |
| 06/29/2001 | 14 | NOTICE OF MOTION by Local 144 Nursing Home Pension Fund for an order, appointing the law firm of Milberg Weiss Bershad Hynes & Lerach LLP to serve as Co-Lead Counsel with responsibility for claims by indirect purchasers under state antitrust laws and othe related regulations ; Return date not indicated. (rec'd in the night deposit box on 6/29/01 at 9:58 p.m.) (sac) (Entered: 07/05/2001) |
| 06/29/2001 | 15 | MEMORANDUM OF LAW by Local 144 in support of [14-1] motion for an order, appointing the law firm of Milberg Weiss Bershad Hynes & Lerach LLP to serve as Co-Lead Counsel with responsibility for claims by indirect purchasers under state antitrust laws and othe related regulations. (rec'd in the night deposit box on 6/29/01 at 9:58 p.m.) (sac) (Entered: 07/05/2001) |
| 06/29/2001 | 16 | AFFIDAVIT of Steven G. Schulman in support of [14-1] motion for an order, appointing the law firm of Milberg Weiss Bershad Hynes & Lerach LLP to serve as Co-Lead Counsel with responsibility for claims by indirect purchasers under state antitrust laws and othe related regulations. (rec'd in the night deposit box on 6/29/01 at 9:58 p.m.) (sac) (Entered: 07/05/2001) |
| 06/29/2001 | 17 | MEMORANDUM OF LAW by Glen Billing in support of the appointment of Lovell & Stewart, LLP and Sirota & Sirota LLP as Co-Lead Counsel. (rec'd in the night deposit box on 6/29/01 at 9:23 p.m.) (sac) (Entered: 07/05/2001) |
| 06/29/2001 | 18 | AFFIDAVIT of Christopher Lovell by Glen Billing in support of the motion for the selection of Lovell & Stewart, LLP and Sirota & Sirota, LLP as Lead-Counsel. (rec'd in the night deposit box on 6/29/01 at 9:23 p.m.) |