# EXHIBIT A

# Bjorn I. Steinholt, CFA

---

**Financial Markets Analysis, L.L.C**
**9909 Mira Mesa Boulevard, Suite 260**
**San Diego, CA 92131**
**Telephone: (858) 549-4900  •  Facsimile: (858) 549-9317**

---

## Employment History

- **2000 - Present    Financial Markets Analysis, LLC, San Diego, California**

*Founding Member*.  Mr. Steinholt provides a broad range of capital markets consulting, including financial and economic analyses relating to mergers and acquisitions, initial public offerings, fairness opinions and private placements.  His practice area includes the valuation of whole businesses, financial securities and intangible assets.  Furthermore, he provides consulting relating to complex securities litigations.

- **1998 - 2000    Business Valuation Services, Inc., San Diego, California**

*Principal*.  Mr. Steinholt provided valuations of businesses and financial securities, including common stock, warrants, options, preferred stock, debt instruments and partnership interests, of companies in a myriad of industries.  In addition, he performed valuations of intangible assets such as patents, trademarks, software, customer lists, work force and licensing agreements.  Mr. Steinholt provided financial and economic analyses for a variety of purposes relating to mergers and acquisitions, initial public offerings, fairness opinions, bank financing, financial reporting requirements, tax-related issues, general advisory services and shareholder disputes.

- **1990 - 1998    Princeton Venture Research, Inc., San Diego, California**

*Senior Vice President*.  Mr. Steinholt was a co-manager of Princeton Venture Research's San Diego office where he provided various financial and economic analyses for venture capital, investment banking and consulting assignments, including shareholder disputes.  Among other things, he helped identify and evaluate prospective emerging technology companies in need of venture capital funding.  In addition, Mr. Steinholt performed financial analyses related to market, industry and company economics and provided business valuation services involving different types of securities, including derivative securities.

- **1988 - 1989   University of San Diego, San Diego, California**

*Research Assistant -- Graduate Fellow*. Mr. Steinholt assisted with research regarding the performance of international equity markets following the 1987 stock market crash. He also developed computer programs related to the portfolio theory, including risk minimization and portfolio optimization based on quadratic programming techniques.

## Testimony

*In re: Qwest Communications Securities Litigation* (United States District Court for the District of Colorado), QwestDex Hearing, January 28, 2003.

*In re: CBT Group PLC Securities Litigation* (United States District Court, Northern District of California, San Jose Division), Deposition, November 5, 2003.

*In re: America West Securities Litigation* (United States District Court, District of Arizona), Deposition, October 28, 2004.

*In re: Howard Yue vs. New Focus* (Superior Court of the State of California, County of Santa Clara), Deposition, July 28, 2005 and August 9, 2005.

## Formal Education

- **Master of International Business**
  University of San Diego, 1989

- **Bachelor of Science, Computer Science Engineering**
  California State University, Long Beach, 1987

## Accreditation and Affiliations

- **Chartered Financial Analyst**
  CFA Institute

- **Sivilingeniør -** (Norwegian graduate level engineering designation)
  University of Trondheim, Norway

- **Member, CFA Institute**

- **Member, Financial Analysts Society of San Diego**