1
2
3
4
5
6
7
8
9
10
11

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION ) ) ) ) This Document Relates To: ) ) ALL ACTIONS. ) ) ) ) ) ) | Master File No. C-01-0988-MJJ<br><br>CLASS ACTION<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO **(1)** EXTEND TIME AND PAGE LIMITS FOR PLAINTIFFS' REPLY BRIEF IN SUPPORT OF CLASS CERTIFICATION AND **(2)** EXPEDITE THE COURT'S RULING ON PLAINTIFFS' MOTION |

The Court, having reviewed Plaintiffs' Unopposed Motion to **(1)** Extend Time and Page Limits for Plaintiffs' Reply Brief in Support of Class Certification and **(2)** Expedite the Court's Ruling on Plaintiffs' Motion, hereby orders as follows:

1. Plaintiffs' deadline to file a reply brief in support of their motion for class certification is extended to August 26, 2006.

2. Plaintiffs' reply brief shall be no longer than twenty-five (25) pages, not including supporting declarations and exhibits.

IT IS SO ORDERED.

DATED: 8/10/2005

_____
THE HONORABLE MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE

Submitted by:

DATED: August 5, 2005

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SHAWN A. WILLIAMS
WILLOW E. RADCLIFFE
ELI R. GREENSTEIN
JENNIE LEE ANDERSON
MONIQUE C. WINKLER


          /s/
_____
     ELI R. GREENSTEIN

100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
WILLIAM S. LERACH
MARK SOLOMON
DOUGLAS R. BRITTON
401 B Street, Suite 1600
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

Lead Counsel for Plaintiffs

T:\CasesSF\Oracle3\ORD00023331.doc

[PROPOSED] ORD GRANTING PLTFS' UNOPPOSED MTN TO EXTEND TIME & PG LIMITS FOR REPLY BRF IN SUPP OF CLASS CERT & EXPEDITE COURT'S RULING ON MTN - C-01-0988-MJJ  - 1 -