1  Mark E. McKeen (State Bar No. 130950)
   Shinyung Oh (State Bar No. 209649)
2  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   55 Second Street, 24th Floor
3  San Francisco, CA  94105-3441
   Telephone:  (415) 856-7000
4  Facsimile:  (415) 856-7100

5  Attorneys for Non-Party
   PRG-SCHULTZ USA, INC.,
6  f/k/a PROFIT RECOVERY GROUP

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11

12 | In re ORACLE CORPORATION      | CASE NO. C-01-0988-MJJ (Consolidated)
   | SECURITIES LITIGATION         |
13 |                               | **NON-PARTY PRG-SCHULTZ, USA,
   |                               | INC.'S RESPONSE IN OPPOSITION TO
14 |                               | PLAINTIFFS' MOTION TO COMPEL
   |                               | PROFIT RECOVERY GROUP-SCHULTZ,
15 |                               | INC.'S PRODUCTION OF DOCUMENTS
   |                               | IN COMPLIANCE WITH SUBPOENA**
16 |                               |
   |                               | DATE:         August 19, 2005
17 |                               | TIME:         9:30 a.m.
   |                               | COURTROOM:    A, 15th Floor
18 |                               |
   |                               | Magistrate Judge Joseph C. Spero
19

20

21

22

23

24

25

26

27

28

---

Case No. CIV C01-0988-MJJ

1  Attached hereto as Exhibit A is the NON-PARTY PRG-SCHULTZ, USA, INC.'S
2  RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL PROFIT
3  RECOVERY GROUP-SCHULTZ, INC.'S PRODUCTION OF DOCUMENTS IN
4  COMPLIANCE WITH SUBPOENA, that was filed with the District Court for the Eastern
5  District of California on July 27, 2005.

9  DATED: August 15, 2005           PAUL, HASTINGS, JANOFSKY & WALKER LLP

11                      By:  _____/s/_____
                              Shinyung Oh

   Attorneys for Non-Party
   PRG-SCHULTZ USA, INC.,
   f/k/a/ PROFIT RECOVERY GROUP

15 SF/375734.1

---

Case No. C01-0988-MJJ                     -2-         RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION
                                                      TO COMPEL PROFIT REC. GROUP-SCHULTZ, INC.'S
                                                      PRODUCTION OF DOCUMENTS