1  Mark E. McKeen (State Bar No. 130950)
   Shinyung Oh (State Bar No. 209649)
2  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   55 Second Street, 24th Floor
3  San Francisco, CA  94105-3441
   Telephone:  (415) 856-7000
4  Facsimile:  (415) 856-7100

5  Attorneys for Non-Party
   PRG-SCHULTZ USA, INC.,
6  f/k/a PROFIT RECOVERY GROUP

7

8                          UNITED STATES DISTRICT COURT

9                         NORTHERN DISTRICT OF CALIFORNIA

10                              SAN FRANCISCO DIVISION

11

| 12 | In re ORACLE CORPORATION SECURITIES LITIGATION | CASE NO. C-01-0988-MJJ (Consolidated) |
|---|---|---|
| 13 | | **DECLARATION OF MARTEZ D. ANDREWS IN OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL PROFIT RECOVERY GROUP-SCHULTZ, USA, INC.'S PRODUCTION OF DOCUMENTS IN COMPLIANCE WITH SUBPOENA** |
| 17 | | **DATE:** August 19, 2005<br>**TIME:** 9:30 a.m.<br>**COURTROOM:** A, 15th Floor |
| 19 | | Magistrate Judge Joseph C. Spero |

20
21
22
23
24
25
26
27
28

Case No. CIV C01-0988-MJJ

DECL. OF MARTEZ D. ANDREWS IN OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL PRG'S PROD OF DOCUMENTS

1  Attached hereto as Exhibit A is the DECLARATION OF MARTEZ D.
2  ANDREWS IN OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL PROFIT
3  RECOVERY GROUP-SCHULTZ, USA, INC.'S PRODUCTION OF DOCUMENTS IN
4  COMPLIANCE WITH SUBPOENA, that was filed with the District Court for the Eastern
5  District of California on July 27, 2005.

DATED: August 15, 2005              PAUL, HASTINGS, JANOFSKY & WALKER LLP

                          By:  _____/s/_____
                                    Shinyung Oh

                          Attorneys for Non-Party
                          PRG-SCHULTZ USA, INC.,
                          f/k/a/ PROFIT RECOVERY GROUP

SF/375758.1