1  Mark E. McKeen (State Bar No. 130950)
   Shinyung Oh (State Bar No. 209649)
2  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   55 Second Street, 24th Floor
3  San Francisco, CA 94105-3441
   Telephone: (415) 856-7000
4  Facsimile: (415) 856-7100

5  Attorneys for Non-Party
   PRG-SCHULTZ USA, INC.,
6  f/k/a PROFIT RECOVERY GROUP

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10             SAN FRANCISCO DIVISION

11

12 | In re ORACLE CORPORATION SECURITIES LITIGATION | CASE NO. C-01-0988-MJJ (Consolidated) |
   | --- | --- |
   | | **DECLARATION OF HENRY R. CHALMERS IN OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL PROFIT RECOVERY GROUP-SCHULTZ, USA, INC.'S PRODUCTION OF DOCUMENTS IN COMPLIANCE WITH SUBPOENA** |
   | | DATE: August 19, 2005
   TIME: 9:30 a.m.
   **COURTROOM:** A, 15th Floor |
   | | Magistrate Judge Joseph C. Spero |

Case No. CIV C01-0988-MJJ

DECL. OF HENRY R. CHALMERS IN OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL PRG'S PROD OF DOCUMENTS

1 | Attached hereto as Exhibit A is the DECLARATION OF HENRY R. CHALMERS IN OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL PROFIT RECOVERY GROUP-SCHULTZ, USA, INC.'S PRODUCTION OF DOCUMENTS IN COMPLIANCE WITH SUBPOENA, that was filed with the District Court for the Eastern District of California on July 27, 2005.

DATED: August 15, 2005

PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: _____/s/_____
Shinyung Oh

Attorneys for Non-Party
PRG-SCHULTZ USA, INC.,
f/k/a PROFIT RECOVERY GROUP

SF/375737.1