Mark E. McKeen (State Bar No. 130950)
Shinyung Oh (State Bar No. 209649)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
55 Second Street, 24th Floor
San Francisco, CA 94105-3441
Telephone: (415) 856-7000
Facsimile: (415) 856-7100

Attorneys for Non-Party
PRG-SCHULTZ USA, INC.,
f/k/a PROFIT RECOVERY GROUP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION | CASE NO. C-01-0988-MJJ (Consolidated)<br><br>**DECLARATION OF CLINTON McKELLAR, JR. IN OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL PROFIT RECOVERY GROUP-SCHULTZ, USA, INC.'S PRODUCTION OF DOCUMENTS IN COMPLIANCE WITH SUBPOENA**<br><br>DATE: August 19, 2005<br>TIME: 9:30 a.m.<br>COURTROOM: A, 15th Floor<br><br>Magistrate Judge Joseph C. Spero |

1     Attached hereto as Exhibit A is the DECLARATION OF CLINTON McKELLAR, JR. IN OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL PROFIT RECOVERY GROUP-SCHULTZ, USA, INC.'S PRODUCTION OF DOCUMENTS IN COMPLIANCE WITH SUBPOENA, that was filed with the District Court for the Eastern District of California on July 27, 2005.

DATED: August 15, 2005      PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: _____/s/_____
Shinyung Oh

Attorneys for Non-Party
PRG-SCHULTZ USA, INC.,
f/k/a PROFIT RECOVERY GROUP

SF/375756.1

Case No. C01-0988-MJJ    -2-    DECL. OF CLINTON McKELLAR, JR. IN OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL PRG'S PROD OF DOCUMENTS