1   Mark E. McKeen (State Bar No. 130950)
    Shinyung Oh (State Bar No. 209649)
2   PAUL, HASTINGS, JANOFSKY & WALKER LLP
    55 Second Street, 24th Floor
3   San Francisco, CA  94105-3441
    Telephone:  (415) 856-7000
4   Facsimile:  (415) 856-7100

5   Attorneys for Non-Party
    PRG-SCHULTZ USA, INC.,
6   f/k/a PROFIT RECOVERY GROUP

7

8                   UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11

12   In re ORACLE CORPORATION          CASE NO. C-01-0988-MJJ (Consolidated)
     SECURITIES LITIGATION
13                                      **DECLARATION OF CLINTON
                                        McKELLAR, JR. IN OPPOSITION TO
14                                      PLAINTIFFS' MOTION TO COMPEL
                                        PROFIT RECOVERY GROUP-SCHULTZ,
15                                      USA, INC.'S PRODUCTION OF
                                        DOCUMENTS IN COMPLIANCE WITH
16                                      SUBPOENA**

17                                      **DATE:**      August 19, 2005
                                        **TIME:**      9:30 a.m.
18                                      **COURTROOM:** A, 15th Floor

19                                      Magistrate Judge Joseph C. Spero

20

21

22

23

24

25

26

27

28

Case No. CIV C01-0988-MJJ

DECL. OF CLINTON McKELLAR, JR. IN OPPOSITION
TO PLAINTIFFS' MOTION TO COMPEL  PRG'S PROD
OF DOCUMENTS

1       Attached hereto as Exhibit A is the DECLARATION OF CLINTON McKELLAR,

2 JR. IN OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL PROFIT RECOVERY

3 GROUP-SCHULTZ, USA, INC.'S PRODUCTION OF DOCUMENTS IN COMPLIANCE

4 WITH SUBPOENA, that was filed with the District Court for the Eastern District of California

5 on July 27, 2005.

6

7

8

9 DATED:  August 15, 2005            PAUL, HASTINGS, JANOFSKY & WALKER LLP

10

11                             By:             /s/

                                               Shinyung Oh

12

13                           Attorneys for Non-Party

                          PRG-SCHULTZ USA, INC.,

14                           f/k/a PROFIT RECOVERY GROUP

15 SF/375756.1

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-

**EXHIBIT  A**

**BOUTIN DENTINO GIBSON DI GIUSTO HODELL INC.**
MICHAEL E. CHASE (214506)
555 Capitol Mall, Suite 1500
Sacramento, California  95814
Telephone:  (916) 321-4444
Fax:  (916) 441-7597

-and-

ARNALL GOLDEN GREGORY LLP
HENRY R. CHALMERS (Georgia Bar No. 118715)
(Admitted *pro hac vice*)
171 17th Street, N.W.
Suite 2100
Atlanta, Georgia  30363-1031
Telephone:  404-873-8646
Fax:  404-873-8647

Counsel for Non-Party PRG-Schultz,
f/k/a Profit Recovery Group

### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION | No. 2:05-MC-0427 GEB PAN **(Master File No. C-01-0988-MJJ pending in N.D. Cal.)** |
| This Document Relates To: | <u>CLASS ACTION</u> |
| ALL ACTIONS | **DECLARATION OF CLINTON McKELLAR, JR. IN OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL PROFIT RECOVERY GROUP-SCHULTZ, USA, INC.'S PRODUCTION OF DOCUMENTS IN COMPLIANCE WITH SUBPOENA** |
| | **DATE:      August 10, 2005** **TIME:         9:00 a.m.** **COURTROOM:  25** |

-1-

I, Clinton McKellar, Jr., declare as follows:

1. My name is Clinton McKellar, Jr. I am competent to testify regarding the matters set forth herein, and I have personal knowledge of the facts stated herein.

2. I am the General Counsel and Corporate Secretary and a Senior Vice President for PRG-Schultz, USA, Inc., f/k/a Profit Recovery Group, ("PRG") and have served in this capacity since 1997.

3. PRG is a global recovery audit and cost containment company that investigates and pursues, on behalf of its clients, recovery, from the clients' vendors, of inadvertent overpayments and under-deductions. PRG's client base can be divided roughly into two categories: (1) "retail accounts," for clients who sell products or services directly to the consuming public, and (2) "commercial accounts," for clients who do not generally sell products or services directly to the consuming public.

4. PRG employs "auditors" to investigate potential overpayments and under-deductions for its clients and, where found, to assert claims against the clients' vendors for reimbursement on behalf of the clients.

5. PRG's auditors generally do not work out of PRG's offices. Rather, they work at the client site, from home, or elsewhere.

6. Generally, after an auditor is assigned to a client account, the auditor obtains data and documents from the client and requests current account statements from the client's vendors. The auditor then analyzes the data, documents and statements received from the vendors and, where appropriate, asserts a claim on the client's behalf against the vendor for any amounts that the client overpaid, or for deductions to which the client was entitled, but which it never received (collectively, "overpayments").

7. An auditor generally compiles information regarding the claims it makes on behalf of a client, which information includes, among other things, the vendor's identity, the amount of each claim and the amount recovered from the vendor. This information ultimately is included as part of a Narrative Audit Report (for commercial accounts) or a Management Report

-2-

DECLARATION OF CLINTON McKELLAR, JR. IN OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL PROFIT RECOVERY GROUP-SCHULTZ, USA, INC.'S PRODUCTION OF DOCUMENTS IN COMPLIANCE WITH SUBPOENA

1906904v1

1  (for retail accounts) that is given to the client, and copies of which are placed in PRG's storage

2  facilities.    (True and correct copies of a sample Narrative Audit Report and a sample

3  Management Report are attached hereto as Exhibit "A" and "B," respectively.)  (Narrative Audit

4  Reports and Management Reports shall be referred to collectively herein as "Reports.")

5        8.    the client overpaid, or for deductions to which the client was entitled, but which it

6  never received (collectively, "overpayments").

7        9.    An auditor generally compiles information regarding the claims it makes on

8  behalf of a client, which information includes, among other things, the vendor's identity, the

9  amount of each claim and the amount recovered from the vendor.  This information ultimately is

10  included as part of a Narrative Audit Report (for commercial accounts) or a Management Report

11  (for retail accounts) that is given to the client, and copies of which are placed in PRG's storage

12  facilities.    (True and correct copies of a sample Narrative Audit Report and a sample

13  Management Report are attached hereto as Exhibit "A" and "B," respectively.)  (Narrative Audit

14  Reports and Management Reports shall be referred to collectively herein as "Reports.")

15        10.    PRG does not have a policy of requiring its auditors at the conclusion of an audit

16  to retain or deliver to PRG any of the documents underlying or supporting the Reports.  With

17  regard to retail accounts, however, some such documents are customarily retained at the audit

18  site for a period of time, after which they are discarded or otherwise disposed of by the auditor or

19  client.

20        11.    On page 6 of their Motion to Compel, Plaintiffs state that Plaintiffs provided to

21  PRG names of purported PRG employees whom Plaintiffs alleged were known to have

22  information regarding efforts to identify and recover customer overpayments to Oracle.  The

23  persons identified by Plaintiffs were not auditors.  Rather, they were current and former

24  employees who were assigned the very narrow task of assisting the auditors on commercial

25  audits by calling vendors on the telephone to request copies of statements of current accounts for

26  selected clients.  If these current and former employees received statements from the vendors,

27  they were to turn the statements over to the appropriate auditor.  I am not aware of any reason for

-3-

28

DECLARATION OF CLINTON McKELLAR, JR. IN OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL PROFIT RECOVERY GROUP-SCHULTZ, USA, INC.'S PRODUCTION OF DOCUMENTS IN COMPLIANCE WITH SUBPOENA

1906904v1

1  these current and former employees to have possession of any claims-related documents, nor am

2  I aware of any reason for them to have knowledge regarding the current existence or location of

3  such documents.

4      12.    PRG's auditors are required to enter into PRG's client management system

5  ("CMS") information regarding every claim that is made against a vendor on behalf of a PRG

6  client. I am not aware of any valid reason for an auditor not to enter claim information into the

7  CMS database. As far as I know, the CMS database is complete.

8      13.    Searches may be conducted in the CMS database to retrieve information

9  regarding all claims made on clients' behalves against Oracle. However, the only date parameter

10  that is capable of being searched is the date on which the claims were entered into the CMS

11  system. Thus, it is not possible for PRG to search its CMS database to extract all claims that

12  were asserted against Oracle during the "relevant time period" (June 1, 2000 through June 1,

13  2001). Similarly, it is not possible for PRG to search its CMS database to extract all claims that

14  were made against Oracle based on overpayments that occurred during a certain time period.

15  This search information simply is not available.

16      14.    In footnote 5 on page 6 of their Motion to Compel, Plaintiffs state that PRG

17  admits that a search in the CMS database "produces wildly unpredictable and unreliable results."

18  This is incorrect. To the best of my knowledge, searches in the CMS database produce reliable

19  and complete results.

20      15.    PRG recently conducted a search in its CMS database for claims made against

21  Oracle on behalf of PRG clients in 2000 and 2001. (This time period is over-inclusive of the

22  relevant time period established by the Magistrate Judge in this case.) The search revealed that,

23  during those two years, PRG entered a total of 70 claims against Oracle on behalf of 36 different

24  PRG clients. The net amount recovered on all 70 claims was $1,632,964. A single one of those

25  70 claims, however, accounted for $1,169,795 of the total recovery, leaving the remaining 69

26  claims to account for no more than $463,169. Many of those 69 remaining claims, in turn,

27  accounted for less than $5,000 each. For 30 of the claims, either no amount was recovered from

28

-4-

**DECLARATION OF CLINTON McKELLAR, JR. IN OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL PROFIT RECOVERY GROUP-SCHULTZ, USA, INC.'S PRODUCTION OF DOCUMENTS IN COMPLIANCE WITH SUBPOENA**

1906904v1

1   Oracle, or an amount was recovered but later returned to Oracle by the client.   (A true and

2   correct, redacted copy of a spreadsheet containing the results of the search is attached hereto as

3   Exhibit "C.")

4        16.     In paragraph 37 of their Revised Second Amended Complaint, Plaintiffs make the

5   following allegation regarding their confidential witness 46 ("CW46"), whom Plaintiffs assert is

6   a former PRG employee: "PRG financial analyst, CW46, uncovered 760 of these debit memos

7   during review of approximately 17 different Oracle customers' billing histories, totaling $14.5

8   million in overpayments." These numbers are not reflected in the information available to PRG.

9   Without talking to CW46, I cannot determine whether CW46 claims to have discovered this

10   information in the course of his employment with PRG, or as a witness for Plaintiffs reviewing

11   documents from sources other than PRG.   Without talking to CW46, I also cannot determine

12   whether or where he might contend any of the relevant documents may exist in PRG's

13   possession, if at all.  It is my understanding that Plaintiffs have refused to reveal CW46's identity

14   or to make him available for an interview.

15        17.     If so ordered, PRG could produce an <u>un</u>-redacted copy of **Exhibit C** without any

16   significant expenditure of time or expense.

17        18.     If so ordered, PRG could produce copies of all Reports (**Exhibits A and B**) in its

18   possession regarding the clients and claims listed on Exhibit C.  This would require a relatively

19   modest expenditure of time and expense, totaling approximately two to three (2-3) weeks of

20   PRG employee time.

21        19.     The documents listed in the preceding two paragraphs should be sufficient to

22   provide Plaintiffs with all of the relevant and necessary information regarding claims made

23   against Oracle on behalf of PRG's clients.

24        20.     Other than the documents listed in the preceding three paragraphs, the only

25   documents that possibly could have been created or received by PRG relating to claims against

26   Oracle would be documents acquired by PRG's auditors in the course of performing their audits,

27   or e-mails involving PRG employees.

-5-

28

DECLARATION OF CLINTON McKELLAR, JR. IN OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL PROFIT RECOVERY GROUP-SCHULTZ, USA, INC.'S PRODUCTION OF DOCUMENTS IN COMPLIANCE WITH SUBPOENA

1906904v1

1    21.    With regard to documents acquired by PRG's auditors, and as explained above,

2   the auditors keep those documents with them at the client site or elsewhere while they are

3   performing their audits.   There is no PRG requirement that an audit's claim documents be

4   retained beyond the period necessary to close out the audit.   Also, since 2000, the number of

5   field commercial auditors, who produced the vast majority of the Oracle claims on Exhibit C, has

6   declined from approximately 150 in 2000 to approximately 40 in 2005.   Of that 40, even fewer

7   were employed in 2000 or 2001.   Thus, it is highly likely that most, if not all, of the documents

8   so acquired prior to 2002 have been discarded by the auditors.

9    22.    To confirm this, however, would require an overwhelming investment of time and

10   expense.   PRG does not know the location of these documents (if they even still exist) and does

11   not have a list of all of the auditors who may have accumulated these documents while asserting

12   claims against Oracle on behalf of PRG's clients.

13    23.    Thus, any attempt to locate these documents (assuming they even still exist,

14   which is unlikely) would require PRG to undertake the following, laborious and prohibitively-

15   expensive, six-step process:

16         (a)    Constructing a list of such auditors who performed the audits listed on

17                Exhibit C;

18         (b)    Contacting each such auditor to determine whether the auditor remembers

19                what he or she did with the relevant documents created or gathered many

20                years ago;

21         (c)    If the auditor does remember what he or she did with the relevant

22                documents, determining whether the auditor discarded the documents or

23                retained them somewhere else;

24         (d)    If the auditor retained them, determining whether the auditor remembers

25                where they were retained or sent;

26         (e)    If the auditor can remember whether and where the documents may have

27                been retained or sent, determining whether the documents are in PRG's

28

-6-

DECLARATION OF CLINTON McKELLAR, JR. IN OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL PROFIT RECOVERY
GROUP-SCHULTZ, USA, INC.'S PRODUCTION OF DOCUMENTS IN COMPLIANCE WITH SUBPOENA

1906904v1

1       possession, custody or control; and

2           (f)     If the documents are in PRG's possession, custody or control, searching

3                   for the documents.

4       24.     The necessary actions and the associated burden of performing just the first of

5   these six steps (*i.e.*, step (a):  constructing a list of the relevant current and former PRG auditors)

6   is set forth in the Declaration of Martez D. Andrews.

7       25.     After step (a) is completed, PRG then would have to determine whether each such

8   auditor was still employed by PRG and, if so, whether the auditor retained any relevant

9   documents, and, if so, where.  As discussed above, however, a significant number of such

10  auditors likely are no longer employed by PRG.  Thus, even in the unlikely event those auditors

11  could be identified, could be located, and retained relevant documents, the auditors nonetheless

12  would be beyond PRG's control, and the documents would be outside of PRG's possession,

13  custody or control and, therefore, beyond the scope of the Subpoena that was served on PRG.

14      26.     Similarly, with regard to e-mails, the necessary actions and the associated burden

15  of accessing those e-mails is set forth in the Declaration of Martez D. Andrews

16      27.     In summary, any order requiring production of documents beyond those set forth

17  in **Exhibits A, B and C** would require exponentially more time to perform, would impose an

18  enormous financial and manpower burden on PRG, would cause a tremendous disruption of

19  PRG's business, and likely would not result in the discovery of any additional, relevant

20  information.

21      28.     PRG enters into agreements with each of its clients prior to performing audit

22  services for the client ("confidentiality agreements").  PRG acknowledges and agrees in the

23  confidentiality agreements to keep confidential all information and documents pertaining to the

24  client's business.  The documents demanded in Plaintiffs' subpoena are covered by these

25  confidentiality agreements.  (A true and correct copy of a representative confidentiality

26  agreement is attached hereto as Exhibit "D.")

27      29.     In or about June, 2005, PRG sent letters to the clients listed in the unredacted

28
                                    -7-

DECLARATION OF CLINTON McKELLAR, JR. IN OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL PROFIT RECOVERY
GROUP-SCHULTZ, USA, INC.'S PRODUCTION OF DOCUMENTS IN COMPLIANCE WITH SUBPOENA

1906904v1

1  copy of Exhibit A, requesting that they consent to PRG's production of documents in response to

2  Plaintiffs' Subpoena.  PRG has received responsive inquiries from several of these clients, but

3  none of the clients has consented to such a production, nor have any of the clients released PRG

4  from its contractual obligation not to disclose their confidential information to third parties, such

5  as the Plaintiffs.

6      30.    On or about December 14, 2004, Plaintiffs served PRG with a subpoena,

7  demanding that PRG produce documents relating to payments PRG made to Oracle as a

8  customer of Oracle.  PRG produced documents in response to this subpoena.

9      31.    On or about April 22, 2005, Plaintiffs served PRG with a second subpoena, which

10  is the subject of the Plaintiffs' current Motion to Compel.

11  I declare under penalty of perjury under the laws of the State of California that the foregoing is

12  true and correct.  Executed this 25 day of July, 2005, at Atlanta, Georgia.

13

14

15  CLINTON McKELLAR, JR.

16

17

18

19

20

21

22

23

24

25

26

27

28

-8-

**EXHIBIT "A"**



*Narrative Audit Report*

**Client ABC**

December 2004



*Answers beyond the numbers.*



*Narrative Audit Report*

**Client ABC**

December 2004

PRESENTED TO:

**John Doe**
Controller

**Mary Smith**
Accounts Payable Manager

**Client ABC**
1234 Street Name
City Name, State  01234

PREPARED BY:
PRG-Schultz
600 Galleria Parkway, Suite 100
Atlanta, GA 30339
(770) 779-3900

© 2004 PRG-Schultz  CONFIDENTIAL  Do not disseminate or use outside Client ABC without prior written authorization



www.prgx.com | 600 Galleria Parkway, Suite 100, Atlanta, GA 30339   Office 770.779.3900   Fax 770.779.3133

December 23, 2004

**John Doe**
Controller
Client ABC
1234 Street Name
City Name, State 01234
(123) 456-7890
(123) 456-7899 fax

Mr. Doe:

A Disbursement Audit was performed by PRG-Schultz at Client ABC during the period of January 2004 through November 2004.  Our purpose was to identify disbursement errors, control weaknesses, and opportunities for operational efficiencies within accounts payable and related procurement process activities.  The period reviewed included disbursements from January 2001 through June 2002.

PRG-Schultz used various methods to identify improvement opportunities and control weaknesses.  This included a review of operating procedures, reports, and methodologies.  We also performed an electronic review using *SCANSEARCH*™, our proprietary software.

For the 18-month period, PRG-Schultz reviewed approximately 1,134,000 transactions totaling approximately $4.85 billion.  As of this report date, we recovered 124 items totaling $1,227,072.20 and identified 18 pending items totaling $91,831.77.  The recoveries consisted of the following:

| Category | Number of Items | | Amount of Items | |
|---|---|---|---|---|
| | # | % | $ | % |
| Duplicate Payments | | | | |
| - Multiple Supplier Record | 19 | 15.32% | $24,020.28 | 1.96% |
| - Altered Invoice Number | 18 | 14.52% | $54,241.92 | 4.42% |
| - Other reasons | 9 | 7.26% | $477,615.29 | 38.92% |
| *Duplicate payment subtotals* | *46* | *37.10%* | *$555,877.49* | *45.30%* |
| Unapplied Cash/Deposits | 29 | 23.39% | $411,045.59 | 33.50% |
| Supplier Returns | 24 | 19.35% | $193,600.25 | 15.78% |
| Pricing discrepancies | 15 | 12.10% | $43,671.27 | 3.56% |
| Quantity discrepancies | 1 | 0.81% | $10,123.75 | 0.83% |
| Misc. Overpayments | 6 | 4.84% | $8,577.00 | 0.70% |
| Wrong Supplier | 1 | 0.81% | $3,566.26 | 0.29% |
| Discounts Earned But Not Taken | 1 | 0.81% | $307.65 | 0.03% |
| Sales Tax - Item is tax exempt | 1 | 0.81% | $302.94 | 0.02% |
| **Totals** | **124** | **100%** | **$1,227,072.20** | **100%** |

© 2004 PRG-Schultz CONFIDENTIAL
Do not disseminate or use outside Client ABC without prior written authorization

Overall, 99.9891 percent of the transactions and 99.9747 percent of the disbursements are processed correctly.  Our review indicated that the accounts payable function is well managed and controlled.

A summary of validated recoveries by category is included in the "Schedules & Attachments" section of this report along with a detailed listing of recoveries and pending items on Schedule A.

Our review did indicate that there are opportunities for operational efficiencies as well as control issues that should be addressed. A discussion of each of the observations and recommendations is included in this report.  To assist in planning, we have listed these items in descending order of frequency in the "Observations & Recommendations" section.

The Disbursement Analysis Report, which includes PRG-Schultz Payment Distribution Analysis graphs and the Alternative Payment Candidate Reports, was presented to Client ABC management under separate cover during June 2004.

PRG-Schultz appreciates the assistance and cooperation of Client ABC personnel and management during this review.  We look forward to the opportunity of working with you to develop an implementation program to take advantage of the opportunities explained in this report.

Sincerely,

**PRG-Schultz**

*Signature*
Vice President, Managing Director


**Auditor:**

Auditor Name
Senior Auditor



cc: **Mary Smith**
    Accounts Payable Manager

© 2004 PRG-Schultz CONFIDENTIAL
Do not disseminate or use outside Client ABC without prior written authorization



**TABLE OF CONTENTS**

# *Client ABC*

## OBSERVATIONS & RECOMMENDATIONS

Report Detail

## SCHEDULES & ATTACHMENTS

Summary of Recoveries

Recovery Audit Results

## BEST PRACTICES

Suggested Procedures
for the Payment of Known Copies of Original Documents

Suggested Procedures for Entering Supplier Invoices

Suggested Procedures for Processing Returns to Suppliers

© 2004 PRG-Schultz CONFIDENTIAL
Do not disseminate or use outside Client ABC without prior written authorization

OBSERVATIONS & RECOMMENDATIONS

**CLIENT ABC**
*Disbursement Audit*
*Observations and Recommendations*

Page

**A.** Require Original Invoices for All Supplier Payments....................................1

**B.** Enter Correct Invoice Numbers .................................................................2

**C.** Review Supplier Statements ......................................................................2

**D.** Request Suppliers Discontinue Application of Overpayments.....................3

**E.** Improve Adherence to Receiving/Returns Procedures.................................3

© 2004 PRG-Schultz CONFIDENTIAL
Do not disseminate or use outside Client ABC without prior written authorization

**CLIENT ABC**
**Audit Observations and Recommendations**

**A.**   <u>Require Original Invoices for All Supplier Payments</u>

PRG-Schultz recovered 46 duplicate payments totaling $555,877.49 in which invoice copies, faxes, packing slips, work orders, or supplier statements were processed for payment in addition to the original invoice (non-ERS invoices).  Under most circumstances, the system's duplicate payment controls would prevent the processing of a secondary, non-original invoice.  In order for a secondary payment to circumvent the system's duplicate payment control, an additional breakdown in controls must occur, such as:

- Processing an invoice using an incorrect/altered invoice number, date, or amount

- Processing an invoice using a different supplier record

- Processing an invoice under two different accounts payable systems

- Processing an invoice by two different divisions

- Not researching the on-line duplicate payment edits

- Overriding the on-line duplicate payment edit

- Using a system with an incorrectly configured on-line duplicate payment edit

- Using a system without an on-line duplicate payment edit

**Recommended Action**

**A.1.**  Original invoices should be required for all supplier payments.  If an original is not available, the invoice copy or substitute should be researched for previous payment and approved by accounts payable management.   See Best Practice 1 - Suggested Procedures for the Payment of Known Copies of Original Documents.

**A.2.**  Suppliers who are always paid from a statement, such as utility companies, should be documented.  This list should be referenced when a statement is considered for payment.   Accounts payable management should approve any allowable exceptions prior to payment.

**A.3.**  In all situations where statements are accepted for payment, only current charges should be paid and carry forward balances should be researched for previous payment.

---

© 2004 PRG-Schultz CONFIDENTIAL
Do not disseminate or use outside Client ABC without prior written authorization

## B.   Enter Correct Invoice Numbers

System controls are circumvented when incorrect invoice information is entered into the accounts payable system. It appears that incorrect invoice numbers are sometimes entered into the system due to inconsistencies in the way processors enter this information (i.e. using leading zeros, dashes, alpha suffixes, or other characters). PRG-Schultz recovered 18 duplicate payments, totaling $54,241.92 due to the entry of incorrect or altered invoice numbers.

The following table lists examples of invoices entered into the accounts payable system with altered or incorrect invoice numbers:

| Supplier Name | Schedule A Item Number | Invoice Number | | Duplicate Payment |
|---|---|---|---|---|
| | | First Payment | Second Payment | |
| Supplier 24 | V31 | 8833 | 8833A | $18,689.20 |
| Supplier 68 | V98 | 39001008 | AR039001008 | $4,440.00 |
| Supplier 84 | V127 | 8671 | 8671 | $1,173.01 |
| Supplier 77 | V119 | U268050A | U268050 | $1,325.00 |

### Recommended Action

**B.1.** Guidelines should be included in written accounts payable procedures to promote consistency in the entering of invoice information. See Best Practice 2 - Suggested Procedures for Entering Supplier Invoices.

**B.2.** Accounts payable processors should review their data input to ensure that the correct invoice information is entered into the system.

## C.   Review Supplier Statements

Accounts payable does not have the resources to review all supplier statements and does not always account for all supplier-issued credits. We reviewed accounts receivable aging statements from selected suppliers and recovered 29 unprocessed credits (unapplied cash) totaling $411,046. The largest credit confirmed by the supplier and later refunded was recovered from Supplier 49 for $288,043. See Schedule A item number V73.

### Recommended Action

**C.1.** Accounts payable should review selected supplier statements on a regular (monthly) basis (currently the top 100 supplier statements are reviewed regularly). Supplier selection should be based on the volume of transactions, dollars, and return activity. Items over 90 days should be researched and cleared promptly.

**C.2.** Accounts payable should request refund checks from suppliers with debit account balances (this practice is performed on a regular basis).

---

© 2004 PRG-Schultz CONFIDENTIAL
Do not disseminate or use outside Client ABC without prior written authorization

**D.   Request Suppliers Discontinue Application of Overpayments**

PRG-Schultz noted that some suppliers applied duplicate payments and overpayments to outstanding invoices and debit items. Accordingly, Client ABC accounts payable was unaware of these credit applications. Several suppliers acknowledged the existence of duplicate payments but were unwilling to issue refund checks. Rather, they chose to offset open invoices with the duplicate payments.

**Recommended Action**

**D.1.** Suppliers should be notified that under no circumstances are they to apply duplicate payments or overpayments to open invoices. A duplicate payment or overpayment should be reversed and unpaid invoices or other charges should be recorded separately.

**D.2.** All suppliers' credits for all departments should be forwarded for processing through the accounts payable system without delay. Accounting could then determine if credits could be deducted against current invoices or refunds requested.

**E.   Improve Adherence to Receiving/Returns Procedures**

Our review noted that Client ABC's receiving/returned goods policies and procedures have not been strictly adhered to. This has resulted in unrecorded credits due Client ABC for returned goods and containers, and has also contributed to incorrect supplier billings. PRG-Schultz noted the following issues regarding the Receiving/Returns process:

- In some situations, end users at the plants may bypass the receiving area when returning damaged or unwanted deliveries.

- Receipts are input into the purchasing system based on packing lists and shipping documents, before they are physically counted. In some instances, an invoice can be paid before a shortage is noted. Although the supplier may issue a credit memo, it might be forwarded to plant site personnel, rather than accounts payable.

- Goods may be recorded as received, but noted as unacceptable and returned to the supplier in expectation of an "exact exchange." In many cases, the supplier credits the first shipment and re-bills for the replacement. Both invoices are processed and paid, but the credit memo is not received by accounts payable for processing.

PRG-Schultz identified 24 items totaling $193,600 that related to returned supplier material and containers. The largest credit of this type was recovered from Supplier 13 for $76,300. See Schedule A item number V11.

**Recommended Action**

**E.1.** Management should reinforce adherence to the following standard policies and procedures for returned goods and containers:

- All requests for returns of purchased materials should be sent to purchasing, and the materials should be shipped back to the supplier by receiving.

---

PRG-Schultz                                    3                                **Client ABC**
                                                                        Narrative Audit Report

© *2004 PRG-Schultz* CONFIDENTIAL
**Do not disseminate or use outside Client ABC without prior written authorization**

- A debit memo should be created each time an item is returned or a shortage is noted. One copy should be retained by purchasing; a second copy should be retained by receiving; a third copy should be attached to the goods being returned to the supplier; and a fourth copy should be forwarded to accounts payable to be processed immediately as a debit.

- Receiving at each location should keep a returned goods log. This should be periodically compared to supplier paid history by accounts payable staff to identify unprocessed returns.

- Personnel who return supplier material must forward documentation to purchasing, receiving, and accounts payable when they return purchased materials directly to the supplier. Consignment inventory credits and adjustments also need to be forwarded in the same manner.

- For more detail, see Best Practice 3 – Suggested Procedures for Processing Returns to Suppliers.

---

PRG-Schultz

**Client ABC**
Narrative Audit Report

© 2004 PRG-Schultz CONFIDENTIAL
Do not disseminate or use outside Client ABC without prior written authorization

SCHEDULES & ATTACHMENTS

**CLIENT ABC**
*Disbursement Audit*
*Schedules & Attachments*

Summary of Recoveries.................................................................Attachment 1

Recovery Audit Results............................................................... Schedule A

© 2004 PRG-Schultz CONFIDENTIAL
Do not disseminate or use outside Client ABC without prior written authorization

# ATTACHMENT 1
## CLIENT ABC
## SUMMARY OF RECOVERIES

| Category | Number of Items (# of items) | Number of Items (% of items) | Amount of Items ($ Amount) | Amount of Items (% Amount) | Description | Report Reference |
|---|---|---|---|---|---|---|
| **Duplicate Payments** | | | | | | |
| - Multiple Supplier Record | 19 | 15.32% | $24,020.28 | 1.96% | Payments from non-original invoices (photocopies, facsimiles, re-bills, and supplier statements) processed under a multiple supplier record | A, C |
| - Altered Invoice Number | 18 | 14.52% | $54,241.92 | 4.42% | Payments from non-original invoices (photocopies, facsimiles, re-bills, and supplier statements) processed under an altered invoice number | A, B |
| - Other reasons | 9 | 7.26% | $477,616.29 | 38.92% | Payments from non-original invoices processed under other reasons | A |
| **Duplicate Payments Subtotal** | **46** | **37.10%** | **$555,877.49** | **45.29%** | | |
| Unapplied Cash/Deposits | 29 | 23.39% | $411,045.59 | 33.50% | Overpayment of an invoice, not a duplicate or prepayment | D |
| Supplier Returns | 24 | 19.35% | $193,600.25 | 15.78% | Material returned, not charged back to supplier | E |
| Pricing discrepancies | 15 | 12.10% | $43,671.27 | 3.56% | Price paid on invoice exceeded PO/contract price | -- |
| Misc. Overpayments | 6 | 4.84% | $8,577.00 | 0.70% | Miscellaneous items such as unclaimed credits found at client | -- |
| Quantity discrepancies | 1 | 0.81% | $10,123.75 | 0.83% | Quantity paid for exceeded quantity shipped | -- |
| Wrong Supplier | 1 | 0.81% | $3,569.28 | 0.29% | Payment to the wrong supplier | -- |
| Discounts Earned But Not Taken | 1 | 0.81% | $302.65 | 0.03% | Payment made within discount period; no cash discount taken | -- |
| Sales Tax - Item is tax exempt | 1 | 0.81% | $302.94 | 0.02% | Product is exempt from sales tax | -- |
| **Totals** | **124** | **100%** | **$1,227,072.20** | **100%** | | |



Wrong Supplier 0.29%
Discounts Earned But Not Taken 0.03%
Sales Tax - Item is tax exempt 0.02%
Multiple Supplier Record 1.96%
Altered Invoice Number 4.42%
- Other reasons 38.92%
Quantity discrepancies 0.83%
Misc. Overpayments 0.70%
Pricing discrepancies 3.56%
Supplier Returns 15.78%
Unapplied Cash/Deposits 33.50%

© 2004 PRG-Schultz CONFIDENTIAL
Do not disseminate or use outside Client ABC without prior written authorization

## Client ABC (2003)

*Recovery Audit Results*

### Schedule A

Auditor:    First    Last Name

#### Pending

| Supplier | Supplier # | Item | Error | Invoice Number | Invoice Date | Payment Number | Payment Date | Recovery Amount | Action | Refund Pmt # | Refund Date | PRG-Schultz Invoice # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Supplier 1 | N1373205 | P106 | DUP | SC04503390 | 01/28/2001 | BT235874 | 02/27/2001 | 10,533.31 | Debit Supplier | | | 2033492 |
| Supplier 1 | B800302 | P110 | DUP | SC271160026A | 08/22/2000 | BT59125 | 03/13/2001 | 4,200.00 | Debit Supplier | | | 2033492 |
| Supplier 2 | B800302 | P111 | DUP | SC2804505 | 10/04/2000 | BT59125 | 03/13/2001 | 9,800.00 | Debit Supplier | | | 2033492 |
| Supplier 3 | N1371818 | P111 | DUP | SC35703790 | 02/11/2001 | CK258683 | 02/27/2001 | 4,581.24 | Debit Supplier | | | 2033492 |
| Supplier 3 | N1371818 | P113 | DUP | SC302228670 | 12/11/2000 | CK238041 | 02/06/2001 | 3,813.06 | Debit Supplier | | | 2033492 |
| Supplier 3 | L0391001 | P114 | DUP | SC06485A590 | 01/27/2001 | BT259314 | 03/13/2001 | 2,792.80 | Debit Supplier | | | 2033492 |
| Supplier 3 | L0391001 | P115 | DUP | SC673225520 | 06/16/2001 | BT272445 | 07/31/2001 | 2,724.63 | Debit Supplier | | | 2033492 |
| Supplier 4 | 843185000N4S890101 | P118 | DUP | SC851014 | 07/31/2001 | N8500759 | 09/13/2001 | 23,336.68 | Debit Supplier | | | 2033492 |
| Supplier 5 | N1371818 | P120 | DUP | SC270210700 | 12/17/2000 | CK237755 | 01/16/2001 | 1,440.00 | Debit Supplier | | | 2033492 |
| Supplier 5 | N1371818 | P121 | DUP | SC370319270 | 12/24/2000 | CK246399 | 09/25/2001 | 5,071.29 | Debit Supplier | | | 2033492 |
| Supplier 5 | N1371818 | P122 | DUP | SC57063400 | 07/15/2001 | CK246123 | 06/25/2001 | 540.97 | Debit Supplier | | | 2033492 |
| Supplier 5 | N1371818 | P123 | DUP | SC57028390 | 01/07/2001 | CK238041 | 02/06/2001 | 384.00 | Debit Supplier | | | 2033492 |
| Supplier 6 | 16130302 | P145 | DUP | TN04701001A0 | 01/15/2001 | BT250982 | 03/05/2002 | 5,434.00 | Debit Supplier | | | 2033492 |
| Supplier 7 | 102230290 | P151 | DUP | #INVA20327157 | 02/21/2004 | 2029867 | 02/28/2004 | 408.00 | Debit Supplier | | | 2033492 |
| Supplier 7 | 102230290 | P152 | DUP | #INVA20327043 | 02/21/2004 | 2029867 | 02/28/2004 | 787.71 | Debit Supplier | | | 2033492 |
| Supplier 7 | 102230290 | P153 | DUP | #INVA20327042 | 02/21/2004 | 2029867 | 02/28/2004 | 330.09 | Debit Supplier | | | 2033492 |
| Supplier 7 | 102230290 | P154 | DUP | #INVA20328327 | 04/17/2004 | 2005340 | 06/05/2004 | 900.00 | Debit Supplier | | | 2033492 |
| Supplier 8 | 27280705 | P156 | DUP | IN0685470 | 12/14/2001 | BT288454 | 01/29/2002 | 14,654.59 | Debit Supplier | | | 2033492 |

**Total**   91,831.77

#### Validated

| Supplier | Supplier # | Item | Error | Invoice Number | Invoice Date | Payment Number | Payment Date | Recovery Amount | Action | Refund Pmt # | Refund Date | PRG-Schultz Invoice # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Supplier 9 | C7810403 | V1 | DUP | SC011892850 | 01/14/2002 | BT290599 | 07/25/2002 | 646.00 | Process Refund Payment | 104297 | 01/08/2004 | 2033492 |
| Supplier 9 | C7810403 | V2 | DUP | SC011650880 | 01/07/2002 | BT290599 | 03/05/2002 | 380.00 | Process Refund Payment | 104297 | 01/08/2004 | 2033492 |
| Supplier 9 | C7810403 | V3 | DUP | SC048197450 | 12/03/2001 | BT290599 | 03/05/2002 | 603.25 | Process Refund Payment | 104297 | 01/08/2004 | 2033492 |
| Supplier 9 | C7810403 | V4 | DUP | SC50167840 | 12/17/2001 | BT290599 | 03/05/2002 | 570.00 | Process Refund Payment | 104297 | 01/08/2004 | 2033673 |
| Supplier 9 | C7810403 | V5 | DUP | SC49200970 | 12/10/2001 | BT290599 | 03/05/2002 | 513.00 | Process Refund Payment | 104297 | 01/08/2004 | 2033492 |
| Supplier 10 | 8030101 | V6 | OVP | SB01660550 | 07/06/2001 | BT274614 | 08/21/2001 | 675.00 | Process Refund Payment | 50905 | 12/23/2003 | 2033492 |
| Supplier 10 | 80200101 | V7 | DUP | SC3EPWK0056940 | 02/06/2002 | BT295021 | 04/23/2002 | 1,677.00 | Process Refund Payment | 0047895 | 12/31/2003 | 2033492 |
| Supplier 11 | 840231500 | V8 | DUP | S10020037 | 05/11/2003 | 22019557 | 06/28/2003 | 2,312.79 | Process Refund Payment | 0047895 | 12/31/2003 | 2033492 |
| Supplier 11 | C2020101 | V9 | OVP | SBPN2353301 | 04/24/2002 | BT297710 | 06/11/2002 | 107.50 | Process Refund Payment | 013001 | 01/26/2004 | 2033492 |
| Supplier 12 | C2020101 | V10 | PRC | SB0102570 | 02/21/2001 | BT55957 | 03/20/2001 | 72.00 | Process Refund Payment | 013001 | 01/26/2004 | 2033492 |
| Supplier 12 | KD0600101/832187 | V11 | RTN | 408 | 09/30/2002 | 2600000123 | 07/25/2003 | 76,300.00 | Process Refund Payment | 163410 | 07/28/2004 | 2033673 |
| Supplier 13 | 832187500 | V12 | OVP | S10620543 | 12/04/2002 | 22009382 | 07/14/2002 | 1,420.00 | Process Refund Payment | 163410 | 07/28/2004 | 2033673 |
| Supplier 13 | 832187 | V13 | OVP | S10029523 | 10/14/2002 | 22009382 | 11/07/2002 | 560.00 | Process Refund Payment | 163410 | 07/28/2004 | 2033673 |
| Supplier 14 | M05101073?9340500 | V14 | OVP | SBWFL05930001 | 01/24/2001 | BT736185 | 09/17/2001 | 1,318.60 | Process Refund Payment | 013001 | 01/26/2004 | 2033673 |
| Supplier 15 | 29500300 | V15 | OVP | VGSASD03ABF966 | 05/20/2003 | 22019782 | 02/13/2001 | 1,575.60 | Process Refund Payment | S1211 | 07/23/2004 | 2033673 |
| Supplier 16 | 437004500 | V16 | PRC | S10022241145 | 05/20/2003 | 22019782 | 07/05/2003 | 1,585.00 | Process Refund Payment | 002982 | 07/28/2004 | 2033673 |
| Supplier 16 | 433609900 | V17 | DUP | S10266781 | 06/20/2003 | 22021237 | 08/06/2003 | 7,020.00 | Debit Supplier | | | |
| Supplier 17 | 56513500 | V18 | DUP | S10001722B | 01/10/2003 | 22014230 | 03/01/2003 | 210.43 | Process Refund Payment | 23349228 | 01/29/2004 | 2033673 |
| Supplier 18 | 83B590503 | V19 | DUP | 2900001141 | 05/01/2003 | 22017437 | 05/10/2003 | 155.00 | Debit Supplier | | | 2034269 |

PRG-Schultz International, Inc.    Confidential Information. Do Not Copy.

## Validated

| Supplier | Supplier # | Item | Error | Invoice Number | Invoice Date | Payment Number | Payment Date | Recovery Amount | Action | Refund Pmt # | Refund Date | PRG-Schultz Invoice # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Supplier 20 | LV460101 | V20 | OVP | V93A9325-3G2422 | 04/12/2002 | BT297067 | 03/28/2002 | 3,170.00 | Process Refund Payment | 2063570 | 02/05/2004 | 2033673 |
| Supplier 20 | LV460101 | V22 | OVP | V93A9358-3G2422 | 04/24/2002 | BT297735 | 06/11/2002 | 305.70 | Process Refund Payment | 2063570 | 02/05/2004 | 2033673 |
| Supplier 20 | LV460102 | V23 | OVP | V93A9701-3G2422 | 05/22/2002 | BT295247 | 04/30/2002 | 536.50 | Process Refund Payment | 2063570 | 02/05/2004 | 2033673 |
| Supplier 21 | C86106048406865505 | V24 | OVP | SG82490 | 01/10/2002 | BT296089 | 02/26/2002 | 42.94 | Process Credit Memo | 22030702 | 03/20/2004 | 2035012 |
| Supplier 22 | 843294500 | V25 | RTN | 1153623 | 09/12/2003 | | | 2,821.00 | Process Credit Memo | 22030088 | 03/06/2004 | 2034269 |
| Supplier 23 | 437770500 | V26 | DUP | 510043588 | 04/01/2003 | 22024328 | 10/25/2003 | 35.00 | Debit Supplier | 22030018 | 02/23/2004 | 2034269 |
| Supplier 23 | 437770500 | V27 | DUP | 510035951 | 06/19/2003 | 22024954 | 09/06/2003 | 73.90 | Debit Supplier | 22030018 | 02/23/2004 | 2034269 |
| Supplier 23 | 437770500 | V28 | DUP | 510035953 | 07/03/2003 | 22022454 | 09/06/2003 | 73.30 | Debit Supplier | 22030018 | 02/23/2004 | 2034269 |
| Supplier 23 | 437770500 | V29 | DUP | 510035952 | 07/17/2003 | 22022454 | 09/06/2003 | 103.33 | Debit Supplier | 22030018 | 02/23/2004 | 2034269 |
| Supplier 23 | 437770500 | V30 | DUP | 510035954 | 07/31/2003 | 22023054 | 09/20/2003 | 83.05 | Debit Supplier | 22030018 | 02/23/2004 | 2034269 |
| Supplier 24 | 843677500 | V31 | DUP | 510043031 | 07/19/2002 | 22012117 | 07/08/2003 | 18,680.20 | Process Refund Payment | 6021033 | 03/26/2004 | 2035072 |
| Supplier 25 | 684501010187139500 | V32 | RTN | RMA113525CM | 09/06/2002 | | | 371.25 | Process Credit Memo | 22033088 | 04/10/2004 | 2035986 |
| Supplier 25 | 684501010187139500 | V33 | RTN | RMA113533CM | 01/10/2001 | | | 1,178.00 | Process Credit Memo | 22033088 | 04/10/2004 | 2035986 |
| Supplier 25 | 684501010187139503 | V34 | RTN | RMA11931CM | 01/10/2001 | | | 199.00 | Process Credit Memo | | | 2035012 |
| Supplier 25 | 445526500 | V35 | RTN | CT807 | 09/26/2003 | | | 164.70 | Process Credit Memo | 22032115 | 04/10/2004 | 2035086 |
| Supplier 26 | 842061501 | V37 | RTN | CIA 102750 | 02/25/2003 | 22023961 | 07/19/2003 | 16,650.00 | Debit Supplier | 22035020 | 06/19/2004 | 2037838 |
| Supplier 27 | 842061501 | V38 | PRC | 510024085.5 | 05/30/2003 | 22023961 | 07/19/2003 | 7,950.00 | Debit Supplier | | | |
| Supplier 27 | 840794500 | V39 | RTN | CM1047466 | 08/09/2002 | | | 2,395.17 | Process Credit Memo | 22038517 | 08/07/2004 | 2037004 |
| Supplier 28 | 487360500 | V40 | RTN | CM1044778 | 04/01/2002 | | | 2,500.19 | Process Credit Memo | 22030684 | 07/20/2004 | 2035012 |
| Supplier 28 | 487360500 | V41 | RTN | CM1043825 | 03/18/2002 | | | 260.56 | Process Credit Memo | 22030684 | 03/20/2004 | 2035012 |
| Supplier 29 | 487360500 | V42 | RTN | CSDU-SI-26851-CM1 | 04/26/2002 | | | 6,534.00 | Debit Supplier | 22030684 | 03/20/2004 | 2035012 |
| Supplier 29 | 487360500 | V43 | PRC | CM1046276 | 06/07/2002 | | | 9,071.95 | Process Credit Memo | 22030684 | 03/20/2004 | 2035012 |
| Supplier 29 | 487360500 | V44 | OVP | CSD-27077-CM1 | 04/25/2002 | | | 5,542.17 | Process Credit Memo | 22032335 | 04/10/2004 | 2035086 |
| Supplier 29 | D0130094 | V45 | PRC | CSD-15936-CM1 | 10/17/2002 | | | 11,015.62 | Process Credit Memo | 22032335 | 04/10/2004 | 2035086 |
| Supplier 30 | 843401500 | V46 | DUP | 90247722 | 10/01/2002 | 22009627 | 11/20/2002 | 442,056.00 | Debit Supplier | 22035492 | 05/15/2004 | 2035758 |
| Supplier 30 | 704415502 | V47 | DUP | 501533229CM | 11/26/2003 | | | 311.21 | Debit Supplier | 22001025 | 04/17/2004 | 2035667 |
| Supplier 30 | 843601502 | V48 | DUP | 510000216 | 02/28/2003 | 22001033 | 06/19/2002 | 983.96 | Debit Supplier | 22039297 | 04/10/2004 | 2035086 |
| Supplier 32 | 71971501 | V49 | DUP | 12043944 | 08/27/2003 | 22024501 | 10/25/2003 | 970.00 | Debit Supplier | 22993530 | 04/19/2004 | 2035667 |
| Supplier 32 | 71971501 | V50 | DUP | 12043945 | 08/27/2003 | 22024501 | 10/25/2003 | 345.00 | Debit Supplier | 22032530 | 04/19/2004 | 2035667 |
| Supplier 33 | 3944010 | V51 | OVP | SB12520 | 11/09/2001 | BT285664 | 12/25/2001 | 813.00 | Process Refund Payment | 06708 | 03/20/2004 | 2035072 |
| Supplier 34 | 1022202500 | V52 | DUP | V93G3144-316519 | 05/16/2001 | BT269955 | 06/06/2001 | 2,378.50 | Debit Supplier | 22034756 | 05/22/2004 | 2035913 |
| Supplier 35 | 1020003303 | V53 | RTN | CM417644RM | 06/24/2003 | | | 3,825.00 | Process Credit Memo | 2600000.1025 | 07/02/2004 | 2037716 |
| Supplier 35 | 1020003503 | V54 | PRC | 510031601 | 07/29/2003 | 22023973 | 09/13/2003 | 192.50 | Debit Supplier | 22035401 | 06/05/2004 | 2036571 |
| Supplier 35 | 1020003503 | V55 | PRC | 510031403 | 08/08/2003 | 22023530 | | 773.00 | Debit Supplier | 22035401 | 06/05/2004 | 2036571 |
| Supplier 36 | 842695500 | V56 | RTN | 631000067CM | 09/04/2003 | | | 36,000.00 | Process Credit Memo | 22032027 | 04/10/2004 | 2035086 |
| Supplier 37 | E8410101 | V57 | OVP | IN135751 | 06/08/2001 | BT214755 | 08/28/2001 | 3,577.05 | Process Refund Payment | 28778 | 03/20/2004 | 2035012 |
| Supplier 38 | 1022202500 | V58 | DUP | INVA20122788 | 06/06/2002 | 22003085 | 07/24/2002 | 9,120.00 | Debit Supplier | 22034756 | 05/22/2004 | 2035913 |
| Supplier 39 | 1009525506 | V59 | RTN | 510023546 | 09/13/2002 | 22008497 | 10/30/2002 | 611.00 | Debit Supplier | 22035876 | 05/29/2004 | 2035913 |
| Supplier 40 | 843127500 | V60 | PRC | 210013 | 01/29/2003 | 21003163 | 06/27/2003 | 3,515.00 | Process Refund Payment | 13954 | 03/31/2004 | 2035072 |
| Supplier 41 | 843127500 | V61 | RTN | INVA20124750 | 07/28/2003 | 22016638 | 04/19/2003 | 302.94 | Debit Supplier | 22034375 | 05/15/2004 | 2035758 |
| Supplier 41 | 1022202501 | V62 | DUP | INVA20122411 | 05/14/2003 | 22019966 | 07/05/2003 | 24.00 | Debit Supplier | 22034375 | 05/15/2004 | 2035758 |
| Supplier 42 | 844058500 | V63 | PRC | 2277-04190CM | 04/19/2004 | | | 3,002.50 | Process Credit Memo | 22039501 | 08/28/2004 | 2038016 |
| Supplier 43 | 1047259500 | V66 | OVP | 682300CM | 08/06/2002 | | | 20.00 | Debit Supplier | 22034909 | 05/22/2004 | 2035913 |
| Supplier 44 | 843801500 | V67 | DUP | 510034695 | 11/08/2002 | 22011414 | 12/25/2002 | 6,293.98 | Debit Supplier | 22043723 | 11/13/2004 | 2039848 |
| Supplier 45 | 843801500 | V68 | DUP | GR#020022785 | 06/07/2003 | 22020825 | 07/26/2003 | 400.40 | Debit Supplier | 22035190 | 05/29/2004 | 2036292 |
| Supplier 45 | 843801500 | V69 | RTN | GR#000099019 | 09/11/2003 | 22020499 | 07/19/2003 | 7,487.39 | Debit Supplier | 22035190 | 05/29/2004 | 2036292 |
| Supplier 46 | 101064901 | V70 | OVP | MCS20033 | 09/11/2003 | 22025006 | 11/02/2003 | 90.00 | Debit Supplier | 295875 | 10/06/2004 | 2039289 |
| Supplier 47 | 842061501 | V71 | OVP | 130101 | 08/19/2003 | 22023794 | 10/05/2003 | 1,800.00 | Debit Supplier | 22036203 | 06/19/2004 | 2036571 |
| Supplier 48 | 842061501 | V72 | OVP | 130960 | 10/01/2003 | 22023847 | 11/22/2003 | 1,800.00 | Debit Supplier | 22036203 | 06/19/2004 | 2036571 |
| Supplier 49 | 487360500 | V73 | OVP | VARIOUS | | | | 28,043.24 | Process Refund Payment | 634637 | 04/29/2004 | 2035667 |
| Supplier 50 | 1007240500 | V74 | DUP | 14583170B | 11/16/2002 | 22011824 | 01/01/2003 | 418.20 | Process Refund Payment | 206718 | 05/19/2004 | 2035913 |
| Supplier 51 | 7501010187408183 | V75 | OVP | SB94189 | 08/07/2001 | BT277668 | 09/03/2002 | 840.00 | Debit Supplier | 22040363 | 09/11/2004 | 2013398 |
| Supplier 52 | 1019807503 | V76 | PRC | 8200005655 | 11/14/2002 | 22009677 | 11/20/2002 | 2,350.00 | Debit Supplier | 22040363 | 09/11/2004 | 2013398 |

## Validated

| Supplier | Supplier # | Item | Error | Invoice Number | Invoice Date | Payment Number | Payment Date | Recovery Amount Action | Refund Pmt # | Refund Date | PRG-Schultz Invoice # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Supplier 52 | 1019807593 | Y77 | PRC | 8300003655 | 1/14/2002 | 22009677 | 11/20/2002 | 2,010.00 Debit Supplier | 22040363 | 09/11/2004 | 2038398 |
| Supplier 53 | 34039504 (SAP) | Y78 | RTN | SC660587 | 05/25/2001 | | | 80.41 Process Credit Memo | 22037837 | 07/24/2004 | 2037716 |
| Supplier 54 | 34039504 (SAP) | Y79 | OVP | INMB3666600 | 04/01/2002 | BT296703 | 05/21/2002 | 249.00 Debit Supplier | 22037837 | 06/24/2004 | 2037716 |
| Supplier 55 | 832019300 | Y80 | RTN | CM8000777 | 12/31/2002 | | | 1,080.00 Process Credit Memo | 22036041 | 06/19/2004 | 2036571 |
| Supplier 56 | MD450101 | Y81 | WVP | CR063001P9 | 07/18/2001 | BT275534 | 09/04/2001 | 3,566.36 Process Refund Payment | 22096 | 05/26/2004 | 2036292 |
| Supplier 57 | D5710101/840822500 | Y82 | PRC | SB139120 | 07/29/2002 | BT296067 | 05/14/2002 | 2,500.00 Debit Supplier | 22033068 | 07/31/2004 | 2037716 |
| Supplier 58 | 435098500 | Y83 | PRC | 179285 | 03/14/2003 | 22011125 | 05/05/2003 | 639.33 Debit Supplier | 22039444 | 08/28/2004 | 2038016 |
| Supplier 58 | 435098500 | Y84 | DUP | 180702 | 03/14/2003 | 22011125 | 05/05/2003 | 649.88 Debit Supplier | 22039444 | 09/28/2004 | 2038016 |
| Supplier 58 | 435098500 | Y85 | OVP | 283231 | 07/29/2003 | 22022778 | 09/12/2003 | 403.54 Debit Supplier | 22039444 | 08/28/2004 | 2038016 |
| Supplier 58 | 435098500 | Y86 | DUP | 290703 | 08/28/2003 | 22024247 | 10/12/2003 | 454.80 Debit Supplier | 22039444 | 08/28/2004 | 2038016 |
| Supplier 59 | 841750500 | Y87 | DSC | CM - FN143066 | 04/23/2002 | | | 307.65 Debit Supplier | | | |
| Supplier 60 | 841750500 | Y88 | OVP | CM - FN151219 | 12/19/2002 | | | 30.35 Debit Supplier | | | |
| Supplier 61 | EB150020210400345500 | Y89 | DNC | VS3IB344EI-BPRS72 | 12/09/2001 | BT285325 | 12/25/2001 | 652.54 Process Refund Payment | 114119 | 07/22/2004 | 2037838 |
| Supplier 62 | 535367500 | Y90 | DUP | 1179121 | 08/27/2002 | 22007421 | 10/15/2001 | 3,108.12 Debit Supplier | 22040499 | 09/18/2004 | 2038471 |
| Supplier 63 | 893031500 | Y91 | OVP | 510043434 | 12/21/2002 | 22011522 | 02/05/2003 | 4,380.00 Debit Supplier | 22040341 | 09/11/2004 | 2038398 |
| Supplier 64 | 754202029401850 | Y92 | OVP | SB1234560 | 12/11/2001 | BT288521 | 01/29/2002 | 643.12 Process Refund Payment | 24999 | 06/20/2004 | 2037716 |
| Supplier 65 | 559023508 | Y93 | DUP | CM2511CM | 09/29/2000 | BT214101 | 10/24/2000 | 450.00 Debit Supplier | 22039413 | 08/28/2004 | 2038016 |
| Supplier 65 | 559023508 | Y94 | DUP | 2513CM | 09/29/2000 | BT233040 | 10/02/2000 | 29,860.00 Debit Supplier | 22039413 | 08/28/2004 | 2038016 |
| Supplier 65 | 559023508 | Y95 | OVP | 5300003388 | 09/13/2002 | 22008201 | 10/90/2002 | 35,109.00 Debit Supplier | 22039413 | 08/28/2004 | 2038016 |
| Supplier 66 | 1009336500 | Y96 | RTN | 03-002811CM | 01/00/2003 | | | 392.00 Process Refund Payment | 24922 | 07/08/2004 | |
| Supplier 67 | 559023508 | Y97 | EDI | 62249 | 10/01/2002 | 22009948 | 11/20/2002 | 10,123.75 Debit Supplier | 22039413 | 08/28/2004 | 2038016 |
| Supplier 68 | K887006067101658 0512 | Y98 | DUP | AR039001008 | 12/11/2001 | BT288158 | 01/29/2002 | 4,440.00 Debit Supplier | 22040616 | 09/18/2004 | 2038471 |
| Supplier 69 | 535367500 | Y99 | DUP | SC001955 0 | 01/31/2001 | BT266949 | 05/29/2001 | 7,980.00 Debit Supplier | 22040499 | 09/18/2004 | 2038471 |
| Supplier 69 | 535367500 | Y100 | DUP | SC002043 0 | 02/28/2001 | BT266949 | 05/29/2001 | 988.75 Debit Supplier | 22040499 | 09/18/2004 | 2038471 |
| Supplier 70 | 535367500 | Y101 | OVP | CM379991 | 02/28/1998 | | | 2,792.00 Debit Supplier | 22040499 | 09/18/2004 | 2038471 |
| Supplier 71 | 5676500 | Y102 | OVP | BIDM1387CM | 09/25/2001 | | | 3,241.00 Debit Supplier | 22041613 | 10/09/2004 | 2039289 |
| Supplier 72 | 5870500 | Y103 | DUP | SC1527A | 08/23/2001 | BT289909 | 02/19/2002 | 3,888.00 Debit Supplier | 22039561 | 08/28/2004 | 2038016 |
| Supplier 72 | 5870500 | Y104 | DUP | SC157210 | 08/29/2001 | BT289909 | 02/19/2002 | 2,340.00 Debit Supplier | 22039561 | 08/28/2004 | 2038016 |
| Supplier 74 | 5870500 | Y105 | DUP | SC157280A0 | 08/22/2001 | BT289909 | 02/19/2002 | 2,304.00 Debit Supplier | 22039561 | 08/28/2004 | 2038016 |
| Supplier 74 | 5870500 | Y106 | DUP | SC15725A | 08/23/2001 | BT289909 | 02/19/2002 | 1,250.00 Debit Supplier | 22039561 | 08/28/2004 | 2038016 |
| Supplier 74 | 5870500 | Y107 | DUP | SC157311 | 08/23/2001 | BT291909 | 02/19/2002 | 1,250.00 Debit Supplier | 22039561 | 08/28/2004 | 2038016 |
| Supplier 74 | 5870500 | Y108 | DUP | INK053784 | 05/23/2001 | BT271949 | 07/24/2001 | 1,419.00 Debit Supplier | 22039561 | 08/28/2004 | 2038016 |
| Supplier 74 | 5870500 | Y109 | DUP | SC103369A | 03/06/2002 | BT294777 | 04/23/2002 | 1,247.00 Debit Supplier | 22039561 | 08/28/2004 | 2038016 |
| Supplier 74 | 5870500 | Y110 | DUP | SC102901A | 09/10/2001 | BT280450 | 10/90/2001 | 1,222.50 Debit Supplier | 22039561 | 08/28/2004 | 2038016 |
| Supplier 74 | 5870500 | Y111 | DUP | SC103723A | 03/07/2002 | BT294777 | 04/23/2002 | 623.50 Debit Supplier | 22039561 | 08/28/2004 | 2038016 |
| Supplier 75 | 48735506 | Y112 | RTN | CM2033318 | 12/11/2003 | | | 4,630.00 Process Credit Memo | 22041185 | 10/02/2004 | 2039162 |
| Supplier 75 | 48735506 | Y113 | RTN | CM2033319 | 12/11/2000 | | | 4,630.00 Process Credit Memo | 22041185 | 10/02/2004 | 2039162 |
| Supplier 75 | 48735506 | Y114 | RTN | CM2049709 | 01/20/2004 | | | 1,237.58 Process Credit Memo | 22041185 | 10/02/2004 | 2039162 |
| Supplier 75 | 48735506 | Y115 | RTN | CM2051140 | 01/26/2004 | | | 17,385.00 Process Credit Memo | 22041185 | 10/02/2004 | 2039162 |
| Supplier 75 | 48735508 | Y116 | RTN | CM2049707 | 01/20/2004 | | | 787.95 Process Credit Memo | 22041186 | 10/02/2004 | 2039162 |
| Supplier 75 | 48735508 | Y117 | RTN | 206171 | 02/04/2004 | | | 3,202.50 Process Credit Memo | 22041186 | 10/02/2004 | 2039162 |
| Supplier 76 | 7922500 | Y118 | OVP | VARIOUS (SEE SPREADSHEET) | | VARIOUS | | 44,185.24 Process Refund Payment | 739298 | 10/07/2004 | 2039289 |
| Supplier 77 | L4770402402644502 | Y119 | DUP | SC1268D50 | 01/09/2001 | BT362944 | 04/17/2001 | 1,325.00 Process Refund Payment | 1260039617 | 10/22/2004 | 2039848 |
| Supplier 78 | 48735508 | Y120 | PRC | 5106530054 | 12/30/2003 | 22028380 | 01/31/2004 | 1,207.50 Debit Supplier | 22041186 | 10/02/2004 | 2039162 |
| Supplier 79 | 222481900 | Y121 | OVP | 6794413CM | 09/26/2003 | | | 1,216.26 Debit Supplier | 22041177 | 10/02/2004 | 2039162 |
| Supplier 80 | 101064901 | Y122 | RTN | 5106116844 | 07/26/2003 | 22022913 | 09/12/2003 | 1,496.00 Process Refund Payment | 295975 | 10/06/2004 | 2039289 |
| Supplier 81 | 480214500 | Y123 | DUP | VARIOUS | | VARIOUS | | 1,408.71 Process Refund Payment | 347346 | 10/22/2004 | 2039848 |
| Supplier 82 | 2990500 | Y124 | DUP | IN46567000 | 01/01/2001 | BT254937 | 03/06/2001 | 1,542.00 Debit Supplier | | | |
| Supplier 82 | 2990500 | Y125 | DUP | 5105499067 | 05/15/2003 | 22019404 | 06/23/2003 | 2,366.00 Debit Supplier | | | |
| Supplier 83 | 2990500 | Y126 | OVP | 612979 | 02/28/2004 | 22037618 | 02/28/2004 | 1,541.52 Debit Supplier | | | |
| Supplier 84 | 4017445000/09540101 | Y127 | DUP | SC3671 | 07/13/2001 | BT276610 | 09/18/2001 | 710.00 Process Refund Payment | | | |
| Supplier 85 | 0844229500/W2550101 | Y128 | DUP | SC36150 | 01/25/2000 | BT291515 | 03/12/2002 | 710.00 Debit Supplier | | | |

Confidential Information. Do Not Copy

PRG-Schultz International, Inc.

Validated

| Supplier | Supplier # | Item | Error | Invoice | | Payment | | Recovery | Refund | | PRG-Schultz |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Number | Date | Number | Date | Amount Action | Pmt # | Date | Invoice # |
| Total | | | | | | | | 1,227,072.20 | | | |
| Grand Total | | | | | | | | 1,318,903.97 | | | |

Error Code Legend

DUP - Duplicate Payment
OVP - Overpayment
WVP - Wrong Supplier Payment
UNC - Unapplied Cash
FTX - Fuel Tax or Misc Excise Tax
COP - Coop Advertising

LCC - Lease / CAM Charges
DBR - Debit Balance Recoveries
ERS - Evaluated Receipt System
MIS - Miscellaneous
EDI - EDI Overpayment
UNP - Unclaimed Property

PRC - Pricing
CNT - Contract(pricing)
RBT - Rebates
RTN - Returns
STX - Sales Tax
UTX - Use Tax

DSC - Discounts
FRT - Freight
MEE - Math/Extension Error
VAT - VAT(Value-Added Tax)
MCE - Medical Claims

Confidential Information. Do Not Copy.

PRG-Schultz International, Inc.

4 of 4

BEST PRACTICES