**CLIENT ABC**
*Disbursement Audit*
*Best Practices*

Suggested Procedures for the Payment
of Known Copies of Original Documents ......................................Best Practice 1

Suggested Procedures for Entering Supplier Invoices .................Best Practice 2

Suggested Procedures for Processing Returns to Suppliers. ......Best Practice 3

© 2004 PRG-Schultz CONFIDENTIAL
Do not disseminate or use outside Client ABC without prior written authorization

**BEST PRACTICE 1**

**SUGGESTED PROCEDURES**
**FOR THE PAYMENT OF**
**KNOWN COPIES OF ORIGINAL DOCUMENTS**

The following assumptions should be made prior to the payment of copies of original documents. These assumptions include the following:

1. The invoice has been paid previously and therefore has been posted to a purchase order

2. The invoice has been received but not processed and is held in an open file

3. The invoice has been misplaced

**Prior to payment the following tests should be completed:**

_____ Invoice not posted to hard copy or electronic copy of purchase order.

_____ Invoice not listed on remittance advice on check stub in paid file.

_____ Invoice not listed on remittance advice on check stub of items yet to be filed.

_____ Invoice not located in an open file of unprocessed invoices.

_____ Invoice not found in vouchered invoices not yet batched.

_____ Other:

Tests performed by:        _____

Date:                      _____

Payment authorized by:     _____

Date:                      _____

© 2004 PRG-Schultz CONFIDENTIAL
Do not disseminate or use outside Client ABC without prior written authorization

**BEST PRACTICE 2**

**SUGGESTED PROCEDURES FOR ENTERING SUPPLIER INVOICES**

## Invoices *With* Invoice Number

*General Rules:*

- Key exactly as shown on the supplier invoice

- Select a policy of including, or not including punctuation or leading zeros (-, /) and stick to it; not keying punctuation or leading zeros speeds up the process

- Spaces are easily miskeyed (how many are in the eye of the beholder); skip the spaces

- Never group invoices; enter each as a separate entry

- Always enter a short payment as a separate debit memo entry; the invoice should be entered at its full amount

*Case sensitivity*

Set system options to accept or change to one case only; if option not available, operators should be instructed to activate "Caps Lock" before entering invoices

*Invoice Numbers Longer than Invoice Number Field*

Most systems allow from 10 to 15 characters in the invoice number field. This may not be enough as many freight invoices and most invoices from Pacific Rim countries exceed the field length.

If the invoice number must be truncated, drop digits on the left-hand side as sequential numbers are usually on the right hand side. However, each supplier invoice should be reviewed and exceptions noted in desk procedures. If these invoices make up a large percentage of transactions, the system should be upgraded to allow longer invoice numbers.

*Suppliers Who Reuse the Same Invoice Number*

Occasionally a supplier restarts the invoice number sequence. Depending on how much history the system checks, this may cause an invoice to be rejected as a duplicate. When this occurs, an alpha character should be added to the *end* of the invoice number; the same alpha character should always be used.

## Invoices *Without* Invoice Number

*Billing Statements*

Key in the statement date as six digits with no dits, digits or slashes. January 31, 1996 would be 013196. Most systems have a description field where the account number should be entered. Consider entering the date format with the amount as well such 01319650146 when the amount is $501.46. Avoid using the account number that will be repeated with every payment.

*Expense Reports and Check Requests*

If printed forms are used, a sequential number should be preprinted. If processed electronically, the system should be set up to generate a unique number. Otherwise, use the submitter's initials and a six digit date (with no dits, digits or slashes) of the last expense entry or the current date for a check request. Another option is to use an employee number or social security number along with the six-digit date. The check request should never be used when a supplier invoice is available.

*Small Suppliers*

Many service suppliers such as contractors, lawyers, CPAs, designers, and engineers do not include an invoice number with their billing. These suppliers should be contacted and told that it is company policy not to pay from a billing statement and that an invoice with a unique number is required. Without this, use a six-digit date (with no dits, digits or slashes).

© 2004 PRG-Schultz CONFIDENTIAL
Do not disseminate or use outside Client ABC without prior written authorization

## BEST PRACTICE 3

## SUGGESTED PROCEDURES FOR PROCESSING RETURNS TO SUPPLIERS

### *Integrated Systems:*

Systems with integrated purchasing, receiving and accounts payable functions allow for the most accurate and cost-effective processing of supplier returns. Faulty or damaged goods are generally identified and subsequently returned through the shipping/receiving department. Integrated systems permit personnel in these departments to immediately debit the supplier's account for the amount of the material returned. Without an integrated system, accounts payable personnel must rely on manual generated documents from the shipping/receiving department or a credit memo from the supplier. Many credits are lost, misapplied or aged in this environment.

Whether your system is integrated or not, the following regimens should be followed:

- Focus on large suppliers and create a process, which works well with their systems. Create and distribute clear policies and procedures.

- Be proactive; advise the supplier by sending documentation with the returned goods. Do not rely on the supplier to credit your account, and

- Periodically reconcile your accounts payable detail to the supplier statements.

### *Non-integrated systems - Manual Debit Memos:*

Many companies have created manual Debit Memos (DM) to track returned goods from the point of shipping to the point of processing the credit. The Purchasing and Receiving departments use the DM to communicate descriptions, quantities and costs of all returned material to accounts payable and the supplier. The DM allows accounts payable to process the return without having to wait for a credit memo or refund. A copy of the DM should accompany the related purchase order.

### *Shipping Goods Back to the Supplier*

A copy of the DM should be sent with the returned goods to advise the supplier about the forthcoming short payment. In addition, receiving departments should retain a copy of the DM along with any original or copies of carrier or shipper documents and pickup or release signatures. In the event that a supplier picks up its own goods, a legible signature from the driver should be obtained and retained. If the supplier disputes, these shipping documents provide proof that the goods were physically returned

### *Processing the DM*

The accounts payable department should receive one copy of the DM along with the purchase order. The DM should be immediately entered into the accounts payable system as a credit; similar to the manner in which a supplier issued credit memo is processed. Accounts payable should *not* hold the DM from processing until it can be matched to a supplier credit memo. The number on the DM should be entered as the invoice number.

Inventoried goods and indirect materials may require different processes due to inventory tracking requirements. In an effort to reduce risk and loss exposure, it is recommended that the return process be as identical as possible for both types of goods. The fewer exceptions that exist will result in more consistent and reliable processing.

© 2004 PRG-Schultz CONFIDENTIAL
Do not disseminate or use outside Client ABC without prior written authorization

EXHIBIT "B"



Case 3:05-cv-00988-SI   Document 325-2   Filed 08/15/08   Page 6 of 26

**Grocery Sample
2000 Accounts Payable Audit
Management Report**

July 2002

PRESENTED TO:

**Grocery Sample
LOGO**

**ABC Company**   *2000 Accounts Payable Recovery Audit*

# *Contents*



|                                                        | **Page** |
|--------------------------------------------------------|---------|
| **Executive Summary** ................................................................ | 1 |
| **Audit Scope** ........................................................................ | 2 |
| **Audit Overview** .................................................................... | 3 |
| 2000 Audit Findings by Major Category ................................... | 3 |
| 2000 Claim Frequency by Major Category................................. | 4 |
| 2000 Recovery Summary by Division ....................................... | 5 |
| **Audit Comparison** ................................................................ | 6 |
| Audit Comparison 1996 Through 2000 ..................................... | 7 |
| Industry Category Benchmarking............................................. | 8 |
| Top Thirty (30) Vendors Analysis ........................................... | 9 |
| **Major Category Analysis**........................................................ | 10 |
| Allowances ............................................................................ | 10 |
| Handling Charges................................................................... | 14 |
| Pricing errors......................................................................... | 16 |
| All Others .............................................................................. | 17 |
| **Suggestions For Future Audit Preparation** ............................. | 19 |
| **Suggestions For Future Audit Opportunities**.......................... | 20 |

**Exhibits** (attached):
    Claims Summary By Type Code
    Claims Summary By Division by Type Code
    Detailed Claims Listings in CD

**ABC Company**  *2000 Accounts Payable Recovery Audit*

# *Executive Summary*

This report is an analysis of the 1999 Secondary and 2000 Primary Accounts Payable Recovery Audit conducted by PRG-Schultz International, Inc. for ABC Companies, Inc. (ABC Company).

The audit was a comprehensive review of the vendor invoices, purchasing profile agreements, buyer files, and electronic files to identify discrepancies for collection. The vendors were reviewed in ABC Company's Product Supply Center (PSC) order based on their annual purchases. The total net recoveries to date, as of May 17, 2002, are as follows:

| | |
|---|---|
| **1999 Secondary** | **$10,245,249** |
| **2000 Primary** | **$21,527,830** |

The 1999 Secondary Audit was the first year PRG-Schultz audited ABC Company under the restrictive "Preferred Vendor Agreement" guidelines. This negatively impacted the audit base by 31 parent vendors and their subsidiaries and all are included within ABC Company's top 10 vendors based on annual procurement volume.

The audit year 2000 is the first year PRG-Schultz audited ABC Company as one combined operating entity. However, the Primary and Secondary audit teams worked independent of one another and were measured as such. Prior to the 2000 audit year, The Profit Recovery Group (PRG) and Howard Schultz & Associates were independent providers of Accounts Payable Post-audit Services and conducted ABC Company's Primary and Secondary audits separately and independently of each other and have done so since audit year 1974. PRG-Schultz would like to thank ABC Company for its loyalty and business relationship. We look forward to a continued growth in this mutually beneficial relationship and to capitalizing on our combined grocery industry experience as we work together to improve ABC Company's operating results.

This report provides an overview of error categories with the total dollar amounts recovered. The Major Audit Findings section deals with findings by specific category including claims reversed due to debit balances. Also, claim examples are provided for clarification.

It is PRG-Schultz's opinion that ABC Company has strong internal controls and captures a majority of the post-audit dollars in the areas of Duplicate Payments, Cash Discount and Freight related categories. We examine the cash discount category annually and traditionally have very small recoveries in this area. Freight post-audit categories are also examined annually with no significant findings identified by the PRG-Schultz Audit team. ABC Company is to be commended for their efforts and controls in these areas. PRG-Schultz would also like to thank the entire ABC Company Companies' organization for their efforts in providing additional electronic data, more clearly defining policies, the introduction and revision of the published Vendor Partnership Manual and affording us the opportunity to conduct personal interviews with the appropriate ABC Company personnel to establish agreed upon audit guidelines.

**ABC Company**

*2000 Accounts Payable Recovery Audit*

# Executive Summary

PRG-Schultz is committed to providing the highest quality recovery audit services available throughout the world. To this end, we would appreciate your feedback on our performance. Your feedback, combined with that of our other clients, helps us to focus our "Total Quality" efforts on those things that will guarantee optimum recoveries and service in the future, while providing the vendor community the professional courtesy they deserve as valued partners.

Thank you for selecting PRG-Schultz as your recovery audit firm.

**ABC Company**   *2000 Accounts Payable Recovery Audit*

# *Audit Scope*

PRG-Schultz completed an accounts payable audit of merchandise transactions for the ABC Companies, Inc. (ABC Company) as a secondary audit for calendar year 1999 and a primary audit for calendar year 2000. The purposes of the audit were:

*Primary Purpose*  To identify and recover overpayments that are a result of payment errors, billing errors, underdeductions, missed discount opportunities, open credits, underpaid rebates, incorrect billbacks, unclaimed price protection opportunities, improper shipping charges and others.

*Secondary Purpose*  To identify any internal control weaknesses in the areas of purchasing and accounts payable, to make recommendations for improvements in ABC Company's procurement procedures and vendor compliance policies, and to identify any additional audit recovery opportunities that may exist.

The audit included the following reviews:

*Detailed Review*  A detailed review was performed on the accounts payable/procurement processes and systems and adjustment transactions. This review includes, but is not limited to, payment errors, discounts, allowances, price variations, promotional allowances due but not received or deducted, ABC Companies' policies per the V. P. Manual, and miscellaneous discrepancies that may have been overlooked at the time the invoices were paid.

*Computer Systems*  An electronic software audit was done on ABC Company-provided electronic databases including, but not limited to, paid history, deal/ promotional files, receiving information, and pricing related databases. This information was utilized to detect potential duplicate payments, missed discounts, and other allowances.

*Statements*  Vendor statements were solicited to determine if any open credit items appeared.

## ABC Company

*2000 Accounts Payable Recovery Audit*

### *Audit Overview*

**2000 Audit Findings By Major Claim Category**

| Claim Description | Net Amount | % to Total |
|---|---|---|
| Allowances | $16,951,220.14 | 78.74% |
| Handling Charges/Statements | 3,072,571.06 | 14.27% |
| Pricing | 1,161,735.68 | 5.40% |
| Anticipation | 90,096.46 | 0.42% |
| Cash Discounts | 145,941.85 | 0.68% |
| Duplicate Payments | 43,752.50 | 0.20% |
| Account Reconciliation | 42,506.00 | 0.20% |
| Freight | 19,666.65 | 0.09% |
| Miscellaneous | 340.20 | 0.00% |
| | $21,527,830.54 | 100.00% |



Pricing
5.40%

■ Handling
Charges
14.27%

All Others
1.59%

■ Allowances
78.74%

AUDIT ANALYSIS & MANAGEMENT REPORT

## ABC Company
*2000 Accounts Payable Recovery Audit*

### *Audit Overview*

**2000 Claim Frequency By Major Claim Category**

| Claim Description | Frequency | % to Total |
|---|---|---|
| Allowances | 33,888 | 82.78% |
| Handling Charges/Statements | 4,890 | 11.94% |
| Pricing | 1,659 | 4.05% |
| Discounts | 239 | 0.58% |
| Anticipation | 200 | 0.49% |
| Duplicates | 47 | 0.11% |
| Acc.Reconciliation | 13 | 0.03% |
| Freight | 2 | 0.00% |
| Miscellaneous | 1 | 0.00% |
| | **40,939** | **100.00%** |



## ABC Company
*2000 Accounts Payable Recovery Audit*

### *Audit Overview*

**2000 Recovery Summary by Division**

| Division | Frequency | Net Recovery | % to Total |
|----------|-----------|--------------|------------|
| Division 1 | 104 | $ 37,860.20 | 0.18% |
| Division 2 | 384 | 1,071,518.19 | 4.98% |
| Division 3 | 363 | 60,264.76 | 0.28% |
| Division 4 | 2,020 | 934,006.01 | 4.34% |
| Division 5 | 2,129 | 1,124,346.67 | 5.22% |
| Division 6 | 416 | 572,233.49 | 2.66% |
| Division 7 | 841 | 1,131,063.70 | 5.25% |
| Division 8 | 1,953 | 584,016.53 | 2.71% |
| Division 9 | 673 | 240,013.93 | 1.11% |
| Division 10 | 2,222 | 1,011,383.71 | 4.70% |
| Division 11 | 460 | 143,619.60 | 0.67% |
| Division 12 | 1,514 | 530,003.75 | 2.46% |
| Division 13 | 1,544 | 504,096.25 | 2.34% |
| Division 14 | 1,717 | 621,528.38 | 2.89% |
| Division 15 | 2,242 | 1,383,980.54 | 6.43% |
| Division 16 | 500 | 93,530.34 | 0.43% |
| Division 17 | 1,363 | 578,422.82 | 2.69% |
| Division 18 | 2,361 | 1,472,364.60 | 6.84% |
| Division 19 | 840 | 591,210.15 | 2.75% |
| Division 20 | 670 | 383,807.82 | 1.78% |
| Division 21 | 12,685 | 1,225,767.28 | 5.69% |
| Division 22 | 3,911 | 2,716,959.90 | 12.62% |
| Division 23 | 2,394 | 1,170,933.32 | 5.44% |
| Division 24 | 664 | 210,689.65 | 0.98% |
| Division 25 | 2,085 | 537,414.03 | 2.50% |
| Division 26 | 53 | 13,218.12 | 0.06% |
| Division 27 | 3,114 | 1,760,165.04 | 8.18% |
| Division 28 | 186 | 30,659.33 | 0.14% |
| Division 29 | 1,139 | 664,486.51 | 3.09% |
| Division 30 | 392 | 128,265.92 | 0.60% |
| **Total** | **50,939** | **$21,527,830.54** | **100.00%** |

**ABC Company** — *2000 Accounts Payable Recovery Audit*

## *Audit Comparison*

### Audit Comparison 1996 Through 2000

| Audit Year | Primary Audit Net Recoveries | Secondary Audit Net Recoveries | Total Net Recoveries Primary & Secondary |
|---|---|---|---|
| 1996 | $22,890,000 | $5,066,000 | $27,956,000 |
| 1997 | 24,900,000 | 5,750,000 | 30,650,000 |
| 1998 | 27,000,000 | 8,320,000 | 35,320,000 |
| 1999 | 33,000,000 | 10,245,000 | 43,245,000 |
| 2000 | 21,528,000 | 485,103* | 22,013,103 |
| **Total** | **$129,318,000** | **$36,556,542** | **$159,184,103** |

* Invoiced to date.



# ABC Company

*2000 Accounts Payable Recovery Audit*

## *Audit Comparison*

**Industry Category Benchmarking**

| Claim Category | ABC Company 2000 Net Recoveries | % to Total | Industry Average |
|---|---|---|---|
| Account Reconciliation | $    42,506.00 | 0.20% | 3.12% |
| Allowances | 16,951,220.14 | 78.74% | 75.85% |
| Anticipation | 145,941.85 | 0.68% | 0.36% |
| Cash Discounts | 90,096.46 | 0.42% | 3.65% |
| Duplicate Payments | 43,752.50 | 0.20% | 2.92% |
| Freight | 19,666.65 | 0.09% | 1.03% |
| Handling Charges/Statements | 3,072,571.06 | 14.27% | 4.59% |
| Miscellaneous | 340.20 | 0.00% | 0.12% |
| Pricing | 1,161,735.68 | 5.40% | 8.36% |
| **Total** | **$21,527,830.54** | **100.00%** | **100.00%** |



## ABC Company
*2000 Accounts Payable Recovery Audit*

### Top Thirty (30) Vendors Analysis

| Vendor Name | Frequency | Net Recovery | % to Total | Industry Average |
|---|---|---|---|---|
| Heinz | 1,680 | $1,085,242.77 | 5.04% | 2.32% |
| Aurora Foods | 842 | 877,500.83 | 4.08% | 0.80% |
| Chicken Of Sea Intl | 592 | 757,471.11 | 3.52% | 0.32% |
| Del Monte Foods | 495 | 580,128.51 | 2.69% | 0.61% |
| Kimberly Clark | 151 | 438,640.44 | 2.04% | 0.39% |
| Clorox | 583 | 429,501.30 | 2.00% | 0.67% |
| Kal Kan Foods | 983 | 428,782.11 | 1.99% | 0.78% |
| Star Kist Seafood | 156 | 417,373.95 | 1.94% | 0.03% |
| Hershey Chocolate | 669 | 387,798.29 | 1.80% | 2.60% |
| Dial | 620 | 379,016.29 | 1.76% | 1.07% |
| Bristol Myers Consumer | 59 | 355,298.36 | 1.65% | 0.06% |
| Hormel Foods | 409 | 347,454.02 | 1.61% | 0.09% |
| Great Spring Waters Of America | 246 | 319,904.11 | 1.49% | 0.20% |
| Motts | 437 | 268,503.59 | 1.25% | 0.11% |
| Rich Prods | 465 | 236,966.08 | 1.10% | 0.09% |
| Oceanspray Cranberries | 243 | 228,004.19 | 1.06% | 0.43% |
| New World Pasta | 456 | 220,617.12 | 1.02% | 0.15% |
| Mrs Smiths Bakeries | 479 | 216,276.73 | 1.00% | 0.35% |
| Maruchan | 135 | 202,864.59 | 0.94% | 0.39% |
| Georgia Pacific | 171 | 202,263.58 | 0.94% | 0.67% |
| Ralston Purina | 307 | 194,476.91 | 0.90% | 0.42% |
| Chef America | 319 | 193,797.34 | 0.90% | 0.12% |
| Nissin Foods | 155 | 181,154.81 | 0.84% | 0.10% |
| Borden Foods | 461 | 174,257.29 | 0.81% | 0.27% |
| Tropicana Prods | 249 | 173,534.82 | 0.81% | 0.94% |
| Agrilink | 404 | 165,990.52 | 0.77% | 0.52% |
| B&G Foods | 610 | 162,355.13 | 0.75% | 0.30% |
| Norpac Service | 221 | 158,975.97 | 0.74% | 0.11% |
| Ross Prods Division | 71 | 150,603.34 | 0.70% | 0.11% |
| Land O Lakes | 150 | 148,916.97 | 0.69% | 0.55% |
| Top Thirty Vendors | 12,818 | $10,083,671.07 | 46.84% | 15.58% |
| All The Rest Vendors | 27,853 | $11,444,159.47 | 53.16% | 84.42% |
| **Total** | **40,671** | **$21,527,830.54** | **100.00%** | **100.00%** |

## ABC Company

*2000 Accounts Payable Recovery Audit*

# *Major Category Analysis*

| Allowances | $16,951,220.14 | 78.74% to Total |
|---|---|---|

| Minor Type Description | Net Amount | % to Category |
|---|---|---|
| Late Deal Notification | $6,824,477.93 | 40.26% |
| Deal/Promotional Allowance | 4,289,244.43 | 25.30% |
| Intro/Slotting/New Distribution | 2,028,084.68 | 11.96% |
| Price Protection | 1,735,619.74 | 10.24% |
| Shorted Deal | 1,360,208.63 | 8.02% |
| Display Allowance | 410,447.87 | 2.42% |
| Allowances - All Other | 127,219.09 | 0.75% |
| Defective Allowance | 53,515.59 | 0.32% |
| Quantity/Truckload Allowance | 44,488.26 | 0.26% |
| Early Buy Allowance | 36,000.00 | 0.21% |
| Volume Rebates | 32,325.00 | 0.19% |
| Advertising Allowance | 9,588.92 | 0.06% |
| **TOTAL** | **$16,951,220.14** | **100.00%** |

| Late Deal Notification | $6,824,477.93 | 40.26% to Total |
|---|---|---|

ABC Company's policy requires the vendor community to communicate Promotional Allowances twelve (12) weeks (eight weeks for all meat products) prior to the first purchase date.

Proper advance notice affords the procurement group the opportunity to gradually lower inventory levels so they can maximize purchases during the promotional period. The procurement group not only wants to buy enough promotional product to cover the promotional sales, but also to replenish inventory levels at the lower cost when the product goes back to regular cost, thus creating a higher than normal margin.

Sufficient advance notice is also required to properly plan for the promotion including scheduling advertising, displays, signage, and doing the proper maintenance to the item cost files.

### *Example:*

*Claim #KCC000063, Sara Lee Bakery, $xxx*

Deal Information was not received until 10/02 when the first order date was 9/17. Prior thirty (30) day purchases were protected.

## ABC Company

*2000 Accounts Payable Recovery Audit*

# *Major Category Analysis*

## Observations

ABC Company's Promotional Allowance policy is clearly stated in the May 1, 2001 and the January 15, 2002 V. P. Manual in section 3.7 Advance Notice of Vendor, point five (5). Large numbers of vendors continue to fail achieving this requirement. This policy is also clearly stated on ABC Company's new item form that is completed and acknowledged by either the vendor's representative or appointed broker. Late deal notification is not only a ABC Company's policy; it is a standard industry practice.

## Recommendations

- Enforce the late notification policy at the time an order is placed with the vendor community by ABC Company's procurement group. Support this policy when addressed during any vendor deduction meeting for either internal or post-audit groups.

- Ensure that any exception to the late notification policy is clearly noted on the new item or item presentation form and approved by the appropriate ABC Company's procurement management personnel. This should occur on both hard copy and electronic source documents.

| Deal/Promotional | $4,289,244.43 | 25.30% to Total |
|---|---|---|

This category represents pricing deductions for product that is received or invoiced during a promotional period but has not received the promotional allowance. Any promotional monies due ABC Company based on a "net to net" cost basis are also captured in this category. These deductions have been prepared in accordance to the Pre-Audit Guidelines developed during PRG-Schultz's personal interviews with divisional controllers, procurement personnel, CSC procurement management and our ABC Company Post-audit contact. Based upon PRG-Schultz's grocery industry auditing experience, this category has been successfully written and collected from the grocery vendor community.

### Example:

*Claim #PXC001877, Hormel, $xxxxxx*

Deal Ship Period was 12/3 – 12/30 with a "bill deduct" allowance while product was received 12/5 and was the largest purchase received during deal period. All other receivings during the deal did deduct for billback from the payment.

## Observations

Allowances were missed for various reasons. In some cases, allowances or billbacks listed on the new item form and/or the promotional contact were not reflected on the invoice. Therefore, ABC Company never received these promotional allowances.

**ABC Company**

*2000 Accounts Payable Recovery Audit*

# Major Category Analysis

## Recommendations

- Improve both electronic and hard copy communications between the Accounts Payable Department and the CSC procurement group. This would help reduce these missed allowances.
- Develop internal processes to ensure that the Accounts Payable Department and system is updated on a timely basis to capture all promotional monies due.
- Update all related purchasing and receiving systems promptly for all promotional changes (by The CSC procurement group).
- Support this policy when addressed during any vendor deduction meeting for either internal or post-audit groups.

PRG-Schultz audit teams have identified areas where system enhancements could strengthen internal controls, reduce accounts payable errors, and help maximize audit recoveries. It is recognized that some of these enhancements may be difficult to incorporate into the current systems. The following are recommendations that management can consider in the event that new systems are developed or purchased.

## Special Handling Alert

- Develop system support to identify and flag special situations
- Large purchases on the shoulders of deals
- Short shipped goods in deals
- Late notifications of deals
- Late notifications of price changes
- Promotional quantity purchases
- Orders placed close to a deal

Currently, ABC Company does not have an automated process that identifies and flags situations that require special handling. The lack of automation for these situations results in a large percentage of the recovery claims filed in the annual post-audit review. The current system requires the buyer to manually track late notifications where applicable on each respective deal sheet or price list and manually calculates related protection chargebacks where applicable. An automated system prompt that would routinely alert the buyer, the accounts payable staff, accounts receivable personnel, and appropriate manager to these special situations could help the company correctly process a higher percentage of protection chargebacks, off invoice deductions, and billbacks.

**ABC Company**

*2000 Accounts Payable Recovery Audit*

## *Major Category Analysis*

| Intro/Slotting/New Distribution | $2,028,084.68 | 11.96% to Total |
|---|---|---|

ABC Company's Slotting and In-Out Policy is clearly stated in the May 1, 2001 and the January 15, 2002 Manual in section 7.7(d).

The Grocery Vendor community normally offers a variety of incentives to the grocer to accept their new products.

Typical elements contained within the vendor new item offers include:

1. Slotting Allowance
2. Introductory Allowance
3. Promotional Allowance
4. Extended Dating
5. Early Buy Allowance

This category captures the lost opportunity related to Slotting,. Introductory, and New Distribution Allowances. These deductions have also been prepared in accordance with the Pre-Audit Guidelines developed during PRG-Schultz's personal interviews with divisional controllers, procurement personnel, CSC procurement management and our ABC Company Post-audit contact.

PRG-Schultz views slotting allowance as both an incentive to buy new products to increase shelf space and as a way to defray the additional handling costs incurred by ABC Company Companies when accepting new products or accepting converted products. The additional handling costs include marketing, warehouse set up, maintenance to item master file, shelf set-up at store level, etc.

### Example:

*Claim #OKC990446, Aurora Foods, Inc., $xxxxxx*

Aurora Foods changed its UPC numbers for the Mrs. Buttersworth product line. They offered $500.00 per item to convert the UPC number to contain the new manufacturer number. ABC Company had previously deducted for most items. Three items were missed during the process.

### Observations

Intro/Slotting/New Distribution Allowances were missed for various reasons. In some cases, these allowances were not captured electronically from new item presentation form and/or the promotional contacts. Initial purchases routinely occur weeks or months after the new item(s) are presented, which may result in ABC Company not receiving the monies due on these purchases. These allowances are not usually reflected on the invoice; therefore, ABC Company never received these allowances.

**ABC Company**

*2000 Accounts Payable Recovery Audit*

# *Major Category Analysis*

## Recommendations

These incentives are found on "New Item Presentation" forms or Vendor Offer Sheets that have been completed or approved by the vendor. PRG-Schultz suggests that ABC Company

- Improve both electronic and hard copy communications between the Accounts Payable Department and the CSC procurement group.
- Archive the Visionet electronic database for at least three (3) Fiscal Years. PRG-Schultz would like to receive any and all hard copies of "New Item Presentation" forms or Vendor Offer Sheets to help validate the electronic deal files.
- Develop internal processes to ensure that the Accounts Payable Department and systems are updated on a timely basis to reduce these missed allowances.

PRG-Schultz audit team suggests that ABC Company Companies introduce a pre-numbered new item sheet to enhance control and insure capture of all  "New Item Presentation" forms or Vendor Offer Sheets capturing all allowance dollars in this category. A pre-numbered new item sheet should be completed for all presentations including electronic generated offers to better control and /or account for all allowances due ABC Company.

| Price Protection | $1,735,619.74 | 10.24% to Total |
|---|---|---|

It is an acceptable practice in grocery industry that vendors provide a price protection allowance when a price decline is announced or there is insufficient notice of a price increase. These deductions are accounted for in this claim category.

ABC Company's Price Protection Policy is clearly stated in the May 1, 2001 and the January 15, 2002 V. P. Manual in section 3.7 Advance Notice of Vendor, point three (3). This claim category is also supported by Pre-Audit Guidelines developed during PRG-Schultz 's personal interviews with divisional controllers, procurement personnel, CSC procurement management and our ABC Company Post-audit contact.

### Example:

*Claim # FSC001524, Hormel, $xxxxxxxxx*

Notification of a Price Increase was received 4/28 with an effective date of 5/1 for several products. Protection was applied using 3/52 purchases.

## Observations

Large numbers of vendors continue to fail achieving this requirement that is clearly stated in the May 1, 2001 and the January 15, 2002 V. P. Manual. This is not only a ABC Company policy; it is a standard industry practice as well.

**ABC Company**   *2000 Accounts Payable Recovery Audit*

# *Major Category Analysis*

## Recommendations

- Enforce this price protection policy at the time a price change is received from the vendor community by ABC Company's procurement group.
- Support this policy when addressed during any vendor deduction meeting for either internal or post-audit groups.
- Ensure that any exception to the price protection policy is clearly noted on the price change form and approved by the appropriate ABC Company Companies' procurement management personnel. This should occur on both hard copy and electronic source documents.

| Shorted Deal | $1,360,208.63 | 8.02% to Total |

This claim category accounts for promotional allowances on product that was short shipped during promotion period. ABC Company Companies is due these promotional allowances to cover product that was shipped to retailers out of higher cost inventory or to fill "rain checks" issued at the retail level.

This claim category is supported by Pre-Audit Guidelines developed during PRG-Schultz's personal interviews with divisional controllers, procurement personnel, CSC procurement management and our ABC Company Post-audit contact. ABC Company's Policy is clearly stated in the May 1, 2001 and the January 15, 2002 V. P. Manual in section 7.3, Vendor Shortage on Deal Product.

### *Example*

*Claim #SLC001183, Rhodes International, $xxxxxxx*

Four Purchase Orders - ordered more deal product than was received.  Allowance due was calculated and deducted

## Recommendations

- Ensure that any exception to the Shorted Deal Policy is clearly noted on all hard copy and electronic source documents. The appropriate ABC Company Companies' procurement management personnel should approve these documents.
- Develop internal processes to ensure that the Accounts Payable Department and systems are updated on a timely basis to capture these missed allowance opportunities.
- Enforce and support this policy (by ABC Company's procurement group) when addressed this subject during any vendor deduction meeting to discuss either internal or post-audit group's deductions

**ABC Company** | *2000 Accounts Payable Recovery Audit*

# Major Category Analysis

| Handling Charges/Statements | S3,072,571.06 | 14.27% to Total |
|---|---|---|

| Minor Type Description | Net Amount | % to Category |
|---|---|---|
| Handling Charge Due on Returns | $1,543,739.38 | 50.24% |
| Statements | 1,071,518.19 | 34.87% |
| All Other Errors (Infrequent) | 406,077.75 | 13.22% |
| Labor/Ticketing Charges | 51,235.74 | 1.67% |
| **TOTAL** | **$3,072,571.06** | **100.00%** |

This claim category represents the capture of all missed administrative fees, handling fees, and other ABC Company Companies' directed charges and fees, against the vendor community for violation of ABC Company Standard Policies and Procedures that result in ABC Company incurring additional expenses that negatively impact either performance standards or profitability.

Claims written in this category are supported by Pre-Audit Guidelines developed during PRG-Schultz 's personal interviews with divisional controllers, procurement personnel, CSC procurement management and our ABC Company Post-audit contact. These fees and charges are outlined in both ABC Company's May 1, 2001 and the January 15, 2002 V. P. Manuals.

## Observations

Large numbers of vendors continue to fail achieving ABC Company's stated and published operating guidelines and expectations that are clearly stated in the May 1, 2001 and the January 15, 2002 V. P. Manuals. ABC Company's policies and procedures are also printed on documentation that is presented and approved by the vendor or their representative including, but not limited to, New Item Forms, Purchase Orders, and Freight Routing Guides.

## Recommendations

- Ensure that any exception to ABC Company Companies' stated policies or procedures are clearly noted on all appropriate documentation and approved by the appropriate ABC Company Companies' procurement management personnel. This should occur on both hard copy and electronic source documents. It is critical that this documentation be retained and passed onto the post-audit team to eliminate unnecessary vendor community contact.
- Stronger enforcement of ABC Company Companies' stated policies or procedures by ABC Company's procurement and financial management groups is recommended when confronted by the vendor community.

AUDIT ANALYSIS & MANAGEMENT REPORT

## ABC Company

*2000 Accounts Payable Recovery Audit*

## *Major Category Analysis*

| Statement | $1,071,518.19 | 34.87% to Total |
|---|---|---|

This category represents the findings as a result of the solicitation of statements from ABC Company's vendors. The statements are examined for both open and unclaimed credits, misapplied cash payments, and overpayments. PRG-Schultz has a separate onsite or central statement audit teamwork the statements and has developed a good working relationship with the vendor community.

### Observations

It appears that ABC Company Companies does not have a centralized location to receive and review vendor statements. The current accounts payable group does not have the necessary census, floor space, or organization required to efficiently and profitably handle this laborious task.

### Recommendations

- All statements received on a daily basis at the CTP be forwarded to the ABC Company Audit Site via the PRG-Schultz provided daily courier service.
- Statements received at the CSC should be placed in an audit box to be picked up by a PRG-Schultz auditor monthly when in Lewisville to attend vendor meetings.

| Pricing Errors | $1,161,735.68 | 9.24% to Total |
|---|---|---|

| Minor Type Description | Net Amount | % to Category |
|---|---|---|
| Overcharges - By Comparison | $628,537.59 | 54.10% |
| Price Overcharge on Invoice | 532,738.25 | 45.86% |
| Price Errors on Returns | 459.84 | 0.04% |
| **TOTAL** | **$1,161,735.68** | **100.00%** |

**ABC Company**   *2000 Accounts Payable Recovery Audit*

## *Major Category Analysis*

| All Others | $342,303.66 | 1.59% to Total |
|---|---|---|

| Minor Type Description | Net Amount | % to Category |
|---|---|---|
| Anticipation/Interest Not Taken | $145,870.27 | 42.61% |
| Cash/Trade Disc Deduct Wrong Rate | 62,950.72 | 18.39% |
| Duplicate Payment - Invoice | 43,752.50 | 12.78% |
| Cash/Trade Disc Mdse Value(Gross) | 26,886.74 | 7.85% |
| Truckload shipments | 19,650.90 | 5.74% |
| Misc. Chargeback Error | 18,897.20 | 5.52% |
| Unposted Credit Memo | 15,800.00 | 4.62% |
| Accounting Error | 7,808.80 | 2.28% |
| % Rent | 340.20 | 0.10% |
| Cash/Trade Disc Not Deducted | 259.00 | 0.08% |
| Anticipate/Interest Taken Wrong Rate | 71.58 | 0.02% |
| Freight Allowance | 15.75 | 0.00% |
| **TOTAL** | **$342,303.66** | **100.00%** |

## ABC Company

*2000 Accounts Payable Recovery Audit*

# *Suggestions for Future Audit Preparation*

▸ **Audit Documentation**

PRG-Schultz thanks ABC Company for its efforts regarding retention of all manual, electronic, imaged and other audible documents in order to retrieve and utilize for the audit period. Continuation of this process is requested to enhance ABC Company's profitability. Ongoing access is requested to the Buying, Traffic, Imports, Finance, and Receiving Departments.

▸ **IS Tapes**

Complete electronic data and timely receipt of electronic tapes from ABC Company is critical for PRG-Schultz to process the data efficiently.  PRG-Schultz would like to continue receipt of the monthly backup of the purge purchase order, purchase order comments, RTV, Merchandise Transfer, and Payment file, which would allow for a quick start-up and timely completion of the audit.

▸ **Strengthening Our Partnership**

PRG-Schultz recommends up-front input from Directors, Managers, and Department Supervisors in order to ensure complete and thorough coverage of the audit team's recoveries.