**ABC Company** | *2000 Accounts Payable Recovery Audit*

# Suggestions for Future Audit Opportunities

### Accruals & Rebates:

- Provide documentation on performance, volume, accrual and rebate programs:

- PRG-Schultz traditionally has had little or no information regarding the details and review of ABC Company's national accrual and rebate programs. It has been PRG-Schultz's experience that this area could yield some dramatic results for ABC Company Companies. These programs are usually performance based and are payable quarterly or annually. It is PRG-Schultz's understanding that these programs currently rely on the vendors to properly account for and remit the correct amounts due to ABC Company. Many vendors do not provide adequate documentation of the amounts paid or credited. It is believed there is an opportunity for additional findings as a result of missed billbacks or miscalculations pertaining to accruals and rebates programs.

- Further, PRG-Schultz can assist ABC Company in the interpretation of the sometimes vague and ambiguous language contained in many of these agreements by applying the interpretation obtained by our experience in this area and in the industry. We are confident that our ability to work with ABC Company's data could significantly recover lost dollars.

### Debit Balance Collection:

- PRG-Schultz provides via our central services group a Debit Balance Recovery function that could benefit ABC Company Companies' profitability. This group has established working relationships throughout the grocery industry vendor community to resolve debit balance issues and collect all funds due ABC Company Companies.

- Currently, there is an outstanding request for sample data and statistics with ABC Company Companies.

### Reclamation Centers - RTV Procedures:

- PRG-Schultz is working with ABC Company currently to expand our audit scope to include the reclamation centers and ABC Company Companies' RTV charges, pricing, and procedures. It is our opinion this area could provide additional opportunity.

### Media Audit:

- Through our Media Audit specialty division, PRG-Schultz offers an in-depth audit of media related expenditures. We currently have a proposal pending with ABC Company's advertising group to provide an audit of media payables.

**ABC Company** — *2000 Accounts Payable Recovery Audit*

## Suggestions for Future Audit Opportunities

**Communication:**

- Require all requests for repayment of post-audit claims be made in writing and be given to the audit team for response and defense.

- Audit year 2000 experienced a greater payback and cancellation rate relative to prior audit years. Claims that were written in accordance with the Pre-Audit Guidelines, CSC procurement management, and our ABC Company Post-audit contact or ABC Company's stated policy in the May 1, 2001 and the January 15, 2002 V. P. Manuals have been disallowed.

- Procurement management should continue vendor meetings with the buyer, auditor, and category advisor to discuss the validity of claim categories. A forum of this nature usually provides a much better basis of understanding for the vendor, and can prevent future disagreements by paving the way for improved communications between the parties.

...

**ABC Company** — 2000 Accounts Payable Recovery Audit

# Exhibits

## Claims Summary by Type Code

| TYPE CODE | DESCRIPTION | FREQUENCY | NET RECOVERY | % TO TOAL |
|---|---|---:|---:|---:|
| 102 | Freight Allowance | 1 | $16 | 0.00% |
| 155 | Truckload Shipments | 1 | 19,651 | 0.09% |
| 201 | Cash/Trade Disc Not Deducted | 4 | 259 | 0.00% |
| 202 | Cash/Trade Disc Deduct Wrong R | 25 | 62,951 | 0.29% |
| 206 | Cash/Trade Disc Mdse Value (Gross) | 210 | 26,887 | 0.12% |
| 301 | Anticipation/Interest Not Taken | 198 | 145,870 | 0.68% |
| 302 | Anticipate/Interest Taken Wrong Rte | 2 | 72 | 0.00% |
| 401 | Price Overcharge on Invoice | 742 | 532,738 | 2.47% |
| 402 | Price Errors on Returns | 1 | 460 | 0.00% |
| 405 | Overcharges - By Comparison | 916 | 628,538 | 2.92% |
| 501 | Advertising Allowance | 19 | 9,589 | 0.04% |
| 504 | Defective Allowance | 47 | 53,516 | 0.25% |
| 506 | Deal/Promotional Allowance | 6,098 | 4,289,244 | 19.92% |
| 507 | Quantity/Truckload Allowance | 17 | 44,488 | 0.21% |
| 508 | Early Buy Allowance | 10 | 36,000 | 0.17% |
| 509 | Price Protection | 1,754 | 1,735,620 | 8.06% |
| 511 | Display Allowance | 841 | 410,448 | 1.91% |
| 515 | Primary Code For Deal Protect | 18,611 | 6,824,478 | 31.70% |
| 520 | Intro/Slotting/New Distribution | 3,714 | 2,028,085 | 9.42% |
| 521 | Volume Rebates | 16 | 32,325 | 0.15% |
| 522 | Deal Allowances due on Shortage | 2,532 | 1,360,209 | 6.32% |
| 599 | Allowances - All Other | 229 | 127,219 | 0.59% |
| 601 | Duplicate Payment - Invoice | 47 | 43,753 | 0.20% |
| 701 | Accounting Error | 3 | 7,809 | 0.04% |
| 702 | Unposted Credit Memo | 2 | 15,800 | 0.07% |
| 704 | Misc. Chargeback Error | 8 | 18,897 | 0.09% |
| 800 | Handling Charge Due on Returns | 3,214 | 1,543,739 | 7.17% |
| 801 | Statements | 383 | 1,071,518 | 4.98% |
| 804 | Labor/Ticketing Charges | 41 | 51,236 | 0.24% |
| 899 | All Other Errors (Infrequent) | 1,252 | 406,078 | 1.89% |
| 951 | % Rent | 1 | 340 | 0.00% |
| | TOTAL | 40,939 | $21,527,831 | 100.00% |

*Answers beyond the numbers.*™

# ABC Company

**2000 Accounts Payable Recovery Audit**

| DIVISION | CODE | CLAIM DESCRIPTION | NET AMOUNT | % TO TOTAL |
|---|---|---|---:|---:|
| AUSTIN | 511 | Display Allowance | 35,612.41 | 0.17% |
| | 515 | Primary Code For Deal Protect | 294,464.83 | 1.37% |
| | 520 | Intro/Slotting/New Distrib | 63,106.58 | 0.29% |
| | 521 | Volume Rebates | 5,853.00 | 0.03% |
| | 522 | Deal Allowances due on Shortag | 68,410.25 | 0.32% |
| | 701 | Accounting Error | 2,608.80 | 0.01% |
| | 800 | Handling Charge Due on Returns | 71,160.33 | 0.33% |
| | 899 | All Other Errors (Infrequent) | 108,142.39 | 0.50% |
| **AUSTIN Total** | | | **$1,124,346.67** | **5.22%** |
| GATEWAY | 301 | Anticipation/Int Not Taken | $4,330.47 | 0.02% |
| | 401 | Price Overcharge on Invoice | 3,816.22 | 0.02% |
| | 504 | Defective Allowance | 1,823.25 | 0.01% |
| | 506 | Deal/Promotional Allowance | 227,110.14 | 1.05% |
| | 507 | Quantity/Truckload Allowance | 9,540.50 | 0.04% |
| | 509 | Price Protection | 31,516.39 | 0.15% |
| | 515 | Primary Code For Deal Protect | 221,002.02 | 1.03% |
| | 520 | Intro/Slotting/New Distrib | 52,739.18 | 0.24% |
| | 804 | Labor/Ticketing Charges | 20,355.32 | 0.09% |
| **GATEWAY Total** | | | **$572,233.49** | **2.66%** |
| GATEWAY OH | 102 | Freight Allowance | $15.75 | 0.00% |
| | 201 | Cash/Trade Disc Not Deducted | 259.00 | 0.00% |
| | 301 | Anticipation/Int Not Taken | 2,362.87 | 0.01% |
| | 401 | Price Overcharge on Invoice | 8,155.98 | 0.04% |
| | 501 | Advertising Allowance | 250.00 | 0.00% |
| | 504 | Defective Allowance | 6,910.11 | 0.03% |
| | 506 | Deal/Promotional Allowance | 512,404.24 | 2.38% |
| | 507 | Quantity/Truckload Allowance | 10,660.56 | 0.05% |
| | 509 | Price Protection | 72,592.68 | 0.34% |
| | 515 | Primary Code For Deal Protect | 382,485.06 | 1.78% |
| | 520 | Intro/Slotting/New Distrib | 104,087.03 | 0.48% |
| | 804 | Labor/Ticketing Charges | 30,880.42 | 0.14% |
| **GATEWAY OH Total** | | | **$1,131,063.70** | **5.25%** |
| PARIS | 202 | Cash/Trade Disc Deduct Wrong R | $2,218.84 | 0.01% |
| | 206 | Cash/Trade Disc Mdse Value(G) | 377.68 | 0.00% |
| | 301 | Anticipation/Int Not Taken | 9,231.26 | 0.04% |
| | 401 | Price Overcharge on Invoice | 2,378.97 | 0.01% |
| | 405 | Overcharges - By Comparison | 6,136.33 | 0.03% |
| | 504 | Defective Allowance | 390.88 | 0.00% |
| | 506 | Deal/Promotional Allowance | 116,918.24 | 0.54% |
| | 509 | Price Protection | 44,647.01 | 0.21% |
| | 511 | Display Allowance | 18,290.55 | 0.08% |
| | 515 | Primary Code For Deal Protect | 222,947.85 | 1.04% |
| | 520 | Intro/Slotting/New Distrib | 68,464.40 | 0.32% |
| | 521 | Volume Rebates | 828.75 | 0.00% |
| | 522 | Deal Allowances due on Shortag | 16,948.29 | 0.08% |
| | 599 | Allowances - All Other | 34.00 | 0.00% |
| | 800 | Handling Charge Due on Returns | 70,200.70 | 0.33% |
| | 899 | All Other Errors (Infrequent) | 4,002.78 | 0.02% |
| **PARIS Total** | | | **$584,016.53** | **2.71%** |
| HAWAII | 202 | Cash/Trade Disc Deduct Wrong R | $3,906.41 | 0.02% |

## ABC Company
*2000 Accounts Payable Recovery Audit*

| DIVISION | CODE | CLAIM DESCRIPTION | NET AMOUNT | % TO TOTAL |
|---|---|---|---:|---:|
| HAWAII | 405 | Overcharges - By Comparison | 5,218.74 | 0.02% |
|  | 501 | Advertising Allowance | 433.20 | 0.00% |
|  | 504 | Defective Allowance | 1,361.36 | 0.01% |
|  | 506 | Deal/Promotional Allowance | 18,869.42 | 0.09% |
|  | 509 | Price Protection | 31,609.31 | 0.15% |
|  | 511 | Display Allowance | 2,155.85 | 0.01% |
|  | 515 | Primary Code For Deal Protect | 64,137.34 | 0.30% |
|  | 520 | Intro/Slotting/New Distrib | 57,367.94 | 0.27% |
|  | 521 | Volume Rebates | 2,136.25 | 0.01% |
|  | 522 | Deal Allowances due on Shortag | 10,794.87 | 0.05% |
|  | 599 | Allowances - All Other | 26,123.93 | 0.12% |
|  | 800 | Handling Charge Due on Returns | 12,863.03 | 0.06% |
|  | 899 | All Other Errors (Infrequent) | 3,036.28 | 0.01% |
| **HAWAII Total** |  |  | **$240,013.93** | **1.11%** |
| KANSAS | 202 | Cash/Trade Disc Deduct Wrong R | $7,337.59 | 0.03% |
|  | 206 | Cash/Trade Disc Mdse Value(G) | 1,279.78 | 0.01% |
|  | 301 | Anticipation/Int Not Taken | 7,311.80 | 0.03% |
|  | 401 | Price Overcharge on Invoice | 6,289.48 | 0.03% |
|  | 405 | Overcharges - By Comparison | 13,764.19 | 0.06% |
|  | 506 | Deal/Promotional Allowance | 178,566.00 | 0.83% |
|  | 509 | Price Protection | 64,374.63 | 0.30% |
|  | 511 | Display Allowance | 23,231.84 | 0.11% |
|  | 515 | Primary Code For Deal Protect | 302,173.56 | 1.40% |
|  | 520 | Intro/Slotting/New Distrib | 234,980.00 | 1.09% |
|  | 522 | Deal Allowances due on Shortag | 67,224.54 | 0.31% |
|  | 601 | Duplicate Payment - Invoice | 12,980.54 | 0.06% |
|  | 701 | Accounting Error | 5,200.00 | 0.02% |
|  | 800 | Handling Charge Due on Returns | 46,996.84 | 0.22% |
|  | 899 | All Other Errors (Infrequent) | 39,672.92 | 0.18% |
| **KANSAS Total** |  |  | **$1,011,383.71** | **4.70%** |
| PHOENIX | 206 | Cash/Trade Disc Mdse Value(G) | $3,191.42 | 0.01% |
|  | 401 | Price Overcharge on Invoice | 14,358.56 | 0.07% |
|  | 405 | Overcharges - By Comparison | 3,064.88 | 0.01% |
|  | 504 | Defective Allowance | 6,745.82 | 0.03% |
|  | 506 | Deal/Promotional Allowance | 19,349.26 | 0.09% |
|  | 509 | Price Protection | 31,418.63 | 0.15% |
|  | 515 | Primary Code For Deal Protect | 48,407.29 | 0.22% |
|  | 520 | Intro/Slotting/New Distrib | 1,498.38 | 0.01% |
|  | 522 | Deal Allowances due on Shortag | 14,798.82 | 0.07% |
|  | 800 | Handling Charge Due on Returns | 786.54 | 0.00% |
| **PHOENIX Total** |  |  | **$143,619.60** | **0.67%** |
| LAFAYETTE | 206 | Cash/Trade Disc Mdse Value(G) | $524.40 | 0.00% |
|  | 301 | Anticipation/Int Not Taken | 3,008.00 | 0.01% |
|  | 401 | Price Overcharge on Invoice | 9,942.64 | 0.05% |
|  | 405 | Overcharges - By Comparison | 18,464.66 | 0.09% |
|  | 504 | Defective Allowance | 704.47 | 0.00% |
|  | 506 | Deal/Promotional Allowance | 89,385.35 | 0.42% |
|  | 509 | Price Protection | 48,359.69 | 0.22% |
|  | 511 | Display Allowance | 14,918.11 | 0.07% |

## ABC Company
### 2000 Accounts Payable Recovery Audit

| DIVISION | CODE | CLAIM DESCRIPTION | NET AMOUNT | % TO TOTAL |
|---|---|---|---:|---:|
| LAFAYETTE | 515 | Primary Code For Deal Protect | 194,577.89 | 0.90% |
| | 520 | Intro/Slotting/New Distrib | 49,255.22 | 0.23% |
| | 522 | Deal Allowances due on Shortag | 32,552.72 | 0.15% |
| | 599 | Allowances - All Other | 2,128.30 | 0.01% |
| | 601 | Duplicate Payment - Invoice | 5,934.14 | 0.03% |
| | 800 | Handling Charge Due on Returns | 53,039.76 | 0.25% |
| | 899 | All Other Errors (Infrequent) | 7,208.40 | 0.03% |
| **LAFAYETTE Total** | | | **$530,003.75** | **2.46%** |
| LINCOLN | 202 | Cash/Trade Disc Deduct Wrong R | $2,993.48 | 0.01% |
| | 206 | Cash/Trade Disc Mdse Value(G) | 567.92 | 0.00% |
| | 301 | Anticipation/Int Not Taken | 3,209.19 | 0.01% |
| | 401 | Price Overcharge on Invoice | 16,927.01 | 0.08% |
| | 405 | Overcharges - By Comparison | 10,311.67 | 0.05% |
| | 504 | Defective Allowance | 458.60 | 0.00% |
| | 506 | Deal/Promotional Allowance | 55,303.11 | 0.26% |
| | 509 | Price Protection | 57,597.91 | 0.27% |
| | 511 | Display Allowance | 15,328.37 | 0.07% |
| | 515 | Primary Code For Deal Protect | 155,436.42 | 0.72% |
| | 520 | Intro/Slotting/New Distrib | 89,107.22 | 0.41% |
| | 522 | Deal Allowances due on Shortag | 31,182.21 | 0.14% |
| | 800 | Handling Charge Due on Returns | 48,914.91 | 0.23% |
| | 899 | All Other Errors (Infrequent) | 16,758.23 | 0.08% |
| **LINCOLN Total** | | | **$504,096.25** | **2.34%** |
| LUBBOCK | 202 | Cash/Trade Disc Deduct Wrong R | $2,932.72 | 0.01% |
| | 206 | Cash/Trade Disc Mdse Value(G) | 213.57 | 0.00% |
| | 301 | Anticipation/Int Not Taken | 9,217.01 | 0.04% |
| | 401 | Price Overcharge on Invoice | 23,816.20 | 0.11% |
| | 405 | Overcharges - By Comparison | 21,963.71 | 0.10% |
| | 504 | Defective Allowance | 1,747.47 | 0.01% |
| | 506 | Deal/Promotional Allowance | 108,356.94 | 0.50% |
| | 508 | Early Buy Allowance | 18,000.00 | 0.08% |
| | 509 | Price Protection | 43,261.31 | 0.20% |
| | 511 | Display Allowance | 24,792.46 | 0.12% |
| | 515 | Primary Code For Deal Protect | 216,233.62 | 1.00% |
| | 520 | Intro/Slotting/New Distrib | 37,661.00 | 0.17% |
| | 522 | Deal Allowances due on Shortag | 18,684.59 | 0.09% |
| | 702 | Unposted Credit Memo | 15,800.00 | 0.07% |
| | 800 | Handling Charge Due on Returns | 65,206.96 | 0.30% |
| | 899 | All Other Errors (Infrequent) | 13,640.82 | 0.06% |
| **LUBBOCK Total** | | | **$621,528.38** | **2.89%** |
| NEW YORK | 202 | Cash/Trade Disc Deduct Wrong R | $7,266.10 | 0.03% |
| | 206 | Cash/Trade Disc Mdse Value(G) | 919.03 | 0.00% |
| | 301 | Anticipation/Int Not Taken | 3,879.86 | 0.02% |
| | 401 | Price Overcharge on Invoice | 15,325.89 | 0.07% |
| | 405 | Overcharges - By Comparison | 71,640.79 | 0.33% |
| | 504 | Defective Allowance | 2,978.17 | 0.01% |
| | 506 | Deal/Promotional Allowance | 310,952.66 | 1.44% |
| | 507 | Quantity/Truckload Allowance | 630.00 | 0.00% |
| | 509 | Price Protection | 64,074.57 | 0.30% |

# ABC Company
**2000 Accounts Payable Recovery Audit**

| DIVISION | CODE | CLAIM DESCRIPTION | NET AMOUNT | % TO TOTAL |
|---|---|---|---:|---:|
| NEW YORK | 511 | Display Allowance | 35,014.89 | 0.16% |
| | 515 | Primary Code For Deal Protect | 536,318.02 | 2.49% |
| | 520 | Intro/Slotting/New Distrib | 93,875.60 | 0.44% |
| | 522 | Deal Allowances due on Shortag | 194,751.33 | 0.90% |
| | 704 | Misc. Chargeback Error | 970.60 | 0.00% |
| | 800 | Handling Charge Due on Returns | 16,958.03 | 0.08% |
| | 899 | All Other Errors (Infrequent) | 28,084.80 | 0.13% |
| | 951 | % Rent | 340.20 | 0.00% |
| **NEW YORK Total** | | | **$1,383,980.54** | **6.43%** |
| MEMPHIS | 206 | Cash/Trade Disc Mdse Value(G) | $3,334.34 | 0.02% |
| | 401 | Price Overcharge on Invoice | 8,687.48 | 0.04% |
| | 405 | Overcharges - By Comparison | 4,520.77 | 0.02% |
| | 504 | Defective Allowance | 504.58 | 0.00% |
| | 506 | Deal/Promotional Allowance | 17,704.04 | 0.08% |
| | 509 | Price Protection | 16,468.03 | 0.08% |
| | 515 | Primary Code For Deal Protect | 28,184.81 | 0.13% |
| | 520 | Intro/Slotting/New Distrib | 1,330.80 | 0.01% |
| | 522 | Deal Allowances due on Shortag | 11,542.85 | 0.05% |
| | 800 | Handling Charge Due on Returns | 1,252.64 | 0.01% |
| **MEMPHIS Total** | | | **$93,530.34** | **0.43%** |
| MIAMI | 202 | Cash/Trade Disc Deduct Wrong R | $2,577.93 | 0.01% |
| | 206 | Cash/Trade Disc Mdse Value(G) | 649.64 | 0.00% |
| | 301 | Anticipation/Int Not Taken | 7,376.55 | 0.03% |
| | 401 | Price Overcharge on Invoice | 24,275.93 | 0.11% |
| | 405 | Overcharges - By Comparison | 11,303.58 | 0.05% |
| | 501 | Advertising Allowance | 1,323.04 | 0.01% |
| | 504 | Defective Allowance | 1,531.17 | 0.01% |
| | 506 | Deal/Promotional Allowance | 88,724.46 | 0.41% |
| | 509 | Price Protection | 75,777.18 | 0.35% |
| | 511 | Display Allowance | 4,206.06 | 0.02% |
| | 515 | Primary Code For Deal Protect | 201,026.96 | 0.93% |
| | 520 | Intro/Slotting/New Distrib | 92,183.60 | 0.43% |
| | 521 | Volume Rebates | 1,350.00 | 0.01% |
| | 522 | Deal Allowances due on Shortag | 51,886.80 | 0.24% |
| | 800 | Handling Charge Due on Returns | 487.41 | 0.00% |
| | 899 | All Other Errors (Infrequent) | 13,742.51 | 0.06% |
| **MIAMI Total** | | | **$578,422.82** | **2.69%** |
| NASHVILLE | 206 | Cash/Trade Disc Mdse Value(G) | $787.22 | 0.00% |
| | 301 | Anticipation/Int Not Taken | 2,161.76 | 0.01% |
| | 401 | Price Overcharge on Invoice | 32,797.09 | 0.15% |
| | 405 | Overcharges - By Comparison | 109,239.92 | 0.51% |
| | 504 | Defective Allowance | 917.82 | 0.00% |
| | 506 | Deal/Promotional Allowance | 342,539.62 | 1.59% |
| | 507 | Quantity/Truckload Allowance | 7,380.00 | 0.03% |
| | 509 | Price Protection | 73,890.71 | 0.34% |
| | 511 | Display Allowance | 58,205.03 | 0.27% |
| | 515 | Primary Code For Deal Protect | 575,424.76 | 2.67% |
| | 520 | Intro/Slotting/New Distrib | 147,541.72 | 0.69% |
| | 521 | Volume Rebates | - | 0.00% |
| | 522 | Deal Allowances due on Shortag | 95,205.60 | 0.44% |

*Answers beyond the numbers.*™

# ABC Company
*2000 Accounts Payable Recovery Audit*

| DIVISION | CODE | CLAIM DESCRIPTION | NET AMOUNT | % TO TOTAL |
|---|---|---|---:|---:|
| NASHVILLE | 599 | Allowances - All Other | - | 0.00% |
| | 601 | Duplicate Payment - Invoice | 8,164.01 | 0.04% |
| | 704 | Misc. Chargeback Error | 91.50 | 0.00% |
| | 800 | Handling Charge Due on Returns | 384.00 | 0.00% |
| | 899 | All Other Errors (Infrequent) | 17,633.84 | 0.08% |
| **NASHVILLE Total** | | | **$1,472,364.60** | **6.84%** |
| LANDOVER | 202 | Cash/Trade Disc Deduct Wrong R | $4,150.37 | 0.02% |
| | 206 | Cash/Trade Disc Mdse Value(G) | 654.66 | 0.00% |
| | 301 | Anticipation/Int Not Taken | 2,730.28 | 0.01% |
| | 401 | Price Overcharge on Invoice | 24,514.24 | 0.11% |
| | 405 | Overcharges - By Comparison | 19,497.23 | 0.09% |
| | 504 | Defective Allowance | 4,342.38 | 0.02% |
| | 506 | Deal/Promotional Allowance | 152,008.78 | 0.71% |
| | 509 | Price Protection | 30,530.69 | 0.14% |
| | 511 | Display Allowance | 15,395.05 | 0.07% |
| | 515 | Primary Code For Deal Protect | 118,262.81 | 0.55% |
| | 520 | Intro/Slotting/New Distrib | 91,123.85 | 0.42% |
| | 521 | Volume Rebates | 1,668.25 | 0.01% |
| | 522 | Deal Allowances due on Shortag | 67,723.32 | 0.31% |
| | 601 | Duplicate Payment - Invoice | 4,558.10 | 0.02% |
| | 800 | Handling Charge Due on Returns | 49,651.28 | 0.23% |
| | 899 | All Other Errors (Infrequent) | 4,398.86 | 0.02% |
| **LANDOVER Total** | | | **$591,210.15** | **2.75%** |
| OAKLAND | 202 | Cash/Trade Disc Deduct Wrong R | $2,264.77 | 0.01% |
| | 206 | Cash/Trade Disc Mdse Value(G) | 53.67 | 0.00% |
| | 301 | Anticipation/Int Not Taken | 487.02 | 0.00% |
| | 401 | Price Overcharge on Invoice | 9,443.69 | 0.04% |
| | 405 | Overcharges - By Comparison | 185.08 | 0.00% |
| | 504 | Defective Allowance | 643.27 | 0.00% |
| | 506 | Deal/Promotional Allowance | 76,672.80 | 0.36% |
| | 507 | Quantity/Truckload Allowance | 7,900.00 | 0.04% |
| | 509 | Price Protection | 38,702.04 | 0.18% |
| | 511 | Display Allowance | 8,889.24 | 0.04% |
| | 515 | Primary Code For Deal Protect | 39,298.24 | 0.18% |
| | 520 | Intro/Slotting/New Distrib | 32,500.00 | 0.15% |
| | 522 | Deal Allowances due on Shortag | 28,837.46 | 0.13% |
| | 704 | Misc. Chargeback Error | 15,680.00 | 0.07% |
| | 800 | Handling Charge Due on Returns | 119,803.40 | 0.56% |
| | 899 | All Other Errors (Infrequent) | 2,447.14 | 0.01% |
| **OAKLAND Total** | | | **$383,807.82** | **1.78%** |
| OKLAHOMA CITY | 155 | Truckload shipments | $19,650.90 | 0.09% |
| | 202 | Cash/Trade Disc Deduct Wrong R | 4,936.86 | 0.02% |
| | 206 | Cash/Trade Disc Mdse Value(G) | 994.98 | 0.00% |
| | 301 | Anticipation/Int Not Taken | 18,490.51 | 0.09% |
| | 401 | Price Overcharge on Invoice | 6,516.88 | 0.03% |
| | 405 | Overcharges - By Comparison | 34,483.09 | 0.16% |
| | 501 | Advertising Allowance | 7,582.68 | 0.04% |
| | 504 | Defective Allowance | 760.55 | 0.00% |
| | 506 | Deal/Promotional Allowance | 201,840.22 | 0.94% |
| | 507 | Quantity/Truckload Allowance | 7,500.00 | 0.03% |

**ABC Company** — *2000 Accounts Payable Recovery Audit*

| DIVISION | CODE | CLAIM DESCRIPTION | NET AMOUNT | % TO TOTAL |
|---|---|---|---:|---:|
| OKLAHOMA CITY | 508 | Early Buy Allowance | - | 0.00% |
| | 509 | Price Protection | 94,122.31 | 0.44% |
| | 511 | Display Allowance | 10,450.11 | 0.05% |
| | 515 | Primary Code For Deal Protect | 325,193.44 | 1.51% |
| | 520 | Intro/Slotting/New Distrib | 120,884.66 | 0.56% |
| | 521 | Volume Rebates | 7,742.25 | 0.04% |
| | 522 | Deal Allowances due on Shortag | 48,478.58 | 0.23% |
| | 599 | Allowances - All Other | 20,386.12 | 0.09% |
| | 601 | Duplicate Payment - Invoice | 10,373.60 | 0.05% |
| | 704 | Misc. Chargeback Error | 74.10 | 0.00% |
| | 800 | Handling Charge Due on Returns | 264,421.16 | 1.23% |
| | 899 | All Other Errors (Infrequent) | 20,884.28 | 0.10% |
| **OKLAHOMA CITY Total** | | | **$1,225,767.28** | **5.69%** |
| SAN DIEGO | 206 | Cash/Trade Disc Mdse Value(G) | $1,211.76 | 0.01% |
| | 301 | Anticipation/Int Not Taken | 16,259.25 | 0.08% |
| | 401 | Price Overcharge on Invoice | 159,949.55 | 0.74% |
| | 405 | Overcharges - By Comparison | 144,355.50 | 0.67% |
| | 504 | Defective Allowance | - | 0.00% |
| | 506 | Deal/Promotional Allowance | 577,895.68 | 2.68% |
| | 508 | Early Buy Allowance | - | 0.00% |
| | 509 | Price Protection | 204,353.22 | 0.95% |
| | 511 | Display Allowance | 58,336.11 | 0.27% |
| | 515 | Primary Code For Deal Protect | 873,862.43 | 4.06% |
| | 520 | Intro/Slotting/New Distrib | 239,814.48 | 1.11% |
| | 521 | Volume Rebates | 6,492.75 | 0.03% |
| | 522 | Deal Allowances due on Shortag | 166,559.13 | 0.77% |
| | 704 | Misc. Chargeback Error | 2,000.00 | 0.01% |
| | 800 | Handling Charge Due on Returns | 229,872.85 | 1.07% |
| | 899 | All Other Errors (Infrequent) | 35,997.19 | 0.17% |
| **SAN DIEGO Total** | | | **$2,716,959.90** | **12.62%** |
| SACRAMENTO | 202 | Cash/Trade Disc Deduct Wrong R | $3,758.95 | 0.02% |
| | 301 | Anticipation/Int Not Taken | 10,235.27 | 0.05% |
| | 302 | Anticipate/Int Taken Wrong Rte | 46.05 | 0.00% |
| | 401 | Price Overcharge on Invoice | 21,621.93 | 0.10% |
| | 405 | Overcharges - By Comparison | 25,244.67 | 0.12% |
| | 504 | Defective Allowance | 2,173.35 | 0.01% |
| | 506 | Deal/Promotional Allowance | 210,809.66 | 0.98% |
| | 508 | Early Buy Allowance | - | 0.00% |
| | 509 | Price Protection | 90,503.77 | 0.42% |
| | 511 | Display Allowance | 17,006.59 | 0.08% |
| | 515 | Primary Code For Deal Protect | 498,416.04 | 2.32% |
| | 520 | Intro/Slotting/New Distrib | 85,978.80 | 0.40% |
| | 521 | Volume Rebates | 658.75 | 0.00% |
| | 522 | Deal Allowances due on Shortag | 73,529.46 | 0.34% |
| | 800 | Handling Charge Due on Returns | 106,074.03 | 0.49% |
| | 899 | All Other Errors (Infrequent) | 24,876.00 | 0.12% |
| **SACRAMENTO Total** | | | **$1,170,933.32** | **5.44%** |
| SACRAMENTO | 206 | Cash/Trade Disc Mdse Value(G) | $4,260.51 | 0.02% |
| | 301 | Anticipation/Int Not Taken | 2,598.48 | 0.01% |
| | 401 | Price Overcharge on Invoice | 35,964.34 | 0.17% |

AUDIT ANALYSIS & MANAGEMENT REPORT

## ABC Company
*2000 Accounts Payable Recovery Audit*

| DIVISION | CODE | CLAIM DESCRIPTION | NET AMOUNT | % TO TOTAL |
|---|---|---|---:|---:|
| SACRAMENTO | 405 | Overcharges - By Comparison | 4,765.07 | 0.02% |
|  | 504 | Defective Allowance | 2,604.62 | 0.01% |
|  | 506 | Deal/Promotional Allowance | 41,981.58 | 0.20% |
|  | 509 | Price Protection | 35,350.59 | 0.16% |
|  | 515 | Primary Code For Deal Protect | 45,871.29 | 0.21% |
|  | 520 | Intro/Slotting/New Distrib | 12,261.22 | 0.06% |
|  | 522 | Deal Allowances due on Shortag | 24,996.70 | 0.12% |
|  | 800 | Handling Charge Due on Returns | 35.25 | 0.00% |
| **SACRAMENTO Total** |  |  | **$210,689.65** | **0.98%** |
| SALT LAKE CITY | 202 | Cash/Trade Disc Deduct Wrong R | $3,164.86 | 0.01% |
|  | 206 | Cash/Trade Disc Mdse Value(G) | 564.62 | 0.00% |
|  | 301 | Anticipation/Int Not Taken | 1,509.43 | 0.01% |
|  | 401 | Price Overcharge on Invoice | 13,771.54 | 0.06% |
|  | 405 | Overcharges - By Comparison | 10,690.30 | 0.05% |
|  | 504 | Defective Allowance | 555.11 | 0.00% |
|  | 506 | Deal/Promotional Allowance | 87,975.71 | 0.41% |
|  | 508 | Early Buy Allowance | - | 0.00% |
|  | 509 | Price Protection | 47,435.04 | 0.22% |
|  | 511 | Display Allowance | 11,734.23 | 0.05% |
|  | 515 | Primary Code For Deal Protect | 202,776.09 | 0.94% |
|  | 520 | Intro/Slotting/New Distrib | 61,232.34 | 0.28% |
|  | 521 | Volume Rebates | 1,475.75 | 0.01% |
|  | 522 | Deal Allowances due on Shortag | 21,252.46 | 0.10% |
|  | 800 | Handling Charge Due on Returns | 56,381.69 | 0.26% |
|  | 899 | All Other Errors (Infrequent) | 16,894.86 | 0.08% |
| **SALT LAKE CITY Total** |  |  | **$537,414.03** | **2.50%** |
| SAN ANTONIO | 301 | Anticipation/Int Not Taken | 2,263.14 | 0.01% |
|  | 504 | Defective Allowance | 16.34 | 0.00% |
|  | 506 | Deal/Promotional Allowance | 80.64 | 0.00% |
|  | 509 | Price Protection | - | 0.00% |
|  | 520 | Intro/Slotting/New Distrib | 10,750.00 | 0.05% |
|  | 601 | Duplicate Payment - Invoice | 108.00 | 0.00% |
| **SAN ANTONIO Total** |  |  | **$13,218.12** | **0.06%** |
| NEW HAVEN | 202 | Cash/Trade Disc Deduct Wrong R | $2,966.14 | 0.01% |
|  | 206 | Cash/Trade Disc Mdse Value(G) | 2,817.21 | 0.01% |
|  | 301 | Anticipation/Int Not Taken | 5,314.49 | 0.02% |
|  | 401 | Price Overcharge on Invoice | 33,798.56 | 0.16% |
|  | 402 | Price Errors on Returns | 459.84 | 0.00% |
|  | 405 | Overcharges - By Comparison | 16,916.06 | 0.08% |
|  | 504 | Defective Allowance | 1,673.41 | 0.01% |
|  | 506 | Deal/Promotional Allowance | 286,524.98 | 1.33% |
|  | 507 | Quantity/Truckload Allowance | 877.20 | 0.00% |
|  | 509 | Price Protection | 58,167.73 | 0.27% |
|  | 511 | Display Allowance | 15,801.26 | 0.07% |
|  | 515 | Primary Code For Deal Protect | 773,868.15 | 3.59% |
|  | 520 | Intro/Slotting/New Distrib | 63,309.06 | 0.29% |
|  | 521 | Volume Rebates | 3,117.50 | 0.01% |
|  | 522 | Deal Allowances due on Shortag | 172,328.72 | 0.80% |
|  | 599 | Allowances - All Other | 78,546.74 | 0.36% |

*Answers beyond the numbers.*™

# ABC Company
*2000 Accounts Payable Recovery Audit*

| DIVISION | CODE | CLAIM DESCRIPTION | NET AMOUNT | % TO TOTAL |
|---|---|---|---:|---:|
| NEW HAVEN | 601 | Duplicate Payment - Invoice | 151.05 | 0.00% |
| | 704 | Misc. Chargeback Error | 81.00 | 0.00% |
| | 800 | Handling Charge Due on Returns | 239,233.07 | 1.11% |
| | 899 | All Other Errors (Infrequent) | 4,212.87 | 0.02% |
| **NEW HAVEN Total** | | | **$1,760,165.04** | **8.18%** |
| TOPEKA | 206 | Cash/Trade Disc Mdse Value(G) | $682.19 | 0.00% |
| | 401 | Price Overcharge on Invoice | 530.78 | 0.00% |
| | 405 | Overcharges - By Comparison | 522.00 | 0.00% |
| | 504 | Defective Allowance | 1,244.40 | 0.01% |
| | 506 | Deal/Promotional Allowance | 6,661.41 | 0.03% |
| | 507 | Quantity/Truckload Allowance | - | 0.00% |
| | 509 | Price Protection | 12,879.72 | 0.06% |
| | 515 | Primary Code For Deal Protect | 4,019.63 | 0.02% |
| | 520 | Intro/Slotting/New Distrib | 1,663.86 | 0.01% |
| | 522 | Deal Allowances due on Shortag | 2,455.34 | 0.01% |
| **TOPEKA Total** | | | **$30,659.33** | **0.14%** |
| PARIS | 202 | Cash/Trade Disc Deduct Wrong R | $1,099.35 | 0.01% |
| | 206 | Cash/Trade Disc Mdse Value(G) | 802.09 | 0.00% |
| | 301 | Anticipation/Int Not Taken | 12,727.13 | 0.06% |
| | 401 | Price Overcharge on Invoice | 7,915.22 | 0.04% |
| | 405 | Overcharges - By Comparison | 17,740.35 | 0.08% |
| | 504 | Defective Allowance | 888.01 | 0.00% |
| | 506 | Deal/Promotional Allowance | 182,870.16 | 0.85% |
| | 509 | Price Protection | 117,334.38 | 0.55% |
| | 511 | Display Allowance | 20,550.09 | 0.10% |
| | 515 | Primary Code For Deal Protect | 194,255.42 | 0.90% |
| | 520 | Intro/Slotting/New Distrib | 47,153.50 | 0.22% |
| | 522 | Deal Allowances due on Shortag | 42,633.85 | 0.20% |
| | 899 | All Other Errors (Infrequent) | 18,516.96 | 0.09% |
| **PARIS Total** | | | **$664,486.51** | **3.09%** |
| YORK | 202 | Cash/Trade Disc Deduct Wrong R | $215.67 | 0.00% |
| | 301 | Anticipation/Int Not Taken | 2,536.21 | 0.01% |
| | 401 | Price Overcharge on Invoice | 59.57 | 0.00% |
| | 405 | Overcharges - By Comparison | 220.24 | 0.00% |
| | 504 | Defective Allowance | 91.90 | 0.00% |
| | 506 | Deal/Promotional Allowance | 28,518.18 | 0.13% |
| | 509 | Price Protection | 19,502.20 | 0.09% |
| | 511 | Display Allowance | 9,190.15 | 0.04% |
| | 515 | Primary Code For Deal Protect | 19,347.13 | 0.09% |
| | 520 | Intro/Slotting/New Distrib | 33,181.80 | 0.15% |
| | 522 | Deal Allowances due on Shortag | 12,308.11 | 0.06% |
| | 601 | Duplicate Payment - Invoice | 390.00 | 0.00% |
| | 899 | All Other Errors (Infrequent) | 2,704.76 | 0.01% |
| **YORK Total** | | | **$128,265.92** | **0.60%** |
| **Grand Total** | | | **$21,527,830.54** | **100.00%** |

**ABC Company**

*2000 Accounts Payable Recovery Audit*

**Detailed Claim Listing Reports in CD include:**

- Claims by Division by Type Code
- Claims by Division by Vendor Name
- Claims by Division by Vendor Recovery Volume (descending order)
- Claims Summary by Division
- Claims Summary Type Code
- Claims by Type Code by Vendor Name
- Claims by Vendor Name Type Code
- Claims Summary by Vendor Recovery Volume (descending order)

**EXHIBIT "C"**

Oracle Claims Written in 2000 - 2001

| Country | Vendor | Corp Client | Audit# | Audit Desc | AuditYear | Claim Category |
|---------|--------|-------------|--------|------------|-----------|----------------|

REDACTED

Oracle Claims Written in 2000 - 2001

| Country | Vendor | Corp Client | Audit# | Audit Desc | AuditYear | Claim Category |
|---|---|---|---|---|---|---|

REDACTED

Oracle Claims Written in 2000 - 2001

| Type Code | Claim description | Claim # | Date Entered | Invoice Date | Gross | Cancel | Paybk | Net |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | $ - |
| | | | | | | | | $ 1,500.00 |
| | | | | | | | | $ - |
| | | | | | | | | $ 10,162.72 |
| | | | | | | | | $ - |
| | | | | | | | | $ 1,524.99 |
| | | | | | | | | $ 440.00 |
| | | | | | | | | $ 16,165.39 |
| | | | | | | | | $ - |
| | | | | | | | | $ 3,030.15 |
| | | | | | | | | $ 2,335.75 |
| | | | | | | | | $ 10,551.13 |
| | | | | | | | | $ - |
| | | | | | | | | $ - |
| | | | | | | | | $ - |
| | | | | | | | | $ 2,200.00 |
| | | | | | | | | $ 132,801.52 |
| | | | | | | | | $ 14,781.78 |
| | | | | | | | | $ 9,144.60 |
| | | | | | | | | $ 62,932.13 |
| | | | | | | | | $ 7,087.50 |
| | | | | | | | | $ 15,000.00 |
| | | | | | | | | $ 5,391.30 |
| | | | | | | | | $ 135.00 |
| | | | | | | | | $ 88.00 |
| | | | | | | | | $ 32,564.01 |
| | | | | | | | | $ - |
| | | | | | | | | $ - |
| | | | | | | | | $ 2,305.14 |
| | | | | | | | | $ 1,920.00 |
| | | | | | | | | $ - |
| | | | | | | | | $ 13,500.00 |
| | | | | | | | | $ - |
| | | | | | | | | $ 1,200.00 |
| | | | | | | | | $ 151.56 |
| | | | | | | | | $ 3,973.42 |
| | | | | | | | | $ 8,305.60 |
| | | | | | | | | $ 7,775.46 |
| | | | | | | | | $ 4,908.75 |
| | | | | | | | | $ 4,462.50 |
| | | | | | | | | $ - |
REDACTED

## Oracle Claims Written in 2000 - 2001

| Type Code | Claim description | Claim # | Date Entered | Invoice Date | Gross | Cancel | Paybk | Net |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | $ - |
| | | | | | | | | $ 1,875.00 |
| | | | | | | | | $ 3,500.00 |
| | | | | | | | | $ - |
| | | | | | | | | $ - |
| | | | | | | | | $ - |
| | | | | | | | | $ 26,716.80 |
| | | | | | | | | $ - |
| | | | | | | | | $ - |
| | | | | | | | | $ - |
| | | | | | | | | $ - |
| | | | | | | | | $ - |
| | | | | | | | | $ 1,169,795.31 |
| | | | | | | | | $ 30,920.21 |
| | | | | | | | | $ 21,158.00 |
| | | | | | | | | $ - |
| | | | | | | | | $ 780.38 |
| | | | | | | | | $ 94.47 |
| | | | | | | | | $ 16.87 |
| | | | | | | | | $ 1,768.78 |
| | | | | | | | | $ 1,632,964.23 |

REDACTED

PRG Confidential

**EXHIBIT "D"**



## Professional Service Agreement

Agreement dated __July 2_____, 2001 between **The Profit Recovery Group USA, Inc.** located at 26311 Junipero Serra Road, Suite 200, San Juan Capistrano, CA 92675 (herein called "Firm"), and
REDACTED (herein called "Client").

In consideration of the mutual promises herein contained, Firm and Client agree that:

### 1. SCOPE OF SERVICES
During the term of this Agreement, Firm shall, to the best of its ability and skill, perform an audit of Client's disbursements, including verification of price terms and conditions, and related regulatory matters in order to identify recoveries on behalf of the Client. Client will provide Firm with disbursement data for the three previous years and Firm will use its patented ScanSearch™ technology to review one hundred percent of Client's transactions and create the audit tools and analytical reports needed to perform an efficient and effective audit.

Firm's major objective will be to identify overpayments made by Client when paying suppliers' invoices for inventory, supplies, services, capital projects, and other expenses. The audit will identify payment errors including, but not limited to: duplicate payments, pricing errors, missed rebates or discounts, unrecorded purchase returns, unnecessary escheatment, sales or use taxes and other recoveries creating economic benefit for Client. Client will notify Firm in advance if there are any particular areas to be excluded from the Scope of Services. Client will provide final approval of Firm's identified payment errors prior to declaring them "recoverable".

This audit will be performed on a contingency basis whereby a percentage of the recoveries will be earned by the Firm. The audit will be completed without any out of pocket costs to Client, and with no disruption to supplier relationships. Firm will pull and re-file all supporting documentation required to validate each recovery, and will require minimal support from Client's staff. Such services shall be rendered by Firm as an independent contractor and not as an employee of Client. The scope of this agreement shall include all previous time periods up to, but not including, 90 days prior to the commencement of the audit. However, the 90 days shall be a moving period of time based upon the length of the audit.

### 2. PAYMENT RATES AND BILLING
As compensation for services to be performed by Firm hereunder, Client will pay Firm:

Fifty percent (50%) of the amount recovered. Recovery is defined as: (1) refund checks received from Client's suppliers, (2) credit memos not previously recorded in Client's general ledger, which were identified by Firm, received from Client's suppliers and subsequently processed by Client, and (3) accounting entries or offsets reducing current accrued liabilities. Firm shall bear all of the incidental expenses and costs associated with performing the audit. If collection efforts are pursued, Firm and Client agree to share net recoveries as a result of such effort. Firm will invoice Client only after Client has recorded the recovery. Invoices submitted by Firm will make reference to this Agreement or otherwise identify the invoice in such a manner as Client may require and provide complete supporting detail. The payment rates are based on the complete Scope of Services described above. Client agrees that it will not disclose any elements of this fee structure to any other third parties.

### 3. CONFIDENTIAL INFORMATION
Firm shall preserve as confidential all information pertaining to Client's business and all technical and proprietary information obtained from Client in the performance of this Agreement. At no time will any Client documentation leave the Client's premises. Firm shall sign Client's standard Non Disclosure Agreement.

**CONFIDENTIAL**

### 4. TERMINATION

This Agreement may be terminated at any time by either party upon ten (10) days written notice to the other party. In the event of such termination, Client shall have no further obligation to Firm except to make any payments which may have theretofore become due.

### 5. REPORTS

Firm shall furnish reports to Client from time to time, when requested, in such form and number as may be required by Client, concerning activities of Firm under this Agreement, and shall make a final report or reports as may be required by Client.

### 6. ADDENDUM

Client agrees to process all recoveries through its system within ten (10) business days upon receipt from Firm and supply Firm with periodic progress reports regarding collection of audit recoveries. Client agrees to actively pursue all sales tax recoveries that have been approved by Client Tax Department and authenticated by an appropriate state agency. Firm agrees to abide by all laws and use only ethical means to identify and collect over payments.

This Agreement is the entire agreement of the parties with respect to the subject matter hereof and supersedes all prior discussions, arrangements, understandings and agreements between the parties. This Agreement may only be modified in a writing executed by the parties.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written. Each person signing this Agreement represents and warrants that such person is fully authorized to execute and enter into this Agreement on behalf of the company named above his or her signature.

The Profit Recovery Group USA, Inc.

by [signature]                                              by _____

title  VP Inside Sales                                      title _____          **REDACTED**

date  8-9-01                                                date _____

CONFIDENTIAL