1  Mark E. McKeen (State Bar No. 130950)
   Shinyung Oh (State Bar No. 209649)
2  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   55 Second Street, 24th Floor
3  San Francisco, CA 94105-3441
   Telephone: (415) 856-7000
4  Facsimile: (415) 856-7100

5  Attorneys for Non-Party
   PRG-SCHULTZ USA, INC.,
6  f/k/a PROFIT RECOVERY GROUP

7

8               UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                  SAN FRANCISCO DIVISION

11

12 | In re ORACLE CORPORATION         CASE NO. C-01-0988-MJJ (Consolidated)
   | SECURITIES LITIGATION
13 |                                  **PROOF OF SERVICE BY MAIL**

14 |                                  **DATE:**     August 19, 2005
   |                                  **TIME:**     9:30 a.m.
15 |                                  **COURTROOM:** A, 15th Floor

16 |                                  Magistrate Judge Joseph C. Spero

17

18

...

28

Case No. CIV C01-0988-MJJ                      PROOF OF SERVICE BY MAIL

I am employed in the City and County of San Francisco, State of California. I am over the age of 18, and not a party to the within action. My business address is 55 Second Street, Twenty-Fourth Floor, San Francisco, California 94105-3441.

On August 15, 2005, I served the foregoing document(s) described as:

**NON-PARTY PRG-SCHULTZ, USA, INC.'S RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL PROFIT RECOVERY GROUP-SCHULTZ, INC.'S PRODUCTION OF DOCUMENTS IN COMPLIANCE WITH SUBPOENA**

**DECLARATION OF MARTEZ D. ANDREWS IN OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL PROFIT RECOVERY GROUP-SCHULTZ, USA, INC.'S PRODUCTION OF DOCUMENTS IN COMPLIANCE WITH SUBPOENA**

**DECLARATION OF HENRY R. CHALMERS IN OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL PROFIT RECOVERY GROUP-SCHULTZ, USA, INC.'S PRODUCTION OF DOCUMENTS IN COMPLIANCE WITH SUBPOENA**

**DECLARATION OF CLINTON McKELLAR, JR. IN OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL PROFIT RECOVERY GROUP-SCHULTZ, USA, INC.'S PRODUCTION OF DOCUMENTS IN COMPLIANCE WITH SUBPOENA**

on the interested parties by placing true and correct copies thereof in sealed envelopes addressed as follows:

**See Attached Service List**

[x] **VIA U.S. MAIL:**

I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice such sealed envelope(s) would be deposited with the U.S. postal service on August 15, 2005 with postage thereon fully prepaid, at San Francisco, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on August 15, 2005, at San Francisco, California.

/s/ Jessi A. Knight
Jessi A. Knight

| | |
|---|---|
| Dorian E. Daley, Esq.<br>ORACLE USA, INC.<br>500 Oracle Parkway (Redwood Shores)<br>Legal Department<br>Redwood City, CA 94065<br>Telephone: (650) 506-7000<br>Facsimile: (650) 506-7114 | Brian P. Murray<br>MURRAY, FRANK & SAILER LLP<br>275 Madison Avenue<br>New York, NY 10016<br>Telephone: (212) 682-1818<br>Facsimile: (212) 682-1892 |
| Corey D. Holzer<br>HOLZER HOLZER & CANNON, LLC<br>1117 Perimeter Center West, Suite E-107<br>Atlanta, GA 30338<br>Telephone: (770) 392-0090<br>Facsimile: (770) 392-0029 | Alan N. Salpeter<br>MAYER, BROWN, ROWE & MAW LLP<br>190 South La Salle Street<br>Chicago, IL 60603-3441<br>Telephone: (312) 782-0600<br>Facsimile: (312) 701-7711 |

SF/375900.1