LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
WILLIAM S. LERACH (68581)
MARK SOLOMON (151949)
DOUGLAS R. BRITTON (188769)
401 B Street, Suite 1600
San Diego, CA  92101
Telephone: 619/231-1058
619/231-7423 (fax)
    – and –
SHAWN A. WILLIAMS (213113)
WILLOW E. RADCLIFFE (200087)
ELI R. GREENSTEIN (217945)
JENNIE LEE ANDERSON (203586)
MONIQUE C. WINKLER (213031)
100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone: 415/288-4545
415/288-4534 (fax)

Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION | Master File No. C-01-0988-MJJ |
| | CLASS ACTION |
| This Document Relates To: | DECLARATION OF JENNIE LEE ANDERSON IN SUPPORT OF MOTION TO COMPEL PROFIT RECOVERY GROUP-SCHULTZ, INC.'S PRODUCTION OF DOCUMENTS IN COMPLIANCE WITH SUBPOENA |
| ALL ACTIONS. | |
| | DATE: August 19, 2005<br>TIME: 9:30 a.m.<br>CTRM: The Honorable Joseph C. Spero |

I, Jennie Lee Anderson, declare as follows:

1. I am an attorney licensed to practice in the State of California and an associate at the law firm of Lerach Coughlin Stoia Geller Rudman & Robbins, LLP ("Lerach Coughlin"), lead counsel for class plaintiffs in this case. I am admitted to practice in the United States District Courts for both the Eastern District of California and the Northern District of California. I have personal knowledge of the facts set forth below, or where I do not have personal knowledge, I am informed and believe the stated facts to be true and correct.

2. Attached hereto as Exhibit A is a true and correct copy of Plaintiffs' Revised Second Amended Complaint for Violations of the Federal Securities Laws.

3. Attached hereto as Exhibit D is a true and correct copy of a February 27, 2003 letter sent by Lerach Coughlin (formerly Milberg Weiss Bershad Hynes & Lerach, LLP) partner Shawn A. Williams to Profit Recovery Group – Schultz, Inc. ("PRG") directing PRG to preserve all documents relating to the allegations in Plaintiffs' Revised Second Amended Complaint for Violations of the Federal Securities Laws in the above-captioned case.

4. Attached hereto as Exhibit C is a true and correct copy of the Revised Stipulated Protective Order Governing Confidentiality, *In re Oracle Corp. Sec. Litig.*, Case No. C-01-0988 MJJ (N.D. Cal.) (Jan. 11, 2005).

5. Attached hereto as Exhibit E is a true and correct copy of Amended Pretrial Order, *In re Oracle Corp. Sec. Litig.*, Case No. C-01-0988 MJJ (N.D. Cal.) (Dec. 7, 2004).

6. Attached hereto as Exhibit G is a true and correct copy of the March 10, 2005 Amended Order Setting a Discovery Plan, issued by Magistrate Judge Joseph C. Spero.

7. On April 14, 2005, I contacted by telephone Clint McKellar, general counsel for third party PRG, regarding PRG's responses to plaintiffs' December 15, 2005 Subpoena for Production of Documents issued in the above-captioned matter. I informed Mr. McKellar that PRG's production was incomplete because no requested documents relating its efforts to audit, collect or recover customer overpayments to Oracle Corporation ("Oracle") had been produced. Mr. McKellar stated that PRG contended that the language of the subpoena did not reach documents relating to its clients,

DECL OF JENNIE LEE ANDERSON IN SUPP OF MOTION TO COMPEL PROFIT RECOVERY GROUP-SCHULTZ, INC.'S PRODUCTION OF DOCUMENTS - C-01-0988-MJJ                                             - 1 -

1 and further stated that PRG would not produce documents unless plaintiffs served a revised
2 subpoena.

3   8.   On April 20, 2005, I left a message for Mr. McKellar indicating that plaintiffs would
4 serve an amended subpoena to eliminate any dispute over whether the language of the December 15,
5 2004 subpoena reached the documents sought by plaintiffs.

6   9.   Attached hereto as Exhibit F is a true and correct copy of the December 15, 2005
7 Subpoena for Production of Documents served by plaintiffs to PRG in this case.

8   10.   Attached hereto as Exhibit H is a true and correct copy of the April 22, 2005
9 Subpoena for Production of Documents served by plaintiffs to PRG in this case.

10   11.   Attached hereto as Exhibit I is a true and correct copy of the May 6, 2005 letter from
11 Henry R. Chalmers, attorney with Arnall Golden Gregory, L.L.P., outside legal counsel for PRG, to
12 attorney, Eli R. Greenstein of Lerach Coughlin, attorneys for plaintiffs.

13   12.   Attached hereto as Exhibit J is a true and correct copy of Jennie Lee Anderson's May
14 17, 2005 letter to Henry R. Chalmers regarding the subpoena served on PRG in the above-captioned
15 matter.

16   13.   Attached hereto as Exhibit K is a true and correct copy of Henry R. Chalmers' May
17 18, 2005 letter to Jennie Lee Anderson regarding the subpoena served on PRG in the above-
18 captioned matter.

19   14.   Attached hereto as Exhibit L is a true and correct copy of Jennie Lee Anderson's May
20 25, 2005 letter to Henry R. Chalmers regarding the subpoena served on PRG in the above-captioned
21 matter.

22   15.   Attached hereto as Exhibit R is a true and correct copy of the May 26, 2005 letter
23 from Henry R. Chalmers to Jennie Lee Anderson regarding the subpoena served on PRG in the
24 above-captioned matter.

25   16.   Attached hereto as Exhibit M is a true and correct copy of Jennie Lee Anderson's
26 May 31, 2005 letter to Henry R. Chalmers regarding the subpoena served on PRG in the above-
27 captioned matter.

28 DECL OF JENNIE LEE ANDERSON IN SUPP OF MOTION TO COMPEL PROFIT RECOVERY GROUP-SCHULTZ, INC.'S PRODUCTION OF DOCUMENTS - C-01-0988-MJJ        - 2 -

17. On June 29, 2005, I contacted Henry R. Chalmers by telephone to confirm that PRG's position with respect to the production of documents had not changed. Mr. Chalmers verified that PRG remained unwilling to produce documents. Mr. Chalmers also confirmed that PRG had not received permission to release documents from any of its clients. I asked PRG to submit to jurisdiction in the Northern District of California for resolution of the matter, because the underlying action is pending in that court. PRG has not agreed to do so. The subpoena was issued in the Eastern District of California.

18. Attached hereto as Exhibit N is a true and correct copy of an internal PRG e-mail dated November 15, 2001, regarding obtaining documents from Oracle relating to overpayments and debit memos. This document was obtained through plaintiffs' independent investigation.

19. Attached hereto as Exhibit P is a true and correct copy of an e-mail exchanged among and between Oracle Collections Analyst, Justin Backs, Eli Lilly, employee Joseph Gore, and PRG analyst CW 46, regarding requests for a transaction history, dated November 27, 2001. This document was obtained through plaintiffs' independent investigation.

20. Attached hereto as Exhibit Q is a true and correct copy of Sprint Senior Attorney, Cynthia Scherb's June 20, 2005 letter to plaintiffs' counsel regarding documents produced in response to the subpoena served in the above-captioned matter.

21. Attached hereto as Exhibits O are true and correct copies of Exhibits attached to Plaintiffs' Revised Second Amended Complaint for Violations of the Federal Securities Laws, Exs. 31-33 and 39-41, respectively.

22. Attached hereto as Exhibit B is a true and correct copy of a printout from PRG's website entitled "PRG-Schultz, The Company," (www.prgx.com/prg_schultz).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 15th day of August, 2005, at San Francisco, California.

/S/
JENNIE LEE ANDERSON

DECL OF JENNIE LEE ANDERSON IN SUPP OF MOTION TO COMPEL PROFIT RECOVERY GROUP-SCHULTZ, INC.'S PRODUCTION OF DOCUMENTS - C-01-0988-MJJ  - 3 -

1  T:\CasesSF\Oracle3\DEC00023554_JLA.doc

28 DECL OF JENNIE LEE ANDERSON IN SUPP OF MOTION TO COMPEL PROFIT RECOVERY GROUP-SCHULTZ, INC.'S PRODUCTION OF DOCUMENTS - C-01-0988-MJJ

- 4 -