```
 1 | LERACH COUGHLIN STOIA GELLER
   |   RUDMAN & ROBBINS LLP
 2 | WILLIAM S. LERACH (68581)
   | MARK SOLOMON (151949)
 3 | DOUGLAS R. BRITTON (188769)
   | 401 B Street, Suite 1600
 4 | San Diego, CA 92101
   | Telephone: 619/231-1058
 5 | 619/231-7423 (fax)
   |   – and –
 6 | SHAWN A. WILLIAMS (213113)
   | WILLOW E. RADCLIFFE (200087)
 7 | ELI R. GREENSTEIN (217945)
   | JENNIE LEE ANDERSON (203586)
 8 | MONIQUE C. WINKLER (213031)
   | 100 Pine Street, Suite 2600
 9 | San Francisco, CA 94111
   | Telephone: 415/288-4545
10 | 415/288-4534 (fax)
11 | Lead Counsel for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION | Master File No. C-01-0988-MJJ |
| | CLASS ACTION |
| This Document Relates To: | DECLARATION OF CONFIDENTIAL WITNESS NO. 46 |
| ALL ACTIONS. | DATE: August 19, 2005<br>TIME: 9:30 a.m.<br>CTRM: The Honorable Joseph C. Spero |

[REDACTED]

1  I, _____ declare as follows:

2  1. I am over the age of 18, have personal knowledge of the matters stated below and could and would testify thereto, if called upon.

2. I am Confidential Witness No. 46 identified in Plaintiffs' Revised Second Amended Complaint for Violations of the Federal Securities Laws ("Complaint") in the above-captioned matter pending in the United States District Court for the Northern District of California.

3. I was a financial analyst for the global recovery audit company Profit Recovery Group, subsequently known as Profit Recovery Group-Schultz ("PRG"), from January 2000 to June 2002.

4. My duties as a financial analyst at PRG included the examination of clients' billing and payments documents, including but not limited to billing histories, accounts payable records, invoices, purchase orders and other related documents, to identify and reclaim lost profits resulting from client overpayments to their various vendors.

5. The facts alleged in paragraphs 36(a)-(d), 37(a)-(d), 38(a)-(d) at 15-19, of the Complaint pertaining to my investigation and review of the billing and payment histories of clients who were also Oracle Corporation customers, and statements attributed to me related thereto, are true and correct to the best of my knowledge.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 6th day of July, 2005, at San Diego, California.

T:\Cases\SF\Oracle3\DEC00022305

- 1 -