1
2
3
4
5
6
7
8
9
10
11

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| In re ORACLE CORPORATION SECURITIES LITIGATION | ) ) ) ) ) ) ) ) ) ) | Master File No. C-01-0988-MJJ <br><br> <u>CLASS ACTION</u> <br><br> [PROPOSED] ORDER GRANTING MOTION TO COMPEL PROFIT RECOVERY GROUP – SCHULTZ, INC.'S PRODUCTION OF DOCUMENTS IN COMPLIANCE WITH SUBPOENA |
|---|---|---|
| This Document Relates To: <br><br> ALL ACTIONS. | | |

DATE:   August 19, 2005
TIME:   9:30 a.m.
CTRM:  The Honorable Joseph C. Spero

1    On August 15, 2005, plaintiffs in the above-captioned matter currently pending in the Northern District of California filed a Motion to Compel Profit Recovery Group – Schultz, Inc.'s Production of Documents in Compliance with Subpoena ("Motion to Compel").  Having reviewed the parties' briefings, exhibits submitted therewith, and arguments of counsel, and good cause showing, it is hereby ordered that plaintiffs' Motion to Compel is granted.

The Court hereby directs Profit Recovery Group–Schultz, Inc. to produce all responsive documents relating to the relevant time period, regardless of when the documents were created or dated within two weeks from the entry of this order.

\*   \*   \*

**O R D E R**

IT IS SO ORDERED.

DATED: _____

Magistrate Joseph C. Spero
UNITED STATES DISTRICT JUDGE

Submitted by:

Dated:  August 15, 2005

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
WILLIAM S. LERACH
MARK SOLOMON
DOUGLAS R. BRITTON
401 B Street, Suite 1600
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

SHAWN A. WILLIAMS
WILLOW E. RADCLIFFE
ELI R. GREENSTEIN
JENNIE LEE ANDERSON
MONIQUE C. WINKLER

           /S/
       JENNIE LEE ANDERSON
100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)

Lead Counsel for Plaintiffs
T:\CasesSF\Oracle3\ORD00023552-PRG.doc

[PROPOSED] ORDER GRANTING MOTION TO COMPEL PROFIT RECOVERY GROUP –
SCHULTZ, INC.'S PRODOF DOCS IN COMPLIANCE WITH SUBPOENA – C-01-0988-MJJ          - 1 -