```
 1  LERACH COUGHLIN STOIA GELLER
       RUDMAN & ROBBINS LLP
 2  WILLIAM S. LERACH (68581)
    MARK SOLOMON (151949)
 3  DOUGLAS R. BRITTON (188769)
    401 B Street, Suite 1600
 4  San Diego, CA  92101
    Telephone: 619/231-1058
 5  619/231-7423 (fax)
       – and –
 6  SHAWN A. WILLIAMS (213113)
    WILLOW E. RADCLIFFE (200087)
 7  ELI R. GREENSTEIN (217945)
    JENNIE LEE ANDERSON (203586)
 8  MONIQUE C. WINKLER (213031)
    100 Pine Street, Suite 2600
 9  San Francisco, CA  94111
    Telephone: 415/288-4545
10  415/288-4534 (fax)

11  Lead Counsel for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION | Master File No. C-01-0988-MJJ |
| | <u>CLASS ACTION</u> |
| This Document Relates To:<br><br>ALL ACTIONS. | DECLARATION OF JENNIE LEE ANDERSON IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF MOTION TO COMPEL REPLY IN SUPPORT OF MOTION TO COMPEL PROFIT RECOVERY GROUP-SCHULTZ, INC.'S PRODUCTION OF DOCUMENTS IN COMPLIANCE WITH SUBPOENA |
| | DATE:  August 19, 2005<br>TIME:  9:30 A.M.<br>CTRM:  The Honorable Joseph C. Spero |

I, Jennie Lee Anderson, declare as follows:

1. I am an attorney licensed to practice in the State of California and an associate with the law firm of Lerach Coughlin Stoia Geller Rudman & Robbins LLP, lead counsel for plaintiffs in this case. I have personal knowledge of the facts set forth below, or I am informed and believe them to be true and correct, and could testify regarding these matters if called upon to do so.

2. Attached hereto as Exhibit A is a true and correct copy of Jennie Lee Anderson's July 11, 2005 letter to Henry R. Chalmers, Esq.

3. Attached hereto as Exhibit B is a true and correct copy of Jennie Lee Anderson's July 12, 2005 letter to Henry R. Chalmers, Esq.

4. Attached hereto as Exhibit C is a true and correct copy of Monique C. Winkler's March 11, 2005 letter to Sherry S. Mertz.

5. Attached hereto as Exhibit D is a true and correct copy of a facsimile dated April 18, 2002 from Oracle Collections Analyst, Marisa Christie, to PRG employee, Tad O'Brian, regarding a debit memo.

6. Attached hereto as Exhibit E is a true and correct copy of an "Accounts Payable Debit/Credit Memo Summary" regarding an Oracle refund to KEMET Electronics identifying PRG employee(s), and dated March 19, 2002.

7. Attached hereto as Exhibit F is a true and correct copy of excerpts from *In re Oracle Sec. Litig.*, Case No. C01-0988 MJJ, Transcript of Proceedings before the Honorable Joseph C. Spero, Magistrate (N.D. Cal. Mar. 1, 2005).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: August 15, 2005

/S/
JENNIE LEE ANDERSON

T:\CasesSF\Oracle3\DEC00023549_JLA_PRG.doc

DECLARATION OF JENNIE LEE ANDERSON IN SUPPORT OF PLAINTIFFS'
REPLY IN SUPPORT OF MOTION TO COMPEL REPLY – C-01-0988-MJJ      - 1 -