# Exhibit A



*7*

SAN DIEGO · SAN FRANCISCO
LOS ANGELES · NEW YORK · BOCA RATON
WASHINGTON, DC · HOUSTON
PHILADELPHIA · SEATTLE

Jennie Lee Anderson
JennieA@lerachlaw.com

July 11, 2005

**VIA FACSIMILE**

Henry R. Chalmers
**ARNALL GOLDEN GREGORY LLP**
171 17th Street, N.W.
Suite 2100
Atlanta, GA 30363

> Re:   *In re Oracle Corp. Sec. Litig.*
>        Master File No. C-01-0988-MJJ

Dear Mr. Chalmers:

I write to correct misstatements in your email sent earlier today regarding plaintiffs' motion to compel your client, Profit Recovery Group-Schultz ("PRG"), to produce documents in compliance with the subpoena issued in the above-captioned case.

Plaintiffs did not request that their motion filed in the Eastern District of California be withdrawn and instead filed in the Northern District of California. Rather, plaintiffs asked PRG on June 29, 2005 to consent to jurisdiction in the Northern District for purposes of this motion. PRG did not consent, however, and plaintiffs filed their motion accordingly on July 7, 2005 in the Eastern District of California, where the subpoena was issued. Today PRG told plaintiffs it would consent to jurisdiction in the Northern District of California. Because plaintiffs have already filed their motion in the Eastern District, however, I indicated that plaintiffs would have to take the matter under consideration and get back to you.

Very truly yours,

Jennie Lee Anderson

JLA:krh
T:\CasesSF\Oracle3\Corres\chalmers 7-11-05jla.doc

100 Pine Street, 26th Floor · San Francisco, CA 94111 · 415.288.4545 · Fax 415.288.4534 · www.lerachlaw.com