Exhibit B



**LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS** LLP

SAN DIEGO · SAN FRANCISCO
LOS ANGELES · NEW YORK · BOCA RATON
WASHINGTON, DC · HOUSTON
PHILADELPHIA · SEATTLE

Jennie Lee Anderson
JennieA@lerachlaw.com

July 12, 2005

<u>VIA FACSIMILE</u>

Henry R. Chalmers
ARNALL GOLDEN GREGORY LLP
171 17th Street, N.W.
Suite 2100
Atlanta, GA 30363

Re: *In re Oracle Corp. Sec. Litig.*
Master File No. C-01-0988-MJJ

Dear Mr. Chalmers:

This letter follows up on our conversation yesterday regarding plaintiffs' motion to compel Profit Recovery Group-Schultz, Inc. ("PRG") to produce documents in compliance with the subpoena served in the above-captioned case. Because plaintiffs have properly filed their motion in the Eastern District of California, plaintiffs are not inclined to withdraw that motion and seek to file instead in the Northern District of California. Pursuant to the local rules, PRG must respond to plaintiffs' motion by July 27, 2005. If as part of its response PRG seeks to have the motion transferred to the Northern District of California, plaintiffs will not object.

Very truly yours,

Jennie Lee Anderson

JLA:caw
T:\CasesSF\Oracle3\Corres\Chalmers7-12-05jla.doc

100 Pine Street, 26th Floor · San Francisco, CA 94111 · 415.288.4545 · Fax 415.288.4534 · www.lerachlaw.com

