Exhibit C


LERACH
COUGHLIN
STOIA
GELLER
RUDMAN
& ROBBINS LLP

SAN DIEGO · SAN FRANCISCO
LOS ANGELES · NEW YORK · BOCA RATON
WASHINGTON, DC · HOUSTON
PHILADELPHIA · SEATTLE

Monique C. Winkler
MoniqueW@lerachlaw.com

March 11, 2005

<u>VIA U.S. MAIL</u>

Sherry S. Mertz
Legal Assistant
for PRG Schultz Profit Recovery (PRG-Schultz Inc.)
600 Galleria Pkwy., Ste. 100
Atlanta, GA 30339

  Re: *In re Oracle Corporation Securities Litigation*
    U.S.D.C. ND. Cal. Master File No. C-01-0988-MJJ

Dear Third-Party:

  As you are aware, Oracle and the individual defendants moved for a protective order addressing the subpoenas served upon customers and potential customers of Oracle in the above-referenced case. On February 7, 2005, we sent you a letter informing you that the Court had temporarily stayed the enforcement of the subpoenas until after the March 1, 2005 discovery conference. On March 10, 2005, United States Magistrate Judge Joseph C. Spero entered the attached Amended Order Setting a Discovery Plan ("Order"). Pursuant to the Order, the temporary discovery stay has been lifted.

  The Order identifies the discovery to be produced by third party customers, and we believe that it should relieve all ambiguity on the matter. Specifically, the Order provides on pages 7-8:

> **Subject Matter of Discovery to Be Produced by Customers**
>
>   Plaintiffs may seek discovery from Oracle's current and former customers on the following topics only:
>
>   **(a) The United States Economy**
>
>   Plaintiffs' third party discovery from customers relating to the economy is hereby limited to the following:





March 11, 2005
Page Two

    (i)    communications with Oracle relating to increases or decreases in purchases from Oracle as a result of the economy; and

    (ii)    internal documents relating to decisions to purchase or not to purchase from Oracle because of the economy.

**(b)    Oracle Software Integration and Interoperability Problems**

Plaintiffs' third party discovery from customers relating to problems with Oracle's Suite 11i is hereby limited to documents regarding integration and interoperability (including integration and interoperability gaps and bugs) with Oracle applications Suite 11i and its modules, including but not limited to Oracle's CRM Module. For purposes of this Order, integration refers to the ability of modules of Suite 11i to work together and share information.

**(c)    Accounting**

Plaintiffs' third party discovery from customers relating to Oracle's accounting is limited to documents relating to the 46,000 debit memo transactions created on or about November 17, 2000.

The Order defines the relevant time period for the discovery as June 1, 2000 through June 1, 2001 and states that documents created outside the period that refer to events within the period must also be produced. Order at 1.

Please call with any questions. Thank you in advance for your cooperation in responding to the outstanding discovery.

Very truly yours,

Monique C. Winkler

MCW:mm
Enclosure

T:\CasesSF\Oracle3\Corres\Customer Ltr_031105.doc

