Exhibit D

877-903-4619

# ORACLE®

Oracle Corporation
Credit & Collections Department
1001 Sunset Blvd.
Rocklin, CA 95765

## Fax Message

| From: | Marisa Christie | To: | Tad O'Brien |
|---|---|---|---|
| Phone: | (916) 315-5106 | Company: | Sprint |
| eFax: | (208) 445-1940 | Phone: | |
| E-Mail: | marisa.christie@oracle.com | Fax: | 800.638.9848 |
| Pages + Cover | 2 | Date: | 4/18/2002 |

Dear Tad,
Attached is a copy of the letter you requested referencing the debit memo # 55008470 for $2,582,381.75. The original will be mailed to Mary Bain today.

Sincerely,
Marisa Christie
Collections Analyst