Exhibit E

Oracle

# Kemet Electronics

| | |
|---|---|
| Date sent to Auditor: | March 19, 2002 |
| Auditor: | David Kelley |
| 3rd Caller: | Vicky Troxell |

## ACCOUNTS PAYABLE DEBIT/CREDIT MEMO SUMMARY

| | |
|---|---|
| VENDOR NAME | Oracle |
| VENDOR NUMBER | |

| | |
|---|---|
| DUPLICATE PMT-DUP | |
| UNAPPLIED CASH | |
| CASH ON ACCOUNT | X |
| OVERPAYMENT-OP | |
| DEBIT MEMO | |
| SALES TAX ERROR-ST | |
| CREDIT MEMO-CM | |
| WRONG VENDOR - WV | |

### ACTION REQUIRED/REQUESTED

| | |
|---|---|
| DEBIT VENDOR'S ACCOUNT | |
| PROCESS REFUND CHECK | X |
| PROCESS CREDIT MEMO | |
| PROCESS CREDITS | |
| PROCESS DEBIT MEMO | |
| OTHER | |

| RECOVERY AMOUNT: | |
|---|---|
| $ | 85,559.97 |

| | | | |
|---|---|---|---|
| CONTACT PERSON: | Cynthia Hoffman | TELEPHONE NUMBER: | 916.315.4251 |
| CONTACT DEPARTMENT: | Customer Service | FAX NUMBER: | 916.315.3019 |

REASON IF REQUIRED: _____

| Item Date | Item Number | Item Type | Item Amount |
|---|---|---|---|
| 12/17/00 | 55014611 | ON | $ 960.00 |
| 12/17/00 | 55014612 | ON | $ 960.00 |
| 12/17/00 | 55029633 | ON | $ 15,515.12 |
| 12/17/00 | 55025060 | ON | $ 6,687.80 |
| 12/17/00 | 55030157 | ON | $ 7,272.58 |
| 12/17/00 | 55030457 | ON | $ 49,990.48 |
| 12/17/00 | 55033023 | ON | $ 742.50 |
| 12/17/00 | 55046825 | ON | $ 2,894.49 |
| 01/04/01 | E1497762 | ON | $ 537.00 |
| | | | |
| | | | |
| | | | |
| | | | |

*all other backup is in the drawer*