Exhibit F

Oracle 3-1-05 JCS.txt

                                                                    1

1                                           Pages 1 - 161
2                    UNITED STATES DISTRICT COURT
3                   NORTHERN DISTRICT OF CALIFORNIA
4          BEFORE THE HONORABLE JOSEPH C. SPERO, MAGISTRATE
5  IN RE:                         )
                                  )  Case No. C01-0988 MJJ
6  ORACLE SECURITIES LITIGATION   )
                                  )  Tuesday
7  _____)  March 1, 2005
                                     11:00 a.m.
8
9                    TRANSCRIPT OF PROCEEDINGS
10
11 APPEARANCES:
12 For Plaintiff:        LERACH, COUGHLIN, STOIA, GELLER
                           Rudman & Robbins LLP
13                       100 Pine Street
                         Suite 2600
14                       San Francisco, California 94111
                    BY:  MARK SOLOMON, ESQ.
15                       SHAWN A. WILLIAMS, ESQ.
                         MONIQUE WINKLER, ESQ.
16                       WILLOW RADCLIFFE, ESQ.
17
18           (APPEARANCES CONTINUED ON FOLLOWING PAGE)
19
20
21
22
23
24 Reported By:   Debra L. Pas, CSR 11916, CRR, RMR, RPR
                  Official Reporter - US District Court
25                Computerized Transcription By Eclipse
0
                                                                    2

1 APPEARANCES:  (CONTINUED)
2
3 For Defendant:         MAYER, BROWN, ROWE & MAW
                              Page 1

Oracle 3-1-05 JCS.txt

18 had your chance. That's what this is. You wrote me a letter.
19 You gave it in detail. You gave your positions. You told me
20 why. You don't have it.
21        Whatever you have got, it is insufficient. I suggest
22 you go to Oracle first and only on the level that I have talked
23 about, because I'm very skeptical as to whether or not you can
24 make a securities case out of this.
25        Maybe you can. I'm going to give you an opportunity

113

1 to try, but right now you are not going to get those documents.
2        Okay, let's keep going. Documents that refer to
3 integration problems with 11i can be sought from the customers.
4        On the accounting issues I guess this is separate and
5 apart from the documents that are going to be produced by the
6 accountants, which is a separate question from the customers.
7 Any documents relating to those 49,000 debit memos, period.
8        MR. WILLIAMS: I think that's fair.
9        THE COURT: Whatever the transactions are that those
10 involve.
11        MR. WILLIAMS: That's fair.
12        MR. SOLOMON: That's fair, your Honor.
13        THE COURT: Okay. That seems to me the scope of what
14 you are going to get from the customers.
15        The next question is how many. You know, my sort of
16 -- I want to get you enough customer information so that you
17 will be able to have -- you can't prove this case through
18 customer information, right, because it's not a scientific. It
19 won't show materiality, right? It's not an amount that is
20 going to be significant except for the giant people, which you
21 are going to get anyways.
22        But the customer information going out 200, 400

Page 95

Oracle 3-1-05 JCS.txt

11  something with respect to them, like the stay is lifted with
12  respect to the ones that are done to the extent of the
13  following subject matters or whatever, however you are going to
14  put it, and then you give them that. And you work out how you
15  deal with that, okay?
16           Okay. Anything else I can help you with?
17           (No response.)
18           THE COURT: You did a very good job. I enjoyed it.
19  I thought I would never say that about a discovery dispute, but
20  thank you all.
21           (Whereupon, further proceedings in the
22           above matter were adjourned.)
23                              --oo--
24
25                                                              162
0

1
2                      CERTIFICATE OF REPORTER
3
4
5       I, DEBRA L. PAS, Official Reporter for the United
6  States Court, Northern District of California, hereby certify
7  that the foregoing proceedings in C01-0988 MJJ, IN RE ORACLE
8  SECURITIES LITIGATION were reported by me, a certified
9  shorthand reporter, and were thereafter transcribed under my
10  direction into typewriting; that the foregoing is a full,
11  complete and true record of said proceedings as bound by me at
12  the time of filing.
13       The validity of the reporter's certification of said
14  transcript may be void upon disassembly and/or removal
15  from the court file.

Page 136

Oracle 3-1-05 JCS.txt

16
17 _____
18   Debra L. Pas, CSR 11916, CRR, RMR, RPR
19         Wednesday, March 2, 2005
20
21
22
23
24
25