| | |
|---|---|
| 1 | LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP |
| 2 | WILLIAM S. LERACH (68581) MARK SOLOMON (151949) |
| 3 | DOUGLAS R. BRITTON (188769) 401 B Street, Suite 1600 |
| 4 | San Diego, CA 92101 Telephone: 619/231-1058 |
| 5 | 619/231-7423 (fax) – and – |
| 6 | SHAWN A. WILLIAMS (213113) WILLOW E. RADCLIFFE (200087) |
| 7 | ELI R. GREENSTEIN (217945) JENNIE LEE ANDERSON (203586) |
| 8 | MONIQUE C. WINKLER (213031) 100 Pine Street, Suite 2600 |
| 9 | San Francisco, CA 94111 Telephone: 415/288-4545 |
| 10 | 415/288-4534 (fax) |
| 11 | Lead Counsel for Plaintiffs |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION | Master File No. C-01-0988-MJJ |
| | CLASS ACTION |
| This Document Relates To: | PROOF OF SERVICE |
| ALL ACTIONS. | DATE: August 19, 2005 TIME: 9:30 a.m. CTRM: The Honorable Joseph C. Spero |

DECLARATION OF SERVICE BY MAIL AND FACSIMILE

I, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, a citizen of the United States and employed in the City and County of San Francisco, over the age of 18 years, and not a party to or interested party in the within action; that declarant's business address is 100 Pine Street, Suite 2600, San Francisco, California 94111.

That on August 15, 2005, declarant served the following documents:

1. NOTICE OF MOTION AND MOTION TO COMPEL PROFIT RECOVERY GROUP-SCHULTZ, INC.'S PRODUCTION OF DOCUMENTS IN COMPLIANCE WITH SUBPOENA; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF;

2. DECLARATION OF JENNIE LEE ANDERSON IN SUPPORT OF MOTION TO COMPEL PROFIT RECOVERY GROUP – SCHULTZ, INC.'S PRODUCTION OF DOCUMENTS IN COMPLIANCE WITH SUBPOENA;

3. DECLARATION OF CONFIDENTIAL WITNESS NO. 46 [REDACTED];

4. DECLARATION OF CONFIDENTIAL WITNESS NO. 46 [CONFIDENTIAL – FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER];

5. [PROPOSED] ORDER GRANTING MOTION TO COMPEL PROFIT RECOVERY GROUP – SCHULTZ, INC.'S PRODUCTION OF DOCUMENTS IN COMPLIANCE WITH SUBPOENA;

6. PLAINTIFFS' REPLY IN SUPPORT OF MOTION TO COMPEL PROFIT RECOVERY GROUP-SCHULTZ, INC.'S PRODUCTION OF DOCUMENTS IN COMPLIANCE WITH SUBPOENA;

7. DECLARATION OF JENNIE LEE ANDERSON IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF MOTION TO COMPEL PROFIT RECOVERY GROUP-SCHULTZ, INC.'S PRODUCTION OF DOCUMENTS IN COMPLIANCE WITH SUBPOENA by depositing a true copy thereof in a United States mailbox at San Francisco, California in a sealed envelope with postage thereon fully prepaid and addressed to the parties listed on the attached Service List. Declarant also served the parties by facsimile.

1  3. That there is a regular communication by mail between the place of mailing and the
2  places so addressed.
3  I declare under penalty of perjury that the foregoing is true and correct. Executed this 15th
4  day of August, 2005, at San Francisco, California.

_/S/_<br>
CAROLINE A. WILEY

T:\CasesSF\Oracle3\MIS00023565.doc

**ORACLE III (LEAD)**

Service List - 8/3/2005   (201-064-1)
Page 1 of 1

### Counsel For Defendant(s)

Donald M. Falk
Lee H. Rubin
Shirish Gupta
Mayer, Brown, Rowe & Maw LLP
Two Palo Alto Square, Suite 300
Palo Alto, CA 94306
  650/331-2000
  650/331-2060 (Fax)

Alan N. Salpeter
Javier H. Rubinstein
Mayer, Brown, Rowe & Maw LLP
71 South Wacker Drive
Chicago, IL 60606
  312/782-0600
  312/701-7711 (Fax)

Dorian Daley
James C. Maroulis
Oracle Corporation
500 Oracle Parkway, Mail Stop 50P7
Redwood City, CA 94065
  650/506-5200
  650/506-7114 (Fax)

Henry R. Chalmers
Arnall Golden Gregory LLP
171 17th Street NW, Ste. 2100
Atlanta, GA 30363-1031
  404/873-8500
  404/873-8501 (Fax)

Michael E. Chase
Boutin Dentino Gibson Di Giusto Hodell Inc.
555 Capitol Mall, Ste. 1500
Sacramento, CA 95814
  916/321-4444
  916/441-7597 (Fax)

Mark E. McKeen
Shinyung Oh
Paul, Hastings, Janofsky & Walker LLP
55 Second Street, 24th Floor
San Francisco, CA 94105-3441
  415/856-7000
  415/856-7100 (Fax)

### Counsel For Plaintiff(s)

William S. Lerach
Mark Solomon
Douglas R. Britton
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
401 B Street, Suite 1600
San Diego, CA 92101-4297
  619/231-1058
  619/231-7423 (Fax)

Sanford Svetcov
Shawn A. Williams
Willow E. Radcliffe
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
100 Pine Street, Suite 2600
San Francisco, CA 94111-5238
  415/288-4545
  415/288-4534 (Fax)