1  Mark E. McKeen (State Bar No. 130950)
   Shinyung Oh (State Bar No. 209649)
2  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   55 Second Street, 24th Floor
3  San Francisco, CA  94105-3441
   Telephone:  (415) 856-7000
4  Facsimile:  (415) 856-7100

5  Attorneys for Non-Party
   PRG-SCHULTZ USA, INC.,
6  f/k/a PROFIT RECOVERY GROUP

8                UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10                   SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE ORACLE CORPORATION SECURITIES LITIGATION. | CASE NO. C-01-0988-MJJ (Consolidated)<br><br>[PROPOSED] **ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY HENRY R. CHALMERS *PRO HAC VICE*** <br><br>**[NORTHERN DISTRICT L.R. 11-3]**<br><br>The Honorable Martin J. Jenkins |

---

Case No. CIV C01-0988-MJJ

[PROPOSED] ORDER GRANTING APPLICATION OF
ATTORNEY HENRY R. CHALMERS TO APPEAR AS
COUNSEL *PRO HAC VICE*

Henry R. Chalmers, an active member in good standing of the bar of the State of Georgia, whose business address and telephone number is Arnall Golden Gregory LLP, 171 17th Street, N.W., Suite 2100, Atlanta, Georgia 30363-1031, (404) 873-8646, having applied in the above-entitled action for admission to practice in the Northern District of California in a *pro hac vice* basis, representing non-party PRG-Schultz USA, Inc., f/k/a Profit Recovery Group,

Case 3:01-cv-00988-MJJ   Document 312   Filed 08/11/2005   Page 2 of 2

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party.

DATED: 8/12/2005 , 2005

_____
Honorable Martin J. Jenkins
United States District Judge

SF/375618.1