1  MAYER, BROWN, ROWE & MAW LLP
   Donald M. Falk (SBN 150256)
2  Lee H. Rubin (SBN 141331)
   Shirish Gupta (SBN 205584)
3  Two Palo Alto Square, Suite 300
   Palo Alto, CA  94306
4  Telephone:     (650) 331-2000
   Facsimile:      (650) 331-2060
5  lrubin@mayerbrownrowe.com

6  MAYER, BROWN, ROWE & MAW LLP
   Alan N. Salpeter (admitted *pro hac vice*)
7  Javier Rubinstein (admitted *pro hac vice*)
   Vincent P. Schmeltz III (admitted *pro hac vice*)
8  71 South Wacker Drive
   Chicago, IL  60606
9  Telephone:     (312) 782-0600
10 Facsimile:      (312) 701-7711
   jrubinstein@mayerbrownrowe.com
11
   Attorneys for Defendants ORACLE CORPORATION,
12 LAWRENCE J. ELLISON, JEFFREY O. HENLEY,
   AND EDWARD J. SANDERSON
13
   LERACH COUGHLIN STOIA GELLER
14     RUDMAN & ROBBINS LLP
   Shawn A. Williams (SBN 213113)
15 Jennie Lee Anderson (SBN 203586)
   Monique C. Winkler (SBN 213031)
16 100 Pine Street, Suite 2600
   San Francisco, CA  94111
17 Telephone:  (415) 288-4545
   Facsimile:  (415) 288-4534
18 shawnw@lerachlaw.com

19 Attorneys for Plaintiffs

20
                **UNITED STATES DISTRICT COURT**
21
          **NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION**
22

23 | IN RE ORACLE CORPORATION SECURITIES LITIGATION | Case No. C-01-0988-MJJ (JCS) (Consolidated) |
   |---|---|
24 | | **STIPULATION ON CONFIDENTIAL THIRD-PARTY DOCUMENTS** |
25 | | Judge Joseph C. Spero |

26

27

28

1   The parties to the above-captioned matter, through their counsel of record, hereby
2   stipulate as follows:
3   Whereas Defendant Oracle Corporation ("Oracle") filed a letter brief on August 10, 2005,
4   attaching as Exhibit F six pages of documents produced by third party, Arthur Andersen LLP
5   ("Andersen");
6   Whereas those six pages were affixed with the legend "Confidential" ("Confidential
7   Documents");
8   Whereas Oracle will file a motion to remove and seal the Confidential Documents;
9   Whereas Andersen and Plaintiffs agree to such a motion;
10  IT IS HEREBY STIPULATED THAT Oracle will file an Agreed Motion to Remove and
11  Seal Confidential Third-Party Documents.

13  DATED: August 16, 2005                MAYER, BROWN, ROWE & MAW LLP

                                          By:     /s/ Vincent P. Schmeltz III
                                                  Vincent P. Schmeltz III

                                          Attorneys for Defendants

    Dated: August 16, 2005                LERACH COUGHLIN STOIA GELLER
                                          RUDMAN & ROBBINS LLP

                                          By:     /s/ Shawn A. Williams
                                                  Shawn A. Williams

                                          Attorneys for Plaintiffs

*Filer's Attestation: Pursuant to Section X(B) of General Order No. 45, Vincent P. Schmeltz III hereby attests that concurrence in the filing of this document has been obtained from Shawn A. Williams.*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:
                                          Honorable Joseph C. Spero

**STIPULATION ON CONFIDENTIAL THIRD-PARTY DOCUMENTS**
**CASE NO. C-01-0988 MJJ (JCS)**