ARTHUR ANDERSEN LLP
Melissa S. Widen (IL Bar No. 6208212)
33 West Monroe Street
Chicago, IL  60603
Tel.     (312) 507-2258
Fax.    (312) 462-8258
melissa.s.widen@andersen.com

Third Party ARTHUR ANDERSEN LLP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE ORACLE CORPORATION SECURITIES LITIGATION | Case No. C-01-0988-MJJ (JCS) (Consolidated) **DECLARATION OF MELISSA S. WIDEN REGARDING CONFIDENTIALITY OF THIRD-PARTY DOCUMENTS** Judge Joseph C. Spero |

I, Melissa S. Widen, hereby declare as follows:

1. I am an attorney licensed to practice in the State of Illinois. I am Counsel at Arthur Andersen LLP ("Andersen"). I have personal knowledge of the following facts, and if called as a witness, could and would testify thereto.

2. I submit this declaration to establish the confidentiality and appropriateness of sealing the documents filed as Exhibit F to Defendant Oracle Corporation's letter brief on August 10, 2005, in the above-captioned matter.

3. The documents at issue contain excerpts from Andersen's review of Oracle Corporation's quarterly financial statements during FY2001 and its audit of Oracle's FY2001 year-end financial statements. These documents contain sensitive information relating to Oracle's business.

4. Pursuant to the Revised Stipulated Protective Order Governing Confidentiality governing this litigation, Andersen affixed the legend "Confidential" on each page that contained protected material before producing the documents at issue.

I swear under penalty of perjury under the laws of the United States of America that the foregoing is true and accurate. Executed at Chicago, Illinois this 16th day of August, 2005.

/s/ Melissa S. Widen
Melissa S. Widen

*Filer's Attestation: Pursuant to Section X(B) of General Order No. 45, Vincent P. Schmeltz III hereby attests that concurrence in the filing of this document has been obtained from Melissa S. Widen.*