1  MAYER, BROWN, ROWE & MAW LLP
   Donald M. Falk (SBN 150256)
2  Lee H. Rubin (SBN 141331)
   Shirish Gupta (SBN 205584)
3  Two Palo Alto Square, Suite 300
   Palo Alto, CA  94306
4  Telephone:      (650) 331-2000
   Facsimile:       (650) 331-2060
5  lrubin@mayerbrownrowe.com

6  MAYER, BROWN, ROWE & MAW LLP
   Alan N. Salpeter (admitted *pro hac vice*)
7  Javier Rubinstein (admitted *pro hac vice*)
   Vincent P. Schmeltz III (admitted *pro hac vice*)
8  71 South Wacker Street
   Chicago, IL  60606
9  Telephone:      (312) 782-0600
   Facsimile:       (312) 701-7711
10 jrubinstein@mayerbrownrowe.com

11 Attorneys for Defendants ORACLE CORPORATION,
   LAWRENCE J. ELLISON, JEFFREY O. HENLEY, AND
12 EDWARD J. SANDERSON

13 ORACLE CORPORATION
   Dorian Daley (SBN 129049)
14 James C. Maroulis (SBN 208316)
   500 Oracle Parkway, Mailstop 5OP7
15 Redwood Shores, CA  94065
   Telephone:  (650) 506-5200
16 Facsimile:  (650) 506-7114

17 Attorney for Defendant ORACLE CORPORATION

18                              UNITED STATES DISTRICT COURT

19            NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION

| IN RE ORACLE CORPORATION SECURITIES LITIGATION | Case No. C-01-0988-MJJ (JCS) (Consolidated) |
|---|---|
| | **DECLARATION OF VINCENT P. SCHMELTZ III IN SUPPORT OF AGREED MOTION TO REMOVE AND SEAL CONFIDENTIAL THIRD-PARTY DOCUMENTS** |
| | Judge Joseph C. Spero |

**SCHMELTZ DECL. ISO AGREED MOTION TO REMOVE AND SEAL CONFIDENTIAL THIRD-PARTY DOCUMENTS**
**CASE NO: C-01-0988 MJJ (JCS)**

1  I, Vincent P. Schmeltz III, hereby declare as follows:

2  1. I am an attorney admitted *pro hac vice* before this Court. I am an associate at the law firm of Mayer, Brown, Rowe & Maw LLP, counsel for Defendant Oracle Corporation ("Oracle") in the above-captioned matter. I have personal knowledge of the following facts, and if called as a witness, could and would testify thereto.

3  2. I submit this declaration in support of Oracle's Agreed Motion to Remove and Seal Confidential Third-Party Documents.

4  3. Attached hereto as Exhibit A is a true and correct copy of the Revised Stipulated Protective Order Governing Confidentiality entered by the Court on January 11, 2005 in the above-captioned matter.

5  4. On August 10, 2005, Oracle submitted a letter brief seeking the Court's assistance in resolving certain discovery disputes. Oracle attached to that letter brief as Exhibit F six pages of documents produced by third party, Arthur Andersen LLP ("Andersen"). Those six pages were affixed with the legend "Confidential."

6  5. On August 11, 2005, Oracle contacted the Court's Electronic Case Filing website administrator and requested that Exhibit F be "locked." Oracle confirmed that Exhibit F was indeed "locked" by logging on to the Electronic Case Filing website and attempting—without success—to view Exhibit F.

7  6. Oracle also contacted Plaintiffs and Andersen to inform them that Oracle would be filing this administrative motion to remove and seal the Andersen documents. Each has stipulated to the removal and sealing of the Andersen documents. Attached hereto as Exhibit B is a true and correct copy of the Stipulation on Confidential Third-Party Documents.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and accurate. Executed at Chicago, Illinois this 16th day of August, 2005.

        /s/ Vincent P. Schmeltz III
        Vincent P. Schmeltz III