# EXHIBIT B

MAYER, BROWN, ROWE & MAW LLP
Donald M. Falk (SBN 150256)
Lee H. Rubin (SBN 141331)
Shirish Gupta (SBN 205584)
Two Palo Alto Square, Suite 300
Palo Alto, CA  94306
Telephone:     (650) 331-2000
Facsimile:      (650) 331-2060
lrubin@mayerbrownrowe.com

MAYER, BROWN, ROWE & MAW LLP
Alan N. Salpeter (admitted *pro hac vice*)
Javier Rubinstein (admitted *pro hac vice*)
Vincent P. Schmeltz III (admitted *pro hac vice*)
71 South Wacker Drive
Chicago, IL  60606
Telephone:     (312) 782-0600
Facsimile:      (312) 701-7711
jrubinstein@mayerbrownrowe.com

Attorneys for Defendants ORACLE CORPORATION,
LAWRENCE J. ELLISON, JEFFREY O. HENLEY,
AND EDWARD J. SANDERSON

LERACH COUGHLIN STOIA GELLER
     RUDMAN & ROBBINS LLP
Shawn A. Williams (SBN 213113)
Jennie Lee Anderson (SBN 203586)
Monique C. Winkler (SBN 213031)
100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  (415) 288-4545
Facsimile:  (415) 288-4534
shawnw@lerachlaw.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE ORACLE CORPORATION SECURITIES LITIGATION | Case No. C-01-0988-MJJ (JCS) (Consolidated) |
| | **STIPULATION ON CONFIDENTIAL THIRD-PARTY DOCUMENTS** |
| | Judge Joseph C. Spero |

1    The parties to the above-captioned matter, through their counsel of record, hereby

2    stipulate as follows:

3    Whereas Defendant Oracle Corporation ("Oracle") filed a letter brief on August 10, 2005,

4    attaching as Exhibit F six pages of documents produced by third party, Arthur Andersen LLP

5    ("Andersen");

6    Whereas those six pages were affixed with the legend "Confidential" ("Confidential

7    Documents");

8    Whereas Oracle will file a motion to remove and seal the Confidential Documents;

9    Whereas Andersen and Plaintiffs agree to such a motion;

10    IT IS HEREBY STIPULATED THAT Oracle will file an Agreed Motion to Remove and

11    Seal Confidential Third-Party Documents.

12

13    DATED:  August 16, 2005          MAYER, BROWN, ROWE & MAW LLP

14

15                                    By:_____/s/ Vincent P. Schmeltz III_____
                                             Vincent P. Schmeltz III

16                                    Attorneys for Defendants

17    Dated:  August 16, 2005          LERACH COUGHLIN STOIA GELLER
                                       RUDMAN & ROBBINS LLP
18

19                                    By:_____/s/ Shawn A. Williams_____
                                             Shawn A. Williams
20

21                                    Attorneys for Plaintiffs

22        *Filer's Attestation:  Pursuant to Section X(B) of General Order No. 45, Vincent P.*
23    *Schmeltz III hereby attests that concurrence in the filing of this document has been obtained*
      *from Shawn A. Williams.*

24

25        PURSUANT TO STIPULATION, IT IS SO ORDERED.

26    Dated:                          _____
27                                    Honorable Joseph C. Spero

28