MAYER, BROWN, ROWE & MAW LLP
Donald M. Falk (SBN 150256)
Lee H. Rubin (SBN 141331)
Shirish Gupta (SBN 205584)
Two Palo Alto Square, Suite 300
Palo Alto, CA 94306
Telephone: (650) 331-2000
Facsimile: (650) 331-2060
lrubin@mayerbrownrowe.com

MAYER, BROWN, ROWE & MAW LLP
Alan N. Salpeter (admitted *pro hac vice*)
Javier Rubinstein (admitted *pro hac vice*)
Vincent P. Schmeltz III (admitted *pro hac vice*)
71 South Wacker Drive
Chicago, IL 60606
Telephone: (312) 782-0600
Facsimile: (312) 701-7711
jrubinstein@mayerbrownrowe.com

Attorneys for Defendants ORACLE CORPORATION, LAWRENCE J. ELLISON, JEFFREY O. HENLEY, AND EDWARD J. SANDERSON

LERACH COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
Shawn A. Williams (SBN 213113)
Jennie Lee Anderson (SBN 203586)
Monique C. Winkler (SBN 213031)
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: (415) 288-4545
Facsimile: (415) 288-4534
shawnw@lerachlaw.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE ORACLE CORPORATION SECURITIES LITIGATION | Case No. C-01-0988-MJJ (JCS) (Consolidated) <br><br> **STIPULATION ON CONFIDENTIAL THIRD-PARTY DOCUMENTS** <br><br> Judge Joseph C. Spero |

**STIPULATION ON CONFIDENTIAL THIRD-PARTY DOCUMENTS**
**CASE NO. C-01-0988 MJJ (JCS)**

1     The parties to the above-captioned matter, through their counsel of record, hereby
2 stipulate as follows:

3     Whereas Defendant Oracle Corporation ("Oracle") filed a letter brief on August 10, 2005,
4 attaching as Exhibit F six pages of documents produced by third party, Arthur Andersen LLP
5 ("Andersen");

6     Whereas those six pages were affixed with the legend "Confidential" ("Confidential
7 Documents");

8     Whereas Oracle will file a motion to remove and seal the Confidential Documents;

9     Whereas Andersen and Plaintiffs agree to such a motion;

10     IT IS HEREBY STIPULATED THAT Oracle will file an Agreed Motion to Remove and
11 Seal Confidential Third-Party Documents.

13 DATED: August 16, 2005      MAYER, BROWN, ROWE & MAW LLP

15      By: /s/ Vincent P. Schmeltz III
         Vincent P. Schmeltz III

16      Attorneys for Defendants

17 Dated: August 16, 2005      LERACH COUGHLIN STOIA GELLER
     RUDMAN & ROBBINS LLP

19      By: /s/ Shawn A. Williams
         Shawn A. Williams

20      Attorneys for Plaintiffs

22 *Filer's Attestation: Pursuant to Section X(B) of General Order No. 45, Vincent P.*
23 *Schmeltz III hereby attests that concurrence in the filing of this document has been obtained from Shawn A. Williams.*

25     PURSUANT TO STIPULATION, IT IS SO ORDERED.

26 Dated: August 17, 2005
         Honorable Joseph C. Spero

**STIPULATION ON CONFIDENTIAL THIRD-PARTY DOCUMENTS**
**CASE NO. C-01-0988 MJJ (JCS)**