# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
## CIVIL MINUTES

**CASE NO. C 01-0988 MJJ (JCS)**

**CASE NAME:** In Re: ORACLE SECURITIES LITIGATION

| | |
|---|---|
| **MAGISTRATE JUDGE JOSEPH C. SPERO** | **COURTROOM DEPUTY:** Karen Hom |
| **DATE:** August 19, 2005    **TIME:** | **COURT REPORTER:** Michael Shintaku |
| **COUNSEL FOR PLAINTIFF:**<br>Shawn A. Williams & Jennie Lee Anderson | **COUNSEL FOR INTERESTED PTY:**<br>Henry Chalmers & Shinyung Oh |
| | **COUNSEL FOR DEFENDANT:**<br>Lee Rubin & Shirish Gupta |

() Status Conf.    () P/T Conf.    () Discovery Conf.    () Further Case Mgmt. Conf.

| **OTHER PROCEEDINGS:** | **RULING:** |
|---|---|
| 1. Pla's Motion to Compel Profit Recovery Group-Shultz Inc.'s Production of Documents in Compliance with Subpoena [Docket No. 327] | Granted in part, denied in part. |

**ORDERED AFTER HEARING:**

Profit Recovery Group (PRG) shall produce documents as stated in exhibits A,B and C in the opposition to the Motion to Compel. Search for responsive documents in the category to be produced shall be in the year 2002-2003 and produced to the extent of Oracle in 2000-2001. Search also applies to e-mails for the same time period. Documents shall be produced under a confidentiality order.

If the parties cannot resolve the issue of costs in connection with the production, an application will be made to the Court.

**ORDER TO BE PREPARED BY:**    () Plaintiff    () Defendant    (X) Court

**CASE CONTINUED TO:**

cc:    Chambers; Karen