1  MAYER, BROWN, ROWE & MAW LLP
   Donald M. Falk (SBN 150256)
2  Lee H. Rubin (SBN 141331)
   Shirish Gupta (SBN 205584)
3  Two Palo Alto Square, Suite 300
   Palo Alto, California 94306
4  Telephone:     (650) 331-2000
   Facsimile:     (650) 331-2060
5  lrubin@mayerbrownrowe.com

6  MAYER, BROWN, ROWE & MAW LLP
   Alan N. Salpeter (admitted *pro hac vice*)
7  Javier Rubinstein (admitted *pro hac vice*)
   Vincent P. Schmeltz III (admitted *pro hac vice*)
8  71 South Wacker Drive
   Chicago, IL  60606-4637
9  Telephone:     (312) 782-0600
   Facsimile:     (312) 701-7711
10 jrubinstein@mayerbrownrowe.com

11 Attorneys for Defendants ORACLE CORPORATION,
   LAWRENCE J. ELLISON, JEFFREY O. HENLEY, AND
12 EDWARD J. SANDERSON

13 ORACLE CORPORATION
   Dorian Daley (SBN 129049)
14 James C. Maroulis (SBN 208316)
   500 Oracle Parkway
15 Mailstop 5OP7
   Redwood Shores, California 94065
16 Telephone:     (650) 506-5200
   Facsimile:     (650) 506-7114
17 jim.maroulis@oracle.com

18 Attorneys for Defendant ORACLE CORPORATION

19
                    **UNITED STATES DISTRICT COURT**
20
           **NORTHERN DISTRICT OF CALIFORNIA -SAN FRANCISCO DIVISION**
21

22 | In re ORACLE CORPORATION SECURITIES LITIGATION, | Case No. C-01-0988-MJJ (Consolidated) |
   |---|---|
23 | This Documents Relates To: | **NOTICE AND MOTION TO ISSUE LETTER OF REQUEST** |
24 | ALL ACTIONS | |
   | | Date:   October 11, 2005 |
25 | | Time:   9:30 a.m. |
   | | Place:  Ctrm. 11 |
26 | | |
   | | **Judge Martin J. Jenkins** |
27

28

---
**NOTICE AND MOTION TO ISSUE LETTER OF REQUEST – MS. TRINE S. KAMMER;**
**C-01-0988 MJJ (JCS)**

## NOTICE AND MOTION

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, pursuant to Rule 28(b) of the Federal Rules of Civil Procedure, Defendants Oracle Corporation, Lawrence J. Ellison, Jeffrey O. Henley, and Edward J. Sanderson shall appear before this Court on Tuesday, October 11, 2005 at 9:30 a.m., and move this Court to issue a Letter of Request, attached as Exhibit A to the Declaration of Vincent P. Schmeltz III, directed to the Ministry of Justice, Slotsholmsgade 10, DK – 1216, Copenhagen, K, Denmark, requesting examination of Ms. Trine S. Kammer by deposition, and requesting the production of documents from Trine S. Kammer relating to the above-captioned matter.

Defendants move this Court to issue a Letter of Request allowing them to take discovery, Pursuant to Article I of the Hague Convention on the Taking of Evidence Abroad in Civil or Commercial Matters, from Ms. Trine S. Kammer, a Denmark resident and person with knowledge of facts relating to this case, as disclosed by Plaintiffs' Rule 26(a) disclosure.

## MEMORANDUM OF POINTS & AUTHORITIES

Defendants Oracle Corporation, Lawrence J. Ellison, Jeffrey O. Henley, and Edward J. Sanderson (collectively, "Defendants") move this Court to issue a Letter of Request directed to the Danish Ministry of Justice, Slotsholmsgade 10, DK – 1216, Copenhagen, K, Denmark, requesting the examination of Trine S. Kammer by deposition and the production of documents from Trine S. Kammer relating to the above-captioned action. A proposed Letter of Request is attached as Exhibit A to the Declaration of Vincent P. Schmeltz III ("Schmeltz Declaration"). Pursuant to Article I of the Hague Convention on the Taking of Evidence Abroad in Civil or Commercial Matters ("Hague Convention"), a judicial authority of one signatory state may make a request of the competent authority of another signatory state in order to obtain evidence by means of a Letter of Request. *See* Schmeltz Decl. Ex. C (Hague Convention on the Taking of Evidence in Civil or Commercial Matters, Oct. 7, 1972, 23 U.S.T. 2355).

The Kingdom of Denmark and the United States are both signatories to the Hague Convention. *Id*. Pursuant to its authority in Article 2, the Kingdom of Denmark has designated the Ministry of Justice as its competent authority to receive Letters of Request. Thus, this Court may issue a Letter of Request to the Danish Ministry of Justice. *Id*. Pursuant to Federal Rule of Civil Procedure 28(b), Letters of Request shall be issued on application and notice and on terms that are just and appropriate. Plaintiffs have advised that they do not have a position with respect to this motion, at this time.

Defendants have moved to issue this Letter of Request because they seek discovery from Trine S. Kammer regarding matters at issue in this lawsuit and relevant to the fair adjudication of Plaintiffs' allegations. According to Plaintiffs' Rule 26(a) initial disclosures (supplemented on May 13, 2005), Ms. Kammer has information bearing upon material issues in this action, namely: pipeline projections for Oracle's state and local government division, forecasting, actual sales, and lost sales. Consequently, development of Ms. Trine S. Kammer's testimony will be helpful to the parties and to the trier-of-fact in determining the material issues in this action.

The evidence and testimony sought is neither cumulative nor can Defendant obtain it from another source, rather, it is directly relevant to fundamental allegations in the Second Amended

Complaint and is necessary for a fair, just, and complete resolution of this action. This request is not burdensome, is narrowly tailored to the material issues in this lawsuit, and is as unobtrusive as possible under the circumstances.

Defendants have attached as Exhibit A to the Schmeltz Declaration a Proposed Letter of Request for International Judicial Assistance Pursuant to Hague Convention. While not required by the Hague Convention, for the convenience of the Danish court that would ultimately execute the Letter of Request, we have attached as Exhibit B to the Schmeltz Declaration a certified Danish translation of the Proposed Letter of Request for International Judicial Assistance Pursuant to Hague Convention. Should this Court consider it appropriate to use the Proposed Letter of Request for International Judicial Assistance Pursuant to The Hague Convention, Defendants respectfully request that the Court also attach its Seal and Signature before mailing both English and Danish copies to the Danish Ministry of Justice (the designated Central Authority of the Kingdom of Denmark).

Therefore, based on the foregoing, Defendants respectfully request that this Court 1) grant this motion to issue of a Letter of Request and 2) issue a Letter of Request to the Danish Ministry of Justice.

Dated: September 2, 2005                    MAYER, BROWN, ROWE & MAW LLP


                                            By:   Vincent P. Schmeltz III
                                                  Vincent P. Schmeltz III

                                            Attorney for Defendants, Oracle Corporation,
                                            Lawrence J. Ellison, Jeffrey O. Henley and
                                            Edward Sanderson

*Filer's Attestation: Pursuant to General Order No. 45, Section X(B), Shirish Gupta hereby attests that the signatory's concurrence in the filing of this document has been obtained.*