1  MAYER, BROWN, ROWE & MAW LLP
   Donald M. Falk (SBN 150256)
2  Lee H. Rubin (SBN 141331)
   Shirish Gupta (SBN 205584)
3  Two Palo Alto Square, Suite 300
   Palo Alto, CA  94306
4  Telephone:     (650) 331-2000
   Facsimile:      (650) 331-2060
5  lrubin@mayerbrownrowe.com

6  MAYER, BROWN, ROWE & MAW LLP
   Alan N. Salpeter (admitted *pro hac vice*)
7  Javier Rubinstein (admitted *pro hac vice*)
   Vincent P. Schmeltz III (admitted *pro hac vice*)
8  71 South Wacker Street
   Chicago, IL  60606
9  Telephone:     (312) 782-0600
   Facsimile:      (312) 701-7711
10 jrubinstein@mayerbrownrowe.com

11 Attorneys for Defendants ORACLE CORPORATION,
   LAWRENCE J. ELLISON, JEFFREY O. HENLEY, AND
12 EDWARD J. SANDERSON

13 ORACLE CORPORATION
   Dorian Daley (SBN 129049)
14 James C. Maroulis (SBN 208316)
   500 Oracle Parkway, Mailstop 5OP7
15 Redwood Shores, CA  94065
   Telephone:  (650) 506-5200
16 Facsimile:  (650) 506-7114

17 Attorney for Defendant ORACLE CORPORATION

18                    UNITED STATES DISTRICT COURT

19        NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION

| IN RE ORACLE CORPORATION SECURITIES LITIGATION | Case No. C-01-0988-MJJ (JCS) (Consolidated) <br><br>**DECLARATION OF VINCENT P. SCHMELTZ III IN SUPPORT OF MOTION TO ISSUE LETTER OF REQUEST** <br><br>Judge Martin J. Jenkins |
|---|---|

1    I, Vincent P. Schmeltz III, hereby declare as follows:

2    1.   I am an attorney admitted *pro hac vice* before this Court.  I am an associate at the
3    law firm of Mayer, Brown, Rowe & Maw LLP, counsel for Defendants Oracle Corporation,
4    Lawrence J. Ellison, Jeffrey O. Henley, and Edward J. Sanderson (collectively, "Defendants") in
5    the above-captioned matter.  I have personal knowledge of the following facts, and if called as a
6    witness, could and would testify thereto.

7    2.   I submit this declaration in support of Defendants' Motion to Issue a Letter of
8    Request.

9    3.   Attached hereto as Exhibit A is a true and correct copy of the Proposed Letter of
10   Request.

11   4.   Attached hereto as Exhibit B is a true and correct copy of a certification attaching
12   a Danish translation of the Proposed Letter of Request.

13   5.   Attached hereto as Exhibit C is a true and correct copy of the Hague Convention
14   on the Taking of Evidence in Civil or Commercial Matters, Oct. 7, 1972, 23 U.S.T. 2355.

15   I declare under penalty of perjury under the laws of the United States of America that the
16   foregoing is true and accurate.  Executed at Chicago, Illinois this 2nd day of September, 2005.

               /s/ Vincent P. Schmeltz III
               Vincent P. Schmeltz III

*Filer's Attestation:  Pursuant to General Order No. 45, Section X(B), Shirish Gupta hereby attests that the signatory's concurrence in the filing of this document has been obtained.*

**SCHMELTZ DECL. ISO MOTION TO ISSUE LETTER OF REQUEST**
**CASE NO: C-01-0988 MJJ (JCS)**