1  MAYER, BROWN, ROWE & MAW LLP
   Donald M. Falk (SBN 150256)
2  Lee H. Rubin (SBN 141331)
   Shirish Gupta (SBN 205584)
3  Two Palo Alto Square, Suite 300
   Palo Alto, CA  94306
4  Telephone:      (650) 331-2000
   Facsimile:       (650) 331-2060
5  lrubin@mayerbrownrowe.com

6  MAYER, BROWN, ROWE & MAW LLP
   Alan N. Salpeter (admitted *pro hac vice*)
7  Javier Rubinstein (admitted *pro hac vice*)
   Vincent P. Schmeltz III (admitted *pro hac vice*)
8  71 South Wacker Street
   Chicago, IL  60606
9  Telephone:     (312) 782-0600
   Facsimile:      (312) 701-7711
10 jrubinstein@mayerbrownrowe.com

11 Attorneys for Defendant ORACLE CORPORATION,
   LAWRENCE J. ELLISON, JEFFREY O. HENLEY, AND
12 EDWARD J. SANDERSON

13 ORACLE CORPORATION
   Dorian Daley (SBN 129049)
14 James C. Maroulis (SBN 208316)
   500 Oracle Parkway, Mailstop 5OP7
15 Redwood Shores, CA  94065
   Telephone:  (650) 506-5200
16 Facsimile:  (650) 506-7114

17 Attorney for Defendant ORACLE CORPORATION

18                    UNITED STATES DISTRICT COURT

19        NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE ORACLE CORPORATION SECURITIES LITIGATION | Case No. C-01-0988-MJJ (JCS) (Consolidated) <br><br> **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO ISSUE LETTER OF REQUEST** <br><br> Judge Martin J. Jenkins |

1  Having considered Defendants Oracle Corporation, Lawrence J. Ellison, Jeffrey O.
2  Henley and Edward J. Sanderson's (collectively "Defendants") Motion to Issue a Letter of
3  Request, and for good cause shown,

4  **IT IS HEREBY ORDERED THAT:**

5  Defendants' Motion is granted.

6  The Court shall execute and issue Defendants' Proposed Letter of Request in English and
7  in Danish (Exhibits A and B to the Declaration of Vincent P. Schmeltz III) directed to the
8  Ministry of Justice, Slotsholmsgade 10, DK – 1216, Copenhagen, K, Denmark.

10  IT IS SO ORDERED.

12  Dated: _____ \_\_\_, 2005

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE