```
 1  LERACH COUGHLIN STOIA GELLER
       RUDMAN & ROBBINS LLP
 2  MARK SOLOMON (151949)
    DOUGLAS R. BRITTON (188769)
 3  VALERIE L. McLAUGHLIN (191916)
    655 West Broadway, Suite 1900
 4  San Diego, CA 92101
    Telephone: 619/231-1058
 5  619/231-7423 (fax)
         – and –
 6  SHAWN A. WILLIAMS (213113)
    WILLOW E. RADCLIFFE (200087)
 7  ELI R. GREENSTEIN (217945)
    JENNIE LEE ANDERSON (203586)
 8  MONIQUE C. WINKLER (213031)
    100 Pine Street, Suite 2600
 9  San Francisco, CA 94111
    Telephone: 415/288-4545
10  415/288-4534 (fax)

11  Lead Counsel for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION | Master File No. C-01-0988-MJJ |
| | <u>CLASS ACTION</u> |
| This Document Relates To: | NOTICE OF CHANGE OF FIRM ADDRESS |
| ALL ACTIONS. | |

TO: THE CLERK OF COURT AND ALL PARTIES

PLEASE TAKE NOTICE that, effective September 26, 2005, Lerach Coughlin Stoia Geller Rudman & Robbins LLP will have relocated its San Diego office as shown below:

LERACH COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

DATED: September 14, 2005

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
MARK SOLOMON
DOUGLAS R. BRITTON
VALERIE L. McLAUGHLIN

_____
MARK SOLOMON

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SHAWN A. WILLIAMS
WILLOW E. RADCLIFFE
ELI R. GREENSTEIN
JENNIE LEE ANDERSON
MONIQUE C. WINKLER
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)

Lead Counsel for Plaintiffs

Q:\Migration\Notice of Address Change SD\Oracle3.doc

NOTICE OF CHANGE OF FIRM ADDRESS - C-01-0988-MJJ     - 1 -

## DECLARATION OF SERVICE BY MAIL

I, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, a citizen of the United States and a resident of the County of San Diego, over the age of 18 years, and not a party to or interested party in the within action; that declarant's business address is 655 West Broadway, Suite 1900, San Diego, California 92101.

2. That on September 14, 2005, declarant served the NOTICE OF CHANGE OF FIRM ADDRESS by depositing a true copy thereof in a United States mailbox at San Diego, California in a sealed envelope with postage thereon fully prepaid and addressed to the parties listed on the attached Service List.

3. That there is a regular communication by mail between the place of mailing and the places so addressed.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 14th day of September, 2005, at San Diego, California.

MICHELE M. HENRY

ORACLE III

Service List - 9/10/2005   (201-064-2)

Page 1 of 6

**Counsel For Defendant(s)**

Steven O. Kramer
Jamie E. Wrage
Mayer, Brown, Rowe & Maw LLP
350 South Grand Avenue, Suite 2500
Los Angeles, CA  90071-1503
   213/229-9500
   213/625-0248(Fax)

Lauren G. Segal
Oracle Corporation
500 Oracle Parkway, Mail Stop 50P7
Redwood City, CA  94065
   650/506-5200
   650/506-7114(Fax)

Alan N. Salpeter
Javier H. Rubinstein
Mayer, Brown, Rowe & Maw LLP
71 South Wacker Drive
Chicago, IL  60606
   312/782-0600
   312/701-7711(Fax)

**Counsel For Plaintiff(s)**

Michael S. Egan
Bernstein Liebhard & Lifshitz, LLP
10 East 40th Street
New York, NY  10016
   212/779-1414
   212/779-3218(Fax)

Evan J. Smith
Brodsky & Smith, LLC
Two Bala Plaza, Suite 602
Bala Cynwyd, PA  19004
   610/667-6200
   610/667-9029(Fax)

Peter D. Bull
Joshua M. Lifshitz
Bull & Lifshitz LLP
18 E. 41st Street
New York, NY  10017
   212/213-6222
   212/213-9405(Fax)

Savett Frutkin, et al.
c/o Stuart H. Savett
Dilworth Paxson LLP
3200 Mellon Bank Center
1735 Market Street
Philadelphia, PA  19103-7595
   215/575-7000
   215/575-7200(Fax)

ORACLE III

Service List - 9/10/2005   (201-064-2)

Page 2 of 6

Michael D. Donovan
Donovan Searles, LLC
1845 Walnut Street, Suite 1100
Philadelphia, PA 19103
  215/732-6067
  215/732-8060(Fax)

Nadeem Faruqi
Faruqi & Faruqi, LLP
320 East 39th Street, 3rd Floor
New York, NY 10016
  212/983-9330
  212/983-9331(Fax)

Howard D. Finkelstein
Jeffrey R. Krinsk
Finkelstein & Krinsk LLP
501 West Broadway, Suite 1250
San Diego, CA 92101
  619/238-1333
  619/238-5425(Fax)

James F. Koehler
Timothy J. Fitzgerald
Daniel R. Karon
Gallagher, Sharp, Fulton & Norman
1501 Euclid Avenue, 7th Floor
Cleveland, OH 44115
  216/241-5310
  216/241-1608(Fax)

Daniel C. Girard
Robert A. Jigarjian
Girard Gibbs & De Bartolomeo LLP
601 California Street, Suite 1400
San Francisco, CA 94108
  415/981-4800
  415/981-4846(Fax)

Lionel Z. Glancy
Glancy Binkow & Goldberg LLP
1801 Avenue of the Stars, Suite 311
Los Angeles, CA 90067
  310/201-9150
  310/201-9160(Fax)

Corey D. Holzer
Holzer & Holzer LLC
1117 Perimeter Center West, Suite E-107
Atlanta, GA 30338
  770/392-0090
  770/392-0029(Fax)

David J. Jaroslawicz
Jaroslawicz & Jaros
150 William Street, 19th Floor
New York, NY 10038
  212/227-2780
  212/227-5090(Fax)

ORACLE III

Service List - 9/10/2005   (201-064-2)

Page 3 of 6

Frederic S. Fox
Jonathan K. Levine
Kaplan, Fox & Kilsheimer LLP
805 Third Avenue, 22nd Floor
New York, NY 10022
  212/687-1980
  212/687-7714 (Fax)

Jill M. Manning
Kirby McInerney & Squire LLP
7665 Redwood Blvd., Suite 200
Novato, CA 94945
  415/898-8160
  415/898-4861 (Fax)

Klari Neuwelt
Law Office of Klari Neuwelt
110 East 59th Street, 29th Floor
New York, NY 10022
  212/593-8800
  212/593-9131 (Fax)

Alfred G. Yates, Jr.
Law Offices of Alfred G. Yates, Jr., P.C.
519 Allegheny Building
429 Forbes Avenue
Pittsburgh, PA 15219
  412/391-5164
  412/471-1033 (Fax)

Laurence D. King
Kaplan, Fox & Kilsheimer LLP
555 Montgomery Street, Suite 1501
San Francisco, CA 94111
  415/772-4700
  415/772-4707 (Fax)

Ira M. Press
Kirby McInerney & Squire, LLP
830 Third Avenue, 10th Floor
New York, NY 10022
  212/371-6600
  212/751-2540 (Fax)

Deborah R. Gross
Law Offices Bernard M. Gross, P.C.
100 Penn Square East, Suite 450
Juniper and Market Streets
Philadelphia, PA 19107
  215/561-3600
  215/561-3000 (Fax)

Brian Barry
Jill Levine
Law Offices of Brian Barry
1801 Avenue of the Stars, Suite 307
Los Angeles, CA 90067
  310/788-0831
  310/788-0841 (Fax)

ORACLE III

Service List - 9/10/2005   (201-064-2)

Page 4 of 6

Brian M. Felgoise
Law Offices of Brian M. Felgoise, P.C.
261 Old York Road, Suite 423
Jenkintown, PA 19046
  215/886-1900
  215/886-1909(Fax)

Bruce G. Murphy
Law Offices of Bruce G. Murphy
265 Llwyds Lane
Vero Beach, FL 32963
  772/231-4202
  772/234-0440(Fax)

James M. Orman
Law Offices of James M. Orman
1845 Walnut Street, 14th Floor
Philadelphia, PA 19103
  215/523-7800
  215/523-9290(Fax)

Kenneth A. Elan
Law Offices of Kenneth A. Elan
217 Broadway, Suite 404
New York, NY 10007
  212/619-0261
  212/385-2707(Fax)

Leo W. Desmond
Law Offices of Leo W. Desmond
2161 Palm Beach Lake Blvd., Suite 204
West Palm Beach, FL 33409
  561/712-8000
  561/712-8002(Fax)

Marc S. Henzel
Law Offices of Marc S. Henzel
273 Montgomery Avenue, Suite 202
Bala Cynwyd, PA 19004
  610/660-8000
  610/660-8080(Fax)

Paul J. Geller
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
197 S. Federal Highway, Suite 200
Boca Raton, FL 33432
  561/750-3000
  561/750-3364(Fax)

William S. Lerach
Mark Solomon
Douglas R. Britton
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
  619/231-1058
  619/231-7423(Fax)

ORACLE III

Service List - 9/10/2005   (201-064-2)

Page 5 of 6

Arnold Levin
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA  19106-3875
215/592-1500
215/592-4663(Fax)

Robert C. Susser
Robert C. Susser, P.C.
270 Madison Avenue, Suite 1500
New York, NY  10016
212/808-0298
212/949-0966(Fax)

Marc A. Topaz
Schiffrin & Barroway, LLP
280 King of Prussia Road
Radnor, PA  19087
610/667-7706
610/667-7056(Fax)

David R. Scott
Scott + Scott, LLC
108 Norwich Avenue
Colchester, CT  06415
860/537-5537
860/537-4432(Fax)

Joseph V. McBride
Murray, Frank & Sailer LLP
275 Madison Avenue, Suite 801
New York, NY  10016
212/682-1818
212/682-1892(Fax)

Andrew M. Schatz
Jeffrey S. Nobel
Schatz & Nobel, P.C.
One Corporate Center
20 Church Street, Suite 1700
Hartford, CT  06103
860/493-6292
860/493-6290(Fax)

Jay P. Saltzman
Schoengold, Sporn, Laitman & Lometti, P.C.
19 Fulton Street, Suite 406
New York, NY  10038
212/964-0046
212/267-8137(Fax)

Robert M. Roseman
Theodore M. Lieverman
Rachel E. Kopp
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA  19103
215/496-0300
215/496-6611(Fax)

ORACLE III

Service List - 9/10/2005   (201-064-2)

Page 6 of 6

Michael D. Braun
Timothy J. Burke
Stull, Stull & Brody
10940 Wilshire Blvd., Suite 2300
Los Angeles, CA  90024
   310/209-2468
   310/209-2087(Fax)

Jules Brody
Aaron Brody
Tzivia Brody
Stull, Stull & Brody
6 East 45th Street, 4th Floor
New York, NY  10017
   212/687-7230
   212/490-2022(Fax)

John Halebian
Wechsler Harwood LLP
488 Madison Avenue, 8th Floor
New York, NY  10022
   212/935-7400
   212/753-3630(Fax)

Kevin J. Yourman
Weiss & Lurie
10940 Wilshire Blvd., 24th Floor
Los Angeles, CA  90024
   310/208-2800
   310/209-2348(Fax)

Fred T. Isquith
Wolf Haldenstein Adler Freeman & Herz, LLP
270 Madison Avenue
New York, NY  10016
   212/545-4600
   212/545-4653(Fax)

Francis M. Gregorek
Betsy C. Manifold
Francis A. Bottini, Jr.
Wolf Haldenstein Adler Freeman & Herz, LLP
750 B Street, Suite 2770
San Diego, CA  92101
   619/239-4599
   619/234-4599(Fax)