LERACH COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
MARK SOLOMON (151949)
DOUGLAS R. BRITTON (188769)
VALERIE L. McLAUGHLIN (191916)
401 B Street, Suite 1600
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
        – and –
SHAWN A. WILLIAMS (213113)
WILLOW E. RADCLIFFE (200087)
ELI R. GREENSTEIN (217945)
JENNIE LEE ANDERSON (203586)
MONIQUE C. WINKLER (213031)
100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)

Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION This Document Relates To: ALL ACTIONS. | Master File No. C-01-0988-MJJ CLASS ACTION DECLARATION OF DOUGLAS R. BRITTON IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO ISSUE LETTER OF REQUEST DATE:   October 11, 2005 TIME:    9:30 a.m. CTRM:   11, Judge Martin J. Jenkins |

I, DOUGLAS R. BRITTON, declare as follows:

1. I am an attorney duly licensed to practice before all of the courts of the State of California. I am a member of the law firm of Lerach Coughlin Stoia Geller Rudman & Robbins LLP, one of the counsel of record for plaintiffs in the above-entitled action. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. On September 12, 2005, I left a voice mail message with counsel for defendants, Vincent Schmeltz, explaining that plaintiffs believed that information contained in defendants' proposed Letter of Request to the Kingdom of Denmark was untrue and requested a return call to resolve the issue. The same day, I forwarded an e-mail to Mr. Schmeltz that outlined proposed language that would correct the language in the proposed Letter of Request. I received a return e-mail from Mr. Schmeltz explaining that he would call me to discuss the issue.

3. On or about September 14, 2005, I spoke to Mr. Schmeltz by phone. We discussed the language to which plaintiffs objected and the language that plaintiffs proposed. Defendants proposed an arrangement whereby they would agree that plaintiffs would get equal time with the witness if plaintiffs entered a statement agreeing that the Letter should issue. Alternatively, counsel explained that defendants would take the position that plaintiffs' examination of the witness would be limited to the scope of direct if plaintiffs agreed only to submit a statement of non-opposition. I agreed to consider the proposal.

4. On September 15, 2005, I had another conversation with defendants' counsel by telephone. I explained that plaintiffs would put in a statement of non-opposition if defendants agreed to the language that I had proposed and that I would deal with the scope of examination if, and when, it became an issue. Counsel explained that he believed that the statement in the current Letter was accurate because of the importance of the witness at the pleading stage and that he would consider further agreeing to my proposed language or consider other language. I explained to counsel that I had other issues with the Letter of Request that I was not prepared to discuss at the time of the call but that if defendants would not agree to change the language, I would have to oppose the motion and address all of the deficiencies in the Letter.

1    5.   On September 16, 2005, I had my last telephone conversation with counsel for defendants. He explained that because of the views in Denmark on pre-trial discovery, defendants could not agree to the proposed language. We agreed that we were at an impasse and that we had to submit the issue to the Court to be resolved.

6.   Attached is a true and correct copy of the following exhibit:

Exhibit A:   September 12, 2005 e-mail from Douglas Britton to Vincent "Trace" Schmeltz.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 20th day of September, 2005, at San Diego, California.

/s/ DOUGLAS R. BRITTON
DOUGLAS R. BRITTON

S:\CasesSD\Oracle3\DEC00024513.doc

DECLARATION OF DOUGLAS R. BRITTON IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO ISSUE LETTER OF REQUEST - C-01-0988-MJJ   - 2 -

## DECLARATION OF SERVICE

I hereby certify that on September 20, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorneys denoted on the attached Service List. I hereby certify that I have caused this document to be mailed by the United States Postal Service and/or faxed to the non-CM/ECF participants listed on the attached Service List.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 20th day of September, 2005, at San Diego, California.

        /s/ DOUGLAS R. BRITTON
        DOUGLAS R. BRITTON

**MANUAL NOTICE SERVICE LIST**
*In re Oracle Corporation Securities Litigation*

| | |
|---|---|
| Dorian Daley*<br>Loren G. Segal<br>500 Oracle Parkway<br>Redwood City, CA 94065<br>Telephone: 650/506-5200<br>650/506-7114 (fax) | Corey D. Holzer<br>Holzer Holzer & Cannon LLC*<br>1117 Perimeter Center West<br>Suite E-107<br>Atlanta, GA 30338<br>Telephone: 770/392-0090<br>770/392-0029 (fax) |
| Brian P. Murray<br>Murray Frank & Sailer LLP*<br>275 Madison Avenue, Suite 801<br>New York, NY 10016<br>Telephone: 212/682-1818<br>212/682-1892 (fax) | Alan Norris Salpeter<br>Mayer, Brown, Rowe & Maw*<br>190 South LaSalle Street<br>Chicago, IL 60603<br>Telephone: 312/782-0600<br>312/701-7711 (fax) |
| Henry R. Chalmers<br>Arnall, Golden, Gregory, LLP*<br>171 17th Street, N.W. #2100<br>Atlanta, GO 30363-1031<br>Telephone: 404/873-8500<br>404/873-8501 (fax) | |

\* Denotes service via facsimile and U.S. mail