# EXHIBIT A

**From:** Doug Britton
**To:** Trace Schmeltz
**Date:** 9/12/2005 2:14:55 PM
**Subject:** Oracle....

Trace:

In follow-up to my voice mail message to you today concerning your Notice and Motion to Issue Letter of Request for the depo in Denmark, the assertion in the proposed Request that "Plaintiffs have stated that they will look to her to provide testimony in support of their case ....." is not correct if the assertion is supported only from our Initial Disclosures.

My reading of our Initial Disclosures is that we have said that the witness is one of many witnesses likely to have discoverable information that we may use to support our claims. To track the rule, I'm proposing the following language for the second sentence of your paragraph 7:

7. [The witness] worked for Oracle Corporation and Plaintiffs have identified her as one of multiple individuals likely to have discoverable information that they may use to support their claim that during the Class Period, Oracle experienced a slowdown in "pipeline" and/or sales of Oracle products, problems with the implementation and functioning of Suit 11i, as well as concellations and lost deals for Oracle products.

Call me to discuss when you have a chance.

Thanks,

Doug

EXHIBIT A