# Exhibit 2



**LERACH
COUGHLIN
STOIA
GELLER
RUDMAN
& ROBBINS** LLP

SAN DIEGO • SAN FRANCISCO
LOS ANGELES • NEW YORK • BOCA RATON
WASHINGTON, DC • HOUSTON
PHILADELPHIA • SEATTLE

Monique C. Winkler
MoniqueW@lerachlaw.com

September 20, 2005

<u>VIA FACSIMILE</u>

Vincent P. Schmeltz, III, Esq.
MAYER, BROWN, ROWE & MAW LLP
190 South LaSalle Street
Chicago, IL 60603-3441

Lee Rubin, Esq.
MAYER, BROWN, ROWE & MAW LLP
Two Palo Alto Square
El Camino Real, Suite 300
Palo Alto, CA  94306

Re:  *In re Oracle Corp. Sec. Litig.*
Master File No. C-01-0988-MJJ

Dear Counsel:

We have considered defendants' counter-proposal regarding discovery related to the debit memos as conveyed by Mr. Rubin yesterday. While plaintiffs believe the documents offered by defendants for production should be produced immediately, we do not believe your proposal adequately addresses the entirety of the outstanding discovery. Accordingly, plaintiffs intend to submit a letter to Magistrate Judge Spero on the accounting issues no later than Friday, September 23, 2005, updating him on the status.

Very truly yours,

Monique C. Winkler

MW:krh

T:\CasesSF\Oracle3\Corres\9-20-05rubinschmeltzmw.doc