1  MAYER, BROWN, ROWE & MAW LLP
   Donald M. Falk (SBN 150256)
2  Lee H. Rubin (SBN 141331)
   Shirish Gupta (SBN 205584)
3  Two Palo Alto Square, Suite 300
   Palo Alto, CA  94306
4  Telephone:     (650) 331-2000
   Facsimile:     (650) 331-2060
5  lrubin@mayerbrownrowe.com

6  MAYER, BROWN, ROWE & MAW LLP
   Alan N. Salpeter (admitted *pro hac vice*)
7  Javier Rubinstein (admitted *pro hac vice*)
   Vincent P. Schmeltz III (admitted *pro hac vice*)
8  71 South Wacker Street
   Chicago, IL  60606
9  Telephone:     (312) 782-0600
   Facsimile:     (312) 701-7711
10 jrubinstein@mayerbrownrowe.com

11 Attorneys for Defendants ORACLE CORPORATION,
   LAWRENCE J. ELLISON, JEFFREY O. HENLEY,
12 AND EDWARD J. SANDERSON

13 ORACLE CORPORATION
   Dorian Daley (SBN 129049)
14 James C. Maroulis (SBN 208316)
   500 Oracle Parkway, Mailstop 5OP7
15 Redwood Shores, CA  94065
   Telephone:  (650) 506-5200
16 Facsimile:  (650) 506-7114

17 Attorneys for Defendant ORACLE CORPORATION

18                UNITED STATES DISTRICT COURT

19      NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION

| | |
|---|---|
| 20  IN RE ORACLE CORPORATION<br>SECURITIES LITIGATION | Case No. C-01-0988-MJJ (JCS)<br>(Consolidated) |
| 21 | |
| 22 | **ADMINISTRATIVE MOTION TO FILE REPLY TO PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO ISSUE LETTER OF REQUEST UNDER SEAL** |
| 23 | |
| 24 | Judge Martin J. Jenkins |
| 25 | |

26
27
28

## I.  INTRODUCTION

Pursuant to Civil Local Rules 7-11 and 79-5, Defendants Oracle Corporation, Lawrence J. Ellison, Jeffrey O. Henley, and Edward J. Sandersen (collectively "Defendants") respectfully move the Court for an Order sealing Defendants' Reply to Plaintiffs' Opposition to Defendants' Motion to Issue Letter of Request ("Reply Brief") on the ground that it discloses the identity of a Confidential Witness and the role of said Confidential Witness. Such disclosures require the Reply Brief to be filed under seal pursuant to the Amended Order Setting a Discovery Plan entered by the Court on March 10, 2005 and the Revised Stipulated Protective Order Governing Confidentiality entered by the Court on January 11, 2005.

This motion is accompanied by the Declaration of Vincent P. Schmeltz III in Support of Administrative Motion to File Reply to Plaintiffs' Opposition to Defendants' Motion to Issue Letter of Request Under Seal ("Schmeltz Decl.") and the [Proposed] Order filed concurrently herewith.

## II.  STATEMENT OF FACTS

Concurrently with this motion, Defendants filed a Reply to Plaintiff's Opposition to Defendants' Motion to Issue Letter of Request ("Reply Brief"). In the Reply Brief, n order to obtain the relief they seek, Defendants have disclosed the identity of a Confidential Witness and the role of said Confidential Witness. *See* Schmeltz Decl. ¶ 3. Indeed, the Reply Brief discusses at length the Confidential Witness's background as the basis for his/her knowledge of relevant facts. *See id*. It also discusses in detail the role of the Confidential Witness in this litigation in an attempt to persuade the Court to issue a Letter of Request to the Danish Ministry of Justice. *See id*. The parties have stipulated to filing any documents that disclose such information under seal. *See id*. ¶ 4, Ex. A.

## III.  ARGUMENT

Civil Local Rule 79-5 states that no document may be filed under seal unless it is established that the document "is privileged or protectable as a trade secret or otherwise entitled to protection under the law." Civ. L.R. 79-5(a). The Amended Order Setting a Discovery Plan

1  that governs this litigation provides that "[w]hen a party seeks to file with the Court a document
2  disclosing the identities of the CWs in their roles as CWs, the procedures specified in paragraph
3  10 of the January 11, 2005 Revised Stipulated Protective Order Governing Confidentiality shall
4  apply." Schmeltz Decl. Ex. A.  Paragraph 10 of the Revised Stipulated Protective Order
5  Governing Confidentiality, which bears the heading "Filing Protected Material," sets forth
6  procedures for submitting administrative motions to file under seal.  *See id*. ¶ 5, Ex. B.

7        The Court should grant this motion because both the Amended Order Setting a Discovery
8  Plan entered by the Court and the Revised Stipulated Protective Order Governing Confidentiality
9  entered by the Court on March 10, 2005 and January 11, 2005, respectively, require that the
10 Reply Brief be filed under seal.

11 **IV.   CONCLUSION**

12       For all the foregoing reasons, the Court should grant this motion and enter the [Proposed]
13 Order sealing the Reply Brief.

15 Dated: September 27, 2005                      MAYER, BROWN ROWE & MAW LLP

17                                               By:   /s/ Vincent P. Schmeltz III
18                                                    Vincent P. Schmeltz III

19                                            Attorneys for Defendants Oracle Corporation,
Lawrence J. Ellison, Jeffrey O. Henley, and
Edward J. Sanderson

- 2 -