1  MAYER, BROWN, ROWE & MAW LLP
   Donald M. Falk (SBN 150256)
2  Lee H. Rubin (SBN 141331)
   Shirish Gupta (SBN 205584)
3  Two Palo Alto Square, Suite 300
   Palo Alto, CA  94306
4  Telephone:     (650) 331-2000
   Facsimile:       (650) 331-2060
5  lrubin@mayerbrownrowe.com

6  MAYER, BROWN, ROWE & MAW LLP
   Alan N. Salpeter (admitted *pro hac vice*)
7  Javier Rubinstein (admitted *pro hac vice*)
   Vincent P. Schmeltz III (admitted *pro hac vice*)
8  71 South Wacker Street
   Chicago, IL  60606
9  Telephone:     (312) 782-0600
   Facsimile:       (312) 701-7711
10 jrubinstein@mayerbrownrowe.com

11 Attorneys for Defendants ORACLE CORPORATION,
   LAWRENCE J. ELLISON, JEFFREY O. HENLEY, AND
12 EDWARD J. SANDERSON

13 ORACLE CORPORATION
   Dorian Daley (SBN 129049)
14 James C. Maroulis (SBN 208316)
   500 Oracle Parkway, Mailstop 5OP7
15 Redwood Shores, CA  94065
   Telephone:  (650) 506-5200
16 Facsimile:  (650) 506-7114

17 Attorneys for Defendant ORACLE CORPORATION

18                UNITED STATES DISTRICT COURT

19       NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION

| | |
|---|---|
| 20  IN RE ORACLE CORPORATION<br>     SECURITIES LITIGATION<br>21 | Case No. C-01-0988-MJJ (JCS)<br>(Consolidated) |
| 22 | **DECLARATION OF VINCENT P. SCHMELTZ III IN SUPPORT OF ADMINISTRATIVE MOTION TO FILE REPLY TO PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO ISSUE LETTER OF REQUEST UNDER SEAL**<br><br>Judge Martin J. Jenkins |

27

28

**SCHMELTZ DECL. ISO ADMINISTRATIVE MOTION TO FILE REPLY TO PLAINTIFFS' OPPOSITION TO**
**DEFENDANTS' MOTION TO ISSUE LETTER OF REQUEST UNDER SEAL**
**CASE NO: C-01-0988 MJJ (JCS)**

1    I, Vincent P. Schmeltz III, hereby declare as follows:

2    1.    I am an attorney admitted *pro hac vice* before this Court. I am an associate at the law firm of Mayer, Brown, Rowe & Maw LLP, counsel for defendants in the above-captioned matter. I have personal knowledge of the following facts, and if called as a witness, could and would testify thereto.

3    2.    I submit this declaration in support of the Administrative Motion to File Reply to Plaintiffs' Opposition to Defendants' Motion to Issue Letter of Request Under Seal.

4    3.    Defendants' Reply to Plaintiffs' Opposition to Defendants' Motion to Issue Letter of Request discloses the identity of a Confidential Witness and the role of said Confidential Witness. It discusses at length the Confidential Witness's background as the basis for his/her knowledge of relevant facts. It also discusses in detail the role of the Confidential Witness in this litigation.

5    4.    The parties have stipulated to filing any documents that disclose such information under seal. Attached hereto as Exhibit A is a true and correct copy of the Amended Order Setting A Discovery Plan entered by the Court on March 5, 2005.

6    5.    Attached hereto as Exhibit B is a true and correct copy of the Revised Stipulated Protective Order Governing Confidentiality entered by the Court on January 11, 2005.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and accurate. Executed at Chicago, Illinois this 27th day of September, 2005.

/s/ Vincent P. Schmeltz III
Vincent P. Schmeltz III