MAYER, BROWN, ROWE & MAW LLP
Donald M. Falk (SBN 150256)
Lee H. Rubin (SBN 141331)
Shirish Gupta (SBN 205584)
Two Palo Alto Square, Suite 300
Palo Alto, CA  94306
Telephone:     (650) 331-2000
Facsimile:      (650) 331-2060
lrubin@mayerbrownrowe.com

MAYER, BROWN, ROWE & MAW LLP
Alan N. Salpeter (admitted *pro hac vice*)
Javier Rubinstein (admitted *pro hac vice*)
Vincent P. Schmeltz III (admitted *pro hac vice*)
71 South Wacker Street
Chicago, IL  60606
Telephone:     (312) 782-0600
Facsimile:      (312) 701-7711
jrubinstein@mayerbrownrowe.com

Attorneys for Defendant ORACLE CORPORATION, LAWRENCE J. ELLISON, JEFFREY O. HENLEY, AND EDWARD J. SANDERSON

ORACLE CORPORATION
Dorian Daley (SBN 129049)
James C. Maroulis (SBN 208316)
500 Oracle Parkway, Mailstop 5OP7
Redwood Shores, CA  94065
Telephone:  (650) 506-5200
Facsimile:  (650) 506-7114

Attorney for Defendant ORACLE CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE ORACLE CORPORATION SECURITIES LITIGATION | Case No. C-01-0988-MJJ (JCS) (Consolidated) <br><br> **[PROPOSED] SEALING ORDER** <br><br> Judge Joseph C. Spero |

1   Having considered all the papers submitted in support of Defendant Oracle Corporation's
2   Agreed Motion to Remove and Seal Confidential Third-Party Documents, and finding good
3   cause,
4   IT IS HEREBY ORDERED that the motion is granted.  Exhibit F to Defendant's letter
5   brief filed August 10, 2005, is hereby sealed.
6
7   IT IS SO ORDERED.
8   Dated:

                                                             The Honorable Joseph C. Spero

**[PROPOSED] SEALING ORDER**
**CASE NO: C-01-0988 MJJ (JCS)**