**United States District Court**
For the Northern District of California

1
2
3
4                    UNITED STATES DISTRICT COURT

5                 NORTHERN DISTRICT OF CALIFORNIA

6

7   IN RE ORACLE SECURITIES LITIGATION          No. C01-0988 MJJ (JCS)

8   _____

9   This Document Relates To:                   **ORDER TO FILE JOINT LETTER**

10  ALL ACTIONS.

11  _____/

12          On September 23, 2005, Plaintiffs filed a letter brief on the status of Oracle's production of

13  documents as they relate to the debit memos (the "Status Brief").  On September 26, 2005, Defendants

14  filed a letter brief in opposition to the Status Brief.

15          The Court finds that neither letter complies with the Court's Order as reflected in the minutes of

16  August 12, 2005.  The Court will not take any action until counsel complies with the August 12, 2005

17  Order.

18          IT IS HEREBY ORDERED that the joint letter as required by the August 12, 2005 Order shall be

19  filed by **October 7, 2005.**

20          IT IS SO ORDERED.

21

22  Dated:  September 29, 2005

23                                              _____
                                                JOSEPH C. SPERO
24                                              United States Magistrate Judge

25

26

27

28