1  LERACH COUGHLIN STOIA GELLER
      RUDMAN & ROBBINS LLP
2  MARK SOLOMON (151949)
   DOUGLAS R. BRITTON (188769)
3  VALERIE L. McLAUGHLIN (191916)
   655 West Broadway, Suite 1900
4  San Diego, CA  92101
   Telephone:  619/231-1058
5  619/231-7423 (fax)
         – and –
6  SHAWN A. WILLIAMS (213113)
   WILLOW E. RADCLIFFE (200087)
7  ELI R. GREENSTEIN (217945)
   JENNIE LEE ANDERSON (203586)
8  MONIQUE C. WINKLER (213031)
   100 Pine Street, Suite 2600
9  San Francisco, CA  94111
   Telephone:  415/288-4545
10 415/288-4534 (fax)

11 Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION | Master File No. C-01-0988-MJJ |
| | <u>CLASS ACTION</u> |
| This Document Relates To: | **DISCOVERY MATTER** |
| ALL ACTIONS. | PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE SUPPLEMENTAL DECLARATION OF SHAWN A. WILLIAMS TO CORRECT THE RECORD OF DEPOSITION TESTIMONY SUBMITTED BY DEFENDANTS IN SUPPORT OF THEIR REPLY TO PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO ISSUE A LETTER REQUEST UNDER SEAL |
| | DATE: October 11, 2005<br>TIME: 9:30 a.m.<br>COURTROOM: Hon. Martin S. Jenkins |

Plaintiffs respectfully move the Court for an order sealing plaintiffs' Supplemental Declaration of Shawn A. Williams to Correct the Record of Deposition Testimony Submitted by Defendants in Support of Their Reply to Plaintiffs' Opposition to Defendants' Motion to Issue a Letter Request ("Supplemental Declaration"), pursuant to Civil Local Rules 7-11 and 79-5.[1] This motion is accompanied by the Declaration of Shawn A. Williams in Support of Plaintiffs' Administrative Motion to File the Supplemental Declaration of Shawn A. Williams to Correct the Record of Deposition Testimony Submitted by Defendants in Support of Their Reply to Plaintiffs' Opposition to Defendants' Motion to Issue a Letter Request Under Seal ("Williams Decl.") and the Proposed Sealing Order filed concurrently herewith.

The Supplemental Declaration, along with its supporting attachments of deposition testimony, discloses the identity and role of two Confidential Witnesses. *See* Williams Decl., ¶3. The Amended Order Setting a Discovery Plan entered by the Court on March 10, 2005 ("Amended Order") and the Revised Stipulated Protective Order Governing Confidentiality (entered by the Court on January 11, 2005) ("Protective Order") require that documents containing such disclosures be filed under seal.[2]

---

[1] Civil Local Rule 79-5 states that no document may be filed under seal unless it is established that the document is "privileged or protectable as a trade secret or otherwise entitled to protection under the law." Civ. L.R. 79-5(a).

[2] The Amended Order requires that "[w]hen a party seeks to file with the Court a document disclosing the identities of the CWs in their roles as CWs, the procedures specified in paragraph 10 of the [Protective Order] shall apply." Williams Decl., Ex. A. Paragraph 10 of the Protective Order sets forth procedures for submitting administrative motions to file under seal. Williams Decl., Ex. B.

PLTFS' ADMINISTRATIVE MOTION TO FILE SUPPLEMENTAL WILLIAMS DECLARATION TO CORRECT RECORD OF DEPOSITION TESTIMONY SUBMITTED BY DEFS - C-01-0988-MJJ                - 1 -

1  Accordingly, the Court should grant this motion and enter the Proposed Sealing Order
2  sealing the Supplemental Declaration.

3  DATED: October 5, 2005          Respectfully submitted,

4                                  LERACH COUGHLIN STOIA GELLER
                                      RUDMAN & ROBBINS LLP
5                                   SHAWN A. WILLIAMS
                                    WILLOW E. RADCLIFFE
6                                   ELI R. GREENSTEIN
                                    JENNIE LEE ANDERSON
7                                   MONIQUE C. WINKLER

8

9                                          /s/ Shawn A. Williams
                                    SHAWN A. WILLIAMS
10

11                                  100 Pine Street, Suite 2600
                                    San Francisco, CA  94111
                                    Telephone:  415/288-4545
12                                  415/288-4534 (fax)

13                                  LERACH COUGHLIN STOIA GELLER
                                      RUDMAN & ROBBINS LLP
14                                  MARK SOLOMON
                                    DOUGLAS R. BRITTON
15                                  VALERIE L. McLAUGHLIN
                                    655 West Broadway, Suite 1900
16                                  San Diego, CA  92101
                                    Telephone:  619/231-1058
17                                  619/231-7423 (fax)

18                                  Lead Counsel for Plaintiffs

19  T:\CasesSF\Oracle3\MOT00024891.doc

PLTFS' ADMINISTRATIVE MOTION TO FILE SUPPLEMENTAL WILLIAMS DECLARATION TO
CORRECT RECORD OF DEPOSITION TESTIMONY SUBMITTED BY DEFS - C-01-0988-MJJ       - 2 -

DECLARATION OF SERVICE BY MAIL AND FACSIMILE

I, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, a citizen of the United States and employed in the City and County of San Francisco, over the age of 18 years, and not a party to or interested party in the within action; that declarant's business address is 100 Pine Street, Suite 2600, San Francisco, California 94111.

2. That on October 5, 2005, declarant served the PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE SUPPLEMENTAL DECLARATION OF SHAWN A. WILLIAMS TO CORRECT THE RECORD OF DEPOSITION TESTIMONY SUBMITTED BY DEFENDANTS IN SUPPORT OF THEIR REPLY TO PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO ISSUE A LETTER REQUEST UNDER SEAL by depositing a true copy thereof in a United States mailbox at San Francisco, California in a sealed envelope with postage thereon fully prepaid and addressed to the parties listed on the attached Service List. Declarant also served the parties by facsimile.

3. That there is a regular communication by mail between the place of mailing and the places so addressed.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 5th day of October, 2005, at San Francisco, California.

                                                    /s/ Ruth A. Cameron
                                                    RUTH A. CAMERON

ORACLE III (LEAD)

Service List - 9/28/2005    (201-064-1)

Page 1 of 1

**Counsel For Defendant(s)**

Donald M. Falk
Lee H. Rubin
Shirish Gupta
Mayer, Brown, Rowe & Maw LLP
Two Palo Alto Square, Suite 300
Palo Alto, CA  94306
  650/331-2000
  650/331-2060 (Fax)

Alan N. Salpeter
Javier H. Rubinstein
Mayer, Brown, Rowe & Maw LLP
71 South Wacker Drive
Chicago, IL  60606
  312/782-0600
  312/701-7711 (Fax)

Dorian Daley
James C. Maroulis
Oracle Corporation
500 Oracle Parkway, Mail Stop 50P7
Redwood City, CA  94065
  650/506-5200
  650/506-7114 (Fax)

**Counsel For Plaintiff(s)**

William S. Lerach
Mark Solomon
Douglas R. Britton
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway, Suite 1900
San Diego, CA  92101
  619/231-1058
  619/231-7423 (Fax)

Sanford Svetcov
Shawn A. Williams
Willow E. Radcliffe
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
100 Pine Street, Suite 2600
San Francisco, CA  94111-5238
  415/288-4545
  415/288-4534 (Fax)