1   LERACH COUGHLIN STOIA GELLER
        RUDMAN & ROBBINS LLP
2   MARK SOLOMON (151949)
    DOUGLAS R. BRITTON (188769)
3   VALERIE L. McLAUGHLIN (191916)
    655 West Broadway, Suite 1900
4   San Diego, CA  92101
    Telephone:  619/231-1058
5   619/231-7423 (fax)
            – and –
6   SHAWN A. WILLIAMS (213113)
    WILLOW E. RADCLIFFE (200087)
7   ELI R. GREENSTEIN (217945)
    JENNIE LEE ANDERSON (203586)
8   MONIQUE C. WINKLER (213031)
    100 Pine Street, Suite 2600
9   San Francisco, CA  94111
    Telephone:  415/288-4545
10  415/288-4534 (fax)

11  Lead Counsel for Plaintiffs

12                          UNITED STATES DISTRICT COURT

13                          NORTHERN DISTRICT OF CALIFORNIA

14

15  In re ORACLE CORPORATION          )   Master File No. C-01-0988-MJJ
    SECURITIES LITIGATION             )
16  _____)   CLASS ACTION
                                      )
17  This Document Relates To:         )   DISCOVERY MATTER
                                      )
18      ALL ACTIONS.                  )   DECLARATION OF SHAWN A.
    _____)   WILLIAMS IN SUPPORT OF PLAINTIFFS'
19                                        ADMINISTRATIVE MOTION TO FILE
                                         THE SUPPLEMENTAL DECLARATION OF
20                                       SHAWN A. WILLIAMS TO CORRECT THE
                                         RECORD OF DEPOSITION TESTIMONY
21                                       SUBMITTED BY DEFENDANTS IN
                                         SUPPORT OF THEIR REPLY TO
22                                       PLAINTIFFS' OPPOSITION TO
                                         DEFENDANTS' MOTION TO ISSUE A
23                                       LETTER REQUEST UNDER SEAL

24                                       DATE:          October 11, 2005
                                         TIME:          9:30 a.m.
25                                       COURTROOM:     Hon. Martin S. Jenkins

26

27

28

1    I, SHAWN A. WILLIAMS, declare as follows:

2        1.      I am an attorney duly licensed to practice before all courts of the State of California.

3    I am a member of the law firm of Lerach Couglin Stoia Geller Rudman & Robbins LLP, one of the

4    counsel of record for plaintiffs in the above-entitled action.  I have personal knowledge of the

5    matters stated herein and, if called upon, I could and would competently testify thereto.

6        2.      I submit this declaration in support of Plaintiffs' Administrative Motion to File

7    Supplemental Declaration of Shawn A. Williams to Correct the Record of Deposition Testimony

8    Submitted by Defendants in Support of Their Reply to Plaintiffs' Opposition to Defendants' Motion

9    to Issue a Letter Request Under Seal.

10       3.      Plaintiffs' Supplemental Declaration of Shawn A. Williams to Correct the Record of

11   Deposition Testimony Submitted by Defendants in Support of Their Reply to Plaintiffs' Opposition

12   to Defendants' Motion to Issue a Letter Request ("Supplemental Declaration"), and its supporting

13   attachments of deposition testimony, discloses the identity of two Confidential Witnesses.  It also

14   discloses, in detail, the roles of the Confidential Witnesses at Oracle Corporation and in this

15   litigation.  Because the subject of the Supplemental Declaration is the deposition testimony of said

16   Confidential Witnesses, such disclosure is necessary to carry out its purpose.

17       4.      The parties have stipulated to filing any documents that disclose such information

18   under seal.  Attached hereto as Exhibit A is a true and correct copy of the Amended Order Setting a

19   Discovery Plan entered by the Court on March 10, 2005.

20       5.      Attached as Exhibit B is a true and correct copy of the Revised Stipulated Protective

21   Order Governing Confidentiality entered by the Court on January 11, 2005.

22       I declare under penalty of perjury under the laws of the State of California that the foregoing

23   is true and correct.  Executed this 5th day of October, 2005, at San Francisco, California.

24

25                                         /s/ Shawn A. Williams
                                          SHAWN A. WILLIAMS

26   T:\CasesSF\Oracle3\DEC00024893.doc

27

28

WILLIAMS DECL IN SUPPORT OF PLTFS' ADMIN MOTION TO FILE SUPPL DECL TO CORRECT
RECORD OF DEPOSITION TESTIMONY SUBMITTED BY DEFENDANTS - C-01-0988-MJJ          - 1 -

1

<u>DECLARATION OF SERVICE BY MAIL AND FACSIMILE</u>

2

I, the undersigned, declare:

3

1.      That declarant is and was, at all times herein mentioned, a citizen of the United States

4
and employed in the City and County of San Francisco, over the age of 18 years, and not a party to

5
or interested party in the within action; that declarant's business address is 100 Pine Street,

6
Suite 2600, San Francisco, California 94111.

7

2.      That on October 5, 2005, declarant served the DECLARATION OF SHAWN A.

8
WILLIAMS IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE THE

9
SUPPLEMENTAL DECLARATION OF SHAWN A. WILLIAMS TO CORRECT THE RECORD

10
OF DEPOSITION TESTIMONY SUBMITTED BY DEFENDANTS IN SUPPORT OF THEIR

11
REPLY TO PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO ISSUE A LETTER

12
REQUEST UNDER SEAL by depositing a true copy thereof in a United States mailbox at San

13
Francisco, California in a sealed envelope with postage thereon fully prepaid and addressed to the

14
parties listed on the attached Service List.  Declarant also served the parties by facsimile.

15

3.      That there is a regular communication by mail between the place of mailing and the

16
places so addressed.

17

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 5th

18
day of October, 2005, at San Francisco, California.

19

20

_____
/s/ Ruth A. Cameron
RUTH A. CAMERON

21

22

23

24

25

26

27

28

ORACLE III (LEAD)

Service List - 9/28/2005   (201-064-1)

Page 1 of  1

**Counsel For Defendant(s)**

Donald M. Falk
Lee H. Rubin
Shirish  Gupta
Mayer, Brown, Rowe & Maw LLP
Two Palo Alto Square, Suite 300
Palo Alto, CA  94306
   650/331-2000
   650/331-2060 (Fax)

Alan N. Salpeter
Javier H. Rubinstein
Mayer, Brown, Rowe & Maw LLP
71 South Wacker Drive
Chicago, IL  60606
   312/782-0600
   312/701-7711 (Fax)

Dorian  Daley
James C. Maroulis
Oracle Corporation
500 Oracle Parkway, Mail Stop 50P7
Redwood City, CA  94065
   650/506-5200
   650/506-7114 (Fax)

**Counsel For Plaintiff(s)**

William S. Lerach
Mark  Solomon
Douglas R. Britton
Lerach Coughlin Stoia Geller Rudman &
Robbins LLP
655 West Broadway, Suite 1900
San Diego, CA  92101
   619/231-1058
   619/231-7423 (Fax)

Sanford  Svetcov
Shawn A. Williams
Willow E. Radcliffe
Lerach Coughlin Stoia Geller Rudman &
Robbins LLP
100 Pine Street, Suite 2600
San Francisco, CA  94111-5238
   415/288-4545
   415/288-4534 (Fax)