LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
MARK SOLOMON (151949)
DOUGLAS R. BRITTON (188769)
VALERIE L. McLAUGHLIN (191916)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
       – and –
SHAWN A. WILLIAMS (213113)
WILLOW E. RADCLIFFE (200087)
ELI R. GREENSTEIN (217945)
JENNIE LEE ANDERSON (203586)
MONIQUE C. WINKLER (213031)
100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)

Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Master File No. C-01-0988-MJJ<br><br><u>CLASS ACTION</u><br><br>**DISCOVERY MATTER**<br><br>MANUAL FILING NOTIFICATION REGARDING SUPPLEMENTAL DECLARATION OF SHAWN A. WILLIAMS TO CORRECT THE RECORD OF DEPOSITION TESTIMONY SUBMITTED BY DEFENDANTS IN SUPPORT OF THEIR REPLY TO PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO ISSUE A LETTER REQUEST<br><br>DATE:       October 11, 2005<br>TIME:        9:30 a.m.<br>COURTROOM:  Hon. Martin S. Jenkins |

1 | This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.

2 | If you are a participant on this case, the filing will be served in hard-copy shortly.

3 | For information on retrieving this filing directly from the court, please see the Court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

4 | This filing was not e-filed because the item was filed under seal.

DATED: October 5, 2005

Respectfully submitted,

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SHAWN A. WILLIAMS
WILLOW E. RADCLIFFE
ELI R. GREENSTEIN
JENNIE LEE ANDERSON
MONIQUE C. WINKLER


            /s/ Shawn A. Williams
            SHAWN A. WILLIAMS

100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
MARK SOLOMON
DOUGLAS R. BRITTON
VALERIE L. McLAUGHLIN
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

Lead Counsel for Plaintiffs

T:\CasesSF\Oracle3\MIS00024934.doc

<u>DECLARATION OF SERVICE BY MAIL AND FACSIMILE</u>

I, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, a citizen of the United States and employed in the City and County of San Francisco, over the age of 18 years, and not a party to or interested party in the within action; that declarant's business address is 100 Pine Street, Suite 2600, San Francisco, California 94111.

2. That on October 5, 2005, declarant served the MANUAL FILING NOTIFICATION REGARDING SUPPLEMENTAL DECLARATION OF SHAWN A. WILLIAMS TO CORRECT THE RECORD OF DEPOSITION TESTIMONY SUBMITTED BY DEFENDANTS IN SUPPORT OF THEIR REPLY TO PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO ISSUE A LETTER REQUEST by depositing a true copy thereof in a United States mailbox at San Francisco, California in a sealed envelope with postage thereon fully prepaid and addressed to the parties listed on the attached Service List. Declarant also served the parties by facsimile.

3. That there is a regular communication by mail between the place of mailing and the places so addressed.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 5th day of October, 2005, at San Francisco, California.

           /s/ Ruth A. Cameron
           RUTH A. CAMERON

ORACLE III (LEAD)

Service List - 9/28/2005   (201-064-1)

Page 1 of 1

## Counsel For Defendant(s)

Donald M. Falk
Lee H. Rubin
Shirish Gupta
Mayer, Brown, Rowe & Maw LLP
Two Palo Alto Square, Suite 300
Palo Alto, CA  94306
  650/331-2000
  650/331-2060 (Fax)

Alan N. Salpeter
Javier H. Rubinstein
Mayer, Brown, Rowe & Maw LLP
71 South Wacker Drive
Chicago, IL  60606
  312/782-0600
  312/701-7711 (Fax)

Dorian Daley
James C. Maroulis
Oracle Corporation
500 Oracle Parkway, Mail Stop 50P7
Redwood City, CA  94065
  650/506-5200
  650/506-7114 (Fax)

## Counsel For Plaintiff(s)

William S. Lerach
Mark Solomon
Douglas R. Britton
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway, Suite 1900
San Diego, CA  92101
  619/231-1058
  619/231-7423 (Fax)

Sanford Svetcov
Shawn A. Williams
Willow E. Radcliffe
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
100 Pine Street, Suite 2600
San Francisco, CA  94111-5238
  415/288-4545
  415/288-4534 (Fax)