# Exhibit 3



**LERACH
COUGHLIN
STOIA
GELLER
RUDMAN
& ROBBINS** LLP

SAN DIEGO • SAN FRANCISCO
LOS ANGELES • NEW YORK • BOCA RATON
WASHINGTON, DC • HOUSTON
PHILADELPHIA • SEATTLE

Shawn A. Williams
Shawnw@lerachlaw.com

September 12, 2005

<u>VIA FACSIMILE AND U.S. MAIL</u>

Lee Rubin, Esq.
MAYER, BROWN, ROWE & MAW LLP
Two Palo Alto Square
El Camino Real, Suite 300
Palo Alto, CA 94306

Vincent P. Schmeltz, III ("Trace"), Esq.
MAYER, BROWN, ROWE & MAW LLP
190 South La Salle Street
Chicago, IL 60603-3441

Re: *In re Oracle Corporation Sec. Litig.*
Master File No. C-01-0988-MJJ (N.D. Cal.)

Dear Counsel:

In light of defendants refusal to produce all of the documents underlying the transactions related to the debit memos alleged in the complaint, plaintiffs propose that Oracle begin by immediately producing all documents relating to and underlying the following transactions: (1) 100% of the debit memos with a dollar value of $10,000 or greater, or 4,431 debit memos; (2) 100% of the debit memos with a dollar value of $5,000 up to $10,000, or 2,464 debit memos; (3) 2,654 debit memos in the range of $1,000 up to $5,000; and (4) 451 debit memos in the range of less than $1,000. This amounts to approximately 10,000 debit memo transactions. This proposal also includes a demand for all documents related to the at least 1,000 credit memos Oracle issued related to the debit memo transactions.

While plaintiffs do not believe that this compromises all documents ordered by the court to be produced, it substantially reduces any perceived burden on Oracle and as such should be produced immediately.

Very truly yours,

Shawn A. Williams

SAW:jpc
T:\CasesSF\Oracle3\Corres\LTR Rubin_Schmeltz 9-12-05SAW.doc

100 Pine Street, 26th Floor • San Francisco, CA 94111 • 415.288.4545 • Fax 415.288.4534 • www.lerachlaw.com