IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re:                                                                  No.     C01-00988 MJJ

ORACLE CORPORATION SECURITIES         **ORDER OF REFERENCE**
LITIGATION,

_____/

    Pursuant to Civil Local Rule 72-1, it is HEREBY ORDERED that the **Defendant's Motion to Issue Letter of Request and Plaintiffs' Administrative Motion to File Supplemental Declaration** in the above-captioned case are referred Magistrate Judge Spero.

    Counsel will be advised of the date, time and place of the next appearance by notice from Magistrate Judge Spero. THE MOTION HEARING SET ON JUDGE JENKINS' CALENDAR FOR **October 11, 2005, and October 18, 2005,** ARE HEREBY **VACATED**.

    **IT IS SO ORDERED.**

Dated: 10/11/2005

                                             MARTIN J. JENKINS
                                             United States District Judge