October 12, 2005
**VIA FACSIMILE**

M A Y E R
B R O W N
R O W E
& M A W

Honorable Joseph C. Spero
United States District Court
Northern District of California – San Francisco Division
450 Golden Gate Avenue, 15th Floor
San Francisco, CA 94102

Mayer, Brown, Rowe & Maw LLP
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, California 94306-2112

**Lee H. Rubin**
Direct Tel (650) 331-2037
Direct Fax (650) 331-4537
lrubin@mayerbrownrowe.com

Re: <u>In re Oracle Corporation Securities Litigation,
Case No. C-01-0988-MJJ (Consolidated)</u>

Dear Magistrate Judge Spero:

    Yesterday your courtroom clerk advised us that the Court intends to construe Plaintiffs' portion of the two-page letter filed with the Court on October 7, 2005, as a motion to compel the materials that Plaintiffs seek and that you have scheduled a telephonic hearing on the motion for October 18, 2005. We write to respectfully request that the Court permit Oracle to appear in person to respond to Plaintiffs' motion. The discovery issues underlying this dispute are of enormous importance to Oracle. As a consequence, Defendants would like to have the opportunity to address the Court in person to explain the complexities of the electronic production that Oracle has undertaken, to describe the practical infeasibility of gathering *all* of the myriad documents that Plaintiffs have requested, and to fully discuss the issues of relevance and need that pervade this discovery dispute. Unfortunately, Lead Counsel for the Defendants is currently out of the country and is only available to appear before the Court beginning in the afternoon of October 19, 2005. If possible, Defendants request an in person hearing that afternoon or at the Court's earliest convenience thereafter. Alternatively, Defendants' other counsel are available to appear on October 18th.

                                        Respectfully submitted,

                                        /s/Lee H. Rubin
                                        Lee H. Rubin
                                        Counsel for Defendants

cc: [Soloman, Williams, etc.]

Brussels  Charlotte  Chicago  Cologne  Frankfurt  Houston  London  Los Angeles  Manchester  New York  Palo Alto  Paris  Washington, D.C.
Independent Mexico City Correspondent: Jauregui, Navarrete, Nader y Rojas, S.C.

Mayer, Brown, Rowe & Maw LLP operates in combination with our associated English limited liability partnership in the offices listed above.