# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
## CIVIL MINUTES

**CASE NO. C 01-0988 MJJ (JCS)**

**CASE NAME:** In Re: ORACLE SECURITIES LITIGATION

**MAGISTRATE JUDGE JOSEPH C. SPERO**         **COURTROOM DEPUTY:** Karen Hom

**DATE:** October 18, 2005     **TIME:** .50     **COURT REPORTER:** Sahar McVickar

| COUNSEL FOR PLAINTIFF: | COUNSEL FOR DEFENDANT: |
|---|---|
| Mark Solomon | Vincent Schmeltz |
| Jennie Lee Anderson | Alan Salpeter (telephonic) |
| Monique Winkler | Lee Rubin |
| James Feldman | James C. Maroulis for Oracle Corp. |

( ) Status Conf.     ( ) P/T Conf.     ( ) Discovery Conf.     ( ) Further Case Mgmt. Conf.

| **OTHER PROCEEDINGS:** | **RULING:** |
|---|---|
| 1. Plas' Motion to Compel Audit Trail [Docket No. 368] | Granted |
| 2. Dfts' Motion for Issuance of Letters Rogatory [Docket No. 348] | Granted with Amendments |

**ORDERED AFTER HEARING:**

Letters Rogatory should be amended as follows: page 4, line 2, words "this court" should be deleted; page 4, line 3 and 4, last sentence of the paragraph beginning with "Further, the deposition and evidence sought..." shall be deleted; page 4, line 18, replace words of "they will look to her to provide testimony...", with "Ms. Kammer has knowledge of". Dfts' shall re-submit their Letters of Rogatory, and proposed form of Order.

Within 30 days of today, Oracle shall produce all electronic information including images on the debit memos and the transactions that underlie those debit memos or relating to the debit memos that are over $100,000 in value.

On or before the same time period, Oracle shall produce with respect to debit memos over $1 million dollars or more all paper documents relating to those debit memos in the underlying transactions. This Order is without prejudice to the Plas' making application to the Court for some additional productions with respect to the debit memos.

**ORDER TO BE PREPARED BY:**     ( ) Plaintiff     (X) Defendant     (X) Court

cc:     Chambers; Karen