UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE ORACLE SECURITIES LITIGATION<br>_____<br>This Document Relates To:<br>ALL ACTIONS.<br>_____/ | No. C-01-0988 MJJ (JCS)<br><br>**ORDER GRANTING PLAINTIFFS'**<br>**MOTION TO COMPEL PRODUCTION**<br>**OF DOCUMENTS [Docket No. 368]** |

On October 7, 2005, the parties filed a Joint Letter Brief regarding Defendants' document production [Docket No. 368]. The Court treats the Letter Brief as a motion by Plaintiffs to compel the production of documents (the "Motion"). A hearing was held on October 18, 2005, at 11:00 a.m., before the undersigned. Counsel for all parties appeared.

Good cause appearing and for the reasons stated on the record, IT IS HEREBY ORDERED that the Motion is GRANTED. Within thirty (30) days from today's date, Defendants shall produce all of the following:

1. All electronic information, including electronic images of documents, relating to the debit memos at issue in this case and all transactions that underlie those debit memos, where the debit memos are in amounts of $100,000 or greater.

2. All paper documents relating to the debit memos at issue in this case and all transactions that underlie those debit memos, where the debit memos are in amounts of $1,000,000 or greater.

3. This Order is without prejudice to Plaintiffs' right to come to this Court and seek additional production of documents and electronic information related to the debit memos, upon a showing of good cause.

IT IS SO ORDERED.

Dated: October 19, 2005

_____
JOSEPH C. SPERO
United States Magistrate Judge