| | |
|---|---|
| 1 | MAYER, BROWN, ROWE & MAW LLP |
|   | Donald M. Falk (SBN 150256) |
| 2 | Lee H. Rubin (SBN 141331) |
|   | Shirish Gupta (SBN 205584) |
| 3 | Two Palo Alto Square, Suite 300 |
|   | Palo Alto, CA  94306 |
| 4 | Telephone:     (650) 331-2000 |
|   | Facsimile:      (650) 331-2060 |
| 5 | lrubin@mayerbrownrowe.com |
| | |
| 6 | MAYER, BROWN, ROWE & MAW LLP |
|   | Alan N. Salpeter (admitted *pro hac vice*) |
| 7 | Javier Rubinstein (admitted *pro hac vice*) |
|   | Vincent P. Schmeltz III (admitted *pro hac vice*) |
| 8 | 71 South Wacker Street |
|   | Chicago, IL  60606 |
| 9 | Telephone:     (312) 782-0600 |
|   | Facsimile:      (312) 701-7711 |
| 10 | jrubinstein@mayerbrownrowe.com |

Attorneys for Defendant ORACLE CORPORATION, LAWRENCE J. ELLISON, JEFFREY O. HENLEY, AND EDWARD J. SANDERSON

ORACLE CORPORATION
Dorian Daley (SBN 129049)
James C. Maroulis (SBN 208316)
500 Oracle Parkway, Mailstop 5OP7
Redwood Shores, CA  94065
Telephone:  (650) 506-5200
Facsimile:  (650) 506-7114

Attorney for Defendant ORACLE CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE ORACLE CORPORATION SECURITIES LITIGATION | Case No. C-01-0988-MJJ (JCS) (Consolidated) |
| | **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO ISSUE LETTER OF REQUEST** |
| | Magistrate Judge Joseph C. Spero |

1  Having considered the Motion to Issue a Letter of Request brought by Defendants Oracle
2  Corporation, Lawrence J. Ellison, Jeffrey O. Henley and Edward J. Sanderson  (collectively
3  "Defendants"), upon review of the parties' written submissions and oral arguments, and for good
4  cause shown,

5  **IT IS HEREBY ORDERED THAT:**

6  Defendants' Motion is granted.

7  The Court shall execute and issue Defendants' Letter of Request in English and in
8  Danish, as modified by the Court on October 18, 2005 and as updated by the Defendants with the
9  most current contact information for the witness.  As modified, these documents have been
10 attached as Exhibits A and B of this [Proposed] Order.  The Court will direct the Letter of
11 Request and its translation to the Ministry of Justice, Slotsholmsgade 10, DK – 1216,
12 Copenhagen, K, Denmark.

13

14 IT IS SO ORDERED.

15

16 Dated: _____, 2005

_____
JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE

17
18
19
20
21
22
23
24
25
26
27
28

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO ISSUE LETTER OF REQUEST**
**CASE NO: C-01-0988 MJJ (JCS)**