UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION | ) ) ) Master File No. C-01-0988-MJJ |
| | ) <u>CLASS ACTION</u> |
| This Document Relates To: | ) **DISCOVERY MATTER** |
| ALL ACTIONS. | ) [<s>PROPOSED</s>] SEALING ORDER |
| | ) DATE: October 11, 2005 |
| | TIME: 9:30 a.m. |
| | COURTROOM: Hon. Martin S. Jenkins |

Having considered all the papers submitted in support of Plaintiffs' Administrative Motion to File Supplemental Declaration of Shawn A. Williams to Correct the Record of Deposition Testimony Submitted by Defendants in Support of Their Reply to Plaintiffs' Opposition to Defendants' Motion to Issue a Letter Request Under Seal, and finding good cause therefor,

IT IS HEREBY ORDERED that the motion is granted. The Supplemental Declaration of Shawn A. Williams to Correct the Record of Deposition Testimony Submitted by Defendants in Support of Their Reply to Plaintiffs' Opposition to Defendants' Motion to Issue a Letter Request, and its supporting attachments, are hereby sealed.

IT IS SO ORDERED.

DATED: November 2, 2005

THE HONORABLE JOSEPH C. SPERO
UNITED STATES DISTRICT JUDGE

Submitted by:

DATED: October 5, 2005

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SHAWN A. WILLIAMS
WILLOW E. RADCLIFFE
ELI R. GREENSTEIN
JENNIE LEE ANDERSON
MONIQUE C. WINKLER

    /s/ Shawn A. Williams
    SHAWN A. WILLIAMS

100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)

[PROPOSED] SEALING ORDER - C-01-0988-MJJ — - 1 -

|    |                                        |
|----|----------------------------------------|
| 1  |                                        |
| 2  | LERACH COUGHLIN STOIA GELLER<br>  RUDMAN & ROBBINS LLP<br>MARK SOLOMON |
| 3  | DOUGLAS R. BRITTON<br>VALERIE L. McLAUGHLIN |
| 4  | 655 West Broadway, Suite 1900<br>San Diego, CA  92101 |
| 5  | Telephone:  619/231-1058<br>619/231-7423 (fax) |
| 6  |                                        |
| 7  | Lead Counsel for Plaintiffs            |

T:\CasesSF\Oracle3\ORD00024892.doc

[PROPOSED] SEALING ORDER - C-01-0988-MJJ — - 2 -

1                 DECLARATION OF SERVICE BY MAIL AND FACSIMILE

2       I, the undersigned, declare:

3       1.      That declarant is and was, at all times herein mentioned, a citizen of the United States and employed in the City and County of San Francisco, over the age of 18 years, and not a party to or interested party in the within action; that declarant's business address is 100 Pine Street, Suite 2600, San Francisco, California 94111.

      2.      That on October 5, 2005, declarant served the **[PROPOSED] SEALING ORDER** by depositing a true copy thereof in a United States mailbox at San Francisco, California in a sealed envelope with postage thereon fully prepaid and addressed to the parties listed on the attached Service List. Declarant also served the parties by facsimile.

      3.      That there is a regular communication by mail between the place of mailing and the places so addressed.

      I declare under penalty of perjury that the foregoing is true and correct. Executed this 5th day of October, 2005, at San Francisco, California.

                                            /s/ Ruth A. Cameron
                                            RUTH A. CAMERON

Case 3:01-cv-00988-MJJ Document 365 Filed 10/05/2005 Page 5 of 5

ORACLE III (LEAD)

Service List - 9/28/2005   (201-064-1)

Page 1 of 1

**Counsel For Defendant(s)**

Donald M. Falk
Lee H. Rubin
Shirish Gupta
Mayer, Brown, Rowe & Maw LLP
Two Palo Alto Square, Suite 300
Palo Alto, CA  94306
   650/331-2000
   650/331-2060 (Fax)

Alan N. Salpeter
Javier H. Rubinstein
Mayer, Brown, Rowe & Maw LLP
71 South Wacker Drive
Chicago, IL  60606
   312/782-0600
   312/701-7711 (Fax)

Dorian Daley
James C. Maroulis
Oracle Corporation
500 Oracle Parkway, Mail Stop 50P7
Redwood City, CA  94065
   650/506-5200
   650/506-7114 (Fax)

**Counsel For Plaintiff(s)**

William S. Lerach
Mark Solomon
Douglas R. Britton
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway, Suite 1900
San Diego, CA  92101
   619/231-1058
   619/231-7423 (Fax)

Sanford Svetcov
Shawn A. Williams
Willow E. Radcliffe
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
100 Pine Street, Suite 2600
San Francisco, CA  94111-5238
   415/288-4545
   415/288-4534 (Fax)