IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**In re:**

**ORACLE CORPORATION SECURITIES LITIGATION**

_____/

No. **C01-0988 MJJ**

**Clerk's Notice**

(Plaintiff is required to serve, and file proof of service with the Court, any party involved not listed on the attached proof of service.)

YOU ARE NOTIFIED THAT the Motion for Class Certification hearing scheduled for November 16, 2005, is **vacated.** The Court will contact the parties to reschedule the hearing, if necessary.

Dated: November 10, 2005

FOR THE COURT,

Richard W. Wieking, Clerk

By: _Monica Tutson_
Monica Tutson
Courtroom Deputy

Please refer to Judge Jenkins' Standing Order located at www.cand.uscourts.gov for additional information. Pursuant to the Standing Order, the rescheduling of a hearing date for a motion does not change the date on which an opposition brief or reply brief is due; any opposition brief remains due not less than 21 days prior to the date of the *originally noticed* hearing and any reply brief is due not less than 14 days prior to the *originally noticed* hearing date.