MAYER, BROWN, ROWE & MAW LLP
Donald M. Falk (SBN 150256)
Lee H. Rubin (SBN 141331)
Shirish Gupta (SBN 205584)
Two Palo Alto Square, Suite 300
Palo Alto, California 94306
Telephone:    (650) 331-2000
Facsimile:     (650) 331-2060
lrubin@mayerbrownrowe.com

MAYER, BROWN, ROWE & MAW LLP
Alan N. Salpeter (admitted *pro hac vice*)
Javier Rubinstein (admitted *pro hac vice*)
Vincent P. Schmeltz III (admitted *pro hac vice*)
71 South Wacker Drive
Chicago, IL  60606-4637
Telephone:    (312) 782-0600
Facsimile:     (312) 701-7711
jrubinstein@mayerbrownrowe.com

Attorneys for Defendants ORACLE CORPORATION,
LAWRENCE J. ELLISON, JEFFREY O. HENLEY, and
EDWARD J. SANDERSON

ORACLE CORPORATION
Dorian Daley (SBN 129049)
James C. Maroulis (SBN 208316)
500 Oracle Parkway
Mailstop 5OP7
Redwood Shores, California 94065
Telephone:    (650) 506-5200
Facsimile:     (650) 506-7114
jim.maroulis@oracle.com

Attorneys for Defendant ORACLE CORPORATION

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA -SAN FRANCISCO DIVISION

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION, | Case No. C-01-0988-MJJ (Consolidated) |
| This Documents Relates To: ALL ACTIONS | **DEFENDANTS' MOTION FOR LEAVE TO FILE SUR-REPLY IN FURTHER OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Date:     November 29, 2005<br>Time:    9:30 a.m.<br>Place    Courtroom 11<br><br>**Honorable Martin J. Jenkins** |

# NOTICE AND MOTION

## TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT on November 29, 2005 at 9:30 a.m., or as soon thereafter as counsel may be heard, Defendants Oracle Corporation, Lawrence J. Ellison, Jeffrey O. Henley, and Edward J. Sanderson ("Defendants") shall appear before the Honorable Martin J. Jenkins in the Northern District of California – San Francisco Division, San Francisco, California, Courtroom 11, and shall move the Court for leave to file a 5 page Sur-Reply in Further Opposition to Plaintiffs' Motion for Class Certification, pursuant to L.R. 7-2. Defendants have attached a [Proposed] Order and a copy of the Sur-Reply and supporting documents as Exhibit A. In support of their Motion, Defendants state as follows:

1. Plaintiffs Reply Memorandum in Further Support of their Motion for Class Certification raises new legal and factual questions that Defendants had intended to address at the hearing on Plaintiffs' motion. Since the Court has cancelled the hearing, Defendants seek leave to file a short, 5 page Sur-Reply in order to address Plaintiffs' principal new arguments, each of which Defendants believe are important to address in advance of the Court's ruling.

2. On January 31, 2005, Plaintiffs filed a Motion for Class Certification and a Memorandum of Points and Authorities in Support of Motion for Class Certification.

3. On May 10, 2005, Defendants filed a Motion to Strike Plaintiffs' Motion for Class Certification and Corrected Memorandum in Support Thereof in Light of *Dura Pharmaceuticals, Inc. v. Brouda*, 125 S.Ct. 1627 (Apr. 19, 2005). Defendants argued that Plaintiffs had not demonstrated that they could meet the Supreme Court's requirements for proving loss causation on a class-wide basis.

4. On June 9, 2005, the Court gave Plaintiffs an opportunity to submit a further brief expanding upon their loss causation theories and evidence so that Defendants could respond appropriately in their opposition to the class certification motion. Plaintiffs declined.

5. On July 29, 2005, Defendants filed an Opposition to Plaintiffs' Motion for Class Certification, further arguing that Plaintiffs' Motion for Class Certification had failed to show

- 2 -

1  how they could prove loss causation on a manageable class-wide basis. Defs.' Opp'n to Plfs.'
2  Mot. For Class Cert. at 9-12.
3      6.   On August 12, 2005, Plaintiffs filed a 24-page Reply in Further Support of Their
4  Motion for Class Certification ("Reply"), in which they made substantive arguments (for the first
5  time) supporting their claim that they had met their burden with respect to loss-causation. *See*
6  Reply at 5; *see also* Decl. of B. Steinholt, CFA in Supp. of Plfs.' Reply. Defendants have never
7  had an opportunity to address these arguments.

## RELIEF SOUGHT

For the forgoing reasons, Defendants respectfully request leave to file the attached 5 page Sur-Reply in Further Opposition to Plaintiffs' Motion for Class Certification.

Dated: November 21, 2005              MAYER, BROWN, ROWE & MAW LLP


                                      By:  /s/ Vincent P. Schmeltz III
                                           Vincent P. Schmeltz III

                                      Attorney for Defendants, Oracle Corporation,
                                      Lawrence J. Ellison, Jeffrey O. Henley and
                                      Edward Sanderson

| | |
|---|---|
| 1 | MAYER, BROWN, ROWE & MAW LLP |
| | Donald M. Falk (SBN 150256) |
| 2 | Lee H. Rubin (SBN 141331) |
| | Shirish Gupta (SBN 205584) |
| 3 | Two Palo Alto Square, Suite 300 |
| | Palo Alto, CA 94306 |
| 4 | Telephone:    (650) 331-2000 |
| | Facsimile:    (650) 331-2060 |
| 5 | lrubin@mayerbrownrowe.com |
| 6 | MAYER, BROWN, ROWE & MAW LLP |
| | Alan N. Salpeter (admitted *pro hac vice*) |
| 7 | Javier Rubinstein (admitted *pro hac vice*) |
| | Vincent P. Schmeltz III (admitted *pro hac vice*) |
| 8 | 71 South Wacker Street |
| | Chicago, IL 60606 |
| 9 | Telephone:    (312) 782-0600 |
| | Facsimile:    (312) 701-7711 |
| 10 | jrubinstein@mayerbrownrowe.com |
| 11 | Attorneys for Defendants ORACLE CORPORATION, |
| | LAWRENCE J. ELLISON, JEFFREY O. HENLEY, and |
| 12 | EDWARD J. SANDERSON |
| 13 | ORACLE CORPORATION |
| | Dorian Daley (SBN 129049) |
| 14 | James C. Maroulis (SBN 208316) |
| | 500 Oracle Parkway, Mailstop 5OP7 |
| 15 | Redwood Shores, CA 94065 |
| | Telephone: (650) 506-5200 |
| 16 | Facsimile: (650) 506-7114 |
| 17 | Attorneys for Defendant ORACLE CORPORATION |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE ORACLE CORPORATION SECURITIES LITIGATION | Case No. C-01-0988-MJJ (JCS) (Consolidated) |
| | **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO FILE SUR-REPLY IN FURTHER OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |
| | **Honorable Martin J. Jenkins** |

Having considered the Motion for Leave to File Sur-Reply in Further Opposition to Plaintiffs' Motion for Class Certification filed by Defendants Oracle Corporation, Lawrence J. Ellison, Jeffrey O. Henley and Edward J. Sanderson (collectively "Defendants"), upon review of the parties' written submissions, and for good cause shown,

**IT IS HEREBY ORDERED THAT:**

Defendants' Motion is granted.

IT IS SO ORDERED.

Dated: _____, 2005

_____
MARTIN J. JENKINS
UNITED STATES DISTRICT COURT JUDGE