LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
MARK SOLOMON (151949)
DOUGLAS R. BRITTON (188769)
VALERIE L. McLAUGHLIN (191916)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
MarkS@lerachlaw.com
DougB@lerachlaw.com
ValerieM@lerachlaw.com
       – and –
SHAWN A. WILLIAMS (213113)
WILLOW E. RADCLIFFE (200087)
ELI R. GREENSTEIN (217945)
JENNIE LEE ANDERSON (203586)
MONIQUE C. WINKLER (213031)
100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)
ShawnW@lerachlaw.com
WillowR@lerachlaw.com
EliG@lerachlaw.com
JennieA@lerachlaw.com
MoniqueW@lerachlaw.com

Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Master File No. C-01-0988-MJJ<br><br><u>CLASS ACTION</u><br><br>PLAINTIFFS' ADMINISTRATIVE REQUEST TO FILE EXHIBITS 27-28, 30, 32 AND 63 TO THE DECLARATION OF ELI R. GREENSTEIN IN SUPPORT OF PLAINTIFFS' MOTION TO MODIFY THE AMENDED PRETRIAL ORDER TO EXTEND THE FEBRUARY 24, 2006 DISCOVERY CUTOFF UNDER SEAL<br><br>DATE:  January 10, 2006<br>TIME:  9:30 a.m.<br>COURTROOM:  The Honorable Martin J. Jenkins |

Pursuant to Civil Local Rules 7-11 and 79-5,[1] plaintiffs respectfully request that the Court issue an order sealing Exhibits 27-28, 30, 32 and 63 to the Declaration of Eli R. Greenstein in Support of Plaintiffs' Motion to Modify the Amended Pretrial Order to Extend the February 24, 2006 Discovery Cutoff ("Greenstein Declaration"). This request is accompanied by the Supporting Declaration of Jennie L. Anderson ("Anderson Decl.") and the Proposed Sealing Order filed concurrently herewith.

Exhibits 27-28, 30, 32 and 63 attached to the Greenstein Declaration disclose interrogatory responses marked "Confidential" by defendants, and the identities of several of plaintiffs' confidential witnesses. *See* Anderson Decl., ¶3. The Amended Order Setting a Discovery Plan, entered by the Court on March 10, 2005 ("Discovery Plan") and the Revised Stipulated Protective Order Governing Confidentiality, entered by the Court on January 11, 2005 ("Protective Order") require that documents containing such disclosures be filed under seal.[2]

Accordingly, the Court should grant this motion and enter the Proposed Sealing Order sealing Exhibits 27-28, 30, 32 and 63 to the Greenstein Declaration.

DATED: November 28, 2005

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SHAWN A. WILLIAMS
WILLOW E. RADCLIFFE
ELI R. GREENSTEIN
JENNIE LEE ANDERSON
MONIQUE C. WINKLER

/s/
JENNIE LEE ANDERSON

100 Pine Street, Suite 2600

---

[1] Civil Local Rule 79-5 states that no document may be filed under seal unless it is established that the document is "privileged or protectable as a trade secret or otherwise entitled to protection under the law." Civ. L.R. 79-5(a).

[2] The Discovery Plan requires that "[w]hen a party seeks to file with the Court a document disclosing the identities of the CWs in their roles as CWs, the procedures specified in paragraph 10 of the [Protective Order] shall apply." Anderson Decl., Ex. A at 9. Paragraph 10 of the Protective Order sets forth procedures for submitting administrative motions to file under seal. Anderson Decl., Ex. B at 11-12.

|   |   |
|---|---|
| 1 | San Francisco, CA  94111 |
| 2 | Telephone:  415/288-4545<br>415/288-4534 (fax) |
| 3 | LERACH COUGHLIN STOIA GELLER |
| 4 |   RUDMAN & ROBBINS LLP<br>MARK SOLOMON |
| 5 | DOUGLAS R. BRITTON<br>VALERIE L. McLAUGHLIN |
| 6 | 655 West Broadway, Suite 1900<br>San Diego, CA  92101 |
| 7 | Telephone:  619/231-1058<br>619/231-7423 (fax) |
| 8 | Lead Counsel for Plaintiffs |

T:\CasesSF\Oracle3\MIS00026258.doc

PLTFS' ADMIN REQ TO FILE EXHS. 27-28, 30, 32 & 63 IN SUP OF DECL. OF GREENSTEIN IN SUPP OF PLTFS' MTN TO MODIFY THE AMEND PRETRIAL ORD UNDER SEAL - C-01-0988-MJJ     - 2 -

<u>DECLARATION OF SERVICE BY MAIL AND FACSIMILE</u>

I, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, a citizen of the United States and employed in the City and County of San Francisco, over the age of 18 years, and not a party to or interested party in the within action; that declarant's business address is 100 Pine Street, Suite 2600, San Francisco, California 94111.

2. That on November 28, 2005, declarant served the **PLAINTIFFS' ADMINISTRATIVE REQUEST TO FILE EXHIBITS 27-28, 30, 32 AND 63 TO THE DECLARATION OF ELI R. GREENSTEIN IN SUPPORT OF PLAINTIFFS' MOTION TO MODIFY THE AMENDED PRETRIAL ORDER TO EXTEND THE FEBRUARY 24, 2006 DISCOVERY CUTOFF UNDER SEAL** by depositing a true copy thereof in a United States mailbox at San Francisco, California in a sealed envelope with postage thereon fully prepaid and addressed to the parties listed on the attached Service List. Declarant also served the parties by facsimile.

3. That there is a regular communication by mail between the place of mailing and the places so addressed.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 28th day of November, 2005, at San Francisco, California.

/s/
MARCY MEDEIROS

ORACLE III (LEAD)

Service List - 11/28/2005   (201-064-1)

Page 1 of 1

**Counsel For Defendant(s)**

Donald M. Falk
Lee H. Rubin
Shirish Gupta
Mayer, Brown, Rowe & Maw LLP
Two Palo Alto Square, Suite 300
Palo Alto, CA 94306
  650/331-2000
  650/331-2060 (Fax)

Alan N. Salpeter
Javier H. Rubinstein
Mayer, Brown, Rowe & Maw LLP
71 South Wacker Drive
Chicago, IL 60606
  312/782-0600
  312/701-7711 (Fax)

Dorian Daley
James C. Maroulis
Oracle Corporation
500 Oracle Parkway, Mail Stop 50P7
Redwood City, CA 94065
  650/506-5200
  650/506-7114 (Fax)

**Counsel For Plaintiff(s)**

Mark Solomon
Douglas R. Britton
Valerie L. McLaughlin
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
  619/231-1058
  619/231-7423 (Fax)

Sanford Svetcov
Shawn A. Williams
Willow E. Radcliffe
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
100 Pine Street, Suite 2600
San Francisco, CA 94111-5238
  415/288-4545
  415/288-4534 (Fax)