1
2
3
4
5
6
7
8
9
10
11
12
13

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION | ) ) ) | Master File No. C-01-0988-MJJ |
| | ) | CLASS ACTION |
| This Document Relates To: | ) ) | [PROPOSED] SEALING ORDER |
| ALL ACTIONS. | ) ) ) | DATE: January 10, 2006<br>TIME: 9:30 a.m.<br>COURTROOM: The Honorable Martin J. Jenkins |

1  Having considered the papers submitted in support of Plaintiffs' Administrative Request to
2  File Exhibits 27-28, 30, 32 and 63 to the Declaration of Eli R. Greenstein in Support of Plaintiffs'
3  Motion to Modify the Amended Pretrial Order to Extend the February 24, 2006 Discovery Cutoff
4  Under Seal, and finding good cause therefor;
5  IT IS HEREBY ORDERED that the motion is granted. Exhibits 27-28, 30, 32 and 63
6  attached to the Declaration of Eli R. Greenstein in Support of Plaintiffs' Motion to Modify the
7  Amended Pretrial Order to Extend the February 24, 2006 Discovery Cutoff are hereby sealed.
8  IT IS SO ORDERED.

9
   DATED: _____      _____
10                                      THE HONORABLE MARTIN J. JENKINS
                                        UNITED STATES DISTRICT JUDGE
11 Submitted by:

12 DATED: November 28, 2005

13 LERACH COUGHLIN STOIA GELLER
      RUDMAN & ROBBINS LLP
14 SHAWN A. WILLIAMS
   WILLOW E. RADCLIFFE
15 ELI R. GREENSTEIN
   JENNIE LEE ANDERSON
16 MONIQUE C. WINKLER

17
              /s/
18  _____
         JENNIE LEE ANDERSON
19
   100 Pine Street, Suite 2600
20 San Francisco, CA  94111
   Telephone:  415/288-4545
21 415/288-4534 (fax)

22 LERACH COUGHLIN STOIA GELLER
      RUDMAN & ROBBINS LLP
23 MARK SOLOMON
   DOUGLAS R. BRITTON
24 VALERIE L. McLAUGHLIN
   GAVIN M. BOWIE
25 655 West Broadway, Suite 1900
   San Diego, CA  92101
26 Telephone:  619/231-1058
   619/231-7423 (fax)
27
   Lead Counsel for Plaintiffs
   T:\CasesSF\Oracle3\ORD00026265.doc
28

[PROPOSED] SEALING ORDER - C-01-0988-MJJ                                                      - 1 -

DECLARATION OF SERVICE BY MAIL AND FACSIMILE

I, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, a citizen of the United States and employed in the City and County of San Francisco, over the age of 18 years, and not a party to or interested party in the within action; that declarant's business address is 100 Pine Street, Suite 2600, San Francisco, California 94111.

2. That on November 28, 2005, declarant served the **[PROPOSED] SEALING ORDER** by depositing a true copy thereof in a United States mailbox at San Francisco, California in a sealed envelope with postage thereon fully prepaid and addressed to the parties listed on the attached Service List. Declarant also served the parties by facsimile.

3. That there is a regular communication by mail between the place of mailing and the places so addressed.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 28th day of November, 2005, at San Francisco, California.

/s/
MARCY MEDEIROS

ORACLE III (LEAD)

Service List - 11/28/2005   (201-064-1)

Page 1 of 1

**Counsel For Defendant(s)**

Donald M. Falk
Lee H. Rubin
Shirish Gupta
Mayer, Brown, Rowe & Maw LLP
Two Palo Alto Square, Suite 300
Palo Alto, CA  94306
   650/331-2000
   650/331-2060 (Fax)

Alan N. Salpeter
Javier H. Rubinstein
Mayer, Brown, Rowe & Maw LLP
71 South Wacker Drive
Chicago, IL  60606
   312/782-0600
   312/701-7711 (Fax)

Dorian Daley
James C. Maroulis
Oracle Corporation
500 Oracle Parkway, Mail Stop 50P7
Redwood City, CA  94065
   650/506-5200
   650/506-7114 (Fax)

**Counsel For Plaintiff(s)**

Mark Solomon
Douglas R. Britton
Valerie L. McLaughlin
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway, Suite 1900
San Diego, CA  92101
   619/231-1058
   619/231-7423 (Fax)

Sanford Svetcov
Shawn A. Williams
Willow E. Radcliffe
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
100 Pine Street, Suite 2600
San Francisco, CA  94111-5238
   415/288-4545
   415/288-4534 (Fax)