LERACH COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
MARK SOLOMON (151949)
DOUGLAS R. BRITTON (188769)
VALERIE L. McLAUGHLIN (191916)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
MarkS@lerachlaw.com
DougB@lerachlaw.com
ValerieM@lerachlaw.com
        – and –
SHAWN A. WILLIAMS (213113)
WILLOW E. RADCLIFFE (200087)
ELI R. GREENSTEIN (217945)
JENNIE LEE ANDERSON (203586)
MONIQUE C. WINKLER (213031)
100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)
ShawnW@lerachlaw.com
WillowR@lerachlaw.com
EliG@lerachlaw.com
JennieA@lerachlaw.com
MoniqueW@lerachlaw.com

Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Master File No. C-01-0988-MJJ<br><br>CLASS ACTION<br><br>DECLARATION OF ELI R. GREENSTEIN IN SUPPORT OF PLAINTIFFS' MOTION TO MODIFY THE AMENDED PRETRIAL ORDER TO EXTEND THE FEBRUARY 24, 2006 FACT DISCOVERY CUTOFF<br><br>DATE: January 10, 2006<br>TIME: 9:30 a.m.<br>COURTROOM: The Honorable<br>Martin J. Jenkins |

**REDACTED VERSION**

I, ELI R. GREENSTEIN, declare as follows:

1. I am an attorney duly licensed to practice before all of the courts of the State of California. I am associated with the law firm of Lerach Coughlin Stoia Geller Rudman & Robbins LLP, one of the counsel of record for plaintiff in the above-entitled action. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. On September 14, 2005, the parties held a meet and confer in person at the San Francisco offices of Lerach Coughlin Stoia Gellar Rudman & Robbins LLP to discuss discovery issues pertaining to defendants' production of accounting documents. During that discussion, plaintiffs asked if defendants would be willing to stipulate to an extension of the discovery cutoff. Defendants stated that they were not authorized to agree to such an extension, but would discuss the issue with their clients.

3. On November 22, 2005, I met and conferred with Vincent P. Schmeltz III, counsel for defendants, regarding an extension of the February 24, 2006 discovery cutoff. Mr. Schmeltz stated that defendants believed such an extension was premature and that defendants would not agree to any extension of the discovery cutoff at this point in time.

4. Attached are true and correct copies of the following exhibits:

Exhibit 1:   December 17, 2004 Amended Pretrial Order;

Exhibit 2:   March 10, 2005 Amended Order Setting a Discovery Plan;

Exhibit 3:   March 1, 2005 Transcript of Proceedings;

Exhibit 4:   October 19, 2005 Order Granting Plaintiffs' Motion to Compel Production of Documents;

Exhibit 5:   October 7, 2005 letter from Shawn A. Williams and Vincent P. Schmeltz III to Magistrate Judge Joseph C. Spero;

Exhibit 6:   October 18, 2005 Transcript of Proceedings;

Exhibit 7:   November 7, 2005 letter from Willow E. Radcliffe to Vincent P. Schmeltz III;

PLAINTIFFS' REQUEST TO MODIFY THE AMENDED PRETRIAL ORDER TO EXTEND FEBRUARY 24, 2006 FACT DISCOVERY CUTOFF; MEMO OF Ps & As - C-01-0988-MJJ        - 1 -

| | | |
|---|---|---|
| Exhibit 8: | Plaintiff's First Set of Requests for Production of Documents to Defendants Oracle, *et al*. |
| Exhibit 9: | Notice of Plaintiffs' Subpoenas for Production of Documents to Third Parties, served on December 9, 2004; |
| Exhibit 10: | Notice of Plaintiffs' Subpoenas for Production of Documents to Third Parties, served on December 15, 2004; |
| Exhibit 11: | Plaintiffs' Notice of Deposition of Oracle Corporation Pursuant to Federal Rule of Civil Procedure 30(b)(6) served on December 15 2004; |
| Exhibit 12: | Notice of Deposition of Oracle Corporation Pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure served on December 16, 2004; |
| Exhibit 13: | Plaintiffs' First Set of Requests for Admissions to Defendants; |
| Exhibit 14: | Plaintiffs' First Set of Interrogatories to Defendants Oracle Corporation, Lawrence J. Ellison, Jeffery O'Henley, and Edward J. Sanderson; |
| Exhibit 15: | September 12, 2005 letter from Vincent P. Schmelz III to Shawn A. Williams; |
| Exhibit 16: | February 14, 2005 letter from Lee H. Rubin to Shawn A. Williams; |
| Exhibit 17: | March 4, 2005 letter from Vincent P. Schmeltz III to Shawn A. Williams; |
| Exhibit 18: | April 28, 2005 letter from Eli R. Greenstein to Lee H. Rubin; |
| Exhibit 19: | May 9, 2005 letter from Eli R. Greenstein to Vincent P. Schmeltz III; |
| Exhibit 20: | May 5, 2005 letter from Vincent P. Schmeltz III to Eli R. Greenstein; |
| Exhibit 21: | February 1, 2005 letter from Lee H. Rubin to Judge Martin J. Jenkins; |
| Exhibit 22: | June 3, 2005 letter from Monique C. Winkler to Shirish Gupta; |
| Exhibit 23: | June 3, 2005 email from Shirish Gupta to Monique C. Winkler; |
| Exhibit 24: | June 8, 2005 letter from Shawn A. Williams to Vincent P. Schmeltz III and Lee H. Rubin; |
| Exhibit 25: | June 8, 2005 letter from Shawn A. Williams to Vincent P. Schmeltz III and Lee Rubin; June 16, 2005 letter from Vincent P. Schmeltz III to Shawn A. Williams; and June 20, 2005 letter from Shawn A. Williams to Vincent P. Schmeltz III and Lee Rubin; |
| Exhibit 26: | June 20, 2005 letter from George Huggins, Jr. to Shawn A. Williams; and October 20, 2005 letter from Kim A. Leffert to Monique C. Winkler; |
| Exhibit 27: | Defendants' Response to First Set of Interrogatories; |
| Exhibit 28: | Defendants' Supplemental Responses to First Set of Interrogatories; |
| Exhibit 29: | March 17, 2005 letter from Shawn A. Williams to Lee H. Rubin; |

| | | |
|---|---|---|
| Exhibit 30: | Defendants' Second Supplemental Responses to First Set of Interrogatories; |
| Exhibit 31: | May 12, 2005 letter from Shawn A. Williams to Vincent P. Schmeltz III to Lee H. Rubin; |
| Exhibit 32: | Defendants' Third Supplemental Responses to Plaintiffs' First Set of Interrogatories; |
| Exhibit 33: | Defendants' Response to First Set of Requests for Documents; |
| Exhibit 34: | August 5, 2005 Order Granting in Part and Denying in Part Plaintiffs' Motion to Compel (1) the Report of Oracle Corp.'s Special Litigation Committee ("SLC"); and (2) All Interviews, Memoranda and/or Notes that Were Considered by the SLC in Preparing the Report; |
| Exhibit 35: | August 9, 2005 letter from Shawn A. Williams to Lee H. Rubin and Vincent P. Schmeltz III; |
| Exhibit 36: | August 22, 2005 letter from Shawn A. Williams to Lee H. Rubin and Vincent P. Schmeltz III; |
| Exhibit 37: | September 12, 2005 letter from Vincent P. Schmeltz III to Shawn A. Williams; |
| Exhibit 38: | June 8, 2005 letter from Vincent P. Schmeltz III to Shawn A. Williams and Jennie L. Anderson; |
| Exhibit 39: | June 3, 2005 letter from Vincent P. Schmeltz III to Jennie L. Anderson; |
| Exhibit 40: | May 18, 2005 letter to Jennie L. Anderson to Vincent P. Schmeltz III; |
| Exhibit 41: | May 19, 2005 letter from Vincent P. Schmeltz III to Shawn A. Williams; |
| Exhibit 42: | Document from defendants' production, Bates labeled NDCA-ORCL 290253; |
| Exhibit 43: | December 28, 2004 letter from James C. Maroulis to Ford Motor Company, and January 11, 2005 letter from Gina M. Diomedi to Michael Jagiello; |
| Exhibit 44: | February 4, 2005 Transcript of Proceedings; |
| Exhibit 45: | December 15, 2004 letter from Lee H. Rubin to Judge Martin J. Jenkins; |
| Exhibit 46: | January 6, 2005 Order Regarding Discovery Conference; |
| Exhibit 47: | Defendants' Motion for Protective Order Pursuant to Fed. R. Civ. P. 26(c) and Memorandum of Points and Authorities; Declaration of Vincent P. Schmeltz III; |
| Exhibit 48: | September 7, 2005 letter from Monique C. Winkler to Melissa S. Widen; |
| Exhibit 49: | June 21, 2005 letter from Melissa S. Widen to Shawn A. Williams; |
| Exhibit 50: | September 16, 2005 letter from Stephan N. Young to Shawn A. Williams; |

| | | |
|---|---|---|
| Exhibit 51: | August 12, 2005 Transcript of Proceedings; |
| Exhibit 52: | September 27, 2005 letter from Shauna Meyer Eikenberry to Eli R. Greenstein; |
| Exhibit 53: | September 16, 2005 letter from Allison K. Shank to Eli R. Greenstein; |
| Exhibit 54: | October 20, 2005 letter from Colin T. Kemp to Jennie L. Anderson; |
| Exhibit 55: | July 29, 2005 email from Cynthia W. Scherb to Jennie L. Anderson; |
| Exhibit 56: | November 16, 2005 letter from Vincent P. Schmeltz III to Shawn A. Williams; |
| Exhibit 57: | November 18, 2005 letter from Vincent P. Schmeltz III to Shawn A. Williams; |
| Exhibit 58: | November 18, 2005 letter from Vincent P. Schmeltz III to Shawn A. Williams; |
| Exhibit 59: | November 18, 2005 letter from Jennie L. Anderson to Vincent P. Schmeltz III and Lee Rubin and November 23, 2005 letter from Lee H. Rubin to Jennie L. Anderson; |
| Exhibit 60: | August 23, 2005 Order Granting in Part and Denying in Part Plaintiffs' Motion to Compel Profit Recovery Group – Schultz, Inc.'s Production of Documents; |
| Exhibit 61: | November 21, 2005 letter from Vincent Paul Schmeltz III to Shawn A. Williams; |
| Exhibit 62: | November 21, 2005 letter from Vincent Paul Schmeltz III to Shawn A. Williams; |
| Exhibit 63: | November 16, 2005 letter from Vincent Paul Schmeltz III to Shawn A. Williams; November 21, 2005 letter from Vincent Paul Schmeltz III to Shawn A. Williams; |
| Exhibit 64: | October 19, 2005 letter from Willow E. Radcliffe to Vincent P. Schmeltz III and Lee H. Rubin; and |
| Exhibit 65: | November 23, 2005 letter from Vincent P. Schmeltz III to Shawn A. Williams. |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 28th day of November, 2005, at San Francisco, California.

/s/
ELI R. GREENSTEIN

T:\CasesSF\Oracle3\DEC00026193_redacted.doc

PLAINTIFFS' REQUEST TO MODIFY THE AMENDED PRETRIAL ORDER TO EXTEND
FEBRUARY 24, 2006 FACT DISCOVERY CUTOFF; MEMO OF Ps & As - C-01-0988-MJJ         - 4 -

DECLARATION OF SERVICE BY MAIL AND FACSIMILE

I, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, a citizen of the United States and employed in the City and County of San Francisco, over the age of 18 years, and not a party to or interested party in the within action; that declarant's business address is 100 Pine Street, Suite 2600, San Francisco, California 94111.

2. That on November 28, 2005, declarant served the **DECLARATION OF ELI R. GREENSTEIN IN SUPPORT OF PLAINTIFFS' MOTION TO MODIFY THE AMENDED PRETRIAL ORDER TO EXTEND THE FEBRUARY 24, 2006 FACT DISCOVERY CUTOFF** by depositing a true copy thereof in a United States mailbox at San Francisco, California in a sealed envelope with postage thereon fully prepaid and addressed to the parties listed on the attached Service List.  Declarant also served the parties by facsimile with the Declaration only.  Exhibits will follow by mail.

3. That there is a regular communication by mail between the place of mailing and the places so addressed.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 28th day of November, 2005, at San Francisco, California.

/s/
MARCY MEDEIROS

ORACLE III (LEAD)

Service List - 11/28/2005   (201-064-1)

Page 1 of 1

## Counsel For Defendant(s)

Donald M. Falk
Lee H. Rubin
Shirish Gupta
Mayer, Brown, Rowe & Maw LLP
Two Palo Alto Square, Suite 300
Palo Alto, CA  94306
  650/331-2000
  650/331-2060 (Fax)

Alan N. Salpeter
Javier H. Rubinstein
Mayer, Brown, Rowe & Maw LLP
71 South Wacker Drive
Chicago, IL  60606
  312/782-0600
  312/701-7711 (Fax)

Dorian Daley
James C. Maroulis
Oracle Corporation
500 Oracle Parkway, Mail Stop 50P7
Redwood City, CA  94065
  650/506-5200
  650/506-7114 (Fax)

## Counsel For Plaintiff(s)

Mark Solomon
Douglas R. Britton
Valerie L. McLaughlin
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway, Suite 1900
San Diego, CA  92101
  619/231-1058
  619/231-7423 (Fax)

Sanford Svetcov
Shawn A. Williams
Willow E. Radcliffe
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
100 Pine Street, Suite 2600
San Francisco, CA  94111-5238
  415/288-4545
  415/288-4534 (Fax)