Exhibit 52

# BAKER & DANIELS LLP

EST. 1863

300 North Meridian Street, Suite 2700 • Indianapolis, Indiana 46204
Tel. 317.237.0300 • Fax 317.237.1000
www.bakerdaniels.com

SHAWNA MEYER EIKENBERRY
Attorney at Law
Direct 317.237.8281
shawna.eikenberry@bakerd.com

INDIANA
WASHINGTON, D.C.
CHINA

September 27, 2005

REC'D OCT 0 3 2005

Eli R. Greenstein
Lerach Coughlin Stoia Gellar Rudman & Robbins, LLP
100 Pine Street, Suite 2600
San Francisco, CA 94111

Re:     Oracle Corporation Securities Litigation
        Cause No. C-01-988-MJJ (C.D. Cal.):
        <u>Subpoena to Non-Party Eli Lilly and Company</u>

Dear Eli,

      I am in receipt of your letter today regarding the third-party subpoena to Eli Lilly ("Lilly") in the Oracle Securities Litigation. I understand that you have been patient in waiting for information from Lilly, but please understand that the information you are requesting is mostly related to old transactions about which Lilly no longer has records. Additionally, the individuals with knowledge about Lilly's accounting system that can give some more detail about the charts that we have already provided, as well as information about the specific items that you have listed in your subpoena, have been on vacation.

      That being said, I am writing this letter in a good faith attempt to give you as much information as possible that relates to the subpoena. Enclosed is a chart of transactions that date back to 1997. Lilly does not have any electronic information about transactions that took place prior to that time.

      Also, for your information, Lilly has located confirmation of the refund check from Oracle in the amount of $33,180.66. I hope to have documentation to you concerning that next week. Additionally, Lilly is still investigating whether is has paper documents that reflect some of the other transactions that you listed in your subpoena.

      To clarify some of the information Lilly has provided, the enclosed chart, as well as the charts Lilly has already provided, include the following items:

      Doc # = an internal document number relating to Lilly accounting system

      Due Date = the due date of the corresponding invoice

BDDB01 4186899v1

Vendor Inv # = the vendor invoice number

DT = Document Type (ZP = Payment Document; RE = Purchase Document (generally is a credit to the vendor)   RA = Reversal)

Amount = the amount

PK = Posting Key (25 = vendor payment; 31 = clearing or vendor invoice)

S is a system field that is not used

Clearing Document # = an internal document number relating to Lilly's accounting system

Check Number = the Lilly check number

As you can see from the enclosed chart, Lilly has no electronic record of a payment in the amount of $91,736 that is referenced in paragraph III.3 of your subpoena.

Pursuant to our conversation, you have agreed to delay the deposition scheduled for October 3 while you review information that Lilly has and will provide. Also, if you would like an affidavit to authenticate the records Lilly has provided, Lilly will likely be able to provide one.

I will be out of the office the rest of the week for an ABA conference. I will still be able to check email and voicemail but will not be able to receive faxes. Thus, please contact me via email or voicemail this week if you have any questions.

Sincerely,

Shawna Meyer Eikenberry

SME:wjm
Enclosure

cc: Tim Campbell

# Exhibit 53

# HSBC ◀▶

Allison K. Shank
General Counsel
Technology & Services

<u>Via DHL Overnight Delivery</u>

September 16, 2005           REC'D SEP 1 9 2005

Eli R. Greenstein, Esq.
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
100 Pine Street
Suite 2600
San Francisco, CA  94111

Re:     Oracle Corporation Securities Litigation

Dear Mr. Greenstein:

The enclosed documents, together with those previously provided, are all of the documents we have that are described in Section III of the subpoena served on Household International on September 1.  You had previously indicated that the deposition would be cancelled on your receipt of these materials.  Please confirm to me that it is cancelled.  If you have any questions, please call me.

Sincerely,

*Alleson Shank*

Allison K. Shank

Enclosures

**HSBC Technology and Services**
2700 Sanders Road, Prospect Heights, IL 60070

# Exhibit 54



**Pillsbury**
**Winthrop**
**Shaw**
**Pittman** LLP

50     t Street
San Francisco, CA  94105
Tel 415.983.1000
Fax 415.983.1200

MAILING ADDRESS
P. O. Box 7880
San Francisco, CA  94120
www.pillsburylaw.com

October 20, 2005

Colin T. Kemp
Phone: 415.983.1918
colin.kemp@pillsburylaw.com

## VIA FACSIMILE and U.S. MAIL

Jennie Lee Anderson, Esq.
Lerach Coughlin Stoia Geller
  Rudman & Robbins LLP
100 Pine Street, Suite 2600
San Francisco, CA  94111

       Re:    *In re Oracle Corporation Securities Litigation*
               Case No. C-01-0988-MJJ

Dear Jennie,

I write in response to your October 14, 2005 letter concerning the subpoena issued in the above-referenced action to our client Pharmacia Corporation, regarding it and its parent corporation, Pfizer Inc (together, "Pfizer").

Part of that subpoena concerned an alleged "46,000 debit memo transactions" referenced, among other places, in the Amended Order Setting a Discovery Plan, dated March 10, 2005, p. 8:10-12. We understand your letter to mean that plaintiffs' position is that 45 check or wire transfers listed in your letter's enclosure were made from Pfizer to Oracle on unspecified dates, and that they relate to the "46,000 debit memo transactions."

Although your July 15 letter suggested that some of the alleged transfers might involve small amounts, we were surprised to see the list replete with such amounts. Eight are under $100 ($16.32, $38.00, $42.41, $43.29, $43.29, $49.50, $49.50 and $75.00). Eleven others are less than $500.00. None is even as high as $50,000.

It seems to be an inappropriate imposition for plaintiffs to ask Pfizer to search for details regarding such small alleged transactions. Moreover, we have learned of Judge Spero's Order of September 19, which – even as to discovery between the parties, let alone third

700065606v1

Jennie Lee Anderson, Esq.
October 20, 2005
Page 2

parties – set $100,000 as the minimum threshold debit memo amount for discovery.[1]  If delving lower than that is unreasonable in the context of Oracle, which has $12 billion in annual sales, it certainly is unreasonable in the context of purchases by Pfizer, which has $53 billion.  If plaintiffs think otherwise, please let us know why it would be appropriate for Pfizer to investigate below the $100,000 level in Judge Spero's Order.

Sincerely,

Colin T. Kemp

cc:      Kirke M. Hasson

---

[1] In fact, the $100,000 minimum threshold applies only to electronic information.  As to paper documents, Judge Spero's Order raised the bar of discoverability such that $1,000,000 is the minimum threshold debit memo amount.

700065606V1

Pillsbury Winthrop Shaw Pittman LLP

# Exhibit 55

Jennie Anderson - Letter of July 12, 2005

---

**From:** "Scherb, Cynthia W [CC]" <Cynthia.W.Scherb@mail.sprint.com>
**To:** "Jennie Anderson" <JennieA@lerachlaw.com>
**Date:** 7/29/2005 11:57 AM
**Subject:** Letter of July 12, 2005

---

Dear Ms. Anderson,

We have been attempting to locate documents related to the overpayments or duplicate payments set forth in your letter to me of July 12, 2005. Without some indication of the date of the overpayments or invoice numbers, or some type of additional information, we cannot locate these transactions just based upon dollar amount.

Please advise whether you have additional information that would enable us to locate the documentation you seek.


Thank you.

Cynthia Weber Scherb
Senior Attorney
Sprint Law Department -- Litigation
KSOPHN0412-4A103
6450 Sprint Parkway
Overland Park, KS   66251
913-315-9430 (voice)
913-523-0066 (fax)

# Exhibit 56



November 16, 2005

REC'D NOV 1 7 2005

Mayer, Brown, Rowe & Maw LLP
71 South Wacker Drive
Chicago, Illinois 60606-4637

Main Tel (312) 782-0600
Main Fax (312) 701-7711
www.mayerbrownrowe.com

Shawn A. Williams
Lerach Coughlin Stoia Geller
  Rudman & Robbins LLP
100 Pine Street, Suite 2600
San Francisco, CA 94111

Vincent Paul (Trace) Schmeltz III
Direct Tel (312) 701-8531
Direct Fax (312) 706-8146
tschmeltz@mayerbrownrowe.com

Re:   In re Oracle Corporation Securities Litigation

Dear Shawn:

    I have enclosed documents Bates labeled NDCA-ORCL 443464 through 462086 (13 boxes). These represent the first in a series of rolling productions that we will make pursuant to Judge Spero's October 19, 2005 Order Granting Plaintiffs' Motion to Compel Production of Documents.

                              Very truly yours,

                              Vincent Paul (Trace) Schmeltz III

cc:   James C. Maroulis
      Lee H. Rubin

Berlin  Brussels  Charlotte  Chicago  Cologne  Frankfurt  Houston  London  Los Angeles  New York  Palo Alto  Paris  Washington, D.C.
Independent Mexico City Correspondent: Jauregui, Navarrete y Nader S.C.
Mayer, Brown, Rowe & Maw LLP operates in combination with our associated English limited liability partnership in the offices listed above.

# Exhibit 57

November 18, 2005

**VIA HAND DELIVERY**

Shawn A. Williams
Lerach Coughlin Stoia Geller
   Rudman & Robbins LLP
100 Pine Street, Suite 2600
San Francisco, CA 94111

Mayer, Brown, Rowe & Maw LLP
71 South Wacker Drive
Chicago, Illinois 60606-4637

Main Tel (312) 782-0600
Main Fax (312) 701-7711
www.mayerbrownrowe.com

Vincent Paul (Trace) Schmeltz III
Direct Tel (312) 701-8531
Direct Fax (312) 706-8146
tschmeltz@mayerbrownrowe.com

Re:   In re Oracle Corporation Securities Litigation

Dear Shawn:

     I have enclosed a CD bearing volume number ORC035 and Bates label NDCA-ORCL 443265. This is the second in a series of rolling productions that we will make pursuant to Judge Spero's October 19, 2005 Order Granting Plaintiffs' Motion to Compel Production of Documents. We will ship an additional 28 boxes of responsive information this evening, under separate cover.

     We continue to process documents and will make additional rolling productions through the end of next week. In addition, we continue to review our production for accuracy and reserve the right to make supplemental productions, if necessary.

Very truly yours,

Vincent Paul (Trace) Schmeltz III

cc:   James C. Maroulis
      Lee H. Rubin

Berlin  Brussels  Charlotte  Chicago  Cologne  Frankfurt  Houston  London  Los Angeles  New York  Palo Alto  Paris  Washington, D.C.
Independent Mexico City Correspondent: Jauregui, Navarrete y Nader S.C.
Mayer, Brown, Rowe & Maw LLP operates in combination with our associated English limited liability partnership in the offices listed above.

Exhibit 58

MAYER
BROWN
ROWE
& MAW

November 18, 2005

RECD NOV 21 2005

BY UPS OVERNIGHT DELIVERY

Mayer, Brown, Rowe & Maw LLP
71 South Wacker Drive
Chicago, Illinois 60606-4637

Main Tel (312) 782-0600
Main Fax (312) 701-7711
www.mayerbrownrowe.com

Shawn A. Williams
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
100 Pine Street, Suite 2600
San Francisco, CA 94111

Vincent Paul Schmeltz III
Direct Tel (312) 701-8531
Direct Fax (312) 706-8146
tschmeltz@mayerbrownrowe.com

Re:     In re Oracle Corporation Securities Litigation
        Master File No. C-01-0988-MJJ (N.D. Cal.)

Dear Shawn:

        I have enclosed documents Bates labeled NDCA-ORCL 462087 through NDCA-ORCL 499709 (boxes 14 - 36) and NDCA-ORCL 3000000 through 3010154 (boxes S01 – S05). These represent the third in a series of rolling productions that we will make pursuant to Judge Spero's October 19, 2005 Order Granting Plaintiffs' Motion to Compel Production of Documents.

        We organized our production by debit memo. Accordingly, we assigned each debit memo a control number, as detailed on the attached chart. The pink divider sheets throughout the production identify debit memos by these control numbers and indicate the documents that relate to each debit memo.

        In many instances, we had to produce documents relating to the same debit memo in separate batches. These "supplemental" documents are in separately numbered boxes (in this production, S01 through S05), with a Bates range that begins with 3000000. Each supplemental set is designated by debit memo number and a suffix – i.e., 727A or 727B– on the pink divider sheets.

Sincerely,

Vincent Paul Schmeltz III

cc:     Lee H. Rubin
        James C. Maroulis

Berlin  Brussels  Charlotte  Chicago  Cologne  Frankfurt  Houston  London  Los Angeles  New York  Palo Alto  Paris  Washington, D.C.
Independent Mexico City Correspondent:  Jauregui, Navarrete y Nader S.C.
Mayer, Brown, Rowe & Maw LLP operates in combination with our associated English limited liability partnership in the offices listed above.

# Exhibit 59



**LERACH
COUGHLIN
STOIA
GELLER
RUDMAN
& ROBBINS** LLP

SAN DIEGO · SAN FRANCISCO
LOS ANGELES · NEW YORK · BOCA RATON
WASHINGTON, DC · HOUSTON
PHILADELPHIA · SEATTLE

Jennie Lee Anderson

November 18, 2005

<u>VIA FACSIMILE & U.S. MAIL</u>

Vincent (Trace) Schmeltz, Esq.
MAYER, BROWN, ROWE & MAW LLP
190 South La Salle Street
Chicago, IL 60603-3441

Lee Rubin, Esq.
MAYER, BROWN, ROWE & MAW LLP
Two Palo Alto Square
El Camino Real, Suite 300
Palo Alto, CA 94306

   Re: *Nursing Home Pension v. Oracle Corporation*
      Civil Case No. CV-01-00988-MJJ

Dear Counsel:

   On October 18, 2005, Judge Spero directed the parties to agree on a sampling of debit memo transactions under $100,000 for which defendants will produce underlying documents. *See* Transcript, Oct. 18, 2005 at 18:11-13. Pursuant to that direction, plaintiffs propose that defendants produce all underlying documents for 600 debit memo transactions under $100,000 to be identified by plaintiffs. The sampling is intended to permit a meaningful analysis of debit memo transactions under $100,000 and minimize any unnecessary and undue production burden. Please contact me as soon as possible to discuss production of these responsive documents.

       Very truly yours,

       Jennie Lee Anderson

JLA:krh

T:\CasesSF\Oracle3\Corres\SCHMELTZ-RUBIN11-18-05JLA.doc

MAYER
BROWN
ROWE
& MAW

November 23, 2005

Mayer, Brown, Rowe & Maw LLP
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, California 94306-2112

BY FACSIMILE

Main Tel (650) 331-2000
Main Fax (650) 331-2060
www.mayerbrownrowe.com

Jennie Lee Andersen
Lerach Coughlin Stoia Geller
 Rudman Robins LLP
100 Pine Street, 26th Floor
San Francisco, CA 94111

Lee H. Rubin
Direct Tel (650) 331-2037
Direct Fax (650) 331-4537
lrubin@mayerbrownrowe.com

Re:     *In re Oracle Corporation Securities Litigation*
         Master File No. C-01-0988-MJJ (N.D. Cal.)

Dear Jennie:

I write in response to your letter of November 18, 2005, in which you propose that Oracle
produce "all underlying documents for 600 debit memo transactions under $100,000 to be
identified by plaintiffs." First, you have mischaracterized the Court's comments at the October
18, 2005 hearing. Contrary to your letter, the transcript plainly shows that the Court did not
"direct[] the parties" to agree on a sampling of debit memos. Second, your proposal is
premature. At the very same time that you were sending us your request for an additional
production of documents related to the debit memos, Oracle was in the process of producing to
you tens of thousands of pages of documents associated with the 776 debit memos above
$100,000. Surely common sense dictates that Plaintiffs should review this recent massive set of
documents before seeking additional material from Oracle. Indeed, given that Oracle's
production provides the underlying documentation for $520 million of the approximately $690
million associated with November 17, 2000 debit memos, we believe that Plaintiffs will be hard
pressed to make the requisite showing for any additional production concerning the debit memos.
This is particularly so given the extraordinary amount of financial and human resources that
Oracle expended to prepare the most recent production. In any event, any discussion of a
statistical sampling of the remaining debit memos should be deferred until Plaintiffs have
reviewed Oracle's most recent production.

Very truly yours,

Lee H. Rubin

cc: James C. Maroulis
    Vincent Paul Schmeltz III

Berlin  Brussels  Charlotte  Chicago  Cologne  Frankfurt  Houston  London  Los Angeles  New York  Palo Alto  Paris  Washington, D.C.
Independent Mexico City Correspondent:  Jauregui, Navarrete y Nader S.C.

Mayer, Brown, Rowe & Maw LLP operates in combination with our associated English limited liability partnership in the offices listed above.

# Exhibit 60

**FILED**

AUG 2 3 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE ORACLE SECURITIES LITIGATION | No. C-01-0988 MJJ (JCS) |
| | **ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFFS' MOTION TO COMPEL PROFIT RECOVERY GROUP-SCHULTZ, INC.'S PRODUCTION OF DOCUMENTS [Docket No. 327]** |
| This Document Relates To: | |
| ALL ACTIONS. | |

Plaintiffs' Motion to Compel Profit Recovery Group-Schultz, Inc.'s Production of Documents in Compliance with Subpoena (the "Motion") came on for hearing on August 19, 2005. Shawn A. Williams and Jennie Lee Anderson appeared on behalf of Plaintiff. Henry Chalmers and Shinyung Oh appeared on behalf of non-party Profit Recovery Group-Schultz, Inc. ("PRG"). Lee Rubin and Shirish Gupta appeared on behalf of Defendants. Having heard the arguments of counsel, and good cause appearing, IT IS HEREBY ORDERED as follows:

Pursuant to the agreement of the parties, the Motion is GRANTED IN PART and DENIED IN PART. PRG shall make the following production:

1. PRG shall produce all reports in the form attached to their opposition to the Motion as Exhibits A and B, which refer or relate to Oracle accounts for the time period 2000 and 2001. In addition, PRG will search for and produce such reports dated 2002 or 2003 which refer to Oracle accounts during the period 2000 and 2001.

2. PRG shall produce information contained in its CMS database in the form attached as Exhibit C to its opposition, without redaction.

3. PRG shall produce information relating to Oracle accounts during the 2000 and 2001 time period that exist on its CMS database but is not otherwise included in Exhibit C to its opposition.

4.      PRG shall produce emails relating to Oracle accounts during the 2000 and 2001 period that exist in its current email database. It need not retrieve archival backup tapes to search for emails.

5.      At the conclusion of the production, the parties shall meet and confer regarding the reimbursement to PRG for the costs (other than attorneys' fees) incurred in connection with its search for documents. If the parties are unable to reach an agreement, PRG may apply to the Court for an award of costs.

IT IS SO ORDERED.

Dated: August 23, 2005

JOSEPH C. SPERO
United States Magistrate Judge

2

# Exhibit 61

MAYER
BROWN
ROWE
& MAW

November 21, 2005          REC'D NOV 2 2 2005

Mayer, Brown, Rowe & Maw LLP
71 South Wacker Drive
Chicago, Illinois 60606-4637

Main Tel (312) 782-0600
Main Fax (312) 701-7711
www.mayerbrownrowe.com

Vincent Paul Schmeltz III
Direct Tel (312) 701-8531
Direct Fax (312) 706-8146
tschmeltz@mayerbrownrowe.com

BY UPS OVERNIGHT DELIVERY

Shawn A. Williams
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
100 Pine Street, Suite 2600
San Francisco, CA 94111

Re:     In re Oracle Corporation Securities Litigation
        Master File No. C-01-0988-MJJ (N.D. Cal.)

Dear Shawn:

        I have enclosed documents Bates labeled NDCA-ORCL 499710 through  NDCA-ORCL
510953 (boxes 37- 43) and NDCA-ORCL  3010155 through 303035 (boxes S06 – S14).  These
represent the fourth in a series of rolling productions that we will make pursuant to Judge
Spero's October 19, 2005 Order Granting Plaintiffs' Motion to Compel Production of
Documents.

Sincerely,

Vincent Paul Schmeltz III

cc:     Lee H. Rubin
        James C. Maroulis

Berlin  Brussels  Charlotte  Chicago  Cologne  Frankfurt  Houston  London  Los Angeles  New York  Palo Alto  Paris  Washington, D.C.
Independent Mexico City Correspondent:  Jauregui, Navarrete y Nader S.C.

Mayer, Brown, Rowe & Maw LLP operates in combination with our associated English limited liability partnership in the offices listed above.

Exhibit 62

M A Y E R
B R O W N
R O W E
& M A W

Mayer, Brown, Rowe & Maw LLP
71 South Wacker Drive
Chicago, Illinois 60606-4637

Main Tel (312) 782-0600
Main Fax (312) 701-7711
www.mayerbrownrowe.com

**Vincent Paul Schmeltz III**
Direct Tel (312) 701-8531
Direct Fax (312) 706-8146
tschmeltz@mayerbrownrowe.com

November 21, 2005        REC'D NOV 2 2 2005

<u>VIA UPS OVERNIGHT DELIVERY</u>

Shawn A. Williams
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
100 Pine Street, Suite 2600
San Francisaco, CA 94111

Re:     <u>In re Oracle Corporation Securities Litigation</u>
        <u>Master File No. C-01-0988 MJJ (N.D. Cal.)</u>

Dear Shawn:

        I have enclosed CD ORC034 (NDCA-ORCL 443264) which contain Bates labeled documents NDCA-ORCL 5000001 through NDCA-ORCL 5003760. These documents are single page Tiff images, OCR Text and Summation load files. These are additional bug reports that we collected pursuant to the Court's March 10, 2005 Order Setting a Discovery Plan.

Sincerely,

Vincent Paul Schmeltz III

Enclosure

cc:     Lee H. Rubin
        James C. Maroulis

Berlin  Brussels  Charlotte  Chicago  Cologne  Frankfurt  Houston  London  Los Angeles  New York  Palo Allo  Paris  Washington, D.C.
Independent Mexico City Correspondent:  Jauregui, Navarrete y Nader S.C.

Mayer, Brown, Rowe & Maw LLP operates in combination with our associated English limited liability partnership in the offices listed above.

Exhibit 63

# FILED UNDER SEAL

# Exhibit 64



**LERACH**
**COUGHLIN**
**STOIA**
**GELLER**
**RUDMAN**
**ROBBINS** LLP

SAN DIEGO · SAN FRANCISCO
LOS ANGELES · NEW YORK · BOCA RATON
WASHINGTON, DC · HOUSTON
PHILADELPHIA · SEATTLE

Willow E. Radcliffe

October 19, 2005

<u>VIA FACSIMILE</u>

Vincent P. Schmeltz, III ("Trace"), Esq.
MAYER, BROWN, ROWE & MAW LLP
71 South Wacker Drive
Chicago, IL 60606

Lee Rubin, Esq.
MAYER, BROWN, ROWE & MAW LLP
Two Palo Alto Square
El Camino Real, Suite 300
Palo Alto, CA 94306

Re:     *In re Oracle Corporation Sec. Litig.*
        Master File No. C-01-0988-MJJ (N.D. Cal.)

Dear Counsel:

We request that in accordance with Magistrate Judge Spero's March 10, 2005 Order, you search and produce the files of Julie Chan. Ms. Chan served as a liaison between Oracle and its auditors (*see, e.g.* AA 000004) and was also involved in forecasting/big deals (*see, e.g.* NDCA-ORCL 208155-61). Please produce documents from her files (hard copy and electronic) as soon as possible. Thank you.

Very truly yours,

*Willow E. Radcliffe*

Willow E. Radcliffe

WER:cs

cc:     Mark Solomon
        Shawn Williams



# Exhibit 65

M A Y E R
B R O W N
R O W E
& M A W

RECD NOV 2 8 2005

November 23, 2005

Mayer, Brown, Rowe & Maw LLP
71 South Wacker Drive
Chicago, Illinois 60606-4637

BY UPS OVERNIGHT DELIVERY

Main Tel (312) 782-0600
Main Fax (312) 701-7711
www.mayerbrownrowe.com

Shawn A. Williams
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
100 Pine Street, Suite 2600
San Francisco, CA 94111

**Vincent Paul Schmeltz III**
Direct Tel (312) 701-8531
Direct Fax (312) 706-8146
tschmeltz@mayerbrownrowe.com

Re:    In re Oracle Corporation Securities Litigation
       Master File No. C-01-0988-MJJ (N.D. Cal.)

Dear Shawn:

    I have enclosed documents Bates labeled NDCA-ORCL 510954 through NDCA-ORCL
603856 (boxes 44-92) and NDCA-ORCL 3030356 through 3032007 (box S15).  These represent
the fifth in a series of rolling productions that we will make pursuant to Judge Spero's October
19, 2005 Order Granting Plaintiffs' Motion to Compel Production of Documents.

Sincerely,

*Vincent Paul Schmeltz III*

Vincent Paul Schmeltz III

cc:    Lee H. Rubin
       James C. Maroulis

Berlin  Brussels  Charlotte  Chicago  Cologne  Frankfurt  Houston  London  Los Angeles  New York  Palo Alto  Paris  Washington, D.C.
Independent Mexico City Correspondent:  Jauregui, Navarrete y Nader S.C.

Mayer, Brown, Rowe & Maw LLP operates in combination with our associated English limited liability partnership in the offices listed above.