1
2
3
4
5
6
7
8
9
10
11
12
13
14               UNITED STATES DISTRICT COURT
15               NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 16 | In re ORACLE CORPORATION SECURITIES LITIGATION ) ) ) | Master File No. C-01-0988-MJJ |
| 17 | ) | CLASS ACTION |
| 18 | This Document Relates To: ) ) | [PROPOSED] ORDER MODIFYING THE AMENDED PRETRIAL ORDER TO |
| 19 | ALL ACTIONS. ) ) | EXTEND THE FEBRUARY 24, 2006 FACT DISCOVERY CUTOFF |

20            DATE:        January 10, 2006
21            TIME:        9:30 a.m.
              COURTROOM:   The Honorable
22                         Martin J. Jenkins
23
24
25
26
27
28

Having considered all the papers submitted in support of Plaintiffs' Notice of Motion and Motion to Modify the Amended Pretrial Order to Extend the February 24, 2006 Fact Discovery Cutoff; and Memorandum of Points and Authorities in Support Thereof, and finding good cause therefor;

IT IS HEREBY ORDERED that the Court's December 17, 2004 Amended Pretrial Order be modified as follows:

1. The current February 24, 2006 cutoff for non-expert discovery shall be extended to October 24, 2006.

2. The current July 31, 2006 deadline for hearing dispositive motions shall be continued to March 30, 2007.

3. The current August 29, 2006 Pretrial Conference shall be continued to April 24, 2007.

4. The current September 11, 2006 trial date shall be continued to May 7, 2007.

5. The current August 2006 Settlement Conference shall be continued to April 2007.

IT IS SO ORDERED.

DATED: _____
THE HONORABLE MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE

Submitted by:

DATED: November 28, 2005

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
MARK SOLOMON
DOUGLAS R. BRITTON
VALERIE L. McLAUGHLIN
GAVIN M. BOWIE


          /s/
MARK SOLOMON

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

[PROPOSED] ORDER MODIFYING THE AMENDED PRETRIAL ORDER TO
EXTEND THE FEBRUARY 24, 2006 FACT DISCOVERY CUTOFF - C-01-0988-MJJ          - 1 -

| | |
|---|---|
| 1 | |
| 2 | LERACH COUGHLIN STOIA GELLER<br>  RUDMAN & ROBBINS LLP<br>SHAWN A. WILLIAMS |
| 3 | WILLOW E. RADCLIFFE<br>ELI R. GREENSTEIN |
| 4 | JENNIE LEE ANDERSON<br>MONIQUE C. WINKLER |
| 5 | 100 Pine Street, Suite 2600<br>San Francisco, CA  94111 |
| 6 | Telephone:  415/288-4545<br>415/288-4534 (fax) |
| 7 | Lead Counsel for Plaintiffs |
| 8 | T:\CasesSF\Oracle3\ORD00026181.doc |

[PROPOSED] ORDER MODIFYING THE AMENDED PRETRIAL ORDER TO EXTEND THE FEBRUARY 24, 2006 FACT DISCOVERY CUTOFF - C-01-0988-MJJ     - 2 -

DECLARATION OF SERVICE BY MAIL AND FACSIMILE

I, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, a citizen of the United States and employed in the City and County of San Francisco, over the age of 18 years, and not a party to or interested party in the within action; that declarant's business address is 100 Pine Street, Suite 2600, San Francisco, California 94111.

2. That on November 28, 2005, declarant served the **[PROPOSED] ORDER MODIFYING THE AMENDED PRETRIAL ORDER TO EXTEND THE FEBRUARY 24, 2006 FACT DISCOVERY CUTOFF** by depositing a true copy thereof in a United States mailbox at San Francisco, California in a sealed envelope with postage thereon fully prepaid and addressed to the parties listed on the attached Service List. Declarant also served the parties by facsimile.

3. That there is a regular communication by mail between the place of mailing and the places so addressed.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 28th day of November, 2005, at San Francisco, California.

/s/
MARCY MEDEIROS

ORACLE III (LEAD)

Service List - 11/28/2005  (201-064-1)

Page 1 of 1

**Counsel For Defendant(s)**

Donald M. Falk
Lee H. Rubin
Shirish Gupta
Mayer, Brown, Rowe & Maw LLP
Two Palo Alto Square, Suite 300
Palo Alto, CA  94306
  650/331-2000
  650/331-2060 (Fax)

Alan N. Salpeter
Javier H. Rubinstein
Mayer, Brown, Rowe & Maw LLP
71 South Wacker Drive
Chicago, IL  60606
  312/782-0600
  312/701-7711 (Fax)

Dorian Daley
James C. Maroulis
Oracle Corporation
500 Oracle Parkway, Mail Stop 50P7
Redwood City, CA  94065
  650/506-5200
  650/506-7114 (Fax)

**Counsel For Plaintiff(s)**

Mark Solomon
Douglas R. Britton
Valerie L. McLaughlin
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway, Suite 1900
San Diego, CA  92101
  619/231-1058
  619/231-7423 (Fax)

Sanford Svetcov
Shawn A. Williams
Willow E. Radcliffe
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
100 Pine Street, Suite 2600
San Francisco, CA  94111-5238
  415/288-4545
  415/288-4534 (Fax)