1
2
3
4
5
6
7
8
9
10
11
12
13

E-filing

FILED

NOV 2 8 2005

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

14                  UNITED STATES DISTRICT COURT

15                  NORTHERN DISTRICT OF CALIFORNIA

16 | In re ORACLE CORPORATION          )   Master File No. C-01-0988-MJJ
      SECURITIES LITIGATION            )
17                                     )   CLASS ACTION
                                       )
18 | This Document Relates To:         )   [PROPOSED] SEALING ORDER
                                       )
19 |     ALL ACTIONS.                  )   DATE:       January 10, 2006
                                       )   TIME:       9:30 a.m.
20                                     )   COURTROOM:  The Honorable
                                                       Martin J. Jenkins
21
22
23
24
25
26
27
28

1    Having considered the papers submitted in support of Plaintiffs' Administrative Request to

2   File Exhibits 27-28, 30, 32 and 63 to the Declaration of Eli R. Greenstein in Support of Plaintiffs'

3   Motion to Modify the Amended Pretrial Order to Extend the February 24, 2006 Discovery Cutoff

4   Under Seal, and finding good cause therefor;

5    IT IS HEREBY ORDERED that the motion is granted.  Exhibits 27-28, 30, 32 and 63

6   attached to the Declaration of Eli R. Greenstein in Support of Plaintiffs' Motion to Modify the

7   Amended Pretrial Order to Extend the February 24, 2006 Discovery Cutoff are hereby sealed.

8    IT IS SO ORDERED.

9
    DATED: **11/28/05**                          _Martin J. Jenkins_
10                                          _____
                                            THE HONORABLE MARTIN J. JENKINS
11  Submitted by:                           UNITED STATES DISTRICT JUDGE

12  DATED:  November 28, 2005

13  LERACH COUGHLIN STOIA GELLER
      RUDMAN & ROBBINS LLP
14  SHAWN A. WILLIAMS
    WILLOW E. RADCLIFFE
15  ELI R. GREENSTEIN
    JENNIE LEE ANDERSON
16  MONIQUE C. WINKLER

17
    _____/s/_____
18        JENNIE LEE ANDERSON

19  100 Pine Street, Suite 2600
    San Francisco, CA  94111
20  Telephone: 415/288-4545
    415/288-4534 (fax)
21
    LERACH COUGHLIN STOIA GELLER
22    RUDMAN & ROBBINS LLP
    MARK SOLOMON
23  DOUGLAS R. BRITTON
    VALERIE L. McLAUGHLIN
24  GAVIN M. BOWIE
    655 West Broadway, Suite 1900
25  San Diego, CA  92101
    Telephone: 619/231-1058
26  619/231-7423 (fax)

27  Lead Counsel for Plaintiffs
    T:\CasesSF\Oracle3\ORD00026265.doc
28

[PROPOSED] SEALING ORDER - C-01-0988-MJJ                                    - 1 -

1             <u>DECLARATION OF SERVICE BY MAIL AND FACSIMILE</u>

2       I, the undersigned, declare:

3          1.      That declarant is and was, at all times herein mentioned, a citizen of the United States

4 and employed in the City and County of San Francisco, over the age of 18 years, and not a party to

5 or interested party in the within action; that declarant's business address is 100 Pine Street,

6 Suite 2600, San Francisco, California 94111.

7         2.      That on November 28, 2005, declarant served the **[PROPOSED] SEALING**

8 **ORDER** by depositing a true copy thereof in a United States mailbox at San Francisco, California in

9 a sealed envelope with postage thereon fully prepaid and addressed to the parties listed on the

10 attached Service List.  Declarant also served the parties by facsimile.

11        3.      That there is a regular communication by mail between the place of mailing and the

12 places so addressed.

13       I declare under penalty of perjury that the foregoing is true and correct.  Executed this 28th

14 day of November, 2005, at San Francisco, California.

15

16                                       /s/

                                      MARCY MEDEIROS

17

18

19

20

21

22

23

24

25

26

27

28

ORACLE III (LEAD)

Service List - 11/28/2005  (201-064-1)

Page 1 of 1

### Counsel For Defendant(s)

Donald M. Falk
Lee H. Rubin
Shirish  Gupta
Mayer, Brown, Rowe & Maw LLP
Two Palo Alto Square, Suite 300
Palo Alto, CA  94306
   650/331-2000
   650/331-2060 (Fax)

Alan N. Salpeter
Javier H. Rubinstein
Mayer, Brown, Rowe & Maw LLP
71 South Wacker Drive
Chicago, IL  60606
   312/782-0600
   312/701-7711 (Fax)

Dorian  Daley
James C. Maroulis
Oracle Corporation
500 Oracle Parkway, Mail Stop 50P7
Redwood City, CA  94065
   650/506-5200
   650/506-7114 (Fax)

### Counsel For Plaintiff(s)

Mark  Solomon
Douglas R. Britton
Valerie L. McLaughlin
Lerach Coughlin Stoia Geller Rudman &
Robbins LLP
655 West Broadway, Suite 1900
San Diego, CA  92101
   619/231-1058
   619/231-7423 (Fax)

Sanford  Svetcov
Shawn A. Williams
Willow E. Radcliffe
Lerach Coughlin Stoia Geller Rudman &
Robbins LLP
100 Pine Street, Suite 2600
San Francisco, CA  94111-5238
   415/288-4545
   415/288-4534 (Fax)