| | |
|---|---|
| 1 | MAYER, BROWN, ROWE & MAW LLP |
| | Donald M. Falk (SBN 150256) |
| 2 | Lee H. Rubin (SBN 141331) |
| | Shirish Gupta (SBN 205584) |
| 3 | Two Palo Alto Square, Suite 300 |
| | Palo Alto, CA 94306 |
| 4 | Telephone:  (650) 331-2000 |
| | Facsimile:  (650) 331-2060 |
| 5 | lrubin@mayerbrownrowe.com |

**FILED**
NOV 2 9 2005
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

6  MAYER, BROWN, ROWE & MAW LLP
   Alan N. Salpeter (admitted *pro hac vice*)
7  Javier Rubinstein (admitted *pro hac vice*)
   Vincent P. Schmeltz III (admitted *pro hac vice*)
8  71 South Wacker Street
   Chicago, IL 60606
9  Telephone:  (312) 782-0600
   Facsimile:  (312) 701-7711
10 jrubinstein@mayerbrownrowe.com

11 Attorneys for Defendants ORACLE CORPORATION,
   LAWRENCE J. ELLISON, JEFFREY O. HENLEY, and
12 EDWARD J. SANDERSON

13 ORACLE CORPORATION
   Dorian Daley (SBN 129049)
14 James C. Maroulis (SBN 208316)
   500 Oracle Parkway, Mailstop 5OP7
15 Redwood Shores, CA 94065
   Telephone: (650) 506-5200
16 Facsimile: (650) 506-7114

17 Attorneys for Defendant ORACLE CORPORATION

## UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE ORACLE CORPORATION SECURITIES LITIGATION | Case No. C-01-0988-MJJ (JCS) (Consolidated) |
| | [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO FILE SUR-REPLY IN FURTHER OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION |
| | Honorable Martin J. Jenkins |

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO FILE SUR-REPLY IN FURTHER OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION; CASE NO: C-01-0988 MJJ (JCS)

1  Having considered the Motion for Leave to File Sur-Reply in Further Opposition to
2  Plaintiffs' Motion for Class Certification filed by Defendants Oracle Corporation, Lawrence J.
3  Ellison, Jeffrey O. Henley and Edward J. Sanderson (collectively "Defendants"), upon review of
4  the parties' written submissions, and for good cause shown,

**IT IS HEREBY ORDERED THAT:**

Defendants' Motion is granted.

IT IS SO ORDERED.

Dated: **11/29**, 2005

MARTIN J. JENKINS
UNITED STATES DISTRICT COURT JUDGE