MAYER, BROWN, ROWE & MAW LLP
Donald M. Falk (SBN 150256)
Lee H. Rubin (SBN 141331)
Shirish Gupta (SBN 205584)
Two Palo Alto Square, Suite 300
Palo Alto, California 94306
Telephone:   (650) 331-2000
Facsimile:    (650) 331-2060
lrubin@mayerbrownrowe.com

MAYER, BROWN, ROWE & MAW LLP
Alan N. Salpeter (admitted *pro hac vice*)
Javier Rubinstein (admitted *pro hac vice*)
Vincent P. Schmeltz III (admitted *pro hac vice*)
71 South Wacker Drive
Chicago, IL  60606-4637
Telephone:   (312) 782-0600
Facsimile:    (312) 701-7711
jrubinstein@mayerbrownrowe.com

Attorneys for Defendants ORACLE CORPORATION, LAWRENCE
J. ELLISON, JEFFREY O. HENLEY, and EDWARD J. SANDERSON

ORACLE CORPORATION
Dorian Daley (SBN 129049)
James C. Maroulis (SBN 208316)
500 Oracle Parkway, Mailstop 5OP7
Redwood Shores, California 94065
Telephone:   (650) 506-5200
Facsimile:    (650) 506-7114
jim.maroulis@oracle.com

Attorneys for Defendant ORACLE CORPORATION

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE ORACLE CORPORATION SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Case No. C-01-0988-MJJ (JCS)<br>(Consolidated)<br><br>**DECLARATION OF VINCENT P. SCHMELTZ III IN SUPPORT OF DEFENDANTS' SUR-REPLY IN FURTHER OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Date:        ---<br>Time:       ---<br>Place:       ---<br>**Honorable Martin J. Jenkins** |

**DECLARATION OF VINCENT P. SCHMELTZ III**

I, VINCENT P. SCHMELTZ III, declare and state that:

1. I am an attorney admitted *pro hac vice* in the above-captioned matter and am with the law firm of Mayer, Brown, Rowe & Maw LLP, counsel for Defendants Oracle Corporation, Lawrence J. Ellison, Jeffrey O. Henley, and Edward J. Sanderson. I have personal knowledge of the facts set forth in this Declaration and, if called upon, could testify competently thereto.

2. I make this declaration in support of Defendants' Sur-Reply in Further Opposition To Plaintiffs' Motion for Class Certification.

3. Attached hereto as Exhibit 1 is a true and accurate copy of *In re Rubber Chemicals Antitrust Litigation*, 2005 WL 2649292 (N.D. Cal. Oct. 6, 2005).

4. Attached hereto as Exhibit 2 is a true and accurate copy of *In re Gilead Sciences Securities Litigation,* 2005 WL 2649200 (N.D. Cal. Oct. 11, 2005).

5. Attached hereto as Exhibit 3 is a true and accurate copy of *Bennett v. H&R Block Financial Advisors Inc.*, 2005 WL 2811757 (Oct. 27, 2005).

I declare under penalty of perjury under the laws of the United States that the above is true and accurate and that this Declaration was executed on December 2, 2005 in Palo Alto, California.

/s/ Vincent P. Schmeltz III
Vincent P. Schmeltz III