IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>ORACLE CORPORATION<br>SECURITIES LITIGATION<br><br>Defendant. | No.   C01-00988 MJJ<br><br>**ORDER OF REFERENCE** |

    Pursuant to Civil Local Rule 72-1, it is HEREBY ORDERED that the Plaintiffs' Motion to Modify The Amended Pretrial Order to Extend The February 24, 2006 Discovery Cutoff in the above-captioned case is referred Magistrate Judge Spero.

    Counsel will be advised of the date, time and place of the next appearance by notice from Magistrate Judge Spero.  THE MOTION HEARING SET ON JUDGE JENKINS' CALENDAR FOR January 10, 2006,  IS HEREBY **VACATED**.

**IT IS SO ORDERED.**

Dated:          12/6/2005

                                                         MARTIN J. JENKINS<br>
                                                         United States District Judge