LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
MARK SOLOMON (151949)
DOUGLAS R. BRITTON (188769)
VALERIE L. McLAUGHLIN (191916)
GAVIN M. BOWIE (235532)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
MarkS@lerachlaw.com
DougB@lerachlaw.com
ValerieM@lerachlaw.com
     – and –
SHAWN A. WILLIAMS (213113)
WILLOW E. RADCLIFFE (200087)
ELI R. GREENSTEIN (217945)
JENNIE LEE ANDERSON (203586)
MONIQUE C. WINKLER (213031)
100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)
ShawnW@lerachlaw.com
WillowR@lerachlaw.com
EliG@lerachlaw.com
JennieA@lerachlaw.com
MoniqueW@lerachlaw.com

Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>    ALL ACTIONS. | Master File No. C-01-0988-MJJ  JCS<br><br><u>CLASS ACTION</u><br><br>**DISCOVERY MATTER**<br><br>PLAINTIFFS' ADMINISTRATIVE REQUEST REGARDING THE FILING OF EXHIBITS 4, 16, 18, 19 AND 27 TO THE DECLARATION OF WILLOW E. RADCLIFFE IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL ARTHUR ANDERSEN LLP TO COMPLY WITH THE COURT'S MARCH 10, 2005 DISCOVERY ORDER AND PRODUCE RELEVANT DOCUMENTS UNDER SEAL<br><br>DATE:    N/A<br>TIME:    N/A<br>COURTROOM:  The Hon. Joseph C. Spero |

1. Pursuant to Civil Local Rules 7-11 and 79-5,[1] plaintiffs submit this administrative request with respect to Exhibits 4, 16, 18, 19 and 27 to the Declaration of Willow E. Radcliffe in Support of Plaintiffs' Motion to Compel Arthur Andersen LLP to Comply with the Court's March 10, 2005 Discovery Order and Produce Relevant Documents ("Radcliffe Declaration"). This request is accompanied by the Declaration of Eli R. Greenstein in Support of Plaintiffs' Administrative Request ("Greenstein Decl."), the [Proposed] Sealing Order, and the [Proposed] Order Filing the Declaration of Willow E. Radcliffe in Support of Motion to Compel Arthur Andersen LLP to Comply With the Court's March 10, 2005 Discovery Order *Nunc Pro Tunc* to December 8, 2005 filed concurrently herewith.[2]

Exhibits 4, 16, 18, 19 and 27 attached to the Radcliffe Declaration consist of documents marked "Confidential" by defendants and/or Arthur Andersen LLP. *See* Greenstein Decl., ¶3. The Revised Stipulated Protective Order Governing Confidentiality entered on January 11, 2005 ("Protective Order") in this action, provides that "[i]t is the designating party's burden to file an administrative motion under seal, in conformance with Civil L.R. 79-5 and 75-11." *See* Greenstein Decl., Ex. A. Subsequent to the entry of the Protective Order, Civil Local Rule 79-5 was revised to require that the moving party submit an administrative request when lodging confidential documents with the Court. *See* Civil L.R. 79-5(d). The rule further requires that the designating party shall, within five days of lodging of a document designated confidential by another party:

> [F]ile with the Court and serve a declaration establishing that the designated information is sealable, and must lodge and serve a narrowly tailored proposed sealing order, or must withdraw the designation of confidentiality. If the designating party does not file its responsive declaration as required by this subsection, the document or proposed filing will be made part of the public record.

Civil L.R. 79-5(d).

---

[1] Civil Local Rule 79-5 states that no document may be filed under seal unless it is established that the document is "privileged or protectable as a trade secret or otherwise entitled to protection under the law." Civ. L.R. 79-5(a).

[2] Plaintiffs submit two proposed orders for the Court's convenience.

In accordance with Civil L.R. 79-5, plaintiffs submit this administrative request regarding the documents designated by defendants and Arthur Andersen LLP as "confidential" and have concurrently lodged an unredacted copy of these documents with the Court. Consistent with both the Protective Order and Civil L.R. 79-5, it is the designating party's burden to establish these documents should be sealed by the Court. Accordingly, by this request, defendants and Arthur Andersen LLP are on notice of their obligation to establish by way of declaration that exhibits 4, 16, 18, 19 and 27 should be filed under seal.[3] If defendants and Arthur Andersen LLP fail to demonstrate that these "confidential" documents should be shielded from public view, plaintiffs' request that in accordance with Civil L.R. 79-5 and the Protective Order that the lodged unredacted copy of the Radcliffe Declaration be filed publicly with the court *nun pro tunc* to December 8, 2005.

DATED: December 8, 2005

Respectfully submitted,

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SHAWN A. WILLIAMS
WILLOW E. RADCLIFFE
ELI R. GREENSTEIN
JENNIE LEE ANDERSON
MONIQUE C. WINKLER


      /s/  Willow E. Radcliffe
WILLOW E. RADCLIFFE

100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)

---

[3] Plaintiffs have served an unredacted copy of their motion and supporting documents on defendants. Plaintiffs served Arthur Andersen LLP with a copy of the motion but have excluded Exhibits 16, 18 and 19 marked "confidential" by defendants.

|   |   |
|---|---|
| 1 | |
| 2 | LERACH COUGHLIN STOIA GELLER<br>  RUDMAN & ROBBINS LLP<br>MARK SOLOMON |
| 3 | DOUGLAS R. BRITTON<br>VALERIE L. McLAUGHLIN |
| 4 | GAVIN M. BOWIE<br>655 West Broadway, Suite 1900 |
| 5 | San Diego, CA  92101<br>Telephone:  619/231-1058 |
| 6 | 619/231-7423 (fax) |
| 7 | Lead Counsel for Plaintiffs |
| 8 | T:\CasesSF\Oracle3\MIS00026552.doc |

PLTFS' ADMIN REQ RE FILING OF EXS 4, 16, 18, 19 & 27 TO DEC OF RADCLIFFE IN SPRT
OF MOT TO CMPL ANDERSEN TO COMPLY W/CRT'S 3/10/2005 DISCVRY ORD – C-01-0988-MJJ    - 3 -

<u>DECLARATION OF SERVICE BY MAIL AND FACSIMILE</u>

I, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, a citizen of the United States and employed in the City and County of San Francisco, over the age of 18 years, and not a party to or interested party in the within action; that declarant's business address is 100 Pine Street, Suite 2600, San Francisco, California 94111.

2. That on December 8, 2005, declarant served the **PLAINTIFFS' ADMINISTRATIVE REQUEST REGARDING THE FILING OF EXHIBITS 4, 16, 18, 19 AND 27 TO THE DECLARATION OF WILLOW E. RADCLIFFE IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL ARTHUR ANDERSEN LLP TO COMPLY WITH THE COURT'S MARCH 10, 2005 DISCOVERY ORDER AND PRODUCE RELEVANT DOCUMENTS UNDER SEAL** by depositing a true copy thereof in a United States mailbox at San Francisco, California in a sealed envelope with postage thereon fully prepaid and addressed to the parties listed on the attached Service List. Declarant also served the parties by facsimile.

3. That there is a regular communication by mail between the place of mailing and the places so addressed.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 8th day of December, 2005, at San Francisco, California.

                                              /s/  Cynthia Sheppard
                                              CYNTHIA SHEPPARD

ORACLE III (LEAD)
Service List - 12/7/2005   (201-064-1)
Page 1 of 1

**Counsel For Defendant(s)**

Donald M. Falk
Lee H. Rubin
Shirish Gupta
Mayer, Brown, Rowe & Maw LLP
Two Palo Alto Square, Suite 300
Palo Alto, CA 94306
  650/331-2000
  650/331-2060 (Fax)

Alan N. Salpeter
Javier H. Rubinstein
Mayer, Brown, Rowe & Maw LLP
71 South Wacker Drive
Chicago, IL 60606
  312/782-0600
  312/701-7711 (Fax)

Dorian Daley
James C. Maroulis
Oracle Corporation
500 Oracle Parkway, Mail Stop 50P7
Redwood City, CA 94065
  650/506-5200
  650/506-7114 (Fax)

**Counsel For Plaintiff(s)**

Mark Solomon
Douglas R. Britton
Valerie L. McLaughlin
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
  619/231-1058
  619/231-7423 (Fax)

Sanford Svetcov
Shawn A. Williams
Willow E. Radcliffe
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
100 Pine Street, Suite 2600
San Francisco, CA 94111-5238
  415/288-4545
  415/288-4534 (Fax)

Counsel for Arthur Andersen LLP

Melissa S. Widen
Arthur Andersen LLP
33 West Monroe Street, 18th Floor
Chicago, IL 60603-5385
312/580-0033
312/462-8258 (Fax)