LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
MARK SOLOMON (151949)
DOUGLAS R. BRITTON (188769)
VALERIE L. McLAUGHLIN (191916)
GAVIN M. BOWIE (235532)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
MarkS@lerachlaw.com
DougB@lerachlaw.com
ValerieM@lerachlaw.com
         – and –
SHAWN A. WILLIAMS (213113)
WILLOW E. RADCLIFFE (200087)
ELI R. GREENSTEIN (217945)
JENNIE LEE ANDERSON (203586)
MONIQUE C. WINKLER (213031)
100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)
ShawnW@lerachlaw.com
WillowR@lerachlaw.com
EliG@lerachlaw.com
JennieA@lerachlaw.com
MoniqueW@lerachlaw.com

Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION | Master File No. C-01-0988-MJJ  JCS |
| | CLASS ACTION |
| This Document Relates To: | **DISCOVERY MATTER** |
| ALL ACTIONS. | DECLARATION OF ELI R. GREENSTEIN IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE REQUEST REGARDING THE FILING OF EXHIBITS 4, 16, 18, 19, AND 27 TO THE DECLARATION OF WILLOW E. RADCLIFFE IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL ARTHUR ANDERSEN LLP TO COMPLY WITH THE COURT'S MARCH 10, 2005 DISCOVERY ORDER AND PRODUCE RELEVANT DOCUMENTS UNDER SEAL |
| | DATE:            N/A<br>TIME:            N/A<br>COURTROOM:   The Honorable Joseph C. Spero |

I, ELI R. GREENSTEIN, declare as follows:

1. I am an attorney duly licensed to practice before all of the courts of the State of California. I am associated with the law firm of Lerach Coughlin Stoia Geller Rudman & Robbins LLP, one of the counsel of record for plaintiff in the above-entitled action. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. I submit this declaration in support of Plaintiffs' Administrative Request Regarding the Filing of Exhibits 4, 16, 18, 19 and 27 to the Declaration of Willow E. Radcliffe in Support of Plaintiffs' Motion to Compel Arthur Andersen LLP to Comply with the Court's March 10, 2005 Discovery Order and Produce Relevant Documents Under Seal.

3. Exhibits 4, 16, 18, 19 and 27 disclose purportedly "confidential" information.

4. Attached as Exhibit A is a true and correct copy of the Revised Stipulated Protective Order Governing Confidentiality entered by the Court on January 11, 2005.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 8th day of December, 2005, at San Francisco, California.

                                                /s/  Eli R. Greenstein
                                                ELI R. GREENSTEIN

I, Willow E. Radcliffe, am the ECF User whose ID and password are being used to file this Declaration of Eli R. Greenstein in Support of Plaintiffs' Administrative Request Regarding the Filing of Exhibits 4, 16, 18, 19, and 27 to the Declaration of Willow E. Radcliffe in Support of Plaintiffs' Motion to Compel Arthur Andersen LLP to Comply with the Court's March 10, 2005 Discovery Order and Produce Relevant Documents Under Seal. In compliance with General Order 45, X.B., I hereby attest that Eli R. Greenstein has concurred in this filing.

T:\CasesSF\Oracle3\DEC00026566.doc

DECL OF ELI GREENSTEIN IN SPRT OF PLTFS' ADMIN REQ RE FILING OF EXS 4, 16, 18, 19 27 TO DECL OF RADCLIFFE IN SPRT OF MOT TO COMPEL ANDERSEN LLP TO COMPLY W/COURT'S 3/10/2005 DISCVRY ORD - C-01-0988-MJJ  JCS

- 1 -

1 DECLARATION OF SERVICE BY MAIL AND FACSIMILE

2   I, the undersigned, declare:

3   1.   That declarant is and was, at all times herein mentioned, a citizen of the United States and employed in the City and County of San Francisco, over the age of 18 years, and not a party to or interested party in the within action; that declarant's business address is 100 Pine Street, Suite 2600, San Francisco, California 94111.

7   2.   That on December 8, 2005, declarant served the **DECLARATION OF ELI R. GREENSTEIN IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE REQUEST REGARDING THE FILING OF EXHIBITS 4, 16, 18, 19, AND 27 TO THE DECLARATION OF WILLOW E. RADCLIFFE IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL ARTHUR ANDERSEN LLP TO COMPLY WITH THE COURT'S MARCH 10, 2005 DISCOVERY ORDER AND PRODUCE RELEVANT DOCUMENTS UNDER SEAL** by depositing a true copy thereof in a United States mailbox at San Francisco, California in a sealed envelope with postage thereon fully prepaid and addressed to the parties listed on the attached Service List.  Declarant also served the parties by facsimile.

16   3.   That there is a regular communication by mail between the place of mailing and the places so addressed.

18   I declare under penalty of perjury that the foregoing is true and correct.  Executed this 8th day of December, 2005, at San Francisco, California.

　　　　　　　　　　　　　　　　　　　　　　　　　　／s／  Cynthia Sheppard
　　　　　　　　　　　　　　　　　　　　　　　　　　CYNTHIA SHEPPARD

ORACLE III (LEAD)
Service List - 12/7/2005   (201-064-1)
Page 1 of 1

**Counsel For Defendant(s)**

Donald M. Falk
Lee H. Rubin
Shirish Gupta
Mayer, Brown, Rowe & Maw LLP
Two Palo Alto Square, Suite 300
Palo Alto, CA 94306
  650/331-2000
  650/331-2060(Fax)

Alan N. Salpeter
Javier H. Rubinstein
Mayer, Brown, Rowe & Maw LLP
71 South Wacker Drive
Chicago, IL 60606
  312/782-0600
  312/701-7711(Fax)

Dorian Daley
James C. Maroulis
Oracle Corporation
500 Oracle Parkway, Mail Stop 50P7
Redwood City, CA 94065
  650/506-5200
  650/506-7114(Fax)

**Counsel For Plaintiff(s)**

Mark Solomon
Douglas R. Britton
Valerie L. McLaughlin
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
  619/231-1058
  619/231-7423(Fax)

Sanford Svetcov
Shawn A. Williams
Willow E. Radcliffe
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
100 Pine Street, Suite 2600
San Francisco, CA 94111-5238
  415/288-4545
  415/288-4534(Fax)

Counsel for Arthur Andersen LLP

Melissa S. Widen
Arthur Andersen LLP
33 West Monroe Street, 18th Floor
Chicago, IL 60603-5385
312/580-0033
312/462-8258 (Fax)