1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| In re ORACLE CORPORATION SECURITIES LITIGATION | ) ) ) | Master File No. C-01-0988-MJJ  JCS |
|---|---|---|
| | ) | <u>CLASS ACTION</u> |
| This Document Relates To: | ) ) | **DISCOVERY MATTER** |
| ALL ACTIONS. | ) ) | [PROPOSED] SEALING ORDER |

1  Having considered the papers submitted in support of Plaintiffs' Administrative Request
2  Regarding the Filing of Exhibits 4, 16, 18, 19 and 27 to the Declaration of Willow E. Radcliffe in
3  Support of Plaintiffs' Motion to Compel Arthur Andersen LLP to Comply with the Court's March
4  10, 2005 Discovery Order and Produce Relevant Documents Under Seal, the declarations of Oracle
5  Corporation and Arthur Andersen LLP, and finding good cause therefor;

6  IT IS HEREBY ORDERED that the Exhibits 4, 16, 18, 19, and 27 attached to the
7  Declaration of Willow E. Radcliffe in Support of Plaintiffs' Motion to Compel Arthur Andersen LLP
8  to Comply with the Court's March 10, 2005 Discovery Order and Produce Relevant Documents are
9  hereby sealed.

10  IT IS SO ORDERED.

12
13  DATED: _____    
    THE HONORABLE JOSEPH C. SPERO
    UNITED STATES MAGISTRATE JUDGE

14  Submitted by:

15  DATED:  December 8, 2005

16  LERACH COUGHLIN STOIA GELLER
        RUDMAN & ROBBINS LLP
17  SHAWN A. WILLIAMS
    WILLOW E. RADCLIFFE
18  ELI R. GREENSTEIN
    JENNIE LEE ANDERSON
19  MONIQUE C. WINKLER

21        /s/  Willow E. Radcliffe
          WILLOW E. RADCLIFFE
22
23  100 Pine Street, Suite 2600
    San Francisco, CA  94111
    Telephone:  415/288-4545
24  415/288-4534 (fax)

[PROPOSED] SEALING ORDER - C-01-0988-MJJ  JCS                                   - 1 -

1
2  LERACH COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
   MARK SOLOMON
3  DOUGLAS R. BRITTON
   VALERIE L. McLAUGHLIN
4  GAVIN M. BOWIE
   655 West Broadway, Suite 1900
5  San Diego, CA  92101
   Telephone:  619/231-1058
6  619/231-7423 (fax)

7  Lead Counsel for Plaintiffs

8  T:\CasesSF\Oracle3\ORD00026567.doc

**DECLARATION OF SERVICE BY MAIL AND FACSIMILE**

I, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, a citizen of the United States and employed in the City and County of San Francisco, over the age of 18 years, and not a party to or interested party in the within action; that declarant's business address is 100 Pine Street, Suite 2600, San Francisco, California 94111.

2. That on December 8, 2005, declarant served the **[PROPOSED] SEALING ORDER** by depositing a true copy thereof in a United States mailbox at San Francisco, California in a sealed envelope with postage thereon fully prepaid and addressed to the parties listed on the attached Service List. Declarant also served the parties by facsimile.

3. That there is a regular communication by mail between the place of mailing and the places so addressed.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 8th day of December, 2005, at San Francisco, California.

/s/ Cynthia Sheppard
CYNTHIA SHEPPARD

ORACLE III (LEAD)
Service List - 12/7/2005   (201-064-1)
Page 1 of 1

**Counsel For Defendant(s)**

Donald M. Falk
Lee H. Rubin
Shirish Gupta
Mayer, Brown, Rowe & Maw LLP
Two Palo Alto Square, Suite 300
Palo Alto, CA 94306
 650/331-2000
 650/331-2060(Fax)

Alan N. Salpeter
Javier H. Rubinstein
Mayer, Brown, Rowe & Maw LLP
71 South Wacker Drive
Chicago, IL 60606
 312/782-0600
 312/701-7711(Fax)

Dorian Daley
James C. Maroulis
Oracle Corporation
500 Oracle Parkway, Mail Stop 50P7
Redwood City, CA 94065
 650/506-5200
 650/506-7114(Fax)

**Counsel For Plaintiff(s)**

Mark Solomon
Douglas R. Britton
Valerie L. McLaughlin
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
 619/231-1058
 619/231-7423(Fax)

Sanford Svetcov
Shawn A. Williams
Willow E. Radcliffe
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
100 Pine Street, Suite 2600
San Francisco, CA 94111-5238
 415/288-4545
 415/288-4534(Fax)

Counsel for Arthur Andersen LLP

Melissa S. Widen
Arthur Andersen LLP
33 West Monroe Street, 18th Floor
Chicago, IL 60603-5385
312/580-0033
312/462-8258 (Fax)