1

2

3

4

5

6

7

8

9

10

11

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| In re ORACLE CORPORATION SECURITIES LITIGATION | ) ) ) | Master File No. C-01-0988-MJJ  JCS |
|---|---|---|
| | ) | CLASS ACTION |
| This Document Relates To: | ) ) | **DISCOVERY MATTER** |
| ALL ACTIONS. | ) ) ) | [PROPOSED] ORDER FILING THE DECLARATION OF WILLOW E. RADCLIFFE IN SUPPORT OF MOTION TO COMPEL ARTHUR ANDERSEN LLP TO COMPLY WITH THE COURT'S MARCH 10, 2005 DISCOVERY ORDER AND PRODUCE RELEVANT DOCUMENTS *NUNC PRO TUNC* TO DECEMBER 8, 2005 |

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    Having considered the papers regarding Plaintiffs' Administrative Request Regarding the

2   Filing of Exhibits 4, 16, 18, 19 and 27 to the Declaration of Willow E. Radcliffe in Support of

3   Plaintiffs' Motion to Compel Arthur Andersen LLP to Comply with the Court's March 10, 2005

4   Discovery Order and Produce Relevant Documents Under Seal and the declarations of Oracle

5   Corporation and Arthur Andersen LLP, good cause has not been established to file the exhibits under

6   seal of the Court.

7    Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court shall file the unredacted

8   Declaration of Willow E. Radcliffe in Support of Plaintiffs' Motion to Compel Arthur Andersen LLP

9   to Comply with the Court's March 10, 2005 Discovery Order and Produce Relevant Documents

10   *nunc pro tunc* to December 8, 2005.

11    IT IS SO ORDERED.

12

13

DATED: _____     _____

14                                        THE HONORABLE JOSEPH C. SPERO
                                          UNITED STATES MAGISTRATE JUDGE

15   Submitted by:

16   DATED:  December 8, 2005

17   LERACH COUGHLIN STOIA GELLER
           RUDMAN & ROBBINS LLP

18   SHAWN A. WILLIAMS
     WILLOW E. RADCLIFFE

19   ELI R. GREENSTEIN
     JENNIE LEE ANDERSON

20   MONIQUE C. WINKLER

21

22         /s/  Willow E. Radcliffe
           WILLOW E. RADCLIFFE

23

     100 Pine Street, Suite 2600

24   San Francisco, CA  94111
     Telephone:  415/288-4545

25   415/288-4534 (fax)

26

27

28

[PROPOSED] ORDER - C-01-0988-MJJ  JCS                              - 1 -

1

2   LERACH COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
MARK SOLOMON
3   DOUGLAS R. BRITTON
VALERIE L. McLAUGHLIN
4   GAVIN M. BOWIE
655 West Broadway, Suite 1900
5   San Diego, CA  92101
Telephone:  619/231-1058
6   619/231-7423 (fax)

7   Lead Counsel for Plaintiffs

8   T:\CasesSF\Oracle3\ORD00026593.doc

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF SERVICE BY MAIL AND FACSIMILE

I, the undersigned, declare:

1.      That declarant is and was, at all times herein mentioned, a citizen of the United States and employed in the City and County of San Francisco, over the age of 18 years, and not a party to or interested party in the within action; that declarant's business address is 100 Pine Street, Suite 2600, San Francisco, California 94111.

2.      That on December 8, 2005, declarant served the **[PROPOSED] ORDER FILING THE DECLARATION OF WILLOW E. RADCLIFFE IN SUPPORT OF MOTION TO COMPEL ARTHUR ANDERSEN LLP TO COMPLY WITH THE COURT'S MARCH 10, 2005 DISCOVERY ORDER AND PRODUCE RELEVANT DOCUMENTS NUNC PRO TUNC TO DECEMBER 8, 2005** by depositing a true copy thereof in a United States mailbox at San Francisco, California in a sealed envelope with postage thereon fully prepaid and addressed to the parties listed on the attached Service List.  Declarant also served the parties by facsimile.

3.      That there is a regular communication by mail between the place of mailing and the places so addressed.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 8th day of December, 2005, at San Francisco, California.

                                                              /s/  Cynthia Sheppard
                                                       CYNTHIA SHEPPARD

ORACLE III (LEAD)
Service List - 12/7/2005   (201-064-1)
Page 1 of 1

## Counsel For Defendant(s)

Donald M. Falk
Lee H. Rubin
Shirish Gupta
Mayer, Brown, Rowe & Maw LLP
Two Palo Alto Square, Suite 300
Palo Alto, CA 94306
  650/331-2000
  650/331-2060 (Fax)

Alan N. Salpeter
Javier H. Rubinstein
Mayer, Brown, Rowe & Maw LLP
71 South Wacker Drive
Chicago, IL 60606
  312/782-0600
  312/701-7711 (Fax)

Dorian Daley
James C. Maroulis
Oracle Corporation
500 Oracle Parkway, Mail Stop 50P7
Redwood City, CA 94065
  650/506-5200
  650/506-7114 (Fax)

## Counsel For Plaintiff(s)

Mark Solomon
Douglas R. Britton
Valerie L. McLaughlin
Lerach Coughlin Stoia Geller Rudman &
Robbins LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
  619/231-1058
  619/231-7423 (Fax)

Sanford Svetcov
Shawn A. Williams
Willow E. Radcliffe
Lerach Coughlin Stoia Geller Rudman &
Robbins LLP
100 Pine Street, Suite 2600
San Francisco, CA 94111-5238
  415/288-4545
  415/288-4534 (Fax)

Counsel for Arthur Andersen LLP

Melissa S. Widen
Arthur Andersen LLP
33 West Monroe Street, 18th Floor
Chicago, IL 60603-5385
312/580-0033
312/462-8258 (Fax)