1
2
3
4
5
6
7
8
9
10
11

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION ) ) ) | Master File No. C-01-0988-MJJ  JCS <u>CLASS ACTION</u> |
| This Document Relates To: ) ) | **DISCOVERY MATTER** |
| ALL ACTIONS. ) ) | [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL ARTHUR ANDERSEN LLP TO COMPLY WITH THE COURT'S MARCH 10, 2005 DISCOVERY ORDER AND PRODUCE RELEVANT DOCUMENTS |

1  Having considered the papers regarding plaintiffs' Motion to Compel Arthur Andersen LLP
2  to Comply with the Court's March 10, 2005 Discovery Order and Produce Relevant Documents,
3  relevant case law and statutory authority, and good cause appearing, it is HEREBY ORDERED that
4  plaintiffs' motion to compel is GRANTED.  Arthur Andersen LLP shall produce: (1) the entirety of
5  its relevant workpapers; (2) communications and documents with Oracle Corporation's Special
6  Litigation Committee, Ernst & Young LLP, the Securities and Exchange Commission, American
7  Institute of Certified Public Accountants and other governmental, law enforcement or regulatory
8  agencies regarding defendants; and (3) documents related to Arthur Andersen LLP's retention of
9  documents related to this litigation.
10  IT IS SO ORDERED.

DATED: _____    _____
THE HONORABLE JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE

Submitted by:

DATED:  December 8, 2005

LERACH COUGHLIN STOIA GELLER
        RUDMAN & ROBBINS LLP
SHAWN A. WILLIAMS
WILLOW E. RADCLIFFE
ELI R. GREENSTEIN
JENNIE LEE ANDERSON
MONIQUE C. WINKLER


         /s/  Willow E. Radcliffe
         WILLOW E. RADCLIFFE

100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)

[PROPOSED] ORDER - C-01-0988-MJJ  JCS                                         - 1 -

| | |
|---|---|
| 1 | |
| 2 | LERACH COUGHLIN STOIA GELLER<br>RUDMAN & ROBBINS LLP<br>MARK SOLOMON |
| 3 | DOUGLAS R. BRITTON<br>VALERIE L. McLAUGHLIN |
| 4 | GAVIN M. BOWIE<br>655 West Broadway, Suite 1900 |
| 5 | San Diego, CA  92101<br>Telephone:  619/231-1058 |
| 6 | 619/231-7423 (fax) |
| 7 | Lead Counsel for Plaintiffs |
| 8 | T:\CasesSF\Oracle3\ORD00026681.doc |

DECLARATION OF SERVICE BY MAIL AND FACSIMILE

I, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, a citizen of the United States and employed in the City and County of San Francisco, over the age of 18 years, and not a party to or interested party in the within action; that declarant's business address is 100 Pine Street, Suite 2600, San Francisco, California 94111.

2. That on December 8, 2005, declarant served the **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL ARTHUR ANDERSEN LLP TO COMPLY WITH THE COURT'S MARCH 10, 2005 DISCOVERY ORDER AND PRODUCE RELEVANT DOCUMENTS** by depositing a true copy thereof in a United States mailbox at San Francisco, California in a sealed envelope with postage thereon fully prepaid and addressed to the parties listed on the attached Service List.  Declarant also served the parties by facsimile.

3. That there is a regular communication by mail between the place of mailing and the places so addressed.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 8th day of December, 2005, at San Francisco, California.

                                                  /s/  Cynthia Sheppard
                                                  CYNTHIA SHEPPARD

ORACLE III (LEAD)
Service List - 12/7/2005   (201-064-1)
Page 1 of 1

**Counsel For Defendant(s)**

Donald M. Falk
Lee H. Rubin
Shirish Gupta
Mayer, Brown, Rowe & Maw LLP
Two Palo Alto Square, Suite 300
Palo Alto, CA 94306
  650/331-2000
  650/331-2060 (Fax)

Alan N. Salpeter
Javier H. Rubinstein
Mayer, Brown, Rowe & Maw LLP
71 South Wacker Drive
Chicago, IL 60606
  312/782-0600
  312/701-7711 (Fax)

Dorian Daley
James C. Maroulis
Oracle Corporation
500 Oracle Parkway, Mail Stop 50P7
Redwood City, CA 94065
  650/506-5200
  650/506-7114 (Fax)

**Counsel For Plaintiff(s)**

Mark Solomon
Douglas R. Britton
Valerie L. McLaughlin
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
  619/231-1058
  619/231-7423 (Fax)

Sanford Svetcov
Shawn A. Williams
Willow E. Radcliffe
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
100 Pine Street, Suite 2600
San Francisco, CA 94111-5238
  415/288-4545
  415/288-4534 (Fax)

Counsel for Arthur Andersen LLP

Melissa S. Widen
Arthur Andersen LLP
33 West Monroe Street, 18th Floor
Chicago, IL 60603-5385
312/580-0033
312/462-8258 (Fax)