LERACH COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
MARK SOLOMON (151949)
DOUGLAS R. BRITTON (188769)
VALERIE L. McLAUGHLIN (191916)
GAVIN M. BOWIE (235532)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
MarkS@lerachlaw.com
DougB@lerachlaw.com
ValerieM@lerachlaw.com
    – and –
SHAWN A. WILLIAMS (213113)
WILLOW E. RADCLIFFE (200087)
ELI R. GREENSTEIN (217945)
JENNIE LEE ANDERSON (203586)
MONIQUE C. WINKLER (213031)
100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)
ShawnW@lerachlaw.com
WillowR@lerachlaw.com
EliG@lerachlaw.com
JennieA@lerachlaw.com
MoniqueW@lerachlaw.com

Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Master File No. C-01-0988-MJJ  JCS<br><br>CLASS ACTION<br><br>**DISCOVERY MATTER**<br><br>DECLARATION OF WILLOW E. RADCLIFFE IN SUPPORT OF MOTION TO COMPEL ARTHUR ANDERSEN LLP TO COMPLY WITH THE COURT'S MARCH 10, 2005 DISCOVERY ORDER AND PRODUCE RELEVANT DOCUMENTS<br><br>DATE:          January 13, 2006<br>TIME:          1:30 p.m.<br>COURTROOM:  The Honorable Joseph C. Spero |

**REDACTED VERSION**

1	I, WILLOW E. RADCLIFFE, declare as follows:

2	1.	I am an attorney duly licensed to practice before all of the courts of the State of California. I am associated with the law firm of Lerach Coughlin Stoia Geller Rudman & Robbins LLP, one of the counsel of record for plaintiffs in the above-entitled action. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

3	2.	On January 6, 2005, I met and conferred with Melissa Widen of Arthur Andersen LLP ("Andersen") by telephone regarding plaintiffs' subpoena issued to Andersen in this action. During this meeting, Andersen agreed to produce certain documents as outlined in plaintiffs' January 11, 2005 letter to Andersen attached hereto as Exhibit 5.

4	3.	On March 11, 2005, plaintiffs provided Andersen with a copy of the Court's March 10, 2005 Amended Order Setting a Discovery Plan ("Discovery Order") and identified the relevant portions of the Order (Exhibit 9). On June 21, 2005, Andersen produced 51 pages of documents which are attached hereto as Exhibit 4. On June 27, 2005, Shawn Williams of my office explained certain deficiencies in the production to Andersen as outlined in Exhibit 10 attached hereto. Thereafter, Mr. Williams tried to contact Ms. Widen of Andersen to discuss the deficiencies in Andersen's production. On July 19, 2005, Ms. Widen confirmed Andersen's position that its production was complete which was confirmed in the letter attached hereto as Exhibit 2.

5	4.	On August 12, 2005 a hearing regarding the scope of documents sought by plaintiffs was held before the Honorable Joseph C. Spero, a transcript of the hearings is attached hereto at Exhibit 12. After the hearing, plaintiffs again sought to meet and confer with Andersen regarding its production. Eventually, Andersen agreed to meet and confer with plaintiffs on September 6, 2005. At the September 6, 2005 meet and confer, Andersen declined to discuss the deficiencies in

Andersen's production and opined that it had complied with plaintiffs' subpoena and the court's March 10, Order.  Exhibit 3 attached hereto memorializes this conversation.

5.     In November, plaintiffs again attempted to contact Ms. Widen at Andersen to discuss plaintiffs' subpoena and Andersen's production.  On November 8, 2005, I spoke with Ms. Widen at Andersen to confirm with her that Andersen's position had not changed – Andersen had complied with the subpoena and the Court's March 10, 2005 Discovery Order and would not produce further documents without a Court order.  I explained that plaintiffs were left with no choice but to file a motion to compel Andersen to produce those documents it had previously agreed to produce as well as those documents outlined in Mr. Williams's June 27, 2005 letter.  I also asked Ms. Widen whether Andersen agreed to the jurisdiction of the Northern District of California regarding enforcement of the subpoena.

6.     On November 9, 2005, Ms. Widen sent a letter on behalf of Andersen consenting to jurisdiction of the Northern District of California for the enforcement of the subpoena to Andersen and reiterating Andersen's position (Exhibit 6).  Upon receipt of the letter, I attempted to contact Ms. Widen regarding Andersen's production, but was again unable to reach her.

7.     On November 28, 2005 I sent Ms. Widen a letter asking her if it would be productive if the plaintiffs met and conferred with Andersen in person (Exhibit 15).  To date, I have not received a response from Ms. Widen.  I understand from Ms. Widen's colleague that her lack of response may be due to a death in her family.  It has been a year to the day that plaintiffs issued a subpoena to Andersen and the discovery cutoff in this action is February 24, 2006.  Andersen has remained steadfast in its position that it will not produce further documents without a Court order for months.  Accordingly, plaintiffs seek Court intervention to resolve this matter.

8.     Attached are true and correct copies of the following exhibits:

| | | |
|---|---|---|
| Exhibit 1: | March 10, 2005 Amended Order Setting a Discovery Plan; |
| Exhibit 2: | July 19, 2005 letter from Melissa S. Widen to Shawn A. Williams; |
| Exhibit 3: | September 7, 2005 letter from Monique C. Winkler to Melissa S. Widen; |
| Exhibit 4: | Arthur Andersen LLP's production Bates numbered AA 000001-000051; |
| Exhibit 5: | January 11, 2005 letter from Willow E. Radcliffe to Melissa S. Widen; |
| Exhibit 6: | November 9, 2005 letter from Melissa S. Widen to Willow E. Radcliffe; |
| Exhibit 7: | December 8, 2004 subpoena to Arthur Andersen LLP; |
| Exhibit 8: | December 21, 2004 letter from Melissa S. Widen to Willow E. Radcliffe re Arthur Andersen LLP's objections to the December 8, 2004 subpoena; |
| Exhibit 9: | March 11, 2005 letter from Monique C. Winkler to Melissa S. Widen; |
| Exhibit 10: | The text of a June 27, 2005 letter from Shawn A. Williams to Melissa S. Widen at Arthur Andersen LLP. The original letter was mailed to Ms. Widen; |
| Exhibit 11: | June 30, 2005 letter from Shawn A. Williams to Vincent P. Schmeltz III and Lee Rubin; |
| Exhibit 12: | Typed copy of the Court's August 12, 2005 hearing; |
| Exhibit 13: | September 7, 2005 letter from Monique C. Winkler to Melissa S. Widen; |
| Exhibit 14: | November 7, 2005 letter from Willow E. Radcliffe to Melissa S. Widen; |
| Exhibit 15: | November 28, 2005 letter from Willow E. Radcliffe to Melissa S. Widen; |
| Exhibit 16: | Excerpts of the April 12, 2005 Greg S. Myers Deposition Transcript; |
| Exhibit 17: | Excerpts of Oracle Corporation's October 15, 2001 Proxy Statement; |
| Exhibit 18: | October 29, 2003 presentation to the Securities and Exchange Commission staff on behalf of Oracle Corporation by Morrison & Foerster LLP; |
| Exhibit 19: | Excerpts of Oracle's Special Litigation Committee ("SLC") Report Bates numbered NDCA-ORCL 294503, NDCA-ORCL 295531-295567 and NDCA-ORCL 295656; |
| Exhibit 20: | March 1, 2005 Transcript of Proceedings; |
| Exhibit 21: | HSBC 000001-000006; |
| Exhibit 22: | October 19, 2005 Order Granting Plaintiffs' Motion to Compel Production of Documents; |
| Exhibit 23: | Defendants' Amended Answer to Revised Second Amended Complaint; |
| Exhibit 24: | Excerpts from Oracle Corporation's 2001 Form 10-K; |

| | | |
|---|---|---|
| Exhibit 25: | June 17, 2002 CNET News.com article entitled, "After Andersen, Accounting Worries Stick" by Larry Dignan; |
| Exhibit 26: | *In re Hi/fn, Inc. Sec. Litig.*, No. C99-4531 SI, Slip Opinion (N.D. Cal. May 25, 2001); |
| Exhibit 27: | Examples of e-mails to/from individuals at Arthur Andersen LLP produced by defendants Bates numbered NDCA-ORCL 152499-502, NDCA-ORCL 158562-65, NDCA-ORCL 162520-22. |
| Exhibit 28: | July 1, 2004 *Bloomberg News* article entitled, "MCI Can Keep KPMG, Judge Rules" by Tom Becker and Dana Cimilluca; and |
| Exhibit 29: | April 28, 2003 letter from Caroline K. Cheng of Arthur Andersen LLP to Shirley Huang. |

9. Defendants produced, on CD, document Bates numbered NDCA-ORCL 396790 which consists of an Excel spreadsheet of debit memo transactions. The spreadsheet lists, among other things, the original debit memo number, the account number and account description. A review of the spreadsheet reveals 98 different accounts (and descriptions thereof). The account descriptions include, *inter alia*, cash, accounts receivable, unapplied cash, inter-company receivables, pre-paid expenses, goodwill, unearned revenue, refunds clearing, accounts payable, accrued liabilities, customer overpayments, paid-in capital, bad debt write-off, applications license revenue, non-applications license revenue, applications revenue, CD packs revenue and other revenues.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 8th day of December, 2005, at San Francisco, California.

/s/ Willow E. Radcliffe<br>WILLOW E. RADCLIFFE

T:\CasesSF\Oracle3\DEC00026638_Redacted.doc

| | |
|---|---|
| 1 | DECLARATION OF SERVICE BY MAIL AND FACSIMILE |
| 2 | I, the undersigned, declare: |
| 3 | 1. That declarant is and was, at all times herein mentioned, a citizen of the United States |
| 4 | and employed in the City and County of San Francisco, over the age of 18 years, and not a party to |
| 5 | or interested party in the within action; that declarant's business address is 100 Pine Street, |
| 6 | Suite 2600, San Francisco, California 94111. |
| 7 | 2. That on December 8, 2005, declarant served the **DECLARATION OF WILLOW E.** |
| 8 | **RADCLIFFE IN SUPPORT OF MOTION TO COMPEL ARTHUR ANDERSEN LLP TO** |
| 9 | **COMPLY WITH THE COURT'S MARCH 10, 2005 DISCOVERY ORDER AND PRODUCE** |
| 10 | **RELEVANT DOCUMENTS** by depositing a true copy thereof in a United States mailbox at San |
| 11 | Francisco, California in a sealed envelope with postage thereon fully prepaid and addressed to the |
| 12 | parties listed on the attached Service List. Declarant also served the parties by facsimile. |
| 13 | 3. That there is a regular communication by mail between the place of mailing and the |
| 14 | places so addressed. |
| 15 | I declare under penalty of perjury that the foregoing is true and correct. Executed this 8th |
| 16 | day of December, 2005, at San Francisco, California. |

                                                    /s/ Cynthia Sheppard
                                                  CYNTHIA SHEPPARD

ORACLE III (LEAD)
Service List - 12/7/2005   (201-064-1)
Page 1 of 1

**Counsel For Defendant(s)**

Donald M. Falk
Lee H. Rubin
Shirish Gupta
Mayer, Brown, Rowe & Maw LLP
Two Palo Alto Square, Suite 300
Palo Alto, CA 94306
  650/331-2000
  650/331-2060(Fax)

Alan N. Salpeter
Javier H. Rubinstein
Mayer, Brown, Rowe & Maw LLP
71 South Wacker Drive
Chicago, IL 60606
  312/782-0600
  312/701-7711(Fax)

Dorian Daley
James C. Maroulis
Oracle Corporation
500 Oracle Parkway, Mail Stop 50P7
Redwood City, CA 94065
  650/506-5200
  650/506-7114(Fax)

**Counsel For Plaintiff(s)**

Mark Solomon
Douglas R. Britton
Valerie L. McLaughlin
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
  619/231-1058
  619/231-7423(Fax)

Sanford Svetcov
Shawn A. Williams
Willow E. Radcliffe
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
100 Pine Street, Suite 2600
San Francisco, CA 94111-5238
  415/288-4545
  415/288-4534(Fax)

Counsel for Arthur Andersen LLP*

Melissa S. Widen
Arthur Andersen LLP
33 West Monroe Street, 18th Floor
Chicago IL 60603-5385
312/580-0033
312/462-8258 (Fax)

*Plaintiffs have excluded Exhibits 16, 18 and 19 from the service copy as they are marked "confidential" by defendants.