1  MAYER, BROWN, ROWE & MAW LLP
   Donald M. Falk (SBN 150256)
2  Lee H. Rubin (SBN 141331)
   Shirish Gupta (SBN 205584)
3  Two Palo Alto Square, Suite 300
   Palo Alto, CA  94306
4  Telephone:     (650) 331-2000
   Facsimile:     (650) 331-2060
5  lrubin@mayerbrownrowe.com

6  MAYER, BROWN, ROWE & MAW LLP
   Alan N. Salpeter (admitted *pro hac vice*)
7  Javier Rubinstein (admitted *pro hac vice*)
   Vincent P. Schmeltz III (admitted *pro hac vice*)
8  71 South Wacker Street
   Chicago, IL  60606
9  Telephone:     (312) 782-0600
   Facsimile:     (312) 701-7711
10 jrubinstein@mayerbrownrowe.com

11 Attorneys for Defendants ORACLE CORPORATION,
   LAWRENCE J. ELLISON, JEFFREY O. HENLEY,
12 AND EDWARD J. SANDERSON

13 ORACLE CORPORATION
   Dorian Daley (SBN 129049)
14 James C. Maroulis (SBN 208316)
   500 Oracle Parkway, Mailstop 5OP7
15 Redwood Shores, CA  94065
   Telephone:  (650) 506-5200
16 Facsimile:  (650) 506-7114

17 Attorneys for Defendant ORACLE CORPORATION

18                      UNITED STATES DISTRICT COURT

19           NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION

| 20 | IN RE ORACLE CORPORATION<br>SECURITIES LITIGATION | Case No. C-01-0988-MJJ (JCS)<br>(Consolidated) |
|---|---|---|
| 21 | | |
| 22 | | **DEFENDANTS' ADMINISTRATIVE MOTION TO FILE EXHIBITS 4, 16, 18, 19, AND 27 TO THE DECLARATION OF WILLOW E. RADCLIFFE UNDER SEAL** |
| 23 | | |
| 24 | | |
| 25 | | Judge Joseph C. Spero |

26

27

28

## I. INTRODUCTION

Pursuant to the Revised Stipulated Protective Order Governing Confidentiality entered on January 11, 2005 ("Stipulated Protective Order") that governs this litigation and Civil Local Rules 7-11 and 79-5, Defendants Oracle Corporation, Lawrence J. Ellison, Jeffrey O. Henley, and Edward J. Sandersen (collectively "Defendants") respectfully move the Court for an Order sealing Exhibits 4, 16, 18, 19, and 27 to the Declaration of Willow E. Radcliffe in Support of Plaintiffs' Motion to Compel Arthur Andersen LLP to Comply with the Court's March 19, 2005 Discovery Order and Produce Relevant Documents. The Court should seal these exhibits as they contain Oracle Corporation's ("Oracle") proprietary and confidential information or are documents designated "Confidential" by a third party pursuant to the terms of the Stipulated Protective Order.

This motion is accompanied by the Declaration of Vincent P. Schmeltz III in Support of Defendants' Administrative Motion to File Exhibits 4, 16, 18, 19, and 27 to the Declaration of Willow E. Radcliffe Under Seal ("Schmeltz Decl.") and the [Proposed] Order filed concurrently herewith.

## II. STATEMENT OF FACTS

On December 8, 2005, Plaintiffs filed their Administrative Request Regarding the Filing of Exhibits 4, 16, 18, 19, and 27 to the Declaration of Willow E. Radcliffe in Support of Plaintiffs' Motion to Compel Arthur Andersen LLP to Comply with the Court's March 19, 2005 Discovery Order and Produce Relevant Documents Under Seal ("Plaintiffs' Administrative Request"). Plaintiffs' Administrative Request purported to put Defendants "on notice of their obligation to establish by way of declaration that exhibits 4, 16, 18, 19[,] and 27 should be filed under seal." Pls.' Admin. Req. at 2.

Plaintiffs also attached the Stipulated Protective Order as an exhibit to Plaintiffs' Administrative Request. Decl. of Eli R. Greenstein in Supp. Of Pls.' Admin. Req. Ex. A. Paragraph 10 of the Stipulated Protective Order provides that, within 14 days of notification that Plaintiffs have lodged exhibits under seal, Defendants must move to seal such exhibits. *See id*.

## III. ARGUMENT

Civil Local Rule 79-5 states that no document may be filed under seal unless it is established that the document "is privileged or protectable as a trade secret or otherwise entitled to protection under the law." Civ. L.R. 79-5(a). The Court should seal Exhibit 4 because it contains proprietary and confidential information regarding Oracle's internal accounting procedures, and is a document designated "Confidential" by a third party pursuant to the terms of the Stipulated Protective Order that governs this litigation. Schmeltz Decl. ¶ 3. The third party who produced Exhibit 4 in this litigation, Arthur Andersen LLP, concurs in the filing of Exhibit 4 under seal. *Id*. ¶ 4. The Court should also seal Exhibits 16, 18, 19, and 27 because they contain proprietary and confidential information regarding Oracle's internal accounting procedures. *Id*. ¶ 5.

## IV. CONCLUSION

For all the foregoing reasons, the Court should grant this motion and seal Exhibits 4, 16, 18, 19, and 27 to the Declaration of Willow E. Radcliffe in Support of Plaintiffs' Motion to Compel Arthur Andersen LLP to Comply with the Court's March 19, 2005 Discovery Order and Produce Relevant Documents.

Dated: December 21, 2005         MAYER, BROWN ROWE & MAW LLP


By:    /s/ Vincent P. Schmeltz III
            Vincent P. Schmeltz III

Attorneys for Defendants Oracle Corporation, Lawrence J. Ellison, Jeffrey O. Henley, and Edward J. Sanderson

- 2 -

**DEFENDANTS' ADMINISTRATIVE MOTION TO FILE EXS. 4, 16, 18, 19, AND 27 TO RADCLIFFE DECL. UNDER SEAL**
**CASE NO: C-01-0988 MJJ (JCS)**