1  MAYER, BROWN, ROWE & MAW LLP
   Donald M. Falk (SBN 150256)
2  Lee H. Rubin (SBN 141331)
   Shirish Gupta (SBN 205584)
3  Two Palo Alto Square, Suite 300
   Palo Alto, CA  94306
4  Telephone:     (650) 331-2000
   Facsimile:      (650) 331-2060
5  lrubin@mayerbrownrowe.com

6  MAYER, BROWN, ROWE & MAW LLP
   Alan N. Salpeter (admitted *pro hac vice*)
7  Javier Rubinstein (admitted *pro hac vice*)
   Vincent P. Schmeltz III (admitted *pro hac vice*)
8  71 South Wacker Street
   Chicago, IL  60606
9  Telephone:     (312) 782-0600
   Facsimile:      (312) 701-7711
10 jrubinstein@mayerbrownrowe.com

11 Attorneys for Defendants ORACLE CORPORATION,
   LAWRENCE J. ELLISON, JEFFREY O. HENLEY, AND
12 EDWARD J. SANDERSON

13 ORACLE CORPORATION
   Dorian Daley (SBN 129049)
14 James C. Maroulis (SBN 208316)
   500 Oracle Parkway, Mailstop 5OP7
15 Redwood Shores, CA  94065
   Telephone:  (650) 506-5200
16 Facsimile:  (650) 506-7114

17 Attorneys for Defendant ORACLE CORPORATION

18                    UNITED STATES DISTRICT COURT

19        NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE ORACLE CORPORATION SECURITIES LITIGATION | Case No. C-01-0988-MJJ (JCS) (Consolidated) <br><br> **DECLARATION OF VINCENT P. SCHMELTZ III IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO FILE EXHIBITS 4, 16, 18, 19, AND 27 TO THE DECLARATION OF WILLOW E. RADCLIFFE UNDER SEAL** <br><br> Judge Joseph C. Spero |

**SCHMELTZ DECL. ISO ADMINISTRATIVE MOTION TO FILE EXS. 4, 16, 18, 19, AND 27 TO RADCLIFFE DECL. UNDER SEAL**
**CASE NO: C-01-0988 MJJ (JCS)**

I, Vincent P. Schmeltz III, hereby declare as follows:

1. I am an attorney admitted *pro hac vice* before this Court. I am an associate at the law firm of Mayer, Brown, Rowe & Maw LLP, counsel for defendants in the above-captioned matter. I have personal knowledge of the following facts, and if called as a witness, could and would testify thereto.

2. I submit this declaration in support of Defendants' Administrative Motion to File Exhibits 4, 16, 18, 19, and 27 to the Declaration of Willow E. Radcliffe Under Seal.

3. Exhibit 4 to the Declaration of Willow E. Radcliffe in Support of Motion to Compel Arthur Andersen LLP to Comply with the Court's March 10, 2005 Discovery Order and Produce Relevant Documents ("Radcliffe Declaration") contains proprietary and confidential information regarding Oracle's internal accounting procedures, and is a document designated "Confidential" by a third party, Arthur Andersen LLP, pursuant to the terms of the Revised Stipulated Protective Order Governing Confidentiality entered by the Court on January 11, 2005.

4. On December 20, 2005, I spoke with Melissa Widen, counsel for Arthur Andersen LLP. Ms. Widen informed me that Arthur Andersen LLP concurs in the filing of Exhibit 4 under seal.

5. Exhibits 16, 18, 19, and 27 to the Radcliffe Declaration contain proprietary and confidential information regarding Oracle's internal accounting procedures.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and accurate. Executed at Chicago, Illinois this 21st day of December, 2005.

                                              /s/ Vincent P. Schmeltz III
                                                 Vincent P. Schmeltz III