UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| In re ORACLE CORPORATION SECURITIES LITIGATION | ) ) ) | Master File No. C-01-0988-MJJ JCS |
|---|---|---|
|  | ) | CLASS ACTION |
| This Document Relates To: | ) ) | **DISCOVERY MATTER** |
| ALL ACTIONS. | ) ) ) | [~~PROPOSED~~] SEALING ORDER |

1  Having considered the papers submitted in support of Plaintiffs' Administrative Request Regarding the Filing of Exhibits 4, 16, 18, 19 and 27 to the Declaration of Willow E. Radcliffe in Support of Plaintiffs' Motion to Compel Arthur Andersen LLP to Comply with the Court's March 10, 2005 Discovery Order and Produce Relevant Documents Under Seal, the declarations of Oracle Corporation and Arthur Andersen LLP, and finding good cause therefor;

IT IS HEREBY ORDERED that the Exhibits 4, 16, 18, 19, and 27 attached to the Declaration of Willow E. Radcliffe in Support of Plaintiffs' Motion to Compel Arthur Andersen LLP to Comply with the Court's March 10, 2005 Discovery Order and Produce Relevant Documents are hereby sealed.

IT IS SO ORDERED.

DATED: Dec. 16, 2005

_____
THE HONORABLE JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE

Submitted by:

DATED: December 8, 2005

LERACH COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
SHAWN A. WILLIAMS
WILLOW E. RADCLIFFE
ELI R. GREENSTEIN
JENNIE LEE ANDERSON
MONIQUE C. WINKLER


       /s/ Willow E. Radcliffe
      WILLOW E. RADCLIFFE

100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)

[PROPOSED] SEALING ORDER - C-01-0988-MJJ JCS                                              - 1 -