1   LERACH COUGHLIN STOIA GELLER
      RUDMAN & ROBBINS LLP
2   MARK SOLOMON (151949)
    DOUGLAS R. BRITTON (188769)
3   VALERIE L. McLAUGHLIN (191916)
    GAVIN M. BOWIE (235532)
4   655 West Broadway, Suite 1900
    San Diego, CA  92101
5   Telephone:  619/231-1058
    619/231-7423 (fax)
6   MarkS@lerachlaw.com
    DougB@lerachlaw.com
7   ValerieM@lerachlaw.com
            – and –
8   SHAWN A. WILLIAMS (213113)
    WILLOW E. RADCLIFFE (200087)
9   ELI R. GREENSTEIN (217945)
    JENNIE LEE ANDERSON (203586)
10  MONIQUE C. WINKLER (213031)
    100 Pine Street, Suite 2600
11  San Francisco, CA  94111
    Telephone:  415/288-4545
12  415/288-4534 (fax)
    ShawnW@lerachlaw.com
13  WillowR@lerachlaw.com
    EliG@lerachlaw.com
14  JennieA@lerachlaw.com
    MoniqueW@lerachlaw.com
15
    Lead Counsel for Plaintiffs
16
                            UNITED STATES DISTRICT COURT
17
                         NORTHERN DISTRICT OF CALIFORNIA
18

| In re ORACLE CORPORATION SECURITIES LITIGATION | ) ) ) ) ) ) ) ) ) ) | Master File No. C-01-0988-MJJ |
|---|---|---|
| This Document Relates To:<br><br>ALL ACTIONS. | | CLASS ACTION<br><br>NOTICE OF WITHDRAWAL OF PLAINTIFFS' MOTION TO COMPEL ARTHUR ANDERSEN LLP TO COMPLY WITH THE COURT'S MARCH 10, 2005 DISCOVERY ORDER AND PRODUCE RELEVANT DOCUMENTS<br><br>DATE:           January 13, 2006<br>TIME:           1:30 p.m.<br>COURTROOM:   The Honorable Joseph C. Spero |

19
20
21
22
23
24
25
26
27
28

1   TO:    ALL PARTIES AND THEIR ATTORNEYS OF RECORD

2          PLEASE TAKE NOTICE that plaintiffs hereby withdraw their Motion to Compel Arthur

3   Andersen LLP to Comply with the Court's March 10, 2005 Discovery Order and Produce Relevant

4   Documents pursuant to an agreement reached between third-party Arthur Andersen LLP and

5   plaintiffs.

6   DATED:  December 22, 2005              LERACH COUGHLIN STOIA GELLER
                                             RUDMAN & ROBBINS LLP
7                                          SHAWN A. WILLIAMS
                                           WILLOW E. RADCLIFFE
8                                          ELI R. GREENSTEIN
                                           JENNIE LEE ANDERSON
9                                          MONIQUE C. WINKLER

10

11                                              /s/  Willow E. Radcliffe
                                           WILLOW E. RADCLIFFE
12
                                           100 Pine Street, Suite 2600
13                                         San Francisco, CA  94111
                                           Telephone:  415/288-4545
14                                         415/288-4534 (fax)

15                                         LERACH COUGHLIN STOIA GELLER
                                             RUDMAN & ROBBINS LLP
16                                         MARK SOLOMON
                                           DOUGLAS R. BRITTON
17                                         VALERIE L. McLAUGHLIN
                                           GAVIN M. BOWIE
18                                         655 West Broadway, Suite 1900
                                           San Diego, CA  92101
19                                         Telephone:  619/231-1058
                                           619/231-7423 (fax)
20
                                           Lead Counsel for Plaintiffs
21   T:\CasesSF\Oracle3\NOT00026951_Withdrawal.doc

22

23

24

25

26

27

28

NOTICE OF WITHDRAWAL OF PLTFS' MOT TO COMPEL ARTHUR ANDERSEN TO COMPLY
WITH THE CRT'S 3/10/05 DSCVRY ORDER AND PRODUCE RELEVANT DOCS - C-01-0988-MJJ        - 1 -

1           <u>DECLARATION OF SERVICE BY MAIL AND FACSIMILE</u>

2      I, the undersigned, declare:

3      1.     That declarant is and was, at all times herein mentioned, a citizen of the United States

4 and employed in the City and County of San Francisco, over the age of 18 years, and not a party to

5 or interested party in the within action; that declarant's business address is 100 Pine Street,

6 Suite 2600, San Francisco, California 94111.

7      2.     That on December 22, 2005, declarant served the **NOTICE OF WITHDRAWAL**

8 **OF PLAINTIFFS' MOTION TO COMPEL ARTHUR ANDERSEN LLP TO COMPLY**

9 **WITH THE COURT'S MARCH 10, 2005 DISCOVERY ORDER AND PRODUCE**

10 **RELEVANT DOCUMENTS** by depositing a true copy thereof in a United States mailbox at San

11 Francisco, California in a sealed envelope with postage thereon fully prepaid and addressed to the

12 parties listed on the attached Service List.  Declarant also served the parties by facsimile.

13      3.     That there is a regular communication by mail between the place of mailing and the

14 places so addressed.

15      I declare under penalty of perjury that the foregoing is true and correct.  Executed this 22nd

16 day of December, 2005, at San Francisco, California.

17

18                                      /s/ Jerry Cohen
                                   JERRY COHEN

19

20

21

22

23

24

25

26

27

28

ORACLE III (LEAD)

Service List - 12/22/2005   (201-064-1)

Page 1 of 1

## Counsel For Defendant(s)

Donald M. Falk
Lee H. Rubin
Shirish  Gupta
Mayer, Brown, Rowe & Maw LLP
Two Palo Alto Square, Suite 300
Palo Alto, CA  94306
   650/331-2000
   650/331-2060(Fax)

Alan N. Salpeter
Javier H. Rubinstein
Mayer, Brown, Rowe & Maw LLP
71 South Wacker Drive
Chicago, IL  60606
   312/782-0600
   312/701-7711(Fax)

Dorian  Daley
James C. Maroulis
Oracle Corporation
500 Oracle Parkway, Mail Stop 50P7
Redwood City, CA  94065
   650/506-5200
   650/506-7114(Fax)

## Counsel For Plaintiff(s)

Mark  Solomon
Douglas R. Britton
Valerie L. McLaughlin
Lerach Coughlin Stoia Geller Rudman &
Robbins LLP
655 West Broadway, Suite 1900
San Diego, CA  92101
   619/231-1058
   619/231-7423(Fax)

Sanford  Svetcov
Shawn A. Williams
Willow E. Radcliffe
Lerach Coughlin Stoia Geller Rudman &
Robbins LLP
100 Pine Street, Suite 2600
San Francisco, CA  94111-5238
   415/288-4545
   415/288-4534(Fax)

## Counsel for Arthur Andersen LLP

Melissa S. Widen
Arthur Andersen LLP
33 West Monroe Street, 18th Floor
Chicago, IL  60603-5385
   312/580-0033
   312/462-8258(Fax)