1  MAYER, BROWN, ROWE & MAW LLP
   Donald M. Falk (SBN 150256)
2  Lee H. Rubin (SBN 141331)
   Shirish Gupta (SBN 205584)
3  Two Palo Alto Square, Suite 300
   Palo Alto, CA  94306
4  Telephone:     (650) 331-2000
   Facsimile:      (650) 331-2060
5  lrubin@mayerbrownrowe.com

6  MAYER, BROWN, ROWE & MAW LLP
   Alan N. Salpeter (admitted *pro hac vice*)
7  Javier Rubinstein (admitted *pro hac vice*)
   Vincent P. Schmeltz III (admitted *pro hac vice*)
8  71 South Wacker Street
   Chicago, IL  60606
9  Telephone:     (312) 782-0600
   Facsimile:      (312) 701-7711
10 jrubinstein@mayerbrownrowe.com

11 Attorneys for Defendants ORACLE CORPORATION,
   LAWRENCE J. ELLISON, JEFFREY O. HENLEY,
12 AND EDWARD J. SANDERSON

13 ORACLE CORPORATION
   Dorian Daley (SBN 129049)
14 James C. Maroulis (SBN 208316)
   500 Oracle Parkway, Mailstop 5OP7
15 Redwood Shores, CA  94065
   Telephone:  (650) 506-5200
16 Facsimile:  (650) 506-7114

17 Attorneys for Defendant ORACLE CORPORATION

18                    UNITED STATES DISTRICT COURT

19          NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE ORACLE CORPORATION SECURITIES LITIGATION | Case No. C-01-0988-MJJ (JCS) (Consolidated) |
| | **ADMINISTRATIVE MOTION TO FILE EXHIBITS 5, 9, 10, AND 11 TO THE DECLARATION OF VINCENT P. SCHMELTZ III IN SUPPORT OF DEFENDANTS' MOTION FOR A PROTECTIVE ORDER UNDER SEAL** |
| | Judge Joseph C. Spero |

**ADMINISTRATIVE MOTION TO FILE EXS. 5, 9, 10, AND 11 TO THE SCHMELTZ DECL. UNDER SEAL**
**CASE NO: C-01-0988 MJJ (JCS)**

I. INTRODUCTION

Pursuant to the Revised Stipulated Protective Order Governing Confidentiality entered on January 11, 2005 ("Protective Order") that governs this litigation and Civil Local Rules 7-11 and 79-5, Defendants Oracle Corporation, Lawrence J. Ellison, Jeffrey O. Henley, and Edward J. Sandersen (collectively "Defendants") respectfully move the Court for an Order sealing Exhibits 5, 9, 10, and 11 to the Declaration of Vincent P. Schmeltz III in Support of Defendants' Motion for a Protective Order. The Court should seal these exhibits as they contain Oracle Corporation's ("Oracle") proprietary and confidential information, disclose information regarding Oracle's customers, and/or are documents designated "Confidential" by a third party pursuant to the terms of the Protective Order.

This motion is accompanied by the Declaration of Vincent P. Schmeltz III in Support of Administrative Motion to File Exhibits 5, 9, 10, and 11 to the Schmeltz Declaration in Support of Defendants' Motion for a Protective Order Under Seal ("Schmeltz Decl.") and the [Proposed] Order filed concurrently herewith.

II. STATEMENT OF FACTS

Concurrently with this motion, Defendants filed a Motion for a Protective Order Pursuant to Fed. R. Civ. P. 26(C). In order to persuade the Court to issue the protective order they seek, Defendants submitted as exhibits various documents that contain Oracle's proprietary and confidential information and disclose information regarding its customers in support of their Motion for Protective Order. Defendants also submitted as exhibits documents that are designated "Confidential" by a third party, Arthur Andersen LLP, pursuant to the terms of the Protective Order.

III. ARGUMENT

Civil Local Rule 79-5 states that no document may be filed under seal unless it is established that the document "is privileged or protectable as a trade secret or otherwise entitled to protection under the law." Civ. L.R. 79-5(a). Paragraph 10 of the Protective Order, which bears the heading "Filing Protected Material," sets forth procedures for submitting administrative motions to file under seal. Schmeltz Decl. Ex. A.

1  The Court should seal Exhibit 5 because it contains proprietary and confidential
2  information regarding Oracle's internal accounting processes and is designated "Confidential" by
3  a third party pursuant to the terms of the Protective Order.  Schmeltz Decl. ¶ 4.  The third party
4  who produced Exhibit 5 in this litigation, Arthur Andersen LLP, concurs in the filing of Exhibit
5  5 under seal.  *Id*. ¶ 5.

6  The Court should seal Exhibits 9, 10, and 11 because they disclose proprietary and
7  confidential information regarding Oracle's internal accounting processes.  *Id*. ¶ 6.  Exhibits 9
8  and 11 also disclose the names of certain Oracle customers and amounts that these customers
9  paid to Oracle.  *Id*.

10 **IV.    CONCLUSION**

11  For all the foregoing reasons, the Court should grant this motion and enter the [Proposed]
12 Order sealing Exhibits 5, 9, 10, and 11 to the Declaration of Vincent P. Schmeltz III in Support
13 of Defendants' Motion for a Protective Order.

15 Dated: December 23 2005                    MAYER, BROWN ROWE & MAW LLP

17                                             By:    /s/ Vincent P. Schmeltz III
                                                      Vincent P. Schmeltz III
18
                                                Attorneys for Defendants Oracle Corporation,
19                                              Lawrence J. Ellison, Jeffrey O. Henley, and
                                                Edward J. Sanderson
20