1 | MAYER, BROWN, ROWE & MAW LLP
Donald M. Falk (SBN 150256)
2 | Lee H. Rubin (SBN 141331)
Shirish Gupta (SBN 205584)
3 | Two Palo Alto Square, Suite 300
Palo Alto, CA  94306
4 | Telephone:     (650) 331-2000
Facsimile:     (650) 331-2060
5 | lrubin@mayerbrownrowe.com

6 | MAYER, BROWN, ROWE & MAW LLP
Alan N. Salpeter (admitted *pro hac vice*)
7 | Javier Rubinstein (admitted *pro hac vice*)
Vincent P. Schmeltz III (admitted *pro hac vice*)
8 | 71 South Wacker Street
Chicago, IL  60606
9 | Telephone:     (312) 782-0600
Facsimile:     (312) 701-7711
10 | jrubinstein@mayerbrownrowe.com

11 | Attorneys for Defendants ORACLE CORPORATION,
LAWRENCE J. ELLISON, JEFFREY O. HENLEY, AND
12 | EDWARD J. SANDERSON

13 | ORACLE CORPORATION
Dorian Daley (SBN 129049)
14 | James C. Maroulis (SBN 208316)
500 Oracle Parkway, Mailstop 5OP7
15 | Redwood Shores, CA  94065
Telephone:  (650) 506-5200
16 | Facsimile:  (650) 506-7114

17 | Attorneys for Defendant ORACLE CORPORATION

18 | UNITED STATES DISTRICT COURT

19 | NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION

| IN RE ORACLE CORPORATION SECURITIES LITIGATION | Case No. C-01-0988-MJJ (JCS) (Consolidated) |
| --- | --- |
| | **DECLARATION OF VINCENT P. SCHMELTZ III IN SUPPORT OF ADMINISTRATIVE MOTION TO FILE EXHIBITS 5, 9, 10, AND 11 TO THE SCHMELTZ DECLARATION IN SUPPORT OF DEFENDANTS' MOTION FOR A PROTECTIVE ORDER UNDER SEAL** |
| | Judge Joseph C. Spero |

1    I, Vincent P. Schmeltz III, hereby declare as follows:

2    1.    I am an attorney admitted *pro hac vice* before this Court.  I am an associate at the

3    law firm of Mayer, Brown, Rowe & Maw LLP, counsel for defendants in the above-captioned

4    matter.  I have personal knowledge of the following facts, and if called as a witness, could and

5    would testify thereto.

6    2.    I submit this declaration in support of Administrative Motion to File Exhibits 5, 9,

7    10, and 11 to the Declaration of Vincent P. Schmeltz III in Support of Defendants' Motion for a

8    Protective Order Under Seal.

9    3.    Attached hereto as Exhibit A is a true and correct copy of the Revised Stipulated

10   Protective Order Governing Confidentiality entered by the Court on January 11, 2005

11   ("Protective Order").

12   4.    Exhibit 5 to the Declaration of Vincent P. Schmeltz III in Support of Defendants'

13   Motion for a Protective Order ("Schmeltz Declaration") contains proprietary and confidential

14   information regarding Oracle's internal accounting processes, and is a document designated

15   "Confidential" by a third party, Arthur Andersen LLP, pursuant to the terms of the Protective

16   Order.

17   5.    On December 23, 2005, I spoke with Melissa Widen, counsel for Arthur

18   Andersen LLP.  Ms. Widen informed me that Arthur Andersen LLP concurs in the filing of

19   Exhibit 5 under seal.

20   6.    Exhibits 9, 10, and 11 to the Schmeltz Declaration disclose proprietary and

21   confidential information regarding Oracle's internal accounting processes.  Exhibits 9 and 11

22   also disclose the names of certain Oracle customers and amounts that these customers paid to

23   Oracle.

24   I declare under penalty of perjury under the laws of the United States of America that the

25   foregoing is true and accurate.  Executed at Chicago, Illinois this 23rd day of December, 2005.

26

27          ___/s/ Vincent P. Schmeltz III_____
            Vincent P. Schmeltz III

28