# Exhibit 13

1   LERACH COUGHLIN STOIA GELLER
      RUDMAN & ROBBINS LLP
2   MARK SOLOMON (151949)
    DOUGLAS R. BRITTON (188769)
3   VALERIE L. McLAUGHLIN (191916)
    GAVIN M. BOWIE (235532)
4   655 West Broadway, Suite 1900
    San Diego, CA 92101
5   Telephone: 619/231-1058
    619/231-7423 (fax)
6   MarkS@lerachlaw.com
    DougB@lerachlaw.com
7   ValerieM@lerachlaw.com
         – and –
8   SHAWN A. WILLIAMS (213113)
    WILLOW E. RADCLIFFE (200087)
9   ELI R. GREENSTEIN (217945)
    JENNIE LEE ANDERSON (203586)
10  MONIQUE C. WINKLER (213031)
    100 Pine Street, Suite 2600
11  San Francisco, CA 94111
    Telephone: 415/288-4545
12  415/288-4534 (fax)
    ShawnW@lerachlaw.com
13  WillowR@lerachlaw.com
    EliG@lerachlaw.com
14  JennieA@lerachlaw.com
    MoniqueW@lerachlaw.com
15
    Lead Counsel for Plaintiffs
16
                    UNITED STATES DISTRICT COURT
17
                  NORTHERN DISTRICT OF CALIFORNIA
18

| 19 | In re ORACLE CORPORATION SECURITIES LITIGATION | ) | Master File No. C-01-0988-MJJ |
| 20 | | ) | CLASS ACTION |
| 21 | This Document Relates To: | ) | NOTICE OF WITHDRAWAL OF PLAINTIFFS' MOTION TO COMPEL |
| 22 | ALL ACTIONS. | ) | ARTHUR ANDERSEN LLP TO COMPLY WITH THE COURT'S MARCH 10, 2005 |
| 23 | | ) | DISCOVERY ORDER AND PRODUCE RELEVANT DOCUMENTS |

24                           DATE:        January 13, 2006
                             TIME:        1:30 p.m.
25                           COURTROOM:   The Honorable Joseph
                                          C. Spero
26

27

28

1   TO:   ALL PARTIES AND THEIR ATTORNEYS OF RECORD

2          PLEASE TAKE NOTICE that plaintiffs hereby withdraw their Motion to Compel Arthur

3   Andersen LLP to Comply with the Court's March 10, 2005 Discovery Order and Produce Relevant

4   Documents pursuant to an agreement reached between third-party Arthur Andersen LLP and

5   plaintiffs.

6   DATED:  December 22, 2005                    LERACH COUGHLIN STOIA GELLER
                                                   RUDMAN & ROBBINS LLP
7                                                SHAWN A. WILLIAMS
                                                 WILLOW E. RADCLIFFE
8                                                ELI R. GREENSTEIN
                                                 JENNIE LEE ANDERSON
9                                                MONIQUE C. WINKLER

10

11                                                     /s/  Willow E. Radcliffe
                                                 WILLOW E. RADCLIFFE
12
                                                 100 Pine Street, Suite 2600
13                                               San Francisco, CA  94111
                                                 Telephone:  415/288-4545
14                                               415/288-4534 (fax)

15                                               LERACH COUGHLIN STOIA GELLER
                                                   RUDMAN & ROBBINS LLP
16                                               MARK SOLOMON
                                                 DOUGLAS R. BRITTON
17                                               VALERIE L. McLAUGHLIN
                                                 GAVIN M. BOWIE
18                                               655 West Broadway, Suite 1900
                                                 San Diego, CA  92101
19                                               Telephone:  619/231-1058
                                                 619/231-7423 (fax)

20
                                                 Lead Counsel for Plaintiffs
21   T:\CasesSF\Oracle3\NOT00026951_Withdrawal.doc

22

23

24

25

26

27

28

NOTICE OF WITHDRAWAL OF PLTFS' MOT TO COMPEL ARTHUR ANDERSEN TO COMPLY
WITH THE CRT'S 3/10/05 DSCVRY ORDER AND PRODUCE RELEVANT DOCS - C-01-0988-MJJ      - 1 -

DECLARATION OF SERVICE BY MAIL AND FACSIMILE

I, the undersigned, declare:

1.      That declarant is and was, at all times herein mentioned, a citizen of the United States and employed in the City and County of San Francisco, over the age of 18 years, and not a party to or interested party in the within action; that declarant's business address is 100 Pine Street, Suite 2600, San Francisco, California 94111.

2.      That on December 22, 2005, declarant served the **NOTICE OF WITHDRAWAL OF PLAINTIFFS' MOTION TO COMPEL ARTHUR ANDERSEN LLP TO COMPLY WITH THE COURT'S MARCH 10, 2005 DISCOVERY ORDER AND PRODUCE RELEVANT DOCUMENTS** by depositing a true copy thereof in a United States mailbox at San Francisco, California in a sealed envelope with postage thereon fully prepaid and addressed to the parties listed on the attached Service List.  Declarant also served the parties by facsimile.

3.      That there is a regular communication by mail between the place of mailing and the places so addressed.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 22nd day of December, 2005, at San Francisco, California.

/s/ Jerry Cohen
JERRY COHEN

ORACLE III (LEAD)
Service List - 12/22/2005  (201-064-1)
Page 1 of  1

### Counsel For Defendant(s)

Donald M. Falk
Lee H. Rubin
Shirish  Gupta
Mayer, Brown, Rowe & Maw LLP
Two Palo Alto Square, Suite 300
Palo Alto, CA  94306
  650/331-2000
  650/331-2060 (Fax)

Alan N. Salpeter
Javier H. Rubinstein
Mayer, Brown, Rowe & Maw LLP
71 South Wacker Drive
Chicago, IL  60606
  312/782-0600
  312/701-7711 (Fax)

Dorian  Daley
James C. Maroulis
Oracle Corporation
500 Oracle Parkway, Mail Stop 50P7
Redwood City, CA  94065
  650/506-5200
  650/506-7114 (Fax)

### Counsel For Plaintiff(s)

Mark  Solomon
Douglas R. Britton
Valerie L. McLaughlin
Lerach Coughlin Stoia Geller Rudman &
Robbins LLP
655 West Broadway, Suite 1900
San Diego, CA  92101
  619/231-1058
  619/231-7423 (Fax)

Sanford  Svetcov
Shawn A. Williams
Willow E. Radcliffe
Lerach Coughlin Stoia Geller Rudman &
Robbins LLP
100 Pine Street, Suite 2600
San Francisco, CA  94111-5238
  415/288-4545
  415/288-4534 (Fax)

### Counsel for Arthur Andersen LLP

Melissa S. Widen
Arthur Andersen LLP
33 West Monroe Street, 18th Floor
Chicago, IL  60603-5385
  312/580-0033
  312/462-8258 (Fax)