MAYER, BROWN, ROWE & MAW LLP
Donald M. Falk (SBN 150256)
Lee H. Rubin (SBN 141331)
Shirish Gupta (SBN 205584)
Two Palo Alto Square, Suite 300
Palo Alto, California 94306
Telephone:     (650) 331-2030
Facsimile:     (650) 331-2060
lrubin@mayerbrownrowe.com

MAYER, BROWN, ROWE & MAW LLP
Alan N. Salpeter (admitted *pro hac vice*)
Javier Rubinstein (admitted *pro hac vice*)
Vincent P. Schmeltz III (admitted *pro hac vice*)
71 South Wacker Drive
Chicago, Illinois  60606-4637
Telephone:     (312) 782-0600
Facsimile:     (312) 701-7711
jrubinstein@mayerbrownrowe.com

Attorneys for Defendants ORACLE CORPORATION, LAWRENCE
J. ELLISON, JEFFREY O. HENLEY, and EDWARD J. SANDERSON

ORACLE CORPORATION
Dorian Daley (SBN 129049)
James C. Maroulis (SBN 208316)
500 Oracle Parkway, Mailstop 5OP7
Redwood Shores, California 94065
Telephone:     (650) 506-5200
Facsimile:     (650) 506-7114
jim.maroulis@oracle.com

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE ORACLE CORPORATION SECURITIES LITIGATION | Case No. C-01-0988-MJJ (Consolidated) |
| | **PROOF OF SERVICE** |
| This Document Relates To: | |
| ALL ACTIONS. | **Magistrate Joseph C. Spero** |

1

**PROOF OF SERVICE**

2      I, SHIRISH GUPTA, declare:

3      I am a resident of the State of California and over the age of eighteen years, and not a party

4  to the within action;  my business address is:  Two Palo Alto Square, Suite 300, Palo Alto, CA

5  94306

6      On December 23, 2005, I served the foregoing document(s) described as:

7  **DEFENDANTS' MOTION FOR A PROTECTIVE ORDER  PURSUANT TO**
   **FED.R.CIV.P. 26(C) AND MEMORANDUM OF POINTS AND AUTHORITIES  IN**
8  **SUPPORT; DECLARATION OF VINCENT P. SCHMELTZ III IN SUPPORT OF**
   **DEFENDANTS' MOTION FOR A PROTECTIVE ORDER; [PROPOSED] ORDER**
9  **GRANTING DEFENDANTS' MOTION FOR A PROTECTIVE ORDER PURSUANT**
   **TO FED.R.CIV.P. 26(C)**
10

11   ☒   By causing the document(s) listed above to be placed in a sealed envelope with postage
         prepaid, via First Class Mail, in the United States mail at Chicago, Illinois addressed as
12       set forth below.

13  Melissa S. Widen
    Arthur Andersen LLP
14  33 West Monroe,
    Suite 1800
15  Chicago, Illinois  60603
    Fax: (312) 462-8258
16

17      I am readily familiar with the firm's practice of collection and processing correspondence
    for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same
18  day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on
    motion of the party served, service is presumed invalid if postal cancellation date or postage meter
19  date is more than one day after date of deposit for mailing in affidavit.

20      I declare under penalty of perjury that the foregoing is true and correct.

21      Executed on December 23, 2005 at Chicago, Illinois.

22
                                    \s\Shirish Gupta
23                                  SHIRISH GUPTA

24

25

26

27

28