UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE ORACLE SECURITIES LITIGATION | No. C01-0988 MJJ (JCS) |
| _____ | **CLERK'S NOTICE** |
| This Document Relates To: | |
| ALL ACTIONS. _____/ | |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the pursuant to the Notice of Withdrawal of Plaintiffs' Motion to Compel Arthur Andersen LLP to Comply with the Court's March 10, 2005 Discovery Order and Produce Relevant Documents, filed on December 22, 2005, and noticed for hearing on January 13, 2006, at 1:30 p.m., before Magistrate Judge Joseph C. Spero, has been **taken off calendar.**

Dated: December 28, 2005

FOR THE COURT,
Richard W. Wieking, Clerk

by: *Karen L. Hom*
Karen L. Hom
Courtroom Deputy