

December 28, 2005

Mayer, Brown, Rowe & Maw LLP
71 South Wacker Drive
Chicago, Illinois 60606-4637

Main Tel (312) 782-0600
Main Fax (312) 701-7711
www.mayerbrownrowe.com

**BY HAND DELIVERY & FACSIMILE**

**Alan N. Salpeter**
Direct Tel (312) 701-7051
Direct Fax (312) 706-8680
asalpeter@mayerbrownrowe.com

The Honorable Joseph C. Spero
United States District Court
450 Golden Gate Avenue, 15th Floor
San Francisco, CA 94102

Re:   In Re Oracle Corporation Securities Litigation
      Master File No. C-01-0988-MJJ (JCS) (N.D. Cal.)

Dear Judge Spero:

Yesterday, Plaintiffs filed the parties' joint letter regarding Plaintiffs' motion to extend the discovery cutoff in the above-referenced action. In the portion of the letter that sets forth Defendants' position, we discussed Plaintiffs' proposed discovery cutoff date of July 24. Last night, however, we learned that Plaintiffs were proposing a new date – June 30. Upon learning of this new proposal, we asked Plaintiffs to delay sending the letter to Court. Plaintiffs refused and filed the letter.

Under Plaintiffs' new proposed schedule, there is no dispute regarding the discovery cutoff for non-parties. Both sides agree it should be June 30, 2006. Regarding party discovery, Plaintiffs' new proposal will only ensure that virtually all of the critical party discovery in this case will occur at the worst possible time for Oracle – that is, when Oracle is closing its fiscal year (which ends May 31) and preparing its 10K filing with the SEC (which likely will be filed in early July). Accordingly, we urge the Court to order party discovery to close on May 15.

Very truly yours,

/s/ Alan N. Salpeter
Alan N. Salpeter

cc: Mark Solomon (via facsimile)
    Monique Winkler (via facsimile)

Berlin  Brussels  Charlotte  Chicago  Cologne  Frankfurt  Houston  London  Los Angeles  New York  Palo Alto  Paris  Washington, D.C.
Independent Mexico City Correspondent: Jauregui, Navarrete y Nader S.C.

Mayer, Brown, Rowe & Maw LLP operates in combination with our associated English limited liability partnership in the offices listed above.