

LERACH
COUGHLIN
STOIA
GELLER
RUDMAN
& ROBBINS LLP

SAN DIEGO • SAN FRANCISCO
LOS ANGELES • NEW YORK • BOCA RATON
WASHINGTON, DC • HOUSTON
PHILADELPHIA • SEATTLE

December 28, 2005

VIA E-FILING AND FACSIMILE

The Honorable Joseph C. Spero
Magistrate Judge of the United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

Re:  *In re Oracle Corp. Sec. Litig.*
     Master File No. C-01-0988-MJJ (N.D. Cal.)

Dear Judge Spero:

Although opposing counsel apparently does not recall or perhaps did not hear, my last suggestion to counsel was a fact discovery cutoff date of June 30, 2006. As a matter of professional courtesy, plaintiffs would have, in any event, worked with Oracle witnesses to avoid conflicts for those intimately involved in Oracle's fiscal year-end. Plaintiffs reiterate their willingness to make such accommodations as a condition of a June 30, 2006 discovery cutoff date if Oracle provides a list of those individuals whose availability will be impacted by the year-end closing. As plaintiffs have informed the Court, defendants to date have refused to do so. If defendants need time beyond June 30, 2006 to make witnesses available, plaintiffs have no objection.

In addition, plaintiffs do not want the Court to be under the misimpression that plaintiffs filed the joint letter brief without informing defendants and getting their prior consent. To the contrary, defendants expressly gave plaintiffs permission to file the brief with defendants' portion included.

Respectfully submitted,

/S/ Mark Solomon
Mark Solomon
Counsel for Plaintiffs

100 Pine Street, 26th Floor • San Francisco, CA 94111 • 415.288.4545 • Fax 415.288.4534 • www.lerachlaw.com



## DECLARATION OF SERVICE BY FACSIMILE

I, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, a citizen of the United States and employed in the City and County of San Francisco, over the age of 18 years, and not a party to or interested party in the within action; that declarant's business address is 100 Pine Street, Suite 2600, San Francisco, California 94111.

2. That on December 28, 2005, declarant served by facsimile the **LETTER TO THE HONORABLE JOSEPH C. SPERO, MAGISTRATE JUDGE** to the parties listed on the attached Service List.

3. That there is a regular communication by facsimile between the place of origin and the places so addressed.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 28th day of December, 2005, at San Francisco, California.

                                                            /S/ Monina O. Gamboa
                                                            MONINA O. GAMBOA

t:\casessf\oracle3\corres\spero_122805 mcw.doc

ORACLE III (LEAD)
Service List - 12/27/2005 (201-064-1)
Page 1 of 1

### Counsel For Defendant(s)

Donald M. Falk
Lee H. Rubin
Shirish Gupta
Mayer, Brown, Rowe & Maw LLP
Two Palo Alto Square, Suite 300
Palo Alto, CA 94306
  650/331-2000
  650/331-2060 (Fax)

Alan N. Salpeter
Javier H. Rubinstein
Mayer, Brown, Rowe & Maw LLP
71 South Wacker Drive
Chicago, IL 60606
  312/782-0600
  312/701-7711 (Fax)

Dorian Daley
James C. Maroulis
Oracle Corporation
500 Oracle Parkway, Mail Stop 50P7
Redwood City, CA 94065
  650/506-5200
  650/506-7114 (Fax)

### Counsel For Plaintiff(s)

Mark Solomon
Douglas R. Britton
Valerie L. McLaughlin
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
  619/231-1058
  619/231-7423 (Fax)

Sanford Svetcov
Shawn A. Williams
Willow E. Radcliffe
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
100 Pine Street, Suite 2600
San Francisco, CA 94111-5238
  415/288-4545
  415/288-4534 (Fax)