MAYER, BROWN, ROWE & MAW LLP
Donald M. Falk (SBN 150256)
Lee H. Rubin (SBN 141331)
Shirish Gupta (SBN 205584)
Two Palo Alto Square, Suite 300
Palo Alto, CA 94306
Telephone: (650) 331-2000
Facsimile: (650) 331-2060
lrubin@mayerbrownrowe.com

MAYER, BROWN, ROWE & MAW LLP
Alan N. Salpeter (admitted *pro hac vice*)
Javier Rubinstein (admitted *pro hac vice*)
Vincent P. Schmeltz III (admitted *pro hac vice*)
71 South Wacker Street
Chicago, IL 60606
Telephone: (312) 782-0600
Facsimile: (312) 701-7711
jrubinstein@mayerbrownrowe.com

Attorneys for Defendants ORACLE CORPORATION, LAWRENCE J. ELLISON, JEFFREY O. HENLEY, AND EDWARD J. SANDERSON

ORACLE CORPORATION
Dorian Daley (SBN 129049)
James C. Maroulis (SBN 208316)
500 Oracle Parkway, Mailstop 5OP7
Redwood Shores, CA 94065
Telephone: (650) 506-5200
Facsimile: (650) 506-7114

Attorneys for Defendant ORACLE CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE ORACLE CORPORATION SECURITIES LITIGATION | Case No. C-01-0988-MJJ (JCS) (Consolidated) <br><br> **[~~PROPOSED~~] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE EXHIBITS 5, 9, 10, AND 11 TO THE SCHMELTZ DECLARATION IN SUPPORT OF DEFENDANTS' MOTION FOR PROTECTIVE ORDER UNDER SEAL** <br><br> Judge Joseph C. Spero |

**[~~PROPOSED~~] ORDER**
**CASE NO: C-01-0988 MJJ (JCS)**

1 | Having considered all the papers submitted in support of Defendants' Administrative
2 | Motion to File Exhibits 5, 9, 10, and 11 to the Schmeltz Declaration in Support of Defendants'
3 | Motion for a Protective Order Under Seal, and finding good cause,
4 | IT IS HEREBY ORDERED that the motion is granted. Exhibits 5, 9, 10, and 11 are
5 | hereby sealed.
6 |
7 | IT IS SO ORDERED.
8 | Dated: January 3, 2006
9 | The Honorable Joseph C. Spero

[~~PROPOSED~~] ORDER
CASE NO: C-01-0988 MJJ (JCS)