**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE ORACLE SECURITIES LITIGATION<br><br>_____<br><br>This Document Relates To:<br><br>ALL ACTIONS.<br><br>_____/ | No. C-01-0988 MJJ (JCS)<br><br>**ORDER RE PLAINTIFFS' MOTION TO MODIFY THE AMENDED PRETRIAL ORDER TO EXTEND THE FEBRUARY 24, 2006 DISCOVERY CUTOFF [Docket No. 386]** |

Plaintiffs filed a Motion to Modify the Amended Pretrial Order to Extend the February 24, 2006 Discovery Cutoff (the "Motion") on or about November 28, 2005. The Motion was referred to the undersigned. Pursuant to the order of this Court, counsel for the parties met and conferred and subsequently filed a Joint Letter dated December 27, 2005. Good cause appearing, IT IS HEREBY ORDERED that the Motion is GRANTED IN PART and DENIED IN PART as follows:

1. The current February 24, 2006 discovery cutoff for non-expert discovery is extended to **June 30, 2006**.

2. On or before **April 1, 2006**, Plaintiffs shall disclose to Defendants a list of all Oracle employees whom Plaintiffs desire to depose.

3. On or before **April 8, 2006**, Defendants shall identify those individuals listed by Plaintiffs pursuant to Paragraph 2 hereof who will have **no available time to sit for a deposition during the period from May 15 to June 30** due to their duties at Oracle in connection with the closing of Oracle's fiscal year on May 31, 2006, and/or the preparation of year-end quarterly financial records for the fiscal year and for the quarter that end on that date. Those employees so identified shall be deposed prior to May 15, 2006.

1    IT IS SO ORDERED.

3    Dated:   January 5, 2006

_____
JOSEPH C. SPERO
United States Magistrate Judge