1  LERACH COUGHLIN STOIA GELLER
      RUDMAN & ROBBINS LLP
2  MARK SOLOMON (151949)
   DOUGLAS R. BRITTON (188769)
3  VALERIE L. McLAUGHLIN (191916)
   GAVIN M. BOWIE (235532)
4  655 West Broadway, Suite 1900
   San Diego, CA  92101
5  Telephone:  619/231-1058
   619/231-7423 (fax)
6  MarkS@lerachlaw.com
   DougB@lerachlaw.com
7  ValerieM@lerachlaw.com
           – and –
8  SHAWN A. WILLIAMS (213113)
   WILLOW E. RADCLIFFE (200087)
9  ELI R. GREENSTEIN (217945)
   JENNIE LEE ANDERSON (203586)
10 MONIQUE C. WINKLER (213031)
   100 Pine Street, Suite 2600
11 San Francisco, CA  94111
   Telephone:  415/288-4545
12 415/288-4534 (fax)
   ShawnW@lerachlaw.com
13 WillowR@lerachlaw.com
   EliG@lerachlaw.com
14 JennieA@lerachlaw.com
   MoniqueW@lerachlaw.com

15 Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION | Master File No. C-01-0988-MJJ |
| | **DISCOVERY MATTER** |
| This Document Relates To: | CLASS ACTION |
| ALL ACTIONS. | DECLARATION OF WILLOW E. RADCLIFFE IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR PROTECTIVE ORDER PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(c) |
| | DATE: January 27, 2006<br>TIME: 1:30 p.m.<br>COURTROOM: The Honorable Joseph C. Spero |

# REDACTED

I, WILLOW E. RADCLIFFE, declare as follows:

1. I am an attorney duly licensed to practice before all of the courts of the State of California. I am associated with the law firm of Lerach Coughlin Stoia Geller Rudman & Robbins LLP, one of the counsel of record for plaintiffs in the above-entitled action. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. On or about December 19, 2005, Melissa Widen of Arthur Andersen LLP ("Andersen") contacted me by telephone and made an offer to produce documents, including Andersen's quarterly and year-end (non-tax) workpapers for Oracle Corporation's 2001 fiscal year, in exchange for plaintiffs' withdrawal of their pending motion to compel. Andersen's offer specifically excluded searching back-up tapes for electronic documents. Andersen's offer is memorialized in Exhibit 1, attached hereto.

3. Attached are true and correct copies of the following exhibits:

Exhibit 1: December 20, 2005 letter from Willow E. Radcliffe to Melissa S. Widen and Arthur Andersen LLP's December 21, 2005 signed acknowledgement of its offer;

Exhibit 2: March 10, 2005 Amended Order Setting a Discovery Plan;

Exhibit 3: Arthur Andersen LLP's production Bates numbered AA 000001-000051;

Exhibit 4: Typed copy of the Court's August 12, 2005 hearing;

Exhibit 5: September 7, 2005 letter from Monique C. Winkler to Melissa S. Widen;

Exhibit 6: Notice of Withdrawal of Plaintiffs' Motion to Compel Arthur Andersen LLP to Comply with the Court's March 10, 2005 Discovery Order and Produce Relevant Documents, filed December 22, 2005;

Exhibit 7: Notice of Motion and Motion to Compel Arthur Andersen LLP to Comply with the Court's March 10, 2005 Discovery Order and Produce Relevant Documents; and Memorandum of Points and Authorities in Support thereof, filed December 8, 2005;

Exhibit 8: Excerpts of the April 12, 2005 Greg S. Myers Deposition Transcript;

Exhibit 9: Excerpts from Oracle Corporation's 2001 Report on Form 10-K;

Exhibit 10: March 1, 2005 Transcript of Proceedings;

Exhibit 11:   October 18, 2005 Transcript of Proceedings; and

Exhibit 12:   October 19, 2005 Order Granting Plaintiffs' Motion to Compel Production of Documents.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 6th day of January, 2006, at San Francisco, California.

                                                    /s/ Willow E. Radcliffe
                                                  WILLOW E. RADCLIFFE

T:\CasesSF\Oracle3\DEC00027130_redacted.doc

RADCLIFFE DECL IN SUPPORT OF PLTFS' OPPOSITION TO DEFS' MOTION FOR PROTECTIVE ORDER PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(c)- C-01-0988-MJJ   - 2 -

**DECLARATION OF SERVICE BY E-FILING AND U.S. MAIL**

I, the undersigned, declare:

4. That declarant is and was, at all times herein mentioned, a citizen of the United States and employed in the City and County of San Francisco, over the age of 18 years, and not a party to or interested party in the within action; that declarant's business address is 100 Pine Street, Suite 2600, San Francisco, California 94111.

5. That on January 6, 2006, declarant served by e-filing pursuant to N.D. of Cal. General Order No. 45, Electronic Case Filing Guidelines Sec. IX and U.S. Mail the DECLARATION OF WILLOW E. RADCLIFFE IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR PROTECTIVE ORDER PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(C) to the parties listed on the attached Service List.

6. That there is a regular communication by mail between the place of mailing and the places so addressed.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 6th day of January, 2006, at San Francisco, California.

/s/ Ruth A. Cameron
RUTH A. CAMERON

ORACLE III (LEAD)
Service List- 1/6/2006    (201-064-1)
Page 1 of 1

**Counsel For Defendant(s)**

| | |
|---|---|
| Donald M. Falk | Alan N. Salpeter |
| Lee H. Rubin | Javier H. Rubinstein |
| Shirish Gupta | Vincent (Trace) P. Schmeltz, III |
| Mayer, Brown, Rowe & Maw LLP | Mayer, Brown, Rowe & Maw LLP |
| Two Palo Alto Square, Suite 300 | 71 South Wacker Drive |
| Palo Alto, CA 94306 | Chicago, IL 60606 |
|    650/331-2000 |    312/782-0600 |
|    650/331-2060 (Fax) |    312/701-7711 (Fax) |
|    dfalk@mayerbrown.com |    jrubinstein@mayerbrown.com |
|    lrubin@mayerbrown.com |    tschmeltz@mayerbrown.com |
|    sgupta@mayerbrown.com | |

Dorian Daley
James C. Maroulis
Oracle Corporation
500 Oracle Parkway, Mail Stop 50P7
Redwood City, CA 94065
   650/506-5200
   650/506-7114 (Fax)
   jim.maroulis@oracle.com

**Counsel For Plaintiff(s)**

| | |
|---|---|
| Mark Solomon | Sanford Svetcov |
| Douglas R. Britton | Shawn A. Williams |
| Valerie L. McLaughlin | Willow E. Radcliffe |
| Lerach Coughlin Stoia Geller Rudman & Robbins LLP | Lerach Coughlin Stoia Geller Rudman & Robbins LLP |
| 655 West Broadway, Suite 1900 | 100 Pine Street, Suite 2600 |
| San Diego, CA 92101 | San Francisco, CA 94111-5238 |
|    619/231-1058 |    415/288-4545 |
|    619/231-7423 (Fax) |    415/288-4534 (Fax) |
|    msolomon@lerachlaw.com |    ssvetcov@lerachlaw.com |
|    dbritton@lerachlaw.com |    swilliams@lerachlaw.com |
|    vmclaughlin@lerachlaw.com |    wradcliffe@lerachlaw.com |

T:\CasesSF\Oracle3\service list for efiling.doc