# Exhibit 1



**LERACH
COUGHLIN
STOIA
GELLER
RUDMAN
& ROBBINS** LLP

SAN DIEGO • SAN FRANCISCO
LOS ANGELES • NEW YORK • BOCA RATON
WASHINGTON, DC • HOUSTON
PHILADELPHIA • SEATTLE

Willow E. Radcliffe

December 20, 2005

<u>VIA FACSIMILE & E-MAIL</u>

Melissa S. Widen
Arthur Andersen LLP
33 West Monroe Street, 18th Floor
Chicago, IL 60603-5385

    Re:   *In re Oracle Corporation Sec. Litig.*
          Master File No. C-01-0988-MJJ (N.D. Cal.)

Dear Ms. Widen:

    Pursuant to our conversation of earlier today, this letter reiterates plaintiffs' understanding of Arthur Andersen LLP's ("Andersen") offer to produce documents in the above-referenced action. Andersen offers to produce the following documents in exchange for plaintiffs' agreement to withdraw the motion to compel currently pending before Magistrate Judge Spero:

    (1) Oracle Corporation's ("Oracle") fiscal 2001 year-end and quarterly review (non-tax) workpapers;

    (2) electronic documents or workpapers, to the extent they exist, contained on diskette/CD kept along with these workpapers;

    (3) correspondence regarding Andersen's professional services for Oracle Corporation for Oracle's fiscal 2001 and the quarters therein (including a central file of correspondence) to the extent it exists;

    (4) a "package" of documents relating to Andersen's document retention policies;

    (5) documents, to the extent they exist, relating to Oracle's Special Litigation Committee; and

    (6) correspondence with Ernst & Young LLP ("E&Y") relating to "the transition" of professional audit services from Andersen to E&Y and Andersen's audit/review of Oracle during fiscal 2001 to the extent it exists.

    Additionally, Andersen agrees to allow plaintiffs to inspect the originals of these documents at a time and place to be mutually agreed upon. Arrangements with IKON for





Melissa S. Widen
December 20, 2005
Page 2

copies of the documents will be made by Andersen as soon as possible and no later than January 6, 2006.

In making this offer, Andersen makes no concessions as to the relevancy of these documents to the specific allegations in the complaint. Further, Andersen's offer does not include searching back-up tapes or other electronic media for electronic documents. Andersen understands that plaintiffs reserve their right to seek additional documents from Andersen if they believe, in good faith, that the documents are necessary to the litigation. Finally, the offer is contingent upon plaintiffs' withdrawal of its pending motion to compel against Andersen.

Please confirm that Andersen agrees to the above offer as set forth herein so that we can inform you whether plaintiffs accept this offer. Thank you.

Very truly yours,

Willow E. Radcliffe

WER:cs

cc:   Mark Solomon
      Shawn Williams

**LERACH**
**COUGHLIN**
**STOIA**
**GELLER**
**RUDMAN**
**& ROBBINS** LLP

SAN DIEGO · SAN FRANCISCO
LOS ANGELES · NEW YORK · BOCA RATON
WASHINGTON, DC · HOUSTON
PHILADELPHIA · SEATTLE

Willow E. Radcliffe

December 20, 2005

<u>**VIA FACSIMILE & E-MAIL**</u>

Melissa S. Widen
Arthur Andersen LLP
33 West Monroe Street, 18th Floor
Chicago, IL 60603-5385

Re:   *In re Oracle Corporation Sec. Litig.*
      Master File No. C-01-0988-MJJ (N.D. Cal.)

Dear Ms. Widen:

Pursuant to our conversation of earlier today, this letter reiterates plaintiffs' understanding of Arthur Andersen LLP's ("Andersen") offer to produce documents in the above-referenced action. Andersen offers to produce the following documents in exchange for plaintiffs' agreement to withdraw the motion to compel currently pending before Magistrate Judge Spero:

(1) Oracle Corporation's ("Oracle") fiscal 2001 year-end and quarterly review (non-tax) workpapers;

(2) electronic documents or workpapers, to the extent they exist, contained on diskette/CD kept along with these workpapers;

(3) correspondence regarding Andersen's professional services for Oracle Corporation for Oracle's fiscal 2001 and the quarters therein (including a central file of correspondence) to the extent it exists;

(4) a "package" of documents relating to Andersen's document retention policies;

(5) documents, to the extent they exist, relating to Oracle's Special Litigation Committee; and

(6) correspondence with Ernst & Young LLP ("E&Y") relating to "the transition" of professional audit services from Andersen to E&Y and Andersen's audit/review of Oracle during fiscal 2001 to the extent it exists.

Additionally, Andersen agrees to allow plaintiffs to inspect the originals of these documents at a time and place to be mutually agreed upon. Arrangements with IKON for



Melissa S. Widen
December 20, 2005
Page 2

copies of the documents will be made by Andersen as soon as possible and no later than January 6, 2006.

    In making this offer, Andersen makes no concessions as to the relevancy of these documents to the specific allegations in the complaint. Further, Andersen's offer does not include searching back-up tapes or other electronic media for electronic documents. Andersen understands that plaintiffs reserve their right to seek additional documents from Andersen if they believe, in good faith, that the documents are necessary to the litigation. Finally, the offer is contingent upon plaintiffs' withdrawal of its pending motion to compel against Andersen.

    Please confirm that Andersen agrees to the above offer as set forth herein so that we can inform you whether plaintiffs accept this offer. Thank you.

Very truly yours,

*Willow E. Radcliffe*

Willow E. Radcliffe

WER:cs

cc: Mark Solomon
    Shawn Williams


IT IS SO AGREED.

DATED: December 21, 2005

*Melissa S. Widen*
MELISSA S. WIDEN
ARTHUR ANDERSEN LLP