# Exhibit 6

1  LERACH COUGHLIN STOIA GELLER
     RUDMAN & ROBBINS LLP
2  MARK SOLOMON (151949)
   DOUGLAS R. BRITTON (188769)
3  VALERIE L. McLAUGHLIN (191916)
   GAVIN M. BOWIE (235532)
4  655 West Broadway, Suite 1900
   San Diego, CA 92101
5  Telephone: 619/231-1058
   619/231-7423 (fax)
6  MarkS@lerachlaw.com
   DougB@lerachlaw.com
7  ValerieM@lerachlaw.com
        – and –
8  SHAWN A. WILLIAMS (213113)
   WILLOW E. RADCLIFFE (200087)
9  ELI R. GREENSTEIN (217945)
   JENNIE LEE ANDERSON (203586)
10 MONIQUE C. WINKLER (213031)
   100 Pine Street, Suite 2600
11 San Francisco, CA 94111
   Telephone: 415/288-4545
12 415/288-4534 (fax)
   ShawnW@lerachlaw.com
13 WillowR@lerachlaw.com
   EliG@lerachlaw.com
14 JennieA@lerachlaw.com
   MoniqueW@lerachlaw.com
15
   Lead Counsel for Plaintiffs
16
                    UNITED STATES DISTRICT COURT
17
                  NORTHERN DISTRICT OF CALIFORNIA
18
   In re ORACLE CORPORATION              )   Master File No. C-01-0988-MJJ
19 SECURITIES LITIGATION                 )
   _____      )   CLASS ACTION
20                                       )
   This Document Relates To:             )   NOTICE OF WITHDRAWAL OF
21                                       )   PLAINTIFFS' MOTION TO COMPEL
        ALL ACTIONS.                     )   ARTHUR ANDERSEN LLP TO COMPLY
22                                       )   WITH THE COURT'S MARCH 10, 2005
   _____      )   DISCOVERY ORDER AND PRODUCE
23                                           RELEVANT DOCUMENTS
24                                           DATE:        January 13, 2006
                                             TIME:        1:30 p.m.
25                                           COURTROOM:   The Honorable Joseph
                                                          C. Spero
26
27
28

1  TO:     ALL PARTIES AND THEIR ATTORNEYS OF RECORD

2          PLEASE TAKE NOTICE that plaintiffs hereby withdraw their Motion to Compel Arthur

3  Andersen LLP to Comply with the Court's March 10, 2005 Discovery Order and Produce Relevant

4  Documents pursuant to an agreement reached between third-party Arthur Andersen LLP and

5  plaintiffs.

6  DATED: December 22, 2005          LERACH COUGHLIN STOIA GELLER
                                        RUDMAN & ROBBINS LLP
7                                     SHAWN A. WILLIAMS
                                      WILLOW E. RADCLIFFE
8                                     ELI R. GREENSTEIN
                                      JENNIE LEE ANDERSON
9                                     MONIQUE C. WINKLER

10

11                                            /s/  Willow E. Radcliffe
                                      WILLOW E. RADCLIFFE

12
                                      100 Pine Street, Suite 2600
13                                    San Francisco, CA  94111
                                      Telephone:  415/288-4545
14                                    415/288-4534 (fax)

15                                    LERACH COUGHLIN STOIA GELLER
                                        RUDMAN & ROBBINS LLP
16                                    MARK SOLOMON
                                      DOUGLAS R. BRITTON
17                                    VALERIE L. McLAUGHLIN
                                      GAVIN M. BOWIE
18                                    655 West Broadway, Suite 1900
                                      San Diego, CA  92101
19                                    Telephone:  619/231-1058
                                      619/231-7423 (fax)

20
                                      Lead Counsel for Plaintiffs
21
   T:\CasesSF\Oracle3\NOT00026951_Withdrawal.doc
22

23

24

25

26

27

28

## DECLARATION OF SERVICE BY MAIL AND FACSIMILE

I, the undersigned, declare:

1.      That declarant is and was, at all times herein mentioned, a citizen of the United States and employed in the City and County of San Francisco, over the age of 18 years, and not a party to or interested party in the within action; that declarant's business address is 100 Pine Street, Suite 2600, San Francisco, California 94111.

2.      That on December 22, 2005, declarant served the **NOTICE OF WITHDRAWAL OF PLAINTIFFS' MOTION TO COMPEL ARTHUR ANDERSEN LLP TO COMPLY WITH THE COURT'S MARCH 10, 2005 DISCOVERY ORDER AND PRODUCE RELEVANT DOCUMENTS** by depositing a true copy thereof in a United States mailbox at San Francisco, California in a sealed envelope with postage thereon fully prepaid and addressed to the parties listed on the attached Service List. Declarant also served the parties by facsimile.

3.      That there is a regular communication by mail between the place of mailing and the places so addressed.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 22nd day of December, 2005, at San Francisco, California.

                                                           /s/ Jerry Cohen
                                                           JERRY COHEN

ORACLE III (LEAD)

Service List - 12/22/2005   (201-064-1)

Page 1 of 1

**Counsel For Defendant(s)**

Donald M. Falk
Lee H. Rubin
Shirish Gupta
Mayer, Brown, Rowe & Maw LLP
Two Palo Alto Square, Suite 300
Palo Alto, CA 94306
    650/331-2000
    650/331-2060(Fax)

Alan N. Salpeter
Javier H. Rubinstein
Mayer, Brown, Rowe & Maw LLP
71 South Wacker Drive
Chicago, IL 60606
    312/782-0600
    312/701-7711(Fax)

Dorian Daley
James C. Maroulis
Oracle Corporation
500 Oracle Parkway, Mail Stop 50P7
Redwood City, CA 94065
    650/506-5200
    650/506-7114(Fax)

**Counsel For Plaintiff(s)**

Mark Solomon
Douglas R. Britton
Valerie L. McLaughlin
Lerach Coughlin Stoia Geller Rudman &
Robbins LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
    619/231-1058
    619/231-7423(Fax)

Sanford Svetcov
Shawn A. Williams
Willow E. Radcliffe
Lerach Coughlin Stoia Geller Rudman &
Robbins LLP
100 Pine Street, Suite 2600
San Francisco, CA 94111-5238
    415/288-4545
    415/288-4534(Fax)

**Counsel for Arthur Andersen LLP**

Melissa S. Widen
Arthur Andersen LLP
33 West Monroe Street, 18th Floor
Chicago, IL 60603-5385
    312/580-0033
    312/462-8258(Fax)