# Exhibit 9

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
Washington D.C., 20549

FORM 10-K

{X}ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934

For the fiscal year ended May 31, 2001

OR

{_}TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934

Commission file number: 0-14376

Oracle Corporation
(Exact name of registrant as specified in its charter)

Delaware
(State or other jurisdiction of incorporation or organization)

94-2871189
(I.R.S. employer identification no.)

500 Oracle Parkway
Redwood City, California 94065
(Address of principal executive offices, including zip code)

(650) 506-7000
(Registrant's telephone number, including area code)

Securities registered pursuant to Section 12(b) of the Act:
None

Securities registered pursuant to Section 12(g) of the Act:
Common Stock, par value $0.01 per share
Preferred Stock Purchase Rights
(Title of class)

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. YES {X} NO {_}

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K is not contained herein, and will not be contained, to the best of registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K. {_}

The aggregate market value of the voting stock held by non-affiliates of the registrant as of July 31, 2001 was $77,328,221,237. This calculation does not reflect a determination that persons are affiliates for any other purposes.

Number of shares of common stock outstanding as of July 31, 2001: 5,598,702,163.

Documents Incorporated by Reference:

Part III--Portions of the registrant's definitive proxy statement to be issued in conjunction with registrant's annual stockholders' meeting to be held on October 15, 2001.

---

ORACLE CORPORATION

FISCAL YEAR 2001 FORM 10-K ANNUAL REPORT

Table of Contents


| | | Page |
|---|---|---|
| PART I. | | |
| Item 1. | Business | 1 |
| Item 2. | Properties | 8 |
| Item 3. | Legal Proceedings | 8 |
| Item 4. | Submission of Matters to a Vote of Security Holders | 8 |
| PART II. | | |
| Item 5. | Market for Registrant's Common Equity and Related Stockholder Matters | 9 |
| Item 6. | Selected Financial Data | 9 |
| Item 7. | Management's Discussion and Analysis of Financial Condition and Results of Operations | 10 |
| Item 7a. | Quantitative and Qualitative Disclosures About Market Risk | 20 |
| Item 8. | Financial Statements and Supplementary Data | 21 |
| Item 9. | Changes In and Disagreements with Accountants on Accounting and Financial Disclosure | 21 |
| PART III. | | |
| Item 10. | Directors and Executive Officers of the Registrant | 22 |
| Item 11. | Executive Compensation | 22 |
| Item 12. | Security Ownership of Certain Beneficial Owners and Management | 22 |
| Item 13. | Certain Relationships and Related Transactions | 22 |
| PART IV. | | |
| Item 14. | Exhibits, Financial Statement Schedules and Reports on Form 8-K | 22 |
| | Signatures | 52 |

REPORT OF INDEPENDENT PUBLIC ACCOUNTANTS

To Oracle Corporation:

We have audited the accompanying consolidated balance sheets of Oracle Corporation, a Delaware corporation and subsidiaries as of May 31, 2001 and 2000, and the related consolidated statements of operations, stockholders' equity and cash flows for each of the three years in the period ended May 31, 2001. These financial statements and the schedule referred to below are the responsibility of the Company's management. Our responsibility is to express an opinion on these financial statements and schedule based on our audits.

We conducted our audits in accordance with auditing standards generally accepted in the United States. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements are free of material misstatement. An audit includes examining, on a test basis, evidence supporting the amounts and disclosures in the financial statements. An audit also includes assessing the accounting principles used and significant estimates made by management, as well as evaluating the overall financial statement presentation. We believe that our audits provide a reasonable basis for our opinion.

In our opinion, the financial statements referred to above present fairly, in all material respects, the financial position of Oracle Corporation and subsidiaries as of May 31, 2001 and 2000, and the results of their operations and their cash flows for each of the three years in the period ended May 31, 2001, in conformity with accounting principles generally accepted in the United States.

Our audits were made for the purpose of forming an opinion on the basic financial statements taken as a whole. The schedule listed under Item 14(a)2 is presented for purposes of complying with the Securities and Exchange Commission's rules and is not a part of the basic financial statements. This schedule has been subjected to the auditing procedures applied in our audits of the basic financial statements and, in our opinion, fairly states in all material respects the financial data required to be set forth therein in relation to the basic financial statements taken as a whole.

ARTHUR ANDERSEN LLP

San Jose, California
June 18, 2001

ORACLE CORPORATION
CONSOLIDATED BALANCE SHEETS
As of May 31, 2001 and 2000

| (in thousands, except share data) | May 31, 2001 | May 31, 2000 |
|---|---|---|
| **ASSETS** | | |
| Current assets: | | |
| Cash and cash equivalents | $ 4,449,166 | $ 7,429,206 |
| Short-term cash investments | 1,438,495 | 332,792 |
| Trade receivables, net of allowance for doubtful accounts of $403,305 in 2001 and $272,203 in 2000 | 2,432,131 | 2,533,964 |
| Other receivables | 281,782 | 256,203 |
| Prepaid and refundable income taxes | 272,742 | 212,829 |
| Prepaid expenses and other current assets | 88,834 | 118,340 |
| Total current assets | 8,963,150 | 10,883,334 |
| Long-term cash investments | -- | 110,000 |
| Property, net | 974,751 | 934,455 |
| Long-term prepaid income taxes | 376,030 | 322,379 |
| Intangible and other assets | 716,229 | 826,611 |
| Total assets | $11,030,160 | $13,076,779 |
| **LIABILITIES AND STOCKHOLDERS' EQUITY** | | |
| Current liabilities: | | |
| Notes payable and current maturities of long-term debt | $ 2,849 | $ 2,691 |
| Accounts payable | 270,112 | 287,495 |
| Income taxes payable | 767,087 | 2,821,776 |
| Accrued compensation and related benefits | 734,705 | 725,860 |
| Customer advances and unearned revenues | 1,213,529 | 1,133,482 |
| Value added tax and sales tax payable | 165,210 | 165,304 |
| Other accrued liabilities | 763,127 | 725,630 |
| Total current liabilities | 3,916,619 | 5,862,238 |
| Long-term debt | 300,847 | 300,770 |
| Deferred income taxes | 327,788 | 266,130 |
| Other long-term liabilities | 207,135 | 186,178 |
| Commitments (Note 5) | -- | -- |
| Stockholders' equity: | | |
| Preferred stock, $0.01 par value--authorized, 1,500,000 shares; outstanding: none | -- | -- |
| Common stock, $0.01 par value and additional paid in capital--authorized, 11,000,000,000 shares; outstanding: 5,592,360,823 shares in 2001 and 5,614,671,898 shares in 2000 | 4,820,869 | 3,112,126 |
| Retained earnings | 1,610,480 | 3,343,857 |
| Accumulated other comprehensive income (loss) | (153,578) | 5,480 |
| Total stockholders' equity | 6,277,771 | 6,461,463 |
| Total liabilities and stockholders' equity | $11,030,160 | $13,076,779 |

See notes to consolidated financial statements.

EXHIBIT 23.01

CONSENT OF INDEPENDENT PUBLIC ACCOUNTANTS

As independent public accountants, we hereby consent to the incorporation of our report included in this Form 10-K into the Company's previously filed Registration Statement on Form S-8 (File No.'s 33-16749, 33-33564, 33-44702, 33-51754, 33-53349, 33-53351, 33-53355, 333-18997, 333-19001, 333-41935, 333-63315, 333-74973, 333-74977, 333-75607, 333-75679, 333-83299, 333-83305, 333-96035, 333-34022 and 333-43836).

/s/ ARTHUR ANDERSEN LLP

San Jose, California
August 10, 2001