| | |
|---|---|
| 1 | LERACH COUGHLIN STOIA GELLER <br>  RUDMAN & ROBBINS LLP |
| 2 | MARK SOLOMON (151949) <br> DOUGLAS R. BRITTON (188769) |
| 3 | VALERIE L. McLAUGHLIN (191916) <br> GAVIN M. BOWIE (235532) |
| 4 | 655 West Broadway, Suite 1900 <br> San Diego, CA  92101 |
| 5 | Telephone:  619/231-1058 <br> 619/231-7423 (fax) |
| 6 | MarkS@lerachlaw.com <br> DougB@lerachlaw.com |
| 7 | ValerieM@lerachlaw.com <br> – and – |
| 8 | SHAWN A. WILLIAMS (213113) <br> WILLOW E. RADCLIFFE (200087) |
| 9 | ELI R. GREENSTEIN (217945) <br> JENNIE LEE ANDERSON (203586) |
| 10 | MONIQUE C. WINKLER (213031) <br> 100 Pine Street, Suite 2600 |
| 11 | San Francisco, CA  94111 <br> Telephone:  415/288-4545 |
| 12 | 415/288-4534 (fax) <br> ShawnW@lerachlaw.com |
| 13 | WillowR@lerachlaw.com <br> EliG@lerachlaw.com |
| 14 | JennieA@lerachlaw.com <br> MoniqueW@lerachlaw.com |
| 15 | Lead Counsel for Plaintiffs |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Master File No. C-01-0988-MJJ (JCS) <br><br> <u>CLASS ACTION</u> <br><br> **DISCOVERY MATTER** <br><br> PLAINTIFFS' ADMINISTRATIVE REQUEST REGARDING THE FILING OF EXHIBITS 3 AND 8 TO THE DECLARATION OF WILLOW E. RADCLIFFE IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR PROTECTIVE ORDER PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(c) UNDER SEAL <br><br> DATE: N/A <br> TIME: N/A <br> COURTROOM: The Honorable Joseph C. Spero |
| This Document Relates To: <br><br> ALL ACTIONS. | | |

Pursuant to Civil Local Rules 7-11 and 79-5,[1] plaintiffs submit this administrative request with respect to Exhibits 3 and 8 attached to the Declaration of Willow E. Radcliffe in Support of Plaintiffs' Opposition to Defendants' Motion for Protective Order Pursuant to Federal Rule of Civil Procedure 26(c) ("Radcliffe Declaration"). This request is accompanied by the Declaration of Eli R. Greenstein in support of plaintiffs' administrative request ("Greenstein Decl.") and the [Proposed] Sealing Order, filed concurrently herewith.

Exhibits 3 and 8 attached to the Radcliffe Declaration consist of documents marked "Confidential" by non-party Arthur Andersen LLP ("Andersen") and defendants. *See* Greenstein Decl., ¶3. Documents designated as "confidential" are subject to the provisions of the Revised Stipulated Protective Order Governing Confidentiality entered on January 11, 2005 and Civil Local Rule 79-5. *See* Greenstein Decl., Ex. A. Exhibits 3 and 8 consist of documents produced by Andersen and an excerpt of a transcript designated as confidential by defendants. These documents were previously filed under seal of the Court on December 16, 2005. Consistent with this Court's previous order sealing these documents, plaintiffs request that Exhibits 3 and 8 be filed under the seal of the Court.

DATED: January 6, 2006                     Respectfully submitted,

                                           LERACH COUGHLIN STOIA GELLER
                                             RUDMAN & ROBBINS LLP
                                           SHAWN A. WILLIAMS
                                           WILLOW E. RADCLIFFE
                                           ELI R. GREENSTEIN
                                           JENNIE LEE ANDERSON
                                           MONIQUE C. WINKLER


                                                  /s/ Willow E. Radcliffe
                                           WILLOW E. RADCLIFFE

---

[1] Civil Local Rule 79-5 states that no document may be filed under seal unless it is established that the document is "privileged or protectable as a trade secret or otherwise entitled to protection under the law." Civ. L.R. 79-5(a).

|   |   |
|---|---|
| 1 | |
| 2 | 100 Pine Street, Suite 2600<br>San Francisco, CA  94111 |
| 3 | Telephone:  415/288-4545<br>415/288-4534 (fax) |
| 4 | LERACH COUGHLIN STOIA GELLER |
| 5 |   RUDMAN & ROBBINS LLP<br>MARK SOLOMON |
| 6 | DOUGLAS R. BRITTON<br>VALERIE L. McLAUGHLIN |
| 7 | GAVIN M. BOWIE<br>655 West Broadway, Suite 1900 |
| 8 | San Diego, CA  92101<br>Telephone:  619/231-1058 |
| 9 | 619/231-7423 (fax) |
|   | Lead Counsel for Plaintiffs |

T:\CasesSF\Oracle3\MIS00027116.doc

PLTFS' ADMIN REQUEST RE FILING OF EXS. 3 AND 8 TO THE RADCLIFFE DECL IN SUPPORT OF PLTFS' OPPOSITION TO DEFS' MOTION FOR PROTECTIVE ORDER - C-01-0988-MJJ (JCS)    - 2 -

## DECLARATION OF SERVICE BY E-FILING AND U.S. MAIL

I, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, a citizen of the United States and employed in the City and County of San Francisco, over the age of 18 years, and not a party to or interested party in the within action; that declarant's business address is 100 Pine Street, Suite 2600, San Francisco, California 94111.

2. That on January 6, 2006, declarant served by e-filing pursuant to N.D. of Cal. General Order No. 45, Electronic Case Filing Guidelines Sec. IX and U.S. Mail the PLAINTIFFS' ADMINISTRATIVE REQUEST REGARDING THE FILING OF EXHIBITS 3 AND 8 TO THE DECLARATION OF WILLOW E. RADCLIFFE IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR PROTECTIVE ORDER PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(C) UNDER SEAL to the parties listed on the attached Service List.

3. That there is a regular communication by mail between the place of mailing and the places so addressed.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 6th day of January, 2006, at San Francisco, California.

                                              /s/ Ruth A. Cameron
                                              RUTH A. CAMERON

ORACLE III (LEAD)

Service List- 1/6/2006    (201-064-1)

Page 1 of 1

**Counsel For Defendant(s)**

| | |
|---|---|
| Donald M. Falk | Alan N. Salpeter |
| Lee H. Rubin | Javier H. Rubinstein |
| Shirish Gupta | Vincent (Trace) P. Schmeltz, III |
| Mayer, Brown, Rowe & Maw LLP | Mayer, Brown, Rowe & Maw LLP |
| Two Palo Alto Square, Suite 300 | 71 South Wacker Drive |
| Palo Alto, CA 94306 | Chicago, IL 60606 |
|   650/331-2000 |   312/782-0600 |
|   650/331-2060 (Fax) |   312/701-7711 (Fax) |
|   dfalk@mayerbrown.com |   jrubinstein@mayerbrown.com |
|   lrubin@mayerbrown.com |   tschmeltz@mayerbrown.com |
|   sgupta@mayerbrown.com | |

Dorian Daley
James C. Maroulis
Oracle Corporation
500 Oracle Parkway, Mail Stop 50P7
Redwood City, CA 94065
  650/506-5200
  650/506-7114 (Fax)
  jim.maroulis@oracle.com

**Counsel For Plaintiff(s)**

| | |
|---|---|
| Mark Solomon | Sanford Svetcov |
| Douglas R. Britton | Shawn A. Williams |
| Valerie L. McLaughlin | Willow E. Radcliffe |
| Lerach Coughlin Stoia Geller Rudman & Robbins LLP | Lerach Coughlin Stoia Geller Rudman & Robbins LLP |
| 655 West Broadway, Suite 1900 | 100 Pine Street, Suite 2600 |
| San Diego, CA 92101 | San Francisco, CA 94111-5238 |
|   619/231-1058 |   415/288-4545 |
|   619/231-7423 (Fax) |   415/288-4534 (Fax) |
|   msolomon@lerachlaw.com |   ssvetcov@lerachlaw.com |
|   dbritton@lerachlaw.com |   swilliams@lerachlaw.com |
|   vmclaughlin@lerachlaw.com |   wradcliffe@lerachlaw.com |

T:\CasesSF\Oracle3\service list for efiling.doc