| | |
|---|---|
| 1 | LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP |
| 2 | MARK SOLOMON (151949) |
| | DOUGLAS R. BRITTON (188769) |
| 3 | VALERIE L. McLAUGHLIN (191916) |
| | GAVIN M. BOWIE (235532) |
| 4 | 655 West Broadway, Suite 1900 |
| | San Diego, CA  92101 |
| 5 | Telephone:  619/231-1058 |
| | 619/231-7423 (fax) |
| 6 | MarkS@lerachlaw.com |
| | DougB@lerachlaw.com |
| 7 | ValerieM@lerachlaw.com |
| | – and – |
| 8 | SHAWN A. WILLIAMS (213113) |
| | WILLOW E. RADCLIFFE (200087) |
| 9 | ELI R. GREENSTEIN (217945) |
| | JENNIE LEE ANDERSON (203586) |
| 10 | MONIQUE C. WINKLER (213031) |
| | 100 Pine Street, Suite 2600 |
| 11 | San Francisco, CA  94111 |
| | Telephone:  415/288-4545 |
| 12 | 415/288-4534 (fax) |
| | ShawnW@lerachlaw.com |
| 13 | WillowR@lerachlaw.com |
| | EliG@lerachlaw.com |
| 14 | JennieA@lerachlaw.com |
| | MoniqueW@lerachlaw.com |
| 15 | |
| | Lead Counsel for Plaintiffs |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION | Master File No. C-01-0988-MJJ (JCS) |
| | CLASS ACTION |
| This Document Relates To: | **DISCOVERY MATTER** |
| ALL ACTIONS. | DECLARATION OF ELI R. GREENSTEIN IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE REQUEST REGARDING THE FILING OF EXHIBITS 3 AND 8 TO THE DECLARATION OF WILLOW E. RADCLIFFE IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR PROTECTIVE ORDER PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(c) UNDER SEAL |
| | DATE:        N/A<br>TIME:        N/A<br>COURTROOM:   The Honorable<br>            Joseph C. Spero |

1       I, ELI R. GREENSTEIN, declare as follows:

2       1.    I am an attorney duly licensed to practice before all of the courts of the State of California. I am associated with the law firm of Lerach Coughlin Stoia Geller Rudman & Robbins LLP, one of the counsel of record for plaintiffs in the above-entitled action. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

      2.    I submit this declaration in support of plaintiffs' administrative request regarding the filing of Exhibits 3 and 8 to the Declaration of Willow E. Radcliffe in Support of Plaintiffs' Opposition to Defendants' Motion for Protective Order Pursuant to Federal Rule of Civil Procedure 26(c) Under Seal.

      3.    Exhibits 3 and 8 disclose purportedly "confidential" information.

      4.    Attached as Exhibit A is a true and correct copy of the Revised Stipulated Protective Order Governing Confidentiality entered by the Court on January 11, 2005.

      I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 6th day of January, 2006, at San Francisco, California.

                                                        /s/ Eli R. Greenstein
                                                         ELI R. GREENSTEIN

I, Willow E. Radcliffe, am the ECF User whose ID and password are being used to file this Declaration of Eli R. Greenstein in Support of Plaintiffs' Administrative Request Regarding the Filing of Exhibits 3 and 8 to the Declaration of Willow E. Radcliffe in Support of Plaintiffs' Opposition to Defendants' Motion for Protective Order Pursuant to Federal Rule of Civil Procedure 26(c) Under Seal. In compliance with General Order 45, X.B., I hereby attest that Eli R. Greenstein has concurred in this filing.

T:\CasesSF\Oracle3\DEC00027115.doc

**DECLARATION OF SERVICE BY E-FILING AND U.S. MAIL**

I, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, a citizen of the United States and employed in the City and County of San Francisco, over the age of 18 years, and not a party to or interested party in the within action; that declarant's business address is 100 Pine Street, Suite 2600, San Francisco, California 94111.

2. That on January 6, 2006, declarant served by e-filing pursuant to N.D. of Cal. General Order No. 45, Electronic Case Filing Guidelines Sec. IX and U.S. Mail the DECLARATION OF ELI R. GREENSTEIN IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE REQUEST REGARDING THE FILING OF EXHIBITS 3 AND 8 TO THE DECLARATION OF WILLOW E. RADCLIFFE IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR PROTECTIVE ORDER PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(C) UNDER SEAL to the parties listed on the attached Service List.

3. That there is a regular communication by mail between the place of mailing and the places so addressed.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 6th day of January, 2006, at San Francisco, California.

                                                  /s/ Ruth A. Cameron
                                                RUTH A. CAMERON

ORACLE III (LEAD)

Service List- 1/6/2006         (201-064-1)

Page 1 of 1

**Counsel For Defendant(s)**

| | |
|---|---|
| Donald M. Falk<br>Lee H. Rubin<br>Shirish Gupta<br>Mayer, Brown, Rowe & Maw LLP<br>Two Palo Alto Square, Suite 300<br>Palo Alto, CA 94306<br>　650/331-2000<br>　650/331-2060 (Fax)<br>　dfalk@mayerbrown.com<br>　lrubin@mayerbrown.com<br>　sgupta@mayerbrown.com | Alan N. Salpeter<br>Javier H. Rubinstein<br>Vincent (Trace) P. Schmeltz, III<br>Mayer, Brown, Rowe & Maw LLP<br>71 South Wacker Drive<br>Chicago, IL 60606<br>　312/782-0600<br>　312/701-7711 (Fax)<br>　jrubinstein@mayerbrown.com<br>　tschmeltz@mayerbrown.com |

Dorian Daley
James C. Maroulis
Oracle Corporation
500 Oracle Parkway, Mail Stop 50P7
Redwood City, CA 94065
　650/506-5200
　650/506-7114 (Fax)
　jim.maroulis@oracle.com

**Counsel For Plaintiff(s)**

| | |
|---|---|
| Mark Solomon<br>Douglas R. Britton<br>Valerie L. McLaughlin<br>Lerach Coughlin Stoia Geller<br>　Rudman & Robbins LLP<br>655 West Broadway, Suite 1900<br>San Diego, CA 92101<br>　619/231-1058<br>　619/231-7423 (Fax)<br>　msolomon@lerachlaw.com<br>　dbritton@lerachlaw.com<br>　vmclaughlin@lerachlaw.com | Sanford Svetcov<br>Shawn A. Williams<br>Willow E. Radcliffe<br>Lerach Coughlin Stoia Geller<br>　Rudman &<br>Robbins LLP<br>100 Pine Street, Suite 2600<br>San Francisco, CA 94111-5238<br>　415/288-4545<br>　415/288-4534 (Fax)<br>　ssvetcov@lerachlaw.com<br>　swilliams@lerachlaw.com<br>　wradcliffe@lerachlaw.com |

T:\CasesSF\Oracle3\service list for efiling.doc