1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| In re ORACLE CORPORATION SECURITIES LITIGATION | ) ) ) | Master File No. C-01-0988-MJJ (JCS) |
|---|---|---|
| | ) | CLASS ACTION |
| This Document Relates To: | ) ) | **DISCOVERY MATTER** |
| ALL ACTIONS. | ) ) | [PROPOSED] SEALING ORDER |

1       Having considered the papers regarding Plaintiffs' Administrative Request Regarding the Filing of Exhibits 3 and 8 to the Declaration of Willow E. Radcliffe in Support of Plaintiffs' Opposition to Defendants' Motion for Protective Order Pursuant to Federal Rule of Civil Procedure 26(c) Under Seal, and finding good cause therefor;

      Exhibits 3 and 8 attached to the Declaration of Willow E. Radcliffe in Support of Plaintiffs' Opposition to Defendants' Motion for Protective Order Pursuant to Federal Rule of Civil Procedure 26(c) are hereby sealed.

      IT IS SO ORDERED.

DATED: _____

                                         THE HONORABLE JOSEPH C. SPERO
                                         UNITED STATES MAGISTRATE JUDGE

Submitted by:

DATED: January 6, 2006

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SHAWN A. WILLIAMS
WILLOW E. RADCLIFFE
ELI R. GREENSTEIN
JENNIE LEE ANDERSON
MONIQUE C. WINKLER
/s/ Willow E. Radcliffe
WILLOW E. RADCLIFFE

    /s/ Willow E. Radcliffe
     WILLOW E. RADCLIFFE

100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)

1 | LERACH COUGHLIN STOIA GELLER
2 |       RUDMAN & ROBBINS LLP
   | MARK SOLOMON
3 | DOUGLAS R. BRITTON
   | VALERIE L. McLAUGHLIN
4 | GAVIN M. BOWIE
   | 655 West Broadway, Suite 1900
5 | San Diego, CA  92101
   | Telephone:  619/231-1058
6 | 619/231-7423 (fax)

7 | Lead Counsel for Plaintiffs

8 | T:\CasesSF\Oracle3\ORD00027118.doc

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] SEALING ORDER - C-01-0988-MJJ (JCS)                                          - 2 -

**DECLARATION OF SERVICE BY E-FILING AND U.S. MAIL**

I, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, a citizen of the United States and employed in the City and County of San Francisco, over the age of 18 years, and not a party to or interested party in the within action; that declarant's business address is 100 Pine Street, Suite 2600, San Francisco, California 94111.

2. That on January 6, 2006, declarant served by e-filing pursuant to N.D. of Cal. General Order No. 45, Electronic Case Filing Guidelines Sec. IX and U.S. Mail the [PROPOSED] SEALING ORDER to the parties listed on the attached Service List.

3. That there is a regular communication by mail between the place of mailing and the places so addressed.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 6th day of January, 2006, at San Francisco, California.

          /s/ Ruth A. Cameron
          RUTH A. CAMERON

ORACLE III (LEAD)

Service List- 1/6/2006        (201-064-1)

Page 1 of 1

**Counsel For Defendant(s)**

| | |
|---|---|
| Donald M. Falk | Alan N. Salpeter |
| Lee H. Rubin | Javier H. Rubinstein |
| Shirish Gupta | Vincent (Trace) P. Schmeltz, III |
| Mayer, Brown, Rowe & Maw LLP | Mayer, Brown, Rowe & Maw LLP |
| Two Palo Alto Square, Suite 300 | 71 South Wacker Drive |
| Palo Alto, CA 94306 | Chicago, IL 60606 |
|   650/331-2000 |   312/782-0600 |
|   650/331-2060 (Fax) |   312/701-7711 (Fax) |
|   dfalk@mayerbrown.com |   jrubinstein@mayerbrown.com |
|   lrubin@mayerbrown.com |   tschmeltz@mayerbrown.com |
|   sgupta@mayerbrown.com | |

Dorian Daley
James C. Maroulis
Oracle Corporation
500 Oracle Parkway, Mail Stop 50P7
Redwood City, CA 94065
  650/506-5200
  650/506-7114 (Fax)
  jim.maroulis@oracle.com

**Counsel For Plaintiff(s)**

| | |
|---|---|
| Mark Solomon | Sanford Svetcov |
| Douglas R. Britton | Shawn A. Williams |
| Valerie L. McLaughlin | Willow E. Radcliffe |
| Lerach Coughlin Stoia Geller | Lerach Coughlin Stoia Geller |
|  Rudman & Robbins LLP |  Rudman & Robbins LLP |
| 655 West Broadway, Suite 1900 | 100 Pine Street, Suite 2600 |
| San Diego, CA 92101 | San Francisco, CA 94111-5238 |
|   619/231-1058 |   415/288-4545 |
|   619/231-7423 (Fax) |   415/288-4534 (Fax) |
|   msolomon@lerachlaw.com |   ssvetcov@lerachlaw.com |
|   dbritton@lerachlaw.com |   swilliams@lerachlaw.com |
|   vmclaughlin@lerachlaw.com |   wradcliffe@lerachlaw.com |

T:\CasesSF\Oracle3\service list for efiling.doc