UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION | ) ) ) Master File No. C-01-0988-MJJ (JCS) |
| | ) CLASS ACTION |
| This Document Relates To: | ) DISCOVERY MATTER |
| ALL ACTIONS. | ) [PROPOSED] SEALING ORDER |

Having considered the papers regarding Plaintiffs' Administrative Request Regarding the Filing of Exhibits 3 and 8 to the Declaration of Willow E. Radcliffe in Support of Plaintiffs' Opposition to Defendants' Motion for Protective Order Pursuant to Federal Rule of Civil Procedure 26(c) Under Seal, and finding good cause therefor;

Exhibits 3 and 8 attached to the Declaration of Willow E. Radcliffe in Support of Plaintiffs' Opposition to Defendants' Motion for Protective Order Pursuant to Federal Rule of Civil Procedure 26(c) are hereby sealed.

IT IS SO ORDERED.

DATED: January 12, 2006

THE HONORABLE JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE

Submitted by:

DATED: January 6, 2006

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SHAWN A. WILLIAMS
WILLOW E. RADCLIFFE
ELI R. GREENSTEIN
JENNIE LEE ANDERSON
MONIQUE C. WINKLER
/s/ Willow E. Radcliffe
WILLOW E. RADCLIFFE

   /s/ Willow E. Radcliffe
    WILLOW E. RADCLIFFE

100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)

[PROPOSED] SEALING ORDER - C-01-0988-MJJ (JCS)   - 1 -

LERACH COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
MARK SOLOMON
DOUGLAS R. BRITTON
VALERIE L. McLAUGHLIN
GAVIN M. BOWIE
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

Lead Counsel for Plaintiffs

T:\CasesSF\Oracle3\ORD00027118.doc

[PROPOSED] SEALING ORDER - C-01-0988-MJJ (JCS)    - 2 -

## DECLARATION OF SERVICE BY E-FILING AND U.S. MAIL

I, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, a citizen of the United States and employed in the City and County of San Francisco, over the age of 18 years, and not a party to or interested party in the within action; that declarant's business address is 100 Pine Street, Suite 2600, San Francisco, California 94111.

2. That on January 6, 2006, declarant served by e-filing pursuant to N.D. of Cal. General Order No. 45, Electronic Case Filing Guidelines Sec. IX and U.S. Mail the [PROPOSED] SEALING ORDER to the parties listed on the attached Service List.

3. That there is a regular communication by mail between the place of mailing and the places so addressed.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 6th day of January, 2006, at San Francisco, California.

                                                  /s/ Ruth A. Cameron
                                                  RUTH A. CAMERON

ORACLE III (LEAD)

Service List- 1/6/2006 (201-064-1)

Page 1 of 1

**Counsel For Defendant(s)**

Donald M. Falk
Lee H. Rubin
Shirish Gupta
Mayer, Brown, Rowe & Maw LLP
Two Palo Alto Square, Suite 300
Palo Alto, CA 94306
   650/331-2000
   650/331-2060 (Fax)
   dfalk@mayerbrown.com
   lrubin@mayerbrown.com
   sgupta@mayerbrown.com

Alan N. Salpeter
Javier H. Rubinstein
Vincent (Trace) P. Schmeltz, III
Mayer, Brown, Rowe & Maw LLP
71 South Wacker Drive
Chicago, IL 60606
   312/782-0600
   312/701-7711 (Fax)
   jrubinstein@mayerbrown.com
   tschmeltz@mayerbrown.com

Dorian Daley
James C. Maroulis
Oracle Corporation
500 Oracle Parkway, Mail Stop 50P7
Redwood City, CA 94065
   650/506-5200
   650/506-7114 (Fax)
   jim.maroulis@oracle.com

**Counsel For Plaintiff(s)**

Mark Solomon
Douglas R. Britton
Valerie L. McLaughlin
Lerach Coughlin Stoia Geller
 Rudman & Robbins LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
   619/231-1058
   619/231-7423 (Fax)
   msolomon@lerachlaw.com
   dbritton@lerachlaw.com
   vmclaughlin@lerachlaw.com

Sanford Svetcov
Shawn A. Williams
Willow E. Radcliffe
Lerach Coughlin Stoia Geller
 Rudman &
Robbins LLP
100 Pine Street, Suite 2600
San Francisco, CA 94111-5238
   415/288-4545
   415/288-4534 (Fax)
   ssvetcov@lerachlaw.com
   swilliams@lerachlaw.com
   wradcliffe@lerachlaw.com

T:\CasesSF\Oracle3\service list for efiling.doc