E-filing

**FILED**

JAN 1 2 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION | ) Master File No. C-01-0988-MJJ<br>)<br>) CLASS ACTION |
| This Document Relates To:<br><br>ALL ACTIONS. | ) [~~PROPOSED~~] ORDER GRANTING<br>) PLAINTIFFS' UNOPPOSED MOTION FOR<br>) ADMINISTRATIVE RELIEF TO EXCEED<br>) PAGE LIMITS FOR PLAINTIFFS' REPLY<br>) BRIEF IN SUPPORT OF CLASS<br>) CERTIFICATION |

DATE: November 1, 2005
TIME: 9:30 a.m.
COURTROOM: The Honorable
Martin J. Jenkins

1  The Court, having reviewed Plaintiffs' Unopposed Motion for Administrative Relief to
2  Exceed Page Limits for Plaintiffs' Reply Brief in Support of Class Certification, hereby orders as
3  follows:
4  1.   Plaintiffs' reply brief shall not exceed 25 pages, not including supporting declarations
5  and exhibits.
6  IT IS SO ORDERED.

DATED: 1/12/2006

THE HONORABLE MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE

Submitted by:

DATED: August 12, 2005

LERACH COUGHLIN STOIA GELLER
 RUDMAN & ROBBINS LLP
SHAWN A. WILLIAMS
WILLOW E. RADCLIFFE
ELI R. GREENSTEIN
JENNIE LEE ANDERSON
MONIQUE C. WINKLER


           /s/Eli R. Greenstein
             ELI R. GREENSTEIN

100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone: 415/288-4545
415/288-4534 (fax)

LERACH COUGHLIN STOIA GELLER
 RUDMAN & ROBBINS LLP
WILLIAM S. LERACH
MARK SOLOMON
DOUGLAS R. BRITTON
401 B Street, Suite 1600
San Diego, CA  92101
Telephone: 619/231-1058
619/231-7423 (fax)

Lead Counsel for Plaintiffs

T:\CasesSF\Oracle3\ORD00023508.doc

[PROPOSED] ORD GRANTING PLTFS' UNOPPOSED MTN FOR ADMIN RELIEF TO
EXCEED PAGE LIMITS FOR REPLY BRF IN SUPPORT OF CLASS CERT - C-01-0988-MJJ      - 1 -