1  MAYER, BROWN, ROWE & MAW LLP
   Donald M. Falk (SBN 150256)
2  Lee H. Rubin (SBN 141331)
   Shirish Gupta (SBN 205584)
3  Two Palo Alto Square, Suite 300
   Palo Alto, California 94306
4  Telephone:    (650) 331-2000
   Facsimile:    (650) 331-2060
5  lrubin@mayerbrownrowe.com

6  MAYER, BROWN, ROWE & MAW LLP
   Alan N. Salpeter (admitted *pro hac vice*)
7  Javier Rubinstein (admitted *pro hac vice*)
   Vincent P. Schmeltz III (admitted *pro hac vice*)
8  71 South Wacker Drive
   Chicago, IL 60606-4637
9  Telephone:    (312) 782-0600
   Facsimile:    (312) 701-7711
10 jrubinstein@mayerbrownrowe.com

11 Attorneys for Defendants ORACLE CORPORATION, LAWRENCE J.
   ELLISON, JEFFREY O. HENLEY, AND EDWARD J. SANDERSON
12

13 ORACLE CORPORATION
   Dorian Daley (SBN 129049)
14 James C. Maroulis (SBN 208316)
   500 Oracle Parkway
15 Mailstop 5OP7
   Redwood Shores, California 94065
16 Telephone:    (650) 506-5200
   Facsimile:    (650) 506-7114
17 jim.maroulis@oracle.com

18 Attorneys for Defendant ORACLE CORPORATION

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA -SAN FRANCISCO DIVISION

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION, | Case No. C-01-0988-MJJ (JCS) (Consolidated) |
| This Documents Relates To: | **DISCOVERY MATTER** |
| ALL ACTIONS | **SUPPLEMENTAL DECLARATION OF VINCENT P. SCHMELTZ III IN FURTHER SUPPORT OF DEFENDANTS' MOTION FOR A PROTECTIVE ORDER** |
| | **Magistrate Judge Joseph C. Spero** |
| | Date: January 27, 2006<br>Time: 1:30 p.m.<br>15th Floor, Courtroom A |

**SUPPLEMENTAL DECLARATION OF VINCENT P. SCHMELTZ III**

I, VINCENT P. SCHMELTZ III, declare and state that:

1. I am an attorney admitted *pro hac vice* in the above-captioned matter and am a Partner with the law firm of Mayer, Brown, Rowe & Maw LLP, counsel for Defendants Oracle Corporation, Lawrence J. Ellison, Jeffrey O. Henley and Edward J. Sanderson (collectively "Defendants"). I have personal knowledge of the facts set forth in this Supplemental Declaration and, if called upon, could testify competently thereto.

2. I make this Supplemental Declaration in further support of Defendants' Motion for a Protective Order Pursuant to Fed. R. Civ. P. 26(c) and in support of Defendants' Reply in Support of Motion for a Protective Order Pursuant to Fed. R. Civ. P. 26(c).

3. Attached hereto as Exhibit 1 is a true and correct copy of the Parties' Joint Discovery Plan, dated February 23, 2005. Lead trial counsel for both parties met, in person, to develop this Joint Discovery Plan on February 18, 2005.

4. Attached hereto as Exhibit 2 is a true and correct copy of the American Institute of Certified Public Accountants' Professional Standards, AU Section 339, entitled Audit Documentation.

5. On July 27, 2005, I participated in an in-person meet-and-confer with Plaintiffs' counsel concerning, among other things, modifying the March 10, 2005 Discovery Plan to encompass a full set of year-end and quarterly review workpapers (relating to the relevant period of June 1, 2000 through June 1, 2001) from Oracle Corporation's auditors, Arthur Andersen LLP ("Andersen") and Ernst & Young LLP. On December 8, 2005, following this meet-and-confer, Plaintiffs brought a motion to compel Andersen to produce a complete set of workpapers without any further in-person meet and confer with Defendants.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct and that this Supplemental Declaration was executed on January 13, 2006, in Chicago, Illinois.

/s/ Vincent P. Schmeltz III
Vincent P. Schmeltz III