

# Ministry of Justice
Civil and Police Department

**'1 3 JAN. 2006**

United States District Court
Att. Joseph C. Spero
Northern District of California - San Francisco Division
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102

USA

Date:

Civil Law Division
Vivian Justesen
Our ref.:        2005-4012-0708
Doc.:            VJU41673

+ enclosure

With reference to the request for International Judicial Assistance Pursuant to the Hague Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters regarding the testimony of Trine S. Kammer (Case No. C-01-0988-MJJ (JCS) and paragraph 12 herein, the Ministry of Justice hereby enclose a copy of the relevant documents from the Court of Frederiksberg.

On behalf of the Minister
by Order

Vivian Justesen
Kontorfuldmægtig

Retten på Frederiksberg



Justitsministeriet
Civil- og Politiafdelingen
Slotsholmsgade 10
1216  København K

**Jmt. Mdt.**

**1 1 JAN. 2006**

Retsafdelingen
Howitzvej 32
2000 Frederiksberg
Åbent kl. 09.00 - 15.00
Tlf.: 38 14 54 40
Fax 38 14 54 98
Danske Bank reg.nr. 4530
4530972658

CVR-nummer 21-65-95-09

Sagsnr.BS 1-1216/2005
Deres j.nr.2005-4012-0708

**Vedr.: Deres sagsnr. 2005-4012-0708 - subsidiær afhøring af Trine Kammer**   9. januar 2006

Retten på Frederiksberg har modtaget den anmodning om vidneafhøring,
som De har sendt videre til retten ved brev af 20. december 2005.

Retten har fastsat et forberedende møde i sagen fredag den 10. februar 2006
kl. 13.15 i retssal E, Howitzvej 32, 2. sal tv., 2000 Frederiksberg.

Det fremgår af punkt 12 i anmodningen, at United States District Court,
For The Northern District of California ønsker at blive underrettet om rets-
møder i sagen via Justitsministeriet.

Kopi af rettens indkaldelser til parternes advokater er vedlagt og bedes sendt
videre til Retten i Californien til orientering.

Såfremt De har spørgsmål, er De velkommen til at kontakte retten.

Med venlig hilsen

Christina Elisabeth Ringvard
dommerfuldmægtig

**Akt.nr.**
Justitsministeriet **20** ⌀ **NR.** 4012 - 0708
Civilkontoret

Retten på Frederiksberg

Lerach,Coughlin,Stoia, Geller Rudman & Robbins LLP
Shawn A. Williams,Willow E. Radcliffe, Eli R. Greenstein
100 Pine Street, Suite 2600
San Francisco, CA 94111
USA

Retsafdelingen
Howitzvej 32
2000 Frederiksberg
Åbent kl. 09.00 - 15.00
Tlf.: 38 14 54 40
Fax 38 14 54 98
Danske Bank reg.nr. 4530
4530972658

CVR-nummer 21-65-95-09

Sagsnr.BS 1-1216/2005

**RE: Preparatory meeting regarding a letter of request to depose Danish citezen.**

9. januar 2006

The County Court of Frederiksberg has recieved a letter of request issued persuant to The Hague Evidence Convention.

Oracle Coporation seek to depose a Danish resident in connection with the case 1199 SEIU Greater New York Pension Fund, UFCW Local 56 Retail Meat Pension Fund, Drifton Finance Corporation and Robert D. Sawyer, Dzung Chu and Ryan Kuemichel against Oracle Corporation.

The County Court of Frederiksberg has decided to hold a preparatory court meeting friday 10. february 2006 01.15 p.m. in court room E in the County Court of Frederiksberg, Howitzvej 32, 2000 Frederiksberg, Denmark. Under Danish law the persons who requests the deposition of a witness are obligated to attend the meeting. If they fail to attend the meeting the case will be dismissed by the County Court of Frederiksberg. The Court meeting will be held in Dansish. You are welcome to be represented by a Danish lawyer or to have an interpretor present during the meeting.

The purpose of the meeting is to clarify the themes of the testimony (see no. 7 in the letter of request) and to discuss the compatibility and practicalities concerning the speciel measures and procedures requested in no. 7 of the letter of request.

Moreover the court has requested, that the witness Trine S. Kammer attends the meeting and produces the documents mentioned in no. 10 of the letter of request, if she has these documents in her possession and are able to identify the documents mentioned in your request. During the meeting the court will set a date for the deposition of the witness.

Please find enclosed a copy of the Danish court record in with the court has decided to hold the preparatory meeting mentionend above, and a copy of the letter of request.

Yours sincerely,

Christina Ringyard

deputy judge

Retten på Frederiksberg



Donald M. Falk
Lee H. Rubin
Shirish Gupta
Mayer, Brown, Row & Maw LLP
Two Palo Alto Square, Suite 300
Palo Alto, California 94306.
USA

Retsafdelingen
Howitzvej 32
2000 Frederiksberg
Åbent kl. 09.00 - 15.00
Tlf.: 38 14 54 40
Fax 38 14 54 98
Danske Bank reg.nr. 4530
4530972658

CVR-nummer 21-65-95-09

Sagsnr.BS 1-1216/2005

**RE: Preparatory meeting regarding your letter of request to depose Danish citezen.**

9. januar 2006

The County Court of Frederiksberg has from the office of Mayer, Brown Row & Maw in Chicago recieved a letter of request issued persuant to The Hague Evidence Convention.

You seek to depose a Danish resident in connection with the case 1199 SEIU Greater New York Pension Fund, UFCW Local 56 Retail Meat Pension Fund, Drifton Finance Corporation and Robert D. Sawyer, Dzung Chu and Ryan Kuemichel against Oracle Corporation.

The County Court of Frederiksberg has decided to hold a preparatory court meeting friday 10. february 2006 01.15 p.m. in court room E in the County Court of Frederiksberg, Howitzvej 32, 2000 Frederiksberg, Denmark. Under Danish law the persons who requests the deposition of a witness are obligated to attend the meeting. If they fail to attend the meeting the case will be dismissed by the County Court of Frederiksberg. The Court meeting will be held in Dansish. You are welcome to be represented by a Danish laywer or to have an interpretor present during the meeting.

The purpose of the meeting is to clarify the themes of the testimony (see no. 7 in the letter of request) and to discuss the compatibility and practicalities concerning the speciel measures and procedures requested in no. 7 of the letter of request.

Moreover the court has requested, that the witness Trine S. Kammer attends the meeting and produces the documents mentioned in no. 10 of the letter of request, if she has these documents in her possession and are able to identify the documents mentioned in your request. During the meeting the court will set a date for the deposition of the witness.

Please find enclosed a copy of the Danish court record in with the court has decided to hold the preparatory meeting mentionend above.

Yours sincerely,

Christina Ringvard

deputy judge