# Retten på Frederiksberg

Mayer, Brown, Rowe & Maw LLP
Alan N. Salpeter
Javier Rubinstein
Vincent P. Schmeltz
71 South Wacker Drive
Chicago, IL, 60606-4637
USA

Retsafdelingen
Howitzvej 32
2000 Frederiksberg
Åbent kl. 09.00 - 15.00
Tlf.: 38 14 54 40
Fax 38 14 54 98
Danske Bank reg.nr. 4530
4530972658

CVR-nummer 21-65-95-09

Sagsnr.BS 1-1216/2005

**RE: Preparatory meeting regarding your letter of request to depose Danish citezen.**

9. januar 2006

The County Court of Frederiksberg has recieved your letter of request issued persuant to The Hague Evidence Convention.

You seek to depose a Danish resident in connection with the case 1199 SEIU Greater New York Pension Fund, UFCW Local 56 Retail Meat Pension Fund, Drifton Finance Corporation and Robert D. Sawyer, Dzung Chu and Ryan Kuemichel against Oracle Corporation.

The County Court of Frederiksberg has decided to hold a preparatory court meeting friday 10. february 2006 01.15 p.m. in court room E in the County Court of Frederiksberg, Howitzvej 32, 2000 Frederiksberg, Denmark. Under Danish law the persons who requests the deposition of a witness are obligated to attend the meeting. If they fail to attend the meeting the case will be dismissed by the County Court of Frederiksberg. The Court meeting will be held in Dansish. You are welcome to be represented by a Danish lawyer or to have an interpretor present during the meeting.

The purpose of the meeting is to clarify the themes of the testimony (see no. 7 in the letter of request) and to discuss the compatibility and practicalities concerning the speciel measures and procedures requested in no. 7 of the letter of request.

Moreover the court has requested, that the witness Trine S. Kammer attends the meeting and produces the documents mentioned in no. 10 of the letter of request, if she has these documents in her possession and are able to identify the documents mentioned in your request. During the meeting the court will set a date for the deposition of the witness.

Please find enclosed a copy of the Danish court record in with the court has decided to hold the preparatory meeting mentionend above.

Yours sincerely,

*Christina Ringvard*
deputy judge