LERACH COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
MARK SOLOMON (151949)
DOUGLAS R. BRITTON (188769)
VALERIE L. McLAUGHLIN (191916)
GAVIN M. BOWIE (235532)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
MarkS@lerachlaw.com
DougB@lerachlaw.com
ValerieM@lerachlaw.com
– and –
SHAWN A. WILLIAMS (213113)
WILLOW E. RADCLIFFE (200087)
ELI R. GREENSTEIN (217945)
JENNIE LEE ANDERSON (203586)
MONIQUE C. WINKLER (213031)
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)
ShawnW@lerachlaw.com
WillowR@lerachlaw.com
EliG@lerachlaw.com
JennieA@lerachlaw.com
MoniqueW@lerachlaw.com

Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION | Master File No. C-01-0988-MJJ (JCS) |
| | DISCOVERY MATTER |
| This Document Relates To: | CLASS ACTION |
| ALL ACTIONS. | SUPPLEMENTAL DECLARATION OF WILLOW E. RADCLIFFE IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR PROTECTIVE ORDER PURSUANT TO FED. R. CIV. P. 26(c) |

DATE: February 27, 2006
TIME: 1:30 p.m.
COURTROOM: The Honorable Joseph C. Spero

I, WILLOW E. RADCLIFFE, declare as follows:

1. I am an attorney duly licensed to practice before all of the courts of the State of California. I am associated with the law firm of Lerach Coughlin Stoia Geller Rudman & Robbins LLP, counsel of record for plaintiffs in the above-entitled action. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. On January 13, 2006, defendants filed their Reply in Support of Motion for a Protective Order Pursuant to Fed. R. Civ. P. 26(c) ("Reply"). Defendants assert in their Reply that plaintiffs should have deposed Arthur Andersen LLP ("Andersen") prior to filing a motion to compel Andersen to produce documents responsive to plaintiffs' discovery requests. *See* Reply at 6-7.

3. Prior to filing plaintiffs' motion to compel on December 8, 2005, I met-and-conferred telephonically with Ms. Melissa Widen, in-house counsel for Andersen. During the conversation Ms. Widen conveyed to me that there was no person currently employed by Andersen that worked on the Oracle Corporation ("Oracle") engagement.

4. On or about January 19, 2006, after reviewing Oracle's Reply, I again spoke with Ms. Widen telephonically, during the conversation she confirmed that there is no person currently employed by Andersen that could testify as to the substantive information contained in the documents relating to Andersen's professional services for Oracle. Instead, the only employees left at Andersen are attorneys, support staff and a few consultants.

5. During that same January 19, 2006 conversation, Ms. Widen further indicated that pursuant to the December 22, 2005 agreement between Andersen and plaintiffs, the documents have been copied by IKON and were ready for production.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 23rd day of January, 2006, at San Francisco, California.

/s/ Willow E. Radcliffe
WILLOW E. RADCLIFFE

T:\CasesSF\Oracle3\DEC00027463.doc

**DECLARATION OF SERVICE BY E-FILING AND U.S. MAIL**

I, the undersigned, declare:

6. That declarant is and was, at all times herein mentioned, a citizen of the United States and employed in the City and County of San Francisco, over the age of 18 years, and not a party to or interested party in the within action; that declarant's business address is 100 Pine Street, Suite 2600, San Francisco, California 94111.

7. That on January 23, 2006, declarant served by e-filing pursuant to N.D. of Cal. General Order No. 45, Electronic Case Filing Guidelines Sec. IX and U.S. Mail the **SUPPLEMENTAL DECLARATION OF WILLOW E. RADCLIFFE IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR PROTECTIVE ORDER PURSUANT TO FED. R. CIV. P. 26(C)** to the parties listed on the attached Service List.

8. That there is a regular communication by mail between the place of mailing and the places so addressed.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 23rd day of January, 2006, at San Francisco, California.

/s/ Cynthia Sheppard
CYNTHIA SHEPPARD

ORACLE III (LEAD)
Service List - 1/23/2006 (201-064-1)
Page 1 of 1

**Counsel For Defendant(s)**

Donald M. Falk
Lee H. Rubin
Shirish Gupta
Mayer, Brown, Rowe & Maw LLP
Two Palo Alto Square, Suite 300
Palo Alto, CA 94306
650/331-2000
650/331-2060 (Fax)

Alan N. Salpeter
Javier H. Rubinstein
Mayer, Brown, Rowe & Maw LLP
71 South Wacker Drive
Chicago, IL 60606
312/782-0600
312/701-7711 (Fax)

Dorian Daley
James C. Maroulis
Oracle Corporation
500 Oracle Parkway, Mail Stop 50P7
Redwood City, CA 94065
650/506-5200
650/506-7114 (Fax)

**Counsel For Plaintiff(s)**

Mark Solomon
Douglas R. Britton
Valerie L. McLaughlin
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
619/231-1058
619/231-7423 (Fax)

Sanford Svetcov
Shawn A. Williams
Willow E. Radcliffe
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
100 Pine Street, Suite 2600
San Francisco, CA 94111-5238
415/288-4545
415/288-4534 (Fax)