LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
MARK SOLOMON (151949)
DOUGLAS R. BRITTON (188769)
VALERIE L. McLAUGHLIN (191916)
GAVIN M. BOWIE (235532)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
MarkS@lerachlaw.com
DougB@lerachlaw.com
ValerieM@lerachlaw.com
        – and –
SHAWN A. WILLIAMS (213113)
WILLOW E. RADCLIFFE (200087)
ELI R. GREENSTEIN (217945)
JENNIE LEE ANDERSON (203586)
MONIQUE C. WINKLER (213031)
100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)
ShawnW@lerachlaw.com
WillowR@lerachlaw.com
EliG@lerachlaw.com
JennieA@lerachlaw.com
MoniqueW@lerachlaw.com

Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION | ) Master File No. C-01-0988-MJJ ) ) <u>CLASS ACTION</u> ) |
| This Document Relates To: ALL ACTIONS. | ) STIPULATION AND [PROPOSED] ORDER ) TO RESET HEARING ON MOTION FOR ) CLASS CERTIFICATION ) |

1   Pursuant to Civil L.R. 6-2 and Civil L.R. 7-12, Plaintiffs and Defendants stipulate as follows:

2   1.   This stipulation and proposed order addresses the hearing date for Plaintiffs' Motion
3   for Class Certification. Pursuant to the Court's Order to Set/Reset Hearings of January 4, 2006, the
4   hearing on Plaintiffs' Motion for Class Certification is currently scheduled for March 7, 2006 at 9:30
5   a.m.

6   2.   Because the current hearing date of March 7, 2006 conflicts with Lead Counsel for
7   Plaintiffs prior, out-of-state commitment for the same date, Plaintiffs seek to reschedule the hearing
8   date to March 14, 2006 at 9:30 a.m. *See* Declaration of Mark Solomon in Support of Stipulation and
9   [Proposed] Order to Reset Hearing on Motion for Class Certification ¶4. Defendants have agreed to
10  push back the hearing date for Plaintiffs' Motion for Class Certification by one week.

11  3.   Accordingly, the parties hereby stipulate and respectfully request that the Court
12  reschedule the hearing date on Plaintiffs' Motion for Class Certification for March 14, 2006.

13  IT IS SO STIPULATED.

14  DATED: January 24, 2006            LERACH COUGHLIN STOIA GELLER
                                         RUDMAN & ROBBINS LLP
15                                     MARK SOLOMON
                                       DOUGLAS R. BRITTON
16                                     VALERIE L. McLAUGHLIN
                                       GAVIN M. BOWIE
17

18
                                           S/ MARK SOLOMON
19                                           MARK SOLOMON

20                                     655 West Broadway, Suite 1900
                                       San Diego, CA  92101
21                                     Telephone:  619/231-1058
                                       619/231-7423 (fax)
22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER TO RESET HEARING ON MOTION FOR CLASS
CERTIFICATION - C-01-0988-MJJ                                                     - 1 -

|   |   |
|---|---|
|   | LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP |
|   | SHAWN A. WILLIAMS |
|   | WILLOW E. RADCLIFFE |
|   | ELI R. GREENSTEIN |
|   | JENNIE LEE ANDERSON |
|   | MONIQUE C. WINKLER |
|   | 100 Pine Street, Suite 2600 |
|   | San Francisco, CA  94111 |
|   | Telephone:  415/288-4545 |
|   | 415/288-4534 (fax) |
|   | Lead Counsel for Plaintiffs |
| DATED:  January 24, 2006 | MAYER, BROWN, ROWE & MAW LLP ALAN N. SALPETER |

<u>        S/ ALAN N. SALPETER        </u>
ALAN N. SALPETER

71 South Wacker Drive
Chicago, IL  60606-4637
Telephone:  312/782-0600
312/701-7711 (fax)

Attorneys for Defendants

*Filer's Attestation: Pursuant to General Order No. 45, Section X(B), Mark Solomon hereby attests that the signatory's concurrence in the filing of this document has been obtained.*

\*       \*       \*

**O R D E R**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____    _____
THE HONORABLE MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE

S:\CasesSD\Oracle3\STP00027496.doc

STIPULATION AND [PROPOSED] ORDER TO RESET HEARING ON MOTION FOR CLASS CERTIFICATION - C-01-0988-MJJ — - 2 -

CERTIFICATE OF SERVICE

I hereby certify that on January 24, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

 s/ MARK SOLOMON
MARK SOLOMON

LERACH COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
E-mail:  marks@lerachlaw.com

# Mailing Information for a Case 3:01-cv-00988-MJJ

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jennie Lee Anderson**
  jenniea@lerachlaw.com

- **Eric J. Belfi**
  ebelfi@murrayfrank.com

- **Doug Britton**
  dougb@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Donald M. Falk**
  dfalk@mayerbrown.com

- **Eli Greenstein**
  Elig@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Shirish Gupta**
  sgupta@mayerbrownrowe.com jfdavis@mayerbrownrowe.com

- **Kirke M. Hasson**
  kirke.hasson@pillsburylaw.com

- **Reed R. Kathrein**
  reedk@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Nicole Lavallee**
  nlavallee@bermanesq.com

- **William S. Lerach**
  billl@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **James C. Maroulis**
  jim.maroulis@oracle.com

- **Shinyung Oh**
  shinyungoh@paulhastings.com sandradiluzio@paulhastings.com

- **Willow E. Radcliffe**
  willowr@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Darren J. Robbins**
  e_file_sd@lerachlaw.com e_file_sf@lerachlaw.com

- **Lee Howard Rubin**

    lrubin@mayerbrownrowe.com ttannis@mayerbrownrowe.com

- **Javier H. Rubinstein**
  jrubinstein@mayerbrownrowe.com gthompson@mayerbrownrowe.com

- **Vincent Paul Schmeltz, III**
  tschmeltz@mayerbrownrowe.com jfriedman@mayerbrownrowe.com

- **Sanna Rachel Singer**
  sanna.singer@pillsburylaw.com

- **Mark Solomon**
  marks@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Shawn A. Williams**
  shawnw@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Monique Winkler**
  MoniqueW@lerachlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Henry R. Chalmers
Arnall, Golden, Gregory, LLP.
171 17th Street.  N.W. #2100
Atlanta, GA 30363-1031

Dorian Daley
500 Oracle Parkway
Redwood City, CA 94065

Corey D. Holzer
Holzer Holzer & Cannon LLC
1117 Perimeter Center West
Suite E-107
Atlanta, GA 30338

Brian P. Murray
Murray Frank & Sailer LLP
275 Madison Avenue
Suite 801
New York, NY 10016

Alan Norris Salpeter
Mayer, Brown, Rowe & Maw
190 South LaSalle Street
Chicago, IL 60603
```