LERACH COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
MARK SOLOMON (151949)
DOUGLAS R. BRITTON (188769)
VALERIE L. McLAUGHLIN (191916)
GAVIN M. BOWIE (235532)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
MarkS@lerachlaw.com
DougB@lerachlaw.com
ValerieM@lerachlaw.com
– and –
SHAWN A. WILLIAMS (213113)
WILLOW E. RADCLIFFE (200087)
ELI R. GREENSTEIN (217945)
JENNIE LEE ANDERSON (203586)
MONIQUE C. WINKLER (213031)
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)
ShawnW@lerachlaw.com
WillowR@lerachlaw.com
EliG@lerachlaw.com
JennieA@lerachlaw.com
MoniqueW@lerachlaw.com

Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION | ) | Master File No. C-01-0988-MJJ |
| | ) | CLASS ACTION |
| This Document Relates To: | ) | DECLARATION OF MARK SOLOMON IN SUPPORT OF STIPULATION AND [PROPOSED] ORDER TO RESET HEARING ON MOTION FOR CLASS CERTIFICATION |
| ALL ACTIONS. | ) | |

I, MARK SOLOMON, declare as follows:

1. I am an attorney duly licensed to practice before all courts of the State of California. I am a member of the law firm of Lerach Coughlin Stoia Geller Rudman & Robbins LLP, one of the counsel of record for Plaintiffs in the above-titled action. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. I submit this declaration in support of the parties' Stipulation and [Proposed] Order to Reset Hearing on Motion for Class Certification.

3. Pursuant to the Court's Order to Set/Reset Hearings of January 4, 2006, the hearing on Plaintiffs' Motion for Class Certification is currently scheduled for March 7, 2006 at 9:30 a.m.

4. The current hearing date of March 7, 2006 conflicts with Lead Counsel for Plaintiffs prior, out-of-state commitment for the same date.

5. The hearing on Plaintiffs' Motion for Class Certification has been rescheduled several times by Court Order. It was originally scheduled for May 10, 2005. The hearing was then rescheduled for July 26, 2005. The Court then notified parties that the hearing date was reset for September 13, 2005. The Court ordered the hearing reset for November 1, 2005. The hearing was rescheduled for November 16, 2005 but was vacated by Court Order on November 10, 2005. On January 4, 2006, pursuant to the Court's Order to Set Reset Hearings, the hearing on Plaintiffs' Motion for Class Certification was scheduled for March 7, 2006.

6. Rescheduling the hearing date for Plaintiffs' Motion for Class Certification for March 14, 2006 will have no effect on the schedule for the case.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 24th day of January, 2006, at San Diego, California.

                                                                          S/ MARK SOLOMON
                                                                           MARK SOLOMON

S:\CasesSD\Oracle3\DEC00027495.doc

CERTIFICATE OF SERVICE

I hereby certify that on January 24, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ MARK SOLOMON
MARK SOLOMON

LERACH COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
E-mail: marks@lerachlaw.com

# Mailing Information for a Case 3:01-cv-00988-MJJ

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jennie Lee Anderson**
  jenniea@lerachlaw.com

- **Eric J. Belfi**
  ebelfi@murrayfrank.com

- **Doug Britton**
  dougb@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Donald M. Falk**
  dfalk@mayerbrown.com

- **Eli Greenstein**
  Elig@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Shirish Gupta**
  sgupta@mayerbrownrowe.com jfdavis@mayerbrownrowe.com

- **Kirke M. Hasson**
  kirke.hasson@pillsburylaw.com

- **Reed R. Kathrein**
  reedk@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Nicole Lavallee**
  nlavallee@bermanesq.com

- **William S. Lerach**
  billl@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **James C. Maroulis**
  jim.maroulis@oracle.com

- **Shinyung Oh**
  shinyungoh@paulhastings.com sandradiluzio@paulhastings.com

- **Willow E. Radcliffe**
  willowr@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Darren J. Robbins**
  e_file_sd@lerachlaw.com e_file_sf@lerachlaw.com

- **Lee Howard Rubin**

    lrubin@mayerbrownrowe.com ttannis@mayerbrownrowe.com

- **Javier H. Rubinstein**
  jrubinstein@mayerbrownrowe.com gthompson@mayerbrownrowe.com

- **Vincent Paul Schmeltz, III**
  tschmeltz@mayerbrownrowe.com jfriedman@mayerbrownrowe.com

- **Sanna Rachel Singer**
  sanna.singer@pillsburylaw.com

- **Mark Solomon**
  marks@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Shawn A. Williams**
  shawnw@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Monique Winkler**
  MoniqueW@lerachlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Henry R. Chalmers**
Arnall, Golden, Gregory, LLP.
171 17th Street. N.W. #2100
Atlanta, GA 30363-1031

**Dorian Daley**
500 Oracle Parkway
Redwood City, CA 94065

**Corey D. Holzer**
Holzer Holzer & Cannon LLC
1117 Perimeter Center West
Suite E-107
Atlanta, GA 30338

**Brian P. Murray**
Murray Frank & Sailer LLP
275 Madison Avenue
Suite 801
New York, NY 10016

**Alan Norris Salpeter**
Mayer, Brown, Rowe & Maw
190 South LaSalle Street
Chicago, IL 60603