**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE ORACLE SECURITIES LITIGATION | No. C01-0988 MJJ (JCS) |
| This Document Relates To:<br>ALL ACTIONS. | **ORDER WITHDRAWING WITHOUT PREJUDICE DEFENDANT'S MOTION FOR A PROTECTIVE ORDER [Docket No. 412]** |

IT IS HEREBY ORDERED that pursuant to the agreement of the parties, Defendants' Motion for A Protective Order is withdrawn without prejudice.

IT IS SO ORDERED.

Dated: January 30, 2006

_____
JOSEPH C. SPERO
United States Magistrate Judge