MAYER, BROWN, ROWE & MAW LLP
Donald M. Falk (SBN 150256)
Lee H. Rubin (SBN 141331)
Shirish Gupta (SBN 205584)
Two Palo Alto Square, Suite 300
Palo Alto, California 94306
Telephone:    (650) 331-2000
Facsimile:    (650) 331-2060
lrubin@mayerbrownrowe.com

MAYER, BROWN, ROWE & MAW LLP
Alan N. Salpeter (admitted *pro hac vice*)
Javier Rubinstein (admitted *pro hac vice*)
Vincent P. Schmeltz III (admitted *pro hac vice*)
71 South Wacker Drive
Chicago, IL  60606-4637
Telephone:    (312) 782-0600
Facsimile:    (312) 701-7711
jrubinstein@mayerbrownrowe.com

Attorneys for Defendants ORACLE CORPORATION, LAWRENCE
J. ELLISON, JEFFREY O. HENLEY, and EDWARD J. SANDERSON

ORACLE CORPORATION
Dorian Daley (SBN 129049)
James C. Maroulis (SBN 208316)
500 Oracle Parkway, Mailstop 5OP7
Redwood Shores, California 94065
Telephone:    (650) 506-5200
Facsimile:    (650) 506-7114
jim.maroulis@oracle.com

Attorneys for Defendant ORACLE CORPORATION

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE ORACLE CORPORATION SECURITIES LITIGATION<br><br><br><br><br>This Document Relates To:<br><br>ALL ACTIONS. | Case No. C-01-0988-MJJ (JCS)<br>(Consolidated)<br><br>**DISCOVERY MATTER**<br><br>**[PROPOSED] ORDER REGARDING DEFENDANTS' MOTION FOR A PROTECTIVE ORDER PURSUANT TO FED. R. CIV. P. 26(C)**<br><br>DATE:   January 27, 2006<br>TIME:   9:30 a.m.<br>CTRM:   A, 15TH Floor<br>Magistrate Judge Joseph C. Spero |

On January 27, 2006, the parties in the above-captioned matter appeared before the Court concerning Defendants' Motion for a Protective Order. The parties were represented by counsel of record. Having considered the parties' submissions and agreement:

**IT IS HEREBY ORDERED THAT:**

1. Defendants' Motion for a Protective Order is withdrawn without prejudice.

2. Defendants will review the two boxes of audit documents produced to the Court by Arthur Andersen LLP ("Andersen") on January 26, 2006 in order to determine whether there are any documents relating to: (1) the debit memo transactions alleged in Plaintiffs' Revised Second Amended Complaint (RSAC); (2) the accounting treatment of the 46,000 debit memo transactions; and (3) tax advisory services provided to Messrs. Henley and Ellison relating to FY2001. March 10, 2005 Amended Order Setting A Discovery Plan at 8, 9.

3. On or before January 29, 2006, Plaintiffs will provide Defendants with a list of all cross-references in the documents bearing Bates labels AA 000001 through AA 000051 that Plaintiffs believe may refer or relate to information that is responsive to the criteria from the Discovery Plan set forth in paragraph 2.

4. Defendants will produce all documents responsive to the criteria from the Discovery Plan set forth in paragraph 2 by Tuesday, January 31, 2006.

5. For purposes of this Order and pursuant to the scope of discovery set forth in Section III(e) of the Discovery Plan, Plaintiffs may take the deposition of one former employee of Andersen who was a member of the audit team from Andersen that performed audit work for Oracle Corporation ("Oracle") during FY2001 in order to obtain an explanation of the documents produced from Andersen's files (including the meaning of the handwritten notes on those documents), and the scope of Andersen's professional services for Oracle related to subsections 1, 2 and 3 stated above in Paragraph 2. Prior to deposition, the former Andersen employee (with independent counsel) shall have an opportunity to review all of the audit documents produced to the Court by Andersen. Plaintiffs and Defendants shall evenly split the costs of the witness' time preparing for and attending the deposition and for the witness' attorney's fees.

1

6. The deposition of this witness will not count against the limit of 65 depositions per side set forth in the Court's December 17, 2004 Amended Pre-Trial Order (Docket #191).

Dated: _____, 2006      _____
　　　　　　　　　　　　　　　　　　　　　　The Honorable Joseph C. Spero
　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

Approved as to form:

Dated: January 31, 2006

LERACH COUGHLIN STOIA GELLER
　RUDMAN & ROBBINS LLP
SHAWN A. WILLIAMS (213113)
WILLOW E. RADCLIFFE (200087)
ELI R. GREENSTEIN (217945)
JENNIE LEE ANDERSON (203586)
MONIQUE C. WINKLER (213031)


　　　　/s/ Shawn A. Williams
　　　　　SHAWN A. WILLIAMS

100 Pine Street, 26th Floor
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)

MAYER, BROWN, ROWE & MAW LLP
DONALD M. FALK (SBN 150256)
LEE H. RUBIN (SBN 141331)
SHIRISH GUPTA (SBN 205584)


　　　　/s/ Lee H. Rubin
　　　　　　LEE H. RUBIN

Two Palo Alto Square, Suite 300
Palo Alto, California 94306
Telephone:　(650) 331-2000
Facsimile:　(650) 331-2060

T:\CasesSF\Oracle3\Shared_Counsel\NOT00027668.doc

2

[PROPOSED] ORDER REGARDING DEFENDANTS' MOTION FOR A
PROTECTIVE ORDER PURSUANT TO FED. R. CIV. P. 26(C)
CASE NO. C-01-0988-MJJ(JCS)

1  I, Shawn A. Williams, am the ECF User whose ID and password are being used to file this [Proposed] Order Regarding Defendants' Motion for a Protective Order Pursuant to Fed. R. Civ. P. 26(c). In compliance with General Order 45, X.B., I hereby attest that Lee H. Rubin has concurred in this filing.

1

[PROPOSED] ORDER REGARDING DEFENDANTS' MOTION FOR A PROTECTIVE
ORDER PURSUANT TO FED. R. CIV. P. 26(C)
CASE NO. C-01-0988-MJJ(JCS)

DECLARATION OF SERVICE BY E-FILING AND U.S. MAIL

I, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, a citizen of the United States and employed in the City and County of San Francisco, over the age of 18 years, and not a party to or interested party in the within action; that declarant's business address is 100 Pine Street, Suite 2600, San Francisco, California 94111.

2. That on February 1, 2006, declarant served by e-filing pursuant to N.D. of Cal. General Order No. 45, Electronic Case Filing Guidelines Sec. IX and U.S. Mail the **[PROPOSED] ORDER REGARDING DEFENDANTS' MOTION FOR A PROTECTIVE ORDER PURSUANT TO FED. R. CIV. P. 26(C)** to the parties listed on the attached Service List.

3. That there is a regular communication by mail between the place of mailing and the places so addressed.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 1st day of February, 2006, at San Francisco, California.

                                                /s/ Juvily P. Catig
                                                JUVILY P. CATIG

ORACLE III (LEAD)

Service List - 2/1/2006   (201-064-1)

Page 1 of 1

## Counsel For Defendant(s)

Donald M. Falk
Lee H. Rubin
Shirish Gupta
Mayer, Brown, Rowe & Maw LLP
Two Palo Alto Square, Suite 300
Palo Alto, CA  94306
  650/331-2000
  650/331-2060 (Fax)

Alan N. Salpeter
Javier H. Rubinstein
Mayer, Brown, Rowe & Maw LLP
71 South Wacker Drive
Chicago, IL  60606
  312/782-0600
  312/701-7711 (Fax)

Dorian Daley
James C. Maroulis
Oracle Corporation
500 Oracle Parkway, Mail Stop 50P7
Redwood City, CA  94065
  650/506-5200
  650/506-7114 (Fax)

## Counsel For Plaintiff(s)

Mark Solomon
Douglas R. Britton
Valerie L. McLaughlin
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway, Suite 1900
San Diego, CA  92101
  619/231-1058
  619/231-7423 (Fax)

Sanford Svetcov
Shawn A. Williams
Willow E. Radcliffe
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
100 Pine Street, Suite 2600
San Francisco, CA  94111-5238
  415/288-4545
  415/288-4534 (Fax)