1  LATHAM & WATKINS LLP
     Peter A. Wald (SBN 85705)
2    Michele F. Kyrouz (SBN 168004)
3  505 Montgomery Street, Suite 2000
   San Francisco, CA  94111-2562
4  Telephone: (415) 391-0600
   Facsimile: (415) 395-8095
5  E-mail: michele.kyrouz@lw.com

6  LATHAM & WATKINS LLP
     Patrick E. Gibbs (SBN 183174)
7  135 Commonwealth Drive
8  Menlo Park, CA 94025-3656
   Telephone: (650) 328-4600
9  Facsimile: (650) 463-2600
   E-mail: patrick.gibbs@lw.com
10

11 LATHAM & WATKINS LLP
     Jamie L. Wine  (SBN 181373)
12 633 West Fifth Street, Suite 4000
   Los Angeles, CA 90071-2007
13 Telephone: (213) 485-1234
   Facsimile: (213) 891-8763
14 E-mail: jamie.wine@lw.com

15
   Attorneys for Defendants ORACLE CORPORATION, LAWRENCE
16 J. ELLISON, JEFFREY O. HENLEY, and EDWARD J. SANDERSON

17

18 **UNITED STATES DISTRICT COURT**

19 **NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION**

20

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION | Master File No. C-01-0988-MJJ (Consolidated) |
| | <u>CLASS ACTION</u> |
| This Document Relates To: | **NOTICE OF APPEARANCE AS ADDITIONAL COUNSEL OF RECORD** |
| ALL ACTIONS. | |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

NOTICE OF APPEARANCE AS ADDITIONAL
COUNSEL OF RECORD
Case No. C-01-0988-MJJ

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

    PLEASE TAKE NOTICE THAT Peter A. Wald, Michele F. Kyrouz, Patrick E Gibbs, and Jamie L. Wine of the law firm of Latham & Watkins LLP hereby appear as additional counsel of record for Defendants Oracle Corporation, Lawrence J. Ellison, Jeffrey O. Henley, and Edward J. Sanderson in this action and respectfully request that all pleadings and other documents be served upon Latham & Watkins LLP, as identified below:

| | |
|---|---|
| Peter A. Wald<br>Michele F. Kyrouz<br>LATHAM & WATKINS LLP<br>505 Montgomery Street, Suite 2000<br>San Francisco, CA  94111-2562<br>Telephone:  (415) 395-8006<br>Facsimile:  (415) 395-8095<br>E-mail: peter.wald@lw.com<br>E-mail: michele.kyrouz@lw.com | Patrick E. Gibbs<br>LATHAM & WATKINS LLP<br>135 Commonwealth Drive<br>Menlo Park, CA 94025-3656<br>Telephone: (650) 328-4600<br>Facsimile: (650) 463-2600<br>E-mail: patrick.gibbs@lw.com |
| Jamie L. Wine<br>LATHAM & WATKINS LLP<br>633 West Fifth Street, Suite 4000<br>Los Angeles, CA 90071-2007<br>Telephone: (213) 485-1234<br>Facsimile: (213) 891-8763<br>E-mail: jamie.wine@lw.com | |

| | |
|---|---|
| Dated:  February 3, 2006 | LATHAM & WATKINS LLP<br>    Peter A. Wald<br>    Michele F. Kyrouz<br>    Patrick E. Gibbs<br>    Jamie L. Wine<br><br>By:_____/s/_____<br>    Michele F. Kyrouz<br>    Attorneys for Defendants ORACLE<br>    CORPORATION, LAWRENCE J.<br>    ELLISON, JEFFREY O. HENLEY,<br>    and EDWARD J. SANDERSON |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

NOTICE OF APPEARANCE AS ADDITIONAL
COUNSEL OF RECORD
Case No. C-01-0988-MJJ