Michele F. Kyrouz
Direct Dial: (415) 395-8207
michele.kyrouz@lw.com

505 Montgomery Street, Suite 2000
San Francisco, California 94111-2562
Tel: (415) 391-0600 Fax: (415) 395-8095
www.lw.com

# LATHAM & WATKINS LLP

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Brussels | New York |
| Chicago | Northern Virginia |
| Frankfurt | Orange County |
| Hamburg | Paris |
| Hong Kong | San Diego |
| London | San Francisco |
| Los Angeles | Shanghai |
| Milan | Silicon Valley |
| Moscow | Singapore |
| Munich | Tokyo |
| New Jersey | Washington, D.C. |

February 3, 2006

File No. 038128-0025

The Honorable Joseph C. Spero
United States District Court,
  Northern District of California
450 Golden Gate Avenue
Courtroom A, 15th Floor
San Francisco, California 94102

> Re: In re Oracle Corporation Securities Litigation, Master File No. C-01-0988-MJJ (Consolidated)

Dear Judge Spero:

I write to inform you that today Latham & Watkins LLP ("Latham") filed its Notice of Appearance as Counsel of Record for Defendants Oracle Corporation, Lawrence J. Ellison, Jeffrey O. Henley, and Edward J. Sanderson ("Defendants") in the above-referenced matter. A copy of this Notice is enclosed for your convenience. Latham will be taking over as lead counsel for Defendants immediately.

In order for Latham to assume responsibility for the matter, it is imperative that Latham gain access as soon as possible to information regarding Confidential Witnesses ("CW's"). (Among other things, Latham will handle the deposition of CW 34, which is currently scheduled for next Friday, February 10.) As the Court may recall, the March 10, 2005, Order Setting a Discovery Plan currently limits the disclosure of certain CW information to (i) Oracle's outside counsel, Mayer, Brown, Rowe & Maw ("MBR&M"), (ii) Oracle Corporation's in-house counsel, and (iii) consultants retained by MBR&M.

To allow Latham to access CW information, Defendants hereby submit for the Court's approval an amended version of the Discovery Plan. Defendants have amended the language of the Discovery Plan to include Latham in paragraph V(F)(a), thereby allowing counsel within Latham, and consultants hired by Latham, to review information concerning CWs. The rest of the Discovery Plan language remains identical, and the language stricken by the Court on March 10, 2005 has been removed.

The Honorable Joseph C. Spero
February 3, 2006
Page 2

LATHAM&WATKINS LLP

    Prior to sending this letter, we contacted Plaintiffs' counsel (to whom we had sent a copy of the proposed order) and asked that they agree to the proposed modifications to the Discovery Plan. Plaintiffs' counsel indicated that, while they have no objection to Latham getting access to CW information (provided, of course, that Latham is subject to the same provisions currently governing MBR&M's access to such information), Plaintiffs' counsel is not in a position to agree to the proposed Second Amended Order Setting a Discovery Plan because Plaintiffs intend to seek additional changes to the existing Order. We explained that because time is of the essence, we would immediately submit our request to the Court.

    Defendants respectfully request that the Court approve and sign the Second Amended Order Setting a Discovery Plan as soon as possible so that Latham can obtain access to the CW information in order to prepare for the upcoming deposition on February 10. If you have any questions regarding this matter, please do not hesitate to contact me directly at (415) 395-8207.

                                          Respectfully submitted,

                                          Michele F. Kyrouz
                                          of LATHAM & WATKINS LLP

cc:    Service List

SF\548305.2

| | |
|---|---|
| 1 | LATHAM & WATKINS LLP |
| 2 |   Peter A. Wald (SBN 85705)<br>  Michele F. Kyrouz (SBN 168004) |
| 3 | 505 Montgomery Street, Suite 2000 |
| | San Francisco, CA 94111-2562 |
| 4 | Telephone: (415) 391-0600 |
| | Facsimile: (415) 395-8095 |
| 5 | E-mail: michele.kyrouz@lw.com |
| 6 | LATHAM & WATKINS LLP |
| 7 |   Patrick E. Gibbs (SBN 183174) |
| | 135 Commonwealth Drive |
| 8 | Menlo Park, CA 94025-3656 |
| | Telephone: (650) 328-4600 |
| 9 | Facsimile: (650) 463-2600 |
| 10 | E-mail: patrick.gibbs@lw.com |
| 11 | LATHAM & WATKINS LLP |
| |   Jamie L. Wine (SBN 181373) |
| 12 | 633 West Fifth Street, Suite 4000 |
| | Los Angeles, CA 90071-2007 |
| 13 | Telephone: (213) 485-1234 |
| 14 | Facsimile: (213) 891-8763 |
| | E-mail: jamie.wine@lw.com |

Attorneys for Defendants ORACLE CORPORATION, LAWRENCE J. ELLISON, JEFFREY O. HENLEY, and EDWARD J. SANDERSON

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION | Master File No. C-01-0988-MJJ (Consolidated) |
| | CLASS ACTION |
| This Document Relates To:<br><br>ALL ACTIONS. | **NOTICE OF APPEARANCE AS ADDITIONAL COUNSEL OF RECORD** |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

NOTICE OF APPEARANCE AS ADDITIONAL
COUNSEL OF RECORD
Case No. C-01-0988-MJJ

1  TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE THAT Peter A. Wald, Michele F. Kyrouz, Patrick E 3 Gibbs, and Jamie L. Wine of the law firm of Latham & Watkins LLP hereby appear as additional 4 counsel of record for Defendants Oracle Corporation, Lawrence J. Ellison, Jeffrey O. Henley, 5 and Edward J. Sanderson in this action and respectfully request that all pleadings and other 6 documents be served upon Latham & Watkins LLP, as identified below:

Peter A. Wald
Michele F. Kyrouz
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-2562
Telephone: (415) 395-8006
Facsimile: (415) 395-8095
E-mail: peter.wald@lw.com
E-mail: michele.kyrouz@lw.com

Patrick E. Gibbs
LATHAM & WATKINS LLP
135 Commonwealth Drive
Menlo Park, CA 94025-3656
Telephone: (650) 328-4600
Facsimile: (650) 463-2600
E-mail: patrick.gibbs@lw.com

Jamie L. Wine
LATHAM & WATKINS LLP
633 West Fifth Street, Suite 4000
Los Angeles, CA 90071-2007
Telephone: (213) 485-1234
Facsimile: (213) 891-8763
E-mail: jamie.wine@lw.com

Dated: February 3, 2006

LATHAM & WATKINS LLP
  Peter A. Wald
  Michele F. Kyrouz
  Patrick E. Gibbs
  Jamie L. Wine


By:_____/s/_____
  Michele F. Kyrouz
  Attorneys for Defendants ORACLE CORPORATION, LAWRENCE J. ELLISON, JEFFREY O. HENLEY, and EDWARD J. SANDERSON

LATHAM&WATKINS
ATTORNEYS AT LAW
SAN FRANCISCO

1

NOTICE OF APPEARANCE AS ADDITIONAL
COUNSEL OF RECORD
Case No. C-01-0988-MJJ