1  LERACH COUGHLIN STOIA GELLER
     RUDMAN & ROBBINS LLP
2  MARK SOLOMON (151949)
   DOUGLAS R. BRITTON (188769)
3  VALERIE L. McLAUGHLIN (191916)
   GAVIN M. BOWIE (235532)
4  655 West Broadway, Suite 1900
   San Diego, CA  92101
5  Telephone:  619/231-1058
   619/231-7423 (fax)
6  MarkS@lerachlaw.com
   DougB@lerachlaw.com
7  ValerieM@lerachlaw.com
          – and –
8  SHAWN A. WILLIAMS (213113)
   WILLOW E. RADCLIFFE (200087)
9  ELI R. GREENSTEIN (217945)
   JENNIE LEE ANDERSON (203586)
10 MONIQUE C. WINKLER (213031)
   100 Pine Street, Suite 2600
11 San Francisco, CA  94111
   Telephone:  415/288-4545
12 415/288-4534 (fax)
   ShawnW@lerachlaw.com
13 WillowR@lerachlaw.com
   EliG@lerachlaw.com
14 JennieA@lerachlaw.com
   MoniqueW@lerachlaw.com
15
   Lead Counsel for Plaintiffs

16

UNITED STATES DISTRICT COURT

17

NORTHERN DISTRICT OF CALIFORNIA

18

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION ) ) ) ) | Master File No. C-01-0988-MJJ <br><br> <u>CLASS ACTION</u> |
| This Document Relates To: ) ) ALL ACTIONS. ) ) | STIPULATION AND [PROPOSED] ORDER TO RESET HEARING ON MOTION FOR CLASS CERTIFICATION <br><br> GRANTED |

Pursuant to Civil L.R. 6-2 and Civil L.R. 7-12, Plaintiffs and Defendants stipulate as follows:

1. This stipulation and proposed order addresses the hearing date for Plaintiffs' Motion for Class Certification. Pursuant to the Court's Order to Set/Reset Hearings of January 4, 2006, the hearing on Plaintiffs' Motion for Class Certification is currently scheduled for March 7, 2006 at 9:30 a.m.

2. Because the current hearing date of March 7, 2006 conflicts with Lead Counsel for Plaintiffs prior, out-of-state commitment for the same date, Plaintiffs seek to reschedule the hearing date to March 14, 2006 at 9:30 a.m. *See* Declaration of Mark Solomon in Support of Stipulation and [Proposed] Order to Reset Hearing on Motion for Class Certification ¶4. Defendants have agreed to push back the hearing date for Plaintiffs' Motion for Class Certification by one week.

3. Accordingly, the parties hereby stipulate and respectfully request that the Court reschedule the hearing date on Plaintiffs' Motion for Class Certification for March 14, 2006.

IT IS SO STIPULATED.

DATED: January 24, 2006

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
MARK SOLOMON
DOUGLAS R. BRITTON
VALERIE L. McLAUGHLIN
GAVIN M. BOWIE


　　　　S/ MARK SOLOMON
　　　　　MARK SOLOMON

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

STIPULATION AND [PROPOSED] ORDER TO RESET HEARING ON MOTION FOR CLASS
CERTIFICATION - C-01-0988-MJJ

- 1 -

|   |   |
|---|---|
|   | LERACH COUGHLIN STOIA GELLER<br>  RUDMAN & ROBBINS LLP<br>SHAWN A. WILLIAMS<br>WILLOW E. RADCLIFFE<br>ELI R. GREENSTEIN<br>JENNIE LEE ANDERSON<br>MONIQUE C. WINKLER<br>100 Pine Street, Suite 2600<br>San Francisco, CA  94111<br>Telephone:  415/288-4545<br>415/288-4534 (fax)<br><br>Lead Counsel for Plaintiffs |
| DATED:  January 24, 2006 | MAYER, BROWN, ROWE & MAW LLP<br>ALAN N. SALPETER |
|   |         S/ ALAN N. SALPETER         <br>           ALAN N. SALPETER<br><br>71 South Wacker Drive<br>Chicago, IL  60606-4637<br>Telephone:  312/782-0600<br>312/701-7711 (fax)<br><br>Attorneys for Defendants |

*Filer's Attestation: Pursuant to General Order No. 45, Section X(B), Mark Solomon hereby attests that the signatory's concurrence in the filing of this document has been obtained.*

\*   \*   \*

**O R D E R**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  1/30/2006                          /s/ Martin J. Jenkins
                                           THE HONORABLE MARTIN J. JENKINS
                                           UNITED STATES DISTRICT JUDGE

S:\CasesSD\Oracle3\STP00027496.doc

STIPULATION AND [PROPOSED] ORDER TO RESET HEARING ON MOTION FOR CLASS CERTIFICATION - C-01-0988-MJJ

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on January 24, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

  s/ MARK SOLOMON
MARK SOLOMON

LERACH COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
E-mail: marks@lerachlaw.com

# Mailing Information for a Case 3:01-cv-00988-MJJ

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jennie Lee Anderson**
  jenniea@lerachlaw.com

- **Eric J. Belfi**
  ebelfi@murrayfrank.com

- **Doug Britton**
  dougb@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Donald M. Falk**
  dfalk@mayerbrown.com

- **Eli Greenstein**
  Elig@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Shirish Gupta**
  sgupta@mayerbrownrowe.com jfdavis@mayerbrownrowe.com

- **Kirke M. Hasson**
  kirke.hasson@pillsburylaw.com

- **Reed R. Kathrein**
  reedk@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Nicole Lavallee**
  nlavallee@bermanesq.com

- **William S. Lerach**
  billl@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **James C. Maroulis**
  jim.maroulis@oracle.com

- **Shinyung Oh**
  shinyungoh@paulhastings.com sandradiluzio@paulhastings.com

- **Willow E. Radcliffe**
  willowr@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Darren J. Robbins**
  e_file_sd@lerachlaw.com e_file_sf@lerachlaw.com

- **Lee Howard Rubin**

lrubin@mayerbrownrowe.com ttannis@mayerbrownrowe.com

- **Javier H. Rubinstein**
  jrubinstein@mayerbrownrowe.com gthompson@mayerbrownrowe.com

- **Vincent Paul Schmeltz, III**
  tschmeltz@mayerbrownrowe.com jfriedman@mayerbrownrowe.com

- **Sanna Rachel Singer**
  sanna.singer@pillsburylaw.com

- **Mark Solomon**
  marks@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Shawn A. Williams**
  shawnw@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Monique Winkler**
  MoniqueW@lerachlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Henry R. Chalmers
Arnall, Golden, Gregory, LLP.
171 17th Street.  N.W. #2100
Atlanta, GA 30363-1031

Dorian Daley
500 Oracle Parkway
Redwood City, CA 94065

Corey D. Holzer
Holzer Holzer & Cannon LLC
1117 Perimeter Center West
Suite E-107
Atlanta, GA 30338

Brian P. Murray
Murray Frank & Sailer LLP
275 Madison Avenue
Suite 801
New York, NY 10016

Alan Norris Salpeter
Mayer, Brown, Rowe & Maw
190 South LaSalle Street
Chicago, IL 60603
```