1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION | Master File No. C-01-0988-MJJ (Consolidated) |
| | CLASS ACTION |
| This Document Relates To: | STIPULATION AND [PROPOSED] ORDER AMENDING MARCH 10, 2005 AMENDED ORDER SETTING DISCOVERY PLAN |
| ALL ACTIONS. | |
| | Judge Martin J. Jenkins Magistrate Judge Joseph C. Spero |

1    WHEREAS, on February 3, 2006, Latham & Watkins LLP ("Latham") filed its Notice of

2  Appearance as Counsel of Record for Defendants Oracle Corporation, Lawrence J. Ellison, Jeffrey

3  O. Henley, and Edward J. Sanderson ("Defendants") in the above-captioned matter; and

4    WHEREAS, the Court's March 10, 2005 Amended Order Setting a Discovery Plan

5  currently limits the disclosure of certain information regarding Confidential Witnesses ("CWs") to

6  (i) Oracle's outside counsel, Mayer, Brown, Rowe & Maw ("MBR&M"), (ii) Oracle

7  Corporation's in-house counsel, and (iii) consultants retained by MBR&M; and

8    WHEREAS, Defendants have requested that Latham be allowed access to information

9  regarding CWs in the above-captioned matter to the same extent previously permitted for

10  MBR&M under the Court's March 10, 2005 Amended Order Setting a Discovery Plan;

11    WHEREAS, Defendants have also requested that their local counsel in Denmark,

12  Bech-Bruun, be allowed access to information regarding CW 6 only for the purpose of

13  representing Defendants in proceedings in Denmark regarding Defendants' attempt to depose CW

14  6 (the "Denmark Proceedings");

15    WHEREAS, Plaintiffs do not object to Latham having access to information regarding

16  CWs under the terms of the March 10, 2005 Amended Order Setting a Discovery Plan and do not

17  object to Bech-Bruun having access to information regarding CW 6 only for the purpose of

18  representing Defendants in the Denmark Proceedings;

19    NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE TO

20  AMEND THE MARCH 10, 2005 AMENDED ORDER SETTING A DISCOVERY PLAN AS

21  FOLLOWS:

22    (1)    Latham, and consultants hired by Latham, shall be allowed to access and review

23         information concerning CWs to the same extent previously permitted for MBR&M

24         under paragraph V(F) of the Court's March 10, 2005 Amended Order Setting a

25         Discovery Plan;

26    (2)    Latham, and consultants hired by Latham, shall be subject to the restrictions

27         outlined under paragraph V(F) of the Court's March 10, 2005 Amended Order

28         Setting a Discovery Plan when accessing or reviewing information concerning

STIPULATION AND [PROPOSED] ORDER AMENDING
MARCH 10, 2005 AMENDED ORDER
Case No. C-01-0988-MJJ

1    CWs, including that consultants hired by Latham for purposes of this litigation

2    shall be permitted access to information pertaining to CWs upon delivery to

3    Latham of an Undertaking in the form of Exhibit A hereto;

4    (3)    Defendants' local counsel in Denmark, Bech-Bruun, shall be allowed to access and

5    review information relating only to CW 6.  Bech-Bruun shall use such information

6    solely for purposes of the Denmark Proceedings and it shall be subject to the

7    restrictions outlined under paragraph V(F) of the Court's March 10, 2005 Amended

8    Order Setting a Discovery Plan.

9    (4)    Until such time as MBR&M withdraws as counsel for Defendants, MBR&M shall

10    continue to handle CW information under the terms of the March 10, 2005

11    Amended Order Setting a Discovery Plan.  Defendants anticipate that MBR&M

12    will file a notice of withdrawal by February 17, 2006.  In the event that MBR&M

13    has not filed its notice of withdrawal by February 17, 2006, the parties will in any

14    event amend the March 10, 2005 Amended Order Setting a Discovery Plan to

15    provide that after February 17, 2006, MBR&M will not receive any additional CW

16    information and MBR&M's use of CW information then in its possession will be

17    limited to answering questions from Latham in connection with Latham's

18    representation of Defendants.

19    DATED:  February 7, 2006

20                                             Respectfully submitted,

21

22    LATHAM & WATKINS LLP              LERACH COUGHLIN STOIA GELLER
                                        RUDMAN and ROBBINS, LLP

23                                                      /s/

24    By _____/s/_____    By _____
          Patrick E. Gibbs                      Shawn A. Williams
25        Counsel for Defendants Oracle Corporation,   Counsel for Plaintiffs
          Lawrence J. Ellison, Jeffrey O. Henley, and
26        Edward J. Sanderson

27

28

1

2                                              IT IS SO ORDERED:

3

4                                              _____
                                               THE HONORABLE JOSEPH C. SPERO
5                                              UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER AMENDING
MARCH 10, 2005 AMENDED ORDER
Case No. C-01-0988-MJJ

1

2

**EXHIBIT A**

**AGREEMENT TO BE BOUND BY PROTECTIVE ORDER**

3

4

5

6

I, _____, hereby acknowledge that I have read the [Proposed] Order re Discovery Plan that was issued by the United States District Court for the Northern District of California on March ___, 2005, in the case of: *In re Oracle Corporation Securities Litigation,* Lead Case No. 417511, Case No. C-01-0988-MJJ.

7

8

9

10

11

I recognize that I am bound by the terms of that Order and I agree to comply with those terms.  I fully understand that any disclosure of the identities of the confidential witnesses to anyone other than those individuals expressly permitted by the Order could expose me to sanctions and punishment in the nature of contempt.   I hereby agree to abide by the obligation and conditions of the Order.

12

DATED: _____

13

14

_____

15

16

17

18

19

20

21

22

23

24

25

26

27

28