# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION | Master File No. C-01-0988-MJJ (Consolidated) |
| | CLASS ACTION |
| This Document Relates To:<br><br>ALL ACTIONS. | **STIPULATION AND [PROPOSED] ORDER AMENDING MARCH 10, 2005 AMENDED ORDER SETTING DISCOVERY PLAN**<br><br>**Judge Martin J. Jenkins**<br>**Magistrate Judge Joseph C. Spero** |

1   WHEREAS, on February 3, 2006, Latham & Watkins LLP ("Latham") filed its Notice of
2   Appearance as Counsel of Record for Defendants Oracle Corporation, Lawrence J. Ellison, Jeffrey
3   O. Henley, and Edward J. Sanderson ("Defendants") in the above-captioned matter; and
4   WHEREAS, the Court's March 10, 2005 Amended Order Setting a Discovery Plan
5   currently limits the disclosure of certain information regarding Confidential Witnesses ("CWs") to
6   (i) Oracle's outside counsel, Mayer, Brown, Rowe & Maw ("MBR&M"), (ii) Oracle
7   Corporation's in-house counsel, and (iii) consultants retained by MBR&M; and
8   WHEREAS, Defendants have requested that Latham be allowed access to information
9   regarding CWs in the above-captioned matter to the same extent previously permitted for
10  MBR&M under the Court's March 10, 2005 Amended Order Setting a Discovery Plan;
11  WHEREAS, Defendants have also requested that their local counsel in Denmark,
12  Bech-Bruun, be allowed access to information regarding CW 6 only for the purpose of
13  representing Defendants in proceedings in Denmark regarding Defendants' attempt to depose CW
14  6 (the "Denmark Proceedings");
15  WHEREAS, Plaintiffs do not object to Latham having access to information regarding
16  CWs under the terms of the March 10, 2005 Amended Order Setting a Discovery Plan and do not
17  object to Bech-Bruun having access to information regarding CW 6 only for the purpose of
18  representing Defendants in the Denmark Proceedings;
19  NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE TO
20  AMEND THE MARCH 10, 2005 AMENDED ORDER SETTING A DISCOVERY PLAN AS
21  FOLLOWS:
22  (1) Latham, and consultants hired by Latham, shall be allowed to access and review
23       information concerning CWs to the same extent previously permitted for MBR&M
24       under paragraph V(F) of the Court's March 10, 2005 Amended Order Setting a
25       Discovery Plan;
26  (2) Latham, and consultants hired by Latham, shall be subject to the restrictions
27       outlined under paragraph V(F) of the Court's March 10, 2005 Amended Order
28       Setting a Discovery Plan when accessing or reviewing information concerning

|   |   |
|---|---|
| 1 | CWs, including that consultants hired by Latham for purposes of this litigation |
| 2 | shall be permitted access to information pertaining to CWs upon delivery to |
| 3 | Latham of an Undertaking in the form of Exhibit A hereto; |

(3) Defendants' local counsel in Denmark, Bech-Bruun, shall be allowed to access and review information relating only to CW 6. Bech-Bruun shall use such information solely for purposes of the Denmark Proceedings and it shall be subject to the restrictions outlined under paragraph V(F) of the Court's March 10, 2005 Amended Order Setting a Discovery Plan.

(4) Until such time as MBR&M withdraws as counsel for Defendants, MBR&M shall continue to handle CW information under the terms of the March 10, 2005 Amended Order Setting a Discovery Plan. Defendants anticipate that MBR&M will file a notice of withdrawal by February 17, 2006. In the event that MBR&M has not filed its notice of withdrawal by February 17, 2006, the parties will in any event amend the March 10, 2005 Amended Order Setting a Discovery Plan to provide that after February 17, 2006, MBR&M will not receive any additional CW information and MBR&M's use of CW information then in its possession will be limited to answering questions from Latham in connection with Latham's representation of Defendants.

DATED: February 7, 2006

Respectfully submitted,

LATHAM & WATKINS LLP

By _____/s/_____
   Patrick E. Gibbs
   Counsel for Defendants Oracle Corporation,
   Lawrence J. Ellison, Jeffrey O. Henley, and
   Edward J. Sanderson

LERACH COUGHLIN STOIA GELLER
RUDMAN and ROBBINS, LLP

/s/
By _____
   Shawn A. Williams
   Counsel for Plaintiffs

| | |
|---|---|
| 1 | |
| 2 | IT IS SO ORDERED: |
| 3 | |
| 4 | Dated: February 8, 2006 |
| 5 | THE HONORABLE JOSEPH C. SPERO<br>UNITED STATES MAGISTRATE JUDGE |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

1  **EXHIBIT A**

2  **AGREEMENT TO BE BOUND BY PROTECTIVE ORDER**

3      I, _____, hereby acknowledge that I have read the [Proposed] Order re

4  Discovery Plan that was issued by the United States District Court for the Northern District of

5  California on March ___, 2005, in the case of: *In re Oracle Corporation Securities Litigation,*

6  Lead Case No. 417511, Case No. C-01-0988-MJJ.

7      I recognize that I am bound by the terms of that Order and I agree to comply with those

8  terms. I fully understand that any disclosure of the identities of the confidential witnesses to

9  anyone other than those individuals expressly permitted by the Order could expose me to sanctions

10  and punishment in the nature of contempt. I hereby agree to abide by the obligation and

11  conditions of the Order.

12      DATED: _____

13

14                                                              _____

15

16

17

18

19

20

21

22

23

24

25

26

27

28