LERACH COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
MARK SOLOMON (151949)
DOUGLAS R. BRITTON (188769)
VALERIE L. McLAUGHLIN (191916)
GAVIN M. BOWIE (235532)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
MarkS@lerachlaw.com
DougB@lerachlaw.com
ValerieM@lerachlaw.com
        – and –
SHAWN A. WILLIAMS (213113)
WILLOW E. RADCLIFFE (200087)
ELI R. GREENSTEIN (217945)
JENNIE LEE ANDERSON (203586)
MONIQUE C. WINKLER (213031)
100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)
ShawnW@lerachlaw.com
WillowR@lerachlaw.com
EliG@lerachlaw.com
JennieA@lerachlaw.com
MoniqueW@lerachlaw.com

Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION | Master File No. C-01-0988-MJJ |
| | CLASS ACTION |
| This Document Relates To: | PLAINTIFFS' STATEMENT OF RECENT DECISIONS IN SUPPORT OF MOTION FOR CLASS CERTIFICATION |
| ALL ACTIONS. | |
| | DATE:   March 14, 2006<br>TIME:    9:30 a.m.<br>CTRM:  The Honorable<br>            Martin J. Jenkins |

Pursuant to Civil Local Rule 7-3(d), plaintiffs hereby submit this Statement of Recent Decisions in Support of Plaintiffs' Motion for Class Certification ("Plaintiffs' Motion"). The following opinions were issued after plaintiffs filed their reply papers on August 12, 2005, and after defendants' sur-reply filed on December 12, 2005. The opinions are relevant to the Court's consideration of Plaintiffs' Motion and issues raised by defendants in both their opposition to Plaintiffs' Motion and their sur-reply.

*In re BearingPoint, Inc. Sec. Litig.*, Case No: 1:05cv454, 2006 U.S. Dist. LEXIS 1718, at *26 (E.D. Va., Jan. 17, 2006) (attached hereto as Attachment 1), addresses "in and out" purchasers and the issue of loss causation and damages at the class certification stage, finding that the issue of damages is less central to the predominance inquiry than liability. *See id.* at *27 (recognizing that potential differences in damages among class members do not defeat predominance under Fed. R. Civ. P. 23(b) if liability is common to the class; proper determination of individual damages can be determined at trial through the use of expert witnesses). Similarly, *Freeland v. Iridium World Communications*, No. 99-1002TPJ, 2006 U.S. Dist. LEXIS 744, at *16 (D.D.C., Jan. 9, 2006) (attached hereto as Attachment 2), also discusses loss causation and damages at class certification holding that any potential difficulty in proving damages by individual class members should be decided after predominant issues of liability. *Id.*

Both cases address and reject the view advanced by defendants that in order to prove loss causation, plaintiff must show a "complete corrective disclosure" covering all alleged misrepresentations. *Id.* at *21 ("requir[ing] proof of [] complete, corrective disclosure would allow wrongdoers to immunize themselves . . ."); *BearingPoint*, 2006 U.S. Dist. LEXIS 1718, at *34 (stock price inflation may be removed even without a so-called "corrective disclosure").

DATED: February 13, 2006    Respectfully submitted,
LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SHAWN A. WILLIAMS
WILLOW E. RADCLIFFE
ELI R. GREENSTEIN
JENNIE LEE ANDERSON
MONIQUE C. WINKLER

             /s/ Shawn A. Williams
            SHAWN A. WILLIAMS

PLAINTIFFS' STATEMENT OF RECENT DECISION IN SUPPORT
OF MOTION FOR CLASS CERTIFICATION - C-01-0988-MJJ         - 1 -

100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
MARK SOLOMON
DOUGLAS R. BRITTON
VALERIE L. McLAUGHLIN
GAVIN M. BOWIE
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

Lead Counsel for Plaintiffs

T:\CasesSF\Oracle3\STM00028078.doc

## DECLARATION OF SERVICE BY MAIL AND FACSIMILE

I, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, a citizen of the United States and employed in the City and County of San Francisco, over the age of 18 years, and not a party to or interested party in the within action; that declarant's business address is 100 Pine Street, Suite 2600, San Francisco, California 94111.

2. That on February 13, 2006, declarant served the PLAINTIFFS' STATEMENT OF RECENT DECISIONS IN SUPPORT OF MOTION FOR CLASS CERTIFICATION by depositing a true copy thereof in a United States mailbox at San Francisco, California in a sealed envelope with postage thereon fully prepaid and addressed to the parties listed on the attached Service List. Declarant also served the parties by facsimile.

3. That there is a regular communication by mail between the place of mailing and the places so addressed.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 13th day of February, 2006, at San Francisco, California.

/s/ Ruth A. Cameron
RUTH A. CAMERON

ORACLE III (LEAD)

Service List - 2/13/2006   (201-064-1)

Page 1 of 1

**Counsel For Defendant(s)**

Patrick E. Gibbs
Latham & Watkins LLP
135 Commonwealth Drive
Menlo Park, CA  94025
   650/328-4600
   650/463-2600 (Fax)

Peter A. Wald
Michele F. Kyrouz
Latham & Watkins LLP
505 Montgomery Street, Suite 2000
San Francisco, CA  94111
   415/391-0600
   415/395-8095 (Fax)

Jamie L. Wine
Latham & Watkins LLP
633 West Fifth St., Suite 4000
Los Angeles, CA  90071-2007
   213/485-1234
   213/891-8763 (Fax)

Donald M. Falk
Lee H. Rubin
Shirish Gupta
Mayer, Brown, Rowe & Maw LLP
Two Palo Alto Square, Suite 300
Palo Alto, CA  94306
   650/331-2000
   650/331-2060 (Fax)

Alan N. Salpeter
Javier H. Rubinstein
Mayer, Brown, Rowe & Maw LLP
71 South Wacker Drive
Chicago, IL  60606
   312/782-0600
   312/701-7711 (Fax)

Dorian Daley
James C. Maroulis
Oracle Corporation
500 Oracle Parkway, Mail Stop 50P7
Redwood City, CA  94065
   650/506-5200
   650/506-7114 (Fax)

**Counsel For Plaintiff(s)**

Mark Solomon
Douglas R. Britton
Valerie L. McLaughlin
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway, Suite 1900
San Diego, CA  92101
   619/231-1058
   619/231-7423 (Fax)

Sanford Svetcov
Shawn A. Williams
Willow E. Radcliffe
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
100 Pine Street, Suite 2600
San Francisco, CA  94111-5238
   415/288-4545
   415/288-4534 (Fax)