1  MAYER, BROWN, ROWE & MAW LLP
   Donald M. Falk (SBN 150256)
2  Lee H. Rubin (SBN 141331)
   Shirish Gupta (SBN 205584)
3  Two Palo Alto Square, Suite 300
   Palo Alto, CA  94306
4  Telephone:     (650) 331-2000
   Facsimile:     (650) 331-2060
5  lrubin@mayerbrownrowe.com

6  MAYER, BROWN, ROWE & MAW LLP
   Alan N. Salpeter (admitted *pro hac vice*)
7  Javier Rubinstein (admitted *pro hac vice*)
   Vincent P. Schmeltz III (admitted *pro hac vice*)
8  71 South Wacker Street
   Chicago, IL  60606
9  Telephone:     (312) 782-0600
   Facsimile:     (312) 701-7711
10 jrubinstein@mayerbrownrowe.com

11 Attorneys for Defendants ORACLE CORPORATION,
   LAWRENCE J. ELLISON, JEFFREY O. HENLEY,
12 AND EDWARD J. SANDERSON

13 ORACLE CORPORATION
   Dorian Daley (SBN 129049)
14 James C. Maroulis (SBN 208316)
   500 Oracle Parkway, Mailstop 5OP7
15 Redwood Shores, CA  94065
   Telephone:  (650) 506-5200
16 Facsimile:  (650) 506-7114
   jim.maroulis@oracle.com
17
   Attorneys for Defendant ORACLE CORPORATION
18
                    UNITED STATES DISTRICT COURT
19
         NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION
20

| | |
|---|---|
| IN RE ORACLE CORPORATION SECURITIES LITIGATION | Case No. C-01-0988-MJJ (JCS) (Consolidated) |
| | **NOTICE AND MOTION FOR MAYER, BROWN, ROWE & MAW LLP TO WITHDRAW AS COUNSEL** |
| | Date:   Tuesday, April 4, 2006<br>Time:   9:30 a.m.<br>Place:  Ctrm. 11<br>        Honorable Martin J. Jenkins,<br>        United States District Judge |

**MOTION FOR MAYER, BROWN, ROWE & MAW LLP TO WITHDRAW AS COUNSEL**
**CASE NO: C-01-0988 MJJ (JCS)**

## NOTICE AND MOTION

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that at 9:30 a.m. on Tuesday, April 4, 2006, in the Courtroom of the Honorable Martin J. Jenkins, United States District Judge, located at 450 Golden Gate Avenue, San Francisco, California 94102, or as soon thereafter as counsel may be heard, Mayer, Brown, Rowe & Maw LLP ("Mayer Brown") shall move this Court, pursuant to Civil L.R. 11-5(a), to enter an order permitting Mayer Brown to withdraw as counsel of record for Defendants Oracle Corporation, Lawrence J. Ellison, Jeffrey O. Henley, and Edward J. Sanderson (collectively "Defendants") in the above-captioned matter.

Mayer Brown makes this motion on the ground that Defendants have retained alternative counsel. On February 3, 2006, Latham & Watkins LLP filed a Notice of Entry of Appearance as Additional Counsel of Record on behalf of Defendants. See Declaration of Vincent P. Schmeltz III ("Schmeltz Decl.") Ex. A. Since then, Latham & Watkins has had primary responsibility for this action, including taking depositions and communicating with counsel for Plaintiffs. Schmeltz Decl. ¶ 4.

Furthermore, the parties have had ample notice of Mayer Brown's intent to withdraw. On February 7, 2006, the parties filed a Stipulation and [Proposed] Order Amending March 10, 2005 Am. Order Setting Disc. Plan, in which they acknowledged that "Defendants anticipate that MBR&M will file a notice of withdrawal by February 17, 2006." See Schmeltz Decl. Ex. B at 3. Therefore, all parties are on notice of Mayer Brown's intent to withdraw.

To emphasize the absence of prejudice, this motion is joined by Defendant Oracle Corporation and Defendants, through their new lead counsel, Latham & Watkins LLP. As such, Mayer Brown's withdrawal will not prejudice Defendants. Moreover, Plaintiffs do not object to Mayer Brown's withdrawal. See Schmeltz Decl. ¶ 6. Given the straightforward nature of this request, Mayer Brown respectfully requests that the motion be granted without oral argument.

For the foregoing reasons, Mayer Brown respectfully requests that the Court enter an order permitting Mayer Brown to withdraw as counsel of record for Defendants in the above-captioned matter.

| | |
|---|---|
| Dated:  February 24, 2006 | MAYER, BROWN, ROWE & MAW LLP |
| | By: _/s/ Vincent P. Schmeltz III_<br>          Vincent P. Schmeltz III |
| | Attorneys for Defendants |
| | |
| Dated:  February 24, 2006 | LATHAM & WATKINS LLP |
| | By: _/s/ Jamie L. Wine_<br>          Jamie L. Wine |
| | Attorneys for Defendants |
| | |
| Dated:  February 24, 2006 | ORACLE CORPORATION |
| | By: _/s/ Dorian Daley_<br>          Dorian Daley |
| | Attorney for Oracle Corporation |

*Filer's Attestation:  Pursuant to Section X(B) of General Order No. 45, Shirish Gupta attests that concurrence in the filing of this document has been obtained from Vincent P. Schmeltz III, Jamie L. Wine and Dorian Daley.*

- 2 -

**MOTION FOR MAYER, BROWN, ROWE & MAW LLP TO WITHDRAW AS COUNSEL**
**CASE NO: C-01-0988 MJJ (JCS)**