```
 1  MAYER, BROWN, ROWE & MAW LLP
    Donald M. Falk (SBN 150256)
 2  Lee H. Rubin (SBN 141331)
    Shirish Gupta (SBN 205584)
 3  Two Palo Alto Square, Suite 300
    Palo Alto, CA  94306
 4  Telephone:     (650) 331-2000
    Facsimile:     (650) 331-2060
 5  lrubin@mayerbrownrowe.com

 6  MAYER, BROWN, ROWE & MAW LLP
    Alan N. Salpeter (admitted pro hac vice)
 7  Javier Rubinstein (admitted pro hac vice)
    Vincent P. Schmeltz III (admitted pro hac vice)
 8  71 South Wacker Street
    Chicago, IL  60606
 9  Telephone:     (312) 782-0600
    Facsimile:     (312) 701-7711
10  jrubinstein@mayerbrownrowe.com

11  Attorneys for Defendants ORACLE CORPORATION, LAWRENCE
    J. ELLISON, JEFFREY O. HENLEY AND EDWARD J. SANDERSON
12
    ORACLE CORPORATION
13  Dorian Daley (SBN 129049)
    James C. Maroulis (SBN 208316)
14  500 Oracle Parkway, Mailstop 5OP7
    Redwood Shores, CA  94065
15  Telephone:  (650) 506-5200
    Facsimile:  (650) 506-7114
16  jim.maroulis@oracle.com

17  Attorneys for Defendant ORACLE CORPORATION
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION

| IN RE ORACLE CORPORATION SECURITIES LITIGATION | Case No. C-01-0988-MJJ (JCS) (Consolidated) |
|---|---|
| | **DECLARATION OF VINCENT P. SCHMELTZ III IN SUPPORT OF MOTION FOR MAYER, BROWN, ROWE & MAW LLP TO WITHDRAW AS COUNSEL OF RECORD** |
| | Date:   Tuesday, April 4, 2006<br>Time:   9:30 a.m.<br>Place:  Ctrm. 11<br>        Honorable Martin J. Jenkins |

**SCHMELTZ DECLARATION ISO MOTION FOR MAYER BROWN TO WITHDRAW AS COUNSEL**
**CASE NO: C-01-0988 MJJ (JCS)**

I, Vincent P. Schmeltz III, hereby declare as follows:

1. I am an attorney admitted *pro hac vice* before this Court. I am a partner at the law firm of Mayer, Brown, Rowe & Maw LLP ("Mayer Brown"), counsel for defendants in the above-captioned matter. I have personal knowledge of the following facts, and if called as a witness, could and would testify thereto.

2. I submit this declaration in support of the Motion for Mayer, Brown, Rowe & Maw LLP to Withdraw as Counsel of Record.

3. On February 3, 2006, Latham & Watkins LLP filed a Notice of Entry of Appearance as Additional Counsel of Record, a true and correct copy of which is attached hereto as Exhibit A.

4. Since filing the Notice of Entry of Appearance, Latham & Watkins has been acting as lead counsel for Defendants, including taking depositions and communicating with counsel for Plaintiffs.

5. On February 7, 2006, with the filing of the Stipulation and [Proposed] Order Amending March 10, 2005 Am. Order Setting Disc. Plan, the parties were given notice of Mayer Brown's intent to withdraw ("Defendants anticipate that MBR&M will file a notice of withdrawal by February 17, 2006"). A true and correct copy of the Stipulation and Proposed Order is attached hereto as Exhibit B.

6. On February 21, 2006, I corresponded with Douglas Britton, counsel for Plaintiffs, regarding Mayer Brown's Motion to Withdraw. Mr. Britton confirmed that Plaintiffs do not object to Mayer Brown's withdrawal.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct and that this Declaration was executed on February 24, 2006 in Chicago, Illinois.

/s/ Vincent P. Schmeltz III
Vincent P. Schmeltz III

*Filer's Attestation: Pursuant to Section X(B) of General Order No. 45, Shirish Gupta attests that concurrence in the filing of this document has been obtained from Vincent P. Schmeltz III.*