# EXHIBIT A

| | |
|---|---|
| 1 | LATHAM & WATKINS LLP |
| 2 |   Peter A. Wald (SBN 85705) |
| |   Michele F. Kyrouz (SBN 168004) |
| 3 | 505 Montgomery Street, Suite 2000 |
| | San Francisco, CA 94111-2562 |
| 4 | Telephone: (415) 391-0600 |
| | Facsimile: (415) 395-8095 |
| 5 | E-mail: michele.kyrouz@lw.com |
| 6 | |
| | LATHAM & WATKINS LLP |
| 7 |   Patrick E. Gibbs (SBN 183174) |
| | 135 Commonwealth Drive |
| 8 | Menlo Park, CA 94025-3656 |
| | Telephone: (650) 328-4600 |
| 9 | Facsimile: (650) 463-2600 |
| 10 | E-mail: patrick.gibbs@lw.com |
| 11 | LATHAM & WATKINS LLP |
| |   Jamie L. Wine (SBN 181373) |
| 12 | 633 West Fifth Street, Suite 4000 |
| | Los Angeles, CA 90071-2007 |
| 13 | Telephone: (213) 485-1234 |
| | Facsimile: (213) 891-8763 |
| 14 | E-mail: jamie.wine@lw.com |
| 15 | |
| | Attorneys for Defendants ORACLE CORPORATION, LAWRENCE |
| 16 | J. ELLISON, JEFFREY O. HENLEY, and EDWARD J. SANDERSON |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION | Master File No. C-01-0988-MJJ (Consolidated) |
| | CLASS ACTION |
| This Document Relates To: | **NOTICE OF APPEARANCE AS ADDITIONAL COUNSEL OF RECORD** |
| ALL ACTIONS. | |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

NOTICE OF APPEARANCE AS ADDITIONAL
COUNSEL OF RECORD
Case No. C-01-0988-MJJ

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Peter A. Wald, Michele F. Kyrouz, Patrick E Gibbs, and Jamie L. Wine of the law firm of Latham & Watkins LLP hereby appear as additional counsel of record for Defendants Oracle Corporation, Lawrence J. Ellison, Jeffrey O. Henley, and Edward J. Sanderson in this action and respectfully request that all pleadings and other documents be served upon Latham & Watkins LLP, as identified below:

| | |
|---|---|
| Peter A. Wald<br>Michele F. Kyrouz<br>LATHAM & WATKINS LLP<br>505 Montgomery Street, Suite 2000<br>San Francisco, CA 94111-2562<br>Telephone: (415) 395-8006<br>Facsimile: (415) 395-8095<br>E-mail: peter.wald@lw.com<br>E-mail: michele.kyrouz@lw.com | Patrick E. Gibbs<br>LATHAM & WATKINS LLP<br>135 Commonwealth Drive<br>Menlo Park, CA 94025-3656<br>Telephone: (650) 328-4600<br>Facsimile: (650) 463-2600<br>E-mail: patrick.gibbs@lw.com |

Jamie L. Wine
LATHAM & WATKINS LLP
633 West Fifth Street, Suite 4000
Los Angeles, CA 90071-2007
Telephone: (213) 485-1234
Facsimile: (213) 891-8763
E-mail: jamie.wine@lw.com

Dated: February 3, 2006

LATHAM & WATKINS LLP
  Peter A. Wald
  Michele F. Kyrouz
  Patrick E. Gibbs
  Jamie L. Wine

By:_____/s/_____
  Michele F. Kyrouz
  Attorneys for Defendants ORACLE CORPORATION, LAWRENCE J. ELLISON, JEFFREY O. HENLEY, and EDWARD J. SANDERSON