# EXHIBIT B

1
2
3
4
5

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION | Master File No. C-01-0988-MJJ (Consolidated) |
| | CLASS ACTION |
| This Document Relates To: ALL ACTIONS. | STIPULATION AND [PROPOSED] ORDER AMENDING MARCH 10, 2005 AMENDED ORDER SETTING DISCOVERY PLAN |
| | Judge Martin J. Jenkins<br>Magistrate Judge Joseph C. Spero |

1    WHEREAS, on February 3, 2006, Latham & Watkins LLP ("Latham") filed its Notice of
2 Appearance as Counsel of Record for Defendants Oracle Corporation, Lawrence J. Ellison, Jeffrey
3 O. Henley, and Edward J. Sanderson ("Defendants") in the above-captioned matter; and

4    WHEREAS, the Court's March 10, 2005 Amended Order Setting a Discovery Plan
5 currently limits the disclosure of certain information regarding Confidential Witnesses ("CWs") to
6 (i) Oracle's outside counsel, Mayer, Brown, Rowe & Maw ("MBR&M"), (ii) Oracle
7 Corporation's in-house counsel, and (iii) consultants retained by MBR&M; and

8    WHEREAS, Defendants have requested that Latham be allowed access to information
9 regarding CWs in the above-captioned matter to the same extent previously permitted for
10 MBR&M under the Court's March 10, 2005 Amended Order Setting a Discovery Plan;

11    WHEREAS, Defendants have also requested that their local counsel in Denmark,
12 Bech-Bruun, be allowed access to information regarding CW 6 only for the purpose of
13 representing Defendants in proceedings in Denmark regarding Defendants' attempt to depose CW
14 6 (the "Denmark Proceedings");

15    WHEREAS, Plaintiffs do not object to Latham having access to information regarding
16 CWs under the terms of the March 10, 2005 Amended Order Setting a Discovery Plan and do not
17 object to Bech-Bruun having access to information regarding CW 6 only for the purpose of
18 representing Defendants in the Denmark Proceedings;

19    NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE TO
20 AMEND THE MARCH 10, 2005 AMENDED ORDER SETTING A DISCOVERY PLAN AS
21 FOLLOWS:

22    (1)    Latham, and consultants hired by Latham, shall be allowed to access and review
23        information concerning CWs to the same extent previously permitted for MBR&M
24        under paragraph V(F) of the Court's March 10, 2005 Amended Order Setting a
25        Discovery Plan;

26    (2)    Latham, and consultants hired by Latham, shall be subject to the restrictions
27        outlined under paragraph V(F) of the Court's March 10, 2005 Amended Order
28        Setting a Discovery Plan when accessing or reviewing information concerning

1  CWs, including that consultants hired by Latham for purposes of this litigation
2  shall be permitted access to information pertaining to CWs upon delivery to
3  Latham of an Undertaking in the form of Exhibit A hereto;

4  (3)  Defendants' local counsel in Denmark, Bech-Bruun, shall be allowed to access and
5  review information relating only to CW 6. Bech-Bruun shall use such information
6  solely for purposes of the Denmark Proceedings and it shall be subject to the
7  restrictions outlined under paragraph V(F) of the Court's March 10, 2005 Amended
8  Order Setting a Discovery Plan.

9  (4)  Until such time as MBR&M withdraws as counsel for Defendants, MBR&M shall
10  continue to handle CW information under the terms of the March 10, 2005
11  Amended Order Setting a Discovery Plan. Defendants anticipate that MBR&M
12  will file a notice of withdrawal by February 17, 2006. In the event that MBR&M
13  has not filed its notice of withdrawal by February 17, 2006, the parties will in any
14  event amend the March 10, 2005 Amended Order Setting a Discovery Plan to
15  provide that after February 17, 2006, MBR&M will not receive any additional CW
16  information and MBR&M's use of CW information then in its possession will be
17  limited to answering questions from Latham in connection with Latham's
18  representation of Defendants.

19  DATED: February 7, 2006

20                                                                    Respectfully submitted,

21
22  LATHAM & WATKINS LLP                          LERACH COUGHLIN STOIA GELLER
                                                  RUDMAN and ROBBINS, LLP
23                                                              /s/
24  By _____/s/_____                            By _____
    Patrick E. Gibbs                              Shawn A. Williams
    Counsel for Defendants Oracle Corporation,    Counsel for Plaintiffs
25  Lawrence J. Ellison, Jeffrey O. Henley, and
    Edward J. Sanderson
26
27
28

1

2          IT IS SO ORDERED:

3

4          _____
           THE HONORABLE JOSEPH C. SPERO
5          UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT A

## AGREEMENT TO BE BOUND BY PROTECTIVE ORDER

I, _____, hereby acknowledge that I have read the [Proposed] Order re Discovery Plan that was issued by the United States District Court for the Northern District of California on March ___, 2005, in the case of: *In re Oracle Corporation Securities Litigation*, Lead Case No. 417511, Case No. C-01-0988-MJJ.

I recognize that I am bound by the terms of that Order and I agree to comply with those terms. I fully understand that any disclosure of the identities of the confidential witnesses to anyone other than those individuals expressly permitted by the Order could expose me to sanctions and punishment in the nature of contempt. I hereby agree to abide by the obligation and conditions of the Order.

DATED: _____

_____