1  MAYER, BROWN, ROWE & MAW LLP
   Donald M. Falk (SBN 150256)
2  Lee H. Rubin (SBN 141331)
   Shirish Gupta (SBN 205584)
3  Two Palo Alto Square, Suite 300
   Palo Alto, CA  94306
4  Telephone:      (650) 331-2000
   Facsimile:       (650) 331-2060
5  lrubin@mayerbrownrowe.com

6  MAYER, BROWN, ROWE & MAW LLP
   Alan N. Salpeter (admitted *pro hac vice*)
7  Javier Rubinstein (admitted *pro hac vice*)
   Vincent P. Schmeltz III (admitted *pro hac vice*)
8  71 South Wacker Street
   Chicago, IL  60606
9  Telephone:      (312) 782-0600
   Facsimile:       (312) 701-7711
10 jrubinstein@mayerbrownrowe.com

11 Attorneys for Defendants ORACLE CORPORATION,
   LAWRENCE J. ELLISON, JEFFREY O. HENLEY,
12 AND EDWARD J. SANDERSON

13 ORACLE CORPORATION
   Dorian Daley (SBN 129049)
14 James C. Maroulis (SBN 208316)
   500 Oracle Parkway, Mailstop 5OP7
15 Redwood Shores, CA  94065
   Telephone:  (650) 506-5200
16 Facsimile:  (650) 506-7114
   jim.maroulis@oracle.com
17
   Attorneys for Defendant ORACLE CORPORATION
18
                   UNITED STATES DISTRICT COURT
19
        NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION
20

| | |
|---|---|
| 21  IN RE ORACLE CORPORATION SECURITIES LITIGATION | Case No. C-01-0988-MJJ (JCS) (Consolidated) |
| 22 | **[PROPOSED] ORDER GRANTING THE MOTION FOR MAYER, BROWN, ROWE & MAW LLP TO WITHDRAW AS COUNSEL OF RECORD** |
| 23 | |
| 24 | |
| 25 | Date:   Tuesday, April 4, 2006<br>Time:   9:30 a.m.<br>Place:  Ctrm. 11 |
| 26 | Honorable Martin J. Jenkins,<br>United States District Judge |
| 27 | |

28

1    The Court has considered the Motion for Mayer, Brown, Rowe & Maw LLP to Withdraw
2  as Counsel of Record for Defendants Oracle Corporation, Lawrence J. Ellison, Jeffrey O.
3  Henley, and Edward J. Sanderson ("Defendants") in the above-captioned matter. Defendants'
4  additional counsel, from Oracle Corporation and Latham & Watkins, both joined in the Motion.
5    For good cause shown, **IT IS HEREBY ORDERED THAT**:
6    1. Mayer, Brown, Rowe & Maw LLP's Motion is GRANTED.
7    2. Mayer, Brown, Rowe & Maw LLP is permitted to withdraw as counsel of record for
8  Defendants Oracle Corporation, Lawrence J. Ellison, Jeffrey O. Henley, and Edward J.
9  Sanderson in the above-captioned matter.
10   3. The clerk shall remove all Mayer, Brown, Rowe & Maw LLP counsel from the
11 Court's e-filing notification list in the above-captioned matter.
12
13 Dated: _____, 2006        _____
14                                        THE HONORABLE MARTIN J. JENKINS
                                          UNITED STATES DISTRICT COURT JUDGE