1   MAYER, BROWN, ROWE & MAW LLP
    Donald M. Falk (SBN 150256)
2   Lee H. Rubin (SBN 141331)
    Shirish Gupta (SBN 205584)
3   Two Palo Alto Square, Suite 300
    Palo Alto, CA 94306
4   Telephone:    (650) 331-2000
    Facsimile:    (650) 331-2060
5   lrubin@mayerbrownrowe.com

6   MAYER, BROWN, ROWE & MAW LLP
    Alan N. Salpeter (admitted *pro hac vice*)
7   Javier Rubinstein (admitted *pro hac vice*)
    Vincent P. Schmeltz III (admitted *pro hac vice*)
8   71 South Wacker Street
    Chicago, IL 60606
9   Telephone:    (312) 782-0600
    Facsimile:    (312) 701-7711
10  jrubinstein@mayerbrownrowe.com

11  Attorneys for Defendants ORACLE CORPORATION,
    LAWRENCE J. ELLISON, JEFFREY O. HENLEY,
12  AND EDWARD J. SANDERSON

13  ORACLE CORPORATION
    Dorian Daley (SBN 129049)
14  James C. Maroulis (SBN 208316)
    500 Oracle Parkway, Mailstop 5OP7
15  Redwood Shores, CA 94065
    Telephone: (650) 506-5200
16  Facsimile: (650) 506-7114
    jim.maroulis@oracle.com
17
    Attorneys for Defendant ORACLE CORPORATION
18
                    UNITED STATES DISTRICT COURT
19
        NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION
20
    IN RE ORACLE CORPORATION              Case No. C-01-0988-MJJ (JCS)
21  SECURITIES LITIGATION                 (Consolidated)

22                                        [PROPOSED] ORDER GRANTING THE
                                          MOTION FOR MAYER, BROWN,
23                                        ROWE & MAW LLP TO WITHDRAW
                                          AS COUNSEL OF RECORD
24
                                          Date:    Tuesday, April 4, 2006
25                                        Time:    9:30 a.m.
                                          Place:   Ctrm. 11
26                                                 Honorable Martin J. Jenkins,
                                                   United States District Judge
27

28

    [PROPOSED] ORDER GRANTING MOTION FOR MAYER, BROWN, ROWE & MAW LLP TO WITHDRAW AS COUNSEL
                                                              CASE NO: C-01-0988 MJJ (JCS)

E-filing

FILED
FEB 2 7 2006
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1    The Court has considered the Motion for Mayer, Brown, Rowe & Maw LLP to Withdraw

2   as Counsel of Record for Defendants Oracle Corporation, Lawrence J. Ellison, Jeffrey O.

3   Henley, and Edward J. Sanderson ("Defendants") in the above-captioned matter. Defendants'

4   additional counsel, from Oracle Corporation and Latham & Watkins, both joined in the Motion.

5        For good cause shown, **IT IS HEREBY ORDERED THAT**:

6        1.  Mayer, Brown, Rowe & Maw LLP's Motion is GRANTED.

7        2.  Mayer, Brown, Rowe & Maw LLP is permitted to withdraw as counsel of record for

8   Defendants Oracle Corporation, Lawrence J. Ellison, Jeffrey O. Henley, and Edward J.

9   Sanderson in the above-captioned matter.

10        3.  The clerk shall remove all Mayer, Brown, Rowe & Maw LLP counsel from the

11   Court's e-filing notification list in the above-captioned matter. ①

12

13   Dated: __2 / 2 7__ , 2006         _____

14                                     THE HONORABLE MARTIN J. JENKINS
                                       UNITED STATES DISTRICT COURT JUDGE

15

16

17

18

19

20

21

22   ① The hearing noticed for April 4, 2006, is

23      VACATED.

24

25

26

27

28

---

**[PROPOSED] ORDER GRANTING MOTION FOR MAYER, BROWN, ROWE & MAW LLP TO WITHDRAW AS COUNSEL**
**CASE NO: C-01-0988 MJJ (JCS)**