LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
MARK SOLOMON (151949)
DOUGLAS R. BRITTON (188769)
VALERIE L. McLAUGHLIN (191916)
GAVIN M. BOWIE (235532)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
MarkS@lerachlaw.com
DougB@lerachlaw.com
ValerieM@lerachlaw.com
          – and –
SHAWN A. WILLIAMS (213113)
WILLOW E. RADCLIFFE (200087)
ELI R. GREENSTEIN (217945)
JENNIE LEE ANDERSON (203586)
MONIQUE C. WINKLER (213031)
100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)
ShawnW@lerachlaw.com
WillowR@lerachlaw.com
EliG@lerachlaw.com
JennieA@lerachlaw.com
MoniqueW@lerachlaw.com

Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION | ) Master File No. C-01-0988-MJJ ) ) <u>CLASS ACTION</u> ) |
| This Document Relates To:<br><br>ALL ACTIONS. | ) PLAINTIFFS' RESPONSE TO ) DEFENDANTS' MOTION FOR MAYER, ) BROWN, ROWE & MAW LLP TO ) WITHDRAW AS COUNSEL AND THE ) COURT'S FEBRUARY 28, 2006 ORDER ) GRANTING THE MOTION |

1   Plaintiffs hereby file this response to defendants' Motion for Mayer, Brown, Rowe & Maw
2   LLP to Withdraw as Counsel (the "Motion"). Plaintiffs had intended to file this response prior to the
3   March 14, 2006 deadline for filing a response. Notwithstanding the Court's February 28, 2006
4   Order granting the Motion, plaintiffs file this response to put the Court on notice of delays that the
5   substitution has caused and to request that the Court either make allowance in the discovery schedule
6   for the adverse affect on discovery that this late substitution has caused or reconsider the Motion in
7   its entirety.

8   While plaintiffs are not concerned with (and do not object to) defendants' selection of legal
9   representation, they do object to this very late substitution given the prejudice that it has caused (and
10  will likely continue to cause) plaintiffs. This action has been ongoing since 2001 and discovery has
11  been proceeding for almost a year. As discussed below, defendants' new counsel has recently
12  demonstrated the need to fight old discovery fights, to re-address prior agreements of the parties, and
13  to employ a litigation approach that apparently seeks to take unfair advantage of the upcoming
14  discovery cut-off date. It has already caused significant expense and considerable delay.

15  Defendants' Motion makes the remarkable claim that the substitution will cause no prejudice.
16  Motion at 1. Indeed, the Motion suggests that given purported "ample notice" (two weeks), neither
17  side will be prejudiced from this late withdrawal.[1] *Id.* Defendants' claim could not be further from
18  the truth – the substitution has caused considerable delay and will prejudice plaintiffs without
19  intervention from the Court. The substitution has already caused a one month delay in scheduling
20  depositions, a revisiting of prior positions taken by Mayer, Brown, Rowe & Maw, and a refusal to
21  adhere to discovery protocols and agreements between the parties that formed the basis of the current
22  discovery schedule. While plaintiffs will present these issues with a more fully developed record,
23  they note that this substitution will inevitably affect the current discovery schedule, which is

---

[1] Defendants refused plaintiffs' request to include in the Motion language that plaintiffs intended to file a separate statement indicating their concerns about the delay that the substitution has caused. Instead, they proceeded with the current noticed motion instead of one that plaintiffs were willing to allow defendants to present unopposed.

1  effectively scheduled to close on May 15, 2006, because of its allowance for Oracle's year-end
2  closing.
3       For these reasons, plaintiffs respectfully request that the Court make allowance in the
4  discovery schedule for the delays that the substitution has caused or reconsider its Order granting the
5  Motion.

6  DATED: March 1, 2006                   Respectfully submitted,

                                               LERACH COUGHLIN STOIA GELLER
                                                 RUDMAN & ROBBINS LLP
                                               MARK SOLOMON
                                             DOUGLAS R. BRITTON
                                             VALERIE L. McLAUGHLIN
                                             GAVIN M. BOWIE

                                                       s/ MARK SOLOMON
                                                        MARK SOLOMON

                                             655 West Broadway, Suite 1900
                                             San Diego, CA  92101
                                             Telephone:  619/231-1058
                                             619/231-7423 (fax)

                                             LERACH COUGHLIN STOIA GELLER
                                                 RUDMAN & ROBBINS LLP
                                             SHAWN A. WILLIAMS
                                             WILLOW E. RADCLIFFE
                                             ELI R. GREENSTEIN
                                             JENNIE LEE ANDERSON
                                             MONIQUE C. WINKLER
                                             100 Pine Street, Suite 2600
                                             San Francisco, CA  94111
                                             Telephone: 415/288-4545
                                             415/288-4534 (fax)

                                             Lead Counsel for Plaintiffs

S:\CasesSD\Oracle3\BRF00028496.doc

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 1, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

<u>  s/ MARK SOLOMON  </u>
MARK SOLOMON

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
E-mail:MarkS@lerachlaw.com

# Mailing Information for a Case 3:01-cv-00988-MJJ

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jennie Lee Anderson**
  jenniea@lerachlaw.com

- **Eric J. Belfi**
  ebelfi@murrayfrank.com

- **Doug Britton**
  dougb@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Patrick Edward Gibbs**
  patrick.gibbs@lw.com zoila.aurora@lw.com

- **Eli Greenstein**
  Elig@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Kirke M. Hasson**
  kirke.hasson@pillsburylaw.com cheryl.grant@pillsburylaw.com

- **Reed R. Kathrein**
  reedk@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Michele F. Kyrouz**
  michele.kyrouz@lw.com

- **Nicole Lavallee**
  nlavallee@bermanesq.com

- **William S. Lerach**
  e_file_sd@lerachlaw.com e_file_sf@lerachlaw.com

- **James C. Maroulis**
  jim.maroulis@oracle.com

- **Shinyung Oh**
  shinyungoh@paulhastings.com sandradiluzio@paulhastings.com

- **Willow E. Radcliffe**
  willowr@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Darren J. Robbins**
  e_file_sd@lerachlaw.com e_file_sf@lerachlaw.com

- **Sanna Rachel Singer**
  sanna.singer@pillsburylaw.com

- **Mark Solomon**
  marks@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Shawn A. Williams**
  shawnw@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Monique Winkler**
  MoniqueW@lerachlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Henry R. Chalmers
Arnall, Golden, Gregory, LLP.
171 17th Street.  N.W. #2100
Atlanta, GA 30363-1031

Dorian Daley
500 Oracle Parkway
Redwood City, CA 94065

Corey D. Holzer
Holzer Holzer & Cannon LLC
1117 Perimeter Center West
Suite E-107
Atlanta, GA 30338

Brian P. Murray
Murray Frank & Sailer LLP
275 Madison Avenue
Suite 801
New York, NY 10016
```