# LATHAM&WATKINS LLP

633 West Fifth Street, Suite 4000
Los Angeles, California 90071-2007
Tel: (213) 485-1234  Fax: (213) 891-8763
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Brussels | New York |
| Chicago | Northern Virginia |
| Frankfurt | Orange County |
| Hamburg | Paris |
| Hong Kong | San Diego |
| London | San Francisco |
| Los Angeles | Shanghai |
| Milan | Silicon Valley |
| Moscow | Singapore |
| Munich | Tokyo |
| New Jersey | Washington, D.C. |

March 6, 2006

**VIA E-FILING**

The Honorable Joseph C. Spero
Magistrate Judge of the United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

Re: In re Oracle Corp. Sec. Litig.
Master File No. C-01-0988-MJJ (N.D. Cal.)

Dear Judge Spero:

We represent Defendants in the above-referenced case. The parties are preparing to meet and confer on Friday, March 10, in an effort to resolve a large number of outstanding discovery disputes. In the event that we are unable to reach agreement on all issues, we would like to calendar a hearing for any issues that remain. We write for the purpose of resolving two administrative issues in advance of such hearing.

First, if possible given the Court's calendar, the parties would like to reserve time on Wednesday, March 15 for the hearing. Although the parties are committed to resolving as many issues as possible beforehand, at least some of them already have been raised and discussed in prior meet-and-confer sessions without resolution. If the Court is available to conduct a hearing on March 15, the parties would propose submitting letter briefs no later than 9:00 a.m. on March 14.

Second, although I will be participating in the March 10 meet-and-confer, I am beginning trial in another matter on March 13, 2006. The parties unsuccessfully attempted to advance the date of the meet and confer so that I could participate in any hearing before the Court, but were unable to do so because of both Lead Trial Counsels' schedules. Accordingly, to the extent Your Honor requires Lead Trial Counsel to participate in the hearing itself, Defendants respectfully request relief from this mandate for purposes of the proposed March 15 hearing. Plaintiffs do not oppose this request.

LATHAM&WATKINS LLP

        We are available for a conference call with Your Honor on Tuesday, March 14, 2006, to discuss these matters further, if the Court so requests. Should you have any questions, please feel free to contact me directly, at (415) 395-8006.

        Very truly yours,

        /s/

        Peter A. Wald
        of LATHAM & WATKINS LLP

cc:    Mark Solomon