1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION | Master File No. C-01-0988-MJJJCS (Consolidated) |
| | CLASS ACTION |
| This Document Relates To:<br><br>ALL ACTIONS. | **STIPULATION AND [PROPOSED] ORDER AMENDING DUE DATE FOR PARTIES' LETTER BRIEFS ON OPEN DISCOVERY ISSUES** |
| | DISCOVERY MATTER |
| | **Judge Martin J. Jenkins**<br>**Magistrate Judge Joseph C. Spero** |

1    WHEREAS, the Parties previously discussed and agreed to file with the Court separate Letter Briefs on Open Discovery Issues ("Letter Briefs") no later than 9 a.m. on Tuesday, March 14, 2006; and

    WHEREAS, the Parties have discussed and agreed to extend the due date for filing Letter Briefs;

    NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE TO AMEND THE DUE DATE FOR THE FILING OF LETTER BRIEFS AS FOLLOWS:

    The Parties shall file with the Court separate Letter Briefs on Open Discovery Issues no later than 9 a.m. on Wednesday, March 15, 2006.

DATED: March 13, 2006

                                                                            Respectfully submitted,

LATHAM & WATKINS LLP                          LERACH COUGHLIN STOIA GELLER
                                                                            RUDMAN AND ROBBINS LLP

By _____/s/_____              By _____/s/_____
   Rees F. Morgan                                                  Willow E. Radcliffe
   Counsel for Defendants Oracle Corporation,      Counsel for Plaintiffs
   Lawrence J. Ellison, Jeffrey O. Henley, and
   Edward J. Sanderson


                                                                            IT IS SO ORDERED:


                                                                            _____
                                                                            THE HONORABLE JOSEPH C. SPERO
                                                                            UNITED STATES MAGISTRATE JUDGE

SF\553349.1

STIPULATION AND [PROPOSED] ORDER AMENDING DUE DATE FOR PARTIES' DISCOVERY LETTER BRIEFS
Case No. C-01-0988-MJJ