1  LERACH COUGHLIN STOIA GELLER
     RUDMAN & ROBBINS LLP
2  MARK SOLOMON (151949)
   DOUGLAS R. BRITTON (188769)
3  VALERIE L. McLAUGHLIN (191916)
   GAVIN M. BOWIE (235532)
4  655 West Broadway, Suite 1900
   San Diego, CA  92101
5  Telephone:  619/231-1058
   619/231-7423 (fax)
6  MarkS@lerachlaw.com
   DougB@lerachlaw.com
7  ValerieM@lerachlaw.com
           – and –
8  SHAWN A. WILLIAMS (213113)
   WILLOW E. RADCLIFFE (200087)
9  ELI R. GREENSTEIN (217945)
   JENNIE LEE ANDERSON (203586)
10 MONIQUE C. WINKLER (213031)
   100 Pine Street, Suite 2600
11 San Francisco, CA  94111
   Telephone:  415/288-4545
12 415/288-4534 (fax)
   ShawnW@lerachlaw.com
13 WillowR@lerachlaw.com
   EliG@lerachlaw.com
14 JennieA@lerachlaw.com
   MoniqueW@lerachlaw.com
15
   Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION | ) Master File No. C-01-0988-MJJ (JCS) ) ) <u>CLASS ACTION</u> ) |
| This Document Relates To: | ) **DISCOVERY MATTER** ) |
| ALL ACTIONS. | ) PLAINTIFFS' REQUEST FOR IMMEDIATE ) ENFORCEMENT OF THE MARCH 10, 2005 AMENDED ORDER SETTING A DISCOVERY PLAN TO ORDER PRODUCTION OF ALL EMAIL REVIEWED BY ORACLE'S SPECIAL LITIGATION COMMITTEE |

DATE:  N/A
TIME:  N/A
JUDGE:  The Honorable Joseph C. Spero

## I. INTRODUCTION

Plaintiffs hereby respectfully request this Court to enforce its March 10, 2005 Amended Order Setting a Discovery Plan ("Discovery Plan"), by ordering defendants to immediately produce all email reviewed by Oracle's Special Litigation Committee ("SLC").

The March 10, 2005 Discovery Plan expressly orders that defendants "produce all underlying documents that the [SLC] reviewed from whatever source." Greenstein Decl., Ex. A at 3.[1] Despite numerous meet and confers on this issue, including an in-person meet and confer on March 10, 2006, defendants have refused to produce all documents reviewed by the SLC. In fact, defendants have improperly withheld 22 CDs of relevant email (containing approximately 3.5 million pages) that were specifically reviewed by the SLC. Plaintiffs seek an order enforcing the express terms of the Discovery Plan by compelling defendants to produce the 22 CDs of email and all remaining documents reviewed by the SLC.

## II. ARGUMENT

On March 10, 2005, the Court issued the Discovery Plan commanding defendants to "***produce all underlying documents that the [SLC] reviewed from whatever source***." Greenstein Decl., Ex. A. at 3. The specific documents requested and "reviewed" by the SLC were set forth with particularity in the text of the SLC Report. *See* Greenstein Decl., Ex. B at NDCA-ORCL 294808-810, 294823-825. For example, the SLC requested seventeen specific categories of documents, including the following:

    (a)    Documents relating to sales, installations and functionality of Oracle's Suite 11i software;

    (b)    Financial results, projections and budgets for FY 2001;

    (c)    Documents discussing a potential earnings shortfall in Q3 of FY 2001; and

---

[1] "Greenstein Decl." refers to the Declaration of Eli R. Greenstein in Support of Plaintiffs' Request for Immediate Enforcement of the March 10, 2005 Amended Order Setting a Discovery Plan to Order the Production of All Email Reviewed by Oracle's Special Litigation Committee.

1           (d)    Files discussing deals or proposed deals from FY 2001 mentioned in the
2 Derivative Complaint.

3     *See* Greenstein Decl, Ex. B at NDCA-ORCL 294808-809.  In response to the SLC's
4 document requests, Oracle Corporation ("Oracle") produced millions of pages of documents from
5 the files of over 69 individuals.  *See* Greenstein Decl., Ex. B at NDCA-ORCL 294810, 294823-825.
6 Most notably, the SLC Report stated that Oracle produced to the SLC "22 CDs of e-mails containing
7 3503.5 MB of data, which is equivalent to an additional 3,503,000 pages of documents."  *See*
8 Greenstein Decl., Ex. B at NDCA-ORCL 294810.  The SLC Report also confirmed that the SLC
9 "***reviewed these e-mails*** and printed 117 MB of the e-mails, which equals approximately 117,000
10 pages."  *Id*. (emphasis added).

11     Defendants have refused to produce the 22 CDs of email reviewed by the SLC.  Greenstein
12 Decl., ¶2.  In fact, defendants' entire document production thus far only includes approximately
13 11,000 pages of email, or ***less than 1%*** of the total email reviewed by the SLC.  Defendants' blatant
14 violation of the Court's March 10, 2005 Discovery Plan has severely prejudiced plaintiffs' ability to
15 prosecute their case.  Plaintiffs have already begun taking the depositions of crucial Oracle witnesses
16 without the benefit of millions of emails reviewed by the SLC.  Defendants' refusal to produce the
17 22 CDs of email is also particularly troubling given defendants' recent admission during the
18 March 10, 2006 meet and confer that they did not preserve the individual files of most of Oracle's
19 Area Vice Presidents after the commencement of this litigation.  Thus, the 22 CDs of email reviewed
20 by the SLC are not only patently relevant to plaintiffs' case in chief, they are crucial to determining
21 whether Oracle improperly destroyed relevant documents after plaintiffs' complaint was filed.
22 Accordingly, the Court should enforce its March 10, 2005 Discovery Plan by ordering the
23 production of the 22 CDs of email reviewed by the SLC.

24
25
26
27
28

## III. CONCLUSION

For the reasons stated herein, plaintiffs respectfully request that this Court enforce the March 10, 2005 Discovery Plan by ordering defendants to produce the 22 CDs of email reviewed by the SLC.

DATED: March 13, 2006

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
MARK SOLOMON
DOUGLAS R. BRITTON
VALERIE L. McLAUGHLIN
GAVIN M. BOWIE
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SHAWN A. WILLIAMS
WILLOW E. RADCLIFFE
ELI R. GREENSTEIN
JENNIE LEE ANDERSON
MONIQUE C. WINKLER

    /S/ SHAWN A. WILLIAMS
SHAWN A. WILLIAMS

100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)

Lead Counsel for Plaintiffs

T:\CasesSF\Oracle3\MOT00028896.doc

PLAINTIFFS' REQUEST FOR IMMEDIATE ENFORCEMENT OF THE MARCH 10, 2005 AMENDED
ORDER SETTING A DISCOVERY PLAN - C-01-0988-MJJ (JCS)  - 3 -

CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

     /S/ SHAWN A. WILLIAMS
SHAWN A. WILLIAMS

LERACH COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
100 Pine Street, Suite 2600
San Francisco, CA  94111
E-mail:ShawnW@lerachlaw.com

# Mailing Information for a Case 3:01-cv-00988-MJJ

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jennie Lee Anderson**
  jenniea@lerachlaw.com

- **Eric J. Belfi**
  ebelfi@murrayfrank.com

- **Doug Britton**
  dougb@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Patrick Edward Gibbs**
  patrick.gibbs@lw.com zoila.aurora@lw.com

- **Eli Greenstein**
  Elig@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Kirke M. Hasson**
  kirke.hasson@pillsburylaw.com cheryl.grant@pillsburylaw.com

- **Reed R. Kathrein**
  reedk@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Michele F. Kyrouz**
  michele.kyrouz@lw.com

- **Nicole Lavallee**
  nlavallee@bermanesq.com

- **William S. Lerach**
  e_file_sd@lerachlaw.com e_file_sf@lerachlaw.com

- **James C. Maroulis**
  jim.maroulis@oracle.com

- **Shinyung Oh**
  shinyungoh@paulhastings.com sandradiluzio@paulhastings.com

- **Willow E. Radcliffe**
  willowr@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Darren J. Robbins**
  e_file_sd@lerachlaw.com e_file_sf@lerachlaw.com

- **Sanna Rachel Singer**

- sanna.singer@pillsburylaw.com

- **Mark Solomon**
  marks@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Shawn A. Williams**
  shawnw@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Monique Winkler**
  MoniqueW@lerachlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Henry R. Chalmers
Arnall, Golden, Gregory, LLP.
171 17th Street.  N.W. #2100
Atlanta, GA 30363-1031

Dorian Daley
500 Oracle Parkway
Redwood City, CA 94065

Corey D. Holzer
Holzer Holzer & Cannon LLC
1117 Perimeter Center West
Suite E-107
Atlanta, GA 30338

Brian P. Murray
Murray Frank & Sailer LLP
275 Madison Avenue
Suite 801
New York, NY 10016
```