LERACH COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
MARK SOLOMON (151949)
DOUGLAS R. BRITTON (188769)
VALERIE L. McLAUGHLIN (191916)
GAVIN M. BOWIE (235532)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
MarkS@lerachlaw.com
DougB@lerachlaw.com
ValerieM@lerachlaw.com
         – and –
SHAWN A. WILLIAMS (213113)
WILLOW E. RADCLIFFE (200087)
ELI R. GREENSTEIN (217945)
JENNIE LEE ANDERSON (203586)
MONIQUE C. WINKLER (213031)
100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)
ShawnW@lerachlaw.com
WillowR@lerachlaw.com
EliG@lerachlaw.com
JennieA@lerachlaw.com
MoniqueW@lerachlaw.com

Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION | Master File No. C-01-0988-MJJ |
| | CLASS ACTION |
| This Document Relates To: | DECLARATION OF ELI R. GREENSTEIN IN SUPPORT OF PLAINTIFFS' REQUEST FOR IMMEDIATE ENFORCEMENT OF THE MARCH 10, 2005 AMENDED ORDER SETTING A DISCOVERY PLAN TO ORDER THE PRODUCTION OF ALL EMAIL REVIEWED BY ORACLE'S SPECIAL LITIGATION COMMITTEE |
| ALL ACTIONS. | |
| | DATE:  N/A<br>TIME:  N/A<br>JUDGE: The Honorable Joseph C. Spero |

**REDACTED VERSION**

1  I, ELI R. GREENSTEIN, declare as follows:

2  1. I am an attorney duly licensed to practice before all courts in the State of California. I am associated with the law firm of Lerach Coughlin Stoia Gellar Rudman & Robbins LLP, one of the counsel of record for plaintiffs in the above-captioned case. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. On September 1, 2005, and March 6, 2006, defendants sent plaintiffs letters indicating that they would not produce 22 CDs of email reviewed by Oracle's Special Litigation Committee.

3. Attached are true and correct copies of the following exhibits:

Exhibit A: The Court's Amended Order Setting a Discovery Plan entered on March 10, 2005; and

Exhibit B: Excerpts from the Report of the Special Litigation Committee of the Board of Directors of Oracle Corporation dated November 22, 2002.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 13th day of March, 2006, at San Francisco, California.

/S/ ELI R. GREENSTEIN
ELI R. GREENSTEIN

*Filer's Attestation: Pursuant to General Order No. 45, Section X(B), Shawn A. Williams hereby attests that the signatory's concurrence in the filing of this document has been obtained.*

T:\CasesSF\Oracle3\DEC00028933.doc

GREENSTEIN DECL ISO PLTFS' REQ FOR IMMEDIATE ENFORCEMENT OF 3/10/05 AMENDED ORDER SETTING A 3/10/05 DISCOVERY PLAN - C-01-0988-MJJ   - 1 -

1                            CERTIFICATE OF SERVICE

2         I hereby certify that on March 13, 2006, I electronically filed the foregoing with the Clerk of

3 the Court using the CM/ECF system which will send notification of such filing to the e-mail

4 addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have

5 mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF

6 participants indicated on the attached Manual Notice List.

7

8                                              /S/ SHAWN A. WILLIAMS
                                              SHAWN A. WILLIAMS

9                                               LERACH COUGHLIN STOIA GELLER
                                                   RUDMAN & ROBBINS LLP

10                                           100 Pine Street, Suite 2600
                                          San Francisco, CA  94111

11                                           E-mail:ShawnW@lerachlaw.com

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# Mailing Information for a Case 3:01-cv-00988-MJJ

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jennie Lee Anderson**
  jenniea@lerachlaw.com

- **Eric J. Belfi**
  ebelfi@murrayfrank.com

- **Doug Britton**
  dougb@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Patrick Edward Gibbs**
  patrick.gibbs@lw.com zoila.aurora@lw.com

- **Eli Greenstein**
  Elig@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Kirke M. Hasson**
  kirke.hasson@pillsburylaw.com cheryl.grant@pillsburylaw.com

- **Reed R. Kathrein**
  reedk@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Michele F. Kyrouz**
  michele.kyrouz@lw.com

- **Nicole Lavallee**
  nlavallee@bermanesq.com

- **William S. Lerach**
  e_file_sd@lerachlaw.com e_file_sf@lerachlaw.com

- **James C. Maroulis**
  jim.maroulis@oracle.com

- **Shinyung Oh**
  shinyungoh@paulhastings.com sandradiluzio@paulhastings.com

- **Willow E. Radcliffe**
  willowr@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Darren J. Robbins**
  e_file_sd@lerachlaw.com e_file_sf@lerachlaw.com

- **Sanna Rachel Singer**

sanna.singer@pillsburylaw.com

- **Mark Solomon**
  marks@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Shawn A. Williams**
  shawnw@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Monique Winkler**
  MoniqueW@lerachlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Henry R. Chalmers
Arnall, Golden, Gregory, LLP.
171 17th Street.  N.W. #2100
Atlanta, GA 30363-1031

Dorian Daley
500 Oracle Parkway
Redwood City, CA 94065

Corey D. Holzer
Holzer Holzer & Cannon LLC
1117 Perimeter Center West
Suite E-107
Atlanta, GA 30338

Brian P. Murray
Murray Frank & Sailer LLP
275 Madison Avenue
Suite 801
New York, NY 10016
```