| | |
|---|---|
| 1 | LERACH COUGHLIN STOIA GELLER |
|   |   RUDMAN & ROBBINS LLP |
| 2 | MARK SOLOMON (151949) |
|   | DOUGLAS R. BRITTON (188769) |
| 3 | VALERIE L. McLAUGHLIN (191916) |
|   | GAVIN M. BOWIE (235532) |
| 4 | 655 West Broadway, Suite 1900 |
|   | San Diego, CA  92101 |
| 5 | Telephone:  619/231-1058 |
|   | 619/231-7423 (fax) |
| 6 | MarkS@lerachlaw.com |
|   | DougB@lerachlaw.com |
| 7 | ValerieM@lerachlaw.com |
|   |       – and – |
| 8 | SHAWN A. WILLIAMS (213113) |
|   | WILLOW E. RADCLIFFE (200087) |
| 9 | ELI R. GREENSTEIN (217945) |
|   | JENNIE LEE ANDERSON (203586) |
| 10 | MONIQUE C. WINKLER (213031) |
|   | 100 Pine Street, Suite 2600 |
| 11 | San Francisco, CA  94111 |
|   | Telephone:  415/288-4545 |
| 12 | 415/288-4534 (fax) |
|   | ShawnW@lerachlaw.com |
| 13 | WillowR@lerachlaw.com |
|   | EliG@lerachlaw.com |
| 14 | JennieA@lerachlaw.com |
|   | MoniqueW@lerachlaw.com |

Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION | Master File No. C-01-0988-MJJ (JCS) |
| | CLASS ACTION |
| This Document Relates To: | **DISCOVERY MATTER** |
| ALL ACTIONS. | PLAINTIFFS' ADMINISTRATIVE REQUEST TO FILE UNDER SEAL EXHIBIT B TO THE DECLARATION OF ELI R. GREENSTEIN IN SUPPORT OF PLAINTIFFS' REQUEST FOR IMMEDIATE ENFORCEMENT OF THE MARCH 10, 2005 AMENDED ORDER SETTING A DISCOVERY PLAN TO ORDER THE PRODUCTION OF ALL EMAIL REVIEWED BY ORACLE'S SPECIAL LITIGATION COMMITTEE |
| | DATE: N/A |
| | TIME: N/A |
| | JUDGE: The Honorable Joseph C. Spero |

1    Pursuant to Civil Local Rules 7-11 and 79-5, plaintiffs submit this administrative request to file under seal Exhibit B attached to the Declaration of Eli R. Greenstein in Support of Plaintiffs' Request for Immediate Enforcement of the March 10, 2005 Amended Order Setting a Discovery Plan to Order the Production of All Email Reviewed by Oracle's Special Litigation Committee ("Greenstein Declaration").  This request is accompanied by the Declaration of Willow E. Radcliffe in Support of Plaintiffs' Administrative Request ("Radcliffe Decl.") and the [Proposed] Sealing Order, filed concurrently herewith.

Exhibit B attached to the Greenstein Declaration includes excerpts from the Report of the Special Litigation Committee of the Board of Directors of Oracle Corporation dated November 22, 2002.  These excerpts were marked "Confidential" by defendants.  *See* Radcliffe Decl., ¶3. Documents designated as "Confidential" are subject to the provisions of the Revised Stipulated Protective Order Governing Confidentiality entered on January 11, 2005 and Civil Local Rule 79-5. Accordingly, plaintiffs respectfully request that Exhibit B to the Greenstein Declaration be filed under the seal of the Court.

DATED:  March 13, 2006            LERACH COUGHLIN STOIA GELLER
                                    RUDMAN & ROBBINS LLP
                                  MARK SOLOMON
                                  DOUGLAS R. BRITTON
                                  VALERIE L. McLAUGHLIN
                                  GAVIN M. BOWIE
                                  655 West Broadway, Suite 1900
                                  San Diego, CA  92101
                                  Telephone:  619/231-1058
                                  619/231-7423 (fax)

                                  LERACH COUGHLIN STOIA GELLER
                                    RUDMAN & ROBBINS LLP
                                  SHAWN A. WILLIAMS
                                  WILLOW E. RADCLIFFE
                                  ELI R. GREENSTEIN
                                  JENNIE LEE ANDERSON
                                  MONIQUE C. WINKLER


                                       /S/ SHAWN A. WILLIAMS
                                       SHAWN A. WILLIAMS

1
2  100 Pine Street, Suite 2600
   San Francisco, CA  94111
3  Telephone:  415/288-4545
   415/288-4534 (fax)
4
   Lead Counsel for Plaintiffs
5
6
   T:\CasesSF\Oracle3\MIS00028935.doc
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PLTFS' ADMIN REQ TO FILE UNDER SEAL EX B TO THE GREENSTEIN DECL ISO PLFS' REQ
FOR IMMEDIATE ENFORCEMENT OF THE 3/10/05 AMENDED ORDER - C-01-0988-MJJ (JCS)    - 2 -

CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

   /S/ SHAWN A. WILLIAMS
SHAWN A. WILLIAMS

LERACH COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
100 Pine Street, Suite 2600
San Francisco, CA  94111
E-mail:ShawnW@lerachlaw.com

# Mailing Information for a Case 3:01-cv-00988-MJJ

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jennie Lee Anderson**
  jenniea@lerachlaw.com

- **Eric J. Belfi**
  ebelfi@murrayfrank.com

- **Doug Britton**
  dougb@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Patrick Edward Gibbs**
  patrick.gibbs@lw.com zoila.aurora@lw.com

- **Eli Greenstein**
  Elig@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Kirke M. Hasson**
  kirke.hasson@pillsburylaw.com cheryl.grant@pillsburylaw.com

- **Reed R. Kathrein**
  reedk@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Michele F. Kyrouz**
  michele.kyrouz@lw.com

- **Nicole Lavallee**
  nlavallee@bermanesq.com

- **William S. Lerach**
  e_file_sd@lerachlaw.com e_file_sf@lerachlaw.com

- **James C. Maroulis**
  jim.maroulis@oracle.com

- **Shinyung Oh**
  shinyungoh@paulhastings.com sandradiluzio@paulhastings.com

- **Willow E. Radcliffe**
  willowr@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Darren J. Robbins**
  e_file_sd@lerachlaw.com e_file_sf@lerachlaw.com

- **Sanna Rachel Singer**

sanna.singer@pillsburylaw.com

- **Mark Solomon**
  marks@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Shawn A. Williams**
  shawnw@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Monique Winkler**
  MoniqueW@lerachlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Henry R. Chalmers
Arnall, Golden, Gregory, LLP.
171 17th Street.  N.W. #2100
Atlanta, GA 30363-1031

Dorian Daley
500 Oracle Parkway
Redwood City, CA 94065

Corey D. Holzer
Holzer Holzer & Cannon LLC
1117 Perimeter Center West
Suite E-107
Atlanta, GA 30338

Brian P. Murray
Murray Frank & Sailer LLP
275 Madison Avenue
Suite 801
New York, NY 10016
```