| | |
|---|---|
| 1 | LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP |
| 2 | MARK SOLOMON (151949) |
|   | DOUGLAS R. BRITTON (188769) |
| 3 | VALERIE L. McLAUGHLIN (191916) |
|   | GAVIN M. BOWIE (235532) |
| 4 | 655 West Broadway, Suite 1900 |
|   | San Diego, CA  92101 |
| 5 | Telephone:  619/231-1058 |
|   | 619/231-7423 (fax) |
| 6 | MarkS@lerachlaw.com |
|   | DougB@lerachlaw.com |
| 7 | ValerieM@lerachlaw.com |
|   |         – and – |
| 8 | SHAWN A. WILLIAMS (213113) |
|   | WILLOW E. RADCLIFFE (200087) |
| 9 | ELI R. GREENSTEIN (217945) |
|   | JENNIE LEE ANDERSON (203586) |
| 10 | MONIQUE C. WINKLER (213031) |
|   | 100 Pine Street, Suite 2600 |
| 11 | San Francisco, CA  94111 |
|   | Telephone:  415/288-4545 |
| 12 | 415/288-4534 (fax) |
|   | ShawnW@lerachlaw.com |
| 13 | WillowR@lerachlaw.com |
|   | EliG@lerachlaw.com |
| 14 | JennieA@lerachlaw.com |
|   | MoniqueW@lerachlaw.com |
| 15 | |
|   | Lead Counsel for Plaintiffs |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION | Master File No. C-01-0988-MJJ (JCS) |
| | CLASS ACTION |
| This Document Relates To: | **DISCOVERY MATTER** |
| ALL ACTIONS. | DECLARATION OF WILLOW E. RADCLIFFE IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE REQUEST TO FILE UNDER SEAL EXHIBIT B TO THE DECLARATION OF ELI R. GREENSTEIN IN SUPPORT OF PLAINTIFFS' REQUEST FOR IMMEDIATE ENFORCEMENT OF THE MARCH 10, 2005 AMENDED ORDER SETTING A DISCOVERY PLAN TO ORDER THE PRODUCTION OF ALL EMAIL REVIEWED BY ORACLE'S SPECIAL LITIGATION COMMITTEE |
| | DATE:       N/A |
| | TIME:       N/A |
| | JUDGE:     The Honorable Joseph C. Spero |

1     I, WILLOW E. RADCLIFFE, declare as follows:

2     1.     I am an attorney duly licensed to practice before all the courts of the State of California. I am associated with the law firm of Lerach Coughlin Stoia Geller Rudman & Robbins LLP, one of the counsel of record for plaintiffs in the above-entitled action. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.     I submit this declaration in support of Plaintiffs' Administrative Request to File Under Seal Exhibit B to the Declaration of Eli R. Greenstein in Support of Plaintiffs' Request for Immediate Enforcement of the March 10, 2005 Amended Order Setting a Discovery Plan to Order the Production of All Email Reviewed by Oracle's Special Litigation Committee.

3.     Exhibit B to the Declaration of Eli R. Greenstein in Support of Plaintiffs' Request for Immediate Enforcement of the March 10, 2005 Amended Order Setting a Discovery Plan to Order the Production of All Email Reviewed by Oracle's Special Litigation Committee discloses purportedly "confidential" information regarding the Report of the Special Litigation Committee of the Board of Directors of Oracle Corporation dated November 22, 2002.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 13th day of March, 2005 at San Francisco, California.

/S/ WILLOW E. RADCLIFFE
WILLOW E. RADCLIFFE

*Filer's Attestation: Pursuant to General Order No. 45, Section X(B), Shawn A. Williams hereby attests that the signatory's concurrence in the filing of this document has been obtained.*

T:\CasesSF\Oracle3\DEC00028936.doc

RADCLIFFE DECL ISO PFS' ADMIN REQ TO FILE UNDER SEAL EX B TO GREENSTEIN DECL ISO PFS' REQ FOR IMMDT ENFORCE OF 3/10/05 AMND ORD SETTNG DISC PLN-C-01-0988-MJJ (JCS) - 1 -

| | |
|---|---|
| 1 | CERTIFICATE OF SERVICE |
| 2 | I hereby certify that on March 13, 2006, I electronically filed the foregoing with the Clerk of |
| 3 | the Court using the CM/ECF system which will send notification of such filing to the e-mail |
| 4 | addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have |
| 5 | mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF |
| 6 | participants indicated on the attached Manual Notice List. |

/S/ SHAWN A. WILLIAMS
SHAWN A. WILLIAMS

LERACH COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
100 Pine Street, Suite 2600
San Francisco, CA 94111
E-mail:ShawnW@lerachlaw.com

# Mailing Information for a Case 3:01-cv-00988-MJJ

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jennie Lee Anderson**
  jenniea@lerachlaw.com

- **Eric J. Belfi**
  ebelfi@murrayfrank.com

- **Doug Britton**
  dougb@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Patrick Edward Gibbs**
  patrick.gibbs@lw.com zoila.aurora@lw.com

- **Eli Greenstein**
  Elig@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Kirke M. Hasson**
  kirke.hasson@pillsburylaw.com cheryl.grant@pillsburylaw.com

- **Reed R. Kathrein**
  reedk@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Michele F. Kyrouz**
  michele.kyrouz@lw.com

- **Nicole Lavallee**
  nlavallee@bermanesq.com

- **William S. Lerach**
  e_file_sd@lerachlaw.com e_file_sf@lerachlaw.com

- **James C. Maroulis**
  jim.maroulis@oracle.com

- **Shinyung Oh**
  shinyungoh@paulhastings.com sandradiluzio@paulhastings.com

- **Willow E. Radcliffe**
  willowr@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Darren J. Robbins**
  e_file_sd@lerachlaw.com e_file_sf@lerachlaw.com

- **Sanna Rachel Singer**

sanna.singer@pillsburylaw.com

- **Mark Solomon**
  marks@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Shawn A. Williams**
  shawnw@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Monique Winkler**
  MoniqueW@lerachlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Henry R. Chalmers
Arnall, Golden, Gregory, LLP.
171 17th Street.  N.W. #2100
Atlanta, GA 30363-1031

Dorian Daley
500 Oracle Parkway
Redwood City, CA 94065

Corey D. Holzer
Holzer Holzer & Cannon LLC
1117 Perimeter Center West
Suite E-107
Atlanta, GA 30338

Brian P. Murray
Murray Frank & Sailer LLP
275 Madison Avenue
Suite 801
New York, NY 10016
```