| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION | Master File No. C-01-0988-MJJJCS (Consolidated) |
| | CLASS ACTION |
| This Document Relates To:<br><br>ALL ACTIONS. | **STIPULATION AND [PROPOSED] ORDER AMENDING DUE DATE FOR PARTIES' LETTER BRIEFS ON OPEN DISCOVERY ISSUES**<br><br>DISCOVERY MATTER<br><br>**Judge Martin J. Jenkins**<br>**Magistrate Judge Joseph C. Spero** |

1   WHEREAS, the Parties previously discussed and agreed to file with the Court separate Letter Briefs on Open Discovery Issues ("Letter Briefs") no later than 9 a.m. on Tuesday, March 14, 2006; and

  WHEREAS, the Parties have discussed and agreed to extend the due date for filing Letter Briefs;

  NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE TO AMEND THE DUE DATE FOR THE FILING OF LETTER BRIEFS AS FOLLOWS:

  The Parties shall file with the Court separate Letter Briefs on Open Discovery Issues no later than 9 a.m. on Wednesday, March 15, 2006.

DATED: March 13, 2006

Respectfully submitted,

LATHAM & WATKINS LLP

LERACH COUGHLIN STOIA GELLER RUDMAN AND ROBBINS LLP

By _____/s/_____
 Rees F. Morgan
 Counsel for Defendants Oracle Corporation, Lawrence J. Ellison, Jeffrey O. Henley, and Edward J. Sanderson

By _____/s/_____
 Willow E. Radcliffe
 Counsel for Plaintiffs

Dated: March 14, 2006

IT IS SO ORDERED:

_____
THE HONORABLE JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE

SF\553349.1