UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION | ) ) ) | Master File No. C-01-0988-MJJ |
| | ) | CLASS ACTION |
| This Document Relates To: | ) ) | **DISCOVERY MATTER** |
| ALL ACTIONS. | ) ) ) | [~~PROPOSED~~] SEALING ORDER |

1  Having considered the papers regarding Plaintiffs' Administrative Request To File Under
2  Seal Exhibit B to the Declaration of Eli R. Greenstein in Support of Plaintiffs' Request for
3  Immediate Enforcement of the March 10, 2005 Amended Order Setting a Discovery Plan to Order
4  the Production of All Email Reviewed by Oracle's Special Litigation Committee, and finding good
5  cause therefore;

6  Exhibit B attached to the Declaration of Eli R. Greenstein in Support of Plaintiffs' Request
7  for Immediate Enforcement of the March 10, 2005 Amended Order Setting a Discovery Plan to
8  Order the Production of All Email Reviewed by Oracle's Special Litigation Committee is HEREBY
9  sealed.

10  IT IS SO ORDERED.

11  DATED: March 14, 2006
12  THE HONORABLE JOSEPH C. SPERO
    UNITED STATES DISTRICT JUDGE

13  Submitted by:

14  DATED: March 13, 2006

15  LERACH COUGHLIN STOIA GELLER
       RUDMAN & ROBBINS LLP
16  MARK SOLOMON
    DOUGLAS R. BRITTON
17  VALERIE L. McLAUGHLIN
    GAVIN M. BOWIE
18  655 West Broadway, Suite 1900
    San Diego, CA 92101
19  Telephone: 619/231-1058
    619/231-7423 (fax)
20  LERACH COUGHLIN STOIA GELLER
       RUDMAN & ROBBINS LLP
21  SHAWN A. WILLIAMS
    WILLOW E. RADCLIFFE
22  ELI R. GREENSTEIN
    JENNIE LEE ANDERSON
23  MONIQUE C. WINKLER

24

25     /S/ SHAWN A. WILLIAMS
          SHAWN A. WILLIAMS
26

27

28

[PROPOSED] SEALING ORDER - C-01-0988-MJJ                                         - 1 -

1
2   100 Pine Street, Suite 2600
    San Francisco, CA 94111
    Telephone: 415/288-4545
3   415/288-4534 (fax)

4   Lead Counsel for Plaintiffs

5
    T:\CasesSF\Oracle3\ORD00028937.doc
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] SEALING ORDER - C-01-0988-MJJ        - 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

      /S/ SHAWN A. WILLIAMS
      SHAWN A. WILLIAMS

      LERACH COUGHLIN STOIA GELLER
        RUDMAN & ROBBINS LLP
      100 Pine Street, Suite 2600
      San Francisco, CA 94111
      E-mail:ShawnW@lerachlaw.com

CAND-ECF Page 1 of 2
Case 3:01-cv-00988-SI Document 451 Filed 03/14/2006 Page 5 of 5
Case 3:01-cv-00988-JSI Document 456 Filed 03/14/2006 Page 5 of 6

# Mailing Information for a Case 3:01-cv-00988-MJJ

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jennie Lee Anderson**
  jenniea@lerachlaw.com

- **Eric J. Belfi**
  ebelfi@murrayfrank.com

- **Doug Britton**
  dougb@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Patrick Edward Gibbs**
  patrick.gibbs@lw.com zoila.aurora@lw.com

- **Eli Greenstein**
  Elig@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Kirke M. Hasson**
  kirke.hasson@pillsburylaw.com cheryl.grant@pillsburylaw.com

- **Reed R. Kathrein**
  reedk@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Michele F. Kyrouz**
  michele.kyrouz@lw.com

- **Nicole Lavallee**
  nlavallee@bermanesq.com

- **William S. Lerach**
  e_file_sd@lerachlaw.com e_file_sf@lerachlaw.com

- **James C. Maroulis**
  jim.maroulis@oracle.com

- **Shinyung Oh**
  shinyungoh@paulhastings.com sandradiluzio@paulhastings.com

- **Willow E. Radcliffe**
  willowr@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Darren J. Robbins**
  e_file_sd@lerachlaw.com e_file_sf@lerachlaw.com

- **Sanna Rachel Singer**

sanna.singer@pillsburylaw.com

- **Mark Solomon**
  marks@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Shawn A. Williams**
  shawnw@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Monique Winkler**
  MoniqueW@lerachlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Henry R. Chalmers
Arnall, Golden, Gregory, LLP.
171 17th Street.  N.W. #2100
Atlanta, GA 30363-1031

Dorian Daley
500 Oracle Parkway
Redwood City, CA 94065

Corey D. Holzer
Holzer Holzer & Cannon LLC
1117 Perimeter Center West
Suite E-107
Atlanta, GA 30338

Brian P. Murray
Murray Frank & Sailer LLP
275 Madison Avenue
Suite 801
New York, NY 10016
```