1  LERACH COUGHLIN STOIA GELLER
       RUDMAN & ROBBINS LLP
2  MARK SOLOMON (151949)
   DOUGLAS R. BRITTON (188769)
3  VALERIE L. McLAUGHLIN (191916)
   GAVIN M. BOWIE (235532)
4  655 West Broadway, Suite 1900
   San Diego, CA  92101
5  Telephone:  619/231-1058
   619/231-7423 (fax)
6  MarkS@lerachlaw.com
   DougB@lerachlaw.com
7  ValerieM@lerachlaw.com
           – and –
8  SHAWN A. WILLIAMS (213113)
   WILLOW E. RADCLIFFE (200087)
9  ELI R. GREENSTEIN (217945)
   JENNIE LEE ANDERSON (203586)
10 MONIQUE C. WINKLER (213031)
   100 Pine Street, Suite 2600
11 San Francisco, CA  94111
   Telephone:  415/288-4545
12 415/288-4534 (fax)
   ShawnW@lerachlaw.com
13 WillowR@lerachlaw.com
   EliG@lerachlaw.com
14 JennieA@lerachlaw.com
   MoniqueW@lerachlaw.com
15
   Lead Counsel for Plaintiffs
16
                 UNITED STATES DISTRICT COURT
17
                NORTHERN DISTRICT OF CALIFORNIA
18

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION | ) ) ) Master File No. C-01-0988-MJJ ) ) CLASS ACTION ) ) DISCOVERY MATTER ) ) DECLARATION OF MARK SOLOMON IN ) SUPPORT OF PLAINTIFFS' ) ADMINISTRATIVE REQUEST TO FILE ) UNDER SEAL PLAINTIFFS' LETTER ) BRIEF ADDRESSING DISCOVERY ) ISSUES AND ITS ACCOMPANYING ) EXHIBITS |
| This Document Relates To: | |
| ALL ACTIONS. | |

DATE:     N/A
TIME:     N/A
JUDGE:    The Honorable Joseph C. Spero

1    I, MARK SOLOMON, declare as follows:

2    1.    I am an attorney duly licensed to practice before all the courts of the State of

3    California.  I am a member of the law firm of Lerach Coughlin Stoia Geller Rudman & Robbins

4    LLP, one of the counsel of record for plaintiffs in the above-entitled action.  I have personal

5    knowledge of the matters stated herein and, if called upon, I could and would competently testify

6    thereto.

7    2.    I submit this declaration in support of Plaintiffs' Administrative Request to File

8    Under Seal Plaintiffs' Letter Brief Addressing Discovery Issues and Its Accompanying Exhibits.

9    3.    Plaintiffs' Letter Brief and its accompanying exhibits disclose purportedly

10   "confidential" information.

11   I declare under penalty of perjury under the laws of the State of California that the foregoing

12   is true and correct.  Executed this 15th day of March, 2006 at San Diego, California.

13
                                                        s/ MARK SOLOMON
14   _____
                                                        MARK SOLOMON
15

16

17   S:\CasesSD\Oracle3\DEC00028984.doc

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF MARK SOLOMON - C-01-0988-MJJ                                      - 1 -

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 15, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

<u>s/ MARK SOLOMON</u>
MARK SOLOMON

LERACH COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
E-mail:Marks@lerachlaw.com

# Mailing Information for a Case 3:01-cv-00988-MJJ

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jennie Lee Anderson**
  jenniea@lerachlaw.com

- **Eric J. Belfi**
  ebelfi@murrayfrank.com

- **Doug Britton**
  dougb@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Patrick Edward Gibbs**
  patrick.gibbs@lw.com zoila.aurora@lw.com

- **Eli Greenstein**
  Elig@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Kirke M. Hasson**
  kirke.hasson@pillsburylaw.com cheryl.grant@pillsburylaw.com

- **Reed R. Kathrein**
  reedk@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Michele F. Kyrouz**
  michele.kyrouz@lw.com

- **Nicole Lavallee**
  nlavallee@bermanesq.com

- **William S. Lerach**
  e_file_sd@lerachlaw.com e_file_sf@lerachlaw.com

- **James C. Maroulis**
  jim.maroulis@oracle.com

- **Shinyung Oh**
  shinyungoh@paulhastings.com sandradiluzio@paulhastings.com

- **Willow E. Radcliffe**
  willowr@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Darren J. Robbins**
  e_file_sd@lerachlaw.com e_file_sf@lerachlaw.com

- **Sanna Rachel Singer**
  sanna.singer@pillsburylaw.com

- **Mark Solomon**
  marks@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Shawn A. Williams**
  shawnw@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Monique Winkler**
  MoniqueW@lerachlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Henry R. Chalmers**
Arnall, Golden, Gregory, LLP.
171 17th Street.  N.W. #2100
Atlanta, GA 30363-1031

**Dorian Daley**
500 Oracle Parkway
Redwood City, CA 94065

**Corey D. Holzer**
Holzer Holzer & Cannon LLC
1117 Perimeter Center West
Suite E-107
Atlanta, GA 30338

**Brian P. Murray**
Murray Frank & Sailer LLP
275 Madison Avenue
Suite 801
New York, NY 10016