UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION | ) ) ) Master File No. C-01-0988-MJJ |
| | ) <u>CLASS ACTION</u> |
| This Document Relates To: | ) ) **<u>DISCOVERY MATTER</u>** |
| ALL ACTIONS. | ) ) [PROPOSED] SEALING ORDER |

1  Having considered the papers regarding Plaintiffs' Administrative Request to File Under Seal

2  Plaintiffs' Letter Brief Addressing Discovery Issues and Its Accompanying Exhibits, and finding

3  good cause therefore;

4  Plaintiffs' Letter Brief Addressing Discovery Issues and its accompanying exhibits are

5  HEREBY sealed.

6  IT IS SO ORDERED.

7  DATED: _____   _____
8  THE HONORABLE JOSEPH C. SPERO
   UNITED STATES DISTRICT JUDGE
9

10  Submitted by:

11  LERACH COUGHLIN STOIA GELLER
       RUDMAN & ROBBINS LLP
12  MARK SOLOMON
    DOUGLAS R. BRITTON
13  VALERIE L. McLAUGHLIN
    GAVIN M. BOWIE
14

15
              s/ MARK SOLOMON
16              MARK SOLOMON

17  655 West Broadway, Suite 1900
    San Diego, CA  92101
18  Telephone:  619/231-1058
    619/231-7423 (fax)
19
    LERACH COUGHLIN STOIA GELLER
20     RUDMAN & ROBBINS LLP
    SHAWN A. WILLIAMS
21  WILLOW E. RADCLIFFE
    ELI R. GREENSTEIN
22  JENNIE LEE ANDERSON
    MONIQUE C. WINKLER
23  100 Pine Street, Suite 2600
    San Francisco, CA  94111
24  Telephone:  415/288-4545
    415/288-4534 (fax)
25
    Lead Counsel for Plaintiffs
26
    S:\CasesSD\Oracle3\ORD00028985.doc
27

28

## CERTIFICATE OF SERVICE

I hereby certify that on March 15, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ MARK SOLOMON
MARK SOLOMON

LERACH COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
E-mail:Marks@lerachlaw.com

# Mailing Information for a Case 3:01-cv-00988-MJJ

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jennie Lee Anderson**
  jenniea@lerachlaw.com

- **Eric J. Belfi**
  ebelfi@murrayfrank.com

- **Doug Britton**
  dougb@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Patrick Edward Gibbs**
  patrick.gibbs@lw.com zoila.aurora@lw.com

- **Eli Greenstein**
  Elig@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Kirke M. Hasson**
  kirke.hasson@pillsburylaw.com cheryl.grant@pillsburylaw.com

- **Reed R. Kathrein**
  reedk@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Michele F. Kyrouz**
  michele.kyrouz@lw.com

- **Nicole Lavallee**
  nlavallee@bermanesq.com

- **William S. Lerach**
  e_file_sd@lerachlaw.com e_file_sf@lerachlaw.com

- **James C. Maroulis**
  jim.maroulis@oracle.com

- **Shinyung Oh**
  shinyungoh@paulhastings.com sandradiluzio@paulhastings.com

- **Willow E. Radcliffe**
  willowr@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Darren J. Robbins**
  e_file_sd@lerachlaw.com e_file_sf@lerachlaw.com

- **Sanna Rachel Singer**
  sanna.singer@pillsburylaw.com

- **Mark Solomon**
  marks@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Shawn A. Williams**
  shawnw@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Monique Winkler**
  MoniqueW@lerachlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Henry R. Chalmers
Arnall, Golden, Gregory, LLP.
171 17th Street.  N.W. #2100
Atlanta, GA 30363-1031

Dorian Daley
500 Oracle Parkway
Redwood City, CA 94065

Corey D. Holzer
Holzer Holzer & Cannon LLC
1117 Perimeter Center West
Suite E-107
Atlanta, GA 30338

Brian P. Murray
Murray Frank & Sailer LLP
275 Madison Avenue
Suite 801
New York, NY 10016
```