LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
MARK SOLOMON (151949)
DOUGLAS R. BRITTON (188769)
VALERIE L. McLAUGHLIN (191916)
GAVIN M. BOWIE (235532)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
MarkS@lerachlaw.com
DougB@lerachlaw.com
ValerieM@lerachlaw.com
      – and –
SHAWN A. WILLIAMS (213113)
WILLOW E. RADCLIFFE (200087)
ELI R. GREENSTEIN (217945)
JENNIE LEE ANDERSON (203586)
MONIQUE C. WINKLER (213031)
100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)
ShawnW@lerachlaw.com
WillowR@lerachlaw.com
EliG@lerachlaw.com
JennieA@lerachlaw.com
MoniqueW@lerachlaw.com

Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>    ALL ACTIONS. | Master File No. C-01-0988-MJJ<br><br>CLASS ACTION<br><br>MANUAL FILING NOTIFICATION REGARDING PLAINTIFFS' LETTER BRIEF ADDRESSING DISCOVERY ISSUES AND ITS ACCOMPANYING EXHIBITS<br><br>DATE:    N/A<br>TIME:    N/A<br>JUDGE:    The Honorable Joseph C. Spero |

1    This filing is in paper or physical form only, and is being maintained in the case file in the
2  Clerk's office.
3    If you are a participant on this case, the filing will be served in hard-copy shortly.
4    For information on retrieving this filing directly from the Court, please see the Court's main
5  web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).
6    This filing was not e-filed because the item was filed under seal.

7  DATED: March 15, 2006              LERACH COUGHLIN STOIA GELLER
                                         RUDMAN & ROBBINS LLP
8                                      MARK SOLOMON
                                       DOUGLAS R. BRITTON
9                                      VALERIE L. McLAUGHLIN
                                       GAVIN M. BOWIE
10

11
                                                 s/ MARK SOLOMON
12                                                MARK SOLOMON

13                                     655 West Broadway, Suite 1900
                                       San Diego, CA  92101
14                                     Telephone:  619/231-1058
                                       619/231-7423 (fax)
15
                                       LERACH COUGHLIN STOIA GELLER
16                                       RUDMAN & ROBBINS LLP
                                       SHAWN A. WILLIAMS
17                                     WILLOW E. RADCLIFFE
                                       ELI R. GREENSTEIN
18                                     JENNIE LEE ANDERSON
                                       MONIQUE C. WINKLER
19                                     100 Pine Street, Suite 2600
                                       San Francisco, CA  94111
20                                     Telephone: 415/288-4545
                                       415/288-4534 (fax)
21
                                       Lead Counsel for Plaintiffs
22  S:\CasesSD\Oracle3\MIS00028987_MANUAL FILING.doc
23
24
25
26
27
28

MANUAL FILING NOTIFICATION REGARDING PLAINTIFFS' ADMINISTRATIVE REQUEST TO
FILE UNDER SEAL PLAINTIFFS' LETTER BRIEF - C-01-0988-MJJ                          - 1 -

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 15, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

<u> s/ MARK SOLOMON </u>
MARK SOLOMON

LERACH COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
E-mail:Marks@lerachlaw.com

# Mailing Information for a Case 3:01-cv-00988-MJJ

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jennie Lee Anderson**
  jenniea@lerachlaw.com

- **Eric J. Belfi**
  ebelfi@murrayfrank.com

- **Doug Britton**
  dougb@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Patrick Edward Gibbs**
  patrick.gibbs@lw.com zoila.aurora@lw.com

- **Eli Greenstein**
  Elig@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Kirke M. Hasson**
  kirke.hasson@pillsburylaw.com cheryl.grant@pillsburylaw.com

- **Reed R. Kathrein**
  reedk@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Michele F. Kyrouz**
  michele.kyrouz@lw.com

- **Nicole Lavallee**
  nlavallee@bermanesq.com

- **William S. Lerach**
  e_file_sd@lerachlaw.com e_file_sf@lerachlaw.com

- **James C. Maroulis**
  jim.maroulis@oracle.com

- **Shinyung Oh**
  shinyungoh@paulhastings.com sandradiluzio@paulhastings.com

- **Willow E. Radcliffe**
  willowr@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Darren J. Robbins**
  e_file_sd@lerachlaw.com e_file_sf@lerachlaw.com

- **Sanna Rachel Singer**
  sanna.singer@pillsburylaw.com

- **Mark Solomon**
  marks@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Shawn A. Williams**
  shawnw@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Monique Winkler**
  MoniqueW@lerachlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Henry R. Chalmers
Arnall, Golden, Gregory, LLP.
171 17th Street.  N.W. #2100
Atlanta, GA 30363-1031

Dorian Daley
500 Oracle Parkway
Redwood City, CA 94065

Corey D. Holzer
Holzer Holzer & Cannon LLC
1117 Perimeter Center West
Suite E-107
Atlanta, GA 30338

Brian P. Murray
Murray Frank & Sailer LLP
275 Madison Avenue
Suite 801
New York, NY 10016
```