LATHAM & WATKINS LLP
  Peter A. Wald (SBN 85705)
  Michele F. Kyrouz (SBN 168004)
505 Montgomery Street, Suite 2000
San Francisco, CA  94111-2562
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
E-mail: peter.wald@lw.com
         michele.kyrouz@lw.com

Attorneys for Defendants ORACLE CORPORATION, LAWRENCE J. ELLISON, JEFFREY O. HENLEY, and EDWARD J. SANDERSON

ORACLE CORPORATION
  Dorian E. Daley (SBN 129049)
  James C. Maroulis (SBN 208316)
500 Oracle Parkway
Mailstop 5OP7
Redwood Shores, California 94065
Telephone: (650) 506-5200
Facsimile: (650) 506-7114
E-mail: jim.maroulis@oracle.com

Attorneys for Defendant ORACLE CORPORATION

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Master File No. C-01-0988-MJJ (JCS) (Consolidated)<br><br>CLASS ACTION<br><br>**DISCOVERY MATTER**<br><br>**OMNIBUS LETTER BRIEF AND ATTACHED EXHIBITS**<br><br>**DOCUMENT SUBMITTED UNDER SEAL**<br><br>**Judge Joseph C. Spero** |

Defendants are lodging the enclosed document, Omnibus Letter Brief and attached exhibits, with the Court pursuant to the January 11, 2005 Revised Stipulated Protective Order Governing Confidentiality.  This envelope is not to be opened absent further order from the Court.

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DOCUMENT SUBMITTED UNDER SEAL:  DEFENDANTS'
OMNIBUS LETTER BRIEF
Master File No. C-01-0988-MJJ (JCS)

SF\553575.3

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

DEFENDANTS' OBJECTION TO PLAINTIFFS' RESPONSE TO MOTION FOR MBR&M TO WITHDRAW AS COUNSEL AND ORDER GRANTING THE MOTION