LATHAM & WATKINS LLP
  Peter A. Wald (SBN 85705)
  Michele F. Kyrouz (SBN 168004)
505 Montgomery Street, Suite 2000
San Francisco, CA  94111-2562
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
E-mail: peter.wald@lw.com
           michele.kyrouz@lw.com

LATHAM & WATKINS LLP
  Patrick E. Gibbs  (SBN 183174)
135 Commonwealth Drive
Menlo Park, CA 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600
E-mail: patrick.gibbs@lw.com

LATHAM & WATKINS LLP
  Jamie L. Wine  (SBN 181373)
633 West Fifth Street, Suite 4000
Los Angeles, CA 90071-2007
Telephone: (213) 485-1234
Facsimile: (213) 891-8763
E-mail: jamie.wine@lw.com

Attorneys for Defendants ORACLE CORPORATION, LAWRENCE
J. ELLISON, JEFFREY O. HENLEY, and EDWARD J. SANDERSON

ORACLE CORPORATION
  Dorian E. Daley (SBN 129049)
  James C. Maroulis (SBN 208316)
500 Oracle Parkway
Mailstop 5OP7
Redwood Shores, California 94065
Telephone: (650) 506-5200
Facsimile: (650) 506-7114
E-mail: jim.maroulis@oracle.com

Attorneys for Defendant ORACLE CORPORATION

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Master File No. C-01-0988-MJJ (JCS) (Consolidated)<br><br><u>CLASS ACTION</u><br><br>**<u>DISCOVERY MATTER</u>**<br><br>**DEFENDANTS' ADMINISTRATIVE REQUEST TO FILE UNDER SEAL THEIR OMNIBUS LETTER BRIEF AND ATTACHED EXHIBITS**<br><br>**Judge Joseph C. Spero** |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

ADMIN REQUEST TO FILE UNDER SEAL DEFENDANTS'
OMNIBUS LETTER BRIEF
Master File No. C-01-0988-MJJ (JCS)

Defendants submit this administrative request to file under seal their Omnibus Letter Brief and attached exhibits pursuant to Civil Local Rules 7-11 and 79-5. Accompanying this administrative request are the Declaration of Rees F. Morgan in Support of Defendants' Administrative Request to File Under Seal their Omnibus Letter Brief and Attached Exhibits ("Morgan Decl.") and the [Proposed] Sealing Order, respectively filed and lodged concurrently herewith.

In their Omnibus Letter Brief and attached exhibits, Defendants refer to Confidential Witnesses 3, 8, 9, 15, 27 and 49 by their names, information which has been designated as "Confidential" by the Plaintiffs. *See* Morgan Decl., ¶ 3. Information designated as "Confidential" is subject to the provisions of the Revised Stipulated Protective Order Governing Confidentiality entered on January 11, 2005. *See* Morgan Decl., ¶ 4, Exhibit A. Accordingly, Defendants respectfully request that their Omnibus Letter Brief and attached exhibits be filed under seal of the Court.

Dated: March 15, 2006

LATHAM & WATKINS LLP
   Peter A. Wald
   Michele F. Kyrouz
   Jamie L. Wine
   Patrick E. Gibbs
   Rees F. Morgan

   /s/

By:_____
   Rees F. Morgan
   Attorneys for Defendants ORACLE CORPORATION, LAWRENCE J. ELLISON, JEFFREY O. HENLEY, and EDWARD J. SANDERSON

SF\553509.1

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

ADMIN REQUEST TO FILE UNDER SEAL DEFENDANTS'
OMNIBUS LETTER BRIEF
Master File No. C-01-0988-MJJ (JCS)