1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION**

| In re ORACLE CORPORATION SECURITIES LITIGATION | Master File No. C-01-0988-MJJ (JCS) (Consolidated) |
|---|---|
| | CLASS ACTION |
| This Document Relates To: | **DISCOVERY MATTER** |
| ALL ACTIONS. | [PROPOSED] SEALING ORDER |
| | **Judge Joseph C. Spero** |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Having considered the papers regarding Defendants' Administrative Request to File Under Seal their Omnibus Letter Brief and Attached Exhibits, and finding good cause therefore;

Defendants' Omnibus Letter Brief and attached exhibits are HEREBY sealed.

IT IS SO ORDERED.

DATED: _____

THE HONORABLE JOSEPH C. SPERO
UNITED STATES DISTRICT JUDGE

Submitted by:

DATED:  March 15, 2006

| LATHAM & WATKINS LLP | LATHAM & WATKINS LLP |
|---|---|
| Peter A. Wald  (SBN 85705) | Patrick E. Gibbs  (SBN 183174) |
| Michele F. Kyrouz (SBN 168004) | 135 Commonwealth Drive |
| 505 Montgomery Street, Suite 2000 | Menlo Park, CA 94025 |
| San Francisco, CA  94111-2562 | Telephone: (650) 328-4600 |
| Telephone: (415) 391-0600 | Facsimile: (650) 463-2600 |
| Facsimile: (415) 395-8095 | E-mail: patrick.gibbs@lw.com |
| E-mail: peter.wald@lw.com | |
| michele.kyrouz@lw.com | |

LATHAM & WATKINS LLP
  Jamie L. Wine  (SBN 181373)
633 West Fifth Street, Suite 4000
Los Angeles, CA 90071-2007
Telephone: (213) 485-1234
Facsimile: (213) 891-8763
E-mail: jamie.wine@lw.com

_____
          Rees F. Morgan

SF\553553.1