## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to this action. My business address is Latham & Watkins LLP, 505 Montgomery Street, Suite 2000, San Francisco, Ca 94111.

On **March 15, 2006**, I served the following document described as:

### DEFENDANTS' ADMINISTRATIVE REQUEST TO FILE UNDER SEAL THEIR OMNIBUS LETTER BRIEF AND ATTACHED EXHIBITS

by serving a true copy of the above-described document in the following manner:

### BY HAND DELIVERY

I am familiar with the office practice of Latham & Watkins LLP for collecting and processing documents for mailing with the United States Postal Service. Under that practice, documents are deposited with the Latham & Watkins LLP personnel responsible for depositing documents with the United States Postal Service; such documents are delivered to the United States Postal Service on that same day in the ordinary course of business, with postage thereon fully prepaid. I deposited in Latham & Watkins LLP' interoffice mail a sealed envelope or package containing the above-described document and addressed as set forth below in accordance with the office practice of Latham & Watkins LLP for collecting and processing documents for mailing with the United States Postal Service:

| | |
|---|---|
| William S. Lerach<br>Mark Solomon<br>Douglas R. Britton<br>Lerach, Coughlin, Stoia, Geller, Rudman<br>  & Robbins LLP<br>401 B Street, Suite 1600<br>San Diego, California 92101-4297 | Sanford Svetcov<br>Shawn A. Williams<br>Willow E. Radcliffe<br>Lerach, Couglin, Stoia, Geller, Rudman<br>  & Robbins LLP<br>100 Pine Street, Suite 2600<br>San Francisco, California 94111-5238 |

### BY FACSIMILE

I am familiar with the office practice of Latham & Watkins LLP for collecting, processing, and transmitting facsimiles. Under that practice, when a facsimile is deposited with the Latham & Watkins LLP personnel responsible for facsimiles, such facsimile is transmitted that same day in the ordinary course of business. I deposited the above-described document for facsimile transmission in accordance with the office practice of Latham & Watkins LLP for collecting and processing facsimiles. The facsimile of the above-described document was transmitted to the following parties from Los Angeles, California on March 6, 2006, at the times noted on the attached confirmation sheet:

| | |
|---|---|
| William S. Lerach<br>Mark Solomon<br>Douglas Britton<br>Lerach, Coughlin, Stoia, Geller, Rudman<br>  & Robbins LLP<br>401 B Street, Suite 1600<br>San Diego, California 92101-4297<br>Fax No.: (619) 231-7423 | Sanford Svetcov<br>Shawn A. Williams<br>Willow E. Radcliffe<br>Lerach, Couglin, Stoia, Geller, Rudman<br>  & Robbins LLP<br>100 Pine Street, Suite 2600<br>San Francisco, California 94111-5238<br>Fax No.: (415) 288-4534 |

The facsimile number of the sending machine is (415) 395-8095. Said transmission was complete and without error. All parties on whom this facsimile transmission has been served have agreed in writing to such form of service pursuant to agreement.

I declare that I am employed in the office of a member of the Bar of, or permitted to practice before, this Court at whose direction the service was made and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **March 6, 2006**, at San Francisco, California.

_____
　　　　　　　John M. Eastly