1  LATHAM & WATKINS LLP            LATHAM & WATKINS LLP
2    Peter A. Wald (SBN 85705)        Patrick E. Gibbs  (SBN 183174)
     Michele F. Kyrouz (SBN 168004)  135 Commonwealth Drive
3    505 Montgomery Street, Suite 2000  Menlo Park, CA 94025
     San Francisco, CA  94111-2562   Telephone: (650) 328-4600
4    Telephone: (415) 391-0600       Facsimile: (650) 463-2600
     Facsimile: (415) 395-8095       E-mail: patrick.gibbs@lw.com
5    E-mail: peter.wald@lw.com
             michele.kyrouz@lw.com
6

7  LATHAM & WATKINS LLP
     Jamie L. Wine  (SBN 181373)
8  633 West Fifth Street, Suite 4000
   Los Angeles, CA 90071-2007
9  Telephone: (213) 485-1234
   Facsimile: (213) 891-8763
10 E-mail: jamie.wine@lw.com

11
   Attorneys for Defendants ORACLE CORPORATION, LAWRENCE
12 J. ELLISON, JEFFREY O. HENLEY, and EDWARD J. SANDERSON

13 ORACLE CORPORATION
     Dorian E. Daley (SBN 129049)
14   James C. Maroulis (SBN 208316)
   500 Oracle Parkway
15 Mailstop 5OP7
   Redwood Shores, California 94065
16 Telephone: (650) 506-5200
   Facsimile: (650) 506-7114
17 E-mail: jim.maroulis@oracle.com

18 Attorneys for Defendant ORACLE CORPORATION

19
                    **UNITED STATES DISTRICT COURT**
20
          **NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION**
21

22 | In re ORACLE CORPORATION | Master File No. C-01-0988-MJJ (JCS) |
   | SECURITIES LITIGATION | (Consolidated) |
23
   | | CLASS ACTION |
24
   | This Document Relates To: | **[PROPOSED] ORDER DENYING** |
25 | | **PLAINTIFFS' REQUEST FOR** |
   | ALL ACTIONS. | **IMMEDIATE ENFORCEMENT OF THE** |
26 | | **MARCH 10, 2005 DISCOVERY PLAN** |

27

28

1      The Court has considered Plaintiffs' request for immediate enforcement of the

2 March 10, 2005 Discovery Plan and Defendants' opposition papers.  It is HEREBY ORDERED

3 that Plaintiffs' request, filed on March 13, 2006, is DENIED.

4

5     **IT IS SO ORDERED.**

6

7 DATED: _____

                                  _____

8                                     THE HONORABLE JOSEPH C. SPERO
                                    UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28