1 | LERACH COUGHLIN STOIA GELLER
      RUDMAN & ROBBINS LLP
2 | MARK SOLOMON (151949)
     DOUGLAS R. BRITTON (188769)
3 | VALERIE L. McLAUGHLIN (191916)
     GAVIN M. BOWIE (235532)
4 | 655 West Broadway, Suite 1900
     San Diego, CA  92101
5 | Telephone:  619/231-1058
     619/231-7423 (fax)
6 | MarkS@lerachlaw.com
     DougB@lerachlaw.com
7 | ValerieM@lerachlaw.com
            – and –
8 | SHAWN A. WILLIAMS (213113)
     WILLOW E. RADCLIFFE (200087)
9 | ELI R. GREENSTEIN (217945)
     JENNIE LEE ANDERSON (203586)
10 | MONIQUE C. WINKLER (213031)
     100 Pine Street, Suite 2600
11 | San Francisco, CA  94111
     Telephone:  415/288-4545
12 | 415/288-4534 (fax)
     ShawnW@lerachlaw.com
13 | WillowR@lerachlaw.com
     EliG@lerachlaw.com
14 | JennieA@lerachlaw.com
     MoniqueW@lerachlaw.com

Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION | ) Master File No. C-01-0988-MJJ ) ) <u>CLASS ACTION</u> ) |
| This Document Relates To:<br><br>ALL ACTIONS. | ) PLAINTIFFS' ADMINISTRATIVE ) REQUEST TO FILE UNDER SEAL THE ) EXHIBITS TO THE DECLARATION OF ) DOUGLAS R. BRITTON IN SUPPORT OF ) PLAINTIFFS' REPLY IN FURTHER ) SUPPORT OF THEIR MOTION FOR ) CLASS CERTIFICATION |

1       Pursuant to Civil Local Rules 7-11 and 79-5, plaintiffs submit this administrative request to file under seal the exhibits to the Declaration of Douglas R. Britton in Support of Plaintiffs' Reply in Further Support of their Motion for Class Certification ("Britton Declaration"). This request is accompanied by the Declaration of Mark Solomon in Support of Plaintiffs' Administrative Request ("Solomon Declaration") and the [Proposed] Sealing Order, filed concurrently herewith.

      The exhibits to the Britton Declaration include "confidential" documents and information that reference the individual plaintiffs' financial position and financial account information. *See* Solomon Declaration, ¶3. "Confidential" documents and information are subject to the provisions of the Revised Stipulated Protective Order Governing Confidentiality entered on January 11, 2005 and Civil Local Rule 79-5. Accordingly, plaintiffs respectfully request that the exhibits to the Britton Declaration be filed under the seal of the Court.

DATED: March 15, 2006

    LERACH COUGHLIN STOIA GELLER
      RUDMAN & ROBBINS LLP
    MARK SOLOMON
    DOUGLAS R. BRITTON
    VALERIE L. McLAUGHLIN
    GAVIN M. BOWIE

        s/ MARK SOLOMON
        MARK SOLOMON

    655 West Broadway, Suite 1900
    San Diego, CA  92101
    Telephone:  619/231-1058
    619/231-7423 (fax)

    LERACH COUGHLIN STOIA GELLER
      RUDMAN & ROBBINS LLP
    SHAWN A. WILLIAMS
    WILLOW E. RADCLIFFE
    ELI R. GREENSTEIN
    JENNIE LEE ANDERSON
    MONIQUE C. WINKLER
    100 Pine Street, Suite 2600
    San Francisco, CA  94111
    Telephone:  415/288-4545
    415/288-4534 (fax)

    Lead Counsel for Plaintiffs

S:\CasesSD\Oracle3\REQ00029027.doc

CERTIFICATE OF SERVICE

I hereby certify that on March 15, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

 s/ MARK SOLOMON
MARK SOLOMON

LERACH COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
E-mail:Marks@lerachlaw.com

# Mailing Information for a Case 3:01-cv-00988-MJJ

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jennie Lee Anderson**
  jenniea@lerachlaw.com

- **Eric J. Belfi**
  ebelfi@murrayfrank.com

- **Doug Britton**
  dougb@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Patrick Edward Gibbs**
  patrick.gibbs@lw.com zoila.aurora@lw.com

- **Eli Greenstein**
  Elig@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Kirke M. Hasson**
  kirke.hasson@pillsburylaw.com cheryl.grant@pillsburylaw.com

- **Reed R. Kathrein**
  reedk@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Michele F. Kyrouz**
  michele.kyrouz@lw.com

- **Nicole Lavallee**
  nlavallee@bermanesq.com

- **William S. Lerach**
  e_file_sd@lerachlaw.com e_file_sf@lerachlaw.com

- **James C. Maroulis**
  jim.maroulis@oracle.com

- **Shinyung Oh**
  shinyungoh@paulhastings.com sandradiluzio@paulhastings.com

- **Willow E. Radcliffe**
  willowr@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Darren J. Robbins**
  e_file_sd@lerachlaw.com e_file_sf@lerachlaw.com

- **Sanna Rachel Singer**
  sanna.singer@pillsburylaw.com

- **Mark Solomon**
  marks@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Shawn A. Williams**
  shawnw@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Monique Winkler**
  MoniqueW@lerachlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Henry R. Chalmers
Arnall, Golden, Gregory, LLP.
171 17th Street.  N.W. #2100
Atlanta, GA 30363-1031

Dorian Daley
500 Oracle Parkway
Redwood City, CA 94065

Corey D. Holzer
Holzer Holzer & Cannon LLC
1117 Perimeter Center West
Suite E-107
Atlanta, GA 30338

Brian P. Murray
Murray Frank & Sailer LLP
275 Madison Avenue
Suite 801
New York, NY 10016
```