# EXHIBITS A-G
# FILED UNDER SEAL