1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION | Master File No. C-01-0988-MJJ (JCS) (Consolidated) |
| | CLASS ACTION |
| This Document Relates To: | **DISCOVERY MATTER** |
| ALL ACTIONS. | [~~PROPOSED~~] SEALING ORDER |
| | **Judge Joseph C. Spero** |

1    Having considered the papers regarding Defendants' Administrative Request to

2    File Under Seal their Omnibus Letter Brief and Attached Exhibits, and finding good cause

3    therefore;

4    Defendants' Omnibus Letter Brief and attached exhibits are HEREBY sealed.

5

6    IT IS SO ORDERED.

7

8    DATED: _____March 15, 2006_____    _____

     THE HONORABLE JOSEPH C. SPERO
     UNITED STATES DISTRICT JUDGE

9

10   Submitted by:

     DATED:  March 15, 2006

11

12   LATHAM & WATKINS LLP                    LATHAM & WATKINS LLP
       Peter A. Wald (SBN 85705)               Patrick E. Gibbs  (SBN 183174)

13     Michele F. Kyrouz (SBN 168004)        135 Commonwealth Drive
     505 Montgomery Street, Suite 2000       Menlo Park, CA 94025

14   San Francisco, CA  94111-2562           Telephone: (650) 328-4600
     Telephone: (415) 391-0600               Facsimile: (650) 463-2600

15   Facsimile: (415) 395-8095               E-mail: patrick.gibbs@lw.com
     E-mail: peter.wald@lw.com

16           michele.kyrouz@lw.com

17   LATHAM & WATKINS LLP

18     Jamie L. Wine  (SBN 181373)
     633 West Fifth Street, Suite 4000

19   Los Angeles, CA 90071-2007
     Telephone: (213) 485-1234

20   Facsimile: (213) 891-8763
     E-mail: jamie.wine@lw.com

21

22

     _____

23        Rees F. Morgan

24   SF\553553.1

25

26

27

28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1