UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE ORACLE SECURITIES LITIGATION _____ This Document Relates To: ALL ACTIONS. _____/ | No. C-01-0988 MJJ (JCS) **ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFFS' REQUEST FOR IMMEDIATE ENFORCEMENT OF THE MARCH 10, 2005 AMENDED ORDER SETTING A DISCOVERY PLAN [Docket No. 455]** |

Plaintiffs contend that Defendants have not complied with Paragraphs I.C.6. of the Court's Amended Order Setting a Discovery Plan (the "Discovery Plan"). In particular, Plaintiffs contend that Defendants have failed to produce 22 CD-ROMs of e-mails, which Defendants contend the Special Litigation Committee "reviewed."

It is apparent from the declarations filed with this Court that the Special Litigation Committee did not review all of the documents contained on the 22 CD-ROMs. However, it is also apparent that counsel for the Committee provided to the Committee for its review a subset of those documents. Accordingly, IT IS HEREBY ORDERED that Defendants produce to Plaintiffs a copy of all documents contained on the 22 CD-ROMs at issue, which were provided by counsel to the Committee. As set forth in the Discovery Plan, unless otherwise ordered by this Court, documents subject to privilege or work-product protection are exempted from this Order.

IT IS SO ORDERED.

Dated: March 16, 2006

JOSEPH C. SPERO
United States Magistrate Judge