UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION | ) Master File No. C-01-0988-MJJ ) ) CLASS ACTION |
| This Document Relates To: | ) [PROPOSED] SEALING ORDER ) |
| ALL ACTIONS. | ) ) |

Having considered the papers regarding Plaintiffs' Administrative Request to File Under Seal the Exhibits to the Declaration of Douglas R. Britton in Support of Plaintiffs' Reply in Further Support of their Motion for Class Certification, and finding good cause therefore;

The exhibits to the Declaration of Douglas R. Britton in Support of Plaintiffs' Reply in Further Support of their Motion for Class Certification are HEREBY sealed.

IT IS SO ORDERED.

DATED: 3/16/2006 _____
THE HONORABLE MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE

Submitted by:

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
MARK SOLOMON
DOUGLAS R. BRITTON
VALERIE L. McLAUGHLIN
GAVIN M. BOWIE


      s/ MARK SOLOMON
         MARK SOLOMON

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SHAWN A. WILLIAMS
WILLOW E. RADCLIFFE
ELI R. GREENSTEIN
JENNIE LEE ANDERSON
MONIQUE C. WINKLER
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)

Lead Counsel for Plaintiffs

S:\CasesSD\Oracle3\ORD00029029.doc

[PROPOSED] SEALING ORDER - C-01-0988-MJJ      - 1 -