IN THE UNITED STATED DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

# CIVIL MINUTES

**HONORABLE MARTIN J. JENKINS**             Courtroom Clerk: **Monica Tutson**

DATE: **March 16, 2006**                    Court reporter: **Sahar Demos**

Case Number:   **C01-00988MJJ**

Case Name:   **NURSING HOME PENSION FUND ET AL**   v.   **ORACLE CORPORATION ET AL**

COUNSEL FOR PLAINTIFF(S):                   COUNSEL FOR DEFENDANT(S):
**Mark Solomon, Shawn Williams**            **Patrick Gibbs, James Maroulis,,**
**Willow Radcliffe, Valerie McLaughlin**    **Andrew Farthing**

PROCEEDINGS:                                RULING:
1.   **Motion for Class Certification**                **Submitted**
2.

( ) Status Conference        ( )P/T Conference        ( )Case Management Conference

ORDERED AFTER HEARING:


ORDER TO BE PREPARED BY:   Plntf ()  Deft ()  Court (**x**)

Referred to Magistrate Judge       For:


CASE CONTINUED TO:   for

Discovery Cut-Off:            Expert Discovery Cut-Off:

Parties to Name Experts by:   Expert Reports to be Tendered by:

Designation of Supplemental/Rebuttal Experts:   Reports:

Dispositive Motion shall be heard by:

Pre-Trial Conference Date :       at 3:30 p.m.

Trial Date:   at 8:30 a.m.  Set for  days
              Type of Trial:  ()Jury    ( )Court

Notes: