1 | LERACH COUGHLIN STOIA GELLER
       RUDMAN & ROBBINS LLP
2 | MARK SOLOMON (151949)
    DOUGLAS R. BRITTON (188769)
3 | VALERIE L. McLAUGHLIN (191916)
    GAVIN M. BOWIE (235532)
4 | 655 West Broadway, Suite 1900
    San Diego, CA  92101
5 | Telephone:  619/231-1058
    619/231-7423 (fax)
6 | MarkS@lerachlaw.com
    DougB@lerachlaw.com
7 | ValerieM@lerachlaw.com
           – and –
8 | SHAWN A. WILLIAMS (213113)
    WILLOW E. RADCLIFFE (200087)
9 | ELI R. GREENSTEIN (217945)
    JENNIE LEE ANDERSON (203586)
10 | MONIQUE C. WINKLER (213031)
    100 Pine Street, Suite 2600
11 | San Francisco, CA  94111
    Telephone:  415/288-4545
12 | 415/288-4534 (fax)
    ShawnW@lerachlaw.com
13 | WillowR@lerachlaw.com
    EliG@lerachlaw.com
14 | JennieA@lerachlaw.com
    MoniqueW@lerachlaw.com

Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION | Master File No. C-01-0988-MJJ (JCS) |
| | CLASS ACTION |
| | **DISCOVERY MATTER** |
| This Document Relates To: | |
| ALL ACTIONS. | PLAINTIFFS' ADMINISTRATIVE REQUEST TO FILE UNDER SEAL (1) PLAINTIFFS' REQUEST FOR IMMEDIATE ENFORCEMENT OF SECTION II.B. OF THE AMENDED ORDER SETTING A DISCOVERY PLAN TO ORDER DEFENDANTS' TIMELY PRODUCTION OF DEPONENTS' FILES AND (2) EXHIBITS I AND J ATTACHED TO THE DECLARATION OF ELI R. GREENSTEIN IN SUPPORT THEREOF |
| | DATE: N/A |
| | TIME: N/A |
| | COURTROOM: The Honorable Joseph C. Spero |

Pursuant to Civil Local Rules 7-11 and 79-5, plaintiffs submit this Administrative Request to File Under Seal (1) Plaintiffs' Request for Immediate Enforcement of Section II.B. of the Amended Order Setting a Discovery Plan to Order Defendants' Timely Production of Deponents' Files and (2) Exhibits I and J attached to the Declaration of Eli R. Greenstein in Support Thereof ("Administrative Request"). This Administrative Request is accompanied by the Declaration of Willow E. Radcliffe ("Radcliffe Decl.") and the [Proposed] Sealing Order, filed concurrently herewith.

Plaintiffs' Request for Immediate Enforcement of Section II.B. of the Amended Order Setting a Discovery Plan to Order Defendants' Timely Production of Deponents' Files ("Request for Immediate Enforcement") and Exs. I and J attached to the Declaration of Eli R. Greenstein ("Greenstein Decl.") in support thereof include information and documents marked "confidential" by defendants. *See* Radcliffe Decl., ¶3. Documents designated as "confidential" are subject to the provisions of the Revised Stipulated Protective Order Governing Confidentiality entered on January 11, 2005 and Civil Local Rule 79-5. Accordingly, plaintiffs respectfully request that their Request for Immediate Enforcement and Exs. I and J to the Greenstein Decl. be filed under the seal of the Court.

DATED: March 29, 2006

LERACH COUGHLIN STOIA GELLER
 RUDMAN & ROBBINS LLP
MARK SOLOMON
DOUGLAS R. BRITTON
VALERIE L. McLAUGHLIN
GAVIN M. BOWIE
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

LERACH COUGHLIN STOIA GELLER
 RUDMAN & ROBBINS LLP
SHAWN A. WILLIAMS
WILLOW E. RADCLIFFE
ELI R. GREENSTEIN
JENNIE LEE ANDERSON
MONIQUE C. WINKLER

　　　　　/s/ WILLOW E. RADCLIFFE
　　　　　WILLOW E. RADCLIFFE

1
2   100 Pine Street, Suite 2600
    San Francisco, CA  94111
3   Telephone:  415/288-4545
    415/288-4534 (fax)
4
    Lead Counsel for Plaintiffs
5
6
    T:\CasesSF\Oracle3\MIS00029439.doc
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## CERTIFICATE OF SERVICE

I hereby certify that on March 29, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

    /s/ WILLOW E. RADCLIFFE
WILLOW E. RADCLIFFE

LERACH COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
E-mail:WillowR@lerachlaw.com

# Mailing Information for a Case 3:01-cv-00988-MJJ

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jennie Lee Anderson**
  jenniea@lerachlaw.com

- **Eric J. Belfi**
  ebelfi@murrayfrank.com

- **Doug Britton**
  dougb@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Patrick Edward Gibbs**
  patrick.gibbs@lw.com zoila.aurora@lw.com

- **Eli Greenstein**
  Elig@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Kirke M. Hasson**
  kirke.hasson@pillsburylaw.com cheryl.grant@pillsburylaw.com

- **Reed R. Kathrein**
  reedk@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Michele F. Kyrouz**
  michele.kyrouz@lw.com

- **Nicole Lavallee**
  nlavallee@bermanesq.com

- **William S. Lerach**
  e_file_sd@lerachlaw.com e_file_sf@lerachlaw.com

- **James C. Maroulis**
  jim.maroulis@oracle.com

- **Shinyung Oh**
  shinyungoh@paulhastings.com sandradiluzio@paulhastings.com

- **Willow E. Radcliffe**
  willowr@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Darren J. Robbins**
  e_file_sd@lerachlaw.com e_file_sf@lerachlaw.com

- **Sanna Rachel Singer**

- sanna.singer@pillsburylaw.com

- **Mark Solomon**
  marks@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Shawn A. Williams**
  shawnw@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Monique Winkler**
  MoniqueW@lerachlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Henry R. Chalmers
Arnall, Golden, Gregory, LLP.
171 17th Street.  N.W. #2100
Atlanta, GA 30363-1031

Dorian Daley
500 Oracle Parkway
Redwood City, CA 94065

Corey D. Holzer
Holzer Holzer & Cannon LLC
1117 Perimeter Center West
Suite E-107
Atlanta, GA 30338

Brian P. Murray
Murray Frank & Sailer LLP
275 Madison Avenue
Suite 801
New York, NY 10016
```