1  LERACH COUGHLIN STOIA GELLER
     RUDMAN & ROBBINS LLP
2  MARK SOLOMON (151949)
   DOUGLAS R. BRITTON (188769)
3  VALERIE L. McLAUGHLIN (191916)
   GAVIN M. BOWIE (235532)
4  655 West Broadway, Suite 1900
   San Diego, CA  92101
5  Telephone:  619/231-1058
   619/231-7423 (fax)
6  MarkS@lerachlaw.com
   DougB@lerachlaw.com
7  ValerieM@lerachlaw.com
           – and –
8  SHAWN A. WILLIAMS (213113)
   WILLOW E. RADCLIFFE (200087)
9  ELI R. GREENSTEIN (217945)
   JENNIE LEE ANDERSON (203586)
10 MONIQUE C. WINKLER (213031)
   100 Pine Street, Suite 2600
11 San Francisco, CA  94111
   Telephone:  415/288-4545
12 415/288-4534 (fax)
   ShawnW@lerachlaw.com
13 WillowR@lerachlaw.com
   EliG@lerachlaw.com
14 JennieA@lerachlaw.com
   MoniqueW@lerachlaw.com
15
   Lead Counsel for Plaintiffs

16                UNITED STATES DISTRICT COURT

17                NORTHERN DISTRICT OF CALIFORNIA

18 | In re ORACLE CORPORATION ) | Master File No. C-01-0988-MJJ (JCS)
   | SECURITIES LITIGATION )
19 |                                     ) | CLASS ACTION
   |                                     ) | **DISCOVERY MATTER**
20 | This Document Relates To: )
   |                                     ) | DECLARATION OF WILLOW E. RADCLIFFE IN
21 |         ALL ACTIONS.          ) | SUPPORT OF PLAINTIFFS' ADMINISTRATIVE
   |                                     ) | REQUEST TO FILE UNDER SEAL (1) PLAINTIFFS'
22 |                                       | REQUEST FOR IMMEDIATE ENFORCEMENT OF
   |                                       | SECTION II.B. OF THE AMENDED ORDER SETTING A
23 |                                       | DISCOVERY PLAN TO ORDER DEFENDANTS'
   |                                       | TIMELY PRODUCTION OF DEPONENTS' FILES AND
24 |                                       | (2) EXHIBITS I AND J ATTACHED TO THE
   |                                       | DECLARATION OF ELI R. GREENSTEIN IN SUPPORT
25 |                                       | THEREOF

26 | DATE:       N/A
   | TIME:       N/A
27 | COURTROOM:  The Honorable Joseph C. Spero

28

1     I, WILLOW E. RADCLIFFE, declare as follows:

2     1.   I am an attorney duly licensed to practice before all the courts of the State of California. I am associated with the law firm of Lerach Coughlin Stoia Geller Rudman & Robbins LLP, one of the counsel of record for plaintiffs in the above-entitled action. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

      2.   I submit this Declaration in Support of Plaintiffs' Administrative Request to File Under Seal (1) Plaintiffs' Request for Immediate Enforcement of Section II.B. of the Amended Order Setting a Discovery Plan to Order Defendants' Timely Production of Deponents' Files and (2) Exhibits I and J attached to the Declaration of Eli R. Greenstein in Support Thereof.

      3.   Plaintiffs' Request for Immediate Enforcement of Section II.B. of the Amended Order Setting a Discovery Plan to Order Defendants' Timely Production of Deponents' Files and Exs. I and J to the Declaration of Eli R. Greenstein filed in support thereof contain information marked "confidential" by defendants and information pertaining to the identity of a confidential witness.

      I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 29th day of March, 2005 at San Francisco, California.

                                              /S/ WILLOW E. RADCLIFFE
                                              WILLOW E. RADCLIFFE

T:\CasesSF\Oracle3\DEC00029441.doc

RADCLIFFE DECL ISO PFS' ADMIN REQ TO FILE UNDER SEAL -C-01-0988-MJJ (JCS)    - 1 -

|   |   |
|---|---|
| 1 | CERTIFICATE OF SERVICE |
| 2 | I hereby certify that on March 29, 2006, I electronically filed the foregoing with the Clerk of |
| 3 | the Court using the CM/ECF system which will send notification of such filing to the e-mail |
| 4 | addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have |
| 5 | mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF |
| 6 | participants indicated on the attached Manual Notice List. |

 /s/ WILLOW E. RADCLIFFE
 WILLOW E. RADCLIFFE

Lerach Coughlin Stoia Geller Rudman &
Robbins LLP
100 Pine Street, 26th Floor
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)
E-mail:WillowR@lerachlaw.com

# Mailing Information for a Case 3:01-cv-00988-MJJ

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jennie Lee Anderson**
  jenniea@lerachlaw.com

- **Eric J. Belfi**
  ebelfi@murrayfrank.com

- **Doug Britton**
  dougb@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Patrick Edward Gibbs**
  patrick.gibbs@lw.com zoila.aurora@lw.com

- **Eli Greenstein**
  Elig@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Kirke M. Hasson**
  kirke.hasson@pillsburylaw.com cheryl.grant@pillsburylaw.com

- **Reed R. Kathrein**
  reedk@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Michele F. Kyrouz**
  michele.kyrouz@lw.com

- **Nicole Lavallee**
  nlavallee@bermanesq.com

- **William S. Lerach**
  e_file_sd@lerachlaw.com e_file_sf@lerachlaw.com

- **James C. Maroulis**
  jim.maroulis@oracle.com

- **Shinyung Oh**
  shinyungoh@paulhastings.com sandradiluzio@paulhastings.com

- **Willow E. Radcliffe**
  willowr@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Darren J. Robbins**
  e_file_sd@lerachlaw.com e_file_sf@lerachlaw.com

- **Sanna Rachel Singer**

sanna.singer@pillsburylaw.com

- **Mark Solomon**
  marks@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Shawn A. Williams**
  shawnw@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Monique Winkler**
  MoniqueW@lerachlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Henry R. Chalmers
Arnall, Golden, Gregory, LLP.
171 17th Street.  N.W. #2100
Atlanta, GA 30363-1031

Dorian Daley
500 Oracle Parkway
Redwood City, CA 94065

Corey D. Holzer
Holzer Holzer & Cannon LLC
1117 Perimeter Center West
Suite E-107
Atlanta, GA 30338

Brian P. Murray
Murray Frank & Sailer LLP
275 Madison Avenue
Suite 801
New York, NY 10016
```