1   LERACH COUGHLIN STOIA GELLER
        RUDMAN & ROBBINS LLP
2   MARK SOLOMON (151949)
    DOUGLAS R. BRITTON (188769)
3   VALERIE L. McLAUGHLIN (191916)
    GAVIN M. BOWIE (235532)
4   655 West Broadway, Suite 1900
    San Diego, CA  92101
5   Telephone:  619/231-1058
    619/231-7423 (fax)
6   MarkS@lerachlaw.com
    DougB@lerachlaw.com
7   ValerieM@lerachlaw.com
            – and –
8   SHAWN A. WILLIAMS (213113)
    WILLOW E. RADCLIFFE (200087)
9   ELI R. GREENSTEIN (217945)
    JENNIE LEE ANDERSON (203586)
10  MONIQUE C. WINKLER (213031)
    100 Pine Street, Suite 2600
11  San Francisco, CA  94111
    Telephone:  415/288-4545
12  415/288-4534 (fax)
    ShawnW@lerachlaw.com
13  WillowR@lerachlaw.com
    EliG@lerachlaw.com
14  JennieA@lerachlaw.com
    MoniqueW@lerachlaw.com
15
    Lead Counsel for Plaintiffs
16              UNITED STATES DISTRICT COURT

17          NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 18  In re ORACLE CORPORATION SECURITIES LITIGATION | )  Master File No. C-01-0988-MJJ |
| 19  ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾ | )  CLASS ACTION |
| 20  This Document Relates To: | )  DISCOVERY MATTER |
| 21  ALL ACTIONS. | )  PLAINTIFFS' REQUEST FOR IMMEDIATE |
| 22  ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾ | )  ENFORCEMENT OF SECTION II.B. OF THE AMENDED ORDER SETTING A DISCOVERY PLAN TO ORDER |
| 23 | DEFENDANTS' TIMELY PRODUCTION OF DEPONENTS' FILES |

24
25  DATE:           N/A
    TIME:           N/A
26  COURTROOM:      The Honorable
                    Joseph C. Spero
27          REDACTED VERSION
28

1   **I.      INTRODUCTION**

2          Regrettably, on the eve of the Court's March 30, 2006 discovery hearing, plaintiffs must seek

3   immediate enforcement of a simple and straightforward Court Order.  This issue arose in a most

4   prejudicial manner after the parties filed their seventeen letter briefs on March 15, 2006, and thus

5   must be addressed under separate cover.

6          Section II.B. of the Court's March 10, 2005 Amended Order Setting a Discovery Plan

7   ("Discovery Plan") requires defendants to produce responsive documents from the files of any

8   deponent "***no later than  seven days prior to the date on which such witness is noticed to be***

9   ***deposed.***"  Ex. A (emphasis added).[1]  Defendants have failed to consistently follow this basic Order.

10  Notwithstanding plaintiffs' numerous requests for adherence, defendants continue to produce

11  documents from the files of properly noticed deponents long after the seven-day deadline has passed

12  (if at all), and in at least one instance, two weeks ***after*** the actual deposition already occurred.

13         Most recently, defendants failed to produce relevant documents from the files of Charles

14  Kendig, Jr., Oracle's current Vice President of Quality Assurance, seven days prior to his deposition

15  on March 27, 2006.  This deposition was noticed on February 17, 2006, and defendants confirmed

16  the date and location of the deposition on February 23, 2006.  On March 17, 2006, only ten days

17  prior to the deposition, defendants represented that they could not produce Mr. Kendig's files until

18  March 22, 2006, two days ***after*** the expiration of Court's seven-day deadline.  They did not,

19  however, produce the documents on March 22, 2006.  In fact, on March 23, 2006, defendants

20  abruptly refused to produce Mr. Kendig's files at all and unilaterally canceled the deposition.

21         Defendants' disregard for the most simplistic procedural rules has caused significant

22  disruptions and delay in discovery and is unnecessarily driving up the costs of the litigation.

23  Accordingly, plaintiffs seek an order compelling: (1) defendants' immediate production of relevant

24  documents from Mr. Kendig's files, (2) the appearance of Mr. Kendig for a deposition in San

25

26  ───────────────

27  [1]      All "Ex." references are to exhibits attached to the Declaration of Eli R. Greenstein submitted
    herewith.

28  PLTFS' MTN FOR ENFORCEMENT OF §II.A. OF AMENDED ORD SETTING DISCOV PLAN TO
    ORDER DEFS' TIMELY PROD OF DEPONENTS' FILES - C-01-0988-MJJ                                    - 1 -

1   Francisco on any day during the week of April 10, 2006, and (3) production of relevant documents

2   from deponents' files no later than **10 days** prior to any future deposition.[2]

3   **II.    ARGUMENT**

4         On February 17, 2006, plaintiffs issued a subpoena to Charles Kendig, Jr. for a deposition on

5   March 27, 2006, in San Francisco.  Ex. B.  Mr. Kendig is currently Oracle's Vice President of

6   Quality Assurance.  On February 23, 2006, defendants agreed via letter that the Kendig deposition

7   would take place on March 27, 2006, in San Francisco.  Ex. C.

8         On March 17, 2006, only ten days before Mr. Kendig's deposition, defendants informed

9   plaintiffs that they would not produce Mr. Kendig's files until March 22, 2006, two days **after** the

10   deadline set forth in the current Discovery Plan.  Ex. D.  Defendants nevertheless stated that they

11   "believe Mr. Kendig's deposition can and should go forward as scheduled."  *Id*.

12         In order to avoid delay, on March 21, 2006, and March 22, 2006, plaintiffs informed

13   defendants that despite defendants' violation of the current Discovery Plan, the Kendig deposition

14   would go forward on March 27, 2006.  Exs. E, F.  Because of the unknown volume of Mr. Kendig's

15   relevant documents, plaintiffs also reserved their right to either: (1) continue the March 27, 2006

16   deposition for a second day of questioning, or (2) cancel the deposition altogether until defendants

17   followed the rules governing the production of deponents' files.  *Id*.

18         On March 23, 2006, defendants inexplicably canceled Mr. Kendig's deposition.  Ex. G.

19   Defendants did not cite any specific reason for their unilateral action, and did not explain why they

20   had not produced Mr. Kendig's files as promised on March 22, 2006.  *Id*.  As of March 29, 2006,

21   defendants still have not produced Mr. Kendig's files and have not indicated when they will do so.

22   Additionally, defendants are now demanding that Mr. Kendig's deposition take place three weeks

23   after the date previously agreed to by the parties and in an entirely different location (Virginia) than

24   previously agreed.  Ex. H.

25

---

26   [2]     While plaintiffs seek immediate enforcement of §II.B. of the current Discovery Plan,

27   plaintiffs intend to move the Court for substantial modification of the overall scope of the Discovery Plan.

28

1    Defendants have been on notice of Mr. Kendig's deposition for over a month and have had

2    sufficient time to locate and review documents from Mr. Kendig's files.  Mr. Kendig is a crucial

3    percipient witness with personal knowledge of severe problems with Oracle's Suite 11i product.

4    Indeed, plaintiffs provided defendants with specific examples of emails in which Mr. Kendig was

5    either the sender or the recipient, and which discussed severe problems with Oracle's Suite 11i

6    software.  Ex. F.  In one email, Mr. Kendig warns that

7    **[Redacted]**

8

9    Ex. I at NDCA-ORCL 121288 (emphasis added).  Defendants failed to produce this and other

10   relevant documents from Mr. Kendig's files.[3]

11   Defendants' violation of the Court's Order regarding Mr. Kendig's files is not the first time

12   defendants have taken a cavalier approach to the Court's deadlines for the production of deponents'

13   files.  For example, on February 16, 2006, plaintiffs deposed CW47, an Oracle Area Vice President.

14   On March 3, 2006, *two weeks after* CW47's deposition, defendants produced an email written by

15   CW47 discussing a potential lost deal with one of Oracle's major customers during the last days of

16   the Class Period.  Ex. J at NDCA-ORCL 620802 [**Redacted**]

17                                                     The email was communicated

18   directly to defendant Sandy Sanderson and even referred to defendant Ellison.  *Id*.  Despite

19   numerous letters from plaintiffs, however, defendants have failed to explain why they did not

20   produce such a crucial email from CW47 until two weeks after his/her deposition.  Ex. K.

21   If defendants are permitted to continue to disregard the plain language of the current

22   Discovery Plan, the deposition scheduling in this case will become unworkable and will threaten the

23   parties' ability to meet the discovery cutoff in this case.  Accordingly, plaintiffs seek an order

24   compelling: (1) defendants' immediate production of all relevant documents from Mr. Kendig's

25   _____

26   [3]    While this single document written by Mr. Kendig was produced from the files of Michael
     Rocha, the defendants have produced nothing from the files of Mr. Kendig himself despite evidence

27   that he was in possession of material information concerning the quality of 11i and its impact on the
     financial condition of the Company.

28

1  files, (2) the appearance of Mr. Kendig at a deposition in San Francisco on any day during the week

2  of April 10, 2006, and (3) production of relevant documents from all deponents' files no later than

3  *10 days* prior to any future depositions.  Plaintiffs have submitted a [Proposed] Order herewith.

4  **III.    CONCLUSION**

5          Based on the foregoing, plaintiffs' motion is granted.

6  DATED:  March 29, 2006                          Respectfully submitted,

7                                                  LERACH COUGHLIN STOIA GELLER
                                                      RUDMAN & ROBBINS LLP
8                                                  SHAWN A. WILLIAMS
                                                   WILLOW E. RADCLIFFE
9                                                  ELI R. GREENSTEIN
                                                   JENNIE LEE ANDERSON
10                                                 MONIQUE C. WINKLER

11

12                                                 _____/s/ SHAWN A. WILLIAMS_____
                                                        SHAWN A. WILLIAMS

13

14                                                 100 Pine Street, Suite 2600
                                                   San Francisco, CA  94111
15                                                 Telephone:  415/288-4545
                                                   415/288-4534 (fax)

16                                                 LERACH COUGHLIN STOIA GELLER
                                                      RUDMAN & ROBBINS LLP
17                                                 MARK SOLOMON
                                                   DOUGLAS R. BRITTON
18                                                 VALERIE L. McLAUGHLIN
                                                   GAVIN M. BOWIE
19                                                 655 West Broadway, Suite 1900
                                                   San Diego, CA  92101
20                                                 Telephone:  619/231-1058
                                                   619/231-7423 (fax)

21                                                 Lead Counsel for Plaintiffs

22  T:\CasesSF\Oracle3\MOT00029341_Redacted.doc

23

24

25

26

27

28

PLTFS' MTN FOR ENFORCEMENT OF §II.A. OF AMENDED ORD SETTING DISCOV PLAN TO
ORDER DEFS' TIMELY PROD OF DEPONENTS' FILES - C-01-0988-MJJ                    - 4 -

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 29, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

/s/ SHAWN A. WILLIAMS
SHAWN A. WILLIAMS

Lerach Coughlin Stoia Geller Rudman & Robbins LLP
100 Pine Street, 26th Floor
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)
E-mail:ShawnW@lerachlaw.com