| | |
|---|---|
| 1 | LERACH COUGHLIN STOIA GELLER |
|   |   RUDMAN & ROBBINS LLP |
| 2 | MARK SOLOMON (151949) |
|   | DOUGLAS R. BRITTON (188769) |
| 3 | VALERIE L. McLAUGHLIN (191916) |
|   | GAVIN M. BOWIE (235532) |
| 4 | 655 West Broadway, Suite 1900 |
|   | San Diego, CA  92101 |
| 5 | Telephone:  619/231-1058 |
|   | 619/231-7423 (fax) |
| 6 | MarkS@lerachlaw.com |
|   | DougB@lerachlaw.com |
| 7 | ValerieM@lerachlaw.com |
|   |       – and – |
| 8 | SHAWN A. WILLIAMS (213113) |
|   | WILLOW E. RADCLIFFE (200087) |
| 9 | ELI R. GREENSTEIN (217945) |
|   | JENNIE LEE ANDERSON (203586) |
| 10 | MONIQUE C. WINKLER (213031) |
|   | 100 Pine Street, Suite 2600 |
| 11 | San Francisco, CA  94111 |
|   | Telephone:  415/288-4545 |
| 12 | 415/288-4534 (fax) |
|   | ShawnW@lerachlaw.com |
| 13 | WillowR@lerachlaw.com |
|   | EliG@lerachlaw.com |
| 14 | JennieA@lerachlaw.com |
|   | MoniqueW@lerachlaw.com |
| 15 | |
|   | Lead Counsel for Plaintiffs |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION | ) Master File No. C-01-0988-MJJ |
| | ) |
| | ) CLASS ACTION |
| | ) |
| This Document Relates To: | ) **DISCOVERY MATTER** |
| | ) |
|    ALL ACTIONS. | ) DECLARATION OF ELI R. GREENSTEIN IN SUPPORT OF PLAINTIFFS' REQUEST FOR IMMEDIATE ENFORCEMENT OF SECTION II.B. OF THE AMENDED ORDER SETTING A DISCOVERY PLAN TO ORDER DEFENDANTS' TIMELY PRODUCTION OF DEPONENTS' FILES |
| | DATE:        N/A |
| | TIME:        N/A |
| | COURTROOM:   The Honorable Joseph C. Spero |

**REDACTED VERSION**

1  I, ELI R. GREENSTEIN, declare as follows:

2  1. I am an attorney duly licensed to practice before all of the courts of the State of California. I am associated with the law firm of Lerach Coughlin Stoia Geller Rudman & Robbins LLP, one of the counsel of record for plaintiffs in the above-entitled action. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. Attached are true and correct copies of the following exhibits:

Exhibit A: Amended Order Setting a Discovery Plan, entered March 10, 2006;

Exhibit B: Notice of Subpoena for Deposition of Charles Kendig, Jr. dated February 17, 2006;

Exhibit C: February 23, 2006 letter sent by Matthew D. Harrison to Willow E. Radcliffe;

Exhibit D: March 17, 2006 letter from Brian T. Glennon to Shawn A. Williams;

Exhibit E: March 21, 2006 letter from Eli R. Greenstein to Brian T. Glennon;

Exhibit F: March 22, 2006 letter from Eli R. Greenstein to Brian T. Glennon, Patrick E. Gibbs and Matthew D. Harrison;

Exhibit G: March 23, 2006 letter from Kyra Busby to Eli R. Greenstein;

Exhibit H: March 28, 2006 letter from Matthew D. Harrison to Willow E. Radcliffe;

Exhibit I: May 29, 2001 email from Charles Kendig, Jr. to various Oracle Corp. personnel (NDCA-ORCL 121288-121294);

Exhibit J: February 20, 2001 email from CW47 to Edward Sanderson; and

Exhibit K: March 7, 2006 letter from Shawn A. Williams to Patrick E. Gibbs and Brian T. Glennon.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 29th day of March, 2006, at San Francisco, California.

/s/ ELI R. GREENSTEIN
ELI R. GREENSTEIN

T:\CasesSF\Oracle3\DEC00029343_redacted.doc

DECL. IN SUPP OF PLFS' REQ FOR ENFORCEMENT OF §II.B. OF THE AMENDED ORD SETTING DISC PLAN TO ORD DEFS' TIMELY PRODUCTION OF DEPONENTS' FILES - C-01-0988-MJJ   - 1 -

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 29, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

    /s/ ELI R. GREENSTEIN
ELI R. GREENSTEIN

Lerach Coughlin Stoia Geller Rudman & Robbins LLP
100 Pine Street, 26th Floor
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)
E-mail:EliG@lerachlaw.com

# Mailing Information for a Case 3:01-cv-00988-MJJ

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jennie Lee Anderson**
  jenniea@lerachlaw.com

- **Eric J. Belfi**
  ebelfi@murrayfrank.com

- **Doug Britton**
  dougb@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Patrick Edward Gibbs**
  patrick.gibbs@lw.com zoila.aurora@lw.com

- **Eli Greenstein**
  Elig@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Kirke M. Hasson**
  kirke.hasson@pillsburylaw.com cheryl.grant@pillsburylaw.com

- **Reed R. Kathrein**
  reedk@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Michele F. Kyrouz**
  michele.kyrouz@lw.com

- **Nicole Lavallee**
  nlavallee@bermanesq.com

- **William S. Lerach**
  e_file_sd@lerachlaw.com e_file_sf@lerachlaw.com

- **James C. Maroulis**
  jim.maroulis@oracle.com

- **Shinyung Oh**
  shinyungoh@paulhastings.com sandradiluzio@paulhastings.com

- **Willow E. Radcliffe**
  willowr@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Darren J. Robbins**
  e_file_sd@lerachlaw.com e_file_sf@lerachlaw.com

- **Sanna Rachel Singer**

sanna.singer@pillsburylaw.com

- **Mark Solomon**
  marks@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Shawn A. Williams**
  shawnw@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Monique Winkler**
  MoniqueW@lerachlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Henry R. Chalmers
Arnall, Golden, Gregory, LLP.
171 17th Street.  N.W. #2100
Atlanta, GA 30363-1031

Dorian Daley
500 Oracle Parkway
Redwood City, CA 94065

Corey D. Holzer
Holzer Holzer & Cannon LLC
1117 Perimeter Center West
Suite E-107
Atlanta, GA 30338

Brian P. Murray
Murray Frank & Sailer LLP
275 Madison Avenue
Suite 801
New York, NY 10016
```