LERACH COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
MARK SOLOMON (151949)
DOUGLAS R. BRITTON (188769)
VALERIE L. McLAUGHLIN (191916)
GAVIN M. BOWIE (235532)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
MarkS@lerachlaw.com
DougB@lerachlaw.com
ValerieM@lerachlaw.com
       – and –
SHAWN A. WILLIAMS (213113)
WILLOW E. RADCLIFFE (200087)
ELI R. GREENSTEIN (217945)
JENNIE LEE ANDERSON (203586)
MONIQUE C. WINKLER (213031)
100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)
ShawnW@lerachlaw.com
WillowR@lerachlaw.com
EliG@lerachlaw.com
JennieA@lerachlaw.com
MoniqueW@lerachlaw.com

Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION | ) Master File No. C-01-0988-MJJ ) ) <u>CLASS ACTION</u> ) |
| This Document Relates To:<br><br>   ALL ACTIONS. | ) DECLARATION OF SERVICE BY MAIL ) ) |

<u>DECLARATION OF SERVICE BY MAIL</u>

I, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, a citizen of the United States and employed in the City and County of San Francisco, over the age of 18 years, and not a party to or interested party in the within action; that declarant's business address is 100 Pine Street, Suite 2600, San Francisco, California 94111.

2. That on March 29, 2006, declarant served the (1) PLAINTIFFS' REQUEST FOR IMMEDIATE ENFORCEMENT OF SECTION II.B. OF THE AMENDED ORDER SETTING A DISCOVERY PLAN TO ORDER DEFENDANTS' TIMELY PRODUCTION OF DEPONENTS' FILES (**Redacted and Unredacted Versions**) and (2) DECLARATION OF ELI R. GREENSTEIN IN SUPPORT OF PLAINTIFFS' REQUEST FOR IMMEDIATE ENFORCEMENT OF SECTION II.B. OF THE AMENDED ORDER SETTING A DISCOVERY PLAN TO ORDER DEFENDANTS' TIMELY PRODUCTION OF DEPONENTS' FILES (**Redacted and Unredacted Versions**) by depositing a true copy thereof in a United States mailbox at San Francisco, California in a sealed envelope with postage thereon fully prepaid and addressed to the parties listed on the attached Service List.

3. That there is a regular communication by mail between the place of mailing and the places so addressed.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 29th day of March, 2006, at San Francisco, California.

/s/ Carolyn Burr
CAROLYN BURR

T:\CasesSF\Oracle3\Dec of Serv 00029467.doc

DECLARATION OF SERVICE BY MAIL - C-01-0988-MJJ                                    - 1 -