1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION | ) ) ) | Master File No. C-01-0988-MJJ |
| | ) | CLASS ACTION |
| This Document Relates To: | ) ) | **DISCOVERY MATTER** |
| ALL ACTIONS. | ) ) | [~~PROPOSED~~] SEALING ORDER |

1    Having considered the papers regarding Plaintiffs' Administrative Request to File Under Seal

2  (1) Plaintiffs' Request for Immediate Enforcement of Section II.B. of the Amended Order Setting a

3  Discovery Plan to Order Defendants' Timely Production of Deponents' Files and (2) Exhibits I and J

4  Attached to the Declaration of Eli R. Greenstein in Support Thereof,

5    Plaintiffs' Request for Immediate Enforcement of Section II.B. of the Amended Order

6  Setting a Discovery Plan to Order Defendants' Timely Production of Deponents' Files and Exhibits I

7  and J attached to the Declaration of Eli R. Greenstein in support thereof are HEREBY sealed.

8    IT IS SO ORDERED.

9  DATED:  ___March 31, 2006_____

10                                                                              THE HON_____ SPERO
    UNITED S_____UDGE

11  Submitted by:

12  DATED:  March 29, 2006

13  LERACH COUGHLIN STOIA GELLER
      RUDMAN & ROBBINS LLP
    MARK SOLOMON

14  DOUGLAS R. BRITTON
    VALERIE L. McLAUGHLIN

15  GAVIN M. BOWIE
    655 West Broadway, Suite 1900

16  San Diego, CA  92101
    Telephone:  619/231-1058

17  619/231-7423 (fax)

18  LERACH COUGHLIN STOIA GELLER
      RUDMAN & ROBBINS LLP

19  SHAWN A. WILLIAMS
    WILLOW E. RADCLIFFE

20  ELI R. GREENSTEIN
    JENNIE LEE ANDERSON

21  MONIQUE C. WINKLER

22

23  _____/s/ WILLOW E. RADCLIFFE_____
            WILLOW E. RADCLIFFE

24

25  100 Pine Street, Suite 2600
    San Francisco, CA  94111
    Telephone:  415/288-4545

26  415/288-4534 (fax)

27  Lead Counsel for Plaintiffs

28  T:\CasesSF\Oracle3\ORD00029450.doc

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 29, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

<u>  /s/ WILLOW E. RADCLIFFE  </u>
WILLOW E. RADCLIFFE

LERACH COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
E-mail:WillowR@lerachlaw.com

# Mailing Information for a Case 3:01-cv-00988-MJJ

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jennie Lee Anderson**
  jenniea@lerachlaw.com

- **Eric J. Belfi**
  ebelfi@murrayfrank.com

- **Doug Britton**
  dougb@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Patrick Edward Gibbs**
  patrick.gibbs@lw.com zoila.aurora@lw.com

- **Eli Greenstein**
  Elig@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Kirke M. Hasson**
  kirke.hasson@pillsburylaw.com cheryl.grant@pillsburylaw.com

- **Reed R. Kathrein**
  reedk@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Michele F. Kyrouz**
  michele.kyrouz@lw.com

- **Nicole Lavallee**
  nlavallee@bermanesq.com

- **William S. Lerach**
  e_file_sd@lerachlaw.com e_file_sf@lerachlaw.com

- **James C. Maroulis**
  jim.maroulis@oracle.com

- **Shinyung Oh**
  shinyungoh@paulhastings.com sandradiluzio@paulhastings.com

- **Willow E. Radcliffe**
  willowr@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Darren J. Robbins**
  e_file_sd@lerachlaw.com e_file_sf@lerachlaw.com

- **Sanna Rachel Singer**

sanna.singer@pillsburylaw.com

- **Mark Solomon**
  marks@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Shawn A. Williams**
  shawnw@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Monique Winkler**
  MoniqueW@lerachlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Henry R. Chalmers**
Arnall, Golden, Gregory, LLP.
171 17th Street.  N.W. #2100
Atlanta, GA 30363-1031

**Dorian Daley**
500 Oracle Parkway
Redwood City, CA 94065

**Corey D. Holzer**
Holzer Holzer & Cannon LLC
1117 Perimeter Center West
Suite E-107
Atlanta, GA 30338

**Brian P. Murray**
Murray Frank & Sailer LLP
275 Madison Avenue
Suite 801
New York, NY 10016