**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE ORACLE SECURITIES LITIGATION
_____

This Document Relates To:

ALL ACTIONS.
_____/

No. C01-0988 MJJ (JCS)

**ORDER TO MEET-AND-CONFER
REGARDING SUBMISSION OF NAMES
FOR SPECIAL MASTER**

     The Court is considering referring this case to a Special Master for discovery.

     IT IS HEREBY ORDERED THAT the parties shall meet-and-confer and electronically file a joint letter advising the Court with an agreed upon name of a Special Master or a list of names they desire as a Special Master, no later than **Tuesday, April 4, 2006.**

     IT IS SO ORDERED.

Dated: April 3, 2006

_____
JOSEPH C. SPERO
United States Magistrate Judge