


**Arnall Golden Gregory LLP**

Direct phone: 404.873.8646
Direct fax: 404.873.8647
E-mail: henry.chalmers@agg.com
www.agg.com

March 23, 2006

Clerk of Court
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

    Re:    In re Oracle Corporation Securities Litigation, United States District Court for the Northern District of California, Case No. C-01-0988-MJJ

Dear Clerk:

I hereby request to withdraw from the docket as counsel for PRG-Schultz USA, Inc. in the above-referenced matter. I request that the court update the service list to reflect this change.

Please do not hesitate to contact me if you have any questions.

    Sincerely,

    ARNALL GOLDEN GREGORY LLP

    Henry R. Chalmers

HRC:sw

Cc:    Jennie Lee Anderson, Esq.

1969539v1

171 17th Street | Suite 2100 | Atlanta, GA 30363 | 404.873.8500 | Fax: 404.873.8501 | Macon Office: 478.745.3344