LATHAM & WATKINS LLP
  Peter A. Wald (SBN 85705)
  Michele F. Kyrouz (SBN 168004)
505 Montgomery Street, Suite 2000
San Francisco, CA  94111-2562
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
E-mail: peter.wald@lw.com
          michele.kyrouz@lw.com

LATHAM & WATKINS LLP
  Patrick E. Gibbs  (SBN 183174)
135 Commonwealth Drive
Menlo Park, CA 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600
E-mail: patrick.gibbs@lw.com

LATHAM & WATKINS LLP
  Jamie L. Wine  (SBN 181373)
633 West Fifth Street, Suite 4000
Los Angeles, CA 90071-2007
Telephone: (213) 485-1234
Facsimile: (213) 891-8763
E-mail: jamie.wine@lw.com

Attorneys for Defendants ORACLE CORPORATION, LAWRENCE J. ELLISON, JEFFREY O. HENLEY, and EDWARD J. SANDERSON

ORACLE CORPORATION
  Dorian E. Daley (SBN 129049)
  James C. Maroulis (SBN 208316)
500 Oracle Parkway
Mailstop 5OP7
Redwood Shores, California 94065
Telephone: (650) 506-5200
Facsimile: (650) 506-7114
E-mail: jim.maroulis@oracle.com

Attorneys for Defendant ORACLE CORPORATION

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Master File No. C-01-0988-MJJ (JCS) (Consolidated)<br><br><u>CLASS ACTION</u><br><br>**<u>DISCOVERY MATTER</u>**<br><br>**DEFENDANTS' ADMINISTRATIVE REQUEST TO FILE UNDER SEAL DEFENDANTS' APRIL 4, 2006 DISCOVERY LETTER BRIEF**<br><br>**Judge Joseph C. Spero** |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

ADMIN REQUEST TO FILE UNDER SEAL DEFENDANTS'
APRIL 4, 2006 DISCOVERY LETTER BRIEF
Master File No. C-01-0988-MJJ (JCS)

1   Defendants submit this Administrative Request to File Under Seal Defendants'
2   April 4, 2006 Discovery Letter Brief pursuant to Civil Local Rules 7-11 and 79-5.
3   Accompanying this Administrative Request are the Declaration of Sean P.J. Coyle in Support of
4   Defendants' Administrative Request to File Under Seal Defendants' April 4, 2006 Discovery
5   Letter Brief ("Coyle Decl.") and the [Proposed] Order Sealing Defendants' April 4, 2006
6   Discovery Letter Brief, respectively filed and lodged concurrently herewith.

7   In their April 4, 2006 Discovery Letter Brief, Defendants refer to Confidential
8   Witness 49 by his or her name, information that has been designated as "Confidential" by the
9   Plaintiffs.  *See* Coyle Decl., ¶ 3.  Information designated as "Confidential" is subject to the
10  provisions of the Revised Stipulated Protective Order Governing Confidentiality entered on
11  January 11, 2005.  *See* Coyle Decl., ¶ 4, Exhibit A.  Accordingly, Defendants respectfully
12  request that Defendants' April 4, 2006 Discovery Letter Brief be filed under seal of the Court.

14  Dated:  April 4, 2006                         LATHAM & WATKINS LLP
                                                   Peter A. Wald
15                                                 Michele F. Kyrouz
                                                   Jamie L. Wine
16                                                 Patrick E. Gibbs
17                                                 Rees F. Morgan

19                                                          /s/
                                           By:_____
20                                            Sean P.J. Coyle
21                                            Attorneys for Defendants ORACLE
                                              CORPORATION, LAWRENCE J.
22                                            ELLISON, JEFFREY O. HENLEY,
                                              and EDWARD J. SANDERSON
23  SF\556313.1

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

ADMIN REQUEST TO FILE UNDER SEAL DEFENDANTS'
APRIL 4, 2006 DISCOVERY LETTER BRIEF
Master File No. C-01-0988-MJJ (JCS)