1  LATHAM & WATKINS LLP
     Peter A. Wald (SBN 85705)
2    Michele F. Kyrouz (SBN 168004)
3  505 Montgomery Street, Suite 2000
   San Francisco, CA  94111-2562
4  Telephone: (415) 391-0600
   Facsimile: (415) 395-8095
5  E-mail: peter.wald@lw.com
           michele.kyrouz@lw.com
6
7  LATHAM & WATKINS LLP
     Jamie L. Wine  (SBN 181373)
8  633 West Fifth Street, Suite 4000
   Los Angeles, CA 90071-2007
9  Telephone: (213) 485-1234
   Facsimile: (213) 891-8763
10 E-mail: jamie.wine@lw.com

LATHAM & WATKINS LLP
  Patrick E. Gibbs  (SBN 183174)
135 Commonwealth Drive
Menlo Park, CA 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600
E-mail: patrick.gibbs@lw.com

11
   Attorneys for Defendants ORACLE CORPORATION, LAWRENCE
12 J. ELLISON, JEFFREY O. HENLEY, and EDWARD J. SANDERSON

13 ORACLE CORPORATION
     Dorian E. Daley (SBN 129049)
14   James C. Maroulis (SBN 208316)
   500 Oracle Parkway
15 Mailstop 5OP7
   Redwood Shores, California 94065
16 Telephone: (650) 506-5200
   Facsimile: (650) 506-7114
17 E-mail: jim.maroulis@oracle.com

18 Attorneys for Defendant ORACLE CORPORATION

19
20 **UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION**

| 21 | In re ORACLE CORPORATION<br>SECURITIES LITIGATION | Master File No. C-01-0988-MJJ (JCS)<br>(Consolidated) |
|----|---|---|
| 22 | | |
| 23 | | <u>CLASS ACTION</u> |
| 24 | This Document Relates To: | **DISCOVERY MATTER** |
| 25 | ALL ACTIONS. | **DECLARATION OF SEAN P.J. COYLE IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE REQUEST TO FILE UNDER SEAL DEFENDANTS' APRIL 4, 2006 DISCOVERY LETTER BRIEF** |
| 26 | | |
| 27 | | **Judge Joseph C. Spero** |
| 28 | | |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

COYLE DECL. ISO ADMIN REQUEST TO FILE UNDER SEAL
DEFENDANTS' APRIL 4, 2006 DISCOVERY LETTER BRIEF
Master File No. C-01-0988-MJJ (JCS)

I, Sean P.J. Coyle, declare as follows:

1. I am an attorney duly licensed to practice before all the courts of the State of California. I am an associate with the law firm of Latham & Watkins LLP, counsel of record for Defendants in the above-entitled action. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. I submit this declaration in support of Defendants' Administrative Request to File Under Seal their April 4, 2006 Discovery Letter Brief ("Letter Brief").

3. Defendants' Letter Brief contains the names of a Confidential Witness, information that Plaintiffs have designated as "Confidential."

4. Information that has been designated as "Confidential" is subject to the provisions of the Revised Stipulated Protective Order Governing Confidentiality entered on January 11, 2005. The Revised Stipulated Protective Order Governing Confidentiality is attached hereto as Exhibit A.

I hereby certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on April 4, 2006 in San Francisco, California.

_____/s/_____
Sean P.J. Coyle

SF\556300.2

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

COYLE DECL. ISO ADMIN REQUEST TO FILE UNDER SEAL
DEFENDANTS' APRIL 4, 2006 DISCOVERY LETTER BRIEF
Master File No. C-01-0988-MJJ (JCS)