| | |
|---|---|
| LATHAM & WATKINS LLP<br>  Peter A. Wald (SBN 85705)<br>  Michele F. Kyrouz (SBN 168004)<br>505 Montgomery Street, Suite 2000<br>San Francisco, CA  94111-2562<br>Telephone: (415) 391-0600<br>Facsimile: (415) 395-8095<br>E-mail: peter.wald@lw.com<br>         michele.kyrouz@lw.com | LATHAM & WATKINS LLP<br>  Patrick E. Gibbs  (SBN 183174)<br>135 Commonwealth Drive<br>Menlo Park, CA 94025<br>Telephone: (650) 328-4600<br>Facsimile: (650) 463-2600<br>E-mail: patrick.gibbs@lw.com |

LATHAM & WATKINS LLP
  Jamie L. Wine  (SBN 181373)
633 West Fifth Street, Suite 4000
Los Angeles, CA 90071-2007
Telephone: (213) 485-1234
Facsimile: (213) 891-8763
E-mail: jamie.wine@lw.com

Attorneys for Defendants ORACLE CORPORATION, LAWRENCE
J. ELLISON, JEFFREY O. HENLEY, and EDWARD J. SANDERSON

ORACLE CORPORATION
  Dorian E. Daley (SBN 129049)
  James C. Maroulis (SBN 208316)
500 Oracle Parkway
Mailstop 5OP7
Redwood Shores, California 94065
Telephone: (650) 506-5200
Facsimile: (650) 506-7114
E-mail: jim.maroulis@oracle.com

Attorneys for Defendant ORACLE CORPORATION

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION

| | |
|---|---|
| In re ORACLE CORPORATION<br>SECURITIES LITIGATION<br><br>---<br>This Document Relates To:<br><br>ALL ACTIONS. | Master File No. C-01-0988-MJJ (JCS)<br>(Consolidated)<br><br>CLASS ACTION<br><br>**DISCOVERY MATTER**<br><br>**MANUAL FILING NOTIFICATION FOR DEFENDANTS' APRIL 4, 2006 DISCOVERY LETTER BRIEF**<br><br>**Judge Joseph C. Spero** |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

MANUAL FILING NOTIFICATION FOR DEFENDANTS'
APRIL 4, 2006 DISCOVERY LETTER BRIEF
MASTER FILE NO. C-01-0988-MJJ (JCS)

## **MANUAL FILING NOTIFICATION**

Regarding Defendants' April 4, 2006 Discovery Letter Brief:

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.

If you are a participant on this case, this filing will be served in hard-copy shortly.

For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ). This filing was not efiled for the following reason(s):

__ Voluminous Document (PDF file size larger than efiling system allowances)

___ Unable to Scan Documents

___ Physical Object (description): _____

_____

___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

_X__ Item Under Seal

___ Conformance with the Judicial Conference Privacy Policy (General Order 53).

___ Other (description): _____

DATED: April 4, 2006                    Respectfully submitted,

                                              LATHAM & WATKINS LLP
                                                Peter A. Wald
                                                Michele F. Kyrouz
                                                Jamie L. Wine
                                                Patrick E. Gibbs

                                                               /s/

                                           By:_____
                                               Sean P.J. Coyle
                                               Attorneys for Defendants ORACLE
                                               CORPORATION, LAWRENCE J.
                                             ELLISON, JEFFREY O. HENLEY,
                                             and EDWARD J. SANDERSON

SF\556404.2

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

MANUAL FILING NOTIFICATION FOR DEFENDANTS'
APRIL 4, 2006 DISCOVERY LETTER BRIEF
MASTER FILE NO. C-01-0988-MJJ (JCS)