1
2
3
4
5
6

7 **UNITED STATES DISTRICT COURT**

8 **NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION | Master File No. C-01-0988-MJJ (JCS) (Consolidated) |
| | CLASS ACTION |
| This Document Relates To: | **DISCOVERY MATTER** |
| ALL ACTIONS. | [PROPOSED] ORDER SEALING DEFENDANTS' APRIL 4, 2006 DISCOVERY LETTER BRIEF |
| | **Judge Joseph C. Spero** |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[PROPOSED] ORDER SEALING DEFENDANTS'
APRIL 4, 2006 DISCOVERY LETTER BRIEF
Master File No. C-01-0988-MJJ (JCS)

 1  Having considered the papers regarding Defendants' Administrative Request to
 2  File Under Seal Defendants' April 4, 2006 Discovery Letter Brief, and finding good cause
 3  therefore;
 4  Defendants' April 4, 2006 Discovery Letter Brief is HEREBY sealed.
 5
 6  IT IS SO ORDERED.
 7
 8  DATED: _____    _____
     THE HONORABLE JOSEPH C. SPERO
     UNITED STATES DISTRICT JUDGE
 9
 10 Submitted by:

 11 DATED:  April 4, 2006

 12 LATHAM & WATKINS LLP              LATHAM & WATKINS LLP
      Peter A. Wald (SBN 85705)          Patrick E. Gibbs  (SBN 183174)
 13   Michele F. Kyrouz (SBN 168004)   135 Commonwealth Drive
    505 Montgomery Street, Suite 2000  Menlo Park, CA 94025
 14 San Francisco, CA  94111-2562      Telephone: (650) 328-4600
    Telephone: (415) 391-0600          Facsimile: (650) 463-2600
 15 Facsimile: (415) 395-8095          E-mail: patrick.gibbs@lw.com
    E-mail: peter.wald@lw.com
 16         michele.kyrouz@lw.com

 17 LATHAM & WATKINS LLP
      Jamie L. Wine  (SBN 181373)
 18 633 West Fifth Street, Suite 4000
 19 Los Angeles, CA 90071-2007
    Telephone: (213) 485-1234
 20 Facsimile: (213) 891-8763
    E-mail: jamie.wine@lw.com
 21
 22         **/s/**
    _____
 23       Sean P.J. Coyle

 24 SF\556305.1
 25
 26
 27
 28

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

[PROPOSED] ORDER SEALING DEFENDANTS'
APRIL 3, 2006 LETTER BRIEF
Master File No. C-01-0988-MJJ (JCS)