# LATHAM&WATKINS LLP

April 4, 2006

633 West Fifth Street, Suite 4000
Los Angeles, California 90071-2007
Tel: (213) 485-1234 Fax: (213) 891-8763
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Brussels | New York |
| Chicago | Northern Virginia |
| Frankfurt | Orange County |
| Hamburg | Paris |
| Hong Kong | San Diego |
| London | San Francisco |
| Los Angeles | Shanghai |
| Milan | Silicon Valley |
| Moscow | Singapore |
| Munich | Tokyo |
| New Jersey | Washington, D.C. |

**VIA E-FILING**

The Honorable Joseph C. Spero
Magistrate Judge of the United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

Re: In re Oracle Corp. Sec. Litig.,
   Master File No. C-01-0988-MJJ (N.D. Cal.)

Dear Judge Spero:

  We write in response to the Court's April 3, 2006 Order re Meet and Confer Regarding Submission of Names for Special Master (the "Order"). We note that the Order provides that the Court is "considering referring this case to a Special Master for discovery." As an initial matter, Defendants do not believe a Special Master is necessary and we respectfully urge the Court to refrain from appointing one. The Discovery Plan has been in place for over a year and, although the parties have had their disputes along the way, the Discovery Plan has advanced the process effectively. Moreover, the Court is knowledgeable about the background of the case and appointing a Special Master at this stage – with three months remaining before the fact discovery cutoff – could result in substantial further delay.

  If the Court decides to appoint a Special Master, Defendants respectfully ask the Court first to rule on the Letter Briefs dated March 15, 2006 and the parties' submissions and proposed resolutions dated April 4, 2006. Waiting for a Special Master to get up to speed and issue a recommendation also could delay the adjudication of the current discovery disputes. Finally, with respect to selection of a Special Master, the parties conferred in good faith but were unable to identify a mutually-agreeable Special Master; as a result, the parties agreed that each would submit the names of two candidates. Defendants' recommendations for Special Master are Judges Fern Smith and Charles Renfrew. Defendants believe that each of these Judges would be a suitable Special Master in this case.

Very truly yours,

*/s/ Peter Wald*

Peter A. Wald
of LATHAM & WATKINS LLP

cc:  Mark Solomon, Esq.