

SAN DIEGO • SAN FRANCISCO
LOS ANGELES • NEW YORK • BOCA RATON
WASHINGTON, DC • HOUSTON
PHILADELPHIA • SEATTLE

Shawn A. Williams

April 4, 2006

VIA ELECTRONIC FILING

The Honorable Joseph C. Spero
Magistrate Judge
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA  94102

Re: *In re Oracle Corp. Sec. Litig.*
Master File No. C-01-0988-MJJ (JCS) (N.D. Cal.)

Dear Judge Spero:

In response to the Court's April 3, 2006 Order to Meet-and-Confer Regarding Submission of Names for Special Master, the parties have met and conferred but were unable to reach a mutually acceptable agreement on any specific individual, thus plaintiffs hereby submit the following as possible acceptable Special Masters for discovery: Hon. Edward A. Infante (Ret.) and Hon. V. Gene McDonald (Ret.).  Both are affiliated with JAMS.

Due to the short period of time between the Court's April 3, 2006 Order and plaintiffs' submission, plaintiffs have not yet fully considered the practical impact of the appointment of a Special Master in this case.  However, plaintiffs are concerned that they will lose the benefit of this Court's familiarity with the issues.  Some of the current discovery disputes may have ripened such that they can be appropriately considered by this Court.  Others – for example, the extension of the discovery cutoff – would be a necessary prerequisite to the appointment of a Special Master because resolution of the current disputes requires development of a working knowledge of the history and current status of the case.  Therefore, while it may be that the appointment of a Special Master is appropriate, if the Court determines that it will refer the matter to a Special Master, plaintiffs respectfully request to be heard pursuant to Fed. R. Civ. P. 53(b)(1) prior to such appointment.

Respectfully submitted,

/s/

Shawn A. Williams

SAW:krh
cc:     Peter Wald (via facsimile)

T:\CasesSF\Oracle3\Corres\Spero_4-4-06_saw.doc