LATHAM & WATKINS LLP
  Peter A. Wald (SBN 85705)
  Michele F. Kyrouz (SBN 168004)
  Matthew D. Harrison (SBN 210981)
505 Montgomery Street, Suite 2000
San Francisco, CA  94111-2562
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
E-mail: peter.wald@lw.com
         michele.kyrouz@lw.com

Attorneys for Defendants ORACLE CORPORATION, LAWRENCE J. ELLISON, JEFFREY O. HENLEY, and EDWARD J. SANDERSON

ORACLE CORPORATION
  Dorian E. Daley (SBN 129049)
  James C. Maroulis (SBN 208316)
500 Oracle Parkway
Mailstop 5OP7
Redwood Shores, California 94065
Telephone: (650) 506-5200
Facsimile: (650) 506-7114
E-mail: jim.maroulis@oracle.com

Attorneys for Defendant ORACLE CORPORATION

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION | Master File No. C-01-0988-MJJ (JCS) (Consolidated) |
| | <u>CLASS ACTION</u> |
| This Document Relates To:<br>ALL ACTIONS. | **<u>DISCOVERY MATTER</u>**<br><br>**DECLARATION OF MATTHEW D. HARRISON IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' REQUEST FOR IMMEDIATE ENFORCEMENT OF SECTION II.B. OF THE AMENDED ORDER SETTING A DISCOVERY PLAN**<br><br>**Judge Joseph C. Spero** |

SF\556791.3

HARRISON DECL ISO DEF.'S OPP TO PLS.' REQ. FOR
IMMEDIATE ENFORCEMENT OF DISCOVERY PLAN
Master File No. C-01-0988-MJJ (JCS)

I, Matthew D. Harrison, declare as follows:

1. I am an attorney duly licensed to practice before the courts of the State of California. I am an associate with the law firm of Latham & Watkins LLP ("Latham"), counsel of record for Defendants in the above-entitled action. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. I submit this declaration in support of Defendants' Opposition to Plaintiffs' Request for Immediate Enforcement of Section II.B. of the Amended Order Setting a Discovery Plan.

3. Since Latham took over this case on February 3, 2006, Defendants have reviewed the files of ten current and former employees prior to their depositions. For each of these witnesses, responsive documents found in the files of these employees, if any existed, were produced at least seven days prior to the witnesses' deposition without any difficulty.

4. Attached hereto as Exhibit A is a true and correct copy of the Court's March 29, 2005 Order Denying Plaintiffs' Motion to Compel Compliance With March 10, 2005 Discovery Plan Order.

5. Attached hereto as Exhibit B is a true and correct copy of Rees F. Morgan's March 10, 2006 letter to Shawn A. Williams.

6. Attached hereto as Exhibit C is a true and correct copy of Douglas R. Britton's March 24, 2006 letter to Matthew D. Harrison.

7. Attached hereto as Exhibit D is a true and correct copy of Shawn A. Williams' March 7, 2006 letter to Patrick E. Gibbs and Brian T. Glennon.

8. Attached hereto as Exhibit E is a true and correct copy of Patrick E. Gibbs' March 8, 2006 letter to Shawn A. Williams.

/ / /

/ / /

/ / /

/ / /

/ / /

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

SF\556791.3

1

HARRISON DECL ISO DEF.'S OPP TO PLS.' REQ. FOR
IMMEDIATE ENFORCEMENT OF DISCOVERY PLAN
Master File No. C-01-0988-MJJ (JCS)

9. Attached hereto as Exhibit F is a true and correct copy of Brian T. Glennon's March 22, 2006 letter to Eli R. Greenstein.

I hereby certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on April 5, 2006 in San Francisco, California.

_____/s/_____
Matthew D. Harrison

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

SF\556791.3

2

HARRISON DECL ISO DEF.'S OPP TO PLS.' REQ. FOR
IMMEDIATE ENFORCEMENT OF DISCOVERY PLAN
Master File No. C-01-0988-MJJ (JCS)