**United States District Court**
For the Northern District of California

1

2

3

4          UNITED STATES DISTRICT COURT

5          NORTHERN DISTRICT OF CALIFORNIA

6

7    IN RE ORACLE SECURITIES LITIGATION          No. C01-0988 MJJ (JCS)

8    _____      **ORDER DENYING PLAINTIFFS**
                                                  **MOTION TO COMPEL COMPLIANCE**
9    This Document Relates To:                    **WITH MARCH 10, 2005 DISCOVERY**
                                                  **PLAN ORDER [Docket No. 253]**
10   ALL ACTIONS.

11   _____/

12          On March 23, 2005, Plaintiffs submitted a letter brief to the Court seeking resolution of three

13   discovery issues.  The Court construed this letter as Plaintiffs Motion to Compel Compliance with the

14   Court's March 10, 2005 Discovery Plan Order (the "Motion").

15          IT IS HEREBY ORDERED that the Motion is DENIED.

16          In addition, it appears that counsel have not made adequate efforts resolve this matter without the

17   need for Court intervention.  Accordingly, IT IS HEREBY FURTHER ORDERED that not later than five

18   (5) calendar days from the date of this Order, lead trial counsel for Plaintiffs and lead trial counsel for

19   Defendants shall meet and confer **in person** regarding the subject matter of the Motion in an effort to

20   resolve this matter, and  provide a detailed Joint Letter to the Court.  This Joint Letter shall include a

21   description of every issue in dispute and, with respect to each such issue, a detailed summary of each

22   party's final substantive position and their final proposed compromise on each issue.

23          IT IS HEREBY FURTHER ORDERED that before filing any future discovery motions, lead trial

24   counsel for Plaintiff and lead trial counsel for Defendants shall meet and confer **in person**.  The location of

25   the meet-and-confer session shall alternate, with the first meeting location to be at the office to be chosen

26   by counsel for Plaintiffs and the second meeting location to be at the office to be chosen by counsel for

27   Defendants.  Any side may demand a meeting on ten (10) days' notice.  At the conclusion of the meet-and-

28   confer session the parties shall submit a joint letter to the Court with a detailed summary of the remaining

issues, each side's substantive position, and each side's proposed compromise on the issues.

IT IS SO ORDERED.

Dated:  March 29, 2005

/s/ Joseph C. Spero
JOSEPH C. SPERO
United States Magistrate Judge

**United States District Court**
For the Northern District of California