```
************************
SERIAL BROADCAST REPORT (1)
************************
```

(FRI) MAR 10 2006 17:05
LATHAM & WATKINS LLP Fax Machine #2

**COMPLETED**

| DOCUMENT # | TIME STORED | TIME SENT | DURATION | TOT. DST | PAGES |
|---|---|---|---|---|---|
| 4861909-250 | 3.10 16:59 | 3.10 16:59 | 1' 22" | 2 | 2 |

| FIN. | 2 |
|---|---|

| #14392884534 | #144616192317423 |
|---|---|

# LATHAM&WATKINS LLP

505 Montgomery Street, Suite 2000
San Francisco, California 94111-2562
Tel: (415) 391-0600  Fax: (415) 395-8095
www.lw.com

**FIRM / AFFILIATE OFFICES**

| Brussels | New York |
| Chicago | Northern Virginia |
| Frankfurt | Orange County |
| Hamburg | Paris |
| Hong Kong | San Diego |
| London | San Francisco |
| Los Angeles | Shanghai |
| Milan | Silicon Valley |
| Moscow | Singapore |
| Munich | Tokyo |
| New Jersey | Washington, D.C. |

**FACSIMILE TRANSMISSION**
March 10, 2006

| To: | Shawn A. Williams, Esq.<br>Lerach Coughlin Stoia Geller<br>Rudman & Robbins, LLP | Fax: (415) 288-4534 | Tel: (415) 288-4545 |
|---|---|---|---|
| | Douglas R. Britton, Esq.<br>Lerach Coughlin Stoia Geller<br>Rudman & Robbins, LLP | (619) 231-7423 | (619) 231-1058 |

| From: | Rees F. Morgan |
|---|---|
| Re: | In re Oracle Corporation Securities Litigation |
| ☐ Original(s) to follow | Number of pages, including cover: 2 |

**Please see attached**

# LATHAM&WATKINS LLP

505 Montgomery Street, Suite 2000
San Francisco, California 94111-2562
Tel: (415) 391-0600  Fax: (415) 395-8095
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Brussels | New York |
| Chicago | Northern Virginia |
| Frankfurt | Orange County |
| Hamburg | Paris |
| Hong Kong | San Diego |
| London | San Francisco |
| Los Angeles | Shanghai |
| Milan | Silicon Valley |
| Moscow | Singapore |
| Munich | Tokyo |
| New Jersey | Washington, D.C. |

**FACSIMILE TRANSMISSION**
March 10, 2006

| To: | Shawn A. Williams, Esq.<br>Lerach Coughlin Stoia Geller<br>Rudman & Robbins, LLP | Fax: (415) 288-4534 | Tel: (415) 288-4545 |
|---|---|---|---|
| | Douglas R. Britton, Esq.<br>Lerach Coughlin Stoia Geller<br>Rudman & Robbins, LLP | (619) 231-7423 | (619) 231-1058 |

| From: | Rees F. Morgan |
|---|---|
| Re: | In re Oracle Corporation Securities Litigation |
| ☐ Original(s) to follow | Number of pages, including cover: 2 |

**Please see attached**

The information contained in this facsimile is confidential and may also contain privileged attorney-client information or work product. The information is intended only for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received the facsimile in error, please immediately notify us by telephone, and return the original message to us at the address above via the U.S. Postal service. Thank you.

**If there are any problems with this transmission, please call (415) 395-8015.**

Rees F. Morgan
Direct: 415-395-8222
rees.morgan@lw.com

505 Montgomery Street, Suite 2000
San Francisco, California 94111-2562
Tel: (415) 391-0600  Fax: (415) 395-8095
www.lw.com

# LATHAM&WATKINS LLP

**FIRM / AFFILIATE OFFICES**

| | |
|---|---|
| Brussels | New York |
| Chicago | Northern Virginia |
| Frankfurt | Orange County |
| Hamburg | Paris |
| Hong Kong | San Diego |
| London | San Francisco |
| Los Angeles | Shanghai |
| Milan | Silicon Valley |
| Moscow | Singapore |
| Munich | Tokyo |
| New Jersey | Washington, D.C. |

March 10, 2006

**VIA FACSIMILE**

Shawn A. Williams
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
100 Pine Street, 26th Floor
San Francisco, CA  94111

Re:  In Re Oracle Securities Litigation

Dear Shawn:

In light of today's meet and confer, and our agreement to postpone the depositions of Donald Klaiss, Kenneth Hamel and Confidential Witness #20 (Romen Foster), defendants will not be producing responsive documents from their files, if any, today. When their depositions are rescheduled, we will comply with our obligation under the March 10, 2005 Discovery Plan to produce responsive documents from their files, if any, seven days prior to the deposition.

Very truly yours,

Rees F. Morgan
of Latham & Watkins LLP

SF\553103.1