# LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP

# FACSIMILE

|  |  | **Fax No.** | **Telephone No.** |
|---|---|---|---|
| **To:** | Matthew Harrison, Esq.<br>LATHAM & WATKINS LLP | 415/395-8095 | 415/391-0600 |
|  | Patrick E. Gibbs, Esq.<br>LATHAM & WATKINS LLP | 650/463-2600 | 650/328-4600 |
|  | Brian Glennon, Esq.<br>LATHAM & WATKINS LLP | 213/891-8763 | 213/485-1234 |

| **From:** | Douglas Britton | **Date:** | March 24, 2006 |
|---|---|---|---|
| **Case Code:** | 201064-00001 | **Time:** | 3:00 pm |
| **Subject:** | *In re Oracle Corporation Securities Litigation* | | |

**Message/Document(s) faxed:**

**Please call fax operator at 619-231-1058 if all pages are not received.**

ORIGINAL DOCUMENTS: Will follow by ☐ mail ☐ courier – OR · ☒ Will not follow unless requested.

**CONFIDENTIALITY NOTE:** This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the above address via the U.S. Postal Service. Thank you.

**Number of pages being transmitted including the cover page:** _3_

FAX OPERATOR: Return originals to: KathyJ        Ext: 4930

S:\CasesSD\Oracle3\Corres\Faxes\Harrison Glennon Gibbs_DRB.doc



**LERACH
COUGHLIN
STOIA
GELLER
RUDMAN
& ROBBINS** LLP

SAN DIEGO · SAN FRANCISCO
LOS ANGELES · NEW YORK · BOCA RATON
WASHINGTON, DC · HOUSTON
PHILADELPHIA · SEATTLE

March 24, 2006

VIA FACSIMILE
415/395-8095

Matthew Harrison, Esq.
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 1900
San Francisco, CA 94111

Re: *In re Oracle Corporation Securities Litigation*
Master File No. C-01-0988-MJJ

Dear Matthew:

I am writing to respond to your March 22, 2006, letter concerning scheduling depositions for the witnesses noticed in plaintiffs' February 22 and March 1, 2006 notices. This letter does not address any of the witnesses raised in Shawn Williams' letter to you on March 20, 2006.

With respect to the deposition dates offered for the currently noticed witnesses, most of those dates do not work given that Mr. Classick is not available until April 19, 2006. As is evident from the notices, plaintiffs intend to depose Mr. Classick before any of the other depositions proceed. The remaining depositions must therefore occur after April 19, unless Mr. Classick will make himself available on a date earlier in April.

Your request that we propose alternative dates makes little sense given that your primary focus appears to be on the witnesses' schedules. That said, we are largely available the last two weeks of April and most of May but we will coordinate our schedules for the week of April 10 if Mr. Classick agrees to make himself available during that week. Logically, plaintiffs must complete the current depositions before any of the others can proceed. Dates in May, therefore, will largely be unacceptable for these witnesses.

Please provide a range of deposition dates for each deponent so that the depositions can occur following Mr. Classick's deposition. We can, however, confirm the depositions for Stephen Johnson on April 26, 2006 in Dallas and for Joseph Duffy on April 28, 2006 in Washington, D.C. since the dates offered follow the date currently scheduled for Mr. Classick. Mr. Duffy's deposition must occur much earlier than May 24, 2006.

655 West Broadway, Suite 1900 · San Diego, California 92101-3301 · 619.231.1058 · Fax 619.231.7423 · www.lerachlaw.com



Matthew Harrison
March 24, 2006
Page 2

Please call me if you have any questions.

Sincerely,

DOUGLAS R. BRITTON

DRB:krj

cc (via fax):   Patrick E. Gibbs, Esq.
                Brian Glennon, Esq.

S:\CasesSD\Oracle3\Corres\Harrison001_DRB.doc