**LERACH
COUGHLIN
STOIA
GELLER
RUDMAN
& ROBBINS** LLP

SAN DIEGO · SAN FRANCISCO
LOS ANGELES · NEW YORK · BOCA RATON
WASHINGTON, DC · HOUSTON
PHILADELPHIA · SEATTLE

# FACSIMILE

| | |
|---|---|
| **To:** | Patrick Gibbs
LATHAM & WATKINS
Telephone: 650/328-4600
650/463-2600 (fax)

Brian Glennon
Jamie Wine
LATHAM & WATKINS
Telephone: 213/485-1234
213/891-8763 (fax) |

| | | | |
|---|---|---|---|
| **From:** | Shawn Williams | **Date:** | March 7, 2006 |
| **Case Code:** | 201064 | **Time:** | |
| **Subject:** | *In re Oracle Corp. Sec. Litig.* | | |

**Message/Document(s) faxed:**

**Please call fax operator at 415/288-4545 if all pages are not received.**

ORIGINAL DOCUMENTS: Will follow by ☐ mail ☐ courier -- OR - ☒ Will not follow unless requested.

**CONFIDENTIALITY NOTE:** This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the above address via the U.S. Postal Service. Thank you.

**Number of pages being transmitted including the cover page:  __2__**

FAX OPERATOR:  Return originals to:  Juvily                                  Ext:    4447

T:\Cases5F\Oracle3\Corres\Faxes\fax gibbs_glennon_SAW.doc

100 Pine Street, 26th Floor · San Francisco, California 94111 · 415.288.4545 · Fax 415.288.4534 · www.lerachlaw.com



**LERACH
COUGHLIN
STOIA
GELLER
RUDMAN
& ROBBINS** LLP

SAN DIEGO · SAN FRANCISCO
LOS ANGELES · NEW YORK · BOCA RATON
WASHINGTON, DC · HOUSTON
PHILADELPHIA · SEATTLE

Shawn A. Williams
ShawnW@lerachlaw.com

March 7, 2006

**VIA FACSIMILE**

Patrick E. Gibbs, Esq.
LATHAM & WATKINS
135 Commonwealth Drive
Menlo Park, CA 94025

Brian T. Glennon, Esq.
LATHAM & WATKINS
633 West Fifth Street, Suite 4000
Los Angeles, CA 90071-2007

Re: *In re Oracle Corporation Sec. Litig.*
Master File No. C-01-0988-MJJ (N.D. Cal.)

Dear Counsel:

Plaintiffs are continuing the Deposition of Michael Cochran until the issues raised multiple communications with defendants are addressed and resolved, likely by the court. Please provide several available dates for Mr. Cochran so that Mr. Cochran's deposition takes place in late March or April. In addition, please produce the documents used to refresh the recollections of both Richard Sellers and Cliff Godwin including dates of availability to continue both of their depositions.

Very truly yours,

Shawn A. Williams

SAW:jpc
T:\CasesSF\Oracle3\Corres\Gibbs Glennon ltr 3-7-06 SAW.doc