Brian T. Glennon
Direct Dial: (213) 891-7593
brian.glennon@lw.com

# LATHAM & WATKINS LLP

633 West Fifth Street, Suite 4000
Los Angeles, California 90071-2007
Tel: (213) 485-1234 Fax: (213) 891-8763
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Brussels | New York |
| Chicago | Northern Virginia |
| Frankfurt | Orange County |
| Hamburg | Paris |
| Hong Kong | San Diego |
| London | San Francisco |
| Los Angeles | Shanghai |
| Milan | Silicon Valley |
| Moscow | Singapore |
| Munich | Tokyo |
| New Jersey | Washington, D.C. |

March 22, 2006

**VIA FACSIMILE**

Eli R. Greenstein, Esq.
Lerach, Coughlin, Stoia, Geller, Rudman & Robbins LLP
100 Pine Street, 26th Floor
San Francisco, CA 94111

Re: In re Oracle Corporation Securities Litigation

Dear Eli:

We write in response to your letter dated March 21, 2006. It appears you believe you are unable to take Mr. Kendig's deposition without receiving the documents from his files seven days prior to his deposition. Although this is unfortunate, as we were prepared to go forward with Mr. Kendig's deposition as planned, we understand your position. However, we will not agree to produce Mr. Kendig for more than one day of deposition. Accordingly, we will be contacting you shortly to reschedule his deposition. We will produce documents from Mr. Kendig's files seven days in advance of his rescheduled deposition and we apologize for the unexpected delays we faced in this regard.

Further, please be advised that Mr. Kendig actually lives in Reston, Virginia. Thus, unless Mr. Kendig agrees to travel for California on the newly proposed date, his deposition will need to take place in Virginia.

Very truly yours,

Brian T. Glennon
of LATHAM & WATKINS LLP

cc: Shawn Williams, Esq.

LA\1557257.1