1
2
3
4
5
6
7 UNITED STATES DISTRICT COURT
8 NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION
9
10 In re ORACLE CORPORATION SECURITIES LITIGATION

Master File No. C-01-0988-MJJ (JCS)
(Consolidated)

11

CLASS ACTION

12

**DISCOVERY MATTER**

13 This Document Relates To:

[~~PROPOSED~~] ORDER SEALING DEFENDANTS' APRIL 4, 2006 DISCOVERY LETTER BRIEF

14 ALL ACTIONS.
15

**Judge Joseph C. Spero**

16
17
18
19
20
21
22
23
24
25
26
27
28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[~~PROPOSED~~] ORDER SEALING DEFENDANTS'
APRIL 4, 2006 DISCOVERY LETTER BRIEF
Master File No. C-01-0988-MJJ (JCS)

1  Having considered the papers regarding Defendants' Administrative Request to
2  File Under Seal Defendants' April 4, 2006 Discovery Letter Brief, and finding good cause
3  therefore;

4  Defendants' April 4, 2006 Discovery Letter Brief is HEREBY sealed.

6  IT IS SO ORDERED.

7
8  DATED: _____April 4, 2006_____           _____
                                             THE HONORABLE JOSEPH C. SPERO
9                                            UNITED STATES DISTRICT JUDGE

10 Submitted by:

11 DATED: April 4, 2006

12 LATHAM & WATKINS LLP                      LATHAM & WATKINS LLP
     Peter A. Wald (SBN 85705)                 Patrick E. Gibbs (SBN 183174)
13   Michele F. Kyrouz (SBN 168004)          135 Commonwealth Drive
14 505 Montgomery Street, Suite 2000         Menlo Park, CA 94025
   San Francisco, CA 94111-2562              Telephone: (650) 328-4600
15 Telephone: (415) 391-0600                 Facsimile: (650) 463-2600
   Facsimile: (415) 395-8095                 E-mail: patrick.gibbs@lw.com
16 E-mail: peter.wald@lw.com
           michele.kyrouz@lw.com
17
18 LATHAM & WATKINS LLP
     Jamie L. Wine (SBN 181373)
19 633 West Fifth Street, Suite 4000
   Los Angeles, CA 90071-2007
20 Telephone: (213) 485-1234
   Facsimile: (213) 891-8763
21 E-mail: jamie.wine@lw.com

22            /s/
   _____
23        Sean P.J. Coyle

24 SF\556305.1

25
26
27
28

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

[PROPOSED] ORDER SEALING DEFENDANTS'
APRIL 3, 2006 LETTER BRIEF
Master File No. C-01-0988-MJJ (JCS)