UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE ORACLE CORPORATION
SECURITIES LITIGATION
_____

This Document Relates to:

ALL ACTIONS

_____/

No. C  01-0988 MJJ  (JCS)

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 6, 2006, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail; or by placing said copy into an inter-office delivery receptacle located in the Office of the Clerk.

Honorable Edward A. Infante
JAMS
Two Embarcadero Center
Suite 1100
San Francisco, CA 94111

RICHARD W. WIEKING, CLERK

BY: _____
Karen L. Hom, Courtroom Deputy

United States District Court

For the Northern District of California