LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
MARK SOLOMON (151949)
DOUGLAS R. BRITTON (188769)
VALERIE L. McLAUGHLIN (191916)
GAVIN M. BOWIE (235532)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
MarkS@lerachlaw.com
DougB@lerachlaw.com
ValerieM@lerachlaw.com
         – and –
SHAWN A. WILLIAMS (213113)
WILLOW E. RADCLIFFE (200087)
ELI R. GREENSTEIN (217945)
JENNIE LEE ANDERSON (203586)
MONIQUE C. WINKLER (213031)
100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)
ShawnW@lerachlaw.com
WillowR@lerachlaw.com
EliG@lerachlaw.com
JennieA@lerachlaw.com
MoniqueW@lerachlaw.com

Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION | Master File No. C-01-0988-MJJ (JCS) |
| | CLASS ACTION |
| This Document Relates To: | DISCOVERY MATTER |
| ALL ACTIONS. | NOTICE OF CONSENT OF MASTER AND AFFIDAVIT |
| | DATE: N/A<br>TIME: N/A<br>COURTROOM: The Honorable Joseph C. Spero |

1  TO:    ALL PARTIES AND THEIR ATTORNEYS OF RECORD

2        PLEASE TAKE NOTICE that the Honorable Edward A. Infante (Ret.) has signed the

3  Consent of Master and Affidavit, attached hereto.

4  DATED: April 13, 2006                    LERACH COUGHLIN STOIA GELLER
                                               RUDMAN & ROBBINS LLP
5                                            MARK SOLOMON
                                             DOUGLAS R. BRITTON
6                                            VALERIE L. McLAUGHLIN
                                             GAVIN M. BOWIE

7

8
                                                 /s/ Willow E. Radcliffe
9                                            WILLOW E. RADCLIFFE

10                                           655 West Broadway, Suite 1900
                                             San Diego, CA 92101
11                                           Telephone: 619/231-1058
                                             619/231-7423 (fax)
12
                                             LERACH COUGHLIN STOIA GELLER
13                                             RUDMAN & ROBBINS LLP
                                             SHAWN A. WILLIAMS
14                                           WILLOW E. RADCLIFFE
                                             ELI R. GREENSTEIN
15                                           JENNIE LEE ANDERSON
                                             MONIQUE C. WINKLER
16                                           100 Pine Street, Suite 2600
                                             San Francisco, CA 94111
17                                           Telephone: 415/288-4545
                                             415/288-4534 (fax)
18
                                             Lead Counsel for Plaintiffs
19  T:\CasesSF\Oracle3\NOT00029996.doc

20

21

22

23

24

25

26

27

28

NOTICE OF CONSENT OF MASTER AND AFFIDAVIT - C-01-0988-MJJ (JCS)              - 1 -

## CERTIFICATE OF SERVICE

I hereby certify that on April 13, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.  I have also provided a courtesy copy to the Honorable Edward A. Infante (Ret.).

I further certify that I caused this document to be forwarded to the following designated Internet site at:  http://securities.lerachlaw.com/.

    s/ Willow E. Radcliffe
WILLOW E. RADCLIFFE

LERACH COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
E-mail:WillowR@lerachlaw.com

Hon. Edward A. Infante (Ret.)
JAMS, Inc.
Two Embarcadero Center, Suite 1500
San Francisco, CA 94111
(415) 982-5267
(415) 982-5267 (fax)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Oracle Corporation Securities Litigation | Master File No. C-01-0988 MJJ (JCS) |
| This Document Relates To: <br><br> ALL ACTIONS. | **CONSENT OF MASTER AND AFFIDAVIT** <br><br> Judge: Hon. Martin J. Jenkins <br> Magistrate Judge: Hon. Joseph C. Spero <br><br> Trial Date :   N/A |

1. I, Edward A. Infante, do hereby affirm under penalty of perjury, that I am retired from the Office of Chief Magistrate Judge of the United States District Court, Northern District of California, and am currently serving as a neutral at JAMS, in the office at Two Embarcadero Center, Suite 1500, San Francisco, California, 94111.

2. I have received the Order Appointing Master for Discovery Purposes, signed by United States Magistrate Judge Joseph C. Spero and I hereby consent to appointment as Master in the above-entitled case. The normal rate of compensation as a neutral Master is $600 per hour.

3. I have read and reviewed the grounds for disqualification under 28 U.S.C. § 455 and declare as follows:

      a. I have no personal bias or prejudice concerning a party or personal knowledge of disputed evidentiary facts concerning the proceeding.

      b. I have not served in private practice since 1972 and have not served as a lawyer in the matter in controversy, nor has any lawyer with whom I previously practiced law served during such association as a lawyer concerning the matter, nor as a judge or lawyer have I been a material witness concerning it.

      c. I have not served in government employment wherein I would have participated as counsel, adviser or material witness concerning the proceeding, nor have I expressed an opinion concerning the merits of the case herein.

      d. I know that neither I, individually or as a fiduciary, has a financial interest in the subject matter in controversy, nor in a party to the proceeding, nor any other interest that could be substantially affected by the outcome of the proceeding.

      e. I state that neither I nor any person within the third degree of relationship to nor the spouse of such person:

        (i) is a party to the proceeding, nor an officer, director, nor trustee of a party

        (ii) is acting as a lawyer in the proceeding;

        (iii) is known by this Master to have an interest that could be substantially affected by the outcome of the proceeding;

        (iv) is to the Master's knowledge, likely to be a material witness in the proceeding.

I declare under penalty of perjury that the preceding facts are true as known to me or those matters not directly known to me are true on information and belief.

DATED: April 11, 2006

*/s/ Edward A. Infante*
Edward A. Infante

- 2 -
CONSENT OF MASTER AND AFFIDAVIT
MASTER FILE NO. C-01-0988 MJJ (JCS)

# Mailing Information for a Case 3:01-cv-00988-MJJ

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jennie Lee Anderson**
  jenniea@lerachlaw.com

- **Eric J. Belfi**
  ebelfi@murrayfrank.com

- **Doug Britton**
  dougb@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Patrick Edward Gibbs**
  patrick.gibbs@lw.com zoila.aurora@lw.com

- **Eli Greenstein**
  Elig@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Kirke M. Hasson**
  kirke.hasson@pillsburylaw.com cheryl.grant@pillsburylaw.com

- **Reed R. Kathrein**
  reedk@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Michele F. Kyrouz**
  michele.kyrouz@lw.com

- **Nicole Lavallee**
  nlavallee@bermanesq.com

- **William S. Lerach**
  e_file_sd@lerachlaw.com e_file_sf@lerachlaw.com

- **James C. Maroulis**
  jim.maroulis@oracle.com

- **Shinyung Oh**
  shinyungoh@paulhastings.com sandradiluzio@paulhastings.com

- **Willow E. Radcliffe**
  willowr@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Darren J. Robbins**
  e_file_sd@lerachlaw.com e_file_sf@lerachlaw.com

- **Sanna Rachel Singer**
  sanna.singer@pillsburylaw.com

- **Mark Solomon**
  marks@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Shawn A. Williams**
  shawnw@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Monique Winkler**
  MoniqueW@lerachlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Dorian Daley
500 Oracle Parkway
Redwood City, CA 94065

Corey D. Holzer
Holzer Holzer & Cannon LLC
1117 Perimeter Center West
Suite E-107
Atlanta, GA 30338

Brian P. Murray
Murray Frank & Sailer LLP
275 Madison Avenue
Suite 801
New York, NY 10016
```