1  LERACH COUGHLIN STOIA GELLER
     RUDMAN & ROBBINS LLP
2  MARK SOLOMON (151949)
   DOUGLAS R. BRITTON (188769)
3  VALERIE L. McLAUGHLIN (191916)
   GAVIN M. BOWIE (235532)
4  655 West Broadway, Suite 1900
   San Diego, CA  92101
5  Telephone:  619/231-1058
   619/231-7423 (fax)
6  MarkS@lerachlaw.com
   DougB@lerachlaw.com
7  ValerieM@lerachlaw.com
        – and –
8  SHAWN A. WILLIAMS (213113)
   WILLOW E. RADCLIFFE (200087)
9  ELI R. GREENSTEIN (217945)
   JENNIE LEE ANDERSON (203586)
10 MONIQUE C. WINKLER (213031)
   100 Pine Street, Suite 2600
11 San Francisco, CA  94111
   Telephone:  415/288-4545
12 415/288-4534 (fax)
   ShawnW@lerachlaw.com
13 WillowR@lerachlaw.com
   EliG@lerachlaw.com
14 JennieA@lerachlaw.com
   MoniqueW@lerachlaw.com
15
   Lead Counsel for Plaintiffs
16
                    UNITED STATES DISTRICT COURT
17
                  NORTHERN DISTRICT OF CALIFORNIA
18

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION | Master File No. C-01-0988-MJJ |
| _____ | CLASS ACTION |
| This Document Relates To: | NOTICE OF ENTRY OF ORDER OF THE SPECIAL MASTER GRANTING IN PART PLAINTIFFS' REQUEST FOR IMMEDIATE ENFORCEMENT OF SECTION II.B. OF THE AMENDED ORDER SETTING A DISCOVERY PLAN |
| ALL ACTIONS. | |
| _____ | |

19
20
21
22
23
24
25
26
27
28

1  TO:    ALL PARTIES AND THEIR ATTORNEYS OF RECORD

2         PLEASE TAKE NOTICE that on April 19, 2006, The Honorable Edward A. Infante (Ret.),

3  Special Master, signed the Order Granting in Part Plaintiffs' Request for Immediate Enforcement of

4  Section II.B. of the Amended Order Setting a Discovery Plan, which is attached hereto as Exhibit A.

5  DATED: April 28, 2006                          LERACH COUGHLIN STOIA GELLER
                                                   RUDMAN & ROBBINS LLP
6                                                  SHAWN A. WILLIAMS
                                                   WILLOW E. RADCLIFFE
7                                                  ELI R. GREENSTEIN
                                                   JENNIE LEE ANDERSON
8                                                  MONIQUE C. WINKLER

9

10                                                          /s/
                                                   ELI R. GREENSTEIN
11
                                                   100 Pine Street, Suite 2600
12                                                 San Francisco, CA 94111
                                                   Telephone: 415/288-4545
13                                                 415/288-4534 (fax)

14                                                 LERACH COUGHLIN STOIA GELLER
                                                   RUDMAN & ROBBINS LLP
15                                                 MARK SOLOMON
                                                   DOUGLAS R. BRITTON
16                                                 VALERIE L. McLAUGHLIN
                                                   GAVIN M. BOWIE
17                                                 655 West Broadway, Suite 1900
                                                   San Diego, CA 92101
18                                                 Telephone: 619/231-1058
                                                   619/231-7423 (fax)
19
                                                   Lead Counsel for Plaintiffs
20  T:\CasesSF\Oracle3\NOT00030471.doc

21

22

23

24

25

26

27

28
NOT OF ENTRY OF ORD GRANTING IN PART PLTFS' REQ FOR IMMEDIATE ENFORCEMENT
OF §II.B. OF THE AMENDED ORD SETTING DISCOVERY PLAN - C-01-0988-MJJ          - 1 -

# Exhibit A

1

2

3

4

5

6

7

8

9

10

11

12

13

14

UNITED STATES DISTRICT COURT

15

NORTHERN DISTRICT OF CALIFORNIA

16

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION | ) ) ) |
| | ) |
| This Document Relates To: | ) ) |
| ALL ACTIONS. | ) ) ) |

17

18

19

20

Master File No. C-01-0988-MJJ

CLASS ACTION

[PROPOSED] ORDER GRANTING IN
PART PLAINTIFFS' REQUEST FOR
IMMEDIATE ENFORCEMENT OF
SECTION II.B. OF THE AMENDED
ORDER SETTING A DISCOVERY PLAN

21

22

23

24

25

26

27

28

1    The Court, having reviewed Plaintiffs' Request for Immediate Enforcement of Section II.B.

2    of the Amended Order Setting a Discovery Plan to Order Defendants' Timely Production of

3    Deponents' Files, filed on March 29, 2006, IT IS HEREBY ORDERED AS FOLLOWS:

4        Oracle Corporation's current Vice President, Customer Relations Sales Consulting, Charles

5    Kendig, Jr., shall appear for a deposition in San Francisco, California, no later than April 28, 2006

6    (10 days from the Court's April 18, 2006 telephonic discovery hearing), or as otherwise agreed upon

7    by the parties.

8                              *      *      *

9                                    **O R D E R**

10       IT IS SO ORDERED.

11   DATED:
              4-19-06

12                                THE HONORABLE EDWARD A. INFANTE (Ret.)
                                  SPECIAL MASTER

13

     Submitted by:

14
     DATED:  April 20, 2006

15
     LERACH COUGHLIN STOIA GELLER
16     RUDMAN & ROBBINS LLP
     SHAWN A. WILLIAMS
17   WILLOW E. RADCLIFFE
     ELI R. GREENSTEIN
18   JENNIE LEE ANDERSON
     MONIQUE C. WINKLER

19

20            /S/ Eli R. Greenstein

21          ELI R. GREENSTEIN

22   100 Pine Street, Suite 2600
     San Francisco, CA  94111
23   Telephone: 415/288-4545
     415/288-4534 (fax)

24

25

26

27

28

     [PROPOSED] ORD GRANTING IN PART PLTFS' REQ FOR IMMEDIATE ENFORCEMENT
     OF §II.B. OF THE AMENDED ORD SETTING DISCOVERY PLAN - C-01-0988-MJJ         - 1 -

1 | LERACH COUGHLIN STOIA GELLER
2 |   RUDMAN & ROBBINS LLP
   | MARK SOLOMON
3 | DOUGLAS R. BRITTON
   | VALERIE L. McLAUGHLIN
4 | GAVIN M. BOWIE
   | 655 West Broadway, Suite 1900
5 | San Diego, CA 92101
   | Telephone: 619/231-1058
6 | 619/231-7423 (fax)

7 | Lead Counsel for Plaintiffs

8 | T:\CasesSF\Oracle3\ORD00030192.doc

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORD GRANTING IN PART PLTFS' REQ FOR IMMEDIATE ENFORCEMENT
OF §II.B. OF THE AMENDED ORD SETTING DISCOVERY PLAN - C-01-0988-MJJ          - 2 -

## PROOF OF SERVICE BY E-MAIL

I, Sandra Chan, not a party to the within action, hereby declare that on April 27, 2006,

I served the attached ORDER GRANTING IN PART PLAINTIFFS' REQUEST FOR

IMMEDIATE ENFORCEMENT OF SECTIN II.B. OF THE AMENDED ORDER

SETTING A DISCOVERY PLAN on the parties in the within action by e-mail addressed as

follows:

| | | |
|---|---|---|
| Mark Solomon Esq. | Lerach, Coughlin, Stoia, Geller, Rudman & Robbins LLP | marks@lerachlaw.com |
| Douglas Britton Esq. | Lerach, Coughlin, Stoia, Geller, Rudman & Robbins LLP | dougb@lerachlaw.com |
| Valerie McLaughlin Esq. | Lerach, Coughlin, Stoia, Geller, Rudman & Robbins LLP | valeriem@lerachlaw.com |
| Gavin Bowie Esq. | Lerach, Coughlin, Stoia, Geller, Rudman & Robbins LLP | gbowie@lerachlaw.com |
| Shawn Williams Esq. | Lerach, Coughlin, Stoia, Geller, Rudman & Robbins LLP | shawnw@lerachlaw.com |
| Willow Radcliffe Esq. | Lerach, Coughlin, Stoia, Geller, Rudman & Robbins LLP | willowr@lerachlaw.com |
| Eli Greenstein Esq. | Lerach, Coughlin, Stoia, Geller, Rudman & Robbins LLP | elig@lerachlaw.com |
| Jennie Anderson Esq. | Lerach, Coughlin, Stoia, Geller, Rudman & Robbins LLP | jenniea@lerachlaw.com |
| Monique Winkler Esq. | Lerach, Coughlin, Stoia, Geller, Rudman & Robbins LLP | moniquew@lerachlaw.com |
| Peter Wald Esq. | Latham & Watkins | peter.wald@lw.com |
| Michele Kyrouz | Latham & Watkins | michele.kyrouz@LW.com |
| Matthew Harrison Esq. | Latham & Watkins | matthew.harrison@LW.com |

## CERTIFICATE OF SERVICE

I hereby certify that on April 28, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

/s/ ELI R. GREENSTEIN

LERACH COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
100 Pine Street, 26th Floor
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)
E-mail:EliG@lerachlaw.com

# Mailing Information for a Case 3:01-cv-00988-MJJ

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jennie Lee Anderson**
  jenniea@lerachlaw.com

- **Eric J. Belfi**
  ebelfi@murrayfrank.com

- **Doug Britton**
  dougb@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Patrick Edward Gibbs**
  patrick.gibbs@lw.com zoila.aurora@lw.com

- **Eli Greenstein**
  Elig@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Kirke M. Hasson**
  kirke.hasson@pillsburylaw.com cheryl.grant@pillsburylaw.com

- **Reed R. Kathrein**
  reedk@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Michele F. Kyrouz**
  michele.kyrouz@lw.com

- **Nicole Lavallee**
  nlavallee@bermanesq.com

- **William S. Lerach**
  e_file_sd@lerachlaw.com e_file_sf@lerachlaw.com

- **James C. Maroulis**
  jim.maroulis@oracle.com

- **Shinyung Oh**
  shinyungoh@paulhastings.com sandradiluzio@paulhastings.com

- **Willow E. Radcliffe**
  willowr@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Darren J. Robbins**
  e_file_sd@lerachlaw.com e_file_sf@lerachlaw.com

- **Sanna Rachel Singer**

sanna.singer@pillsburylaw.com

- **Mark Solomon**
  marks@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Shawn A. Williams**
  shawnw@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Monique Winkler**
  MoniqueW@lerachlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

Dorian Daley
500 Oracle Parkway
Redwood City, CA 94065

Corey D. Holzer
Holzer Holzer & Cannon LLC
1117 Perimeter Center West
Suite E-107
Atlanta, GA 30338

Brian P. Murray
Murray Frank & Sailer LLP
275 Madison Avenue
Suite 801
New York, NY 10016