| | |
|---|---|
| 1 | LATHAM & WATKINS LLP |
| 2 |   Peter A. Wald (SBN 85705)<br>  Michele F. Kyrouz (SBN 168004) |
| 3 | 505 Montgomery Street, Suite 2000<br>San Francisco, CA 94111-2562 |
| 4 | Telephone: (415) 391-0600 |
| 5 | Facsimile: (415) 395-8095<br>E-mail: peter.wald@lw.com |
| 6 |        michele.kyrouz@lw.com |
| 7 | Attorneys for Defendants ORACLE CORPORATION, LAWRENCE |
| 8 | J. ELLISON, JEFFREY O. HENLEY, and EDWARD J. SANDERSON |
| 9 | ORACLE CORPORATION<br>  Dorian E. Daley (SBN 129049) |
| 10 |   James C. Maroulis (SBN 208316)<br>500 Oracle Parkway |
| 11 | Mailstop 5OP7<br>Redwood Shores, California 94065 |
| 12 | Telephone: (650) 506-5200<br>Facsimile: (650) 506-7114 |
| 13 | E-mail: jim.maroulis@oracle.com |
| 14 | Attorneys for Defendant ORACLE CORPORATION |

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION

| | |
|---|---|
| In re ORACLE CORPORATION<br>SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Master File No. C-01-0988-MJJ (JCS)<br>(Consolidated)<br><br><u>CLASS ACTION</u><br><br>**<u>DISCOVERY MATTER</u>**<br><br>**NOTICE AND MOTION TO ISSUE LETTER ROGATORY AND DOCUMENTS IN SUPPORT OF DEFENDANTS' NOTICE AND MOTION TO ISSUE LETTER ROGATORY**<br><br>**DOCUMENTS SUBMITTED UNDER SEAL**<br><br>**Honorable Judge Edward A. Infante (Ret.)** |

Defendants are lodging the enclosed documents, Notice and Motion to Issue Letter Rogatory and the Declaration of Rees F. Morgan In Support of Defendants' Notice and
LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DOCUMENTS SUBMITTED UNDER SEAL: DEFENDANTS'
MOT'N TO ISSUE LTR ROG AND MORGAN DECL.
Master File No. C-01-0988-MJJ (JCS)

1  Motion to Issue Letter Rogatory and attached exhibits with the Court pursuant to the January 11,
2  2005 Revised Stipulated Protective Order Governing Confidentiality.  This envelope is not to be
3  opened absent further order from the Court.
4
5  SF\553575.3
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

DOCUMENTS SUBMITTED UNDER SEAL: DEFENDANTS'
MOT'N TO ISSUE LTR ROG AND MORGAN DECL.
Master File No. C-01-0988-MJJ (JCS)