| | |
|---|---|
| LATHAM & WATKINS LLP<br>  Peter A. Wald (SBN 85705)<br>  Michele F. Kyrouz (SBN 168004)<br>505 Montgomery Street, Suite 2000<br>San Francisco, CA  94111-2562<br>Telephone: (415) 391-0600<br>Facsimile: (415) 395-8095<br>E-mail: peter.wald@lw.com<br>          michele.kyrouz@lw.com | LATHAM & WATKINS LLP<br>  Patrick E. Gibbs  (SBN 183174)<br>135 Commonwealth Drive<br>Menlo Park, CA 94025<br>Telephone: (650) 328-4600<br>Facsimile: (650) 463-2600<br>E-mail: patrick.gibbs@lw.com |

LATHAM & WATKINS LLP
  Jamie L. Wine  (SBN 181373)
633 West Fifth Street, Suite 4000
Los Angeles, CA 90071-2007
Telephone: (213) 485-1234
Facsimile: (213) 891-8763
E-mail: jamie.wine@lw.com

Attorneys for Defendants ORACLE CORPORATION, LAWRENCE J. ELLISON, JEFFREY O. HENLEY, and EDWARD J. SANDERSON

ORACLE CORPORATION
  Dorian E. Daley (SBN 129049)
  James C. Maroulis (SBN 208316)
500 Oracle Parkway
Mailstop 5OP7
Redwood Shores, California 94065
Telephone: (650) 506-5200
Facsimile: (650) 506-7114
E-mail: jim.maroulis@oracle.com

Attorneys for Defendant ORACLE CORPORATION

## UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION<br><br>―――――――――――――――――――<br>This Document Relates To:<br><br>ALL ACTIONS. | Master File No. C-01-0988-MJJ (JCS) (Consolidated)<br><br><u>CLASS ACTION</u><br><br><u>DISCOVERY MATTER</u><br><br>**DEFENDANTS' ADMINISTRATIVE REQUEST TO FILE UNDER SEAL THEIR NOTICE AND MOTION TO ISSUE LETTER ROGATORY AND SUPPORTING DOCUMENTS** |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

ADMIN REQUEST TO FILE UNDER SEAL DEFENDANTS'
MOT'N TO ISSUE LTR ROG ROG AND MORGAN DECL.
Master File No. C-01-0988-MJJ (JCS)

Honorable Judge Edward A. Infante (Ret.)

Defendants submit this administrative request to file under seal their Notice and Motion to Issue Letter Rogatory and the Declaration of Rees F. Morgan and exhibits attached thereto pursuant to Civil Local Rules 7-11 and 79-5. Accompanying this administrative request are the Declaration of Rees F. Morgan in Support of Defendants' Administrative Request to File Under Seal their Notice and Motion to Issue Letter Rogatory and the Declaration of Rees F. Morgan In Support of Defendants' Notice and Motion to Issue Letter Rogatory and Attached Exhibits ("Morgan Decl.") and the [Proposed] Sealing Order, respectively filed and lodged concurrently herewith.

In their Notice and Motion to Issue Letter Rogatory, Defendants make reference to Confidential Witness 43 by name and refer to his status as a Confidential Witness, and the Declaration of Rees F. Morgan In Support of Defendants' Notice and Motion to Issue Letter Rogatory and attached exhibits reference his inclusion in the Revised Second Amended Complaint, which indicates his status as a Confidential Witness. See Morgan Decl., ¶ 3. This information has been designated as "Confidential" by the Plaintiffs and is, therefore, subject to the provisions of the Revised Stipulated Protective Order Governing Confidentiality entered on January 11, 2005. See Morgan Decl., ¶ 3, Exhibit A. Accordingly, Defendants respectfully request that their Notice and Motion to Issue Letter Rogatory and the Declaration of Rees F.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

LATHAM&WATKINS<sup>LLP</sup>
ATTORNEYS AT LAW
SAN FRANCISCO

1

ADMIN REQUEST TO FILE UNDER SEAL DEFENDANTS'
MOT'N TO ISSUE LTR ROG ROG AND MORGAN DECL.
Master File No. C-01-0988-MJJ (JCS)

1  Morgan In Support of Defendants' Notice and Motion to Issue Letter Rogatory and attached
2  exhibits be filed under seal of the Court.

3

4  Dated: May 18, 2006                     LATHAM & WATKINS LLP
                                            Peter A. Wald
5                                           Michele F. Kyrouz
                                            Jamie L. Wine
6                                           Patrick E. Gibbs
                                            Rees F. Morgan
7

8

9                                    By: ___/s/ Rees F. Morgan___
                                          Rees F. Morgan
10                                         Attorneys for Defendants ORACLE
                                           CORPORATION, LAWRENCE J.
11                                         ELLISON, JEFFREY O. HENLEY,
                                           and EDWARD J. SANDERSON
12
    SF\560463.1
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

ADMIN REQUEST TO FILE UNDER SEAL DEFENDANTS'
MOT'N TO ISSUE LTR ROG ROG AND MORGAN DECL.
Master File No. C-01-0988-MJJ (JCS)