1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION

| In re ORACLE CORPORATION SECURITIES LITIGATION | Master File No. C-01-0988-MJJ (JCS) (Consolidated) |
|---|---|
| | CLASS ACTION |
| This Document Relates To: | **DISCOVERY MATTER** |
| ALL ACTIONS. | [PROPOSED] SEALING ORDER |
| | **Honorable Judge Edward A. Infante (Ret.)** |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1     Having considered the papers regarding Defendants' Administrative Request to File Under Seal their Notice and Motion to Issue Letter Rogatory and the Declaration of Rees F. Morgan In Support of Defendants' Notice and Motion to Issue Letter Rogatory and attached exhibits, and finding good cause therefor;

    Defendants' Notice and Motion to Issue Letter Rogatory and the Declaration of Rees F. Morgan In Support of Defendants' Notice and Motion to Issue Letter Rogatory and attached exhibits are HEREBY sealed.

                    IT IS SO ORDERED.

DATED: _____

                                      THE HONORABLE EDWARD A. INFANTE (Ret.)
                                      SPECIAL MASTER

Submitted by:

DATED: May 18, 2006

| LATHAM & WATKINS LLP | LATHAM & WATKINS LLP |
|---|---|
| Peter A. Wald (SBN 85705) | Patrick E. Gibbs (SBN 183174) |
| Michele F. Kyrouz (SBN 168004) | 135 Commonwealth Drive |
| 505 Montgomery Street, Suite 2000 | Menlo Park, CA 94025 |
| San Francisco, CA 94111-2562 | Telephone: (650) 328-4600 |
| Telephone: (415) 391-0600 | Facsimile: (650) 463-2600 |
| Facsimile: (415) 395-8095 | E-mail: patrick.gibbs@lw.com |
| E-mail: peter.wald@lw.com | |
|       michele.kyrouz@lw.com | |

LATHAM & WATKINS LLP
  Jamie L. Wine (SBN 181373)
633 West Fifth Street, Suite 4000
Los Angeles, CA 90071-2007
Telephone: (213) 485-1234
Facsimile: (213) 891-8763
E-mail: jamie.wine@lw.com

_/s/ Rees F. Morgan_____
        Rees F. Morgan

SF\553553.1