| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | LATHAM & WATKINS LLP<br>　Peter A. Wald (SBN 85705)<br>　Michele F. Kyrouz (SBN 168004)<br>　Rees F. Morgan (SBN 229899)<br>505 Montgomery Street, Suite 2000<br>San Francisco, California 94111-2562<br>Telephone: (415) 391-0600<br>Facsimile: (415) 395-8095<br>E-mail: peter.wald@lw.com<br>　　　　michele.kyrouz@lw.com<br>　　　　rees.morgan@lw.com | LATHAM & WATKINS LLP<br>　Patrick E. Gibbs  (SBN 183174)<br>135 Commonwealth Drive<br>Menlo Park, CA 94025<br>Telephone: (650) 328-4600<br>Facsimile: (650) 463-2600<br>E-mail: patrick.gibbs@lw.com |

Attorneys for Defendants ORACLE CORPORATION, LAWRENCE J. ELLISON, JEFFREY O. HENLEY, and EDWARD J. SANDERSON

ORACLE CORPORATION
　Dorian E. Daley (SBN 129049)
　James C. Maroulis (SBN 208316)
500 Oracle Parkway
Mailstop 5OP7
Redwood Shores, California 94065
Telephone: (650) 506-5200
Facsimile: (650) 506-7114
E-mail: jim.maroulis@oracle.com

Attorneys for Defendant ORACLE CORPORATION

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION,<br><br>This Documents Relates To:<br><br>ALL ACTIONS | Case No. C-01-0988-MJJ (JCS) (Consolidated)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO ISSUE LETTER ROGATORY**<br><br>**DISCOVERY MATTER**<br><br>Date:　May 30, 2006<br>Time:　9:30 a.m.<br>Place:　JAMS, San Francisco<br><br>**Honorable Judge Martin J. Jenkins**<br><br>**Magistrate Judge Joseph C. Spero**<br><br>**Honorable Judge Edward A. Infante (Ret.)** |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO
ISSUE LETTER ROGATORY
Case No. C-01-0988-MJJ

1  Having considered Defendants Oracle Corporation, Lawrence J. Ellison, Jeffrey
2  O. Henley and Edward J. Sanderson's (collectively "Defendants") Motion to Issue Letter
3  Rogatory,
4  **IT IS HEREBY ORDERED THAT:**
5  Defendants' Motion is GRANTED.  The Court shall execute and issue
6  Defendants' Request for International Judicial Assistance by Letter Rogatory and direct the
7  document for further submission to the Ontario Superior Court of Justice in the Province of
8  Ontario, Canada.
9  IT IS SO ORDERED.

Dated: _____, 2006

_____
JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE

LATHAM&WATKINS
ATTORNEYS AT LAW
SAN FRANCISCO

2

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO
ISSUE LETTER ROGATORY
Case No. C-01-0988-MJJ