1  LATHAM & WATKINS LLP                    LATHAM & WATKINS LLP
2    Peter A. Wald (SBN 85705)               Patrick E. Gibbs  (SBN 183174)
     Michele F. Kyrouz (SBN 168004)        135 Commonwealth Drive
3  505 Montgomery Street, Suite 2000       Menlo Park, CA 94025
   San Francisco, CA  94111-2562           Telephone: (650) 328-4600
4  Telephone: (415) 391-0600               Facsimile: (650) 463-2600
   Facsimile: (415) 395-8095               E-mail: patrick.gibbs@lw.com
5  E-mail: peter.wald@lw.com
          michele.kyrouz@lw.com
6
7  LATHAM & WATKINS LLP
     Jamie L. Wine  (SBN 181373)
8  633 West Fifth Street, Suite 4000
   Los Angeles, CA 90071-2007
9  Telephone: (213) 485-1234
   Facsimile: (213) 891-8763
10 E-mail: jamie.wine@lw.com
11
   Attorneys for Defendants ORACLE CORPORATION, LAWRENCE
12 J. ELLISON, JEFFREY O. HENLEY, and EDWARD J. SANDERSON
13 ORACLE CORPORATION
     Dorian E. Daley (SBN 129049)
14   James C. Maroulis (SBN 208316)
   500 Oracle Parkway
15 Mailstop 5OP7
   Redwood Shores, California 94065
16 Telephone: (650) 506-5200
   Facsimile: (650) 506-7114
17 E-mail: jim.maroulis@oracle.com
18 Attorneys for Defendant ORACLE CORPORATION
19
20                    **UNITED STATES DISTRICT COURT**
21          **NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION**
22 In re ORACLE CORPORATION            Master File No. C-01-0988-MJJ (JCS)
   SECURITIES LITIGATION               (Consolidated)
23
                                       CLASS ACTION
24 ────────────────────────────
                                       **DISCOVERY MATTER**
25 This Document Relates To:
                                       **PROOF OF SERVICE**
26 ALL ACTIONS.
                                       **Honorable Judge Edward A. Infante (Ret.)**
27
28

## PROOF OF SERVICE

I am employed in the County of San Francisco, State of California.  I am over the age of 18 years and not a party to this action.  My business address is Latham & Watkins LLP, 505 Montgomery Street, Suite 2000, San Francisco, Ca 94111.

On **May 18, 2006**, I served the following document described as:

**NOTICE AN MOTION TO ISSUE LETTER ROGATORY  AND DOCUMENTS IN SUPPORT OF DEFENDANTS' NOTICE AN MOTION  TO ISSUE LETTER ROGATORY FILED UNDER SEAL**

**DEFENDANTS' ADMINISTRATIVE REQUEST TO FILE UNDER SEAL THEIR NOTICE AND MOTION TO ISSUE LETTER ROGATORY AND SUPPORTING DOCUMENTS**

**DECLARATION OF REESE F. MORGAN IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE REQUEST TO FILE UNDER SEAL THEIR NOTICE AND MOTION TO ISSUE LETTER ROGATORY AND SUPPORTING DOCUMENTS**

**[PROPOSED] SEALING ORDER**

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO ISSUE LETTER ROGATORY**

by serving a true copy of the above-described document in the following manner:

### BY HAND DELIVERY

I am familiar with the office practice of Latham & Watkins LLP for collecting and processing documents for hand delivery by a messenger courier service or a registered process server.  Under that practice, documents are deposited to the Latham & Watkins LLP personnel responsible for dispatching a messenger courier service or registered process server for the delivery of documents by hand in accordance with the instructions provided to the messenger courier service or registered process server; such documents are delivered to a messenger courier service or registered process server on that same day in the ordinary course of business.  I caused a sealed envelope or package containing the above-described document and addressed as set forth below in accordance with the office practice of Latham & Watkins LLP for collecting and processing documents for hand delivery by a messenger courier service or a registered process server.

The Honorable Edward A. Infante (Ret.)
JAMS
Two Embarcadero Center
Suite 1500
San Francisco, CA  94111

Shawn A. Williams
Willow E. Radcliffe
Lerach, Couglin, Stoia, Geller, Rudman
& Robbins LLP
100 Pine Street, Suite 2600
San Francisco, California 94111-5238

## BY US MAIL

I am familiar with the office practice of Latham & Watkins LLP for collecting and processing documents for mailing with the United States Postal Service. Under that practice, documents are deposited with the Latham & Watkins LLP personnel responsible for depositing documents with the United States Postal Service; such documents are delivered to the United States Postal Service on that same day in the ordinary course of business, with postage thereon fully prepaid. I deposited in Latham & Watkins LLP' interoffice mail a sealed envelope or package containing the above-described document and addressed as set forth below in accordance with the office practice of Latham & Watkins LLP for collecting and processing documents for mailing with the United States Postal Service:

Mark Solomon
Douglas R. Britton
Lerach, Coughlin, Stoia, Geller, Rudman
  & Robbins LLP
401 B Street, Suite 1600
San Diego, California 92101-4297

## BY FACSIMILE

I am familiar with the office practice of Latham & Watkins LLP for collecting, processing, and transmitting facsimiles. Under that practice, when a facsimile is deposited with the Latham & Watkins LLP personnel responsible for facsimiles, such facsimile is transmitted that same day in the ordinary course of business. I deposited the above-described document for facsimile transmission in accordance with the office practice of Latham & Watkins LLP for collecting and processing facsimiles. The facsimile of the above-described document was transmitted to the following parties from Los Angeles, California on March 6, 2006, at the times noted on the attached confirmation sheet:

| | |
|---|---|
| Mark Solomon | Shawn A. Williams |
| Douglas Britton | Willow E. Radcliffe |
| Lerach, Coughlin, Stoia, Geller, Rudman | Lerach, Couglin, Stoia, Geller, Rudman |
|   & Robbins LLP |   & Robbins LLP |
| 401 B Street, Suite 1600 | 100 Pine Street, Suite 2600 |
| San Diego, California 92101-4297 | San Francisco, California 94111-5238 |
| Fax No.: (619) 231-7423 | Fax No.: (415) 288-4534 |

The facsimile number of the sending machine is (415) 395-8095. Said transmission was complete and without error. All parties on whom this facsimile transmission has been served have agreed in writing to such form of service pursuant to agreement.

I declare that I am employed in the office of a member of the Bar of, or permitted to practice before, this Court at whose direction the service was made and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **May 18, 2006**, at San Francisco, California.

_____
Vanessa de Brer