LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
MARK SOLOMON (151949)
DOUGLAS R. BRITTON (188769)
VALERIE L. McLAUGHLIN (191916)
GAVIN M. BOWIE (235532)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
marks@lerachlaw.com
dougb@lerachlaw.com
valeriem@lerachlaw.com
gbowie@lerachlaw.com
       – and –
SHAWN A. WILLIAMS (213113)
WILLOW E. RADCLIFFE (200087)
ELI R. GREENSTEIN (217945)
JENNIE LEE ANDERSON (203586)
MONIQUE C. WINKLER (213031)
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)
shawnw@lerachlaw.com
willowr@lerachlaw.com
elig@lerachlaw.com
jenniea@lerachlaw.com
moniquew@lerachlaw.com

Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION | Master File No. C-01-0988-MJJ |
| | CLASS ACTION |
| This Document Relates To:<br><br>ALL ACTIONS. | NOTICE OF ENTRY OF ORDER GRANTING IN PART PLAINTIFFS' MOTION TO COMPEL DEFENDANTS TO SEARCH FILES OF ADDITIONAL WITNESSES IDENTIFIED BY PLAINTIFFS |

1  TO:    ALL PARTIES AND THEIR ATTORNEYS OF RECORD

2  PLEASE TAKE NOTICE that on May 22, 2006, The Honorable Edward A. Infante (Ret.),

3  Special Master, signed the Order Granting in Part Plaintiffs' Motion to Compel Defendants to Search

4  Files of Additional Witnesses Identified by Plaintiffs, which is attached hereto as Exhibit A.

5  DATED: May 25, 2006                    LERACH COUGHLIN STOIA GELLER
                                            RUDMAN & ROBBINS LLP
6                                          SHAWN A. WILLIAMS
                                           WILLOW E. RADCLIFFE
7                                          ELI R. GREENSTEIN
                                           JENNIE LEE ANDERSON
8                                          MONIQUE C. WINKLER

9

10                                              /s/ Shawn A. Williams
                                            SHAWN A. WILLIAMS
11
                                           100 Pine Street, Suite 2600
12                                         San Francisco, CA  94111
                                           Telephone:  415/288-4545
13                                         415/288-4534 (fax)

14                                         LERACH COUGHLIN STOIA GELLER
                                             RUDMAN & ROBBINS LLP
15                                         MARK SOLOMON
                                           DOUGLAS R. BRITTON
16                                         VALERIE L. McLAUGHLIN
                                           GAVIN M. BOWIE
17                                         655 West Broadway, Suite 1900
                                           San Diego, CA  92101
18                                         Telephone:  619/231-1058
                                           619/231-7423 (fax)
19
                                           Lead Counsel for Plaintiffs
20  T:\CasesSF\Oracle3\NOT00031286.doc

21

22

23

24

25

26

27

28

NOTICE OF ENTRY OF ORDER GRANTING IN PART PLTFS' MOTION TO COMPEL DEFS TO
SEARCH FILES OF ADDITIONAL WITNESSES IDENTIFIED BY PLAINTIFFS - C-01-0988-MJJ     - 1 -

| | |
|---|---|
| 1 | <u>CERTIFICATE OF SERVICE</u> |
| 2 | I hereby certify that on May 25, 2006, I electronically filed the foregoing with the Clerk of |
| 3 | the Court using the CM/ECF system which will send notification of such filing to the e-mail |
| 4 | addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have |
| 5 | mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF |
| 6 | participants indicated on the attached Manual Notice List. |

       /s/ Shawn A. Williams
       SHAWN A. WILLIAMS

       LERACH COUGHLIN STOIA GELLER
          RUDMAN & ROBBINS LLP
       100 Pine Street, 26th Floor
       San Francisco, CA  94111
       Telephone:  415/288-4545
       415/288-4534 (fax)
       E-mail:ShawnW@lerachlaw.com

# Mailing Information for a Case 3:01-cv-00988-MJJ

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jennie Lee Anderson**
  jenniea@lerachlaw.com

- **Eric J. Belfi**
  ebelfi@labaton.com ElectronicCaseFiling@labaton.com

- **Doug Britton**
  dougb@lerachlaw.com
  e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Patrick Edward Gibbs**
  patrick.gibbs@lw.com zoila.aurora@lw.com

- **Eli Greenstein**
  Elig@lerachlaw.com
  e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Kirke M. Hasson**
  kirke.hasson@pillsburylaw.com cheryl.grant@pillsburylaw.com

- **Reed R. Kathrein**
  reedk@lerachlaw.com
  e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Michele F. Kyrouz**
  michele.kyrouz@lw.com

- **Nicole Lavallee**
  nlavallee@bermanesq.com

- **William S. Lerach**

- e_file_sd@lerachlaw.com e_file_sf@lerachlaw.com

- **James C. Maroulis**
  jim.maroulis@oracle.com

- **Shinyung Oh**
  shinyungoh@paulhastings.com sandradiluzio@paulhastings.com

- **Willow E. Radcliffe**
  willowr@lerachlaw.com
  e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Darren J. Robbins**
  e_file_sd@lerachlaw.com e_file_sf@lerachlaw.com

- **Sanna Rachel Singer**
  sanna.singer@pillsburylaw.com

- **Mark Solomon**
  marks@lerachlaw.com
  e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Shawn A. Williams**
  shawnw@lerachlaw.com
  e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Monique Winkler**
  MoniqueW@lerachlaw.com

# Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Dorian Daley
500 Oracle Parkway
Redwood City, CA 94065

Corey D. Holzer
```

Holzer Holzer & Cannon LLC
1117 Perimeter Center West
Suite E-107
Atlanta, GA 30338

**Brian P. Murray**
Murray Frank & Sailer LLP
275 Madison Avenue
Suite 801
New York, NY 10016