1  LERACH COUGHLIN STOIA GELLER
      RUDMAN & ROBBINS LLP
2  MARK SOLOMON (151949)
   DOUGLAS R. BRITTON (188769)
3  VALERIE L. McLAUGHLIN (191916)
   GAVIN M. BOWIE (235532)
4  655 West Broadway, Suite 1900
   San Diego, CA  92101
5  Telephone:  619/231-1058
   619/231-7423 (fax)
6  MarkS@lerachlaw.com
   DougB@lerachlaw.com
7  ValerieM@lerachlaw.com
   GBowie@lerachlaw.com
8       – and –
   SHAWN A. WILLIAMS (213113)
9  WILLOW E. RADCLIFFE (200087)
   ELI R. GREENSTEIN (217945)
10 JENNIE LEE ANDERSON (203586)
   MONIQUE C. WINKLER (213031)
11 100 Pine Street, Suite 2600
   San Francisco, CA  94111
12 Telephone:  415/288-4545
   415/288-4534 (fax)
13 ShawnW@lerachlaw.com
   WillowR@lerachlaw.com
14 EliG@lerachlaw.com
   JennieA@lerachlaw.com
15 MoniqueW@lerachlaw.com

16 Lead Counsel for Plaintiffs

17                           UNITED STATES DISTRICT COURT

18                          NORTHERN DISTRICT OF CALIFORNIA

| 19 | In re ORACLE CORPORATION SECURITIES LITIGATION | ) ) | Master File No. C-01-0988-MJJ |
|---|---|---|---|
| 20 |  | ) | <u>CLASS ACTION</u> |
| 21 | This Document Relates To: | ) ) | PLAINTIFFS' ADMINISTRATIVE REQUEST TO FILE THE DECLARATION |
| 22 | ALL ACTIONS. | ) ) | OF JENNIE LEE ANDERSON IN SUPPORT OF PLAINTIFFS' MOTION TO MODIFY |
| 23 |  | ) | THE AMENDED PRETRIAL ORDER AND EXTEND THE JUNE 30, 2006 FACT |
| 24 |  |  | DISCOVERY CUTOFF UNDER SEAL |

25

26

27

28

1  Pursuant to Civil Local Rules 7-11 and 79-5,[1] plaintiffs respectfully request that the Court
2  issue an order sealing the Declaration of Jennie Lee Anderson in Support of Plaintiffs' Motion to
3  Modify the Amended Pretrial Order and Extend the June 30, 2006 Discovery Cutoff ("Anderson
4  Declaration"). This request is accompanied by the Declaration of Jennie Lee Anderson in Support of
5  Plaintiffs' Administrative Request to File Declaration Under Seal ("Anderson Supp. Decl.") and the
6  [Proposed] Sealing Order filed concurrently herewith.

7  Exhibits attached to the Anderson Declaration contain documents marked "Confidential" by
8  parties and non parties. *See* Anderson Supp. Decl., ¶3. The Revised Stipulated Protective Order
9  Governing Confidentiality, entered by the Court on January 11, 2005 ("Protective Order"), requires
10 that documents containing such disclosures be filed under seal.

11 Accordingly, the Court should grant this motion and enter the [Proposed] Sealing Order
12 sealing the Anderson Declaration.

13 DATED: May 26, 2006                      LERACH COUGHLIN STOIA GELLER
                                              RUDMAN & ROBBINS LLP
14                                            SHAWN A. WILLIAMS
                                              WILLOW E. RADCLIFFE
15                                            ELI R. GREENSTEIN
                                              JENNIE LEE ANDERSON
16                                            MONIQUE C. WINKLER

17

18                                                    /s/ JENNIE LEE ANDERSON
                                                     JENNIE LEE ANDERSON
19
                                              100 Pine Street, Suite 2600
20                                            San Francisco, CA 94111
                                              Telephone: 415/288-4545
21                                            415/288-4534 (fax)

---

[1] Civil Local Rule 79-5 states that no document may be filed under seal unless it is established that the document is "privileged or protectable as a trade secret or otherwise entitled to protection under the law." Civ. L.R. 79-5(a).

PLAINTIFFS' ADMINISTRATIVE REQUEST TO FILE THE DECLARATION OF
JENNIE LEE ANDERSON - C-01-0988-MJJ                                                          - 1 -

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
MARK SOLOMON
DOUGLAS R. BRITTON
VALERIE L. McLAUGHLIN
GAVIN M. BOWIE
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

Lead Counsel for Plaintiffs

S:\CasesSD\Oracle3\MIS00031141.doc

PLAINTIFFS' ADMINISTRATIVE REQUEST TO FILE THE DECLARATION OF
JENNIE LEE ANDERSON - C-01-0988-MJJ    - 2 -

1 | CERTIFICATE OF SERVICE

2   I hereby certify that on May 26, 2006, I electronically filed the foregoing with the Clerk of
3 the Court using the CM/ECF system which will send notification of such filing to the e-mail
4 addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have
5 mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF
6 participants indicated on the attached Manual Notice List.

  s/ JENNIE LEE ANDERSON
  JENNIE LEE ANDERSON

  LERACH COUGHLIN STOIA GELLER
     RUDMAN & ROBBINS LLP
  100 Pine Street, Suite 2600
  San Francisco, CA  94111
  Telephone:  415/288-4545
  415/288-4534 (fax)
  E-mail: jenniea@lerachlaw.com

# Mailing Information for a Case 3:01-cv-00988-MJJ

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jennie Lee Anderson**
  jenniea@lerachlaw.com

- **Eric J. Belfi**
  ebelfi@labaton.com ElectronicCaseFiling@labaton.com

- **Doug Britton**
  dougb@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Patrick Edward Gibbs**
  patrick.gibbs@lw.com zoila.aurora@lw.com

- **Eli Greenstein**
  Elig@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Kirke M. Hasson**
  kirke.hasson@pillsburylaw.com cheryl.grant@pillsburylaw.com

- **Reed R. Kathrein**
  reedk@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Michele F. Kyrouz**
  michele.kyrouz@lw.com

- **Nicole Lavallee**
  nlavallee@bermanesq.com

- **William S. Lerach**
  e_file_sd@lerachlaw.com e_file_sf@lerachlaw.com

- **James C. Maroulis**
  jim.maroulis@oracle.com

- **Shinyung Oh**
  shinyungoh@paulhastings.com sandradiluzio@paulhastings.com

- **Willow E. Radcliffe**

willowr@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Darren J. Robbins**
  e_file_sd@lerachlaw.com

- **Sanna Rachel Singer**
  sanna.singer@pillsburylaw.com

- **Mark Solomon**
  marks@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Shawn A. Williams**
  shawnw@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Monique Winkler**
  MoniqueW@lerachlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Dorian Daley
500 Oracle Parkway
Redwood City, CA 94065

Corey D. Holzer
Holzer Holzer & Cannon LLC
1117 Perimeter Center West
Suite E-107
Atlanta, GA 30338

Brian P. Murray
Murray Frank & Sailer LLP
275 Madison Avenue
Suite 801
New York, NY 10016
```