| | |
|---|---|
| 1 | LERACH COUGHLIN STOIA GELLER<br>  RUDMAN & ROBBINS LLP |
| 2 | MARK SOLOMON (151949)<br>DOUGLAS R. BRITTON (188769) |
| 3 | VALERIE L. McLAUGHLIN (191916)<br>GAVIN M. BOWIE (235532) |
| 4 | 655 West Broadway, Suite 1900<br>San Diego, CA  92101 |
| 5 | Telephone:  619/231-1058<br>619/231-7423 (fax) |
| 6 | marks@lerachlaw.com<br>dougb@lerachlaw.com |
| 7 | valeriem@lerachlaw.com<br>gbowie@lerachlaw.com |
| 8 |         – and –<br>SHAWN A. WILLIAMS (213113) |
| 9 | WILLOW E. RADCLIFFE (200087)<br>ELI R. GREENSTEIN (217945) |
| 10 | JENNIE LEE ANDERSON (203586)<br>MONIQUE C. WINKLER (213031) |
| 11 | 100 Pine Street, Suite 2600<br>San Francisco, CA  94111 |
| 12 | Telephone:  415/288-4545<br>415/288-4534 (fax) |
| 13 | shawnw@lerachlaw.com<br>willowr@lerachlaw.com |
| 14 | elig@lerachlaw.com<br>jenniea@lerachlaw.com |
| 15 | moniquew@lerachlaw.com |
| 16 | Lead Counsel for Plaintiffs |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION | ) )  ) ) | Master File No. C-01-0988-MJJ<br><br>CLASS ACTION |
| This Document Relates To:<br><br>     ALL ACTIONS. | ) ) ) ) ) | DECLARATION OF JENNIE LEE ANDERSON IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE REQUEST TO FILE UNDER SEAL THE DECLARATION OF JENNIE LEE ANDERSON IN SUPPORT OF PLAINTIFFS' MOTION TO MODIFY THE AMENDED PRETRIAL ORDER AND EXTEND THE JUNE 30, 2006 FACT DISCOVERY CUTOFF |

1    I, JENNIE LEE ANDERSON, declare as follows:

2    1.   I am an attorney duly licensed to practice before all the courts of the State of California. I am an associate at the law firm of Lerach Coughlin Stoia Geller Rudman & Robbins LLP, one of the counsel of record for plaintiffs in the above-entitled action. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

7    2.   I submit this Declaration in Support of Plaintiffs' Administrative Request to File Under Seal the Declaration of Jennie Lee Anderson in Support of Plaintiffs' Motion to Modify the Amended Pretrial Order and Extend the June 30, 2006 Fact Discovery Cutoff ("Anderson Declaration").

11    3.   The Anderson Declaration contains documents designated "confidential" by parties and nonparties pursuant to the Revised Stipulated Protecting Order Governing Confidentiality in this case. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 26th Day of May, 2005 at San Francisco, California.

          /s/ JENNIE LEE ANDERSON
          JENNIE LEE ANDERSON

S:\CasesSD\Oracle3\dec00031161.doc

DEC OF JENNIE L. ANDERSON IN SUP OF PLS' ADMIN REQ TO FILE UNDER SEAL THE DEC OF JENNIE L. ANDERSON IN SUP OF PLS' MOT TO MOD THE AMEN PRE ORD - C-01-0988-MJJ    - 1 -

| | |
|---|---|
| 1 | CERTIFICATE OF SERVICE |

2   I hereby certify that on May 26, 2006, I electronically filed the foregoing with the Clerk of

3 the Court using the CM/ECF system which will send notification of such filing to the e-mail

4 addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have

5 mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF

6 participants indicated on the attached Manual Notice List.

           s/ JENNIE LEE ANDERSON
           JENNIE LEE ANDERSON

           LERACH COUGHLIN STOIA GELLER
                RUDMAN & ROBBINS LLP
           100 Pine Street, Suite 2600
           San Francisco, CA  94111
           Telephone:  415/288-4545
           415/288-4534 (fax)
           E-mail:jenniea@lerachlaw.com

# Mailing Information for a Case 3:01-cv-00988-MJJ

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jennie Lee Anderson**
  jenniea@lerachlaw.com

- **Eric J. Belfi**
  ebelfi@labaton.com ElectronicCaseFiling@labaton.com

- **Doug Britton**
  dougb@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Patrick Edward Gibbs**
  patrick.gibbs@lw.com zoila.aurora@lw.com

- **Eli Greenstein**
  Elig@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Kirke M. Hasson**
  kirke.hasson@pillsburylaw.com cheryl.grant@pillsburylaw.com

- **Reed R. Kathrein**
  reedk@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Michele F. Kyrouz**
  michele.kyrouz@lw.com

- **Nicole Lavallee**
  nlavallee@bermanesq.com

- **William S. Lerach**
  e_file_sd@lerachlaw.com e_file_sf@lerachlaw.com

- **James C. Maroulis**
  jim.maroulis@oracle.com

- **Shinyung Oh**
  shinyungoh@paulhastings.com sandradiluzio@paulhastings.com

- **Willow E. Radcliffe**

willowr@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Darren J. Robbins**
  e_file_sd@lerachlaw.com

- **Sanna Rachel Singer**
  sanna.singer@pillsburylaw.com

- **Mark Solomon**
  marks@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Shawn A. Williams**
  shawnw@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Monique Winkler**
  MoniqueW@lerachlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Dorian Daley
500 Oracle Parkway
Redwood City, CA 94065

Corey D. Holzer
Holzer Holzer & Cannon LLC
1117 Perimeter Center West
Suite E-107
Atlanta, GA 30338

Brian P. Murray
Murray Frank & Sailer LLP
275 Madison Avenue
Suite 801
New York, NY 10016
```