1  LERACH COUGHLIN STOIA GELLER
      RUDMAN & ROBBINS LLP
2  MARK SOLOMON (151949)
   DOUGLAS R. BRITTON (188769)
3  VALERIE L. McLAUGHLIN (191916)
   GAVIN M. BOWIE (235532)
4  655 West Broadway, Suite 1900
   San Diego, CA  92101
5  Telephone:  619/231-1058
   619/231-7423 (fax)
6  marks@lerachlaw.com
   dougb@lerachlaw.com
7  valeriem@lerachlaw.com
   gbowie@lerachlaw.com
8          – and –
   SHAWN A. WILLIAMS (213113)
9  WILLOW E. RADCLIFFE (200087)
   ELI R. GREENSTEIN (217945)
10 JENNIE LEE ANDERSON (203586)
   MONIQUE C. WINKLER (213031)
11 100 Pine Street, Suite 2600
   San Francisco, CA  94111
12 Telephone:  415/288-4545
   415/288-4534 (fax)
13 shawnw@lerachlaw.com
   willowr@lerachlaw.com
14 elig@lerachlaw.com
   jenniea@lerachlaw.com
15 moniquew@lerachlaw.com

16 Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION | Master File No. C-01-0988-MJJ |
| | <u>CLASS ACTION</u> |
| This Document Relates To: | PLAINTIFFS' MOTION FOR EXPEDITED HEARING REGARDING PLAINTIFFS' MOTION TO MODIFY THE AMENDED PRETRIAL ORDER AND EXTEND THE JUNE 30, 2006 FACT DISCOVERY CUTOFF |
| ALL ACTIONS. | |
| | DATE: June 20, 2006<br>TIME: 9:30 a.m.<br>COURTROOM: The Honorable Martin J. Jenkins |

1    Pursuant to Civil Local Rule 6-3, plaintiffs respectfully request an expedited hearing date on
2 plaintiffs' Motion to Modify the Amended Pretrial Order and Extend the June 30, 2006 Fact
3 Discovery Cutoff ("Motion to Modify"), filed concurrently herewith. Plaintiffs respectfully request
4 that the Court hear plaintiffs' Motion to Modify on June 20, 2006, or as soon as practicable.

5    Plaintiffs request an expedited hearing on plaintiffs' Motion to Modify because the current
6 fact discovery cutoff is June 30, 2006. Plaintiffs' motion is based on the following facts, the
7 attached [proposed] order and the supporting Declaration of Monique C. Winkler in Support of
8 Plaintiffs' Motion for Expedited Hearing Regarding Plaintiffs' Motion to Modify the Amended
9 Pretrial Order and Extend the June 30, 2006 Fact Discovery Cutoff ("Winkler Decl."), submitted
10 herewith. Plaintiffs have conferred with counsel for defendants who refused to stipulate to an
11 expedited hearing. Winkler Decl., ¶6.

12 **I.     ARGUMENT**
13    **A.    Procedural History of the Fact Discovery Cutoff Date**
14    On December 14, 2004, this Court entered an Amended Pretrial Order setting the non-expert
15 discovery cutoff date for February 24, 2006. On November 28, 2005, plaintiffs filed their Motion to
16 Modify the Amended Pretrial Order to Extend the February 24, 2006 Discovery Cutoff, requesting
17 that the fact discovery cutoff be extended to October 24, 2006. The matter was referred to
18 Magistrate Judge Joseph C. Spero who directed the parties to meet and confer on the issue in the
19 Court's jury room. The parties were unable to resolve the matter and subsequently, at the Court's
20 direction, the parties submitted a two page joint letter brief to the Court. On January 5, 2006,
21 Magistrate Judge Spero entered the Order re Plaintiffs' Motion to Modify the Amended Pretrial
22 Order to Extend the February 24, 2006 Discovery Cutoff extending the fact discovery cutoff to
23 June 30, 2006.

24    **B.    Expedited Relief Is Necessary to Prevent Substantial Prejudice to Plaintiffs**
25
26 The current fact discovery cutoff is June 30, 2006. An expedited hearing on plaintiffs'
27 Motion to Modify will benefit both parties in that it will enable the parties to most efficiently use
28 their time over the course of the next five weeks. Without an expedited hearing, plaintiffs' Motion

PLTFS' MOT FOR EXPEDITED HRNG RE PLTFS' MOT TO MODIFY THE AMENDED PRETRIAL
ORDER AND EXTEND THE JUNE 30, 2006 FACT DISCOVERY CUTOFF - C-01-0988-MJJ           - 1 -

1  to Modify would not be heard until July 11, 2006 at the earliest – more than a week after the current
2  cutoff date.

3  Because of defendants' continual delays in responding to discovery in this case, on
4  November 28, 2005, plaintiffs initially moved the Court for modification of the Amended Pretrial
5  Order to extend the fact discovery cutoff to October 24, 2006.  Defendants vehemently opposed
6  plaintiffs' motion and ultimately the Court extended the cutoff until June 30, 2006, based in part on
7  defendants' assurances, including that plaintiffs "will have ample time to wrap up any remaining
8  document issues and complete the depositions of Oracle employees," and "[m]onths ago, Plaintiffs
9  received all of the documents for every key witness in this case."  Winkler Decl., ¶¶3, 4.

10  Neither of these guarantees has proven true.  Among other issues, despite being required by
11  the Discovery Plan in this case to complete the production of documents by May 1, 2005, defendants
12  continued to produce documents well after the order modifying the cutoff date, including, but not
13  limited to, the production of thousands of pages of accounting documents on April 27, 2006, and the
14  production of responsive documents from individuals' files on April 7, 2006 and May 19, 2006.
15  Defendants still have not completed production.  Indeed, pursuant to Special Master Infante's
16  instruction, plaintiffs filed a motion to compel the production of additional accounting related
17  documents on May 25, 2006.  On May 12, 2006, plaintiffs filed before Special Master Infante a
18  motion to compel the restoration of backup tapes based upon defendants' failure to preserve
19  evidence in this case – a fact that became clear in the last few months as plaintiffs began to notice
20  the depositions of employees and former employees of Oracle and the sparse or nonexistent
21  document productions ensued.

22  Moreover, defendants have delayed the scheduling and taking of depositions.  Defendants
23  failed to confirm noticed depositions – sometimes waiting more than one month to respond with
24  available dates. Then, upon responding, defendants frequently offered single dates that were weeks
25  after the noticed dates.  Despite their promises to the contrary, defendants have now succeeded in
26  packing the majority of the depositions in this case into the last two months of fact discovery.

27  Although plaintiffs have and continue to diligently pursue discovery, the delays caused by
28  defendants – compounded by defendants' failure to preserve relevant documents as required by law

PLTFS' MOT FOR EXPEDITED HRNG RE PLTFS' MOT TO MODIFY THE AMENDED PRETRIAL
ORDER AND EXTEND THE JUNE 30, 2006 FACT DISCOVERY CUTOFF - C-01-0988-MJJ  - 2 -

1  – make the completion of discovery by June 30, 2006 date simply impossible in light of the recent

2  document productions and the number of individuals remaining to be deposed.  This is true even if

3  defendants are not required to produce additional documents in response to plaintiffs' motions.  If

4  the decision on plaintiffs' Motion to Modify is not expedited, the Court will not hear the motion until

5  after the fact discovery, causing severe prejudice to plaintiffs.

## II.	CONCLUSION

For the reasons stated above, plaintiffs respectfully request that this Court grant plaintiffs' motion.

DATED:  May 26, 2006

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SHAWN A. WILLIAMS
WILLOW E. RADCLIFFE
ELI R. GREENSTEIN
JENNIE LEE ANDERSON
MONIQUE C. WINKLER


       /s/ MONIQUE C. WINKLER
       MONIQUE C. WINKLER

Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
MARK SOLOMON
DOUGLAS R. BRITTON
VALERIE L. McLAUGHLIN
GAVIN M. BOWIE100
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

Lead Counsel for Plaintiffs

S:\CasesSD\Oracle3\MOT00031169.doc

PLTFS' MOT FOR EXPEDITED HRNG RE PLTFS' MOT TO MODIFY THE AMENDED PRETRIAL ORDER AND EXTEND THE JUNE 30, 2006 FACT DISCOVERY CUTOFF - C-01-0988-MJJ   - 3 -

CERTIFICATE OF SERVICE

I hereby certify that on May 26, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

 s/ MONIQUE C. WINKLER
MONIQUE C. WINKLER

LERACH COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)
E-mail:MoniqueW@lerachlaw.com

# Mailing Information for a Case 3:01-cv-00988-MJJ

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jennie Lee Anderson**
  jenniea@lerachlaw.com

- **Eric J. Belfi**
  ebelfi@labaton.com ElectronicCaseFiling@labaton.com

- **Doug Britton**
  dougb@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Patrick Edward Gibbs**
  patrick.gibbs@lw.com zoila.aurora@lw.com

- **Eli Greenstein**
  Elig@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Kirke M. Hasson**
  kirke.hasson@pillsburylaw.com cheryl.grant@pillsburylaw.com

- **Reed R. Kathrein**
  reedk@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Michele F. Kyrouz**
  michele.kyrouz@lw.com

- **Nicole Lavallee**
  nlavallee@bermanesq.com

- **William S. Lerach**
  e_file_sd@lerachlaw.com e_file_sf@lerachlaw.com

- **James C. Maroulis**
  jim.maroulis@oracle.com

- **Shinyung Oh**
  shinyungoh@paulhastings.com sandradiluzio@paulhastings.com

- **Willow E. Radcliffe**

willowr@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Darren J. Robbins**
  e_file_sd@lerachlaw.com

- **Sanna Rachel Singer**
  sanna.singer@pillsburylaw.com

- **Mark Solomon**
  marks@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Shawn A. Williams**
  shawnw@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Monique Winkler**
  MoniqueW@lerachlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Dorian Daley
500 Oracle Parkway
Redwood City, CA 94065

Corey D. Holzer
Holzer Holzer & Cannon LLC
1117 Perimeter Center West
Suite E-107
Atlanta, GA 30338

Brian P. Murray
Murray Frank & Sailer LLP
275 Madison Avenue
Suite 801
New York, NY 10016
```