1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION ) ) ) | Master File No. C-01-0988-MJJ <u>CLASS ACTION</u> |
| ) This Document Relates To: ) ) ALL ACTIONS. ) ) | [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR EXPEDITED HEARING |

1    Having considered all the papers submitted in support of Plaintiffs' Motion for Expedited

2 Hearing Regarding Plaintiffs' Motion to Modify the Amended Pretrial Order and Extend the July 30,

3 2006 Discovery Cutoff ("Motion to Modify"), and finding good cause therefor, the Court hereby

4 orders as follows:

5    1.    Defendants shall file any opposition to plaintiffs' Motion to Modify no later than

6 June 7, 2006;

7    2.    Plaintiffs shall file any reply brief in support of their motion no later than June 14,

8 2006; and

9    3.    The Court shall hear the matter on June 20, 2006, at 9:30 a.m., at 450 Golden Gate

10 Avenue, San Francisco, CA, 19th Floor, Courtroom 11.

11    IT IS SO ORDERED.

12
   DATED: _____
13                                              THE HONORABLE MARTIN J. JENKINS
                                                UNITED STATES DISTRICT JUDGE
14

15 Submitted by:

16 LERACH COUGHLIN STOIA GELLER
     RUDMAN & ROBBINS LLP
17 SHAWN A. WILLIAMS
   WILLOW E. RADCLIFFE
18 ELI R. GREENSTEIN
   JENNIE LEE ANDERSON
19 MONIQUE C. WINKLER

20

21
         /s/ MONIQUE C. WINKLER
22         MONIQUE C. WINKLER

23 100 Pine Street, Suite 2600
   San Francisco, CA  94111
24 Telephone:  415/288-4545
   415/288-4534 (fax)
25

26

27

28

[PROPOSED] ORDER GRANTING PLAINTIFFS' REQUEST FOR EXPEDITED HEARING
REGARDING - C-01-0988-MJJ                                                          - 1 -

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
MARK SOLOMON
DOUGLAS R. BRITTON
VALERIE L. McLAUGHLIN
GAVIN M. BOWIE
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

S:\CasesSD\Oracle3\ord00031307.doc

[PROPOSED] ORDER GRANTING PLAINTIFFS' REQUEST FOR EXPEDITED HEARING REGARDING - C-01-0988-MJJ

- 2 -

| | |
|---|---|
| 1 | CERTIFICATE OF SERVICE |
| 2 | I hereby certify that on May 26, 2006, I electronically filed the foregoing with the Clerk of |
| 3 | the Court using the CM/ECF system which will send notification of such filing to the e-mail |
| 4 | addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have |
| 5 | mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF |
| 6 | participants indicated on the attached Manual Notice List. |

 s/ MONIQUE C. WINKLER
 MONIQUE C. WINKLER

 LERACH COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
 100 Pine Street, Suite 2600
 San Francisco, CA  94111
 Telephone:  415/288-4545
 415/288-4534 (fax)
 E-mail:MoniqueW@lerachlaw.com

# Mailing Information for a Case 3:01-cv-00988-MJJ

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jennie Lee Anderson**
  jenniea@lerachlaw.com

- **Eric J. Belfi**
  ebelfi@labaton.com ElectronicCaseFiling@labaton.com

- **Doug Britton**
  dougb@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Patrick Edward Gibbs**
  patrick.gibbs@lw.com zoila.aurora@lw.com

- **Eli Greenstein**
  Elig@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Kirke M. Hasson**
  kirke.hasson@pillsburylaw.com cheryl.grant@pillsburylaw.com

- **Reed R. Kathrein**
  reedk@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Michele F. Kyrouz**
  michele.kyrouz@lw.com

- **Nicole Lavallee**
  nlavallee@bermanesq.com

- **William S. Lerach**
  e_file_sd@lerachlaw.com e_file_sf@lerachlaw.com

- **James C. Maroulis**
  jim.maroulis@oracle.com

- **Shinyung Oh**
  shinyungoh@paulhastings.com sandradiluzio@paulhastings.com

- **Willow E. Radcliffe**

- **Darren J. Robbins**
  willowr@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Darren J. Robbins**
  e_file_sd@lerachlaw.com

- **Sanna Rachel Singer**
  sanna.singer@pillsburylaw.com

- **Mark Solomon**
  marks@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Shawn A. Williams**
  shawnw@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Monique Winkler**
  MoniqueW@lerachlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Dorian Daley
500 Oracle Parkway
Redwood City, CA 94065

Corey D. Holzer
Holzer Holzer & Cannon LLC
1117 Perimeter Center West
Suite E-107
Atlanta, GA 30338

Brian P. Murray
Murray Frank & Sailer LLP
275 Madison Avenue
Suite 801
New York, NY 10016
```