| | |
|---|---|
| 1 | LERACH COUGHLIN STOIA GELLER |
|   |    RUDMAN & ROBBINS LLP |
| 2 | MARK SOLOMON (151949) |
|   | DOUGLAS R. BRITTON (188769) |
| 3 | VALERIE L. McLAUGHLIN (191916) |
|   | GAVIN M. BOWIE (235532) |
| 4 | 655 West Broadway, Suite 1900 |
|   | San Diego, CA  92101 |
| 5 | Telephone: 619/231-1058 |
|   | 619/231-7423 (fax) |
| 6 | marks@lerachlaw.com |
|   | dougb@lerachlaw.com |
| 7 | valeriem@lerachlaw.com |
|   | gbowie@lerachlaw.com |
| 8 |       – and – |
|   | SHAWN A. WILLIAMS (213113) |
| 9 | WILLOW E. RADCLIFFE (200087) |
|   | ELI R. GREENSTEIN (217945) |
| 10 | JENNIE LEE ANDERSON (203586) |
|   | MONIQUE C. WINKLER (213031) |
| 11 | 100 Pine Street, Suite 2600 |
|   | San Francisco, CA  94111 |
| 12 | Telephone: 415/288-4545 |
|   | 415/288-4534 (fax) |
| 13 | shawnw@lerachlaw.com |
|   | willowr@lerachlaw.com |
| 14 | elig@lerachlaw.com |
|   | jenniea@lerachlaw.com |
| 15 | moniquew@lerachlaw.com |
| 16 | Lead Counsel for Plaintiffs |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION | Master File No. C-01-0988-MJJ |
| | <u>CLASS ACTION</u> |
| This Document Relates To: | DECLARATION OF MONIQUE C. WINKLER IN SUPPORT OF PLAINTIFFS' MOTION FOR EXPEDITED HEARING REGARDING PLAINTIFFS' MOTION TO MODIFY THE AMENDED PRETRIAL ORDER AND EXTEND THE JUNE 30, 2006 FACT DISCOVERY CUTOFF |
| ALL ACTIONS. | |
| | DATE:  June 20, 2006 |
| | TIME:  9:30 a.m. |
| | COURTROOM:  The Honorable Martin J. Jenkins |

1. I am an attorney licensed to practice in the State of California with the law firm of Lerach Coughlin Stoia Geller Rudman & Robbins LLP ("Lerach Coughlin"), lead counsel for class plaintiffs in this case. I am admitted to practice in the United States District Court for the Northern District of California. I have personal knowledge of the facts set forth below, or where I do not have personal knowledge, I am informed and believe the stated facts to be true and correct.

2. I make this declaration in support of plaintiffs' Motion for Expedited Hearing Regarding Plaintiffs' Motion to Modify the Amended Pretrial Order and Extend the June 30, 2006 Fact Discovery Cutoff ("Motion to Modify").

3. A true and correct copy of the parties' Joint Letter Brief filed with the Court on December 27, 2005 is attached to the Declaration of Jennie Lee Anderson in Support of Plaintiffs' Motion to Modify the Amended Pretrial Order and Extend the June 30, 2006 Fact Discovery Cutoff ("Anderson Decl.") as Ex. 51.

4. On January 5, 2005, Magistrate Judge Joseph C. Spero entered the Order re Plaintiffs' Motion to Modify the Amended Pretrial Order to Extend the February 24, 2006 Discovery Cutoff ("January 5, 2006 Order"). A true and correct copy of the January 5, 2006 order is attached to the Anderson Decl. as Ex. 53.

5. Defendants produced documents to plaintiffs on April 7, 2006, April 27, 2006 and May 19, 2006. True and correct copies of letters from defendants' counsel dated April 7, 2006, April 27, 2006 and May 19, 2006 producing documents to plaintiffs are attached to the Anderson Decl. as Exs. 106, 112 and 124.

6. On May 26, 2006, I spoke with counsel for defendants to request a stipulation that plaintiffs' Motion to Modify be heard on an expedited schedule. Defendants did not agree.

7. An expedited ruling on plaintiffs' Motion to Modify is necessary because the current discovery cutoff is June 30, 2006. Without an expedited hearing, the soonest the hearing could be calendared is July 11, 2006.

8. The fact discovery cutoff in this matter has been previously modified one time. On December 14, 2004, this Court entered an Amended Pretrial Order setting the non-expert discovery cutoff date for February 24, 2006. On November 28, 2005, plaintiffs filed their Motion to Modify

1  the Amended Pretrial Order to Extend the February 24, 2006 Discovery Cutoff seeking to extend the
2  fact discovery cutoff to October 24, 2006.  The matter was referred to Magistrate Judge Joseph C.
3  Spero who directed the parties to meet and confer on the issue in the Court's jury room.  The parties
4  were unable to resolve the matter and subsequently, at the Court's direction, the parties submitted a
5  two page joint letter brief to the Court.  On January 5, 2006, Magistrate Judge Spero extended the
6  fact discovery cutoff until June 30, 2006.

7      9.    The requested expedited ruling on plaintiffs' Motion to Modify will not alone affect
8  the overall schedule for this case, although the relief requested through the Motion to Modify will.

9      I declare under penalty of perjury under the laws of the State of California that the foregoing
10  is true and correct.  Executed this 26th day of May, 2006, at San Francisco, California.

                                          /s/ MONIQUE C. WINKLER
                                             MONIQUE C. WINKLER

S:\CasesSD\Oracle3\DEC00031180.doc

DECL OF MONIQUE C. WINKLER IN SUPP OF PLTFS' MOT FOR EXPED HRG RE PLFS' MOT TO
MOD THE AMD PRETRIAL ORD & EXT THE JUNE 30, 2006 FACT DISC CUTOFF - C-01-0988-MJJ      - 2 -

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 26, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

<u>s/ MONIQUE C. WINKLER</u>
MONIQUE C. WINKLER

LERACH COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)
E-mail:MoniqueW@lerachlaw.com

# Mailing Information for a Case 3:01-cv-00988-MJJ

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jennie Lee Anderson**
  jenniea@lerachlaw.com

- **Eric J. Belfi**
  ebelfi@labaton.com ElectronicCaseFiling@labaton.com

- **Doug Britton**
  dougb@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Patrick Edward Gibbs**
  patrick.gibbs@lw.com zoila.aurora@lw.com

- **Eli Greenstein**
  Elig@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Kirke M. Hasson**
  kirke.hasson@pillsburylaw.com cheryl.grant@pillsburylaw.com

- **Reed R. Kathrein**
  reedk@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Michele F. Kyrouz**
  michele.kyrouz@lw.com

- **Nicole Lavallee**
  nlavallee@bermanesq.com

- **William S. Lerach**
  e_file_sd@lerachlaw.com e_file_sf@lerachlaw.com

- **James C. Maroulis**
  jim.maroulis@oracle.com

- **Shinyung Oh**
  shinyungoh@paulhastings.com sandradiluzio@paulhastings.com

- **Willow E. Radcliffe**

willowr@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Darren J. Robbins**
  e_file_sd@lerachlaw.com

- **Sanna Rachel Singer**
  sanna.singer@pillsburylaw.com

- **Mark Solomon**
  marks@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Shawn A. Williams**
  shawnw@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Monique Winkler**
  MoniqueW@lerachlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Dorian Daley
500 Oracle Parkway
Redwood City, CA 94065

Corey D. Holzer
Holzer Holzer & Cannon LLC
1117 Perimeter Center West
Suite E-107
Atlanta, GA 30338

Brian P. Murray
Murray Frank & Sailer LLP
275 Madison Avenue
Suite 801
New York, NY 10016
```