
UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION ) ) ) | Master File No. C-01-0988-MJJ |
| ) | CLASS ACTION |
| ) | |
| This Document Relates To: ) ) | [PROPOSED] ORDER MODIFYING THE AMENDED PRETRIAL ORDER AND EXTENDING THE JUNE 30, 2006 FACT DISCOVERY CUTOFF |
| ALL ACTIONS. ) ) | |

      Having considered all the papers submitted in support of Plaintiffs' Notice of Motion and Motion to Modify the Amended Pretrial Order and Extend the June 30, 2006 Fact Discovery Cutoff; and Memorandum of Points and Authorities in Support Thereof, and finding good cause therefor;

      IT IS HEREBY ORDERED that:

      1.     The current June 30, 2006 cutoff for non-expert discovery, set by the Court's January 5, 2006 Order Re: Plaintiffs' Motion to Modify the Pretrial Order to Extend the February 24, 2006 Discovery Cutoff, shall be continued pending resolution of Plaintiffs' Motion to Compel the Restoration of Backup Tapes and for Miscellaneous Relief for the Destruction of Evidence and Plaintiffs' Motion to Compel Defendants' Production of Accounting Documents.

      2.     All schedules and deadlines set forth in the Court's December 14, 2004 Amended Pretrial Order shall be continued pending resolution of Plaintiffs' Motion to Compel the Restoration of the Backup Tapes and for Miscellaneous Relay for the Destruction of Evidence and Plaintiffs' Motion to Compel Defendants' Production of Accounting Documents.

      IT IS SO ORDERED.

DATED: _____

                                        THE HONORABLE MARTIN J. JENKINS
                                        UNITED STATES DISTRICT JUDGE

Submitted by:

DATED: May 26, 2006

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
WILLIAM S. LERACH
SHAWN A. WILLIAMS
WILLOW E. RADCLIFFE
ELI R. GREENSTEIN
JENNIE LEE ANDERSON
MONIQUE C. WINKLER


      /s/ JENNIE LEE ANDERSON
        JENNIE LEE ANDERSON

100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)

[PROPOSED] ORDER MODIFYING THE AMENDED PRETRIAL ORDER AND EXTENDING THE
JUNE 30, 2006 FACT DISCOVERY CUTOFF - C-01-0988-MJJ       - 1 -

1  LERACH COUGHLIN STOIA GELLER
2     RUDMAN & ROBBINS LLP
   MARK SOLOMON
3  DOUGLAS R. BRITTON
   VALERIE L. McLAUGHLIN
4  GAVIN M. BOWIE
   655 West Broadway, Suite 1900
5  San Diego, CA  92101
   Telephone:  619/231-1058
6  619/231-7423 (fax)

7  Lead Counsel for Plaintiffs

8  T:\CasesSF\Oracle3\ORD00031138.doc

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER MODIFYING THE AMENDED PRETRIAL ORDER AND EXTENDING THE
JUNE 30, 2006 FACT DISCOVERY CUTOFF - C-01-0988-MJJ                                                            - 2 -

CERTIFICATE OF SERVICE

I hereby certify that on May 26, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

  s/ JENNIE LEE ANDERSON
JENNIE LEE ANDERSON

LERACH COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
E-mail:jenniea@lerachlaw.com

[PROPOSED] ORDER MODIFYING THE AMENDED PRETRIAL ORDER AND EXTENDING THE JUNE 30, 2006 FACT DISCOVERY CUTOFF - C-01-0988-MJJ

- 1 -

# Mailing Information for a Case 3:01-cv-00988-MJJ

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jennie Lee Anderson**
  jenniea@lerachlaw.com

- **Eric J. Belfi**
  ebelfi@labaton.com ElectronicCaseFiling@labaton.com

- **Doug Britton**
  dougb@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Patrick Edward Gibbs**
  patrick.gibbs@lw.com zoila.aurora@lw.com

- **Eli Greenstein**
  Elig@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Kirke M. Hasson**
  kirke.hasson@pillsburylaw.com cheryl.grant@pillsburylaw.com

- **Reed R. Kathrein**
  reedk@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Michele F. Kyrouz**
  michele.kyrouz@lw.com

- **Nicole Lavallee**
  nlavallee@bermanesq.com

- **William S. Lerach**
  e_file_sd@lerachlaw.com e_file_sf@lerachlaw.com

- **James C. Maroulis**
  jim.maroulis@oracle.com

- **Shinyung Oh**
  shinyungoh@paulhastings.com sandradiluzio@paulhastings.com

- **Willow E. Radcliffe**
  willowr@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Darren J. Robbins**
  e_file_sd@lerachlaw.com

- **Sanna Rachel Singer**
  sanna.singer@pillsburylaw.com

- **Mark Solomon**
  marks@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Shawn A. Williams**
  shawnw@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Monique Winkler**
  MoniqueW@lerachlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Dorian Daley
500 Oracle Parkway
Redwood City, CA 94065

Corey D. Holzer
Holzer Holzer & Cannon LLC
1117 Perimeter Center West
Suite E-107
Atlanta, GA 30338

Brian P. Murray
Murray Frank & Sailer LLP
275 Madison Avenue
Suite 801
New York, NY 10016
```