| | |
|---|---|
| LATHAM & WATKINS LLP<br>  Peter A. Wald (SBN 85705)<br>  Michele F. Kyrouz (SBN 168004)<br>505 Montgomery Street, Suite 2000<br>San Francisco, CA 94111-2562<br>Telephone: (415) 391-0600<br>Facsimile: (415) 395-8095<br>E-mail: peter.wald@lw.com<br>       michele.kyrouz@lw.com | LATHAM & WATKINS LLP<br>  Patrick E. Gibbs (SBN 183174)<br>  Matthew Rawlinson (SBN 231890)<br>140 Scott Drive<br>Menlo Park, CA 94025<br>Telephone: (650) 328-4600<br>Facsimile: (650) 463-2600<br>E-mail: patrick.gibbs@lw.com<br>       matt.rawlinson@lw.com |

LATHAM & WATKINS LLP
  Jamie L. Wine (SBN 181373)
633 West Fifth Street, Suite 4000
Los Angeles, CA 90071-2007
Telephone: (213) 485-1234
Facsimile: (213) 891-8763
E-mail: jamie.wine@lw.com

Attorneys for Defendants ORACLE CORPORATION, LAWRENCE J. ELLISON, JEFFREY O. HENLEY, and EDWARD J. SANDERSON

ORACLE CORPORATION
  Dorian E. Daley (SBN 129049)
  James C. Maroulis (SBN 208316)
500 Oracle Parkway
Mailstop 5OP7
Redwood Shores, California 94065
Telephone: (650) 506-5200
Facsimile: (650) 506-7114
E-mail: jim.maroulis@oracle.com

Attorneys for Defendant ORACLE CORPORATION

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Master File No. C-01-0988-MJJ (JCS) (Consolidated)<br><br>CLASS ACTION<br><br>**DECLARATION OF MICHELE F. KYROUZ IN OPPOSITION TO PLAINTIFFS' MOTION FOR EXPEDITED HEARING REGARDING PLAINTIFFS' MOTION TO MODIFY THE AMENDED PRETRIAL ORDER** |

1   I, Michele F. Kyrouz, declare as follows:

2   1.   I am an attorney licensed to practice law in the State of California and a partner
with the law firm of Latham & Watkins LLP, counsel for Defendants Oracle Corporation,
Lawrence J. Ellison, Jeffrey O. Henley, and Edward J. Sanderson ("Defendants"). I am admitted
to practice in the United States District Court for the Northern District of California. I have
personal knowledge of the facts set forth below, or where I do not have personal knowledge, I
am informed and believe the stated facts to be true and correct.

2.   I submit this declaration in opposition to Plaintiffs' Motion For Expedited
Hearing Regarding Plaintiffs' Motion To Modify The Pretrial Order And Extend The June 30,
2006 Fact Discovery Cutoff ("Motion to Expedite").

3.   Plaintiffs filed and served the Motion to Expedite and the Motion To Modify The
Pretrial Order And Extend The June 30, 2006 Fact Discovery Cutoff ("Motion") on Friday, May
26, 2006.

4.   In a proposed order accompanying the Motion to Expedite, plaintiffs request a
briefing schedule that would require defendants to file their opposition to the Motion on June 7,
with plaintiffs' reply due June 14. *See* Proposed Order Granting Plaintiffs' Motion for Expedited
Hearing ("Proposed Order"). If the briefing schedule for the Motion were not expedited, the
earliest Tuesday for a hearing after the 35 day notice period would be July 11, since July 4 is a
holiday. With a hearing on July 11, defendants would have until June 20 to file their opposition
brief, and the due date for plaintiffs' reply would be June 27. *See* Local Rules 7-3 and 7-4.

5.   The schedule plaintiffs ask this Court to adopt serves only to reduce defendants'
time to oppose by almost two weeks, while giving plaintiffs the same amount of time to reply as
they would have on a regularly noticed motion.

6.   Attached as Exhibit 1 is a true and correct copy of a letter dated February 20,
2006 from Brian Glennon to Shawn Williams in which defendants proposed that the parties work
out a master scheduling list for all depositions going forward in this case.

7.   Attached as Exhibit 2 is a true and correct copy of a letter dated February 24,
2006 from Willow Radcliffe to Brian Glennon in which plaintiffs reject the master scheduling

-1-

1 approach proposed by defendants.

2     8.    Special Discovery Master, the Honorable Edward A. Infante (Ret.) granted defendants' proposal for a master calendar deposition scheduling process on April 25, 2006.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 1st day of June, 2006, at San Francisco, California.

                          _____/s/_____
                                     Michele F. Kyrouz

NY\1152863.2