LERACH COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
MARK SOLOMON (151949)
DOUGLAS R. BRITTON (188769)
VALERIE L. McLAUGHLIN (191916)
GAVIN M. BOWIE (235532)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
marks@lerachlaw.com
dougb@lerachlaw.com
valeriem@lerachlaw.com
gbowie@lerachlaw.com
        – and –
SHAWN A. WILLIAMS (213113)
WILLOW E. RADCLIFFE (200087)
ELI R. GREENSTEIN (217945)
JENNIE LEE ANDERSON (203586)
MONIQUE C. WINKLER (213031)
100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@lerachlaw.com
willowr@lerachlaw.com
elig@lerachlaw.com
jenniea@lerachlaw.com
moniquew@lerachlaw.com

Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION | ) Master File No. C-01-0988-MJJ ) ) <u>CLASS ACTION</u> ) |
| This Document Relates To:<br><br>ALL ACTIONS. | ) REPLY IN SUPPORT OF PLAINTIFFS' ) MOTION FOR EXPEDITED HEARING ) REGARDING PLAINTIFFS' MOTION TO ) MODIFY THE AMENDED PRETRIAL ) ORDER AND EXTEND THE JUNE 30, 2006 ) FACT DISCOVERY CUTOFF |
| | DATE:           June 20, 2006<br>TIME:           9:30 a.m.<br>COURTROOM:   The Honorable<br>                           Martin J. Jenkins |

I.   ARGUMENT

    A.   **Plaintiffs Will Be Substantially Prejudiced if the Motion to Extend the Discovery Cutoff Is Not Heard Before June 30, 2006**

Plaintiffs will be substantially prejudiced if their Motion to Modify the Amended Pretrial Order and Extend the June 30, 2006 Fact Discovery Cutoff ("Motion to Extend Discovery Cutoff") is not heard until July 11, 2006.  Contrary to defendants' contention, the manner in which plaintiffs conduct discovery in the final weeks of June will be significantly impacted if plaintiffs' motion is heard on July 11, 2006 instead of June 20, 2006.  Depositions of key witnesses in the case, including named defendants, are scheduled to take place in the final days of the discovery period.  However, defendants have refused to produce thousands of core documents, and their production will remain materially incomplete on June 30, 2006.  The Special Master currently has before him two motions to compel which will likely not be heard until the end of June.  They are substantial.

For example, plaintiffs have filed a motion regarding defendants' failure to preserve relevant documents and seeking to compel restoration of company backup tapes containing volumes of relevant documents not yet produced.[1]  The Special Master also will rule on plaintiffs' motion to compel financial documents that the Court ordered to be produced more than a year ago.[2]  Notwithstanding plaintiffs' diligence to resolve some of these very disputes since January 2006, additional documents will not be produced until July, or later, because critical motions will not be heard before the end of June.

Currently plaintiffs are scheduled to complete depositions of key executives, including named defendants, before defendants' document production is complete.  The prejudice associated with taking such depositions now cannot be remedied, as defendants improperly suggest, by the Court's "power to re-open the discovery period" once plaintiffs' Motion to Extend Discovery Cutoff is granted.  Defendants' Opposition to Plaintiffs' Motion for Expedited Hearing Regarding

---

[1]   *See* Declaration of Jennie Lee Anderson in Support of Plaintiffs' Motion to Modify the Amended Pretrial Order and Extend the June 30, 2006 Fact Discovery Cutoff ("Anderson Decl."), Ex. 121.

[2]   *See* Anderson Decl., Ex. 131.

1 Plaintiffs' Motion to Modify the Amended Pretrial Order and Extend the June 30, 2006 Fact
2 Discovery Cutoff ("Defs.' Opp.") at 2.  To the degree plaintiffs' motion is not heard before the
3 discovery cutoff and relevant documents are later produced, plaintiffs will have no choice but to seek
4 an order to reopen depositions and have several witnesses appear twice.  This approach to discovery
5 is both ineffective and inefficient, and should be avoided by hearing plaintiffs' Motion to Extend
6 Discovery Cutoff on an expedited schedule.

### B. Plaintiffs Timely Filed Their Motion to Extend the Fact Discovery Cutoff

Defendants incorrectly argue that plaintiffs' motion should not be heard on an expedited basis because plaintiffs unreasonably delayed filing their Motion to Extend Discovery Cutoff.  Defs.' Opp. at 3.  In fact, plaintiffs have been diligent and filed their motion as soon as was practicable.[3] Due to circumstances outside of plaintiffs' control, *i.e.*, Oracle's termination of its lawyers and an April 6, 2006 appointment of a Special Master, urgent discovery issues (including concerns regarding the fact discovery cutoff) were not brought before the Special Master until April 25, 2006. At the April 25, 2006 hearing, Special Master The Honorable Edward A. Infante (Ret.) ordered full briefing regarding defendants' failure to preserve documents (and the need to restore company backup tapes).  The Special Master also ordered full briefing on plaintiffs' demand for the outstanding financial documents, noting that the complex nature of these issues warranted detailed briefing.[4]  Judge Infante further advised plaintiffs that any motion to extend the discovery cutoff should be submitted to the District Court Judge, The Honorable Martin J. Jenkins.  Plaintiffs promptly filed the two Court-ordered motions on May 12, 2006 and May 25, 2006, respectively, and the *very next day*, filed their May 26, 2006 Motion to Extend Discovery Cutoff.  As of the date of this reply, Oracle has not yet filed a response to either motion.

---

[3]  Indeed, plaintiffs have diligently pursued all aspects of discovery in this case from the beginning, as demonstrated further in §B of their Motion to Extend Discovery Cutoff.

[4]  *See, e.g.*, Anderson Decl., Ex. 110 at 38.

REPLY ISO PLTFS' MOT FOR EXP HEARING RE PLTFS' MOT TO MODIFY AMENDED
PRETRIAL ORDER & EXT JUNE 30, 2006 FACT DISC CUTOFF - C-01-0988-MJJ - 2 -

1  **C.  The Proposed Schedule Will Not Prejudice Defendants**

Defendants' representation that they would be "extremely" prejudiced because the proposed expedited schedule reduces the time in which they may oppose the motion by two weeks is misleading and disingenuous. Defs.' Opp. at 3. Plaintiffs' proposal allows defendants 12 days in which to respond to the motion. But for the Independence Day holiday falling this year on a Tuesday, the day on which this Court holds its civil calendar, defendants' opposition would have been due on June 13, 2006. Thus, the proposed order shortens the time generally allowed to oppose a motion pursuant to Civil Local Rule 7-3(a) by six days, not two weeks.

Defendants' suggestion that plaintiffs be denied an opportunity to reply to defendants' opposition is entirely inconsistent with Civil Local Rule 7-3(c), which specifically provides for reply briefs. Indeed, defendants concede that plaintiffs' motion "raises important issues that deserve full briefing and adequate consideration by the parties and the Court." Defs.' Opp. at 2. As such, plaintiffs would be severely prejudiced if they are not allowed an opportunity to reply, and defendants' request to the contrary should be disregarded.

**II.  CONCLUSION**

For the reasons set forth above, plaintiffs' motion for an expedited hearing regarding their Motion to Extend Discovery Cutoff should be granted.

DATED:  June 5, 2006                              Respectfully submitted,

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SHAWN A. WILLIAMS
WILLOW E. RADCLIFFE
ELI R. GREENSTEIN
JENNIE LEE ANDERSON
MONIQUE C. WINKLER


                         s/ JENNIE LEE ANDERSON
                            JENNIE LEE ANDERSON

100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)

| | |
|---|---|
| 1 | |
| 2 | LERACH COUGHLIN STOIA GELLER<br>  RUDMAN & ROBBINS LLP |
| 3 | MARK SOLOMON<br>DOUGLAS R. BRITTON |
| 4 | VALERIE L. McLAUGHLIN<br>GAVIN M. BOWIE |
| 5 | 655 West Broadway, Suite 1900<br>San Diego, CA  92101 |
| 6 | Telephone:  619/231-1058<br>619/231-7423 (fax) |
| 7 | Lead Counsel for Plaintiffs |

8  S:\CasesSD\Oracle3\MOT00031540.doc

REPLY ISO PLTFS' MOT FOR EXP HEARING RE PLTFS' MOT TO MODIFY AMENDED
PRETRIAL ORDER & EXT JUNE 30, 2006 FACT DISC CUTOFF - C-01-0988-MJJ    - 4 -

1 CERTIFICATE OF SERVICE

2   I hereby certify that on June 5, 2006, I electronically filed the foregoing with the Clerk of the

3 Court using the CM/ECF system which will send notification of such filing to the e-mail addresses

4 denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the

5 foregoing document or paper via the United States Postal Service to the non-CM/ECF participants

6 indicated on the attached Manual Notice List.

7

8   s/ JENNIE LEE ANDERSON
    JENNIE LEE ANDERSON

9   LERACH COUGHLIN STOIA GELLER
        RUDMAN & ROBBINS LLP
10  100 Pine Street, Suite 2600
    San Francisco, CA  94111
11  Telephone: 415/288-4545
    415/288-4534 (fax)
12  E-mail:JennieA@lerachlaw.com

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# Mailing Information for a Case 3:01-cv-00988-MJJ

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jennie Lee Anderson**
  jenniea@lerachlaw.com

- **Eric J. Belfi**
  ebelfi@labaton.com ElectronicCaseFiling@labaton.com

- **Doug Britton**
  dougb@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Patrick Edward Gibbs**
  patrick.gibbs@lw.com zoila.aurora@lw.com

- **Eli Greenstein**
  Elig@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Kirke M. Hasson**
  kirke.hasson@pillsburylaw.com cheryl.grant@pillsburylaw.com

- **Reed R. Kathrein**
  reedk@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Michele F. Kyrouz**
  michele.kyrouz@lw.com

- **Nicole Lavallee**
  nlavallee@bermanesq.com

- **William S. Lerach**
  e_file_sd@lerachlaw.com

- **James C. Maroulis**
  jim.maroulis@oracle.com

- **Shinyung Oh**
  shinyungoh@paulhastings.com sandradiluzio@paulhastings.com

- **Willow E. Radcliffe**
  willowr@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Darren J. Robbins**
  e_file_sd@lerachlaw.com

- **Sanna Rachel Singer**
  sanna.singer@pillsburylaw.com

- **Mark Solomon**
  marks@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Shawn A. Williams**
  shawnw@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Monique Winkler**
  MoniqueW@lerachlaw.com

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Dorian Daley
500 Oracle Parkway
Redwood City, CA 94065

Corey D. Holzer
Holzer Holzer & Cannon LLC
1117 Perimeter Center West
Suite E-107
Atlanta, GA 30338

Brian P. Murray
Murray Frank & Sailer LLP
275 Madison Avenue
Suite 801
New York, NY 10016
```