LATHAM & WATKINS LLP
   Peter A. Wald (SBN 85705)
   Michele F. Kyrouz (SBN 168004)
   Holly J. Tate (SBN 237561)
505 Montgomery Street, Suite 2000
San Francisco, California 94111-2562
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
E-mail: peter.wald@lw.com
       michele.kyrouz@lw.com
       rees.morgan@lw.com

LATHAM & WATKINS LLP
   Patrick E. Gibbs (SBN 183174)
135 Commonwealth Drive
Menlo Park, CA 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600
E-mail: patrick.gibbs@lw.com

Attorneys for Defendants ORACLE CORPORATION, LAWRENCE J. ELLISON, JEFFREY O. HENLEY, and EDWARD J. SANDERSON

ORACLE CORPORATION
   Dorian E. Daley (SBN 129049)
   James C. Maroulis (SBN 208316)
500 Oracle Parkway
Mailstop 5OP7
Redwood Shores, California 94065
Telephone: (650) 506-5200
Facsimile: (650) 506-7114
E-mail: jim.maroulis@oracle.com

Attorneys for Defendant ORACLE CORPORATION

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION,<br><br>This Documents Relates To:<br><br>ALL ACTIONS | Case No. C-01-0988-MJJ (JCS) (Consolidated)<br><br>**NOTICE OF ENTRY OF ORDER OF GRANTING DEFENDANTS' MOTION TO ISSUE LETTER ROGATORY** |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

NOTICE OF ENTRY OF ORDER GRANTING DEFENDANTS'
MOTION TO ISSUE LETTER ROGATORY
Case No. C-01-0988-MJJ

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2        **PLEASE TAKE NOTICE** that, on June 5, 2006, The Honorable Edward A.

3  Infante (Ret.), Special Master, signed the Order Granting Defendants' Motion to Issue Letter

4  Rogatory, which is attached hereto as Exhibit A.  The Order and the attached Letter Rogatory are

5  being lodged with Judge Spero so that he may issue the Letter Rogatory upon Judge Infante's

6  recommendation.

7  Dated:  June 5, 2006            LATHAM & WATKINS LLP
                                      Peter A. Wald

8                                          Michele F. Kyrouz
                                        Patrick E. Gibbs

9                                          Holly J. Tate

10

11                           By: _____

12                              Holly J. Tate
                                Attorneys for Defendants

13                                 ORACLE CORPORATION, LAWRENCE
                                J. ELLISON, JEFFREY O. HENLEY, and

14                                 EDWARD J. SANDERSON

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

NOTICE OF ENTRY OF ORDER GRANTING DEFENDANTS'
MOTION TO ISSUE LETTER ROGATORY
Case No. C-01-0988-MJJ