

# Justitsministeriet
Civil- og Politiafdelingen

**30 MAJ 2006**

United States District Court
Northern District of California - San Francisco Division
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102

USA

Date:

Civilkontoret
Vivian Justesen
Our ref.: 2005-4012-0708
Doc.: VJU42259

+ enclosure

Referring to your request for the taking of evidence in Denmark of Trine Kammer, Holger Danskes Vej 82, 2.tv., 2000 Frederiksberg, the Ministry of Justice hereby returns the documents enclosing the file from the Court of Frederiksberg.

We refer to your Case No. C-01-0988-MJJ (JCS).

On behalf of the Minister
By order

*Vivian Justesen*
Vivian Justesen