Case 3:01-cv-00988-SI   Document 547-1   Filed 06/14/06   Page 1 of 4

# EXHIBIT A

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION | Master File No. C-01-0988-MJJ |
| | CLASS ACTION |
| This Document Relates To:<br><br>ALL ACTIONS. | [~~PROPOSED~~] ORDER GRANTING PLAINTIFFS 18 ADDITIONAL CUSTOMER SUBPOENAS |

1  In accordance with the oral ruling of this Court at the April 25, 2006 discovery hearing
2  granting plaintiffs 18 additional customer subpoenas, and good cause shown thereof,
3  IT IS HEREBY ORDERED that plaintiffs have leave of Court to serve 18 additional
4  subpoenas on Oracle customers identified in defendants' response to plaintiffs' Interrogatory No. 4.
5                   *   *   *
6  ORDER
7  IT IS SO ORDERED.
8  DATED: June 13, 2006
                        The Honorable Edward A. Infante (Ret).
9                       Special Master
10                      United States District Court,
                        For the Northern District of California
11                      450 Golden Gate Avenue
                        San Francisco, CA 94102
12 Submitted by:
13 LERACH COUGHLIN STOIA GELLER
      RUDMAN & ROBBINS LLP
14 MARK SOLOMON
   DOUGLAS R. BRITTON
15 VALERIE L. McLAUGHLIN
   GAVIN M
16
17
18 _____
              MARK SOLOMON
19
   655 West Broadway, Suite 1900
20 San Diego, CA 92101
   Telephone: 619/231-1058
21 619/231-7423 (fax)

22 LERACH COUGHLIN STOIA GELLER
      RUDMAN & ROBBINS LLP
23 SHAWN A. WILLIAMS
   WILLOW E. RADCLIFFE
24 ELI R. GREENSTEIN
   JENNIE LEE ANDERSON
25 MONIQUE C. WINKLER
   100 Pine Street, Suite 2600
26 San Francisco, CA 94111
   Telephone: 415/288-4545
27 415/288-4534 (fax)

28 Lead Counsel for Plaintiffs

[PROPOSED] ORDER GRANTING PLAINTIFFS 18 ADDITIONAL "CUSTOMER" SUBPOENAS - C-01-0988-MJJ
- 1 -

1  S:\CasesSD\Oracle3\ORD00031791.doc

[PROPOSED] ORDER GRANTING PLAINTIFFS 18 ADDITIONAL "CUSTOMER" SUBPOENAS - C-01-0988-MJJ

- 2 -