1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION | ) ) ) | Master File No. C-01-0988-MJJ |
| | ) | CLASS ACTION |
| This Document Relates To: | ) ) | [PROPOSED] SEALING ORDER |
| ALL ACTIONS. | ) ) ) | |

1    Having considered the papers submitted in support of Plaintiffs' Administrative Request to

2    File the Declaration of Jennie Lee Anderson in Support of Plaintiffs' Motion to Modify the

3    Amended Pretrial Order and Extend the June 30, 2006 Discovery Cutoff Under Seal, and finding

4    good cause therefor;

5    IT IS HEREBY ORDERED that the motion is granted.  The Declaration of Jennie Lee

6    Anderson in Support of Plaintiffs' Motion to Modify the Amended Pretrial Order and Extend the

7    June 30, 2006 Discovery Cutoff is hereby sealed.

8    IT IS SO ORDERED.

9    DATED: _____6/19/2006_____         _____

10                                            THE HONORABLE MARTIN J. JENKINS
                                             UNITED STATES DISTRICT JUDGE
11   Submitted by:

     DATED:  May 26, 2006
12
     LERACH COUGHLIN STOIA GELLER
13      RUDMAN & ROBBINS LLP
     WILLIAM S. LERACH
14   SHAWN A. WILLIAMS
     WILLOW E. RADCLIFFE
15   ELI R. GREENSTEIN
     JENNIE LEE ANDERSON
16   MONIQUE C. WINKLER

17

18   _____/s/ JENNIE LEE ANDERSON_____
              JENNIE LEE ANDERSON
19
     100 Pine Street, Suite 2600
20   San Francisco, CA  94111
     Telephone:  415/288-4545
21   415/288-4534 (fax)

22   LERACH COUGHLIN STOIA GELLER
        RUDMAN & ROBBINS LLP
23   MARK SOLOMON
     DOUGLAS R. BRITTON
24   VALERIE L. McLAUGHLIN
     GAVIN M. BOWIE
25   655 West Broadway, Suite 1900
     San Diego, CA  92101
26   Telephone:  619/231-1058
     619/231-7423 (fax)
27
     Lead Counsel for Plaintiffs
28
     S:\CasesSD\Oracle3\ORD00031139.doc

     [PROPOSED] SEALING ORDER - C-01-0988-MJJ                                    - 1 -