**United States District Court**
For the Northern District of California

1

2   IN THE UNITED STATES DISTRICT COURT

3   FOR THE NORTHERN DISTRICT OF CALIFORNIA

4

5   In re:                                              No.    C01-00988 MJJ

6   ORACLE CORPORATION SECURITIES              **ORDER OF REFERENCE**
    LITIGATION
7
                    Defendant.
8   _____/

9

10          Pursuant to Civil Local Rule 72-1, it is HEREBY ORDERED that the **Plaintiffs' Motion to**

11  **Modify the Amended Pretrial Order and Extend the June 30, 2006 Fact Discovery Cutoff**  in

12  the above-captioned case is referred to Magistrate Judge Spero.

13          Counsel will be advised of the date, time and place of the next appearance by notice from the

14  Magistrate Judge.  THE MOTION HEARING SET ON JUDGE JENKINS' CALENDAR FOR **June**

15  **20, 2006,** IS HEREBY **VACATED**.

16

17

18          **IT IS SO ORDERED.**

19  Dated:      6/19/2006                          _____
                                                    MARTIN J. JENKINS
20                                                  United States District Judge

21

22

23

24

25

26

27

28