LATHAM & WATKINS LLP
  Peter A. Wald (SBN 85705)
  Michele F. Kyrouz (SBN 168004)
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-2562
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
E-mail: peter.wald@lw.com
        michele.kyrouz@lw.com

LATHAM & WATKINS LLP
  Patrick E. Gibbs  (SBN 183174)
  Matthew Rawlinson (SBN 231890)
140 Scott Drive
Menlo Park, CA 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600
E-mail: patrick.gibbs@lw.com
        matt.rawlinson@lw.com

LATHAM & WATKINS LLP
  Jamie L. Wine  (SBN 181373)
633 West Fifth Street, Suite 4000
Los Angeles, CA 90071-2007
Telephone: (213) 485-1234
Facsimile: (213) 891-8763
E-mail: jamie.wine@lw.com

Attorneys for Defendants ORACLE CORPORATION, LAWRENCE
J. ELLISON, JEFFREY O. HENLEY, and EDWARD J. SANDERSON

ORACLE CORPORATION
  Dorian E. Daley (SBN 129049)
  James C. Maroulis (SBN 208316)
500 Oracle Parkway
Mailstop 5OP7
Redwood Shores, California 94065
Telephone: (650) 506-5200
Facsimile: (650) 506-7114
E-mail: jim.maroulis@oracle.com

Attorneys for Defendant ORACLE CORPORATION

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Master File No. C-01-0988-MJJ (JCS) (Consolidated)<br><br>CLASS ACTION<br><br>**DECLARATION OF MICHELE F. KYROUZ IN OPPOSITION TO PLAINTIFFS' MOTION TO MODIFY THE AMENDED PRETRIAL ORDER AND EXTEND THE JUNE 30, 2006 FACT DISCOVERY CUTOFF [CONFIDENTIAL]** |

I, Michele F. Kyrouz, declare as follows:

1. I am an attorney licensed to practice law in the State of California and a partner of Latham & Watkins LLP, counsel for Defendants Oracle Corporation, Lawrence J. Ellison, Jeffrey O. Henley, and Edward J. Sanderson ("Defendants"). I am admitted to practice in the United States District Court for the Northern District of California. I have personal knowledge of the facts set forth below, or where I do not have personal knowledge, I am informed and believe the stated facts to be true and correct.

2. I submit this declaration in opposition to Plaintiffs' Motion to Modify the Amended Pretrial Order and Extend the June 30, 2006 Fact Discovery Cutoff.

3. Plaintiffs filed their Motion to Compel The Restoration of Backup Tapes And For Miscellaneous Relief For The Destruction of Evidence with Special Master Infante on May 12, 2006, and filed their Motion to Compel Defendants' Production of Accounting Documents with Special Master Infante on May 25, 2006.

4. As of June 20, 2006, Plaintiffs had not identified the fourteen additional individuals whose filed should be searched for relevant documents in accordance with Special Master Infante's May 22, 2006 Order. Plaintiffs also had not issued the 18 additional document subpoenas ordered by Special Master Infante at the April 25, 2006 hearing.

5. Attached hereto as Exhibit 1 is a true and correct copy of the May 18, 2006 letter from Shawn Williams to Patrick Gibbs.

6. Attached hereto as Exhibit 2 is a true and correct copy of Plaintiffs' Notice of Motion and Motion to Amend the December 14, 2004 Amended Pretrial Order to Include Additional Depositions, dated June 9, 2006.

7. Attached hereto as Exhibit 3 is a true and correct copy of the Amended Pretrial Order, dated December 17, 2004.

8. Attached hereto as Exhibit 4 is a true and correct copy of the Order Granting in Part and Denying in Part Defendant's Motion for Protective Order, dated February 8, 2005.

9. Attached hereto as Exhibit 5 is a true and correct copy of the Amended Order Setting a Discovery Plan, dated March 10, 2005.

LATHAM&WATKINS<sup>LLP</sup>
ATTORNEYS AT LAW
SAN FRANCISCO

-1-

DECLARATION OF MICHELE F. KYROUZ IN OPPOSITION TO PLAINTIFFS' MOTION TO MODIFY THE AMENDED PRETRIAL ORDER AND EXTEND THE JUNE 30 FACT DISCOVERY CUTOFF

10. Attached hereto as Exhibit 6 are true and correct copies of letters enclosing documents productions made by Defendants in the time period February – June 2005.

11. Attached hereto as Exhibit 7 is a true and correct copy of the March 1, 2005 Hearing Transcript.

12. Attached hereto as Exhibit 8 is a true and correct copy of the Order Granting Plaintiff's Motion to Compel Production of Documents, dated October 19, 2005.

13. Attached hereto as Exhibit 9 is a true and correct copy of the July 25, 2005 letter from Vincent Schmeltz to Shawn Williams.

14. Attached hereto as Exhibit 10 is a true and correct copy of the August 22, 2005 letter from Shawn Williams to Vincent Schmeltz and Lee Rubin.

15. Attached hereto as Exhibit 11 is a true and correct copy of the September 8, 2005 letter from Vincent Schmeltz to Shawn Williams.

16. Attached hereto as Exhibit 12 is a true and correct copy of the April 22, 2005 letter from Lee Rubin to Douglas Britton.

17. Attached hereto as Exhibit 13 is a true and correct copy of Plaintiffs' Notice of Motion and Motion Modify the Amended Pretrial Order to Extend the February 24, 2006 Discovery Cutoff; and Memorandum of Points and Authorities in Support Thereof, dated November 28, 2005.

18. Attached hereto as Exhibit 14 is a true and correct copy of the Order Re Plaintiffs' Motion to Modify the Amended Pretrial Order to Extend the February 24, 2006 Discovery Cutoff, dated January 5, 2006.

19. Attached hereto as Exhibit 15 is a true and correct copy of a February 1, 2005 letter from Vincent Schmeltz to Shawn Williams.

20. Attached hereto as Exhibit 16 is a true and correct copy of Plaintiffs' March 15, 2006 Letter Brief.

21. Attached hereto as Exhibit 17 is a true and correct copy of Defendants' March 15, 2006 Letter Brief.

22. Attached hereto as Exhibit 18 is a true and correct copy of the May 3, 2006 letter

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

-2-   DECLARATION OF MICHELE F. KYROUZ IN OPPOSITION TO PLAINTIFFS' MOTION TO MODIFY THE AMENDED PRETRIAL ORDER AND EXTEND THE JUNE 30 FACT DISCOVERY CUTOFF

from Willow Radcliffe to Matthew Harrison and Patrick Gibbs.

23. Attached hereto as Exhibit 19 is a true and correct copy of the transcript of a hearing held on April 25, 2006 before Special Master Infante.

24. Attached hereto as Exhibit 20 are true and correct copies of the cover pages of the deposition transcripts of Gayle Fitzpatrick (taken on February 24, 2006), Michael Rocha taken on March 21, 2006), Richard Sellers (taken on February 28, 2006), Clifford S. Godwin (taken March 3, 2006), Kenneth Hamel (taken on May 22, 2006), Michael Cochran (taken on June 16, 2006), Julie Cullivan (taken on May 24, 2006), Charles Kendig (taken on May 4, 2006), and Karen Blankenbaker of Eli Lilly & Co. (taken on June 9, 2006).

25. Attached hereto as Exhibit 21 is a true and correct copy of the March 7, 2006 letter from Shawn Williams to Patrick Gibbs.

26. Attached hereto as Exhibit 22 is a true and correct copy of the March 8, 2006 letter from Patrick Gibbs to Shawn Williams.

27. Attached hereto as Exhibit 23 is a true and correct copy of the May 26, 2006 letter from Sean Coyle to Willow Radcliffe.

28. Attached hereto as Exhibit 24 is a true and correct copy of the June 13, 2006 letter from Sean Coyle to Willow Radcliffe.

29. Attached hereto as Exhibit 25 is a true and correct copy of the May 27, 2006 letter from Eli Greenstein to Patrick Gibbs, Brian Glennon, and Matthew Harrison.

30. Attached hereto as Exhibit 26 is a true and correct copy of the June 7, 2006 letter from Willow Radcliffe to Sean Coyle and Matthew Harrison.

31. Attached hereto as Exhibit 27 is a true and correct copy of the June 2, 2006 letter from Sean Coyle to Willow Radcliffe.

32. Attached hereto as Exhibit 28 is a true and correct copy of the June 8, 2006 letter from Sean Coyle to Willow Radcliffe.

33. Attached hereto as Exhibit 29 is a true and correct copy of the June 9, 2006 letter from Sean Coyle to Willow Radcliffe.

34. Attached hereto as Exhibit 30 is a true and correct copy of the June 15, 2006 letter

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

-3-

DECLARATION OF MICHELE F. KYROUZ IN OPPOSITION TO PLAINTIFFS' MOTION TO MODIFY THE AMENDED PRETRIAL ORDER AND EXTEND THE JUNE 30 FACT DISCOVERY CUTOFF

1   from Matthew Harrison to Shawn Williams and Willow Radcliffe.

2   35.   Attached hereto as Exhibit 31 is a true and correct copy of Discovery Order, dated May 22, 2006.

4   36.   Attached hereto as Exhibit 32 is a true and correct copy of the Notice of Plaintiffs' Subpoena for Production of Documents to Third Parties, dated December 9, 2004.

6   37.   Attached hereto as Exhibit 33 is a true and correct copy of the Notice of Plaintiffs' Subpoenas for Production of Documents to Third Parties, dated June 14, 2006.

8   38.   Attached hereto as Exhibit 34 is a true and correct copy of the March 6, 2006 letter from Brian Glennon to Shawn Williams.

10  39.   Attached hereto as Exhibit 35 is a true and correct copy of the February 24, 2006 letter from Willow Radcliffe to Brian Glennon.

12  40.   Attached hereto as Exhibit 36 is a true and correct copy of the February 24, 2006 letter from Shawn Williams to Patrick Gibbs and Brian Glennon.

14  41.   Attached hereto as Exhibit 37 is a true and correct copy of the March 20, 2006 letter from Shawn Williams to Patrick Gibbs and Brian Glennon.

16  42.   Attached hereto as Exhibit 38 is a true and correct copy of Defendants' Second Supplemental Responses to First Set of Interrogatories.

18  43.   Attached hereto as Exhibit 39 is a true and correct copy of Defendants' Third Supplemental Responses to Plaintiffs' First Set of Interrogatories.

20  44.   Attached hereto as Exhibit 40 is a true and correct copy of the Order Granting Plaintiffs' 18 Additional Customer Subpoenas which was issued verbally on April 25, 2006 and was entered on June 14, 2006.

23  45.   Attached hereto as Exhibit 41 is a true and correct copy of the May 30, 2006 letter from Brian Glennon to Eli Greenstein.

25  46.   Attached hereto as Exhibit 42 is a true and correct copy of the May 9, 2006 letter from Willow Radcliffe to Matthew Harrison and Sean Coyle; May 18, 2006 letter from Sean Williams to Matthew Harrison and Patrick Gibbs; May 22, 2006 letter from Brian Glennon to Shawn Williams; May 25, 2006 letter from Sean Coyle to Willow Radcliffe; and June 14, 2006

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

-4-   DECLARATION OF MICHELE F. KYROUZ IN OPPOSITION TO PLAINTIFFS' MOTION TO MODIFY THE AMENDED PRETRIAL ORDER AND EXTEND THE JUNE 30 FACT DISCOVERY CUTOFF

1  letter from Rees Morgan to Willow Radcliffe.

2  47.  Attached hereto as Exhibit 43 is a true and correct copy of the Declaration of
3  Greg Myers In Support of Defendants' Opposition to Plaintiffs' Motion to Compel Defendants'
4  Production of Accounting Documents dated June 6, 2006.

5  48.  Attached hereto as Exhibit 44 is a true and correct copy of the April 21, 2006
6  letter from Matthew Harrison to Monique Winkler.

7  49.  Attached hereto as Exhibit 45 is a true and correct copy of the May 1, 2006 letter
8  from Willow Radcliffe to Matthew Harrison.

9  I declare under penalty of perjury under the laws of the State of California that the
10  foregoing is true and correct. Executed this 20th day of June, 2006, at San Francisco, California.

/s/
Michele F. Kyrouz

SF\566735.4

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

-5-

DECLARATION OF MICHELE F. KYROUZ IN OPPOSITION TO PLAINTIFFS' MOTION TO MODIFY THE AMENDED PRETRIAL ORDER AND EXTEND THE JUNE 30 FACT DISCOVERY CUTOFF

# Exhibits 1-45
# Filed Under Seal