1

LATHAM & WATKINS LLP
  Peter A. Wald (SBN 85705)
  *peter.wald@lw.com*
  Michele F. Kyrouz (SBN 168004)
  *michele.kyrouz@lw.com*
505 Montgomery Street, Suite 2000
San Francisco, CA  94111-2562
Telephone:  (415) 391-0600
Facsimile:  (415) 395-8095

LATHAM & WATKINS LLP
  Patrick E. Gibbs  (SBN 183174)
  *patrick.gibbs@lw.com*
140 Scott Drive
Menlo Park, CA  94025
Telephone:  (650) 328-4600
Facsimile:  650) 463-2600

2

3

4

5

6

7  Attorneys for Defendants ORACLE CORPORATION, LAWRENCE
8  J. ELLISON, JEFFREY O. HENLEY, and EDWARD J. SANDERSON

9

ORACLE CORPORATION
  Dorian E. Daley (SBN 129049)
  James C. Maroulis (SBN 208316)
  *jim.maroulis@oracle.com*
500 Oracle Parkway
Mailstop 5OP7
Redwood Shores, California 94065
Telephone: (650) 506-5200
Facsimile: (650) 506-7114
Attorneys for Defendant ORACLE CORPORATION

10

11

12

13

14

15                    **UNITED STATES DISTRICT COURT**

16       **NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION**

17

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION | Master File No. C-01-0988-MJJ (JCS) (Consolidated) |
| | <u>CLASS ACTION</u> |
| This Document Relates To: | **PROOF OF SERVICE** |
| ALL ACTIONS. | Honorable Martin J. Jenkins |

18

19

20

21

22

23

24

25

26

27

28

1

## PROOF OF SERVICE

2

        I am employed in the County of San Francisco, State of California. I am over the age of

3

18 years and not a party to this action. My business address is Latham & Watkins LLP, 505 Montgomery Street, Suite 2000, San Francisco, CA 94111-2562.

4

        On **June 20, 2006**, I served the following document described as:

5

    1. **DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO**

6

       **MODIFY THE AMENDED PRETRIAL ORDER AND EXTEND THE JUNE 30, 2006 FACT DISCOVERY CUTOFF**

7

    2. **DECLARATION OF ANDREW M. FARTHING IN SUPPORT OF**

8

       **DEFENDANTS' ADMINISTRATIVE REQUEST TO FILE UNDER SEAL THE EXHIBITS TO THE DECLARATION OF MICHELE F. KYROUZ IN OPPOSITION TO PLAINTIFFS' MOTION TO**

9

       **MODIFY THE AMENDED PRETRIAL ORDER AND EXTEND THE**

10

       **JUNE 30, 2006 FACT DISCOVERY CUTOFF**

11

    3. **DECLARATION OF MICHELE F. KYROUZ IN OPPOSITION TO PLAINTIFFS' MOTION TO MODIFY THE AMENDED PRETRIAL**

12

       **ORDER AND EXTEND THE JUNE 30, 2006 FACT DISCOVERY CUTOFF  [CONFIDENTIAL]**

13

    4. **DEFENDANTS' ADMINISTRATIVE REQUEST TO FILE UNDER**

14

       **SEAL THE EXHIBITS TO THE DECLARATION OF MICHELE F. KYROUZ IN OPPOSITION TO PLAINTIFFS' MOTION TO**

15

       **MODIFY THE AMENDED PRETRIAL ORDER AND EXTEND THE JUNE 30, 2006 FACT DISCOVERY CUTOFF**

16

    5. **[PROPOSED] SEALING ORDER**

17

    6. **PROOF OF SERVICE**

18

by serving a true copy of the above-described document in the following manner:

19

20

## BY OVERNIGHT MAIL DELIVERY

       I am familiar with the office practice of Latham & Watkins LLP for collecting and

21

processing documents for overnight mail delivery by Express Mail or other express service carrier. Under that practice, documents are deposited with the Latham & Watkins LLP personnel responsible for

22

depositing documents in a post office, mailbox, subpost office, substation, mail chute, or other like facility regularly maintained for receipt of overnight mail by Express Mail or other express service

23

carrier; such documents are delivered for overnight mail delivery by Express Mail or other express service carrier on that same day in the ordinary course of business, with delivery fees thereon fully

24

prepaid and/or provided for. I deposited in Latham & Watkins LLP' interoffice mail a sealed envelope or package containing the above-described document and addressed as set forth below in accordance with

25

the office practice of Latham & Watkins LLP for collecting and processing documents for overnight mail delivery by Express Mail or other express service carrier:

26

27

28

1    Sanford Svetcov
     Shawn A. Williams
2    Willow E. Radcliffe
     LERACH, COUGLIN, STOIA, GELLER, RUDMAN & ROBBINS LLP
3    100 Pine Street, Suite 2600
     San Francisco, California 94111-5238
4
     William S. Lerach
5    Mark Solomon
     Douglas R. Britton
6    LERACH, COUGHLIN, STOIA, GELLER, RUDMAN & ROBBINS LLP
     655 West Broadway, Suite 1900
7    San Diego, CA 92101

8

9           I declare that I am employed in the office of a member of the Bar of, or permitted to
     practice before, this Court at whose direction the service was made and declare under penalty of perjury
10   under the laws of the State of California that the foregoing is true and correct.

11          Executed on **June 20, 2006**, at San Francisco, California.

12

13

14                                                      _____
                                                              Jennifer Kolin
15

16

17

18

19

20

21

22

23

24

25

26

27

28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

PROOF OF SERVCIE
Master File No. C-01-0988-MJJ (JCS)