1  LATHAM & WATKINS LLP
   Peter A. Wald (SBN 85705)
2  *peter.wald@lw.com*
   Michele F. Kyrouz (SBN 168004)
3  *michele.kyrouz@lw.com*
4  505 Montgomery Street, Suite 2000
   San Francisco, CA  94111-2562
5  Telephone:  (415) 391-0600
   Facsimile:  (415) 395-8095
6

LATHAM & WATKINS LLP
   Patrick E. Gibbs  (SBN 183174)
*patrick.gibbs@lw.com*
140 Scott Drive
Menlo Park, CA  94025
Telephone:  (650) 328-4600
Facsimile:  650) 463-2600

7  Attorneys for Defendants ORACLE CORPORATION, LAWRENCE
   J. ELLISON, JEFFREY O. HENLEY, and EDWARD J. SANDERSON
8

9  ORACLE CORPORATION
   Dorian E. Daley (SBN 129049)
   James C. Maroulis (SBN 208316)
10  *jim.maroulis@oracle.com*
   500 Oracle Parkway
11  Mailstop 5OP7
   Redwood Shores, California 94065
12  Telephone: (650) 506-5200
   Facsimile: (650) 506-7114
13  Attorneys for Defendant ORACLE CORPORATION

14

15              **UNITED STATES DISTRICT COURT**

16  **NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION**

17  In re ORACLE CORPORATION
   SECURITIES LITIGATION
18

19

20  This Document Relates To:

21  ALL ACTIONS.

22

23

24

25

26

27

28

Master File No. C-01-0988-MJJ (JCS)
(Consolidated)

<u>CLASS ACTION</u>

**DEFENDANTS' ADMINISTRATIVE
REQUEST TO FILE UNDER SEAL THE
EXHIBITS TO THE DECLARATION OF
MICHELE F. KYROUZ IN OPPOSITION
TO PLAINTIFFS' MOTION TO MODIFY
THE AMENDED PRETRIAL ORDER
AND EXTEND THE JUNE 30, 2006 FACT
DISCOVERY CUTOFF**

Honorable Joseph C. Spero

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

DEFENDANTS' ADMINISTRATIVE REQUEST TO FILE UNDER SEAL
EXS. TO KYROUZ DECL. IN OPP. TO PLAINTIFFS' MOTION TO MODIFY THE
AMENDED PRETRIAL ORDER AND EXTEND  FACT DISCOVERY CUTOFF
Master File No. C-01-0988-MJJ (JCS)

1    Defendants submit this administrative request to file under seal the Exhibits to the

2  Declaration of Michele F. Kyrouz in Opposition to Plaintiffs' Motion to Modify the Amended

3  Pretrial Order and Extend the June 30, 2006 Fact Discovery Cutoff ("Kyrouz Declaration")

4  pursuant to Civil Local Rules 7-11 and 79-5.  Accompanying this administrative request are the

5  Declaration of Andrew Farthing in Support of Defendants' Administrative Request to File Under

6  Seal the Exhibits to the Declaration of Michele F. Kyrouz in Opposition to Plaintiffs' Motion to

7  Modify the Amended Pretrial Order and Extend the June 30, 2006 Fact Discovery Cutoff and the

8  [Proposed] Sealing Order, respectively filed and lodged concurrently herewith.

9    The exhibits accompanying the Kyrouz Declaration make reference to

10  information which has been designated as "Confidential", including the names of Confidential

11  Witnesses their status as Confidential Witnesses.  *See* Farthing Decl. ¶ 3.  This information has

12  been designated as "Confidential" by the Plaintiffs and  is, therefore, subject to the provisions of

13  the Revised Stipulated Protective Order Governing Confidentiality entered on January 11, 2005.

14  *See* Farthing Decl., ¶ 4.   Accordingly, Defendants respectfully request that the Exhibits to the

15  Declaration of Michele F. Kyrouz in Opposition to Plaintiffs' Motion to Modify the Amended

16  Pretrial Order and Extend the Fact Discovery Cutoff be filed under seal of the Court.

17

18  Dated:  June 20, 2006                                  LATHAM & WATKINS LLP
                                                           Peter A. Wald
19                                                         Michele F. Kyrouz
                                                           Patrick E. Gibbs
20
                                        By: _____
21

22                                      Attorneys for Defendants ORACLE
                                        CORPORATION, LAWRENCE J. ELLISON,
23                                      JEFFREY O. HENLEY, and EDWARD J.
                                        SANDERSON
24

25

26

27

28

LATHAM&WATKINS^LLP
ATTORNEYS AT LAW
SILICON VALLEY

1

DEFENDANTS' ADMINISTRATIVE REQUEST TO FILE UNDER SEAL
EXS. TO KYROUZ DECL. IN  OPP. TO PLAINTIFFS' MOTION TO MODIFY THE
AMENDED PRETRIAL ORDER AND EXTEND  FACT DISCOVERY CUTOFF
Master File No. C-01-0988-MJJ (JCS)