LATHAM & WATKINS LLP
  Peter A. Wald (SBN 85705)
  *peter.wald@lw.com*
  Michele F. Kyrouz (SBN 168004)
  *michele.kyrouz@lw.com*
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-2562
Telephone: (415) 391-0600
Facsimile: (415) 395-8095

LATHAM & WATKINS LLP
  Patrick E. Gibbs (SBN 183174)
  *patrick.gibbs@lw.com*
140 Scott Drive
Menlo Park, CA 94025
Telephone: (650) 328-4600
Facsimile: 650) 463-2600

Attorneys for Defendants ORACLE CORPORATION, LAWRENCE J. ELLISON, JEFFREY O. HENLEY, and EDWARD J. SANDERSON

ORACLE CORPORATION
  Dorian E. Daley (SBN 129049)
  James C. Maroulis (SBN 208316)
  *jim.maroulis@oracle.com*
500 Oracle Parkway
Mailstop 5OP7
Redwood Shores, California 94065
Telephone: (650) 506-5200
Facsimile: (650) 506-7114
Attorneys for Defendant ORACLE CORPORATION

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Master File No. C-01-0988-MJJ (JCS) (Consolidated)<br><br><u>CLASS ACTION</u><br><br>**DECLARATION OF ANDREW M. FARTHING IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE REQUEST TO FILE UNDER SEAL THE EXHIBITS TO THE DECLARATION OF MICHELE F. KYROUZ IN OPPOSITION TO PLAINTIFFS' MOTION TO MODIFY THE AMENDED PRETRIAL ORDER AND EXTEND THE JUNE 30, 2006 FACT DISCOVERY CUTOFF**<br><br>Honorable Joseph C. Spero |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

DECLARATION OF ANDREW M. FARTHING IN SUPPORT OF DEFENDANTS'
ADMIN. REQUEST TO FILE UNDER SEAL EXS. TO KYROUZ DECL. IN OPPOSITION
TO PLAINTIFFS' MOTION TO MODIFY THE AMENDED PRETRIAL ORDER AND
EXTEND THE JUNE 30, 2006 FACT DISCOVERY CUTOFF
MASTER FILE NO. C-01-0988-MJJ (JCS)

I, Andrew M. Farthing, declare as follows:

1. I am an attorney duly licensed to practice before all the courts of the State of California. I am an associate with the law firm of Latham & Watkins LLP, counsel of record for Defendants in the above-entitled action. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. I submit this declaration in support of Defendants' Administrative Request to File Under Seal the Exhibits to the Declaration of Michele F. Kyrouz in Opposition to Plaintiffs Motion to Modify the Amended Pretrial Order and Extend the June 30, 2006 Fact Discovery Cutoff.

3. The exhibits to the Declaration of Michele F. Kyrouz in Opposition to Plaintiffs Motion to Modify the Amended Pretrial Order and Extend the June 30, 2006 Fact Discovery Cutoff contain information that has been designated as "Confidential," including the names of various Confidential Witnesses in this case.

4. Information that has been designated as "Confidential" is subject to the provisions of the Revised Stipulated Protective Order Governing Confidentiality entered on January 11, 2005.

I hereby certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on June 20, 2006 in Menlo Park, California.

                                                                 /s/
                                          Andrew Farthing

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

1

DECLARATION OF ANDREW M. FARTHING IN SUPPORT OF DEFENDANTS' ADMIN. REQUEST TO FILE UNDER SEAL EXS. TO KYROUZ DECL. IN OPPOSITION TO PLAINTIFFS' MOTION TO MODIFY THE AMENDED PRETRIAL ORDER AND EXTEND THE JUNE 30, 2006 FACT DISCOVERY CUTOFF
MASTER FILE NO. C-01-0988-MJJ (JCS)