1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION

| In re ORACLE CORPORATION SECURITIES LITIGATION | Master File No. C-01-0988-MJJ (JCS) (Consolidated) |
| --- | --- |
| | <u>CLASS ACTION</u> |
| This Document Relates To: | **[PROPOSED] SEALING ORDER** |
| ALL ACTIONS. | Honorable Joseph C. Spero |

Having considered the papers regarding Defendants' Administrative Request to File Under Seal the Exhibits to the Declaration of Michele F. Kyrouz in Opposition to Plaintiffs' Motion to Modify the Amended Pretrial Order and Extend the June 30, 2006 Fact Discovery Cutoff, and finding good cause therefore;

The exhibits accompanying the Declaration of Michele F. Kyrouz are HEREBY sealed.

IT IS SO ORDERED.

DATED: _____

_____
THE HONORABLE JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE

Submitted by:

DATED: June 20, 2006

| LATHAM & WATKINS LLP | LATHAM & WATKINS LLP |
|---|---|
| Peter A. Wald (SBN 85705) | Patrick E. Gibbs (SBN 183174) |
| *peter.wald@lw.com* | *patrick.gibbs@lw.com* |
| Michele F. Kyrouz (SBN 168004) | 140 Scott Drive |
| *michele.kyrouz@lw.com* | Menlo Park, CA 94025 |
| 505 Montgomery Street, Suite 2000 | Telephone: (650) 328-4600 |
| San Francisco, CA 94111-2562 | Facsimile: 650) 463-2600 |
| Telephone: (415) 391-0600 | |
| Facsimile: (415) 395-8095 | |