IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re:                                                                                   No.     C01-00988 MJJ

ORACLE CORPORATION ET SECURITIES LITIGATION,

        Defendant.
                                          /

**AMENDED ORDER OF REFERENCE**

       Pursuant to Civil Local Rule 72-1, it is HEREBY ORDERED that the **Plaintiff's Motion to Modidy the Amended Pretrial Order and Extend the June 30, 2006 Fact Discovery Cutoff** in the above-captioned case is referred to Magistrate Judge **Edward A. Infante**.

       Counsel will be advised of the date, time and place of the next appearance by notice from Judge Infante's chambers. THE MOTION HEARING SET ON JUDGE JENKINS' CALENDAR FOR **June 20, 2006,** IS HEREBY **VACATED**.

       The order of referral (Doc. #551) filed on 6/19/2006 is **vacated.**

**IT IS SO ORDERED.**

Dated: 6/21/2006

MARTIN J. JENKINS
United States District Judge