DANIEL J. BERGESON, Bar No. 105439, dbergeson@be-law.com
CAROLINE McINTYRE, Bar No. 159005, cmcintyre@be-law.com
BERGESON, LLP
303 Almaden Boulevard, Suite 500
San Jose, CA 95110-2712
Telephone: (408) 291-6200
Facsimile: (408) 297-6000

Attorneys for Non-Party
RAYMOND LANE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE ORACLE CORPORATION SECURITIES LITIGATION | Case No. 3:01- cv-00988-MJJ |
|---|---|
| This Document Relates To:<br><br>ALL ACTIONS. | **[proposed] ORDER GRANTING NON-PARTY RAYMOND LANE'S EX PARTE MOTION TO QUASH DEPOSITION SUBPOENA DUCES TECUM** |

1  Pursuant to Rule 45(c)(3)(A)(i) of the Federal Rules of Civil Procedure ("FRCP") and Rule
2  7-10 of the Civil Local Rules for the Northern District of California ("N.D.Cal. Civil L.R."), and
3  good cause appearing therefor, accordingly,
4  IT IS HEREBY ORDERED that the *ex parte* motion of non-party Raymond Lane for an
5  order quashing the deposition subpoena duces tecum served upon him by counsel for Plaintiffs in
6  the above-captioned action is GRANTED because the subpoena manifestly fails to allow
7  reasonable time for compliance.
8  SO ORDERED.

10  Dated: June ___, 2006

                                            _____
11                                          Hon. Martin J. Jenkins
                                            UNITED STATES DISTRICT JUDGE