LATHAM & WATKINS LLP
Peter A. Wald (SBN 85705)
peter.wald@lw.com
Michele F. Kyrouz (SBN 168004)
michele.kyrouz@lw.com
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-2562
Telephone: (415) 391-0600
Facsimile: (415) 395-8095

LATHAM & WATKINS LLP
Patrick E. Gibbs (SBN 183174)
patrick.gibbs@lw.com
140 Scott Drive
Menlo Park, CA 94025
Telephone: (650) 328-4600
Facsimile: 650) 463-2600

Attorneys for Defendants ORACLE CORPORATION, LAWRENCE J. ELLISON, JEFFREY O. HENLEY, and EDWARD J. SANDERSON

ORACLE CORPORATION
Dorian E. Daley (SBN 129049)
James C. Maroulis (SBN 208316)
jim.maroulis@oracle.com
500 Oracle Parkway
Mailstop 5OP7
Redwood Shores, California 94065
Telephone: (650) 506-5200
Facsimile: (650) 506-7114
Attorneys for Defendant ORACLE CORPORATION

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Master File No. C-01-0988-MJJ (JCS)<br>(Consolidated)<br><br>CLASS ACTION<br><br>**NOTICE OF ENTRY OF ORDER SEALING EXHIBITS ACCOMPANYING THE DECLARATION OF MICHELE F. KYROUZ** |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

NOTICE OF ENTRY OF ORDER SEALING EXHIBITS
ACCOMPANYING THE DECLARATION OF MICHELE F. KYROUZ
Master File No. C-01-0988-MJJ (JCS)

1     TO:    ALL PARTIES AND THEIR ATTORNEYS OF RECORD

2     PLEASE TAKE NOTICE that on June 22, 2006, the Honorable Edward A. Infante (Ret.), Special Master, signed the Sealing Order, which is attached hereto as Exhibit A.

Dated: June 27, 2006

LATHAM & WATKINS LLP
Peter A. Wald
Michele F. Kyrouz
Patrick E. Gibbs

By: _____
    Michele F. Kyrouz

Attorneys for Defendants ORACLE CORPORATION, LAWRENCE J. ELLISON, JEFFREY O. HENLEY, and EDWARD J. SANDERSON

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

1

NOTICE OF ENTRY OF ORDER SEALING EXHIBITS
ACCOMPANYING THE DECLARATION OF MICHELE F. KYROUZ
Master File No. C-01-0988-MJJ (JCS)