DANIEL J. BERGESON, Bar No. 105439, dbergeson@be-law.com
CAROLINE McINTYRE, Bar No. 159005, cmcintyre@be-law.com
BERGESON, LLP
303 Almaden Boulevard, Suite 500
San Jose, CA 95110-2712
Telephone: (408) 291-6200
Facsimile: (408) 297-6000

Attorneys for Non-Party
RAYMOND LANE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE ORACLE CORPORATION SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Case No. 3:01-cv-00988-MJJ<br><br>**NOTICE OF NON-PARTY RAYMOND LANE'S REMOVAL OF MOTION TO QUASH DEPOSITION SUPBOENA DUCES TECUM** |

1  TO ALL PARTIES AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD
2  HEREIN:
3      PLEASE TAKE NOTICE that Non-Party Raymond Lane hereby removes from the Court's
4  docket the Motion to Quash Deposition Subpoena Duces Tecum which was E-filed on June 22,
5  2006.

Dated: July 11, 2006                      BERGESON, LLP

                                                /s/
                                        Caroline McIntyre
                                        Attorneys for Non-Party
                                        RAYMOND LANE