LERACH COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
MARK SOLOMON (151949)
DOUGLAS R. BRITTON (188769)
VALERIE L. McLAUGHLIN (191916)
GAVIN M. BOWIE (235532)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
marks@lerachlaw.com
dougb@lerachlaw.com
valeriem@lerachlaw.com
gbowie@lerachlaw.com
        – and –
SHAWN A. WILLIAMS (213113)
WILLOW E. RADCLIFFE (200087)
ELI R. GREENSTEIN (217945)
JENNIE LEE ANDERSON (203586)
MONIQUE C. WINKLER (213031)
100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@lerachlaw.com
willowr@lerachlaw.com
elig@lerachlaw.com
jenniea@lerachlaw.com
moniquew@lerachlaw.com

Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>    ALL ACTIONS. | Master File No. C-01-0988-MJJ<br><br>CLASS ACTION<br><br>NOTICE OF ENTRY OF ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFFS' MOTION TO MODIFY THE AMENDED PRETRIAL ORDER AND EXTEND THE JUNE 30, 2006 FACT DISCOVERY CUTOFF AND PLAINTIFFS' MOTION TO AMEND THE DECEMBER 14, 2004 AMENDED PRETRIAL ORDER TO INCLUDE ADDITIONAL DEPOSITIONS |

1  TO:  ALL PARTIES AND THEIR ATTORNEYS OF RECORD

2  PLEASE TAKE NOTICE that on July 19, 2006, The Honorable Edward A. Infante (Ret.),

3  Special Master, signed the Order Granting in Part and Denying in Part Plaintiffs' Motion to Modify

4  the Amended Pretrial Order and Extend the June 30, 2006 Fact Discovery Cutoff and Plaintiffs'

5  Motion to Amend the December 14, 2004 Amended Pretrial Order to Include Additional

6  Depositions, which is attached hereto as Exhibit A.

7  DATED:  July 20, 2006                    LERACH COUGHLIN STOIA GELLER
                                              RUDMAN & ROBBINS LLP
8                                          SHAWN A. WILLIAMS
                                           WILLOW E. RADCLIFFE
9                                          ELI R. GREENSTEIN
                                           JENNIE LEE ANDERSON
10                                         MONIQUE C. WINKLER

11

12
                                                s/ JENNIE LEE ANDERSON
13                                             JENNIE LEE ANDERSON

14                                         100 Pine Street, Suite 2600
                                           San Francisco, CA  94111
15                                         Telephone:  415/288-4545
                                           415/288-4534 (fax)
16
                                           LERACH COUGHLIN STOIA GELLER
17                                            RUDMAN & ROBBINS LLP
                                           MARK SOLOMON
18                                         DOUGLAS R. BRITTON
                                           VALERIE L. McLAUGHLIN
19                                         GAVIN M. BOWIE
                                           655 West Broadway, Suite 1900
20                                         San Diego, CA  92101
                                           Telephone:  619/231-1058
21                                         619/231-7423 (fax)

22                                         Lead Counsel for Plaintiffs

23  T:\CasesSF\Oracle3\not00033141.doc

24

25

26

27

28

NOTICE OF ENTRY OF ORDER - C-01-0988-MJJ                                    - 1 -

1

<u>CERTIFICATE OF SERVICE</u>

2      I hereby certify that on July 20, 2006, I electronically filed the foregoing with the Clerk of

3 the Court using the CM/ECF system which will send notification of such filing to the e-mail

4 addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have

5 mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF

6 participants indicated on the attached Manual Notice List.

7

8                             s/ JENNIE LEE ANDERSON
                             JENNIE LEE ANDERSON

9                             LERACH COUGHLIN STOIA GELLER
                                RUDMAN & ROBBINS LLP

10                         100 Pine Street, Suite 2600
                        San Francisco, CA  94111

11                         Telephone:  415/288-4545
                        415/288-4534 (fax)

12                         E-mail: JennieA@lerachlaw.com

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# Mailing Information for a Case 3:01-cv-00988-MJJ

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jennie Lee Anderson**
  jenniea@lerachlaw.com

- **Eric J. Belfi**
  ebelfi@labaton.com ElectronicCaseFiling@labaton.com

- **Doug Britton**
  dougb@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Patrick Edward Gibbs**
  patrick.gibbs@lw.com zoila.aurora@lw.com

- **Eli Greenstein**
  Elig@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Kirke M. Hasson**
  kirke.hasson@pillsburylaw.com cheryl.grant@pillsburylaw.com

- **Reed R. Kathrein**
  reedk@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Michele F. Kyrouz**
  michele.kyrouz@lw.com

- **Nicole Lavallee**
  nlavallee@bermanesq.com

- **William S. Lerach**
  e_file_sd@lerachlaw.com

- **James C. Maroulis**
  jim.maroulis@oracle.com

- **Caroline McIntyre**
  cmcintyre@be-law.com cgrenon@be-law.com

- **Brian P Murray**
  bmurray@rabinlaw.com

- **Shinyung Oh**
  shinyungoh@paulhastings.com sandradiluzio@paulhastings.com

- **Willow E. Radcliffe**

willowr@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Darren J. Robbins**

- **Sanna Rachel Singer**
  sanna.singer@pillsburylaw.com

- **Mark Solomon**
  marks@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Shawn A. Williams**
  shawnw@lerachlaw.com
  e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com;MariaM@lerachlaw.com;MoniqueW@lerach

- **Monique Winkler**
  MoniqueW@lerachlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Dorian Daley
500 Oracle Parkway
Redwood City, CA 94065

Corey D. Holzer
Holzer Holzer & Cannon LLC
1117 Perimeter Center West
Suite E-107
Atlanta, GA 30338
```