# EXHIBIT A

1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

11

NORTHERN DISTRICT OF CALIFORNIA

12

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION | Master File No. C-01-0988-MJJ |
| | CLASS ACTION |
| This Document Relates To: | [PROPOSED] ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFFS' MOTION TO MODIFY THE AMENDED PRETRIAL ORDER AND EXTEND THE JUNE 30, 2006 FACT DISCOVERY CUTOFF AND PLAINTIFFS' MOTION TO AMEND THE DECEMBER 14, 2004 AMENDED PRETRIAL ORDER TO INCLUDE ADDITIONAL DEPOSITIONS |
| ALL ACTIONS. | |

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1   On July 10, 2006, the parties appeared before Special Master, the Honorable Edward A.

2   Infante (Ret.), regarding plaintiffs' Motion to Modify the Amended Pretrial Order and Extend the

3   June 30, 2006 Fact Discovery Cutoff and plaintiffs' Motion to Amend the December 14, 2004

4   Amended Pretrial Order to Include Additional Depositions.  The Court has considered all of the

5   papers submitted in support of and in opposition to plaintiffs' motions, as well as oral argument from

6   counsel. Having found that plaintiffs have diligently pursued their case and good cause therefor, the

7   Court hereby orders as follows:

8       1.   the fact discovery cutoff shall be extended to October 2, 2006;

9       2.   the Court's December 14, 2004 Amended Pretrial Order shall be modified to allow

10  plaintiffs to take up to 72 depositions; and

11      3.   plaintiffs shall have the option of splitting the two-day depositions of individual

12  defendants Lawrence Ellison and Jeffrey Henley. The first day of each deposition shall take place in

13  July 2006, as previously scheduled and confirmed by the parties, and the second day of each

14  deposition may take place at a later date prior to the October 2, 2006 fact discovery cutoff to be

15  determined by the parties.

16                      *      *      *

17                          **O R D E R**

18      IT IS SO ORDERED.

19  DATED: _July 19 2006_                     _____

20                                          THE HONORABLE EDWARD A. INFANTE
                                            (RET.) SPECIAL MASTER

21  Submitted by:

22  LERACH COUGHLIN STOIA GELLER
        RUDMAN & ROBBINS LLP
23  SHAWN A. WILLIAMS
    WILLOW E. RADCLIFFE
24  ELI R. GREENSTEIN
    JENNIE LEE ANDERSON
25  MONIQUE C. WINKLER

26

27  _____
        JENNIE LEE ANDERSON

28

[PROP] ORD GRAN IN PART & DEN IN PART PLFS' MOT TO MOD THE AM PRETRIAL ORD &
EXT THE JUNE 30, 2006 FACT DISC CUTOFF & TO AM THE DEC 14, 2004 - C-01-0988-MJJ          - 1 -

1

100 Pine Street, Suite 2600
2   San Francisco, CA  94111
   Telephone:  415/288-4545
3   415/288-4534 (fax)

4   LERACH COUGHLIN STOIA GELLER
      RUDMAN & ROBBINS LLP
5   MARK SOLOMON
   DOUGLAS R. BRITTON
6   VALERIE L. McLAUGHLIN
   GAVIN M. BOWIE
7   655 West Broadway, Suite 1900
   San Diego, CA  92101
8   Telephone:  619/231-1058
   619/231-7423 (fax)
9
   Lead Counsel for Plaintiffs
10
   T:\CasesSF\Oracle3\ORD00033030.doc
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# PROOF OF SERVICE BY E-MAIL

I, Sandra Chan, not a party to the within action, hereby declare that on July 19, 2006, I served the attached ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFFS' MOTION TO MODIFY THE AMENDED PRETRIAL ORDER AND EXTEND THE JUNE 30, 2006 FACT DISCOVERY CUTOFF AND PLAINTIFFS' MOTION TO AMEND THE DECEMBER 14, 2004 AMENDED PRETRIAL ORDER TO INCLUDE ADDITIONAL DEPOSITIONS in the within action by e-mail addressed as follows:

| | | |
|---|---|---|
| Mark Solomon Esq. | Lerach, Coughlin, Stoia, Geller, Rudman & Robbins LLP | marks@lerachlaw.com |
| Douglas Britton Esq. | Lerach, Coughlin, Stoia, Geller, Rudman & Robbins LLP | dougb@lerachlaw.com |
| Valerie McLaughlin Esq. | Lerach, Coughlin, Stoia, Geller, Rudman & Robbins LLP | valeriem@lerachlaw.com |
| Gavin Bowie Esq. | Lerach, Coughlin, Stoia, Geller, Rudman & Robbins LLP | gbowie@lerachlaw.com |
| Shawn Williams Esq. | Lerach, Coughlin, Stoia, Geller, Rudman & Robbins LLP | shawnw@lerachlaw.com |
| Willow Radcliffe Esq. | Lerach, Coughlin, Stoia, Geller, Rudman & Robbins LLP | willowr@lerachlaw.com |
| Eli Greenstein Esq. | Lerach, Coughlin, Stoia, Geller, Rudman & Robbins LLP | elig@lerachlaw.com |
| Jennie Anderson Esq. | Lerach, Coughlin, Stoia, Geller, Rudman & Robbins LLP | jenniea@lerachlaw.com |
| Monique Winkler Esq. | Lerach, Coughlin, Stoia, Geller, Rudman & Robbins LLP | moniquew@lerachlaw.com |
| Peter Wald Esq. | Latham & Watkins | peter.wald@lw.com |
| Michele Kyrouz | Latham & Watkins | michele.kyrouz@LW.com |
| Matthew Harrison Esq. | Latham & Watkins | matt.harrison@LW.com |