1  LERACH COUGHLIN STOIA GELLER
      RUDMAN & ROBBINS LLP
2  MARK SOLOMON (151949)
   DOUGLAS R. BRITTON (188769)
3  VALERIE L. McLAUGHLIN (191916)
   GAVIN M. BOWIE (235532)
4  655 West Broadway, Suite 1900
   San Diego, CA  92101
5  Telephone:  619/231-1058
   619/231-7423 (fax)
6  marks@lerachlaw.com
   dougb@lerachlaw.com
7  valeriem@lerachlaw.com
   gbowie@lerachlaw.com
8         – and –
   SHAWN A. WILLIAMS (213113)
9  WILLOW E. RADCLIFFE (200087)
   ELI R. GREENSTEIN (217945)
10 JENNIE LEE ANDERSON (203586)
   MONIQUE C. WINKLER (213031)
11 100 Pine Street, Suite 2600
   San Francisco, CA  94111
12 Telephone:  415/288-4545
   415/288-4534 (fax)
13 shawnw@lerachlaw.com
   willowr@lerachlaw.com
14 elig@lerachlaw.com
   jenniea@lerachlaw.com
15 moniquew@lerachlaw.com

16 Lead Counsel for Plaintiffs

17                       UNITED STATES DISTRICT COURT

18                      NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION | Master File No. C-01-0988-MJJ (BZ) |
| | <u>CLASS ACTION</u> |
| This Document Relates To: | STIPULATION AND [PROPOSED] ORDER REGARDING SETTLEMENT CONFERENCE |
| ALL ACTIONS. | |

1   THE PARTIES HEREBY STIPULATE AS FOLLOWS:

2   WHEREAS, on December 13, 2004 the Honorable Bernard Zimmerman scheduled a
3   settlement conference in the above-referenced action for August 1, 2006;

4   WHEREAS, Judge Zimmerman's December 13, 2004 Order Scheduling Settlement
5   Conference provides that prior to the settlement conference the necessary discovery to evaluate the
6   case for settlement purposes should be completed;

7   WHEREAS, the fact discovery cut-off in the above-referenced action has been extended to
8   October 2, 2006; and

9   WHEREAS, additional depositions in this action are scheduled to take place after August 1,
10  2006.

11  In accordance with the above, the parties, by and through their counsel, HEREBY
12  STIPULATE that the August 1, 2006 settlement conference be continued to a date after November 6,
13  2006.

14  IT IS SO STIPULATED.

15  DATED: July 25, 2006                           LERACH COUGHLIN STOIA GELLER
                                                      RUDMAN & ROBBINS LLP
16                                                  SHAWN A. WILLIAMS
                                                    WILLOW E. RADCLIFFE
17                                                  ELI R. GREENSTEIN
                                                    JENNIE LEE ANDERSON
18                                                  MONIQUE C. WINKLER

19

20                                                        /s/ Willow E. Radcliffe
                                                         WILLOW E. RADCLIFFE
21
                                                    100 Pine Street, Suite 2600
22                                                  San Francisco, CA  94111
                                                    Telephone:  415/288-4545
23                                                  415/288-4534 (fax)

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER REGARDING SETTLEMENT CONFERENCE - C-01-
0988-MJJ (BZ)                                                                                            - 1 -

|   |   |
|---|---|
|   | LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP<br>MARK SOLOMON<br>DOUGLAS R. BRITTON<br>VALERIE L. McLAUGHLIN<br>GAVIN M. BOWIE<br>655 West Broadway, Suite 1900<br>San Diego, CA  92101<br>Telephone:  619/231-1058<br>619/231-7423 (fax) |
|   | Lead Counsel for Plaintiffs |
| DATED:  July 25, 2006 | LATHAM & WATKINS LLP<br>PATRICK E. GIBBS |
|   | _____/s/ Patrick E. Gibbs_____<br>PATRICK E. GIBBS |
|   | 135 Commonwealth Drive<br>Menlo Park, CA 94025<br>Telephone:  650/328-4600<br>650/463-2600 (fax) |
|   | Attorneys for Defendants |

I, Willow E. Radcliffe, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Regarding Settlement Conference.  In compliance with General Order 45, X.B., I hereby attest that Patrick E. Gibbs has concurred in this filing.

\*     \*     \*

**O R D E R**

PURSUANT TO THE STIPULATION of the parties and good cause appearing, IT IS HEREBY ORDERED that the settlement conference currently scheduled for August 1, 2006 before the undersigned is VACATED and continued to _____.

DATED:  _____   _____
　　　　　　　　　　　　　　　　　THE HONORABLE BERNARD ZIMMERMAN
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

CERTIFICATE OF SERVICE

I hereby certify that on July 25, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

   /s/ WILLOW E. RADCLIFFE
WILLOW E. RADCLIFFE

LERACH COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
100 Pine Street, 26th Floor
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)
E-mail: WillowR@lerachlaw.com

# Mailing Information for a Case 3:01-cv-00988-MJJ

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jennie Lee Anderson**
  jenniea@lerachlaw.com

- **Eric J. Belfi**
  ebelfi@labaton.com ElectronicCaseFiling@labaton.com

- **Doug Britton**
  dougb@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Patrick Edward Gibbs**
  patrick.gibbs@lw.com zoila.aurora@lw.com

- **Eli Greenstein**
  Elig@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Kirke M. Hasson**
  kirke.hasson@pillsburylaw.com cheryl.grant@pillsburylaw.com

- **Reed R. Kathrein**
  reedk@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Michele F. Kyrouz**
  michele.kyrouz@lw.com

- **Nicole Lavallee**
  nlavallee@bermanesq.com

- **William S. Lerach**
  e_file_sd@lerachlaw.com

- **James C. Maroulis**
  jim.maroulis@oracle.com

- **Caroline McIntyre**
  cmcintyre@be-law.com cgrenon@be-law.com

- **Brian P Murray**
  bmurray@rabinlaw.com

- **Shinyung Oh**
  shinyungoh@paulhastings.com sandradiluzio@paulhastings.com

- **Willow E. Radcliffe**

willowr@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Darren J. Robbins**

- **Sanna Rachel Singer**
  sanna.singer@pillsburylaw.com

- **Mark Solomon**
  marks@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Shawn A. Williams**
  shawnw@lerachlaw.com
  e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com;MariaM@lerachlaw.com;MoniqueW@lerach

- **Monique Winkler**
  MoniqueW@lerachlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Dorian Daley
500 Oracle Parkway
Redwood City, CA 94065

Corey D. Holzer
Holzer Holzer & Cannon LLC
1117 Perimeter Center West
Suite E-107
Atlanta, GA 30338
```