1  LERACH COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
2  MARK SOLOMON (151949)
   DOUGLAS R. BRITTON (188769)
3  VALERIE L. McLAUGHLIN (191916)
   GAVIN M. BOWIE (235532)
4  655 West Broadway, Suite 1900
   San Diego, CA  92101
5  Telephone: 619/231-1058
   619/231-7423 (fax)
6  marks@lerachlaw.com
   dougb@lerachlaw.com
7  valeriem@lerachlaw.com
   gbowie@lerachlaw.com
8       – and –
   SHAWN A. WILLIAMS (213113)
9  WILLOW E. RADCLIFFE (200087)
   ELI R. GREENSTEIN (217945)
10 JENNIE LEE ANDERSON (203586)
   MONIQUE C. WINKLER (213031)
11 100 Pine Street, Suite 2600
   San Francisco, CA  94111
12 Telephone: 415/288-4545
   415/288-4534 (fax)
13 shawnw@lerachlaw.com
   willowr@lerachlaw.com
14 elig@lerachlaw.com
   jenniea@lerachlaw.com
15 moniquew@lerachlaw.com

16 Lead Counsel for Plaintiffs

17                          UNITED STATES DISTRICT COURT

18                         NORTHERN DISTRICT OF CALIFORNIA

| In re ORACLE CORPORATION SECURITIES LITIGATION | Master File No. C-01-0988-MJJ (BZ) |
|---|---|
| | CLASS ACTION |
| This Document Relates To: | STIPULATION AND [PROPOSED] ORDER REGARDING SETTLEMENT CONFERENCE |
| ALL ACTIONS. | |

1  THE PARTIES HEREBY STIPULATE AS FOLLOWS:

2  WHEREAS, on December 13, 2004 the Honorable Bernard Zimmerman scheduled a
3  settlement conference in the above-referenced action for August 1, 2006;

4  WHEREAS, Judge Zimmerman's December 13, 2004 Order Scheduling Settlement
5  Conference provides that prior to the settlement conference the necessary discovery to evaluate the
6  case for settlement purposes should be completed;

7  WHEREAS, the fact discovery cut-off in the above-referenced action has been extended to
8  October 2, 2006; and

9  WHEREAS, additional depositions in this action are scheduled to take place after August 1,
10  2006.

11  In accordance with the above, the parties, by and through their counsel, HEREBY
12  STIPULATE that the August 1, 2006 settlement conference be continued to a date after November 6,
13  2006.

14  IT IS SO STIPULATED.

15  DATED: July 25, 2006        LERACH COUGHLIN STOIA GELLER
                                RUDMAN & ROBBINS LLP
16                              SHAWN A. WILLIAMS
                                WILLOW E. RADCLIFFE
17                              ELI R. GREENSTEIN
                                JENNIE LEE ANDERSON
18                              MONIQUE C. WINKLER

19

20                                        /s/ Willow E. Radcliffe
                                        WILLOW E. RADCLIFFE
21
                                100 Pine Street, Suite 2600
22                              San Francisco, CA 94111
                                Telephone: 415/288-4545
23                              415/288-4534 (fax)

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER REGARDING SETTLEMENT CONFERENCE - C-01-
0988-MJJ (BZ)                                                                              - 1 -

|   |   |
|---|---|
|   | LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP<br>MARK SOLOMON<br>DOUGLAS R. BRITTON<br>VALERIE L. McLAUGHLIN<br>GAVIN M. BOWIE<br>655 West Broadway, Suite 1900<br>San Diego, CA 92101<br>Telephone: 619/231-1058<br>619/231-7423 (fax) |
|   | Lead Counsel for Plaintiffs |
| DATED: July 25, 2006 | LATHAM & WATKINS LLP<br>PATRICK E. GIBBS |
|   | /s/ Patrick E. Gibbs<br>PATRICK E. GIBBS |
|   | 135 Commonwealth Drive<br>Menlo Park, CA 94025<br>Telephone: 650/328-4600<br>650/463-2600 (fax) |
|   | Attorneys for Defendants |

I, Willow E. Radcliffe, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Regarding Settlement Conference. In compliance with General Order 45, X.B., I hereby attest that Patrick E. Gibbs has concurred in this filing.

\* \* \*

## ORDER

PURSUANT TO THE STIPULATION of the parties and good cause appearing, IT IS HEREBY ORDERED that the settlement conference currently scheduled for August 1, 2006 before the undersigned is VACATED and continued to Nov 28 2006 9:30 am.

DATED: 26 July 06

THE HONORABLE BERNARD ZIMMERMAN
UNITED STATES MAGISTRATE JUDGE

T:\CasesSF\Oracle3\S_O00033229.doc
STIPULATION AND [PROPOSED] ORDER REGARDING SETTLEMENT CONFERENCE - C-01-0988-MJJ (BZ)

- 2 -

| | |
|---|---|
| 1 | CERTIFICATE OF SERVICE |
| 2 | I hereby certify that on July 25, 2006, I electronically filed the foregoing with the Clerk of |
| 3 | the Court using the CM/ECF system which will send notification of such filing to the e-mail |
| 4 | addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have |
| 5 | mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF |
| 6 | participants indicated on the attached Manual Notice List. |

/s/ WILLOW E. RADCLIFFE
WILLOW E. RADCLIFFE

LERACH COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
100 Pine Street, 26th Floor
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)
E-mail: WillowR@lerachlaw.com