1  LERACH COUGHLIN STOIA GELLER
      RUDMAN & ROBBINS LLP
2  MARK SOLOMON (151949)
   DOUGLAS R. BRITTON (188769)
3  VALERIE L. McLAUGHLIN (191916)
   GAVIN M. BOWIE (235532)
4  655 West Broadway, Suite 1900
   San Diego, CA  92101
5  Telephone:  619/231-1058
   619/231-7423 (fax)
6  MarkS@lerachlaw.com
   DougB@lerachlaw.com
7  ValerieM@lerachlaw.com
   GBowie@lerachlaw.com
8       – and –
   SHAWN A. WILLIAMS (213113)
9  WILLOW E. RADCLIFFE (200087)
   ELI R. GREENSTEIN (217945)
10 JENNIE LEE ANDERSON (203586)
   MONIQUE C. WINKLER (213031)
11 100 Pine Street, Suite 2600
   San Francisco, CA  94111
12 Telephone:  415/288-4545
   415/288-4534 (fax)
13 ShawnW@lerachlaw.com
   WillowR@lerachlaw.com
14 EliG@lerachlaw.com
   JennieA@lerachlaw.com
15 MoniqueW@lerachlaw.com

16 Lead Counsel for Plaintiffs

17                    UNITED STATES DISTRICT COURT

18                    NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 19 | In re ORACLE CORPORATION SECURITIES LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Master File No. C-01-0988-MJJ |
| 20 | | | CLASS ACTION |
| 21 | This Document Relates To: | | PLAINTIFFS' ADMINISTRATIVE REQUEST TO FILE UNDER SEAL NOTICE OF OBJECTION AND OBJECTION TO THE SPECIAL MASTER'S ORDER DENYING PLAINTIFFS' MOTION TO COMPEL THE RESTORATION OF BACKUP TAPES AND FOR MISCELLANEOUS RELIEF FOR DESTRUCTION OF EVIDENCE AND THE DECLARATION OF SHAWN A. WILLIAMS IN SUPPORT THEREOF |
| 22 | ALL ACTIONS. | | |

Pursuant to Civil Local Rules 7-11 and 79-5,[1] plaintiffs respectfully request that the Court issue an order sealing the Notice of Objection and Objection to the Special Master's Order Denying Plaintiffs' Motion to Compel the Restoration of Backup Tapes and for Miscellaneous Relief for Destruction of Evidence ("Objection") and the Declaration of Shawn A. Williams in Support of Notice of Objection and Objection to the Special Master's Order Denying Plaintiffs' Motion to Compel the Restoration of Backup Tapes and for Miscellaneous Relief for Destruction of Evidence ("Williams Decl."). This request is accompanied by the Declaration of Jennie Lee Anderson in Support of Plaintiffs' Administrative Request to File Under Seal Notice of Objection and Objection to the Special Master's Order Denying Plaintiffs' Motion to Compel the Restoration of Backup Tapes and for Miscellaneous Relief for Destruction of Evidence and the Declaration of Shawn A. Williams in Support Thereof ("Anderson Decl.") and the [Proposed] Sealing Order filed concurrently herewith.

Plaintiffs' Objection and exhibits attached to the Williams Decl. contain information designated "Confidential" in the case. *See* Anderson Decl., paragraph 3. The Revised Stipulated Protective Order Governing Confidentiality, entered by the Court on January 11, 2005 ("Protective Order"), requires that documents containing such disclosures be filed under seal.

Accordingly, the Court should grant this motion and enter the [Proposed] Sealing Order.

DATED: August 7, 2006

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SHAWN A. WILLIAMS
WILLOW E. RADCLIFFE
ELI R. GREENSTEIN
JENNIE LEE ANDERSON
MONIQUE C. WINKLER

    /s/ Jennie Lee Anderson
JENNIE LEE ANDERSON

100 Pine Street, Suite 2600

---

[1] Civil Local Rule 79-5 states that no document may be filed under seal unless it is established that the document is "privileged or protectable as a trade secret or otherwise entitled to protection under the law." Civ. L.R. 79-5(a).

1  
2  
3  
4  
5  
6  
7  
8  
9  
10  
11  
12  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  
27  
28  

San Francisco, CA 94111  
Telephone: 415/288-4545  
415/288-4534 (fax)  

LERACH COUGHLIN STOIA GELLER  
  RUDMAN & ROBBINS LLP  
MARK SOLOMON  
DOUGLAS R. BRITTON  
VALERIE L. McLAUGHLIN  
GAVIN M. BOWIE  
655 West Broadway, Suite 1900  
San Diego, CA 92101  
Telephone: 619/231-1058  
619/231-7423 (fax)  

Lead Counsel for Plaintiffs

T:\CasesSF\Oracle3\REQ00033634.doc

PLFS' ADMIN REQ TO FILE UND SEAL NOT OF OBJ & OBJ TO THE SPEC MASTER'S ORD DEN PLFS' MOT TO COM THE REST OF BACKUP TAPES & FOR MIS RELIEF - C-01-0988-MJJ  - 2 -

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 7, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I further certify that I caused this document to be forwarded to the following designated Internet site at: <u>http://securities.lerachlaw.com/</u>.

<u>/s/ Jennie Lee Anderson</u>
JENNIE LEE ANDERSON

LERACH COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)
E-mail: jenniea@lerachlaw.com

# Mailing Information for a Case 3:01-cv-00988-MJJ

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jennie Lee Anderson**
  jenniea@lerachlaw.com

- **Eric J. Belfi**
  ebelfi@labaton.com ElectronicCaseFiling@labaton.com

- **Doug Britton**
  dougb@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Patrick Edward Gibbs**
  patrick.gibbs@lw.com zoila.aurora@lw.com

- **Eli Greenstein**
  Elig@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Kirke M. Hasson**
  kirke.hasson@pillsburylaw.com cheryl.grant@pillsburylaw.com

- **Reed R. Kathrein**
  reedk@lerachlaw.com e_file_sf@lerachlaw.com;e_file_sd@lerachlaw.com

- **Michele F. Kyrouz**
  michele.kyrouz@lw.com

- **Nicole Lavallee**
  nlavallee@bermanesq.com

- **William S. Lerach**
  e_file_sd@lerachlaw.com

- **James C. Maroulis**
  jim.maroulis@oracle.com

- **Caroline McIntyre**
  cmcintyre@be-law.com cgrenon@be-law.com

- **Brian P Murray**
  bmurray@rabinlaw.com

- **Shinyung Oh**
  shinyungoh@paulhastings.com sandradiluzio@paulhastings.com

- **Willow E. Radcliffe**

willowr@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Darren J. Robbins**

- **Sanna Rachel Singer**
  sanna.singer@pillsburylaw.com

- **Mark Solomon**
  marks@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Shawn A. Williams**
  shawnw@lerachlaw.com
  e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com;MariaM@lerachlaw.com;MoniqueW@lerach

- **Monique Winkler**
  MoniqueW@lerachlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Dorian Daley
500 Oracle Parkway
Redwood City, CA 94065

Corey D. Holzer
Holzer Holzer & Cannon LLC
1117 Perimeter Center West
Suite E-107
Atlanta, GA 30338
```