| | |
|---|---|
| 1 | LERACH COUGHLIN STOIA GELLER |
|   |   RUDMAN & ROBBINS LLP |
| 2 | MARK SOLOMON (151949) |
|   | DOUGLAS R. BRITTON (188769) |
| 3 | VALERIE L. McLAUGHLIN (191916) |
|   | GAVIN M. BOWIE (235532) |
| 4 | 655 West Broadway, Suite 1900 |
|   | San Diego, CA  92101 |
| 5 | Telephone:  619/231-1058 |
|   | 619/231-7423 (fax) |
| 6 | marks@lerachlaw.com |
|   | dougb@lerachlaw.com |
| 7 | valeriem@lerachlaw.com |
|   | gbowie@lerachlaw.com |
| 8 |      – and – |
|   | SHAWN A. WILLIAMS (213113) |
| 9 | WILLOW E. RADCLIFFE (200087) |
|   | ELI R. GREENSTEIN (217945) |
| 10 | JENNIE LEE ANDERSON (203586) |
|   | MONIQUE C. WINKLER (213031) |
| 11 | 100 Pine Street, Suite 2600 |
|   | San Francisco, CA  94111 |
| 12 | Telephone:  415/288-4545 |
|   | 415/288-4534 (fax) |
| 13 | shawnw@lerachlaw.com |
|   | willowr@lerachlaw.com |
| 14 | elig@lerachlaw.com |
|   | jenniea@lerachlaw.com |
| 15 | moniquew@lerachlaw.com |
| 16 | Lead Counsel for Plaintiffs |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION | ) Master File No. C-01-0988-MJJ ) |
| | ) <u>CLASS ACTION</u> |
| This Document Relates To: | ) ) DECLARATION OF JENNIE LEE |
| ALL ACTIONS. | ) ANDERSON IN SUPPORT OF ) PLAINTIFFS' ADMINISTRATIVE ) REQUEST TO FILE UNDER SEAL NOTICE OF OBJECTION AND OBJECTION TO THE SPECIAL MASTER'S ORDER DENYING PLAINTIFFS' MOTION TO COMPEL THE RESTORATION OF BACKUP TAPES AND FOR MISCELLANEOUS RELIEF FOR DESTRUCTION OF EVIDENCE AND DECLARATION OF SHAWN A. WILLIAMS IN SUPPORT THEREOF |

1  I, Jennie Lee Anderson, declare as follows:

2  1. I am an attorney duly licensed to practice before all of the courts in the State of California and before this District Court. I am associated with the law firm of Lerach Coughlin Stoia Geller Rudman & Robbins LLP, one of the counsel of record for plaintiffs in the above-entitled action. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. I submit this declaration in support of Plaintiffs' Administrative Request to File Under Seal Notice of Objection and Objection to the Special Master's Order Denying Plaintiffs' Motion to Compel the Restoration of Backup Tapes and for Miscellaneous Relief for Destruction of Evidence ("Objection") and Declaration of Shawn A. Williams in Support Thereof ("Williams Decl.").

3. Plaintiffs' Objection and Williams Decl. contain information designated "Confidential" pursuant to the Revised Stipulated Protecting Order Governing Confidentiality in this case on January 11, 2005.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 7th day of August, 2006, at San Francisco, California.

                                          /s/ Jennie Lee Anderson
                                        JENNIE LEE ANDERSON

T:\CasesSF\Oracle3\DEC00033633.doc

1 CERTIFICATE OF SERVICE

2   I hereby certify that on August 7, 2006, I electronically filed the foregoing with the Clerk of
3 the Court using the CM/ECF system which will send notification of such filing to the e-mail
4 addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have
5 mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF
6 participants indicated on the attached Manual Notice List.
7   I further certify that I caused this document to be forwarded to the following designated
8 Internet site at: http://securities.lerachlaw.com/.

 /s/ Jennie Lee Anderson
JENNIE LEE ANDERSON

LERACH COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)
E-mail: jenniea@lerachlaw.com

# Mailing Information for a Case 3:01-cv-00988-MJJ

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jennie Lee Anderson**
  jenniea@lerachlaw.com

- **Eric J. Belfi**
  ebelfi@labaton.com ElectronicCaseFiling@labaton.com

- **Doug Britton**
  dougb@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Patrick Edward Gibbs**
  patrick.gibbs@lw.com zoila.aurora@lw.com

- **Eli Greenstein**
  Elig@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Kirke M. Hasson**
  kirke.hasson@pillsburylaw.com cheryl.grant@pillsburylaw.com

- **Reed R. Kathrein**
  reedk@lerachlaw.com e_file_sf@lerachlaw.com;e_file_sd@lerachlaw.com

- **Michele F. Kyrouz**
  michele.kyrouz@lw.com

- **Nicole Lavallee**
  nlavallee@bermanesq.com

- **William S. Lerach**
  e_file_sd@lerachlaw.com

- **James C. Maroulis**
  jim.maroulis@oracle.com

- **Caroline McIntyre**
  cmcintyre@be-law.com cgrenon@be-law.com

- **Brian P Murray**
  bmurray@rabinlaw.com

- **Shinyung Oh**
  shinyungoh@paulhastings.com sandradiluzio@paulhastings.com

- **Willow E. Radcliffe**

    willowr@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Darren J. Robbins**

- **Sanna Rachel Singer**
  sanna.singer@pillsburylaw.com

- **Mark Solomon**
  marks@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Shawn A. Williams**
  shawnw@lerachlaw.com
  e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com;MariaM@lerachlaw.com;MoniqueW@lerach

- **Monique Winkler**
  MoniqueW@lerachlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Dorian Daley
500 Oracle Parkway
Redwood City, CA 94065

Corey D. Holzer
Holzer Holzer & Cannon LLC
1117 Perimeter Center West
Suite E-107
Atlanta, GA 30338
```