1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| In re ORACLE CORPORATION SECURITIES LITIGATION | ) ) ) ) | Master File No. C-01-0988-MJJ <br> CLASS ACTION |
|---|---|---|
| This Document Relates To: <br><br> ALL ACTIONS. | ) ) ) ) ) | [PROPOSED] SEALING ORDER |

1  Having considered the papers submitted in support of Plaintiffs' Administrative Request to
2  File Under Seal Notice of Objection and Objection to the Special Master's Order Denying Plaintiffs'
3  Motion to Compel the Restoration of Backup Tapes and for Miscellaneous Relief for Destruction of
4  Evidence and the Declaration of Shawn A. Williams in Support Thereof, and finding good cause
5  therefor;

6  IT IS HEREBY ORDERED that the motion is granted.  The Notice of Objection and
7  Objection to the Special Master's Order Denying Plaintiffs' Motion to Compel the Restoration of
8  Backup Tapes and for Miscellaneous Relief for Destruction of Evidence and the Declaration of
9  Shawn A. Williams in Support of Notice of Objection and Objection to the Special Master's Order
10 Denying Plaintiffs' Motion to Compel Restoration of Backup Tapes and for Miscellaneous Relief for
11 Destruction of Evidence, are hereby sealed.

12 IT IS SO ORDERED.

13 DATED: _____

THE HONORABLE MARTIN J. JENKINS
14 UNITED STATES DISTRICT JUDGE

Submitted by:
15
DATED:  August 7, 2006
16
LERACH COUGHLIN STOIA GELLER
17   RUDMAN & ROBBINS LLP
WILLIAM S. LERACH
18 SHAWN A. WILLIAMS
WILLOW E. RADCLIFFE
19 ELI R. GREENSTEIN
JENNIE LEE ANDERSON
20 MONIQUE C. WINKLER

21

22        /s/ Jennie Lee Anderson
          JENNIE LEE ANDERSON
23
100 Pine Street, Suite 2600
24 San Francisco, CA  94111
Telephone:  415/288-4545
25 415/288-4534 (fax)

26

27

28

[PROPOSED] SEALING ORDER - C-01-0988-MJJ                                                      - 1 -

|   |   |
|---|---|
| 1 | |
| 2 | LERACH COUGHLIN STOIA GELLER<br>  RUDMAN & ROBBINS LLP<br>MARK SOLOMON |
| 3 | DOUGLAS R. BRITTON<br>VALERIE L. McLAUGHLIN |
| 4 | GAVIN M. BOWIE<br>655 West Broadway, Suite 1900 |
| 5 | San Diego, CA  92101<br>Telephone:  619/231-1058 |
| 6 | 619/231-7423 (fax) |
| 7 | Lead Counsel for Plaintiffs |
| 8 | T:\CasesSF\Oracle3\ord00033635.doc |

[PROPOSED] SEALING ORDER - C-01-0988-MJJ                                                              - 2 -

1                                           CERTIFICATE OF SERVICE

2        I hereby certify that on August 7, 2006, I electronically filed the foregoing with the Clerk of

3 the Court using the CM/ECF system which will send notification of such filing to the e-mail

4 addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have

5 mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF

6 participants indicated on the attached Manual Notice List.

7        I further certify that I caused this document to be forwarded to the following designated

8 Internet site at: http://securities.lerachlaw.com/.

                                                                 /s/ Jennie Lee Anderson
                                                                 JENNIE LEE ANDERSON

LERACH COUGHLIN STOIA GELLER
        RUDMAN & ROBBINS LLP
100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)
E-mail: jenniea@lerachlaw.com

# Mailing Information for a Case 3:01-cv-00988-MJJ

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jennie Lee Anderson**
  jenniea@lerachlaw.com

- **Eric J. Belfi**
  ebelfi@labaton.com ElectronicCaseFiling@labaton.com

- **Doug Britton**
  dougb@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Patrick Edward Gibbs**
  patrick.gibbs@lw.com zoila.aurora@lw.com

- **Eli Greenstein**
  Elig@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Kirke M. Hasson**
  kirke.hasson@pillsburylaw.com cheryl.grant@pillsburylaw.com

- **Reed R. Kathrein**
  reedk@lerachlaw.com e_file_sf@lerachlaw.com;e_file_sd@lerachlaw.com

- **Michele F. Kyrouz**
  michele.kyrouz@lw.com

- **Nicole Lavallee**
  nlavallee@bermanesq.com

- **William S. Lerach**
  e_file_sd@lerachlaw.com

- **James C. Maroulis**
  jim.maroulis@oracle.com

- **Caroline McIntyre**
  cmcintyre@be-law.com cgrenon@be-law.com

- **Brian P Murray**
  bmurray@rabinlaw.com

- **Shinyung Oh**
  shinyungoh@paulhastings.com sandradiluzio@paulhastings.com

- **Willow E. Radcliffe**

- willowr@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Darren J. Robbins**

- **Sanna Rachel Singer**
  sanna.singer@pillsburylaw.com

- **Mark Solomon**
  marks@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Shawn A. Williams**
  shawnw@lerachlaw.com
  e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com;MariaM@lerachlaw.com;MoniqueW@lerach

- **Monique Winkler**
  MoniqueW@lerachlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Dorian Daley
500 Oracle Parkway
Redwood City, CA 94065

Corey D. Holzer
Holzer Holzer & Cannon LLC
1117 Perimeter Center West
Suite E-107
Atlanta, GA 30338
```