| | |
|---|---|
| LATHAM & WATKINS LLP<br>  Peter A. Wald (SBN 85705)<br>  Michele F. Kyrouz (SBN 168004)<br>505 Montgomery Street, Suite 2000<br>San Francisco, CA 94111-2562<br>Telephone: (415) 391-0600<br>Facsimile: (415) 395-8095<br>E-mail: peter.wald@lw.com<br>         michele.kyrouz@lw.com | LATHAM & WATKINS LLP<br>  Patrick E. Gibbs (SBN 183174)<br>135 Commonwealth Drive<br>Menlo Park, CA 94025<br>Telephone: (650) 328-4600<br>Facsimile: (650) 463-2600<br>E-mail: patrick.gibbs@lw.com |

LATHAM & WATKINS LLP
  Jamie L. Wine (SBN 181373)
885 Third Avenue, Suite 1000
New York, NY 10022
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
E-mail: jamie.wine@lw.com

Attorneys for Defendants ORACLE CORPORATION, LAWRENCE J. ELLISON, JEFFREY O. HENLEY, and EDWARD J. SANDERSON

ORACLE CORPORATION
  Dorian E. Daley (SBN 129049)
  James C. Maroulis (SBN 208316)
500 Oracle Parkway
Mailstop 5OP7
Redwood Shores, California 94065
Telephone: (650) 506-5200
Facsimile: (650) 506-7114
E-mail: jim.maroulis@oracle.com

Attorneys for Defendant ORACLE CORPORATION

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Master File No. C-01-0988-MJJ (JCS)<br>(Consolidated)<br><br><u>CLASS ACTION</u><br><br>**DISCOVERY MATTER**<br><br>**NOTICE OF CHANGE OF ADDRESS**<br><br>**Judge: Hon. Martin J. Jenkins** |

1 | TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2 | PLEASE TAKE NOTICE that the address for Jamie L. Wine, counsel for

3 | Defendants Lawrence J. Ellison, Jeffrey Henley, Edward J. Sanderson and Oracle Corporation,

4 | has changed to the following:

>  Jamie L. Wine
>  Latham & Watkins LLP
>  885 Third Avenue, Suite 1000
>  New York, NY 10022
>  Telephone: (212) 906-1200
>  Facsimile: (212) 751-4864

Dated: August 17, 2006

Respectfully submitted,

LATHAM & WATKINS LLP
   Peter A. Wald
   Michele F. Kyrouz
   Jamie L. Wine
   Patrick E. Gibbs

By    /s/
   Jamie L. Wine
   Attorneys for Defendants
   ORACLE CORPORATION, LAWRENCE
   J. ELLISON, JEFFREY O. HENLEY, and
   EDWARD J. SANDERSON

SF\575317.1