1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION

| In re ORACLE CORPORATION SECURITIES LITIGATION | Master File No. C-01-0988-MJJ (JCS) (Consolidated) |
|---|---|
| | CLASS ACTION |
| This Document Relates To: | **DISCOVERY MATTER** |
| ALL ACTIONS. | [PROPOSED] SEALING ORDER |
| | **Honorable Judge Edward A. Infante (Ret.)** |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

ORIGINAL

1  Having considered the papers regarding Defendants' Administrative Request to
2  File Under Seal their Notice and Motion to Issue Letter Rogatory and the Declaration of Rees F.
3  Morgan In Support of Defendants' Notice and Motion to Issue Letter Rogatory and attached
4  exhibits, and finding good cause therefor;
5  Defendants' Notice and Motion to Issue Letter Rogatory and the Declaration of
6  Rees F. Morgan In Support of Defendants' Notice and Motion to Issue Letter Rogatory and
7  attached exhibits are HEREBY sealed.

IT IS SO ORDERED.

DATED: 6-28-06

THE HONORABLE EDWARD A. INFANTE (Ret.)
SPECIAL MASTER

Submitted by:

DATED: May 18, 2006

LATHAM & WATKINS LLP
  Peter A. Wald (SBN 85705)
  Michele F. Kyrouz (SBN 168004)
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-2562
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
E-mail: peter.wald@lw.com
        michele.kyrouz@lw.com

LATHAM & WATKINS LLP
  Jamie L. Wine (SBN 181373)
633 West Fifth Street, Suite 4000
Los Angeles, CA 90071-2007
Telephone: (213) 485-1234
Facsimile: (213) 891-8763
E-mail: jamie.wine@lw.com

LATHAM & WATKINS LLP
  Patrick E. Gibbs (SBN 183174)
135 Commonwealth Drive
Menlo Park, CA 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600
E-mail: patrick.gibbs@lw.com

Rees F. Morgan

SF\553553.1

## PROOF OF SERVICE BY E-MAIL

I, Sandra Chan, not a party to the within action, hereby declare that on June 28, 2006, I served the attached SEALING ORDER granting Defendants' Administrative Request to File Under Seal their Notice and Motion to Issue Letter Rogatory and the Declaration of Rees F. Morgan In Support of Defendants' Notice and Motion to Issue Letter Rogatory and attached exhibits on the parties in the within action by e-mail addressed as follows:

| Name | Firm | Email |
|---|---|---|
| Mark Solomon Esq. | Lerach, Coughlin, Stoia, Geller, Rudman & Robbins LLP | marks@lerachlaw.com |
| Douglas Britton Esq. | Lerach, Coughlin, Stoia, Geller, Rudman & Robbins LLP | dougb@lerachlaw.com |
| Valerie McLaughlin Esq. | Lerach, Coughlin, Stoia, Geller, Rudman & Robbins LLP | valeriem@lerachlaw.com |
| Gavin Bowie Esq. | Lerach, Coughlin, Stoia, Geller, Rudman & Robbins LLP | gbowie@lerachlaw.com |
| Shawn Williams Esq. | Lerach, Coughlin, Stoia, Geller, Rudman & Robbins LLP | shawnw@lerachlaw.com |
| Willow Radcliffe Esq. | Lerach, Coughlin, Stoia, Geller, Rudman & Robbins LLP | willowr@lerachlaw.com |
| Eli Greenstein Esq. | Lerach, Coughlin, Stoia, Geller, Rudman & Robbins LLP | elig@lerachlaw.com |
| Jennie Anderson Esq. | Lerach, Coughlin, Stoia, Geller, Rudman & Robbins LLP | jenniea@lerachlaw.com |
| Monique Winkler Esq. | Lerach, Coughlin, Stoia, Geller, Rudman & Robbins LLP | moniquew@lerachlaw.com |
| Peter Wald Esq. | Latham & Watkins | peter.wald@lw.com |
| Michele Kyrouz | Latham & Watkins | michele.kyrouz@LW.com |
| Matthew Harrison Esq. | Latham & Watkins | matt.harrison@LW.com |