LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
MARK SOLOMON (151949)
DOUGLAS R. BRITTON (188769)
VALERIE L. McLAUGHLIN (191916)
GAVIN M. BOWIE (235532)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
marks@lerachlaw.com
dougb@lerachlaw.com
valeriem@lerachlaw.com
gbowie@lerachlaw.com
        – and –
SHAWN A. WILLIAMS (213113)
WILLOW E. RADCLIFFE (200087)
ELI R. GREENSTEIN (217945)
JENNIE LEE ANDERSON (203586)
MONIQUE C. WINKLER (213031)
100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@lerachlaw.com
willowr@lerachlaw.com
elig@lerachlaw.com
jenniea@lerachlaw.com
moniquew@lerachlaw.com

Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION | ) Master File No. C-01-0988-MJJ )  ) <u>CLASS ACTION</u> ) |
| This Document Relates To:<br><br>ALL ACTIONS. | ) STATEMENT OF RECENT DECISION IN ) SUPPORT OF PLAINTIFFS' OBJECTION ) TO THE SPECIAL MASTER'S ORDER ) DENYING PLAINTIFFS' MOTION TO ) COMPEL THE RESTORATION OF ) BACKUP TAPES AND FOR ) MISCELLANEOUS RELIEF FOR THE ) DESTRUCTION OF EVIDENCE |

1  Pursuant to Civil Local Rule 7-3(d), plaintiffs hereby submit this statement of recent
2  decision.
3  On September 20, 2006, the United States Court of Appeals for the Ninth Circuit issued an
4  opinion in *Leon v. IDX Systems Corp.*, Nos. 04-35983 (D.C. No. 03-01158 MJP) and 05-35426
5  (D.C. No. 03-01158 MJP).  The *IDX Systems Corp.* opinion affirms the district court's dismissal,
6  with prejudice, of plaintiff Leon's claims brought under the Sarbanes-Oxley Act of 2002, after the
7  district court determined that Leon had despoiled evidence by deleting potentially relevant computer
8  files during the pendency of the litigation.
9  The Ninth Circuit opinion further discusses the factors the Court must consider before
10 imposing terminating sanctions and holds that "A party's destruction of evidence qualifies as willful
11 spoliation if the party has 'some notice that the documents were *potentially* relevant to the litigation
12 before they were destroyed.'" *IDX Systems Corp.*, at 11700 (quoting *U.S. v. Kitsap Physicians Serv.*,
13 314 F.3d 995, 1001 (9th Cir. 2002) (emphasis in original).  The Ninth Circuit further held that
14 because "'the relevance of . . . [destroyed] documents cannot be clearly ascertained because the
15 documents no longer exist,' a party 'can hardly assert any presumption of irrelevance as to the
16 destroyed documents.'" *Id.* (quoting *Alexander v. Nat'l Farmers Org.*, 687 F.2d 1173, 1205 (8th
17 Cir. 1982).
18 Finally, with respect to prejudice, the Ninth Circuit reiterated its prior ruling that the court
19 "'looks to whether the [spoiling party's] actions impaired [the non-spoiling party's] ability to go to
20 trial or threatened to interfere with the rightful decision of the case'" (quoting *Wiltec Guam, Inc. v.*
21 *Kahaluu Constr. Co.*, 857 F.2d 600, 603 (9th Cir. 1988)), and noted that in *Anheuser-Busch, Inc. v.*
22 *Natural Beverage Distribs.*, 69 F.3d 337, 354 (9th Cir. 1995), the Ninth Circuit "found prejudice
23 when a party's refusal to provide certain documents 'forced Anheuser to rely on incomplete and
24 spotty evidence . . . .'" *Id.* at 11701 (quoting *Anheuser-Busch*, 69 F.3d at 354).
25 A true and correct copy of the Ninth Circuit opinion is attached as Exhibit A.
26 DATED: September 21, 2006                             Respectfully submitted,
27
                                                                      /s/
28                                                        SHAWN A. WILLIAMS

STATEMENT OF RECENT DECISION IN SUPPORT OF PLTFS' OBJECTION TO ORDER DENYING
MOTION TO COMPEL RESTOR OF BACKUP TAPES AND FOR MISC RELIEF - C-01-0988-MJJ        - 1 -

1
2         LERACH COUGHLIN STOIA GELLER
         RUDMAN & ROBBINS LLP
         SHAWN A. WILLIAMS
3         WILLOW E. RADCLIFFE
        ELI R. GREENSTEIN
4         JENNIE LEE ANDERSON
        MONIQUE C. WINKLER
5         100 Pine Street, Suite 2600
        San Francisco, CA 94111
6         Telephone: 415/288-4545
        415/288-4534 (fax)
7
        LERACH COUGHLIN STOIA GELLER
8          RUDMAN & ROBBINS LLP
        MARK SOLOMON
9         DOUGLAS R. BRITTON
        VALERIE L. McLAUGHLIN
10         GAVIN M. BOWIE
        655 West Broadway, Suite 1900
11         San Diego, CA 92101
        Telephone: 619/231-1058
12         619/231-7423 (fax)

13         Lead Counsel for Plaintiffs

14 T:\CasesSF\Oracle3\STM00035014.doc

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STATEMENT OF RECENT DECISION IN SUPPORT OF PLTFS' OBJECTION TO ORDER DENYING
MOTION TO COMPEL RESTOR OF BACKUP TAPES AND FOR MISC RELIEF - C-01-0988-MJJ    - 2 -

# CERTIFICATE OF SERVICE

I hereby certify that on September 21, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I further certify that I caused this document to be forwarded to the following designated Internet site at: http://securities.lerachlaw.com/.

/s/
SHAWN A. WILLIAMS

LERACH COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
100 Pine Street, 26th Floor
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)
E-mail: Shawnw@Lerachlaw.com

# Mailing Information for a Case 3:01-cv-00988-MJJ

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jennie Lee Anderson**
  jenniea@lerachlaw.com
- **Eric J. Belfi**
  ebelfi@labaton.com ElectronicCaseFiling@labaton.com
- **Doug Britton**
  dougb@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com
- **Patrick Edward Gibbs**
  patrick.gibbs@lw.com zoila.aurora@lw.com
- **Eli Greenstein**
  Elig@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com
- **Kirke M. Hasson**
  kirke.hasson@pillsburylaw.com cheryl.grant@pillsburylaw.com
- **Reed R. Kathrein**
  reedk@lerachlaw.com e_file_sf@lerachlaw.com;e_file_sd@lerachlaw.com
- **Michele F. Kyrouz**
  michele.kyrouz@lw.com
- **Nicole Lavallee**
  nlavallee@bermanesq.com
- **William S. Lerach**
  e_file_sd@lerachlaw.com
- **James C. Maroulis**
  jim.maroulis@oracle.com
- **Caroline McIntyre**
  cmcintyre@be-law.com cfloyd@be-law.com
- **Brian P Murray**
  bmurray@rabinlaw.com
- **Shinyung Oh**
  shinyungoh@paulhastings.com sandradiluzio@paulhastings.com
- **Willow E. Radcliffe**
  willowr@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com
- **Darren J. Robbins**
- **Sanna Rachel Singer**
  sanna.singer@pillsburylaw.com
- **Mark Solomon**
  marks@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com
- **Shawn A. Williams**
  shawnw@lerachlaw.com
  e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com;MariaM@lerachlaw.com;MoniqueW@lerachlaw.com;CWood@lerachlaw.com;TravisD@lerachlaw.com

- **Jamie Lynne Wine**
  jamie.wine@lw.com karen.kelly@lw.com
- **Monique Winkler**
  MoniqueW@lerachlaw.com
  E_File_SF@lerachlaw.com;MoniqueW@lerachlaw.com;shawnw@lerachlaw.com;travisd@lerachlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Dorian Daley
500 Oracle Parkway
Redwood City, CA 94065

Corey D. Holzer
Holzer Holzer & Cannon LLC
1117 Perimeter Center West
Suite E-107
Atlanta, GA 30338
```