1  LATHAM & WATKINS LLP
     Peter A. Wald (SBN 85705)
2    Michele F. Kyrouz (SBN 168004)
   505 Montgomery Street, Suite 2000
3  San Francisco, California 94111-2562
   Telephone: (415) 391-0600
4  Facsimile: (415) 395-8095
   E-mail: peter.wald@lw.com
5          michele.kyrouz@lw.com
           rees.morgan@lw.com
6

LATHAM & WATKINS LLP
  Patrick E. Gibbs (SBN 183174)
135 Commonwealth Drive
Menlo Park, CA 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600
E-mail: patrick.gibbs@lw.com

7  Attorneys for Defendants ORACLE CORPORATION,
   LAWRENCE J. ELLISON, JEFFREY O. HENLEY, and
8  EDWARD J. SANDERSON

9  ORACLE CORPORATION
     Dorian E. Daley (SBN 129049)
10    James C. Maroulis (SBN 208316)
   500 Oracle Parkway
11 Mailstop 5OP7
   Redwood Shores, California 94065
12 Telephone: (650) 506-5200
   Facsimile: (650) 506-7114
13 E-mail: jim.maroulis@oracle.com

14 Attorneys for Defendant ORACLE CORPORATION

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION,<br><br>This Documents Relates To:<br><br>ALL ACTIONS | Case No. C-01-0988-MJJ (JCS) (Consolidated)<br><br>**NOTICE OF ENTRY OF ORDER GRANTING IN PART PLAINTIFFS' MOTION TO COMPEL DOCUMENTS RESPONSIVE TO PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS TO DEFENDANTS AND COMPLIANCE WITH DISCOVERY PLAN** |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

NOT OF ENTRY OF ORDER GRANTING IN PART PLS' MOT. TO
COMPEL DOCS RESP TO FIRST SET OF DOC REQUESTS
Case No. C-01-0988-MJJ

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, on September 22, 2006, The Honorable Edward A. Infante (Ret.), Special Master, signed the Order Granting in Part Plaintiffs' Motion to Compel Documents Responsive to Plaintiffs' First Set of Requests for Production of Documents to Defendants and Compliance with the Discovery Plan, which is attached hereto as Exhibit A.

Dated:  September 27, 2006

LATHAM & WATKINS LLP
Peter A. Wald
Michele F. Kyrouz
Patrick E. Gibbs
Holly J. Tate

By:      /S/
Michele F. Kyrouz
Attorneys for Defendants
ORACLE CORPORATION, LAWRENCE J. ELLISON, JEFFREY O. HENLEY, and EDWARD J. SANDERSON

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

NOT OF ENTRY OF ORDER GRANTING IN PART PLS' MOT. TO COMPEL DOCS RESP TO FIRST SET OF DOC REQUESTS
Case No. C-01-0988-MJJ