UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION<br><br>This Document Relates To:<br>ALL ACTIONS. | Master File No. C-01-0988-MJJ (JCS)<br>(Consolidated)<br><br>[PROPOSED] ORDER GRANTING IN PART PLAINTIFFS' MOTION TO COMPEL DOCUMENTS RESPONSIVE TO PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS TO DEFENDANTS AND COMPLIANCE WITH THE DISCOVERY PLAN<br><br>Honorable Judge Martin J. Jenkins<br>Magistrate Judge Joseph C. Spero<br>Honorable Judge Edward A. Infante (Ret.) |

1  The Special Master, having reviewed Plaintiffs' Motion to Compel Documents
2  Responsive to Plaintiffs' First Set of Requests for Production of Documents to Defendants and
3  Compliance With the Discovery Plan, any opposition thereto, and any argument thereon, and
4  good cause therefore appearing, hereby ORDERS that Plaintiffs' Motion to Compel Documents
5  Responsive to Plaintiffs' First Set of Requests for Production of Documents to Defendants and
6  Compliance With the Discovery Plan is GRANTED in part and DENIED in part. The Court
7  ORDERS defendants to produce the following documents by October 2, 2006:

8      1.    All escalation reports listing escalated Suite 11i customers from July 1,
9               2000 through March 31, 2001.

10     2.    All documents from July 1, 2000 to March 31, 2001 pertaining to the
11              escalation of any 80 Suite 11i customers separately identified by plaintiffs.
12              Plaintiffs shall identify these 80 customers by letter on or before Monday,
13              September 25, 2006.

14     3.    All documents pertaining to settlements, concessions, payments, refunds
15              or any other remediation negotiated or made by Oracle from July 1, 2000
16              through March 31, 2001 with the 80 Suite 11i customers identified by
17              plaintiffs under Part 2 above.

18     In producing responsive documents under this Order, Oracle shall be required to
19 search the files of: (a) the Custodians as identified in Section I.B. of the March 10, 2005
20 Discovery Plan; (b) any witness seven days prior to their deposition, as provided under Section
21 II.A. of the Discovery Plan; (c) any witness previously deposed in the case; (d) the fourteen
22 individuals identified by plaintiffs under the May 22, 2006 Order Granting in Part Plaintiffs'
23 Motion to Compel Defendants to Search the Files of Additional Witnesses Identified by
24 \\\\\
25 \\\\\
26 \\\\\
27 \\\\\
28 \\\\\

1  Plaintiffs; and (e) Phillip Tate, Bob Hunt, Marcia B. Hill, and any three additional persons
2  identified by plaintiffs on or before September 22, 2006.
3     IT IS SO ORDERED.

5  Dated: 9-22-06

*Edward A. Infante*
Hon. Edward A. Infante (Ret.)
Special Master

Submitted by:

LATHAM & WATKINS LLP

Peter A. Wald
Patrick E. Gibbs
Michele F. Kyrouz
Jamie L. Wine

By: /s/ Patrick E. Gibbs / cPJC
       Patrick E. Gibbs
Attorneys for Defendants ORACLE
CORPORATION, LAWRENCE J.
ELLISON, JEFFREY O. HENLEY,
And EDWARD J. SANDERSON

## PROOF OF SERVICE BY E-MAIL

I, Sandra Chan, not a party to the within action, hereby declare that on September 22, 2006, I served the attached ORDER GRANTING IN PART PLAINTIFFS' MOTION TO COMPEL DOCUMENTS RESPONSIVE TO PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS TO DEFENDANTS AND COMPLIANCE WITH THE DISCOVERY PLAN in the within action by e-mail addressed as follows:

| Name | Firm | Email |
|---|---|---|
| Mark Solomon Esq. | Lerach, Coughlin, Stoia, Geller, Rudman & Robbins LLP | marks@lerachlaw.com |
| Douglas Britton Esq. | Lerach, Coughlin, Stoia, Geller, Rudman & Robbins LLP | dougb@lerachlaw.com |
| Valerie McLaughlin Esq. | Lerach, Coughlin, Stoia, Geller, Rudman & Robbins LLP | valeriem@lerachlaw.com |
| Gavin Bowie Esq. | Lerach, Coughlin, Stoia, Geller, Rudman & Robbins LLP | gbowie@lerachlaw.com |
| Shawn Williams Esq. | Lerach, Coughlin, Stoia, Geller, Rudman & Robbins LLP | shawnw@lerachlaw.com |
| Willow Radcliffe Esq. | Lerach, Coughlin, Stoia, Geller, Rudman & Robbins LLP | willowr@lerachlaw.com |
| Eli Greenstein Esq. | Lerach, Coughlin, Stoia, Geller, Rudman & Robbins LLP | elig@lerachlaw.com |
| Jennie Anderson Esq. | Lerach, Coughlin, Stoia, Geller, Rudman & Robbins LLP | jenniea@lerachlaw.com |
| Monique Winkler Esq. | Lerach, Coughlin, Stoia, Geller, Rudman & Robbins LLP | moniquew@lerachlaw.com |
| Peter Wald Esq. | Latham & Watkins | peter.wald@lw.com |
| Michele Kyrouz Esq. | Latham & Watkins | michele.kyrouz@LW.com |
| Patrick Gibbs Esq. | Latham & Watkins | patrick.gibbs@lw.com |
| Matthew Harrison Esq. | Latham & Watkins | matt.harrison@LW.com |
| Sean Coyle Esq. | Latham & Watkins | sean.coyle@lw.com |