LERACH COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
MARK SOLOMON (151949)
DOUGLAS R. BRITTON (188769)
VALERIE L. McLAUGHLIN (191916)
GAVIN M. BOWIE (235532)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
marks@lerachlaw.com
dougb@lerachlaw.com
valeriem@lerachlaw.com
gbowie@lerachlaw.com
– and –
SHAWN A. WILLIAMS (213113)
WILLOW E. RADCLIFFE (200087)
ELI R. GREENSTEIN (217945)
JENNIE LEE ANDERSON (203586)
MONIQUE C. WINKLER (213031)
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)
shawnw@lerachlaw.com
willowr@lerachlaw.com
elig@lerachlaw.com
jenniea@lerachlaw.com
moniquew@lerachlaw.com

Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION | ) | Master File No. C-01-0988-MJJ |
| | ) | CLASS ACTION |
| This Document Relates To: | ) | JOINT STATUS STATEMENT PURSUANT TO OCTOBER 26, 2006 ORDER |
| ALL ACTIONS. | ) | |

Pursuant to this Court's October 26, 2006 Order regarding a Joint Status Statement, the parties hereby submit their Joint Status Statement detailing current motions before the Court and a proposed schedule for the discovery and dispositive motions:

**A.     Current Motions Pending Before the Honorable Judge Martin Jenkins**

1.     Plaintiffs' Motion for Class Certification; and

2.     Plaintiffs' Notice of Objection to the Special Master's July 17, 2006 Ruling.

**B.     Fact Discovery Cut-Off – Current Motions Pending Before the Honorable Special Master Edward A. Infante (Ret.)**

On July 10, 2006 Special Master Infante set a fact discovery cut-off of October 2, 2006. On October 11, 2006, Special Master Infante issued an Order Granting an Extension of Time to File Motions to Compel Fact Discovery, setting a date of October 30, 2006 for all motions to compel.

On October 31, 2006, Special Master Infante set a briefing schedule for the pending motions, requiring the oppositions to the motions to compel to be filed no later than November 13, 2006 and replies to be filed no later than November 20, 2006. Special Master Infante intends to hear oral arguments on the motions on a date yet to be determined in December 2006. The following motions are currently pending before Special Master Infante filed on October 30, 2006.

**1.     Plaintiffs' October 30, 2006 Motions**

(a)     Plaintiffs' Notice of Motion and Motion to Compel the Depositions of Christopher Balkenhol and Dorian Daley and Additional Time for the Depositions of Larry Ellison and Safra Catz;

(b)     Plaintiffs' Notice of Motion and Motion to Compel Defendants' Production of Documents Concerning and Created in Preparation for the Book Softwar;

(c)     Plaintiffs' Notice of Motion and Motion to Enforce Court's September 15, 2006 Order Compelling Defendants to Produce Forecasting and Deal Reports;

(d)     Plaintiffs' Notice of Motion and Motion to Compel Defendants' Production of Documents Concerning Oracle Corporation's Stock Repurchase Program;

(e)     Plaintiffs' Notice of Motion and Motion to Compel Documents Contained in Defendants' Privilege and Redaction Logs;

1  (f) Notice of Motion and Motion to Enforce September 22, 2006 Order and for Finding of Waiver for Failure to Timely Produce a Privilege Log;

(g) Notice of Motion and Motion for an Order Compelling Defendants to Produce Documents Shown to Or Reviewed By Lauren Segal in Preparation and Review for the Declaration of Lauren Segal in Support of Defendants' Opposition to Plaintiffs' Motion to Compel the Recovery of Backup Tapes and Miscellaneous Relief for the Destruction of Documents; and

(h) Plaintiffs' Motion to Enforce the Special Master's July 17, 2006 Order and to Compel Additional Accounting Documents Based on Recent Testimony and New Evidence.

**2.  Defendants' October 30, 2006 Motions**

(a) Defendants' Motion to Enforce the Court's April 27, 2006 Order Re Documents Exchanged Between Plaintiffs' Counsel and the Confidential Witnesses;

(b) Defendants' Notice of Motion and Motion to Enforce Section V.C. of the March 10, 2005 Discovery Plan and for Sanctions for Plaintiffs' Repeated Violations of the Discovery Plan as it Pertains to Third Party Customers; and

(c) Defendants' Notice of Motion and Motion to Compel Plaintiffs' Supplemental Responses to Defendants' Second Set of Interrogatories.[1]

**C.  Outstanding Fact Discovery**

Apart from fact discovery which may be ordered as a result of the pending motions listed above, only one fact witness deposition remains incomplete. Defendant Jeffrey Henley's deposition is currently scheduled for November 16, 2006.

**D.  Court Ordered Settlement Conference**

On December 13, 2004, the Court issued and ordered a Settlement Conference to be held in August of 2006 in front of United States Magistrate Judge Zimmerman. On December 13, 2004, Magistrate Judge Zimmerman issued an order scheduling the Settlement Conference for August 1,

---

[1] Defendants' Motion to Compel Responses to Contention Interrogatories was filed with Magistrate Judge Infante on October 9, 2006, but will track the hearings of the October 30, 2006 motions.

JOINT STATUS STATEMENT PURSUANT TO OCTOBER 26, 2006 ORDER - C-01-0988-MJJ      - 2 -

2006.  On July 25, 2006, the parties submitted a stipulation and proposed order to Magistrate Judge Zimmerman regarding the Settlement Conference, seeking to continue the Settlement Conference because a substantial amount of discovery was still outstanding.  On July 26, 2006, Magistrate Judge Zimmerman entered an order rescheduling the Settlement Conference for November 28, 2006.

### E. Proposed Schedule for Expert Discovery

#### 1. Expert Discovery

Both parties intend to designate experts on various issues in the case and together propose the following schedule for expert discovery.

| Description | Proposed Due Date |
| --- | --- |
| Expert Disclosures and Reports | February 26, 2007 |
| Rebuttal Expert Disclosures and Reports | March 28, 2007 |
| Close of Expert Discovery | April 27, 2007 |

The parties have met and conferred on a schedule for the completion of dispositive motions and propose the following schedule:

#### 2. Dispositive Motions and Trial

| Description | Proposed Due Date |
| --- | --- |
| Motions for Summary Judgment | June 1, 2007 |
| Opposition to Summary Judgment Motions | July 27, 2007 |
| Summary Judgment Replies | August 24, 2007 |
| Hearing on Summary Judgment | TBD |
| Trial | November 6, 2007 |

DATED:  November 2, 2006                              Respectfully submitted,

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SHAWN A. WILLIAMS
WILLOW E. RADCLIFFE
ELI R. GREENSTEIN
JENNIE LEE ANDERSON
MONIQUE C. WINKLER

                                              /s/
                                    SHAWN A. WILLIAMS

| | |
|---|---|
| | 100 Pine Street, Suite 2600<br>San Francisco, CA  94111<br>Telephone:  415/288-4545<br>415/288-4534 (fax)<br><br>LERACH COUGHLIN STOIA GELLER<br>  RUDMAN & ROBBINS LLP<br>MARK SOLOMON<br>DOUGLAS R. BRITTON<br>VALERIE L. McLAUGHLIN<br>GAVIN M. BOWIE<br>655 West Broadway, Suite 1900<br>San Diego, CA  92101<br>Telephone:  619/231-1058<br>619/231-7423 (fax)<br><br>Lead Counsel for Plaintiffs |
| DATED:  November 2, 2006 | Respectfully submitted,<br><br>LATHAM & WATKINS<br>PATRICK E. GIBBS<br><br><br>_____/s/_____<br>      PATRICK E. GIBBS<br><br>140 Scott Drive<br>Menlo Park, CA  94025<br>Telephone:  650/328-4600<br>650/463-2600 (fax)<br><br>LATHAM & WATKINS LLP<br>PETER A. WALD<br>MICHELE F. KYROUZ<br>505 Montgomery Street, Suite 1900<br>San Francisco, CA  94111<br>Telephone:  415/391-0600<br>415/395-8095 (fax)<br><br>LATHAM & WATKINS LLP<br>JAMIE L. WINE<br>BRIAN T. GLENNON<br>633 West Fifth Street, Suite 4000<br>Los Angeles, CA  90071-2007<br>Telephone:  213/485-1234<br>213/891-8763 (fax) |

|   |   |
|---|---|
| 1 | |
| 2 | ORACLE CORPORATION<br>DORIAN DALEY |
| 3 | JAMES C. MAROULIS<br>500 Oracle Parkway, Mail Stop 50P7 |
| 4 | Redwood City, CA  94065<br>Telephone:  650/506-5200 |
| 5 | 650/506-7114 (fax) |

Counsel for Defendants

I, Shawn A. Williams, am the ECF User whose ID and password are being used to file this JOINT STATUS STATEMENT PURSUANT TO OCTOBER 26, 2006 ORDER.  In compliance with General Order 45, X.B., I hereby attest that Patrick E. Gibbs has concurred in this filing.

T:\CasesSF\Oracle3\MIS00036335.doc

JOINT STATUS STATEMENT PURSUANT TO OCTOBER 26, 2006 ORDER - C-01-0988-MJJ      - 5 -

## CERTIFICATE OF SERVICE

I hereby certify that on November 2, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

<div style="text-align:right">

/s/
SHAWN A. WILLIAMS

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
100 Pine Street, 26th Floor
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)
E-mail: shawnw@lerachlaw.com

</div>

# Mailing Information for a Case 3:01-cv-00988-MJJ

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jennie Lee Anderson**
  jenniea@lerachlaw.com
- **Eric J. Belfi**
  ebelfi@labaton.com ElectronicCaseFiling@labaton.com
- **Doug Britton**
  dougb@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com
- **Patrick Edward Gibbs**
  patrick.gibbs@lw.com zoila.aurora@lw.com
- **Eli Greenstein**
  Elig@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com
- **Kirke M. Hasson**
  kirke.hasson@pillsburylaw.com cheryl.grant@pillsburylaw.com
- **Reed R. Kathrein**
  reedk@lerachlaw.com e_file_sf@lerachlaw.com;e_file_sd@lerachlaw.com
- **Michele F. Kyrouz**
  michele.kyrouz@lw.com
- **Nicole Lavallee**
  nlavallee@bermanesq.com
- **William S. Lerach**
  e_file_sd@lerachlaw.com
- **James C. Maroulis**
  jim.maroulis@oracle.com
- **Caroline McIntyre**
  cmcintyre@be-law.com eshaw@be-law.com
- **Brian P Murray**
  bmurray@rabinlaw.com
- **Shinyung Oh**
  shinyungoh@paulhastings.com sandradiluzio@paulhastings.com
- **Willow E. Radcliffe**
  willowr@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com
- **Darren J. Robbins**
- **Sanna Rachel Singer**
  sanna.singer@pillsburylaw.com
- **Mark Solomon**
  marks@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com
- **Shawn A. Williams**
  shawnw@lerachlaw.com
  e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com;MariaM@lerachlaw.com;MoniqueW@lerachlaw.com;TravisD@lerachlaw.com

- **Jamie Lynne Wine**
  jamie.wine@lw.com karen.kelly@lw.com
- **Monique Winkler**
  MoniqueW@lerachlaw.com
  E_File_SF@lerachlaw.com;MoniqueW@lerachlaw.com;shawnw@lerachlaw.com;travisd@lerachlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Dorian Daley**
500 Oracle Parkway
Redwood City, CA 94065

**Corey D. Holzer**
Holzer Holzer & Cannon LLC
1117 Perimeter Center West
Suite E-107
Atlanta, GA 30338