

**REGERINGSKANSLIET**

JuBIRS 2006/1632

Stockholm, 14 November 2006

FILED
NOV 2? 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**Ministry of Justice**
**Sweden**

*Division for Criminal Cases and*
*International Judicial Co-operation*

Harriet Birkeland
Telephone +46 8 405 50 46
Fax +46 8 405 46 76
E-mail harriet.birkeland@justice.ministry.se

United States District Court for the
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102
USA

**Letter of Request for International Judicial Assistance**

Your ref. Master File No C-01-0988-MJJ

Dear Sir/Madam,

Your request dated 2 May 2006 has been transmitted to the City Court in Stockholm for further handling of the matter.

However, the Court has reverted to this Ministry in the matter related to Jan Henrik Ahrnell.

As may be seen from the attached letter the City Court of Stockholm is unfortunately not in a position to assist you in the matter for the reasons explained by the court.

The Ministry of Justice has notified Mr Jeff Karsten of the International Division of APS, International Ltd. of this decision.

Yours sincerely,

*Harriet Birkeland*
Harriet Birkeland
Desk Officer

*Postal address*    *Telephone*    E-mail: registrator@justice.ministry.se

| | | |
|---|---|---|
| STOCKHOLM CITY COURT<br>Division 3 | COMMUNICATION<br>30th October, 2006 | Ann. no. 4<br>Case no.<br>Ä 13246-06   Section 302 |

Quote this number in all dealings with the Court

Ministry of Justice
Government Offices
through

```
MINISTRY OF JUSTICE
B      BIRS    H9
Received 31 October 2006

File no. Ju/BIRS 2006/1632
```

Harriet Birkeland
c/o (BIRS – Criminal Cases and International
Legal Cooperation)
Ministry of Justice
103 33 STOCKHOLM

Ministry of Justice Government Offices v. Jan Henrik Ahrnell
re **proof-taking for a foreign court**

---

The City Court has received a request via the Ministry of Justice for legal assistance under the terms of the Hague Convention. The United States District Court, Northern District of California, has requested that it might examine documents alleged to be in the possession of Jan Henrik Ahrnell concerning negotiations between Telia-Sonera AB, Sweden, and Oracle relating to an agreement on the purchase of Suite 11i, at a value of between USD 35 million and USD 40 million, which agreement, however, came to nothing in January, 2001.

In consequence, the Court instructed Jan Henrik Ahrnell to comment on this request and, if possible, voluntarily to submit the documents in question without delay.

In a statement to the Court, Jan Henrik Ahrnell explained that the Telia-Sonera Group has purchased the Suite 11i software in question and that the program is now in widespread use. There is thus no decision not to purchase the software. Jan Henrik Ahrnell has explained that the American court's request is based on false premises and, therefore, that it will probably not be possible to comply with the court's request.

Proof-taking in the form of an order for discovery of a document is permissible only in the case of documents known by the Court to be in someone's possession and which may be assumed to be of significance as evidence. In this case, the Court does not know that Jan Henrik Ahrnell is in possession of any document that might be of such significance and, under Swedish law, the Court is thus unable to issue an order for discovery of documents. The nature of the document requested by the American Court has not been specified such that the Court can disregard the objection raised by Jan Henrik Ahrnell.

The Court can therefore provide no further assistance in this matter than to account for what has emerged in consequence of the request, and, for its part, the Court now considers the matter closed.
On behalf of the Court

(sign) Carin Wiklund Jörgensen
Carin Wiklund Jörgensen
Judge

---

Doc. id. 332285

| **Postal address** | **Office address** | **Telephone** | **Telefax** | **Hours of opening** |
|---|---|---|---|---|
| Box 8307<br>104 20 Stockholm | Fleminggatan 14 | 08-657-50 34<br>**E-mail:**<br>stockholms.tingsratt.avdelning3@dom.se | 08-657-56 09 | Monday – Friday<br>9.00 a.m. – 12.00 noon<br>1.00 p.m. – 3.00 p.m. |

 STOCKHOLMS TINGSRÄTT
Avdelning 3

**SKRIVELSE**
2006-10-30

 Aktbilaga **Y**

Mål nr
Ä 13246-06    Rotel 302
Anges vid kontakt med tingsrätten

Justitiedepartementet
Regeringskansliet
genom

```
JUSTITIEDEPARTEMENTET
        BIRS        H9
Ink.   2006 -10- 3 1
Dnr. Ju/BIRS 2006/1632
```

Harriet Birkeland
c/o (BIRS)
Justitiedepartementet
103 33 STOCKHOLM

Justitiedepartementet Regeringskansliet ./. Jan Henrik Ahrnell
angående **bevisupptagning åt utländsk domstol**

---

Tingsrätten har mottagit en begäran via Justitiedepartementet om rättshjälp enligt Haagkonventionen. United States District Court, Nothern District of California har bett att få del av handlingar, som påståtts innehas av Jan Henrik Ahrnell rörande förhandlingar mellan Telia-Sonera AB, Sverige, med Oracle avseende avtal om köp av Suite 11i till ett värde om 35-40 miljoner USD, vilket avtal dock skall ha gått om inte i januari 2001.

Tingsrätten har av den anledningen förelagt Jan Henrik Ahrnell att yttra sig över begäran och om möjligt frivilligt, omgående inge de aktuella handlingarna.

Jan Henrik Ahrnell har i yttrande till tingsrätten förklarat att Telia Sonera-koncernen har köpt den aktuella programvaran Suite 11i och att programvaran används idag i stor skala. Något beslut att inte köpa programvaran finns således inte. Jan Henrik Ahrnell har förklarat att den amerikanska domstolens begäran bygger på felaktiga premisser varför dess begäran inte torde gå att efterkommas.

Bevisupptagning i form av editionsföreläggande kan endast ske gällande dokument som domstolen vet att någon innehar och som kan antagas äga betydelse som bevis. I detta fall vet inte domstolen att Jan Henrik Ahrnell innehar något dokument som har sådan betydelse varför något editionsföreläggande enligt svensk rätt inte kan ske. Det av den amerikanska domstolen efterfrågade dokumentet är inte så specificerat till sin karaktär att tingsrätten kan bortse från Jan Henrik Ahrnells invändning.

Tingsrätten kan således inte ge mer hjälp i detta ärende än att redogöra för vad som förekommit i anledning av begäran, varför tingsrätten för sin del avslutar ärendet.
På tingsrättens vägnar

*Carin Wiklund Jörgensen*
Rådman

---

Dok.Id 332285

| Postadress | Besöksadress | Telefon | Telefax | Expeditionstid |
|---|---|---|---|---|
| Box 8307 | Fleminggatan 14 | 08-657 50 34 | 08-657 56 09 | måndag – fredag |



Stockholms tingsrätt
Box 8307

104 20  STOCKHOLM

**Restricted**

| Datum | Sidnr |
|---|---|
| 24 oktober 2006 | 1 (1) |

**Handläggare**
Jörgen Hansén
jorgen.hansen@teliasonera.com
08-504 521 16



# Justitiedepartementet Regeringskansliet ./. Jan Henrik Ahrnell, angående bevisupptagning åt utländsk domstol

Jag har mottagit tingsrättens föreläggande i mål nr Ä 13246-06, vid rotel 302, avseende bevistupptagning åt United States District Court, Northern District of California. Ärendet avser den amerikanska domstolens begäran om att utfå dokument kring ett påstått beslut av TeliaSonera AB att inte ingå avtal med Oracle om köp av Oracles programvara "Suite 11i".

Såvitt jag efter utredning funnit har bolag inom TeliaSonera-koncernen köpt den aktuella programvaran Suite 11i från Oracle och programvaran används idag i stor skala. Något beslut av TeliaSonera AB att <u>inte</u> ingå avtal med Oracle om köp av dess program Suite 11i har inte funnits.

Den amerikanska domstolens begäran synes därför bygga på felaktiga antaganden, varför dess begäran inte torde gå att efterkommas.

Med vänlig hälsning

Jan Henrik Ahrnell

KOPIA

ORGANISATIONSUPPGIFTER
TeliaSonera AB (publ)
106 63 Stockholm
Sverige
Säte: Stockholm

BESÖKS- OCH POSTADRESS
TeliaSonera AB
Koncernstab Juridik
Sturegatan 1
106 63 Stockholm

KONTAKTINFORMATION
Tel: 08-504 550 00
Fax: 08-94 64 70
www.teliasonera.com