IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**NURSING HOME PENSION FUND ET AL,**

        Plaintiff(s),

  v.

**ORACLE CORPORATION ET AL**,

        Defendant(s),
_____/

No. **C01-00988 MJJ**

**Clerk's Notice**

(Plaintiff is required to serve, and file proof of service with the Court, any party involved not listed on the attached proof of service.)

YOU ARE NOTIFIED THAT the Court has scheduled a **Telephone Status Conference** for **Tuesday, January 9, 2007, at 2:00 p.m.** before the Honorable Martin J. Jenkins. The plaintiff has been designated to initiate the conference call and must contact the undersigned at (415) 522-2123 for further instructions.

Dated: December 15, 2006

FOR THE COURT,

Richard W. Wieking, Clerk

By: _/s/ Monica Tutson_
Monica Tutson
Courtroom Deputy

Please refer to Judge Jenkins' Standing Order located at www.cand.uscourts.gov for additional information. Pursuant to the Standing Order, the rescheduling of a hearing date for a motion does not change the date on which an opposition brief or reply brief is due; any opposition brief remains due not less than 21 days prior to the date of the *originally noticed* hearing and any reply brief is due not less than 14 days prior to the *originally noticed* hearing date.