| | |
|---|---|
| LATHAM & WATKINS LLP<br>  Peter A. Wald (SBN 85705)<br>  Michele F. Kyrouz (SBN 168004)<br>505 Montgomery Street, Suite 2000<br>San Francisco, California  94111-2562<br>Telephone:  (415) 391-0600<br>Facsimile:  (415) 395-8095<br>E-mail: peter.wald@lw.com<br>         michele.kyrouz@lw.com<br>         rees.morgan@lw.com | LATHAM & WATKINS LLP<br>  Patrick E. Gibbs  (SBN 183174)<br>135 Commonwealth Drive<br>Menlo Park, CA 94025<br>Telephone: (650) 328-4600<br>Facsimile: (650) 463-2600<br>E-mail: patrick.gibbs@lw.com |

Attorneys for Defendants ORACLE CORPORATION, LAWRENCE J. ELLISON, JEFFREY O. HENLEY, and EDWARD J. SANDERSON

ORACLE CORPORATION
  Dorian E. Daley (SBN 129049)
  James C. Maroulis (SBN 208316)
500 Oracle Parkway
Mailstop 5OP7
Redwood Shores, California 94065
Telephone: (650) 506-5200
Facsimile: (650) 506-7114
E-mail: jim.maroulis@oracle.com

Attorneys for Defendant ORACLE CORPORATION

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION,<br><br>This Documents Relates To:<br><br>ALL ACTIONS | Case No. C-01-0988-MJJ (JCS) (Consolidated)<br><br>**NOTICE OF ENTRY OF ORDER GRANTING IN PART DEFENDANTS' MOTION TO ENFORCE THE COURT'S APRIL 27, 2006 ORDER RE DOCUMENTS EXCHANGED BETWEEN PLAINTIFFS' COUNSEL AND THE CONFIDENTIAL WITNESSES** |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

NOT OF ENTRY OF ORDER  GRANTING IN  PART ORDER RE
PLFS' COMMUNICATIONS W/ CONFIDENTIAL WITNESSES
Case No. C-01-0988-MJJ

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, on December 19, 2006, The Honorable Edward A. Infante (Ret.), Special Master, signed the Order Granting in Part Defendants' Motion to Enforce the Court's April 27, 2006 Order Re Documents Exchanged Between Plaintiffs' Counsel and the Confidential Witnesses, which is attached hereto as Exhibit A.

Dated:  December 21, 2006

LATHAM & WATKINS LLP
  Peter A. Wald
  Michele F. Kyrouz
  Patrick E. Gibbs


By:  _____/S/_____
  Michele F. Kyrouz
  Attorneys for Defendants
  ORACLE CORPORATION, LAWRENCE J. ELLISON, JEFFREY O. HENLEY, and EDWARD J. SANDERSON