# EXHIBIT A

# DOCUMENTS FILED UNDER SEAL