1
2
3
4
5
6

LATHAM & WATKINS LLP
   Peter A. Wald (SBN 85705)
   Michele F. Kyrouz (SBN 168004)
505 Montgomery Street, Suite 2000
San Francisco, California  94111-2562
Telephone:  (415) 391-0600
Facsimile:  (415) 395-8095
E-mail: peter.wald@lw.com
          michele.kyrouz@lw.com
          rees.morgan@lw.com

LATHAM & WATKINS LLP
   Patrick E. Gibbs  (SBN 183174)
135 Commonwealth Drive
Menlo Park, CA 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600
E-mail: patrick.gibbs@lw.com

7
8

Attorneys for Defendants ORACLE CORPORATION,
LAWRENCE J. ELLISON, JEFFREY O. HENLEY, and
EDWARD J. SANDERSON

9
10
11
12
13

ORACLE CORPORATION
   Dorian E. Daley (SBN 129049)
   James C. Maroulis (SBN 208316)
500 Oracle Parkway
Mailstop 5OP7
Redwood Shores, California 94065
Telephone: (650) 506-5200
Facsimile: (650) 506-7114
E-mail: jim.maroulis@oracle.com

14

Attorneys for Defendant ORACLE CORPORATION

15

## UNITED STATES DISTRICT COURT

16

## NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION

17

| | |
|---|---|
| 18 In re ORACLE CORPORATION SECURITIES LITIGATION, | Case No. C-01-0988-MJJ (JCS) (Consolidated) |
| 19 | **NOTICE OF ENTRY OF GRANTING** |
| This Documents Relates To: | **DEFENDANTS' MOTION TO COMPEL** |
| 20 | **SUPPLEMENTAL RESPONSES TO** |
| | **DEFENDANTS' SECOND SET OF** |
| 21 ALL ACTIONS | **INTERROGATORIES,** |
| 22 | |

23
24
25
26
27
28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

NOT OF ENTRY OF ORDER  GRANTING MOTION TO COMPEL
SUPPLEMENTAL RESPONSES TO SECOND SET OF
INTERROGATOIRES

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, on December 14, 2006, The Honorable Edward

A. Infante (Ret.), Special Master, signed the Order Granting Defendants' Motion to Compel

Supplemental Responses to Defendants' Second Set of Interrogatories, which is attached hereto

as Exhibit A.

Dated:  December 21, 2006                                    LATHAM & WATKINS LLP
                                                                              Peter A. Wald
                                                                              Michele F. Kyrouz
                                                                              Patrick E. Gibbs


                                                              By: _____/S/_____
                                                                     Michele F. Kyrouz
                                                                     Attorneys for Defendants
                                                                     ORACLE CORPORATION, LAWRENCE
                                                                     J. ELLISON, JEFFREY O. HENLEY, and
                                                                     EDWARD J. SANDERSON

NOT OF ENTRY OF ORDER  GRANTING MOTION TO COMPEL
SUPPLEMENTAL RESPONSES TO SECOND SET OF
INTERROGATOIRES