Hon. Edward A. Infante (Ret.)
JAMS
Two Embarcadero Center
Suite 1500
San Francisco, CA 94111
415-774-2611
415-982-5287 (fax)

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION | Case No. C-01-09888-MJJ (JCS)<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO COMPEL SUPPLEMENTAL RESPONSES TO DEFENDANTS' SECOND SET OF INTERROGATORIES** |

    The Special Master, having reviewed Defendants' Motion to Compel Supplemental Responses to Defendants' Second Set of Interrogatories, any opposition thereto, and any argument thereon, and good cause therefore appearing, hereby ORDERS that Defendants' Motion to Compel Supplemental Responses to Defendants' Second Set of Interrogatories is GRANTED.

    The Special Master ORDERS Plaintiffs to serve supplemental responses to Interrogatory Nos. 5-7 and 9-15 of Defendants' Second Set of Interrogatories on or before January 31, 2007.

IT IS SO ORDERED.

Dated: 12-14-06

_____
Hon. Edward A. Infante (Ret.)
Special Master

**EXHIBIT A**