| | |
|---|---|
| LATHAM & WATKINS LLP<br>  Peter A. Wald (SBN 85705)<br>  Michele F. Kyrouz (SBN 168004)<br>505 Montgomery Street, Suite 2000<br>San Francisco, CA  94111-2562<br>Telephone: (415) 391-0600<br>Facsimile: (415) 395-8095<br>E-mail: peter.wald@lw.com<br>           michele.kyrouz@lw.com | LATHAM & WATKINS LLP<br>  Patrick E. Gibbs  (SBN 183174)<br>135 Commonwealth Drive<br>Menlo Park, CA 94025<br>Telephone: (650) 328-4600<br>Facsimile: (650) 463-2600<br>E-mail: patrick.gibbs@lw.com |

LATHAM & WATKINS LLP
  Jamie L. Wine  (SBN 181373)
885 Third Avenue, Suite 1000
New York, NY 10022
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
E-mail: jamie.wine@lw.com

Attorneys for Defendants ORACLE CORPORATION, LAWRENCE J. ELLISON, JEFFREY O. HENLEY, and EDWARD J. SANDERSON

ORACLE CORPORATION
  Dorian E. Daley (SBN 129049)
  James C. Maroulis (SBN 208316)
500 Oracle Parkway
Mailstop 5OP7
Redwood Shores, California 94065
Telephone: (650) 506-5200
Facsimile: (650) 506-7114
E-mail: jim.maroulis@oracle.com

Attorneys for Defendant ORACLE CORPORATION

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Master File No. C-01-0988-MJJ (JCS)<br>(Consolidated)<br><br><u>CLASS ACTION</u><br><br>**<u>DISCOVERY MATTER</u>**<br><br>**DEFENDANTS' ADMINISTRATIVE REQUEST TO FILE UNDER SEAL ORDER GRANTING IN PART DEFENDANTS' MOTION TO ENFORCE THE COURT'S APRIL 27, 2006 ORDER RE DOCUMENTS EXCHANGED** |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

ADMIN REQUEST TO FILE UNDER SEAL SPECIAL MASTER'S
ORDER RE: COMM'S W/ CONFIDENTIAL WITNESSES
Master File No. C-01-0988-MJJ (JCS)

|   |   |
|---|---|
| 1 | **BETWEEN PLAINTIFFS' COUNSEL AND THE CONFIDENTIAL WITNESSES** |
| 2 | |
| 3 | **Honorable Magistrate Joseph C. Spero** |

Defendants submit this administrative request to file under seal the Special Master's Order Granting in Part Defendants' Motion to Enforce the Court's April 27, 2006 Order Re Documents Exchanged Between Plaintiffs' Counsel and the Confidential Witnesses, attached to the Notice of Entry of Order pursuant to Civil Local Rules 7-11 and 79-5.  Accompanying this administrative request are the Declaration of Sean P.J. Coyle in Support of Defendants' Administrative Request to File Under Seal Special Master's Order Granting in Part Defendants' Motion to Enforce the Court's April 27, 2006 Order Re Documents Exchanged Between Plaintiffs' Counsel and the Confidential Witnesses and the [Proposed] Sealing Order, respectively filed and lodged concurrently herewith.

In the Special Master's Order Granting in Part Defendants' Motion to Enforce the Court's April 27, 2006 Order Re Documents Exchanged Between Plaintiffs' Counsel and the Confidential Witnesses, the Special Master makes reference to Confidential Witnesses by name and refers to their status as Confidential Witnesses.  *See* Coyle Decl., ¶ 3.  This information has been designated as "Confidential" by Plaintiffs and is, therefore, subject to the provisions of the Revised Stipulated Protective Order Governing Confidentiality entered on January 11, 2005.  *See* Coyle Decl., ¶ 3, Exhibit A.   Accordingly, Defendants respectfully request that Special Master's Order Granting in Part Defendants' Motion to Enforce the Court's April 27, 2006 Order Re

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

ADMIN REQUEST TO FILE UNDER SEAL SPECIAL MASTER'S
ORDER RE: COMM'S W/ CONFIDENTIAL WITNESSES
Master File No. C-01-0988-MJJ (JCS)

Documents Exchanged Between Plaintiffs' Counsel and the Confidential Witnesses be filed under seal of the Court.

Dated:  December 21, 2006

LATHAM & WATKINS LLP
   Peter A. Wald
   Michele F. Kyrouz
   Jamie L. Wine
   Patrick E. Gibbs
   Sean P.J. Coyle

    /s/ Sean P.J. Coyle

By:_____
   Sean P. J. Coyle
   Attorneys for Defendants ORACLE CORPORATION, LAWRENCE J. ELLISON, JEFFREY O. HENLEY, and EDWARD J. SANDERSON

SF\591357.1

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

ADMIN REQUEST TO FILE UNDER SEAL SPECIAL MASTER'S ORDER RE: COMM'S W/ CONFIDENTIAL WITNESSES
Master File No. C-01-0988-MJJ (JCS)