LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
MARK SOLOMON (151949)
DOUGLAS R. BRITTON (188769)
VALERIE L. McLAUGHLIN (191916)
GAVIN M. BOWIE (235532)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
marks@lerachlaw.com
dougb@lerachlaw.com
valeriem@lerachlaw.com
gbowie@lerachlaw.com
       – and –
SHAWN A. WILLIAMS (213113)
WILLOW E. RADCLIFFE (200087)
ELI R. GREENSTEIN (217945)
JENNIE LEE ANDERSON (203586)
MONIQUE C. WINKLER (213031)
100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@lerachlaw.com
willowr@lerachlaw.com
elig@lerachlaw.com
jenniea@lerachlaw.com
moniquew@lerachlaw.com

Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION ) ) ) | Master File No. C-01-0988-MJJ |
| ) | CLASS ACTION |
| ) | |
| This Document Relates To: ) ) | NOTICE OF ENTRY OF ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFFS' MOTION TO COMPEL THE DEPOSITIONS OF CHRISTOPHER BALKENHOL AND DORIAN DALEY AND ADDITIONAL TIME FOR THE DEPOSITIONS OF LARRY ELLISON AND SAFRA CATZ |
| ALL ACTIONS. ) ) | |

1  TO:    ALL PARTIES AND THEIR ATTORNEYS OF RECORD

2     PLEASE TAKE NOTICE that on December 14, 2006, The Honorable Edward A. Infante

3  (Ret.), Special Master, signed the Order Granting in Part and Denying in Part Plaintiffs' Motion to

4  Compel the Depositions of Christopher Balkenhol and Dorian Daley and Additional Time for the

5  Depositions of Larry Ellison and Safra Catz, which is attached hereto as Exhibit A.

6  DATED:  December 22, 2006          LERACH COUGHLIN STOIA GELLER
                                        RUDMAN & ROBBINS LLP
7                                     MARK SOLOMON
                                      DOUGLAS R. BRITTON
8                                     VALERIE L. McLAUGHLIN
                                      GAVIN M. BOWIE
9

10
                                              /s/ MARK SOLOMON
11                                              MARK SOLOMON

12                                    655 West Broadway, Suite 1900
                                      San Diego, CA  92101
13                                    Telephone:  619/231-1058
                                      619/231-7423 (fax)
14
                                      LERACH COUGHLIN STOIA GELLER
15                                      RUDMAN & ROBBINS LLP
                                      SHAWN A. WILLIAMS
16                                    WILLOW E. RADCLIFFE
                                      ELI R. GREENSTEIN
17                                    JENNIE LEE ANDERSON
                                      MONIQUE C. WINKLER
18                                    100 Pine Street, Suite 2600
                                      San Francisco, CA  94111
19                                    Telephone:  415/288-4545
                                      415/288-4534 (fax)
20
                                      Lead Counsel for Plaintiffs
21
   S:\CasesSD\Oracle3\not00037686.doc
22

23

24

25

26

27

28

NOT OF ENTRY OF ORDER - C-01-0988-MJJ                                                    - 1 -

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 22, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

<u>/s/ MARK SOLOMON</u>
MARK SOLOMON

LERACH COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
E-mail: <u>MARKS@lerachlaw.com</u>