LATHAM & WATKINS LLP
  Peter A. Wald (SBN 85705)
  Michele F. Kyrouz (SBN 168004)
505 Montgomery Street, Suite 2000
San Francisco, California  94111-2562
Telephone:  (415) 391-0600
Facsimile:  (415) 395-8095
E-mail: peter.wald@lw.com
       michele.kyrouz@lw.com
       rees.morgan@lw.com

LATHAM & WATKINS LLP
  Patrick E. Gibbs  (SBN 183174)
135 Commonwealth Drive
Menlo Park, CA 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600
E-mail: patrick.gibbs@lw.com

Attorneys for Defendants ORACLE CORPORATION,
LAWRENCE J. ELLISON, JEFFREY O. HENLEY, and
EDWARD J. SANDERSON

ORACLE CORPORATION
  Dorian E. Daley (SBN 129049)
  James C. Maroulis (SBN 208316)
500 Oracle Parkway
Mailstop 5OP7
Redwood Shores, California 94065
Telephone: (650) 506-5200
Facsimile: (650) 506-7114
E-mail: jim.maroulis@oracle.com

Attorneys for Defendant ORACLE CORPORATION

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION,<br><br>This Documents Relates To:<br><br>ALL ACTIONS | Case No. C-01-0988-MJJ (JCS) (Consolidated)<br><br>**NOTICE OF ENTRY OF ORDER GRANTING DEFENDANTS' MOTION TO ENFORCE SECTION V.C. OF THE MARCH 10, 2005 DISCOVERY PLAN AND FOR SANCTIONS FOR PLAINTIFFS' REPEATED VIOLATIONS OF THE DISCOVERY PLAN AS IT PERTAINS TO THIRD PARTY CUSTOMERS** |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

NOT OF ENTRY OF ORDER  GRANTING IN  PART ORDER TO
ENFORCE SEC. V.C. OF THE MAR. 10, 2005  DISCOVERY PLAN
Case No. C-01-0988-MJJ

1
2
3   **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

4   **PLEASE TAKE NOTICE** that, on December 19, 2006, The Honorable Edward
5   A. Infante (Ret.), Special Master, signed the Order Granting Defendants' Motion to Enforce
6   Section V.C. of the March 10, 2005 Discovery Plan and for Sanctions for Plaintiffs' Repeated
7   Violations of the Discovery Plan as it Pertains to Third Party Customers, which is attached
8   hereto as Exhibit A.

9   Dated: December 22, 2006                LATHAM & WATKINS LLP
                                             Peter A. Wald
10                                           Michele F. Kyrouz
                                             Patrick E. Gibbs
11                                           Holly J. Tate
12

13                                           By:_____/S/_____
                                                 Michele F. Kyrouz
14                                               Attorneys for Defendants
                                                 ORACLE CORPORATION, LAWRENCE
15                                               J. ELLISON, JEFFREY O. HENLEY, and
                                                 EDWARD J. SANDERSON
16
17
18
19
20
21
22
23
24
25
26
27
28

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

NOT OF ENTRY OF ORDER GRANTING IN PART ORDER TO
ENFORCE SEC. V.C. OF THE MAR. 10, 2005 DISCOVERY PLAN
Case No. C-01-0988-MJJ

1