1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION | Master File No. C-01-0988-MJJ (JCS) (Consolidated) |
| | <u>CLASS ACTION</u> |
| This Document Relates To: | **<u>DISCOVERY MATTER</u>** |
| ALL ACTIONS. | [PROPOSED] SEALING ORDER |
| | **Honorable Joseph C. Spero** |

1    Having considered the papers regarding Defendants' Administrative Request to
2 file under seal the Special Master's Order Granting Defendants' Motion to Enforce Section V.C.
3 of the March 10, 2005 Discovery Plan and for Sanctions for Plaintiffs' Repeated Violations of
4 the Discovery Plan as it Pertains to Third Party Customers, and finding good cause therefore; it
5 is hereby Ordered that the Special Master's Order Granting Defendants' Motion to Enforce
6 Section V.C. of the March 10, 2005 Discovery Plan and for Sanctions for Plaintiffs' Repeated
7 Violations of the Discovery Plan as it Pertains to Third Party Customers is HEREBY sealed.

9    IT IS SO ORDERED.

DATED: _____         _____
                                THE HONORABLE JOSEPH C. SPERO

Submitted by:

DATED: December 22, 2006

| LATHAM & WATKINS LLP | LATHAM & WATKINS LLP |
|---|---|
| Peter A. Wald (SBN 85705) | Patrick E. Gibbs (SBN 183174) |
| Michele F. Kyrouz (SBN 168004) | 135 Commonwealth Drive |
| 505 Montgomery Street, Suite 2000 | Menlo Park, CA 94025 |
| San Francisco, CA 94111-2562 | Telephone: (650) 328-4600 |
| Telephone: (415) 391-0600 | Facsimile: (650) 463-2600 |
| Facsimile: (415) 395-8095 | E-mail: patrick.gibbs@lw.com |
| E-mail: peter.wald@lw.com | |
| michele.kyrouz@lw.com | |

   **/s/ Sean P.J. Coyle**
_____
   Sean P.J. Coyle

SF\591373.1