LATHAM & WATKINS LLP
  Peter A. Wald (SBN 85705)
  Michele F. Kyrouz (SBN 168004)
505 Montgomery Street, Suite 2000
San Francisco, CA  94111-2562
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
E-mail: peter.wald@lw.com
          michele.kyrouz@lw.com

LATHAM & WATKINS LLP
  Patrick E. Gibbs  (SBN 183174)
135 Commonwealth Drive
Menlo Park, CA 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600
E-mail: patrick.gibbs@lw.com

LATHAM & WATKINS LLP
  Jamie L. Wine  (SBN 181373)
885 Third Avenue, Suite 1000
New York, NY 10022
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
E-mail: jamie.wine@lw.com

Attorneys for Defendants ORACLE CORPORATION, LAWRENCE
J. ELLISON, JEFFREY O. HENLEY, and EDWARD J. SANDERSON

ORACLE CORPORATION
  Dorian E. Daley (SBN 129049)
  James C. Maroulis (SBN 208316)
500 Oracle Parkway
Mailstop 5OP7
Redwood Shores, California 94065
Telephone: (650) 506-5200
Facsimile: (650) 506-7114
E-mail: jim.maroulis@oracle.com

Attorneys for Defendant ORACLE CORPORATION

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Master File No. C-01-0988-MJJ (JCS) (Consolidated)<br><br><u>CLASS ACTION</u><br><br>**<u>DISCOVERY MATTER</u>**<br><br>**DEFENDANTS' ADMINISTRATIVE REQUEST TO FILE UNDER SEAL ORDER GRANTING DEFENDANTS' MOTION TO ENFORCE SECTION V.C. OF THE MARCH 10, 2005 DISCOVERY PLAN AND FOR SANCTIONS FOR** |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

ADMIN REQUEST TO FILE UNDER SEAL SPECIAL MASTER'S
ORDER RE: ENFOCEMENT OF  DISCOVERY PLAN
Master File No. C-01-0988-MJJ (JCS)

**PLAINTIFFS' REPEATED VIOLATIONS OF THE DISCOVERY PLAN AS IT PERTAINS TO THIRD PARTY CUSTOMERS**

**Honorable Magistrate Joseph C. Spero**

Defendants submit this administrative request to file under seal the Special Master's ORDER Granting Defendants' Motion to Enforce Section V.C. of the March 10, 2005 Discovery Plan and for Sanctions for Plaintiffs' Repeated Violations of the Discovery Plan as it Pertains to Third Party Customers, attached to the Notice of Entry of Order pursuant to Civil Local Rules 7-11 and 79-5.  Accompanying this administrative request are the Declaration of Sean P.J. Coyle in Support of Defendants' Administrative Request to File Under Seal Special Master's Order Granting Defendants' Motion to Enforce Section V.C. of the March 10, 2005 Discovery Plan and for Sanctions for Plaintiffs' Repeated Violations of the Discovery Plan as it Pertains to Third Party Customers and the [Proposed] Sealing Order, respectively filed and lodged concurrently herewith.  In the Special Master's Order Granting Defendants' Motion to Enforce Section V.C. of the March 10, 2005 Discovery Plan and for Sanctions for Plaintiffs' Repeated Violations of the Discovery Plan as it Pertains to Third Party Customers, the Special Master quotes Plaintiffs' March 15, 2006 Letter Brief to the Court..  *See* Coyle Decl., ¶ 3.  This information has been designated as "Confidential" by the Plaintiffs and is, therefore, subject to the provisions of the Revised Stipulated Protective Order Governing Confidentiality entered on January 11, 2005  *See* Coyle Decl., ¶ 3, Exhibit A.   Accordingly, Defendants respectfully request that Special Master's Order Granting Defendants' Motion to Enforce Section V.C. of the March 10, 2005

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

ADMIN REQUEST TO FILE UNDER SEAL SPECIAL MASTER'S ORDER RE: ENFOCEMENT OF DISCOVERY PLAN
Master File No. C-01-0988-MJJ (JCS)

1 | Discovery Plan and for Sanctions for Plaintiffs' Repeated Violations of the Discovery Plan as it
2 | Pertains to Third Party Customers be sealed.

4 | Dated: December 22, 2006

LATHAM & WATKINS LLP
  Peter A. Wald
  Michele F. Kyrouz
  Jamie L. Wine
  Patrick E. Gibbs
  Sean P.J. Coyle

     /s/ Sean P.J. Coyle
By:_____
  Sean P. J. Coyle
  Attorneys for Defendants ORACLE
  CORPORATION, LAWRENCE J.
  ELLISON, JEFFREY O. HENLEY,
  and EDWARD J. SANDERSON

SF\591357.1

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

ADMIN REQUEST TO FILE UNDER SEAL SPECIAL MASTER'S
ORDER RE: ENFOCEMENT OF DISCOVERY PLAN
Master File No. C-01-0988-MJJ (JCS)