1 LATHAM & WATKINS LLP   LATHAM & WATKINS LLP

  Peter A. Wald (SBN 85705)   Patrick E. Gibbs  (SBN 183174)

2  Michele F. Kyrouz (SBN 168004)  135 Commonwealth Drive

  Sean P.J. Coyle (SBN 233039)   Menlo Park, CA 94025

3 505 Montgomery Street, Suite 2000  Telephone: (650) 328-4600

 San Francisco, CA  94111-2562   Facsimile: (650) 463-2600

4 Telephone: (415) 391-0600   E-mail: patrick.gibbs@lw.com

 Facsimile: (415) 395-8095

5 E-mail: peter.wald@lw.com

    michele.kyrouz@lw.com

6

7 Attorneys for Defendants ORACLE CORPORATION, LAWRENCE

8 J. ELLISON, JEFFREY O. HENLEY, and EDWARD J. SANDERSON

9 ORACLE CORPORATION

  Dorian E. Daley (SBN 129049)

10  James C. Maroulis (SBN 208316)

 500 Oracle Parkway

11 Mailstop 5OP7

 Redwood Shores, California 94065

12 Telephone: (650) 506-5200

 Facsimile: (650) 506-7114

13 E-mail: jim.maroulis@oracle.com

14 Attorneys for Defendant ORACLE CORPORATION

15

16     **UNITED STATES DISTRICT COURT**

17  **NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION**

18 In re ORACLE CORPORATION   Master File No. C-01-0988-MJJ (JCS)

 SECURITIES LITIGATION    (Consolidated)

19

20 ——————————————  <u>CLASS ACTION</u>

21 This Document Relates To:   **DISCOVERY MATTER**

22 ALL ACTIONS.      **DECLARATION OF SEAN P.J. COYLE**

           **IN SUPPORT OF DEFENDANTS'**

23           **ADMINISTRATIVE REQUEST TO FILE**

           **UNDER SEAL ORDER GRANTING**

24           **DEFENDANTS' MOTION TO ENFORCE**

           **SECTION V.C. OF THE MARCH 10, 2005**

25           **DISCOVERY PLAN AND FOR**

           **SANCTIONS FOR PLAINTIFFS**

26           **REPEATED VIOLATIONS OF THE**

           **DISCOVERY PLAN AS IT PERTAINS TO**

27           **THIRD PARTY CUSTOMERS**

28           **Honorable Joseph C. Spero**

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

HH

COYLE DECL. ISO ADMIN REQ. TO FILE UNDER SEAL
SPECIAL MASTER ORDER
Master File No. C-01-0988-MJJ (JCS)

I, Sean P.J. Coyle, declare as follows:

1.      I am an attorney duly licensed to practice before all the courts of the State of California.  I am an associate with the law firm of Latham & Watkins LLP, counsel of record for Defendants in the above-entitled action.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      I submit this declaration in support of Defendants' Administrative Request to File Under Seal the Special Master's Order Granting Defendants' Motion to Enforce Section V.C. of the March 10, 2005 Discovery Plan and for Sanctions for Plaintiffs' Repeated Violations of the Discovery Plan as it Pertains to Third Party Customers.

3.      The Special Master's Order Granting Defendants' Motion to Enforce Section V.C. of the March 10, 2005 Discovery Plan and for Sanctions for Plaintiffs' Repeated Violations of the Discovery Plan as it Pertains to Third Party Customers quotes Plaintiffs' March 15, 2006 Letter brief, which was designated by Plaintiffs as confidential.

4.      This information is subject to the provisions of the Revised Stipulated Protective Order Governing Confidentiality entered on January 11, 2005 .  The Revised Stipulated Protective Order Governing Confidentiality is attached hereto as Exhibit A.

I hereby certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on December 22, 2006 in San Francisco, California.

_____

Sean P.J. Coyle

SF\564500.1

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

COYLE DECL. ISO ADMIN REQ. TO FILE UNDER SEAL
SPECIAL MASTER ORDER
Master File No. C-01-0988-MJJ (JCS)