1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION**

| In re ORACLE CORPORATION SECURITIES LITIGATION | Master File No. C-01-0988-MJJ (JCS) (Consolidated) |
|---|---|
| | CLASS ACTION |
| This Document Relates To: | **DISCOVERY MATTER** |
| ALL ACTIONS. | [PROPOSED] SEALING ORDER |
| | **Honorable Joseph C. Spero** |

1    Having considered the papers regarding Defendants' Administrative Request to
2 file under seal the Special Master's Order Granting Defendants' Motion to Enforce Section V.C.
3 of the March 10, 2005 Discovery Plan and for Sanctions for Plaintiffs' Repeated Violations of
4 the Discovery Plan as it Pertains to Third Party Customers, and finding good cause therefore; it
5 is hereby Ordered that the Special Master's Order Granting Defendants' Motion to Enforce
6 Section V.C. of the March 10, 2005 Discovery Plan and for Sanctions for Plaintiffs' Repeated
7 Violations of the Discovery Plan as it Pertains to Third Party Customers is HEREBY sealed.

9            IT IS SO ORDERED.

11 DATED: _____     _____
                                    THE HONORABLE JOSEPH C. SPERO

13 Submitted by:

   DATED:  December 22, 2006

15 LATHAM & WATKINS LLP                LATHAM & WATKINS LLP
     Peter A. Wald (SBN 85705)           Patrick E. Gibbs  (SBN 183174)
16   Michele F. Kyrouz (SBN 168004)    135 Commonwealth Drive
   505 Montgomery Street, Suite 2000   Menlo Park, CA 94025
17 San Francisco, CA  94111-2562       Telephone: (650) 328-4600
   Telephone: (415) 391-0600           Facsimile: (650) 463-2600
18 Facsimile: (415) 395-8095           E-mail: patrick.gibbs@lw.com
   E-mail: peter.wald@lw.com
19         michele.kyrouz@lw.com

21          **/s/ Sean P.J. Coyle**
   _____
22           Sean P.J. Coyle

23 SF\591373.1