| | |
|---|---|
| LATHAM & WATKINS LLP<br>  Peter A. Wald (SBN 85705)<br>  Michele F. Kyrouz (SBN 168004)<br>505 Montgomery Street, Suite 2000<br>San Francisco, California 94111-2562<br>Telephone: (415) 391-0600<br>Facsimile: (415) 395-8095<br>E-mail: peter.wald@lw.com<br>      michele.kyrouz@lw.com<br>      rees.morgan@lw.com | LATHAM & WATKINS LLP<br>  Patrick E. Gibbs (SBN 183174)<br>135 Commonwealth Drive<br>Menlo Park, CA 94025<br>Telephone: (650) 328-4600<br>Facsimile: (650) 463-2600<br>E-mail: patrick.gibbs@lw.com |

Attorneys for Defendants ORACLE CORPORATION, LAWRENCE J. ELLISON, JEFFREY O. HENLEY, and EDWARD J. SANDERSON

ORACLE CORPORATION
  Dorian E. Daley (SBN 129049)
  James C. Maroulis (SBN 208316)
500 Oracle Parkway
Mailstop 5OP7
Redwood Shores, California 94065
Telephone: (650) 506-5200
Facsimile: (650) 506-7114
E-mail: jim.maroulis@oracle.com

Attorneys for Defendant ORACLE CORPORATION

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION,<br><br>This Documents Relates To:<br><br>ALL ACTIONS | Case No. C-01-0988-MJJ (JCS) (Consolidated)<br><br>**PROOF OF SERVICE ON NOTICE OF ENTRY OF ORDER GRANTING DEFENDANTS' MOTION TO ENFORCE SECTION V.C. OF THE MARCH 10, 2005 DISCOVERY PLAN AND FOR SANCTIONS FOR PLAINTIFFS' REPEATED VIOLATIONS OF THE DISCOVERY PLAN AS IT PERTAINS TO THIRD PARTY CUSTOMERS** |

/ / /

/ / /

/ / /

/ / /

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

PROOF OF SERVICE ON NOT OF ENTRY OF ORDER GRANTING
IN PART ORDER TO ENFORCE SEC. V.C. OF THE MAR 10, 2005
DISCOVERY PLAN
Case No. C-01-0988-MJJ

## PROOF OF SERVICE

I am employed in the County of San Francisco, State of California. I am over the age of 18 years and not a party to this action. My business address is Latham & Watkins LLP, 505 Montgomery Street, Suite 2000, San Francisco, Ca 94111.

**On December 22, 2006**, I served the following document described as:

**NOTICE OF ENTRY OF ORDER GRANTING DEFENDANTS' MOTION TO ENFORCE SECTION V.C. OF THE MARCH 10, 2005 DISCOVERY PLAN AND FOR SANCTIONS FOR PLAINTIFFS' REPEATED VIOLATIONS OF THE DISCOVERY PLAN AS IT PERTAINS TO THIRD PARTY CUSTOMERS**

by serving a true copy of the above-described document in the following manner:

**BY HAND DELIVERY**

I am familiar with the office practice of Latham & Watkins for collecting and processing documents for hand delivery by a messenger courier service or a registered process server. Under that practice, documents are deposited to the Latham & Watkins personnel responsible for dispatching a messenger courier service or registered process server for the delivery of documents by hand in accordance with the instructions provided to the messenger courier service or registered process server; such documents are delivered to a messenger courier service or registered process server on that same day in the ordinary course of business. I caused a sealed envelope or package containing the above-described document and addressed as set forth below in accordance with the office practice of Latham & Watkins for collecting and processing documents for hand delivery by a messenger courier service or a registered process server

> Shawn A. Williams
> Willow E. Radcliffe
> Lerach, Couglin, Stoia, Geller, Rudman
> & Robbins LLP
> 100 Pine Street, Suite 2600
> San Francisco, California 94111-5238

**BY US MAIL**

I am familiar with the office practice of Latham & Watkins LLP for collecting and processing documents for mailing with the United States Postal Service. Under that practice, documents are deposited with the Latham & Watkins LLP personnel responsible for depositing documents with the United States Postal Service; such documents are delivered to the United States Postal Service on that same day in the ordinary course of business, with postage thereon fully prepaid. I deposited in Latham & Watkins LLP' interoffice mail a sealed envelope or package containing the above-described document and addressed as set forth below in accordance with the office practice of Latham & Watkins LLP for collecting and processing documents for mailing with the United States Postal Service:

> Mark Solomon
> Lerach, Coughlin, Stoia, Geller,
> Rudman & Robbins LLP
> 655 West Broadway
> Suite 1900
> San Diego, CA  92101

**BY FACSIMILE**

I am familiar with the office practice of Latham & Watkins LLP for collecting, processing, and transmitting facsimiles. Under that practice, when a facsimile is deposited with the Latham & Watkins LLP personnel responsible for facsimiles, such facsimile is transmitted that same day in the ordinary course of business. I deposited the above-described document for facsimile transmission in accordance with the office practice of Latham & Watkins LLP for collecting and processing facsimiles. The facsimile of the above-described document was transmitted to the following parties from Los Angeles, California on December 22, 2006, at the times noted on the attached confirmation sheet:

| | |
|---|---|
| Mark Solomon<br>Lerach, Coughlin, Stoia, Geller, Rudman & Robbins LLP<br>655 West Broadway<br>Suite 1900<br>San Diego, CA 92101<br>Fax No.: (619) 231-7423 | Shawn A. Williams<br>Willow E. Radcliffe<br>Lerach, Couglin, Stoia, Geller, Rudman<br>   & Robbins LLP<br>100 Pine Street, Suite 2600<br>San Francisco, California 94111-5238<br>Fax No.: (415) 288-4534 |

The facsimile number of the sending machine is (415) 395-8095. Said transmission was complete and without error. All parties on whom this facsimile transmission has been served have agreed in writing to such form of service pursuant to agreement.

I declare that I am employed in the office of a member of the Bar of, or permitted to practice before, this Court at whose direction the service was made and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **December 22, 2006**, at San Francisco, California.

/s/ Caroline Yu
Caroline Yu