LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
MARK SOLOMON (151949)
DOUGLAS R. BRITTON (188769)
VALERIE L. McLAUGHLIN (191916)
GAVIN M. BOWIE (235532)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
marks@lerachlaw.com
dougb@lerachlaw.com
valeriem@lerachlaw.com
gbowie@lerachlaw.com
        – and –
SHAWN A. WILLIAMS (213113)
WILLOW E. RADCLIFFE (200087)
ELI R. GREENSTEIN (217945)
JENNIE LEE ANDERSON (203586)
MONIQUE C. WINKLER (213031)
100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@lerachlaw.com
willowr@lerachlaw.com
elig@lerachlaw.com
jenniea@lerachlaw.com
moniquew@lerachlaw.com

Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION | Master File No. C-01-0988-MJJ |
| | CLASS ACTION |
| This Document Relates To: | **DISCOVERY MATTER** |
| ALL ACTIONS. | PLAINTIFFS' ADMINISTRATIVE REQUEST TO FILE UNDER SEAL ORDER RE: PLAINTIFFS' MOTION TO COMPEL DEFENDANTS' PRODUCTION OF DOCUMENTS CONCERNING AND CREATED IN PREPARATION FOR THE BOOK SOFTWAR |
| | DATE:  N/A<br>TIME:  N/A<br>JUDGE:  Honorable Joseph C. Spero |

1    Pursuant to Civil Local Rules 7-11 and 79-5, plaintiffs submit this Administrative Request to

2   File Under Seal Order re: Plaintiffs' Motion to Compel Defendants' Production of Documents

3   Concerning and Created in Preparation for the Book Softwar.  This Administrative Request is

4   accompanied by the Declaration of Mark Solomon ("Solomon Decl.") and the [Proposed] Sealing

5   Order, filed concurrently herewith.

6    The Special Master's Order re: Plaintiffs' Motion to Compel Defendants' Production of

7   Documents Concerning and Created in Preparation for the Book Softwar contains discussions of and

8   reference to documents and transcripts marked "confidential" by defendants.  This information is

9   subject to the provisions of the Revised Stipulated Protective Order Governing Confidentiality

10  entered on January 11, 2005 and Civil Local Rule 79-5.  Accordingly, plaintiffs respectfully request

11  that the Order re: Plaintiffs' Motion to Compel Defendants' Production of Documents Concerning

12  and Created in Preparation for the Book Softwar be filed under the seal of the Court.

13  DATED:  December 27, 2006             LERACH COUGHLIN STOIA GELLER
                                            RUDMAN & ROBBINS LLP
14                                       MARK SOLOMON
                                         DOUGLAS R. BRITTON
15                                       VALERIE L. McLAUGHLIN
                                         GAVIN M. BOWIE
16

17                                                  /s/ MARK SOLOMON
                                         _____
18                                                  MARK SOLOMON

19                                       655 West Broadway, Suite 1900
                                         San Diego, CA  92101
20                                       Telephone:  619/231-1058
                                         619/231-7423 (fax)
21
                                         LERACH COUGHLIN STOIA GELLER
22                                         RUDMAN & ROBBINS LLP
                                         SHAWN A. WILLIAMS
23                                       WILLOW E. RADCLIFFE
                                         ELI R. GREENSTEIN
24                                       JENNIE LEE ANDERSON
                                         MONIQUE C. WINKLER
25                                       100 Pine Street, Suite 2600
                                         San Francisco, CA  94111
26                                       Telephone:  415/288-4545
                                         415/288-4534 (fax)
27
                                         Lead Counsel for Plaintiffs
28

1  S:\CasesSD\Oracle3\mis00037764.doc

1

<u>CERTIFICATE OF SERVICE</u>

2        I hereby certify that on December 27, 2006, I electronically filed the foregoing with the Clerk

3  of the Court using the CM/ECF system which will send notification of such filing to the e-mail

4  addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have

5  mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF

6  participants indicated on the attached Manual Notice List.

7

8                            /s/ MARK SOLOMON
                               MARK SOLOMON

9                             LERACH COUGHLIN STOIA GELLER
                                  RUDMAN & ROBBINS LLP

10                            655 West Broadway, Suite 1900
                            San Diego, CA  92101

11                            Telephone:  619/231-1058

12                            619/231-7423 (fax)
                            E-mail:MarkS@lerachlaw.com

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# Mailing Information for a Case 3:01-cv-00988-MJJ

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jennie Lee Anderson**
  jenniea@lerachlaw.com

- **Eric J. Belfi**
  ebelfi@labaton.com ElectronicCaseFiling@labaton.com

- **Doug Britton**
  dougb@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Patrick Edward Gibbs**
  patrick.gibbs@lw.com zoila.aurora@lw.com

- **Eli Greenstein**
  Elig@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Kirke M. Hasson**
  kirke.hasson@pillsburylaw.com cheryl.grant@pillsburylaw.com

- **Reed R. Kathrein**
  reedk@lerachlaw.com e_file_sf@lerachlaw.com;e_file_sd@lerachlaw.com

- **Michele F. Kyrouz**
  michele.kyrouz@lw.com

- **Nicole Lavallee**
  nlavallee@bermanesq.com

- **William S. Lerach**
  e_file_sd@lerachlaw.com

- **James C. Maroulis**
  jim.maroulis@oracle.com

- **Caroline McIntyre**
  cmcintyre@be-law.com swalker@be-law.com

- **Brian P Murray**
  bmurray@rabinlaw.com

- **Shinyung Oh**
  shinyungoh@paulhastings.com

- **Willow E. Radcliffe**

willowr@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Darren J. Robbins**

- **Sanna Rachel Singer**
  ssinger@sideman.com mthomas@sideman.com

- **Mark Solomon**
  marks@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Shawn A. Williams**
  shawnw@lerachlaw.com
  e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com;AelishB@lerachlaw.com;MoniqueW@lerach

- **Jamie Lynne Wine**
  jamie.wine@lw.com karen.kelly@lw.com

- **Monique Winkler**
  MoniqueW@lerachlaw.com
  E_File_SF@lerachlaw.com;MoniqueW@lerachlaw.com;shawnw@lerachlaw.com;travisd@lerach

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Dorian Daley**
500 Oracle Parkway
Redwood City, CA 94065

**Corey D. Holzer**
Holzer Holzer & Cannon LLC
1117 Perimeter Center West
Suite E-107
Atlanta, GA 30338