1  LERACH COUGHLIN STOIA GELLER
      RUDMAN & ROBBINS LLP
2  MARK SOLOMON (151949)
   DOUGLAS R. BRITTON (188769)
3  VALERIE L. McLAUGHLIN (191916)
   GAVIN M. BOWIE (235532)
4  655 West Broadway, Suite 1900
   San Diego, CA  92101
5  Telephone:  619/231-1058
   619/231-7423 (fax)
6  marks@lerachlaw.com
   dougb@lerachlaw.com
7  valeriem@lerachlaw.com
   gbowie@lerachlaw.com
8          – and –
   SHAWN A. WILLIAMS (213113)
9  WILLOW E. RADCLIFFE (200087)
   ELI R. GREENSTEIN (217945)
10 JENNIE LEE ANDERSON (203586)
   MONIQUE C. WINKLER (213031)
11 100 Pine Street, Suite 2600
   San Francisco, CA  94111
12 Telephone:  415/288-4545
   415/288-4534 (fax)
13 shawnw@lerachlaw.com
   willowr@lerachlaw.com
14 elig@lerachlaw.com
   jenniea@lerachlaw.com
15 moniquew@lerachlaw.com

16 Lead Counsel for Plaintiffs

17                 UNITED STATES DISTRICT COURT

18                NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION | Master File No. C-01-0988-MJJ |
| | CLASS ACTION |
| This Document Relates To: | NOTICE OF ENTRY OF ORDER GRANTING PLAINTIFFS' MOTION TO ENFORCE THE SPECIAL MASTER'S JULY 17, 2006 ORDER AND TO COMPEL ADDITIONAL ACCOUNTING DOCUMENTS BASED ON RECENT TESTIMONY AND NEW EVIDENCE |
| ALL ACTIONS. | |

1  TO:    ALL PARTIES AND THEIR ATTORNEYS OF RECORD

2         PLEASE TAKE NOTICE that on December 19, 2006, The Honorable Edward A. Infante

3  (Ret.), Special Master, signed the Notice of Entry of Order Granting Plaintiffs' Motion to Enforce

4  the Special Master's July 17, 2006 Order and to Compel Additional Accounting Documents Based

5  on Recent Testimony and New Evidence, which is attached hereto as Exhibit A.

6  DATED:  January 4, 2007                         LERACH COUGHLIN STOIA GELLER
                                                     RUDMAN & ROBBINS LLP
7                                                  SHAWN A. WILLIAMS
                                                   WILLOW E. RADCLIFFE
8                                                  ELI R. GREENSTEIN
                                                   JENNIE LEE ANDERSON
9                                                  MONIQUE C. WINKLER

10

11                                                          /s/
                                                   ─────────────────────────
                                                       SHAWN A. WILLIAMS
12
                                                   100 Pine Street, Suite 2600
13                                                 San Francisco, CA  94111
                                                   Telephone:  415/288-4545
14                                                 415/288-4534 (fax)

15                                                 LERACH COUGHLIN STOIA GELLER
                                                     RUDMAN & ROBBINS LLP
16                                                 MARK SOLOMON
                                                   DOUGLAS R. BRITTON
17                                                 VALERIE L. McLAUGHLIN
                                                   GAVIN M. BOWIE
18                                                 655 West Broadway, Suite 1900
                                                   San Diego, CA  92101
19                                                 Telephone:  619/231-1058
                                                   619/231-7423 (fax)
20
                                                   Lead Counsel for Plaintiffs
21
   T:\CasesSF\Oracle3\NOT00037941.doc
22

23

24

25

26

27

28

NOTICE OF ENTRY OF ORDER GRANTING PLTFS' MOTION TO ENFORCE SPECIAL MASTER'S
JULY 17, 2006 ORDER AND TO COMPEL ADDITIONAL ACCOUNTING DOCS - C-01-0988-MJJ       - 1 -

| | |
|---|---|
| 1 | CERTIFICATE OF SERVICE |
| 2 | I hereby certify that on January 4, 2007, I electronically filed the foregoing with the Clerk of |
| 3 | the Court using the CM/ECF system which will send notification of such filing to the e-mail |
| 4 | addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have |
| 5 | mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF |
| 6 | participants indicated on the attached Manual Notice List. |

                                             /s/
                                      SHAWN A. WILLIAMS

LERACH COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
100 Pine Street, 26th Floor
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)
E-mail: ShawnW@lerachlaw.com

# Mailing Information for a Case 3:01-cv-00988-MJJ

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jennie Lee Anderson**
  jenniea@lerachlaw.com
- **Eric J. Belfi**
  ebelfi@labaton.com ElectronicCaseFiling@labaton.com
- **Doug Britton**
  dougb@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com
- **Patrick Edward Gibbs**
  patrick.gibbs@lw.com zoila.aurora@lw.com
- **Eli Greenstein**
  Elig@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com
- **Kirke M. Hasson**
  kirke.hasson@pillsburylaw.com cheryl.grant@pillsburylaw.com
- **Reed R. Kathrein**
  reedk@lerachlaw.com e_file_sf@lerachlaw.com;e_file_sd@lerachlaw.com
- **Michele F. Kyrouz**
  michele.kyrouz@lw.com
- **Nicole Lavallee**
  nlavallee@bermanesq.com
- **William S. Lerach**
  e_file_sd@lerachlaw.com
- **James C. Maroulis**
  jim.maroulis@oracle.com
- **Caroline McIntyre**
  cmcintyre@be-law.com swalker@be-law.com
- **Brian P Murray**
  bmurray@rabinlaw.com
- **Shinyung Oh**
  shinyungoh@paulhastings.com
- **Willow E. Radcliffe**
  willowr@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com
- **Darren J. Robbins**
- **Sanna Rachel Singer**
  ssinger@sideman.com mthomas@sideman.com
- **Mark Solomon**
  marks@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com
- **Shawn A. Williams**
  shawnw@lerachlaw.com
  e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com;AelishB@lerachlaw.com;MoniqueW@lerachlaw.com;TravisD@lerachlaw.com;ChrisW@lerachlaw.com

- **Jamie Lynne Wine**
  jamie.wine@lw.com karen.kelly@lw.com
- **Monique Winkler**
  MoniqueW@lerachlaw.com
  E_File_SF@lerachlaw.com;MoniqueW@lerachlaw.com;shawnw@lerachlaw.com;travisd@lerachlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Dorian Daley
500 Oracle Parkway
Redwood City, CA 94065

Corey D. Holzer
Holzer Holzer & Cannon LLC
1117 Perimeter Center West
Suite E-107
Atlanta, GA 30338
```