1   LERACH COUGHLIN STOIA GELLER
      RUDMAN & ROBBINS LLP
2   MARK SOLOMON (151949)
    DOUGLAS R. BRITTON (188769)
3   VALERIE L. McLAUGHLIN (191916)
    GAVIN M. BOWIE (235532)
4   655 West Broadway, Suite 1900
    San Diego, CA  92101
5   Telephone:  619/231-1058
    619/231-7423 (fax)
6   marks@lerachlaw.com
    dougb@lerachlaw.com
7   valeriem@lerachlaw.com
    gbowie@lerachlaw.com
8        – and –
    SHAWN A. WILLIAMS (213113)
9   WILLOW E. RADCLIFFE (200087)
    ELI R. GREENSTEIN (217945)
10  JENNIE LEE ANDERSON (203586)
    MONIQUE C. WINKLER (213031)
11  100 Pine Street, Suite 2600
    San Francisco, CA  94111
12  Telephone:  415/288-4545
    415/288-4534 (fax)
13  shawnw@lerachlaw.com
    willowr@lerachlaw.com
14  elig@lerachlaw.com
    jenniea@lerachlaw.com
15  moniquew@lerachlaw.com

16  Lead Counsel for Plaintiffs

17                        UNITED STATES DISTRICT COURT

18                        NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 19   In re ORACLE CORPORATION SECURITIES LITIGATION | )   Master File No. C-01-0988-MJJ |
| 20   _____ | )   CLASS ACTION |
| 21   This Document Relates To: | )   NOTICE OF ENTRY OF ORDER GRANTING IN PART AND DENYING IN |
| 22        ALL ACTIONS. | )   PART PLAINTIFFS' MOTION TO COMPEL DOCUMENTS CONTAINED IN |
| 23   _____ | )   DEFENDANTS' PRIVILEGE AND REDACTION LOGS |

24

25

26

27

28

1   TO:     ALL PARTIES AND THEIR ATTORNEYS OF RECORD

2           PLEASE TAKE NOTICE that on January 3, 2007, The Honorable Edward A. Infante (Ret.),

3   Special Master, entered the Order Granting in Part and Denying in Part Plaintiffs' Motion to Compel

4   Documents Contained In Defendants' Privilege and Redaction Logs, which is attached hereto as

5   Exhibit A.

6   DATED:  January 5, 2007                    LERACH COUGHLIN STOIA GELLER
                                                  RUDMAN & ROBBINS LLP
7                                              SHAWN A. WILLIAMS
                                               WILLOW E. RADCLIFFE
8                                              ELI R. GREENSTEIN
                                               JENNIE LEE ANDERSON
9                                              MONIQUE C. WINKLER

10

11                                                        /s/
                                                  SHAWN A. WILLIAMS

12
                                               100 Pine Street, Suite 2600
13                                             San Francisco, CA  94111
                                               Telephone:  415/288-4545
14                                             415/288-4534 (fax)

15                                             LERACH COUGHLIN STOIA GELLER
                                                  RUDMAN & ROBBINS LLP
16                                             MARK SOLOMON
                                               DOUGLAS R. BRITTON
17                                             VALERIE L. McLAUGHLIN
                                               GAVIN M. BOWIE
18                                             655 West Broadway, Suite 1900
                                               San Diego, CA  92101
19                                             Telephone:  619/231-1058
                                               619/231-7423 (fax)

20
                                               Lead Counsel for Plaintiffs
21
    T:\CasesSF\Oracle3\NOT00037961_entry of order.doc
22

23

24

25

26

27

28

NOTICE OF ENTRY OF ORDER GRANTING IN PART & DENYING IN PART PLTFS' MTN TO
COMPEL DOCS CONTAINED IN DFNDANTS' PRIVILEGE & REDACTION LOGS - C-01-0988-MJJ        - 1 -

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 5, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I further certify that I caused this document to be forwarded to the following designated Internet site at:  http://securities.lerachlaw.com/.

  s/ Shawn A. Williams
SHAWN A. WILLIAMS

LERACH COUGHLIN STOIA GELLER
        RUDMAN & ROBBINS LLP
100 Pine Street, 26th Floor
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)

E-mail:ShawnW@lerachlaw.com

# Mailing Information for a Case 3:01-cv-00988-MJJ

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jennie Lee Anderson**
  jenniea@lerachlaw.com

- **Eric J. Belfi**
  ebelfi@labaton.com ElectronicCaseFiling@labaton.com

- **Doug Britton**
  dougb@lerachlaw.com
  e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Patrick Edward Gibbs**
  patrick.gibbs@lw.com zoila.aurora@lw.com

- **Eli Greenstein**
  Elig@lerachlaw.com
  e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Kirke M. Hasson**
  kirke.hasson@pillsburylaw.com cheryl.grant@pillsburylaw.com

- **Reed R. Kathrein**
  reedk@lerachlaw.com
  e_file_sf@lerachlaw.com;e_file_sd@lerachlaw.com

- **Michele F. Kyrouz**
  michele.kyrouz@lw.com

- **Nicole Lavallee**
  nlavallee@bermanesq.com

- **William S. Lerach**

e_file_sd@lerachlaw.com

- **James C. Maroulis**
  jim.maroulis@oracle.com

- **Caroline McIntyre**
  cmcintyre@be-law.com swalker@be-law.com

- **Brian P Murray**
  bmurray@rabinlaw.com

- **Shinyung Oh**
  shinyungoh@paulhastings.com

- **Willow E. Radcliffe**
  willowr@lerachlaw.com
  e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Darren J. Robbins**

- **Sanna Rachel Singer**
  ssinger@sideman.com mthomas@sideman.com

- **Mark Solomon**
  marks@lerachlaw.com
  e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Shawn A. Williams**
  shawnw@lerachlaw.com
  e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com;AelishB@lerachlaw.

- **Jamie Lynne Wine**
  jamie.wine@lw.com karen.kelly@lw.com

- **Monique Winkler**
  MoniqueW@lerachlaw.com
  E_File_SF@lerachlaw.com;MoniqueW@lerachlaw.com;shawnw@lerach

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail

notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Dorian Daley**
500 Oracle Parkway
Redwood City, CA 94065

**Corey D. Holzer**
Holzer Holzer & Cannon LLC
1117 Perimeter Center West
Suite E-107
Atlanta, GA 30338