UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Master File No. C-01-0988-MJJ (JCS) (Consolidated)<br><br>CLASS ACTION<br><br>**DISCOVERY MATTER**<br><br>[~~PROPOSED~~] SEALING ORDER<br><br>**Honorable Joseph C. Spero** |

1   Having considered the papers regarding Defendants' Administrative Request to
2   file under seal the Special Master's Order Granting in Part Defendants' Motion to Enforce the
3   Court's April 27, 2006 Order Re Documents Exchanged Between Plaintiffs' Counsel and the
4   Confidential Witnesses, and finding good cause therefore; the Special Master's Order Granting
5   in Part Defendants' Motion to Enforce the Court's April 27, 2006 Order Re Documents
6   Exchanged Between Plaintiffs' Counsel and the Confidential Witnesses **is HEREBY sealed.**

IT IS SO ORDERED.

DATED: January 8, 2007

THE HONORABLE SPERO

*Judge Joseph C. Spero*

Submitted by:

DATED: December 21, 2006

| | |
|---|---|
| LATHAM & WATKINS LLP | LATHAM & WATKINS LLP |
|   Peter A. Wald (SBN 85705) |   Patrick E. Gibbs  (SBN 183174) |
|   Michele F. Kyrouz (SBN 168004) | 135 Commonwealth Drive |
| 505 Montgomery Street, Suite 2000 | Menlo Park, CA 94025 |
| San Francisco, CA  94111-2562 | Telephone: (650) 328-4600 |
| Telephone: (415) 391-0600 | Facsimile: (650) 463-2600 |
| Facsimile: (415) 395-8095 | E-mail: patrick.gibbs@lw.com |
| E-mail: peter.wald@lw.com | |
|           michele.kyrouz@lw.com | |

**/s/ Sean P.J. Coyle**
_____
    Sean P.J. Coyle

SF\591373.1