1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION**

8
9
10
11
12
13
14
15

| In re ORACLE CORPORATION SECURITIES LITIGATION | Master File No. C-01-0988-MJJ (JCS) (Consolidated) |
|---|---|
| | <u>CLASS ACTION</u> |
| | **DISCOVERY MATTER** |
| This Document Relates To: | [~~PROPOSED~~] SEALING ORDER |
| ALL ACTIONS. | **Honorable Joseph C. Spero** |

16
17
18
19
20
21
22
23
24
25
26
27
28

Having considered the papers regarding Defendants' Administrative Request to file under seal the Special Master's Order Granting Defendants' Motion to Enforce Section V.C. of the March 10, 2005 Discovery Plan and for Sanctions for Plaintiffs' Repeated Violations of the Discovery Plan as it Pertains to Third Party Customers, and finding good cause therefore; it is hereby Ordered that the Special Master's Order Granting Defendants' Motion to Enforce Section V.C. of the March 10, 2005 Discovery Plan and for Sanctions for Plaintiffs' Repeated Violations of the Discovery Plan as it Pertains to Third Party Customers is HEREBY sealed.

IT IS SO ORDERED.

DATED: __January 8, 2007_____        _____
                                       THE HONORABLE JOSEPH C. SPERO
                                       Judge Joseph C. Spero

Submitted by:

DATED: December 22, 2006

| LATHAM & WATKINS LLP | LATHAM & WATKINS LLP |
|---|---|
| Peter A. Wald (SBN 85705) | Patrick E. Gibbs (SBN 183174) |
| Michele F. Kyrouz (SBN 168004) | 135 Commonwealth Drive |
| 505 Montgomery Street, Suite 2000 | Menlo Park, CA 94025 |
| San Francisco, CA 94111-2562 | Telephone: (650) 328-4600 |
| Telephone: (415) 391-0600 | Facsimile: (650) 463-2600 |
| Facsimile: (415) 395-8095 | E-mail: patrick.gibbs@lw.com |
| E-mail: peter.wald@lw.com | |
| michele.kyrouz@lw.com | |

        /s/ Sean P.J. Coyle
    _____
         Sean P.J. Coyle

SF\591373.1