1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| In re ORACLE CORPORATION SECURITIES LITIGATION | ) ) ) ) | Master File No. C-01-0988-MJJ |
|---|---|---|
| This Document Relates To: ALL ACTIONS. | ) ) ) ) ) | CLASS ACTION [~~PROPOSED~~] SEALING ORDER |

1   Having considered the papers regarding Plaintiffs' Administrative Request to File Under Seal
2  Order re: Plaintiffs' Motion to Compel Defendants' Production of Documents Concerning and
3  Created in Preparation for the Book Softwar; it is HEREBY ordered that the Special Master's Order
4  re: Plaintiffs' Motion to Compel Defendants' Production of Documents Concerning and Created in
5  Preparation for the Book Softwar is sealed.

6   IT IS SO ORDERED.

7  DATED: January 8, 2007

　　　THE HONORABLE JOSEPH C. SPERO
　　　UNITED STATES MAGISTRATE JUDGE

9  Submitted by:

10  DATED:  December 27, 2006

11  LERACH COUGHLIN STOIA GELLER
       RUDMAN & ROBBINS LLP
12  MARK SOLOMON
    DOUGLAS R. BRITTON
13  VALERIE L. McLAUGHLIN
    GAVIN M. BOWIE
14  655 West Broadway, Suite 1900
    San Diego, CA  92101
15  Telephone:  619/231-1058
    619/231-7423 (fax)
16
    LERACH COUGHLIN STOIA GELLER
17     RUDMAN & ROBBINS LLP
    SHAWN A. WILLIAMS
18  WILLOW E. RADCLIFFE
    ELI R. GREENSTEIN
19  JENNIE LEE ANDERSON
    MONIQUE C. WINKLER
20

21
            /s/ MARK SOLOMON
22             MARK SOLOMON

23  100 Pine Street, Suite 2600
    San Francisco, CA  94111
24  Telephone:  415/288-4545
    415/288-4534 (fax)
25
    Lead Counsel for Plaintiffs
26

27

28  S:\CasesSD\Oracle3\ord00037767.doc

[~~PROPOSED~~] SEALING ORDER - C-01-0988-MJJ                                                                  - 1 -

CERTIFICATE OF SERVICE

I hereby certify that on December 27, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

      /s/ MARK SOLOMON
MARK SOLOMON

LERACH COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
E-mail: MarkS@lerachlaw.com

# Mailing Information for a Case 3:01-cv-00988-MJJ

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jennie Lee Anderson**
  jenniea@lerachlaw.com

- **Eric J. Belfi**
  ebelfi@labaton.com ElectronicCaseFiling@labaton.com

- **Doug Britton**
  dougb@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Patrick Edward Gibbs**
  patrick.gibbs@lw.com zoila.aurora@lw.com

- **Eli Greenstein**
  Elig@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Kirke M. Hasson**
  kirke.hasson@pillsburylaw.com cheryl.grant@pillsburylaw.com

- **Reed R. Kathrein**
  reedk@lerachlaw.com e_file_sf@lerachlaw.com;e_file_sd@lerachlaw.com

- **Michele F. Kyrouz**
  michele.kyrouz@lw.com

- **Nicole Lavallee**
  nlavallee@bermanesq.com

- **William S. Lerach**
  e_file_sd@lerachlaw.com

- **James C. Maroulis**
  jim.maroulis@oracle.com

- **Caroline McIntyre**
  cmcintyre@be-law.com swalker@be-law.com

- **Brian P Murray**
  bmurray@rabinlaw.com

- **Shinyung Oh**
  shinyungoh@paulhastings.com

- **Willow E. Radcliffe**

willowr@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Darren J. Robbins**

- **Sanna Rachel Singer**
  ssinger@sideman.com mthomas@sideman.com

- **Mark Solomon**
  marks@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Shawn A. Williams**
  shawnw@lerachlaw.com
  e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com;AelishB@lerachlaw.com;MoniqueW@lerach

- **Jamie Lynne Wine**
  jamie.wine@lw.com karen.kelly@lw.com

- **Monique Winkler**
  MoniqueW@lerachlaw.com
  E_File_SF@lerachlaw.com;MoniqueW@lerachlaw.com;shawnw@lerachlaw.com;travisd@lerachl

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Dorian Daley
500 Oracle Parkway
Redwood City, CA 94065

Corey D. Holzer
Holzer Holzer & Cannon LLC
1117 Perimeter Center West
Suite E-107
Atlanta, GA 30338
```