1  LERACH COUGHLIN STOIA GELLER
     RUDMAN & ROBBINS LLP
2  MARK SOLOMON (151949)
   DOUGLAS R. BRITTON (188769)
3  VALERIE L. McLAUGHLIN (191916)
   GAVIN M. BOWIE (235532)
4  655 West Broadway, Suite 1900
   San Diego, CA  92101
5  Telephone:  619/231-1058
   619/231-7423 (fax)
6  marks@lerachlaw.com
   dougb@lerachlaw.com
7  valeriem@lerachlaw.com
   gbowie@lerachlaw.com
8           – and –
   SHAWN A. WILLIAMS (213113)
9  WILLOW E. RADCLIFFE (200087)
   ELI R. GREENSTEIN (217945)
10 JENNIE LEE ANDERSON (203586)
   MONIQUE C. WINKLER (213031)
11 100 Pine Street, Suite 2600
   San Francisco, CA  94111
12 Telephone:  415/288-4545
   415/288-4534 (fax)
13 shawnw@lerachlaw.com
   willowr@lerachlaw.com
14 elig@lerachlaw.com
   jenniea@lerachlaw.com
15 moniquew@lerachlaw.com

16 Lead Counsel for Plaintiffs

17                    UNITED STATES DISTRICT COURT

18                   NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION | ) Master File No. C-01-0988-MJJ ) ) CLASS ACTION ) **DISCOVERY MATTER** |
| This Document Relates To: | ) ) PLAINTIFFS' ADMINISTRATIVE |
| ALL ACTIONS. | ) REQUEST TO FILE UNDER SEAL ORDER ) GRANTING IN PART AND DENYING IN PART PLAINTIFFS' MOTION TO COMPEL DEFENDANTS' PRODUCTION OF DOCUMENTS CONCERNING AND CREATED IN PREPARATION FOR THE BOOK SOFTWAR |
| | DATE:    N/A TIME:    N/A JUDGE:  Honorable Joseph C. Spero |

1  Pursuant to Civil Local Rules 7-11 and 79-5, plaintiffs submit this Administrative Request to
2  File Under Seal Order Granting in Part and Denying in Part Plaintiffs' Motion to Compel
3  Defendants' Production of Documents Concerning and Created in Preparation for the Book Softwar.
4  This Administrative Request is accompanied by the Declaration of Mark Solomon ("Solomon
5  Decl.") and the [Proposed] Sealing Order, filed concurrently herewith.

6  The Special Master's Order Granting in Part and Denying in Part Plaintiffs' Motion to
7  Compel Defendants' Production of Documents Concerning and Created in Preparation for the Book
8  Softwar contains discussions of and reference to documents and transcripts marked "confidential" by
9  defendants. This information is subject to the provisions of the Revised Stipulated Protective Order
10 Governing Confidentiality entered on January 11, 2005 and Civil Local Rule 79-5. Accordingly,
11 plaintiffs respectfully request that the Order Granting in Part and Denying in Part Plaintiffs' Motion
12 to Compel Defendants' Production of Documents Concerning and Created in Preparation for the
13 Book Softwar be filed under the seal of the Court.

14 DATED: January 9, 2007         LERACH COUGHLIN STOIA GELLER
                                    RUDMAN & ROBBINS LLP
15                                 MARK SOLOMON
                                   DOUGLAS R. BRITTON
16                                 VALERIE L. McLAUGHLIN
                                   GAVIN M. BOWIE
17

18
                                          /s/ MARK SOLOMON
19                                         MARK SOLOMON

20                                 655 West Broadway, Suite 1900
                                   San Diego, CA 92101
21                                 Telephone: 619/231-1058
                                   619/231-7423 (fax)
22

23

24

25

26

27

28

| | |
|---|---|
| 1 | |
| 2 | LERACH COUGHLIN STOIA GELLER<br>  RUDMAN & ROBBINS LLP |
| 3 | SHAWN A. WILLIAMS<br>WILLOW E. RADCLIFFE |
| 4 | ELI R. GREENSTEIN<br>JENNIE LEE ANDERSON |
| 5 | MONIQUE C. WINKLER<br>100 Pine Street, Suite 2600 |
| 6 | San Francisco, CA  94111<br>Telephone:  415/288-4545 |
| 7 | 415/288-4534 (fax) |
| 8 | Lead Counsel for Plaintiffs |

S:\CasesSD\Oracle3\mis00037998.doc

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 9, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

 <u>/s/ MARK SOLOMON</u>
MARK SOLOMON

LERACH COUGHLIN STOIA GELLER
 RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
E-mail:<u>MarkS@lerachlaw.com</u>

# Mailing Information for a Case 3:01-cv-00988-MJJ

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jennie Lee Anderson**
  jenniea@lerachlaw.com

- **Eric J. Belfi**
  ebelfi@labaton.com ElectronicCaseFiling@labaton.com

- **Doug Britton**
  dougb@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Patrick Edward Gibbs**
  patrick.gibbs@lw.com zoila.aurora@lw.com

- **Eli Greenstein**
  Elig@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Kirke M. Hasson**
  kirke.hasson@pillsburylaw.com cheryl.grant@pillsburylaw.com

- **Reed R. Kathrein**
  reedk@lerachlaw.com e_file_sf@lerachlaw.com;e_file_sd@lerachlaw.com

- **Michele F. Kyrouz**
  michele.kyrouz@lw.com

- **Nicole Lavallee**
  nlavallee@bermanesq.com

- **William S. Lerach**
  e_file_sd@lerachlaw.com

- **James C. Maroulis**
  jim.maroulis@oracle.com

- **Caroline McIntyre**
  cmcintyre@be-law.com swalker@be-law.com

- **Brian P Murray**
  bmurray@rabinlaw.com

- **Shinyung Oh**
  shinyungoh@paulhastings.com

- **Willow E. Radcliffe**

willowr@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Darren J. Robbins**

- **Sanna Rachel Singer**
  ssinger@sideman.com mthomas@sideman.com

- **Mark Solomon**
  marks@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Shawn A. Williams**
  shawnw@lerachlaw.com
  e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com;AelishB@lerachlaw.com;MoniqueW@lerach

- **Jamie Lynne Wine**
  jamie.wine@lw.com karen.kelly@lw.com

- **Monique Winkler**
  MoniqueW@lerachlaw.com
  E_File_SF@lerachlaw.com;MoniqueW@lerachlaw.com;shawnw@lerachlaw.com;travisd@lerachl

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Dorian Daley
500 Oracle Parkway
Redwood City, CA 94065

Corey D. Holzer
Holzer Holzer & Cannon LLC
1117 Perimeter Center West
Suite E-107
Atlanta, GA 30338
```