| | |
|---|---|
| 1 | LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP |
| 2 | MARK SOLOMON (151949) |
|   | DOUGLAS R. BRITTON (188769) |
| 3 | VALERIE L. McLAUGHLIN (191916) |
|   | GAVIN M. BOWIE (235532) |
| 4 | 655 West Broadway, Suite 1900 |
|   | San Diego, CA  92101 |
| 5 | Telephone:  619/231-1058 |
|   | 619/231-7423 (fax) |
| 6 | marks@lerachlaw.com |
|   | dougb@lerachlaw.com |
| 7 | valeriem@lerachlaw.com |
|   | gbowie@lerachlaw.com |
| 8 |           – and – |
|   | SHAWN A. WILLIAMS (213113) |
| 9 | WILLOW E. RADCLIFFE (200087) |
|   | ELI R. GREENSTEIN (217945) |
| 10 | JENNIE LEE ANDERSON (203586) |
|    | MONIQUE C. WINKLER (213031) |
| 11 | 100 Pine Street, Suite 2600 |
|    | San Francisco, CA  94111 |
| 12 | Telephone:  415/288-4545 |
|    | 415/288-4534 (fax) |
| 13 | shawnw@lerachlaw.com |
|    | willowr@lerachlaw.com |
| 14 | elig@lerachlaw.com |
|    | jenniea@lerachlaw.com |
| 15 | moniquew@lerachlaw.com |
| 16 | Lead Counsel for Plaintiffs |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION | Master File No. C-01-0988-MJJ |
|  | CLASS ACTION |
|  | **DISCOVERY MATTER** |
| This Document Relates To: |  |
| ALL ACTIONS. | DECLARATION OF MARK SOLOMON IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE REQUEST TO FILE UNDER SEAL ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFFS' MOTION TO COMPEL DEFENDANTS' PRODUCTION OF DOCUMENTS CONCERNING AND CREATED IN PREPARATION FOR THE BOOK SOFTWAR |
|  | DATE:  N/A |
|  | TIME:   N/A |
|  | JUDGE:  Honorable Joseph C. Spero |

1    I, MARK SOLOMON, declare as follows:

2    1.    I am an attorney duly licensed to practice before all the courts of the State of California. I am associated with the law firm of Lerach Coughlin Stoia Geller Rudman & Robbins LLP, one of the counsel of record for plaintiffs in the above-entitled action. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.    I submit this Declaration in Support of Plaintiffs' Administrative Request to File Under Seal Order Granting in Part and Denying in Part Plaintiffs' Motion to Compel Defendants' Production of Documents Concerning and Created in Preparation for the Book Softwar.

3.    The Special Master's Order Granting in Part and Denying in Part Plaintiffs' Motion to Compel Defendants' Production of Documents Concerning and Created in Preparation for the Book Softwar contains discussion of and reference to documents and transcripts marked "confidential" by defendants.

4.    This information is subject to the provisions of the Revised Stipulated Protective Order Governing Confidentiality entered on January 11, 2005 (attached hereto as Ex. A).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 9th day of January, 2007 at San Diego, California.

                    /s/ MARK SOLOMON
                    MARK SOLOMON

S:\CasesSD\Oracle3\dec00038005.doc

CERTIFICATE OF SERVICE

I hereby certify that on January 9, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

 /s/ MARK SOLOMON
MARK SOLOMON

LERACH COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
E-mail:MarkS@lerachlaw.com

# Mailing Information for a Case 3:01-cv-00988-MJJ

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jennie Lee Anderson**
  jenniea@lerachlaw.com

- **Eric J. Belfi**
  ebelfi@labaton.com ElectronicCaseFiling@labaton.com

- **Doug Britton**
  dougb@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Patrick Edward Gibbs**
  patrick.gibbs@lw.com zoila.aurora@lw.com

- **Eli Greenstein**
  Elig@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Kirke M. Hasson**
  kirke.hasson@pillsburylaw.com cheryl.grant@pillsburylaw.com

- **Reed R. Kathrein**
  reedk@lerachlaw.com e_file_sf@lerachlaw.com;e_file_sd@lerachlaw.com

- **Michele F. Kyrouz**
  michele.kyrouz@lw.com

- **Nicole Lavallee**
  nlavallee@bermanesq.com

- **William S. Lerach**
  e_file_sd@lerachlaw.com

- **James C. Maroulis**
  jim.maroulis@oracle.com

- **Caroline McIntyre**
  cmcintyre@be-law.com swalker@be-law.com

- **Brian P Murray**
  bmurray@rabinlaw.com

- **Shinyung Oh**
  shinyungoh@paulhastings.com

- **Willow E. Radcliffe**

willowr@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Darren J. Robbins**

- **Sanna Rachel Singer**
  ssinger@sideman.com mthomas@sideman.com

- **Mark Solomon**
  marks@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Shawn A. Williams**
  shawnw@lerachlaw.com
  e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com;AelishB@lerachlaw.com;MoniqueW@lerach

- **Jamie Lynne Wine**
  jamie.wine@lw.com karen.kelly@lw.com

- **Monique Winkler**
  MoniqueW@lerachlaw.com
  E_File_SF@lerachlaw.com;MoniqueW@lerachlaw.com;shawnw@lerachlaw.com;travisd@lerachl

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Dorian Daley
500 Oracle Parkway
Redwood City, CA 94065

Corey D. Holzer
Holzer Holzer & Cannon LLC
1117 Perimeter Center West
Suite E-107
Atlanta, GA 30338
```