UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION | ) ) ) ) ) ) ) ) ) | Master File No. C-01-0988-MJJ<br><br>CLASS ACTION<br><br>[PROPOSED] SEALING ORDER |
| This Document Relates To:<br><br>ALL ACTIONS. | | |

1  Having considered the papers regarding Plaintiffs' Administrative Request to File Under Seal
2  Order Granting in Part and Denying in Part Plaintiffs' Motion to Compel Defendants' Production of
3  Documents Concerning and Created in Preparation for the Book Softwar; it is HEREBY ordered that
4  the Special Master's Order Granting in Part and Denying in Part Plaintiffs' Motion to Compel
5  Defendants' Production of Documents Concerning and Created in Preparation for the Book Softwar
6  is sealed.

7  IT IS SO ORDERED.

8  DATED: _____

   THE HONORABLE JOSEPH C. SPERO
9  UNITED STATES DISTRICT JUDGE

10 Submitted by:

11 DATED:  January 9, 2007

12 LERACH COUGHLIN STOIA GELLER
      RUDMAN & ROBBINS LLP
13 MARK SOLOMON
   DOUGLAS R. BRITTON
14 VALERIE L. McLAUGHLIN
   GAVIN M. BOWIE
15 655 West Broadway, Suite 1900
   San Diego, CA  92101
16 Telephone:  619/231-1058
   619/231-7423 (fax)
17
   LERACH COUGHLIN STOIA GELLER
18    RUDMAN & ROBBINS LLP
   SHAWN A. WILLIAMS
19 WILLOW E. RADCLIFFE
   ELI R. GREENSTEIN
20 JENNIE LEE ANDERSON
   MONIQUE C. WINKLER
21

22
           /s/ MARK SOLOMON
23            MARK SOLOMON

24 100 Pine Street, Suite 2600
   San Francisco, CA  94111
25 Telephone:  415/288-4545
   415/288-4534 (fax)
26
   Lead Counsel for Plaintiffs
27

28 S:\CasesSD\Oracle3\ord00038012.doc

CERTIFICATE OF SERVICE

I hereby certify that on January 9, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

 /s/ MARK SOLOMON
MARK SOLOMON

LERACH COUGHLIN STOIA GELLER
     RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
E-mail:MarkS@lerachlaw.com

# Mailing Information for a Case 3:01-cv-00988-MJJ

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jennie Lee Anderson**
  jenniea@lerachlaw.com

- **Eric J. Belfi**
  ebelfi@labaton.com ElectronicCaseFiling@labaton.com

- **Doug Britton**
  dougb@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Patrick Edward Gibbs**
  patrick.gibbs@lw.com zoila.aurora@lw.com

- **Eli Greenstein**
  Elig@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Kirke M. Hasson**
  kirke.hasson@pillsburylaw.com cheryl.grant@pillsburylaw.com

- **Reed R. Kathrein**
  reedk@lerachlaw.com e_file_sf@lerachlaw.com;e_file_sd@lerachlaw.com

- **Michele F. Kyrouz**
  michele.kyrouz@lw.com

- **Nicole Lavallee**
  nlavallee@bermanesq.com

- **William S. Lerach**
  e_file_sd@lerachlaw.com

- **James C. Maroulis**
  jim.maroulis@oracle.com

- **Caroline McIntyre**
  cmcintyre@be-law.com swalker@be-law.com

- **Brian P Murray**
  bmurray@rabinlaw.com

- **Shinyung Oh**
  shinyungoh@paulhastings.com

- **Willow E. Radcliffe**

willowr@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Darren J. Robbins**

- **Sanna Rachel Singer**
  ssinger@sideman.com mthomas@sideman.com

- **Mark Solomon**
  marks@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Shawn A. Williams**
  shawnw@lerachlaw.com
  e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com;AelishB@lerachlaw.com;MoniqueW@lerach

- **Jamie Lynne Wine**
  jamie.wine@lw.com karen.kelly@lw.com

- **Monique Winkler**
  MoniqueW@lerachlaw.com
  E_File_SF@lerachlaw.com;MoniqueW@lerachlaw.com;shawnw@lerachlaw.com;travisd@lerachl

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Dorian Daley
500 Oracle Parkway
Redwood City, CA 94065

Corey D. Holzer
Holzer Holzer & Cannon LLC
1117 Perimeter Center West
Suite E-107
Atlanta, GA 30338
```