| | |
|---|---|
| 1 | LERACH COUGHLIN STOIA GELLER |
|  |   RUDMAN & ROBBINS LLP |
| 2 | MARK SOLOMON (151949) |
|  | DOUGLAS R. BRITTON (188769) |
| 3 | VALERIE L. McLAUGHLIN (191916) |
|  | GAVIN M. BOWIE (235532) |
| 4 | 655 West Broadway, Suite 1900 |
|  | San Diego, CA  92101 |
| 5 | Telephone:  619/231-1058 |
|  | 619/231-7423 (fax) |
| 6 | marks@lerachlaw.com |
|  | dougb@lerachlaw.com |
| 7 | valeriem@lerachlaw.com |
|  | gbowie@lerachlaw.com |
| 8 |      – and – |
|  | SHAWN A. WILLIAMS (213113) |
| 9 | WILLOW E. RADCLIFFE (200087) |
|  | ELI R. GREENSTEIN (217945) |
| 10 | JENNIE LEE ANDERSON (203586) |
|  | MONIQUE C. WINKLER (213031) |
| 11 | 100 Pine Street, Suite 2600 |
|  | San Francisco, CA  94111 |
| 12 | Telephone:  415/288-4545 |
|  | 415/288-4534 (fax) |
| 13 | shawnw@lerachlaw.com |
|  | willowr@lerachlaw.com |
| 14 | elig@lerachlaw.com |
|  | jenniea@lerachlaw.com |
| 15 | moniquew@lerachlaw.com |

Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION | Master File No. C-01-0988-MJJ |
|  | <u>CLASS ACTION</u> |
|  | **DISCOVERY MATTER** |
| This Document Relates To: |  |
|  | PLAINTIFFS' ADMINISTRATIVE REQUEST TO FILE UNDER SEAL ORDER DENYING PLAINTIFFS' MOTION TO COMPEL ADDITIONAL DEPOSITION TIME FOR DANIEL COOPERMAN |
| ALL ACTIONS. |  |
|  | DATE:   N/A |
|  | TIME:   N/A |
|  | JUDGE:  Honorable Joseph C. Spero |

1    Pursuant to Civil Local Rules 7-11 and 79-5, plaintiffs submit this Administrative Request to
2  File Under Seal Order Denying Plaintiffs' Motion to Compel Additional Deposition Time for Daniel
3  Cooperman.  This Administrative Request is accompanied by the Declaration of Mark Solomon
4  ("Solomon Decl.") and the [Proposed] Sealing Order, filed concurrently herewith.
5    The Special Master's Order Denying Plaintiffs' Motion to Compel Additional Deposition
6  Time for Daniel Cooperman contains discussions of and reference to documents and transcripts
7  marked "confidential" by defendants.  This information is subject to the provisions of the Revised
8  Stipulated Protective Order Governing Confidentiality entered on January 11, 2005 and Civil Local
9  Rule 79-5. Accordingly, plaintiffs respectfully request that the Order Denying Plaintiffs' Motion to
10 Compel Additional Deposition Time for Daniel Cooperman be filed under the seal of the Court.

11 DATED: January 9, 2007                LERACH COUGHLIN STOIA GELLER
                                            RUDMAN & ROBBINS LLP
12                                        MARK SOLOMON
                                          DOUGLAS R. BRITTON
13                                        VALERIE L. McLAUGHLIN
                                          GAVIN M. BOWIE
14

15
                                                    /s/ MARK SOLOMON
16                                                    MARK SOLOMON

17                                        655 West Broadway, Suite 1900
                                          San Diego, CA  92101
18                                        Telephone:  619/231-1058
                                          619/231-7423 (fax)
19
                                          LERACH COUGHLIN STOIA GELLER
20                                          RUDMAN & ROBBINS LLP
                                          SHAWN A. WILLIAMS
21                                        WILLOW E. RADCLIFFE
                                          ELI R. GREENSTEIN
22                                        JENNIE LEE ANDERSON
                                          MONIQUE C. WINKLER
23                                        100 Pine Street, Suite 2600
                                          San Francisco, CA  94111
24                                        Telephone:  415/288-4545
                                          415/288-4534 (fax)
25
                                          Lead Counsel for Plaintiffs
26 S:\CasesSD\Oracle3\mis00038007.doc

27

28

PLTFS' ADMINISTRATIVE REQUEST - C-01-0988-MJJ                                          - 1 -

CERTIFICATE OF SERVICE

I hereby certify that on January 9, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

 /s/ MARK SOLOMON
MARK SOLOMON

LERACH COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
E-mail: MarkS@lerachlaw.com

# Mailing Information for a Case 3:01-cv-00988-MJJ

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jennie Lee Anderson**
  jenniea@lerachlaw.com

- **Eric J. Belfi**
  ebelfi@labaton.com ElectronicCaseFiling@labaton.com

- **Doug Britton**
  dougb@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Patrick Edward Gibbs**
  patrick.gibbs@lw.com zoila.aurora@lw.com

- **Eli Greenstein**
  Elig@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Kirke M. Hasson**
  kirke.hasson@pillsburylaw.com cheryl.grant@pillsburylaw.com

- **Reed R. Kathrein**
  reedk@lerachlaw.com e_file_sf@lerachlaw.com;e_file_sd@lerachlaw.com

- **Michele F. Kyrouz**
  michele.kyrouz@lw.com

- **Nicole Lavallee**
  nlavallee@bermanesq.com

- **William S. Lerach**
  e_file_sd@lerachlaw.com

- **James C. Maroulis**
  jim.maroulis@oracle.com

- **Caroline McIntyre**
  cmcintyre@be-law.com swalker@be-law.com

- **Brian P Murray**
  bmurray@rabinlaw.com

- **Shinyung Oh**
  shinyungoh@paulhastings.com

- **Willow E. Radcliffe**

willowr@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Darren J. Robbins**

- **Sanna Rachel Singer**
  ssinger@sideman.com mthomas@sideman.com

- **Mark Solomon**
  marks@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Shawn A. Williams**
  shawnw@lerachlaw.com
  e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com;AelishB@lerachlaw.com;MoniqueW@lerach

- **Jamie Lynne Wine**
  jamie.wine@lw.com karen.kelly@lw.com

- **Monique Winkler**
  MoniqueW@lerachlaw.com
  E_File_SF@lerachlaw.com;MoniqueW@lerachlaw.com;shawnw@lerachlaw.com;travisd@lerachl

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Dorian Daley
500 Oracle Parkway
Redwood City, CA 94065

Corey D. Holzer
Holzer Holzer & Cannon LLC
1117 Perimeter Center West
Suite E-107
Atlanta, GA 30338
```