UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION | ) ) ) | Master File No. C-01-0988-MJJ |
| | ) ) | CLASS ACTION |
| This Document Relates To: | ) ) | [~~PROPOSED~~] SEALING ORDER |
| ALL ACTIONS. | ) ) | |

1   Having considered the papers regarding Plaintiffs' Administrative Request to File Under Seal
2   Order Granting in Part and Denying in Part Plaintiffs' Motion to Compel Defendants' Production of
3   Documents Concerning and Created in Preparation for the Book Softwar; it is HEREBY ordered that
4   the Special Master's Order Granting in Part and Denying in Part Plaintiffs' Motion to Compel
5   Defendants' Production of Documents Concerning and Created in Preparation for the Book Softwar
6   is sealed.

7   IT IS SO ORDERED.

8   DATED: ___January 10, 2007_____      _____
9                                           THE HON.                    C. SPERO
                                            UNITED                      JUDGE

10  Submitted by:

11  DATED: January 9, 2007

12  LERACH COUGHLIN STOIA GELLER
       RUDMAN & ROBBINS LLP
13  MARK SOLOMON
    DOUGLAS R. BRITTON
14  VALERIE L. McLAUGHLIN
    GAVIN M. BOWIE
15  655 West Broadway, Suite 1900
    San Diego, CA  92101
16  Telephone:  619/231-1058
    619/231-7423 (fax)
17
    LERACH COUGHLIN STOIA GELLER
18     RUDMAN & ROBBINS LLP
    SHAWN A. WILLIAMS
19  WILLOW E. RADCLIFFE
    ELI R. GREENSTEIN
20  JENNIE LEE ANDERSON
    MONIQUE C. WINKLER
21

22
              /s/ MARK SOLOMON
23               MARK SOLOMON

24  100 Pine Street, Suite 2600
    San Francisco, CA  94111
25  Telephone:  415/288-4545
    415/288-4534 (fax)
26
    Lead Counsel for Plaintiffs
27

28  S:\CasesSD\Oracle3\ord00038012.doc

[PROPOSED] SEALING ORDER - C-01-0988-MJJ                                             - 1 -

CERTIFICATE OF SERVICE

I hereby certify that on January 9, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

　　　　　　　　　　　　　　　　　　　　/s/ MARK SOLOMON
　　　　　　　　　　　　　　　　　　　MARK SOLOMON

　　　　　　　　　　　　　　　　　　　LERACH COUGHLIN STOIA GELLER
　　　　　　　　　　　　　　　　　　　　　RUDMAN & ROBBINS LLP
　　　　　　　　　　　　　　　　　　　655 West Broadway, Suite 1900
　　　　　　　　　　　　　　　　　　　San Diego, CA  92101
　　　　　　　　　　　　　　　　　　　Telephone:  619/231-1058
　　　　　　　　　　　　　　　　　　　619/231-7423 (fax)
　　　　　　　　　　　　　　　　　　　E-mail:MarkS@lerachlaw.com

# Mailing Information for a Case 3:01-cv-00988-MJJ

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jennie Lee Anderson**
  jenniea@lerachlaw.com

- **Eric J. Belfi**
  ebelfi@labaton.com ElectronicCaseFiling@labaton.com

- **Doug Britton**
  dougb@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Patrick Edward Gibbs**
  patrick.gibbs@lw.com zoila.aurora@lw.com

- **Eli Greenstein**
  Elig@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Kirke M. Hasson**
  kirke.hasson@pillsburylaw.com cheryl.grant@pillsburylaw.com

- **Reed R. Kathrein**
  reedk@lerachlaw.com e_file_sf@lerachlaw.com;e_file_sd@lerachlaw.com

- **Michele F. Kyrouz**
  michele.kyrouz@lw.com

- **Nicole Lavallee**
  nlavallee@bermanesq.com

- **William S. Lerach**
  e_file_sd@lerachlaw.com

- **James C. Maroulis**
  jim.maroulis@oracle.com

- **Caroline McIntyre**
  cmcintyre@be-law.com swalker@be-law.com

- **Brian P Murray**
  bmurray@rabinlaw.com

- **Shinyung Oh**
  shinyungoh@paulhastings.com

- **Willow E. Radcliffe**

willowr@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Darren J. Robbins**

- **Sanna Rachel Singer**
  ssinger@sideman.com mthomas@sideman.com

- **Mark Solomon**
  marks@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Shawn A. Williams**
  shawnw@lerachlaw.com
  e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com;AelishB@lerachlaw.com;MoniqueW@lerach

- **Jamie Lynne Wine**
  jamie.wine@lw.com karen.kelly@lw.com

- **Monique Winkler**
  MoniqueW@lerachlaw.com
  E_File_SF@lerachlaw.com;MoniqueW@lerachlaw.com;shawnw@lerachlaw.com;travisd@lerachl

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Dorian Daley
500 Oracle Parkway
Redwood City, CA 94065

Corey D. Holzer
Holzer Holzer & Cannon LLC
1117 Perimeter Center West
Suite E-107
Atlanta, GA 30338
```