1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| In re ORACLE CORPORATION SECURITIES LITIGATION | ) ) ) ) ) ) ) ) | Master File No. C-01-0988-MJJ CLASS ACTION [~~PROPOSED~~] SEALING ORDER |
|---|---|---|
| This Document Relates To:  ALL ACTIONS. | | |

1  Having considered the papers regarding Plaintiffs' Administrative Request to File Under Seal
2  Order Denying Plaintiffs' Motion to Compel Defendants to Produce Documents Shown to or
3  Reviewed by Lauren Segal in Preparation and Review for the Declaration of Lauren Segal in
4  Support of Defendants' Opposition to Plaintiffs' Motion to Compel the Recovery of Backup Tapes
5  and Miscellaneous Relief for the Destruction of Documents; it is HEREBY ordered that the Special
6  Master's Order Denying Plaintiffs' Motion to Compel Defendants to Produce Documents Shown to
7  or Reviewed by Lauren Segal in Preparation and Review for the Declaration of Lauren Segal in
8  Support of Defendants' Opposition to Plaintiffs' Motion to Compel the Recovery of Backup Tapes
9  and Miscellaneous Relief for the Destruction of Documents is sealed.

10  IT IS SO ORDERED.
11  DATED: January 10, 2007



THE HONORABLE JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE

13  Submitted by:

14  DATED: January 9, 2007

15  LERACH COUGHLIN STOIA GELLER
       RUDMAN & ROBBINS LLP
16  MARK SOLOMON
    DOUGLAS R. BRITTON
17  VALERIE L. McLAUGHLIN
    GAVIN M. BOWIE
18  655 West Broadway, Suite 1900
    San Diego, CA  92101
19  Telephone:  619/231-1058
    619/231-7423 (fax)
20
    LERACH COUGHLIN STOIA GELLER
21    RUDMAN & ROBBINS LLP
    SHAWN A. WILLIAMS
22  WILLOW E. RADCLIFFE
    ELI R. GREENSTEIN
23  JENNIE LEE ANDERSON
    MONIQUE C. WINKLER
24

25
        /s/ MARK SOLOMON
26         MARK SOLOMON

27

28

[PROPOSED] SEALING ORDER - C-01-0988-MJJ                                                          - 1 -

1
2  100 Pine Street, Suite 2600
   San Francisco, CA  94111
   Telephone:  415/288-4545
3  415/288-4534 (fax)

4  Lead Counsel for Plaintiffs

5

6
   S:\CasesSD\Oracle3\ord00037995.doc
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CERTIFICATE OF SERVICE

I hereby certify that on January 9, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

   /s/ MARK SOLOMON
MARK SOLOMON

LERACH COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
E-mail:MarkS@lerachlaw.com

# Mailing Information for a Case 3:01-cv-00988-MJJ

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jennie Lee Anderson**
  jenniea@lerachlaw.com

- **Eric J. Belfi**
  ebelfi@labaton.com ElectronicCaseFiling@labaton.com

- **Doug Britton**
  dougb@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Patrick Edward Gibbs**
  patrick.gibbs@lw.com zoila.aurora@lw.com

- **Eli Greenstein**
  Elig@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Kirke M. Hasson**
  kirke.hasson@pillsburylaw.com cheryl.grant@pillsburylaw.com

- **Reed R. Kathrein**
  reedk@lerachlaw.com e_file_sf@lerachlaw.com;e_file_sd@lerachlaw.com

- **Michele F. Kyrouz**
  michele.kyrouz@lw.com

- **Nicole Lavallee**
  nlavallee@bermanesq.com

- **William S. Lerach**
  e_file_sd@lerachlaw.com

- **James C. Maroulis**
  jim.maroulis@oracle.com

- **Caroline McIntyre**
  cmcintyre@be-law.com swalker@be-law.com

- **Brian P Murray**
  bmurray@rabinlaw.com

- **Shinyung Oh**
  shinyungoh@paulhastings.com

- **Willow E. Radcliffe**

willowr@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Darren J. Robbins**

- **Sanna Rachel Singer**
  ssinger@sideman.com mthomas@sideman.com

- **Mark Solomon**
  marks@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Shawn A. Williams**
  shawnw@lerachlaw.com
  e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com;AelishB@lerachlaw.com;MoniqueW@lerach

- **Jamie Lynne Wine**
  jamie.wine@lw.com karen.kelly@lw.com

- **Monique Winkler**
  MoniqueW@lerachlaw.com
  E_File_SF@lerachlaw.com;MoniqueW@lerachlaw.com;shawnw@lerachlaw.com;travisd@lerach

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Dorian Daley
500 Oracle Parkway
Redwood City, CA 94065

Corey D. Holzer
Holzer Holzer & Cannon LLC
1117 Perimeter Center West
Suite E-107
Atlanta, GA 30338
```