IN THE UNITED STATED DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

# CIVIL MINUTES

**HONORABLE MARTIN J. JENKINS**               Courtroom Clerk: **Monica Tutson**

DATE: **January 9, 2007**   [**2:41 to 2:52 pm**]      Court reporter: **Not reported**

Case Number:     **C01-00988MJJ**

Case Name:     **NURSING HOME PENSION FUND ET AL**     v.     **ORACLE CORPORATION ET AL**

COUNSEL FOR PLAINTIFF(S):                COUNSEL FOR DEFENDANT(S):
Mark Sullivan                            Peter Wald

TYPE OF HEARING:    Telephone Status Conference


ORDERED AFTER HEARING:
- 

JOINT PRETRIAL ORDER TO BE PREPARED BY:   Plntf ()  Deft ()  Joint (**x**)   Court ()

Referred to Magistrate Judge **Zimmerman**     For:   **Settlement in October 2007**
(The parties are directed to contact the courtroom deputy of the undersigned judge if they are not advised of the assigned magistrate judge with thirty (30) days.)


CASE CONTINUED TO:          for

Discovery Cut-Off:      Expert Discovery Cut-Off:     **June 2007**

Parties to Name Experts by:        Expert Reports to be Tendered by:

Designation of Supplemental/Rebuttal Experts:    Reports:

Dispositive Motion shall be heard by:   **September 2007**

Pre-Trial Conference Date:    **November 13, 2007**   at 3:30 p.m.

Trial Date:   **November 26, 2007** at 8:30 a.m.  Set for **5 weeks**
              Type of Trial:   (**X**)Jury     ( )Court

Notes:

cc:   **Lashanda, Wings**