1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION

| In re ORACLE CORPORATION SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Master File No. C-01-0988-MJJ (JCS) (Consolidated)<br><br><u>CLASS ACTION</u><br><br>**STIPULATION AND [PROPOSED] AMENDED PRETRIAL ORDER SETTING A SCHEDULE FOR EXPERT DISCOVERY, DISPOSITIVE MOTIONS, SETTLEMENT CONFERENCE AND TRIAL**<br><br>**Judge Martin J. Jenkins** |
|---|---|

STIP. AND [PROPOSED] AMEND. ORDER SETTING A SCHED.
FOR EXP. DISC., DISP. MOT'S, SETTLEMENT CONF. AND TRIAL
Case No. C-01-0988-MJJ

1

1  WHEREAS, counsel for Plaintiffs and Defendants appeared telephonically before this
2  Court on January 9, 2007, for a status conference in this matter;
3  WHEREAS, the Court ordered this matter set for a pre-trial conference on November 13,
4  2007, and trial beginning on November 26, 2007;
5  WHEREAS, the Court instructed the parties to submit by January 12, 2007, a schedule for
6  the remaining dates in the case consistent with the trial date;
7  WHEREAS, the parties have met and conferred and submit the following agreed upon
8  schedule:
9  THEREFORE, IT IS STIPULATED AND AGREED, by Plaintiffs and Defendants
10 through their respective counsel of record that the December 14, 2004 Amended Pretrial Order is
11 amended as follows:
12 (1)  Expert Discovery
13    (a)  DEADLINE FOR EXPERT DISCLOSURES AND OPENING REPORTS:
14       **April 27, 2007**
15    (b)  DEADLINE FOR REBUTTAL EXPERT DISCLOSURES AND
16       REPORTS:  **May 25, 2007**
17    (c)  CLOSE OF EXPERT DISCOVERY:  **June 29, 2007**
18 (2)  Dispositive Motions, *Daubert* Motions and Settlement Conference
19    (a)  DEADLINE FOR DISPOSITIVE MOTIONS AND *DAUBERT*
20       MOTIONS:  **July 16, 2007**
21    (b)  DEADLINE FOR OPPOSITIONS TO DISPOSITIVE MOTIONS AND
22       OPPOSITIONS TO *DAUBERT* MOTIONS:  **August 17, 2007**
23    (c)  DEADLINE FOR REPLIES IN SUPPORT OF DISPOSITIVE MOTIONS
24       AND REPLIES IN SUPPORT OF *DAUBERT* MOTIONS:  **August 31,**
25       **2007**
26    (d)  DISPOSITIVE MOTIONS SHALL BE HEARD BY:  **September 17, 2007**
27    (e)  SETTLEMENT CONFERENCE BEFORE MAGISTRATE JUDGE
28       ZIMMERMAN:  **October 2007** (date to be determined)

1      (3)    <u>Trial</u>

2            (a)    PRE-TRIAL CONFERENCE: **November 13, 2007**

3            (b)    TRIAL: **November 26, 2007**

4            (c)    TRIAL IS SET FOR **FIVE (5) WEEKS**

6  DATED: January 12, 2007

7                                                              Respectfully submitted,

LATHAM & WATKINS LLP                           LERACH COUGHLIN STOIA GELLER RUDMAN AND ROBBINS LLP

        /s/ Michele F. Kyrouz                                           /s/ Mark Solomon

By _____            By _____

    Michele F. Kyrouz                                         Mark Solomon
    Counsel for Defendants Oracle Corporation,     Counsel for Plaintiffs
    Lawrence J. Ellison, Jeffrey O. Henley, and
    Edward J. Sanderson

                                                            IT IS SO ORDERED:

                                                    _____
                                                    Martin J. Jenkins
                                                    United States District Judge