# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION | Master File No. C-01-0988-MJJ (JCS) (Consolidated) |
| | CLASS ACTION |
| This Document Relates To: | STIPULATION AND [██████████] AMENDED PRETRIAL ORDER SETTING A SCHEDULE FOR EXPERT DISCOVERY, DISPOSITIVE MOTIONS, SETTLEMENT CONFERENCE AND TRIAL |
| ALL ACTIONS. | |
| | Judge Martin J. Jenkins |

1    WHEREAS, counsel for Plaintiffs and Defendants appeared telephonically before this

2    Court on January 9, 2007, for a status conference in this matter;

3    WHEREAS, the Court ordered this matter set for a pre-trial conference on November 13,

4    2007, and trial beginning on November 26, 2007;

5    WHEREAS, the Court instructed the parties to submit by January 12, 2007, a schedule for

6    the remaining dates in the case consistent with the trial date;

7    WHEREAS, the parties have met and conferred and submit the following agreed upon

8    schedule:

9    THEREFORE, IT IS STIPULATED AND AGREED, by Plaintiffs and Defendants

10   through their respective counsel of record that the December 14, 2004 Amended Pretrial Order is

11   amended as follows:

12   (1)   Expert Discovery

13         (a)   DEADLINE FOR EXPERT DISCLOSURES AND OPENING REPORTS:

14               **April 27, 2007**

15         (b)   DEADLINE FOR REBUTTAL EXPERT DISCLOSURES AND

16               REPORTS:  **May 25, 2007**

17         (c)   CLOSE OF EXPERT DISCOVERY:  **June 29, 2007**

18   (2)   Dispositive Motions, *Daubert* Motions and Settlement Conference

19         (a)   DEADLINE FOR DISPOSITIVE MOTIONS AND *DAUBERT*

20               MOTIONS:  **July 16, 2007**

21         (b)   DEADLINE FOR OPPOSITIONS TO DISPOSITIVE MOTIONS AND

22               OPPOSITIONS TO *DAUBERT* MOTIONS:  **August 17, 2007**

23         (c)   DEADLINE FOR REPLIES IN SUPPORT OF DISPOSITIVE MOTIONS

24               AND REPLIES IN SUPPORT OF *DAUBERT* MOTIONS:  **August 31,**

25               **2007**

26         (d)   DISPOSITIVE MOTIONS SHALL BE HEARD BY:  **September 17, 2007**

27         (e)   SETTLEMENT CONFERENCE BEFORE MAGISTRATE JUDGE

28               ZIMMERMAN:  **October 2007** (date to be determined)

STIP. AND ▬▬▬▬ AMEND. ORDER SETTING A SCHED.
FOR EXP. DISC., DISP. MOT'S, SETTLEMENT CONF. AND TRIAL
Case No. C-01-0988-MJJ

2

(3)     Trial

     (a)     PRE-TRIAL CONFERENCE:  **November 13, 2007**

     (b)     TRIAL:  **November 26, 2007**

     (c)     TRIAL IS SET FOR **FIVE (5) WEEKS**

DATED:  January 12, 2007

Respectfully submitted,

LATHAM & WATKINS LLP

LERACH COUGHLIN STOIA GELLER
RUDMAN AND ROBBINS LLP

        /s/ Michele F. Kyrouz

By _____
Michele F. Kyrouz
Counsel for Defendants Oracle Corporation,
Lawrence J. Ellison, Jeffrey O. Henley, and
Edward J. Sanderson

        /s/ Mark Solomon

By _____
Mark Solomon
Counsel for Plaintiffs

IT IS SO ORDERED:

1/18/2007

_____
Martin J. Jenkins
United States District Judge

STIP. AND ▮▮▮▮▮ AMEND. ORDER SETTING A SCHED.
FOR EXP. DISC., DISP. MOT'S, SETTLEMENT CONF. AND TRIAL
Case No. C-01-0988-MJJ