1  LERACH COUGHLIN STOIA GELLER
      RUDMAN & ROBBINS LLP
2  MARK SOLOMON (151949)
   DOUGLAS R. BRITTON (188769)
3  VALERIE L. McLAUGHLIN (191916)
   GAVIN M. BOWIE (235532)
4  655 West Broadway, Suite 1900
   San Diego, CA  92101
5  Telephone:  619/231-1058
   619/231-7423 (fax)
6  marks@lerachlaw.com
   dougb@lerachlaw.com
7  valeriem@lerachlaw.com
   gbowie@lerachlaw.com
8         – and –
   SHAWN A. WILLIAMS (213113)
9  WILLOW E. RADCLIFFE (200087)
   ELI R. GREENSTEIN (217945)
10 JENNIE LEE ANDERSON (203586)
   MONIQUE C. WINKLER (213031)
11 100 Pine Street, Suite 2600
   San Francisco, CA  94111
12 Telephone:  415/288-4545
   415/288-4534 (fax)
13 shawnw@lerachlaw.com
   willowr@lerachlaw.com
14 elig@lerachlaw.com
   jenniea@lerachlaw.com
15 moniquew@lerachlaw.com

16 Lead Counsel for Plaintiffs

17                      UNITED STATES DISTRICT COURT

18                     NORTHERN DISTRICT OF CALIFORNIA

| 19 | In re ORACLE CORPORATION SECURITIES LITIGATION | ) ) | Master File No. C-01-0988-MJJ |
|---|---|---|---|
| 20 | | ) ) | <u>CLASS ACTION</u> |
| 21 | This Document Relates To: | ) ) | NOTICE OF ENTRY OF STIPULATION AND ORDER AMENDING DUE DATES AND SETTING A BRIEFING SCHEDULE FOR PLAINTIFFS' MOTION TO LIFT THE STAY ON CONTENTION INTERROGATORIES PURSUANT TO THE MARCH 10, 2005 DISCOVERY PLAN |
| 22 | ALL ACTIONS. | ) ) ) | |

1  TO:   ALL PARTIES AND THEIR ATTORNEYS OF RECORD

2     PLEASE TAKE NOTICE that on January 12, 2007, The Honorable Edward A. Infante
3  (Ret.), Special Master, signed the Stipulation and Order Amending Due Dates and Setting a Briefing
4  Schedule for Plaintiffs' Motion to Lift the Stay on Contention Interrogatories Pursuant to the March
5  10, 2005 Discovery Plan, which is attached hereto as Exhibit A.

6  DATED:  January 19, 2007

LERACH COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
MARK SOLOMON
DOUGLAS R. BRITTON
VALERIE L. McLAUGHLIN
GAVIN M. BOWIE


          /s/ MARK SOLOMON
          MARK SOLOMON

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

LERACH COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
SHAWN A. WILLIAMS
WILLOW E. RADCLIFFE
ELI R. GREENSTEIN
JENNIE LEE ANDERSON
MONIQUE C. WINKLER
100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)

Lead Counsel for Plaintiffs

S:\CasesSD\Oracle3\not00038345.doc

NOT OF ENTRY OF ORDER - C-01-0988-MJJ                                                                                             - 1 -

<pre>
 1                          CERTIFICATE OF SERVICE
 2         I hereby certify that on January 19, 2007, I electronically filed the foregoing with the Clerk
 3  of the Court using the CM/ECF system which will send notification of such filing to the e-mail
 4  addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have
 5  mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF
 6  participants indicated on the attached Manual Notice List.
 7
                                              /s/ MARK SOLOMON
 8                                            MARK SOLOMON

 9                                            LERACH COUGHLIN STOIA GELLER
                                                RUDMAN & ROBBINS LLP
10                                            655 West Broadway, Suite 1900
                                              San Diego, CA  92101
11                                            Telephone:  619/231-1058
                                              619/231-7423 (fax)
12                                            E-mail: MARKS@lerachlaw.com
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
</pre>