# EXHIBIT A

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION | Master File No. C-01-0988-MJJ (JCS) (Consolidated) |
| | CLASS ACTION |
| This Document Relates To: ALL ACTIONS. | STIPULATION AND [PROPOSED] ORDER AMENDING DUE DATES AND SETTING A BRIEFING SCHEDULE FOR PLAINTIFFS' MOTION TO LIFT THE STAY ON CONTENTION INTERROGATORIES PURSUANT TO THE MARCH 10, 2005 DISCOVERY PLAN |
| | DISCOVERY MATTER |
| | Judge Martin J. Jenkins<br>Magistrate Judge Joseph C. Spero<br>Judge Edward A. Infante (Ret.) |

1     WHEREAS, Plaintiffs filed their Motion to Lift the Stay on Contention Interrogatories
2 Pursuant to the March 10, 2005 Discovery Plan ("Plaintiffs' Motion") on December 22, 2006; and
3     WHEREAS, the Parties agreed to extend the briefing schedule for Plaintiffs' Motion so
4 that Defendants' opposition brief is due January 8, 2007, and Plaintiffs' reply brief is due January
5 16, 2007.
6     NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE TO
7 AMEND THE DUE DATES AND BRIEFING SCHEDULE FOR PLAINTIFFS' MOTION AS
8 FOLLOWS:
9     Defendants shall file with the Court any opposition to Plaintiffs' Motion no later than
10 January 8, 2007, and Plaintiffs shall file with the Court any reply brief in support of their Motion
11 no later than January 16, 2007. Defendants shall not seek to use the delays that have resulted from
12 the extension they have requested to justify delaying their responses to Plaintiffs' Interrogatories
13 until after January 31, 2007.

15 DATED: January 8, 2007

16                                                          Respectfully submitted,

18 LATHAM & WATKINS LLP                        LERACH COUGHLIN STOIA GELLER RUDMAN AND ROBBINS LLP

20 By /s/ Michele F. Kyrouz/SPTC                 By /s/ Mark Solomon w/ permission SPJC
    Michele F. Kyrouz                                  Mark Solomon
21    Counsel for Defendants Oracle Corporation,     Counsel for Plaintiffs
    Lawrence J. Ellison, Jeffrey O. Henley, and
22    Edward J. Sanderson

23                                                      IT IS SO ORDERED:

25 1-12-07                                     THE HONORABLE EDWARD A. INFANTE (Ret.)
                                                     SPECIAL MASTER