| | |
|---|---|
| LATHAM & WATKINS LLP<br>  Peter A. Wald (SBN 85705)<br>  Michele F. Kyrouz (SBN 168004)<br>  Sean P.J. Coyle (SBN 233039)<br>505 Montgomery Street, Suite 2000<br>San Francisco, CA 94111-2562<br>Telephone: (415) 391-0600<br>Facsimile: (415) 395-8095<br>E-mail: peter.wald@lw.com<br>         michele.kyrouz@lw.com<br>         sean.coyle@lw.com | LATHAM & WATKINS LLP<br>  Patrick E. Gibbs (SBN 183174)<br>140 Scott Drive<br>Menlo Park, CA 94025<br>Telephone: (650) 328-4600<br>Facsimile: (650) 463-2600<br>E-mail: patrick.gibbs@lw.com |

LATHAM & WATKINS LLP
  Jamie L. Wine (SBN 181373)
885 Third Avenue, Suite 1000
New York, NY 10022-4834
Phone: (212) 906-1200
Fax: (212) 751-4864
E-mail: jamie.wine@lw.com

Attorneys for Defendants ORACLE CORPORATION, LAWRENCE J. ELLISON, JEFFREY O. HENLEY, and EDWARD J. SANDERSON

ORACLE CORPORATION
  Dorian E. Daley (SBN 129049)
  James C. Maroulis (SBN 208316)
500 Oracle Parkway
Mailstop 5OP7
Redwood Shores, California 94065
Telephone: (650) 506-5200
Facsimile: (650) 506-7114
E-mail: jim.maroulis@oracle.com

Attorneys for Defendant ORACLE CORPORATION

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Master File No. C-01-0988-MJJ (JCS)<br>(Consolidated)<br><br>CLASS ACTION<br><br>**DISCOVERY MATTER**<br><br>**DEFENDANTS' ADMINISTRATIVE REQUEST TO FILE UNDER SEAL DEFENDANTS' MOTION TO REVERSE SPECIAL MASTER'S ORDER RE: *SOFTWAR* MATERIALS**<br><br>**Honorable Martin J. Jenkins** |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

ADMIN REQUEST TO FILE UNDER SEAL DEFS' MOTION TO
REVERSE SPECIAL MASTER'S ORDER RE: SOFTWAR
Master File No. C-01-0988-MJJ (JCS)

Defendants submit this administrative request to file under seal Defendants' Motion to Reverse Special Master's Order re: *Softwar* Materials pursuant to Civil Local Rules 7-11 and 79-5. Accompanying this administrative request are the Declaration of Sean P.J. Coyle in Support of Defendants' Administrative Request to File Under Seal Defendants' Motion to Reverse Special Master's Order re: *Softwar* Materials ("Coyle Decl.") and the [Proposed] Sealing Order, respectively filed and lodged concurrently herewith.

In their Motion to Reverse Special Master's Order re: *Softwar* Materials and supporting documents, Defendants refer to information that has been designated as "Confidential" by both parties. Information designated as "Confidential" is subject to the provisions of the Revised Stipulated Protective Order Governing Confidentiality entered on January 11, 2005. Accordingly, Defendants respectfully request that Defendants' Motion to Reverse Special Master's Order re: *Softwar* Materials be filed under seal of the Court.

Dated: January 22, 2007

LATHAM & WATKINS LLP
   Peter A. Wald
   Michele F. Kyrouz
   Jamie L. Wine
   Patrick E. Gibbs
   Sean P.J. Coyle

/s/ Sean P.J. Coyle
By:_____
Sean P.J. Coyle
Attorneys for Defendants ORACLE CORPORATION, LAWRENCE J. ELLISON, JEFFREY O. HENLEY, and EDWARD J. SANDERSON

SF\594572.1

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

ADMIN REQUEST TO FILE UNDER SEAL DEFS' MOTION TO REVERSE SPECIAL MASTER'S ORDER RE: SOFTWAR
Master File No. C-01-0988-MJJ (JCS)