1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION | Master File No. C-01-0988-MJJ (JCS) (Consolidated) |
| | CLASS ACTION |
| This Document Relates To:<br><br>ALL ACTIONS. | [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO REVERSE SPECIAL MASTER'S ORDER RE: *SOFTWAR* MATERIALS<br><br>**Honorable Martin J. Jenkins** |

1  The Court, having reviewed Defendants' Motion to Reverse Special Master's
2  Order re: *Softwar* Materials ("Defendants' Motion"), any opposition thereto, and any argument
3  thereon, and good cause therefore appearing, hereby **ORDERS** that Defendants' Motion is
4  **GRANTED** and the Special Master's December 29, 2006 Order Granting in Part and Denying in
5  Part Plaintiffs' Motion to Compel Defendants' Production of Documents Concerning and
6  Created in Preparation for the Book *Softwar* ("December 29, 2006 Order") is hereby
7  **REVERSED** in part.

8  The Court **ORDERS** that the Special Master's finding in his December 29, 2006
9  Order that defendant Larry Ellison has control over any and all tape recordings and/or transcripts
10 of interviews with Mr. Ellison created in the preparation of the book *Softwar* is hereby
11 **REVERSED**. The Court further **ORDERS** that the portion of the December 29, 2006 Order
12 requiring Defendants to produce any and all tape recordings and/or transcripts of interviews with
13 Mr. Ellison created in the preparation of the book *Softwar* is hereby **REVERSED**.

15  IT IS SO ORDERED.

17  DATED: _____     _____
                                       THE HONORABLE JOSEPH C. SPERO

19  Submitted by:

20  LATHAM & WATKINS LLP
21      Peter A. Wald
        Patrick E. Gibbs
22      Michele F. Kyrouz
        Jamie L. Wine

25  By: *Patrick E. Gibbs/ SPG*
        Patrick E. Gibbs
26      Attorneys for Defendants ORACLE
        CORPORATION, LAWRENCE J.
27      ELLISON, JEFFREY O. HENLEY,
        and EDWARD J. SANDERSON