1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION

| In re ORACLE CORPORATION SECURITIES LITIGATION | Master File No. C-01-0988-MJJ (JCS) (Consolidated) |
|---|---|
| | CLASS ACTION |
| This Document Relates To:<br><br>ALL ACTIONS. | [CORRECTED] [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO REVERSE SPECIAL MASTER'S ORDER RE: *SOFTWAR* MATERIALS |
| | **Honorable Martin J. Jenkins** |

1        The Court, having reviewed Defendants' Motion to Reverse Special Master's Order re: *Softwar* Materials ("Defendants' Motion"), any opposition thereto, and any argument thereon, and good cause therefore appearing, hereby **ORDERS** that Defendants' Motion is **GRANTED** and the Special Master's December 29, 2006 Order Granting in Part and Denying in Part Plaintiffs' Motion to Compel Defendants' Production of Documents Concerning and Created in Preparation for the Book *Softwar* ("December 29, 2006 Order") is hereby **REVERSED** in part.

      The Court **ORDERS** that the Special Master's finding in his December 29, 2006 Order that defendant Larry Ellison has control over any and all tape recordings and/or transcripts of interviews with Mr. Ellison created in the preparation of the book *Softwar* is hereby **REVERSED**. The Court further **ORDERS** that the portion of the December 29, 2006 Order requiring Defendants to produce any and all tape recordings and/or transcripts of interviews with Mr. Ellison created in the preparation of the book *Softwar* is hereby **REVERSED**.

IT IS SO ORDERED.

DATED: _____

_____
THE HONORABLE MARTIN J. JENKINS

Submitted by:

LATHAM & WATKINS LLP
    Peter A. Wald
    Patrick E. Gibbs
    Michele F. Kyrouz
    Jamie L. Wine

By: /s/ Patrick E. Gibbs
    Patrick E. Gibbs
    Attorneys for Defendants ORACLE
    CORPORATION, LAWRENCE J.
    ELLISON, JEFFREY O. HENLEY,
    and EDWARD J. SANDERSON