LERACH COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
MARK SOLOMON (151949)
DOUGLAS R. BRITTON (188769)
VALERIE L. McLAUGHLIN (191916)
GAVIN M. BOWIE (235532)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
marks@lerachlaw.com
dougb@lerachlaw.com
valeriem@lerachlaw.com
gbowie@lerachlaw.com
        – and –
SHAWN A. WILLIAMS (213113)
WILLOW E. RADCLIFFE (200087)
ELI R. GREENSTEIN (217945)
MONIQUE C. WINKLER (213031)
100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@lerachlaw.com
willowr@lerachlaw.com
elig@lerachlaw.com
moniquew@lerachlaw.com

Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION | Master File No. C-01-0988-MJJ |
| | CLASS ACTION |
| This Document Relates To:<br><br>ALL ACTIONS. | NOTICE OF ENTRY OF ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFFS' JANUARY 12, 2007 MOTION TO PURSUE DISCOVERY OF EVIDENCE ORDERED PRODUCED BY THE SPECIAL MASTER'S JANUARY 2, 2007 ORDER RE: THE BOOK *SOFTWAR* |

1 TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD

2 PLEASE TAKE NOTICE that on January 23, 2007, The Honorable Edward A. Infante (Ret.), Special Master, entered the Order Granting in Part and Denying in Part Plaintiffs' January 12, 2007 Motion to Pursue Discovery of Evidence Ordered Produced by the Special Master's January 2, 2007 Order Re: the Book *Softwar*, which is attached hereto as Exhibit A.

DATED: January 24, 2007

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SHAWN A. WILLIAMS
WILLOW E. RADCLIFFE
ELI R. GREENSTEIN
MONIQUE C. WINKLER


                              /s/
                    SHAWN A. WILLIAMS

100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
MARK SOLOMON
DOUGLAS R. BRITTON
VALERIE L. McLAUGHLIN
GAVIN M. BOWIE
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

Lead Counsel for Plaintiffs

T:\CasesSF\Oracle3\Not00038504.doc

NOT OF ENTRY OF ORDER GRANTING IN PART & DEN IN PART PLTFS' JANUARY 12, 2007
MTN TO PURSUE DISC OF EVID ORD PROD BY THE SPEC MASTER'S ORD - C-01-0988-MJJ       - 1 -

Exhibit A

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION | **DISCOVERY MATTER** |
| | Master File No. C-01-0988-MJJ |
| This Document Relates To: | <u>CLASS ACTION</u> |
| ALL ACTIONS. | [~~PROPOSED~~] ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFFS' JANUARY 12, 2007 MOTION TO PURSUE DISCOVERY OF EVIDENCE ORDERED PRODUCED BY THE SPECIAL MASTER'S JANUARY 2, 2007 ORDER RE: THE BOOK *SOFTWAR* |

1  The Special Master, having considered all the papers and arguments of the parties, and
2  finding good cause existing therefore, plaintiffs' January 12, 2007 Motion to Pursue Evidence
3  Ordered by the Special Master's January 2, 2007 Order re SOFTWAR ("Motion"), is hereby
4  GRANTED in part and DENIED in part.

5  Plaintiffs are hereby granted leave to seek from Simon & Schuster, Inc., any and all tape
6  recordings and/or transcripts of interviews with Larry Ellison created in the preparation of the Book
7  *SOFTWAR: An Intimate Portrait of Larry Ellison and Oracle* ("SOFTWAR") as ordered by the
8  Special Master's January 2, 2007 Order Granting in Part and Denying in Part Plaintiffs' Motion to
9  Compel Defendants' Production of Documents Concerning and Created in Preparation for the Book
10 *Softwar* ("Order"), and discovery into the unavailability of materials ordered produced by the Order.

11 Plaintiffs are also granted leave to seek, through the appropriate Hague Convention
12 measures, discovery of the materials ordered produced by the Order and their unavailability from
13 Matthew Symonds and PC World computer store in Brentford, England, each having been identified
14 by defendants as possessing knowledge concerning the unavailability of the responsive materials.

15 Except as to the extent granted herein, plaintiffs' motion is DENIED, without prejudice, to
16 their seeking additional appropriate discovery upon good cause shown.

17 IT IS SO ORDERED.

19 DATED: 1-23-07       _____
                        THE HONORABLE EDWARD A. INFANTE
20                      SPECIAL MASTER

Submitted by:

21 DATED: January 23, 2007

22 LERACH COUGHLIN STOIA GELLER
23  RUDMAN & ROBBINS LLP
    SHAWN A. WILLIAMS
24  WILLOW E. RADCLIFFE
    ELI R. GREENSTEIN
25  MONIQUE C. WINKLER

27 _____
    SHAWN A. WILLIAMS
28

[PROPOSED] ORDER GRANTING IN PART & DENYING IN PART PLTFS' JANUARY 12, 2007
MOTION TO PURSUE DISCOVERY OF EVIDENCE RE THE BOOK *SOFTWAR* - C-01-0988-MJJ     - 1 -

1 | 100 Pine Street, Suite 2600
San Francisco, CA 94111
2 | Telephone: 415/288-4545
415/288-4534 (fax)
3 |
4 | LERACH COUGHLIN STOIA GELLER
     RUDMAN & ROBBINS LLP
MARK SOLOMON
5 | DOUGLAS R. BRITTON
VALERIE L. McLAUGHLIN
6 | GAVIN M. BOWIE
655 West Broadway, Suite 1900
7 | San Diego, CA 92101
Telephone: 619/231-1058
8 | 619/231-7423 (fax)

9 | Lead Counsel for Plaintiffs

10 | T:\CasesSF\Oracle3\ORD00038370.doc

[PROPOSED] ORDER GRANTING IN PART & DENYING IN PART PLTFS' JANUARY 12, 2007
MOTION TO PURSUE DISCOVERY OF EVIDENCE RE THE BOOK *SOFTWAR* - C-01-0988-MJJ     - 2 -

CERTIFICATE OF SERVICE

I hereby certify that on January 24, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

           /s/
SHAWN A. WILLIAMS

LERACH COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
100 Pine Street, 26th Floor
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)
E-mail: ShawnW@lerachlaw.com

1                      DECLARATION OF SERVICE BY MAIL AND FACSIMILE

2        I, the undersigned, declare:

3        1.      That declarant is and was, at all times herein mentioned, a citizen of the United States and employed in the City and County of San Francisco, over the age of 18 years, and not a party to or interested party in the within action; that declarant's business address is 100 Pine Street, Suite 2600, San Francisco, California 94111.

        2.      That on January 24, 2007, declarant served the **NOTICE OF ENTRY OF ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFFS' JANUARY 12, 2007 MOTION TO PURSUE DISCOVERY OF EVIDENCE ORDERED PRODUCED BY THE SPECIAL MASTER'S JANUARY 2, 2007 ORDER RE: THE BOOK SOFTWAR** by depositing a true copy thereof in a United States mailbox at San Francisco, California in a sealed envelope with postage thereon fully prepaid and addressed to the parties listed on the attached Service List. Declarant also served the parties by facsimile.

        3.      That there is a regular communication by mail between the place of mailing and the places so addressed.

        I declare under penalty of perjury that the foregoing is true and correct.  Executed this 24th day of January, 2007, at San Francisco, California.

                                                                s/
                                                        MARCY MEDEIROS

# Mailing Information for a Case 3:01-cv-00988-MJJ

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jennie Lee Anderson**
  jenniea@lerachlaw.com

- **Eric J. Belfi**
  ebelfi@labaton.com ElectronicCaseFiling@labaton.com

- **Doug Britton**
  dougb@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Patrick Edward Gibbs**
  patrick.gibbs@lw.com zoila.aurora@lw.com

- **Eli Greenstein**
  Elig@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Kirke M. Hasson**
  kirke.hasson@pillsburylaw.com cheryl.grant@pillsburylaw.com

- **Reed R. Kathrein**
  reedk@lerachlaw.com e_file_sf@lerachlaw.com;e_file_sd@lerachlaw.com

- **Michele F. Kyrouz**
  michele.kyrouz@lw.com

- **Nicole Lavallee**
  nlavallee@bermanesq.com

- **William S. Lerach**
  e_file_sd@lerachlaw.com

- **James C. Maroulis**
  jim.maroulis@oracle.com

- **Caroline McIntyre**
  cmcintyre@be-law.com swalker@be-law.com

- **Brian P Murray**
  bmurray@rabinlaw.com

- **Shinyung Oh**
  shinyungoh@paulhastings.com

- **Willow E. Radcliffe**

willowr@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Darren J. Robbins**

- **Sanna Rachel Singer**
  ssinger@sideman.com mthomas@sideman.com

- **Mark Solomon**
  marks@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Shawn A. Williams**
  shawnw@lerachlaw.com
  e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com;aelishb@lerachlaw.com;moniquew@lerachla

- **Jamie Lynne Wine**
  jamie.wine@lw.com karen.kelly@lw.com

- **Monique Winkler**
  MoniqueW@lerachlaw.com
  E_File_SF@lerachlaw.com;MoniqueW@lerachlaw.com;shawnw@lerachlaw.com;travisd@lerachl

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Dorian Daley
500 Oracle Parkway
Redwood City, CA 94065

Corey D. Holzer
Holzer Holzer & Cannon LLC
1117 Perimeter Center West
Suite E-107
Atlanta, GA 30338
```