# EXHIBIT B



LERACH
COUGHLIN
STOIA
GELLER
RUDMAN
& ROBBINS LLP

SAN DIEGO • SAN FRANCISCO
• LOS ANGELES • NEW YORK • BOCA RATON
WASHINGTON, DC • HOUSTON
PHILADELPHIA • SEATTLE

Willow E. Radcliffe

January 19, 2005

VIA FACSIMILE

Shirish Gupta, Esq.
MAYER, BROWN, ROWE & MAW LLP
Two Palo Alto Square
El Camino Real, Suite 300
Palo Alto, CA 94306

Re:   *Nursing Home Pension v. Oracle Corporation*
      Civil Case No. CV-01-00988-MJJ

Dear Shirish:

We understand from IKON that they have received at the most two boxes of documents from Mayer, Brown, Rowe & Maw LLP. Please confirm by the close of business tomorrow that this is the totality of the production of Defendants' initial disclosures – due by Court Order nearly a month ago. If not, please advise us when Defendants will produce the remaining documents and the volume of said documents. Thank you.

Very truly yours,

Willow E. Radcliffe

WER:cs

cc:   Lee Rubin, Esq.

100 Pine Street, 26th Floor • San Francisco, CA 94111 • 415.288.4545 • Fax 415.288.4534 • www.lerachlaw.com

| | |
|---|---|
| | M A Y E R |
| | B R O W N |
| | R O W E |
| | & M A W |

REC'D JAN 2 1 2005

January 20, 2005

Mayer, Brown, Rowe & Maw LLP
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, California 94306-2112

**VIA FACSIMILE AND MAIL**

Main Tel (650) 331-2000
Main Fax (650) 331-2060
www.mayerbrownrowe.com

Willow Radcliffe
Lerach Coughlin Stoia Geller
 Rudman & Robbins LLP
100 Pine Street, Suite 2600
San Francisco, CA 94111

**Shirish Gupta**
Direct Tel (650) 331-2025
Direct Fax (650) 331-4525
sgupta@mayerbrownrowe.com

Re: <u>In re Oracle Securities Litigation</u>

Dear Willow:

I write in response to your January 19, 2005, letter regarding Defendants' Initial Disclosure documents. With all due respect, your letter appears to be an effort to create a drama where none exists. Defendants have made complete initial disclosures, in accordance with the Court's directions.

Sincerely,

Shirish Gupta

cc: James C. Maroulis

Brussels Charlotte Chicago Cologne Frankfurt Houston London Los Angeles Manchester New York Palo Alto Paris Washington, D.C.
Independent Mexico City Correspondent: Jauregui, Navarrete, Nader y Rojas, S.C.

Mayer, Brown, Rowe & Maw LLP operates in combination with our associated English limited liability partnership in the offices listed above.



**LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS** LLP

SAN DIEGO · SAN FRANCISCO
LOS ANGELES · NEW YORK · BOCA RATON
WASHINGTON, DC · HOUSTON
PHILADELPHIA · SEATTLE

Willow E. Radcliffe

January 20, 2005

VIA FACSIMILE

Shirish Gupta, Esq.
MAYER, BROWN, ROWE & MAW LLP
Two Palo Alto Square
El Camino Real, Suite 300
Palo Alto, CA 94306

Re:   *Nursing Home Pension v. Oracle Corporation*
      Civil Case No. CV-01-00988-MJJ

Dear Shirish:

Plaintiffs are surprised by Defendants' response regarding their inquiry regarding the completion of Defendants' Initial Disclosures. If the one to two boxes of documents that IKON indicates they have received is the complete production of Defendants' Initial Disclosures then please let us know. You and your colleagues have previously indicated that such production would consist of all documents produced in the Delaware Derivative action (18) boxes as well as other documents. If the production differs from IKON's understanding of what they have received and includes these documents, then please let us know this information. We are simply requesting that Defendants confirm the volume of Defendants' Initial Disclosures that were due nearly a month ago so that we can make arrangements for their copying, review and storage. Plaintiffs do not understand why Defendants are refusing to respond to this inquiry.

Very truly yours,

*Willow E. Radcliffe*

Willow E. Radcliffe

WER:cs

cc:   Lee Rubin, Esq.



LERACH
COUGHLIN
STOIA
GELLER
RUDMAN
& ROBBINS LLP

SAN DIEGO · SAN FRANCISCO
LOS ANGELES · NEW YORK · BOCA RATON
WASHINGTON, DC · HOUSTON
PHILADELPHIA · SEATTLE

Willow E. Radcliffe

February 3, 2005

<u>VIA FACSIMILE</u>

Shirish Gupta, Esq.
MAYER, BROWN, ROWE & MAW LLP
Two Palo Alto Square
El Camino Real, Suite 300
Palo Alto, CA 94306

Re: *Nursing Home Pension v. Oracle Corporation*
Civil Case No. CV-01-00988-MJJ

Dear Shirish:

We write to clarify the production of documents we have received from defendants to date. On January 21, 2005, plaintiffs received Bates Range NDCA-ORCL 00001-04681, which we understand constitute Defendants' Initial Disclosures. On January 26, 2005, plaintiffs received Bates Range NDCA-ORCL 004682-039333, which we understand constitute documents from the Delaware Derivative Action.

Based on our conversation earlier today, defendants will be producing additional documents from the Delaware Derivative Action. Please let us know when the production of these documents will be complete. Additionally, we understand from our meet and confer sessions regarding discovery that only select documents produced in the Delaware Derivative Action are being produced by defendants to plaintiffs in this action. Please clarify what documents are being excluded by defendants. For example, will defendants' production include interrogatory responses and deposition transcripts of the defendants and percipient witnesses in the derivative action. Thank you for your prompt attention to this matter.

Very truly yours,

Willow E. Radcliffe

WER:cs

cc: Vincent (Trace) Schmeltz