LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
MARK SOLOMON (151949)
DOUGLAS R. BRITTON (188769)
VALERIE L. McLAUGHLIN (191916)
GAVIN M. BOWIE (235532)
STACEY M. KAPLAN (241989)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
marks@lerachlaw.com
dougb@lerachlaw.com
valeriem@lerachlaw.com
gbowie@lerachlaw.com
        – and –
SHAWN A. WILLIAMS (213113)
WILLOW E. RADCLIFFE (200087)
ELI R. GREENSTEIN (217945)
MONIQUE C. WINKLER (213031)
100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@lerachlaw.com
willowr@lerachlaw.com
elig@lerachlaw.com
moniquew@lerachlaw.com

Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Master File No. C-01-0988-MJJ<br><br>CLASS ACTION<br><br>ADMINISTRATIVE MOTION TO FILE REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE PURSUANT TO THE HAGUE CONVENTION OF 18 MARCH 1970 ON THE TAKING OF EVIDENCE ABROAD IN CIVIL OR COMMERCIAL MATTERS UNDER SEAL |

Plaintiffs respectfully move the Court for an Order sealing Plaintiffs' Request for International Judicial Assistance Pursuant to the Hague Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters ("Request"), pursuant to Civil Local Rules 7-11 and 79-5.[1]  This motion is accompanied by the Declaration of Mark Solomon in Support of Administrative Motion to File Plaintiffs' Request for International Judicial Assistance Pursuant to the Hague Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters Under Seal ("Solomon Decl.") and the Proposed Order filed concurrently herewith.

The Request discusses a sealed Order and documents designated "CONFIDENTIAL" by defendants and also attaches the sealed Order and documents designed "CONFIDENTIAL" by defendants.  *See* Solomon Decl., ¶3.  The Revised Stipulated Protective Order Governing Confidentiality (entered by the Court on January 11, 2005) ("Protective Order") requires that filings containing such disclosures and attachments be filed under seal.[2]

---

[1]   Civil Local Rule 79-5 states that no document may be filed under seal unless it is established that the document is "privileged or protectable as a trade secret or otherwise entitled to protection under the law."  Civ. L.R. 79-5(a).

[2]   Paragraph 3 of the Protective Order states that protections conferred by the Protective Order cover not only Protected Material [defined in Paragraph 2 as "any Disclosure or Discovery Material that is designated as 'CONFIDENTIAL' or 'HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY'], but also "any information copied or extracted therefrom, as well as all copies, excerpts, summaries, or compilations thereof, plus testimony, conversations, or presentations by parties or counsel to or in court or in other settings that might reveal Protected Material." Paragraph 10 of the Protective Order sets forth procedures for submitting administrative motions to file under seal. Solomon Decl., Ex. A.

ADMINISTRATIVE MOT TO FILE REQ FOR INT'L JUDICIAL ASSISTANCE  - C-01-0988-MJJ          - 1 -

For all the foregoing reasons, the Court should grant this motion and enter the Proposed Order sealing the Request.

DATED: January 31, 2007               Respectfully submitted,

                                                  LERACH COUGHLIN STOIA GELLER
                                                    RUDMAN & ROBBINS LLP
                                                  MARK SOLOMON
                                                  DOUGLAS R. BRITTON
                                                  VALERIE L. McLAUGHLIN
                                                  GAVIN M. BOWIE
                                                  STACEY M. KAPLAN

                                                              s/ MARK SOLOMON
                                                              MARK SOLOMON

                                                  655 West Broadway, Suite 1900
                                                  San Diego, CA  92101
                                                  Telephone:  619/231-1058
                                                  619/231-7423 (fax)

                                                  LERACH COUGHLIN STOIA GELLER
                                                    RUDMAN & ROBBINS LLP
                                                  SHAWN A. WILLIAMS
                                                  WILLOW E. RADCLIFFE
                                                  ELI R. GREENSTEIN
                                                  MONIQUE C. WINKLER
                                                  100 Pine Street, Suite 2600
                                                  San Francisco, CA  94111
                                                  Telephone:  415/288-4545
                                                  415/288-4534 (fax)

                                                  Lead Counsel for Plaintiffs

S:\CasesSD\Oracle3\MOT00038736.doc

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 31, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

   <u>s/ MARK SOLOMON</u>
MARK SOLOMON

LERACH COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:msolomon@lerachlaw.com

# Mailing Information for a Case 3:01-cv-00988-MJJ

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jennie Lee Anderson**
  jenniea@lerachlaw.com

- **Eric J. Belfi**
  ebelfi@labaton.com ElectronicCaseFiling@labaton.com

- **Doug Britton**
  dougb@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Patrick Edward Gibbs**
  patrick.gibbs@lw.com zoila.aurora@lw.com

- **Eli Greenstein**
  Elig@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Kirke M. Hasson**
  kirke.hasson@pillsburylaw.com cheryl.grant@pillsburylaw.com

- **Reed R. Kathrein**
  reedk@lerachlaw.com e_file_sf@lerachlaw.com;e_file_sd@lerachlaw.com

- **Michele F. Kyrouz**
  michele.kyrouz@lw.com

- **Nicole Lavallee**
  nlavallee@bermanesq.com

- **William S. Lerach**
  e_file_sd@lerachlaw.com

- **James C. Maroulis**
  jim.maroulis@oracle.com

- **Caroline McIntyre**
  cmcintyre@be-law.com swalker@be-law.com

- **Brian P Murray**
  bmurray@rabinlaw.com

- **Shinyung Oh**
  shinyungoh@paulhastings.com

- **Willow E. Radcliffe**
  willowr@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Darren J. Robbins**

- **Sanna Rachel Singer**
  ssinger@sideman.com mthomas@sideman.com

- **Mark Solomon**
  marks@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Shawn A. Williams**
  shawnw@lerachlaw.com
  e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com;aelishb@lerachlaw.com;moniquew@lerachlaw.c

- **Jamie Lynne Wine**
  jamie.wine@lw.com karen.kelly@lw.com

- **Monique Winkler**
  MoniqueW@lerachlaw.com
  E_File_SF@lerachlaw.com;MoniqueW@lerachlaw.com;shawnw@lerachlaw.com;travisd@lerachlaw

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Dorian Daley**
500 Oracle Parkway
Redwood City, CA 94065

**Corey D. Holzer**
Holzer Holzer & Cannon LLC
1117 Perimeter Center West
Suite E-107
Atlanta, GA 30338