LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
MARK SOLOMON (151949)
DOUGLAS R. BRITTON (188769)
VALERIE L. McLAUGHLIN (191916)
GAVIN M. BOWIE (235532)
STACEY M. KAPLAN (241989)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
marks@lerachlaw.com
dougb@lerachlaw.com
valeriem@lerachlaw.com
gbowie@lerachlaw.com
        – and –
SHAWN A. WILLIAMS (213113)
WILLOW E. RADCLIFFE (200087)
ELI R. GREENSTEIN (217945)
MONIQUE C. WINKLER (213031)
100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@lerachlaw.com
willowr@lerachlaw.com
elig@lerachlaw.com
moniquew@lerachlaw.com

Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION | ) Master File No. C-01-0988-MJJ ) ) <u>CLASS ACTION</u> ) |
| This Document Relates To:<br><br>ALL ACTIONS. | ) NOTICE OF ENTRY OF ORDER ORDER ) GRANTING IN PART AND DENYING IN ) PART PLAINTIFFS' JANUARY 12, 2007 ) MOTION TO PURSUE DISCOVERY OF ) EVIDENCE ORDERED PRODUCED BY ) THE SPECIAL MASTER'S JANUARY 2, ) 2007 ORDER RE: THE BOOK *SOFTWAR* |

1  TO:   ALL PARTIES AND THEIR ATTORNEYS OF RECORD

2      PLEASE TAKE NOTICE that on January 23, 2007, the Honorable Edward A. Infante (Ret.),

3  Special Master, signed the Order Granting in Part and Denying in Part Plaintiffs' January 12, 2007

4  Motion to Pursue Discovery of Evidence Ordered Produced by the Special Master's January 2, 2007

5  Order Re: The Book *Softwar*, which is attached hereto as Exhibit A.

6  DATED:  January 31, 2007　　　　　　　　　LERACH COUGHLIN STOIA GELLER
　　　　　　　　　　　　　　　　　　　　　　　　　　RUDMAN & ROBBINS LLP
7  　　　　　　　　　　　　　　　　　　　　　　MARK SOLOMON
　　　　　　　　　　　　　　　　　　　　　　　DOUGLAS R. BRITTON
8  　　　　　　　　　　　　　　　　　　　　　　VALERIE L. McLAUGHLIN
　　　　　　　　　　　　　　　　　　　　　　　GAVIN M. BOWIE
9  　　　　　　　　　　　　　　　　　　　　　　STACEY M. KAPLAN

10

11  　　　　　　　　　　　　　　　　　　　　　　　　s/ MARK SOLOMON
　　　　　　　　　　　　　　　　　　　　　　　　　MARK SOLOMON
12
　　　　　　　　　　　　　　　　　　　　　　655 West Broadway, Suite 1900
13  　　　　　　　　　　　　　　　　　　　　　　San Diego, CA  92101
　　　　　　　　　　　　　　　　　　　　　　　Telephone:  619/231-1058
14  　　　　　　　　　　　　　　　　　　　　　　619/231-7423 (fax)

15  　　　　　　　　　　　　　　　　　　　　　　LERACH COUGHLIN STOIA GELLER
　　　　　　　　　　　　　　　　　　　　　　　　　RUDMAN & ROBBINS LLP
16  　　　　　　　　　　　　　　　　　　　　　　SHAWN A. WILLIAMS
　　　　　　　　　　　　　　　　　　　　　　　WILLOW E. RADCLIFFE
17  　　　　　　　　　　　　　　　　　　　　　　ELI R. GREENSTEIN
　　　　　　　　　　　　　　　　　　　　　　　MONIQUE C. WINKLER
18  　　　　　　　　　　　　　　　　　　　　　　100 Pine Street, Suite 2600
　　　　　　　　　　　　　　　　　　　　　　　San Francisco, CA  94111
19  　　　　　　　　　　　　　　　　　　　　　　Telephone:  415/288-4545
　　　　　　　　　　　　　　　　　　　　　　　415/288-4534 (fax)
20
　　　　　　　　　　　　　　　　　　　　　　Lead Counsel for Plaintiffs
21  S:\CasesSD\Oracle3\NOT0038776.doc

22

23

24

25

26

27

28

NOTICE OF ENTRY OF ORDER - C-01-0988-MJJ　　　　　　　　　　　　　　　　　　　　　　　　　　　　　- 1 -

CERTIFICATE OF SERVICE

I hereby certify that on January 31, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

 s/ MARK SOLOMON
MARK SOLOMON

LERACH COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:MSolomon@lerachlaw.com

# Mailing Information for a Case 3:01-cv-00988-MJJ

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jennie Lee Anderson**
  jenniea@lerachlaw.com

- **Eric J. Belfi**
  ebelfi@labaton.com ElectronicCaseFiling@labaton.com

- **Doug Britton**
  dougb@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Patrick Edward Gibbs**
  patrick.gibbs@lw.com zoila.aurora@lw.com

- **Eli Greenstein**
  Elig@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Kirke M. Hasson**
  kirke.hasson@pillsburylaw.com cheryl.grant@pillsburylaw.com

- **Reed R. Kathrein**
  reedk@lerachlaw.com e_file_sf@lerachlaw.com;e_file_sd@lerachlaw.com

- **Michele F. Kyrouz**
  michele.kyrouz@lw.com

- **Nicole Lavallee**
  nlavallee@bermanesq.com

- **William S. Lerach**
  e_file_sd@lerachlaw.com

- **James C. Maroulis**
  jim.maroulis@oracle.com

- **Caroline McIntyre**
  cmcintyre@be-law.com swalker@be-law.com

- **Brian P Murray**
  bmurray@rabinlaw.com

- **Shinyung Oh**
  shinyungoh@paulhastings.com

- **Willow E. Radcliffe**
  willowr@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Darren J. Robbins**

- **Sanna Rachel Singer**
  ssinger@sideman.com mthomas@sideman.com

- **Mark Solomon**
  marks@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Shawn A. Williams**
  shawnw@lerachlaw.com
  e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com;aelishb@lerachlaw.com;moniquew@lerachlaw.

- **Jamie Lynne Wine**
  jamie.wine@lw.com karen.kelly@lw.com

- **Monique Winkler**
  MoniqueW@lerachlaw.com
  E_File_SF@lerachlaw.com;MoniqueW@lerachlaw.com;shawnw@lerachlaw.com;travisd@lerachlaw

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Dorian Daley
500 Oracle Parkway
Redwood City, CA 94065

Corey D. Holzer
Holzer Holzer & Cannon LLC
1117 Perimeter Center West
Suite E-107
Atlanta, GA 30338
```