# EXHIBIT A

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION | ) **DISCOVERY MATTER** <br> ) <br> ) Master File No. C-01-0988-MJJ <br> ) |
| This Document Relates To: <br><br> ALL ACTIONS. | ) <u>CLASS ACTION</u> <br> ) <br> ) [PROPOSED] ORDER GRANTING IN PART <br> ) AND DENYING IN PART PLAINTIFFS' <br> JANUARY 12, 2007 MOTION TO PURSUE <br> DISCOVERY OF EVIDENCE ORDERED <br> PRODUCED BY THE SPECIAL MASTER'S <br> JANUARY 2, 2007 ORDER RE: THE BOOK <br> *SOFTWAR* |

1     The Special Master, having considered all the papers and arguments of the parties, and finding good cause existing therefore, plaintiffs' January 12, 2007 Motion to Pursue Evidence Ordered by the Special Master's January 2, 2007 Order re *SOFTWAR* ("Motion"), is hereby GRANTED in part and DENIED in part.

    Plaintiffs are hereby granted leave to seek from Simon & Schuster, Inc., any and all tape recordings and/or transcripts of interviews with Larry Ellison created in the preparation of the Book *SOFTWAR: An Intimate Portrait of Larry Ellison and Oracle* ("*SOFTWAR*") as ordered by the Special Master's January 2, 2007 Order Granting in Part and Denying in Part Plaintiffs' Motion to Compel Defendants' Production of Documents Concerning and Created in Preparation for the Book *Softwar* ("Order"), and discovery into the unavailability of materials ordered produced by the Order.

    Plaintiffs are also granted leave to seek, through the appropriate Hague Convention measures, discovery of the materials ordered produced by the Order and their unavailability from Matthew Symonds and PC World computer store in Brentford, England, each having been identified by defendants as possessing knowledge concerning the unavailability of the responsive materials.

    Except as to the extent granted herein, plaintiffs' motion is DENIED, without prejudice, to their seeking additional appropriate discovery upon good cause shown.

    IT IS SO ORDERED.

DATED: 1-23-07

THE HONORABLE EDWARD A. INFANTE
SPECIAL MASTER

Submitted by:

DATED: January 23, 2007

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SHAWN A. WILLIAMS
WILLOW E. RADCLIFFE
ELI R. GREENSTEIN
MONIQUE C. WINKLER

SHAWN A. WILLIAMS

[PROPOSED] ORDER GRANTING IN PART & DENYING IN PART PLTFS' JANUARY 12, 2007 MOTION TO PURSUE DISCOVERY OF EVIDENCE RE THE BOOK *SOFTWAR* - C-01-0988-MJJ   - 1 -

| | |
|---|---|
| 1 | 100 Pine Street, Suite 2600 |
| | San Francisco, CA 94111 |
| 2 | Telephone: 415/288-4545 |
| | 415/288-4534 (fax) |
| 3 | |
| | LERACH COUGHLIN STOIA GELLER |
| 4 | RUDMAN & ROBBINS LLP |
| | MARK SOLOMON |
| 5 | DOUGLAS R. BRITTON |
| | VALERIE L. McLAUGHLIN |
| 6 | GAVIN M. BOWIE |
| | 655 West Broadway, Suite 1900 |
| 7 | San Diego, CA 92101 |
| | Telephone: 619/231-1058 |
| 8 | 619/231-7423 (fax) |
| 9 | Lead Counsel for Plaintiffs |
| 10 | T:\CasesSF\Oracle3\ORD00038370.doc |

[PROPOSED] ORDER GRANTING IN PART & DENYING IN PART PLTFS' JANUARY 12, 2007
MOTION TO PURSUE DISCOVERY OF EVIDENCE RE THE BOOK *SOFTWAR* - C-01-0988-MJJ  - 2 -