1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION | ) ) ) | Master File No. C-01-0988-MJJ |
| | ) | CLASS ACTION |
| This Document Relates To: | ) ) | [~~PROPOSED~~] SEALING ORDER |
| ALL ACTIONS. | ) ) | |

1   Having considered all the papers submitted in support of Plaintiffs' Administrative Motion to
2   File Plaintiffs' Request for International Judicial Assistance Pursuant to the Hague Convention of 18
3   March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters Under Seal, and
4   finding good cause,

5   IT IS HEREBY ORDERED that the motion is granted. Plaintiffs' Request for International
6   Judicial Assistance Pursuant to the Hague Convention of 18 March 1970 on the Taking of Evidence
7   Abroad in Civil or Commercial Matters, and its supporting attachments, are hereby sealed.

8   IT IS SO ORDERED.
9   DATED: February 1, 2007
10                                                    THE HONORABLE JOSEPH C. SPERO
                                                      UNITED STATES DISTRICT JUDGE
11
    Submitted by:
12
    LERACH COUGHLIN STOIA GELLER
13    RUDMAN & ROBBINS LLP
    MARK SOLOMON
14  DOUGLAS R. BRITTON
    VALERIE L. McLAUGHLIN
15  GAVIN M. BOWIE
    STACEY M. KAPLAN
16

17          s/ MARK SOLOMON
                MARK SOLOMON
18
    655 West Broadway, Suite 1900
19  San Diego, CA  92101
    Telephone:  619/231-1058
20  619/231-7423 (fax)

21  LERACH COUGHLIN STOIA GELLER
       RUDMAN & ROBBINS LLP
22  SHAWN A. WILLIAMS
    WILLOW E. RADCLIFFE
23  ELI R. GREENSTEIN
    MONIQUE C. WINKLER
24  100 Pine Street, Suite 2600
    San Francisco, CA  94111
25  Telephone:  415/288-4545
    415/288-4534 (fax)
26
    Lead Counsel for Plaintiffs
27
    S:\CasesSD\Oracle3\ord00038740.doc
28

[PROPOSED] SEALING ORDER - C-01-0988-MJJ                                              - 1 -

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 31, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

<u>  s/ MARK SOLOMON  </u>
MARK SOLOMON

LERACH COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:msolomon@lerachlaw.com