1  LERACH COUGHLIN STOIA GELLER
      RUDMAN & ROBBINS LLP
2  MARK SOLOMON (151949)
   DOUGLAS R. BRITTON (188769)
3  VALERIE L. McLAUGHLIN (191916)
   GAVIN M. BOWIE (235532)
4  STACEY M. KAPLAN (241989)
   655 West Broadway, Suite 1900
5  San Diego, CA  92101
   Telephone:  619/231-1058
6  619/231-7423 (fax)
   marks@lerachlaw.com
7  dougb@lerachlaw.com
   valeriem@lerachlaw.com
8  gbowie@lerachlaw.com
           – and –
9  SHAWN A. WILLIAMS (213113)
   WILLOW E. RADCLIFFE (200087)
10 MONIQUE C. WINKLER (213031)
   ELI R. GREENSTEIN (217945)
11 100 Pine Street, Suite 2600
   San Francisco, CA  94111
12 Telephone:  415/288-4545
   415/288-4534 (fax)
13 shawnw@lerachlaw.com
   willowr@lerachlaw.com
14 elig@lerachlaw.com
   moniquew@lerachlaw.com
15
   Lead Counsel for Plaintiffs

16

UNITED STATES DISTRICT COURT

17

NORTHERN DISTRICT OF CALIFORNIA

18

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION | ) Master File No. C-01-0988-MJJ )<br>) CLASS ACTION )<br>) |
| This Document Relates To:<br><br>ALL ACTIONS. | ) STIPULATION AND [PROPOSED] ORDER<br>) REGARDING DEFENDANTS' MOTION TO<br>) REVERSE SPECIAL MASTER'S ORDER<br>) RE: *SOFTWAR* MATERIALS |

1  WHEREAS, on January 2, 2007, Special Master Edward A. Infante issued an Order Granting in Part and Denying in Part Plaintiffs' Motion to Compel Defendants' Production of Documents Concerning and Created in Preparation for the Book *Softwar*;

2  WHEREAS, on January 22, 2007, Oracle Corporation, Lawrence J. Ellison, Jeffrey O. Henley, and Edward J. Sanderson (collectively, "defendants") filed, pursuant to Fed. R. Civ. P. 53(g), a Notice of Motion and Motion to Reverse Special Master's Order Re: *Softwar* Materials ("Motion to Reverse");

3  WHEREAS, defendants noticed their Motion to Reverse for oral argument before this Court on February 27, 2007;

4  WHEREAS, simultaneous with the filing of this Stipulation and [Proposed] Order, defendants will re- notice their Motion to Reverse for oral argument on April 3, 2007, or as soon thereafter as the Court deems appropriate; and

5  WHEREAS, the parties have met and conferred and agreed on the following briefing schedule for the Motion to Reverse subject to the approval of the Court.

IT IS THEREFORE STIPULATED AND AGREED:

1. Defendants' Motion to Reverse shall be noticed for hearing on April 3, 2007;
2. Plaintiffs shall file their response no later than March 5, 2007; and
3. Defendants shall file their reply no later than March 20, 2007.

DATED: February 7, 2007

LERACH COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
SHAWN A. WILLIAMS
WILLOW E. RADCLIFFE
MONIQUE C. WINKLER
ELI R. GREENSTEIN

/s/
SHAWN A. WILLIAMS

100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)

STIPULATION AND [PROPOSED] ORDER REGARDING DEFENDANTS' MOTION TO REVERSE
SPECIAL MASTER'S ORDER RE: *SOFTWAR* MATERIALS - C-01-0988-MJJ                - 1 -

| | |
|---|---|
| | LERACH COUGHLIN STOIA GELLER<br>  RUDMAN & ROBBINS LLP<br>MARK SOLOMON<br>DOUGLAS R. BRITTON<br>VALERIE L. McLAUGHLIN<br>GAVIN M. BOWIE<br>STACEY M. KAPLAN<br>655 West Broadway, Suite 1900<br>San Diego, CA  92101<br>Telephone:  619/231-1058<br>619/231-7423 (fax)<br><br>Lead Counsel for Plaintiffs |

I, SHAWN A. WILLIAMS, am the ECF User whose ID and password are being used to file this **STIPULATION AND [PROPOSED] ORDER REGARDING DEFENDANTS' MOTION TO REVERSE SPECIAL MASTER'S ORDER RE: SOFTWAR MATERIALS**.  In compliance with General Order 45, X.B., I hereby attest that PATRICK E. GIBBS has concurred in this filing.

DATED:  February 7, 2007                              LATHAM & WATKINS LLP
                                                                           PATRICK E. GIBBS

                                                                                       /s/
                                                                           PATRICK E. GIBBS

                                                                           140 Scott Drive
                                                                           Menlo Park, CA  94025
                                                                           Telephone:  650/328-4600
                                                                           650/463-2600 (fax)

                                                                           LATHAM & WATKINS LLP
                                                                           Peter A. Wald
                                                                           Michele F. Kyrouz
                                                                           505 Montgomery Street, Suite 2000
                                                                           San Francisco, CA  94111
                                                                           Telephone:  415/391-0600
                                                                           415/395-8095 (fax)

                                                                           Attorneys for Defendants

                                            *        *        *

## [PROPOSED] ORDER

PURSUANT TO ABOVE STIPULATION, IT IS SO ORDERED.

DATED: _____    _____
                                                                 THE HONORABLE MARTIN J. JENKINS
                                                                 UNITED STATES DISTRICT JUDGE

T:\CasesSF\Oracle3\STP00038960.doc

STIPULATION AND [PROPOSED] ORDER REGARDING DEFENDANTS' MOTION TO REVERSE
SPECIAL MASTER'S ORDER RE: *SOFTWAR* MATERIALS - C-01-0988-MJJ                                      - 2 -

1                                        CERTIFICATE OF SERVICE

2      I hereby certify that on February 7, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

                                                                       /s/
                                                     SHAWN A. WILLIAMS

                                                    LERACH COUGHLIN STOIA GELLER
                                                             RUDMAN & ROBBINS LLP
                                                   100 Pine Street, 26th Floor
                                                   San Francisco, CA  94111
                                                   Telephone:  415/288-4545
                                                   415/288-4534 (fax)
                                                   E-mail:Shawn W@lerachlaw.com

# Mailing Information for a Case 3:01-cv-00988-MJJ

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jennie Lee Anderson**
  jenniea@lerachlaw.com

- **Eric J. Belfi**
  ebelfi@labaton.com ElectronicCaseFiling@labaton.com

- **Doug Britton**
  dougb@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Patrick Edward Gibbs**
  patrick.gibbs@lw.com zoila.aurora@lw.com

- **Eli Greenstein**
  Elig@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Kirke M. Hasson**
  kirke.hasson@pillsburylaw.com cheryl.grant@pillsburylaw.com

- **Reed R. Kathrein**
  reedk@lerachlaw.com e_file_sf@lerachlaw.com;e_file_sd@lerachlaw.com

- **Michele F. Kyrouz**
  michele.kyrouz@lw.com

- **Nicole Lavallee**
  nlavallee@bermanesq.com

- **William S. Lerach**
  e_file_sd@lerachlaw.com

- **James C. Maroulis**
  jim.maroulis@oracle.com

- **Caroline McIntyre**
  cmcintyre@be-law.com swalker@be-law.com

- **Valerie McLaughlin**
  valeriem@lerachlaw.com kellyb@lerachlaw.com

- **Brian P Murray**
  bmurray@rabinlaw.com

- **Shinyung Oh**

shinyungoh@paulhastings.com

- **Willow E. Radcliffe**
  willowr@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Darren J. Robbins**

- **Sanna Rachel Singer**
  ssinger@sideman.com mthomas@sideman.com

- **Mark Solomon**
  marks@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Shawn A. Williams**
  shawnw@lerachlaw.com
  e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com;aelishb@lerachlaw.com;moniquew@lerachla

- **Jamie Lynne Wine**
  jamie.wine@lw.com karen.kelly@lw.com

- **Monique Winkler**
  MoniqueW@lerachlaw.com
  E_File_SF@lerachlaw.com;MoniqueW@lerachlaw.com;shawnw@lerachlaw.com;travisd@lerachl

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Dorian Daley
500 Oracle Parkway
Redwood City, CA 94065

Corey D. Holzer
Holzer Holzer & Cannon LLC
1117 Perimeter Center West
Suite E-107
Atlanta, GA 30338
```