LATHAM & WATKINS LLP
  Peter A. Wald (SBN 85705)
  Michele F. Kyrouz (SBN 168004)
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-2562
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
E-mail: peter.wald@lw.com
        michele.kyrouz@lw.com

LATHAM & WATKINS LLP
  Jamie L. Wine (SBN 181373)
885 Third Avenue, Suite 1000
New York, NY 10022-4834
Phone: (212) 906-1200
Fax: (212) 751-4864
E-mail: jamie.wine@lw.com

LATHAM & WATKINS LLP
  Patrick E. Gibbs (SBN 183174)
140 Scott Drive
Menlo Park, California 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600
E-mail: patrick.gibbs@lw.com

Attorneys for Defendants ORACLE CORPORATION, LAWRENCE J. ELLISON, JEFFREY O. HENLEY, and EDWARD J. SANDERSON

ORACLE CORPORATION
  Dorian E. Daley (SBN 129049)
  James C. Maroulis (SBN 208316)
500 Oracle Parkway
Mailstop 5OP7
Redwood Shores, California 94065
Telephone: (650) 506-5200
Facsimile: (650) 506-7114
E-mail: jim.maroulis@oracle.com

Attorneys for Defendant ORACLE CORPORATION

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION | Master File No. C-01-0988-MJJ (JCS) (Consolidated) |
| | CLASS ACTION |
| This Document Relates To:<br><br>ALL ACTIONS. | **DEFENDANTS' AMENDED NOTICE OF MOTION TO REVERSE SPECIAL MASTER'S ORDER RE:** *SOFTWAR* **MATERIALS**<br><br>Date:   April 3, 2007<br>Time:   9:30 a.m.<br>Judge:  Martin J. Jenkins |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DEFS' AMENDED NOT. OF MOT. TO REV. SPECIAL MASTER'S
ORDER RE: *SOFTWAR* MATERIALS
Master File No. C-01-0988-MJJ (JCS)

1  **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**

2            PLEASE TAKE NOTICE that Defendants' motion pursuant to Federal Rule of

3  Civil Procedure 53 for an Order Reversing the Special Master's December 29, 2006 Order

4  Granting in Part and Denying in Part Plaintiffs' Motion to Compel Defendants' Production of

5  Documents Concerning and Created in Preparation for the Book *Softwar* ("Defendants'

6  Motion"), filed on January 22, 2007 and previously noticed for hearing on February 27, 2007,

7  shall be heard on April 3, 2007, or as soon thereafter as the Court deems appropriate.

8            Defendants' Motion is based upon this Notice of Motion, the Memorandum of

9  Points and Authorities filed on January 22, 2007, the Declaration of Sean P.J. Coyle filed

10  therewith and the exhibits thereto, the [Corrected] [Proposed] Order Granting Defendants'

11  Motion, filed on January 23, 2007, the pleadings and papers on file in this action, and such other

12  argument and evidence as may be presented at or before any hearing on this matter.

13

14

15  Dated:  February 7, 2007                    LATHAM & WATKINS LLP

16                                    Peter A. Wald
                                  Patrick E. Gibbs

17                                    Michele F. Kyrouz
                                  Jamie L. Wine

18

19

20                      By: _____/s/_____
                                  Patrick E. Gibbs

21                                    Attorneys for Defendants ORACLE
                                  CORPORATION, LAWRENCE J.

22                                    ELLISON, JEFFREY O. HENLEY,
                                  and EDWARD J. SANDERSON

23

24

25

26

27

28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

DEFS' AMENDED NOT. OF MOT. TO REV. SPECIAL MASTER'S
ORDER RE: *SOFTWAR* MATERIALS
Master File No. C-01-0988-MJJ (JCS)