LERACH COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
MARK SOLOMON (151949)
DOUGLAS R. BRITTON (188769)
VALERIE L. McLAUGHLIN (191916)
GAVIN M. BOWIE (235532)
STACEY M. KAPLAN (241989)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
marks@lerachlaw.com
dougb@lerachlaw.com
valeriem@lerachlaw.com
gbowie@lerachlaw.com
skaplan@lerachlaw.com
          – and –
SHAWN A. WILLIAMS (213113)
WILLOW E. RADCLIFFE (200087)
MONIQUE C. WINKLER (213031)
ELI R. GREENSTEIN (217945)
100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@lerachlaw.com
willowr@lerachlaw.com
moniquew@lerachlaw.com
elig@lerachlaw.com

Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION | ) ) ) |
| | ) |
| This Document Relates To: | ) ) |
| ALL ACTIONS. | ) ) ) |

Master File No. C-01-0988-MJJ

CLASS ACTION

PLAINTIFFS' REQUEST FOR A CASE
MANAGEMENT CONFERENCE
PURSUANT TO FED. R. CIV. P. 16(a)

1   TO:    ALL PARTIES AND THEIR ATTORNEYS OF RECORD

2          PLEASE TAKE NOTICE that plaintiffs hereby request this Court to schedule a case

3   management conference pursuant to Federal Rule of Civil Procedure 16(a)(2), (3) and (4) and Civil

4   Local Rule 16-10(c), to discuss the January 18, 2007 scheduling order and address the following: (1)

5   defendants' recent production of 800,000 pages of new documents; (2) most egregiously,

6   defendants' representations to Judge Martin J. Jenkins and Special Master Edward A. Infante on

7   January 9, 2007 and January 15, 2007, respectively, that certain future document productions would

8   only be "2,000 pages" (which turned out to be *381,000 pages*); (3) defendants' violation of

9   production deadlines ordered by Special Master Infante; and (4) continuing technical flaws with

10  defendants' document productions which render the documents incomplete.

11         As set forth herein, during several recent scheduling conferences, defendants represented to

12  Judge Jenkins, Special Master Infante and plaintiffs that the volume of defendants' new document

13  productions would be minimal and would comply with the Court-ordered production deadlines.

14  These representations, combined with defendants' recent massive productions (almost 800,000 pages

15  since January 17, 2007), call into question the feasibility of the current case schedule.  Accordingly,

16  plaintiffs respectfully request that the Court schedule a case management conference as soon as

17  possible to discuss the implications of defendants' productions on the current scheduling order.

18  I.    **This Court Adopted a Case Management Schedule Based on Representations**
        **by Defendants Concerning the Volume and Timing of Future Document**
19      **Productions**

20         A.    **Defendants Represented to the Court that Only 2,000 Pages of**
                **Documents Relating to Two Major Accounting Issues Would Be**
21              **Produced**

22         On January 9, 2007, Judge Jenkins held a case management conference to discuss proposed

23  scheduling for the remainder of the case and trial.  In plaintiffs' proposed case management schedule

24  submitted to the Court on January 5, 2007, plaintiffs respectfully asserted that it was premature to

25  establish a firm schedule because defendants had yet to produce documents responsive to several

26  orders issued by Special Master Infante, including a December 19, 2006 Order requiring defendants

27  to produce by January 17, 2007 various accounting documents related to Oracle's bad debt reserve

28  and to an attempted post-Class Period "clean up" by Oracle Corporation in 2002 to conceal

PLAINTIFFS' REQUEST FOR A CASE MANAGEMENT CONFERENCE
PURSUANT TO FED. R. CIV. P. 16(a) - C-01-0988-MJJ                          - 1 -

1   accounting manipulations alleged in Plaintiffs' [Proposed] Revised Second Amended Complaint for

2   Violations of Federal Securities Laws.  *See* Declaration of Stacey M. Kaplan in Support of Plaintiffs'

3   Request for a Case Management Conference Pursuant to Fed. R. Civ. P. 16(a) ("Kaplan Decl."), Ex.

4   1.

5        At the time of the January 9, 2007 case management conference, defendants had a motion

6   pending before Special Master Infante to extend the January 17, 2007 production deadline to

7   February 15, 2007.  During the January 9, 2007 case management conference, prior to setting a

8   schedule for expert discovery and trial, the Court recognized that plaintiffs and their experts should

9   have time to meaningfully review the production and to address any compliance issues that may

10  arise from that production.  The Court specifically asked defendants about the volume of documents

11  that were subject to their motion for an extension of time.  In response to the Court's question,

12  defendants represented that the production would be only approximately "***2,000 pages***."  Based in

13  part on defendants' representations, this Court adopted a schedule similar to that proposed by

14  defendants in their case management conference statement which simply deferred key dates for

15  expert discovery and trial by 60 days.  Kaplan Decl., Ex. 2.  Accordingly, the first major deadline

16  under the new case management schedule is the April 27, 2007 disclosure of expert information.  *Id*.

17       Defendants also made the same materially inaccurate "2,000 pages" representation to Special

18  Master Infante in a January 15, 2007 letter addressing issues relating to the timing of future

19  depositions of defendant Lawrence J. Ellison and Oracle Corporation's Senior Executive Safra Catz.

20  Kaplan Decl., Ex. 3 at 2.

21       **B.    Defendants Recently Produced Over 381,000 Pages of Accounting**
            **Documents, Many of Which Were Produced After the Deadline**
22          **Imposed by Special Master Infante**

23       On January 12, 2007, Special Master Infante denied defendants' request for a 28-day

24  extension to produce the purported "2,000 pages" of accounting documents and extended the

25  deadline by only 13 days to January 30, 2007.  Kaplan Decl., Ex. 4.  On January 30, 2007, in stark

26  contrast to defendants' representations to Judge Jenkins and Special Master Infante, defendants

27  produced approximately ***200,000 pages*** (66 boxes) of accounting documents.  That production was

28  not complete, however, and defendants produced hundreds of thousands of additional electronic

1    "load files" on February 2, 2007, three days after Special Master Infante's deadline.  Kaplan Decl.,

2    Ex. 6.

3            On February 5, 2007, defendants belatedly produced numerous DVDs containing an

4    additional ***181,000 pages*** of accounting documents (60 boxes).  Kaplan Decl., Ex. 7.  Because of

5    corrupted files and technical problems which made the documents virtually irretrievable, defendants

6    had to re-produce the entire production on February 7, 2007, more than a full week after Special

7    Master Infante's January 30, 2007 production deadline.  Kaplan Decl., Ex. 8.  Plaintiffs have not yet

8    determined whether the production is complete and/or comports with Special Master Infante's

9    December 19, 2006 Order.[1]

10           Defendants' representations concerning their recent productions have caused the Court to set

11   a schedule which is not feasible in light of the volume and complexity of the recent productions.

12   Defendants' production of over ***127 boxes*** of new accounting documents (in addition to over 130

13   boxes produced just two weeks earlier) contains thousands of spreadsheets, e-mails and complex

14   accounting data that will likely take months for both plaintiffs and their experts to review, analyze

15   and synthesize such that expert reports can be meaningfully drafted and exchanged.  It will likely

16   take weeks for plaintiffs to determine whether the new production is complete, free from technical

17   issues and in compliance with Special Master Infante's December 19, 2006 Order.  Plaintiffs have

18   already been forced to file motions to enforce compliance with previous accounting orders, so it is

19   reasonably possible that plaintiffs will have to do so again.  Further, there are still technical problems

20   plaguing defendants' previous accounting productions that have not been fully resolved.

21           Accordingly, plaintiffs respectfully request a case management conference as soon as

22   possible to address the feasibility of the current scheduling order due to defendants' massive and

23

24   _____

25   [1]       Additionally, defendants have not completed other Court-ordered productions.   Just
     yesterday, February 8, 2007, defendants produced an additional 3,000 pages of forecasting reports
26   pursuant to what they call a "rolling" production.  Kaplan Decl., Ex. 9  The newly produced reports
     allow plaintiffs the opportunity to review, for the first time, important forecasting data that were
27   previously produced in illegible form.  It is unclear when defendants' "rolling" production of such
     forecasting reports will be completed.

28

PLAINTIFFS' REQUEST FOR A CASE MANAGEMENT CONFERENCE
PURSUANT TO FED. R. CIV. P. 16(a) - C-01-0988-MJJ                                            - 3 -

1  belated productions, their representations about the volume of those productions and their failure to

2  meet Court-ordered production deadlines.

3  **II.      Conclusion**

4          For the foregoing reasons, plaintiffs respectfully request that the Court schedule a case

5  management conference to discuss the issues set forth above.

6  DATED:  February 9, 2007                              Respectfully submitted,

7                                                        LERACH COUGHLIN STOIA GELLER
                                                           RUDMAN & ROBBINS LLP
8                                                        MARK SOLOMON
                                                         DOUGLAS R. BRITTON
9                                                        VALERIE L. McLAUGHLIN
                                                         GAVIN M. BOWIE
10                                                       STACEY M. KAPLAN

11

12                                                       _____
                                                                     s/ Mark Solomon
                                                                    MARK SOLOMON
13
                                                         655 West Broadway, Suite 1900
14                                                       San Diego, CA  92101
                                                         Telephone:  619/231-1058
15                                                       619/231-7423 (fax)

16                                                       LERACH COUGHLIN STOIA GELLER
                                                           RUDMAN & ROBBINS LLP
17                                                       SHAWN A. WILLIAMS
                                                         WILLOW E. RADCLIFFE
18                                                       MONIQUE C. WINKLER
                                                         ELI R. GREENSTEIN
19                                                       100 Pine Street, Suite 2600
                                                         San Francisco, CA  94111
20                                                       Telephone:  415/288-4545
                                                         415/288-4534 (fax)

21
                                                         Lead Counsel for Plaintiffs
22
   T:\CasesSF\Oracle3\MIS00039089.doc
23

24

25

26

27

28

   PLAINTIFFS' REQUEST FOR A CASE MANAGEMENT CONFERENCE
   PURSUANT TO FED. R. CIV. P. 16(a) - C-01-0988-MJJ                                          - 4 -

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 9, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I further certify that I caused this document to be forwarded to the following designated Internet site at:  http://securities.lerachlaw.com/.

  s/ Mark Solomon
MARK SOLOMON

LERACH COUGHLIN STOIA GELLER
        RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:MarkS@lerachlaw.com

# Mailing Information for a Case 3:01-cv-00988-MJJ

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jennie Lee Anderson**
  jenniea@lerachlaw.com

- **Eric J. Belfi**
  ebelfi@labaton.com ElectronicCaseFiling@labaton.com

- **Doug Britton**
  dougb@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Patrick Edward Gibbs**
  patrick.gibbs@lw.com zoila.aurora@lw.com

- **Eli Greenstein**
  Elig@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Kirke M. Hasson**
  kirke.hasson@pillsburylaw.com cheryl.grant@pillsburylaw.com

- **Reed R. Kathrein**
  reedk@lerachlaw.com e_file_sf@lerachlaw.com;e_file_sd@lerachlaw.com

- **Michele F. Kyrouz**
  michele.kyrouz@lw.com

- **Nicole Lavallee**
  nlavallee@bermanesq.com

- **William S. Lerach**
  e_file_sd@lerachlaw.com

- **James C. Maroulis**
  jim.maroulis@oracle.com

- **Caroline McIntyre**
  cmcintyre@be-law.com swalker@be-law.com

- **Valerie McLaughlin**
  valeriem@lerachlaw.com kellyb@lerachlaw.com

- **Brian P Murray**
  bmurray@rabinlaw.com

- **Shinyung Oh**

shinyungoh@paulhastings.com

- **Willow E. Radcliffe**
  willowr@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Darren J. Robbins**

- **Sanna Rachel Singer**
  ssinger@sideman.com mthomas@sideman.com

- **Mark Solomon**
  marks@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Shawn A. Williams**
  shawnw@lerachlaw.com
  e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com;aelishb@lerachlaw.com;moniquew@lerachla

- **Jamie Lynne Wine**
  jamie.wine@lw.com karen.kelly@lw.com

- **Monique Winkler**
  MoniqueW@lerachlaw.com
  E_File_SF@lerachlaw.com;MoniqueW@lerachlaw.com;shawnw@lerachlaw.com;travisd@lerachl

# Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Dorian Daley**
500 Oracle Parkway
Redwood City, CA 94065

**Corey D. Holzer**
Holzer Holzer & Cannon LLC
1117 Perimeter Center West
Suite E-107
Atlanta, GA 30338