# EXHIBIT 2



E-FILED

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION | Master File No. C-01-0988-MJJ (JCS) (Consolidated) |
| | CLASS ACTION |
| This Document Relates To: ALL ACTIONS. | **STIPULATION AND [~~PROPOSED~~] AMENDED PRETRIAL ORDER SETTING A SCHEDULE FOR EXPERT DISCOVERY, DISPOSITIVE MOTIONS, SETTLEMENT CONFERENCE AND TRIAL** |
| | Judge Martin J. Jenkins |

1  WHEREAS, counsel for Plaintiffs and Defendants appeared telephonically before this
2  Court on January 9, 2007, for a status conference in this matter;
3  WHEREAS, the Court ordered this matter set for a pre-trial conference on November 13,
4  2007, and trial beginning on November 26, 2007;
5  WHEREAS, the Court instructed the parties to submit by January 12, 2007, a schedule for
6  the remaining dates in the case consistent with the trial date;
7  WHEREAS, the parties have met and conferred and submit the following agreed upon
8  schedule:
9  THEREFORE, IT IS STIPULATED AND AGREED, by Plaintiffs and Defendants
10 through their respective counsel of record that the December 14, 2004 Amended Pretrial Order is
11 amended as follows:
12  (1)  Expert Discovery
13      (a) DEADLINE FOR EXPERT DISCLOSURES AND OPENING REPORTS:
14          **April 27, 2007**
15      (b) DEADLINE FOR REBUTTAL EXPERT DISCLOSURES AND
16          REPORTS: **May 25, 2007**
17      (c) CLOSE OF EXPERT DISCOVERY: **June 29, 2007**
18  (2)  Dispositive Motions, *Daubert* Motions and Settlement Conference
19      (a) DEADLINE FOR DISPOSITIVE MOTIONS AND *DAUBERT*
20          MOTIONS: **July 16, 2007**
21      (b) DEADLINE FOR OPPOSITIONS TO DISPOSITIVE MOTIONS AND
22          OPPOSITIONS TO *DAUBERT* MOTIONS: **August 17, 2007**
23      (c) DEADLINE FOR REPLIES IN SUPPORT OF DISPOSITIVE MOTIONS
24          AND REPLIES IN SUPPORT OF *DAUBERT* MOTIONS: **August 31,**
25          **2007**
26      (d) DISPOSITIVE MOTIONS SHALL BE HEARD BY: **September 17, 2007**
27      (e) SETTLEMENT CONFERENCE BEFORE MAGISTRATE JUDGE
28          ZIMMERMAN: **October 2007** (date to be determined)

1     (3)  <u>Trial</u>

2          (a)  PRE-TRIAL CONFERENCE: **November 13, 2007**

3          (b)  TRIAL: **November 26, 2007**

4          (c)  TRIAL IS SET FOR **FIVE (5) WEEKS**

6  DATED: January 12, 2007

7                                                                 Respectfully submitted,

LATHAM & WATKINS LLP                 LERACH COUGHLIN STOIA GELLER RUDMAN AND ROBBINS LLP

      /s/ Michele F. Kyrouz                            /s/ Mark Solomon

By _____                 By _____

Michele F. Kyrouz                                     Mark Solomon

Counsel for Defendants Oracle Corporation,       Counsel for Plaintiffs

Lawrence J. Ellison, Jeffrey O. Henley, and

Edward J. Sanderson

IT IS SO ORDERED:

1/18/2007

_____

Martin J. Jenkins

United States District Judge

## Christian Castro

| | |
|---|---|
| **From:** | ECF-CAND@cand.uscourts.gov |
| **Sent:** | Thursday, January 18, 2007 3:47 PM |
| **To:** | efiling@cand.uscourts.gov |
| **Subject:** | Activity in Case 3:01-cv-00988-MJJ Nursing Home Pension Fund et al v. Oracle Corporation et al "Pretrial Order" |

```
***NOTE TO PUBLIC ACCESS USERS*** There is no charge for viewing opinions.
U.S. District Court
California Northern District

Notice of Electronic Filing
The following transaction was entered on 1/18/2007 at 3:47 PM PST and filed on 1/18/2007

Case Name: Nursing Home Pension Fund et al v. Oracle Corporation et al Case Number: 3:01-
cv-988 https://ecf.cand.uscourts.gov/cgi-bin/DktRpt.pl?27321

Document Number: 637
Copy the URL address from the line below into the location bar of your Web browser to view
the document: https://ecf.cand.uscourts.gov/cgi-bin/show_case_doc?
637,27321,,79209952,,,1225

Docket Text:
Stipulation and AMENDED PRETRIAL ORDER.  Signed by Judge Martin J. Jenkins on 1/18/2007.
(mat, COURT STAFF) (Filed on 1/18/2007)

The following document(s) are associated with this transaction:
Document description: Main Document
 Original filename: G:\MJJALL\PDFtoEFile\01-00988.pdf   Electronic document Stamp:
 [STAMP CANDStamp_ID=977336130 [Date=1/18/2007] [FileNumber=3165730-0]
[65f1181ba51e17a69250221e7d35d74f123aa58a5b9579ca4adbfdbcc95b3cea0dec51e7dcc37a7020e61fade
70ca88f19c545299b491370ead88d96c9127de2]]


3:01-cv-988 Notice will be electronically mailed to:
Jennie Lee Anderson                                        jenniea@lerachlaw.com

Eric J. Belfi                                              ebelfi@labaton.com,
ElectronicCaseFiling@labaton.com

Doug Britton                                               dougb@lerachlaw.com,
e_file_sd@lerachlaw.com; e_file_sf@lerachlaw.com

Patrick Edward Gibbs                                       patrick.gibbs@lw.com,
zoila.aurora@lw.com

Eli Greenstein                                             Elig@lerachlaw.com,
e_file_sd@lerachlaw.com; e_file_sf@lerachlaw.com

Kirke M. Hasson
kirke.hasson@pillsburylaw.com, cheryl.grant@pillsburylaw.com

Reed R. Kathrein                                           reedk@lerachlaw.com,
e_file_sf@lerachlaw.com; e_file_sd@lerachlaw.com

Michele F. Kyrouz                                          michele.kyrouz@lw.com

Nicole Lavallee                                            nlavallee@bermanesq.com

William S. Lerach                                          e_file_sd@lerachlaw.com

James C. Maroulis                                          jim.maroulis@oracle.com
```

Caroline McIntyre     cmcintyre@be-law.com,
swalker@be-law.com

Brian P Murray     bmurray@rabinlaw.com

Shinyung Oh     shinyungoh@paulhastings.com

Willow E. Radcliffe     willowr@lerachlaw.com,
e_file_sd@lerachlaw.com; e_file_sf@lerachlaw.com

Sanna Rachel Singer     ssinger@sideman.com,
mthomas@sideman.com

Mark Solomon     marks@lerachlaw.com,
e_file_sd@lerachlaw.com; e_file_sf@lerachlaw.com

Shawn A. Williams     shawnw@lerachlaw.com,
e_file_sd@lerachlaw.com; e_file_sf@lerachlaw.com; aelishb@lerachlaw.com;
moniquew@lerachlaw.com; travisd@lerachlaw.com; cwood@lerachlaw.com

Jamie Lynne Wine     jamie.wine@lw.com,
karen.kelly@lw.com

Monique Winkler     MoniqueW@lerachlaw.com,
E_File_SF@lerachlaw.com; MoniqueW@lerachlaw.com; shawnw@lerachlaw.com;
travisd@lerachlaw.com


3:01-cv-988 Notice will be delivered by other means to:
Dorian Daley
500 Oracle Parkway
Redwood City, CA 94065

Corey D. Holzer
Holzer Holzer & Cannon LLC
1117 Perimeter Center West
Suite E-107
Atlanta, GA 30338

Darren J. Robbins
 Lerach Coughlin Stoia Geller Rudman  & Robbins LLP
655 West Broadway
Suite 1900
San Diego, CA 92101