# EXHIBIT 4

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Master File No. C-01-0988-MJJ (JCS)<br>(Consolidated)    ED<br><br>[PROPOSED] ORDER GRANTING *in part* DEFENDANTS' MOTION FOR MODIFICATION OF ORDER GRANTING PLAINTIFFS' MOTION TO ENFORCE THE SPECIAL MASTER'S JULY 17, 2006 ORDER AND TO COMPEL ADDITIONAL ACCOUNTING DOCUMENTS BASED ON RECENT TESTIMONY AND NEW EVIDENCE<br><br>Honorable Judge Martin J. Jenkins<br>Magistrate Judge Joseph C. Spero<br>Honorable Judge Edward A. Infante (Ret.) |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

[PROPOSED] ORDER GRANTING DEFENDANTS'
MOTION FOR MODIFICATION OF ORDER
Master File No. C-01-0988-MJJ (JCS)

1  The Court has considered the papers submitted by both parties. ~~Finding good~~
2  ~~cause therefore, the Court hereby GRANTS~~ Defendants' Motion for Modification of the
3  December 19, 2006 Order Granting Plaintiffs' Motion to Enforce the Special Master's July 17,
4  2006 Order and to Compel Additional Accounting Documents Based on Recent Testimony and
5  New Evidence (the "December 19 Order"), ~~as follows:~~ *is granted in part:*
6  ~~(1)~~ Defendants will have until ~~February 15, 2007~~ *JANUARY 30, 2007* to produce all documents
7  relating to: (a) Oracle's unapplied cash project beginning in October 2002, and (b) Oracle's
8  transfer of the more than $20 million in transfers of customer overpayments and unapplied cash
9  from Account 25005 to Account 12601 in connection with Oracle's 2Q01. Defendants will
10 produce unredacted copies of all documents produced pursuant to the July 17, 2006 Order Re:
11 Accounting Documents by January 17, 2006, as originally set forth in the December 19 Order;
12 and *Defendants' Motion is denied in all other respects.*
13 ~~(2) The following language (located at page 19, lines 19-23), hereby is~~
14 ~~removed from the December 19 Order: "Judge Spero has already voiced concern that~~
15 ~~Defendants have made statements to the Court regarding discovery of accounting documents and~~
16 ~~then later changed their position. Here, again, Defendants have stated one position (that there is~~
17 ~~no link between the debit memos and the 2002 Clean Up Project) and later shifted that position~~
18 ~~(by claiming that all linked documents have been produced and that the link is not substantial."~~
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

1

LATHAM&WATKINS<sup>LLP</sup>
ATTORNEYS AT LAW
LOS ANGELES

[PROPOSED] ORDER GRANTING DEFENDANTS'
MOTION FOR MODIFICATION OF ORDER
Master File No. C-01-0988-MJJ (JCS)

1  ~~In addition, the phrase "the Defendants' former position and" from the next sentence of the~~
2  ~~December 19 Order (located at page 19, line 23) also is removed.~~
3  IT IS SO ORDERED.
4  DATED: *Jan 12, 2007*          *Edward A. Infante*
5                                  Hon. Edward A. Infante (Ret.)
                                    Special Master
6  Submitted by:
7  LATHAM & WATKINS LLP
      Peter A. Wald
8     Patrick E. Gibbs
9     Michele F. Kyrouz
      Jamie L. Wine
10
11 By: _____/s/_____
      Brian T. Glennon
12    Attorneys for Defendants ORACLE
      CORPORATION, LAWRENCE J.
13    ELLISON, JEFFREY O. HENLEY,
      and EDWARD J. SANDERSON
14

2

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES
[PROPOSED] ORDER GRANTING DEFENDANTS'
MOTION FOR MODIFICATION OF ORDER
Master File No. C-01-0988-MJJ (JCS)