# EXHIBIT 5

Lana Morton-Owens
Direct Dial (213) 891-7402
Lana.morton-owens@lw.com

633 West Fifth Street, Suite 4000
Los Angeles, California 90071-2007
Tel: (213) 485-1234  Fax: (213) 891-8763
www.lw.com

# LATHAM&WATKINSᴸᴸᴾ

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Barcelona | New Jersey |
| Brussels | New York |
| Chicago | Northern Virginia |
| Frankfurt | Orange County |
| Hamburg | Paris |
| Hong Kong | San Diego |
| London | San Francisco |
| Los Angeles | Shanghai |
| Madrid | Silicon Valley |
| Milan | Singapore |
| Moscow | Tokyo |
| Munich | Washington, D.C. |

January 30, 2007

## VIA HAND DELIVERY

Shawn A. Williams
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
100 Pine Street, 26th Floor
San Francisco, CA 94111

Re:  In Re Oracle Securities Litigation

Dear Mr. Williams:

Pursuant to the Court's December 19, 2006 Discovery Order Granting Plaintiffs' Motion to Enforce the Special Master's July 17, 2006 Order and Compel Additional Accounting Documents Based on Recent Testimony and New Evidence (the "December 19 Order"), enclosed please find 4 DVDs stamped ORC179 through 202, containing documents Bates labeled NDCA-ORCL 1533983 through NDCA-ORCL 1733116. Our vendor has not completed processing all responsive documents, thus we hope to supplement this production by the end of the week. Please contact us should you have any questions.

Very truly yours,

Lana Morton-Owens
of Latham & Watkins LLP

cc: Mark Solomon (w/o enclosures)

LA\1681144.1