EXHIBIT 6

Lana Morton-Owens
Direct Dial (213) 891-7402
Lana.morton-owens@lw.com

633 West Fifth Street, Suite 4000
Los Angeles, California 90071-2007
Tel: (213) 485-1234 Fax: (213) 891-8763
www.lw.com

# LATHAM&WATKINSLLP

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Barcelona | New Jersey |
| Brussels | New York |
| Chicago | Northern Virginia |
| Frankfurt | Orange County |
| Hamburg | Paris |
| Hong Kong | San Diego |
| London | San Francisco |
| Los Angeles | Shanghai |
| Madrid | Silicon Valley |
| Milan | Singapore |
| Moscow | Tokyo |
| Munich | Washington, D.C. |

February 2, 2007

## VIA HAND DELIVERY

Shawn A. Williams
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
100 Pine Street, 26th Floor
San Francisco, CA 94111

Re:    In Re Oracle Securities Litigation

Dear Mr. Williams:

We write in connection with our January 30, 2007 production (ORC 179-202). We have discovered that the load files that accompanied that production had some technical issues. Although these issues do not affect the actual documents and files produced, we nonetheless wanted to provide you with corrected load files. Accordingly, please find enclosed new load files for the January 30, 2007 production. Should you have any questions, please do not hesitate to contact us.

Very truly yours,

Lana Morton-Owens  /BK

Lana Morton-Owens
of Latham & Watkins LLP

Enclosures

cc: Mark Solomon (w/o enclosures)

LA\1682465.1