# EXHIBIT 7

Lana Morton-Owens
Direct Dial (213) 891-7402
Lana.morton-owens@lw.com

## LATHAM&WATKINS LLP

838 West Fifth Street, Suite 4000
Los Angeles, California 90071-2007
Tel: (213) 485-1234  Fax: (213) 891-8763
www.lw.com

**FIRM / AFFILIATE OFFICES**

| | |
|---|---|
| Barcelona | New Jersey |
| Brussels | New York |
| Chicago | Northern Virginia |
| Frankfurt | Orange County |
| Hamburg | Paris |
| Hong Kong | San Diego |
| London | San Francisco |
| Los Angeles | Shanghai |
| Madrid | Silicon Valley |
| Milan | Singapore |
| Moscow | Tokyo |
| Munich | Washington, D.C. |

February 5, 2007

## VIA HAND DELIVERY

Shawn A. Williams
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
100 Pine Street, 26th Floor
San Francisco, CA  94111

Re:   In Re Oracle Securities Litigation

Dear Mr. Williams:

Enclosed please find 3 DVDs labeled ORC 205 through ORC 207.  These DVDs contain documents Bates labeled NDCA ORCL 1733117 through NDCA ORCL 1911338.  This supplemental accounting production represents the remainder of the documents Defendants are required to produce pursuant to the Court's December 19, 2006 Discovery Order Granting Plaintiffs' Motion to Enforce the Special Master's July 17, 2006 Order and Compel Additional Accounting Documents Based on Recent Testimony and New Evidence.  Please feel free to contact me should you have any questions or concerns.

Very truly yours,

Lana Morton-Owens
of Latham & Watkins LLP

Enclosures

cc: Mark Solomon (w/o enclosures)

LA\1663294.1