# EXHIBIT 8

# LATHAM&WATKINS LLP

633 West Fifth Street, Suite 4000
Los Angeles, California 90071-2007
Tel: (213) 485-1234  Fax: (213) 891-8763
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Barcelona | New Jersey |
| Brussels | New York |
| Chicago | Northern Virginia |
| Frankfurt | Orange County |
| Hamburg | Paris |
| Hong Kong | San Diego |
| London | San Francisco |
| Los Angeles | Shanghai |
| Madrid | Silicon Valley |
| Milan | Singapore |
| Moscow | Tokyo |
| Munich | Washington, D.C. |

File No. 038128-0025

February 7, 2007

**VIA FACSIMILE**

Eli R. Greenstein
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
100 Pine Street, 26th Floor
San Francisco, CA 94111

REC'D FEB 07 2007

Re: In re Oracle Sec. Litig.,
    Master File No. C-01-0988 MJJ

Dear Eli:

We write in response to several inquiries Plaintiffs recently have made with respect to Defendants' supplemental productions of accounting documents.

First, Plaintiffs requested that Defendants create and produce a chart "linking" the unredacted documents Defendants produced on January 17, 2007 with the redacted versions of those same documents that Defendants originally produced on August 31, 2007. In the spirit of compromise, we enclose a chart providing the requested information.

Second, Plaintiffs asked Defendants to clarify whether the documents produced on January 17, 2007 (ORC 128-172, and ORC 176) consisted only of documents that previously were produced in redacted form. We can confirm that the documents Defendants produced on January 17, 2007 were the unredacted versions of the same documents Defendants previously produced in redacted form.

Third, Plaintiffs raised several questions about the metadata contained in Defendants' January 30, 2007 production. We believe we already have addressed and resolved all of these concerns. On February 2, even before Plaintiffs contacted us about the metadata, Defendants reproduced the load files for the January 30th production, resolving all issues that Plaintiffs subsequently identified (apparently without having yet examined the re-produced load file). Should Plaintiffs have any further concerns about the metadata, please let us know as soon as possible.

LA\1684718.1

Eli R. Greenstein
February 7, 2007
Page 2

**LATHAM&WATKINS**LLP

Fourth, Plaintiffs requested that Defendants produce the "subject" metadata field for the Excel files Defendants produced on January 17 and January 30, 2007. Defendants, however, are not required to produce this metadata under any of the applicable discovery orders in this case. Moreover, Defendants never have produced this metadata in the past, and Plaintiffs' request – which comes well over a year after Defendants' first document production and over four months after the close of discovery – is untimely. Thus, we will not supplement our metadata in response to this request.

Fifth, Plaintiffs raised some concerns about individual documents. Defendants have looked into and resolved each issue raised. For instance, Plaintiffs contend that NDCA ORCL 1607292-95 failed to print properly and in its entirety. As an initial matter, this issue did not impact or affect in any way the electronic data, so Plaintiffs still can view the document in its entirety. Nevertheless, we have enclosed a properly printed version of this document for your convenience. In addition, while we are unsure why Plaintiffs are experiencing difficulties printing this particular document, we will replace this electronic file as soon as possible in an effort to resolve the issue. Plaintiffs also have asked whether documents Bates labeled NDCA ORCL 1534309-1534433 represent duplicate copies of the same document. Those documents are, in fact, duplicates; we will resolve this issue by the close of business tomorrow. Finally, Plaintiffs have noted that NDCA ORCL 1731119 contains "corrupted" information that prevents Plaintiffs from viewing certain cells on the Excel spreadsheet. We have confirmed that the produced document is in the same condition in its native format. Thus, there is nothing further we can do to address Plaintiffs' concern about this spreadsheet.

Finally, pursuant to your request, we enclose 3 DVDs labeled ORC 205-207, containing documents Bates numbered NDCA ORCL 1733117-1911338. These documents are duplicative of the documents Defendants produced on February 5, 2007, except that they have been reconfigured to function in a Concordance database. We are reproducing these documents as a courtesy to Plaintiffs and in response to your stated preference yesterday that they be functional in Concordance, and not in Summation (as they originally were produced). Please note that we are providing the reconfigured load files, including the corresponding .DAT files, organized into sub-folders, consistent with Plaintiffs' request.

Please let us know if you have any further questions or concerns about Defendants' accounting productions.

Very truly yours,

Lana Morton-Owens
of LATHAM & WATKINS LLP

Encls.

cc: Mark Solomon (w/o encls.)

LA\1684718.1