# EXHIBIT 9

FROM LATHAM & WATKINS LLP Fax Machine #2          (THU) 2. 8' 07 12:12/ST. 12:12/NO. 4861909892 P 2

# LATHAM&WATKINS LLP

140 Scott Drive
Menlo Park, California 94025
Tel: (650) 328-4600  Fax: (650) 463-2600
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Barcelona | New Jersey |
| Brussels | New York |
| Chicago | Northern Virginia |
| Frankfurt | Orange County |
| Hamburg | Paris |
| Hong Kong | San Diego |
| London | San Francisco |
| Los Angeles | Shanghai |
| Madrid | Silicon Valley |
| Milan | Singapore |
| Moscow | Tokyo |
| Munich | Washington, D.C. |

February 8, 2007

**BY HAND DELIVERY**

Shawn A. Williams
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
100 Pine Street, Suite 2600
San Francisco, CA 94111

Re: In re Oracle Corp. Sec. Litig.

Dear Shawn:

Please find enclosed ORC 208, which contains documents bates labeled NDCA-ORCL 1911339-1914136. These documents are more legible copies of forecasting documents previously produced to plaintiffs and are part of a rolling production of more legible copies of the documents referenced in Doug Britton's December 28, 2006 letter to Michele Kyrouz.

As discussed during our prior meet and confer session with Doug Britton and Gavin Bowie, we are also providing you with an index of the more legible forecasting reports that matches the newly-produced documents with the documents listed in the aforementioned December 28, 2006 letter.

Very truly yours,

Andrew M. Farthing
of LATHAM & WATKINS LLP

Enclosures

cc: Doug Britton (via facsimile and without enclosures)

SV\544799.1

|    | Old NDCA Bates No. | New NDCA Bates No. | Production Info |
|----|---|---|---|
|    | A. UPSIDE REPORT: | | |
| 1  | NDCA-ORCL 305508-305523 | NDCA-ORCL 1532594-NDCA-ORCL 1532609 | ORC 178 1/25/2007 |
| 2  | NDCA-ORCL 305544-305560 | NDCA-ORCL 1532634-NDCA-ORCL 1532655 | ORC 178 1/25/2007 |
| 3  | NDCA-ORCL 007783-007799 | NDCA-ORCL 1532701-NDCA-ORCL 1532717 | ORC 178 1/25/2007 |
| 4  | NDCA-ORCL 000243-000259 | NDCA-ORCL 1532735-NDCA-ORCL 1532751 | ORC 178 1/25/2007 |
| 5  | NDCA-ORCL 305617-305633 | NDCA-ORCL 1532752-NDCA-ORCL 1532768 | ORC 178 1/25/2007 |
| 6  | NDCA-ORCL 000260-000276 | NDCA-ORCL 1532778-NDCA-ORCL 1532794 | ORC 178 1/25/2007 |
| 7  | NDCA-ORCL 305676-305685 | NDCA-ORCL 1913685 - NDCA-ORCL 1913694 | ORC 208 2/8/2007 |
| 8  | NDCA-ORCL 092928-092943 | NDCA-ORCL 1911840 - NDCA-ORCL 1911852 | ORC 208 2/8/2007 |
| 9  | NDCA-ORCL 091609-091625 | NDCA-ORCL 1913695 - NDCA-ORCL 1913711 | ORC 208 2/8/2007 |
| 10 | NDCA-ORCL 000338-000354 | NDCA-ORCL 1913734 - NDCA-ORCL 1913750 | ORC 208 2/8/2007 |
| 11 | NDCA-ORCL 088792-088808 | NDCA-ORCL 1533506-NDCA-ORCL 1533522 | ORC 178 1/25/2007 |
| 12 | NDCA-ORCL 093420-093436 | NDCA-ORCL 1911875 - NDCA-ORCL 1911891 | ORC 208 2/8/2007 |
| 13 | NDCA-ORCL 093580-093596 | NDCA-ORCL 1911892 - NDCA-ORCL 1911908 | ORC 208 2/8/2007 |
| 14 | NDCA-ORCL 088083-088099 | NDCA-ORCL 1532826-NDCA-ORCL 1532842 | ORC 178 1/25/2007 |
| 15 | NDCA-ORCL 088232-088248 | NDCA-ORCL 1532874-NDCA-ORCL 1532890 | ORC 178 1/25/2007 |
| 16 | NDCA-ORCL 088363-088379 | NDCA-ORCL 1532944-NDCA-ORCL 1532960 | ORC 178 1/25/2007 |
| 17 | NDCA-ORCL 088502-088518 | NDCA-ORCL 1911931 - NDCA-ORCL 1911947 | ORC 208 2/8/2007 |
| 18 | NDCA-ORCL 079324-079340 | NDCA-ORCL 1533006-NDCA-ORCL 1533022 | ORC 178 1/25/2007 |
| 19 | NDCA-ORCL 079517-079533 | NDCA-ORCL 1533060-NDCA-ORCL 1533076 | ORC 178 1/25/2007 |
| 20 | NDCA-ORCL 119054-119068 | NDCA-ORCL 1911948 - NDCA-ORCL 1911962 | ORC 208 2/8/2007 |
| 21 | NDCA-ORCL 108146-108162 | NDCA-ORCL 1533262-NDCA-ORCL 1533278 | ORC 178 1/25/2007 |
| 22 | NDCA-ORCL 108232-108249 | NDCA-ORCL 1533302-NDCA-ORCL 1533319 | ORC 178 1/25/2007 |
| 23 | NDCA-ORCL 108324-108341 | NDCA-ORCL 1533343-NDCA-ORCL 1533360 | ORC 178 1/25/2007 |
| 24 | NDCA-ORCL 108421-108438 | NDCA-ORCL 1533384-NDCA-ORCL 1533401 | ORC 178 1/25/2007 |

| 25 | NDCA-ORCL 108514-108531 | NDCA-ORCL 1533425-NDCA-ORCL 1533442 | ORC 178 1/25/2007 |
|---|---|---|---|
| | B. MONTHLY / QUARTERLY FINANCIAL REFERENCE BOOKS (Red/Grey Books) | | |
| 1 | NDCA-ORCL 036074-214 | NDCA-ORCL 1914003 - NDCA-ORCL 1914138 | ORC 208 2/8/2007 |
| 2 | NDCA-ORCL 000561-659 | NDCA-ORCL 1912030 - NDCA-ORCL 1912128 | ORC 208 2/8/2007 |
| 3 | NDCA-ORCL 000660-755 | NDCA-ORCL 1912129 - NDCA-ORCL 1912224 | ORC 208 2/8/2007 |
| 4 | NDCA-ORCL 000864-976 | NDCA-ORCL 1912225 - NDCA-ORCL 1912337 | ORC 208 2/8/2007 |
| 5 | NDCA-ORCL 000977-1091 | NDCA-ORCL 1912338 - NDCA-ORCL 1912452 | ORC 208 2/8/2007 |
| 6 | NDCA-ORCL 001092-216 | NDCA-ORCL 1912453 - NDCA-ORCL 1912577 | ORC 208 2/8/2007 |
| 7 | NDCA-ORCL 001217-382 | NDCA-ORCL 1912578 - NDCA-ORCL 1912703 | ORC 208 2/8/2007 |
| 8 | NDCA-ORCL 001383-508 | NDCA-ORCL 1912704 - NDCA-ORCL 1912829 | ORC 208 2/8/2007 |
| 9 | NDCA-ORCL 001646-772 | NDCA-ORCL 1912830 - NDCA-ORCL 1912955 | ORC 208 2/8/2007 |
| 10 | NDCA-ORCL 001773-1898 | NDCA-ORCL 1912956 - NDCA-ORCL 1913081 | ORC 208 2/8/2007 |
| 11 | NDCA-ORCL 001899-2031 | NDCA-ORCL 1913082 - NDCA-ORCL 1913214 | ORC 208 2/8/2007 |
| 12 | NDCA-ORCL 002032-181 | NDCA-ORCL 1913215 - NDCA-ORCL 1913364 | ORC 208 2/8/2007 |
| 13 | NDCA-ORCL 002182-340 | NDCA-ORCL 1913365 - NDCA-ORCL 1913523 | ORC 208 2/8/2007 |
| 14 | NDCA-ORCL 002341-500 | NDCA-ORCL 1913524 - NDCA-ORCL 1913684 | ORC 208 2/8/2007 |
| 15 | NDCA-ORCL 010059-171 | NDCA-ORCL 000864-000976 | |
| 16 | NDCA-ORCL 010172-286 | NDCA-ORCL 302942-303056 | |
| | C. BOARD PACKAGES (White Books) | | |
| 1 | NDCA-ORCL 035974-036040 | NDCA-ORCL 973025-973103 | |
| 2 | NDCA-ORCL 002501-002575 | NDCA-ORCL 409253-409327 | |
| | D. PIPELINE REPORTING PACKAGES | | |
| 1 | NDCA-ORCL 007110-007121 | NDCA-ORCL 1532470-NDCA-ORCL 1532481 | ORC 178 1/25/2007 |
| 2 | NDCA-ORCL 007188-007199 | NDCA-ORCL 1532514-NDCA-ORCL 1532525 | ORC 178 1/25/2007 |
| 3 | NDCA-ORCL 007281-007292 | NDCA-ORCL 1532548-NDCA-ORCL 1532559 | ORC 178 1/25/2007 |
| 4 | NDCA-ORCL 007431-007442 | NDCA-ORCL 1532610-NDCA-ORCL 1532621 | ORC 178 1/25/2007 |
| 5 | NDCA-ORCL 007638-007656 | NDCA-ORCL 1532656-NDCA-ORCL 1532664 | ORC 178 1/25/2007 |
| 6 | NDCA-ORCL 007727-007741 | NDCA-ORCL 1532677-NDCA-ORCL 1532691 | ORC 178 1/25/2007 |
| 7 | NDCA-ORCL 007800-007812 | NDCA-ORCL 1532718-NDCA-ORCL 1532734 | ORC 178 1/25/2007 |

| | | | |
|---|---|---|---|
| 8 | NDCA-ORCL 007929-007937 | NDCA-ORCL 1532769-NDCA-ORCL 1532777 | ORC 178 1/25/2007 |
| 9 | NDCA-ORCL 008031-008039 | NDCA-ORCL 1532795-NDCA-ORCL 1532803 | ORC 178 1/25/2007 |
| 10 | NDCA-ORCL 093011-093020 | NDCA-ORCL 1533546-NDCA-ORCL 1533555 | ORC 178 1/25/2007 |
| 11 | NDCA-ORCL 088940-088949 | NDCA-ORCL 1533620-NDCA-ORCL 1533629 | ORC 178 1/25/2007 |
| 12 | NDCA-ORCL 078832-078842 | NDCA-ORCL 1533738-NDCA-ORCL 1533748 | ORC 178 1/25/2007 |
| 13 | NDCA-ORCL 107784-107793 | NDCA-ORCL 1533100-NDCA-ORCL 1533109 | ORC 178 1/25/2007 |
| **E. MONTHLY FLASH REPORTS** | | | |
| 1 | NDCA-ORCL 027254-027269 | NDCA-ORCL 1911963-NDCA-ORCL 1911978 | ORC 208 2/8/2007 |
| 2 | NDCA-ORCL 027237-027253 | NDCA-ORCL 1911979-NDCA-ORCL 1911995 | ORC 208 2/8/2007 |
| 3 | NDCA-ORCL 036041-036056 | | |
| 4 | NDCA-ORCL 027217-027234 | NDCA-ORCL 1911996-NDCA-ORCL 1912013 | ORC 208 2/8/2007 |
| 5 | NDCA-ORCL 027197-027212 | NDCA-ORCL 1912014-NDCA-ORCL 1912029 | ORC 208 2/8/2007 |
| 6 | NDCA-ORCL 036057-036071 | | |
| 7 | NDCA-ORCL 007156-007171 | NDCA-ORCL 1532482-NDCA-ORCL 1532497 | ORC 178 1/25/2007 |
| 8 | NDCA-ORCL 007172-007187 | NDCA-ORCL 1532498-NDCA-ORCL 1532513 | ORC 178 1/25/2007 |
| 9 | NDCA-ORCL 007390-007399 | NDCA-ORCL 1532584-NDCA-ORCL 1532593 | ORC 178 1/25/2007 |
| 10 | NDCA-ORCL 037342-037359 | | |
| 11 | NDCA-ORCL 037360-037377 | | |
| 12 | NDCA-ORCL 019803-019838 | | |
| 13 | NDCA-ORCL 088715-088732 | NDCA-ORCL 1533488-NDCA-ORCL 1533505 | ORC 178 1/25/2007 |
| 14 | NDCA-ORCL 115095-115114 | | |
| **F. EXECUTIVE COMMITTEE WORLDWIDE FORECAST REPORTS** | | | |
| 1 | NDCA-ORCL 037402-037426 | | |
| 2 | NDCA-ORCL 037427-037439 | | |
| 3 | NDCA-ORCL 037449-037475 | | |
| 4 | NDCA-ORCL 037440-037448 | | |
| 5 | NDCA-ORCL 037476-037501 | | |
| 6 | NDCA-ORCL 037502-037528 | | |
| 7 | NDCA-ORCL 037529-037537 | | |
| 8 | NDCA-ORCL 037538-037563 | | |
| 9 | NDCA-ORCL 037564-037589 | | |
| 10 | NDCA-ORCL 037599-037624 | | |
| 11 | NDCA-ORCL 037625-037650 | | |
| 12 | NDCA-ORCL 037651-037676 | | |
| 13 | NDCA-ORCL 037703-037711 | | |
| 14 | NDCA-ORCL 037677-037702 | | |
| 15 | NDCA-ORCL 037712-037737 | NDCA-ORCL 1038473-1038498 | |
| 16 | NDCA-ORCL 037738-037763 | NDCA-ORCL 1038447-1038472 | |

| | | | |
|---|---|---|---|
| 17 | NDCA-ORCL 037764-037771 | | |
| 18 | NDCA-ORCL 305981-306002 | NDCA-ORCL 1532228-NDCA-ORCL 1532249 | ORC 178 1/25/2007 |
| 19 | NDCA-ORCL 006568-006592 | NDCA-ORCL 1532203-NDCA-ORCL 1532227 | ORC 178 1/25/2007 |
| 20 | NDCA-ORCL 006615-006623 | NDCA-ORCL 1532250-NDCA-ORCL 1532258 | ORC 178 1/25/2007 |
| 21 | NDCA-ORCL 306004-306028 | NDCA-ORCL 1532284-NDCA-ORCL 1532308 | ORC 178 1/25/2007 |
| 22 | NDCA-ORCL 006654-78 | NDCA-ORCL 1532259-NDCA-ORCL 1532283 | ORC 178 1/25/2007 |
| 23 | NDCA-ORCL 006704-12 | NDCA-ORCL 1532309-NDCA-ORCL 1532317 | ORC 178 1/25/2007 |
| 24 | NDCA-ORCL 306515-39 | NDCA-ORCL 1532340-NDCA-ORCL 1532364 | ORC 178 1/25/2007 |
| 25 | NDCA-ORCL 006748-69 | NDCA-ORCL 1532318-NDCA-ORCL 1532339 | ORC 178 1/25/2007 |
| 26 | NDCA-ORCL 306541-65 | NDCA-ORCL 1532365-NDCA-ORCL 1532389 | ORC 178 1/25/2007 |
| 27 | NDCA-ORCL 006902-10 | NDCA-ORCL 1532390-NDCA-ORCL 1532398 | ORC 178 1/25/2007 |
| 28 | NDCA-ORCL 306030-54 | NDCA-ORCL 1532423-NDCA-ORCL 1532447 | ORC 178 1/25/2007 |
| 29 | NDCA-ORCL 013828-51 | NDCA-ORCL 1532399-NDCA-ORCL 1532422 | ORC 178 1/25/2007 |
| 30 | NDCA-ORCL 306056-77 | NDCA-ORCL 1532448-NDCA-ORCL 1532469 | ORC 178 1/25/2007 |
| 31 | NDCA-ORCL 306079-100 | NDCA-ORCL 1532526-NDCA-ORCL 1532547 | ORC 178 1/25/2007 |
| 32 | NDCA-ORCL 306102-25 | NDCA-ORCL 1532560-NDCA-ORCL 1532583 | ORC 178 1/25/2007 |
| 33 | NDCA-ORCL 012573-94 | NDCA-ORCL 1911339 - NDCA-ORCL 1911360 | ORC 208 2/8/2007 |
| 34 | NDCA-ORCL 012550-72 | | |
| 35 | NDCA-ORCL 007475-86 | NDCA-ORCL 1532622-NDCA-ORCL 1532633 | ORC 178 1/25/2007 |
| 36 | NDCA-ORCL 306150-70 | NDCA-ORCL 1911361 - NDCA-ORCL 1911381 | ORC 208 2/8/2007 |
| 37 | NDCA-ORCL 012636-59 | NDCA-ORCL 1911382 - NDCA-ORCL 1911403 | ORC 208 2/8/2007 |
| 38 | NDCA-ORCL 012660-82 | | |
| 39 | NDCA-ORCL 007698-709 | NDCA-ORCL 1532665-NDCA-ORCL 1532676 | ORC 178 1/25/2007 |
| 40 | NDCA-ORCL 012683-705 | | |
| 41 | NDCA-ORCL 012706-27 | NDCA-ORCL 1911404 - NDCA-ORCL 1911425 | ORC 208 2/8/2007 |
| 42 | NDCA-ORCL 007774-82 | NDCA-ORCL 1532692-NDCA-ORCL 1532700 | ORC 178 1/25/2007 |
| 43 | NDCA-ORCL 012728-36 | | |
| 44 | NDCA-ORCL 012737-58 | NDCA-ORCL 1911426 - NDCA-ORCL 1911447 | ORC 208 2/8/2007 |
| 45 | NDCA-ORCL 012759-67 | | |

| | | | |
|---|---|---|---|
| 46 | NDCA-ORCL 012768-89 | NDCA-ORCL 1911448 NDCA-ORCL 1911469 | ORC 208 2/8/2007 |
| 47 | NDCA-ORCL 012790-811 | NDCA-ORCL 1911470 - NDCA-ORCL 1911491 | ORC 208 2/8/2007 |
| 48 | NDCA-ORCL 012812-20 | | |
| 49 | NDCA-ORCL 306287-306 | NDCA-ORCL 1532804-NDCA-ORCL 1532825 | ORC 178 1/25/2007 |
| 50 | NDCA-ORCL 092979-3000 | NDCA-ORCL 1911853 - NDCA-ORCL 1911874 | ORC 208 2/8/2007 |
| 51 | NDCA-ORCL 092957-78 | NDCA-ORCL 1533523-NDCA-ORCL 1533545 | ORC 178 1/25/2007 |
| 52 | NDCA-ORCL 088783-91 | NDCA-ORCL 1533556-NDCA-ORCL 1533564 | ORC 178 1/25/2007 |
| 53 | NDCA-ORCL 008345-66 | NDCA-ORCL 1913712 - NDCA-ORCL 1913733 | ORC 208 2/8/2007 |
| 54 | NDCA-ORCL 008367-89 | NDCA-ORCL 1533565-NDCA-ORCL 1533587 | ORC 178 1/25/2007 |
| 55 | NDCA-ORCL 088832-40 | NDCA-ORCL 1533588-NDCA-ORCL 1533596 | ORC 178 1/25/2007 |
| 56 | NDCA-ORCL 008558-79 | NDCA-ORCL 1913751 - NDCA-ORCL 1913772 | ORC 208 2/8/2007 |
| 57 | NDCA-ORCL 088917-39 | NDCA-ORCL 1533597-NDCA-ORCL 1533619 | ORC 178 1/25/2007 |
| 58 | NDCA-ORCL 008602-10 | NDCA-ORCL 1533630-NDCA-ORCL 1533638 | ORC 178 1/25/2007 |
| 59 | NDCA-ORCL 008580-601 | NDCA-ORCL 1913773 - NDCA-ORCL 1913794 | ORC 208 2/8/2007 |
| 60 | NDCA-ORCL 008777-98 | NDCA-ORCL 1913795 - NDCA-ORCL 1913816 | ORC 208 2/8/2007 |
| 61 | NDCA-ORCL 008733-54 | NDCA-ORCL 1533639-NDCA-ORCL 1533661 | ORC 178 1/25/2007 |
| 62 | NDCA-ORCL 008799-807 | NDCA-ORCL 1533684-NDCA-ORCL 1533692 | ORC 178 1/25/2007 |
| 63 | NDCA-ORCL 008755-76 | NDCA-ORCL 1533662-NDCA-ORCL 1533683 | ORC 178 1/25/2007 |
| 64 | NDCA-ORCL 093641-62 | NDCA-ORCL 1911492 - NDCA-ORCL 1911513 | ORC 208 2/8/2007 |
| 65 | NDCA-ORCL 089137-59 | NDCA-ORCL 1533693-NDCA-ORCL 1533715 | ORC 178 1/25/2007 |
| 66 | NDCA-ORCL 078843-51 | NDCA-ORCL 1533749-NDCA-ORCL 1533757 | ORC 178 1/25/2007 |
| 67 | NDCA-ORCL 093619-40 | NDCA-ORCL 1533716-NDCA-ORCL 1533737 | ORC 178 1/25/2007 |
| 68 | NDCA-ORCL 088161-82 | NDCA-ORCL 1911909 - NDCA-ORCL 1911930 | ORC 208 2/8/2007 |
| 69 | NDCA-ORCL 089280-302 | NDCA-ORCL 1533780-NDCA-ORCL 1533802 | ORC 178 1/25/2007 |
| 70 | NDCA-ORCL 078976-84 | NDCA-ORCL 1532865-NDCA-ORCL 1532873; NDCA-ORCL 1533803-NDCA-ORCL 1533811 | ORC 178 1/25/2007 |
| 71 | NDCA-ORCL 078932-53 | NDCA-ORCL 1532843-NDCA-ORCL 1532864; NDCA-ORCL 1533758-NDCA-ORCL 1533779 | ORC 178 1/25/2007 |

| | | | |
|---|---|---|---|
| 72 | NDCA-ORCL 088307-28 | NDCA-ORCL 1532922-NDCA-ORCL 1532943 | ORC 178 1/25/2007 |
| 73 | NDCA-ORCL 088262-84 | NDCA-ORCL 1533812-NDCA-ORCL 1533834 | ORC 178 1/25/2007 |
| 74 | NDCA-ORCL 099015-23 | NDCA-ORCL 1532913-NDCA-ORCL 1532921 | ORC 178 1/25/2007 |
| 75 | NDCA-ORCL 079086-107 | NDCA-ORCL 1532891-NDCA-ORCL 1532912 | ORC 178 1/25/2007 |
| 76 | NDCA-ORCL 088440-61 | NDCA-ORCL 1533889-NDCA-ORCL 1533910 | ORC 178 1/25/2007 |
| 77 | NDCA-ORCL 088408-30 | NDCA-ORCL 1532961-NDCA-ORCL 1532983 | ORC 178 1/25/2007 |
| 78 | NDCA-ORCL 088431-9 | NDCA-ORCL 1533880-NDCA-ORCL 1533888 | ORC 178 1/25/2007 |
| 79 | NDCA-ORCL 079262-83 | NDCA-ORCL 1532984-NDCA-ORCL 1533005 | ORC 178 1/25/2007 |
| 80 | NDCA-ORCL 088545-66 | NDCA-ORCL 1533023-NDCA-ORCL 1533044 | ORC 178 1/25/2007 |
| 81 | NDCA-ORCL 088567-89 | NDCA-ORCL 1533835-NDCA-ORCL 1533857 | ORC 178 1/25/2007 |
| 82 | NDCA-ORCL 088536-44 | NDCA-ORCL 1533045-NDCA-ORCL 1533053 | ORC 178 1/25/2007 |
| 83 | NDCA-ORCL 088590-611 | NDCA-ORCL 1533858-NDCA-ORCL 1533879 | ORC 178 1/25/2007 |
| 84 | NDCA-ORCL 107761-83 | NDCA-ORCL 1533077-NDCA-ORCL 1533099 | ORC 178 1/25/2007 |
| 85 | NDCA-ORCL 107794-815 | NDCA-ORCL 1533110-NDCA-ORCL 1533131 | ORC 178 1/25/2007 |
| 86 | NDCA-ORCL 107816-24 | NDCA-ORCL 1533132-NDCA-ORCL 1533140 | ORC 178 1/25/2007 |
| 87 | NDCA-ORCL 107843-65 | NDCA-ORCL 1533141-NDCA-ORCL 1533163 | ORC 178 1/25/2007 |
| 88 | NDCA-ORCL 107866-87 | NDCA-ORCL 1533164-NDCA-ORCL 1533185 | ORC 178 1/25/2007 |
| 89 | NDCA-ORCL 107888-909 | NDCA-ORCL 1533186-NDCA-ORCL 1533207 | ORC 178 1/25/2007 |
| 90 | NDCA-ORCL 107910-8 | NDCA-ORCL 1533208-NDCA-ORCL 1533216 | ORC 178 1/25/2007 |
| 91 | NDCA-ORCL 107980-8002 | NDCA-ORCL 1533217-NDCA-ORCL 1533239 | ORC 178 1/25/2007 |
| 92 | NDCA-ORCL 111662-83 | NDCA-ORCL 1911639 - NDCA-ORCL 1911660 | ORC 208 2/8/2007 |
| 93 | NDCA-ORCL 111653-61 | | |
| 94 | NDCA-ORCL 108067-88 | NDCA-ORCL 1533240-NDCA-ORCL 1533261 | ORC 178 1/25/2007 |
| 95 | NDCA-ORCL 111684-705 | | |
| 96 | NDCA-ORCL 108169-91 | NDCA-ORCL 1533279-NDCA-ORCL 1533301 | ORC 178 1/25/2007 |
| 97 | NDCA-ORCL 111538-59 | NDCA-ORCL 1911524 - NDCA-ORCL 1911545 | ORC 208 2/8/2007 |
| 98 | NDCA-ORCL 111528-37 | NDCA-ORCL 1911514 - NDCA-ORCL 1911523 | ORC 208 2/8/2007 |

| | | | |
|---|---|---|---|
| 99 | NDCA-ORCL 108301-108323 | NDCA-ORCL 1533320-NDCA-ORCL 1533342 | ORC 178 1/25/2007 |
| 100 | NDCA-ORCL 111569-111590 | NDCA-ORCL 1911555 - NDCA-ORCL 1911576 | ORC 208 2/8/2007 |
| 101 | NDCA-ORCL 111560-111568 | NDCA-ORCL 1911546 - NDCA-ORCL 1911554 | ORC 208 2/8/2007 |
| 102 | NDCA-ORCL 108356-108378 | NDCA-ORCL 1533361-NDCA-ORCL 1533383 | ORC 178 1/25/2007 |
| 103 | NDCA-ORCL 111600-111621 | NDCA-ORCL 1911586 - NDCA-ORCL 1911607 | ORC 208 2/8/2007 |
| 104 | NDCA-ORCL 111591-111599 | NDCA-ORCL 1911577 - NDCA-ORCL 1911585 | ORC 208 2/8/2007 |
| 105 | NDCA-ORCL 108491-108513 | NDCA-ORCL 1533402-NDCA-ORCL 1533424 | ORC 178 1/25/2007 |
| 106 | NDCA-ORCL 111631-111652 | NDCA-ORCL 1911617 - NDCA-ORCL 1911638 | ORC 208 2/8/2007 |
| 107 | NDCA-ORCL 111622-111630 | NDCA-ORCL 1911608 - NDCA-ORCL 1911616 | ORC 208 2/8/2007 |
| 108 | NDCA-ORCL 108548-108670 | NDCA-ORCL 1533443-NDCA-ORCL 1533465 | ORC 178 1/25/2007 |
| 109 | NDCA-ORCL 108571-108592 | NDCA-ORCL 1533466-NDCA-ORCL 1533487 | ORC 178 1/25/2007 |
| 110 | NDCA-ORCL 108550-108570 | NDCA-ORCL 1533443-NDCA-ORCL 1533465 | ORC 178 1/25/2007 |
| G. PRODUCT REVENUE REPORTING PACKAGES | | | |
| 1 | NDCA-ORCL 015827 - 016005 | NDCA-ORCL 1911661 - NDCA-ORCL 1911839 | ORC 208 2/8/2007 |
| 2 | NDCA-ORCL 016555 - 016661 | NDCA-ORCL 1913896 - NDCA-ORCL 1914002 | ORC 208 2/8/2007 |
| 3 | NDCA-ORCL 011101 - 011179 | NDCA-ORCL 1913817 - NDCA-ORCL 1913895 | ORC 208 2/8/2007 |
| H. MISCELLANEOUS REPORTS | | | |
| 1 | NDCA-ORCL 079486-079491 | NDCA-ORCL 1533054-NDCA-ORCL 1533059 | ORC 178 1/25/2007 |
| 2 | NDCA-ORCL 085336-085372 | | |
| 3 | NDCA-ORCL 085376-085402 | | |
| 4 | NDCA-ORCL 085404-085440 | | |
| 5 | NDCA-ORCL 085444 | | |