1
2
3
4
5
6
7              UNITED STATES DISTRICT COURT
8     NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION
9

| In re ORACLE CORPORATION SECURITIES LITIGATION | Master File No. C-01-0988-MJJ (JCS) (Consolidated) |
|---|---|
| | CLASS ACTION |
| This Document Relates To: | **DISCOVERY MATTER** |
| ALL ACTIONS. | [~~PROPOSED~~] SEALING ORDER |
| | **Honorable Martin J. Jenkins** |

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LATHAM&WATKINS<sup>LLP</sup>
ATTORNEYS AT LAW
SAN FRANCISCO

Having considered the papers regarding Defendants' Administrative Request to file under seal Defendants' Motion to Reverse Special Master's Order re: *Softwar* Materials, and finding good cause therefore; Defendants' Motion to Reverse Special Master's Order re: *Softwar* Materials is **HEREBY sealed**.

IT IS SO ORDERED.

Dated: 02/12/07

HONORABLE MARTIN J. JENKINS

*[Seal: United States District Court, Northern District of California — Judge Martin J. Jenkins]*

Submitted By:

DATED: January 22, 2007

| LATHAM & WATKINS LLP | LATHAM & WATKINS LLP |
|---|---|
| Peter A. Wald (SBN 85705) | Patrick E. Gibbs (SBN 183174) |
| Michele F. Kyrouz (SBN 168004) | 135 Commonwealth Drive |
| 505 Montgomery Street, Suite 2000 | Menlo Park, CA 94025 |
| San Francisco, CA 94111-2562 | Telephone: (650) 328-4600 |
| Telephone: (415) 391-0600 | Facsimile: (650) 463-2600 |
| Facsimile: (415) 395-8095 | E-mail: patrick.gibbs@lw.com |
| E-mail: peter.wald@lw.com | |
| michele.kyrouz@lw.com | |

**/s/ Sean P.J. Coyle**

Sean P.J. Coyle

SF\594589.1