1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION | Master File No. C-01-0988-MJJ (JCS) (Consolidated) |
| | CLASS ACTION |
| This Document Relates To: | **DISCOVERY MATTER** |
| ALL ACTIONS. | [PROPOSED] ORDER DENYING PLAINTIFFS' OBJECTION TO THE SPECIAL MASTER'S ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFFS' MOTION TO COMPEL DOCUMENTS CONTAINED IN DEFENDANTS' PRIVILEGE AND REDACTION LOGS |
| | **Honorable Joseph C. Spero** |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[PROPOSED] ORDER DENYING PLAINTIFFS' OBJECTION TO
SPECIAL MASTER'S ORDER RE PRIV. AND REDAC. LOGS
Master File No. C-01-0988-MJJ (JCS)

1    Having considered the papers regarding Plaintiffs' Objection to the Special

2  Master's Order Granting in Part and Denying in Part Plaintiffs' Motion to Compel Documents

3  Contained in Defendants' Privilege and Redaction Logs ("Plaintiffs' Objection") and any

4  argument thereon, the Court hereby ORDERS that Plaintiffs' Objection is DENIED.

5

6            IT IS SO ORDERED.

7

8  DATED:  _____        _____
                                        THE HONORABLE JOSEPH C. SPERO
9                                       UNITED STATES MAGISTRATE JUDGE

10  Submitted by:

    DATED:  February 13, 2007
11

12  LATHAM & WATKINS LLP                 LATHAM & WATKINS LLP
      Peter A. Wald (SBN 85705)            Patrick E. Gibbs  (SBN 183174)
13    Michele F. Kyrouz (SBN 168004)     140 Scott Drive
    505 Montgomery Street, Suite 2000    Menlo Park, California 94025
14  San Francisco, CA  94111-2562        Telephone: (650) 328-4600
    Telephone: (415) 391-0600            Facsimile: (650) 463-2600
15  Facsimile: (415) 395-8095            E-mail: patrick.gibbs@lw.com
    E-mail: peter.wald@lw.com
16          michele.kyrouz@lw.com

17  LATHAM & WATKINS LLP
      Jamie L. Wine  (SBN 181373)
18  633 West Fifth Street, Suite 4000
    Los Angeles, CA 90071-2007
19  Telephone: (213) 485-1234
    Facsimile: (213) 891-8763
20  E-mail: jamie.wine@lw.com

21

22            **/s/ Sean P.J. Coyle**
23  _____
              Sean P.J. Coyle
24

25

26

27

28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

[PROPOSED] ORDER DENYING PLAINTIFFS' OBJECTION TO
SPECIAL MASTER'S ORDER RE PRIV. AND REDAC. LOGS
Master File No. C-01-0988-MJJ (JCS)