1  LATHAM & WATKINS LLP                    LATHAM & WATKINS LLP
     Peter A. Wald (SBN 85705)                Patrick E. Gibbs (SBN 183174)
2    Michele F. Kyrouz (SBN 168004)        140 Scott Drive
     Sean P.J. Coyle (SBN 233039)          Menlo Park, CA 94025
3  505 Montgomery Street, Suite 2000       Telephone: (650) 328-4600
   San Francisco, CA 94111-2562            Facsimile: (650) 463-2600
4  Telephone: (415) 391-0600                E-mail: patrick.gibbs@lw.com
   Facsimile: (415) 395-8095
5  E-mail: peter.wald@lw.com
           michele.kyrouz@lw.com
6          sean.coyle@lw.com

7  LATHAM & WATKINS LLP
     Jamie L. Wine (SBN 181373)
8  885 Third Avenue, Suite 1000
   New York, NY 10022-4834
9  Phone: (212) 906-1200
   Fax: (212) 751-4864
10 E-mail: jamie.wine@lw.com

11
   Attorneys for Defendants ORACLE CORPORATION, LAWRENCE
12 J. ELLISON, JEFFREY O. HENLEY, and EDWARD J. SANDERSON

13 ORACLE CORPORATION
     Dorian E. Daley (SBN 129049)
14   James C. Maroulis (SBN 208316)
   500 Oracle Parkway
15 Mailstop 5OP7
   Redwood Shores, California 94065
16 Telephone: (650) 506-5200
   Facsimile: (650) 506-7114
17 E-mail: jim.maroulis@oracle.com

18 Attorneys for Defendant ORACLE CORPORATION

19                       **UNITED STATES DISTRICT COURT**

20             **NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION**

| 21 | In re ORACLE CORPORATION SECURITIES LITIGATION | Master File No. C-01-0988-MJJ (JCS) (Consolidated) |
|---|---|---|
| 22 | | CLASS ACTION |
| 23 | | **DISCOVERY MATTER** |
| 24 | This Document Relates To: | **DEFENDANTS' ADMINISTRATIVE REQUEST TO FILE UNDER SEAL DECLARATION OF SEAN P.J. COYLE IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' OBJECTION TO THE SPECIAL MASTER'S ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFFS' MOTION TO COMPEL** |
| 25 | ALL ACTIONS. | |
| 26 | | |
| 27 | | |
| 28 | | |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

ADMIN REQUEST TO FILE UNDER SEAL COYLE DECL. ISO
DEFS' OPP. TO PLFS' OBJ. TO SPECIAL MASTER'S ORDER
Master File No. C-01-0988-MJJ (JCS)

|   |   |
|---|---|
| 1 | **DOCUMENTS CONTAINED IN DEFENDANTS' PRIVILEGE AND REDACTION LOGS** |
| 2 | |
| 3 | **Honorable Joseph C. Spero** |

4   Defendants submit this administrative request to file under seal the Declaration of

5  Sean P.J. Coyle in Support of Defendants' Opposition to Plaintiffs' Objection to the Special

6  Master's Order Granting in Part and Denying in Part Plaintiffs' Motion to Compel Documents

7  Contained in Defendants' Privilege and Redaction Logs pursuant to Civil Local Rules 7-11 and

8  79-5.  Accompanying this administrative request are the Declaration of Sean P.J. Coyle in

9  Support of Defendants' Administrative Request to File Under Seal the Declaration of Sean P.J.

10  Coyle in Support of Defendants' Opposition to Plaintiffs' Objection to the Special Master's

11  Order Granting in Part and Denying in Part Plaintiffs' Motion to Compel Documents Contained

12  in Defendants' Privilege and Redaction Logs and the [Proposed] Sealing Order, respectively

13  filed and lodged concurrently herewith.

14   The Declaration of Sean P.J. Coyle in Support of Defendants' Opposition to

15  Plaintiffs' Objection to the Special Master's Order Granting in Part and Denying in Part

16  Plaintiffs' Motion to Compel Documents Contained in Defendants' Privilege and Redaction

17  Logs and supporting documents refer to information that has been designated as "Confidential"

18  by both parties.  Information designated as "Confidential" is subject to the provisions of the

19  Revised Stipulated Protective Order Governing Confidentiality entered on January 11, 2005.

20  Accordingly, Defendants respectfully request that the Declaration of Sean P.J. Coyle in Support

21  of Defendants' Opposition to Plaintiffs' Objection to the Special Master's Order Granting in Part

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

ADMIN REQUEST TO FILE UNDER SEAL COYLE DECL. ISO DEFS' OPP. TO PLFS' OBJ. TO SPECIAL MASTER'S ORDER
Master File No. C-01-0988-MJJ (JCS)

1  and Denying in Part Plaintiffs' Motion to Compel Documents Contained in Defendants'
2  Privilege and Redaction Logs be filed under seal of the Court.
3
4  Dated: February 13, 2007                          LATHAM & WATKINS LLP
                                                        Peter A. Wald
5                                                       Michele F. Kyrouz
                                                        Jamie L. Wine
6                                                       Patrick E. Gibbs
                                                        Sean P.J. Coyle
7
8
                                                              /s/ Sean P.J. Coyle
9                                                   By:_____
10                                                      Sean P.J. Coyle
                                                        Attorneys for Defendants ORACLE
11                                                      CORPORATION, LAWRENCE J.
                                                        ELLISON, JEFFREY O. HENLEY,
12                                                      and EDWARD J. SANDERSON
13  SF\597802.1

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2   ADMIN REQUEST TO FILE UNDER SEAL COYLE DECL. ISO
DEFS' OPP. TO PLFS' OBJ. TO SPECIAL MASTER'S ORDER
Master File No. C-01-0988-MJJ (JCS)