1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION**

| In re ORACLE CORPORATION SECURITIES LITIGATION | Master File No. C-01-0988-MJJ (JCS) (Consolidated) |
|---|---|
|  | <u>CLASS ACTION</u> |
|  | **<u>DISCOVERY MATTER</u>** |
| This Document Relates To: | [PROPOSED] SEALING ORDER |
| ALL ACTIONS. | **Honorable Joseph C. Spero** |

1  Having considered the papers regarding Defendants' Administrative Request to file under seal the Declaration of Sean P.J. Coyle in Support of Defendants' Opposition to Plaintiffs' Objection to the Special Master's Order Granting in Part and Denying in Part Plaintiffs' Motion to Compel Documents Contained in Defendants' Privilege and Redaction Logs, the Declaration of Sean P.J. Coyle in Support of Defendants' Opposition to Plaintiffs' Objection to the Special Master's Order Granting in Part and Denying in Part Plaintiffs' Motion to Compel Documents Contained in Defendants' Privilege and Redaction Logs is **HEREBY sealed**.

IT IS SO ORDERED.

Dated: _____

THE HONORABLE JOSEPH C. SPERO

Submitted By:

DATED: February 13, 2007

LATHAM & WATKINS LLP
  Peter A. Wald (SBN 85705)
  Michele F. Kyrouz (SBN 168004)
  Sean P.J. Coyle (SBN 233039)
505 Montgomery Street, Suite 2000
San Francisco, CA  94111-2562
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
E-mail: peter.wald@lw.com
        michele.kyrouz@lw.com

LATHAM & WATKINS LLP
  Patrick E. Gibbs  (SBN 183174)
140 Scott Drive
Menlo Park, CA 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600
E-mail: patrick.gibbs@lw.com

**/s/ Sean P.J. Coyle**
_____
    Sean P.J. Coyle

SF\594589.1