IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NURSING HOME PENSION FUND, et al., | No. C 01-00988 MJJ |
| Plaintiff, | **Clerk's Notice Scheduling Case Management Conference** |
| v. | |
| ORACLE CORPORATION, et al., | |
| Defendant. | |

(Plaintiff shall serve a copy of this notice on any party in the above-entitled action not listed on the attached certificate of service)

YOU ARE NOTIFIED THAT the Court has scheduled a *Telephonic Case Management Conference* for **Wednesday, 02/21/07** at **2:00 PM**, before the Honorable Martin J. Jenkins.

Plaintiffs' counsel shall initiate the call by dialing (415) 522 4141 promptly at 2:00 p.m. The defendants are to file a response of no more than five (5) pages to plaintiffs' request for a case management conference by February 20, 2007.

Dated: February 15, 2007

FOR THE COURT,

Richard W. Wieking, Clerk

By: _____
R. B. Espinosa
Courtroom Deputy