IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NURSING HOME PENSION FUND, et al., | No. C 01-00988 MJJ |
| Plaintiff, | **Clerk's Notice Rescheduling Hearing** |
| v. | |
| ORACLE CORPORATION, et al., | |
| Defendant. | |

(Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing on the attached certificate of service)

YOU ARE NOTIFIED THAT the *Telephonic CMC* previously set for 02/21/07 at 2:00 PM has been rescheduled for **Wednesday, 02/28/07** at **2:00 PM**, before the Honorable Martin J. Jenkins. Plaintiff's counsel shall initiate the call by dialing (415) 522 4141 promptly at 2:00 PM.

Dated:   February 20, 2007

FOR THE COURT,

Richard W. Wieking, Clerk

By: _____
R. B. Espinosa
Courtroom Deputy