LATHAM & WATKINS LLP
  Peter A. Wald (SBN 85705)
  Michele F. Kyrouz (SBN 168004)
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-2562
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
E-mail: peter.wald@lw.com
        michele.kyrouz@lw.com

LATHAM & WATKINS LLP
  Patrick E. Gibbs (SBN 183174)
140 Scott Drive
Menlo Park, California 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600
E-mail: patrick.gibbs@lw.com

LATHAM & WATKINS LLP
  Jamie L. Wine (SBN 181373)
885 Third Avenue, Suite 1000
New York, NY 10022-4834
Phone: (212) 906-1200
Fax: (212) 751-4864
E-mail: jamie.wine@lw.com

Attorneys for Defendants ORACLE CORPORATION, LAWRENCE J. ELLISON, JEFFREY O. HENLEY, and EDWARD J. SANDERSON

ORACLE CORPORATION
  Dorian E. Daley (SBN 129049)
  James C. Maroulis (SBN 208316)
500 Oracle Parkway
Mailstop 5OP7
Redwood Shores, California 94065
Telephone: (650) 506-5200
Facsimile: (650) 506-7114
E-mail: jim.maroulis@oracle.com

Attorneys for Defendant ORACLE CORPORATION

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Master File No. C-01-0988-MJJ (Consolidated)<br><br><u>CLASS ACTION</u><br><br>**DEFENDANTS' ADMINISTRATIVE REQUEST FOR LEAVE TO SUPPLEMENT MOTION TO REVERSE SPECIAL MASTER'S ORDER RE *SOFTWAR* MATERIALS**<br><br>**Judge:    Martin J. Jenkins**<br>**Date/Time:  NA** |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DEFS' ADMIN. REQ. FOR LEAVE TO SUPPL.
MOT. TO REV. SM'S ORDER RE *SOFTWAR*
Master File No. C-01-0988-MJJ

1   Defendants Oracle Corporation ("Oracle"), Lawrence J. Ellison, Jeffrey O.
2   Henley and Edward J. Sanderson (collectively, "Defendants") do hereby request from this Court
3   pursuant to Civil Local Rule 7-11 an Order granting Defendants leave to file with the Court a
4   short, supplemental memo (filed contemporaneously herewith) regarding Defendants' Motion to
5   Reverse Special Master's Order re: *Softwar* Materials (the "Motion"), which was filed on
6   January 22, 2007.  Defendants wish to file the three-page supplemental brief in order to ensure
7   that the record on the Motion accurately reflects what Matthew Symonds (the author of
8   *SOFTWAR* who has had possession of the materials called for by the Order) has told Defendants'
9   counsel regarding some of the materials called for by the Order, including information first
10  provided by Mr. Symonds to Defendants' counsel today.  *See generally* Defendants' Motion.
11  This information was not available to Defendants at the time the Motion was filed.  Under a
12  stipulated briefing schedule, Plaintiffs are not due to oppose Defendants' Motion until March 5,
13  2007, and the Motion is scheduled to be heard on April 3, 2007 at 9:30 a.m.

14  Based on the foregoing, Defendants respectfully request from the Court leave to
15  file a short supplemental brief regarding their Motion.

16  Dated:  February 22, 2007                        Respectfully submitted,

17                                                  LATHAM & WATKINS LLP
                                                        Peter A. Wald
18                                                      Michele F. Kyrouz
                                                        Patrick E. Gibbs
19                                                      Jamie L. Wine
20
                                                    By:_____/s/_____
21                                                      Patrick E. Gibbs
                                                        Attorneys for Defendants ORACLE
22                                                      CORPORATION, LAWRENCE J.
                                                        ELLISON, JEFFREY O. HENLEY,
23                                                      and EDWARD J. SANDERSON

24
25
26
27
28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO
                        1                          DEFS' ADMIN. REQ. FOR LEAVE TO SUPPL.
                                                   MOT. TO REV. SM'S ORDER RE *SOFTWAR*
                                                   Master File No. C-01-0988-MJJ