LATHAM & WATKINS LLP
  Peter A. Wald (SBN 85705)
  Michele F. Kyrouz (SBN 168004)
  Sean P.J. Coyle (SBN 233039)
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-2562
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
E-mail: peter.wald@lw.com
        michele.kyrouz@lw.com
        sean.coyle@lw.com

LATHAM & WATKINS LLP
  Patrick E. Gibbs (SBN 183174)
140 Scott Drive
Menlo Park, CA 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600
E-mail: patrick.gibbs@lw.com

LATHAM & WATKINS LLP
  Jamie L. Wine (SBN 181373)
885 Third Avenue, Suite 1000
New York, NY 10022-4834
Phone: (212) 906-1200
Fax: (212) 751-4864
E-mail: jamie.wine@lw.com

Attorneys for Defendants ORACLE CORPORATION, LAWRENCE
J. ELLISON, JEFFREY O. HENLEY, and EDWARD J. SANDERSON

ORACLE CORPORATION
  Dorian E. Daley (SBN 129049)
  James C. Maroulis (SBN 208316)
500 Oracle Parkway
Mailstop 5OP7
Redwood Shores, California 94065
Telephone: (650) 506-5200
Facsimile: (650) 506-7114
E-mail: jim.maroulis@oracle.com

Attorneys for Defendant ORACLE CORPORATION

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Master File No. C-01-0988-MJJ (Consolidated)<br><br><u>CLASS ACTION</u><br><br>**DEFENDANTS' ADMINISTRATIVE REQUEST TO FILE UNDER SEAL DEFENDANTS' SUPPLEMENT TO MOTION TO REVERSE SPECIAL MASTER'S ORDER RE:** *SOFTWAR* **MATERIALS**<br><br>**Honorable Martin J. Jenkins** |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

ADMIN REQ TO FILE UNDER SEAL DEFS' SUPPL TO MOTION
TO REVERSE SPECIAL MASTER'S ORDER RE: *SOFTWAR*
Master File No. C-01-0988-MJJ

1    Defendants submit this administrative request to file under seal Defendants'
2 Supplement to Motion to Reverse Special Master's Order re: *Softwar* Materials.  Accompanying
3 this administrative request are the Declaration of Sean P.J. Coyle in Support of Defendants'
4 Administrative Request to File Under Seal Defendants' Supplement to Motion to Reverse
5 Special Master's Order re: *Softwar* Materials ("Coyle Decl.") and the [Proposed] Sealing Order,
6 respectively filed and lodged concurrently herewith.
7        In their Supplement to Motion to Reverse Special Master's Order re: *Softwar*
8 Materials and supporting documents, Defendants refer to information that has been designated as
9 "Confidential" by both parties.  Information designated as "Confidential" is subject to the
10 provisions of the Revised Stipulated Protective Order Governing Confidentiality entered on
11 January 11, 2005.  Accordingly, Defendants respectfully request that Defendants' Supplement to
12 Motion to Reverse Special Master's Order re: *Softwar* Materials be filed under seal of the Court.

14 Dated:  February 22, 2007                LATHAM & WATKINS LLP
                                              Peter A. Wald
                                              Michele F. Kyrouz
                                              Jamie L. Wine
                                              Patrick E. Gibbs
                                              Sean P.J. Coyle


                                                     /s/ Sean P.J. Coyle
                                          By:_____
                                              Sean P.J. Coyle
                                              Attorneys for Defendants ORACLE
                                              CORPORATION, LAWRENCE J.
                                              ELLISON, JEFFREY O. HENLEY,
                                              and EDWARD J. SANDERSON

SF\594572.1

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

ADMIN REQ TO FILE UNDER SEAL DEFS' SUPPL TO MOTION
TO REVERSE SPECIAL MASTER'S ORDER RE: *SOFTWAR*
Master File No. C-01-0988-MJJ

1