1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION | Master File No. C-01-0988-MJJ (Consolidated) |
| | CLASS ACTION |
| This Document Relates To: ALL ACTIONS. | **[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE REQUEST FOR LEAVE TO SUPPLEMENT MOTION TO REVERSE SPECIAL MASTER'S ORDER RE:** *SOFTWAR* **MATERIALS** |
| | **Honorable Martin J. Jenkins** |

1    The Court, having reviewed Defendants' Administrative Request for Leave to
2    Supplement Motion to Reverse Special Master's Order re: *Softwar* Materials, any opposition
3    thereto, and good cause therefore appearing, hereby **ORDERS** that Defendants' Request to
4    Supplement their Motion is **GRANTED**.

6    IT IS SO ORDERED.

8    DATED: _____     _____
9                                     THE HONORABLE MARTIN J. JENKINS
                                      UNITED STATES DISTRICT JUDGE

11   Submitted by:

12   DATED: February 22, 2007

13   LATHAM & WATKINS LLP
         Peter A. Wald
14       Patrick E. Gibbs
         Michele F. Kyrouz
15       Jamie L. Wine

17           /s/
     By: _____
18       Patrick E. Gibbs
         Attorneys for Defendants ORACLE
19       CORPORATION, LAWRENCE J.
         ELLISON, JEFFREY O. HENLEY,
20       and EDWARD J. SANDERSON