UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE ORACLE SECURITIES LITIGATION | No. C-01-0988 MJJ (JCS) |
| This Document Relates To:<br>ALL ACTIONS. | **ORDER OVERRULING OBJECTION TO SPECIAL MASTER'S ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFFS' MOTION TO COMPEL DOCUMENTS CONTAINED IN DEFENDANTS' PRIVILEGE AND REDACTION LOGS** [Docket No. 649] |

On January 25, 2007, Plaintiffs in this matter filed an Objection to the Special Master's Order [the "Order"] Granting in Part and Denying Part Plaintiffs' Motion to Compel Documents Contained in Defendants' Privilege and Redaction Logs (the "Objection") [Docket No. 649].  An opposition to the Objection was filed, as well as a reply.  The Objection itself was limited to a small portion of the Order, to wit, that portion which denied Plaintiffs' motion to the extent that it sought production in unredacted form of the documents produced in an earlier derivative litigation.  The Court has reviewed de novo all of the material submitted to the Special Master in connection with his Order, and all materials submitted by the parties in support of and in opposition to the Objection.

Good cause appearing, IT IS HEREBY ORDERED that the Objection is OVERRULED.  The Court adopts the reasoning of the Special Master with respect to the issue raised by the Objection.  In addition, the Court notes that both parties represented to the Court that this issue was resolved in connection with various disputes that were brought to the Court's attention in April 2006.

IT IS SO ORDERED.

Dated: March 1, 2007

_____
JOSEPH C. SPERO
United States Magistrate Judge