UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

## *CIVIL MINUTES*

**Judge: MARTIN J. JENKINS**

**Date**: Feb. 28, 2007

**Case No:** C 01-00988 MJJ

**Case Title**: NURSING HOME PENSION FUND, et al. v. ORACLE CORP., et al.

**Appearances:**

    For Plaintiff(s): Mark Solomon, Shawn Williams, Valerie McLaughlin

    For Defendant(s): James Maroulis, Jamie Wine, Michele Kyrouz, Patrick Gibbs, P. Wald

**Deputy Clerk**: Rowena B. Espinosa      **Court Reporter**: not reported

## *PROCEEDINGS*

1. Telephonic Status Conference - held

## *SUMMARY*

- Briefing schedule is discussed; the parties shall file an amended schedule by 03/01/07.