1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION

| In re ORACLE CORPORATION SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Master File No. C-01-0988-MJJ<br>(Consolidated)<br><br><u>CLASS ACTION</u><br><br>**STIPULATION AND [PROPOSED] AMENDED PRETRIAL ORDER SETTING A SCHEDULE FOR EXPERT DISCOVERY, DISPOSITIVE MOTIONS, SETTLEMENT CONFERENCE AND TRIAL**<br><br>**Judge Martin J. Jenkins** |
|---|---|

STIP. AND [PROPOSED] AMEND. ORDER SETTING A SCHED.
FOR EXP. DISC., DISP. MOT'S, SETTLEMENT CONF. AND TRIAL
Case No. C-01-0988-MJJ

1

1    WHEREAS, counsel for Plaintiffs and Defendants appeared telephonically before this

2  Court on February 28, 2007, for a further status conference in this matter;

3    WHEREAS, the Court instructed the parties to submit a revised schedule on March 1,

4  2007, consistent with the Court's instructions at the February 28, 2007 further status conference;

5    WHEREAS, the parties have met and conferred and submit the following agreed upon

6  schedule:

7    THEREFORE, IT IS STIPULATED AND AGREED, by Plaintiffs and Defendants

8  through their respective counsel of record, that the January 18, 2007 Amended Pretrial Order

9  Setting A Schedule For Expert Discovery, Dispositive Motions, Settlement Conference and Trial

10  is amended as follows:

11    (1)  <u>Expert Discovery</u>

12      (a)  DEADLINE FOR EXPERT DISCLOSURES AND OPENING REPORTS:

13      **May 25, 2007**

14      (b)  DEADLINE FOR REBUTTAL EXPERT DISCLOSURES AND

15      REPORTS:  **June 22, 2007**

16      (c)  CLOSE OF EXPERT DISCOVERY:  **July 12, 2007**

17    (2)  <u>Dispositive Motions, *Daubert* Motions and Settlement Conference</u>

18      (a)  DEADLINE FOR DISPOSITIVE MOTIONS AND *DAUBERT*

19      MOTIONS:  **July 26, 2007**

20      (b)  DEADLINE FOR OPPOSITIONS TO DISPOSITIVE MOTIONS AND

21      OPPOSITIONS TO *DAUBERT* MOTIONS:  **August 27, 2007**

22      (c)  DEADLINE FOR REPLIES IN SUPPORT OF DISPOSITIVE MOTIONS

23      AND REPLIES IN SUPPORT OF *DAUBERT* MOTIONS:  **September 10,**

24      **2007**

25      (d)  DISPOSITIVE MOTIONS SHALL BE HEARD BY:  **September 24, 2007**

26      (e)  SETTLEMENT CONFERENCE BEFORE MAGISTRATE JUDGE

27      ZIMMERMAN:  **October 2, 2007**

28    (3)  <u>Trial</u>

1      (a)    PRE-TRIAL CONFERENCE: **November 13, 2007**

2      (b)    TRIAL: **November 26, 2007**

3      (c)    TRIAL IS SET FOR **FIVE (5) WEEKS**

DATED: March 1, 2007

                                                                                Respectfully submitted,

LATHAM & WATKINS LLP                             LERACH COUGHLIN STOIA GELLER
                                                                   RUDMAN AND ROBBINS LLP

         /s/ Patrick E. Gibbs                                      /s/ Mark Solomon
By _____            By _____
    Patrick E. Gibbs                                           Mark Solomon
    Counsel for Defendants Oracle Corporation,        Counsel for Plaintiffs
    Lawrence J. Ellison, Jeffrey O. Henley, and
    Edward J. Sanderson

                                                                   IT IS SO ORDERED:

                                                            _____
                                                            Martin J. Jenkins
                                                            United States District Judge