E-Filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION | Master File No. C-01-0988-MJJ (Consolidated) |
| | CLASS ACTION |
| This Document Relates To:<br><br>ALL ACTIONS. | STIPULATION AND [PROPOSED] AMENDED PRETRIAL ORDER SETTING A SCHEDULE FOR EXPERT DISCOVERY, DISPOSITIVE MOTIONS, SETTLEMENT CONFERENCE AND TRIAL<br><br>Judge Martin J. Jenkins |

1  WHEREAS, counsel for Plaintiffs and Defendants appeared telephonically before this
2  Court on February 28, 2007, for a further status conference in this matter;
3  WHEREAS, the Court instructed the parties to submit a revised schedule on March 1,
4  2007, consistent with the Court's instructions at the February 28, 2007 further status conference;
5  WHEREAS, the parties have met and conferred and submit the following agreed upon
6  schedule:
7  THEREFORE, IT IS STIPULATED AND AGREED, by Plaintiffs and Defendants
8  through their respective counsel of record, that the January 18, 2007 Amended Pretrial Order
9  Setting A Schedule For Expert Discovery, Dispositive Motions, Settlement Conference and Trial
10 is amended as follows:
11 (1)  Expert Discovery
12      (a)  DEADLINE FOR EXPERT DISCLOSURES AND OPENING REPORTS:
13           **May 25, 2007**
14      (b)  DEADLINE FOR REBUTTAL EXPERT DISCLOSURES AND
15           REPORTS: **June 22, 2007**
16      (c)  CLOSE OF EXPERT DISCOVERY: **July 12, 2007**
17 (2)  Dispositive Motions, *Daubert* Motions and Settlement Conference
18      (a)  DEADLINE FOR DISPOSITIVE MOTIONS AND *DAUBERT*
19           MOTIONS: **July 26, 2007**
20      (b)  DEADLINE FOR OPPOSITIONS TO DISPOSITIVE MOTIONS AND
21           OPPOSITIONS TO *DAUBERT* MOTIONS: **August 27, 2007**
22      (c)  DEADLINE FOR REPLIES IN SUPPORT OF DISPOSITIVE MOTIONS
23           AND REPLIES IN SUPPORT OF *DAUBERT* MOTIONS: **September 10,**
24           **2007**
25      (d)  DISPOSITIVE MOTIONS SHALL BE HEARD BY: **September 24, 2007**
26      (e)  SETTLEMENT CONFERENCE BEFORE MAGISTRATE JUDGE
27           ZIMMERMAN, October [week of 14] 2007
28 (3)  Trial

(a) PRE-TRIAL CONFERENCE: **November 13, 2007**

(b) TRIAL: **November 26, 2007**

(c) TRIAL IS SET FOR **FIVE (5) WEEKS**

DATED: March 1, 2007

Respectfully submitted,

LATHAM & WATKINS LLP

By /s/ Patrick E. Gibbs
Patrick E. Gibbs
Counsel for Defendants Oracle Corporation,
Lawrence J. Ellison, Jeffrey O. Henley, and
Edward J. Sanderson

LERACH COUGHLIN STOIA GELLER
RUDMAN AND ROBBINS LLP

By /s/ Mark Solomon
Mark Solomon
Counsel for Plaintiffs

IT IS SO ORDERED:

MAR 0 5 2007

Martin J. Jenkins
United States District Judge