LERACH COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
MARK SOLOMON (151949)
DOUGLAS R. BRITTON (188769)
VALERIE L. McLAUGHLIN (191916)
GAVIN M. BOWIE (235532)
STACEY M. KAPLAN (241989)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
marks@lerachlaw.com
dougb@lerachlaw.com
valeriem@lerachlaw.com
gbowie@lerachlaw.com
skaplan@lerachlaw.com
    – and –
SHAWN A. WILLIAMS (213113)
WILLOW E. RADCLIFFE (200087)
MONIQUE C. WINKLER (213031)
ELI R. GREENSTEIN (217945)
100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@lerachlaw.com
willowr@lerachlaw.com
moniquew@lerachlaw.com
elig@lerachlaw.com

Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION | Master File No. C-01-0988-MJJ |
| | CLASS ACTION |
| This Document Relates To:<br><br>ALL ACTIONS. | ADMINISTRATIVE MOTION TO FILE PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO REVERSE SPECIAL MASTER'S ORDER RE: SOFTWAR MATERIALS UNDER SEAL |

1  Plaintiffs respectfully move the Court for an Order sealing Plaintiffs' Opposition to
2  Defendants' Motion to Reverse Special Master's Order Re: Softwar Materials ("Opposition"),
3  pursuant to Civil Local Rules 7-11 and 79-5.[1] This motion is accompanied by the Declaration of
4  Stacey M. Kaplan in Support of Plaintiffs' Administrative Motion to File Plaintiffs' Opposition to
5  Defendants' Motion to Reverse Special Master's Order Re: Softwar Materials Under Seal ("Kaplan
6  Decl.") and the [Proposed] Sealing Order filed concurrently herewith.

7  The Opposition discusses and attaches documents designated "CONFIDENTIAL" by
8  Defendants. *See* Kaplan Decl., ¶2. The Revised Stipulated Protective Order Governing
9  Confidentiality (entered by the Court on January 11, 2005) ("Protective Order") requires that
10 documents containing such disclosures be filed under seal.[2]

11 For all the foregoing reasons, the Court should grant this motion and enter the Proposed
12 Order sealing the Request.

13 DATED: March 5, 2007                Respectfully submitted,

14                                     LERACH COUGHLIN STOIA GELLER
                                         RUDMAN & ROBBINS LLP
15                                     MARK SOLOMON
                                       DOUGLAS R. BRITTON
16                                     VALERIE L. McLAUGHLIN
                                       GAVIN M. BOWIE
17                                     STACEY M. KAPLAN

18

19                                            s/ STACEY M. KAPLAN
                                              STACEY M. KAPLAN
20

---

[1] Civil Local Rule 79-5 states that no document may be filed under seal unless it is established that the document is "privileged or protectable as a trade secret or otherwise entitled to protection under the law." Civ. L.R. 79-5(a).

[2] Paragraph 3 of the Protective Order states that protections conferred by the Protective Order cover not only Protected Material [defined in Paragraph 2 as any Disclosure or Discovery Material that is designated as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY"], but also "any information copied or extracted therefrom, as well as all copies, excerpts, summaries, or compilations thereof, plus testimony, conversations, or presentations by parties or counsel to or in court or in other settings that might reveal Protected Material." Paragraph 10 of the Protective Order sets forth procedures for submitting administrative motions to file under seal. Kaplan Decl., Ex. A.

|   |   |
|---|---|
| 1 | |
| 2 | 655 West Broadway, Suite 1900 |
|   | San Diego, CA 92101 |
|   | Telephone: 619/231-1058 |
| 3 | 619/231-7423 (fax) |
| 4 | LERACH COUGHLIN STOIA GELLER |
|   |   RUDMAN & ROBBINS LLP |
| 5 | SHAWN A. WILLIAMS |
|   | WILLOW E. RADCLIFFE |
| 6 | MONIQUE C. WINKLER |
|   | ELI R. GREENSTEIN |
| 7 | 100 Pine Street, Suite 2600 |
|   | San Francisco, CA 94111 |
| 8 | Telephone: 415/288-4545 |
|   | 415/288-4534 (fax) |
| 9 | |
|   | Lead Counsel for Plaintiffs |
| 10 | |

S:\CasesSD\Oracle3\mot00039761.doc

## CERTIFICATE OF SERVICE

I hereby certify that on March 5, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ STACEY M. KAPLAN
STACEY M. KAPLAN

LERACH COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)

E-mail:skaplan@lerachlaw.com

# Mailing Information for a Case 3:01-cv-00988-MJJ

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jennie Lee Anderson**
  jenniea@lerachlaw.com

- **Eric J. Belfi**
  ebelfi@labaton.com ElectronicCaseFiling@labaton.com

- **Doug Britton**
  dougb@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Patrick Edward Gibbs**
  patrick.gibbs@lw.com zoila.aurora@lw.com

- **Eli Greenstein**
  Elig@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Kirke M. Hasson**
  kirke.hasson@pillsburylaw.com cheryl.grant@pillsburylaw.com

- **Reed R. Kathrein**
  reedk@lerachlaw.com e_file_sf@lerachlaw.com;e_file_sd@lerachlaw.com

- **Michele F. Kyrouz**
  michele.kyrouz@lw.com

- **Nicole Lavallee**
  nlavallee@bermanesq.com

- **William S. Lerach**
  e_file_sd@lerachlaw.com

- **James C. Maroulis**
  jim.maroulis@oracle.com

- **Caroline McIntyre**
  cmcintyre@be-law.com swalker@be-law.com

- **Valerie McLaughlin**
  valeriem@lerachlaw.com kellyb@lerachlaw.com

- **Brian P Murray**
  bmurray@rabinlaw.com

- **Shinyung Oh**
  shinyungoh@paulhastings.com

- **Willow E. Radcliffe**
  willowr@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Darren J. Robbins**

- **Sanna Rachel Singer**
  ssinger@sideman.com mthomas@sideman.com

- **Mark Solomon**
  marks@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Shawn A. Williams**
  shawnw@lerachlaw.com
  e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com;aelishb@lerachlaw.com;moniquew@lerachlaw.c

- **Jamie Lynne Wine**
  jamie.wine@lw.com karen.kelly@lw.com

- **Monique Winkler**
  MoniqueW@lerachlaw.com
  E_File_SF@lerachlaw.com;MoniqueW@lerachlaw.com;shawnw@lerachlaw.com;travisd@lerachlaw.

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Dorian Daley
500 Oracle Parkway
Redwood City, CA 94065

Corey D. Holzer
Holzer Holzer & Cannon LLC
1117 Perimeter Center West
Suite E-107
Atlanta, GA 30338
```