1
2
3
4
5
6
7
8                           UNITED STATES DISTRICT COURT
9                          NORTHERN DISTRICT OF CALIFORNIA

10  In re ORACLE CORPORATION           )   Master File No. C-01-0988-MJJ
    SECURITIES LITIGATION              )
11  _____)   CLASS ACTION
                                       )
12  This Document Relates To:          )   [PROPOSED] ORDER DENYING
                                       )   DEFENDANTS' MOTION TO REVERSE
13        ALL ACTIONS.                 )   SPECIAL MASTER'S ORDER RE:
                                       )   SOFTWAR MATERIALS
14  _____)

15
16
17
18
19
20
21
22
23
24
25
26
27
28

1   Defendants' Motion to Reverse Special Master's Order Re: Softwar Materials having come
2   before this Court for consideration, and this Court having considered the briefs and arguments of the
3   parties,
4   IT IS HEREBY ORDERED that Defendants' Motion to Reverse Special Master's Order Re:
5   Softwar Materials is DENIED.
6   IT IS SO ORDERED.
7   DATED: _____        _____
                                          THE HONORABLE MARTIN J. JENKINS
8                                         UNITED STATES DISTRICT JUDGE

10  Submitted by:

11  LERACH COUGHLIN STOIA GELLER
      RUDMAN & ROBBINS LLP
    MARK SOLOMON
12  DOUGLAS R. BRITTON
    VALERIE L. McLAUGHLIN
13  GAVIN M. BOWIE
    STACEY M. KAPLAN
14

15

16      _____s/ STACEY M. KAPLAN_____
              STACEY M. KAPLAN

17  655 West Broadway, Suite 1900
    San Diego, CA  92101
18  Telephone: 619/231-1058
    619/231-7423 (fax)
19
    LERACH COUGHLIN STOIA GELLER
20    RUDMAN & ROBBINS LLP
    SHAWN A. WILLIAMS
21  WILLOW E. RADCLIFFE
    MONIQUE C. WINKLER
22  ELI R. GREENSTEIN
    100 Pine Street, Suite 2600
23  San Francisco, CA  94111
    Telephone: 415/288-4545
24  415/288-4534 (fax)

25  Lead Counsel for Plaintiffs

26  S:\CasesSD\Oracle3\ord00039764.doc

27

28

[PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO REVERSE SPECIAL MASTER'S
ORDER RE: SOFTWAR MATERIALS - C-01-0988-MJJ                                    - 1 -

## CERTIFICATE OF SERVICE

I hereby certify that on March 5, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ STACEY M. KAPLAN
STACEY M. KAPLAN

LERACH COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:skaplan@lerachlaw.com

# Mailing Information for a Case 3:01-cv-00988-MJJ

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jennie Lee Anderson**
  jenniea@lerachlaw.com

- **Eric J. Belfi**
  ebelfi@labaton.com ElectronicCaseFiling@labaton.com

- **Doug Britton**
  dougb@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Patrick Edward Gibbs**
  patrick.gibbs@lw.com zoila.aurora@lw.com

- **Eli Greenstein**
  Elig@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Kirke M. Hasson**
  kirke.hasson@pillsburylaw.com cheryl.grant@pillsburylaw.com

- **Reed R. Kathrein**
  reedk@lerachlaw.com e_file_sf@lerachlaw.com;e_file_sd@lerachlaw.com

- **Michele F. Kyrouz**
  michele.kyrouz@lw.com

- **Nicole Lavallee**
  nlavallee@bermanesq.com

- **William S. Lerach**
  e_file_sd@lerachlaw.com

- **James C. Maroulis**
  jim.maroulis@oracle.com

- **Caroline McIntyre**
  cmcintyre@be-law.com swalker@be-law.com

- **Valerie McLaughlin**
  valeriem@lerachlaw.com kellyb@lerachlaw.com

- **Brian P Murray**
  bmurray@rabinlaw.com

- **Shinyung Oh**
  shinyungoh@paulhastings.com

- **Willow E. Radcliffe**
  willowr@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Darren J. Robbins**

- **Sanna Rachel Singer**
  ssinger@sideman.com mthomas@sideman.com

- **Mark Solomon**
  marks@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Shawn A. Williams**
  shawnw@lerachlaw.com
  e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com;aelishb@lerachlaw.com;moniquew@lerachlaw.c

- **Jamie Lynne Wine**
  jamie.wine@lw.com karen.kelly@lw.com

- **Monique Winkler**
  MoniqueW@lerachlaw.com
  E_File_SF@lerachlaw.com;MoniqueW@lerachlaw.com;shawnw@lerachlaw.com;travisd@lerachlaw.

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Dorian Daley
500 Oracle Parkway
Redwood City, CA 94065

Corey D. Holzer
Holzer Holzer & Cannon LLC
1117 Perimeter Center West
Suite E-107
Atlanta, GA 30338
```