1  LERACH COUGHLIN STOIA GELLER
      RUDMAN & ROBBINS LLP
2  MARK SOLOMON (151949)
   DOUGLAS R. BRITTON (188769)
3  VALERIE L. McLAUGHLIN (191916)
   GAVIN M. BOWIE (235532)
4  STACEY M. KAPLAN (241989)
   655 West Broadway, Suite 1900
5  San Diego, CA  92101
   Telephone:  619/231-1058
6  619/231-7423 (fax)
   marks@lerachlaw.com
7  dougb@lerachlaw.com
   valeriem@lerachlaw.com
8  gbowie@lerachlaw.com
   skaplan@lerachlaw.com
9         – and –
   SHAWN A. WILLIAMS (213113)
10 WILLOW E. RADCLIFFE (200087)
   MONIQUE C. WINKLER (213031)
11 ELI R. GREENSTEIN (217945)
   100 Pine Street, Suite 2600
12 San Francisco, CA  94111
   Telephone:  415/288-4545
13 415/288-4534 (fax)
   shawnw@lerachlaw.com
14 willowr@lerachlaw.com
   moniquew@lerachlaw.com
15 elig@lerachlaw.com

16 Lead Counsel for Plaintiffs

17                    UNITED STATES DISTRICT COURT

18                    NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION | Master File No. C-01-0988-MJJ |
| | CLASS ACTION |
| This Document Relates To: | ADMINISTRATIVE MOTION TO FILE PLAINTIFFS' CORRECTED OPPOSITION TO DEFENDANTS' MOTION TO REVERSE SPECIAL MASTER'S ORDER RE: SOFTWAR MATERIALS UNDER SEAL |
| ALL ACTIONS. | |

1    Plaintiffs respectfully move the Court for an Order sealing Plaintiffs' Corrected Opposition to Defendants' Motion to Reverse Special Master's Order Re: Softwar Materials ("Opposition"), pursuant to Civil Local Rules 7-11 and 79-5.[1]  This motion is accompanied by the Declaration of Stacey M. Kaplan in Support of Plaintiffs' Administrative Motion to File Plaintiffs' Corrected Opposition to Defendants' Motion to Reverse Special Master's Order Re: Softwar Materials Under Seal ("Kaplan Decl.") and the [Proposed] Sealing Order filed concurrently herewith.

The Opposition discusses and attaches documents designated "CONFIDENTIAL" by Defendants.  *See* Kaplan Decl., ¶2.  The Revised Stipulated Protective Order Governing Confidentiality (entered by the Court on January 11, 2005) ("Protective Order") requires that documents containing such disclosures be filed under seal.[2]

For all the foregoing reasons, the Court should grant this motion and enter the Proposed Order sealing the Request.

DATED:  March 6, 2007                          Respectfully submitted,

                                                  LERACH COUGHLIN STOIA GELLER
                                                    RUDMAN & ROBBINS LLP
                                                  MARK SOLOMON
                                                  DOUGLAS R. BRITTON
                                                  VALERIE L. McLAUGHLIN
                                                  GAVIN M. BOWIE
                                                  STACEY M. KAPLAN

                                                       s/ STACEY M. KAPLAN
                                                    STACEY M. KAPLAN

---

[1] Civil Local Rule 79-5 states that no document may be filed under seal unless it is established that the document is "privileged or protectable as a trade secret or otherwise entitled to protection under the law."  Civ. L.R. 79-5(a).

[2] Paragraph 3 of the Protective Order states that protections conferred by the Protective Order cover not only Protected Material [defined in Paragraph 2 as any Disclosure or Discovery Material that is designated as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY"], but also "any information copied or extracted therefrom, as well as all copies, excerpts, summaries, or compilations thereof, plus testimony, conversations, or presentations by parties or counsel to or in court or in other settings that might reveal Protected Material." Paragraph 10 of the Protective Order sets forth procedures for submitting administrative motions to file under seal. Kaplan Decl., Ex. A.

1
2   655 West Broadway, Suite 1900
    San Diego, CA  92101
3   Telephone:  619/231-1058
    619/231-7423 (fax)
4
    LERACH COUGHLIN STOIA GELLER
       RUDMAN & ROBBINS LLP
5   SHAWN A. WILLIAMS
    WILLOW E. RADCLIFFE
6   MONIQUE C. WINKLER
    ELI R. GREENSTEIN
7   100 Pine Street, Suite 2600
    San Francisco, CA  94111
8   Telephone:  415/288-4545
    415/288-4534 (fax)
9
    Lead Counsel for Plaintiffs
10
S:\CasesSD\Oracle3\mot00039761.doc
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ADMINISTRATIVE MOT TO FILE PLTFS' CORRECTED OPPO TO DEFS' MOT TO REVERSE
SPECIAL MASTER'S ORDER RE: SOFTWAR MATERIALS UNDER SEAL - C-01-0988-MJJ         - 2 -

CERTIFICATE OF SERVICE

I hereby certify that on March 6, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

 s/ STACEY M. KAPLAN
STACEY M. KAPLAN

LERACH COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:skaplan@lerachlaw.com

# Mailing Information for a Case 3:01-cv-00988-MJJ

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jennie Lee Anderson**
  jenniea@lerachlaw.com

- **Eric J. Belfi**
  ebelfi@labaton.com ElectronicCaseFiling@labaton.com

- **Doug Britton**
  dougb@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Patrick Edward Gibbs**
  patrick.gibbs@lw.com zoila.aurora@lw.com

- **Eli Greenstein**
  Elig@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Kirke M. Hasson**
  kirke.hasson@pillsburylaw.com cheryl.grant@pillsburylaw.com

- **Reed R. Kathrein**
  reedk@lerachlaw.com e_file_sf@lerachlaw.com;e_file_sd@lerachlaw.com

- **Michele F. Kyrouz**
  michele.kyrouz@lw.com

- **Nicole Lavallee**
  nlavallee@bermanesq.com

- **William S. Lerach**
  e_file_sd@lerachlaw.com

- **James C. Maroulis**
  jim.maroulis@oracle.com

- **Caroline McIntyre**
  cmcintyre@be-law.com swalker@be-law.com

- **Valerie McLaughlin**
  valeriem@lerachlaw.com kellyb@lerachlaw.com

- **Brian P Murray**
  bmurray@rabinlaw.com

- **Shinyung Oh**
  shinyungoh@paulhastings.com

- **Willow E. Radcliffe**
  willowr@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Darren J. Robbins**

- **Sanna Rachel Singer**
  ssinger@sideman.com mthomas@sideman.com

- **Mark Solomon**
  marks@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Shawn A. Williams**
  shawnw@lerachlaw.com
  e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com;aelishb@lerachlaw.com;moniquew@lerachlaw.c

- **Jamie Lynne Wine**
  jamie.wine@lw.com karen.kelly@lw.com

- **Monique Winkler**
  MoniqueW@lerachlaw.com
  E_File_SF@lerachlaw.com;MoniqueW@lerachlaw.com;shawnw@lerachlaw.com;travisd@lerachlaw.

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Dorian Daley
500 Oracle Parkway
Redwood City, CA 94065

Corey D. Holzer
Holzer Holzer & Cannon LLC
1117 Perimeter Center West
Suite E-107
Atlanta, GA 30338
```