UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NURSING HOME PENSION FUND, et al., <br><br> Plaintiff(s), <br><br> v. <br><br> ORACLE CORPORATION, et al., <br><br> Defendant(s). | No. C01-0988 MJJ (BZ) <br><br> **ORDER CONTINUING SETTLEMENT CONFERENCE** |

In accordance with Judge Jenkins' Scheduling Order dated March 5, 2007, **IT IS HEREBY ORDERED** that the settlement conference scheduled for Tuesday, October 2, 2007, at 9:00 a.m. is continued to **Tuesday, October 30, 2007 at 9:00 a.m.** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.  The previously entered settlement conference order otherwise remains in full force and effect.

Dated: March 13, 2007

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\REFS.O7\NURSINGHOME.CONTINUE.SC.wpd

1