LATHAM & WATKINS LLP
  Peter A. Wald (SBN 85705)
  Michele F. Kyrouz (SBN 168004)
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-2562
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
E-mail: peter.wald@lw.com
        michele.kyrouz@lw.com

LATHAM & WATKINS LLP
  Patrick E. Gibbs (SBN 183174)
140 Scott Drive
Menlo Park, California 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600
E-mail: patrick.gibbs@lw.com

LATHAM & WATKINS LLP
  Jamie L. Wine (SBN 181373)
633 West Fifth Street, Suite 4000
Los Angeles, CA 90071-2007
Phone: (212) 906-1200
Fax: (212) 751-4864
E-mail: jamie.wine@lw.com

Attorneys for Defendants ORACLE CORPORATION, LAWRENCE J. ELLISON, JEFFREY O. HENLEY, and EDWARD J. SANDERSON

ORACLE CORPORATION
  Dorian E. Daley (SBN 129049)
  James C. Maroulis (SBN 208316)
500 Oracle Parkway
Mailstop 5OP7
Redwood Shores, California 94065
Telephone: (650) 506-5200
Facsimile: (650) 506-7114
E-mail: jim.maroulis@oracle.com

Attorneys for Defendant ORACLE CORPORATION

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Master File No. C-01-0988-MJJ (Consolidated)<br><br>CLASS ACTION<br><br>**DEFENDANTS' ADMINISTRATIVE REQUEST FOR LEAVE TO SUPPLEMENT MOTION TO REVERSE SPECIAL MASTER'S ORDER RE *SOFTWAR* MATERIALS**<br><br>**Judge:** **Martin J. Jenkins**<br>**Date/Time:** NA |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DEFS' ADMIN. REQ. FOR LEAVE TO SUPPL.
MOT. TO REV. SM'S ORDER RE *SOFTWAR*
Master File No. C-01-0988-MJJ

1 | Defendants Oracle Corporation ("Oracle"), Lawrence J. Ellison, Jeffrey O. Henley and Edward J. Sanderson (collectively, "Defendants") do hereby request from this Court, pursuant to Civil Local Rule 7-11, an Order granting Defendants leave to file with the Court a second supplemental memo (filed contemporaneously herewith) regarding Defendants' Motion to Reverse Special Master's Order re: *Softwar* Materials, which was filed on January 22, 2007. Defendants file this short brief to supplement the record.

Based on the foregoing, Defendants respectfully request from the Court leave to file a short supplemental brief regarding their Motion.

Dated: March 14, 2007

Respectfully submitted,

LATHAM & WATKINS LLP
   Peter A. Wald
   Michele F. Kyrouz
   Patrick E. Gibbs
   Jamie L. Wine

By:_____/s/_____
   Patrick E. Gibbs
   Attorneys for Defendants ORACLE CORPORATION, LAWRENCE J. ELLISON, JEFFREY O. HENLEY, and EDWARD J. SANDERSON

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

DEFS' ADMIN. REQ. FOR LEAVE TO SUPPL.
MOT. TO REV. SM'S ORDER RE *SOFTWAR*
Master File No. C-01-0988-MJJ