1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION

| In re ORACLE CORPORATION SECURITIES LITIGATION | Master File No. C-01-0988-MJJ (Consolidated) |
|---|---|
| | <u>CLASS ACTION</u> |
| This Document Relates To:<br><br>ALL ACTIONS. | **[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE REQUEST FOR LEAVE TO SUPPLEMENT MOTION TO REVERSE SPECIAL MASTER'S ORDER RE: *SOFTWAR* MATERIALS**<br><br>**Honorable Martin J. Jenkins** |

The Court, having reviewed Defendants' Administrative Request for Leave to Supplement Motion to Reverse Special Master's Order re: *Softwar* Materials, any opposition thereto, and good cause therefore appearing, hereby **ORDERS** that Defendants' Request to Supplement their Motion is **GRANTED**.

IT IS SO ORDERED.

DATED: _____

THE HONORABLE MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE

Submitted by:

DATED: March 14, 2007

LATHAM & WATKINS LLP
    Peter A. Wald
    Patrick E. Gibbs
    Michele F. Kyrouz
    Jamie L. Wine


By: _____/s/_____
    Patrick E. Gibbs
    Attorneys for Defendants ORACLE CORPORATION, LAWRENCE J. ELLISON, JEFFREY O. HENLEY, and EDWARD J. SANDERSON

1

[PROPOSED] ORDER GRANTING DEF'S ADMIN. REQ. TO SUPPL. MOT. TO REV. SM'S ORDER RE: *SOFTWAR* MAT.
Master File No. C-01-0988-MJJ