1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| In re ORACLE CORPORATION SECURITIES LITIGATION | ) ) ) ) ) ) ) ) ) ) | Master File No. C-01-0988-MJJ <br><br> <u>CLASS ACTION</u> <br><br> [PROPOSED] ORDER GRANTING PLAINTIFFS' OBJECTION TO MAGISTRATE JUDGE JOSEPH C. SPERO'S ORDER OVERRULING PLAINTIFFS' OBJECTION TO SPECIAL MASTER EDWARD A. INFANTE'S ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFFS' MOTION TO COMPEL DOCUMENTS CONTAINED IN DEFENDANTS' PRIVILEGE AND REDACTION LOG |
|---|---|---|
| This Document Relates To: <br><br> ALL ACTIONS. | | |

1       The Court, having considered Plaintiffs' Objection to Magistrate Judge Joseph Spero's Order Overruling Plaintiffs' Objection to Special Master Edward A. Infante's Order Granting in Part and Denying in Part Plaintiffs' Motion to Compel Documents Contained in Defendants' Privilege and Redaction Log, the written submissions of the parties, and argument of counsel, IT IS HEREBY ORDERED that plaintiffs' objection is GRANTED. Magistrate Judge Spero's Order is reversed. Defendants are ordered to produce in unredacted form all documents containing unlogged or unexplained redactions.

DATED: _____     _____
                                                                  THE HONORABLE MARTIN J. JENKINS
                                                                  UNITED STATES DISTRICT JUDGE

Submitted by:

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
MARK SOLOMON
DOUGLAS R. BRITTON
VALERIE L. McLAUGHLIN
GAVIN M. BOWIE
STACEY M. KAPLAN


     s/ VALERIE L. McLAUGHLIN
       VALERIE L. McLAUGHLIN

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SHAWN A. WILLIAMS
WILLOW E. RADCLIFFE
MONIQUE C. WINKLER
ELI R. GREENSTEIN
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)

Lead Counsel for Plaintiffs

S:\CasesSD\Oracle3\ORD00040069.doc