LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
MARK SOLOMON (151949)
DOUGLAS R. BRITTON (188769)
VALERIE L. McLAUGHLIN (191916)
GAVIN M. BOWIE (235532)
STACEY M. KAPLAN (241989)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
marks@lerachlaw.com
dougb@lerachlaw.com
valeriem@lerachlaw.com
gbowie@lerachlaw.com
skaplan@lerachlaw.com
        – and –
SHAWN A. WILLIAMS (213113)
WILLOW E. RADCLIFFE (200087)
MONIQUE C. WINKLER (213031)
ELI R. GREENSTEIN (217945)
100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@lerachlaw.com
willowr@lerachlaw.com
moniquew@lerachlaw.com
elig@lerachlaw.com

Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION | ) Master File No. C-01-0988-MJJ ) ) <u>CLASS ACTION</u> ) |
| This Document Relates To:<br><br>    ALL ACTIONS. | ) EXHIBIT NOS. 1-10 ) ) ) |

**<u>MANUAL FILING NOTIFICATION</u>**

1       Regarding: EXHIBIT NOS. 1 THROUGH 10 TO THE DECLARATION OF VALERIE L.
2   MCLAUGHLIN IN SUPPORT OF PLAINTIFFS' OBJECTION TO MAGISTRATE JUDGE
3   JOSEPH C. SPERO'S ORDER OVERRULING PLAINTIFFS' OBJECTION TO SPECIAL
4   MASTER EDWARD A. INFANTE'S ORDER GRANTING IN PART AND DENYING IN PART
5   PLAINTIFFS' MOTION TO COMPEL DOCUMENTS CONTAINED IN DEFENDANTS'
6   PRIVILEGE AND REDACTION LOG.

7       This filing is in paper form only and is being maintained in the case file in the Clerk's office.

8       If you are a participant on this case, this filing will be served in hard-copy shortly.

9       For information on retrieving this filing directly from the court, please see the court's main
10  web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

11      This filing was not e-filed because of the voluminous size of the exhibits (PDF file size larger
12  than e-filing system allowances).

13  DATED:  March 14, 2007                    Respectfully submitted,

14                                            LERACH COUGHLIN STOIA GELLER
                                                 RUDMAN & ROBBINS LLP
15                                            MARK SOLOMON
                                              DOUGLAS R. BRITTON
16                                            VALERIE L. McLAUGHLIN
                                              GAVIN M. BOWIE
17                                            STACEY M. KAPLAN

18

19                                                   s/ VALERIE L. McLAUGHLIN
                                                     VALERIE L. McLAUGHLIN
20
                                              655 West Broadway, Suite 1900
21                                            San Diego, CA  92101
                                              Telephone:  619/231-1058
22                                            619/231-7423 (fax)

23

24

25

26

27

28

MANUAL FILING NOTIFICATION RE EXHIBITS TO THE DECL OF VALERIE L. MCLAUGHLIN -
C-01-0988-MJJ                                                                            - 1 -

1
2   LERACH COUGHLIN STOIA GELLER
      RUDMAN & ROBBINS LLP
    SHAWN A. WILLIAMS
3   WILLOW E. RADCLIFFE
    MONIQUE C. WINKLER
4   ELI R. GREENSTEIN
    100 Pine Street, Suite 2600
5   San Francisco, CA  94111
    Telephone:  415/288-4545
6   415/288-4534 (fax)

7   Lead Counsel for Plaintiffs

8   S:\CasesSD\Oracle3\NOT00040092-REV EXS.doc

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

MANUAL FILING NOTIFICATION RE EXHIBITS TO THE DECL OF VALERIE L. MCLAUGHLIN -
C-01-0988-MJJ                                                                                                               - 2 -