LATHAM & WATKINS LLP
  Peter A. Wald (SBN 85705)
  Michele F. Kyrouz (SBN 168004)
  Matthew D. Harrison (SBN 210981)
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-2562
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
E-mail: peter.wald@lw.com
        michele.kyrouz@lw.com
        matt.harrison@lw.com

LATHAM & WATKINS LLP
  Patrick E. Gibbs (SBN 183174)
140 Scott Drive
Menlo Park, CA 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600
E-mail: patrick.gibbs@lw.com

LATHAM & WATKINS LLP
  Jamie L. Wine (SBN 181373)
633 West Fifth Street, Suite 4000
Los Angeles, CA 90071-2007
Phone: (212) 906-1200
Fax: (212) 751-4864
E-mail: jamie.wine@lw.com

Attorneys for Defendants ORACLE CORPORATION, LAWRENCE
J. ELLISON, JEFFREY O. HENLEY, and EDWARD J. SANDERSON

ORACLE CORPORATION
  Dorian E. Daley (SBN 129049)
  James C. Maroulis (SBN 208316)
500 Oracle Parkway
Mailstop 5OP7
Redwood Shores, California 94065
Telephone: (650) 506-5200
Facsimile: (650) 506-7114
E-mail: jim.maroulis@oracle.com

Attorneys for Defendant ORACLE CORPORATION

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Master File No. C-01-0988-MJJ (Consolidated)<br><br>CLASS ACTION<br><br>**DEFENDANTS' ADMINISTRATIVE REQUEST TO FILE UNDER SEAL DEFENDANTS' SECOND SUPPLEMENT TO MOTION TO REVERSE SPECIAL MASTER'S ORDER RE:** *SOFTWAR* **MATERIALS**<br><br>**Honorable Martin J. Jenkins** |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

ADMIN REQ TO FILE UNDER SEAL DEFS' SECOND SUPPL TO
MOTION TO REVERSE SM'S ORDER RE: *SOFTWAR*
Master File No. C-01-0988-MJJ

1     Defendants submit this administrative request to file under seal Defendants' Second Supplement to Motion to Reverse Special Master's Order re: *Softwar* Materials. Accompanying this administrative request are the Declaration of Matthew D. Harrison in Support of Defendants' Administrative Request to File Under Seal Defendants' Second Supplement to Motion to Reverse Special Master's Order re: *Softwar* Materials ("Harrison Decl.") and the [Proposed] Sealing Order, respectively filed and lodged concurrently herewith.

    In their Second Supplement to Motion to Reverse Special Master's Order re: *Softwar* Materials and supporting documents, Defendants refer to and attach information that has been designated as "Confidential" by Defendants and has been sealed by the Court. Information designated as "Confidential" is subject to the provisions of the Revised Stipulated Protective Order Governing Confidentiality entered on January 11, 2005. Accordingly, Defendants respectfully request that Defendants' Second Supplement to Motion to Reverse Special Master's Order re: *Softwar* Materials be filed under seal of the Court.

Dated: March 14, 2007

LATHAM & WATKINS LLP
    Peter A. Wald
    Michele F. Kyrouz
    Jamie L. Wine
    Patrick E. Gibbs
    Matthew D. Harrison


                    /s/ Matthew D. Harrison
By:_____
    Matthew D. Harrison
    Attorneys for Defendants ORACLE
    CORPORATION, LAWRENCE J.
    ELLISON, JEFFREY O. HENLEY,
    and EDWARD J. SANDERSON

SF\601927.1

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

ADMIN REQ TO FILE UNDER SEAL DEFS' SECOND SUPPL TO
MOTION TO REVERSE SM'S ORDER RE: *SOFTWAR*
Master File No. C-01-0988-MJJ