1  LATHAM & WATKINS LLP                          LATHAM & WATKINS LLP
     Peter A. Wald (SBN 85705)                     Patrick E. Gibbs (SBN 183174)
2    Michele F. Kyrouz (SBN 168004)              140 Scott Drive
     Sean P.J. Coyle (SBN 233039)                Menlo Park, CA 94025
3  505 Montgomery Street, Suite 2000             Telephone: (650) 328-4600
   San Francisco, CA 94111-2562                  Facsimile: (650) 463-2600
4  Telephone: (415) 391-0600                     E-mail: patrick.gibbs@lw.com
   Facsimile: (415) 395-8095
5  E-mail: peter.wald@lw.com
           michele.kyrouz@lw.com
6          sean.coyle@lw.com

7  LATHAM & WATKINS LLP
     Jamie L. Wine (SBN 181373)
8  633 West Fifth Street, Suite 4000
9  Los Angeles, CA 90071-2007
   Phone: (213) 485-1234
10 Fax: (213) 891-8763
   E-mail: jamie.wine@lw.com
11

12 Attorneys for Defendants ORACLE CORPORATION, LAWRENCE
   J. ELLISON, JEFFREY O. HENLEY, and EDWARD J. SANDERSON
13
   ORACLE CORPORATION
14   Dorian E. Daley (SBN 129049)
     James C. Maroulis (SBN 208316)
15 500 Oracle Parkway
   Mailstop 5OP7
16 Redwood Shores, California 94065
   Telephone: (650) 506-5200
17 Facsimile: (650) 506-7114
   E-mail: jim.maroulis@oracle.com
18
   Attorneys for Defendant ORACLE CORPORATION
19

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION | Master File No. C-01-0988-MJJ (Consolidated) |
| | <u>CLASS ACTION</u> |
| This Document Relates To:<br><br>ALL ACTIONS. | **DEFENDANTS' ADMINISTRATIVE REQUEST TO FILE UNDER SEAL DEFENDANTS' REPLY IN SUPPORT OF MOTION TO REVERSE SPECIAL MASTER'S ORDER RE: *SOFTWAR* MATERIALS**<br><br>**Honorable Martin J. Jenkins** |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

ADMIN REQ TO FILE UNDER SEAL DEFS' REPLY IN SUPPORT
OF MOTION TO REVERSE SM'S ORDER RE: *SOFTWAR*
Master File No. C-01-0988-MJJ

Defendants submit this administrative request to file under seal Defendants' Reply in Support of Motion to Reverse Special Master's Order re: *Softwar* Materials. Accompanying this administrative request are the Declaration of Sean P.J. Coyle in Support of Defendants' Administrative Request to File Under Seal Defendants' Reply in Support of Motion to Reverse Special Master's Order re: *Softwar* Materials and the [Proposed] Sealing Order, respectively filed and lodged concurrently herewith.

In their Reply in Support of Motion to Reverse Special Master's Order re: *Softwar* Materials, Defendants refer to information they have designated as "Confidential". Information designated as "Confidential" is subject to the provisions of the Revised Stipulated Protective Order Governing Confidentiality entered on January 11, 2005. Accordingly, Defendants respectfully request that Defendants' Reply in Support of Motion to Reverse Special Master's Order re: *Softwar* Materials be filed under seal of the Court.

Dated: March 20, 2007

LATHAM & WATKINS LLP
Peter A. Wald
Michele F. Kyrouz
Jamie L. Wine
Patrick E. Gibbs
Sean P.J. Coyle

/s/ Sean P.J. Coyle
By:_____
Sean P.J. Coyle
Attorneys for Defendants ORACLE CORPORATION, LAWRENCE J. ELLISON, JEFFREY O. HENLEY, and EDWARD J. SANDERSON

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

ADMIN REQ TO FILE UNDER SEAL DEFS' REPLY IN SUPPORT OF MOTION TO REVERSE SM'S ORDER RE: *SOFTWAR*
Master File No. C-01-0988-MJJ