1

2

3

4

5

6

7 **UNITED STATES DISTRICT COURT**

8 **NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION**

9

| | |
|---|---|
| 10  In re ORACLE CORPORATION SECURITIES LITIGATION | Master File No. C-01-0988-MJJ (Consolidated) |
| 11 | <u>CLASS ACTION</u> |
| 12 | [PROPOSED] SEALING ORDER |
| 13  This Document Relates To: | **Honorable Martin J. Jenkins** |
| 14  ALL ACTIONS. | |

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1        Having considered the papers regarding Defendants' Administrative Request to

2    file under seal the Defendants' Reply In Support of  Motion to Reverse Special Master's Order

3    re: *Softwar* Materials, and finding good cause therefore; Defendants' Reply in Support of Motion

4    to Reverse Special Master's Order re: *Softwar* Materials is **HEREBY sealed**.

5

6        IT IS SO ORDERED.

7

8    Dated: _____

9                         THE HONORABLE MARTIN J. JENKINS
                          UNITED STATES DISTRICT JUDGE

10   Submitted By:

11   DATED:  March 20, 2007

12

13   LATHAM & WATKINS LLP             LATHAM & WATKINS LLP
       Peter A. Wald (SBN 85705)          Patrick E. Gibbs  (SBN 183174)

14     Michele F. Kyrouz (SBN 168004)    140 Scott Drive
       Sean P.J. Coyle (SBN 233039)      Menlo Park, CA 94025

15   505 Montgomery Street, Suite 2000    Telephone: (650) 328-4600
     San Francisco, CA  94111-2562      Facsimile: (650) 463-2600

16   Telephone: (415) 391-0600        E-mail: patrick.gibbs@lw.com
     Facsimile: (415) 395-8095

17   E-mail: peter.wald@lw.com
           michele.kyrouz@lw.com

18         sean.coyle@lw.com

19

20         /s/ Sean P.J. Coyle

21   _____
         Sean P.J. Coyle

22

23

24

25

26

27

28