1  LATHAM & WATKINS LLP
     Peter A. Wald (SBN 85705)
2    Michele F. Kyrouz (SBN 168004)
   505 Montgomery Street, Suite 2000
3  San Francisco, CA 94111-2562
   Telephone: (415) 391-0600
4  Facsimile: (415) 395-8095
   E-mail: peter.wald@lw.com
5           michele.kyrouz@lw.com

   LATHAM & WATKINS LLP
     Patrick E. Gibbs (SBN 183174)
   140 Scott Drive
   Menlo Park, California 94025
   Telephone: (650) 328-4600
   Facsimile: (650) 463-2600
   E-mail: patrick.gibbs@lw.com

6  LATHAM & WATKINS LLP
     Jamie L. Wine (SBN 181373)
7  633 West Fifth Street, Suite 4000
   Los Angeles, CA 90071-2007
8  Phone: (213) 485-1234
   Fax: (213) 891-8763
9  E-mail: jamie.wine@lw.com

10 Attorneys for Defendants ORACLE CORPORATION, LAWRENCE
   J. ELLISON, JEFFREY O. HENLEY, and EDWARD J. SANDERSON
11
   ORACLE CORPORATION
12   Dorian E. Daley (SBN 129049)
     James C. Maroulis (SBN 208316)
13 500 Oracle Parkway
   Mailstop 5OP7
14 Redwood Shores, California 94065
   Telephone: (650) 506-5200
15 Facsimile: (650) 506-7114
   E-mail: jim.maroulis@oracle.com
16
   Attorneys for Defendant ORACLE CORPORATION
17

18                    **UNITED STATES DISTRICT COURT**

19              **NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION**

20

| 21 | In re ORACLE CORPORATION SECURITIES LITIGATION | Master File No. C-01-0988-MJJ (Consolidated) |
|----|---|---|
| 22 | | |
| 23 | | <u>CLASS ACTION</u> |
| 24 | This Document Relates To: | **DEFENDANTS' REPLY IN SUPPORT OF MOTION TO REVERSE SPECIAL MASTER'S ORDER RE:** ***SOFTWAR*** |
| 25 | ALL ACTIONS. | **MATERIALS [FILED UNDER SEAL]** |
| 26 | | **Date:  April 3, 2007** |
| 27 | | **Time:  9:30 a.m.** |
|    | | **Honorable Martin J. Jenkins** |

28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DEFS' REPLY ISO MOT. TO REVERSE SPEC. MAST'S
ORDER RE *SOFTWAR* MATERIALS
Master File No. C-01-0988-MJJ