LATHAM & WATKINS LLP
  Peter A. Wald (SBN 85705)
  Michele F. Kyrouz (SBN 168004)
  Sean P.J. Coyle (SBN 233039)
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-2562
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
E-mail: peter.wald@lw.com
        michele.kyrouz@lw.com
        sean.coyle@lw.com

LATHAM & WATKINS LLP
  Patrick E. Gibbs (SBN 183174)
140 Scott Drive
Menlo Park, CA 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600
E-mail: patrick.gibbs@lw.com

LATHAM & WATKINS LLP
  Jamie L. Wine (SBN 181373)
633 West Fifth Street, Suite 4000
Los Angeles, CA 90071
Phone: (213) 485-1234
Fax: (213) 891-8763
E-mail: jamie.wine@lw.com

Attorneys for Defendants ORACLE CORPORATION, LAWRENCE
J. ELLISON, JEFFREY O. HENLEY, and EDWARD J. SANDERSON

ORACLE CORPORATION
  Dorian E. Daley (SBN 129049)
  James C. Maroulis (SBN 208316)
500 Oracle Parkway
Mailstop 5OP7
Redwood Shores, California 94065
Telephone: (650) 506-5200
Facsimile: (650) 506-7114
E-mail: jim.maroulis@oracle.com

Attorneys for Defendant ORACLE CORPORATION

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Master File No. C-01-0988-MJJ (Consolidated)<br><br>CLASS ACTION<br><br>**DEFENDANTS' ADMINISTRATIVE REQUEST TO FILE UNDER SEAL DECLARATION OF SEAN P.J. COYLE IN SUPPORT OF DEFENDANTS' REPLY IN SUPPORT OF MOTION TO REVERSE SPECIAL MASTER'S ORDER RE:** *SOFTWAR* **MATERIALS**<br><br>**Honorable Martin J. Jenkins** |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

ADMIN REQ TO FILE UNDER SEAL COYLE DEC ISO DEFS'
REPLY IN SUP OF MOT TO REV SM'S ORDER RE: *SOFTWAR*
Master File No. C-01-0988-MJJ

1  Defendants submit this administrative request to file under seal Declaration of
2  Sean P.J. Coyle in Support of Defendants' Reply in Support of Motion to Reverse Special
3  Master's Order re: *Softwar* Materials.  Accompanying this administrative request are the
4  Declaration of Sean P.J. Coyle in Support of Defendants' Administrative Request to File Under
5  Seal Declaration of Sean P.J. Coyle in Support of Defendants' Reply in Support of Motion to
6  Reverse Special Master's Order re: *Softwar* Materials and the [Proposed] Sealing Order,
7  respectively filed and lodged concurrently herewith.

8  In the Declaration of Sean P.J. Coyle in Support of Reply in Support of Motion to
9  Reverse Special Master's Order re: *Softwar* Materials and supporting documents, Defendants
10 refer to information they have designated as "Confidential".  Information designated as
11 "Confidential" is subject to the provisions of the Revised Stipulated Protective Order Governing
12 Confidentiality entered on January 11, 2005.  Accordingly, Defendants respectfully request that
13 the Declaration of Sean P.J. Coyle in Support of Defendants' Reply in Support of Motion to
14 Reverse Special Master's Order re: *Softwar* Materials be filed under seal of the Court.

16 Dated:  March 20, 2007

LATHAM & WATKINS LLP
   Peter A. Wald
   Michele F. Kyrouz
   Jamie L. Wine
   Patrick E. Gibbs
   Sean P.J. Coyle


                    /s/ Sean P.J. Coyle
By:_____
   Sean P.J. Coyle
   Attorneys for Defendants ORACLE
   CORPORATION, LAWRENCE J.
   ELLISON, JEFFREY O. HENLEY,
   and EDWARD J. SANDERSON

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

ADMIN REQ TO FILE UNDER SEAL COYLE DEC ISO DEFS'
REPLY IN SUP OF MOT TO REV SM'S ORDER RE: *SOFTWAR*
Master File No. C-01-0988-MJJ