1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION

| In re ORACLE CORPORATION SECURITIES LITIGATION | Master File No. C-01-0988-MJJ (Consolidated) |
|---|---|
| This Document Relates To:<br><br>ALL ACTIONS. | CLASS ACTION<br><br>[PROPOSED] SEALING ORDER<br><br>**Honorable Martin J. Jenkins** |

1 | Having considered the papers regarding Defendants' Administrative Request to file under seal the Declaration of Sean P.J. Coyle in Support of Defendants' Reply in Support of Motion to Reverse Special Master's Order re: *Softwar* Materials, and finding good cause therefore; the Declaration of Sean P.J. Coyle in Support of Defendants' Reply in Support of Motion to Reverse Special Master's Order re: *Softwar* Materials is **HEREBY sealed**.

IT IS SO ORDERED.

Dated: _____

THE HONORABLE MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE

Submitted By:

DATED: March 20, 2007

| LATHAM & WATKINS LLP | LATHAM & WATKINS LLP |
|---|---|
| Peter A. Wald (SBN 85705) | Patrick E. Gibbs (SBN 183174) |
| Michele F. Kyrouz (SBN 168004) | 140 Scott Drive |
| Sean P.J. Coyle (SBN 233039) | Menlo Park, CA 94025 |
| 505 Montgomery Street, Suite 2000 | Telephone: (650) 328-4600 |
| San Francisco, CA 94111-2562 | Facsimile: (650) 463-2600 |
| Telephone: (415) 391-0600 | E-mail: patrick.gibbs@lw.com |
| Facsimile: (415) 395-8095 | |
| E-mail: peter.wald@lw.com | |
| michele.kyrouz@lw.com | |
| sean.coyle@lw.com | |

/s/ Sean P.J. Coyle
_____
Sean P.J. Coyle