1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION

| In re ORACLE CORPORATION SECURITIES LITIGATION | Master File No. C-01-0988-MJJ (JCS) (Consolidated) |
|---|---|
| | CLASS ACTION |
| This Document Relates To: ALL ACTIONS. | [PROPOSED] SEALING ORDER |
| | Honorable Joseph C. Spero |

1  Having considered the papers regarding Defendants' Administrative Request to
2  File Under Seal the Exhibits to the Declaration of Michele F. Kyrouz in Opposition to Plaintiffs'
3  Motion to Modify the Amended Pretrial Order and Extend the June 30, 2006 Fact Discovery
4  Cutoff, and finding good cause therefore;
5  The exhibits accompanying the Declaration of Michele F. Kyrouz are HEREBY
6  sealed.
7  IT IS SO ORDERED.

*IT IS SO ORDERED*
*Judge Martin J. Jenkins*
Dated 3/23/07

9  ~~DATED:~~ _____

11  ~~THE HONORABLE JOSEPH C. SPERO~~
    UNITED STATES MAGISTRATE JUDGE

13  Submitted by:

15  DATED:  June 20, 2006

16  LATHAM & WATKINS LLP                      LATHAM & WATKINS LLP
17     Peter A. Wald (SBN 85705)                 Patrick E. Gibbs (SBN 183174)
       *peter.wald@lw.com*                       *patrick.gibbs@lw.com*
18     Michele F. Kyrouz (SBN 168004)         140 Scott Drive
       *michele.kyrouz@lw.com*                Menlo Park, CA 94025
19  505 Montgomery Street, Suite 2000         Telephone:  (650) 328-4600
    San Francisco, CA 94111-2562              Facsimile:  650) 463-2600
20  Telephone:  (415) 391-0600
21  Facsimile:  (415) 395-8095