1
2
3
4
5
6
7      **UNITED STATES DISTRICT COURT**
8    **NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION**
9

10   In re ORACLE CORPORATION           Master File No. C-01-0988-MJJ
     SECURITIES LITIGATION              (Consolidated)
11
                                        CLASS ACTION
12   ─────────────────────────────
                                        [PROPOSED] SEALING ORDER
13   This Document Relates To:
                                        **Honorable Martin J. Jenkins**
14   ALL ACTIONS.

15
16
17
18
19
20
21
22
23
24
25
26
27
28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Having considered the papers regarding Defendants' Administrative Request to file under seal Declaration of Matthew D. Harrison in Support of Defendants' Second Supplement to Motion to Reverse Special Master's Order re: *Softwar* Materials, and finding good cause therefore; the Declaration of Matthew D. Harrison in Support of Defendants' Second Supplement to Motion to Reverse Special Master's Order re: *Softwar* Materials is **HEREBY sealed**.

IT IS SO ORDERED.

Dated: 03/26/07

HONORABLE MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE

Submitted By:

DATED: March 14, 2007

LATHAM & WATKINS LLP
  Peter A. Wald (SBN 85705)
  Michele F. Kyrouz (SBN 168004)
  Matthew D. Harrison (SBN 210981)
505 Montgomery Street, Suite 2000
San Francisco, CA  94111-2562
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
E-mail: peter.wald@lw.com
        michele.kyrouz@lw.com
        matt.harrison@lw.com

LATHAM & WATKINS LLP
  Patrick E. Gibbs  (SBN 183174)
140 Scott Drive
Menlo Park, CA 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600
E-mail: patrick.gibbs@lw.com

/s/ Matthew D. Harrison
_____
       Matthew D. Harrison

SF\601934.1