1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION**

| In re ORACLE CORPORATION SECURITIES LITIGATION | Master File No. C-01-0988-MJJ (Consolidated) |
|---|---|
| This Document Relates To: ALL ACTIONS. | CLASS ACTION<br><br>[PROPOSED] SEALING ORDER<br><br>**Honorable Martin J. Jenkins** |

1  Having considered the papers regarding Defendants' Administrative Request to
2  file under seal Defendants' Second Supplement to Motion to Reverse Special Master's Order re:
3  *Softwar* Materials, and finding good cause therefore; Defendants' Second Supplement to Motion
4  to Reverse Special Master's Order re: *Softwar* Materials is **HEREBY sealed**.

6  IT IS SO ORDERED.

8  Dated:   03/26/07

   THE HONORABLE MARTIN J. JENKINS
   UNITED STATES DISTRICT JUDGE

10  Submitted By:

11  DATED: March 14, 2007

13  LATHAM & WATKINS LLP
    Peter A. Wald (SBN 85705)
    Michele F. Kyrouz (SBN 168004)
    Matthew D. Harrison (SBN 210981)
15  505 Montgomery Street, Suite 2000
    San Francisco, CA  94111-2562
16  Telephone: (415) 391-0600
    Facsimile: (415) 395-8095
    E-mail: peter.wald@lw.com
18          michele.kyrouz@lw.com
            matt.harrison@lw.com

    LATHAM & WATKINS LLP
    Patrick E. Gibbs  (SBN 183174)
    140 Scott Drive
    Menlo Park, CA 94025
    Telephone: (650) 328-4600
    Facsimile: (650) 463-2600
    E-mail: patrick.gibbs@lw.com

20         /s/ Matthew D. Harrison
21         Matthew D. Harrison

22  SF\601928.1