1
2
3
4
5
6
7                    **UNITED STATES DISTRICT COURT**
8     **NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION**
9

| In re ORACLE CORPORATION SECURITIES LITIGATION | Master File No. C-01-0988-MJJ (Consolidated) |
|---|---|
| | <u>CLASS ACTION</u> |
| This Document Relates To: | [PROPOSED] SEALING ORDER |
| ALL ACTIONS. | **Honorable Martin J. Jenkins** |

1  Having considered the papers regarding Defendants' Administrative Request to
2  file under seal the Defendants' Reply In Support of Motion to Reverse Special Master's Order
3  re: *Softwar* Materials, and finding good cause therefore; Defendants' Reply in Support of Motion
4  to Reverse Special Master's Order re: *Softwar* Materials is **HEREBY sealed**.

6  IT IS SO ORDERED.

8  Dated: 03/26/07

9  _____
   MARTIN J. JENKINS
   DISTRICT JUDGE

10 Submitted By:

12 DATED: March 20, 2007

13 LATHAM & WATKINS LLP                    LATHAM & WATKINS LLP
   Peter A. Wald (SBN 85705)               Patrick E. Gibbs  (SBN 183174)
14 Michele F. Kyrouz (SBN 168004)          140 Scott Drive
   Sean P.J. Coyle (SBN 233039)            Menlo Park, CA 94025
15 505 Montgomery Street, Suite 2000       Telephone: (650) 328-4600
   San Francisco, CA  94111-2562           Facsimile: (650) 463-2600
16 Telephone: (415) 391-0600                E-mail: patrick.gibbs@lw.com
   Facsimile: (415) 395-8095
17 E-mail: peter.wald@lw.com
           michele.kyrouz@lw.com
18         sean.coyle@lw.com

20     /s/ Sean P.J. Coyle
   _____
21     Sean P.J. Coyle