1
2
3
4
5
6
7                    **UNITED STATES DISTRICT COURT**
8           **NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION**
9

| 10 | In re ORACLE CORPORATION SECURITIES LITIGATION | Master File No. C-01-0988-MJJ (Consolidated) |
|----|---|---|
| 11 | | <u>CLASS ACTION</u> |
| 12 | | [PROPOSED] SEALING ORDER |
| 13 | This Document Relates To: | **Honorable Martin J. Jenkins** |
| 14 | ALL ACTIONS. | |

15
16
17
18
19
20
21
22
23
24
25
26
27
28

1  Having considered the papers regarding Defendants' Administrative Request to
2  file under seal the Defendants' Reply In Support of Motion to Reverse Special Master's Order
3  re: *Softwar* Materials, and finding good cause therefore; Defendants' Reply in Support of Motion
4  to Reverse Special Master's Order re: *Softwar* Materials is **HEREBY sealed**.

6  IT IS SO ORDERED.

8  Dated: 03/26/07

    MARTIN J. JENKINS
9   DISTRICT JUDGE

10 Submitted By:

11 DATED: March 20, 2007

13 LATHAM & WATKINS LLP                        LATHAM & WATKINS LLP
   Peter A. Wald (SBN 85705)                  Patrick E. Gibbs (SBN 183174)
14 Michele F. Kyrouz (SBN 168004)             140 Scott Drive
   Sean P.J. Coyle (SBN 233039)               Menlo Park, CA 94025
15 505 Montgomery Street, Suite 2000          Telephone: (650) 328-4600
   San Francisco, CA 94111-2562               Facsimile: (650) 463-2600
16 Telephone: (415) 391-0600                  E-mail: patrick.gibbs@lw.com
   Facsimile: (415) 395-8095
17 E-mail: peter.wald@lw.com
          michele.kyrouz@lw.com
18        sean.coyle@lw.com

20        /s/ Sean P.J. Coyle

21        Sean P.J. Coyle