# Exhibit B

# Filed Under Seal

| | |
|---|---|
| 1 | LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP |
| 2 | MARK SOLOMON (151949) |
|   | DOUGLAS R. BRITTON (188769) |
| 3 | VALERIE L. McLAUGHLIN (191916) |
|   | GAVIN M. BOWIE (235532) |
| 4 | STACEY M. KAPLAN (241989) |
|   | 655 West Broadway, Suite 1900 |
| 5 | San Diego, CA 92101 |
|   | Telephone: 619/231-1058 |
| 6 | 619/231-7423 (fax) |
|   | marks@lerachlaw.com |
| 7 | dougb@lerachlaw.com |
|   | valeriem@lerachlaw.com |
| 8 | gbowie@lerachlaw.com |
|   | skaplan@lerachlaw.com |
| 9 | – and – |
|   | SHAWN A. WILLIAMS (213113) |
| 10 | WILLOW E. RADCLIFFE (200087) |
|   | MONIQUE C. WINKLER (213031) |
| 11 | ELI R. GREENSTEIN (217945) |
|   | 100 Pine Street, Suite 2600 |
| 12 | San Francisco, CA 94111 |
|   | Telephone: 415/288-4545 |
| 13 | 415/288-4534 (fax) |
|   | shawnw@lerachlaw.com |
| 14 | willowr@lerachlaw.com |
|   | moniquew@lerachlaw.com |
| 15 | elig@lerachlaw.com |
| 16 | Lead Counsel for Plaintiffs |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION | ) ) ) | Master File No. C-01-0988-MJJ |
|  | ) | CLASS ACTION |
|  | ) ) |  |
| This Document Relates To: | ) ) | DECLARATION OF STACEY M. KAPLAN IN SUPPORT OF PLAINTIFFS' SUR- |
| ALL ACTIONS. | ) ) ) | REPLY AND FACTUAL SUPPLEMENT IN FURTHER OPPOSITION TO DEFENDANTS' MOTION TO REVERSE THE SPECIAL MASTER'S ORDER RE: SOFTWAR MATERIALS |
| **FILED UNDER SEAL** | | DATE: April 3, 2007<br>TIME: 9:30 a.m.<br>COURTROOM: The Honorable Martin J. Jenkins |