1
2
3
4
5
6
7

8                              UNITED STATES DISTRICT COURT

9                             NORTHERN DISTRICT OF CALIFORNIA

10   In re ORACLE CORPORATION          )   Master File No. C-01-0988-MJJ
     SECURITIES LITIGATION             )
11   _____   )   <u>CLASS ACTION</u>
                                       )
12   This Document Relates To:         )   [PROPOSED] SEALING ORDER
                                       )
13         ALL ACTIONS.                )
     _____   )
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1  Having considered all of the papers submitted in support of Plaintiffs' Administrative Motion
2  to File Plaintiffs' Sur-Reply and Factual Supplement in Further Opposition to Defendants' Motion to
3  Reverse the Special Master's Order Re: Softwar Materials ("Sur-Reply") Under Seal, and finding
4  good cause,

5  IT IS HEREBY ORDERED that the motion is granted. Plaintiffs' Sur-Reply and its
6  supporting attachments, are hereby sealed.

7  IT IS SO ORDERED.

8  DATED: _____    _____
                                     THE HONORABLE MARTIN J. JENKINS
9                                    UNITED STATES DISTRICT JUDGE

10

11 Submitted by:

12 LERACH COUGHLIN STOIA GELLER
     RUDMAN & ROBBINS LLP
   MARK SOLOMON
13 DOUGLAS R. BRITTON
   VALERIE L. McLAUGHLIN
14 GAVIN M. BOWIE
   STACEY M. KAPLAN
15

16
          s/ STACEY M. KAPLAN
17        STACEY M. KAPLAN

18 655 West Broadway, Suite 1900
   San Diego, CA  92101
19 Telephone: 619/231-1058
   619/231-7423 (fax)
20

21 LERACH COUGHLIN STOIA GELLER
     RUDMAN & ROBBINS LLP
   SHAWN A. WILLIAMS
22 WILLOW E. RADCLIFFE
   MONIQUE C. WINKLER
23 ELI R. GREENSTEIN
   100 Pine Street, Suite 2600
24 San Francisco, CA  94111
   Telephone: 415/288-4545
25 415/288-4534 (fax)

26 Lead Counsel for Plaintiffs

27 T:\CasesSF\Oracle3\ORD00040531.doc

28

1                           CERTIFICATE OF SERVICE

2       I hereby certify that on March 29, 2007, I electronically filed the foregoing with the Clerk of

3  the Court using the CM/ECF system which will send notification of such filing to the e-mail

4  addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have

5  mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF

6  participants indicated on the attached Manual Notice List.

7       I further certify that I caused this document to be forwarded to the following designated

8  Internet site at:  http://securities.lerachlaw.com/.

9       I certify under penalty of perjury under the laws of the United States of America that the

10  foregoing is true and correct.  Executed on March 29, 2007.

                                    s/ Stacey M. Kaplan
                                    STACEY M. KAPLAN

                                    LERACH COUGHLIN STOIA GELLER
                                        RUDMAN & ROBBINS LLP
                                    655 West Broadway, Suite 1900
                                    San Diego, CA  92101-3301
                                    Telephone:  619/231-1058
                                    619/231-7423 (fax)

                                    E-mail:SKaplan@lerachlaw.com

# Mailing Information for a Case 3:01-cv-00988-MJJ

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jennie Lee Anderson**
  jennie@libertylawoffice.com

- **Eric J. Belfi**
  ebelfi@labaton.com ElectronicCaseFiling@labaton.com

- **Doug Britton**
  dougb@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Patrick Edward Gibbs**
  patrick.gibbs@lw.com zoila.aurora@lw.com

- **Eli Greenstein**
  Elig@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Kirke M. Hasson**
  kirke.hasson@pillsburylaw.com cheryl.grant@pillsburylaw.com

- **Reed R. Kathrein**
  reed@hbsslaw.com nancyq@hbsslaw.com

- **Michele F. Kyrouz**
  michele.kyrouz@lw.com

- **Nicole Lavallee**
  nlavallee@bermanesq.com

- **William S. Lerach**
  e_file_sd@lerachlaw.com

- **James C. Maroulis**
  jim.maroulis@oracle.com

- **Caroline McIntyre**
  cmcintyre@be-law.com swalker@be-law.com

- **Valerie McLaughlin**
  valeriem@lerachlaw.com kellyb@lerachlaw.com

- **Brian P Murray**
  bmurray@rabinlaw.com

- **Shinyung Oh**

    shinyungoh@paulhastings.com

- **Willow E. Radcliffe**
  willowr@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Darren J. Robbins**

- **Sanna Rachel Singer**
  ssinger@sideman.com mthomas@sideman.com

- **Mark Solomon**
  marks@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Shawn A. Williams**
  shawnw@lerachlaw.com
  e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com;aelishb@lerachlaw.com;moniquew@lerachla

- **Jamie Lynne Wine**
  jamie.wine@lw.com karen.kelly@lw.com

- **Monique Winkler**
  MoniqueW@lerachlaw.com
  E_File_SF@lerachlaw.com;MoniqueW@lerachlaw.com;shawnw@lerachlaw.com;travisd@lerachl

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Dorian Daley
500 Oracle Parkway
Redwood City, CA 94065

Corey D. Holzer
Holzer Holzer & Cannon LLC
1117 Perimeter Center West
Suite E-107
Atlanta, GA 30338
```