LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
MARK SOLOMON (151949)
DOUGLAS R. BRITTON (188769)
VALERIE L. McLAUGHLIN (191916)
GAVIN M. BOWIE (235532)
STACEY M. KAPLAN (241989)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
marks@lerachlaw.com
dougb@lerachlaw.com
valeriem@lerachlaw.com
gbowie@lerachlaw.com
skaplan@lerachlaw.com
  – and –
SHAWN A. WILLIAMS (213113)
WILLOW E. RADCLIFFE (200087)
MONIQUE C. WINKLER (213031)
ELI R. GREENSTEIN (217945)
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)
shawnw@lerachlaw.com
willowr@lerachlaw.com
moniquew@lerachlaw.com
elig@lerachlaw.com

Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION | Master File No. C-01-0988-MJJ |
| | CLASS ACTION |
| This Document Relates To:<br><br>ALL ACTIONS. | [CORRECTED] PLAINTIFFS' MOTION FOR LEAVE TO FILE PLAINTIFFS' SUR-REPLY AND FACTUAL SUPPLEMENT IN FURTHER OPPOSITION TO DEFENDANTS' MOTION TO REVERSE THE SPECIAL MASTER'S ORDER RE: SOFTWAR MATERIALS |

**REDACTED VERSION OF DOCUMENT FILED UNDER SEAL**

PLEASE TAKE NOTICE THAT plaintiffs hereby move the Court for leave to file a Sur-Reply and Factual Supplement in Further Opposition to Defendants' Motion to Reverse the Special Master's Order Re: Softwar Materials, pursuant to L.R. 7-3(d). Plaintiffs have attached a [Proposed] Order and a copy of the Sur-Reply and Factual Supplement and declaration in support thereof. In support of their Motion, plaintiffs state as follows:

1. Defendants' Reply in Support of their Motion to Reverse the Special Master's Order Re: Softwar Materials raises new legal arguments that plaintiffs have never had the opportunity to address. Plaintiffs believe that they are entitled to respond to these newly raised arguments.

2. Defendants have filed two supplements to their Motion to Reverse. On February 23, 2007, defendants filed their first supplemental memorandum, supplementing the factual record with new developments as well as making new arguments on the basis of these facts. On March 14, 2007 defendants filed their second supplemental memorandum, again supplementing the factual record and making new arguments. Plaintiffs believe that they are entitled to respond to the additional facts provided by defendants after the filing of Plaintiffs' Opposition.

3. Since the filing of Plaintiffs' Opposition, events have occurred, including the depositions of Matthew Symonds (at which Mr. Symonds attempted to invoke his right against self-incrimination under the Fifth Amendment to the U.S. Constitution) and Kevin Prendergrast, the manager of the Brentford PC World. Plaintiffs file their Sur-Reply and Factual Supplement to supplement the record regarding these new developments.

**RELIEF SOUGHT**

For the foregoing reasons, Plaintiffs respectfully request leave to file their Sur-Reply and Factual Supplement in Further Opposition to Defendants' Motion to Reverse the Special Master's Order Re: Softwar Materials.

| | |
|---|---|
| 1  DATED: March 30, 2007 | LERACH COUGHLIN STOIA GELLER |
| 2 | RUDMAN & ROBBINS LLP |
|   | MARK SOLOMON |
| 3 | DOUGLAS R. BRITTON |
|   | VALERIE L. McLAUGHLIN |
| 4 | GAVIN M. BOWIE |
|   | STACEY M. KAPLAN |

*[Signature: Stacey M. Kaplan]*
STACEY M. KAPLAN

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone: 619/231-1058
619/231-7423 (fax)

LERACH COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
SHAWN A. WILLIAMS
WILLOW E. RADCLIFFE
MONIQUE C. WINKLER
ELI R. GREENSTEIN
100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone: 415/288-4545
415/288-4534 (fax)

Lead Counsel for Plaintiffs

T:\CasesSF\Oracle3\MOT00040563_Corrected.doc

[CORRECTED] PLTFS' MTN TO COMPEL TESTIMONY & DETERMINE THE APPLICABILITY OF
THE FIFTH AMENDMENT RIGHT AGAINST SELF-INCRIMINATION - C-01-0988-MJJ       - 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on March 30, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 30, 2007.

*/s/ Stacey M. Kaplan*
STACEY M. KAPLAN

LERACH COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)

E-mail:StaceyK@lerachlaw.com

DECLARATION OF SERVICE BY MAIL AND FACSIMILE

I, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, a citizen of the United States and employed in the City and County of San Francisco, over the age of 18 years, and not a party to or interested party in the within action; that declarant's business address is 100 Pine Street, Suite 2600, San Francisco, California 94111.

2. That on March 30, 2007, declarant served the [CORRECTED] PLAINTIFFS' MOTION FOR LEAVE TO FILE PLAINTIFFS' SUR-REPLY AND FACTUAL SUPPLEMENT IN FURTHER OPPOSITION TO DEFENDANTS' MOTION TO REVERSE THE SPECIAL MASTER'S ORDER RE: SOFTWAR MATERIALS by depositing a true copy thereof in a United States mailbox at San Francisco, California in a sealed envelope with postage thereon fully prepaid and addressed to the parties listed on the attached Service List. Declarant also served the parties by facsimile.

3. That there is a regular communication by mail between the place of mailing and the places so addressed.

I declare under penalty of perjury that the foregoing is true and correct. Executed this March 30, 2007 day of March 30, 2007, 2007, at San Francisco, California.

_____
CYNTHIA SHEPPARD

ORACLE III (LEAD)
Service List - 3/30/2007    (201-064-1)
Page 1 of 1

### Counsel For Defendant(s)

Patrick E. Gibbs
Latham & Watkins LLP
140 Scott Drive
Menlo Park, CA  94025
  650/328-4600
  650/463-2600 (Fax)

\* Peter A. Wald
Michele F. Kyrouz
Latham & Watkins LLP
505 Montgomery Street, Suite 2000
San Francisco, CA  94111
  415/391-0600
  415/395-8095 (Fax)

Jamie L. Wine
Brian T. Glennon
Latham & Watkins LLP
633 West Fifth St., Suite 4000
Los Angeles, CA  90071-2007
  213/485-1234
  213/891-8763 (Fax)

Dorian Daley
James C. Maroulis
Oracle Corporation
500 Oracle Parkway, Mail Stop 50P7
Redwood City, CA  94065
  650/506-5200
  650/506-7114 (Fax)

### Counsel For Plaintiff(s)

Mark Solomon
Douglas R. Britton
Valerie L. McLaughlin
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway, Suite 1900
San Diego, CA  92101
  619/231-1058
  619/231-7423 (Fax)

Sanford Svetcov
Shawn A. Williams
Willow E. Radcliffe
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
100 Pine Street, Suite 2600
San Francisco, CA  94111-5238
  415/288-4545
  415/288-4534 (Fax)

\*Served via Hand Delivery on March 30, 2007.

# Mailing Information for a Case 3:01-cv-00988-MJJ

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jennie Lee Anderson**
  jennie@libertylawoffice.com

- **Eric J. Belfi**
  ebelfi@labaton.com ElectronicCaseFiling@labaton.com

- **Doug Britton**
  dougb@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Patrick Edward Gibbs**
  patrick.gibbs@lw.com zoila.aurora@lw.com

- **Eli Greenstein**
  Elig@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Kirke M. Hasson**
  kirke.hasson@pillsburylaw.com cheryl.grant@pillsburylaw.com

- **Reed R. Kathrein**
  reed@hbsslaw.com nancyq@hbsslaw.com

- **Michele F. Kyrouz**
  michele.kyrouz@lw.com

- **Nicole Lavallee**
  nlavallee@bermanesq.com

- **William S. Lerach**
  e_file_sd@lerachlaw.com

- **James C. Maroulis**
  jim.maroulis@oracle.com

- **Caroline McIntyre**
  cmcintyre@be-law.com swalker@be-law.com

- **Valerie McLaughlin**
  valeriem@lerachlaw.com kellyb@lerachlaw.com

- **Brian P Murray**
  bmurray@rabinlaw.com

- **Shinyung Oh**

shinyungoh@paulhastings.com

- **Willow E. Radcliffe**
  willowr@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Darren J. Robbins**

- **Sanna Rachel Singer**
  ssinger@sideman.com mthomas@sideman.com

- **Mark Solomon**
  marks@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Shawn A. Williams**
  shawnw@lerachlaw.com
  e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com;aelishb@lerachlaw.com;moniquew@lerachla

- **Jamie Lynne Wine**
  jamie.wine@lw.com karen.kelly@lw.com

- **Monique Winkler**
  MoniqueW@lerachlaw.com
  E_File_SF@lerachlaw.com;MoniqueW@lerachlaw.com;shawnw@lerachlaw.com;travisd@lerachl

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Dorian Daley
500 Oracle Parkway
Redwood City, CA 94065

Corey D. Holzer
Holzer Holzer & Cannon LLC
1117 Perimeter Center West
Suite E-107
Atlanta, GA 30338
```