# Exhibit A

# Filed Under Seal

1  LERACH COUGHLIN STOIA GELLER
      RUDMAN & ROBBINS LLP
2  MARK SOLOMON (151949)
   DOUGLAS R. BRITTON (188769)
3  VALERIE L. McLAUGHLIN (191916)
   GAVIN M. BOWIE (235532)
4  STACEY M. KAPLAN (241989)
   655 West Broadway, Suite 1900
5  San Diego, CA  92101
   Telephone:  619/231-1058
6  619/231-7423 (fax)
   marks@lerachlaw.com
7  dougb@lerachlaw.com
   valeriem@lerachlaw.com
8  gbowie@lerachlaw.com
   skaplan@lerachlaw.com
9       – and –
   SHAWN A. WILLIAMS (213113)
10 WILLOW E. RADCLIFFE (200087)
   MONIQUE C. WINKLER (213031)
11 ELI R. GREENSTEIN (217945)
   100 Pine Street, Suite 2600
12 San Francisco, CA  94111
   Telephone:  415/288-4545
13 415/288-4534 (fax)
   shawnw@lerachlaw.com
14 willowr@lerachlaw.com
   moniquew@lerachlaw.com
15 elig@lerachlaw.com

16 Lead Counsel for Plaintiffs

17                 UNITED STATES DISTRICT COURT

18                NORTHERN DISTRICT OF CALIFORNIA

19 In re ORACLE CORPORATION      )  Master File No. C-01-0988-MJJ
   SECURITIES LITIGATION         )
20 _____ )  CLASS ACTION
                                 )
21 This Document Relates To:     )  [CORRECTED] PLAINTIFFS' SUR-REPLY
                                 )  AND FACTUAL SUPPLEMENT IN
22      ALL ACTIONS.             )  FURTHER OPPOSITION TO
                                 )  DEFENDANTS' MOTION TO REVERSE
23 _____ )  THE SPECIAL MASTER'S ORDER RE:
                                    SOFTWAR MATERIALS
24
                                 DATE:        April 3, 2007
25                               TIME:        9:30 a.m.
                                 COURTROOM:   The Honorable
26                                            Martin J. Jenkins

27                        **FILED UNDER SEAL**

28