# Exhibit B

# Filed Under Seal

```
 1  LERACH COUGHLIN STOIA GELLER
       RUDMAN & ROBBINS LLP
 2  MARK SOLOMON (151949)
    DOUGLAS R. BRITTON (188769)
 3  VALERIE L. McLAUGHLIN (191916)
    GAVIN M. BOWIE (235532)
 4  STACEY M. KAPLAN (241989)
    655 West Broadway, Suite 1900
 5  San Diego, CA 92101
    Telephone: 619/231-1058
 6  619/231-7423 (fax)
    marks@lerachlaw.com
 7  dougb@lerachlaw.com
    valeriem@lerachlaw.com
 8  gbowie@lerachlaw.com
    skaplan@lerachlaw.com
 9       – and –
    SHAWN A. WILLIAMS (213113)
10  WILLOW E. RADCLIFFE (200087)
    MONIQUE C. WINKLER (213031)
11  ELI R. GREENSTEIN (217945)
    100 Pine Street, Suite 2600
12  San Francisco, CA 94111
    Telephone: 415/288-4545
13  415/288-4534 (fax)
    shawnw@lerachlaw.com
14  willowr@lerachlaw.com
    moniquew@lerachlaw.com
15  elig@lerachlaw.com

16  Lead Counsel for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION | Master File No. C-01-0988-MJJ |
| | <u>CLASS ACTION</u> |
| This Document Relates To:<br><br>ALL ACTIONS. | [CORRECTED] DECLARATION OF STACEY M. KAPLAN IN SUPPORT OF PLAINTIFFS' SUR-REPLY AND FACTUAL SUPPLEMENT IN FURTHER OPPOSITION TO DEFENDANTS' MOTION TO REVERSE THE SPECIAL MASTER'S ORDER RE: SOFTWAR MATERIALS |
| | DATE: April 3, 2007<br>TIME: 9:30 a.m.<br>COURTROOM: The Honorable Martin J. Jenkins |

**FILED UNDER SEAL**