LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
MARK SOLOMON (151949)
DOUGLAS R. BRITTON (188769)
VALERIE L. McLAUGHLIN (191916)
GAVIN M. BOWIE (235532)
STACEY M. KAPLAN (241989)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone: 619/231-1058
619/231-7423 (fax)
marks@lerachlaw.com
dougb@lerachlaw.com
valeriem@lerachlaw.com
gbowie@lerachlaw.com
skaplan@lerachlaw.com
    – and –
SHAWN A. WILLIAMS (213113)
WILLOW E. RADCLIFFE (200087)
MONIQUE C. WINKLER (213031)
ELI R. GREENSTEIN (217945)
100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone: 415/288-4545
415/288-4534 (fax)
shawnw@lerachlaw.com
willowr@lerachlaw.com
moniquew@lerachlaw.com
elig@lerachlaw.com

Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION | Master File No. C-01-0988-MJJ |
| | CLASS ACTION |
| This Document Relates To: | STIPULATED REQUEST AND [PROPOSED] ORDER TO FILE EXPEDITED BRIEFING REGARDING PLAINTIFFS' MOTION TO COMPEL TESTIMONY OF WITNESS MATTHEW SYMONDS |
| ALL ACTIONS. | |

1  Pursuant to Civil L.R. 6-2 and 7-12, Plaintiffs, Defendants and witness Matthew Symonds, by and through their counsel, hereby stipulate and agree as follows:

1. On March 19 and 20, 2007, the deposition of Matthew Symonds was taken in London, England. Mr. Symonds is the author of "*Softwar*: An Intimate Portrait of Larry Ellison and Oracle," and his deposition has been ordered by the High Court of Justice, Queen's Bench Division in England pursuant to a joint Request for International Judicial Assistance from Magistrate Judge Spero and Special Master Infante. During the deposition, and in response to questions by Plaintiffs' counsel, Mr. Symonds asserted the Fifth Amendment privilege against self-incrimination and the journalist/reporter's privilege.

2. During Mr. Symonds' deposition, counsel for all parties and witness Matthew Symonds agreed, and the Court Examiner appointed by the High Court of Justice in England endorsed, that the deposition be adjourned until this Court resolves the issues raised by Mr. Symonds' invocation of privileges.

3. To resolve the issues relating to Mr. Symonds' assertions of privilege, the parties have agreed to the following schedule:

   (a) Plaintiffs' motion to compel shall be filed no later than March 30, 2007;

   (b) Mr. Symonds shall file his response to Plaintiffs' motion to compel by April 13, 2007;

   (c) Plaintiffs shall file their reply no later than April 20, 2007; and

   (d) Plaintiffs' motion to compel shall be noticed for hearing on May 1, 2007, at 9:30 a.m.

4. The expedited schedule is necessary given the Court's March 5, 2007 Amended Pretrial Order Setting a Schedule for Expert Discovery, Dispositive Motions, Settlement Conference and Trial ("Amended Pretrial Order"), which requires the parties to submit expert reports by May 25, 2007, and to file dispositive motions by July 26, 2007, both of which plaintiffs believe will be informed by resolution of the issues related to discovery surrounding the *Softwar* materials and Mr. Symonds.

STIPULATED REQUEST AND [PROPOSED] ORDER TO FILE EXPEDITED
BRIEFING RE PLTFS' MOTION TO COMPEL TESTIMONY - C-01-0988-MJJ         - 1 -

1  5.  Given Mr. Symonds' representations that he would appeal any ruling adverse to him, including any decision by Special Master Infante or Magistrate Judge Spero, the parties agree that submitting this dispute directly to Judge Jenkins would result in the most expeditious resolution of this matter, particularly given that the Court Examiner in England specifically adjourned Mr. Symonds' deposition until the privilege issues could be resolved by this Court.

6.  Defendants have agreed that they will not take a position on the question of whether Mr. Symonds is entitled to assert rights under the First and Fifth Amendments to the U.S. Constitution.

7.  The expedited schedule set forth herein will not disrupt any of the deadlines set forth in the Court's March 5, 2007 Amended Pretrial Order.

DATED: March 30, 2007

LERACH COUGHLIN STOIA GELLER
 RUDMAN & ROBBINS LLP
MARK SOLOMON
DOUGLAS R. BRITTON
VALERIE L. McLAUGHLIN
GAVIN M. BOWIE
STACEY M. KAPLAN

_____
MARK SOLOMON

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone: 619/231-1058
619/231-7423 (fax)

LERACH COUGHLIN STOIA GELLER
 RUDMAN & ROBBINS LLP
SHAWN A. WILLIAMS
WILLOW E. RADCLIFFE
MONIQUE C. WINKLER
ELI R. GREENSTEIN
100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone: 415/288-4545
415/288-4534 (fax)

Lead Counsel for Plaintiffs

1  DATED:                                               LATHAM & WATKINS LLP
                                                   PATRICK E. GIBBS

                                                   _____
                                                   PATRICK E. GIBBS

                                                   140 Scott Drive
                                                   Menlo Park, CA 94025
                                                   Telephone: 650/328-4600
                                                   650/463-2600 (fax)

                                                   LATHAM & WATKINS LLP
                                                   Peter A. Wald
                                                   Michele F. Kyrouz
                                                   505 Montgomery Street, Suite 2000
                                                   San Francisco, CA 94111
                                                   Telephone: 415/391-0600
                                                   415/395-8095 (fax)

                                                   Attorneys for Defendants

DATED:                                              SWANSON & MC NAMARA LLP
                                                   EDWARD SWANSON

                                                   _____
                                                   EDWARD SWANSON

                                                   300 Montgomery Street, Suite 1100
                                                   San Francisco, CA 94104
                                                   Telephone: 415/477-3800
                                                   415/477-9010 (fax)

                                                   Attorneys for Witness Matthew Symonds

                                          \*     \*     \*

**ORDER**

    IT IS SO ORDERED.

DATED: _____      _____
                                        THE HONORABLE MARTIN J. JENKINS
                                        UNITED STATES DISTRICT JUDGE

T:\CasesSF\Oracle3\STP00040344.doc

STIPULATED REQUEST AND [PROPOSED] ORDER TO FILE EXPEDITED
BRIEFING RE PLTFS' MOTION TO COMPEL TESTIMONY - C-01-0988-MJJ          - 3 -

| | | |
|---|---|---|
|1| DATED: *March 30, 2007* | LATHAM & WATKINS LLP<br>PATRICK E. GIBBS |
|2| | |
|3| | *Patrick E. Gibbs/SPJC*<br>_____<br>PATRICK E. GIBBS |
|4| | |
|5| | 140 Scott Drive<br>Menlo Park, CA 94025<br>Telephone: 650/328-4600<br>650/463-2600 (fax) |
|6| | |
|7| | LATHAM & WATKINS LLP<br>Peter A. Wald<br>Michele F. Kyrouz<br>505 Montgomery Street, Suite 2000<br>San Francisco, CA 94111<br>Telephone: 415/391-0600<br>415/395-8095 (fax) |
|8| | |
|9| | |
|10| | |
|11| | Attorneys for Defendants |
|12| DATED: | SWANSON & MC NAMARA LLP<br>EDWARD SWANSON |
|13| | |
|14| | _____<br>EDWARD SWANSON |
|15| | |
|16| | 300 Montgomery Street, Suite 1100<br>San Francisco, CA 94104<br>Telephone: 415/477-3800<br>415/477-9010 (fax) |
|17| | |
|18| | Attorneys for Witness Matthew Symonds |

\* \* \*

## ORDER

IT IS SO ORDERED.

DATED: _____

THE HONORABLE MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE

T:\CasesSF\Oracle3\STP00040344.doc

| | | |
|---|---|---|
| 1 | DATED: | LATHAM & WATKINS LLP<br>PATRICK E. GIBBS |
| 2 | | |
| 3 | | _____<br>PATRICK E. GIBBS |
| 4 | | 140 Scott Drive<br>Menlo Park, CA 94025<br>Telephone: 650/328-4600<br>650/463-2600 (fax) |
| 5 | | |
| 6 | | |
| 7 | | LATHAM & WATKINS LLP<br>Peter A. Wald<br>Michele F. Kyrouz<br>505 Montgomery Street, Suite 2000<br>San Francisco, CA 94111<br>Telephone: 415/391-0600<br>415/395-8095 (fax) |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | Attorneys for Defendants |
| 12 | DATED: 3/30/07 | SWANSON & MC NAMARA LLP<br>EDWARD SWANSON |
| 13 | | |
| 14 | | _____/s/_____ for<br>EDWARD SWANSON |
| 15 | | |
| 16 | | 300 Montgomery Street, Suite 1100<br>San Francisco, CA 94104<br>Telephone: 415/477-3800<br>415/477-9010 (fax) |
| 17 | | |
| 18 | | Attorneys for Witness Matthew Symonds |
| 19 | | |
| 20 | | * * * |
| 21 | | **ORDER** |
| 22 | IT IS SO ORDERED. | |
| 23 | DATED: _____ | _____<br>THE HONORABLE MARTIN J. JENKINS<br>UNITED STATES DISTRICT JUDGE |
| 24 | | |
| 25 | T:\CasesSF\Oracle3\STP00040344.doc | |
| 26 | | |
| 27 | | |
| 28 | | |

STIPULATED REQUEST AND [PROPOSED] ORDER TO FILE EXPEDITED
BRIEFING RE PLTFS' MOTION TO COMPEL TESTIMONY - C-01-0988-MJJ — - 3 -

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 30, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I further certify that I caused this document to be forwarded to the following designated Internet site at:  http://securities.lerachlaw.com/.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on March 30, 2007.

                                             s/ Mark Solomon
                                             MARK SOLOMON

                                             LERACH COUGHLIN STOIA GELLER
                                                   RUDMAN & ROBBINS LLP
                                             655 West Broadway, Suite 1900
                                             San Diego, CA  92101-3301
                                             Telephone:  619/231-1058
                                             619/231-7423 (fax)

                                             E-mail:MarkS@lerachlaw.com

# Mailing Information for a Case 3:01-cv-00988-MJJ

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jennie Lee Anderson**
  jennie@libertylawoffice.com

- **Eric J. Belfi**
  ebelfi@labaton.com ElectronicCaseFiling@labaton.com

- **Doug Britton**
  dougb@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Patrick Edward Gibbs**
  patrick.gibbs@lw.com zoila.aurora@lw.com

- **Eli Greenstein**
  Elig@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Kirke M. Hasson**
  kirke.hasson@pillsburylaw.com cheryl.grant@pillsburylaw.com

- **Stacey Marie Kaplan**
  SKaplan@lerachlaw.com

- **Reed R. Kathrein**
  reed@hbsslaw.com nancyq@hbsslaw.com

- **Michele F. Kyrouz**
  michele.kyrouz@lw.com

- **Nicole Lavallee**
  nlavallee@bermanesq.com

- **William S. Lerach**
  e_file_sd@lerachlaw.com

- **James C. Maroulis**
  jim.maroulis@oracle.com

- **Caroline McIntyre**
  cmcintyre@be-law.com swalker@be-law.com

- **Valerie McLaughlin**
  valeriem@lerachlaw.com kellyb@lerachlaw.com

- **Brian P Murray**

- bmurray@rabinlaw.com

- **Shinyung Oh**
  shinyungoh@paulhastings.com

- **Willow E. Radcliffe**
  willowr@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Darren J. Robbins**

- **Sanna Rachel Singer**
  ssinger@sideman.com mthomas@sideman.com

- **Mark Solomon**
  marks@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Shawn A. Williams**
  shawnw@lerachlaw.com
  e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com;aelishb@lerachlaw.com;moniquew@lerachla

- **Jamie Lynne Wine**
  jamie.wine@lw.com karen.kelly@lw.com

- **Monique Winkler**
  MoniqueW@lerachlaw.com
  E_File_SF@lerachlaw.com;MoniqueW@lerachlaw.com;shawnw@lerachlaw.com;travisd@lerachl

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Dorian Daley
500 Oracle Parkway
Redwood City, CA 94065

Corey D. Holzer
Holzer Holzer & Cannon LLC
1117 Perimeter Center West
Suite E-107
Atlanta, GA 30338
```