LERACH COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
MARK SOLOMON (151949)
DOUGLAS R. BRITTON (188769)
VALERIE L. McLAUGHLIN (191916)
GAVIN M. BOWIE (235532)
STACEY M. KAPLAN (241989)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
marks@lerachlaw.com
dougb@lerachlaw.com
valeriem@lerachlaw.com
gbowie@lerachlaw.com
skaplan@lerachlaw.com
        – and –
SHAWN A. WILLIAMS (213113)
WILLOW E. RADCLIFFE (200087)
MONIQUE C. WINKLER (213031)
ELI R. GREENSTEIN (217945)
100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@lerachlaw.com
willowr@lerachlaw.com
moniquew@lerachlaw.com
elig@lerachlaw.com

Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION | ) Master File No. C-01-0988-MJJ ) ) <u>CLASS ACTION</u> ) |
| This Document Relates To: <br><br> ALL ACTIONS. <br><br> **REDACTED VERSION OF DOCUMENT FILED UNDER SEAL** | ) DECLARATION OF MARK SOLOMON IN ) SUPPORT OF PLAINTIFFS' MOTION TO ) COMPEL TESTIMONY AND DETERMINE ) THE APPLICABILITY OF THE FIFTH ) AMENDMENT RIGHT AGAINST SELF-INCRIMINATION TO FOREIGN CITIZEN AND NON-U.S. RESIDENT MATTHEW SYMONDS |

I, MARK SOLOMON, declare as follows:

1. I am an attorney duly licensed to practice before all of the courts of the State of California. I am a member of the law firm of Lerach Coughlin Stoia Geller Rudman & Robbins LLP, one of the counsel of record for plaintiff in the above-entitled action. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. Attached are true and correct copies of the following exhibits:

Exhibit A: Order Granting in Part and Denying in Part Plaintiffs' Motion to Compel Defendants' Production of Documents Concerning and Created in Preparation for the Book Softwar, dated January 2, 2007 (Restricted Document filed under seal);

Exhibit B: Defendants' Opposition to Plaintiffs' Motion to Compel Production of Documents Concerning and Created in Preparation for the Book Softwar, dated November 13, 2006 (Restricted Document filed under seal);

Exhibit C: Declaration of Matthew Symonds dated November 9, 2006;

Exhibit D: Letter from Mark Solomon to Patrick E, Gibbs, dated January 5, 2007;

Exhibit E: Letter from Patrick E. Gibbs to Mark Solomon, dated January 11, 2007;

Exhibit F: Letter from Matthew Symonds to Patrick E. Gibbs, dated January 14, 2007 (Restricted Document filed under seal);

Exhibit G: Letter from Patrick E. Gibbs to Mark Solomon, dated February 22, 2007;

Exhibit H: Order from Master Whitaker, dated March 2, 2007 (Restricted Document filed under seal);

Exhibit I: Letter from letter from Farrer & Co. to Harbottle & Lewis, dated March 7, 2007;

Exhibit J: March 19, 2007 Draft Deposition Transcript of Matthew Symonds (Restricted Document filed under seal);

Exhibit K: March 20, 2007 Deposition Transcript of Matthew Symonds (Restricted Document filed under seal);

Exhibit L: Letter from Eli R. Greenstein to Edward W. Swanson, dated March 29, 2007;

Exhibit M: Request for International Judicial Assistance Pursuant to the Hague Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters, filed February 1, 2007 (Restricted Document filed under seal);

Exhibit N:   Defendants' Opposition to Plaintiffs' [Renewed] Motion to Compel Additional Time for the Depositions of Larry Ellison and Safra Catz, dated March 2, 2007 (Restricted Document filed under seal);

Exhibit O:   Defendants' Second Supplement to Motion to Reverse Special Master's Order Re: Softwar Materials, dated March 14, 2007 (Restricted Document filed under seal);

Exhibit P:   Letter from Mark Solomon to Hon. Edward A. Infante, dated March 8, 2007 (Restricted Document filed under seal); and

Exhibit Q:   Letter from Rees F. Morgan to Shawn A. Williams, dated January 16, 2007.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 30th day of March, 2007, at San Francisco, California.

s/Mark Solomon<br>MARK SOLOMON

T:\CasesSF\Oracle3\DEC00040522.doc

DECL OF MARK SOLOMON IN SUPPORT OF PLTFS' MTN TO COMPEL TESTIMONY & DETERMINE THE APPLICABILITY OF 5TH AMEND RIGHT AGAINST SELF-INCRIMINATION  - C-01-0988-MJJ     - 2 -

1   CERTIFICATE OF SERVICE

2      I hereby certify that on March 30, 2007, I electronically filed the foregoing with the Clerk of
3   the Court using the CM/ECF system which will send notification of such filing to the e-mail
4   addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have
5   mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF
6   participants indicated on the attached Manual Notice List.

7      I further certify that I caused this document to be forwarded to the following designated
8   Internet site at: http://securities.lerachlaw.com/.

9      I certify under penalty of perjury under the laws of the United States of America that the
10  foregoing is true and correct. Executed on March 30, 2007.

                                    s/ Mark Solomon
                                    MARK SOLOMON

                                    LERACH COUGHLIN STOIA GELLER
                                        RUDMAN & ROBBINS LLP
                                    655 West Broadway, Suite 1900
                                    San Diego, CA  92101-3301
                                    Telephone:  619/231-1058
                                    619/231-7423 (fax)

                                    E-mail:MarkS@lerachlaw.com

# Mailing Information for a Case 3:01-cv-00988-MJJ

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jennie Lee Anderson**
  jennie@libertylawoffice.com

- **Eric J. Belfi**
  ebelfi@labaton.com ElectronicCaseFiling@labaton.com

- **Doug Britton**
  dougb@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Patrick Edward Gibbs**
  patrick.gibbs@lw.com zoila.aurora@lw.com

- **Eli Greenstein**
  Elig@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Kirke M. Hasson**
  kirke.hasson@pillsburylaw.com cheryl.grant@pillsburylaw.com

- **Stacey Marie Kaplan**
  SKaplan@lerachlaw.com

- **Reed R. Kathrein**
  reed@hbsslaw.com nancyq@hbsslaw.com

- **Michele F. Kyrouz**
  michele.kyrouz@lw.com

- **Nicole Lavallee**
  nlavallee@bermanesq.com

- **William S. Lerach**
  e_file_sd@lerachlaw.com

- **James C. Maroulis**
  jim.maroulis@oracle.com

- **Caroline McIntyre**
  cmcintyre@be-law.com swalker@be-law.com

- **Valerie McLaughlin**
  valeriem@lerachlaw.com kellyb@lerachlaw.com

- **Brian P Murray**

    bmurray@rabinlaw.com

- **Shinyung Oh**
  shinyungoh@paulhastings.com

- **Willow E. Radcliffe**
  willowr@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Darren J. Robbins**

- **Sanna Rachel Singer**
  ssinger@sideman.com mthomas@sideman.com

- **Mark Solomon**
  marks@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Shawn A. Williams**
  shawnw@lerachlaw.com
  e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com;aelishb@lerachlaw.com;moniquew@lerachla

- **Jamie Lynne Wine**
  jamie.wine@lw.com karen.kelly@lw.com

- **Monique Winkler**
  MoniqueW@lerachlaw.com
  E_File_SF@lerachlaw.com;MoniqueW@lerachlaw.com;shawnw@lerachlaw.com;travisd@lerachl

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Dorian Daley
500 Oracle Parkway
Redwood City, CA 94065

Corey D. Holzer
Holzer Holzer & Cannon LLC
1117 Perimeter Center West
Suite E-107
Atlanta, GA 30338
```