# Exhibit F

# Document Filed Under Seal