Exhibit H

# Document Filed Under Seal