# Exhibit J

# Document Filed Under Seal