# Exhibit K

# Document Filed Under Seal