# Exhibit M

# Document Filed Under Seal