# Exhibit N

# Document Filed Under Seal