# Exhibit O

# Document Filed Under Seal