Exhibit P

# Document Filed Under Seal