Exhibit Q

Rees F. Morgan
Direct: 415-395-8222
rees.morgan@lw.com

# LATHAM&WATKINS LLP

505 Montgomery Street, Suite 2000
San Francisco, California 94111-2562
Tel: (415) 391-0600  Fax: (415) 395-8095
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Brussels | New York |
| Chicago | Northern Virginia |
| Frankfurt | Orange County |
| Hamburg | Paris |
| Hong Kong | San Diego |
| London | San Francisco |
| Los Angeles | Shanghai |
| Milan | Silicon Valley |
| Moscow | Singapore |
| Munich | Tokyo |
| New Jersey | Washington, D.C. |

File No. 038128-0025

January 16, 2007

### VIA HAND DELIVERY AND FACSIMILE

Shawn Williams, Esq.
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
100 Pine Street, 26th Floor
San Francisco, CA 94111

Re:   In re Oracle Securities Litigation

Dear Shawn:

Pursuant to the Special Master's Order Granting in Part and Denying in Part Plaintiffs' Motion to Compel Defendants' Production of Documents Concerning and Created in Preparation for the Book *Softwar* (the "Order"), enclosed please find a CD stamped ORC 177, containing documents bates labeled NDCA-ORCL 1529156 - 1529393. Per the Order, this CD contains the final agreement between Mr. Ellison and Mr. Symonds, as well as transcripts of interviews with Mr. Ellison created in preparation for the book, which Mr. Symonds voluntarily produced to Defendants on Friday, January 12, 2006.

Very truly yours,

Rees Feriter Morgan
of LATHAM & WATKINS LLP

Enclosures

cc:   Mark Solomon (*via facsimile; w/o enclosures*)