LATHAM & WATKINS LLP
  Peter A. Wald (SBN 85705)
  Michele F. Kyrouz (SBN 168004)
  Matthew D. Harrison (SBN 210981)
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-2562
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
E-mail: peter.wald@lw.com
        michele.kyrouz@lw.com
        matt.harrison@lw.com

LATHAM & WATKINS LLP
  Patrick E. Gibbs (SBN 183174)
140 Scott Drive
Menlo Park, CA 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600
E-mail: patrick.gibbs@lw.com

LATHAM & WATKINS LLP
  Jamie L. Wine (SBN 181373)
633 West Fifth Street, Suite 4000
Los Angeles, CA 90071-2007
Phone: (213) 485-1234
Fax: (213) 891-8763
E-mail: jamie.wine@lw.com

Attorneys for Defendants ORACLE CORPORATION, LAWRENCE J. ELLISON, JEFFREY O. HENLEY, and EDWARD J. SANDERSON

ORACLE CORPORATION
  Dorian E. Daley (SBN 129049)
  James C. Maroulis (SBN 208316)
500 Oracle Parkway
Mailstop 5OP7
Redwood Shores, California 94065
Telephone: (650) 506-5200
Facsimile: (650) 506-7114
E-mail: jim.maroulis@oracle.com

Attorneys for Defendant ORACLE CORPORATION

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Master File No. C-01-0988-MJJ (Consolidated)<br><br>CLASS ACTION<br><br>**DEFENDANTS' ADMINISTRATIVE REQUEST TO FILE UNDER SEAL DEFENDANTS' OPPOSITION TO PLAINTIFFS' REQUEST FOR LEAVE TO FILE SUR-REPLY AND FACTUAL SUPPLEMENT IN OPPOSITION TO DEFENDANTS' MOTION TO REVERSE SPECIAL MASTER'S ORDER RE: *SOFTWAR* MATERIALS**<br><br>**Honorable Martin J. Jenkins** |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

ADMIN REQ TO SEAL DEFS' OPP TO PLFS' REQ FOR LEAVE
TO FILE SUR-REPLY RE MOT TO REVERSE *SOFTWAR* ORDER
Master File No. C-01-0988-MJJ

1  Defendants submit this administrative request to file under seal Defendants'
2  Opposition to Plaintiffs' Request for Leave to File Sur-Reply and Factual Supplement in
3  Opposition to Defendants' Motion to Reverse Special Master's Order re: *Softwar* Materials.
4  Accompanying this administrative request are the Declaration of Matthew D. Harrison in
5  Support of Defendants' Administrative Request to File Under Seal Defendants' Opposition to
6  Plaintiffs' Request for Leave to File Sur-Reply and Factual Supplement in Opposition to
7  Defendants' Motion to Reverse Order re: *Softwar* Materials ("Harrison Decl.") and the
8  [Proposed] Sealing Order, respectively filed and lodged concurrently herewith.
9  In their Opposition to Plaintiffs' Request for Leave to File Sur-Reply and Factual
10 Supplement in Opposition to Defendants' Motion to Reverse Special Master's Order re: *Softwar*
11 Materials, Defendants refer to and quote material that has been designated as "Confidential" by
12 both parties.  Material designated as "Confidential" is subject to the provisions of the Revised
13 Stipulated Protective Order Governing Confidentiality entered on January 11, 2005.
14 Accordingly, Defendants respectfully request that Defendants' Opposition to Plaintiffs' Request
15 for Leave to File Sur-Reply and Factual Supplement in Opposition to Defendants' Motion to
16 Reverse Order re: *Softwar* Materials be filed under seal of the Court.

Dated: April 2, 2007

LATHAM & WATKINS LLP
  Peter A. Wald
  Michele F. Kyrouz
  Jamie L. Wine
  Patrick E. Gibbs
  Matthew D. Harrison

                    /s/ Matthew D. Harrison
By:_____
  Matthew D. Harrison
  Attorneys for Defendants ORACLE
  CORPORATION, LAWRENCE J.
  ELLISON, JEFFREY O. HENLEY,
  and EDWARD J. SANDERSON

SF\604304.1

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

ADMIN REQ TO SEAL DEFS' OPP TO PLFS' REQ FOR LEAVE
TO FILE SUR-REPLY RE MOT TO REVERSE *SOFTWAR* ORDER
Master File No. C-01-0988-MJJ