| | |
|---|---|
| LATHAM & WATKINS LLP<br>  Peter A. Wald (SBN 85705)<br>  Michele F. Kyrouz (SBN 168004)<br>  Matthew D. Harrison (SBN 210981)<br>505 Montgomery Street, Suite 2000<br>San Francisco, CA  94111-2562<br>Telephone: (415) 391-0600<br>Facsimile: (415) 395-8095<br>E-mail: peter.wald@lw.com<br>        michele.kyrouz@lw.com<br>        matt.harrison@lw.com | LATHAM & WATKINS LLP<br>  Patrick E. Gibbs (SBN 183174)<br>140 Scott Drive<br>Menlo Park, CA 94025<br>Telephone: (650) 328-4600<br>Facsimile: (650) 463-2600<br>E-mail: patrick.gibbs@lw.com |

Attorneys for Defendants ORACLE CORPORATION, LAWRENCE J. ELLISON, JEFFREY O. HENLEY, and EDWARD J. SANDERSON

ORACLE CORPORATION
  Dorian E. Daley (SBN 129049)
  James C. Maroulis (SBN 208316)
500 Oracle Parkway
Mailstop 5OP7
Redwood Shores, California 94065
Telephone: (650) 506-5200
Facsimile: (650) 506-7114
E-mail: jim.maroulis@oracle.com

Attorneys for Defendant ORACLE CORPORATION

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Master File No. C-01-0988-MJJ (Consolidated)<br><br>CLASS ACTION<br><br>**DECLARATION OF MATTHEW D. HARRISON IN SUPPORT OF ADMINISTRATIVE REQUEST TO FILE UNDER SEAL DEFENDANTS' OPPOSITION TO PLAINTIFFS' REQUEST FOR LEAVE TO FILE SUR-REPLY AND FACTUAL SUPPLEMENT IN OPPOSITION TO DEFENDANTS' MOTION TO REVERSE SPECIAL MASTER'S ORDER RE: *SOFTWAR* MATERIALS**<br><br>**Honorable Martin J. Jenkins** |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

HARRISON DECL ISO ADMIN REQUEST TO SEAL DEFS' OPP
TO PLFS' REQ FOR LEAVE TO FILE SUR-REPLY RE: *SOFTWAR*
Master File No. C-01-0988-MJJ

I, Matthew D. Harrison, declare as follows:

1. I am an attorney duly licensed to practice before all the courts of the State of California. I am an associate with the law firm of Latham & Watkins LLP, counsel of record for Defendants in the above-entitled action. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. I submit this declaration in support of Defendants' Administrative Request to File Under Seal Defendants' Opposition to Plaintiffs' Request for Leave to File Sur-Reply and Factual Supplement in Opposition to Defendants' Motion to Reverse Special Master's Order re: *Softwar* Materials.

3. Defendants' Opposition to Plaintiffs' Request for Leave to File Sur-Reply and Factual Supplement in Opposition to Defendants' Motion to Reverse Special Master's Order re: *Softwar* Materials refers to and quotes material which has been designated as "Confidential" by both parties.

4. This information is subject to the provisions of the Revised Stipulated Protective Order Governing Confidentiality entered on January 11, 2005. The revised Stipulated Protective Order Governing Confidentiality is attached hereto as Exhibit A.

I hereby certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on April 2, 2007 in San Francisco, California.

/s/ Matthew D. Harrison

Matthew D. Harrison

SF\604305.1

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

HARRISON DECL ISO ADMIN REQUEST TO SEAL DEFS' OPP
TO PLFS' REQ FOR LEAVE TO FILE SUR-REPLY RE: *SOFTWAR*
Master File No. C-01-0988-MJJ

1