| | |
|---|---|
| LATHAM & WATKINS LLP<br>  Peter A. Wald (SBN 85705)<br>  Michele F. Kyrouz (SBN 168004)<br>  Matthew D. Harrison (SBN 210981)<br>505 Montgomery Street, Suite 2000<br>San Francisco, CA  94111-2562<br>Telephone: (415) 391-0600<br>Facsimile: (415) 395-8095<br>E-mail: peter.wald@lw.com<br>         michele.kyrouz@lw.com<br>         matt.harrison@lw.com | LATHAM & WATKINS LLP<br>  Patrick E. Gibbs (SBN 183174)<br>140 Scott Drive<br>Menlo Park, CA 94025<br>Telephone: (650) 328-4600<br>Facsimile: (650) 463-2600<br>E-mail: patrick.gibbs@lw.com |

Attorneys for Defendants ORACLE CORPORATION, LAWRENCE J. ELLISON, JEFFREY O. HENLEY, and EDWARD J. SANDERSON

ORACLE CORPORATION
  Dorian E. Daley (SBN 129049)
  James C. Maroulis (SBN 208316)
500 Oracle Parkway
Mailstop 5OP7
Redwood Shores, California 94065
Telephone: (650) 506-5200
Facsimile: (650) 506-7114
E-mail: jim.maroulis@oracle.com

Attorneys for Defendant ORACLE CORPORATION

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Master File No. C-01-0988-MJJ<br>(Consolidated)<br><br>CLASS ACTION<br><br>**DEFENDANTS' ADMINISTRATIVE REQUEST TO FILE UNDER SEAL DECLARATION OF MATTHEW D. HARRISON IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' REQUEST FOR LEAVE TO FILE SUR-REPLY AND FACTUAL SUPPLEMENT IN OPPOSITION TO DEFENDANTS' MOTION TO REVERSE SPECIAL MASTER'S ORDER RE:** *SOFTWAR* **MATERIALS**<br><br>**Honorable Martin J. Jenkins** |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

ADMIN REQ TO SEAL HARRISON DECL ISO DEFS' OPP TO
PLFS' REQ FOR LEAVE TO FILE SUR-REPLY RE: *SOFTWAR*
Master File No. C-01-0988-MJJ

1  Defendants submit this administrative request to file under seal the Declaration of
2  Matthew D. Harrison in Support of Defendants' Opposition to Plaintiffs' Request for Leave to
3  File Sur-Reply and Factual Supplement in Opposition to Defendants' Motion to Reverse Special
4  Master's Order re: *Softwar* Materials (the "Harrison Declaration").  Accompanying this
5  administrative request are the Declaration of Matthew D. Harrison in Support of Defendants'
6  Administrative Request to File Under Seal the Harrison Declaration and the [Proposed] Sealing
7  Order, respectively filed and lodged concurrently herewith.

8  The Harrison Declaration refers to and attaches information that has been
9  designated as "Confidential" by Defendants.  Information designated as "Confidential" is subject
10 to the provisions of the Revised Stipulated Protective Order Governing Confidentiality entered
11 on January 11, 2005.  Accordingly, Defendants respectfully request that the Harrison Declaration
12 be filed under seal of the Court.

14  Dated:  April 2, 2007

LATHAM & WATKINS LLP
Peter A. Wald
Michele F. Kyrouz
Jamie L. Wine
Patrick E. Gibbs
Matthew D. Harrison

/s/ Matthew D. Harrison

By:_____
Matthew D. Harrison
Attorneys for Defendants ORACLE
CORPORATION, LAWRENCE J.
ELLISON, JEFFREY O. HENLEY,
and EDWARD J. SANDERSON

SF\604310.1

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

ADMIN REQ TO SEAL HARRISON DECL ISO DEFS' OPP TO
PLFS' REQ FOR LEAVE TO FILE SUR-REPLY RE: *SOFTWAR*
Master File No. C-01-0988-MJJ