| | |
|---|---|
| LATHAM & WATKINS LLP<br>  Peter A. Wald (SBN 85705)<br>  Michele F. Kyrouz (SBN 168004)<br>  Matthew D. Harrison (SBN 210981)<br>505 Montgomery Street, Suite 2000<br>San Francisco, CA 94111-2562<br>Telephone: (415) 391-0600<br>Facsimile: (415) 395-8095<br>E-mail: peter.wald@lw.com<br>        michele.kyrouz@lw.com<br>        matt.harrison@lw.com | LATHAM & WATKINS LLP<br>  Patrick E. Gibbs (SBN 183174)<br>140 Scott Drive<br>Menlo Park, CA 94025<br>Telephone: (650) 328-4600<br>Facsimile: (650) 463-2600<br>E-mail: patrick.gibbs@lw.com |

Attorneys for Defendants ORACLE CORPORATION, LAWRENCE J. ELLISON, JEFFREY O. HENLEY, and EDWARD J. SANDERSON

ORACLE CORPORATION
  Dorian E. Daley (SBN 129049)
  James C. Maroulis (SBN 208316)
500 Oracle Parkway
Mailstop 5OP7
Redwood Shores, CA 94065
Telephone: (650) 506-5200
Facsimile: (650) 506-7114
E-mail: jim.maroulis@oracle.com

Attorneys for Defendant ORACLE CORPORATION

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Master File No. C-01-0988-MJJ (Consolidated)<br><br>CLASS ACTION<br><br>**DECLARATION OF MATTHEW D. HARRISON IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' REQUEST FOR LEAVE TO FILE SUR-REPLY AND FACTUAL SUPPLEMENT IN OPPOSITION TO DEFENDANTS' MOTION TO REVERSE SPECIAL MASTER'S ORDER RE: *SOFTWAR* MATERIALS**<br><br>Date:     April 3, 2007<br>Time:    9:30 a.m.<br>Judge:   Martin J. Jenkins |

**FILED UNDER SEAL**

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

HARRISON DECL ISO DEFS' OPP TO PLFS' REQ FOR LEAVE
TO FILE SUR-REPLY RE MOT TO REVERSE *SOFTWAR* ORDER
Master File No. C-01-0988-MJJ