1
2
3
4
5
6
7
8                              UNITED STATES DISTRICT COURT
9                             NORTHERN DISTRICT OF CALIFORNIA

10  | In re ORACLE CORPORATION        ) | Master File No. C-01-0988-MJJ
    | SECURITIES LITIGATION           ) |
11  |                                 ) | CLASS ACTION
    |                                 ) |
12  | This Document Relates To:       ) | [PROPOSED] SEALING ORDER
    |                                 ) |
13  |     ALL ACTIONS.                ) |
    |                                 ) |
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1  Having considered all the papers submitted in support of Plaintiffs' Administrative Motion to
2  File Plaintiffs' Corrected Opposition to Defendants' Motion to Reverse Special Master's Order Re:
3  Softwar Materials Under Seal, and finding good cause,
4  IT IS HEREBY ORDERED that the motion is granted.  Plaintiffs' Corrected Opposition to
5  Defendants' Motion to Reverse Special Master's Order Re: Softwar Materials, and its supporting
6  attachments, are hereby sealed.
7  IT IS SO ORDERED.
8  DATED: _____04/02/07_____  _____
                                    THE HONORABLE MARTIN J. JENKINS
9                                   UNITED STATES DISTRICT JUDGE

   *Judge Martin J. Jenkins*

11  Submitted by:

12  LERACH COUGHLIN STOIA GELLER
       RUDMAN & ROBBINS LLP
    MARK SOLOMON
13  DOUGLAS R. BRITTON
    VALERIE L. McLAUGHLIN
14  GAVIN M. BOWIE
    STACEY M. KAPLAN
15

16

17  _____s/ STACEY M. KAPLAN_____
         STACEY M. KAPLAN

18  655 West Broadway, Suite 1900
    San Diego, CA  92101
19  Telephone:  619/231-1058
    619/231-7423 (fax)
20

21  LERACH COUGHLIN STOIA GELLER
       RUDMAN & ROBBINS LLP
    SHAWN A. WILLIAMS
22  WILLOW E. RADCLIFFE
    MONIQUE C. WINKLER
23  ELI R. GREENSTEIN
    100 Pine Street, Suite 2600
24  San Francisco, CA  94111
    Telephone:  415/288-4545
25  415/288-4534 (fax)

26  Lead Counsel for Plaintiffs

27  S:\CasesSD\Oracle3\ord00039829.doc

28

[PROPOSED] SEALING ORDER - C-01-0988-MJJ                                                    - 1 -