1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT
9                    NORTHERN DISTRICT OF CALIFORNIA

10  | In re ORACLE CORPORATION          ) | Master File No. C-01-0988-MJJ
    | SECURITIES LITIGATION             )
11  | _____ ) | CLASS ACTION
                                        )
12  | This Document Relates To:         ) | [PROPOSED] SEALING ORDER
                                        )
13  |     ALL ACTIONS.                  )
                                        )
14  | _____ )

15
16
17
18
19
20
21
22
23
24
25
26
27
28

1 | Having considered all the papers submitted in support of Plaintiffs' Administrative Motion to File Plaintiffs' Opposition to Defendants' Motion to Reverse Special Master's Order Re: Softwar Materials Under Seal, and finding good cause,

IT IS HEREBY ORDERED that the motion is granted. Plaintiffs' Opposition to Defendants' Motion to Reverse Special Master's Order Re: Softwar Materials, and its supporting attachments, are hereby sealed.

IT IS SO ORDERED.

DATED: 04/02/07

_____
MARTIN J. JENKINS
DISTRICT JUDGE

*Judge Martin J. Jenkins*

Submitted by:

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
MARK SOLOMON
DOUGLAS R. BRITTON
VALERIE L. McLAUGHLIN
GAVIN M. BOWIE
STACEY M. KAPLAN


      s/ STACEY M. KAPLAN
      STACEY M. KAPLAN

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SHAWN A. WILLIAMS
WILLOW E. RADCLIFFE
MONIQUE C. WINKLER
ELI R. GREENSTEIN
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)

Lead Counsel for Plaintiffs

S:\CasesSD\Oracle3\ord00039762.doc