1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION

| In re ORACLE CORPORATION SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Master File No. C-01-0988-MJJ (Consolidated)<br><br><u>CLASS ACTION</u><br><br>[PROPOSED] SEALING ORDER<br><br>**Honorable Martin J. Jenkins** |
|---|---|

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Having considered the papers regarding Defendants' Administrative Request to file under seal Defendants' Supplement to Motion to Reverse Special Master's Order re: *Softwar* Materials, and finding good cause therefore; Defendants' Supplement to Motion to Reverse Special Master's Order re: *Softwar* Materials is **HEREBY sealed**.

IT IS SO ORDERED.

Dated: 04/02/07

MARTIN J. JENKINS
DISTRICT JUDGE

Submitted By:

DATED: February 22, 2007

| LATHAM & WATKINS LLP | LATHAM & WATKINS LLP |
|---|---|
| Peter A. Wald (SBN 85705) | Patrick E. Gibbs (SBN 183174) |
| Michele F. Kyrouz (SBN 168004) | 140 Scott Drive |
| Sean P.J. Coyle (SBN 233039) | Menlo Park, CA 94025 |
| 505 Montgomery Street, Suite 2000 | Telephone: (650) 328-4600 |
| San Francisco, CA 94111-2562 | Facsimile: (650) 463-2600 |
| Telephone: (415) 391-0600 | E-mail: patrick.gibbs@lw.com |
| Facsimile: (415) 395-8095 | |
| E-mail: peter.wald@lw.com | |
|         michele.kyrouz@lw.com | |

**/s/ Sean P.J. Coyle**
_____
Sean P.J. Coyle

SF\594589.1