1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 10 In re ORACLE CORPORATION SECURITIES LITIGATION | ) ) | Master File No. C-01-0988-MJJ |
| 11 | ) | <u>CLASS ACTION</u> |
| | ) | |
| 12 This Document Relates To: | ) ) | [CORRECTED] [~~PROPOSED~~] SEALING ORDER |
| 13    ALL ACTIONS. | ) ) | |

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1   Having considered all of the papers submitted in support of Plaintiffs' [Corrected]
2   Administrative Motion to File Plaintiffs' [Corrected] Motion for Leave to File Sur-Reply and Factual
3   Supplement in Further Opposition to Defendants' Motion to Reverse the Special Master's Order Re:
4   Softwar Materials ("[Corrected] Motion for Leave") Under Seal, and finding good cause,
5   IT IS HEREBY ORDERED that the motion is granted.  Plaintiffs' [Corrected] Motion for
6   Leave and its supporting attachments, are hereby sealed.
7   IT IS SO ORDERED.
8   DATED: 04/02/07
    THE HONORABLE MARTIN J. JENKINS
9   UNITED STATES DISTRICT JUDGE

11  Submitted by:

12  LERACH COUGHLIN STOIA GELLER
      RUDMAN & ROBBINS LLP
    MARK SOLOMON
13  DOUGLAS R. BRITTON
    VALERIE L. McLAUGHLIN
14  GAVIN M. BOWIE
    STACEY M. KAPLAN

17      s/ STACEY M. KAPLAN
        STACEY M. KAPLAN

18  655 West Broadway, Suite 1900
    San Diego, CA  92101
19  Telephone: 619/231-1058
    619/231-7423 (fax)
20
    LERACH COUGHLIN STOIA GELLER
21    RUDMAN & ROBBINS LLP
    SHAWN A. WILLIAMS
22  WILLOW E. RADCLIFFE
    MONIQUE C. WINKLER
23  ELI R. GREENSTEIN
    100 Pine Street, Suite 2600
24  San Francisco, CA  94111
    Telephone: 415/288-4545
25  415/288-4534 (fax)

26  Lead Counsel for Plaintiffs

27  T:\CasesSF\Oracle3\ORD00040531_Corrected.doc

28

[CORRECTED] [PROPOSED] SEALING ORDER – C-01-0988-MJJ                                    1