1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          NORTHERN DISTRICT OF CALIFORNIA

10   In re ORACLE CORPORATION            )     Master File No. C-01-0988-MJJ
     SECURITIES LITIGATION               )
11   _____ )     CLASS ACTION
                                         )
12   This Document Relates To:           )     [PROPOSED] SEALING ORDER
                                         )
13            ALL ACTIONS.               )
                                         )
14   _____ )

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    Having considered all of the papers submitted in support of Plaintiffs' Administrative Motion

2    to File Plaintiffs' Sur-Reply and Factual Supplement in Further Opposition to Defendants' Motion to

3    Reverse the Special Master's Order Re: Softwar Materials ("Sur-Reply") Under Seal, and finding

4    good cause,

5    IT IS HEREBY ORDERED that the motion is granted.  Plaintiffs' Sur-Reply and its

6    supporting attachments, are hereby sealed.

7    IT IS SO ORDERED.

8    DATED: _____04/02/07_____  _____

9    THE HO̲_____ ̲A̲R̲T̲I̲N J. JENKINS
     ̲T̲R̲I̲CT JUDGE

10

11   Submitted by:

12   LERACH COUGHLIN STOIA GELLER
        RUDMAN & ROBBINS LLP
13   MARK SOLOMON
     DOUGLAS R. BRITTON
14   VALERIE L. McLAUGHLIN
     GAVIN M. BOWIE
15   STACEY M. KAPLAN

16
     _____s/ STACEY M. KAPLAN_____
17        STACEY M. KAPLAN

18   655 West Broadway, Suite 1900
     San Diego, CA  92101
19   Telephone:  619/231-1058
     619/231-7423 (fax)
20
     LERACH COUGHLIN STOIA GELLER
21      RUDMAN & ROBBINS LLP
     SHAWN A. WILLIAMS
22   WILLOW E. RADCLIFFE
     MONIQUE C. WINKLER
23   ELI R. GREENSTEIN
     100 Pine Street, Suite 2600
24   San Francisco, CA  94111
     Telephone:  415/288-4545
25   415/288-4534 (fax)

26   Lead Counsel for Plaintiffs

27   T:\CasesSF\Oracle3\ORD00040531.doc

28