1  LATHAM & WATKINS LLP                    LATHAM & WATKINS LLP
     Peter A. Wald (SBN 85705)               Patrick E. Gibbs (SBN 183174)
2    Michele F. Kyrouz (SBN 168004)        140 Scott Drive
   505 Montgomery Street, Suite 2000       Menlo Park, CA 94025
3  San Francisco, CA 94111-2562            Telephone: (650) 328-4600
   Telephone: (415) 391-0600               Facsimile: (650) 463-2600
4  Facsimile: (415) 395-8095               E-mail: patrick.gibbs@lw.com
     E-mail: peter.wald@lw.com
5            michele.kyrouz@lw.com

6  LATHAM & WATKINS LLP
     Jamie L. Wine (SBN 181373)
7  633 West Fifth Street, Suite 4000
   Los Angeles, CA 90071-2007
8  Phone: (213) 485-1234
   Fax: (213) 891-8763
9  E-mail: jamie.wine@lw.com

10 Attorneys for Defendants ORACLE CORPORATION, LAWRENCE
   J. ELLISON, JEFFREY O. HENLEY, and EDWARD J. SANDERSON
11
   ORACLE CORPORATION
12   Dorian E. Daley (SBN 129049)
     James C. Maroulis (SBN 208316)
13 500 Oracle Parkway
   Mailstop 5OP7
14 Redwood Shores, CA 94065
   Telephone: (650) 506-5200
15 Facsimile: (650) 506-7114
   E-mail: jim.maroulis@oracle.com
16
   Attorneys for Defendant ORACLE CORPORATION

17

**UNITED STATES DISTRICT COURT**

18

**NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION**

19

| In re ORACLE CORPORATION SECURITIES LITIGATION | Master File No. C-01-0988-MJJ (Consolidated) |
|---|---|
| | CLASS ACTION |
| This Document Relates To: ALL ACTIONS. | **NOTICE OF ENTRY OF ORDER DENYING PLAINTIFFS' MOTION TO COMPEL ADDITIONAL TIME FOR THE DEPOSITIONS OF LARRY ELLISON AND SAFRA CATZ AND MODIFYING DECEMBER 14, 2006 ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFFS' MOTION TO COMPEL THE DEPOSITIONS OF CHRISTOPHER BALKENHOL AND DORIAN DALEY AND ADDITIONAL TIME FOR THE DEPOSITIONS OF LARRY ELLISON AND SAFRA CATZ** |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

NOTICE OF ENTRY OF ORDER RE: PLFS' MOTION TO COMPEL
DEPOSITIONS AND MODIFYING DECEMBER 14, 2006 ORDER
Master File No. C-01-0988-MJJ

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, on March 22, 2007, The Honorable Edward A. Infante (Ret.), Special Master, signed the Order Denying Plaintiffs' Motion to Compel Additional Time for the Depositions of Larry Ellison and Safra Catz and Modifying December 14, 2006 Order Granting in Part and Denying in Part Plaintiffs' Motion to Compel the Depositions of Christopher Balkenhol and Dorian Daley and Additional Time for the Depositions of Larry Ellison and Safra Catz, which is attached hereto as Exhibit A.

Dated: April 3, 2007

LATHAM & WATKINS LLP
  Peter A. Wald
  Michele F. Kyrouz
  Patrick E. Gibbs

By: _____/S/_____
  Patrick E. Gibbs
  Attorneys for Defendants
  ORACLE CORPORATION, LAWRENCE J. ELLISON, JEFFREY O. HENLEY, and EDWARD J. SANDERSON

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

NOTICE OF ENTRY OF ORDER RE: PLFS' MOTION TO COMPEL DEPOSITIONS AND MODIFYING DECEMBER 14, 2006 ORDER
Master File No. C-01-0988-MJJ

1