# Exhibit A

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION | Master File No. C-01-0988-MJJ (JCS) (Consolidated) |
| This Document Relates To: ALL ACTIONS. | [PROPOSED] ORDER DENYING PLAINTIFFS' MOTION TO COMPEL ADDITIONAL TIME FOR THE DEPOSITIONS OF LARRY ELLISON AND SAFRA CATZ AND MODIFYING DECEMBER 14, 2006 ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFFS' MOTION TO COMPEL THE DEPOSITIONS OF CHRISTOPHER BALKENHOL AND DORIAN DALEY AND ADDITIONAL TIME FOR THE DEPOSITIONS OF LARRY ELLISON AND SAFRA CATZ |
| | Honorable Judge Martin J. Jenkins<br>Magistrate Judge Joseph C. Spero<br>Honorable Judge Edward A. Infante (Ret.) |

1. Having considered the parties' papers regarding Plaintiffs' Motion to Compel
2. Additional Time for the Depositions of Larry Ellison and Safra Catz ("Plaintiffs' Motion"), and
3. any argument thereon, the Court hereby ORDERS that Plaintiffs' Motion is DENIED. However,
4. finding good cause therefore the Court hereby modifies the December 14, 2006 Order Granting
5. In Part and Denying In Part Plaintiffs' Motion to Compel the Depositions of Christopher
6. Balkenhol and Dorian Daley and Additional Time for the Depositions of Larry Ellison and Safra
7. Catz as follows:

Instead of appearing for 3.5 additional hours of deposition, Larry Ellison shall appear for a total of 4.0 additional hours of deposition on March 30, 2007 or any such date in April to which the parties may agree. Instead of appearing for 2.5 additional hours of deposition, Safra Catz shall appear for a total of 3.0 additional hours of deposition on March 23, 2007.

IT IS SO ORDERED.

DATED: March 22, 2007        /s/Edward A. Infante
                              Hon. Edward A. Infante (Ret.)
                              Special Master

Submitted by:

LATHAM & WATKINS LLP

    Peter A. Wald
    Patrick E. Gibbs
    Michele F. Kyrouz
    Jamie L. Wine

By: *Patrick E. Gibbs/SPJC*
    Patrick E. Gibbs
    Attorneys for Defendants ORACLE
    CORPORATION, LAWRENCE J.
    ELLISON, JEFFREY O. HENLEY,
    And EDWARD J. SANDERSON

1

[PROPOSED] ORDER DENYING PLFS' MOTION FOR ADD'L
TIME FOR DEPOS. OF L. ELLISON AND S. CATZ AND
MODIFYING DEC. 14, 2006 ORDER RE: DEPOS.
Master File No. C-01-0988-MJJ (JCS)