| | |
|---|---|
| LATHAM & WATKINS LLP<br>  Peter A. Wald (SBN 85705)<br>  Michele F. Kyrouz (SBN 168004)<br>  Sean P.J. Coyle (SBN 233039)<br>505 Montgomery Street, Suite 2000<br>San Francisco, CA  94111-2562<br>Telephone: (415) 391-0600<br>Facsimile: (415) 395-8095<br>E-mail: peter.wald@lw.com<br>          michele.kyrouz@lw.com<br>          matt.harrison@lw.com | LATHAM & WATKINS LLP<br>  Patrick E. Gibbs (SBN 183174)<br>140 Scott Drive<br>Menlo Park, CA 94025<br>Telephone: (650) 328-4600<br>Facsimile: (650) 463-2600<br>E-mail: patrick.gibbs@lw.com |

Attorneys for Defendants ORACLE CORPORATION, LAWRENCE J. ELLISON, JEFFREY O. HENLEY, and EDWARD J. SANDERSON

ORACLE CORPORATION
  Dorian E. Daley (SBN 129049)
  James C. Maroulis (SBN 208316)
500 Oracle Parkway
Mailstop 5OP7
Redwood Shores, California 94065
Telephone: (650) 506-5200
Facsimile: (650) 506-7114
E-mail: jim.maroulis@oracle.com

Attorneys for Defendant ORACLE CORPORATION

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re ORACLE CORPORATION<br>SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Master File No. C-01-0988-MJJ<br>(Consolidated)<br><br>CLASS ACTION<br><br>**DEFENDANTS' ADMINISTRATIVE REQUEST TO FILE UNDER SEAL ERRATA FOR DEFENDANTS' OPPOSITION TO PLAINTIFFS' REQUEST FOR LEAVE TO FILE SUR-REPLY AND FACTUAL SUPPLEMENT IN OPPOSITION TO DEFENDANTS' MOTION TO REVERSE SPECIAL MASTER'S ORDER RE:** *SOFTWAR* **MATERIALS**<br><br>**Honorable Martin J. Jenkins** |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

ADMN REQ TO SEAL ERRATA FOR DEFS' OPP TO PLFS' REQ
FOR LEAVE TO FILE SUR-REP RE MOT TO REV *SOFTWAR* ORD
Master File No. C-01-0988-MJJ

1   Defendants submit this administrative request to file under seal an Errata for
2   Defendants' Opposition to Plaintiffs' Request for Leave to File Sur-Reply and Factual
3   Supplement in Opposition to Defendants' Motion to Reverse Special Master's Order re: *Softwar*
4   Materials ("Defendants' Errata").  Accompanying this administrative request are the Declaration
5   of Sean P.J. Coyle in Support of this administrative request and the [Proposed] Sealing Order,
6   respectively filed and lodged concurrently herewith.

7   In their Errata, Defendants quote from and refer to material that has previously
8   been filed under seal as confidential by Defendants.  Accordingly, Defendants respectfully
9   request their Errata be filed under seal of the Court.

Dated:  April 4, 2007

LATHAM & WATKINS LLP
Peter A. Wald
Michele F. Kyrouz
Jamie L. Wine
Patrick E. Gibbs
Sean P.J. Coyle


/s/ Sean P.J. Coyle
By:_____
Sean P.J. Coyle
Attorneys for Defendants ORACLE
CORPORATION, LAWRENCE J.
ELLISON, JEFFREY O. HENLEY,
and EDWARD J. SANDERSON

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

ADMN REQ TO SEAL ERRATA FOR DEFS' OPP TO PLFS' REQ
FOR LEAVE TO FILE SUR-REP RE MOT TO REV *SOFTWAR* ORD
Master File No. C-01-0988-MJJ

1