LATHAM & WATKINS LLP
  Peter A. Wald (SBN 85705)
  Michele F. Kyrouz (SBN 168004)
  Sean P.J. Coyle (SBN 233039)
505 Montgomery Street, Suite 2000
San Francisco, CA  94111-2562
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
E-mail: peter.wald@lw.com
        michele.kyrouz@lw.com
        matt.harrison@lw.com

LATHAM & WATKINS LLP
  Patrick E. Gibbs (SBN 183174)
140 Scott Drive
Menlo Park, CA 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600
E-mail: patrick.gibbs@lw.com

Attorneys for Defendants ORACLE CORPORATION, LAWRENCE J. ELLISON, JEFFREY O. HENLEY, and EDWARD J. SANDERSON

ORACLE CORPORATION
  Dorian E. Daley (SBN 129049)
  James C. Maroulis (SBN 208316)
500 Oracle Parkway
Mailstop 5OP7
Redwood Shores, California 94065
Telephone: (650) 506-5200
Facsimile: (650) 506-7114
E-mail: jim.maroulis@oracle.com

Attorneys for Defendant ORACLE CORPORATION

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Master File No. C-01-0988-MJJ (Consolidated)<br><br>CLASS ACTION<br><br>**DECLARATION OF SEAN P.J. COYLE IN SUPPORT OF ADMINISTRATIVE REQUEST TO FILE UNDER SEAL ERRATA FOR DEFENDANTS' OPPOSITION TO PLAINTIFFS' REQUEST FOR LEAVE TO FILE SUR-REPLY AND FACTUAL SUPPLEMENT IN OPPOSITION TO DEFENDANTS' MOTION TO REVERSE SPECIAL MASTER'S ORDER RE:** *SOFTWAR* **MATERIALS**<br><br>**Honorable Martin J. Jenkins** |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

COYLE DEC ISO ADMN REQ TO SEAL ERR FOR DEFS' OPP TO
PLFS' REQ FOR LEAVE TO FILE SUR-REP RE: *SOFTWAR*
Master File No. C-01-0988-MJJ

1   I, Sean P.J. Coyle, declare as follows:

2   1.   I am an attorney duly licensed to practice before all the courts of the State of California. I am an associate with the law firm of Latham & Watkins LLP, counsel of record for Defendants in the above-entitled action. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.   I submit this declaration in support of Defendants' Administrative Request to File Under Seal Errata for Defendants' Opposition to Plaintiffs' Request for Leave to File Sur-Reply and Factual Supplement in Opposition to Defendants' Motion to Reverse Special Master's Order re: *Softwar* Materials ("Defendants' Errata").

3.   Defendants' Errata quotes from and refers to material that has previously been filed under seal as confidential by Defendants.

4.   This information is subject to the provisions of the Revised Stipulated Protective Order Governing Confidentiality entered on January 11, 2005. The revised Stipulated Protective Order Governing Confidentiality is attached hereto as Exhibit A.

I hereby certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on April 4, 2007 in San Francisco, California.

/s/ Sean P.J. Coyle
_____
Sean P.J. Coyle

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

COYLE DEC ISO ADMN REQ TO SEAL ERR FOR DEFS' OPP TO PLFS' REQ FOR LEAVE TO FILE SUR-REP RE: *SOFTWAR*
Master File No. C-01-0988-MJJ