1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION

| In re ORACLE CORPORATION SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Master File No. C-01-0988-MJJ (Consolidated)<br><br>CLASS ACTION<br><br>**DISCOVERY MATTER**<br><br>[PROPOSED] SEALING ORDER<br><br>**Honorable Martin J. Jenkins** |
|---|---|

1  Having considered the papers regarding Defendants' Administrative Request to File Under Seal Errata for Defendants' Opposition to Plaintiffs' Request for Leave to File Sur-Reply and Factual Supplement in Opposition to Defendants' Motion to Reverse Special Master's Order re: *Softwar* Materials, and finding good cause therefore; the Errata for Defendants' Opposition to Plaintiffs' Request for Leave to File Sur-Reply and Factual Supplement in Opposition to Defendants' Motion to Reverse Special Master's Order re: *Softwar* Materials is **HEREBY sealed**.

IT IS SO ORDERED.

Dated: _____

THE HONORABLE MARTIN J. JENKINS

Submitted By:

DATED: April 4, 2007

| LATHAM & WATKINS LLP | LATHAM & WATKINS LLP |
|---|---|
| Peter A. Wald (SBN 85705) | Patrick E. Gibbs  (SBN 183174) |
| Michele F. Kyrouz (SBN 168004) | 140 Scott Drive |
| Sean P.J. Coyle (SBN 233039) | Menlo Park, CA 94025 |
| 505 Montgomery Street, Suite 2000 | Telephone: (650) 328-4600 |
| San Francisco, CA  94111-2562 | Facsimile: (650) 463-2600 |
| Telephone: (415) 391-0600 | E-mail: patrick.gibbs@lw.com |
| Facsimile: (415) 395-8095 | |
| E-mail: peter.wald@lw.com | |
|   michele.kyrouz@lw.com | |

    **/s/ Sean P.J. Coyle**
_____
        Sean P.J. Coyle