1  LERACH COUGHLIN STOIA GELLER
      RUDMAN & ROBBINS LLP
2  MARK SOLOMON (151949)
   DOUGLAS R. BRITTON (188769)
3  VALERIE L. McLAUGHLIN (191916)
   GAVIN M. BOWIE (235532)
4  655 West Broadway, Suite 1900
   San Diego, CA  92101
5  Telephone:  619/231-1058
   619/231-7423 (fax)
6  marks@lerachlaw.com
   dougb@lerachlaw.com
7  valeriem@lerachlaw.com
   gbowie@lerachlaw.com
8        – and –
   SHAWN A. WILLIAMS (213113)
9  WILLOW E. RADCLIFFE (200087)
   ELI R. GREENSTEIN (217945)
10 JENNIE LEE ANDERSON (203586)
   MONIQUE C. WINKLER (213031)
11 100 Pine Street, Suite 2600
   San Francisco, CA  94111
12 Telephone:  415/288-4545
   415/288-4534 (fax)
13 shawnw@lerachlaw.com
   willowr@lerachlaw.com
14 elig@lerachlaw.com
   jenniea@lerachlaw.com
15 moniquew@lerachlaw.com

16 Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION | ) Master File No. C-01-0988-MJJ<br>)<br>) CLASS ACTION<br>) |
| This Document Relates To:<br><br>ALL ACTIONS. | ) PLAINTIFFS' ADMINISTRATIVE<br>) REQUEST TO FILE MOTION FOR LEAVE<br>) TO FILE PLAINTIFFS' SECOND<br>) FACTUAL SUPPLEMENT IN FURTHER<br>SUPPORT OF THEIR OPPOSITION TO<br>DEFENDANTS' MOTION TO REVERSE<br>THE SPECIAL MASTER'S ORDER RE:<br>SOFTWAR MATERIALS UNDER SEAL<br><br>DATE:     N/A<br>TIME:      N/A<br>JUDGE:   Honorable Martin J. Jenkins |

1  Pursuant to Civil Local Rules 7-11 and 79-5, plaintiffs submit this Administrative Request to File Motion for Leave to File Plaintiffs' Second Factual Supplement in Further Support of Their Opposition to Defendants' Motion to Reverse the Special Master's Order Re: SOFTWAR Materials Under Seal.  This Administrative Request is accompanied by the Declaration of Mark Solomon ("Solomon Decl.") and the [Proposed] Sealing Order, filed concurrently herewith.

Plaintiffs' Second Factual Supplement in Further Support of Their Opposition to Defendants' Motion to Reverse the Special Master's Order Re: SOFTWAR Materials contains references to a transcript marked "confidential" by the parties.  This information is subject to the provisions of the Revised Stipulated Protective Order Governing Confidentiality entered on January 11, 2005 and Civil Local Rule 79-5.  Accordingly, plaintiffs respectfully request that Plaintiffs' Motion for Leave to File Plaintiffs' Second Factual Supplement in Further Support of Their Opposition to Defendants' Motion to Reverse the Special Master's Order Re: SOFTWAR Materials be filed under the seal of the Court.

DATED:  April 4, 2007    Respectfully submitted,

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
MARK SOLOMON
DOUGLAS R. BRITTON
VALERIE L. McLAUGHLIN
GAVIN M. BOWIE


                    /s/
            MARK SOLOMON

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

1  
2  LERACH COUGHLIN STOIA GELLER
3    RUDMAN & ROBBINS LLP
  SHAWN A. WILLIAMS
  WILLOW E. RADCLIFFE
  ELI R. GREENSTEIN
4    JENNIE LEE ANDERSON
  MONIQUE C. WINKLER
5    100 Pine Street, Suite 2600
  San Francisco, CA  94111
6    Telephone:  415/288-4545
  415/288-4534 (fax)
7  
  Lead Counsel for Plaintiffs
8  
T:\casessf\oracle3\MIS00040636.doc
9  
10  
11  
12  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  
27  
28

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 4, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I further certify that I caused this document to be forwarded to the following designated Internet site at: <u>http://securities.lerachlaw.com/</u>.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 4, 2007.

/s/<br>
MARK SOLOMON

LERACH COUGHLIN STOIA GELLER<br>
RUDMAN & ROBBINS LLP<br>
655 West Broadway, Suite 1900<br>
San Diego, CA  92101-3301<br>
Telephone:  619/231-1058<br>
619/231-7423 (fax)

E-mail: MarkS@lerachlaw.com

# Mailing Information for a Case 3:01-cv-00988-MJJ

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jennie Lee Anderson**
  jennie@libertylawoffice.com

- **Eric J. Belfi**
  ebelfi@labaton.com ElectronicCaseFiling@labaton.com

- **Doug Britton**
  dougb@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Patrick Edward Gibbs**
  patrick.gibbs@lw.com zoila.aurora@lw.com

- **Eli Greenstein**
  Elig@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Kirke M. Hasson**
  kirke.hasson@pillsburylaw.com cheryl.grant@pillsburylaw.com

- **Reed R. Kathrein**
  reed@hbsslaw.com nancyq@hbsslaw.com

- **Michele F. Kyrouz**
  michele.kyrouz@lw.com

- **Nicole Lavallee**
  nlavallee@bermanesq.com

- **William S. Lerach**
  e_file_sd@lerachlaw.com

- **James C. Maroulis**
  jim.maroulis@oracle.com

- **Caroline McIntyre**
  cmcintyre@be-law.com swalker@be-law.com

- **Valerie McLaughlin**
  valeriem@lerachlaw.com kellyb@lerachlaw.com

- **Brian P Murray**
  bmurray@rabinlaw.com

- **Shinyung Oh**

    shinyungoh@paulhastings.com

- **Willow E. Radcliffe**
  willowr@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Darren J. Robbins**

- **Sanna Rachel Singer**
  ssinger@sideman.com mthomas@sideman.com

- **Mark Solomon**
  marks@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Shawn A. Williams**
  shawnw@lerachlaw.com
  e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com;aelishb@lerachlaw.com;moniquew@lerachla

- **Jamie Lynne Wine**
  jamie.wine@lw.com karen.kelly@lw.com

- **Monique Winkler**
  MoniqueW@lerachlaw.com
  E_File_SF@lerachlaw.com;MoniqueW@lerachlaw.com;shawnw@lerachlaw.com;travisd@lerachl

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Dorian Daley
500 Oracle Parkway
Redwood City, CA 94065

Corey D. Holzer
Holzer Holzer & Cannon LLC
1117 Perimeter Center West
Suite E-107
Atlanta, GA 30338
```