1  LERACH COUGHLIN STOIA GELLER
     RUDMAN & ROBBINS LLP
2  MARK SOLOMON (151949)
   DOUGLAS R. BRITTON (188769)
3  VALERIE L. McLAUGHLIN (191916)
   GAVIN M. BOWIE (235532)
4  STACEY M. KAPLAN (241989)
   655 West Broadway, Suite 1900
5  San Diego, CA  92101
   Telephone:  619/231-1058
6  619/231-7423 (fax)
   marks@lerachlaw.com
7  dougb@lerachlaw.com
   valeriem@lerachlaw.com
8  gbowie@lerachlaw.com
   skaplan@lerachlaw.com
9         – and –
   SHAWN A. WILLIAMS (213113)
10 WILLOW E. RADCLIFFE (200087)
   MONIQUE C. WINKLER (213031)
11 ELI R. GREENSTEIN (217945)
   100 Pine Street, Suite 2600
12 San Francisco, CA  94111
   Telephone:  415/288-4545
13 415/288-4534 (fax)
   shawnw@lerachlaw.com
14 willowr@lerachlaw.com
   moniquew@lerachlaw.com
15 elig@lerachlaw.com

16 Lead Counsel for Plaintiffs

17                    UNITED STATES DISTRICT COURT

18                   NORTHERN DISTRICT OF CALIFORNIA

| 19 | In re ORACLE CORPORATION SECURITIES LITIGATION | ) ) | Master File No. C-01-0988-MJJ |
|---|---|---|---|
| 20 | | ) ) | <u>CLASS ACTION</u> |
| 21 | This Document Relates To: | ) ) | PLAINTIFFS' MOTION FOR LEAVE TO FILE PLAINTIFFS' SECOND FACTUAL SUPPLEMENT IN FURTHER SUPPORT OF THEIR OPPOSITION TO DEFENDANTS' MOTION TO REVERSE THE SPECIAL MASTER'S ORDER RE: SOFTWAR MATERIALS |
| 22 | ALL ACTIONS. | ) ) ) | |
| 23 | | ) | |
| 24 | | | |

25

26

27         **REDACTED VERSION OF DOCUMENT FILED UNDER SEAL**

28

1  PLEASE TAKE NOTICE THAT plaintiffs hereby move the Court for leave to file Plaintiffs' Second Factual Supplement in Further Support of Their Opposition to Defendants' Motion to Reverse the Special Master's Order Re: SOFTWAR Materials, pursuant to L.R. 7-3(d). Plaintiffs have attached a copy of Plaintiffs' Second Factual Supplement in Further Support of Their Opposition to Defendants' Motion to Reverse the Special Master's Order Re: SOFTWAR Materials and declaration in support thereof. Plaintiffs also herewith file a [Proposed] Order. In support of their Motion, plaintiffs state as follows:

  Last Friday, March 30, 2007, plaintiffs again deposed defendant Larry Ellison. During his deposition, Ellison revealed important facts pertaining to the SOFTWAR materials that he was ordered to produce, including evidence of his own involvement in the unavailability of the materials and evidence that contradicts defendants' arguments regarding "control." Plaintiffs file their Second Factual Supplement to supplement the record regarding these new developments.

**RELIEF SOUGHT**

  For the foregoing reasons, plaintiffs respectfully request leave to file Plaintiffs' Second Factual Supplement in Further Support of Their Opposition to Defendants' Motion to Reverse the Special Master's Order Re: SOFTWAR Materials.

DATED: April 4, 2007      Respectfully submitted,

              LERACH COUGHLIN STOIA GELLER
                RUDMAN & ROBBINS LLP
              MARK SOLOMON
              DOUGLAS R. BRITTON
              VALERIE L. McLAUGHLIN
              GAVIN M. BOWIE
              STACEY M. KAPLAN

                  /s/
               STACEY M. KAPLAN

              655 West Broadway, Suite 1900
              San Diego, CA  92101
              Telephone:  619/231-1058
              619/231-7423 (fax)

| | |
|---|---|
| 1 | |
| 2 | LERACH COUGHLIN STOIA GELLER<br>  RUDMAN & ROBBINS LLP |
| 3 | SHAWN A. WILLIAMS<br>WILLOW E. RADCLIFFE |
| 4 | MONIQUE C. WINKLER<br>ELI R. GREENSTEIN |
| 5 | 100 Pine Street, Suite 2600<br>San Francisco, CA  94111 |
| 6 | Telephone:  415/288-4545<br>415/288-4534 (fax) |
| 7 | Lead Counsel for Plaintiffs |

T:\casesSF\oracle3\MOT00040647_Redacted.doc

CERTIFICATE OF SERVICE

I hereby certify that on April 4, 2007, I electronically filed a redacted version of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on April 4, 2007.

                          /s/
           STACEY M. KAPLAN

LERACH COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail: StaceyK@lerachlaw.com

# Mailing Information for a Case 3:01-cv-00988-MJJ

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jennie Lee Anderson**
  jennie@libertylawoffice.com

- **Eric J. Belfi**
  ebelfi@labaton.com ElectronicCaseFiling@labaton.com

- **Doug Britton**
  dougb@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Patrick Edward Gibbs**
  patrick.gibbs@lw.com zoila.aurora@lw.com

- **Eli Greenstein**
  Elig@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Kirke M. Hasson**
  kirke.hasson@pillsburylaw.com cheryl.grant@pillsburylaw.com

- **Reed R. Kathrein**
  reed@hbsslaw.com nancyq@hbsslaw.com

- **Michele F. Kyrouz**
  michele.kyrouz@lw.com

- **Nicole Lavallee**
  nlavallee@bermanesq.com

- **William S. Lerach**
  e_file_sd@lerachlaw.com

- **James C. Maroulis**
  jim.maroulis@oracle.com

- **Caroline McIntyre**
  cmcintyre@be-law.com swalker@be-law.com

- **Valerie McLaughlin**
  valeriem@lerachlaw.com kellyb@lerachlaw.com

- **Brian P Murray**
  bmurray@rabinlaw.com

- **Shinyung Oh**

- shinyungoh@paulhastings.com

- **Willow E. Radcliffe**
  willowr@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Darren J. Robbins**

- **Sanna Rachel Singer**
  ssinger@sideman.com mthomas@sideman.com

- **Mark Solomon**
  marks@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Shawn A. Williams**
  shawnw@lerachlaw.com
  e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com;aelishb@lerachlaw.com;moniquew@lerachla

- **Jamie Lynne Wine**
  jamie.wine@lw.com karen.kelly@lw.com

- **Monique Winkler**
  MoniqueW@lerachlaw.com
  E_File_SF@lerachlaw.com;MoniqueW@lerachlaw.com;shawnw@lerachlaw.com;travisd@lerachl

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Dorian Daley
500 Oracle Parkway
Redwood City, CA 94065

Corey D. Holzer
Holzer Holzer & Cannon LLC
1117 Perimeter Center West
Suite E-107
Atlanta, GA 30338
```