# Filed Under Seal

# Exhibit 1