1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION | ) Master File No. C-01-0988-MJJ ) ) <u>CLASS ACTION</u> ) |
| This Document Relates To:<br><br>ALL ACTIONS. | ) [PROPOSED] ORDER GRANTING ) PLAINTIFFS' MOTION FOR LEAVE TO ) FILE PLAINTIFFS' SECOND FACTUAL ) SUPPLEMENT IN FURTHER SUPPORT OF THEIR OPPOSITION TO DEFENDANTS' MOTION TO REVERSE THE SPECIAL MASTER'S ORDER RE: SOFTWAR MATERIALS |

1       Having considered Plaintiffs' Motion for Leave to File Plaintiffs' Second Factual

2 Supplement in Further Support of Their Opposition to Defendants' Motion to Reverse the Special

3 Master's Order Re: SOFTWAR Materials Under Seal, upon review of the parties' written

4 submissions, and for good cause shown,

5       IT IS HEREBY ORDERED THAT Plaintiffs' Motion is granted.

6       IT IS SO ORDERED.

7 DATED: _____

                                                      THE HONORABLE MARTIN J. JENKINS
8                                                       UNITED STATES DISTRICT JUDGE

9 Submitted by:

10 DATED: April 4, 2007

11 LERACH COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
12 MARK SOLOMON
DOUGLAS R. BRITTON
13 VALERIE L. McLAUGHLIN
GAVIN M. BOWIE
14 STACEY M. KAPLAN

15

16               /s/
        STACEY M. KAPLAN

17 655 West Broadway, Suite 1900
San Diego, CA  92101
18 Telephone:  619/231-1058
619/231-7423 (fax)

19 LERACH COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
20 SHAWN A. WILLIAMS
WILLOW E. RADCLIFFE
21 MONIQUE C. WINKLER
ELI R. GREENSTEIN
22 100 Pine Street, Suite 2600
San Francisco, CA  94111
23 Telephone:  415/288-4545
415/288-4534 (fax)
24

25 Lead Counsel for Plaintiffs

T:\casesSF\oracle3\ORD00040652.doc
26

27

28

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE PLAINTIFFS'
SECOND FACTUAL SUPPLEMENT - C-01-0988-MJJ                                                            - 1 -

1 | CERTIFICATE OF SERVICE

2 | I hereby certify that on April 4, 2007, I electronically filed the foregoing with the Clerk of the
3 | Court using the CM/ECF system which will send notification of such filing to the e-mail addresses
4 | denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the
5 | foregoing document or paper via the United States Postal Service to the non-CM/ECF participants
6 | indicated on the attached Manual Notice List.

7 | I certify under penalty of perjury under the laws of the United States of America that the
8 | foregoing is true and correct. Executed on April 4, 2007.

/s/
STACEY M. KAPLAN

LERACH COUGHLIN STOIA GELLER
　　RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail: StaceyK@lerachlaw.com

# Mailing Information for a Case 3:01-cv-00988-MJJ

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jennie Lee Anderson**
  jennie@libertylawoffice.com

- **Eric J. Belfi**
  ebelfi@labaton.com ElectronicCaseFiling@labaton.com

- **Doug Britton**
  dougb@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Patrick Edward Gibbs**
  patrick.gibbs@lw.com zoila.aurora@lw.com

- **Eli Greenstein**
  Elig@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Kirke M. Hasson**
  kirke.hasson@pillsburylaw.com cheryl.grant@pillsburylaw.com

- **Reed R. Kathrein**
  reed@hbsslaw.com nancyq@hbsslaw.com

- **Michele F. Kyrouz**
  michele.kyrouz@lw.com

- **Nicole Lavallee**
  nlavallee@bermanesq.com

- **William S. Lerach**
  e_file_sd@lerachlaw.com

- **James C. Maroulis**
  jim.maroulis@oracle.com

- **Caroline McIntyre**
  cmcintyre@be-law.com swalker@be-law.com

- **Valerie McLaughlin**
  valeriem@lerachlaw.com kellyb@lerachlaw.com

- **Brian P Murray**
  bmurray@rabinlaw.com

- **Shinyung Oh**

shinyungoh@paulhastings.com

- **Willow E. Radcliffe**
  willowr@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Darren J. Robbins**

- **Sanna Rachel Singer**
  ssinger@sideman.com mthomas@sideman.com

- **Mark Solomon**
  marks@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Shawn A. Williams**
  shawnw@lerachlaw.com
  e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com;aelishb@lerachlaw.com;moniquew@lerachla

- **Jamie Lynne Wine**
  jamie.wine@lw.com karen.kelly@lw.com

- **Monique Winkler**
  MoniqueW@lerachlaw.com
  E_File_SF@lerachlaw.com;MoniqueW@lerachlaw.com;shawnw@lerachlaw.com;travisd@lerachl

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Dorian Daley
500 Oracle Parkway
Redwood City, CA 94065

Corey D. Holzer
Holzer Holzer & Cannon LLC
1117 Perimeter Center West
Suite E-107
Atlanta, GA 30338
```