1  LERACH COUGHLIN STOIA GELLER
      RUDMAN & ROBBINS LLP
2  MARK SOLOMON (151949)
   DOUGLAS R. BRITTON (188769)
3  VALERIE L. McLAUGHLIN (191916)
   GAVIN M. BOWIE (235532)
4  STACEY M. KAPLAN (241989)
   655 West Broadway, Suite 1900
5  San Diego, CA  92101
   Telephone:  619/231-1058
6  619/231-7423 (fax)
   marks@lerachlaw.com
7  dougb@lerachlaw.com
   valeriem@lerachlaw.com
8  gbowie@lerachlaw.com
   skaplan@lerachlaw.com
9         – and –
   SHAWN A. WILLIAMS (213113)
10 WILLOW E. RADCLIFFE (200087)
   MONIQUE C. WINKLER (213031)
11 ELI R. GREENSTEIN (217945)
   100 Pine Street, Suite 2600
12 San Francisco, CA  94111
   Telephone:  415/288-4545
13 415/288-4534 (fax)
   shawnw@lerachlaw.com
14 willowr@lerachlaw.com
   moniquew@lerachlaw.com
15 elig@lerachlaw.com

16 Lead Counsel for Plaintiffs

17                        UNITED STATES DISTRICT COURT

18                       NORTHERN DISTRICT OF CALIFORNIA

| 19 | In re ORACLE CORPORATION SECURITIES LITIGATION | ) | Master File No. C-01-0988-MJJ |
|---|---|---|---|
| 20 | | ) | <u>CLASS ACTION</u> |
| 21 | This Document Relates To: | ) | PLAINTIFFS' REPLY IN FURTHER SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO FILE PLAINTIFFS' SUR-REPLY AND FACTUAL SUPPLEMENT IN FURTHER OPPOSITION TO DEFENDANTS' MOTION TO REVERSE THE SPECIAL MASTER'S ORDER RE: SOFTWAR MATERIALS |
| 22 | ALL ACTIONS. | ) | |
| 23 | | | |
| 24 | | | |

## I. PLAINTIFFS' SUR-REPLY WAS FILED APPROPRIATELY AND SHOULD BE CONSIDERED BY THE COURT

In their Sur-Reply, plaintiffs identified and addressed new arguments raised by defendants for the first time in their Reply papers filed on March 20, 2007. Plaintiffs should be allowed to respond to those arguments, which include defendants' new argument regarding purported inconsistencies in the language of particular provisions of the Agreement and the far-fetched "transcript" example offered by defendants (for the first time) to attempt to illustrate their awkward "interpretation" of the provision in question.[1]

Accordingly, and particularly given that the Court has indicated that it will hold no hearing on defendants' Motion to Reverse, plaintiffs' Sur-Reply is appropriate.[2]

## II. PLAINTIFFS' FACTUAL SUPPLEMENT WAS FILED APPROPRIATELY AND SHOULD BE CONSIDERED BY THE COURT

Plaintiffs believe that the Court is assisted by being apprised of important new facts that have emerged that concern the issues raised by defendants' Motion to Reverse. In particular, given defendants' representations in that Motion that they have attempted to produce the SOFTWAR materials, as ordered, the new facts offered by plaintiffs, which affirmatively demonstrate defendants' complete failure to make any serious attempt to procure the materials from a possible and likely repository of those materials (or to inform the Court of this potential repository) are highly relevant.

Additionally, defendants ask the Court to rely on the "interpretations" of the agreement offered by Ellison and Symonds. Most certainly, the new facts regarding Symonds' invocation of the Fifth Amendment and Ellison's inaction regarding the potential repository for the materials are

---

[1] In light of defendants' practice of seeking leave to file their "supplements" together with the briefs themselves, it is entirely disingenuous for defendants to suggest that prior leave was necessary before plaintiffs filed their Sur-Reply and Factual Supplement. In addition, defendants' statements that their supplements have been "short, impartial supplements" is simply untrue.

[2] Defendants admit as much in their Opposition (*See* Opposition at 3) ("just as plaintiffs should have responded to arguments in Defendants' Reply, if at all, at the hearing."), which they submitted despite their knowledge that the Court had indicated that it would not be holding a hearing on defendants' Motion to Reverse.

PLTFS' REP IN SUPT OF PLTFS' MTN FOR LEAVE TO FILE PLTFS' SUR-REPLY & FACT. SUPT
IN FURTHER OPPN TO DFNTS' MOT TO REVR THE SPECIAL MASTER'S ORD- C-01-0988-MJJ   - 1 -

highly relevant to the credibility and self-interest of Ellison and Symonds in offering their "interpretations."

Finally, the facts that Symonds did provide regarding the creation of the declaration relied upon by defendants' in offering Symonds "interpretation" of the Agreement (in essence that he simply signed what defendants' counsel already had devised) are relevant to this instant Motion.

Accordingly, plaintiffs' factual supplement is both relevant and appropriate.

DATED: April 4, 2007

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
MARK SOLOMON
DOUGLAS R. BRITTON
VALERIE L. McLAUGHLIN
GAVIN M. BOWIE
STACEY M. KAPLAN


                    /s/
          STACEY M. KAPLAN

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SHAWN A. WILLIAMS
WILLOW E. RADCLIFFE
MONIQUE C. WINKLER
ELI R. GREENSTEIN
100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that on April 4, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 4, 2007.

                                        /s/
                    STACEY M. KAPLAN

LERACH COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)

E-mail: StaceyK@lerachlaw.com

T:\casesSF\oracle3\mot00040694.doc

# Mailing Information for a Case 3:01-cv-00988-MJJ

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jennie Lee Anderson**
  jennie@libertylawoffice.com

- **Eric J. Belfi**
  ebelfi@labaton.com ElectronicCaseFiling@labaton.com

- **Doug Britton**
  dougb@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Patrick Edward Gibbs**
  patrick.gibbs@lw.com zoila.aurora@lw.com

- **Eli Greenstein**
  Elig@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Kirke M. Hasson**
  kirke.hasson@pillsburylaw.com cheryl.grant@pillsburylaw.com

- **Reed R. Kathrein**
  reed@hbsslaw.com nancyq@hbsslaw.com

- **Michele F. Kyrouz**
  michele.kyrouz@lw.com

- **Nicole Lavallee**
  nlavallee@bermanesq.com

- **William S. Lerach**
  e_file_sd@lerachlaw.com

- **James C. Maroulis**
  jim.maroulis@oracle.com

- **Caroline McIntyre**
  cmcintyre@be-law.com swalker@be-law.com

- **Valerie McLaughlin**
  valeriem@lerachlaw.com kellyb@lerachlaw.com

- **Brian P Murray**
  bmurray@rabinlaw.com

- **Shinyung Oh**

    shinyungoh@paulhastings.com

- **Willow E. Radcliffe**
  willowr@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Darren J. Robbins**

- **Sanna Rachel Singer**
  ssinger@sideman.com mthomas@sideman.com

- **Mark Solomon**
  marks@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Shawn A. Williams**
  shawnw@lerachlaw.com
  e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com;aelishb@lerachlaw.com;moniquew@lerachla

- **Jamie Lynne Wine**
  jamie.wine@lw.com karen.kelly@lw.com

- **Monique Winkler**
  MoniqueW@lerachlaw.com
  E_File_SF@lerachlaw.com;MoniqueW@lerachlaw.com;shawnw@lerachlaw.com;travisd@lerachl

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Dorian Daley
500 Oracle Parkway
Redwood City, CA 94065

Corey D. Holzer
Holzer Holzer & Cannon LLC
1117 Perimeter Center West
Suite E-107
Atlanta, GA 30338
```