1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NURSING HOME PENSION FUND ET AL,                    No. C01-00988 MJJ

          Plaintiff,                    **ORDER SETTING HEARING AND
                                                     EXPEDITED BRIEFING FOR
                                                     PLAINTIFFS' MOTION TO COMPEL**
  v.                                          **TESTIMONY OF WITNESS MATTHEW
                                                     SYMONS**
ORACLE CORPORATION ET AL,

          Defendant.
_____/

      The parties and third-party witness Matthew Symonds having stipulated (Docket No. 748) to

an expedited briefing schedule on Plaintiff's Motion to Compel Testimony and Determine the

Applicability of the Fifth Amendment Right Against Self-Incrimination To Foreign Citiczen and

Non-U.S. Resident Matthew Symonds (Docket No. 753) filed on March 30, 2007, and the Court

finding good cause therefor, it is hereby **ORDERED** that:

      (1)    Third-party witness Matthew Symonds shall file his response to Plaintiffs' motion to

             compel by April 13, 2007;

      (2)    Plaintiffs shall file their reply no later than April 20, 2007; and

      (3)    Plaintiffs' motion to compel will be heard before Judge Jenkins on May 1, 2007 at

             9:30 a.m.

      (4)    The expedited schedule set forth herein does not modify any deadlines set forth in the

             Court's March 5, 2007 Amended Pretrial Order.

**IT IS SO ORDERED.**

Dated:   04/04/07

                               _____
                               MARTIN J. JENKINS
                               UNITED STATES DISTRICT JUDGE