1 | LERACH COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
2 | MARK SOLOMON (151949)
DOUGLAS R. BRITTON (188769)
3 | VALERIE L. McLAUGHLIN (191916)
GAVIN M. BOWIE (235532)
4 | STACEY M. KAPLAN (241989)
655 West Broadway, Suite 1900
5 | San Diego, CA 92101
Telephone: 619/231-1058
6 | 619/231-7423 (fax)
marks@lerachlaw.com
7 | dougb@lerachlaw.com
valeriem@lerachlaw.com
8 | gbowie@lerachlaw.com
– and –
9 | SHAWN A. WILLIAMS (213113)
WILLOW E. RADCLIFFE (200087)
10 | ELI R. GREENSTEIN (217945)
MONIQUE C. WINKLER (213031)
11 | 100 Pine Street, Suite 2600
San Francisco, CA 94111
12 | Telephone: 415/288-4545
415/288-4534 (fax)
13 | shawnw@lerachlaw.com
willowr@lerachlaw.com
14 | elig@lerachlaw.com
moniquew@lerachlaw.com
15 |
Lead Counsel for Plaintiffs
16 |
UNITED STATES DISTRICT COURT
17 |
NORTHERN DISTRICT OF CALIFORNIA
18 |

| In re ORACLE CORPORATION SECURITIES LITIGATION | ) ) ) ) | Master File No. C-01-0988-MJJ |
| --- | --- | --- |
| | | CLASS ACTION |
| This Document Relates To: | ) ) ) ) ) ) | NOTICE OF ENTRY OF ORDER RE SECOND *IN CAMERA* REVIEW PURSUANT TO JANUARY 3, 2007 ORDER [DOCUMENTS RELATED TO DEBIT MEMO TRANSACTIONS] |
| ALL ACTIONS. | | |

19
20
21
22
23
24
25
26
27
28

1   TO:   ALL PARTIES AND THEIR ATTORNEYS OF RECORD

2         PLEASE TAKE NOTICE that on April 11, 2007, the Honorable Edward A. Infante (Ret.),

3   Special Master, signed the Order Re Second *In Camera* Review Pursuant to January 3, 2007 Order

4   [Documents Related to Debit Memo Transactions], which is attached hereto as Exhibit A.

5   DATED: April 13, 2007                LERACH COUGHLIN STOIA GELLER
                                          RUDMAN & ROBBINS LLP

6                                           SHAWN A. WILLIAMS
                                          WILLOW E. RADCLIFFE

7                                           ELI R. GREENSTEIN
                                          MONIQUE C. WINKLER

8

9

10                                                       /s/
                                              ELI R. GREENSTEIN

11                           100 Pine Street, Suite 2600
                          San Francisco, CA 94111

12                           Telephone: 415/288-4545
                          415/288-4534 (fax)

13                           LERACH COUGHLIN STOIA GELLER

14                           RUDMAN & ROBBINS LLP
                          MARK SOLOMON

15                           DOUGLAS R. BRITTON
                          VALERIE L. McLAUGHLIN

16                           GAVIN M. BOWIE
                          STACEY M. KAPLAN

17                           655 West Broadway, Suite 1900
                          San Diego, CA 92101

18                           Telephone: 619/231-1058
                          619/231-7423 (fax)

19

20                           Lead Counsel for Plaintiffs

21   T:\CasesSF\Oracle3\NOT00040974.doc

22

23

24

25

26

27

28

# EXHIBIT A

Hon. Edward A. Infante (Ret.)
JAMS
Two Embarcadero Center
Suite 1500
San Francisco, CA 94111
415-774-2611
415-982-5287 (fax)

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| In re ORACLE CORPORATION SECURITIES LITIGATION | Case No. C-01-09888-MJJ (JCS) |
|---|---|
| | **ORDER RE SECOND *IN CAMERA* REVIEW PURSANT TO JANUARY 3, 2007 ORDER [DOCUMENTS RELATED TO DEBIT MEMO TRANSACTIONS]** |

On October 30, 2006, Plaintiffs submitted a motion to compel production of documents contained in Defendants' privilege and redaction logs. On January 3, 2007, the Special Master issued an order stating in pertinent part that:

Plaintiffs' motion to compel production of withheld documents related to debit memo transactions is GRANTED IN PART. Defendants shall produce to Plaintiffs the entries in the June 26, 2006 and September 26, 2006 logs which contain the description "e-mails between in-house counsel and sales personnel regarding approval of contract terms" (or something similar thereto), redacting only the question posed to and answers provided by Oracle's in-house counsel (as well as any other statements or comments reflecting such protected communications). This production shall not be construed as a general waiver based upon the selective disclosure of privileged material. Upon receipt of these documents (with redactions), Plaintiffs may select up to 100 of the documents ordered produced (with redactions) as a sampling to be submitted to the Special Master for *in camera* review. Defendants shall produce unredacted copies of the documents selected by Plaintiffs to the Special Master within five days of receipt of Plaintiffs' identification of the sample documents.

On March 26, 2007, Defendants provided the Special Master with a binder containing 100 unredacted documents (numbered 1-100) identified by Plaintiffs (from among those originally logged in Defendants' June 26 and September 26, 2007 privilege logs) for *in camera* review. The Special Master has not been provided with copies of the redacted documents produced to

Plaintiffs pursuant to the January 3, 2007 order.  In order for the Special Master to be able to determine if Defendants have provided Plaintiffs with all non-privileged information, the Special Master must compare the unredacted documents provided to the Special Master with the corresponding redacted documents provided to Plaintiffs.  Accordingly, Defendants shall provide the Special Master, within three business days of receipt of this order, the 100 (redacted) documents produced to Plaintiffs and selected by Plaintiffs for *in camera* review.

IT IS SO ORDERED.


Dated:   April 11, 2007                    /s/Edward A. Infante
                                          Hon. Edward A. Infante (Ret.)
                                          Special Master

2

## PROOF OF SERVICE BY E-MAIL

I, Sandra Chan, not a party to the within action, hereby declare that April 11, 2007, I

served the attached ORDER RE SECOND IN CAMERA REVIEW PURSUANT TO

JANUARY 3, 2007 ORDER [DOCUEMTNS RELATED TO DEBIT MEMO

TRANSACTIONS] in the within action by e-mail addressed as follows:

| | | |
|---|---|---|
| Mark Solomon Esq. | Lerach, Coughlin, Stoia, Geller, Rudman & Robbins LLP | marks@lerachlaw.com |
| Douglas Britton Esq. | Lerach, Coughlin, Stoia, Geller, Rudman & Robbins LLP | dougb@lerachlaw.com |
| Valerie McLaughlin Esq. | Lerach, Coughlin, Stoia, Geller, Rudman & Robbins LLP | valeriem@lerachlaw.com |
| Gavin Bowie Esq. | Lerach, Coughlin, Stoia, Geller, Rudman & Robbins LLP | gbowie@lerachlaw.com |
| Shawn Williams Esq. | Lerach, Coughlin, Stoia, Geller, Rudman & Robbins LLP | shawnw@lerachlaw.com |
| Willow Radcliffe Esq. | Lerach, Coughlin, Stoia, Geller, Rudman & Robbins LLP | willowr@lerachlaw.com |
| Eli Greenstein Esq. | Lerach, Coughlin, Stoia, Geller, Rudman & Robbins LLP | elig@lerachlaw.com |
| Jennie Anderson Esq. | Lerach, Coughlin, Stoia, Geller, Rudman & Robbins LLP | jenniea@lerachlaw.com |
| Monique Winkler Esq. | Lerach, Coughlin, Stoia, Geller, Rudman & Robbins LLP | moniquew@lerachlaw.com |
| Peter Wald Esq. | Latham & Watkins | peter.wald@lw.com |
| Michele Kyrouz Esq. | Latham & Watkins | michele.kyrouz@LW.com |
| Patrick Gibbs Esq. | Latham & Watkins | patrick.gibbs@lw.com |
| Matthew Harrison Esq. | Latham & Watkins | matt.harrison@LW.com |
| Sean Coyle Esq. | Latham & Watkins | sean.coyle@lw.com |
| Brian Glennon, Esq. | Latham & Watkins | Brian.glennon@lw.com |

I declare under penalty of perjury under the laws of the Untied States of America that the
above is true and correct.

Executed on April 11, 2007, at San Francisco, California.

Sandra Chan

1

## CERTIFICATE OF SERVICE

2      I hereby certify that on April 13, 2007, I electronically filed the foregoing with the Clerk of

3   the Court using the CM/ECF system which will send notification of such filing to the e-mail

4   addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have

5   mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF

6   participants indicated on the attached Manual Notice List.

7

                                                    /s/
8                                            ELI R. GREENSTEIN

9                                            LERACH COUGHLIN STOIA GELLER
                                                 RUDMAN & ROBBINS LLP
10                                           100 Pine Street, 26th Floor
                                             San Francisco, CA 94111
11                                           Telephone: 415/288-4545
                                             415/288-4534 (fax)
12

13                                           E-mail:EliG@lerachlaw.com

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# Mailing Information for a Case 3:01-cv-00988-MJJ

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jennie Lee Anderson**
  jennie@libertylawoffice.com

- **Eric J. Belfi**
  ebelfi@labaton.com ElectronicCaseFiling@labaton.com

- **Doug Britton**
  dougb@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Patrick Edward Gibbs**
  patrick.gibbs@lw.com zoila.aurora@lw.com

- **Eli Greenstein**
  Elig@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Kirke M. Hasson**
  kirke.hasson@pillsburylaw.com cheryl.grant@pillsburylaw.com

- **Stacey Marie Kaplan**
  SKaplan@lerachlaw.com

- **Reed R. Kathrein**
  reed@hbsslaw.com nancyq@hbsslaw.com

- **Michele F. Kyrouz**
  michele.kyrouz@lw.com

- **Nicole Lavallee**
  nlavallee@bermanesq.com

- **William S. Lerach**
  e_file_sd@lerachlaw.com

- **James C. Maroulis**
  jim.maroulis@oracle.com

- **Caroline McIntyre**
  cmcintyre@be-law.com swalker@be-law.com

- **Valerie McLaughlin**
  valeriem@lerachlaw.com kellyb@lerachlaw.com

- **Brian P Murray**

bmurray@rabinlaw.com

- **Shinyung Oh**
  shinyungoh@paulhastings.com

- **Willow E. Radcliffe**
  willowr@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Darren J. Robbins**

- **Sanna Rachel Singer**
  ssinger@sideman.com mthomas@sideman.com

- **Mark Solomon**
  marks@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Shawn A. Williams**
  shawnw@lerachlaw.com
  e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com;aelishb@lerachlaw.com;moniquew@lerachla

- **Jamie Lynne Wine**
  jamie.wine@lw.com karen.kelly@lw.com

- **Monique Winkler**
  MoniqueW@lerachlaw.com
  E_File_SF@lerachlaw.com;MoniqueW@lerachlaw.com;shawnw@lerachlaw.com;travisd@lerachl

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Dorian Daley
500 Oracle Parkway
Redwood City, CA 94065

Corey D. Holzer
Holzer Holzer & Cannon LLC
1117 Perimeter Center West
Suite E-107
Atlanta, GA 30338
```