# SWANSON McNAMARA & HALLER LLP

300 MONTGOMERY STREET / SUITE 1100 / SAN FRANCISCO, CA 94104
TELEPHONE 415.477.3800   FAX 415.477.9010
WWW.SMHLEGAL.COM

April 18, 2007

The Honorable Martin J. Jenkins
United States District Judge
450 Golden Gate Avenue
San Francisco, California 94102

>    RE:    **In re Oracle Corporation Securities Litigation,**
>           **Master File No. C-01-0988-MJJ**

Your Honor:

Third-party witness Matthew Symonds indicated in his Opposition to Plaintiffs' Motion to Compel that he would move the Court for affirmative relief. (*See* Docket No. 787, at 21 n.19.) Mr. Symonds has elected not to seek a protective order.

Regarding the other matter Mr. Symonds referenced in his Opposition, namely whether the Court should issue a new letter of request, counsel for Mr. Symonds believe that issue can be adequately addressed, without a further motion, at the hearing on May 1, 2007.

Respectfully submitted,

Edward W. Swanson
Swanson, McNamara & Haller LLP

cc:    All counsel (via ECF)