United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NURSING HOME PENSION FUND ET AL, <br><br> Plaintiff, <br><br> v. <br><br> ORACLE CORPORATION ET AL, <br><br> Defendant. <br>_____ / | No. C01-00988 MJJ <br><br> **ORDER OVERRULING PLAINTIFFS' OBJECTION TO MAGISTRATE JUDGE JOSEPH C. SPERO'S ORDER OVERRULING PLAINTIFFS' OBJECTION TO SPECIAL MASTER EDWARD A. INFANTE'S ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFFS' MOTION TO COMPEL DOCUMENTS CONTAINED IN DEFENDANTS' PRIVILEGE AND REDACTION LOG** |

On March 14, 2007, Plaintiffs in this matter filed an Objection To Magistrate Judge Joseph C. Spero's Order Overruling Plaintiffs' Objection To Special Master Edward A. Infante's Order Granting In Part And Denying In Part Plaintiffs' Motion To Compel Documents Contained In Defendants' Privilege And Redaction Log.  (Docket No. 713.)  The Objection filed by Plaintiff challenges Magistrate Judge Spero's ruling affirming Special Master Infante's ruling denying Plaintiff's motion to compel to the extent it sought production in unredacted form, or alternatively a privilege log regarding such redactions, of documents produced in an earlier derivative litigation.

Pursuant to Federal Rule of Civil Procedure 72(a) and Local Rule 72-2, because the ruling objected to is a discovery ruling on a nondispositive matter, this Court considers Plaintiffs' objections but will only "modify or set aside any portion of the magistrate judge's order found to be clearly erroneous or contrary to law."  The Court has reviewed Plaintiffs' Objections as well as the materials submitted to Magistrate Judge Spero in connection with his Order.  Good cause appearing,

this Court hereby OVERRULES Plaintiffs' present Objection. The Court finds no clear error in the findings of the Special Master and Magistrate Judge and adopts their reasoning as sound.

**IT IS SO ORDERED.**

Dated:    4/20/2007

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE