| | |
|---|---|
| 1 | LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP |
| 2 | MARK SOLOMON (151949) |
|   | DOUGLAS R. BRITTON (188769) |
| 3 | VALERIE L. McLAUGHLIN (191916) |
|   | GAVIN M. BOWIE (235532) |
| 4 | 655 West Broadway, Suite 1900 |
|   | San Diego, CA  92101 |
| 5 | Telephone: 619/231-1058 |
|   | 619/231-7423 (fax) |
| 6 | marks@lerachlaw.com |
|   | dougb@lerachlaw.com |
| 7 | valeriem@lerachlaw.com |
|   | gbowie@lerachlaw.com |
| 8 |     – and – |
|   | SHAWN A. WILLIAMS (213113) |
| 9 | WILLOW E. RADCLIFFE (200087) |
|   | MONIQUE C. WINKLER (213031) |
| 10 | ELI R. GREENSTEIN (217945) |
|   | 100 Pine Street, Suite 2600 |
| 11 | San Francisco, CA  94111 |
|   | Telephone: 415/288-4545 |
| 12 | 415/288-4534 (fax) |
|   | shawnw@lerachlaw.com |
| 13 | willowr@lerachlaw.com |
|   | moniquew@lerachlaw.com |
| 14 | elig@lerachlaw.com |

Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION | ) Master File No. C-01-0988-MJJ ) ) <u>CLASS ACTION</u> ) |
| This Document Relates To:<br>ALL ACTIONS. | ) PLAINTIFFS' ADMINISTRATIVE ) REQUEST TO FILE UNDER SEAL REPLY ) IN SUPPORT OF PLAINTIFFS' MOTION ) TO COMPEL THE TESTIMONY OF ) MATTHEW SYMONDS |
| | DATE: N/A<br>TIME: N/A<br>JUDGE: Honorable Martin J. Jenkins |

1      Pursuant to Civil Local Rules 7-11 and 79-5, plaintiffs submit this Administrative Request to

2  File Under Seal Reply in Support of Plaintiffs' Motion to Compel the Testimony of Matthew

3  Symonds.  This Administrative Request is accompanied by the Declaration of Mark Solomon

4  ("Solomon Decl.") and the [Proposed] Sealing Order, filed concurrently herewith.

5      Reply in Support of Plaintiffs' Motion to Compel the Testimony of Matthew Symonds

6  contains references to documents and transcripts marked "confidential" by the parties.  This

7  information is subject to the provisions of the Revised Stipulated Protective Order Governing

8  Confidentiality entered on January 11, 2005 and Civil Local Rule 79-5.  Accordingly, plaintiffs

9  respectfully request that the Order re: Reply in Support of Plaintiffs' Motion to Compel the

10 Testimony of Matthew Symonds be filed under the seal of the Court.

11 DATED:  April 20, 2007                          LERACH COUGHLIN STOIA GELLER
                                                    RUDMAN & ROBBINS LLP
12                                                  MARK SOLOMON
                                                    DOUGLAS R. BRITTON
13                                                  VALERIE L. McLAUGHLIN
                                                    GAVIN M. BOWIE

                                                              /s/
16                                                       MARK SOLOMON

17                                                  655 West Broadway, Suite 1900
                                                    San Diego, CA  92101
18                                                  Telephone:  619/231-1058
                                                    619/231-7423 (fax)

                                                    LERACH COUGHLIN STOIA GELLER
20                                                    RUDMAN & ROBBINS LLP
                                                    SHAWN A. WILLIAMS
21                                                  WILLOW E. RADCLIFFE
                                                    MONIQUE C. WINKLER
22                                                  ELI R. GREENSTEIN
                                                    100 Pine Street, Suite 2600
23                                                  San Francisco, CA  94111
                                                    Telephone:  415/288-4545
24                                                  415/288-4534 (fax)

25                                                  Lead Counsel for Plaintiffs

26 T:\CasesSF\Oracle3\MIS00041168.doc

PLTFS' ADMINISTRATIVE REQUEST - C-01-0988-MJJ                                              - 1 -

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 20, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 20, 2007.

    s/ Mark Solomon
MARK SOLOMON

LERACH COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:MarkS@lerachlaw.com

# Mailing Information for a Case 3:01-cv-00988-MJJ

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jennie Lee Anderson**
  jennie@libertylawoffice.com

- **Eric J. Belfi**
  ebelfi@labaton.com ElectronicCaseFiling@labaton.com

- **Doug Britton**
  dougb@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Patrick Edward Gibbs**
  patrick.gibbs@lw.com zoila.aurora@lw.com

- **Eli Greenstein**
  Elig@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Kirke M. Hasson**
  kirke.hasson@pillsburylaw.com cheryl.grant@pillsburylaw.com

- **Stacey Marie Kaplan**
  SKaplan@lerachlaw.com

- **Reed R. Kathrein**
  reed@hbsslaw.com nancyq@hbsslaw.com

- **Michele Frances Kyrouz**
  michele.kyrouz@lw.com

- **Nicole Lavallee**
  nlavallee@bermanesq.com

- **William S. Lerach**
  e_file_sd@lerachlaw.com

- **James C. Maroulis**
  jim.maroulis@oracle.com

- **Caroline McIntyre**
  cmcintyre@be-law.com swalker@be-law.com

- **Valerie McLaughlin**
  valeriem@lerachlaw.com kellyb@lerachlaw.com

- **Brian P Murray**

- bmurray@rabinlaw.com

- **Shinyung Oh**
  shinyungoh@paulhastings.com

- **Willow E. Radcliffe**
  willowr@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Darren J. Robbins**

- **Sanna Rachel Singer**
  ssinger@sideman.com mthomas@sideman.com

- **Mark Solomon**
  marks@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Edward W. Swanson**
  eswanson@swansonmcnamara.com

- **Shawn A. Williams**
  shawnw@lerachlaw.com
  e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com;aelishb@lerachlaw.com;moniquew@lerachla

- **Jamie Lynne Wine**
  jamie.wine@lw.com karen.kelly@lw.com

- **Monique Winkler**
  MoniqueW@lerachlaw.com
  E_File_SF@lerachlaw.com;MoniqueW@lerachlaw.com;shawnw@lerachlaw.com;travisd@lerachl

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Dorian Daley
500 Oracle Parkway
Redwood City, CA 94065

Corey D. Holzer
Holzer Holzer & Cannon LLC
1117 Perimeter Center West
Suite E-107
Atlanta, GA 30338
```