LATHAM & WATKINS LLP
 Peter A. Wald (SBN 85705)
 Michele F. Kyrouz (SBN 168004)
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-2562
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
E-mail: peter.wald@lw.com
        michele.kyrouz@lw.com

LATHAM & WATKINS LLP
 Patrick E. Gibbs (SBN 183174)
140 Scott Drive
Menlo Park, California 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600
E-mail: patrick.gibbs@lw.com

LATHAM & WATKINS LLP
 Jamie L. Wine (SBN 181373)
633 West Fifth Street, Suite 4000
Los Angeles, CA 90071-2007
Phone: (212) 906-1200
Fax: (212) 751-4864
E-mail: jamie.wine@lw.com

Attorneys for Defendants ORACLE CORPORATION, LAWRENCE J. ELLISON, JEFFREY O. HENLEY, and EDWARD J. SANDERSON

ORACLE CORPORATION
 Dorian Daley (SBN 129049)
 James C. Maroulis (SBN 208316)
500 Oracle Parkway
Mailstop 5OP7
Redwood Shores, California 94065
Telephone: (650) 506-5200
Facsimile: (650) 506-7114
E-mail: dorian.daley@oracle.com
        jim.maroulis@oracle.com

Attorneys for Defendant ORACLE CORPORATION

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION | Master File No. C-01-0988-MJJ (Consolidated) |
| | CLASS ACTION |
| This Document Relates To: | **DEFENDANTS' ADMINISTRATIVE REQUEST FOR LEAVE TO FILE MEMORANDUM REGARDING PLAINTIFFS' MOTION TO COMPEL TESTIMONY AND DETERMINE THE APPLICABILITY OF THE FIFTH AMENDMENT RIGHT AGAINST SELF-INCRIMINATION** |
| ALL ACTIONS. | |
| | **Judge:** Martin J. Jenkins<br>**Date:** May 1, 2007<br>**Time:** 9:30 a.m. |

Defendants Oracle Corporation ("Oracle"), Lawrence J. Ellison, Jeffrey O. Henley and Edward J. Sanderson (collectively, "Defendants") do hereby request from this Court, pursuant to Civil Local Rules 7-3(d) and 7-11, an Order granting Defendants leave to file with the Court a memorandum regarding Plaintiffs' Motion to Compel Testimony and Determine the Applicability of the Fifth Amendment Right Against Self-Incrimination, which was filed on March 30, 2007. While Defendants take no position on whether Plaintiffs' Motion should be granted, Defendants wish to file a memorandum for the purposes of responding to a number statements by Plaintiffs and third party Matthew Symonds in their various papers regarding Plaintiffs' Motion, as well as to a statement by Plaintiffs' counsel in correspondence preceding their Motion regarding Defendants' right to question Mr. Symonds in the event he ultimately testifies.

Based on the foregoing, Defendants respectfully request from the Court leave to file a memorandum regarding Plaintiffs' Motion. The memorandum is filed concurrently herewith.

Dated: April 25, 2007

Respectfully submitted,

LATHAM & WATKINS LLP
   Peter A. Wald
   Michele F. Kyrouz
   Patrick E. Gibbs
   Jamie L. Wine

By:_____/s/_____
   Patrick E. Gibbs
   Attorneys for Defendants ORACLE
   CORPORATION, LAWRENCE J.
   ELLISON, JEFFREY O. HENLEY,
   and EDWARD J. SANDERSON

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

DEFS' ADMIN. REQ. FOR LEAVE TO FILE
MEMO RE: PLFS' 5TH AMEND MOTION
Master File No. C-01-0988-MJJ