# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION | Master File No. C-01-0988-MJJ (Consolidated) |
| | CLASS ACTION |
| This Document Relates To:<br><br>ALL ACTIONS. | **[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE REQUEST FOR LEAVE TO FILE MEMORANDUM REGARDING PLAINTIFFS' MOTION TO COMPEL TESTIMONY AND DETERMINE THE APPLICABILITY OF THE FIFTH AMENDMENT RIGHT AGAINST SELF-INCRIMINATION** |
| | **Honorable Martin J. Jenkins** |

1

2      Having considered Defendants' Administrative Request for Leave to File Memorandum

3  Regarding Plaintiffs' Motion to Compel Testimony and Determine the Applicability of the Fifth

4  Amendment Right Against Self-Incrimination and finding good cause therefore; Defendants'

5  Administrative Request is **hereby GRANTED**.

6

7

8            IT IS SO ORDERED.

9

10  Dated: _____          _____

11                                      THE HONORABLE MARTIN J. JENKINS
                                        UNITED STATES DISTRICT JUDGE
12
    Submitted By:
13
    DATED:  April 25, 2007
14
15  LATHAM & WATKINS LLP                LATHAM & WATKINS LLP
      Peter A. Wald (SBN 85705)            Patrick E. Gibbs  (SBN 183174)
16    Michele F. Kyrouz (SBN 168004)     140 Scott Drive
      Sean P.J. Coyle (SBN 233039)       Menlo Park, CA 94025
17  505 Montgomery Street, Suite 2000    Telephone: (650) 328-4600
    San Francisco, CA  94111-2562        Facsimile: (650) 463-2600
18  Telephone: (415) 391-0600            E-mail: patrick.gibbs@lw.com
    Facsimile: (415) 395-8095
19  E-mail: peter.wald@lw.com
20          michele.kyrouz@lw.com
            sean.coyle@lw.com
21
22       **/s/ Sean P.J. Coyle**

23  _____
           Sean P.J. Coyle
24
25
26
27
28

                                    1