LATHAM & WATKINS LLP
  Peter A. Wald (SBN 85705)
  Michele F. Kyrouz (SBN 168004)
  Sean P.J. Coyle (SBN 233039)
505 Montgomery Street, Suite 2000
San Francisco, CA  94111-2562
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
E-mail: peter.wald@lw.com
        michele.kyrouz@lw.com
        sean.coyle@lw.com

LATHAM & WATKINS LLP
  Patrick E. Gibbs (SBN 183174)
140 Scott Drive
Menlo Park, CA 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600
E-mail: patrick.gibbs@lw.com

Attorneys for Defendants ORACLE CORPORATION, LAWRENCE J. ELLISON, JEFFREY O. HENLEY, and EDWARD J. SANDERSON

ORACLE CORPORATION
  Dorian Daley (SBN 129049)
  James C. Maroulis (SBN 208316)
500 Oracle Parkway
Mailstop 5OP7
Redwood Shores, California 94065
Telephone: (650) 506-5200
Facsimile: (650) 506-7114
E-mail: dorian.daley@oracle.com
        jim.maroulis@oracle.com

Attorneys for Defendant ORACLE CORPORATION

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Master File No. C-01-0988-MJJ (Consolidated)<br><br>CLASS ACTION<br><br>**DEFENDANTS' ADMINISTRATIVE REQUEST TO FILE UNDER SEAL MEMORANDUM REGARDING PLAINTIFFS' MOTION TO COMPEL TESTIMONY AND DETERMINE THE APPLICABILITY OF THE FIFTH AMENDMENT RIGHT AGAINST SELF-INCRIMINATION**<br><br>**Honorable Martin J. Jenkins** |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

ADMN REQ TO SEAL DEFS' MEMO RE PLFS' MTC TESTIMONY
AND DETERMINE THE APPLIC. OF 5TH AMEN RIGHT
Master File No. C-01-0988-MJJ

1  Defendants submit this administrative request to file under seal Defendants'
2  Memorandum Regarding Plaintiffs' Motion to Compel Testimony and Determine the
3  Applicability of the Fifth Amendment Right Against Self-Incrimination ("Defendants'
4  Memorandum"). Accompanying this administrative request are the Declaration of Sean P.J.
5  Coyle in Support of this administrative request and the [Proposed] Sealing Order, respectively
6  filed and lodged concurrently herewith.
7  In their Memorandum, Defendants quote from and refer to material that has been
8  designated confidential by both parties. Accordingly, Defendants respectfully request that
9  Defendants' Memorandum be filed under seal of the Court.

Dated: April 25, 2007

LATHAM & WATKINS LLP
Peter A. Wald
Michele F. Kyrouz
Jamie L. Wine
Patrick E. Gibbs
Sean P.J. Coyle

/s/ Sean P.J. Coyle
By:_____
Sean P.J. Coyle
Attorneys for Defendants ORACLE CORPORATION, LAWRENCE J. ELLISON, JEFFREY O. HENLEY, and EDWARD J. SANDERSON

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

ADMN REQ TO SEAL DEFS' MEMO RE PLFS' MTC TESTIMONY AND DETERMINE THE APPLIC. OF 5TH AMEN RIGHT
Master File No. C-01-0988-MJJ