1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION**

| In re ORACLE CORPORATION SECURITIES LITIGATION | Master File No. C-01-0988-MJJ (Consolidated) |
|---|---|
| | <u>CLASS ACTION</u> |
| This Document Relates To: | **<u>DISCOVERY MATTER</u>** |
| ALL ACTIONS. | [PROPOSED] SEALING ORDER |
| | **Honorable Martin J. Jenkins** |

1   Having considered the papers regarding Defendants' Administrative Request to
2   File Under Seal Defendants' Memorandum Regarding Plaintiffs' Motion to Compel Testimony
3   and Determine the Applicability of the Fifth Amendment Right Against Self-Incrimination, and
4   finding good cause therefore; Defendants' Memorandum Regarding Plaintiffs' Motion to
5   Compel Testimony and Determine the Applicability of the Fifth Amendment Right Against Self-
6   Incrimination is **HEREBY sealed**.

IT IS SO ORDERED.

Dated: _____

THE HONORABLE MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE

Submitted By:

DATED: April 25, 2007

| LATHAM & WATKINS LLP | LATHAM & WATKINS LLP |
|---|---|
| Peter A. Wald (SBN 85705) | Patrick E. Gibbs  (SBN 183174) |
| Michele F. Kyrouz (SBN 168004) | 140 Scott Drive |
| Sean P.J. Coyle (SBN 233039) | Menlo Park, CA 94025 |
| 505 Montgomery Street, Suite 2000 | Telephone: (650) 328-4600 |
| San Francisco, CA  94111-2562 | Facsimile: (650) 463-2600 |
| Telephone: (415) 391-0600 | E-mail: patrick.gibbs@lw.com |
| Facsimile: (415) 395-8095 | |
| E-mail: peter.wald@lw.com | |
|         michele.kyrouz@lw.com | |
|         sean.coyle@lw.com | |

**/s/ Sean P.J. Coyle**
_____
Sean P.J. Coyle