LATHAM & WATKINS LLP
  Peter A. Wald (SBN 85705)
  Michele F. Kyrouz (SBN 168004)
  Sean P.J. Coyle (SBN 233039)
505 Montgomery Street, Suite 2000
San Francisco, CA  94111-2562
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
E-mail: peter.wald@lw.com
        michele.kyrouz@lw.com
        sean.coyle@lw.com

LATHAM & WATKINS LLP
  Patrick E. Gibbs (SBN 183174)
140 Scott Drive
Menlo Park, CA 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600
E-mail: patrick.gibbs@lw.com

Attorneys for Defendants ORACLE CORPORATION, LAWRENCE
J. ELLISON, JEFFREY O. HENLEY, and EDWARD J. SANDERSON

ORACLE CORPORATION
  Dorian Daley (SBN 129049)
  James C. Maroulis (SBN 208316)
500 Oracle Parkway
Mailstop 5OP7
Redwood Shores, California 94065
Telephone: (650) 506-5200
Facsimile: (650) 506-7114
E-mail: dorian.daley@oracle.com
        jim.maroulis@oracle.com

Attorneys for Defendant ORACLE CORPORATION

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION | Master File No. C-01-0988-MJJ (Consolidated) |
| | <u>CLASS ACTION</u> |
| This Document Relates To: | **DECLARATION OF SEAN P. J. COYLE IN SUPPORT OF ADMINISTRATIVE REQUEST TO FILE UNDER SEAL DECLARATION OF SEAN P. J. COYLE IN SUPPORT OF DEFENDANTS' MEMORANDUM REGARDING PLAINTIFFS' MOTION TO COMPEL TESTIMONY AND DETERMINE THE APPLICABILITY OF THE FIFTH AMENDMENT RIGHT AGAINST SELF-INCRIMINATION** |
| ALL ACTIONS. | |
| | **Honorable Martin J. Jenkins** |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

COYLE DEC ISO ADMN REQ TO SEAL COYLE DEC ISO DEFS'
MEMO RE:  PLFS' MOT. RE:  APPLIC. OF 5TH AMD.
Master File No. C-01-0988-MJJ

1    I, Sean P.J. Coyle, declare as follows:

2         1.    I am an attorney duly licensed to practice before all the courts of the State

3    of California.  I am an associate with the law firm of Latham & Watkins LLP, counsel of record

4    for Defendants in the above-entitled action.  I have personal knowledge of the matters stated

5    herein and, if called upon, I could and would competently testify thereto.

6         2.    I submit this declaration in support of Defendants' Administrative Request

7    to File Under Seal Declaration of Sean P. J. Coyle in Support of  Defendants' Memorandum

8    Regarding Plaintiffs' Motion to Compel Testimony and Determine the Applicability of the Fifth

9    Amendment Right  Against Self-Incrimination ("Coyle Declaration in Support of Defendants'

10   Memorandum").

11        3.    The Coyle Declaration in Support of Defendants' Memorandum includes

12   material that has designated confidential by both parties.

13        4.    This information is subject to the provisions of the Revised Stipulated

14   Protective Order Governing Confidentiality entered on January 11, 2005.  The revised Stipulated

15   Protective Order Governing Confidentiality is attached hereto as Exhibit A.

16        I hereby certify under penalty of perjury under the laws of the State of California

17   that the foregoing is true and correct and that this declaration was executed on April 25, 2007 in

18   San Francisco, California.

19                                      /s/ Sean P.J. Coyle

20                                      _____

21                                      Sean P.J. Coyle

22

23

24

25

26

27

28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

COYLE DEC ISO ADMN REQ TO SEAL COYLE DEC ISO DEFS'
MEMO RE:  PLFS' MOT. RE:  APPLIC. OF 5TH AMD.
Master File No. C-01-0988-MJJ