1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION

| In re ORACLE CORPORATION SECURITIES LITIGATION | Master File No. C-01-0988-MJJ (Consolidated) |
|---|---|
| | <u>CLASS ACTION</u> |
| This Document Relates To: | **DISCOVERY MATTER** |
| ALL ACTIONS. | [PROPOSED] SEALING ORDER |
| | **Honorable Martin J. Jenkins** |

1    Having considered the papers regarding Defendants' Administrative Request to
2  File Under Seal the Declaration of Sean P. J. Coyle in Support of Defendants' Memorandum
3  Regarding Plaintiffs' Motion to Compel Testimony and Determine the Applicability of the Fifth
4  Amendment Right Against Self-Incrimination, and finding good cause therefore; the Declaration
5  of Sean P. J. Coyle in Support of Defendants' Memorandum Regarding Plaintiffs' Motion to
6  Compel Testimony and Determine the Applicability of the Fifth Amendment Right Against Self-
7  Incrimination is **HEREBY sealed**.

   IT IS SO ORDERED.

Dated: _____    _____
                                 THE HONORABLE MARTIN J. JENKINS
                                 UNITED STATES DISTRICT JUDGE

Submitted By:

DATED:  April 25, 2007

LATHAM & WATKINS LLP                    LATHAM & WATKINS LLP
  Peter A. Wald (SBN 85705)               Patrick E. Gibbs  (SBN 183174)
  Michele F. Kyrouz (SBN 168004)        140 Scott Drive
  Sean P.J. Coyle (SBN 233039)          Menlo Park, CA 94025
505 Montgomery Street, Suite 2000       Telephone: (650) 328-4600
San Francisco, CA  94111-2562           Facsimile: (650) 463-2600
Telephone: (415) 391-0600               E-mail: patrick.gibbs@lw.com
Facsimile: (415) 395-8095
E-mail: peter.wald@lw.com
        michele.kyrouz@lw.com
        sean.coyle@lw.com


      **/s/ Sean P.J. Coyle**
   _____
        Sean P.J. Coyle