**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NURSING HOME PENSION FUND, et al.,<br><br>Plaintiff(s),<br><br>v.<br><br>ORACLE CORPORATION, et al.,<br><br>Defendant(s).<br>_____/ | No. C 01-0988 MJJ<br><br>**CLERK'S NOTICE RESCHEDULING MOTION HEARING** |

(Plaintiff is required to serve, and file proof of service with the Court, any party involved not listed on the attached proof of service.)

THE PARTIES ARE HEREBY NOTIFIED that the hearing re: Plaintiffs' Motion to Compel, previously set for Tuesday, May 1, 2007 at 9:30 a.m. is VACATED and RESET to be heard **Friday, May 4, 2007, at 2:30 p.m.,** in Courtroom 11, 19th floor, San Francisco, before the Honorable Martin J. Jenkins**.**

Dated:  April 30, 2007

FOR THE COURT,

Richard W. Wieking, Clerk

By:_____
Edward Butler
Courtroom Deputy

Please refer to Judge Jenkins' Standing Order located at www.cand.uscourts.gov for additional information.  Pursuant to the Standing Order, the rescheduling of a hearing date for a motion does not change the date on which an opposition brief or reply brief is due; any opposition brief remains due not less than 21 days prior to the date of the *originally noticed* hearing and any reply brief is due not less than 14 days prior to the *originally noticed* hearing date.