Edward W. Swanson SBN 159859
Alexis Haller SBN 201210
SWANSON, McNAMARA & HALLER LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorneys for Third-Party Witness Matthew Symonds

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Master File No. C-01-0988-MJJ<br><br>CLASS ACTION<br><br>**THIRD-PARTY WITNESS MATTHEW SYMONDS' ADMINISTRATIVE REQUEST FOR LEAVE TO FILE TWO-PAGE LETTER BRIEF REGARDING *UNITED STATES v. BALSYS*, 524 U.S. 666 (1998); DECLARATION OF ALEXIS HALLER IN SUPPORT THEREOF**<br><br>**[Civil L.R. 7-3(d) and 7-11]** |

Pursuant to Civil Local Rules 7-3(d) and 7-11, third-party witness Matthew Symonds hereby requests an order granting Mr. Symonds leave to file a two-page letter brief regarding *United States v. Balsys*, 524 U.S. 666 (1998). The reasons for this request are as follows:

1. During the telephonic conference on May 4, 2007, the Court indicated its interest in the relationship between the holding of *United States v. Balsys*, 524 U.S. 666 (1998), and the issues raised by Plaintiffs' Motion to Compel Testimony and Determine Applicability of Fifth Amendment Privilege Against Self-incrimination, Docket No. 752.

2. Neither Plaintiffs nor Mr. Symonds has previously discussed or cited *Balsys* in any of the briefing in this matter. *See* Docket Nos. 752, 787, 793.

3. Following the telephonic conference on May 4, 2007, counsel for Mr. Symonds called Plaintiffs' counsel and offered to stipulate to the simultaneous filing by Plaintiffs and Mr. Symonds of a two-page letter brief regarding *Balsys*. Plaintiffs' counsel declined to so stipulate.

4. Given that neither party has addressed *Balsys* in otherwise-complete briefing in this matter, and in light of the fact that the Court expressed interest in the parties' views on *Balsys* during the telephonic conference, Mr. Symonds respectfully submits that providing the Court with the parties' considered positions regarding the significance of *Balsys* in advance of the hearing would benefit the Court and promote efficiency.

Based upon the foregoing, Mr. Symonds respectfully requests from the Court leave to file, on Tuesday, May 8, 2007, a two-page letter brief regarding *Balsys*.[1]

Dated: May 4, 2007                                    Respectfully submitted,


                                                   /s/ Edward W. Swanson
EDWARD W. SWANSON
ALEXIS HALLER
SWANSON, McNAMARA & HALLER LLP
Attorneys for MATTHEW SYMONDS

---

[1] Although the proposed order submitted herewith grants only Mr. Symonds leave to file a letter brief, Mr. Symonds asks that the Court consider also granting Plaintiffs leave to file a short letter brief, to be submitted simultaneously with Mr. Symonds' brief on Tuesday, May 8, 2007.

2

**DECLARATION OF ALEXIS HALLER**

I, ALEXIS HALLER, do hereby declare and state:

1. I am an attorney duly admitted to practice in this Court and represent third-party witness Matthew Symonds in the above-captioned matter. I have personal knowledge of the facts stated herein, and could and would testify competently thereto if called as a witness.

2. On May 4, 2007, I contacted Plaintiffs' counsel Eli Greenstein to determine whether Plaintiffs would agree to the filing by each party of a two-page letter brief regarding *United States v. Balsys*, 524 U.S. 666 (1998). Mr. Greenstein advised me that Plaintiffs would not stipulate to the filing of any such letter briefs.

I declare under penalty of perjury that the foregoing is true and correct.

Executed the 4th day of May, 2007 at San Francisco, California.


                                                        /s/ Alexis Haller
                                                    Alexis Haller