Edward W. Swanson SBN 159859
Alexis Haller SBN 201210
SWANSON, McNAMARA & HALLER LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorneys for Third-Party Witness Matthew Symonds

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| In re ORACLE CORPORATION SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Master File No. C-01-0988-MJJ<br><br>CLASS ACTION<br><br>**[PROPOSED] ORDER GRANTING THIRD-PARTY WITNESS MATTHEW SYMONDS' ADMINISTRATIVE REQUEST FOR LEAVE TO FILE TWO-PAGE LETTER BRIEF REGARDING *UNITED STATES v. BALSYS*, 524 U.S. 666 (1998)** |
|---|---|

The Court, having reviewed third-party witness Matthew Symonds' Administrative Request for Leave to File Two-page Letter Brief Regarding *United States v. Balsys*, 524 U.S. 666 (1998), and good cause appearing therefore, HEREBY ORDERS that Mr. Symonds' Request is GRANTED.

IT IS SO ORDERED.

Dated: _____

_____
The Honorable Martin J. Jenkins
United States District Judge

Submitted by:
Edward W. Swanson
Alexis Haller
Swanson, McNamara & Haller LLP