IN THE UNITED STATED DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

## CIVIL PRETRIAL MINUTES

**HONORABLE MARTIN J. JENKINS**                    Courtroom Clerk: **Edward Butler**

DATE: **May 4, 2007**                                              Court reporter: **Not Reported**

Case Number:   **C 01-0988 MJJ**                         Time in Court: 10:07–10:20 a.m.

Case Name:        **NURSING HOME PENSION FUND, et al. v. ORACLE CORP., et al.**

Counsel For Plaintiff(s): Mark Solomon, Shawn Williams, Valerie McLaughlin

Counsel For Defendant(s): James Maroulis, Patrick Gibbs, Peter Wald

Counsel For Witness Symonds: Edward Swanson, Alexi Heller

PROCEEDINGS:
(X) Telephone Further Status Conference     ( )P/T Conference  ( ) Initial Case Management Conference

ORDERED AFTER HEARING:
1. The Court informs the parties of his current jury trial in deliberation. As result, the hearing scheduled for today is continued to 5/11.
2. The Court requests the parties further examine a relevant Supreme Court case, citation given.

ORDER TO BE PREPARED BY:    Plntf ( ) Deft ( ) Court ( ) Parties Jointly ( )

Referred to Magistrate Judge        For:              in

CASE CONTINUED TO:  **Friday, May 11, 2007 at 9:30 a.m.** for **Hearing re: Plaintiff's Motion to Compel**

Discovery Cut-Off:              Expert Discovery Cut-Off:

Parties to Name Experts by:    Expert Reports to be Tendered by:

Designation of Supplemental/Rebuttal Experts:      Reports:

Dispositive Motion shall be heard by:     at  **9:30 a.m.**

Pre-Trial Conference Date :         at **3:30 p.m.**

Trial Date:            at 8:30 a.m.   Set for     **days**
            Type of Trial:  ( )Jury    ( )Court

Notes:
cc: