IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NURSING HOME PENSION FUND ET AL,<br><br>            Plaintiff,<br><br>   v.<br><br>ORACLE CORPORATION ET AL,<br><br>            Defendant.<br>                                                              / | No. C01-00988 MJJ<br><br>**ORDER GRANTING ADMINISTRATIVE REQUEST FOR LEAVE TO FILE TWO-PAGE LETTER BRIEF RE:** *UNITED STATES v. BALSYS* |

The Court, having reviewed third-party witness Matthew Symonds' Administrative Request for Leave to File Two-Page Letter Brief Regarding *United States v. Balsys*, 524 U.S. 666 (1998), and good cause appearing therefore, hereby **GRANTS** the administrative request.

Symonds, as well as Plaintiffs, are each granted leave to file a two-page letter brief with the Court addressing *United States v. Balsys*, 524 U.S. 666 (1998) no later than Wednesday, May 9, 2007.

**IT IS SO ORDERED.**

Dated: 5/8/2007

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE