

SAN DIEGO • SAN FRANCISCO
LOS ANGELES • NEW YORK • BOCA RATON
WASHINGTON, DC • HOUSTON
PHILADELPHIA • SEATTLE

Mark Solomon
Marks@Lerachlaw.com

May 9, 2007

<u>DELIVERY METHOD</u>

The Honorable Martin J. Jenkins
Judge of the United States District Court for
the Northern District of California
United States Courthouse
450 Golden Gate Avenue, 19th Fl., Ct. Rm. 11
San Francisco, California 94102

  Re: *Nursing Home Pension v. Oracle Corporation*
    Civil Case No. CV-01-00988-MJJ

Your Honor:

  Plaintiffs respectfully submit this letter brief to address the U.S. Supreme Court's decision in *United States v. Balsys*, 524 U.S. 666 (1998). In *Balsys*, the U.S. Government sought to depose Aloyzas Balsys, a foreign citizen and resident alien living in the United States, concerning certain statements made on his visa application and his alleged involvement in Nazi activities during World War II. 524 U.S. at 670. Mr. Balsys refused to testify at the deposition, claiming that his testimony would incriminate him for crimes in Israel, Lithuania and Germany. *Id*. After the U.S. Government successfully petitioned the U.S. District Court to enforce the deposition subpoena, the Court of Appeals for the Second Circuit vacated the District Court's order, holding that Mr. Balsys' invocation of the Fifth Amendment was proper. *Id*. The Supreme Court granted certiorari and reversed. *Id*. at 671.

  After examining over 150 years of Fifth Amendment jurisprudence, the Supreme Court held that a U.S. resident alien cannot refuse to testify under the Fifth Amendment out of fear of incrimination for foreign crimes. *Id*. at 669 ("We hold that concern with foreign prosecution is beyond the scope of the Self-Incrimination Clause."). The Court found that "extending protection as Balsys requests would change the balance of private and governmental interests that has seemingly been accepted for as long as there has been Fifth Amendment doctrine." *Id*. at 693.

  The *Balsys* decision supports plaintiffs' motion to compel Mr. Symonds' testimony in several respects. First, the Supreme Court's ruling confirms that even if Mr. Symonds is entitled to invoke U.S. Constitutional rights in England (he is not), he still cannot invoke the privilege against self-incrimination because he is using it to protect himself against the risk of *foreign prosecution*. This is the mirror image of English law. As Mr. Symonds' counsel readily



The Honorable Martin J. Jenkins
May 9, 2007
Page 2

admitted at the March 19, 2007 deposition, "[t]here is no right to self-incrimination under English law in respect of potential foreign criminal proceedings." Plaintiffs' Mot., Ex. J. at 4. Accordingly, Mr. Symonds has no basis, under either U.S. law or English law, to refuse to testify based on the fear of foreign prosecution.

      The *Balsys* decision also supports plaintiffs' position that Mr. Symonds is not entitled to invoke the Fifth Amendment in any event. Unlike Mr. Symonds, Mr. Balsys was a New York resident, having been in the United States for over 30 years. *Balsys*, 524 U.S. at 669-670. Mr. Balsys necessarily established substantial connections to the United States, taking on significant societal obligations of the U.S. citizenry. *Id*. Accordingly, the Supreme Court noted that Mr. Balsys was entitled to Fifth Amendment rights as a U.S. resident *only* if he could show that his testimony would incriminate him under domestic law. *Id*. at 671-672. Because Mr. Balsys sought to invoke the privilege out of fear of foreign prosecution, however, the privilege did not attach. *Id*. That is precisely what Mr. Symonds is attempting to do by invoking the Fifth Amendment in England. His entire claim is premised on the purported fear of prosecution for *foreign crimes*. Mr. Symonds should not be afforded more robust Constitutional rights than those afforded to the United States' own residents.

      Finally, the holding in *Balsys* confirms that plaintiffs' proposed remedy here is the right result under the concept of international comity. Any comity analysis presupposes some sort of underlying asymmetry between the interests or rights of sovereign nations. Here, that is not the case. As mentioned above, the principles articulated in *Balsys* are the mirror image of the English rules with respect to testimony that might incriminate a witness under foreign law. Thus, there is no "special problem" confronted by Mr. Symonds on account of his nationality or location. The respective interests and rights of the United States and England are aligned. Both nations refuse to allow domestically located witnesses from refusing to testify based on the fear of foreign prosecution. Mr. Symonds should not be the lone exception.

                                Respectfully,

                                /s/

                                Mark Solomon

cc:    Edward W. Swanson, Esq.
        Patrick E. Gibbs, Esq.

T:\CasesSF\Oracle3\Corres\Hon. Martin Jenkins_5-9-07(ERG).doc

CERTIFICATE OF SERVICE

I hereby certify that on May 9, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/EC

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on May 9, 2007.

                                                 /s/
                              MARK SOLOMON

                              LERACH COUGHLIN STOIA GELLER
                                 RUDMAN & ROBBINS LLP
                              655 West Broadway, Suite 1900
                              San Diego, CA  92101-3301
                              Telephone:  619/231-1058
                              619/231-7423 (fax)

                              E-mail: MarkS@lerachlaw.com

# Mailing Information for a Case 3:01-cv-00988-MJJ

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jennie Lee Anderson**
  jennie@libertylawoffice.com

- **Eric J. Belfi**
  ebelfi@labaton.com ElectronicCaseFiling@labaton.com

- **Doug Britton**
  dougb@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Patrick Edward Gibbs**
  patrick.gibbs@lw.com zoila.aurora@lw.com

- **Eli Greenstein**
  Elig@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Kirke M. Hasson**
  kirke.hasson@pillsburylaw.com cheryl.grant@pillsburylaw.com

- **Stacey Marie Kaplan**
  SKaplan@lerachlaw.com

- **Reed R. Kathrein**
  reed@hbsslaw.com nancyq@hbsslaw.com

- **Michele Frances Kyrouz**
  michele.kyrouz@lw.com

- **Nicole Catherine Lavallee**
  nlavallee@bermanesq.com

- **William S. Lerach**
  e_file_sd@lerachlaw.com

- **James C. Maroulis**
  jim.maroulis@oracle.com

- **Caroline McIntyre**
  cmcintyre@be-law.com swalker@be-law.com

- **Valerie McLaughlin**
  valeriem@lerachlaw.com kellyb@lerachlaw.com

- **Brian P Murray**
  bmurray@rabinlaw.com

- **Shinyung Oh**

shinyungoh@paulhastings.com

- **Willow E. Radcliffe**
  willowr@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Darren J. Robbins**

- **Sanna Rachel Singer**
  ssinger@sideman.com mthomas@sideman.com

- **Mark Solomon**
  marks@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Edward W. Swanson**
  eswanson@swansonmcnamara.com

- **Shawn A. Williams**
  shawnw@lerachlaw.com
  e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com;aelishb@lerachlaw.com;moniquew@lerachla

- **Jamie Lynne Wine**
  jamie.wine@lw.com karen.kelly@lw.com

- **Monique Winkler**
  MoniqueW@lerachlaw.com
  E_File_SF@lerachlaw.com;MoniqueW@lerachlaw.com;shawnw@lerachlaw.com;travisd@lerachl

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Dorian Daley
500 Oracle Parkway
Redwood City, CA 94065

Corey D. Holzer
Holzer Holzer & Cannon LLC
1117 Perimeter Center West
Suite E-107
Atlanta, GA 30338
```