IN THE UNITED STATED DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

## CIVIL PRETRIAL MINUTES

**HONORABLE MARTIN J. JENKINS**          Courtroom Clerk: **Edward Butler**

DATE: **May 11, 2007**          Court reporter: **Debra Pas**

Case Number:   **C 01-0988 MJJ**          Time in Court: 9:44 – 11:41 a.m.

Case Name:          **NURSING HOME PENSION FUND, et al. v. ORACLE CORP., et al.**

Counsel For Plaintiff(s): Mark Solomon, Shawn Williams, Stacy Kaplan, Eli Greenstein

Counsel For Defendant(s): Patrick Gibbs

Counsel For Witness Symonds: Edward Swanson, Alexi Holler

PROCEEDINGS:
• Plaintiff's Motion to Compel Testimony

( ) Further Status Conference     ( )P/T Conference  ( ) Initial Case Management Conference

ORDERED AFTER HEARING:
• Arguments heard.  The matter is submitted.  The Court will issue an order.

ORDER TO BE PREPARED BY:    Plntf ( )  Deft ( )  Court ( X ) Parties Jointly ( )

Referred to Magistrate Judge         For:              in

CASE CONTINUED TO:  _____   for _____

Discovery Cut-Off:           Expert Discovery Cut-Off:

Parties to Name Experts by:      Expert Reports to be Tendered by:

Designation of Supplemental/Rebuttal Experts:      Reports:

Dispositive Motion shall be heard by:      at   **9:30 a.m.**

Pre-Trial Conference Date :        at **3:30 p.m.**

Trial Date:           at 8:30 a.m.  Set for     **days**
           Type of Trial:  ( )Jury     ( )Court

Notes:


cc: