1
2
3
4
5
6

7  UNITED STATES DISTRICT COURT

8  NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION

9

| 10 | In re ORACLE CORPORATION SECURITIES LITIGATION | Master File No. C-01-0988-MJJ (Consolidated) |
|---|---|---|
| 11 | | CLASS ACTION |
| 12 | | **DISCOVERY MATTER** |
| 13 | This Document Relates To: | [PROPOSED] SEALING ORDER |
| 14 | ALL ACTIONS. | **Honorable Martin J. Jenkins** |

15
16
17
18
19
20
21
22
23
24
25
26
27
28

1  Having considered the papers regarding Defendants' Administrative Request to
2  File Under Seal Defendants' Memorandum Regarding Plaintiffs' Motion to Compel Testimony
3  and Determine the Applicability of the Fifth Amendment Right Against Self-Incrimination, and
4  finding good cause therefore; Defendants' Memorandum Regarding Plaintiffs' Motion to
5  Compel Testimony and Determine the Applicability of the Fifth Amendment Right Against Self-
6  Incrimination is **HEREBY sealed**.

8  IT IS SO ORDERED.

10 Dated:   5/3/07

THE HONORABLE MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE

Submitted By:

DATED:  April 25, 2007

| LATHAM & WATKINS LLP | LATHAM & WATKINS LLP |
|---|---|
| Peter A. Wald (SBN 85705) | Patrick E. Gibbs  (SBN 183174) |
| Michele F. Kyrouz (SBN 168004) | 140 Scott Drive |
| Sean P.J. Coyle (SBN 233039) | Menlo Park, CA 94025 |
| 505 Montgomery Street, Suite 2000 | Telephone: (650) 328-4600 |
| San Francisco, CA  94111-2562 | Facsimile: (650) 463-2600 |
| Telephone: (415) 391-0600 | E-mail: patrick.gibbs@lw.com |
| Facsimile: (415) 395-8095 | |
| E-mail: peter.wald@lw.com | |
|         michele.kyrouz@lw.com | |
|         sean.coyle@lw.com | |

**/s/ Sean P.J. Coyle**
_____
   Sean P.J. Coyle