1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION | Master File No. C-01-0988-MJJ (Consolidated) |
| | CLASS ACTION |
| This Document Relates To: | [~~PROPOSED~~] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE REQUEST FOR LEAVE TO FILE MEMORANDUM REGARDING PLAINTIFFS' MOTION TO COMPEL TESTIMONY AND DETERMINE THE APPLICABILITY OF THE FIFTH AMENDMENT RIGHT AGAINST SELF-INCRIMINATION |
| ALL ACTIONS. | |
| | **Honorable Martin J. Jenkins** |

Having considered Defendants' Administrative Request for Leave to File Memorandum Regarding Plaintiffs' Motion to Compel Testimony and Determine the Applicability of the Fifth Amendment Right Against Self-Incrimination and finding good cause therefore; Defendants' Administrative Request is **hereby GRANTED**.

IT IS SO ORDERED.

Dated:  5/3/07

THE HONORABLE MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE

Submitted By:

DATED: April 25, 2007

| | |
|---|---|
| LATHAM & WATKINS LLP | LATHAM & WATKINS LLP |
| Peter A. Wald (SBN 85705) | Patrick E. Gibbs  (SBN 183174) |
| Michele F. Kyrouz (SBN 168004) | 140 Scott Drive |
| Sean P.J. Coyle (SBN 233039) | Menlo Park, CA 94025 |
| 505 Montgomery Street, Suite 2000 | Telephone: (650) 328-4600 |
| San Francisco, CA  94111-2562 | Facsimile: (650) 463-2600 |
| Telephone: (415) 391-0600 | E-mail: patrick.gibbs@lw.com |
| Facsimile: (415) 395-8095 | |
| E-mail: peter.wald@lw.com | |
|         michele.kyrouz@lw.com | |
|         sean.coyle@lw.com | |

**/s/ Sean P.J. Coyle**

Sean P.J. Coyle

1