LATHAM & WATKINS LLP
  Peter A. Wald (SBN 85705)
  Michele F. Kyrouz (SBN 168004)
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-2562
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
E-mail: peter.wald@lw.com
          michele.kyrouz@lw.com

LATHAM & WATKINS LLP
  Patrick E. Gibbs (SBN 183174)
140 Scott Drive
Menlo Park, California 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600
E-mail: patrick.gibbs@lw.com

LATHAM & WATKINS LLP
  Jamie L. Wine (SBN 181373)
633 West Fifth Street, Suite 4000
Los Angeles, CA 90071-2007
Phone: (213) 485-1234
Fax: (213) 891-8763
E-mail: jamie.wine@lw.com

Attorneys for Defendants ORACLE CORPORATION, LAWRENCE
J. ELLISON, JEFFREY O. HENLEY, and EDWARD J. SANDERSON

ORACLE CORPORATION
  Dorian Daley (SBN 129049)
  James C. Maroulis (SBN 208316)
500 Oracle Parkway
Mailstop 5OP7
Redwood Shores, California 94065
Telephone: (650) 506-5200
Facsimile: (650) 506-7114
E-mail: jim.maroulis@oracle.com

Attorneys for Defendant ORACLE CORPORATION

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION | Master File No. C-01-0988-MJJ (Consolidated) |
| | CLASS ACTION |
| This Document Relates To: | **DEFENDANTS' UNOPPOSED MOTION FOR ADMINISTRATIVE RELIEF RE PAGE LIMITS FOR DISPOSITIVE MOTIONS** |
| ALL ACTIONS. | |
| | **Honorable Martin J. Jenkins** |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DEFTS' UNOPPOSED MOTION FOR ADMINISTRATIVE RELIEF
RE PAGE LIMITS FOR DISPOSITIVE MOTIONS
Master File No. C-01-0988-MJJ

1    **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

2              PLEASE TAKE NOTICE that Defendants hereby move this Court, pursuant to

3    Local Rule 7-11 of the District Court for the Northern District of California, for an order

4    permitting the parties to exceed the page limits for dispositive motions established by Local

5    Rules 7-2 and 7-3 of the District Court for the Northern District of California.  Specifically,

6    Defendants request that the Court permit the following page limits:

7              • Defendants' opening brief shall not exceed 50 pages in length;

8              • Plaintiffs' opposition brief shall not exceed 50 pages in length;

9              • Defendants' reply brief shall not exceed 25 pages in length.

10             The parties have stipulated to the above limits.  A copy of that stipulation is

11   submitted concurrently herewith.

12

13   Dated:  July 11, 2007                              LATHAM & WATKINS LLP
                                                        Peter A. Wald
14                                                      Patrick E. Gibbs
                                                        Michele F. Kyrouz
15                                                      Jamie L. Wine

16                                                              /s/

17                                                  By: _____

18                                                      Patrick E. Gibbs
                                                        Attorneys for Defendants ORACLE
19                                                      CORPORATION, LAWRENCE J.
                                                        ELLISON, JEFFREY O. HENLEY,
20                                                      and EDWARD J. SANDERSON

21

22

23

24

25

26

27

28

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

DEFTS' UNOPPOSED MOTION FOR ADMINISTRATIVE RELIEF
RE PAGE LIMITS FOR DISPOSITIVE MOTIONS
Master File No. C-01-0988-MJJ