1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION | Master File No. C-01-0988-MJJ (Consolidated) |
| | <u>CLASS ACTION</u> |
| This Document Relates To: ALL ACTIONS. | **STIPULATION PERMITTING THE PARTIES TO EXCEED THE APPLICABLE PAGE LIMITS FOR DISPOSITIVE MOTIONS** |
| | **Judge Martin J. Jenkins** |

1    WHEREAS, under this Court's March 5, 2007 Amended Pretrial Order Setting a Schedule for Expert Discovery, Dispositive Motions, Settlement Conference and Trial, dispositive motions currently are due on July 26, 2007.

    WHEREAS, dispositive motions are limited to 25 pages for the opening brief, 25 pages for the opposition brief, and 15 pages for the reply brief under Local Rules 7-2 and 7-3 of the United States District Court for the Northern District of California.

    WHEREAS, the parties have agreed, subject to the Court's approval, to extend the page limits pertaining to Defendants' dispositive motion as set forth below.

    NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE AS FOLLOWS:

    The parties shall be permitted to exceed the page limits for dispositive motions under Local Rules 7-2 and 7-3. Specifically, Defendants' opening motion shall not exceed 50 pages in length, Plaintiffs' opposition brief shall not exceed 50 pages in length, and Defendants' reply brief shall not exceed 25 pages in length.

DATED: July 11, 2007

Respectfully submitted,

LATHAM & WATKINS LLP

By _Patrick E. Gibbs/SPTC_
Patrick E. Gibbs
Counsel for Defendants Oracle Corporation, Lawrence J. Ellison, Jeffrey O. Henley, and Edward J. Sanderson

LERACH COUGHLIN STOIA GELLER RUDMAN AND ROBBINS LLP

By _[signature] w/ permission from:_
Shawn A. Williams
Counsel for Plaintiffs