1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION | Master File No. C-01-0988-MJJ (Consolidated) |
| | <u>CLASS ACTION</u> |
| This Document Relates To: | **[PROPOSED] ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR ADMINISTRATIVE RELIEF RE PAGE LIMITS FOR DISPOSITIVE MOTIONS** |
| ALL ACTIONS. | |
| | **Honorable Martin J. Jenkins** |

1    Having considered Defendants' Unopposed Motion for Administrative Relief Re Page

2    Limits for Dispositive Motions and finding good cause therefore; Defendants' Unopposed

3    Motion is **hereby GRANTED**.  Defendants' dispositive motion shall not exceed 50 pages in

4    length, Plaintiffs' opposition brief shall not exceed 50 pages in length, and Defendants' reply

5

6    brief shall not exceed 25 pages in length.

7

8    IT IS SO ORDERED.

9

10   Dated: _____

11                                              THE HONORABLE MARTIN J. JENKINS
                                                UNITED STATES DISTRICT JUDGE
12

     Submitted By:
13
     DATED:  July 11, 2007
14

15   LATHAM & WATKINS LLP                        LATHAM & WATKINS LLP
       Peter A. Wald (SBN 85705)                   Patrick E. Gibbs  (SBN 183174)
16     Michele F. Kyrouz (SBN 168004)            140 Scott Drive
     505 Montgomery Street, Suite 2000           Menlo Park, CA 94025
17   San Francisco, CA  94111-2562               Telephone: (650) 328-4600
     Telephone: (415) 391-0600                   Facsimile: (650) 463-2600
18   Facsimile: (415) 395-8095                    E-mail: patrick.gibbs@lw.com
     E-mail: peter.wald@lw.com
19           michele.kyrouz@lw.com

20            /s/

21   _____
           Patrick E. Gibbs
22

23

24

25

26

27

28

1