IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NURSING HOME PENSION FUND, et al.,**<br><br>Plaintiff(s),<br><br>v.<br><br>**ORACLE CORPORATION, et al.**,<br><br>Defendant(s), _____ / | No. **C 01-0988 MJJ**<br><br>**CLERK'S NOTICE SETTING STATUS CONFERENCE TO DISCUSS *IN CAMERA* HEARING re: THIRD PARTY MATTHEW SYMONDS' CLAIMS OF PRIVILEGE** |

    YOU ARE NOTIFIED that a **Status Conference** to discuss the format and to set a date for the *in camera* hearing regarding privilege issues with respect to Third Party Matthew Symonds, as set forth in the Court's Order filed June 29, 2007 [Docket No. 843], is scheduled for **Thursday, August 2, 2007** at **2:30 p.m.** before the Honorable Martin J. Jenkins.  The parties should confer and submit a joint status conference statement with a proposal regarding the conduct of the *in camera* hearing by **July 26, 2007**.

    Please report to Courtroom 11, on the 19th floor, U.S. Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated:  July 13, 2007

FOR THE COURT,

Richard W. Wieking, Clerk

By:_____
    Edward Butler
    Courtroom Deputy