| | |
|---|---|
| 1 | LERACH COUGHLIN STOIA GELLER |
|   |   RUDMAN & ROBBINS LLP |
| 2 | MARK SOLOMON (151949) |
|   | DOUGLAS R. BRITTON (188769) |
| 3 | VALERIE L. McLAUGHLIN (191916) |
|   | GAVIN M. BOWIE (235532) |
| 4 | STACEY M. KAPLAN (241989) |
|   | 655 West Broadway, Suite 1900 |
| 5 | San Diego, CA 92101 |
|   | Telephone: 619/231-1058 |
| 6 | 619/231-7423 (fax) |
|   | marks@lerachlaw.com |
| 7 | dougb@lerachlaw.com |
|   | valeriem@lerachlaw.com |
| 8 | gbowie@lerachlaw.com |
|   | skaplan@lerachlaw.com |
| 9 |     – and – |
|   | SHAWN A. WILLIAMS (213113) |
| 10 | WILLOW E. RADCLIFFE (200087) |
|   | MONIQUE C. WINKLER (213031) |
| 11 | ELI R. GREENSTEIN (217945) |
|   | 100 Pine Street, Suite 2600 |
| 12 | San Francisco, CA 94111 |
|   | Telephone: 415/288-4545 |
| 13 | 415/288-4534 (fax) |
|   | shawnw@lerachlaw.com |
| 14 | willowr@lerachlaw.com |
|   | moniquew@lerachlaw.com |
| 15 | elig@lerachlaw.com |
| 16 | Lead Counsel for Plaintiffs |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION | ) ) ) ) | Master File No. C-01-0988-MJJ |
|   | ) | CLASS ACTION |
| This Document Relates To: | ) ) ) ) ) | STIPULATION AND [PROPOSED] ORDER REGARDING EXPERT DISCOVERY |
|     ALL ACTIONS. | | |

1   IT IS HEREBY STIPULATED AND AGREED, by and between the parties to this action,
through their undersigned counsel of record, as follows:

1. The purpose of this Stipulation is to modify the July 12, 2007 close of expert discovery set forth in the March 5, 2007 Amended Pretrial Order Setting a Schedule for Expert Discovery, Dispositive Motions, Settlement Conference and Trial, with respect to the depositions of experts Randall W. Jensen ("Jensen") and Christopher M. James ("James").

2. Due to witness unavailability, the parties have agreed to schedule the depositions of Jensen and James after July 12, 2007, on July 13, 2007 and July 17, 2007, respectively, subject to the approval of the Court.

DATED: July 9, 2007

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
MARK SOLOMON
DOUGLAS R. BRITTON
VALERIE L. McLAUGHLIN
GAVIN M. BOWIE
STACEY M. KAPLAN


/s/
SHAWN A. WILLIAMS

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SHAWN A. WILLIAMS
WILLOW E. RADCLIFFE
MONIQUE C. WINKLER
ELI R. GREENSTEIN
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)

Lead Counsel for Plaintiffs

| | | |
|---|---|---|
| 1 | DATED: July 9, 2007 | LATHAM & WATKINS LLP<br>PATRICK E. GIBBS |
| 2 | | |
| 3 | | |
| 4 | | _____<br>FOR PATRICK E. GIBBS |
| 5 | | 140 Scott Drive<br>Menlo Park, CA 94025 |
| 6 | | Telephone: 650/328-4600<br>650/463-2600 (fax) |
| 7 | | |
| 8 | | LATHAM & WATKINS LLP<br>Peter A. Wald |
| 9 | | Michele F. Kyrouz<br>505 Montgomery Street, Suite 2000 |
| 10 | | San Francisco, CA 94111<br>Telephone: 415/391-0600<br>415/395-8095 (fax) |
| 11 | | |
| 12 | | Attorneys for Defendants |

\* \* \*

**O R D E R**

IT IS SO ORDERED.

DATED: 7/17/2007                        _____
                                        THE HONORABLE MARTIN J. JENKINS
                                        UNITED STATES DISTRICT JUDGE

T:\CAsesSF\ORACLE3\STP00043408.doc

STIPULATION AND [PROPOSED] ORDER REGARDING EXPERT DISCOVERY - C-01-0988-MJJ         - 2 -

|   |   |
|---|---|
| 1 | <u>CERTIFICATE OF SERVICE</u> |
| 2 | I hereby certify that on July 9, 2007, I electronically filed the foregoing with the Clerk of the |
| 3 | Court using the CM/ECF system which will send notification of such filing to the e-mail addresses |
| 4 | denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the |
| 5 | foregoing document or paper via the United States Postal Service to the non-CM/ECF participants |
| 6 | indicated on the attached Manual Notice List. |

                                                          /s/
                                              SHAWN A. WILLIAMS

                                              LERACH COUGHLIN STOIA GELLER
                                                  RUDMAN & ROBBINS LLP
                                              100 Pine Street, 26th Floor
                                              San Francisco, CA  94111
                                              Telephone:  415/288-4545
                                              415/288-4534 (fax)
                                              E-mail:Shawn W@lerachlaw.com

# Mailing Information for a Case 3:01-cv-00988-MJJ

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jennie Lee Anderson**
  jennie@libertylawoffice.com

- **Eric J. Belfi**
  ebelfi@labaton.com,ElectronicCaseFiling@labaton.com

- **Doug Britton**
  dougb@lerachlaw.com,e_file_sf@lerachlaw.com,e_file_sd@lerachlaw.com

- **Patrick Edward Gibbs**
  patrick.gibbs@lw.com,zoila.aurora@lw.com

- **Eli Greenstein**
  Elig@lerachlaw.com,e_file_sf@lerachlaw.com,e_file_sd@lerachlaw.com

- **Kirke M. Hasson**
  kirke.hasson@pillsburylaw.com,cheryl.grant@pillsburylaw.com

- **Stacey Marie Kaplan**
  SKaplan@lerachlaw.com

- **Reed R. Kathrein**
  reed@hbsslaw.com,nancyq@hbsslaw.com

- **Michele Frances Kyrouz**
  michele.kyrouz@lw.com

- **Nicole Catherine Lavallee**
  nlavallee@bermanesq.com

- **William S. Lerach**
  e_file_sd@lerachlaw.com

- **James C. Maroulis**
  jim.maroulis@oracle.com

- **Caroline McIntyre**
  cmcintyre@be-law.com,swalker@be-law.com

- **Valerie McLaughlin**
  valeriem@lerachlaw.com,kellyb@lerachlaw.com

- **Brian P Murray**

bmurray@rabinlaw.com

- **Shinyung Oh**
  shinyungoh@paulhastings.com

- **Willow E. Radcliffe**
  willowr@lerachlaw.com,e_file_sf@lerachlaw.com,e_file_sd@lerachlaw.com

- **Sanna Rachel Singer**
  ssinger@sideman.com,mthomas@sideman.com

- **Mark Solomon**
  marks@lerachlaw.com,e_file_sf@lerachlaw.com,e_file_sd@lerachlaw.com

- **Edward W. Swanson**
  eswanson@swansonmcnamara.com

- **Shawn A. Williams**
  shawnw@lerachlaw.com,cwood@lerachlaw.com,e_file_sf@lerachlaw.com,dpfefferbaum@lerachl

- **Jamie Lynne Wine**
  jamie.wine@lw.com,karen.kelly@lw.com

- **Monique Winkler**
  shawnw@lerachlaw.com,E_File_SF@lerachlaw.com,travisd@lerachlaw.com,MoniqueW@lerachl

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Dorian Daley
500 Oracle Parkway
Redwood City, CA 94065

Corey D. Holzer
Holzer Holzer & Cannon LLC
1117 Perimeter Center West
Suite E-107
Atlanta, GA 30338

Raymond Lane
Bergeson LLP
303 Almaden Blvd., Ste. 500
San Jose, CA 95110

PRG-Schultz USA, Inc.
Paul Hastings Janofsky & Walker LLP
55 Second Street
24th Floor
San Francisco, CA 94105
```

**Darren Jay Robbins**
 Lerach Coughlin Stoia Geller Rudman  & Robbins LLP
655 West Broadway
Suite 1900
San Diego, CA 92101