1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION

| In re ORACLE CORPORATION SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Master File No. C-01-0988-MJJ<br>(Consolidated)<br><br>CLASS ACTION<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR ADMINISTRATIVE RELIEF RE PAGE LIMITS FOR DISPOSITIVE MOTIONS<br><br>**Honorable Martin J. Jenkins** |
|---|---|

1  Having considered Defendants' Unopposed Motion for Administrative Relief Re Page Limits for Dispositive Motions and finding good cause therefore; Defendants' Unopposed Motion is **hereby GRANTED**. Defendants' dispositive motion shall not exceed 50 pages in length, Plaintiffs' opposition brief shall not exceed 50 pages in length, and Defendants' reply brief shall not exceed 25 pages in length.

IT IS SO ORDERED.

Dated:  7/15/2007

THE HONORABLE MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE

Submitted By:

DATED: July 11, 2007

| LATHAM & WATKINS LLP | LATHAM & WATKINS LLP |
|---|---|
| Peter A. Wald (SBN 85705) | Patrick E. Gibbs  (SBN 183174) |
| Michele F. Kyrouz (SBN 168004) | 140 Scott Drive |
| 505 Montgomery Street, Suite 2000 | Menlo Park, CA 94025 |
| San Francisco, CA  94111-2562 | Telephone: (650) 328-4600 |
| Telephone: (415) 391-0600 | Facsimile: (650) 463-2600 |
| Facsimile: (415) 395-8095 | E-mail: patrick.gibbs@lw.com |
| E-mail: peter.wald@lw.com | |
|          michele.kyrouz@lw.com | |

     /s/
_____
     Patrick E. Gibbs

1