Edward W. Swanson SBN 159859
Alexis Haller SBN 201210
SWANSON, McNAMARA & HALLER LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorneys for Third-Party Witness Matthew Symonds

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Master File No. C-01-0988-MJJ<br><br>CLASS ACTION<br><br>**JOINT STATUS CONFERENCE STATEMENT**<br><br>Date:    August 2, 2007<br>Time:    2:30 p.m.<br>Court:   The Honorable Martin J. Jenkins |

Pursuant to the Clerk's Notice Setting Status Conference to Discuss *In Camera* Hearing Re: Third-Party Matthew Symonds' Claims of Privilege, Docket No. 848, and following a meet and confer between counsel for plaintiffs, defendants, and third-party witness Matthew Symonds on July 24, 2007, counsel hereby submit this status conference statement.

Counsel are in agreement that the issues regarding the applicability of the Fifth Amendment privilege to the questions identified by the Court should be resolved via an *in camera* hearing. *See* Order Regarding Plaintiffs' Motion to Compel Testimony and Determine the Applicability of the Fifth Amendment Right Against Self-Incrimination to Foreign Citizen and Non-U.S. Resident Matthew Symonds ("Order"), Docket No. 843, at 23 and 23 n.19.

1  Counsel for Mr. Symonds believe the Court would benefit from limited additional briefing in advance of the *in camera* hearing to address, in particular, the proper scope of an *in camera* inquiry in the Fifth Amendment context and what constitutes "an indirect link to incriminating evidence" (Order at 18) for purposes of an assertion of the Fifth Amendment privilege. Plaintiffs' position is that the Order is clear and no further briefing on the applicable standard or scope of the Fifth Amendment is necessary. Plaintiffs believe that any further briefing, if deemed necessary by this Court, should be limited to a one-page letter brief addressing the procedures to be followed at the *in camera* hearing. Plaintiffs believe, however, that those issues can be fully addressed orally at the status conference on August 2, 2007.

Counsel agree that legal and conceptual issues related to the applicability of the Fifth Amendment privilege to the questions at issue can be addressed in the presence of all counsel. Counsel for Mr. Symonds reserve the right to request permission to make *ex parte* submissions or argument regarding the applicability of the privilege to specific questions should it be necessary.

Dated: July 26, 2007                           SWANSON, McNAMARA & HALLER LLP

                                               /s/
                                               EDWARD W. SWANSON
                                               Attorneys for Witness Matthew Symonds


Dated: July 26, 2007                           LERACH COUGHLIN STOIA GELLER
                                               RUDMAN & ROBBINS LLP

                                               /s/
                                               MARK SOLOMON
                                               Lead Counsel for Plaintiffs


Dated: July 26, 2007                           LATHAM & WATKINS LLP

                                               /s/
                                               PATRICK E. GIBBS
                                               Attorneys for Defendants