1  LERACH COUGHLIN STOIA GELLER
      RUDMAN & ROBBINS LLP
2  MARK SOLOMON (151949)
   DOUGLAS R. BRITTON (188769)
3  VALERIE L. McLAUGHLIN (191916)
   GAVIN M. BOWIE (235532)
4  655 West Broadway, Suite 1900
   San Diego, CA  92101
5  Telephone:  619/231-1058
   619/231-7423 (fax)
6  MarkS@lerachlaw.com
   DougB@lerachlaw.com
7  ValerieM@lerachlaw.com
           – and –
8  SHAWN A. WILLIAMS (213113)
   WILLOW E. RADCLIFFE (200087)
9  ELI R. GREENSTEIN (217945)
   JENNIE LEE ANDERSON (203586)
10 MONIQUE C. WINKLER (213031)
   100 Pine Street, Suite 2600
11 San Francisco, CA  94111
   Telephone:  415/288-4545
12 415/288-4534 (fax)
   ShawnW@lerachlaw.com
13 WillowR@lerachlaw.com
   EliG@lerachlaw.com
14 JennieA@lerachlaw.com
   MoniqueW@lerachlaw.com
15
   Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION | Master File No. C-01-0988-MJJ |
| | <u>CLASS ACTION</u> |
| This Document Relates To: | MANUAL FILING NOTIFICATION REGARDING THE DECLARATION OF DOUGLAS R. BRITTON IN SUPPORT OF PLAINTIFFS' MOTION TO EXCLUDE THE EXPERT TESTIMONY OF R. GLENN HUBBARD |
| ALL ACTIONS. | |

1  Regarding: DECLARATION OF DOUGLAS R. BRITTON IN SUPPORT OF
2  PLAINTIFFS' MOTION TO EXCLUDE THE EXPERT TESTIMONY OF R. GLENN
3  HUBBARD.

4  This filing is in paper or physical form only, and is being maintained in the case file in the
5  Clerk's office.

6  If you are a participant on this case, the filing will be served in hard-copy shortly.

7  For information on retrieving this filing directly from the Court, please see the Court's main
8  web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

9  This filing was not e-filed because the item was filed under seal pursuant to protective order.

10  DATED: July 26, 2007                     LERACH COUGHLIN STOIA GELLER
                                                  RUDMAN & ROBBINS LLP
11                                            MARK SOLOMON
                                              DOUGLAS R. BRITTON
12                                            VALERIE L. McLAUGHLIN
                                              GAVIN M. BOWIE


                                                     s/ DOUGLAS R. BRITTON
                                                      DOUGLAS R. BRITTON

                                              655 West Broadway, Suite 1900
                                              San Diego, CA  92101
                                              Telephone:  619/231-1058
                                              619/231-7423 (fax)

                                              LERACH COUGHLIN STOIA GELLER
                                                  RUDMAN & ROBBINS LLP
                                              SHAWN A. WILLIAMS
                                              WILLOW E. RADCLIFFE
                                              ELI R. GREENSTEIN
                                              JENNIE LEE ANDERSON
                                              MONIQUE C. WINKLER
                                              100 Pine Street, Suite 2600
                                              San Francisco, CA  94111
                                              Telephone:  415/288-4545
                                              415/288-4534 (fax)

                                              Lead Counsel for Plaintiffs

S:\CasesSD\Oracle3\MIS00043880_Dec_Hubbard.doc

MANUAL FILING NOTIFICATION REGARDING THE DECLARATION OF DOUGLAS R.
BRITTON IN SUPPORT OF PLAINTIFFS' MOTION TO EXCLUDE THE EXPERT TESTIMONY OF
R. GLENN HUBBARD - C-01-0988-MJJ                                                            - 1 -

CERTIFICATE OF SERVICE

I hereby certify that on July 26, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I further certify that I caused this document to be forwarded to the following designated Internet site at: http://securities.lerachlaw.com/.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 26, 2007.

 s/ DOUGLAS R. BRITTON
DOUGLAS R. BRITTON

LERACH COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
E-mail: Dougb@lerachlaw.com

# Mailing Information for a Case 3:01-cv-00988-MJJ

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jennie Lee Anderson**
  jennie@libertylawoffice.com

- **Eric J. Belfi**
  ebelfi@labaton.com,ElectronicCaseFiling@labaton.com

- **Doug Britton**
  dougb@lerachlaw.com,e_file_sf@lerachlaw.com,e_file_sd@lerachlaw.com

- **Patrick Edward Gibbs**
  patrick.gibbs@lw.com,zoila.aurora@lw.com

- **Eli Greenstein**
  Elig@lerachlaw.com,e_file_sf@lerachlaw.com,e_file_sd@lerachlaw.com

- **Kirke M. Hasson**
  kirke.hasson@pillsburylaw.com,cheryl.grant@pillsburylaw.com

- **Stacey Marie Kaplan**
  SKaplan@lerachlaw.com

- **Reed R. Kathrein**
  reed@hbsslaw.com,nancyq@hbsslaw.com

- **Michele Frances Kyrouz**
  michele.kyrouz@lw.com

- **Nicole Catherine Lavallee**
  nlavallee@bermanesq.com

- **William S. Lerach**
  e_file_sd@lerachlaw.com

- **James C. Maroulis**
  jim.maroulis@oracle.com

- **Caroline McIntyre**
  cmcintyre@be-law.com,swalker@be-law.com

- **Valerie McLaughlin**
  valeriem@lerachlaw.com,kellyb@lerachlaw.com

- **Brian P Murray**

- bmurray@rabinlaw.com

- **Shinyung Oh**
  shinyungoh@paulhastings.com

- **Willow E. Radcliffe**
  willowr@lerachlaw.com,e_file_sf@lerachlaw.com,e_file_sd@lerachlaw.com

- **Sanna Rachel Singer**
  ssinger@sideman.com,mthomas@sideman.com

- **Mark Solomon**
  marks@lerachlaw.com,e_file_sf@lerachlaw.com,e_file_sd@lerachlaw.com

- **Edward W. Swanson**
  eswanson@swansonmcnamara.com

- **Shawn A. Williams**
  shawnw@lerachlaw.com,cwood@lerachlaw.com,e_file_sf@lerachlaw.com,dpfefferbaum@lerachl

- **Jamie Lynne Wine**
  jamie.wine@lw.com,karen.kelly@lw.com

- **Monique Winkler**
  shawnw@lerachlaw.com,E_File_SF@lerachlaw.com,travisd@lerachlaw.com,MoniqueW@lerachl

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Dorian Daley
500 Oracle Parkway
Redwood City, CA 94065

Corey D. Holzer
Holzer Holzer & Cannon LLC
1117 Perimeter Center West
Suite E-107
Atlanta, GA 30338

Raymond Lane
Bergeson LLP
303 Almaden Blvd., Ste. 500
San Jose, CA 95110

PRG-Schultz USA, Inc.
Paul Hastings Janofsky & Walker LLP
55 Second Street
24th Floor
San Francisco, CA 94105
```

**Darren Jay Robbins**
 Lerach Coughlin Stoia Geller Rudman  & Robbins LLP
655 West Broadway
Suite 1900
San Diego, CA 92101