LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
MARK SOLOMON (151949)
DOUGLAS R. BRITTON (188769)
VALERIE L. McLAUGHLIN (191916)
GAVIN M. BOWIE (235532)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
MarkS@lerachlaw.com
DougB@lerachlaw.com
ValerieM@lerachlaw.com
        – and –
SHAWN A. WILLIAMS (213113)
WILLOW E. RADCLIFFE (200087)
ELI R. GREENSTEIN (217945)
JENNIE LEE ANDERSON (203586)
MONIQUE C. WINKLER (213031)
100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)
ShawnW@lerachlaw.com
WillowR@lerachlaw.com
EliG@lerachlaw.com
JennieA@lerachlaw.com
MoniqueW@lerachlaw.com

Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION ) ) ) ) | Master File No. C-01-0988-MJJ <br><br> <u>CLASS ACTION</u> |
| This Document Relates To: ) ) <br> ALL ACTIONS. ) ) | MANUAL FILING NOTIFICATION REGARDING PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT AGAINST LAWRENCE ELLISON FOR TRADING ON THE BASIS OF MATERIAL NON-PUBLIC INFORMATION |

1      Regarding:  PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR SUMMARY
2  JUDGMENT CONCERNING DEFENDANT LARRY ELLISON TRADING ON MATERIAL
3  NON-PUBLIC INFORMATION.

4      This filing is in paper or physical form only, and is being maintained in the case file in the
5  Clerk's office.

6      If you are a participant on this case, the filing will be served in hard-copy shortly.

7      For information on retrieving this filing directly from the Court, please see the Court's main
8  web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

9      This filing was not e-filed because the item was filed under seal pursuant to protective order.

10 DATED:  July 26, 2007                LERACH COUGHLIN STOIA GELLER
                                           RUDMAN & ROBBINS LLP
11                                      MARK SOLOMON
                                        DOUGLAS R. BRITTON
12                                      VALERIE L. McLAUGHLIN
                                        GAVIN M. BOWIE
13

14
                                              s/ DOUGLAS R. BRITTON
15                                           DOUGLAS R. BRITTON

16                                      655 West Broadway, Suite 1900
                                        San Diego, CA  92101
17                                      Telephone:  619/231-1058
                                        619/231-7423 (fax)
18
                                        LERACH COUGHLIN STOIA GELLER
19                                         RUDMAN & ROBBINS LLP
                                        SHAWN A. WILLIAMS
20                                      WILLOW E. RADCLIFFE
                                        ELI R. GREENSTEIN
21                                      JENNIE LEE ANDERSON
                                        MONIQUE C. WINKLER
22                                      100 Pine Street, Suite 2600
                                        San Francisco, CA  94111
23                                      Telephone:  415/288-4545
                                        415/288-4534 (fax)
24
                                        Lead Counsel for Plaintiffs
25
S:\CasesSD\Oracle3\MIS00043879_MF_Ellison.doc
26

27

28
MANUAL FILING NOTIFICATION REGARDING PLAINTIFFS' NOTICE OF MOTION AND
MOTION FOR SUMMARY JUDGMENT AGAINST LAWRENCE ELLISON FOR TRADING ON THE
BASIS OF MATERIAL NON-PUBLIC INFORMATION - C-01-0988-MJJ                    - 1 -

|    |    |
|---|---|
| 1  | <u>CERTIFICATE OF SERVICE</u> |
| 2  | I hereby certify that on July 26, 2007, I electronically filed the foregoing with the Clerk of |
| 3  | the Court using the CM/ECF system which will send notification of such filing to the e-mail |
| 4  | addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have |
| 5  | mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF |
| 6  | participants indicated on the attached Manual Notice List. |
| 7  | I further certify that I caused this document to be forwarded to the following designated |
| 8  | Internet site at: http://securities.lerachlaw.com/. |
| 9  | I certify under penalty of perjury under the laws of the United States of America that the |
| 10 | foregoing is true and correct. Executed on July 26, 2007. |

        s/ DOUGLAS R. BRITTON
        DOUGLAS R. BRITTON

        LERACH COUGHLIN STOIA GELLER
            RUDMAN & ROBBINS LLP
        655 West Broadway, Suite 1900
        San Diego, CA  92101
        Telephone:  619/231-1058
        619/231-7423 (fax)
        E-mail: Dougb@lerachlaw.com

# Mailing Information for a Case 3:01-cv-00988-MJJ

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jennie Lee Anderson**
  jennie@libertylawoffice.com

- **Eric J. Belfi**
  ebelfi@labaton.com,ElectronicCaseFiling@labaton.com

- **Doug Britton**
  dougb@lerachlaw.com,e_file_sf@lerachlaw.com,e_file_sd@lerachlaw.com

- **Patrick Edward Gibbs**
  patrick.gibbs@lw.com,zoila.aurora@lw.com

- **Eli Greenstein**
  Elig@lerachlaw.com,e_file_sf@lerachlaw.com,e_file_sd@lerachlaw.com

- **Kirke M. Hasson**
  kirke.hasson@pillsburylaw.com,cheryl.grant@pillsburylaw.com

- **Stacey Marie Kaplan**
  SKaplan@lerachlaw.com

- **Reed R. Kathrein**
  reed@hbsslaw.com,nancyq@hbsslaw.com

- **Michele Frances Kyrouz**
  michele.kyrouz@lw.com

- **Nicole Catherine Lavallee**
  nlavallee@bermanesq.com

- **William S. Lerach**
  e_file_sd@lerachlaw.com

- **James C. Maroulis**
  jim.maroulis@oracle.com

- **Caroline McIntyre**
  cmcintyre@be-law.com,swalker@be-law.com

- **Valerie McLaughlin**
  valeriem@lerachlaw.com,kellyb@lerachlaw.com

- **Brian P Murray**

- **Shinyung Oh**
  shinyungoh@paulhastings.com

- **Willow E. Radcliffe**
  willowr@lerachlaw.com,e_file_sf@lerachlaw.com,e_file_sd@lerachlaw.com

- **Sanna Rachel Singer**
  ssinger@sideman.com,mthomas@sideman.com

- **Mark Solomon**
  marks@lerachlaw.com,e_file_sf@lerachlaw.com,e_file_sd@lerachlaw.com

- **Edward W. Swanson**
  eswanson@swansonmcnamara.com

- **Shawn A. Williams**
  shawnw@lerachlaw.com,cwood@lerachlaw.com,e_file_sf@lerachlaw.com,dpfefferbaum@lerachl

- **Jamie Lynne Wine**
  jamie.wine@lw.com,karen.kelly@lw.com

- **Monique Winkler**
  shawnw@lerachlaw.com,E_File_SF@lerachlaw.com,travisd@lerachlaw.com,MoniqueW@lerachl

bmurray@rabinlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Dorian Daley
500 Oracle Parkway
Redwood City, CA 94065

Corey D. Holzer
Holzer Holzer & Cannon LLC
1117 Perimeter Center West
Suite E-107
Atlanta, GA 30338

Raymond Lane
Bergeson LLP
303 Almaden Blvd., Ste. 500
San Jose, CA 95110

PRG-Schultz USA, Inc.
Paul Hastings Janofsky & Walker LLP
55 Second Street
24th Floor
San Francisco, CA 94105
```

**Darren Jay Robbins**
 Lerach Coughlin Stoia Geller Rudman  & Robbins LLP
655 West Broadway
Suite 1900
San Diego, CA 92101