# EXHIBITS A-E

# FILED UNDER SEAL