1
2
3
4
5
6
7              UNITED STATES DISTRICT COURT
8    NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION
9

| 10 | In re ORACLE CORPORATION SECURITIES LITIGATION | Master File No. C-01-0988-MJJ (JCS) (Consolidated) |
|---|---|---|
| 11 | | |
| 12 | | **[PROPOSED] ORDER GRANTING DEFENDANTS'** *DAUBERT* **MOTION TO EXCLUDE EXPERT REPORTS AND TESTIMONY OF BJORN I. STEINHOLT** |
| 13 | This Document Relates to: | |
| 14 | ALL ACTIONS | |
| 15 | | **Honorable Judge Martin J. Jenkins** |

16
17
18
19
20
21
22
23
24
25
26
27
28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Having considered the papers regarding Defendants' *Daubert* Motion to Exclude Expert Report and Testimony of Bjorn I. Steinholt and any argument thereon, the Court hereby ORDERS that Defendants' *Daubert* Motion is **GRANTED**. Plaintiffs are precluded from offering into evidence Bjorn I. Steinholt's May 25, 2007 Expert Report, his June 22, 2007 Rebuttal Report ("Rebuttal Report") (collectively, the "Reports"), and any testimony or argument related to his opinions.

**IT IS SO ORDERED.**

DATED: _____

_____
THE HONORABLE MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE

Submitted by:

DATED: July 26, 2007

LATHAM & WATKINS LLP
 Peter A. Wald (SBN 85705)
 Michele F. Kyrouz (SBN 168004)
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-2562
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
E-mail: peter.wald@lw.com
        michele.kyrouz@lw.com

LATHAM & WATKINS LLP
 Jamie L. Wine (SBN 181373)
633 West Fifth Street, Suite 4000
Los Angeles, CA 90071-2007
Telephone: (213) 485-1234
Facsimile: (213) 891-8763
E-mail: jamie.wine@lw.com

LATHAM & WATKINS LLP
 Patrick E. Gibbs (SBN 183174)
 Matthew Rawlinson (SBN 231890)
140 Scott Drive
Menlo Park, California 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600
E-mail: patrick.gibbs@lw.com

       /s/
  Patrick E. Gibbs

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

ORDER GRANTING DEFENDANTS' *DAUBERT* MOTION TO EXCLUDE STEINHOLT REPORTS AND TESTIMONY
Master File No. C-01-0988-MJJ (JCS)