1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION

| In re ORACLE CORPORATION SECURITIES LITIGATION | Master File No. C-01-0988-MJJ (Consolidated) |
|---|---|
| | CLASS ACTION |
| This Document Relates To: | [PROPOSED] SEALING ORDER |
| ALL ACTIONS. | **Honorable Martin J. Jenkins** |

1    Having considered the papers regarding Defendants' Administrative Request to

2  file under seal Defendants' *Daubert* Motion to Exclude Expert Reports and Testimony of Bjorn

3  I. Steinholt and the Declaration of Holly J. Tate in Support of Defendants' *Daubert* Motion to

4  Exclude Expert Reports and Testimony of Bjorn I. Steinholt, and finding good cause therefore;

5  Defendants' *Daubert* Motion to Exclude Expert Reports and Testimony of Bjorn I. Steinholt and

6  the Declaration of Holly J. Tate in Support of Defendants' *Daubert* Motion to Exclude Expert

7  Reports and Testimony of Bjorn I. Steinholt are **HEREBY sealed**.

8

9    IT IS SO ORDERED.

10

11  Dated: _____        _____

12                                        THE HONORABLE MARTIN J. JENKINS

13  Submitted By:

14  DATED:  July 26, 2007

15  LATHAM & WATKINS LLP            LATHAM & WATKINS LLP
      Peter A. Wald (SBN 85705)        Patrick E. Gibbs  (SBN 183174)
16    Michele F. Kyrouz (SBN 168004)   Matthew Rawlinson (SBN 231890)
17  505 Montgomery Street, Suite 2000  140 Scott Drive
    San Francisco, CA  94111-2562      Menlo Park, California 94025
18  Telephone: (415) 391-0600          Telephone: (650) 328-4600
    Facsimile: (415) 395-8095          Facsimile: (650) 463-2600
19  E-mail: peter.wald@lw.com          E-mail: patrick.gibbs@lw.com
          michele.kyrouz@lw.com              matt.rawlinson@lw.com
20

21  LATHAM & WATKINS LLP
      Jamie L. Wine  (SBN 181373)
22  633 West Fifth Street, Suite 4000
    Los Angeles, CA 90071-2007
23  Telephone: (213) 485-1234
    Facsimile: (213) 891-8763
24  E-mail: jamie.wine@lw.com

25

26
            /s/
27  _____
      Patrick E. Gibbs

28