1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

8

## NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION

9

10 | In re ORACLE CORPORATION SECURITIES LITIGATION

Master File No. C-01-0988-MJJ (Consolidated)

11

<u>CLASS ACTION</u>

12

13 | This Document Relates To:

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO EXCLUDE DECLARATIONS AND TESTIMONY OF BROOKS HILLIARD

14 | ALL ACTIONS.

15

**Honorable Martin J. Jenkins**

16
17
18
19
20
21
22
23
24
25
26
27
28

1    Having considered the papers and argument regarding Defendants' Motion To

2    Exclude Declarations And Testimony of Brooks Hilliard, and finding good cause therefor; such

3    motion is hereby **GRANTED**.  Mr. Hilliard's declarations are excluded from evidence in this

4    matter, and Mr. Hilliard is not permitted to testify at trial.

5    IT IS SO ORDERED.

6

7    Dated: _____      _____

8                                                      THE HONORABLE MARTIN J. JENKINS

9    Submitted By:

10   DATED:  July 26, 2007

11   LATHAM & WATKINS LLP                  LATHAM & WATKINS LLP
        Peter A. Wald (SBN 85705)              Patrick E. Gibbs  (SBN 183174)
12      Michele F. Kyrouz (SBN 168004)         Matthew Rawlinson (SBN 231890)
13   505 Montgomery Street, Suite 2000      140 Scott Drive
     San Francisco, CA  94111-2562         Menlo Park, California 94025
14   Telephone: (415) 391-0600             Telephone: (650) 328-4600
     Facsimile: (415) 395-8095             Facsimile: (650) 463-2600
15   E-mail: peter.wald@lw.com             E-mail: patrick.gibbs@lw.com
            michele.kyrouz@lw.com                  matt.rawlinson@lw.com
16

17   LATHAM & WATKINS LLP
        Jamie L. Wine  (SBN 181373)
18   633 West Fifth Street, Suite 4000
     Los Angeles, CA 90071-2007
19   Telephone: (213) 485-1234
     Facsimile: (213) 891-8763
20   E-mail: jamie.wine@lw.com

21

22

23   _____
        Rees F. Morgan

24   SV\571682.1

25

26

27

28