1 | LERACH COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
2 | MARK SOLOMON (151949)
    DOUGLAS R. BRITTON (188769)
3 | VALERIE L. McLAUGHLIN (191916)
    GAVIN M. BOWIE (235532)
4 | STACEY M. KAPLAN (241989)
    655 West Broadway, Suite 1900
5 | San Diego, CA  92101
    Telephone:  619/231-1058
6 | 619/231-7423 (fax)
    marks@lerachlaw.com
7 | dougb@lerachlaw.com
    valeriem@lerachlaw.com
8 | gbowie@lerachlaw.com
    skaplan@lerachlaw.com
9 |         – and –
    SHAWN A. WILLIAMS (213113)
10 | WILLOW E. RADCLIFFE (200087)
    MONIQUE C. WINKLER (213031)
11 | ELI R. GREENSTEIN (217945)
    100 Pine Street, Suite 2600
12 | San Francisco, CA  94111
    Telephone:  415/288-4545
13 | 415/288-4534 (fax)
    shawnw@lerachlaw.com
14 | willowr@lerachlaw.com
    moniquew@lerachlaw.com
15 | elig@lerachlaw.com

16 | Lead Counsel for Plaintiffs

17 | UNITED STATES DISTRICT COURT

18 | NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION | Master File No. C-01-0988-MJJ |
| | <u>CLASS ACTION</u> |
| This Document Relates To: | MANUAL FILING NOTIFICATION REGARDING PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT |
| ALL ACTIONS. | |

1  Regarding: PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR PARTIAL
2  SUMMARY JUDGMENT.
3  This filing is in paper or physical form only, and is being maintained in the case file in the
4  Clerk's office.
5  If you are a participant on this case, the filing will be served in hard-copy shortly.
6  For information on retrieving this filing directly from the Court, please see the Court's main
7  website at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).
8  This filing was not e-filed because the item was filed under seal pursuant to protective order.

DATED: July 26, 2007

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SHAWN A. WILLIAMS
WILLOW E. RADCLIFFE
MONIQUE C. WINKLER
ELI R. GREENSTEIN

    s/ Shawn A. Williams
SHAWN A. WILLIAMS

100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
MARK SOLOMON
DOUGLAS R. BRITTON
VALERIE L. McLAUGHLIN
GAVIN M. BOWIE
STACEY M. KAPLAN
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

Lead Counsel for Plaintiffs

T:\CasesSF\Oracle3\NOT00044032.doc

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 26, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on July 26, 2007.

                                            s/ Shawn A. Williams
                                            SHAWN A. WILLIAMS

                                            LERACH COUGHLIN STOIA GELLER
                                                  RUDMAN & ROBBINS LLP
                                            100 Pine Street, 26th Floor
                                            San Francisco, CA  94111
                                            Telephone:  415/288-4545
                                            415/288-4534 (fax)

                                            E-mail:shawnw@lerachlaw.com

MANUAL FILING NOTIFICATION REGARDING PLAINTIFFS' NOTICE OF MOTION AND
MOTION FOR PARTIAL SUMMARY JUDGMENT - C-01-0988-MJJ                        - 1 -

# Mailing Information for a Case 3:01-cv-00988-MJJ

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jennie Lee Anderson**
  jennie@libertylawoffice.com

- **Eric J. Belfi**
  ebelfi@labaton.com,ElectronicCaseFiling@labaton.com

- **Doug Britton**
  dougb@lerachlaw.com,e_file_sf@lerachlaw.com,e_file_sd@lerachlaw.com

- **Patrick Edward Gibbs**
  patrick.gibbs@lw.com,zoila.aurora@lw.com

- **Eli Greenstein**
  Elig@lerachlaw.com,e_file_sf@lerachlaw.com,e_file_sd@lerachlaw.com

- **Kirke M. Hasson**
  kirke.hasson@pillsburylaw.com,cheryl.grant@pillsburylaw.com

- **Stacey Marie Kaplan**
  SKaplan@lerachlaw.com

- **Reed R. Kathrein**
  reed@hbsslaw.com,nancyq@hbsslaw.com

- **Michele Frances Kyrouz**
  michele.kyrouz@lw.com

- **Nicole Catherine Lavallee**
  nlavallee@bermanesq.com

- **William S. Lerach**
  e_file_sd@lerachlaw.com

- **James C. Maroulis**
  jim.maroulis@oracle.com

- **Caroline McIntyre**
  cmcintyre@be-law.com,swalker@be-law.com

- **Valerie McLaughlin**
  valeriem@lerachlaw.com,kellyb@lerachlaw.com

- **Brian P Murray**

- bmurray@rabinlaw.com

- **Shinyung Oh**
  shinyungoh@paulhastings.com

- **Willow E. Radcliffe**
  willowr@lerachlaw.com,e_file_sf@lerachlaw.com,e_file_sd@lerachlaw.com

- **Sanna Rachel Singer**
  ssinger@sideman.com,mthomas@sideman.com

- **Mark Solomon**
  marks@lerachlaw.com,e_file_sf@lerachlaw.com,e_file_sd@lerachlaw.com

- **Edward W. Swanson**
  eswanson@swansonmcnamara.com

- **Shawn A. Williams**
  shawnw@lerachlaw.com,cwood@lerachlaw.com,e_file_sf@lerachlaw.com,dpfefferbaum@lerachl

- **Jamie Lynne Wine**
  jamie.wine@lw.com,karen.kelly@lw.com

- **Monique Winkler**
  shawnw@lerachlaw.com,E_File_SF@lerachlaw.com,travisd@lerachlaw.com,MoniqueW@lerachl

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Dorian Daley
500 Oracle Parkway
Redwood City, CA 94065

Corey D. Holzer
Holzer Holzer & Cannon LLC
1117 Perimeter Center West
Suite E-107
Atlanta, GA 30338

Raymond Lane
Bergeson LLP
303 Almaden Blvd., Ste. 500
San Jose, CA 95110

PRG-Schultz USA, Inc.
Paul Hastings Janofsky & Walker LLP
55 Second Street
24th Floor
San Francisco, CA 94105
```

**Darren Jay Robbins**
 Lerach Coughlin Stoia Geller Rudman  & Robbins LLP
655 West Broadway
Suite 1900
San Diego, CA 92101