1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION

| In re ORACLE CORPORATION SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Master File No. C-01-0988-MJJ<br>(Consolidated)<br><br>CLASS ACTION<br><br>[PROPOSED] SEALING ORDER<br><br>**Honorable Martin J. Jenkins** |
|---|---|

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Having considered the papers regarding Defendants' Administrative Request to file under seal Defendants' *Daubert* Motion to Exclude Declarations and Testimony of Brooks Hilliard and the Declaration of Rees F. Morgan in Support of Defendants' *Daubert* Motion to Exclude Declarations and Testimony of Brooks Hilliard, and finding good cause therefore; Defendants' *Daubert* Motion to Exclude Declarations and Testimony of Brooks Hilliard and the Declaration of Rees F. Morgan in Support of Defendants' *Daubert* Motion to Exclude Declarations and Testimony of Brooks Hilliard are **HEREBY sealed**.

IT IS SO ORDERED.

Dated: _____

_____
THE HONORABLE MARTIN J. JENKINS

Submitted By:

DATED: July 26, 2007

LATHAM & WATKINS LLP
   Peter A. Wald (SBN 85705)
   Michele F. Kyrouz (SBN 168004)
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-2562
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
E-mail: peter.wald@lw.com
       michele.kyrouz@lw.com

LATHAM & WATKINS LLP
   Patrick E. Gibbs (SBN 183174)
   Matthew Rawlinson (SBN 231890)
140 Scott Drive
Menlo Park, California 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600
E-mail: patrick.gibbs@lw.com
       matt.rawlinson@lw.com

LATHAM & WATKINS LLP
   Jamie L. Wine (SBN 181373)
633 West Fifth Street, Suite 4000
Los Angeles, CA 90071-2007
Telephone: (213) 485-1234
Facsimile: (213) 891-8763
E-mail: jamie.wine@lw.com

*/s/ Rees F. Morgan*
Rees F. Morgan