LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
MARK SOLOMON (151949)
DOUGLAS R. BRITTON (188769)
VALERIE L. McLAUGHLIN (191916)
GAVIN M. BOWIE (235532)
STACEY M. KAPLAN (241989)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
marks@lerachlaw.com
dougb@lerachlaw.com
valeriem@lerachlaw.com
gbowie@lerachlaw.com
skaplan@lerachlaw.com
        – and –
SHAWN A. WILLIAMS (213113)
WILLOW E. RADCLIFFE (200087)
MONIQUE C. WINKLER (213031)
ELI R. GREENSTEIN (217945)
100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@lerachlaw.com
willowr@lerachlaw.com
moniquew@lerachlaw.com
elig@lerachlaw.com

Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION | Master File No. C-01-0988-MJJ |
| | CLASS ACTION |
| This Document Relates To: | PLAINTIFFS' ADMINISTRATIVE REQUEST TO FILE UNDER SEAL PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AGAINST LAWRENCE ELLISON FOR TRADING ON THE BASIS OF MATERIAL NON-PUBLIC INFORMATION |
| ALL ACTIONS. | |

1  Pursuant to Civil Local Rules 7-11 and 79-5, plaintiffs submit this Administrative Request to
2  File Under Seal Plaintiffs' Motion for Summary Judgment Against Lawrence Ellison for Trading on
3  the Basis of Material Non-Public Information.  This Administrative Request is accompanied by the
4  Declaration of Douglas R. Britton ("Britton Decl.") and the [Proposed] Sealing Order, filed
5  concurrently herewith.

6  Plaintiffs' Motion for Summary Judgment Against Lawrence Ellison for Trading on the Basis
7  of Material Non-Public Information contains quotes and references to transcripts and documents
8  marked "confidential" by the parties.  This information is subject to the provisions of the Revised
9  Stipulated Protective Order Governing Confidentiality entered on January 11, 2005 and Civil Local
10 Rule 79-5.  Accordingly, plaintiffs respectfully request that Plaintiffs' Motion for Summary
11 Judgment Against Lawrence Ellison for Trading on the Basis of Material Non-Public Information be
12 filed under the seal of the Court.

13 DATED: July 26, 2007          LERACH COUGHLIN STOIA GELLER
                                    RUDMAN & ROBBINS LLP
14                                MARK SOLOMON
                                  DOUGLAS R. BRITTON
15                                VALERIE L. McLAUGHLIN
                                  GAVIN M. BOWIE
16                                STACEY M. KAPLAN

17

18                                         s/ Douglas R. Britton
                                         DOUGLAS R. BRITTON
19
                                  655 West Broadway, Suite 1900
20                                San Diego, CA  92101
                                  Telephone:  619/231-1058
21                                619/231-7423 (fax)

22                                LERACH COUGHLIN STOIA GELLER
                                    RUDMAN & ROBBINS LLP
23                                SHAWN A. WILLIAMS
                                  WILLOW E. RADCLIFFE
24                                MONIQUE C. WINKLER
                                  ELI R. GREENSTEIN
25                                100 Pine Street, Suite 2600
                                  San Francisco, CA  94111
26                                Telephone: 415/288-4545
                                  415/288-4534 (fax)
27
                                  Lead Counsel for Plaintiffs
28 F:\CasesSD\Oracle3\mtn00043959.doc

PLNTIFFS' ADM REQ TO FILE UNDER SEAL PLNTIFFS' MTN FOR SUMMARY JUDGMENT - C-
01-0988-MJJ                                                                              - 1 -

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 26, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 26, 2007.

       <u>s/ DOUGLAS R. BRITTON</u>
       DOUGLAS R. BRITTON

       LERACH COUGHLIN STOIA GELLER
          RUDMAN & ROBBINS LLP
       655 West Broadway, Suite 1900
       San Diego, CA 92101-3301
       Telephone: 619/231-1058
       619/231-7423 (fax)

       E-mail: Dougb@lerachlaw.com

# Mailing Information for a Case 3:01-cv-00988-MJJ

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jennie Lee Anderson**
  jennie@libertylawoffice.com

- **Eric J. Belfi**
  ebelfi@labaton.com,ElectronicCaseFiling@labaton.com

- **Doug Britton**
  dougb@lerachlaw.com,e_file_sf@lerachlaw.com,e_file_sd@lerachlaw.com

- **Patrick Edward Gibbs**
  patrick.gibbs@lw.com,zoila.aurora@lw.com

- **Eli Greenstein**
  Elig@lerachlaw.com,e_file_sf@lerachlaw.com,e_file_sd@lerachlaw.com

- **Kirke M. Hasson**
  kirke.hasson@pillsburylaw.com,cheryl.grant@pillsburylaw.com

- **Stacey Marie Kaplan**
  SKaplan@lerachlaw.com

- **Reed R. Kathrein**
  reed@hbsslaw.com,nancyq@hbsslaw.com

- **Michele Frances Kyrouz**
  michele.kyrouz@lw.com

- **Nicole Catherine Lavallee**
  nlavallee@bermanesq.com

- **William S. Lerach**
  e_file_sd@lerachlaw.com

- **James C. Maroulis**
  jim.maroulis@oracle.com

- **Caroline McIntyre**
  cmcintyre@be-law.com,swalker@be-law.com

- **Valerie McLaughlin**
  valeriem@lerachlaw.com,kellyb@lerachlaw.com

- **Brian P Murray**

- bmurray@rabinlaw.com

- **Shinyung Oh**
  shinyungoh@paulhastings.com

- **Willow E. Radcliffe**
  willowr@lerachlaw.com,e_file_sf@lerachlaw.com,e_file_sd@lerachlaw.com

- **Sanna Rachel Singer**
  ssinger@sideman.com,mthomas@sideman.com

- **Mark Solomon**
  marks@lerachlaw.com,e_file_sf@lerachlaw.com,e_file_sd@lerachlaw.com

- **Edward W. Swanson**
  eswanson@swansonmcnamara.com

- **Shawn A. Williams**
  shawnw@lerachlaw.com,cwood@lerachlaw.com,e_file_sf@lerachlaw.com,dpfefferbaum@lerachl

- **Jamie Lynne Wine**
  jamie.wine@lw.com,karen.kelly@lw.com

- **Monique Winkler**
  shawnw@lerachlaw.com,E_File_SF@lerachlaw.com,travisd@lerachlaw.com,MoniqueW@lerachl

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Dorian Daley
500 Oracle Parkway
Redwood City, CA 94065

Corey D. Holzer
Holzer Holzer & Cannon LLC
1117 Perimeter Center West
Suite E-107
Atlanta, GA 30338

Raymond Lane
Bergeson LLP
303 Almaden Blvd., Ste. 500
San Jose, CA 95110

PRG-Schultz USA, Inc.
Paul Hastings Janofsky & Walker LLP
55 Second Street
24th Floor
San Francisco, CA 94105
```

**Darren Jay Robbins**
 Lerach Coughlin Stoia Geller Rudman  & Robbins LLP
655 West Broadway
Suite 1900
San Diego, CA 92101