1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17

UNITED STATES DISTRICT COURT

18

NORTHERN DISTRICT OF CALIFORNIA

19 | In re ORACLE CORPORATION SECURITIES LITIGATION

Master File No. C-01-0988-MJJ

CLASS ACTION

This Document Relates To:

ALL ACTIONS.

[PROPOSED] SEALING ORDER

1      Having considered the papers regarding Plaintiffs' Administrative Request to File Under Seal

2   Plaintiffs' Motion for Summary Judgment Against Lawrence Ellison for Trading on the Basis of

3   Material Non-Public Information; it is hereby ordered that Plaintiffs' Motion for Summary Judgment

4   Against Lawrence Ellison for Trading on the Basis of Material Non-Public Information is sealed.

5          IT IS SO ORDERED.

6   DATED:  _____      _____
                                         THE HONORABLE MARTIN J. JENKINS
7                                        UNITED STATES DISTRICT JUDGE

8
    Submitted by:
9
    LERACH COUGHLIN STOIA GELLER
10      RUDMAN & ROBBINS LLP
    MARK SOLOMON
11  DOUGLAS R. BRITTON
    VALERIE L. McLAUGHLIN
12  GAVIN M. BOWIE
    STACEY M. KAPLAN
13

14          s/ DOUGLAS R. BRITTON
                DOUGLAS R. BRITTON
15
    655 West Broadway, Suite 1900
16  San Diego, CA  92101
    Telephone:  619/231-1058
17  619/231-7423 (fax)

18  LERACH COUGHLIN STOIA GELLER
        RUDMAN & ROBBINS LLP
19  SHAWN A. WILLIAMS
    WILLOW E. RADCLIFFE
20  MONIQUE C. WINKLER
    ELI R. GREENSTEIN
21  100 Pine Street, Suite 2600
    San Francisco, CA  94111
22  Telephone:  415/288-4545
    415/288-4534 (fax)
23
    Lead Counsel for Plaintiffs
24

25
    S:\CasesSD\Oracle3\ORD00043969 sealing.doc
26

27

28

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 26, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on July 26, 2007.

<u>    s/ DOUGLAS R. BRITTON    </u>
DOUGLAS R. BRITTON

LERACH COUGHLIN STOIA GELLER
     RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail: Dougb@lerachlaw.com

# Mailing Information for a Case 3:01-cv-00988-MJJ

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jennie Lee Anderson**
  jennie@libertylawoffice.com

- **Eric J. Belfi**
  ebelfi@labaton.com,ElectronicCaseFiling@labaton.com

- **Doug Britton**
  dougb@lerachlaw.com,e_file_sf@lerachlaw.com,e_file_sd@lerachlaw.com

- **Patrick Edward Gibbs**
  patrick.gibbs@lw.com,zoila.aurora@lw.com

- **Eli Greenstein**
  Elig@lerachlaw.com,e_file_sf@lerachlaw.com,e_file_sd@lerachlaw.com

- **Kirke M. Hasson**
  kirke.hasson@pillsburylaw.com,cheryl.grant@pillsburylaw.com

- **Stacey Marie Kaplan**
  SKaplan@lerachlaw.com

- **Reed R. Kathrein**
  reed@hbsslaw.com,nancyq@hbsslaw.com

- **Michele Frances Kyrouz**
  michele.kyrouz@lw.com

- **Nicole Catherine Lavallee**
  nlavallee@bermanesq.com

- **William S. Lerach**
  e_file_sd@lerachlaw.com

- **James C. Maroulis**
  jim.maroulis@oracle.com

- **Caroline McIntyre**
  cmcintyre@be-law.com,swalker@be-law.com

- **Valerie McLaughlin**
  valeriem@lerachlaw.com,kellyb@lerachlaw.com

- **Brian P Murray**

bmurray@rabinlaw.com

- **Shinyung Oh**
  shinyungoh@paulhastings.com

- **Willow E. Radcliffe**
  willowr@lerachlaw.com,e_file_sf@lerachlaw.com,e_file_sd@lerachlaw.com

- **Sanna Rachel Singer**
  ssinger@sideman.com,mthomas@sideman.com

- **Mark Solomon**
  marks@lerachlaw.com,e_file_sf@lerachlaw.com,e_file_sd@lerachlaw.com

- **Edward W. Swanson**
  eswanson@swansonmcnamara.com

- **Shawn A. Williams**
  shawnw@lerachlaw.com,cwood@lerachlaw.com,e_file_sf@lerachlaw.com,dpfefferbaum@lerachl

- **Jamie Lynne Wine**
  jamie.wine@lw.com,karen.kelly@lw.com

- **Monique Winkler**
  shawnw@lerachlaw.com,E_File_SF@lerachlaw.com,travisd@lerachlaw.com,MoniqueW@lerachl

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Dorian Daley
500 Oracle Parkway
Redwood City, CA 94065

Corey D. Holzer
Holzer Holzer & Cannon LLC
1117 Perimeter Center West
Suite E-107
Atlanta, GA 30338

Raymond Lane
Bergeson LLP
303 Almaden Blvd., Ste. 500
San Jose, CA 95110

PRG-Schultz USA, Inc.
Paul Hastings Janofsky & Walker LLP
55 Second Street
24th Floor
San Francisco, CA 94105
```

**Darren Jay Robbins**
Lerach Coughlin Stoia Geller Rudman  & Robbins LLP
655 West Broadway
Suite 1900
San Diego, CA 92101