1  LERACH COUGHLIN STOIA GELLER
      RUDMAN & ROBBINS LLP
2  MARK SOLOMON (151949)
   DOUGLAS R. BRITTON (188769)
3  VALERIE L. McLAUGHLIN (191916)
   GAVIN M. BOWIE (235532)
4  STACEY M. KAPLAN (241989)
   655 West Broadway, Suite 1900
5  San Diego, CA 92101
   Telephone: 619/231-1058
6  619/231-7423 (fax)
   marks@lerachlaw.com
7  dougb@lerachlaw.com
   valeriem@lerachlaw.com
8  gbowie@lerachlaw.com
   skaplan@lerachlaw.com
9         – and –
   SHAWN A. WILLIAMS (213113)
10 WILLOW E. RADCLIFFE (200087)
   MONIQUE C. WINKLER (213031)
11 ELI R. GREENSTEIN (217945)
   100 Pine Street, Suite 2600
12 San Francisco, CA 94111
   Telephone: 415/288-4545
13 415/288-4534 (fax)
   shawnw@lerachlaw.com
14 willowr@lerachlaw.com
   moniquew@lerachlaw.com
15 elig@lerachlaw.com

16 Lead Counsel for Plaintiffs

17                       UNITED STATES DISTRICT COURT

18                      NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 19  In re ORACLE CORPORATION SECURITIES LITIGATION | )  Master File No. C-01-0988-MJJ |
| 20 | )  <u>CLASS ACTION</u> |
| 21  This Document Relates To: | )  PLAINTIFFS' ADMINISTRATIVE REQUEST TO FILE UNDER SEAL PLAINTIFFS' MOTION TO EXCLUDE THE EXPERT TESTIMONY OF R. GLENN HUBBARD |
| 22        ALL ACTIONS. | |

1   Pursuant to Civil Local Rules 7-11 and 79-5, plaintiffs submit this Administrative Request to
2   File Under Seal Plaintiffs' Motion to Exclude the Expert Testimony of R. Glenn Hubbard.  This
3   Administrative Request is accompanied by the Declaration of Douglas R. Britton and the [Proposed]
4   Sealing Order, filed concurrently herewith.

5   Plaintiffs' Motion to Exclude the Expert Testimony of R. Glenn Hubbard contains quotes and
6   references to transcripts and documents marked "confidential" by the parties.  This information is
7   subject to the provisions of the Revised Stipulated Protective Order Governing Confidentiality
8   entered on January 11, 2005 and Civil Local Rule 79-5.  Accordingly, plaintiffs respectfully request
9   that Plaintiffs' Motion to Exclude the Expert Testimony of R. Glenn Hubbard be filed under the seal
10  of the Court.

11  DATED: July 26, 2007                    LERACH COUGHLIN STOIA GELLER
                                              RUDMAN & ROBBINS LLP
12                                          MARK SOLOMON
                                            DOUGLAS R. BRITTON
13                                          VALERIE L. McLAUGHLIN
                                            GAVIN M. BOWIE
14                                          STACEY M. KAPLAN

15

16                                                 s/ Douglas R. Britton
                                                  DOUGLAS R. BRITTON
17
                                            655 West Broadway, Suite 1900
18                                          San Diego, CA  92101
                                            Telephone:  619/231-1058
19                                          619/231-7423 (fax)

20                                          LERACH COUGHLIN STOIA GELLER
                                              RUDMAN & ROBBINS LLP
21                                          SHAWN A. WILLIAMS
                                            WILLOW E. RADCLIFFE
22                                          MONIQUE C. WINKLER
                                            ELI R. GREENSTEIN
23                                          100 Pine Street, Suite 2600
                                            San Francisco, CA  94111
24                                          Telephone:  415/288-4545
                                            415/288-4534 (fax)
25
                                            Lead Counsel for Plaintiffs
26  F:\CasesSD\Oracle3\mtn00043960.doc

27

28

PLNTIFFS' ADM REQ TO FILE UNDER SEAL PLNTIFFS' MTN TO EXCLUDE THE EXPERT
TESTIMONY OF R. GLENN HUBBARD - C-01-0988-MJJ                                              - 1 -

CERTIFICATE OF SERVICE

I hereby certify that on July 26, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on July 26, 2007.

    s/ DOUGLAS R. BRITTON
DOUGLAS R. BRITTON

LERACH COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:  Dougb@lerachlaw.com

# Mailing Information for a Case 3:01-cv-00988-MJJ

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jennie Lee Anderson**
  jennie@libertylawoffice.com

- **Eric J. Belfi**
  ebelfi@labaton.com,ElectronicCaseFiling@labaton.com

- **Doug Britton**
  dougb@lerachlaw.com,e_file_sf@lerachlaw.com,e_file_sd@lerachlaw.com

- **Patrick Edward Gibbs**
  patrick.gibbs@lw.com,zoila.aurora@lw.com

- **Eli Greenstein**
  Elig@lerachlaw.com,e_file_sf@lerachlaw.com,e_file_sd@lerachlaw.com

- **Kirke M. Hasson**
  kirke.hasson@pillsburylaw.com,cheryl.grant@pillsburylaw.com

- **Stacey Marie Kaplan**
  SKaplan@lerachlaw.com

- **Reed R. Kathrein**
  reed@hbsslaw.com,nancyq@hbsslaw.com

- **Michele Frances Kyrouz**
  michele.kyrouz@lw.com

- **Nicole Catherine Lavallee**
  nlavallee@bermanesq.com

- **William S. Lerach**
  e_file_sd@lerachlaw.com

- **James C. Maroulis**
  jim.maroulis@oracle.com

- **Caroline McIntyre**
  cmcintyre@be-law.com,swalker@be-law.com

- **Valerie McLaughlin**
  valeriem@lerachlaw.com,kellyb@lerachlaw.com

- **Brian P Murray**

- bmurray@rabinlaw.com

- **Shinyung Oh**
  shinyungoh@paulhastings.com

- **Willow E. Radcliffe**
  willowr@lerachlaw.com,e_file_sf@lerachlaw.com,e_file_sd@lerachlaw.com

- **Sanna Rachel Singer**
  ssinger@sideman.com,mthomas@sideman.com

- **Mark Solomon**
  marks@lerachlaw.com,e_file_sf@lerachlaw.com,e_file_sd@lerachlaw.com

- **Edward W. Swanson**
  eswanson@swansonmcnamara.com

- **Shawn A. Williams**
  shawnw@lerachlaw.com,cwood@lerachlaw.com,e_file_sf@lerachlaw.com,dpfefferbaum@lerachl

- **Jamie Lynne Wine**
  jamie.wine@lw.com,karen.kelly@lw.com

- **Monique Winkler**
  shawnw@lerachlaw.com,E_File_SF@lerachlaw.com,travisd@lerachlaw.com,MoniqueW@lerachl

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Dorian Daley
500 Oracle Parkway
Redwood City, CA 94065

Corey D. Holzer
Holzer Holzer & Cannon LLC
1117 Perimeter Center West
Suite E-107
Atlanta, GA 30338

Raymond Lane
Bergeson LLP
303 Almaden Blvd., Ste. 500
San Jose, CA 95110

PRG-Schultz USA, Inc.
Paul Hastings Janofsky & Walker LLP
55 Second Street
24th Floor
San Francisco, CA 94105
```

**Darren Jay Robbins**
 Lerach Coughlin Stoia Geller Rudman  & Robbins LLP
655 West Broadway
Suite 1900
San Diego, CA 92101