1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| In re ORACLE CORPORATION SECURITIES LITIGATION | ) ) ) ) ) ) ) ) | Master File No. C-01-0988-MJJ <br> <u>CLASS ACTION</u> <br> [PROPOSED] SEALING ORDER |
|---|---|---|
| This Document Relates To: <br><br> ALL ACTIONS. | | |

1  Having considered the papers regarding Plaintiffs' Administrative Request to File Under Seal
2  Plaintiffs' Motion to Exclude the Expert Testimony of R. Glenn Hubbard; it is hereby ordered that
3  Plaintiffs' Motion to Exclude the Expert Testimony of R. Glenn Hubbard is sealed.
4      IT IS SO ORDERED.
5  DATED: _____
                                                            THE HONORABLE MARTIN J. JENKINS
6                                                              UNITED STATES DISTRICT JUDGE
   Submitted by:
7
   LERACH COUGHLIN STOIA GELLER
8     RUDMAN & ROBBINS LLP
   MARK SOLOMON
9  DOUGLAS R. BRITTON
   VALERIE L. McLAUGHLIN
10 GAVIN M. BOWIE
   STACEY M. KAPLAN
11

12        s/ DOUGLAS R. BRITTON
           DOUGLAS R. BRITTON
13
   655 West Broadway, Suite 1900
14 San Diego, CA  92101
   Telephone:  619/231-1058
15 619/231-7423 (fax)

16 LERACH COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
17 SHAWN A. WILLIAMS
   WILLOW E. RADCLIFFE
18 MONIQUE C. WINKLER
   ELI R. GREENSTEIN
19 100 Pine Street, Suite 2600
   San Francisco, CA  94111
20 Telephone:  415/288-4545
   415/288-4534 (fax)
21
   Lead Counsel for Plaintiffs
22
   S:\CasesSD\Oracle3\ORD00043971 seal2.doc
23

24

25

26

27

28

[PROPOSED] SEALING ORDER - C-01-0988-MJJ       - 1 -

CERTIFICATE OF SERVICE

I hereby certify that on July 26, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on July 26, 2007.

   s/ DOUGLAS R. BRITTON
DOUGLAS R. BRITTON

LERACH COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:Dougb@lerachlaw.com

# Mailing Information for a Case 3:01-cv-00988-MJJ

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jennie Lee Anderson**
  jennie@libertylawoffice.com

- **Eric J. Belfi**
  ebelfi@labaton.com,ElectronicCaseFiling@labaton.com

- **Doug Britton**
  dougb@lerachlaw.com,e_file_sf@lerachlaw.com,e_file_sd@lerachlaw.com

- **Patrick Edward Gibbs**
  patrick.gibbs@lw.com,zoila.aurora@lw.com

- **Eli Greenstein**
  Elig@lerachlaw.com,e_file_sf@lerachlaw.com,e_file_sd@lerachlaw.com

- **Kirke M. Hasson**
  kirke.hasson@pillsburylaw.com,cheryl.grant@pillsburylaw.com

- **Stacey Marie Kaplan**
  SKaplan@lerachlaw.com

- **Reed R. Kathrein**
  reed@hbsslaw.com,nancyq@hbsslaw.com

- **Michele Frances Kyrouz**
  michele.kyrouz@lw.com

- **Nicole Catherine Lavallee**
  nlavallee@bermanesq.com

- **William S. Lerach**
  e_file_sd@lerachlaw.com

- **James C. Maroulis**
  jim.maroulis@oracle.com

- **Caroline McIntyre**
  cmcintyre@be-law.com,swalker@be-law.com

- **Valerie McLaughlin**
  valeriem@lerachlaw.com,kellyb@lerachlaw.com

- **Brian P Murray**

- bmurray@rabinlaw.com

- **Shinyung Oh**
  shinyungoh@paulhastings.com

- **Willow E. Radcliffe**
  willowr@lerachlaw.com,e_file_sf@lerachlaw.com,e_file_sd@lerachlaw.com

- **Sanna Rachel Singer**
  ssinger@sideman.com,mthomas@sideman.com

- **Mark Solomon**
  marks@lerachlaw.com,e_file_sf@lerachlaw.com,e_file_sd@lerachlaw.com

- **Edward W. Swanson**
  eswanson@swansonmcnamara.com

- **Shawn A. Williams**
  shawnw@lerachlaw.com,cwood@lerachlaw.com,e_file_sf@lerachlaw.com,dpfefferbaum@lerachl

- **Jamie Lynne Wine**
  jamie.wine@lw.com,karen.kelly@lw.com

- **Monique Winkler**
  shawnw@lerachlaw.com,E_File_SF@lerachlaw.com,travisd@lerachlaw.com,MoniqueW@lerachl

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Dorian Daley
500 Oracle Parkway
Redwood City, CA 94065

Corey D. Holzer
Holzer Holzer & Cannon LLC
1117 Perimeter Center West
Suite E-107
Atlanta, GA 30338

Raymond Lane
Bergeson LLP
303 Almaden Blvd., Ste. 500
San Jose, CA 95110

PRG-Schultz USA, Inc.
Paul Hastings Janofsky & Walker LLP
55 Second Street
24th Floor
San Francisco, CA 94105
```

**Darren Jay Robbins**
 Lerach Coughlin Stoia Geller Rudman  & Robbins LLP
655 West Broadway
Suite 1900
San Diego, CA 92101