UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION | ) ) ) ) ) ) ) ) ) | Master File No. C-01-0988-MJJ <u>CLASS ACTION</u> [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO EXCLUDE THE EXPERT TESTIMONY OF R. GLENN HUBBARD |
| This Document Relates To: ALL ACTIONS. | | |

1  The Court, having considered Plaintiffs' Motion to Exclude the Expert Testimony of
2 R. Glenn Hubbard, the written submissions of the parties and argument of counsel, IT IS HEREBY
3 ORDERED that plaintiffs' Motion is GRANTED.
4  IT IS SO ORDERED.
5 DATED: _____
  THE HONORABLE MARTIN J. JENKINS
6  UNITED STATES DISTRICT JUDGE
7
8
  Submitted by:
9
  LERACH COUGHLIN STOIA GELLER
10    RUDMAN & ROBBINS LLP
  MARK SOLOMON
11 DOUGLAS R. BRITTON
  VALERIE L. McLAUGHLIN
12 GAVIN M. BOWIE
  STACEY M. KAPLAN
13

14       s/ DOUGLAS R. BRITTON
           DOUGLAS R. BRITTON
15
  655 West Broadway, Suite 1900
16 San Diego, CA  92101
  Telephone:  619/231-1058
17 619/231-7423 (fax)

18 LERACH COUGHLIN STOIA GELLER
     RUDMAN & ROBBINS LLP
19 SHAWN A. WILLIAMS
  WILLOW E. RADCLIFFE
20 MONIQUE C. WINKLER
  ELI R. GREENSTEIN
21 100 Pine Street, Suite 2600
  San Francisco, CA  94111
22 Telephone:  415/288-4545
  415/288-4534 (fax)
23
  Lead Counsel for Plaintiffs
24
  S:\CasesSD\Oracle3\ORD00043900_Hubbard.doc
25

26

27

28
  [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO EXCLUDE THE EXPERT
  TESTIMONY OF R. GLENN HUBBARD - C-01-0988-MJJ                                          - 1 -

## CERTIFICATE OF SERVICE

I hereby certify that on July 26, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 26, 2007.

                s/ DOUGLAS R. BRITTON
                DOUGLAS R. BRITTON

LERACH COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)

E-mail:Dougb@lerachlaw.com

# Mailing Information for a Case 3:01-cv-00988-MJJ

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jennie Lee Anderson**
  jennie@libertylawoffice.com

- **Eric J. Belfi**
  ebelfi@labaton.com,ElectronicCaseFiling@labaton.com

- **Doug Britton**
  dougb@lerachlaw.com,e_file_sf@lerachlaw.com,e_file_sd@lerachlaw.com

- **Patrick Edward Gibbs**
  patrick.gibbs@lw.com,zoila.aurora@lw.com

- **Eli Greenstein**
  Elig@lerachlaw.com,e_file_sf@lerachlaw.com,e_file_sd@lerachlaw.com

- **Kirke M. Hasson**
  kirke.hasson@pillsburylaw.com,cheryl.grant@pillsburylaw.com

- **Stacey Marie Kaplan**
  SKaplan@lerachlaw.com

- **Reed R. Kathrein**
  reed@hbsslaw.com,nancyq@hbsslaw.com

- **Michele Frances Kyrouz**
  michele.kyrouz@lw.com

- **Nicole Catherine Lavallee**
  nlavallee@bermanesq.com

- **William S. Lerach**
  e_file_sd@lerachlaw.com

- **James C. Maroulis**
  jim.maroulis@oracle.com

- **Caroline McIntyre**
  cmcintyre@be-law.com,swalker@be-law.com

- **Valerie McLaughlin**
  valeriem@lerachlaw.com,kellyb@lerachlaw.com

- **Brian P Murray**

- bmurray@rabinlaw.com

- **Shinyung Oh**
  shinyungoh@paulhastings.com

- **Willow E. Radcliffe**
  willowr@lerachlaw.com,e_file_sf@lerachlaw.com,e_file_sd@lerachlaw.com

- **Sanna Rachel Singer**
  ssinger@sideman.com,mthomas@sideman.com

- **Mark Solomon**
  marks@lerachlaw.com,e_file_sf@lerachlaw.com,e_file_sd@lerachlaw.com

- **Edward W. Swanson**
  eswanson@swansonmcnamara.com

- **Shawn A. Williams**
  shawnw@lerachlaw.com,cwood@lerachlaw.com,e_file_sf@lerachlaw.com,dpfefferbaum@lerachl

- **Jamie Lynne Wine**
  jamie.wine@lw.com,karen.kelly@lw.com

- **Monique Winkler**
  shawnw@lerachlaw.com,E_File_SF@lerachlaw.com,travisd@lerachlaw.com,MoniqueW@lerachl

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Dorian Daley
500 Oracle Parkway
Redwood City, CA 94065

Corey D. Holzer
Holzer Holzer & Cannon LLC
1117 Perimeter Center West
Suite E-107
Atlanta, GA 30338

Raymond Lane
Bergeson LLP
303 Almaden Blvd., Ste. 500
San Jose, CA 95110

PRG-Schultz USA, Inc.
Paul Hastings Janofsky & Walker LLP
55 Second Street
24th Floor
San Francisco, CA 94105
```

**Darren Jay Robbins**
 Lerach Coughlin Stoia Geller Rudman  & Robbins LLP
655 West Broadway
Suite 1900
San Diego, CA 92101