Exhibits 1 – 8 Filed Under Seal