UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION ) ) ) | Master File No. C-01-0988-MJJ |
| ) | CLASS ACTION |
| ) | |
| This Document Relates To: ) ) | [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION AND |
| ALL ACTIONS. ) ) | SUPPLEMENTAL SUBMISSION REGARDING DEFENDANTS' DESTRUCTION OF EVIDENCE AND REQUEST FOR SANCTIONS AND OBJECTIONS TO SPECIAL MASTER'S JULY 17, 2006 ORDER DENYING PLAINTIFFS' MOTION TO COMPEL THE RESTORATION OF BACKUP TAPES AND FOR MISCELLANEOUS RELIEF FOR THE DESTRUCTION OF EVIDENCE |

Pending before the Court is Plaintiffs' Motion and Supplemental Submission Regarding Defendants' Destruction of Evidence and Request for Sanctions and Objections to Special Master's July 17, 2006 Order Denying Plaintiffs' Motion to Compel the Restoration of Backup Tapes and for Miscellaneous Relief for the Destruction of Evidence ("Plaintiffs' Motion") brought pursuant to the Court's inherent power and Fed. R. Civ. P. 37. Plaintiffs seek sanctions for defendants' alleged failure to preserve and maintain the integrity of relevant evidence.

After consideration of Plaintiffs' Motion and exhibits thereto and defendants' opposition thereto, reply thereto, the parties' oral arguments, relevant case law and statutory authority, Plaintiffs' Motion is HEREBY GRANTED. The Court finds defendants failed to preserve and maintain the integrity of relevant evidence (in hard copy or electronic form) as required by both the common law and 15 U.S.C. §77z-1(b)(2). The sanctions that plaintiffs seek are appropriate, including, or in the alternative:

1. Default judgment; and

2. Evidentiary Sanctions, including, but not limited to:

  (a) An adverse inference instruction to the trier-of fact as follows: It is the duty of a party to preserve and produce all potential relevant evidence and not to take action that will cause the destruction of loss of relevant evidence, hindering the other side from making its own examination and investigation of all potentially relevant evidence. You are instructed, in this case, that defendants did not produce all relevant documents. You are further instructed that as a result of defendants' failure to produce relevant documents, that the evidence contained in such documents was unfavorable to defendants;

  (b) Precluding defendants from introducing any expert testimony including, but not limited to, the functionality of Oracle Corporation's ("Oracle") E-Business Suite 11i ("Suite 11i"), and the reasonableness of 3Q01 forecasted sales and earnings;

  (c) Precluding defendants from introducing any evidence or testimony that customers were satisfied with Suite 11i;

  (d) Precluding defendants from introducing any evidence or testimony that defendants had not seen any erosion in Oracle's internal forecast right up to the end of the quarter;

1          (e)    Precluding defendants from introducing any evidence or testimony that the "audit trail" of the debit memo transactions did not improperly convert customer cash to Oracle's revenue earnings or otherwise impact Oracle's financial statements;

        (f)    Precluding defendants from introducing any evidence or testimony that defendants were unaware of the improper conversion of customer cash to revenue or earnings; and

        (g)    Precluding defendants from introducing any evidence or testimony that defendant Lawrence Ellison was not in possession of material information at the time he sold stock in January 2001.

IT IS SO ORDERED.

DATED: _____

THE HONORABLE MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE

Submitted by:

DATED: July 26, 2007

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SHAWN A. WILLIAMS
WILLOW E. RADCLIFFE
MONIQUE C. WINKLER
ELI R. GREENSTEIN

       /s/
MONIQUE C. WINKLER

100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)

[PROPOSED] ORDER GRANTING PLAINTIFFS' NOTICE OF MOTION AND SUPPLEMENTAL SUBMISSION REGARDING DEFENDANTS' DESTRUCTION OF EVIDENCE - C-01-0988-MJJ   - 2 -

1
2  LERACH COUGHLIN STOIA GELLER
     RUDMAN & ROBBINS LLP
   MARK SOLOMON
3  DOUGLAS R. BRITTON
   VALERIE L. McLAUGHLIN
4  GAVIN M. BOWIE
   STACEY M. KAPLAN
5  655 West Broadway, Suite 1900
   San Diego, CA  92101
6  Telephone:  619/231-1058
   619/231-7423 (fax)
7
   Lead Counsel for Plaintiffs
8
9  T:\CasesSF\Oracle3\OR00044002_Monique.doc

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER GRANTING PLAINTIFFS' NOTICE OF MOTION AND SUPPLEMENTAL
SUBMISSION REGARDING DEFENDANTS' DESTRUCTION OF EVIDENCE - C-01-0988-MJJ         - 3 -

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 26, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 26, 2007.

/s/
SHAWN A. WILLIAMS (213113)

LERACH COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
100 Pine Street, 26th Floor
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)
E-mail:ShawnW@lerachlaw.com

# Mailing Information for a Case 3:01-cv-00988-MJJ

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jennie Lee Anderson**
  jennie@libertylawoffice.com

- **Eric J. Belfi**
  ebelfi@labaton.com,ElectronicCaseFiling@labaton.com

- **Doug Britton**
  dougb@lerachlaw.com,e_file_sf@lerachlaw.com,e_file_sd@lerachlaw.com

- **Patrick Edward Gibbs**
  patrick.gibbs@lw.com,zoila.aurora@lw.com

- **Eli Greenstein**
  Elig@lerachlaw.com,e_file_sf@lerachlaw.com,e_file_sd@lerachlaw.com

- **Kirke M. Hasson**
  kirke.hasson@pillsburylaw.com,cheryl.grant@pillsburylaw.com

- **Stacey Marie Kaplan**
  SKaplan@lerachlaw.com

- **Reed R. Kathrein**
  reed@hbsslaw.com,nancyq@hbsslaw.com

- **Michele Frances Kyrouz**
  michele.kyrouz@lw.com

- **Nicole Catherine Lavallee**
  nlavallee@bermanesq.com

- **William S. Lerach**
  e_file_sd@lerachlaw.com

- **James C. Maroulis**
  jim.maroulis@oracle.com

- **Caroline McIntyre**
  cmcintyre@be-law.com,swalker@be-law.com

- **Valerie McLaughlin**
  valeriem@lerachlaw.com,kellyb@lerachlaw.com

- **Brian P Murray**
  bmurray@rabinlaw.com

- **Shinyung Oh**
  shinyungoh@paulhastings.com

- **Willow E. Radcliffe**

willowr@lerachlaw.com,e_file_sf@lerachlaw.com,e_file_sd@lerachlaw.com

- **Sanna Rachel Singer**
  ssinger@sideman.com,mthomas@sideman.com

- **Mark Solomon**
  marks@lerachlaw.com,e_file_sf@lerachlaw.com,e_file_sd@lerachlaw.com

- **Edward W. Swanson**
  eswanson@swansonmcnamara.com

- **Shawn A. Williams**
  shawnw@lerachlaw.com,cwood@lerachlaw.com,e_file_sf@lerachlaw.com,dpfefferbaum@lerachlaw.com,travisd@le

- **Jamie Lynne Wine**
  jamie.wine@lw.com,karen.kelly@lw.com

- **Monique Winkler**
  shawnw@lerachlaw.com,E_File_SF@lerachlaw.com,travisd@lerachlaw.com,MoniqueW@lerachlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Dorian Daley
500 Oracle Parkway
Redwood City, CA 94065

Corey D. Holzer
Holzer Holzer & Cannon LLC
1117 Perimeter Center West
Suite E-107
Atlanta, GA 30338

Raymond Lane
Bergeson LLP
303 Almaden Blvd., Ste. 500
San Jose, CA 95110

PRG-Schultz USA, Inc.
Paul Hastings Janofsky & Walker LLP
55 Second Street
24th Floor
San Francisco, CA 94105

Darren Jay Robbins
 Lerach Coughlin Stoia Geller Rudman  & Robbins LLP
655 West Broadway
Suite 1900
San Diego, CA 92101
```