UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION | ) Master File No. C-01-0988-MJJ </br> ) </br> ) <u>CLASS ACTION</u> |
| This Document Relates To: </br></br> ALL ACTIONS. | ) </br> ) [PROPOSED] ORDER GRANTING </br> ) PLAINTIFFS' MOTION TO EXCLUDE THE </br> ) TESTIMONY OF DEFENDANTS' </br> ) ACCOUNTING EXPERT J. DUROSS </br> ) O'BRYAN |

1  Having considered the papers regarding Plaintiffs' Motion to Exclude the Testimony of
2  Defendants' Accounting Expert J. Duross O'Bryan ("Motion"), and documents in support thereof, it
3  is hereby ordered that plaintiffs' Motion is GRANTED.
4  \* \* \*
5  **O R D E R**
6  IT IS SO ORDERED.
7  DATED: _____   _____
                                             THE HONORABLE MARTIN J. JENKINS
8                                            UNITED STATES DISTRICT JUDGE
9  Submitted by:
10 DATED:  July 26, 2007
11 LERACH COUGHLIN STOIA GELLER
      RUDMAN & ROBBINS LLP
   SHAWN A. WILLIAMS
12 WILLOW E. RADCLIFFE
   MONIQUE C. WINKLER
13 ELI R. GREENSTEIN
14
              /s/
15 _____
         ELI R. GREENSTEIN
16
   100 Pine Street, Suite 2600
17 San Francisco, CA  94111
   Telephone:  415/288-4545
18 415/288-4534 (fax)

19 LERACH COUGHLIN STOIA GELLER
      RUDMAN & ROBBINS LLP
20 MARK SOLOMON
   DOUGLAS R. BRITTON
21 VALERIE L. McLAUGHLIN
   GAVIN M. BOWIE
22 STACEY M. KAPLAN
   655 West Broadway, Suite 1900
23 San Diego, CA  92101
   Telephone:  619/231-1058
24 619/231-7423 (fax)

25 Lead Counsel for Plaintiffs

26 T:\CasesSF\Oracle3\ORD00044000_OBryan Testimony.doc

27
28
[PROPOSED] ORDER GRANTING PLTFS' MTN TO EXCLUDE THE TESTIMONY
OF DEFS' ACCTG EXPERT J. DUROSS O'BRYAN - C-01-0988-MJJ                - 1 -

1                                           CERTIFICATE OF SERVICE

2     I hereby certify that on July 26, 2007, I electronically filed the foregoing with the Clerk of

3 the Court using the CM/ECF system which will send notification of such filing to the e-mail

4 addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have

5 mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF

6 participants indicated on the attached Manual Notice List.

7     I certify under penalty of perjury under the laws of the United States of America that the

8 foregoing is true and correct. Executed on July 26, 2007.

                                                                           /s/
                                                      ELI R. GREENSTEIN

                                                      LERACH COUGHLIN STOIA GELLER
                                                           RUDMAN & ROBBINS LLP
                                                     100 Pine Street, 26th Floor
                                                     San Francisco, CA  94111
                                                     Telephone:  415/288-4545
                                                     415/288-4534 (fax)

                                                     E-mail:Elig@lerachlaw.com

# Mailing Information for a Case 3:01-cv-00988-MJJ

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jennie Lee Anderson**
  jennie@libertylawoffice.com

- **Eric J. Belfi**
  ebelfi@labaton.com,ElectronicCaseFiling@labaton.com

- **Doug Britton**
  dougb@lerachlaw.com,e_file_sf@lerachlaw.com,e_file_sd@lerachlaw.com

- **Patrick Edward Gibbs**
  patrick.gibbs@lw.com,zoila.aurora@lw.com

- **Eli Greenstein**
  Elig@lerachlaw.com,e_file_sf@lerachlaw.com,e_file_sd@lerachlaw.com

- **Kirke M. Hasson**
  kirke.hasson@pillsburylaw.com,cheryl.grant@pillsburylaw.com

- **Stacey Marie Kaplan**
  SKaplan@lerachlaw.com

- **Reed R. Kathrein**
  reed@hbsslaw.com,nancyq@hbsslaw.com

- **Michele Frances Kyrouz**
  michele.kyrouz@lw.com

- **Nicole Catherine Lavallee**
  nlavallee@bermanesq.com

- **William S. Lerach**
  e_file_sd@lerachlaw.com

- **James C. Maroulis**
  jim.maroulis@oracle.com

- **Caroline McIntyre**

cmcintyre@be-law.com,swalker@be-law.com

- **Valerie McLaughlin**
  valeriem@lerachlaw.com,kellyb@lerachlaw.com

- **Brian P Murray**
  bmurray@rabinlaw.com

- **Shinyung Oh**
  shinyungoh@paulhastings.com

- **Willow E. Radcliffe**
  willowr@lerachlaw.com,e_file_sf@lerachlaw.com,e_file_sd@lerachlaw.com

- **Sanna Rachel Singer**
  ssinger@sideman.com,mthomas@sideman.com

- **Mark Solomon**
  marks@lerachlaw.com,e_file_sf@lerachlaw.com,e_file_sd@lerachlaw.com

- **Edward W. Swanson**
  eswanson@swansonmcnamara.com

- **Shawn A. Williams**
  shawnw@lerachlaw.com,cwood@lerachlaw.com,e_file_sf@lerachlaw.com,dpfefferl

- **Jamie Lynne Wine**
  jamie.wine@lw.com,karen.kelly@lw.com

- **Monique Winkler**
  shawnw@lerachlaw.com,E_File_SF@lerachlaw.com,travisd@lerachlaw.com,Moniq

# Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Dorian Daley
500 Oracle Parkway
Redwood City, CA 94065

Corey D. Holzer
Holzer Holzer & Cannon LLC
```

```
1117 Perimeter Center West
Suite E-107
Atlanta, GA 30338
```

**Raymond Lane**
```
Bergeson LLP
303 Almaden Blvd., Ste. 500
San Jose, CA 95110
```

**PRG-Schultz USA, Inc.**
```
Paul Hastings Janofsky & Walker LLP
55 Second Street
24th Floor
San Francisco, CA 94105
```

**Darren Jay Robbins**
```
 Lerach Coughlin Stoia Geller Rudman  & Robbins LLP
655 West Broadway
Suite 1900
San Diego, CA 92101
```