LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
MARK SOLOMON (151949)
DOUGLAS R. BRITTON (188769)
VALERIE L. McLAUGHLIN (191916)
GAVIN M. BOWIE (235532)
STACEY M. KAPLAN (241989)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
marks@lerachlaw.com
dougb@lerachlaw.com
valeriem@lerachlaw.com
gbowie@lerachlaw.com
skaplan@lerachlaw.com
      – and –
SHAWN A. WILLIAMS (213113)
WILLOW E. RADCLIFFE (200087)
MONIQUE C. WINKLER (213031)
ELI R. GREENSTEIN (217945)
100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@lerachlaw.com
willowr@lerachlaw.com
moniquew@lerachlaw.com
elig@lerachlaw.com

Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION | ) ) ) ) ) ) ) ) ) ) ) | Master File No. C-01-0988-MJJ<br><br>CLASS ACTION<br><br>PLAINTIFFS' NOTICE OF MOTION AND MOTION TO EXCLUDE THE EXPERT TESTIMONY OF R. GLENN HUBBARD |
| This Document Relates To:<br><br>    ALL ACTIONS. | |

DATE:            September 27, 2007
TIME:             9:30 am.
COURTROOM:   The Honorable
                         Martin J. Jenkins

**FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER**

# TABLE OF CONTENTS

**Page**

I.      INTRODUCTION ................................................................................................ 1

II.     BACKGROUND ................................................................................................. 2

III.    LEGAL STANDARD ......................................................................................... 3

IV.     ARGUMENT ....................................................................................................... 5

     A.    Hubbard's Bias Precludes Him from Offering Reliable Opinions ......................... 5

     B.    Hubbard's Opinions About Oracle's Forecasting Process and Internal
          Forecast Data Should Be Excluded ................................................................. 6

     C.    Hubbard's Opinions that Oracle's Sales Forecasts Were Informed by
          Economic Data Is Speculative and Should Be Excluded .................................. 10

     D.    Hubbard's Opinions Are Duplicative of Foster's Opinions and Should Be
          Excluded Under Rule 403 .............................................................................. 12

     E.    Hubbard's Opinions About Whether the Economy Was in a Recession
          Should Be Excluded ...................................................................................... 13

     F.    Hubbard's Opinions that Rely on the Financial Results of Oracle's
          Competitors and the Statements of Analysts About Those results Are
          Unreliable ..................................................................................................... 17

     G.    Hubbard's Opinions Based on Unspecified Channel Checks Are
          Unreliable ..................................................................................................... 19

     H.    Hubbard's Opinion that the Diversity of Oracle's Customer Base
          Protected Its Revenues Should Be Excluded as Unreliable and Irrelevant .......... 20

     I.    Hubbard's Opinions Invade the Province of the Jury ......................................... 21

V.      CONCLUSION ................................................................................................ 22

1

# TABLE OF AUTHORITIES

2
Page

3
## CASES

4
*Bourjaily v. United States*,
       483 U.S. 171 (1987) ......................................................................................4, 11

5

*City of Tuscaloosa v. Harcros Chems.*,
6          158 F.3d 548 (11th Cir. 1998) .....................................................................21

7
*Daubert v. Merrell Dow Pharms.*,
       509 U.S. 579 (1993) .............................................................................*passim*

8

*Daubert v. Merrell Dow Pharms.*,
9          43 F.3d 1311 (9th Cir. 1995) ..............................................................8, 11, 17

10
*DSU Med. Corp. v. JMS Co., Ltd.*,
       296 F. Supp. 2d 1140 (N.D. Cal. 2003) .........................................................4

11

*Folden v. Wash. State Dep't of Social and Health Servs.*,
12          744 F. Supp. 1507 (W.D. Wash. 1990), *aff'd*,
           981 F.2d 1054 (9th Cir. 1992) .......................................................................6

13

*Gen. Elec. Co. v. Joiner*,
14          522 U.S. 136 (1997) .................................................................5, 10, 11, 21

15
*GST Telecommunications, Inc. v. Irwin*,
       192 F.R.D. 109 (S.D.N.Y. 2000) .................................................................22

16

*Hester v. BIC Corp.*,
17          225 F.3d 178 (2d Cir. 2000) ........................................................................18

18
*Hines v. Consol. Rail Corp.*,
       926 F.2d 262 (3d Cir. 1991) ..........................................................................7

19

*Jinro Am., Inc. v. Secure Invs., Inc.*,
20          266 F.3d 993 (9th Cir. 2001) .........................................................................5

21
*Kumho Tire Co. v. Carmichael*,
       526 U.S. 137 (1999) ...........................................................................3, 4, 5

22

*Lust v. Merrell Dow Pharms.*,
23          89 F.3d 594 (9th Cir. 1996) ...........................................................................4

24
*Mitroff v. Xomox Corp.*,
       797 F.2d 271 (6th Cir. 1986) .......................................................................18

25

*Mukhtar v. Cal. State Univ.*,
26          299 F.3d 1053 (9th Cir. 2002) .......................................................................3

27
*Polsby v. Shalala*,
       925 F. Supp. 379 (D. Md. 1996), *aff'd sub nom.*,
28          *Polsby v. Chase*, 165 F.3d 19 (4th Cir. 1998) .............................................6

1

2                                                                                    **Page**

3    *Ralston v. Smith & Nephew Richards, Inc.,*
         275 F.3d 965 (10th Cir. 2001) ............................................................................. 6
4
     *SEC v. Lipson,*
5        46 F. Supp. 2d 758 (N.D. Ill. 1999) ................................................................. 21

6    *Thompson v. State Farm Fire & Cas. Co.,*
         34 F.3d 932 (10th Cir. 1994) ........................................................................... 21
7
     *United States v. Downing,*
8        753 F.2d 1224 (3d Cir. 1985) ................................................................ 4, 14, 15

9    *United States v. Frazier,*
         387 F.3d 1244 (11th Cir. 2004),
10       *cert. denied,* 544 U.S. 1063 (2005) ................................................................... 6

11   *United States v. Scholl,*
         166 F.3d 964 (9th Cir. 1999) ............................................................................. 4
12
     *Watkins v. Telsmith, Inc.,*
13       121 F.3d 984 (5th Cir. 1997) ........................................................................... 10

14   *Weisgram v. Marley Co.,*
         528 U.S. 440 (2000) .......................................................................................... 4
15

16   **STATUTES, RULES AND REGULATIONS**

17   15 U.S.C.
18       §78j(b) .............................................................................................................. 1

19   Federal Rules of Evidence
         Rule 401 ............................................................................................................. 1
20       Rule 402 ......................................................................................................... 1, 4
         Rule 403 ....................................................................................................*passim*
21       Rule 702 ....................................................................................................*passim*
         Rule 704 .................................................................................................... 16, 18

22

23

24

25

26

27

28

1   TO:      ALL PARTIES AND THEIR ATTORNEYS OF RECORD

2          PLEASE TAKE NOTICE that on September 27, 2007, at 9:30 a.m., in the Courtroom of the

3   Honorable Martin J. Jenkins, plaintiffs will and hereby do move this Court to preclude the testimony

4   of R. Glenn Hubbard ("Hubbard").  This motion is made pursuant to Federal Rules of Evidence 401,

5   402, 403 and 702 on the grounds that Hubbard's opinions are unreliable, would serve to mislead and

6   confuse the jury, waste the Court's time, will not assist the trier of fact to understand the evidence or

7   determine a fact at issue, and invades the province of the jury.  This motion is based upon this notice,

8   the following memorandum of points and authorities, the pleadings and records on file herein, and

9   such further evidence and argument as may be presented to the Court.

10                  **MEMORANDUM OF POINTS AND AUTHORITIES**

11  **I.      INTRODUCTION**

12  ██████████████████████████████████████████████████████

13  ██████████████████████████████████████████████████████

14  ██████████████████████████████████████████████████████

15  ██████████████████████████████████████████████████████

16  ██████████████████████████████████████████████████████

17  ██████████████████████████████████████████████████████

18  ██████████████████████████████████████████████████████

19  ██████████████████████████████████████████████████████

20  ██████████████████████████████████████████████████████

21  ███████████████████████████████████

22  ██████████████████████████████████████████████████████

23  ██████████████████████████████████████████████████████

24  ██████████████████████████████████████████████████████

25  ██████████████████████████████████████████████████████

26  ██████████████████████████████████████████████████████

27  ██████████████████████████████████████████████████████

28  ██████████████████████████████████████████████████████

PLAINTIFFS' NOTICE AND MOTION TO EXCLUDE EXPERT TESTIMONY OF R. GLENN
HUBBARD - C-01-0988-MJJ                                                      - 1 -



II.   **BACKGROUND**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15 **III.    LEGAL STANDARD**

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27  2

28



PLAINTIFFS' NOTICE AND MOTION TO EXCLUDE EXPERT TESTIMONY OF R. GLENN
HUBBARD - C-01-0988-MJJ                                                        - 4 -

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23    IV.    ARGUMENT

24         A.    Hubbard's Bias Precludes Him from Offering Reliable Opinions

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21  **B.**   **Hubbard's Opinions About Oracle's Forecasting Process and Internal**

22  **Forecast Data Should Be Excluded**

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28



PLAINTIFFS' NOTICE AND MOTION TO EXCLUDE EXPERT TESTIMONY OF R. GLENN
HUBBARD - C-01-0988-MJJ                                                    - 7 -





**C.    Hubbard's Opinions that Oracle's Sales Forecasts Were Informed by Economic Data Is Speculative and Should Be Excluded**



PLAINTIFFS' NOTICE AND MOTION TO EXCLUDE EXPERT TESTIMONY OF R. GLENN
HUBBARD - C-01-0988-MJJ

1

2

**D.   Hubbard's Opinions Are Duplicative of Foster's Opinions and Should Be Excluded Under Rule 403**

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24 _____

25 ³

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22       **E.**    **Hubbard's Opinions About Whether the Economy Was in a Recession Should Be Excluded**

23

24

25

26

27

28

PLAINTIFFS' NOTICE AND MOTION TO EXCLUDE EXPERT TESTIMONY OF R. GLENN HUBBARD - C-01-0988-MJJ



PLAINTIFFS' NOTICE AND MOTION TO EXCLUDE EXPERT TESTIMONY OF R. GLENN
HUBBARD - C-01-0988-MJJ                                                      - 14 -





PLAINTIFFS' NOTICE AND MOTION TO EXCLUDE EXPERT TESTIMONY OF R. GLENN
HUBBARD - C-01-0988-MJJ

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19     **F.      Hubbard's Opinions that Rely on the Financial Results of Oracle's
           Competitors and the Statements of Analysts About Those results Are**
20         **Unreliable**

21

22

23

24

25

26

27

28

PLAINTIFFS' NOTICE AND MOTION TO EXCLUDE EXPERT TESTIMONY OF R. GLENN
HUBBARD - C-01-0988-MJJ                                                    - 17 -



1

**G.   Hubbard's Opinions Based on Unspecified Channel Checks Are Unreliable**



**H.** **Hubbard's Opinion that the Diversity of Oracle's Customer Base Protected Its Revenues Should Be Excluded as Unreliable and Irrelevant**



I.    **Hubbard's Opinions Invade the Province of the Jury**

1　▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

2　▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

3　▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

4　▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

5　▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

6　▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

7　▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

8　▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

9　▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

10　▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

11　▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

12　▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

13　▮▮▮▮▮

## V.　CONCLUSION

15　▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

16　▮▮▮

DATED: July 26, 2007                    Respectfully submitted,

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
MARK SOLOMON
DOUGLAS R. BRITTON
VALERIE L. McLAUGHLIN
GAVIN M. BOWIE
STACEY M. KAPLAN


                        _____s/ DOUGLAS R. BRITTON_____
                              DOUGLAS R. BRITTON

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LERACH COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
SHAWN A. WILLIAMS
WILLOW E. RADCLIFFE
MONIQUE C. WINKLER
ELI R. GREENSTEIN
100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)

Lead Counsel for Plaintiffs

S:\CasesSD\Oracle3\BRF00043842_HubbardREDACTED.doc

1

<u>CERTIFICATE OF SERVICE</u>

2       I hereby certify that on July 26, 2007, I electronically filed the foregoing with the Clerk of

3   the Court using the CM/ECF system which will send notification of such filing to the e-mail

4   addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have

5   mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF

6   participants indicated on the attached Manual Notice List.

7       I further certify that I caused this document to be forwarded to the following designated

8   Internet site at:  http://securities.lerachlaw.com/.

9       I certify under penalty of perjury under the laws of the United States of America that the

10  foregoing is true and correct.  Executed on July 26, 2007.

11

12                          s/ DOUGLAS R. BRITTON
                            DOUGLAS R. BRITTON

13                          LERACH COUGHLIN STOIA GELLER
                               RUDMAN & ROBBINS LLP
14                          655 West Broadway, Suite 1900
                            San Diego, CA  92101-3301
15                          Telephone:  619/231-1058
                            619/231-7423 (fax)
16

17                          E-mail:DougB@lerachlaw.com

18

19

20

21

22

23

24

25

26

27

28

# Mailing Information for a Case 3:01-cv-00988-MJJ

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jennie Lee Anderson**
  jennie@libertylawoffice.com

- **Eric J. Belfi**
  ebelfi@labaton.com,ElectronicCaseFiling@labaton.com

- **Doug Britton**
  dougb@lerachlaw.com,e_file_sf@lerachlaw.com,e_file_sd@lerachlaw.com

- **Patrick Edward Gibbs**
  patrick.gibbs@lw.com,zoila.aurora@lw.com

- **Eli Greenstein**
  Elig@lerachlaw.com,e_file_sf@lerachlaw.com,e_file_sd@lerachlaw.com

- **Kirke M. Hasson**
  kirke.hasson@pillsburylaw.com,cheryl.grant@pillsburylaw.com

- **Stacey Marie Kaplan**
  SKaplan@lerachlaw.com

- **Reed R. Kathrein**
  reed@hbsslaw.com,nancyq@hbsslaw.com

- **Michele Frances Kyrouz**
  michele.kyrouz@lw.com

- **Nicole Catherine Lavallee**
  nlavallee@bermanesq.com

- **William S. Lerach**
  e_file_sd@lerachlaw.com

- **James C. Maroulis**
  jim.maroulis@oracle.com

- **Caroline McIntyre**
  cmcintyre@be-law.com,swalker@be-law.com

- **Valerie McLaughlin**
  valeriem@lerachlaw.com,kellyb@lerachlaw.com

- **Brian P Murray**

bmurray@rabinlaw.com

- **Shinyung Oh**
  shinyungoh@paulhastings.com

- **Willow E. Radcliffe**
  willowr@lerachlaw.com,e_file_sf@lerachlaw.com,e_file_sd@lerachlaw.com

- **Sanna Rachel Singer**
  ssinger@sideman.com,mthomas@sideman.com

- **Mark Solomon**
  marks@lerachlaw.com,e_file_sf@lerachlaw.com,e_file_sd@lerachlaw.com

- **Edward W. Swanson**
  eswanson@swansonmcnamara.com

- **Shawn A. Williams**
  shawnw@lerachlaw.com,cwood@lerachlaw.com,e_file_sf@lerachlaw.com,dpfefferbaum@lerachl

- **Jamie Lynne Wine**
  jamie.wine@lw.com,karen.kelly@lw.com

- **Monique Winkler**
  shawnw@lerachlaw.com,E_File_SF@lerachlaw.com,travisd@lerachlaw.com,MoniqueW@lerachl

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Dorian Daley**
500 Oracle Parkway
Redwood City, CA 94065

**Corey D. Holzer**
Holzer Holzer & Cannon LLC
1117 Perimeter Center West
Suite E-107
Atlanta, GA 30338

**Raymond Lane**
Bergeson LLP
303 Almaden Blvd., Ste. 500
San Jose, CA 95110

**PRG-Schultz USA, Inc.**
Paul Hastings Janofsky & Walker LLP
55 Second Street
24th Floor
San Francisco, CA 94105

**Darren Jay Robbins**
 Lerach Coughlin Stoia Geller Rudman  & Robbins LLP
655 West Broadway
Suite 1900
San Diego, CA 92101