1  LERACH COUGHLIN STOIA GELLER
      RUDMAN & ROBBINS LLP
2  MARK SOLOMON (151949)
   DOUGLAS R. BRITTON (188769)
3  VALERIE L. McLAUGHLIN (191916)
   GAVIN M. BOWIE (235532)
4  STACEY M. KAPLAN (241989)
   655 West Broadway, Suite 1900
5  San Diego, CA  92101
   Telephone:  619/231-1058
6  619/231-7423 (fax)
   marks@lerachlaw.com
7  dougb@lerachlaw.com
   valeriem@lerachlaw.com
8  gbowie@lerachlaw.com
   skaplan@lerachlaw.com
9          –and–
   SHAWN A. WILLIAMS (213113)
10  WILLOW E. RADCLIFFE (200087)
   MONIQUE C. WINKLER (213031)
11  ELI R. GREENSTEIN (217945)
   100 Pine Street, Suite 2600
12  San Francisco, CA  94111
   Telephone:  415/288-4545
13  415/288-4534 (fax)
   shawnw@lerachlaw.com
14  willowr@lerachlaw.com
   moniquew@lerachlaw.com
15  elig@lerachlaw.com

16  Lead Counsel for Plaintiffs

17              UNITED STATES DISTRICT COURT

18              NORTHERN DISTRICT OF CALIFORNIA

19  In re ORACLE CORPORATION          )   Master File No. C-01-0988-MJJ
   SECURITIES LITIGATION              )
20  _____   )   CLASS ACTION
                                      )
21  This Document Relates To:         )   PLAINTIFFS' NOTICE OF MOTION AND
                                      )   MOTION TO EXCLUDE THE EXPERT
22      ALL ACTIONS.                  )   TESTIMONY OF GEORGE FOSTER
                                      )
23  _____   )   DATE:        September 24, 2007
                                          TIME:        9:30 a.m.
24                                        COURTROOM:   The Honorable
                                                       Martin J. Jenkins
25

26                     **FILED UNDER SEAL**
              **PURSUANT TO PROTECTIVE ORDER**
27

28

1

**TABLE OF CONTENTS**

2

**Page**

3   I.      INTRODUCTION .................................................................................................... 1

4   II.     BACKGROUND ...................................................................................................... 2

5   III.    LEGAL STANDARD .............................................................................................. 3

6   IV.     ARGUMENT ............................................................................................................ 5

7           A.      Foster's Opinions Are Biased from His Numerous Personal and
                    Professional Connections to Oracle .............................................................. 5

8

9           B.      Foster's Opinions Should Be Excluded as He Lacks Fundamental
                    Knowledge of the Facts Underlying His Opinions ....................................... 8

10          C.      Foster Failed to Consider Critical Facts that Undermine the Reliability of
                    His Methods and Opinions ........................................................................... 13

11

12          D.      Foster Admits to Developing Several Opinions Specifically for Purposes
                    of Testifying in this Litigation .................................................................... 16

13          E.      Foster's Opinions that Rely on Securities Analysts Should Be Excluded .......... 18

14          F.      Foster's Opinions on the Predictive Quality of Oracle's Intra-Quarter
                    Pipeline Growth Should Be Excluded as Unreliable ................................... 20

15

16          G.      Foster's Opinions Improperly Rely Upon Data Inputs from Oracle's Field
                    Sales Force ................................................................................................... 21

17          H.      Foster's Opinions Should Be Excluded Under Rule 403 ............................. 23

18  V.      CONCLUSION ...................................................................................................... 25

19

20

21

22

23

24

25

26

27

28

1

# TABLE OF AUTHORITIES

2

**Page**

3

**CASES**

4

*Bourjaily v. United States*,
483 U.S. 171 (1987) .................................................................................. 4, 8

5

*Daubert v. Merrell Dow Pharms.*,
509 U.S. 579 (1993) ............................................................................. *passim*

6

7

*Daubert v. Merrell Dow Pharms.*,
43 F.3d 1311 (9th Cir. 1995) ......................................................................... 16

8

*DSU Med. Corp. v. JMS Co., Ltd.*,
296 F. Supp. 2d 1140 (N.D. Cal. 2003) ........................................................... 4

9

*Gen. Elec. Co. v. Joiner*,
522 U.S. 136 (1997) ................................................................................. 5, 15

10

11

*In re Jackson Nat'l Life Ins. Co. Premium Litig.*,
No. 5:96:MD:1122, 1999 U.S. Dist. LEXIS 17153
(W.D. Mich. Sept. 29, 1999) .......................................................................... 9

12

13

*In re Oracle Corp. Derivative Litig.*,
824 A.2d 917 (Del. Ch. 2003) .............................................................. 1, 5, 6, 7

14

*Jinro Am., Inc. v. Secure Invs., Inc.*,
266 F.3d 993 (9th Cir. 2001) ........................................................................... 5

15

16

*Kumho Tire Co. v. Carmichael*,
526 U.S. 137 (1999) .............................................................................. 3, 4, 19

17

*Lust v. Merrell Dow Pharms.*,
89 F.3d 594 (9th Cir. 1996) ......................................................................... 4, 8

18

19

*Mukhtar v. Cal. State Univ.*,
299 F.3d 1053 (9th Cir. 2002) ......................................................................... 3

20

*Sheehan v. Daily Racing Form*,
104 F.3d 940 (7th Cir. 1997) ......................................................................... 19

21

22

*Trigon Ins. Co. v. United States*,
204 F.R.D. 277 (E.D. Va. 2001) .............................................................. 8, 9, 10

23

*United States v. Fuentes-Cariaga*,
209 F.3d 1140 (9th Cir. 2000) ....................................................................... 21

24

25

*United States v. Scholl*,
166 F.3d 964 (9th Cir. 1999) ........................................................................... 3

26

*Watkins v. Telsmith, Inc.*,
121 F.3d 984 (5th Cir. 1997) ......................................................................... 22

27

28

                                                                                      **Page**

*Weisgram v. Marley Co.,*
        528 U.S. 440 (2000) ................................................................................................4


**STATUTES, RULES AND REGULATIONS**

15 U.S.C.
        §78j(b) ..............................................................................................................2

Federal Rules of Evidence
        Rule 26(a)(2)..................................................................................................9, 10
        Rule 104(a) ..........................................................................................................4
        Rule 401..........................................................................................................1, 2
        Rule 402 ......................................................................................................1, 2, 3
        Rule 403 .......................................................................................................*passim*
        Rule 702.........................................................................................................*passim*
        Rule 704.........................................................................................................13, 15

1  TO:     ALL PARTIES AND THEIR ATTORNEYS OF RECORD

2         PLEASE TAKE NOTICE that on September 24, 2007, at 9:30 a.m., in the Courtroom of the

3  Honorable Martin J. Jenkins, plaintiffs will and hereby do move this Court to preclude the testimony

4  of George Foster ("Foster"). This motion is made pursuant to Federal Rules of Evidence 401, 402, 403

5  and 702 on the grounds that Foster's opinions are unreliable, would serve to mislead and confuse the

6  jury, waste the Court's time, and will not assist the trier of fact to understand the evidence or

7  determine a fact at issue.  This motion is based upon this notice, the following memorandum of

8  points and authorities, the pleadings and records on file herein, and such further evidence and

9  argument as may be presented to the Court.

10                  **MEMORANDUM OF POINTS AND AUTHORITIES**

11  **I.      INTRODUCTION**

12  ████████████████████████████████████████████████████

13  ████████████████████████████████████████████████████████

14  ████████████████████████████████████████████████████████

15  ████████████████████████████████████████████████████████

16  ████████████████████████████████████████████████████████

17  ████████████████████████████████████████████████████████

18  ████████████████████████████████████████████████████████

19  ████████████████████████████████

20  ███████████████████████████████████████████████████

21  ████████████████████████████████████████████████████████

22  ████████████████████████████████████████████████████████

23  ████████████████████████████████████████████████████████

24  ████████████████████████████████████████████████████████

25  ████████████████████████████████████████████████████████

26  ████████████████████████████████████████████████████████

27  ████████████████████████████████████████

28

PLAINTIFFS' NOTICE OF MOTION AND MOTION TO EXCLUDE THE EXPERT TESTIMONY OF
GEORGE FOSTER - C-01-0988-MJJ                                                    - 1 -

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22 **II.    BACKGROUND**

23

24

25

26

27

28

PLAINTIFFS' NOTICE OF MOTION AND MOTION TO EXCLUDE THE EXPERT TESTIMONY OF
GEORGE FOSTER - C-01-0988-MJJ

1

2

3

4

5

6

7

8

9

10

11   **III.**    **LEGAL STANDARD**

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26 _____

27 1

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27   2

28

1  ████████████████████████████████████████████████████

2  ████████████████████████████████████████████████████

3  ████████████████████████████████████████████████████

4  ████████████████████████████████████████████████████

5  ████████████████████████████████████████████████████

6  ████████████████████████

7    ████████████████████████████████████████████████████

8  ████████████████████████████████████████████████████

9  ████████████████████████████████████████████████████

10 ████████████████████████████████████████████████████

11 ████████████████████████████████████████████████████

12 ███████████████████████████████████████████

13 **IV.    ARGUMENT**

14     **A.    Foster's Opinions Are Biased from His Numerous Personal and Professional Connections to Oracle**

15   ████████████████████████████████████████████████████

16 ████████████████████████████████████████████████████

17 ████████████████████████████████████████████████████

18 ████████████████████████████████████████████████████

19 ████████████████████████████████████████████████████

20 ████████████████████████████████████████████████████

21 ████████████████████████████████████████████████████

22 ████████████████████████████████████████

23   ██████████████████████████████████████████████

24   ██████████████████████████████████████████████

25

26 ───────────────────────

27 [3] ████████████████████████████████████████████████████

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



1

2

3

4

5

6

7

8

9

10    **B.    Foster's Opinions Should Be Excluded as He Lacks Fundamental
      Knowledge of the Facts Underlying His Opinions**

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PLAINTIFFS' NOTICE OF MOTION AND MOTION TO EXCLUDE THE EXPERT TESTIMONY OF
GEORGE FOSTER - C-01-0988-MJJ

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25  _____

26  4

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PLAINTIFFS' NOTICE OF MOTION AND MOTION TO EXCLUDE THE EXPERT TESTIMONY OF
GEORGE FOSTER - C-01-0988-MJJ

## C. Foster Failed to Consider Critical Facts that Undermine the Reliability of His Methods and Opinions



1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15    **D.    Foster Admits to Developing Several Opinions Specifically for Purposes of Testifying in this Litigation**

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6    **E.    Foster's Opinions that Rely on Securities Analysts Should Be
           Excluded**

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28



**F.**    **Foster's Opinions on the Predictive Quality of Oracle's Intra-Quarter Pipeline Growth Should Be Excluded as Unreliable**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23     **G.**    **Foster's Opinions Improperly Rely Upon Data Inputs from Oracle's Field Sales Force**

24

25

26

27

28



1

2

3

4

5

6

7

8    **H.**    **Foster's Opinions Should Be Excluded Under Rule 403**

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1  | V.     **CONCLUSION**

2  | ███████████████████████████████████████████████████████

3  | ███████████████████████████

4  | DATED:  July 26, 2007                        Respectfully submitted,

5  |                                              LERACH COUGHLIN STOIA GELLER
   |                                                   RUDMAN & ROBBINS LLP
6  |                                              MARK SOLOMON
   |                                              DOUGLAS R. BRITTON
7  |                                              VALERIE L. McLAUGHLIN
   |                                              GAVIN M. BOWIE
8  |                                              STACEY M. KAPLAN

9  |

10 |                                              _____s/ DOUGLAS R. BRITTON_____
   |                                                   DOUGLAS R. BRITTON

11 |
   |                                              655 West Broadway, Suite 1900
12 |                                              San Diego, CA  92101
   |                                              Telephone:  619/231-1058
13 |                                              619/231-7423 (fax)

14 |                                              LERACH COUGHLIN STOIA GELLER
   |                                                   RUDMAN & ROBBINS LLP
15 |                                              SHAWN A. WILLIAMS
   |                                              WILLOW E. RADCLIFFE
16 |                                              MONIQUE C. WINKLER
   |                                              ELI R. GREENSTEIN
17 |                                              100 Pine Street, Suite 2600
   |                                              San Francisco, CA  94111
18 |                                              Telephone:  415/288-4545
   |                                              415/288-4534 (fax)

19 |                                              Lead Counsel for Plaintiffs

20 | S:\CasesSD\Oracle3\BRF00043841_FosterREDACTED.doc

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

PLAINTIFFS' NOTICE OF MOTION AND MOTION TO EXCLUDE THE EXPERT TESTIMONY OF
GEORGE FOSTER - C-01-0988-MJJ                                                    - 25 -

1

<u>CERTIFICATE OF SERVICE</u>

2      I hereby certify that on July 26, 2007, I electronically filed the foregoing with the Clerk of

3  the Court using the CM/ECF system which will send notification of such filing to the e-mail

4  addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have

5  mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF

6  participants indicated on the attached Manual Notice List.

7      I further certify that I caused this document to be forwarded to the following designated

8  Internet site at:  http://securities.lerachlaw.com/.

9      I certify under penalty of perjury under the laws of the United States of America that the

10  foregoing is true and correct.  Executed on July 26, 2007.

11

12                                          s/ DOUGLAS R. BRITTON
                                            DOUGLAS R. BRITTON

13                                          LERACH COUGHLIN STOIA GELLER
                                                RUDMAN & ROBBINS LLP
14                                          655 West Broadway, Suite 1900
                                            San Diego, CA  92101-3301
15                                          Telephone:  619/231-1058
                                            619/231-7423 (fax)
16

17                                          E-mail:DougB@lerachlaw.com

18

19

20

21

22

23

24

25

26

27

28

# Mailing Information for a Case 3:01-cv-00988-MJJ

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jennie Lee Anderson**
  jennie@libertylawoffice.com

- **Eric J. Belfi**
  ebelfi@labaton.com,ElectronicCaseFiling@labaton.com

- **Doug Britton**
  dougb@lerachlaw.com,e_file_sf@lerachlaw.com,e_file_sd@lerachlaw.com

- **Patrick Edward Gibbs**
  patrick.gibbs@lw.com,zoila.aurora@lw.com

- **Eli Greenstein**
  Elig@lerachlaw.com,e_file_sf@lerachlaw.com,e_file_sd@lerachlaw.com

- **Kirke M. Hasson**
  kirke.hasson@pillsburylaw.com,cheryl.grant@pillsburylaw.com

- **Stacey Marie Kaplan**
  SKaplan@lerachlaw.com

- **Reed R. Kathrein**
  reed@hbsslaw.com,nancyq@hbsslaw.com

- **Michele Frances Kyrouz**
  michele.kyrouz@lw.com

- **Nicole Catherine Lavallee**
  nlavallee@bermanesq.com

- **William S. Lerach**
  e_file_sd@lerachlaw.com

- **James C. Maroulis**
  jim.maroulis@oracle.com

- **Caroline McIntyre**
  cmcintyre@be-law.com,swalker@be-law.com

- **Valerie McLaughlin**
  valeriem@lerachlaw.com,kellyb@lerachlaw.com

- **Brian P Murray**

bmurray@rabinlaw.com

- **Shinyung Oh**
  shinyungoh@paulhastings.com

- **Willow E. Radcliffe**
  willowr@lerachlaw.com,e_file_sf@lerachlaw.com,e_file_sd@lerachlaw.com

- **Sanna Rachel Singer**
  ssinger@sideman.com,mthomas@sideman.com

- **Mark Solomon**
  marks@lerachlaw.com,e_file_sf@lerachlaw.com,e_file_sd@lerachlaw.com

- **Edward W. Swanson**
  eswanson@swansonmcnamara.com

- **Shawn A. Williams**
  shawnw@lerachlaw.com,cwood@lerachlaw.com,e_file_sf@lerachlaw.com,dpfefferbaum@lerachl

- **Jamie Lynne Wine**
  jamie.wine@lw.com,karen.kelly@lw.com

- **Monique Winkler**
  shawnw@lerachlaw.com,E_File_SF@lerachlaw.com,travisd@lerachlaw.com,MoniqueW@lerachl

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Dorian Daley
500 Oracle Parkway
Redwood City, CA 94065

Corey D. Holzer
Holzer Holzer & Cannon LLC
1117 Perimeter Center West
Suite E-107
Atlanta, GA 30338

Raymond Lane
Bergeson LLP
303 Almaden Blvd., Ste. 500
San Jose, CA 95110

PRG-Schultz USA, Inc.
Paul Hastings Janofsky & Walker LLP
55 Second Street
24th Floor
San Francisco, CA 94105
```

**Darren Jay Robbins**
 Lerach Coughlin Stoia Geller Rudman  & Robbins LLP
655 West Broadway
Suite 1900
San Diego, CA 92101