1  LERACH COUGHLIN STOIA GELLER
      RUDMAN & ROBBINS LLP
2  MARK SOLOMON (151949)
   DOUGLAS R. BRITTON (188769)
3  VALERIE L. McLAUGHLIN (191916)
   GAVIN M. BOWIE (235532)
4  STACEY M. KAPLAN (241989)
   655 West Broadway, Suite 1900
5  San Diego, CA  92101
   Telephone:  619/231-1058
6  619/231-7423 (fax)
   marks@lerachlaw.com
7  dougb@lerachlaw.com
   valeriem@lerachlaw.com
8  gbowie@lerachlaw.com
   skaplan@lerachlaw.com
9          – and –
   SHAWN A. WILLIAMS (213113)
10 WILLOW E. RADCLIFFE (200087)
   MONIQUE C. WINKLER (213031)
11 ELI R. GREENSTEIN (217945)
   100 Pine Street, Suite 2600
12 San Francisco, CA  94111
   Telephone:  415/288-4545
13 415/288-4534 (fax)
   shawnw@lerachlaw.com
14 willowr@lerachlaw.com
   moniquew@lerachlaw.com
15 elig@lerachlaw.com

16 Lead Counsel for Plaintiffs

17                    UNITED STATES DISTRICT COURT

18                  NORTHERN DISTRICT OF CALIFORNIA

19 In re ORACLE CORPORATION          )  Master File No. C-01-0988-MJJ
   SECURITIES LITIGATION             )
20 _____)  CLASS ACTION
                                     )
21 This Document Relates To:         )  MANUAL FILING NOTIFICATION
                                     )  REGARDING PLAINTIFFS' APPENDIX OF
22     ALL ACTIONS.                  )  EXHIBITS IN SUPPORT OF MOTION FOR
                                     )  PARTIAL SUMMARY JUDGEMENT
23 _____)

24

25

26

27

28

1    Regarding: PLAINTIFFS' APPENDIX OF EXHIBITS IN SUPPORT OF MOTION FOR

2  PARTIAL SUMMARY JUDGEMENT.

3    This filing is in paper or physical form only, and is being maintained in the case file in the

4  Clerk's office.

5    If you are a participant on this case, the filing will be served in hard-copy shortly.

6    For information on retrieving this filing directly from the Court, please see the Court's main

7  website at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

8    This filing was not e-filed because the item was filed under seal pursuant to protective order.

9  DATED:  July 26, 2007                LERACH COUGHLIN STOIA GELLER
                                           RUDMAN & ROBBINS LLP
10                                       SHAWN A. WILLIAMS
                                         WILLOW E. RADCLIFFE
11                                       MONIQUE C. WINKLER
                                         ELI R. GREENSTEIN
12

13
                                            s/ Shawn A. Williams
14                                       SHAWN A. WILLIAMS

15                                       100 Pine Street, Suite 2600
                                         San Francisco, CA  94111
16                                       Telephone:  415/288-4545
                                         415/288-4534 (fax)
17
                                         LERACH COUGHLIN STOIA GELLER
18                                         RUDMAN & ROBBINS LLP
                                         MARK SOLOMON
19                                       DOUGLAS R. BRITTON
                                         VALERIE L. McLAUGHLIN
20                                       GAVIN M. BOWIE
                                         STACEY M. KAPLAN
21                                       655 West Broadway, Suite 1900
                                         San Diego, CA  92101
22                                       Telephone:  619/231-1058
                                         619/231-7423 (fax)
23
                                         Lead Counsel for Plaintiffs
24  T:\CasesSF\Oracle3\NOT00044044.doc

25

26

27

28

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 26, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on July 26, 2007.

<u>  s/ Shawn A. Williams                             </u>
SHAWN A. WILLIAMS

LERACH COUGHLIN STOIA GELLER
     RUDMAN & ROBBINS LLP
100 Pine Street, 26th Floor
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)

E-mail:shawnw@lerachlaw.com

# Mailing Information for a Case 3:01-cv-00988-MJJ

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jennie Lee Anderson**
  jennie@libertylawoffice.com

- **Eric J. Belfi**
  ebelfi@labaton.com,ElectronicCaseFiling@labaton.com

- **Doug Britton**
  dougb@lerachlaw.com,e_file_sf@lerachlaw.com,e_file_sd@lerachlaw.com

- **Patrick Edward Gibbs**
  patrick.gibbs@lw.com,zoila.aurora@lw.com

- **Eli Greenstein**
  Elig@lerachlaw.com,e_file_sf@lerachlaw.com,e_file_sd@lerachlaw.com

- **Kirke M. Hasson**
  kirke.hasson@pillsburylaw.com,cheryl.grant@pillsburylaw.com

- **Stacey Marie Kaplan**
  SKaplan@lerachlaw.com

- **Reed R. Kathrein**
  reed@hbsslaw.com,nancyq@hbsslaw.com

- **Michele Frances Kyrouz**
  michele.kyrouz@lw.com

- **Nicole Catherine Lavallee**
  nlavallee@bermanesq.com

- **William S. Lerach**
  e_file_sd@lerachlaw.com

- **James C. Maroulis**
  jim.maroulis@oracle.com

- **Caroline McIntyre**

cmcintyre@be-law.com,swalker@be-law.com

- **Valerie McLaughlin**
  valeriem@lerachlaw.com,kellyb@lerachlaw.com

- **Brian P Murray**
  bmurray@rabinlaw.com

- **Shinyung Oh**
  shinyungoh@paulhastings.com

- **Willow E. Radcliffe**
  willowr@lerachlaw.com,e_file_sf@lerachlaw.com,e_file_sd@lerachlaw.com

- **Sanna Rachel Singer**
  ssinger@sideman.com,mthomas@sideman.com

- **Mark Solomon**
  marks@lerachlaw.com,e_file_sf@lerachlaw.com,e_file_sd@lerachlaw.com

- **Edward W. Swanson**
  eswanson@swansonmcnamara.com

- **Shawn A. Williams**
  shawnw@lerachlaw.com,cwood@lerachlaw.com,e_file_sf@lerachlaw.com,dpfeffer

- **Jamie Lynne Wine**
  jamie.wine@lw.com,karen.kelly@lw.com

- **Monique Winkler**
  shawnw@lerachlaw.com,E_File_SF@lerachlaw.com,travisd@lerachlaw.com,Moniq

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Dorian Daley**
500 Oracle Parkway
Redwood City, CA 94065

**Corey D. Holzer**
Holzer Holzer & Cannon LLC

Case 3:01-cv-00988-SI   Document 901   Filed 07/26/07   Page 6 of 6

1117 Perimeter Center West
Suite E-107
Atlanta, GA 30338

**Raymond Lane**
Bergeson LLP
303 Almaden Blvd., Ste. 500
San Jose, CA 95110

**PRG-Schultz USA, Inc.**
Paul Hastings Janofsky & Walker LLP
55 Second Street
24th Floor
San Francisco, CA 94105

**Darren Jay Robbins**
 Lerach Coughlin Stoia Geller Rudman  & Robbins LLP
655 West Broadway
Suite 1900
San Diego, CA 92101