LERACH COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
MARK SOLOMON (151949)
DOUGLAS R. BRITTON (188769)
VALERIE L. McLAUGHLIN (191916)
GAVIN M. BOWIE (235532)
STACEY M. KAPLAN (241989)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
marks@lerachlaw.com
dougb@lerachlaw.com
valeriem@lerachlaw.com
gbowie@lerachlaw.com
skaplan@lerachlaw.com
        – and –
SHAWN A. WILLIAMS (213113)
WILLOW E. RADCLIFFE (200087)
MONIQUE C. WINKLER (213031)
ELI R. GREENSTEIN (217945)
100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@lerachlaw.com
willowr@lerachlaw.com
moniquew@lerachlaw.com
elig@lerachlaw.com

Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION | ) ) ) Master File No. C-01-0988-MJJ |
| | ) |
| | ) CLASS ACTION |
| This Document Relates To: | ) |
| | ) PLAINTIFFS' ADMINISTRATIVE |
| ALL ACTIONS. | ) REQUEST TO FILE PLAINTIFF'S NOTICE |
| | ) OF MOTION AND SUPPLEMENTAL |
| | ) SUBMISSION REGARDING DEFEN- |
| | DANTS' DESTRUCTION OF EVIDENCE |
| | AND REQUEST FOR SANCTIONS AND |
| | OBJECTIONS TO SPECIAL MASTER'S |
| | JULY 17, 2006 ORDER DENYING |
| | PLAINTIFFS' MOTION TO COMPEL THE |
| | RESTORATION OF BACKUP TAPES AND |
| | FOR MISCELLANEOUS RELIEF FOR THE |
| | DESTRUCTION OF EVIDENCE UNDER |
| | SEAL |

1    Pursuant to Civil Local Rules 7-11 and 79-5, plaintiffs submit this Administrative Request to

2  file Plaintiffs' Notice of Motion and Supplemental Submission Regarding Defendants' Destruction

3  of Evidence and Request for Sanctions and Objections to Special Master's July 17, 2006 Order

4  Denying Plaintiffs' Motion to Compel the Restoration of Backup Tapes and for Miscellaneous Relief

5  for the Destruction of Evidence and declaration in support thereof under seal.  This Administrative

6  Request is accompanied by the Declaration of Shawn A. Williams and the [Proposed] Sealing Order,

7  filed concurrently herewith.

8    Plaintiffs' Notice of Motion and Supplemental Submission Regarding Defendants'

9  Destruction of Evidence and Request for Sanctions and Objections to Special Master's July 17, 2006

10  Order Denying Plaintiffs' Motion to Compel the Restoration of Backup Tapes and for Miscellaneous

11  Relief for the Destruction of Evidence and declaration in support thereof contain references to

12  documents marked "confidential" by the parties.  This information is subject to the provisions of the

13  Revised Stipulated Protective Order Governing Confidentiality entered on January 11, 2005 and

14  Civil Local Rule 79-5.  Accordingly, plaintiffs respectfully request that plaintiffs' Administrative

15  Request to file Plaintiffs' Notice of Motion and Supplemental Submission Regarding Defendants'

16  Destruction of Evidence and Request for Sanctions and Objections to Special Master's July 17, 2006

17  Order Denying Plaintiffs' Motion to Compel the Restoration of Backup Tapes and for Miscellaneous

18  Relief for the Destruction of Evidence and declaration in support thereof be filed under the seal of

19  this Court.

20  DATED:  July 26, 2007

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SHAWN A. WILLIAMS
WILLOW E. RADCLIFFE
MONIQUE C. WINKLER
ELI R. GREENSTEIN


                    s/ Shawn A. Williams
                 SHAWN A. WILLIAMS

100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)

ADMIN REQ TO FILE MTN & SUPP SUBMISSION RE DESTRUCTION OF EVID & REQ FOR
SANCTIONS & OBJS TO 7/17/07 ORDER UNDER SEAL - C-01-0988-MJJ                    - 1 -

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
MARK SOLOMON
DOUGLAS R. BRITTON
VALERIE L. McLAUGHLIN
GAVIN M. BOWIE
STACEY M. KAPLAN
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

Lead Counsel for Plaintiffs

T:\Cases$F\Oracle3\REQ00043916.doc

1

<u>CERTIFICATE OF SERVICE</u>

2   I hereby certify that on July 26, 2007, I electronically filed the foregoing with the Clerk of

3 the Court using the CM/ECF system which will send notification of such filing to the e-mail

4 addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have

5 mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF

6 participants indicated on the attached Manual Notice List.

7   I certify under penalty of perjury under the laws of the United States of America that the

8 foregoing is true and correct.  Executed on July 26, 2007.

9

10             s/ Shawn A. Williams
              SHAWN A. WILLIAMS

11             LERACH COUGHLIN STOIA GELLER
               RUDMAN & ROBBINS LLP

12             100 Pine Street, 26th Floor
             San Francisco, CA  94111

13             Telephone:  415/288-4545
             415/288-4534 (fax)

14

15             E-mail:ShawnW@lerachlaw.com

16

17

18

19

20

21

22

23

24

25

26

27

28

ADMIN REQ TO FILE MTN & SUPP SUBMISSION RE DESTRUCTION OF EVID & REQ FOR
SANCTIONS & OBJS TO 7/17/07 ORDER UNDER SEAL - C-01-0988-MJJ     - 3 -

# Mailing Information for a Case 3:01-cv-00988-MJJ

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jennie Lee Anderson**
  jennie@libertylawoffice.com

- **Eric J. Belfi**
  ebelfi@labaton.com,ElectronicCaseFiling@labaton.com

- **Doug Britton**
  dougb@lerachlaw.com,e_file_sf@lerachlaw.com,e_file_sd@lerachlaw.com

- **Patrick Edward Gibbs**
  patrick.gibbs@lw.com,zoila.aurora@lw.com

- **Eli Greenstein**
  Elig@lerachlaw.com,e_file_sf@lerachlaw.com,e_file_sd@lerachlaw.com

- **Kirke M. Hasson**
  kirke.hasson@pillsburylaw.com,cheryl.grant@pillsburylaw.com

- **Stacey Marie Kaplan**
  SKaplan@lerachlaw.com

- **Reed R. Kathrein**
  reed@hbsslaw.com,nancyq@hbsslaw.com

- **Michele Frances Kyrouz**
  michele.kyrouz@lw.com

- **Nicole Catherine Lavallee**
  nlavallee@bermanesq.com

- **William S. Lerach**
  e_file_sd@lerachlaw.com

- **James C. Maroulis**
  jim.maroulis@oracle.com

- **Caroline McIntyre**

cmcintyre@be-law.com,swalker@be-law.com

- **Valerie McLaughlin**
  valeriem@lerachlaw.com,kellyb@lerachlaw.com

- **Brian P Murray**
  bmurray@rabinlaw.com

- **Shinyung Oh**
  shinyungoh@paulhastings.com

- **Willow E. Radcliffe**
  willowr@lerachlaw.com,e_file_sf@lerachlaw.com,e_file_sd@lerachlaw.com

- **Sanna Rachel Singer**
  ssinger@sideman.com,mthomas@sideman.com

- **Mark Solomon**
  marks@lerachlaw.com,e_file_sf@lerachlaw.com,e_file_sd@lerachlaw.com

- **Edward W. Swanson**
  eswanson@swansonmcnamara.com

- **Shawn A. Williams**
  shawnw@lerachlaw.com,cwood@lerachlaw.com,e_file_sf@lerachlaw.com,dpfeffer

- **Jamie Lynne Wine**
  jamie.wine@lw.com,karen.kelly@lw.com

- **Monique Winkler**
  shawnw@lerachlaw.com,E_File_SF@lerachlaw.com,travisd@lerachlaw.com,Monic

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Dorian Daley**
500 Oracle Parkway
Redwood City, CA 94065

**Corey D. Holzer**
Holzer Holzer & Cannon LLC

1117 Perimeter Center West
Suite E-107
Atlanta, GA 30338

**Raymond Lane**
Bergeson LLP
303 Almaden Blvd., Ste. 500
San Jose, CA 95110

**PRG-Schultz USA, Inc.**
Paul Hastings Janofsky & Walker LLP
55 Second Street
24th Floor
San Francisco, CA 94105

**Darren Jay Robbins**
 Lerach Coughlin Stoia Geller Rudman  & Robbins LLP
655 West Broadway
Suite 1900
San Diego, CA 92101