1  LERACH COUGHLIN STOIA GELLER
      RUDMAN & ROBBINS LLP
2  MARK SOLOMON (151949)
   DOUGLAS R. BRITTON (188769)
3  VALERIE L. McLAUGHLIN (191916)
   GAVIN M. BOWIE (235532)
4  STACEY M. KAPLAN (241989)
   655 West Broadway, Suite 1900
5  San Diego, CA  92101
   Telephone:  619/231-1058
6  619/231-7423 (fax)
   marks@lerachlaw.com
7  dougb@lerachlaw.com
   valeriem@lerachlaw.com
8  gbowie@lerachlaw.com
   skaplan@lerachlaw.com
9          – and –
   SHAWN A. WILLIAMS (213113)
10 WILLOW E. RADCLIFFE (200087)
   MONIQUE C. WINKLER (213031)
11 ELI R. GREENSTEIN (217945)
   100 Pine Street, Suite 2600
12 San Francisco, CA  94111
   Telephone:  415/288-4545
13 415/288-4534 (fax)
   shawnw@lerachlaw.com
14 willowr@lerachlaw.com
   moniquew@lerachlaw.com
15 elig@lerachlaw.com

16 Lead Counsel for Plaintiffs

17                    UNITED STATES DISTRICT COURT

18                  NORTHERN DISTRICT OF CALIFORNIA

| 19 | In re ORACLE CORPORATION SECURITIES LITIGATION | ) | Master File No. C-01-0988-MJJ |
|---|---|---|---|
| 20 | | ) | CLASS ACTION |
| 21 | This Document Relates To: | ) ) | DECLARATION OF SHAWN A. WILLIAMS IN SUPPORT OF PLAINTIFFS' |
| 22 | ALL ACTIONS. | ) ) | NOTICE OF MOTION AND MOTION TO EXCLUDE THE TESTIMONY OF |
| 23 | | ) | DEFENDANTS' ACCOUNTING EXPERT J. DUROSS O'BRYAN; MEMORANDUM OF |
| 24 | | | POINTS AND AUTHORITIES IN SUPPORT THEREOF UNDER SEAL |
| 25 | | | |
| 26 | | | DATE:           To be determined TIME:           To be determined |
| 27 | | | COURTROOM:  The Honorable                        Martin J. Jenkins |
| 28 | | | |

1      I, SHAWN A. WILLIAMS, declare as follows:

2      1.      I am an attorney duly licensed to practice before all the courts of the State of

3  California.  I am a member of the law firm of Lerach Coughlin Stoia Geller Rudman & Robbins

4  LLP, one of the counsel of record for plaintiffs in the above-entitled action.  I have personal

5  knowledge of the matter stated herein and, if called upon, I could and would competently testify

6  thereto.

7      2.      I submit this Declaration in Support of Plaintiffs' Administrative Request to File

8  Plaintiffs' Notice of Motion and Motion to Exclude the Testimony of Defendants' Accounting

9  Expert J. Duross O'Bryan, Memorandum of Points and Authorities In Support Thereof and

10  declaration in support thereof under seal.

11      3.      Plaintiffs' Notice of Motion and Motion to Exclude the Testimony of Defendants'

12  Accounting Expert J. Duross O'Bryan, Memorandum of Points and Authorities In Support Thereof

13  and declaration in support thereof contain quotes from and references to documents marked

14  "confidential" by defendants.

15      4.      This information is subject to the provisions of the Revised Stipulated Protective

16  Order Governing Confidentiality entered on January 11, 2005 (attached hereto as Exhibit A).

17      I declare under penalty of perjury under the laws of the United States of America that the

18  foregoing is true and correct.  Executed this 26th day of July, 2007 at San Francisco, California.

19

20      s/ Shawn A. Williams
        SHAWN A. WILLIAMS

21
     T:\CasesSF\Oracle3\DEC00044039.doc
22

23

24

25

26

27

28

DECL. IN SUPP OF PLTFS' ADMIN. REQ. TO FILE PLTFS' NOTICE OF MTN & MTN TO
EXCLUDE EXPERT TESTIMONY OF EDWARD YOURDON UNDER SEAL - C-01-0988-MJJ      - 1 -

1

CERTIFICATE OF SERVICE

2        I hereby certify that on July 26, 2007, I electronically filed the foregoing with the Clerk of

3 the Court using the CM/ECF system which will send notification of such filing to the e-mail

4 addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have

5 mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF

6 participants indicated on the attached Manual Notice List.

7        I certify under penalty of perjury under the laws of the United States of America that the

8 foregoing is true and correct.  Executed on July 26, 2007.

9

10
s/ Shawn A. Williams<br>SHAWN A. WILLIAMS

11

12
LERACH COUGHLIN STOIA GELLER<br>RUDMAN & ROBBINS LLP

13
100 Pine Street, 26th Floor<br>San Francisco, CA  94111<br>Telephone:  415/288-4545

14
415/288-4534 (fax)

15

16
E-mail:shawnw@lerachlaw.com

17

18

19

20

21

22

23

24

25

26

27

28

# Mailing Information for a Case 3:01-cv-00988-MJJ

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jennie Lee Anderson**
  jennie@libertylawoffice.com

- **Eric J. Belfi**
  ebelfi@labaton.com,ElectronicCaseFiling@labaton.com

- **Doug Britton**
  dougb@lerachlaw.com,e_file_sf@lerachlaw.com,e_file_sd@lerachlaw.com

- **Patrick Edward Gibbs**
  patrick.gibbs@lw.com,zoila.aurora@lw.com

- **Eli Greenstein**
  Elig@lerachlaw.com,e_file_sf@lerachlaw.com,e_file_sd@lerachlaw.com

- **Kirke M. Hasson**
  kirke.hasson@pillsburylaw.com,cheryl.grant@pillsburylaw.com

- **Stacey Marie Kaplan**
  SKaplan@lerachlaw.com

- **Reed R. Kathrein**
  reed@hbsslaw.com,nancyq@hbsslaw.com

- **Michele Frances Kyrouz**
  michele.kyrouz@lw.com

- **Nicole Catherine Lavallee**
  nlavallee@bermanesq.com

- **William S. Lerach**
  e_file_sd@lerachlaw.com

- **James C. Maroulis**
  jim.maroulis@oracle.com

- **Caroline McIntyre**

cmcintyre@be-law.com,swalker@be-law.com

- **Valerie McLaughlin**
  valeriem@lerachlaw.com,kellyb@lerachlaw.com

- **Brian P Murray**
  bmurray@rabinlaw.com

- **Shinyung Oh**
  shinyungoh@paulhastings.com

- **Willow E. Radcliffe**
  willowr@lerachlaw.com,e_file_sf@lerachlaw.com,e_file_sd@lerachlaw.com

- **Sanna Rachel Singer**
  ssinger@sideman.com,mthomas@sideman.com

- **Mark Solomon**
  marks@lerachlaw.com,e_file_sf@lerachlaw.com,e_file_sd@lerachlaw.com

- **Edward W. Swanson**
  eswanson@swansonmcnamara.com

- **Shawn A. Williams**
  shawnw@lerachlaw.com,cwood@lerachlaw.com,e_file_sf@lerachlaw.com,dpfeffer

- **Jamie Lynne Wine**
  jamie.wine@lw.com,karen.kelly@lw.com

- **Monique Winkler**
  shawnw@lerachlaw.com,E_File_SF@lerachlaw.com,travisd@lerachlaw.com,Moniq

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Dorian Daley**
500 Oracle Parkway
Redwood City, CA 94065

**Corey D. Holzer**
Holzer Holzer & Cannon LLC

1117 Perimeter Center West
Suite E-107
Atlanta, GA 30338

**Raymond Lane**
Bergeson LLP
303 Almaden Blvd., Ste. 500
San Jose, CA 95110

**PRG-Schultz USA, Inc.**
Paul Hastings Janofsky & Walker LLP
55 Second Street
24th Floor
San Francisco, CA 94105

**Darren Jay Robbins**
 Lerach Coughlin Stoia Geller Rudman  & Robbins LLP
655 West Broadway
Suite 1900
San Diego, CA 92101