| | |
|---|---|
| 1 | LERACH COUGHLIN STOIA GELLER |
|   |   RUDMAN & ROBBINS LLP |
| 2 | MARK SOLOMON (151949) |
|   | DOUGLAS R. BRITTON (188769) |
| 3 | VALERIE L. McLAUGHLIN (191916) |
|   | GAVIN M. BOWIE (235532) |
| 4 | STACEY M. KAPLAN (241989) |
|   | 655 West Broadway, Suite 1900 |
| 5 | San Diego, CA  92101 |
|   | Telephone:  619/231-1058 |
| 6 | 619/231-7423 (fax) |
|   | marks@lerachlaw.com |
| 7 | dougb@lerachlaw.com |
|   | valeriem@lerachlaw.com |
| 8 | gbowie@lerachlaw.com |
|   | skaplan@lerachlaw.com |
| 9 |      – and – |
|   | SHAWN A. WILLIAMS (213113) |
| 10 | WILLOW E. RADCLIFFE (200087) |
|   | MONIQUE C. WINKLER (213031) |
| 11 | ELI R. GREENSTEIN (217945) |
|   | 100 Pine Street, Suite 2600 |
| 12 | San Francisco, CA  94111 |
|   | Telephone:  415/288-4545 |
| 13 | 415/288-4534 (fax) |
|   | shawnw@lerachlaw.com |
| 14 | willowr@lerachlaw.com |
|   | moniquew@lerachlaw.com |
| 15 | elig@lerachlaw.com |
| 16 | Lead Counsel for Plaintiffs |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION | ) Master File No. C-01-0988-MJJ<br>)<br>) <u>CLASS ACTION</u><br>) |
| This Document Relates To:<br><br>    ALL ACTIONS. | ) PLAINTIFFS' ADMINISTRATIVE REQUEST TO FILE PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT; AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF UNDER SEAL |

1    Pursuant to Civil Local Rules 7-11 and 79-5, plaintiffs submit this Administrative Request to file Plaintiffs' Notice of Motion and Motion for Partial Summary Judgment; and Memorandum of Points and Authorities in Support Thereof and appendix in support thereof under seal. This Administrative Request is accompanied by the Declaration of Shawn A. Williams and the [Proposed] Sealing Order, filed concurrently herewith.

    Plaintiffs' Notice of Motion and Motion for Partial Summary Judgment; and Memorandum of Points and Authorities in Support Thereof and appendix in support thereof contain references to documents marked "confidential" by the parties. This information is subject to the provisions of the Revised Stipulated Protective Order Governing Confidentiality entered on January 11, 2005 and Civil Local Rule 79-5. Accordingly, plaintiffs respectfully request that plaintiffs' Administrative Request to file Plaintiffs' Notice of Motion and Motion for Partial Summary Judgment; and Memorandum of Points and Authorities in Support Thereof and appendix in support thereof be filed under the seal of this Court.

DATED: July 26, 2007                    LERACH COUGHLIN STOIA GELLER
                                          RUDMAN & ROBBINS LLP
                                        SHAWN A. WILLIAMS
                                        WILLOW E. RADCLIFFE
                                        MONIQUE C. WINKLER
                                        ELI R. GREENSTEIN


                                             s/ Shawn A. Williams
                                           SHAWN A. WILLIAMS

                                        100 Pine Street, Suite 2600
                                        San Francisco, CA  94111
                                        Telephone:  415/288-4545
                                        415/288-4534 (fax)

PLAINTIFFS' ADMINISTRATIVE REQUEST TO FILE PLAINTIFF'S NOTICE OF MOTION AND
MOTION FOR PARTIAL SUMMARY JUDGMENT UNDER SEAL - C-01-0988-MJJ                - 1 -

|   |   |
|---|---|
| 1 |   |
| 2 | LERACH COUGHLIN STOIA GELLER<br>  RUDMAN & ROBBINS LLP<br>MARK SOLOMON |
| 3 | DOUGLAS R. BRITTON<br>VALERIE L. McLAUGHLIN |
| 4 | GAVIN M. BOWIE<br>STACEY M. KAPLAN |
| 5 | 655 West Broadway, Suite 1900<br>San Diego, CA  92101 |
| 6 | Telephone:  619/231-1058<br>619/231-7423 (fax) |
| 7 |   |
|   | Lead Counsel for Plaintiffs |

T:\CasesSF\Oracle3\REQ00043919.doc

PLAINTIFFS' ADMINISTRATIVE REQUEST TO FILE PLAINTIFF'S NOTICE OF MOTION AND
MOTION FOR PARTIAL SUMMARY JUDGMENT UNDER SEAL - C-01-0988-MJJ — - 2 -

CERTIFICATE OF SERVICE

I hereby certify that on July 26, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 26, 2007.

 s/ Shawn A. Williams
SHAWN A. WILLIAMS

LERACH COUGHLIN STOIA GELLER
 RUDMAN & ROBBINS LLP
100 Pine Street, 26th Floor
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)

E-mail:ShawnW@lerachlaw.com

PLAINTIFFS' ADMINISTRATIVE REQUEST TO FILE PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT UNDER SEAL - C-01-0988-MJJ - 3 -

# Mailing Information for a Case 3:01-cv-00988-MJJ

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jennie Lee Anderson**
  jennie@libertylawoffice.com

- **Eric J. Belfi**
  ebelfi@labaton.com,ElectronicCaseFiling@labaton.com

- **Doug Britton**
  dougb@lerachlaw.com,e_file_sf@lerachlaw.com,e_file_sd@lerachlaw.com

- **Patrick Edward Gibbs**
  patrick.gibbs@lw.com,zoila.aurora@lw.com

- **Eli Greenstein**
  Elig@lerachlaw.com,e_file_sf@lerachlaw.com,e_file_sd@lerachlaw.com

- **Kirke M. Hasson**
  kirke.hasson@pillsburylaw.com,cheryl.grant@pillsburylaw.com

- **Stacey Marie Kaplan**
  SKaplan@lerachlaw.com

- **Reed R. Kathrein**
  reed@hbsslaw.com,nancyq@hbsslaw.com

- **Michele Frances Kyrouz**
  michele.kyrouz@lw.com

- **Nicole Catherine Lavallee**
  nlavallee@bermanesq.com

- **William S. Lerach**
  e_file_sd@lerachlaw.com

- **James C. Maroulis**
  jim.maroulis@oracle.com

- **Caroline McIntyre**

cmcintyre@be-law.com,swalker@be-law.com

- **Valerie McLaughlin**
  valeriem@lerachlaw.com,kellyb@lerachlaw.com

- **Brian P Murray**
  bmurray@rabinlaw.com

- **Shinyung Oh**
  shinyungoh@paulhastings.com

- **Willow E. Radcliffe**
  willowr@lerachlaw.com,e_file_sf@lerachlaw.com,e_file_sd@lerachlaw.com

- **Sanna Rachel Singer**
  ssinger@sideman.com,mthomas@sideman.com

- **Mark Solomon**
  marks@lerachlaw.com,e_file_sf@lerachlaw.com,e_file_sd@lerachlaw.com

- **Edward W. Swanson**
  eswanson@swansonmcnamara.com

- **Shawn A. Williams**
  shawnw@lerachlaw.com,cwood@lerachlaw.com,e_file_sf@lerachlaw.com,dpfeffer

- **Jamie Lynne Wine**
  jamie.wine@lw.com,karen.kelly@lw.com

- **Monique Winkler**
  shawnw@lerachlaw.com,E_File_SF@lerachlaw.com,travisd@lerachlaw.com,Moniq

# Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Dorian Daley
500 Oracle Parkway
Redwood City, CA 94065

Corey D. Holzer
Holzer Holzer & Cannon LLC
```

```
1117 Perimeter Center West
Suite E-107
Atlanta, GA 30338
```

**Raymond Lane**
```
Bergeson LLP
303 Almaden Blvd., Ste. 500
San Jose, CA 95110
```

**PRG-Schultz USA, Inc.**
```
Paul Hastings Janofsky & Walker LLP
55 Second Street
24th Floor
San Francisco, CA 94105
```

**Darren Jay Robbins**
```
 Lerach Coughlin Stoia Geller Rudman  & Robbins LLP
655 West Broadway
Suite 1900
San Diego, CA 92101
```