1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION

| In re ORACLE CORPORATION SECURITIES LITIGATION | Master File No. C-01-0988-MJJ (Consolidated) |
|---|---|
| | CLASS ACTION |
| This Document Relates To:<br>ALL ACTIONS. | [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO EXCLUDE EXPERT REPORTS AND TESTIMONY OF ALAN G. GOEDDE |
| | **Honorable Martin J. Jenkins** |

      Having considered the papers and argument regarding Defendants' Motion To Exclude Expert Reports and Testimony of Alan G. Goedde, and finding good cause therefore; such motion is hereby **GRANTED**. Dr. Goedde's reports are excluded from evidence in this matter, and Dr. Goedde is not permitted to testify at trial.

      IT IS SO ORDERED.

Dated: _____     _____

                                                          THE HONORABLE MARTIN J. JENKINS

Submitted By:

DATED: July 26, 2007

| | |
|---|---|
| LATHAM & WATKINS LLP<br>  Peter A. Wald (SBN 85705)<br>  Michele F. Kyrouz (SBN 168004)<br>505 Montgomery Street, Suite 2000<br>San Francisco, CA  94111-2562<br>Telephone: (415) 391-0600<br>Facsimile: (415) 395-8095<br>E-mail: peter.wald@lw.com<br>        michele.kyrouz@lw.com | LATHAM & WATKINS LLP<br>  Patrick E. Gibbs  (SBN 183174)<br>  Matthew Rawlinson (SBN 231890)<br>140 Scott Drive<br>Menlo Park, California 94025<br>Telephone: (650) 328-4600<br>Facsimile: (650) 463-2600<br>E-mail: patrick.gibbs@lw.com<br>        matt.rawlinson@lw.com |

LATHAM & WATKINS LLP
  Jamie L. Wine  (SBN 181373)
633 West Fifth Street, Suite 4000
Los Angeles, CA 90071-2007
Telephone: (213) 485-1234
Facsimile: (213) 891-8763
E-mail: jamie.wine@lw.com

\_\_\_\_\_/s/ Peter A. Wald\_\_\_\_\_
    Peter A. Wald