UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION

| In re ORACLE CORPORATION SECURITIES LITIGATION | Master File No. C-01-0988-MJJ (Consolidated) |
|---|---|
| | CLASS ACTION |
| This Document Relates To: | [PROPOSED] SEALING ORDER |
| ALL ACTIONS. | **Honorable Martin J. Jenkins** |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

| | |
|---|---|
| 1 | Having considered the papers regarding Defendants' Administrative Request to file under seal Defendants' *Daubert* Motion to Exclude Expert Reports and Testimony of Alan G. Goedde and the Declaration of Andrew M. Farthing in Support of Defendants' *Daubert* Motion to Exclude Expert Reports and Testimony of Alan G. Goedde, and finding good cause therefore; Defendants' *Daubert* Motion to Exclude Expert Reports and Testimony of Alan G. Goedde and the Declaration of Andrew M. Farthing in Support of Defendants' *Daubert* Motion to Exclude Expert Reports and Testimony of Alan G. Goedde are **HEREBY sealed**. |

IT IS SO ORDERED.

Dated: _____

THE HONORABLE MARTIN J. JENKINS

Submitted By:

DATED: July 26, 2007

| | |
|---|---|
| LATHAM & WATKINS LLP<br>   Peter A. Wald (SBN 85705)<br>   Michele F. Kyrouz (SBN 168004)<br>505 Montgomery Street, Suite 2000<br>San Francisco, CA 94111-2562<br>Telephone: (415) 391-0600<br>Facsimile: (415) 395-8095<br>E-mail: peter.wald@lw.com<br>          michele.kyrouz@lw.com | LATHAM & WATKINS LLP<br>   Patrick E. Gibbs  (SBN 183174)<br>   Matthew Rawlinson (SBN 231890)<br>140 Scott Drive<br>Menlo Park, California 94025<br>Telephone: (650) 328-4600<br>Facsimile: (650) 463-2600<br>E-mail: patrick.gibbs@lw.com<br>          matt.rawlinson@lw.com |

LATHAM & WATKINS LLP
   Jamie L. Wine  (SBN 181373)
633 West Fifth Street, Suite 4000
Los Angeles, CA 90071-2007
Telephone: (213) 485-1234
Facsimile: (213) 891-8763
E-mail: jamie.wine@lw.com


        /s/ Peter A. Wald
         Peter A. Wald