LATHAM & WATKINS LLP
 Peter A. Wald (SBN 85705)
 Michele F. Kyrouz (SBN 168004)
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-2562
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
E-mail: peter.wald@lw.com
        michele.kyrouz@lw.com

LATHAM & WATKINS LLP
 Patrick E. Gibbs (SBN 183174)
 Matthew Rawlinson (SBN 231890)
140 Scott Drive
Menlo Park, CA 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600
E-mail: patrick.gibbs@lw.com
        matt.rawlinson@lw.com

LATHAM & WATKINS LLP
 Jamie L. Wine (SBN 181373)
633 West Fifth Street, Suite 4000
Los Angeles, CA 90071-2007
Telephone: (213) 485-1234
Facsimile: (213) 891-8763
E-mail: jamie.wine@lw.com

Attorneys for Defendants ORACLE CORPORATION, LAWRENCE
J. ELLISON, JEFFREY O. HENLEY, and EDWARD J. SANDERSON

ORACLE CORPORATION
 Dorian Daley (SBN 129049)
 James C. Maroulis (SBN 208316)
500 Oracle Parkway
Mailstop 5OP7
Redwood Shores, California 94065
Telephone: (650) 506-5200
Facsimile: (650) 506-7114
E-mail: jim.maroulis@oracle.com

Attorneys for Defendant ORACLE CORPORATION

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION | Master File No. C-01-0988-MJJ (Consolidated) |
| | CLASS ACTION |
| This Document Relates To: | DECLARATION OF ANDREW M. FARTHING IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE REQUEST TO FILE UNDER SEAL DEFENDANTS' *DAUBERT* MOTION TO EXCLUDE EXPERT REPORTS AND TESTIMONY OF ALAN G. GOEDDE AND SUPPORTING DOCUMENTS |
| ALL ACTIONS. | **Honorable Martin J. Jenkins** |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

FARTHING DECL. ISO ADMIN. REQ. TO FILE UNDER SEAL
DEFS' *DAUBERT* M TO EXCLUDE GOEDDE RPTS &TEST.
Master File No. C-01-0988-MJJ

1    I, Andrew M. Farthing, declare as follows:

2         1.    I am an attorney duly licensed to practice before all the courts of the State

3  of California.  I am an associate with the law firm of Latham & Watkins LLP, counsel of record

4  for Defendants in the above-entitled action.  I have personal knowledge of the matters stated

5  herein and, if called upon, I could and would competently testify thereto.

6         2.    I submit this declaration in support of Defendants' Administrative Request

7  to File Under Seal Defendants' *Daubert* Motion to Exclude Expert Reports and Testimony of

8  Alan G. Goedde and the Declaration of Andrew M. Farthing in Support of Defendants' *Daubert*

9  Motion to Exclude Expert Reports and Testimony of Alan G. Goedde.

10        3.    Defendants' *Daubert* Motion to Exclude Expert Reports and Testimony of

11 Alan G. Goedde and the Declaration of Andrew M. Farthing in Support of Defendants' *Daubert*

12 Motion to Exclude Expert Reports and Testimony of Alan G. Goedde cites material which was

13 designated as confidential.

14        4.    This information is subject to the provisions of the Revised Stipulated

15 Protective Order Governing Confidentiality entered on January 11, 2005.  The revised Stipulated

16 Protective Order Governing Confidentiality is attached hereto as Exhibit A.

17        I hereby certify under penalty of perjury under the laws of the State of California

18 that the foregoing is true and correct and that this declaration was executed on July 26, 2007 in

19 Menlo Park, California.

_____
Andrew M. Farthing

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

FARTHING DECL. ISO ADMIN. REQ. TO FILE UNDER SEAL
DEFS' *DAUBERT* M TO EXCLUDE GOEDDE RPTS &TEST.
Master File No. C-01-0988-MJJ