1  LERACH COUGHLIN STOIA GELLER
     RUDMAN & ROBBINS LLP
2  MARK SOLOMON (151949)
   DOUGLAS R. BRITTON (188769)
3  VALERIE L. McLAUGHLIN (191916)
   GAVIN M. BOWIE (235532)
4  STACEY M. KAPLAN (241989)
   655 West Broadway, Suite 1900
5  San Diego, CA  92101
   Telephone:  619/231-1058
6  619/231-7423 (fax)
   marks@lerachlaw.com
7  dougb@lerachlaw.com
   valeriem@lerachlaw.com
8  gbowie@lerachlaw.com
   skaplan@lerachlaw.com
9         –and–
   SHAWN A. WILLIAMS (213113)
10 WILLOW E. RADCLIFFE (200087)
   MONIQUE C. WINKLER (213031)
11 ELI R. GREENSTEIN (217945)
   100 Pine Street, Suite 2600
12 San Francisco, CA  94111
   Telephone:  415/288-4545
13 415/288-4534 (fax)
   shawnw@lerachlaw.com
14 willowr@lerachlaw.com
   moniquew@lerachlaw.com
15 elig@lerachlaw.com

16 Lead Counsel for Plaintiffs

17 UNITED STATES DISTRICT COURT

18 NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 19  In re ORACLE CORPORATION SECURITIES LITIGATION | Master File No. C-01-0988-MJJ |
| 20  | CLASS ACTION |
| 21  This Document Relates To: | PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR LEAVE TO EXCEED THE PAGE LIMIT FOR PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT; AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF PURSUANT TO CIVIL L.R. 7-11 |
| 22       ALL ACTIONS. | |
| | DATE: To Be Determined<br>TIME: To Be Determined<br>COURTROOM: The Honorable Martin J. Jenkins |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that plaintiffs will and do hereby move this Court for an order granting plaintiffs leave to exceed the page limits for dispositive motions. This administrative motion is brought pursuant to Civil L.R. 7-11.

## I. INTRODUCTION

Plaintiffs respectfully request that the Court grant plaintiffs leave to exceed the page limits for dispositive motions established by Civil L.R. 7-2. Plaintiffs seek leave to submit Plaintiffs' Notice of Motion and Motion for Partial Summary Judgment; and Memorandum of Points and Authorities in Support Thereof against All Defendants which exceeds the presumptive 25 page maximum of Civil L.R. 7-2.

## II. ARGUMENT

On March 5, 2007, the Court entered a Stipulation and Amended Pre-Trial Order Setting a Schedule for Expert Discovery, Dispositive Motions, Settlement Conference and Trial ("Order"). The Order set the date of July 26, 2007 for the filing of dispositive motions. On July 11, 2007, at the request of defendants, the parties stipulated that defendants' dispositive motion may exceed the presumptive limit of Civil L.R. 7-2 and, in relevant part, that defendants' motion shall not exceed 50 pages. The Court granted the parties stipulation on July 15, 2007. No. Docket 850. Although the stipulation may, in fairness, be read to afford plaintiffs the same latitude provided to defendants, in an abundance of caution, plaintiffs now request that the grant this administrative request to exceed the page limitation of Civil L.R. 7-2 to the same extent provided under the stipulation for plaintiffs' dispositive motions.

On July 25th, 2007, prior to filing this motion to exceed page limits, plaintiffs requested from defendants an agreement to extend the page limit for plaintiffs' dispositive motions. When defendants learned that plaintiffs' would be filing more than one dispositive motion, defendants refused to agree to any more than a total of 50 pages for all plaintiffs' dispositive motions combined, though the Court never limited dispositive motions.

Plaintiffs would be significantly prejudiced if plaintiffs are not permitted to file a brief in excess of 25 pages. Fairness dictates that plaintiffs be afforded an opportunity similar to defendants to fully develop the legal arguments contained in Plaintiffs' Notice of Motion and to Motion for Partial Summary Judgment; and Memorandum of Points and Authorities in Support Thereof against All Defendants

### III.   CONCLUSION

For the foregoing reasons, plaintiffs respectfully request that the Court grant Plaintiffs' Administrative Request to Exceed the Page Limits Prescribed by Civil L.R. 7-2.

DATED: July 26, 2007                    Respectfully submitted,

LERACH COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
SHAWN A. WILLIAMS
WILLOW E. RADCLIFFE
MONIQUE C. WINKLER
ELI R. GREENSTEIN

                /s/
        SHAWN A. WILLIAMS

100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)

LERACH COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
MARK SOLOMON
DOUGLAS R. BRITTON
VALERIE L. McLAUGHLIN
GAVIN M. BOWIE
STACEY M. KAPLAN
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

Lead Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on July 26, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on July 26, 2007.

/s/
SHAWN A. WILLIAMS

LERACH COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
100 Pine Street, 26th Floor
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)

E-mail:ShawnW@lerachlaw.com

T:\CasesSF\Oracle3\not00044016_DP.doc

# Mailing Information for a Case 3:01-cv-00988-MJJ

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jennie Lee Anderson**
  jennie@libertylawoffice.com

- **Eric J. Belfi**
  ebelfi@labaton.com,ElectronicCaseFiling@labaton.com

- **Doug Britton**
  dougb@lerachlaw.com,e_file_sf@lerachlaw.com,e_file_sd@lerachlaw.com

- **Patrick Edward Gibbs**
  patrick.gibbs@lw.com,zoila.aurora@lw.com

- **Eli Greenstein**
  Elig@lerachlaw.com,e_file_sf@lerachlaw.com,e_file_sd@lerachlaw.com

- **Kirke M. Hasson**
  kirke.hasson@pillsburylaw.com,cheryl.grant@pillsburylaw.com

- **Stacey Marie Kaplan**
  SKaplan@lerachlaw.com

- **Reed R. Kathrein**
  reed@hbsslaw.com,nancyq@hbsslaw.com

- **Michele Frances Kyrouz**
  michele.kyrouz@lw.com

- **Nicole Catherine Lavallee**
  nlavallee@bermanesq.com

- **William S. Lerach**
  e_file_sd@lerachlaw.com

- **James C. Maroulis**
  jim.maroulis@oracle.com

- **Caroline McIntyre**
  cmcintyre@be-law.com,swalker@be-law.com

- **Valerie McLaughlin**
  valeriem@lerachlaw.com,kellyb@lerachlaw.com

- **Brian P Murray**
  bmurray@rabinlaw.com

- **Shinyung Oh**
  shinyungoh@paulhastings.com

- **Willow E. Radcliffe**

  willowr@lerachlaw.com,e_file_sf@lerachlaw.com,e_file_sd@lerachlaw.com

- **Sanna Rachel Singer**
  ssinger@sideman.com,mthomas@sideman.com

- **Mark Solomon**
  marks@lerachlaw.com,e_file_sf@lerachlaw.com,e_file_sd@lerachlaw.com

- **Edward W. Swanson**
  eswanson@swansonmcnamara.com

- **Shawn A. Williams**
  shawnw@lerachlaw.com,cwood@lerachlaw.com,e_file_sf@lerachlaw.com,dpfefferbaum@lerachlaw.com,travisd@le

- **Jamie Lynne Wine**
  jamie.wine@lw.com,karen.kelly@lw.com

- **Monique Winkler**
  shawnw@lerachlaw.com,E_File_SF@lerachlaw.com,travisd@lerachlaw.com,MoniqueW@lerachlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Dorian Daley
500 Oracle Parkway
Redwood City, CA 94065

Corey D. Holzer
Holzer Holzer & Cannon LLC
1117 Perimeter Center West
Suite E-107
Atlanta, GA 30338

Raymond Lane
Bergeson LLP
303 Almaden Blvd., Ste. 500
San Jose, CA 95110

PRG-Schultz USA, Inc.
Paul Hastings Janofsky & Walker LLP
55 Second Street
24th Floor
San Francisco, CA 94105

Darren Jay Robbins
 Lerach Coughlin Stoia Geller Rudman  & Robbins LLP
655 West Broadway
Suite 1900
San Diego, CA 92101
```