1

LATHAM & WATKINS LLP
  Peter A. Wald (SBN 85705)

2

  Michele F. Kyrouz (SBN 168004)
505 Montgomery Street, Suite 2000

3

San Francisco, CA 94111-2562
Telephone: (415) 391-0600

4

Facsimile: (415) 395-8095
E-mail: peter.wald@lw.com

5

          michele.kyrouz@lw.com

6

LATHAM & WATKINS LLP
  Jamie L. Wine  (SBN 181373)

7

633 West Fifth Street, Suite 4000
Los Angeles, CA 90071-2007

8

Telephone: (213) 485-1234
Facsimile: (213) 891-8763

9

E-mail: jamie.wine@lw.com

10

Attorneys for Defendants ORACLE CORPORATION, LAWRENCE
J. ELLISON, JEFFREY O. HENLEY, and EDWARD J. SANDERSON

11

ORACLE CORPORATION

12

  Dorian Daley (SBN 129049)
  James C. Maroulis (SBN 208316)

13

500 Oracle Parkway
Mailstop 5OP7

14

Redwood Shores, California 94065
Telephone: (650) 506-5200

15

Facsimile: (650) 506-7114
E-mail: jim.maroulis@oracle.com

16

Attorneys for Defendant ORACLE CORPORATION

17

LATHAM & WATKINS LLP
  Patrick E. Gibbs  (SBN 183174)
135 Commonwealth Drive
Menlo Park, CA 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600
E-mail: patrick.gibbs@lw.com

18

**UNITED STATES DISTRICT COURT**

19

**NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION**

20

21

In re ORACLE CORPORATION
SECURITIES LITIGATION

22

23

24

This Document Relates To:

25

ALL ACTIONS.

26

27

28

Master File No. C-01-0988-MJJ (JCS)
(Consolidated)

CLASS ACTION

**DECLARATION OF EDWARD J.
SANDERSON. JR. IN SUPPORT OF
DEFENDANTS' MOTION FOR
SUMMARY JUDGMENT**

Date:   N/A
Time:   N/A
Judge:  Hon. Martin J. Jenkins

**FILED UNDER SEAL**

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DECLARATION OF EDWARD J. SANDERSON, JR. IN SUPPORT
OF MOTION FOR SUMMARY JUDGMENT
Master File No. C-01-0988-MJJ (JCS)