UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Master File No. C-01-0988-MJJ (Consolidated)<br><br><u>CLASS ACTION</u><br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>**Honorable Martin J. Jenkins** |

1   The Court, having considered the papers regarding Defendants' Motion for
2   Summary Judgment and any argument thereon, and finding that there is no genuine issue as to
3   any material fact and that Defendants are entitled to judgment on all claims as a matter of law
4   pursuant to Federal Rule of Civil Procedure 56(c), hereby **ORDERS** as follows: Defendants'
5   Motion for Summary Judgment is **GRANTED**.  Judgment on all claims is hereby entered for
6   Defendants.

8   **IT IS SO ORDERED**.

10  Dated: _____

    THE HONORABLE MARTIN J. JENKINS

12  Submitted By:

13  DATED:  July 26, 2007

14  LATHAM & WATKINS LLP                          LATHAM & WATKINS LLP
      Peter A. Wald (SBN 85705)                     Patrick E. Gibbs (SBN 183174)
15    Michele F. Kyrouz (SBN 168004)                Matthew Rawlinson (SBN 231890)
    505 Montgomery Street, Suite 2000             140 Scott Drive
16  San Francisco, California 94111-2562          Menlo Park, California 94025
    Telephone: (415) 391-0600                     Telephone: (650) 328-4600
17  Facsimile: (415) 395-8095                     Facsimile: (650) 463-2600
    E-mail: peter.wald@lw.com                     E-mail: patrick.gibbs@lw.com
18          michele.kyrouz@lw.com                          matt.rawlinson@lw.com

19  LATHAM & WATKINS LLP
      Jamie L. Wine (SBN 181373)
20  633 West Fifth Street, Suite 4000
    Los Angeles, California 90071-2007
21  Phone: (212) 906-1200
    Fax: (212) 751-4864
22  E-mail: jamie.wine@lw.com

23            **/s/**
24  _____

25        Patrick E. Gibbs

26  | ||