1
2
3
4
5
6
7                    **UNITED STATES DISTRICT COURT**
8          **NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION**
9

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION | Master File No. C-01-0988-MJJ (Consolidated) |
| | <u>CLASS ACTION</u> |
| This Document Relates To: ALL ACTIONS. | **[PROPOSED] ORDER SEALING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND SUPPORTING DOCUMENTS** |
| | **Honorable Martin J. Jenkins** |

1 | Having considered the papers regarding Defendants' Administrative Request to
2 | File Under Seal Defendants' Motion for Summary Judgment and Supporting Documents
3 | (Defendants' "Administrative Request"), and finding good cause therefore; Defendants'
4 | Administrative Request is **GRANTED**. The following documents are **HEREBY SEALED**:

1. Defendants' Motion for Summary Judgment;
2. The Declaration of Matthew D. Harrison in Support of Defendants' Motion for Summary Judgment;
3. The Declaration of Lawrence J. Ellison in Support of Defendants' Motion for Summary Judgment;
4. The Declaration of Jeffrey O. Henley in Support of Defendants' Motion for Summary Judgment;
5. The Declaration of Edward J. Sanderson, Jr. in Support of Defendants' Motion for Summary Judgment;
6. The Declaration of Ivgen Guner in Support of Defendants' Motion for Summary Judgment;
7. The Declaration of Mary Ann Anthony in Support of Defendants' Motion for Summary Judgment;
8. The Declaration of Jennifer Bicho in Support of Defendants' Motion for Summary Judgment;
9. The Declaration of Alan J. Fletcher in Support of Defendants' Motion for Summary Judgment;
10. The Declaration of Gregory Seiden in Support of Defendants' Motion for Summary Judgment;
11. The Declaration of Kirsten F. Shaw in Support of Defendants' Motion for Summary Judgment;

///
///
///
///
///
///
///

1  12. The Declaration of Bruce Deal in Support of Defendants' Motion for Summary Judgment.

IT IS SO ORDERED.

Dated: _____

THE HONORABLE MARTIN J. JENKINS

Submitted By:

DATED: July 26, 2007

| LATHAM & WATKINS LLP | LATHAM & WATKINS LLP |
|---|---|
| Peter A. Wald (SBN 85705) | Patrick E. Gibbs  (SBN 183174) |
| Michele F. Kyrouz (SBN 168004) | 140 Scott Drive |
| 505 Montgomery Street, Suite 2000 | Menlo Park, CA 94025 |
| San Francisco, CA  94111-2562 | Telephone: (650) 328-4600 |
| Telephone: (415) 391-0600 | Facsimile: (650) 463-2600 |
| Facsimile: (415) 395-8095 | E-mail: patrick.gibbs@lw.com |
| E-mail: peter.wald@lw.com | |
|          michele.kyrouz@lw.com | |

           /s/
_____

        Patrick E. Gibbs