LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
MARK SOLOMON (151949)
DOUGLAS R. BRITTON (188769)
VALERIE L. McLAUGHLIN (191916)
GAVIN M. BOWIE (235532)
STACEY M. KAPLAN (241989)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
marks@lerachlaw.com
dougb@lerachlaw.com
valeriem@lerachlaw.com
gbowie@lerachlaw.com
skaplan@lerachlaw.com
        – and –
SHAWN A. WILLIAMS (213113)
WILLOW E. RADCLIFFE (200087)
MONIQUE C. WINKLER (213031)
ELI R. GREENSTEIN (217945)
100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@lerachlaw.com
willowr@lerachlaw.com
moniquew@lerachlaw.com
elig@lerachlaw.com

Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION | ) Master File No. C-01-0988-MJJ<br>)<br>) <u>CLASS ACTION</u><br>) |
| This Document Relates To:<br><br>ALL ACTIONS. | ) PLAINTIFFS' ADMINISTRATIVE<br>) REQUEST TO EXCEED THE PAGE<br>) LIMITATIONS OF CIVIL L.R. 7-2 FOR<br>) PLAINTIFFS' MOTION FOR SUMMARY<br>JUDGMENT AGAINST LAWRENCE<br>ELLISON FOR TRADING ON THE BASIS<br>OF MATERIAL NON-PUBLIC<br>INFORMATION |

1  TO:   ALL PARTIES AND THEIR ATTORNEYS OF RECORD

2       PLEASE TAKE NOTICE that plaintiffs will and do hereby move this Court for an order granting plaintiffs leave to exceed the page limits for dispositive motions. This administrative motion is brought pursuant to Civil L.R. 7-11.

## I.  INTRODUCTION

By this request, plaintiffs seek leave to exceed the 25-page limitation under Civil L.R. 7-2 for their Motion for Summary Judgment Against Lawrence Ellison for Trading on the Basis of Material Non-Public Information ("Motion"). Plaintiffs' Motion will not exceed 41 pages, which plaintiffs submit is reasonable given that the Motion seeks dispositive relief and therefore requires the submission of substantial evidence to satisfy the standards under Federal Rule of Civil Procedure 56, which requires a moving party to show that there are no genuine issues of material fact and that the moving party is entitled to judgment as a matter of law. Given the complexity of the law and the substantial amount of evidence that plaintiffs will submit to support their Motion, plaintiffs respectfully request that the Court grant their request to exceed the page limit by no more than 16 pages. Plaintiffs therefore request that the Court grant their Motion and allow plaintiffs to file a brief totaling no more than 41 pages.

## II.  ARGUMENT

Plaintiffs have moved for summary judgment against defendant Ellison for trading on the basis of material non-public information. The issues presented in plaintiffs' Motion require a full analysis of a complex area of the law and a detailed discussion of the large body of evidence that plaintiffs will offer to support their Motion. This litigation has been ongoing since 2001 and plaintiffs have discovered a substantial amount of evidence that they believe supports their claim. Plaintiffs have reviewed millions of pages of documents in this case and have taken a substantial number of depositions. Plaintiffs therefore require more than 25 pages to present this part of their case. Indeed, contemporaneous with this Motion, plaintiffs will also be filing a dispositive motion relating to their accounting and 11i allegations and that portion of the case itself requires a detailed discussion of the evidence.

1  Defendants have taken the position that plaintiffs should be limited by what defendants have
2  chosen for their case based on the evidence that they believe is necessary to present. But the manner
3  in which plaintiffs present their case (and their Motion) should not be restricted, in any manner, by
4  what defendants elected to request of plaintiffs and the Court. In fact, if plaintiffs are limited to 50
5  pages in total for both of their dispositive motions, they will be significantly prejudiced given the
6  size and complexity of the case. The case involves numerous intricate legal and factual issues that
7  cannot be adequately addressed in 50 pages on an offensive motion for summary judgment. This is
8  especially true since plaintiffs are moving for summary judgment on many aspects of their case.
9  Plaintiffs' request for an 16 additional pages for this Motion is reasonable and should be granted.

## III.   CONCLUSION

For the foregoing reasons, plaintiffs respectfully request that the Court grant Plaintiffs' Administrative Request to Exceed the Page Limitations of Civil L.R. 7-2 and permit them to file their 41-page Motion for Summary Judgment Against Lawrence Ellison for Trading on the Basis of Material Non-Public Information.

DATED: July 26, 2007                    Respectfully submitted,

LERACH COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
MARK SOLOMON
DOUGLAS R. BRITTON
VALERIE L. McLAUGHLIN
GAVIN M. BOWIE
STACEY M. KAPLAN


            s/ DOUGLAS R. BRITTON
              DOUGLAS R. BRITTON

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

| | |
|---|---|
| 1 | |
| 2 | LERACH COUGHLIN STOIA GELLER<br>  RUDMAN & ROBBINS LLP<br>SHAWN A. WILLIAMS |
| 3 | WILLOW E. RADCLIFFE<br>MONIQUE C. WINKLER |
| 4 | ELI R. GREENSTEIN<br>100 Pine Street, Suite 2600 |
| 5 | San Francisco, CA  94111<br>Telephone:  415/288-4545 |
| 6 | 415/288-4534 (fax) |
| 7 | Lead Counsel for Plaintiffs |

S:\CasesSD\Oracle3\brf00043985.doc

CERTIFICATE OF SERVICE

I hereby certify that on July 26, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 26, 2007.

 s/ DOUGLAS R. BRITTON
DOUGLAS R. BRITTON

LERACH COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:  Dougb@lerachlaw.com

# Mailing Information for a Case 3:01-cv-00988-MJJ

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jennie Lee Anderson**
  jennie@libertylawoffice.com

- **Eric J. Belfi**
  ebelfi@labaton.com,ElectronicCaseFiling@labaton.com

- **Doug Britton**
  dougb@lerachlaw.com,e_file_sf@lerachlaw.com,e_file_sd@lerachlaw.com

- **Patrick Edward Gibbs**
  patrick.gibbs@lw.com,zoila.aurora@lw.com

- **Eli Greenstein**
  Elig@lerachlaw.com,e_file_sf@lerachlaw.com,e_file_sd@lerachlaw.com

- **Kirke M. Hasson**
  kirke.hasson@pillsburylaw.com,cheryl.grant@pillsburylaw.com

- **Stacey Marie Kaplan**
  SKaplan@lerachlaw.com

- **Reed R. Kathrein**
  reed@hbsslaw.com,nancyq@hbsslaw.com

- **Michele Frances Kyrouz**
  michele.kyrouz@lw.com

- **Nicole Catherine Lavallee**
  nlavallee@bermanesq.com

- **William S. Lerach**
  e_file_sd@lerachlaw.com

- **James C. Maroulis**
  jim.maroulis@oracle.com

- **Caroline McIntyre**
  cmcintyre@be-law.com,swalker@be-law.com

- **Valerie McLaughlin**
  valeriem@lerachlaw.com,kellyb@lerachlaw.com

- **Brian P Murray**

- bmurray@rabinlaw.com

- **Shinyung Oh**
  shinyungoh@paulhastings.com

- **Willow E. Radcliffe**
  willowr@lerachlaw.com,e_file_sf@lerachlaw.com,e_file_sd@lerachlaw.com

- **Sanna Rachel Singer**
  ssinger@sideman.com,mthomas@sideman.com

- **Mark Solomon**
  marks@lerachlaw.com,e_file_sf@lerachlaw.com,e_file_sd@lerachlaw.com

- **Edward W. Swanson**
  eswanson@swansonmcnamara.com

- **Shawn A. Williams**
  shawnw@lerachlaw.com,cwood@lerachlaw.com,e_file_sf@lerachlaw.com,dpfefferbaum@lerachl

- **Jamie Lynne Wine**
  jamie.wine@lw.com,karen.kelly@lw.com

- **Monique Winkler**
  shawnw@lerachlaw.com,E_File_SF@lerachlaw.com,travisd@lerachlaw.com,MoniqueW@lerachl

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Dorian Daley
500 Oracle Parkway
Redwood City, CA 94065

Corey D. Holzer
Holzer Holzer & Cannon LLC
1117 Perimeter Center West
Suite E-107
Atlanta, GA 30338

Raymond Lane
Bergeson LLP
303 Almaden Blvd., Ste. 500
San Jose, CA 95110

PRG-Schultz USA, Inc.
Paul Hastings Janofsky & Walker LLP
55 Second Street
24th Floor
San Francisco, CA 94105
```

**Darren Jay Robbins**
 Lerach Coughlin Stoia Geller Rudman  & Robbins LLP
655 West Broadway
Suite 1900
San Diego, CA 92101