1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| In re ORACLE CORPORATION SECURITIES LITIGATION | ) ) ) ) | Master File No. C-01-0988-MJJ |
|---|---|---|
| | | CLASS ACTION |
| This Document Relates To:<br><br>ALL ACTIONS. | ) ) ) ) ) ) ) ) ) | [PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE REQUEST TO EXCEED THE PAGE LIMITATIONS OF CIVIL L.R. 7-2 FOR PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AGAINST LAWRENCE ELLISON FOR TRADING ON THE BASIS OF MATERIAL NON-PUBLIC INFORMATION |

1    Having considered the papers regarding Plaintiffs' Administrative Request to Exceed the Page
2 Limitations of Civil L.R. 7-2, and upon good cause shown, Plaintiffs' Administrative Request is
3 HEREBY GRANTED.  Plaintiffs' Motion for Summary Judgment Against Lawrence Ellison for
4 Trading on the Basis of Material Non-Public Information shall not exceed 41 pages.

5    IT IS SO ORDERED.

6 DATED: _____        _____
                                     THE HONORABLE MARTIN J. JENKINS
7                                    UNITED STATES DISTRICT JUDGE

8 Submitted by:

9 LERACH COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
10 MARK SOLOMON
DOUGLAS R. BRITTON
11 VALERIE L. McLAUGHLIN
GAVIN M. BOWIE
12 STACEY M. KAPLAN

13
        s/ DOUGLAS R. BRITTON
14         DOUGLAS R. BRITTON

15 655 West Broadway, Suite 1900
San Diego, CA  92101
16 Telephone:  619/231-1058
619/231-7423 (fax)
17
LERACH COUGHLIN STOIA GELLER
18    RUDMAN & ROBBINS LLP
SHAWN A. WILLIAMS
19 WILLOW E. RADCLIFFE
MONIQUE C. WINKLER
20 ELI R. GREENSTEIN
100 Pine Street, Suite 2600
21 San Francisco, CA  94111
Telephone:  415/288-4545
22 415/288-4534 (fax)

23 Lead Counsel for Plaintiffs

24 S:\CasesSD\Oracle3\ord00043984.doc

[PROPOSED] ORDER GRANTING PLAINTIFFS' ADM REQ TO EXCEED THE PAGE
LIMITATIONS OF CIVIL L.R. 7-2 - C-01-0988-MJJ                                        - 1 -

### CERTIFICATE OF SERVICE

I hereby certify that on July 26, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on July 26, 2007.

```
                                    s/ DOUGLAS R. BRITTON
                                    DOUGLAS R. BRITTON

                                    LERACH COUGHLIN STOIA GELLER
                                          RUDMAN & ROBBINS LLP
                                    655 West Broadway, Suite 1900
                                    San Diego, CA  92101-3301
                                    Telephone:  619/231-1058
                                    619/231-7423 (fax)

                                    E-mail:  Dougb@lerachlaw.com
```

# Mailing Information for a Case 3:01-cv-00988-MJJ

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jennie Lee Anderson**
  jennie@libertylawoffice.com

- **Eric J. Belfi**
  ebelfi@labaton.com,ElectronicCaseFiling@labaton.com

- **Doug Britton**
  dougb@lerachlaw.com,e_file_sf@lerachlaw.com,e_file_sd@lerachlaw.com

- **Patrick Edward Gibbs**
  patrick.gibbs@lw.com,zoila.aurora@lw.com

- **Eli Greenstein**
  Elig@lerachlaw.com,e_file_sf@lerachlaw.com,e_file_sd@lerachlaw.com

- **Kirke M. Hasson**
  kirke.hasson@pillsburylaw.com,cheryl.grant@pillsburylaw.com

- **Stacey Marie Kaplan**
  SKaplan@lerachlaw.com

- **Reed R. Kathrein**
  reed@hbsslaw.com,nancyq@hbsslaw.com

- **Michele Frances Kyrouz**
  michele.kyrouz@lw.com

- **Nicole Catherine Lavallee**
  nlavallee@bermanesq.com

- **William S. Lerach**
  e_file_sd@lerachlaw.com

- **James C. Maroulis**
  jim.maroulis@oracle.com

- **Caroline McIntyre**
  cmcintyre@be-law.com,swalker@be-law.com

- **Valerie McLaughlin**
  valeriem@lerachlaw.com,kellyb@lerachlaw.com

- **Brian P Murray**

- bmurray@rabinlaw.com

- **Shinyung Oh**
  shinyungoh@paulhastings.com

- **Willow E. Radcliffe**
  willowr@lerachlaw.com,e_file_sf@lerachlaw.com,e_file_sd@lerachlaw.com

- **Sanna Rachel Singer**
  ssinger@sideman.com,mthomas@sideman.com

- **Mark Solomon**
  marks@lerachlaw.com,e_file_sf@lerachlaw.com,e_file_sd@lerachlaw.com

- **Edward W. Swanson**
  eswanson@swansonmcnamara.com

- **Shawn A. Williams**
  shawnw@lerachlaw.com,cwood@lerachlaw.com,e_file_sf@lerachlaw.com,dpfefferbaum@lerachl

- **Jamie Lynne Wine**
  jamie.wine@lw.com,karen.kelly@lw.com

- **Monique Winkler**
  shawnw@lerachlaw.com,E_File_SF@lerachlaw.com,travisd@lerachlaw.com,MoniqueW@lerachl

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Dorian Daley
500 Oracle Parkway
Redwood City, CA 94065

Corey D. Holzer
Holzer Holzer & Cannon LLC
1117 Perimeter Center West
Suite E-107
Atlanta, GA 30338

Raymond Lane
Bergeson LLP
303 Almaden Blvd., Ste. 500
San Jose, CA 95110

PRG-Schultz USA, Inc.
Paul Hastings Janofsky & Walker LLP
55 Second Street
24th Floor
San Francisco, CA 94105
```

**Darren Jay Robbins**
 Lerach Coughlin Stoia Geller Rudman  & Robbins LLP
655 West Broadway
Suite 1900
San Diego, CA 92101