# EXHIBIT 2

### Eastly, John (SF)

| | |
|---|---|
| **From:** | Coyle, Sean (SF) |
| **Sent:** | Tuesday, July 10, 2007 7:06 PM |
| **To:** | 'Shawn Williams'; 'moniquew@lerachlaw.com' |
| **Cc:** | Gibbs, Patrick (SV) |
| **Subject:** | FW: In re Oracle |
| **Attachments:** | Scan001.PDF |

Dear Counsel:

Please let us know if Plaintiffs approve of the form of the attached stipulation, which I sent you last week. If we do not hear from Plaintiffs by tomorrow, we will file our request for administrative relief on page limits without the stipulation.

Best regards,

Sean

| | |
|---|---|
| **From:** | Coyle, Sean (SF) |
| **Sent:** | Tuesday, July 03, 2007 3:44 PM |
| **To:** | 'Shawn Williams'; 'moniquew@lerachlaw.com' |
| **Cc:** | Gibbs, Patrick (SV) |
| **Subject:** | In re Oracle |

Dear Counsel:

Attached is a stipulation indicating the parties' agreement to extend the applicable page limits pertaining to Defendants' dispositive motion. Subject to Plaintiffs' approval, we will be attaching the declaration to a request for administrative relief to the same effect. Please let us know if Plaintiffs agree to the form of the stipulation.

Best regards

**Sean Coyle**

**LATHAM & WATKINS** LLP
505 Montgomery Street
Suite 2000
San Francisco, CA 94111-2562
Direct Dial: (415) 395-8104
Fax: (415) 395-8095
Email: sean.coyle@lw.com
www.lw.com



Scan001.PDF (51 KB)

1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Master File No. C-01-0988-MJJ<br>(Consolidated)<br><br>CLASS ACTION<br><br>**STIPULATION PERMITTING THE PARTIES TO EXCEED THE APPLICABLE PAGE LIMITS FOR DISPOSITIVE MOTIONS**<br><br>DISCOVERY MATTER<br><br>**Judge Martin J. Jenkins**<br>**Magistrate Judge Joseph C. Spero**<br>**Judge Edward A. Infante (Ret.)** |

1     WHEREAS, under this Court's March 5, 2007 Amended Pretrial Order Setting a Schedule for Expert Discovery, Dispositive Motions, Settlement Conference and Trial, dispositive motions currently are due on July 26, 2007.

    WHEREAS, dispositive motions are limited to 25 pages for the opening brief, 25 pages for the opposition brief, and 15 pages for the reply brief under Local Rules 7-2 and 7-3 of the United States District Court for the Northern District of California.

    WHEREAS, the parties have agreed, subject to the Court's approval, to extend the page limits pertaining to Defendants' dispositive motion as set forth below.

    NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE AS FOLLOWS:

    The parties shall be permitted to exceed the page limits for dispositive motions under Local Rules 7-2 and 7-3. Specifically, Defendants' opening motion shall not exceed 50 pages in length, Plaintiffs' opposition brief shall not exceed 50 pages in length, and Defendants' reply brief shall not exceed 25 pages in length.

DATED: July 3, 2007

Respectfully submitted,

LATHAM & WATKINS LLP

By _____
Patrick E. Gibbs
Counsel for Defendants Oracle Corporation, Lawrence J. Ellison, Jeffrey O. Henley, and Edward J. Sanderson

LERACH COUGHLIN STOIA GELLER RUDMAN AND ROBBINS LLP

By _____
Shawn A. Williams
Counsel for Plaintiffs