EXHIBIT 3

## Eastly, John (SF)

| | |
|---|---|
| From: | Coyle, Sean (SF) |
| Sent: | Friday, July 27, 2007 2:42 PM |
| To: | Eastly, John (SF) |
| Subject: | Fw: In re Oracle |

Sean Coyle

LATHAM & WATKINS LLP
505 Montgomery Street
Suite 2000
San Francisco, CA 94111-2562
Direct Dial: (415) 395-8104
Fax: (415) 395-8095
Email: sean.coyle@lw.com
www.lw.com

----- Original Message -----
From: Shawn Williams <shawnw@lerachlaw.com>
To: Coyle, Sean (SF); Monique Winkler <MoniqueW@lerachlaw.com>
Cc: Gibbs, Patrick (SV)
Sent: Tue Jul 10 19:13:07 2007
Subject: RE: In re Oracle

This is fine. You have my permission to sign.

---

From: Sean.Coyle@lw.com [mailto:Sean.Coyle@lw.com]
Sent: Tuesday, July 10, 2007 7:06 PM
To: Shawn Williams; Monique Winkler
Cc: PATRICK.GIBBS@LW.com
Subject: FW: In re Oracle

Dear Counsel:

Please let us know if Plaintiffs approve of the form of the attached stipulation, which I sent you last week. If we do not hear from Plaintiffs by tomorrow, we will file our request for administrative relief on page limits without the stipulation.

Best regards,

Sean

---

| | |
|---|---|
| From: | Coyle, Sean (SF) |
| Sent: | Tuesday, July 03, 2007 3:44 PM |
| To: | 'Shawn Williams'; 'moniquew@lerachlaw.com' |
| Cc: | Gibbs, Patrick (SV) |
| Subject: | In re Oracle |

Dear Counsel:

Attached is a stipulation indicating the parties' agreement to extend the applicable page limits pertaining to Defendants' dispositive motion. Subject to Plaintiffs' approval, we will be attaching the declaration to a request for administrative relief to the same effect. Please let us know if Plaintiffs agree to the form of the stipulation.

1

Best regards

Sean Coyle

LATHAM & WATKINS LLP
505 Montgomery Street
Suite 2000
San Francisco, CA 94111-2562
Direct Dial: (415) 395-8104
Fax: (415) 395-8095
Email: sean.coyle@lw.com
www.lw.com <file://www.lw.com>

<<Scan001.PDF>>

*********************

To comply with IRS regulations, we advise you that any discussion of federal tax issues in this email was not intended or written to be used, and cannot be used by you, (i) to avoid any penalties imposed under the Internal Revenue Code or (ii) to promote, market or recommend to another party any transaction or matter addressed herein.

For more information please go to http://www.lw.com/docs/irs.pdf

*******************

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any review, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies.

Latham & Watkins LLP


NOTICE: This email message is for the sole use of the intended
recipient(s) and may contain information that is confidential and
protected from disclosure by the attorney-client privilege, as
attorney work product, or by other applicable privileges.  Any
unauthorized review, use, disclosure or distribution is prohibited.
If you are not the intended recipient, please contact the sender
by reply email and destroy all copies of the original message.