# EXHIBIT 4

1  LATHAM & WATKINS LLP
   Peter A. Wald (SBN 85705)
2     Michele F. Kyrouz (SBN 168004)
   505 Montgomery Street, Suite 2000
3  San Francisco, CA 94111-2562
   Telephone: (415) 391-0600
4  Facsimile: (415) 395-8095
   E-mail: peter.wald@lw.com
5           michele.kyrouz@lw.com

LATHAM & WATKINS LLP
   Patrick E. Gibbs (SBN 183174)
140 Scott Drive
Menlo Park, California 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600
E-mail: patrick.gibbs@lw.com

6  LATHAM & WATKINS LLP
   Jamie L. Wine (SBN 181373)
7  633 West Fifth Street, Suite 4000
Los Angeles, CA 90071-2007
8  Phone: (213) 485-1234
Fax: (213) 891-8763
9  E-mail: jamie.wine@lw.com

10  Attorneys for Defendants ORACLE CORPORATION, LAWRENCE
J. ELLISON, JEFFREY O. HENLEY, and EDWARD J. SANDERSON
11

12  ORACLE CORPORATION
   Dorian Daley (SBN 129049)
13     James C. Maroulis (SBN 208316)
500 Oracle Parkway
14  Mailstop 5OP7
Redwood Shores, California 94065
15  Telephone: (650) 506-5200
Facsimile: (650) 506-7114
16  E-mail: jim.maroulis@oracle.com

17  Attorneys for Defendant ORACLE CORPORATION

18

19  **UNITED STATES DISTRICT COURT**

20  **NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION**

| | |
|---|---|
| 21  In re ORACLE CORPORATION SECURITIES LITIGATION | Master File No. C-01-0988-MJJ (Consolidated) |
| 22 | |
| 23 | <u>CLASS ACTION</u> |
| 24  This Document Relates To: | **DEFENDANTS' UNOPPOSED MOTION FOR ADMINISTRATIVE RELIEF RE PAGE LIMITS FOR DISPOSITIVE MOTIONS** |
| 25  ALL ACTIONS. | |
| 26 | **Honorable Martin J. Jenkins** |

27

28

1  **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

2      PLEASE TAKE NOTICE that Defendants hereby move this Court, pursuant to

3  Local Rule 7-11 of the District Court for the Northern District of California, for an order

4  permitting the parties to exceed the page limits for dispositive motions established by Local

5  Rules 7-2 and 7-3 of the District Court for the Northern District of California. Specifically,

6  Defendants request that the Court permit the following page limits:

7      • Defendants' opening brief shall not exceed 50 pages in length;

8      • Plaintiffs' opposition brief shall not exceed 50 pages in length;

9      • Defendants' reply brief shall not exceed 25 pages in length.

10      The parties have stipulated to the above limits. A copy of that stipulation is

11  submitted concurrently herewith.

12

13  Dated: July 11, 2007                    LATHAM & WATKINS LLP
                                            Peter A. Wald
14                                          Patrick E. Gibbs
                                            Michele F. Kyrouz
15                                          Jamie L. Wine

16
                                                        /s/
17
                                            By: _____
18                                             Patrick E. Gibbs
                                               Attorneys for Defendants ORACLE
19                                             CORPORATION, LAWRENCE J.
                                               ELLISON, JEFFREY O. HENLEY,
20                                             and EDWARD J. SANDERSON

21

22

23

24

25

26

27

28

LATHAM&WATKINS∞
ATTORNEYS AT LAW
SAN FRANCISCO
                                1

DEFTS' UNOPPOSED MOTION FOR ADMINISTRATIVE RELIEF
RE PAGE LIMITS FOR DISPOSITIVE MOTIONS
Master File No. C-01-0988-MJJ

## Motions

3:01-cv-00988-MJJ Nursing Home Pension Fund et al v. Oracle Corporation et al
E-Filing, ICMS/OLD-PACER, REFDISC, REFSET-BZ, SM

U.S. District Court
Northern District of California
**Notice of Electronic Filing or Other Case Activity**

---

NOTE: Please read this entire notice before calling the Help Desk. If you have questions, please email the Help Desk by replying to this message; include your question or comment along with the original text.

Please note that these Notices are sent for all cases in the system when any case activity occurs, regardless of whether the case is designated for e-filing or not, or whether the activity is the filing of an electronic document or not.

---

If there are **two** hyperlinks below, the first will lead to the docket and the second will lead to an e-filed document.
*If there is no second hyperlink, there is no electronic document available .*
See the FAQ posting 'I have a Notice of Electronic Filing that was e-mailed to me but there's no hyperlink...' on the ECF home page at for more information.

---

The following transaction was received from by Gibbs, Patrick entered on 7/11/2007 2:23 PM and filed on 7/11/2007

**Case Name:**        Nursing Home Pension Fund et al v. Oracle Corporation et al
**Case Number:**     3:01-cv-988
**Filer:**               Oracle Corporation
                       Lawrence J. Ellison
                       Jeffrey O. Henley
                       Edward J. Sanderson
**Document Number:** 845

**Docket Text:**
MOTION for Leave to File Excess Pages *for Dispositive Motions* filed by Oracle Corporation, Lawrence J. Ellison, Jeffrey O. Henley, Edward J. Sanderson. (Gibbs, Patrick) (Filed on 7/11/2007)

**3:01-cv-988 Notice has been electronically mailed to:**

Jennie Lee Anderson     jennie@libertylawoffice.com

Eric J. Belfi     ebelfi@labaton.com, ElectronicCaseFiling@labaton.com

Doug Britton     dougb@lerachlaw.com, e_file_sd@lerachlaw.com, e_file_sf@lerachlaw.com

Patrick Edward Gibbs     patrick.gibbs@lw.com, zoila.aurora@lw.com

Eli Greenstein     Elig@lerachlaw.com, e_file_sd@lerachlaw.com, e_file_sf@lerachlaw.com

Kirke M. Hasson     kirke.hasson@pillsburylaw.com, cheryl.grant@pillsburylaw.com

Stacey Marie Kaplan     SKaplan@lerachlaw.com

Reed R. Kathrein     reed@hbsslaw.com, nancyq@hbsslaw.com

Michele Frances Kyrouz     michele.kyrouz@lw.com

Nicole Catherine Lavallee     nlavallee@bermanesq.com

William S. Lerach     e_file_sd@lerachlaw.com

James C. Maroulis     jim.maroulis@oracle.com

Caroline McIntyre     cmcintyre@be-law.com, swalker@be-law.com

Valerie McLaughlin     valeriem@lerachlaw.com, kellyb@lerachlaw.com

Brian P Murray     bmurray@rabinlaw.com

Shinyung Oh     shinyungoh@paulhastings.com

Willow E. Radcliffe     willowr@lerachlaw.com, e_file_sd@lerachlaw.com, e_file_sf@lerachlaw.com

Sanna Rachel Singer     ssinger@sideman.com, mthomas@sideman.com

Mark Solomon     marks@lerachlaw.com, e_file_sd@lerachlaw.com, e_file_sf@lerachlaw.com

Edward W. Swanson     eswanson@swansonmcnamara.com

Shawn A. Williams     shawnw@lerachlaw.com, aelishb@lerachlaw.com, cwood@lerachlaw.com,
dpfefferbaum@lerachlaw.com, e_file_sd@lerachlaw.com, e_file_sf@lerachlaw.com,
moniquew@lerachlaw.com, travisd@lerachlaw.com

Jamie Lynne Wine     jamie.wine@lw.com, karen.kelly@lw.com

Monique Winkler     E_File_SF@lerachlaw.com, MoniqueW@lerachlaw.com,
shawnw@lerachlaw.com, travisd@lerachlaw.com

**3:01-cv-988 Notice has been delivered by other means to:**

Dorian Daley
500 Oracle Parkway
Redwood City, CA 94065

Corey D. Holzer
Holzer Holzer & Cannon LLC

1117 Perimeter Center West
Suite E-107
Atlanta, GA 30338

Raymond Lane
Bergeson LLP
303 Almaden Blvd., Ste. 500
San Jose, CA 95110

PRG-Schultz USA, Inc.
Paul Hastings Janofsky & Walker LLP
55 Second Street
24th Floor
San Francisco, CA 94105

Darren Jay Robbins
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway
Suite 1900
San Diego, CA 92101

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**H:\Config\Windows\Desktop\E-Filing\7.11.2007\Unopposed Motion for
Administrative Relief.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=7/11/2007] [FileNumber=3588290-0]
[9f05ae0efafccfe5a0424bf5f15126c03b22729b7c794ba7a848094acbe1ca44f015a
e198230fc7dab7c7966c8e2c7420b10ed3844088949ebae0f6c217b48e6]]