# EXHIBIT 5

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION

| In re ORACLE CORPORATION SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Master File No. C-01-0988-MJJ<br>(Consolidated)<br><br>CLASS ACTION<br><br>[~~PROPOSED~~] ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR ADMINISTRATIVE RELIEF RE PAGE LIMITS FOR DISPOSITIVE MOTIONS<br><br>Honorable Martin J. Jenkins |
|---|---|

1  Having considered Defendants' Unopposed Motion for Administrative Relief Re Page
2  Limits for Dispositive Motions and finding good cause therefore; Defendants' Unopposed
3  Motion is **hereby GRANTED**. Defendants' dispositive motion shall not exceed 50 pages in
4  length, Plaintiffs' opposition brief shall not exceed 50 pages in length, and Defendants' reply
5
6  brief shall not exceed 25 pages in length.
7
8  IT IS SO ORDERED.
9
10 Dated: __7/15/2007__                    _____
11                                          THE HONORABLE MARTIN J. JENKINS
                                            UNITED STATES DISTRICT JUDGE
12
13 Submitted By:

14 DATED: July 11, 2007

15 LATHAM & WATKINS LLP                     LATHAM & WATKINS LLP
     Peter A. Wald (SBN 85705)                Patrick E. Gibbs  (SBN 183174)
16   Michele F. Kyrouz (SBN 168004)         140 Scott Drive
   505 Montgomery Street, Suite 2000        Menlo Park, CA 94025
17 San Francisco, CA  94111-2562            Telephone: (650) 328-4600
   Telephone: (415) 391-0600                Facsimile: (650) 463-2600
18 Facsimile: (415) 395-8095                E-mail: patrick.gibbs@lw.com
   E-mail: peter.wald@lw.com
19          michele.kyrouz@lw.com
20
           /s/
21 _____
      Patrick E. Gibbs
22
23
24
25
26
27
28

1