# Exhibit A

E-Filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION

| In re ORACLE CORPORATION SECURITIES LITIGATION | Master File No. C-01-0988-MJJ (Consolidated) |
|---|---|
| This Document Relates To:<br>ALL ACTIONS. | CLASS ACTION<br><br>STIPULATION AND [PROPOSED] AMENDED PRETRIAL ORDER SETTING A SCHEDULE FOR EXPERT DISCOVERY, DISPOSITIVE MOTIONS, SETTLEMENT CONFERENCE AND TRIAL<br><br>Judge Martin J. Jenkins |

1  WHEREAS, counsel for Plaintiffs and Defendants appeared telephonically before this
2  Court on February 28, 2007, for a further status conference in this matter;
3  WHEREAS, the Court instructed the parties to submit a revised schedule on March 1,
4  2007, consistent with the Court's instructions at the February 28, 2007 further status conference;
5  WHEREAS, the parties have met and conferred and submit the following agreed upon
6  schedule:
7  THEREFORE, IT IS STIPULATED AND AGREED, by Plaintiffs and Defendants
8  through their respective counsel of record, that the January 18, 2007 Amended Pretrial Order
9  Setting A Schedule For Expert Discovery, Dispositive Motions, Settlement Conference and Trial
10  is amended as follows:
11  (1)  Expert Discovery
12  (a)  DEADLINE FOR EXPERT DISCLOSURES AND OPENING REPORTS:
13  **May 25, 2007**
14  (b)  DEADLINE FOR REBUTTAL EXPERT DISCLOSURES AND
15  REPORTS: **June 22, 2007**
16  (c)  CLOSE OF EXPERT DISCOVERY: **July 12, 2007**
17  (2)  Dispositive Motions, *Daubert* Motions and Settlement Conference
18  (a)  DEADLINE FOR DISPOSITIVE MOTIONS AND *DAUBERT*
19  MOTIONS: **July 26, 2007**
20  (b)  DEADLINE FOR OPPOSITIONS TO DISPOSITIVE MOTIONS AND
21  OPPOSITIONS TO *DAUBERT* MOTIONS: **August 27, 2007**
22  (c)  DEADLINE FOR REPLIES IN SUPPORT OF DISPOSITIVE MOTIONS
23  AND REPLIES IN SUPPORT OF *DAUBERT* MOTIONS: **September 10,**
24  **2007**
25  (d)  DISPOSITIVE MOTIONS SHALL BE HEARD BY: **September 24, 2007**
26  (e)  SETTLEMENT CONFERENCE BEFORE MAGISTRATE JUDGE
27  ZIMMERMAN; October 2, 2007 [handwritten: week of 14.]
28  (3)  Trial

1     (a)    PRE-TRIAL CONFERENCE: **November 13, 2007**

2     (b)    TRIAL: **November 26, 2007**

3     (c)    TRIAL IS SET FOR **FIVE (5) WEEKS**

5 DATED: March 1, 2007

6                                                                  Respectfully submitted,

8 LATHAM & WATKINS LLP            LERACH COUGHLIN STOIA GELLER RUDMAN AND ROBBINS LLP

9         /s/ Patrick E. Gibbs                         /s/ Mark Solomon
By _____   By _____
10 Patrick E. Gibbs                                          Mark Solomon
Counsel for Defendants Oracle Corporation,      Counsel for Plaintiffs
11 Lawrence J. Ellison, Jeffrey O. Henley, and
Edward J. Sanderson

13                                                             IT IS SO ORDERED:

14 MAR 0 5 2007

15                                                    Martin J. Jenkins
                                                   United States District Judge