1  LERACH COUGHLIN STOIA GELLER
     RUDMAN & ROBBINS LLP
2  MARK SOLOMON (151949)
   DOUGLAS R. BRITTON (188769)
3  VALERIE L. McLAUGHLIN (191916)
   GAVIN M. BOWIE (235532)
4  STACEY M. KAPLAN (241989)
   655 West Broadway, Suite 1900
5  San Diego, CA  92101
   Telephone:  619/231-1058
6  619/231-7423 (fax)
   marks@lerachlaw.com
7  dougb@lerachlaw.com
   valeriem@lerachlaw.com
8  gbowie@lerachlaw.com
   skaplan@lerachlaw.com
9         – and –
   SHAWN A. WILLIAMS (213113)
10 WILLOW E. RADCLIFFE (200087)
   MONIQUE C. WINKLER (213031)
11 ELI R. GREENSTEIN (217945)
   100 Pine Street, Suite 2600
12 San Francisco, CA  94111
   Telephone:  415/288-4545
13 415/288-4534 (fax)
   shawnw@lerachlaw.com
14 willowr@lerachlaw.com
   moniquew@lerachlaw.com
15 elig@lerachlaw.com

16 Lead Counsel for Plaintiffs

17              UNITED STATES DISTRICT COURT

18              NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION | Master File No. C-01-0988-MJJ |
| | CLASS ACTION |
| This Document Relates To: | PLAINTIFFS' RE-NOTICE OF MOTION AND MOTION TO EXCLUDE THE EXPERT TESTIMONY OF R. GLENN HUBBARD |
| ALL ACTIONS. | |
| | DATE: September 26, 2007<br>TIME: 2:30 p.m.<br>COURTROOM: The Honorable Martin J. Jenkins |

1  TO:   ALL PARTIES AND THEIR COUNSEL OF RECORD

2  PLEASE TAKE NOTICE that on September 26, 2007, at 2:30 p.m., in the Courtroom of the
3  Honorable Martin J. Jenkins, plaintiffs will and do hereby move this Court to preclude the testimony
4  of R. Glenn Hubbard.  This motion is made pursuant to Federal Rules of Evidence 401, 402, 403 and
5  702 on the grounds that Mr. Hubbard's opinions are unreliable, would serve to mislead and confuse
6  the jury, waste the Court's time, and will not assist the trier of fact to understand the evidence or
7  determine a fact at issue.  This motion is based upon this re-notice of motion, the previously-filed
8  memorandum of points and authorities and the Declaration of Douglas R. Britton in support thereof,
9  and the pleadings and records on file herein, and such further evidence and argument as may be
10 presented to the Court.

11 DATED:  July 31, 2007                            LERACH COUGHLIN STOIA GELLER
                                                                                RUDMAN & ROBBINS LLP
12                                                                              MARK SOLOMON
                                                                                DOUGLAS R. BRITTON
13                                                                              VALERIE L. McLAUGHLIN
                                                                                GAVIN M. BOWIE
14                                                                              STACEY M. KAPLAN

15

16                                                                                          /s/
                                                                                DOUGLAS R. BRITTON
17
                                                                                655 West Broadway, Suite 1900
18                                                                              San Diego, CA  92101
                                                                                Telephone:  619/231-1058
19                                                                              619/231-7423 (fax)

20                                                                              LERACH COUGHLIN STOIA GELLER
                                                                                   RUDMAN & ROBBINS LLP
21                                                                              SHAWN A. WILLIAMS
                                                                                WILLOW E. RADCLIFFE
22                                                                              MONIQUE C. WINKLER
                                                                                ELI R. GREENSTEIN
23                                                                              100 Pine Street, Suite 2600
                                                                                San Francisco, CA  94111
24                                                                              Telephone:  415/288-4545
                                                                                415/288-4534 (fax)
25
                                                                                Lead Counsel for Plaintiffs
26
S:\casesSD\oracle3\NOT00044152-SD.doc
27

28

PLAINTIFFS' RE-NOTICE OF MOTION AND MOTION TO EXCLUDE THE EXPERT TESTIMONY
OF R. GLENN HUBBARD - C-01-0988-MJJ                                                                                                          - 1 -

## CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 31, 2007.

/s/
DOUGLAS R. BRITTON

LERACH COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:Dougb@lerachlaw.com

# Mailing Information for a Case 3:01-cv-00988-MJJ

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jennie Lee Anderson**
  jennie@libertylawoffice.com

- **Eric J. Belfi**
  ebelfi@labaton.com,ElectronicCaseFiling@labaton.com

- **Doug Britton**
  dougb@lerachlaw.com,e_file_sf@lerachlaw.com,e_file_sd@lerachlaw.com

- **Patrick Edward Gibbs**
  patrick.gibbs@lw.com,zoila.aurora@lw.com

- **Eli Greenstein**
  Elig@lerachlaw.com,e_file_sf@lerachlaw.com,e_file_sd@lerachlaw.com

- **Kirke M. Hasson**
  kirke.hasson@pillsburylaw.com,cheryl.grant@pillsburylaw.com

- **Stacey Marie Kaplan**
  SKaplan@lerachlaw.com

- **Reed R. Kathrein**
  reed@hbsslaw.com,nancyq@hbsslaw.com

- **Michele Frances Kyrouz**
  michele.kyrouz@lw.com

- **Nicole Catherine Lavallee**
  nlavallee@bermanesq.com

- **William S. Lerach**
  e_file_sd@lerachlaw.com

- **James C. Maroulis**
  jim.maroulis@oracle.com

- **Caroline McIntyre**
  cmcintyre@be-law.com,swalker@be-law.com

- **Valerie McLaughlin**
  valeriem@lerachlaw.com,kellyb@lerachlaw.com

- **Brian P Murray**
  bmurray@rabinlaw.com

- **Shinyung Oh**
  shinyungoh@paulhastings.com

- **Willow E. Radcliffe**

willowr@lerachlaw.com,e_file_sf@lerachlaw.com,e_file_sd@lerachlaw.com

- **Sanna Rachel Singer**
  ssinger@sideman.com,mthomas@sideman.com

- **Mark Solomon**
  marks@lerachlaw.com,e_file_sf@lerachlaw.com,e_file_sd@lerachlaw.com

- **Edward W. Swanson**
  eswanson@swansonmcnamara.com

- **Shawn A. Williams**
  shawnw@lerachlaw.com,cwood@lerachlaw.com,e_file_sf@lerachlaw.com,dpfefferbaum@lerachlaw.com,travisd@le

- **Jamie Lynne Wine**
  jamie.wine@lw.com,karen.kelly@lw.com

- **Monique Winkler**
  shawnw@lerachlaw.com,E_File_SF@lerachlaw.com,travisd@lerachlaw.com,MoniqueW@lerachlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Dorian Daley
500 Oracle Parkway
Redwood City, CA 94065

Corey D. Holzer
Holzer Holzer & Cannon LLC
1117 Perimeter Center West
Suite E-107
Atlanta, GA 30338

Raymond Lane
Bergeson LLP
303 Almaden Blvd., Ste. 500
San Jose, CA 95110

PRG-Schultz USA, Inc.
Paul Hastings Janofsky & Walker LLP
55 Second Street
24th Floor
San Francisco, CA 94105

Darren Jay Robbins
 Lerach Coughlin Stoia Geller Rudman  & Robbins LLP
655 West Broadway
Suite 1900
San Diego, CA 92101
```