LERACH COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
MARK SOLOMON (151949)
DOUGLAS R. BRITTON (188769)
VALERIE L. McLAUGHLIN (191916)
GAVIN M. BOWIE (235532)
STACEY M. KAPLAN (241989)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
marks@lerachlaw.com
dougb@lerachlaw.com
valeriem@lerachlaw.com
gbowie@lerachlaw.com
skaplan@lerachlaw.com
     – and –
SHAWN A. WILLIAMS (213113)
WILLOW E. RADCLIFFE (200087)
MONIQUE C. WINKLER (213031)
ELI R. GREENSTEIN (217945)
100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@lerachlaw.com
willowr@lerachlaw.com
moniquew@lerachlaw.com
elig@lerachlaw.com

Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION | Master File No. C-01-0988-MJJ |
| | CLASS ACTION |
| This Document Relates To: | PLAINTIFFS' RE-NOTICE OF MOTION AND SUPPLEMENTAL SUBMISSION REGARDING DEFENDANTS' DESTRUCTION OF EVIDENCE AND REQUEST FOR SANCTIONS AND OBJECTIONS TO SPECIAL MASTER'S JULY 17, 2006 ORDER DENYING PLAINTIFFS' MOTION TO COMPEL THE RESTORATION OF BACKUP TAPES AND FOR MISCELLANEOUS RELIEF FOR THE DESTRUCTION OF EVIDENCE |
| ALL ACTIONS. | |
| | DATE:    September 26, 2007<br>TIME:    2:30 p.m.<br>COURTROOM:    The Honorable Martin J. Jenkins |

1  TO:   ALL PARTIES AND THEIR ATTORNEYS OF RECORD

2  PLEASE TAKE NOTICE that on September 26, 2007, at 2:30 p.m., or as soon thereafter as
3  the matter may be heard in the Courtroom of the Honorable Martin J. Jenkins, plaintiffs shall and
4  hereby do move this Court, pursuant to the Court's inherent power and Federal Rule of Civil
5  Procedure 37 for an order of default judgment for failure to preserve and maintain the integrity of
6  evidence and violation of discovery orders.

7  This motion is based on this Re-Notice and the previously-filed Supplemental Submission
8  and Declaration of Monique C. Winkler in support thereof; Plaintiffs' Corrected Notice of Motion
9  and Motion to Compel the Restoration of Back-up Tapes and for Miscellaneous Relief for the
10 Destruction of Evidence and all supporting documents; Plaintiffs' Reply in Support of Corrected
11 Notice of Motion and Motion to Compel Restoration of Backup Tapes and for Miscellaneous Relief
12 for the Destruction of Evidence and all supporting documents; Plaintiffs' Notice of Objection and
13 Objection to the Special Master's Order Denying Plaintiffs' Motion to Compel the Restoration of
14 Backup Tapes and for Miscellaneous Relief for the Destruction of Evidence and all supporting
15 documents; all pleadings and papers filed in this action; the arguments of counsel and any other
16 matter that the Court may consider at a hearing on this motion.

17 DATED:  July 31, 2007         LERACH COUGHLIN STOIA GELLER
                                   RUDMAN & ROBBINS LLP
18                                SHAWN A. WILLIAMS
                                  WILLOW E. RADCLIFFE
19                                MONIQUE C. WINKLER
                                  ELI R. GREENSTEIN
20

21
                                            /s/
22                                SHAWN A. WILLIAMS

23                                100 Pine Street, Suite 2600
                                  San Francisco, CA  94111
24                                Telephone:  415/288-4545
                                  415/288-4534 (fax)
25

26

27

28

| | |
|---|---|
| 1 | |
| 2 | LERACH COUGHLIN STOIA GELLER<br>  RUDMAN & ROBBINS LLP |
| 3 | MARK SOLOMON<br>DOUGLAS R. BRITTON |
| 4 | VALERIE L. McLAUGHLIN<br>GAVIN M. BOWIE |
| 5 | STACEY M. KAPLAN<br>655 West Broadway, Suite 1900 |
| 6 | San Diego, CA  92101<br>Telephone:  619/231-1058 |
| 7 | 619/231-7423 (fax) |
| 8 | Lead Counsel for Plaintiffs |

T:\CasesSF\Oracle3\NOT00044141.doc

CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on July 31, 2007.

/s/
SHAWN A. WILLIAMS

LERACH COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
100 Pine Street, 26th Floor
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)

E-mail: ShawnW@lerachlaw.com

PLTFS' RE-NOT OF MOT & SUPP SUBM RE DEFS' DESTRUCTION OF EVIDENCE AND REQUEST FOR SANCTIONS - C-01-0988-MJJ - 1 -

# Mailing Information for a Case 3:01-cv-00988-MJJ

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jennie Lee Anderson**
  jennie@libertylawoffice.com

- **Eric J. Belfi**
  ebelfi@labaton.com,ElectronicCaseFiling@labaton.com

- **Doug Britton**
  dougb@lerachlaw.com,e_file_sf@lerachlaw.com,e_file_sd@lerachlaw.com

- **Patrick Edward Gibbs**
  patrick.gibbs@lw.com,zoila.aurora@lw.com

- **Eli Greenstein**
  Elig@lerachlaw.com,e_file_sf@lerachlaw.com,e_file_sd@lerachlaw.com

- **Kirke M. Hasson**
  kirke.hasson@pillsburylaw.com,cheryl.grant@pillsburylaw.com

- **Stacey Marie Kaplan**
  SKaplan@lerachlaw.com

- **Reed R. Kathrein**
  reed@hbsslaw.com,nancyq@hbsslaw.com

- **Michele Frances Kyrouz**
  michele.kyrouz@lw.com

- **Nicole Catherine Lavallee**
  nlavallee@bermanesq.com

- **William S. Lerach**
  e_file_sd@lerachlaw.com

- **James C. Maroulis**
  jim.maroulis@oracle.com

- **Caroline McIntyre**
  cmcintyre@be-law.com,swalker@be-law.com

- **Valerie McLaughlin**
  valeriem@lerachlaw.com,kellyb@lerachlaw.com

- **Brian P Murray**
  bmurray@rabinlaw.com

- **Shinyung Oh**
  shinyungoh@paulhastings.com

- **Willow E. Radcliffe**

willowr@lerachlaw.com,e_file_sf@lerachlaw.com,e_file_sd@lerachlaw.com

- **Sanna Rachel Singer**
  ssinger@sideman.com,mthomas@sideman.com

- **Mark Solomon**
  marks@lerachlaw.com,e_file_sf@lerachlaw.com,e_file_sd@lerachlaw.com

- **Edward W. Swanson**
  eswanson@swansonmcnamara.com

- **Shawn A. Williams**
  shawnw@lerachlaw.com,cwood@lerachlaw.com,e_file_sf@lerachlaw.com,dpfefferbaum@lerachlaw.com,travisd@le

- **Jamie Lynne Wine**
  jamie.wine@lw.com,karen.kelly@lw.com

- **Monique Winkler**
  shawnw@lerachlaw.com,E_File_SF@lerachlaw.com,travisd@lerachlaw.com,MoniqueW@lerachlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Dorian Daley
500 Oracle Parkway
Redwood City, CA 94065

Corey D. Holzer
Holzer Holzer & Cannon LLC
1117 Perimeter Center West
Suite E-107
Atlanta, GA 30338

Raymond Lane
Bergeson LLP
303 Almaden Blvd., Ste. 500
San Jose, CA 95110

PRG-Schultz USA, Inc.
Paul Hastings Janofsky & Walker LLP
55 Second Street
24th Floor
San Francisco, CA 94105

Darren Jay Robbins
 Lerach Coughlin Stoia Geller Rudman  & Robbins LLP
655 West Broadway
Suite 1900
San Diego, CA 92101
```