IN THE UNITED STATED DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

## CIVIL PRETRIAL MINUTES

**HONORABLE MARTIN J. JENKINS**            Courtroom Clerk: **Edward Butler**

DATE: **August 2, 2007**                   Court reporter: **Sylvia Russo**

Case Number:   **C 01-0988 MJJ**           Time in Court: 2:52 - 3:10 p.m.

Case Name:     **NURSING HOME PENSION FUND, et al. v. ORACLE CORP., et al.**

Counsel For Plaintiff(s): Mark Solomon, Shawn Williams, Stacy Kaplan, Eli Greenstein

Counsel For Defendant(s): Patrick Gibbs, Jennie Feldman

Counsel For Witness Symonds: Edward Swanson

PROCEEDINGS:

(X) Further Status Conference     ( )P/T Conference   ( ) Initial Case Management Conference

ORDERED AFTER HEARING:
- Status Conference held re: proposed procedure for in camera hearing.
- Parties propose to submit in writing re: lines of questioning to which the witness asserts the Fifth Amendment privilege.
- The witness is to submit his briefing by Friday, 8/10/07. Plaintiff's response due by 8/17/07. Witness reply due Wed., 8/22/07. The court will then likely set a Further Status Conference.
- Regarding Case Management: Plaintiffs' summary judgment motions exceed the page limits and should be re-filed; plaintiffs are to have a total of 50 pages for the summary judgment motions, to be filed as soon as possible. If the parties encounter difficulties with briefing deadlines, they are to contact the court by phone.

ORDER TO BE PREPARED BY:    Plntf ( )  Deft ( )  Court ( )  Parties Jointly ( )

Referred to Magistrate Judge      For:            in

CASE CONTINUED TO: _____ for _____

Discovery Cut-Off:           Expert Discovery Cut-Off:

Parties to Name Experts by:    Expert Reports to be Tendered by:

Designation of Supplemental/Rebuttal Experts:   Reports:

Dispositive Motion shall be heard by:    at   **9:30 a.m.**

Pre-Trial Conference Date :       at  **3:30 p.m.**

Trial Date:            at 8:30 a.m.  Set for    **days**
              Type of Trial:  ( )Jury   ( )Court
Notes:
cc: