| | |
|---|---|
| 1 | LERACH COUGHLIN STOIA GELLER |
|   |    RUDMAN & ROBBINS LLP |
| 2 | MARK SOLOMON (151949) |
|   | DOUGLAS R. BRITTON (188769) |
| 3 | VALERIE L. McLAUGHLIN (191916) |
|   | GAVIN M. BOWIE (235532) |
| 4 | STACEY M. KAPLAN (241989) |
|   | 655 West Broadway, Suite 1900 |
| 5 | San Diego, CA  92101 |
|   | Telephone:  619/231-1058 |
| 6 | 619/231-7423 (fax) |
|   | marks@lerachlaw.com |
| 7 | dougb@lerachlaw.com |
|   | valeriem@lerachlaw.com |
| 8 | gbowie@lerachlaw.com |
|   | skaplan@lerachlaw.com |
| 9 |      – and – |
|   | SHAWN A. WILLIAMS (213113) |
| 10 | WILLOW E. RADCLIFFE (200087) |
|   | MONIQUE C. WINKLER (213031) |
| 11 | ELI R. GREENSTEIN (217945) |
|   | 100 Pine Street, Suite 2600 |
| 12 | San Francisco, CA  94111 |
|   | Telephone:  415/288-4545 |
| 13 | 415/288-4534 (fax) |
|   | shawnw@lerachlaw.com |
| 14 | willowr@lerachlaw.com |
|   | moniquew@lerachlaw.com |
| 15 | elig@lerachlaw.com |
| 16 | Lead Counsel for Plaintiffs |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION | Master File No. C-01-0988-MJJ |
| | CLASS ACTION |
| This Document Relates To: | DECLARATION OF SHAWN A. WILLIAMS IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE REQUEST TO FILE PLAINTIFFS' AMENDED NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT; AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF; AND PLAINTIFFS' AMENDED NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT AGAINST LAWRENCE ELLISON FOR TRADING ON THE BASIS OF MATERIAL NON-PUBLIC INFORMATION UNDER SEAL |
| ALL ACTIONS. | |

I, SHAWN A. WILLIAMS, declare as follows:

1. I am an attorney duly licensed to practice before all the courts of the State of California. I am a member of the law firm of Lerach Coughlin Stoia Geller Rudman & Robbins LLP, one of the counsel of record for plaintiffs in the above-entitled action. I have personal knowledge of the matter stated herein and, if called upon, I could and would competently testify thereto.

2. I submit this Declaration in Support of Plaintiffs' Administrative Request to File Plaintiffs' Amended Notice of Motion and Motion for Partial Summary Judgment; and Memorandum of Points and Authorities in Support Thereof and Plaintiffs' Amended Notice of Motion and Motion for Summary Judgment Against Lawrence Ellison for Trading on the Basis of Material Non-Public Information under seal.

3. Plaintiffs' Amended Notice of Motion and Motion for Partial Summary Judgment; and Memorandum of Points and Authorities in Support Thereof and Plaintiffs' Amended Notice of Motion and Motion for Summary Judgment Against Lawrence Ellison for Trading on the Basis of Material Non-Public Information contain quotes from and references to documents marked "confidential" by defendants.

4. This information is subject to the provisions of the Revised Stipulated Protective Order Governing Confidentiality entered on January 11, 2005 (attached hereto as Exhibit A).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 7th day of August, 2007 at San Francisco, California.

s/ Shawn A. Williams<br>SHAWN A. WILLIAMS

T:\CasesSF\Oracle3\DEC00044379.doc

DECL. IN SUPP OF PLTFS' ADMIN. REQ. TO FILE PLTFS' NOT. OF MTN & MTN FOR PARTIAL SUM. JDMT; & MTN FOR SUMM JDMT AGAINST ELLISON - **C-01-0988-MJJ**            - 1 -

CERTIFICATE OF SERVICE

I hereby certify that on August 7, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 7, 2007.

s/ Shawn A. Williams<br>
SHAWN A. WILLIAMS

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
100 Pine Street, 26th Floor
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)

E-mail: shawnw@lerachlaw.com

# Mailing Information for a Case 3:01-cv-00988-MJJ

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jennie Lee Anderson**
  jennie@libertylawoffice.com

- **Eric J. Belfi**
  ebelfi@labaton.com,ElectronicCaseFiling@labaton.com

- **Doug Britton**
  dougb@lerachlaw.com,e_file_sf@lerachlaw.com,e_file_sd@lerachlaw.com

- **Patrick Edward Gibbs**
  patrick.gibbs@lw.com,zoila.aurora@lw.com

- **Eli Greenstein**
  Elig@lerachlaw.com,e_file_sf@lerachlaw.com,e_file_sd@lerachlaw.com

- **Kirke M. Hasson**
  kirke.hasson@pillsburylaw.com,cheryl.grant@pillsburylaw.com

- **Stacey Marie Kaplan**
  SKaplan@lerachlaw.com

- **Reed R. Kathrein**
  reed@hbsslaw.com,nancyq@hbsslaw.com

- **Michele Frances Kyrouz**
  michele.kyrouz@lw.com

- **Nicole Catherine Lavallee**
  nlavallee@bermanesq.com

- **William S. Lerach**
  e_file_sd@lerachlaw.com

- **James C. Maroulis**
  jim.maroulis@oracle.com

- **Caroline McIntyre**
  cmcintyre@be-law.com,swalker@be-law.com

- **Valerie McLaughlin**
  valeriem@lerachlaw.com,kellyb@lerachlaw.com

- **Brian P Murray**

bmurray@rabinlaw.com

- **Shinyung Oh**
  shinyungoh@paulhastings.com

- **Willow E. Radcliffe**
  willowr@lerachlaw.com,e_file_sf@lerachlaw.com,e_file_sd@lerachlaw.com

- **Sanna Rachel Singer**
  ssinger@sideman.com,mthomas@sideman.com

- **Mark Solomon**
  marks@lerachlaw.com,e_file_sf@lerachlaw.com,e_file_sd@lerachlaw.com

- **Edward W. Swanson**
  eswanson@swansonmcnamara.com

- **Shawn A. Williams**
  shawnw@lerachlaw.com,cwood@lerachlaw.com,e_file_sf@lerachlaw.com,dpfefferbaum@lerachl

- **Jamie Lynne Wine**
  jamie.wine@lw.com,karen.kelly@lw.com

- **Monique Winkler**
  shawnw@lerachlaw.com,E_File_SF@lerachlaw.com,travisd@lerachlaw.com,MoniqueW@lerachl

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Dorian Daley
500 Oracle Parkway
Redwood City, CA 94065

Corey D. Holzer
Holzer Holzer & Cannon LLC
1117 Perimeter Center West
Suite E-107
Atlanta, GA 30338

Raymond Lane
Bergeson LLP
303 Almaden Blvd., Ste. 500
San Jose, CA 95110

PRG-Schultz USA, Inc.
Paul Hastings Janofsky & Walker LLP
55 Second Street
24th Floor
San Francisco, CA 94105
```

**Darren Jay Robbins**
 Lerach Coughlin Stoia Geller Rudman  & Robbins LLP
655 West Broadway
Suite 1900
San Diego, CA 92101