LATHAM & WATKINS LLP
  Peter A. Wald (SBN 85705)
  Michele F. Kyrouz (SBN 168004)
505 Montgomery Street, Suite 2000
San Francisco, CA  94111-2562
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
E-mail: peter.wald@lw.com
         michele.kyrouz@lw.com

LATHAM & WATKINS LLP
  Jamie L. Wine (SBN 181373)
633 West Fifth Street, Suite 4000
Los Angeles, CA 90071-2007
Phone: (213) 485-1234
Fax: (213) 891-8763
E-mail: jamie.wine@lw.com

LATHAM & WATKINS LLP
  Patrick E. Gibbs (SBN 183174)
  Matthew Rawlinson (SBN 231890)
140 Scott Drive
Menlo Park, California 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600
E-mail: patrick.gibbs@lw.com
         matt.rawlinson@lw.com

Attorneys for Defendants ORACLE CORPORATION, LAWRENCE J. ELLISON, JEFFREY O. HENLEY, and EDWARD J. SANDERSON

ORACLE CORPORATION
  Dorian Daley (SBN 129049)
  James C. Maroulis (SBN 208316)
500 Oracle Parkway
Mailstop 5OP7
Redwood Shores, California 94065
Telephone: (650) 506-5200
Facsimile: (650) 506-7114
E-mail: jim.maroulis@oracle.com

Attorneys for Defendant ORACLE CORPORATION

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Master File No. C-01-0988-MJJ (Consolidated)<br><br>CLASS ACTION<br><br>**NOTICE OF ERRATA AND ERRATA FOR DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND HARRISON DECLARATION IN SUPPORT THEREOF**<br><br>**Date:   September 26, 2007**<br>**Time:   2:30 p.m.**<br>**Judge:  Martin J. Jenkins** |

LATHAM&WATKINS LLP
  ATTORNEYS AT LAW
    SAN FRANCISCO

NOTICE OF ERRATA AND ERRATA FOR DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT
Master File No. C-01-0988-MJJ

**TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Defendants submit this Notice of Errata and Errata to correct several clerical errors in Defendants' Motion for Summary Judgment ("Defendants' Motion") and the Harrison Declaration in Support of Defendants' Motion for Summary Judgment ("Harrison Declaration"), filed July 26, 2007. A corrected copy of Defendants' Motion is filed concurrently herewith ("Defendants' Corrected Motion"). A corrected copy of the Harrison Declaration in Support of Defendants' Motion for Summary Judgment (the "Corrected Harrison Declaration") is also filed concurrently herewith along with corrected copies of Exhibits 63 and 65 (corrected to include all of the pages referenced in Defendants' Motion), and with two exhibits, 246 and 247, that inadvertently were not filed with the original Harrison Declaration. The Corrected Harrison Declaration also includes for the Court's and the parties' convenience descriptions of the deponents whose transcripts are referenced therein; these descriptions were inadvertently omitted from the original Harrison Declaration. Defendants' Corrected Motion contains the following corrections (deletions indicated in ~~strikethrough~~ text, and additions indicated in <u>underlined</u> text):

- ➤ The citation on page 5, line 5, now reads: *Id.* at 143~~9~~<u>67</u>
- ➤ The citation to Exhibit 62 on page 6, line 6, now reads: Ex. 62 at 46:11-1~~6~~<u>7</u>
- ➤ The citation to Exhibit 65 on page 6, line 17, now reads: Ex. 65 at ~~103:6-104:9~~<u>102:6-103:9</u>
- ➤ The citation to Exhibit 65 on page 6, line 25, now reads: Ex. 65 at ~~103:6-104:9~~<u>102:6-103:9</u>
- ➤ The citation to Exhibit 65 on page 7, line 21, now reads: Ex. 65 at 169:~~13~~<u>25</u>
- ➤ The citation on page 11, line 24, now reads: ~~*Id.*~~ <u>Ex. 42</u>
- ➤ The citation to Exhibit 8 on page 12, line 26, now reads: Ex. 8 at 1532945<u>, 1532948</u>
- ➤ The citation to Exhibit 85 on page 15, line 23, now reads: *e.g.*, Ex. 85 at ~~399:16-400:4~~ <u>398:16-399:4</u>
- ➤ The citation to Exhibit 89 on page 16, line 2, now reads: Ex. 89 at 02387~~8~~<u>9</u>
- ➤ The citation to Exhibit 92 on page 16, lines 3-4, now reads: Ex. 92 at 00897~~5~~<u>6</u>
- ➤ The reference to SAP's quarterly license growth on page 18, lines 15-17, now reads: Oracle's main competitor, SAP, reported average quarterly new license growth of only ~~28~~ <u>33</u>%.
- ➤ The citations on page 19, line 12, now read: ~~*Id.*~~ <u>Ex. 102</u> at ¶ 87 (*citing* Ex<u>.</u> 134 at 151);

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

NOTICE OF ERRATA AND ERRATA FOR DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT
Master File No. C-01-0988-MJJ

1   Ex. 132 at 16:16-~~25~~<u>17:1</u>

2   ➢ The citation to Exhibit 112 on page 20, line 15, now reads: Ex. 112 at 01975~~8~~<u>9</u>

3   ➢ The citation to Exhibit 53 on page 21, line 8, is instead a citation to Exhibit 51, and now reads: Ex. 5~~3~~<u>1</u> at 417086

4

5   ➢ The citation to Exhibit 85 on page 22, line 3, now reads: Ex. 85 at ~~350:23-351:5; *also id.* at 350:20-21~~ <u>349:17-350:5</u>

6   ➢ The citation to Exhibit 78 on page 25, footnote 12, now reads: Ex. 78 at 121:21-122:23~~;~~<u>.</u> ~~Ex. 71 at 238:15-19, 239:22-242:9, 243:17-24~~

7

8   ➢ The citation to Exhibit 163 on page 28, footnote 17, now reads: Ex. 163 at 14166~~0-61~~

9   ➢ The first citation on page 36, line 1, now reads: Ex. 39 at 02521~~1~~<u>4; Ex. 25 at 973930</u>

10  ➢ The reference to SAP's quarterly license growth on page 36, lines 6-8, now reads: Oracle's leading competitor, SAP, reported average quarterly new license growth of just ~~28~~ <u>33</u>%, compared with the 44% growth that Oracle averaged over the first three quarters after Suite 11i was released

11

12  ➢ The citations on page 36, lines 8-9, now reads: Ex. 129<u>; Ex. 130 at 307611; Ex. 131 at 307748</u>

13

14  ➢ The citation to Exhibit 53 on page 36, line 20, is instead a citation to Exhibit 51, and now reads: Ex. 5~~3~~<u>1</u> at 417086

15  ➢ The citation to Exhibit 85 on page 37, line 11, now reads: Ex. 85 at ~~399:16-400:4~~ <u>398:16-399:4</u>

16

17  ➢ The citation to Exhibit 67 on page 39, line 4, now reads: Ex. ~~67~~ <u>246</u> at 72:14-73:12. Exhibit 246 is attached to the Corrected Harrison Declaration.

18  ➢ The citation to Exhibit 85 on page 39, line 9, now reads: Ex. 85 at ~~399:16-400:2~~ <u>398:16-399:2</u>

19

20  ➢ The citation to Exhibit 85 on page 39, line 15, now reads: Ex. ~~85~~ <u>247</u> at 48:3-~~21~~-51:21. Exhibit 247 is attached to the Corrected Harrison Declaration.

21  ➢ The citation to Exhibit 208 on page 41, line 15, now reads: Ex. 208 at 41997~~6~~<u>7</u>

22  ➢ The citation to Exhibit 91 on page 41, line 18, is instead a citation to Exhibit 124, and now reads: Ex. ~~91~~ <u>124</u> at 308716

23

24  ➢ The citation to Exhibit 245 on page 41, line 19, now reads: Ex. 245 at ~~420255~~ <u>085851</u>

25  ///

26  ///

27  ///

28  ///

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

NOTICE OF ERRATA AND ERRATA FOR DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT
Master File No. C-01-0988-MJJ

Defendants apologize to the Court and all parties for any inconvenience these clerical errors may cause.

Dated: August 8, 2007

                                            Respectfully submitted,

                                        LATHAM & WATKINS LLP
                                            Peter A. Wald
                                            Patrick E. Gibbs
                                            Matthew Rawlinson
                                            Michele F. Kyrouz
                                            Jamie L. Wine

                                     By: _____ **/S/** _____
                                            Patrick E. Gibbs
                                            Attorneys for Defendants ORACLE CORPORATION, LAWRENCE J. ELLISON, JEFFREY O. HENLEY, and EDWARD J. SANDERSON