| | |
|---|---|
| LATHAM & WATKINS LLP<br>  Peter A. Wald (SBN 85705)<br>  Michele F. Kyrouz (SBN 168004)<br>505 Montgomery Street, Suite 2000<br>San Francisco, CA 94111-2562<br>Telephone: (415) 391-0600<br>Facsimile: (415) 395-8095<br>E-mail: peter.wald@lw.com<br>       michele.kyrouz@lw.com | LATHAM & WATKINS LLP<br>  Patrick E. Gibbs (SBN 183174)<br>  Matthew Rawlinson (SBN 231890)<br>140 Scott Drive<br>Menlo Park, CA 94025<br>Telephone: (650) 328-4600<br>Facsimile: (650) 463-2600<br>E-mail: patrick.gibbs@lw.com<br>       matt.rawlinson@lw.com |

LATHAM & WATKINS LLP
  Jamie L. Wine (SBN 181373)
633 West Fifth Street, Suite 4000
Los Angeles, CA 90071-2007
Phone: (213) 485-1234
Fax: (213) 891-8763
E-mail: jamie.wine@lw.com

Attorneys for Defendants ORACLE CORPORATION, LAWRENCE J. ELLISON, JEFFREY O. HENLEY, and EDWARD J. SANDERSON

ORACLE CORPORATION
  Dorian Daley (SBN 129049)
  James C. Maroulis (SBN 208316)
500 Oracle Parkway
Mailstop 5OP7
Redwood Shores, California 94065
Telephone: (650) 506-5200
Facsimile: (650) 506-7114
E-mail: jim.maroulis@oracle.com

Attorneys for Defendant ORACLE CORPORATION

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Master File No. C-01-0988-MJJ (Consolidated)<br><br>CLASS ACTION<br><br>**DEFENDANTS' ADMINISTRATIVE REQUEST TO FILE UNDER SEAL DEFENDANTS' [CORRECTED] MOTION FOR SUMMARY JUDGMENT AND [CORRECTED] HARRISON DECLARATION IN SUPPORT THEREOF**<br><br>**Honorable Martin J. Jenkins** |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

ADMIN REQUEST TO FILE UNDER SEAL DEFS' [CORRECTED]
MOTION FOR SUMMARY JUDGMENT
Master File No. C-01-0988-MJJ

1  Defendants submit this Administrative Request to file under seal Defendants'
2  [CORRECTED] Motion for Summary Judgment and [CORRECTED] Harrison Declaration in
3  Support thereof (Defendants' "Administrative Request").
4  Accompanying Defendants' Administrative Request are the Declaration of Sean
5  P.J. Coyle in Support of Defendants' Administrative Request and the [Proposed] Order Sealing
6  Defendants' Administrative Request, respectively filed and lodged concurrently herewith.
7  In Defendants' [CORRECTED] Motion for Summary Judgment and
8  [CORRECTED] Harrison Declaration in Support thereof, Defendants refer extensively to and
9  attach information and materials that have been designated as "Confidential" by both parties.
10 Information designated as "Confidential" is subject to the provisions of the Revised Stipulated
11 Protective Order Governing Confidentiality entered on January 11, 2005.  Accordingly,
12 Defendants respectfully request that Defendants' [CORRECTED] Motion for Summary
13 Judgment and [CORRECTED] Harrison Declaration in Support thereof be filed under seal of the
14 Court.

16 Dated:  August 8, 2007                                       LATHAM & WATKINS LLP
                                                               Peter A. Wald
                                                               Michele F. Kyrouz
                                                               Jamie L. Wine
                                                               Patrick E. Gibbs

                                                                      **/S/**
                                                               By:_____
                                                               Patrick E. Gibbs
                                                               Attorneys for Defendants ORACLE
                                                               CORPORATION, LAWRENCE J.
                                                               ELLISON, JEFFREY O. HENLEY,
                                                               and EDWARD J. SANDERSON

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

ADMIN REQUEST TO FILE UNDER SEAL DEFS' [CORRECTED]
MOTION FOR SUMMARY JUDGMENT
Master File No. C-01-0988-MJJ