1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION**

| In re ORACLE CORPORATION SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Master File No. C-01-0988-MJJ<br>(Consolidated)<br><br>CLASS ACTION<br><br>**[PROPOSED] ORDER SEALING DEFENDANTS' [CORRECTED] MOTION FOR SUMMARY JUDGMENT AND [CORRECTED] HARRISON DECLARATION IN SUPPORT THEREOF**<br><br>**Honorable Martin J. Jenkins** |
|---|---|

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1  Having considered the papers regarding Defendants' Administrative Request to
2  File Under Seal Defendants' [CORRECTED] Motion for Summary Judgment and
3  [CORRECTED] Harrison Declaration in Support thereof (Defendants' "Administrative
4  Request"), and finding good cause therefore; Defendants' Administrative Request is
5  **GRANTED**.  Defendants' [CORRECTED] Motion for Summary Judgment and [CORRECTED]
6  Harrison Declaration in Support thereof are **HEREBY SEALED**:

8          IT IS SO ORDERED.

10  Dated: _____  
11                  THE HONORABLE MARTIN J. JENKINS

12  Submitted By:

13  DATED:  August 8, 2007

14  LATHAM & WATKINS LLP      LATHAM & WATKINS LLP  
15    Peter A. Wald (SBN 85705)      Patrick E. Gibbs  (SBN 183174)  
  Michele F. Kyrouz (SBN 168004)   140 Scott Drive  
16  505 Montgomery Street, Suite 2000   Menlo Park, CA 94025  
San Francisco, CA 94111-2562    Telephone: (650) 328-4600  
17  Telephone: (415) 391-0600      Facsimile: (650) 463-2600  
Facsimile: (415) 395-8095       E-mail: patrick.gibbs@lw.com  
18  E-mail: peter.wald@lw.com  
      michele.kyrouz@lw.com
19

21        /s/  
    _____
22       Patrick E. Gibbs