| | |
|---|---|
| 1 | LATHAM & WATKINS LLP |
| |   Peter A. Wald (SBN 85705) |
| 2 |   Michele F. Kyrouz (SBN 168004) |
| | 505 Montgomery Street, Suite 2000 |
| 3 | San Francisco, CA 94111-2562 |
| | Telephone: (415) 391-0600 |
| 4 | Facsimile: (415) 395-8095 |
| | E-mail: peter.wald@lw.com |
| 5 |        michele.kyrouz@lw.com |

LATHAM & WATKINS LLP
  Peter A. Wald (SBN 85705)
  Michele F. Kyrouz (SBN 168004)
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-2562
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
E-mail: peter.wald@lw.com
       michele.kyrouz@lw.com

LATHAM & WATKINS LLP
  Patrick E. Gibbs (SBN 183174)
  Matthew Rawlinson (SBN 231890)
140 Scott Drive
Menlo Park, California 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600
E-mail: patrick.gibbs@lw.com
       matt.rawlinson@lw.com

LATHAM & WATKINS LLP
  Jamie L. Wine (SBN 181373)
633 West Fifth Street, Suite 4000
Los Angeles, California 90071-2007
Phone: (212) 906-1200
Fax: (212) 751-4864
E-mail: jamie.wine@lw.com

Attorneys for Defendants ORACLE CORPORATION, LAWRENCE J. ELLISON, JEFFREY O. HENLEY, and EDWARD J. SANDERSON

ORACLE CORPORATION
  Dorian Daley (SBN 129049)
  James C. Maroulis (SBN 208316)
500 Oracle Parkway
Mailstop 5OP7
Redwood Shores, California 94065
Telephone: (650) 506-5200
Facsimile: (650) 506-7114
E-mail: jim.maroulis@oracle.com

Attorneys for Defendant ORACLE CORPORATION

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Master File No. C-01-0988-MJJ<br>(Consolidated)<br><br>CLASS ACTION<br><br>**DEFENDANTS' AMENDED NOTICE OF MOTION FOR SUMMARY JUDGMENT**<br><br>**Date:** September 26, 2007<br>**Time:** 2:30 p.m.<br>**Judge:** Martin J. Jenkins |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DEFENDANTS' AMENDED NOTICE OF
MOTION FOR SUMMARY JUDGMENT
Master File No. C-01-0988-MJJ

1  **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**

2  PLEASE TAKE NOTICE that on September 26, 2007, at 2:30 p.m., the Court
3  will hear Defendants' Motion for Summary Judgment under Federal Rule of Civil Procedure
4  56(c) or, in the alternative, for summary adjudication under Federal Rule of Civil Procedure
5  56(d) that certain facts are not in dispute, filed July 26, 2007 (corrected copy and corresponding
6  Errata filed August 8, 2007).

10  Dated: August 9, 2007    LATHAM & WATKINS LLP
11                              Peter A. Wald
                                Patrick E. Gibbs
12                              Matthew Rawlinson
                                Michele F. Kyrouz
13                              Jamie L. Wine

15                           By: _____/s/_____
16                              Patrick E. Gibbs
                                Attorneys for Defendants ORACLE
17                              CORPORATION, LAWRENCE J.
                                ELLISON, JEFFREY O. HENLEY,
18                              and EDWARD J. SANDERSON

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

DEFENDANTS' AMENDED NOTICE OF
MOTION FOR SUMMARY JUDGMENT
Master File No. C-01-0988-MJJ