| | |
|---|---|
| LATHAM & WATKINS LLP<br>  Peter A. Wald (SBN 85705)<br>  Michele F. Kyrouz (SBN 168004)<br>505 Montgomery Street, Suite 2000<br>San Francisco, CA 94111-2562<br>Telephone: (415) 391-0600<br>Facsimile: (415) 395-8095<br>E-mail: peter.wald@lw.com<br>         michele.kyrouz@lw.com | LATHAM & WATKINS LLP<br>  Patrick E. Gibbs (SBN 183174)<br>  Matthew Rawlinson (SBN 231890)<br>140 Scott Drive<br>Menlo Park, California 94025<br>Telephone: (650) 328-4600<br>Facsimile: (650) 463-2600<br>E-mail: patrick.gibbs@lw.com<br>         matt.rawlinson@lw.com |

LATHAM & WATKINS LLP
  Jamie L. Wine (SBN 181373)
633 West Fifth Street, Suite 4000
Los Angeles, California 90071-2007
Phone: (212) 906-1200
Fax: (212) 751-4864
E-mail: jamie.wine@lw.com

Attorneys for Defendants ORACLE CORPORATION, LAWRENCE J. ELLISON, JEFFREY O. HENLEY, and EDWARD J. SANDERSON

ORACLE CORPORATION
  Dorian Daley (SBN 129049)
  James C. Maroulis (SBN 208316)
500 Oracle Parkway
Mailstop 5OP7
Redwood Shores, California 94065
Telephone: (650) 506-5200
Facsimile: (650) 506-7114
E-mail: jim.maroulis@oracle.com

Attorneys for Defendant ORACLE CORPORATION

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Master File No. C-01-0988-MJJ<br>(Consolidated)<br><br>CLASS ACTION<br><br>**DEFENDANTS' AMENDED NOTICE OF MOTION TO EXCLUDE DECLARATIONS AND TESTIMONY OF BROOKS HILLIARD**<br><br>**Date:  September 26, 2007**<br>**Time:  2:30 p.m.**<br>**Judge:  Martin J. Jenkins** |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DEFENDANTS' AMENDED NOTICE OF MOTION TO EXCLUDE
DECLARATIONS AND TESTIMONY OF BROOKS BILLIARD
Master File No. C-01-0988-MJJ

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**

PLEASE TAKE NOTICE that on September 26, 2007 at 2:30 p.m., the Court will hear Defendants' Motion to Exclude the Declarations and Testimony of Brooks Hilliard, filed July 26, 2007.

Dated: August 9, 2007

LATHAM & WATKINS LLP
    Peter A. Wald
    Patrick E. Gibbs
    Matthew Rawlinson
    Michele F. Kyrouz
    Jamie L. Wine

By: _____/s/_____
    Patrick E. Gibbs
    Attorneys for Defendants ORACLE CORPORATION, LAWRENCE J. ELLISON, JEFFREY O. HENLEY, and EDWARD J. SANDERSON

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

DEFENDANTS' AMENDED NOTICE OF MOTION TO EXCLUDE DECLARATIONS AND TESTIMONY OF BROOKS BILLIARD
Master File No. C-01-0988-MJJ