Edward W. Swanson SBN 159859
Alexis Haller SBN 201210
SWANSON, McNAMARA & HALLER LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorneys for Third-Party Witness Matthew Symonds

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION<br><br>This Document Relates To:<br>    ALL ACTIONS. | Master File No. C-01-0988-MJJ<br><br>CLASS ACTION<br><br>**THIRD-PARTY WITNESS MATTHEW SYMONDS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL THIRD-PARTY WITNESS MATTHEW SYMONDS' MEMORANDUM OF POINTS AND AUTHORITIES REGARDING APPLICABILITY OF FIFTH AMENDMENT PRIVILEGE TO QUESTIONS IDENTIFIED BY THE COURT; DECLARATION OF EDWARD W. SWANSON** |

    Pursuant to Civil Local Rules 7-11 and 79-5, third-party witness Matthew Symonds hereby moves the Court for an order sealing Mr. Symonds' Memorandum of Points and Authorities Regarding Applicability of Fifth Amendment Privilege to Questions Identified by the Court ("Memorandum").

    Mr. Symonds' Memorandum contains references to documents and transcripts previously filed under seal and marked "confidential" by the parties.  This information is subject to the prior sealing orders of the Court and the provisions of the Revised Stipulated Protective Order Governing

\ \ \

\ \ \

1  Confidentiality entered on January 11, 2005.  Accordingly, Mr. Symonds respectfully requests that the
2  Memorandum be filed under the seal of the Court.

3  Dated: August 10, 2007                           Respectfully submitted,

                                                    _____/s/ Edward W. Swanson_____
                                                    EDWARD W. SWANSON
                                                    ALEXIS HALLER
                                                    SWANSON, McNAMARA & HALLER LLP
                                                    Attorneys for MATTHEW SYMONDS

**DECLARATION OF EDWARD W. SWANSON**

I, EDWARD W. SWANSON, hereby declare and state as follows:

1. I am an attorney duly admitted to practice law in the State of California and represent third-party witness Matthew Symonds in the above-captioned matter. I have personal knowledge of the facts stated herein, and could and would testify competently thereto if called as a witness.

2. Mr. Symonds' Memorandum contains references to documents and transcripts previously filed under seal and marked "confidential" by the parties. Accordingly, the information is subject to prior sealing orders of this Court and to the provisions of the Revised Stipulated Protective Order Governing Confidentiality entered on January 11, 2005.

Executed this 10th day of August, 2007, in San Francisco, California.

I swear under penalty of perjury that the foregoing is true and correct.

                                                    /s/ Edward W. Swanson
                                                   EDWARD W. SWANSON