1   Edward W. Swanson SBN 159859
    Alexis Haller SBN 201210
2   SWANSON, McNAMARA & HALLER LLP
    300 Montgomery Street, Suite 1100
3   San Francisco, California 94104
    Telephone: (415) 477-3800
4   Facsimile: (415) 477-9010

5   Attorneys for Third-Party Witness Matthew Symonds

6

7

8                   UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11
    In re ORACLE CORPORATION SECURITIES      Master File No. C-01-0988-MJJ
12  LITIGATION
                                             CLASS ACTION
13
                                             **[PROPOSED] SEALING ORDER**
14

15  This Document Relates To:
         ALL ACTIONS.
16

17       Having considered Third-Party Witness Matthew Symonds' Administrative Motion to File under

18  Seal Third-Party Witness Matthew Symonds' Memorandum of Points and Authorities Regarding

19  Applicability of Fifth Amendment Privilege to Questions Identified by the Court, it is HEREBY

20  ORDERED that Third-Party Witness Matthew Symonds' Memorandum of Points and Authorities

21  Regarding Applicability of Fifth Amendment Privilege to Questions Identified by the Court is sealed.

22       IT IS SO ORDERED.

23  Dated:                          _____

24                                  The Honorable Martin J. Jenkins
                                    United States District Judge
25

26

27

28