**Patrick E. Gibbs**
Direct Dial:  650-463-4696
E-mail:  patrick.gibbs@lw.com

140 Scott Drive
Menlo Park, California  94025
Tel: (650) 328-4600  Fax: (650) 463-2600
www.lw.com

# LATHAM & WATKINS LLP

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Barcelona | New Jersey |
| Brussels | New York |
| Chicago | Northern Virginia |
| Frankfurt | Orange County |
| Hamburg | Paris |
| Hong Kong | San Diego |
| London | San Francisco |
| Los Angeles | Shanghai |
| Madrid | Silicon Valley |
| Milan | Singapore |
| Moscow | Tokyo |
| Munich | Washington, D.C. |

August 23, 2007

**BY ELECTRONIC FILING AND HAND DELIVERY**

The Honorable Martin J. Jenkins
United States District Court,
  Northern District of California
450 Golden Gate Avenue
Courtroom 11, 19th Floor
San Francisco, California 94102

> Re:   In re Oracle Corporation Securities Litigation,
>        <u>Master File No. C-01-0988-MJJ (Consolidated)</u>

**Parties' Joint Letter Regarding Notice to the Certified Class**

Dear Judge Jenkins:

The parties have been in discussions regarding a joint proposal for notice to the certified class and will be submitting to Your Honor in the very near future a stipulation and proposed order and proposed form of notice for mailed and published notice to the class.

The parties feel it is appropriate to alert Your Honor that, at Defendants' request, the parties have agreed to add some clarifying language to the description of the class as certified by Your Honor on December 20, 2006.  *See* December 20, 2006 Order Re Motion for Class Certification.  The parties have agreed to add the following language to the class description in their proposed notice in order to make clear that shareholders must have been damaged by the alleged 10(b), 20(a) and 20A violations to qualify as members of the class (the parties' additional language is indicated in ***bold italics***):

> All persons or entities who purchased or otherwise acquired the publicly traded securities of Oracle between December 14, 2000 and March 1, 2001 ***and who were damaged by defendants' alleged violations of Section 10(b), 20(a) or 20(A) of the Securities Exchange Act of 1934***.  Excluded from the class are: (i) Oracle; (ii) Lawrence J. Ellison, Jeffrey O. Henley and Edward J. Sanderson (collectively the "Individual Defendants"); (iii) members of the family of each Individual Defendant; (iv) any entity in which any Defendant has a controlling interest; (v) officers and directors of Oracle; and (vi) the legal representatives, heirs, successors or assigns of any such excluded party.

**The Hon. Martin J. Jenkins**
**August 23, 2007**
**Page 2**

LATHAM&WATKINS LLP

The parties believe this additional language fairly falls within the scope of Your Honor's Order, but we welcome discussion on the matter if Your Honor has any concerns.

Respectfully submitted,

**/S/**

Patrick E. Gibbs
of LATHAM & WATKINS LLP

I, Patrick Gibbs, am the ECF user whose ID and password are being used to file this letter.  In compliance with General Order 45, X.B., I hereby attest that Shawn A. Williams concurred in this filing.

Approved:  _____**/S/**_____
Shawn A. Williams
Lerach Coughlin Stoia Geller Rudman
& Robbins, LLP

cc:     Shawn A. Williams, Esq. (*via facsimile*)
        Mark Solomon, Esq. (*via facsimile*)