| | |
|---|---|
| 1 | LATHAM & WATKINS LLP |
| | Peter A. Wald (SBN 85705) |
| 2 | Michele F. Kyrouz (SBN 168004) |
| | 505 Montgomery Street, Suite 2000 |
| 3 | San Francisco, CA 94111-2562 |
| | Telephone: (415) 391-0600 |
| 4 | Facsimile: (415) 395-8095 |
| | E-mail: peter.wald@lw.com |
| 5 | michele.kyrouz@lw.com |

LATHAM & WATKINS LLP
  Patrick E. Gibbs (SBN 183174)
  Matthew Rawlinson (SBN 231890)
140 Scott Drive
Menlo Park, CA 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600
E-mail: patrick.gibbs@lw.com
    matt.rawlinson@lw.com

LATHAM & WATKINS LLP
  Jamie L. Wine (SBN 181373)
633 West Fifth Street, Suite 4000
Los Angeles, CA 90071
Phone: (213) 485-1234
Fax: (213) 891-8763
E-mail: jamie.wine@lw.com

Attorneys for Defendants ORACLE CORPORATION, LAWRENCE J. ELLISON, JEFFREY O. HENLEY, and EDWARD J. SANDERSON

ORACLE CORPORATION
  Dorian Daley (SBN 129049)
  James C. Maroulis (SBN 208316)
500 Oracle Parkway
Mailstop 5OP7
Redwood Shores, CA 94065
Telephone: (650) 506-5200
Facsimile: (650) 506-7114
E-mail: jim.maroulis@oracle.com

Attorneys for Defendant ORACLE CORPORATION

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION | Master File No. C-01-0988-MJJ (JCS) (Consolidated) |
| | CLASS ACTION |
| This Document Relates To: ALL ACTIONS. | **DEFENDANTS' ADMINISTRATIVE REQUEST TO FILE UNDER SEAL DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO EXCLUDE EXPERT TESTIMONY OF R. GLENN HUBBARD AND SUPPORTING DOCUMENTS** |
| | **Honorable Judge Martin J. Jenkins** |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

ADMIN REQUEST TO FILE UNDER SEAL DEFS' OPP. TO MOTIONS TO EXCLUDE
TESTIMONY OF HUBBARD AND FOSTER AND SUPPORTING DOCUMENTS
Master File No. C-01-0988-MJJ

Defendants submit this Administrative Request to file under seal Defendants' Opposition to Plaintiffs' Motions to Exclude Expert Testimony of R. Glenn Hubbard and Supporting Documents (Defendants' "Administrative Request").  Defendants are submitting this single Administrative Request for all of the documents supporting their Opposition, rather than burden the Court with multiple filings.  Through this Administrative Request, Defendants ask the Court to seal the following documents and any exhibits thereto:

1. Defendants' Opposition to Plaintiffs' Motion to Exclude Expert Testimony of R. Glenn Hubbard;

2. The Declaration of Andrew M. Farthing in Support of Defendants' Opposition to Plaintiffs' Motions to Exclude Expert Testimony of R. Glenn Hubbard and George Foster;

Accompanying this Administrative Request is the Declaration of Andrew M. Farthing in Support of Defendants' Administrative Request and the [Proposed] Order Sealing Defendants' Administrative Request, respectively filed and lodged concurrently herewith.

In Defendants' Opposition to Plaintiffs' Motion to Exclude Expert Testimony of R. Glenn Hubbard and Supporting Documents (as referenced above), Defendants refer extensively to and attach information and materials that have been designated as "Confidential" by both parties.  Information designated as "Confidential" is subject to the provisions of the Revised Stipulated Protective Order Governing Confidentiality entered on January 11, 2005.  Accordingly, Defendants respectfully request that Defendants' Opposition to Plaintiffs' Motion to Exclude Expert Testimony of R. Glenn Hubbard and supporting documents be filed under seal of the Court.

Dated:  August 27, 2007

LATHAM & WATKINS LLP
Peter A. Wald
Michele F. Kyrouz
Jamie L. Wine
Patrick E. Gibbs
Matthew Rawlinson

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

ADMIN REQUEST TO FILE UNDER SEAL DEFS' OPP. TO MOTIONS TO EXCLUDE
TESTIMONY OF HUBBARD AND FOSTER AND SUPPORTING DOCUMENTS
Master File No. C-01-0988-MJJ

| | |
|---|---|
| 1 | /S/ |
| 2 | By:_____ |
| 3 | Patrick E. Gibbs |
|   | Attorneys for Defendants ORACLE |
| 4 | CORPORATION, LAWRENCE J. |
|   | ELLISON, JEFFREY O. HENLEY, |
| 5 | and EDWARD J. SANDERSON |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

ADMIN REQUEST TO FILE UNDER SEAL DEFS' OPP. TO MOTIONS TO EXCLUDE
TESTIMONY OF HUBBARD AND FOSTER AND SUPPORTING DOCUMENTS
Master File No. C-01-0988-MJJ