1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION

| In re ORACLE CORPORATION SECURITIES LITIGATION | Master File No. C-01-0988-MJJ (Consolidated) |
|---|---|
| | CLASS ACTION |
| This Document Relates To: | [PROPOSED] SEALING ORDER |
| ALL ACTIONS. | Honorable Martin J. Jenkins |

Having considered the papers regarding Defendants' Administrative Request to File Under Seal Defendants' Opposition to Plaintiffs' Motion to Exclude the Expert Testimony of R. Glenn Hubbard, and finding good cause therefore; Defendants' Opposition to Plaintiffs' Motion to Exclude the Expert Testimony of R. Glenn Hubbard and accompanying documents is **HEREBY sealed**.

IT IS SO ORDERED.

Dated: _____

THE HONORABLE MARTIN J. JENKINS

Submitted By:

DATED: August 27, 2007

| | |
|---|---|
| LATHAM & WATKINS LLP<br>  Peter A. Wald (SBN 85705)<br>  Michele F. Kyrouz (SBN 168004)<br>  Sean P.J. Coyle (SBN 233039)<br>505 Montgomery Street, Suite 2000<br>San Francisco, CA  94111-2562<br>Telephone: (415) 391-0600<br>Facsimile: (415) 395-8095<br>E-mail: peter.wald@lw.com<br>           michele.kyrouz@lw.com | LATHAM & WATKINS LLP<br>  Patrick E. Gibbs  (SBN 183174)<br>  Matthew Rawlinson (SBN 231890)<br>140 Scott Drive<br>Menlo Park, CA 94025<br>Telephone: (650) 328-4600<br>Facsimile: (650) 463-2600<br>E-mail: patrick.gibbs@lw.com<br>           matt.rawlinson@lw.com |

LATHAM & WATKINS LLP
  Jaime L. Wine (SBN 181373)
633 West Fifth Street, Suite 4000
Los Angeles, CA  90071-2007
Telephone: (213) 485-1234
Facsimile: (213) 891-8763
Email: jaime.wine@lw.com

/s/
_____
Patrick E. Gibbs