1
2
3
4
5
6
7                     UNITED STATES DISTRICT COURT
8       NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION
9

| In re ORACLE CORPORATION SECURITIES LITIGATION | Master File No. C-01-0988-MJJ (JCS) (Consolidated) |
|---|---|
| This Document Relates To: ALL ACTIONS. | **[PROPOSED] ORDER GRANTING DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO EXCLUDE THE EXPERT TESTIMONY OF R. GLENN HUBBARD**<br><br>**Honorable Judge Martin J. Jenkins** |

1  Having considered the papers and argument regarding Defendants' Opposition to
2  Plaintiffs' Motion to Exclude the Expert Testimony of R. Glenn Hubbard, and finding good
3  cause therefore; such motion is hereby GRANTED. Mr. Hubbard is permitted to testify at trial.
4  IT IS SO ORDERED.

DATED: _____        _____
                                       The Honorable Martin J. Jenkins

Submitted by:

LATHAM & WATKINS LLP

    Peter A. Wald
    Patrick E. Gibbs
    Michele F. Kyrouz
    Jamie L. Wine
    Matt Rawlinson


By: _____/s/_____
    Patrick E. Gibbs
    Attorneys for Defendants ORACLE
    CORPORATION, LAWRENCE J.
    ELLISON, JEFFREY O. HENLEY,
    And Edward J. Sanderson

1

[PROPOSED] ORDER GRANTING DEFENDANTS'
OPP TO. PLAINITIFFS' MOTION TO EXCLUDE EXPERT
TESTIMONY OF R. GLENN HUBBARD
Master File No. C-01-0988-MJJ (JCS)