1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION

| In re ORACLE CORPORATION SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Master File No. C-01-0988-MJJ (JCS)<br>(Consolidated)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO EXCLUDE THE EXPERT TESTIMONY OF J. DUROSS O'BRYAN**<br><br>**Honorable Judge Martin J. Jenkins** |
|---|---|

| | |
|---|---|
| 1 | Having considered the papers and argument regarding Defendants' Opposition to |
| 2 | Plaintiffs' Motion to Exclude the Expert Testimony of J. Duross O'Bryan, and finding good |
| 3 | cause therefore; such motion is hereby GRANTED.  Mr. Duross O'Bryan is permitted to testify |
| 4 | at trial. |
| 5 | IT IS SO ORDERED. |

DATED: _____     _____
                                   The Honorable Martin J. Jenkins

Submitted by:

LATHAM & WATKINS LLP

    Peter A. Wald
    Patrick E. Gibbs
    Michele F. Kyrouz
    Jamie L. Wine
    Matt Rawlinson


By: _____/s/_____
    Patrick E. Gibbs
    Attorneys for Defendants ORACLE
    CORPORATION, LAWRENCE J.
    ELLISON, JEFFREY O. HENLEY,
    And Edward J. Sanderson

1

[PROPOSED] ORDER GRANTING DEFENDANTS'
OPP TO. PLAINITIFFS' MOTION TO EXCLUDE EXPERT
TESTIMONY OF J. DUROSS O'BRYAN
Master File No. C-01-0988-MJJ (JCS)