1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION

| In re ORACLE CORPORATION SECURITIES LITIGATION | Master File No. C-01-0988-MJJ (Consolidated) |
|---|---|
| | CLASS ACTION |
| This Document Relates To: | [PROPOSED] SEALING ORDER |
| ALL ACTIONS. | Honorable Martin J. Jenkins |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1  Having considered the papers regarding Defendants' Administrative Request to
2  File Under Seal Defendants' Opposition to Plaintiffs' Motion to Exclude the Testimony of
3  Defendants' Accounting Expert, J. Duross O'Bryan, and Supporting Documents, and finding
4  good cause therefore:  Defendants' Opposition to Plaintiffs' Motion to Exclude the Testimony of
5  Defendants' Accounting Expert, J. Duross O'Bryan, and the Declaration of Peter W. Baldwin in
6  Support of Defendants' Opposition to Plaintiffs' Motion to Exclude the Testimony of
7  Defendants' Accounting Expert, J. Duross O'Bryan, are **HEREBY sealed**.

9  IT IS SO ORDERED.

11  Dated: _____   _____
12  THE HONORABLE MARTIN J. JENKINS

13  Submitted By:

14  DATED:  August 27, 2007

16  LATHAM & WATKINS LLP
    Peter A. Wald (SBN 85705)
17  Michele F. Kyrouz (SBN 168004)
    Sean P.J. Coyle (SBN 233039)
18  505 Montgomery Street, Suite 2000
    San Francisco, CA  94111-2562
19  Telephone: (415) 391-0600
    Facsimile: (415) 395-8095
20  E-mail: peter.wald@lw.com
21          michele.kyrouz@lw.com

LATHAM & WATKINS LLP
    Patrick E. Gibbs  (SBN 183174)
    Matthew Rawlinson (SBN 231890)
140 Scott Drive
Menlo Park, CA 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600
E-mail: patrick.gibbs@lw.com
        matt.rawlinson@lw.com

23  LATHAM & WATKINS LLP
    Jaime L. Wine (SBN 181373)
24  633 West Fifth Street, Suite 4000
    Los Angeles, CA  90071-2007
25  Telephone: (213) 485-1234
    Facsimile: (213) 891-8763
26  Email: jaime.wine@lw.com

27  /s/
28  _____
    Patrick E. Gibbs