| | |
|---|---|
| 1 | LATHAM & WATKINS LLP |
|   |   Peter A. Wald (SBN 85705) |
| 2 |   Michele F. Kyrouz (SBN 168004) |
|   | 505 Montgomery Street, Suite 2000 |
| 3 | San Francisco, CA 94111-2562 |
|   | Telephone: (415) 391-0600 |
| 4 | Facsimile: (415) 395-8095 |
|   | E-mail: peter.wald@lw.com |
| 5 |         michele.kyrouz@lw.com |

LATHAM & WATKINS LLP
  Patrick E. Gibbs (SBN 183174)
  Matthew Rawlinson (SBN 231890)
  Andrew M. Farthing (SBN 237565)
140 Scott Drive
Menlo Park, CA 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600
E-mail: patrick.gibbs@lw.com
        matt.rawlinson@lw.com
        andrew.farthing@lw.com

LATHAM & WATKINS LLP
  Jamie L. Wine (SBN 181373)
633 West Fifth Street, Suite 4000
Los Angeles, CA 90071
Phone: (213) 485-1234
Fax: (213) 891-8763
E-mail: jamie.wine@lw.com

Attorneys for Defendants ORACLE CORPORATION, LAWRENCE J. ELLISON, JEFFREY O. HENLEY, and EDWARD J. SANDERSON

ORACLE CORPORATION
  Dorian Daley (SBN 129049)
  James C. Maroulis (SBN 208316)
500 Oracle Parkway
Mailstop 5OP7
Redwood Shores, CA 94065
Telephone: (650) 506-5200
Facsimile: (650) 506-7114
E-mail: jim.maroulis@oracle.com

Attorneys for Defendant ORACLE CORPORATION

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Master File No. C-01-0988-MJJ (JCS)<br>(Consolidated)<br><br>CLASS ACTION<br><br>**DECLARATION OF ANDREW M. FARTHING IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE REQUEST TO FILE UNDER SEAL DEFENDANTS' OPPOSITIONS TO PLAINTIFFS' MOTIONS TO EXCLUDE EXPERT TESTIMONY OF R. GLENN HUBBARD AND GEORGE FOSTER AND SUPPORTING DOCUMENTS**<br><br>**Honorable Judge Martin J. Jenkins** |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

FARTHING DECL. ISO ADMIN. REQ. TO FILE UNDER SEAL
DEFS' OPP. AND SUPPORTING DOCUMENTS
Master File No. C-01-0988-MJJ

I, Andrew M. Farthing, declare as follows:

1. I am an attorney duly licensed to practice before all the courts of the State of California. I am an associate with the law firm of Latham & Watkins LLP, counsel of record for Defendants in the above-entitled action. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. I submit this declaration in support of Defendants' Administrative Request to File Under Seal Defendants' Oppositions to Plaintiffs' Motions to Exclude Expert Testimony of R. Glenn Hubbard and George Foster and Supporting Documents (Defendants' "Motion and Supporting Documents") consisting of:

   a. Defendants' Opposition to Plaintiffs' Motion to Exclude Expert Testimony of R. Glenn Hubbard;

   b. Defendants' Opposition to Plaintiffs' Motion to Exclude Expert Testimony of George Foster;

   c. The Declaration of Andrew M. Farthing in Support of Defendants' Opposition to Plaintiffs' Motions to Exclude Expert Testimony of R. Glenn Hubbard and George Foster.

3. Defendants' Motion and Supporting Documents refer extensively to and attach information and materials which have been designated as "Confidential" by both parties.

4. "Confidential" information is subject to the provisions of the Revised Stipulated Protective Order Governing Confidentiality entered on January 11, 2005. The revised Stipulated Protective Order Governing Confidentiality is attached hereto as Exhibit A.

I hereby certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on August 27, 2007 in Menlo Park, California.

/s/
_____
Andrew M. Farthing

/S/

By:_____
Patrick E. Gibbs
Attorneys for Defendants ORACLE
CORPORATION, LAWRENCE J.
ELLISON, JEFFREY O. HENLEY,
and EDWARD J. SANDERSON

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

ADMIN REQUEST TO FILE UNDER SEAL DEFS' OPP. TO MOTIONS TO EXCLUDE
TESTIMONY OF HUBBARD AND FOSTER AND SUPPORTING DOCUMENTS
Master File No. C-01-0988-MJJ