1
2
3
4
5
6

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION <br><br> This Document Relates To: <br><br> ALL ACTIONS. | Master File No. C-01-0988-MJJ (JCS) (Consolidated) <br><br> **[PROPOSED] ORDER GRANTING DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO EXCLUDE THE EXPERT TESTIMONY OF GEORGE FOSTER** <br><br> **Honorable Judge Martin J. Jenkins** |

1       Having considered the papers and argument regarding Defendants' Opposition to Plaintiffs' Motion to Exclude the Expert Testimony of George Foster, and finding good cause therefore; such motion is hereby GRANTED. Mr. Foster is permitted to testify at trial.

      IT IS SO ORDERED.

DATED: _____

_____
The Honorable Martin J. Jenkins

Submitted by:

LATHAM & WATKINS LLP

    Peter A. Wald
    Patrick E. Gibbs
    Michele F. Kyrouz
    Jamie L. Wine
    Matt Rawlinson

By: _____/s/_____
    Patrick E. Gibbs
    Attorneys for Defendants ORACLE CORPORATION, LAWRENCE J. ELLISON, JEFFREY O. HENLEY, And Edward J. Sanderson

1

[PROPOSED] ORDER GRANTING DEFENDANTS'
OPP TO. PLAINTIFFS' MOTION TO EXCLUDE EXPERT
TESTIMONY OF GEORGE FOSTER
Master File No. C-01-0988-MJJ (JCS)