1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION

| In re ORACLE CORPORATION SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Master File No. C-01-0988-MJJ (JCS)<br>(Consolidated)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO EXCLUDE THE EXPERT TESTIMONY OF EDWARD YOURDON**<br><br>**Honorable Judge Martin J. Jenkins** |
|---|---|

1  Having considered the papers and argument regarding Defendants' Opposition to
2  Plaintiffs' Motion to Exclude the Expert Testimony of Edward Yourdon, and finding good cause
3  therefore; such motion is hereby GRANTED.  Mr. Yourdon is permitted to testify at trial.
4  IT IS SO ORDERED.

7  DATED: _____        _____
                                        The Honorable Martin J. Jenkins

8  Submitted by:

9  LATHAM & WATKINS LLP

10     Peter A. Wald
       Patrick E. Gibbs
11     Michele F. Kyrouz
       Jamie L. Wine
12     Matt Rawlinson

15  By:  _____/s/_____
         Patrick E. Gibbs
         Attorneys for Defendants ORACLE
16       CORPORATION, LAWRENCE J.
         ELLISON, JEFFREY O. HENLEY,
17       And Edward J. Sanderson

1

[PROPOSED] ORDER GRANTING DEFENDANTS'
OPP TO. PLAINITIFFS' MOTION TO EXCLUDE EXPERT
TESTIMONY OF EDWARD YOURDON
Master File No. C-01-0988-MJJ (JCS)