LATHAM & WATKINS LLP
  Peter A. Wald (SBN 85705)
  Michele F. Kyrouz (SBN 168004)
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-2562
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
E-mail: peter.wald@lw.com
        michele.kyrouz@lw.com

LATHAM & WATKINS LLP
  Patrick E. Gibbs (SBN 183174)
  Matthew Rawlinson (SBN 231890)
140 Scott Drive
Menlo Park, CA 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600
E-mail: patrick.gibbs@lw.com
        matt.rawlinson@lw.com

LATHAM & WATKINS LLP
  Jamie L. Wine (SBN 181373)
633 West Fifth Street, Suite 4000
Los Angeles, CA 90071
Phone: (213) 485-1234
Fax: (213) 891-8763
E-mail: jamie.wine@lw.com

Attorneys for Defendants ORACLE CORPORATION, LAWRENCE J. ELLISON, JEFFREY O. HENLEY, and EDWARD J. SANDERSON

ORACLE CORPORATION
  Dorian Daley (SBN 129049)
  James C. Maroulis (SBN 208316)
500 Oracle Parkway
Mailstop 5OP7
Redwood Shores, CA 94065
Telephone: (650) 506-5200
Facsimile: (650) 506-7114
E-mail: jim.maroulis@oracle.com

Attorneys for Defendant ORACLE CORPORATION

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION

| In re ORACLE CORPORATION SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Master File No. C-01-0988-MJJ (JCS) (Consolidated)<br><br>CLASS ACTION<br><br>**DEFENDANTS' ADMINISTRATIVE REQUEST TO FILE UNDER SEAL DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO EXCLUDE EXPERT TESTIMONY OF EDWARD YOURDON AND SUPPORTING DOCUMENTS**<br><br>**Honorable Judge Martin J. Jenkins** |
|---|---|

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

ADMIN REQUEST TO FILE UDER SEAL DEFS' OPP. TO MOTION TO EXCLUDE
TESTIMONY OF EDWARD YOURDON AND SUPPORTING DOCUMENTS
Master File No. C-01-0988-MJJ (JCS)

Defendants submit this Administrative Request to file under seal Defendants' Opposition to Plaintiffs' Motion to Exclude Expert Testimony of Edward Yourdon and Supporting Documents (Defendants' "Administrative Request"). Defendants are submitting this single Administrative Request for all of the documents supporting their Opposition to Plaintiffs' Motion to Exclude the Expert Testimony of Edward Yourdon, rather than burden the Court with multiple filings. Through this Administrative Request, Defendants ask the Court to seal the following documents and any exhibits thereto:

1. Defendants' Opposition to Plaintiffs' Motion to Exclude Expert Testimony of Edward Yourdon;

2. The Declaration of Rees F. Morgan in Support of Defendants' Opposition to Plaintiffs' Motion to Exclude Expert Testimony of Edward Yourdon;

Accompanying this Administrative Request is the Declaration of Rees F. Morgan in Support of Defendants' Administrative Request and the [Proposed] Order Sealing Defendants' Administrative Request, respectively filed and lodged concurrently herewith.

In Defendants' Opposition to Plaintiffs' Motion to Exclude Expert Testimony of Edward Yourdon and Supporting Documents (as referenced above), Defendants refer extensively to and attach information and materials that have been designated as "Confidential" by both parties. Information designated as "Confidential" is subject to the provisions of the Revised Stipulated Protective Order Governing Confidentiality entered on January 11, 2005. Accordingly, Defendants respectfully request that Defendants' Opposition to Plaintiffs' Motion to Exclude Expert Testimony of Edward Yourdon and supporting documents be filed under seal of the Court.

Dated: August 27, 2007

LATHAM & WATKINS LLP
Peter A. Wald
Michele F. Kyrouz
Jamie L. Wine
Patrick E. Gibbs
Matthew Rawlinson

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

ADMIN REQUEST TO FILE UDER SEAL DEFS' OPP. TO MOTION TO EXCLUDE TESTIMONY OF EDWARD YOURDON AND SUPPORTING DOCUMENTS
Master File No. C-01-0988-MJJ (JCS)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

/S/

By: _____
Patrick E. Gibbs
Attorneys for Defendants ORACLE
CORPORATION, LAWRENCE J.
ELLISON, JEFFREY O. HENLEY,
and EDWARD J. SANDERSON

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

ADMIN REQUEST TO FILE UDER SEAL DEFS' OPP. TO MOTION TO EXCLUDE
TESTIMONY OF EDWARD YOURDON AND SUPPORTING DOCUMENTS
Master File No. C-01-0988-MJJ (JCS)