1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION

| In re ORACLE CORPORATION SECURITIES LITIGATION | Master File No. C-01-0988-MJJ (Consolidated) |
|---|---|
| This Document Relates To: ALL ACTIONS. | CLASS ACTION [PROPOSED] SEALING ORDER **Honorable Martin J. Jenkins** |

1   Having considered the papers regarding Defendants' Administrative Request to
2   File Under Seal Defendants' Opposition to Plaintiffs' Motion to Exclude the Expert Testimony
3   of Edward Yourdon, and finding good cause therefore; Defendants' Opposition to Plaintiffs'
4   Motion to Exclude the Expert Testimony of Edward Yourdon is **HEREBY sealed**.

6   IT IS SO ORDERED.

8   Dated: _____   _____
9                                     THE HONORABLE MARTIN J. JENKINS

10  Submitted By:

11  DATED:  August 27, 2007

13  LATHAM & WATKINS LLP                LATHAM & WATKINS LLP
      Peter A. Wald (SBN 85705)           Patrick E. Gibbs  (SBN 183174)
14    Michele F. Kyrouz (SBN 168004)      Matthew Rawlinson (SBN 231890)
      Sean P.J. Coyle (SBN 233039)      140 Scott Drive
15  505 Montgomery Street, Suite 2000   Menlo Park, CA 94025
    San Francisco, CA  94111-2562       Telephone: (650) 328-4600
16  Telephone: (415) 391-0600           Facsimile: (650) 463-2600
    Facsimile: (415) 395-8095           E-mail: patrick.gibbs@lw.com
17  E-mail: peter.wald@lw.com                   matt.rawlinson@lw.com
18          michele.kyrouz@lw.com

20  LATHAM & WATKINS LLP
      Jaime L. Wine (SBN 181373)
21  633 West Fifth Street, Suite 4000
    Los Angeles, CA  90071-2007
22  Telephone: (213) 485-1234
    Facsimile: (213) 891-8763
23  Email: jaime.wine@lw.com

24      /s/
25  _____
        Patrick E. Gibbs