1  LERACH COUGHLIN STOIA GELLER
     RUDMAN & ROBBINS LLP
2  MARK SOLOMON (151949)
   DOUGLAS R. BRITTON (188769)
3  GAVIN M. BOWIE (235532)
   STACEY M. KAPLAN (241989)
4  655 West Broadway, Suite 1900
   San Diego, CA  92101
5  Telephone:  619/231-1058
   619/231-7423 (fax)
6  marks@lerachlaw.com
   dougb@lerachlaw.com
7  gbowie@lerachlaw.com
   skaplan@lerachlaw.com
8         – and –
   SHAWN A. WILLIAMS (213113)
9  WILLOW E. RADCLIFFE (200087)
   MONIQUE C. WINKLER (213031)
10 ELI R. GREENSTEIN (217945)
   100 Pine Street, Suite 2600
11 San Francisco, CA  94111
   Telephone:  415/288-4545
12 415/288-4534 (fax)
   shawnw@lerachlaw.com
13 willowr@lerachlaw.com
   moniquew@lerachlaw.com
14 elig@lerachlaw.com

15 Lead Counsel for Plaintiffs

16                        UNITED STATES DISTRICT COURT

17                       NORTHERN DISTRICT OF CALIFORNIA

18 | In re ORACLE CORPORATION          ) | Master File No. C-01-0988-MJJ
   | SECURITIES LITIGATION             ) |
19 |                                   ) | CLASS ACTION
   |                                   ) |
20 | This Document Relates To:         ) | MANUAL FILING NOTIFICATION
   |                                   ) | REGARDING DECLARATION OF SHAWN
21 |     ALL ACTIONS.                  ) | A. WILLIAMS IN SUPPORT OF
   |                                   ) | PLAINTIFFS' OPPOSITION TO
22                                       | DEFENDANTS' *DAUBERT* MOTION TO
                                          | EXCLUDE EXPERT REPORTS AND
23                                        | TESTIMONY OF BJORN I. STEINHOLT

1    Regarding: DECLARATION OF SHAWN A. WILLIAMS IN SUPPORT OF PLAINTIFFS'
2 OPPOSITION TO DEFENDANTS' *DAUBERT* MOTION TO EXCLUDE EXPERT REPORTS
3 AND TESTIMONY OF BJORN I. STEINHOLT.
4    This filing is in paper or physical form only, and is being maintained in the case file in the
5 Clerk's office.
6    If you are a participant on this case, the filing will be served in hard-copy shortly.
7    For information on retrieving this filing directly from the Court, please see the Court's main
8 website at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).
9    This filing was not e-filed because the item was filed under seal pursuant to protective order.

10 DATED:  August 27, 2007                          LERACH COUGHLIN STOIA GELLER
                                                       RUDMAN & ROBBINS LLP
11                                                   SHAWN A. WILLIAMS
                                                   WILLOW E. RADCLIFFE
12                                                   MONIQUE C. WINKLER
                                                   ELI R. GREENSTEIN
13

14
                                                        s/ Shawn A. Williams
15                                                      SHAWN A. WILLIAMS

16                                                 100 Pine Street, Suite 2600
                                                   San Francisco, CA  94111
17                                                 Telephone:  415/288-4545
                                                   415/288-4534 (fax)
18
                                                   LERACH COUGHLIN STOIA GELLER
19                                                   RUDMAN & ROBBINS LLP
                                                   MARK SOLOMON
20                                                 DOUGLAS R. BRITTON
                                                   GAVIN M. BOWIE
21                                                 STACEY M. KAPLAN
                                                   655 West Broadway, Suite 1900
22                                                 San Diego, CA  92101
                                                   Telephone:  619/231-1058
23                                                 619/231-7423 (fax)

24                                                 Lead Counsel for Plaintiffs

25 T:\CasesSF\Oracle3\NOT00044874.doc

26

27

28

MANUAL FILING NOTIFICATION RE WILLIAMS DECL IN SUPP OF PLTFS' OPP TO DEFS'
*DAUBERT* MTN TO EXCLUDE EXPERT RPTS & TESTIMONY OF STEINHOLT - C-01-0988-MJJ          - 1 -

CERTIFICATE OF SERVICE

I hereby certify that on August 27, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 27, 2007.

    s/ Shawn A. Williams
SHAWN A. WILLIAMS

LERACH COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
100 Pine Street, 26th Floor
San Francisco, CA  94111
Telephone: 415/288-4545
415/288-4534 (fax)

E-mail:shawnw@lerachlaw.com

MANUAL FILING NOTIFICATION RE WILLIAMS DECL IN SUPP OF PLTFS' OPP TO DEFS' *DAUBERT* MTN TO EXCLUDE EXPERT RPTS & TESTIMONY OF STEINHOLT - C-01-0988-MJJ   - 2 -

# Mailing Information for a Case 3:01-cv-00988-MJJ

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jennie Lee Anderson**
  jennie@libertylawoffice.com

- **Eric J. Belfi**
  ebelfi@labaton.com,ElectronicCaseFiling@labaton.com

- **Doug Britton**
  dougb@lerachlaw.com,e_file_sf@lerachlaw.com,e_file_sd@lerachlaw.com,ldeem@lerachlaw.com

- **Patrick Edward Gibbs**
  patrick.gibbs@lw.com,zoila.aurora@lw.com

- **Eli Greenstein**
  Elig@lerachlaw.com,e_file_sf@lerachlaw.com,e_file_sd@lerachlaw.com

- **Kirke M. Hasson**
  kirke.hasson@pillsburylaw.com,cheryl.grant@pillsburylaw.com

- **Stacey Marie Kaplan**
  SKaplan@lerachlaw.com

- **Reed R. Kathrein**
  reed@hbsslaw.com,nancyq@hbsslaw.com

- **Michele Frances Kyrouz**
  michele.kyrouz@lw.com

- **Nicole Catherine Lavallee**
  nlavallee@bermanesq.com,ysoboleva@bermanesq.com

- **William S. Lerach**
  e_file_sd@lerachlaw.com

- **James C. Maroulis**
  jim.maroulis@oracle.com

- **Caroline McIntyre**
  cmcintyre@be-law.com,swalker@be-law.com

- **Valerie McLaughlin**
  valeriem@lerachlaw.com,kellyb@lerachlaw.com

- **Brian P Murray**

- bmurray@rabinlaw.com

- **Shinyung Oh**
  shinyungoh@paulhastings.com

- **Willow E. Radcliffe**
  willowr@lerachlaw.com,e_file_sf@lerachlaw.com,e_file_sd@lerachlaw.com

- **Sanna Rachel Singer**
  ssinger@sideman.com,mthomas@sideman.com

- **Mark Solomon**
  marks@lerachlaw.com,e_file_sf@lerachlaw.com,e_file_sd@lerachlaw.com

- **Edward W. Swanson**
  eswanson@swansonmcnamara.com

- **Shawn A. Williams**
  shawnw@lerachlaw.com,cwood@lerachlaw.com,e_file_sf@lerachlaw.com,dpfefferbaum@lerachl

- **Jamie Lynne Wine**
  jamie.wine@lw.com,karen.kelly@lw.com

- **Monique Winkler**
  shawnw@lerachlaw.com,E_File_SF@lerachlaw.com,travisd@lerachlaw.com,MoniqueW@lerachl

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Dorian Daley
500 Oracle Parkway
Redwood City, CA 94065

Corey D. Holzer
Holzer Holzer & Cannon LLC
1117 Perimeter Center West
Suite E-107
Atlanta, GA 30338

Raymond Lane
Bergeson LLP
303 Almaden Blvd., Ste. 500
San Jose, CA 95110

PRG-Schultz USA, Inc.
Paul Hastings Janofsky & Walker LLP
55 Second Street
24th Floor
San Francisco, CA 94105
```

**Darren Jay Robbins**
 Lerach Coughlin Stoia Geller Rudman  & Robbins LLP
655 West Broadway
Suite 1900
San Diego, CA 92101