1
2
3
4
5
6

7

**UNITED STATES DISTRICT COURT**

8

**NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION**

9

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION | Master File No. C-01-0988-MJJ (Consolidated) |
| | CLASS ACTION |
| This Document Relates To: ALL ACTIONS. | **[PROPOSED] ORDER DENYING PLAINTIFFS' MOTIONS FOR SUMMARY JUDGMENT AND GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |
| | **Honorable Martin J. Jenkins** |

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1  The Court, having considered the papers regarding Plaintiffs' Motion for Partial Summary Judgment, Plaintiffs' Motion for Summary Judgment Against Lawrence Ellison for Trading on the Basis of Nonpublic Information, and Defendants' Motion for Summary Judgment, and any argument thereon, and finding that there is no genuine issue as to any material fact, that Plaintiffs are not entitled to judgment on any claim as a matter of law and that Defendants are entitled to judgment on all claims as a matter of law pursuant to Federal Rule of Civil Procedure 56(c), hereby **ORDERS** as follows: Plaintiffs' Motion for Partial Summary Judgment and Plaintiffs' Motion for Summary Judgment Against Lawrence Ellison for Trading on the Basis of Nonpublic Information are each **DENIED**.  The Court **FURTHER ORDERS** that Defendants' Motion for Summary Judgment is **GRANTED**.  Judgment on all claims is hereby entered for Defendants.

**IT IS SO ORDERED**.

Dated: _____

THE HONORABLE MARTIN J. JENKINS

Submitted By:

DATED:  August 27, 2007

LATHAM & WATKINS LLP
  Peter A. Wald (SBN 85705)
  Michele F. Kyrouz (SBN 168004)
505 Montgomery Street, Suite 2000
San Francisco, California 94111-2562
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
E-mail: peter.wald@lw.com
      michele.kyrouz@lw.com

LATHAM & WATKINS LLP
  Patrick E. Gibbs (SBN 183174)
  Matthew Rawlinson (SBN 231890)
140 Scott Drive
Menlo Park, California 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600
E-mail: patrick.gibbs@lw.com
      matt.rawlinson@lw.com

LATHAM & WATKINS LLP
  Jamie L. Wine (SBN 181373)
633 West Fifth Street, Suite 4000
Los Angeles, California 90071-2007
Phone: (212) 906-1200
Fax: (212) 751-4864
E-mail: jamie.wine@lw.com

**/s/**
_____
  Patrick E. Gibbs