| | |
|---|---|
| LATHAM & WATKINS LLP<br>   Peter A. Wald (SBN 85705)<br>   Michele F. Kyrouz (SBN 168004)<br>505 Montgomery Street, Suite 2000<br>San Francisco, CA 94111-2562<br>Telephone: (415) 391-0600<br>Facsimile: (415) 395-8095<br>E-mail: peter.wald@lw.com<br>         michele.kyrouz@lw.com | LATHAM & WATKINS LLP<br>   Patrick E. Gibbs (SBN 183174)<br>   Matthew Rawlinson (SBN 231890)<br>135 Commonwealth Drive<br>Menlo Park, CA 94025<br>Telephone: (650) 328-4600<br>Facsimile: (650) 463-2600<br>E-mail: patrick.gibbs@lw.com<br>         matt.rawlinson@lw.com |

LATHAM & WATKINS LLP
   Jamie L. Wine (SBN 181373)
633 West Fifth Street, Suite 4000
Los Angeles, CA 90071-2007
Telephone: (213) 485-1234
Facsimile: (213) 891-8763
E-mail: jamie.wine@lw.com

Attorneys for Defendants ORACLE CORPORATION, LAWRENCE J. ELLISON, JEFFREY O. HENLEY, and EDWARD J. SANDERSON

ORACLE CORPORATION
   Dorian E. Daley (SBN 129049)
   James C. Maroulis (SBN 208316)
500 Oracle Parkway
Mailstop 5OP7
Redwood Shores, California 94065
Telephone: (650) 506-5200
Facsimile: (650) 506-7114
E-mail: jim.maroulis@oracle.com

Attorneys for Defendant ORACLE CORPORATION

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Master File No. C-01-0988-MJJ (JCS)<br>(Consolidated)<br><br>CLASS ACTION<br><br>**SUPPLEMENTAL DECLARATION OF ALAN J. FLETCHER IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date: September 26, 2007<br>Time: 2:30 p.m.<br>Judge: Hon. Martin J. Jenkins |

**FILED UNDER SEAL**

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

SUPP. DECL. OF ALAN J. FLETCHER IN SUPPORT OF
OPP. TO PLS.' MOT. FOR PARTIAL SUMM. J.
Master File No. C-01-0988-MJJ (JCS)