LATHAM & WATKINS LLP
  Peter A. Wald (SBN 85705)
  Michele F. Kyrouz (SBN 168004)
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-2562
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
E-mail: peter.wald@lw.com
        michele.kyrouz@lw.com

LATHAM & WATKINS LLP
  Patrick E. Gibbs (SBN 183174)
  Matthew Rawlinson (SBN 231890)
140 Scott Drive
Menlo Park, CA 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600
E-mail: patrick.gibbs@lw.com
        matt.rawlinson@lw.com

LATHAM & WATKINS LLP
  Jamie L. Wine (SBN 181373)
633 West Fifth Street, Suite 4000
Los Angeles, CA 90071-2007
Phone: (213) 485-1234
Fax: (213) 891-8763
E-mail: jamie.wine@lw.com

Attorneys for Defendants ORACLE CORPORATION, LAWRENCE
J. ELLISON, JEFFREY O. HENLEY, and EDWARD J. SANDERSON

ORACLE CORPORATION
  Dorian Daley (SBN 129049)
  James C. Maroulis (SBN 208316)
500 Oracle Parkway
Mailstop 5OP7
Redwood Shores, California 94065
Telephone: (650) 506-5200
Facsimile: (650) 506-7114
E-mail: jim.maroulis@oracle.com

Attorneys for Defendant ORACLE CORPORATION

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION | Master File No. C-01-0988-MJJ (Consolidated) |
| | CLASS ACTION |
| This Document Relates To:<br><br>ALL ACTIONS. | **DEFENDANTS' ADMINISTRATIVE REQUEST TO FILE UNDER SEAL DEFENDANTS' OPPOSITION TO PLAINTIFFS' AMENDED MOTION FOR PARTIAL SUMMARY JUDGMENT AND SUPPORTING DOCUMENTS**<br><br>**Honorable Martin J. Jenkins** |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

ADMIN REQUEST TO FILE UNDER SEAL DEFS' OPP. TO PLFS'
MOT. FOR PART. SUMM. JUD. AND SUPP. DOCS
Master File No. C-01-0988-MJJ

1    Defendants submit this Administrative Request to file under seal Defendants'

2  Opposition to Plaintiffs' Amended Motion for Partial Summary Judgment and Supporting

3  Documents (Defendants' "Administrative Request").  Defendants are submitting this single

4  Administrative Request for all of the documents supporting their Opposition to Plaintiffs'

5  Amended Motion for Partial Summary Judgment, rather than burden the Court with multiple

6  filings.  Through this Administrative Request, Defendants ask the Court to seal the following

7  documents and any exhibits thereto:

8         1.    Defendants' Opposition to Plaintiffs' Amended Motion for Partial

9               Summary Judgment;

10        2.    The Declaration of Sean P.J. Coyle in Support of Defendants' Opposition

11              to Plaintiffs' Amended Motion for Partial Summary Judgment;

12        3.    The Supplemental Declaration of Mary Ann Anthony in Support of

13              Defendants' Opposition to Plaintiffs' Motion for Partial Summary

14              Judgment;

15        4.    The Supplemental Declaration of Alan J. Fletcher in Support of

16              Defendants' Opposition to Plaintiffs' Motion for Partial Summary

17              Judgment.

18        Accompanying this Administrative Request are the Declaration of Sean P.J. Coyle

19  in Support of Defendants' Administrative Request and the [Proposed] Order granting

20  Defendants' Administrative Request, respectively filed and lodged concurrently herewith.

21        In Defendants' Opposition to Plaintiffs' Amended Motion for Partial Summary

22  Judgment and Supporting Documents (as referenced above), Defendants refer extensively to and

23  attach information and materials that have been designated as "Confidential" by the parties.

24  Information designated as "Confidential" is subject to the provisions of the Revised Stipulated

25  Protective Order Governing Confidentiality entered on January 11, 2005.  Accordingly,

26  / / /

27  / / /

28  / / /

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

ADMIN REQUEST TO FILE UNDER SEAL DEFS' OPP. TO PLFS'
MOT. FOR PART. SUMM. JUD. AND SUPP. DOCS
Master File No. C-01-0988-MJJ

1    Defendants respectfully request that Defendants' Opposition to Plaintiffs' Motion for Partial

2    Summary Judgment and Supporting Documents be filed under seal of the Court.

3

4    Dated:  August 27, 2007                          LATHAM & WATKINS LLP

5                                                     Peter A. Wald
                                                      Michele F. Kyrouz
6                                                     Jamie L. Wine
                                                      Patrick E. Gibbs

7

8

9                                                    ***/S/***

                                                By:_____
10
                                                     Patrick E. Gibbs
11                                                   Attorneys for Defendants ORACLE
                                                     CORPORATION, LAWRENCE J.
12                                                   ELLISON, JEFFREY O. HENLEY,
                                                     and EDWARD J. SANDERSON
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

ADMIN REQUEST TO FILE UNDER SEAL DEFS'  OPP. TO PLFS'
MOT. FOR PART. SUMM. JUD. AND SUPP. DOCS
Master File No. C-01-0988-MJJ