LATHAM & WATKINS LLP
  Peter A. Wald (SBN 85705)
  Michele F. Kyrouz (SBN 168004)
  Sean P.J. Coyle (SBN 233039)
505 Montgomery Street, Suite 2000
San Francisco, CA  94111-2562
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
E-mail: peter.wald@lw.com
        michele.kyrouz@lw.com
        sean.coyle@lw.com

LATHAM & WATKINS LLP
  Patrick E. Gibbs (SBN 183174)
  Matthew Rawlinson (SBN 231890)
140 Scott Drive
Menlo Park, CA 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600
E-mail: patrick.gibbs@lw.com
        matt.rawlinson@lw.com

Attorneys for Defendants ORACLE CORPORATION, LAWRENCE J. ELLISON, JEFFREY O. HENLEY, and EDWARD J. SANDERSON

ORACLE CORPORATION
  Dorian Daley (SBN 129049)
  James C. Maroulis (SBN 208316)
500 Oracle Parkway
Mailstop 5OP7
Redwood Shores, California 94065
Telephone: (650) 506-5200
Facsimile: (650) 506-7114
E-mail: jim.maroulis@oracle.com

Attorneys for Defendant ORACLE CORPORATION

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Master File No. C-01-0988-MJJ (Consolidated)<br><br>CLASS ACTION<br><br>**DECLARATION OF SEAN P.J. COYLE IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE REQUEST TO FILE UNDER SEAL DEFENDANTS' OPPOSITION TO PLAINTIFFS' AMENDED MOTION FOR PARTIAL SUMMARY JUDGMENT AND SUPPORTING DOCUMENTS**<br><br>**Honorable Martin J. Jenkins** |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

COYLE DECL. ISO ADMIN. REQ. TO FILE UNDER SEAL DEFS' OPP. TO PLFS' MOT. PART. SUMM. JUD & SUPP. DOCS
Master File No. C-01-0988-MJJ

I, Sean P.J. Coyle, declare as follows:

1. I am an attorney duly licensed to practice before all the courts of the State of California. I am an associate with the law firm of Latham & Watkins LLP, counsel of record for Defendants in the above-entitled action. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. I submit this declaration in support of Defendants' Administrative Request to File Under Seal Defendants' Opposition to Plaintiffs' Amended Motion for Partial Summary Judgment and Supporting Documents. Defendants' Opposition to Plaintiffs' Motion for Partial Summary Judgment and Supporting Documents (Defendants' "Opposition and Supporting Documents") consist of:

    a. Defendants' Opposition to Plaintiffs' Amended Motion for Partial Summary Judgment;

    b. The Declaration of Sean P.J. Coyle in Support of Defendants' Opposition to Plaintiffs' Amended Motion for Partial Summary Judgment;

    c. The Supplemental Declaration of Mary Ann Anthony in Support of Defendants' Opposition to Plaintiffs' Motion for Partial Summary Judgment;

    d. The Supplemental Declaration of Alan J. Fletcher in Support of Defendants' Opposition to Plaintiffs' Motion for Partial Summary Judgment.

3. Defendants' Opposition and Supporting Documents refer extensively to and attach information and materials which have been designated as "Confidential" by the parties.

4. "Confidential" information is subject to the provisions of the Revised Stipulated Protective Order Governing Confidentiality entered on January 11, 2005. The revised Stipulated Protective Order Governing Confidentiality is attached hereto as Exhibit A.

///

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

COYLE DECL. ISO ADMIN. REQ. TO FILE UNDER SEAL DEFS' OPP. TO PLFS' MOT. PART. SUMM. JUD & SUPP. DOCS
Master File No. C-01-0988-MJJ

1  I hereby certify under penalty of perjury under the laws of the State of California
2  that the foregoing is true and correct and that this declaration was executed on August 27, 2007
3  in San Francisco, California.

4                                          /s/
5                                          _____
6                                          Sean P.J Coyle

7
8
9
10
...
28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

COYLE DECL. ISO ADMIN. REQ. TO FILE UNDER SEAL DEFS'
OPP. TO PLFS' MOT. PART. SUMM. JUD & SUPP. DOCS
Master File No. C-01-0988-MJJ