LERACH COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
MARK SOLOMON (151949)
DOUGLAS R. BRITTON (188769)
GAVIN M. BOWIE (235532)
STACEY M. KAPLAN (241989)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
marks@lerachlaw.com
dougb@lerachlaw.com
gbowie@lerachlaw.com
skaplan@lerachlaw.com
     – and –
SHAWN A. WILLIAMS (213113)
WILLOW E. RADCLIFFE (200087)
MONIQUE C. WINKLER (213031)
ELI R. GREENSTEIN (217945)
100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@lerachlaw.com
willowr@lerachlaw.com
moniquew@lerachlaw.com
elig@lerachlaw.com

Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>   ALL ACTIONS. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Master File No. C-01-0988-MJJ<br><br>CLASS ACTION<br><br>MANUAL FILING NOTIFICATION REGARDING PLAINTIFFS' OPPOSITION TO DEFENDANTS' *DAUBERT* MOTION TO EXCLUDE EXPERT REPORTS AND TESTIMONY OF ALAN G. GOEDDE |

1       Regarding:  PLAINTIFFS' OPPOSITION TO DEFENDANTS' *DAUBERT* MOTION TO

2  EXCLUDE EXPERT REPORTS AND TESTIMONY OF ALAN G. GOEDDE.

3       This filing is in paper or physical form only, and is being maintained in the case file in the

4  Clerk's office.

5       If you are a participant on this case, the filing will be served in hard-copy shortly.

6       For information on retrieving this filing directly from the Court, please see the Court's main

7  website at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

8       This filing was not e-filed because the item was filed under seal pursuant to protective order.

9  DATED:  August 27, 2007                    LERACH COUGHLIN STOIA GELLER
                                                 RUDMAN & ROBBINS LLP
10                                             SHAWN A. WILLIAMS
                                               WILLOW E. RADCLIFFE
11                                             MONIQUE C. WINKLER
                                               ELI R. GREENSTEIN
12

13                                             _____
                                                      s/ Shawn A. Williams
14                                                  SHAWN A. WILLIAMS

15                                             100 Pine Street, Suite 2600
                                               San Francisco, CA  94111
16                                             Telephone:  415/288-4545
                                               415/288-4534 (fax)
17
                                               LERACH COUGHLIN STOIA GELLER
18                                               RUDMAN & ROBBINS LLP
                                               MARK SOLOMON
19                                             DOUGLAS R. BRITTON
                                               GAVIN M. BOWIE
20                                             STACEY M. KAPLAN
                                               655 West Broadway, Suite 1900
21                                             San Diego, CA  92101
                                               Telephone:  619/231-1058
22                                             619/231-7423 (fax)

23                                             Lead Counsel for Plaintiffs

24  T:\CasesSF\Oracle3\NOT00044927.doc

25

26

27

28

MANUAL FILING NOTIFICATION RE PLTFS' OPP TO DFTS' *DAUBERT* MOTION TO EXCLUDE
EXPERT REPORTS AND TESTIMONY OF ALAN G. GOEDDE - C-01-0988-MJJ                    - 1 -

1

<u>CERTIFICATE OF SERVICE</u>

2      I hereby certify that on August 27, 2007, I electronically filed the foregoing with the Clerk of

3 the Court using the CM/ECF system which will send notification of such filing to the e-mail

4 addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have

5 mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF

6 participants indicated on the attached Manual Notice List.

7      I certify under penalty of perjury under the laws of the United States of America that the

8 foregoing is true and correct.  Executed on August 27, 2007.

9

10                                                   s/ Shawn A. Williams

                                                SHAWN A. WILLIAMS

11

                                                LERACH COUGHLIN STOIA GELLER

12                                                   RUDMAN & ROBBINS LLP

                                              100 Pine Street, 26th Floor

13                                             San Francisco, CA  94111

                                             Telephone:  415/288-4545

14                                             415/288-4534 (fax)

15                                             E-mail:shawnw@lerachlaw.com

16

17

18

19

20

21

22

23

24

25

26

27

28

# Mailing Information for a Case 3:01-cv-00988-MJJ

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jennie Lee Anderson**
  jennie@libertylawoffice.com

- **Eric J. Belfi**
  ebelfi@labaton.com,ElectronicCaseFiling@labaton.com

- **Doug Britton**
  dougb@lerachlaw.com,e_file_sf@lerachlaw.com,e_file_sd@lerachlaw.com,ldeem@lerachlaw.com

- **Patrick Edward Gibbs**
  patrick.gibbs@lw.com,zoila.aurora@lw.com

- **Eli Greenstein**
  Elig@lerachlaw.com,e_file_sf@lerachlaw.com,e_file_sd@lerachlaw.com

- **Kirke M. Hasson**
  kirke.hasson@pillsburylaw.com,cheryl.grant@pillsburylaw.com

- **Stacey Marie Kaplan**
  SKaplan@lerachlaw.com

- **Reed R. Kathrein**
  reed@hbsslaw.com,nancyq@hbsslaw.com

- **Michele Frances Kyrouz**
  michele.kyrouz@lw.com

- **Nicole Catherine Lavallee**
  nlavallee@bermanesq.com,ysoboleva@bermanesq.com

- **William S. Lerach**
  e_file_sd@lerachlaw.com

- **James C. Maroulis**
  jim.maroulis@oracle.com

- **Caroline McIntyre**
  cmcintyre@be-law.com,swalker@be-law.com

- **Valerie McLaughlin**
  valeriem@lerachlaw.com,kellyb@lerachlaw.com

- **Brian P Murray**

bmurray@rabinlaw.com

- **Shinyung Oh**
  shinyungoh@paulhastings.com

- **Willow E. Radcliffe**
  willowr@lerachlaw.com,e_file_sf@lerachlaw.com,e_file_sd@lerachlaw.com

- **Sanna Rachel Singer**
  ssinger@sideman.com,mthomas@sideman.com

- **Mark Solomon**
  marks@lerachlaw.com,e_file_sf@lerachlaw.com,e_file_sd@lerachlaw.com

- **Edward W. Swanson**
  eswanson@swansonmcnamara.com

- **Shawn A. Williams**
  shawnw@lerachlaw.com,cwood@lerachlaw.com,e_file_sf@lerachlaw.com,dpfefferbaum@lerachl

- **Jamie Lynne Wine**
  jamie.wine@lw.com,karen.kelly@lw.com

- **Monique Winkler**
  shawnw@lerachlaw.com,E_File_SF@lerachlaw.com,travisd@lerachlaw.com,MoniqueW@lerachl

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Dorian Daley
500 Oracle Parkway
Redwood City, CA 94065

Corey D. Holzer
Holzer Holzer & Cannon LLC
1117 Perimeter Center West
Suite E-107
Atlanta, GA 30338

Raymond Lane
Bergeson LLP
303 Almaden Blvd., Ste. 500
San Jose, CA 95110

PRG-Schultz USA, Inc.
Paul Hastings Janofsky & Walker LLP
55 Second Street
24th Floor
San Francisco, CA 94105
```

**Darren Jay Robbins**
 Lerach Coughlin Stoia Geller Rudman  & Robbins LLP
655 West Broadway
Suite 1900
San Diego, CA 92101