UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Master File No. C-01-0988-MJJ (Consolidated)<br><br>CLASS ACTION<br><br>**[PROPOSED] ORDER SEALING DEFENDANTS' OPPOSITION TO PLAINTIFFS' AMENDED MOTION FOR PARTIAL SUMMARY JUDGMENT AND SUPPORTING DOCUMENTS**<br><br>**Honorable Martin J. Jenkins** |

1     Having considered the papers regarding Defendants' Administrative Request to File Under Seal Defendants' Opposition to Plaintiffs' Amended Motion for Partial Summary Judgment and Supporting Documents (Defendants' "Administrative Request"), and finding good cause therefore; Defendants' Administrative Request is **GRANTED**.  The following documents are **HEREBY SEALED**:

    1.     Defendants' Opposition to Plaintiffs' Amended Motion for Partial Summary Judgment;

    2.     The Declaration of Sean P.J. Coyle in Support of Defendants' Opposition to Plaintiffs' Amended Motion for Partial Summary Judgment;

    3.     The Supplemental Declaration of Mary Ann Anthony in Support of Defendants' Opposition to Plaintiffs' Motion for Partial Summary Judgment;

    4.     The Supplemental Declaration of Alan J. Fletcher in Support of Defendants' Opposition to Plaintiffs' Motion for Partial Summary Judgment.

IT IS SO ORDERED.

Dated: _____

                                            THE HONORABLE MARTIN J. JENKINS

Submitted By:

DATED: August 27, 2007

| LATHAM & WATKINS LLP | LATHAM & WATKINS LLP |
|---|---|
|   Peter A. Wald (SBN 85705) |   Patrick E. Gibbs  (SBN 183174) |
|   Michele F. Kyrouz (SBN 168004) | 140 Scott Drive |
| 505 Montgomery Street, Suite 2000 | Menlo Park, CA 94025 |
| San Francisco, CA 94111-2562 | Telephone: (650) 328-4600 |
| Telephone: (415) 391-0600 | Facsimile: (650) 463-2600 |
| Facsimile: (415) 395-8095 | E-mail: patrick.gibbs@lw.com |
| E-mail: peter.wald@lw.com | |
|        michele.kyrouz@lw.com | |

        /s/
_____
    Patrick E. Gibbs