1 | LERACH COUGHLIN STOIA GELLER
       RUDMAN & ROBBINS LLP
2 | MARK SOLOMON (151949)
     DOUGLAS R. BRITTON (188769)
3 | GAVIN M. BOWIE (235532)
     STACEY M. KAPLAN (241989)
4 | 655 West Broadway, Suite 1900
     San Diego, CA  92101
5 | Telephone: 619/231-1058
     619/231-7423 (fax)
6 | marks@lerachlaw.com
     dougb@lerachlaw.com
7 | gbowie@lerachlaw.com
     skaplan@lerachlaw.com
8 |       – and –
     SHAWN A. WILLIAMS (213113)
9 | WILLOW E. RADCLIFFE (200087)
     MONIQUE C. WINKLER (213031)
10 | ELI R. GREENSTEIN (217945)
     100 Pine Street, Suite 2600
11 | San Francisco, CA  94111
     Telephone: 415/288-4545
12 | 415/288-4534 (fax)
     shawnw@lerachlaw.com
13 | willowr@lerachlaw.com
     moniquew@lerachlaw.com
14 | elig@lerachlaw.com

Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION | Master File No. C-01-0988-MJJ |
| | <u>CLASS ACTION</u> |
| This Document Relates To:<br><br>    ALL ACTIONS. | MANUAL FILING NOTIFICATION REGARDING DECLARATION OF SHAWN A. WILLIAMS IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' *DAUBERT* MOTION TO EXCLUDE EXPERT REPORTS AND TESTIMONY OF ALAN G. GOEDDE |

1  Regarding: DECLARATION OF SHAWN A. WILLIAMS IN SUPPORT OF
2  PLAINTIFFS' OPPOSITION TO DEFENDANTS' *DAUBERT* MOTION TO EXCLUDE EXPERT
3  REPORTS AND TESTIMONY OF ALAN G. GOEDDE.

4  This filing is in paper or physical form only, and is being maintained in the case file in the
5  Clerk's office.

6  If you are a participant on this case, the filing will be served in hard-copy shortly.

7  For information on retrieving this filing directly from the Court, please see the Court's main
8  website at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

9  This filing was not e-filed because the item was filed under seal pursuant to protective order.

10 DATED: August 27, 2007                    LERACH COUGHLIN STOIA GELLER
                                               RUDMAN & ROBBINS LLP
11                                           SHAWN A. WILLIAMS
                                             WILLOW E. RADCLIFFE
12                                           MONIQUE C. WINKLER
                                             ELI R. GREENSTEIN
13

14
                                                    s/ Shawn A. Williams
15                                                 SHAWN A. WILLIAMS

16                                           100 Pine Street, Suite 2600
                                             San Francisco, CA  94111
17                                           Telephone:  415/288-4545
                                             415/288-4534 (fax)
18
                                             LERACH COUGHLIN STOIA GELLER
19                                             RUDMAN & ROBBINS LLP
                                             MARK SOLOMON
20                                           DOUGLAS R. BRITTON
                                             GAVIN M. BOWIE
21                                           STACEY M. KAPLAN
                                             655 West Broadway, Suite 1900
22                                           San Diego, CA  92101
                                             Telephone:  619/231-1058
23                                           619/231-7423 (fax)

24                                           Lead Counsel for Plaintiffs

25 T:\CasesSF\Oracle3\NOT00044936.doc

26

27

28

MANUAL FILING NOTIF RE DECL OF SHAWN A. WILLIAMS IN SUPP OF PLTFS' OPP TO
DFNTS' *DAUBERT* MOT TO EXCLUDE EXPERT ALAN G. GOEDDE - C-01-0988-MJJ                    - 1 -

CERTIFICATE OF SERVICE

I hereby certify that on August 27, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 27, 2007.

    s/ Shawn A. Williams
SHAWN A. WILLIAMS

LERACH COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
100 Pine Street, 26th Floor
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)

E-mail:shawnw@lerachlaw.com

# Mailing Information for a Case 3:01-cv-00988-MJJ

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jennie Lee Anderson**
  jennie@libertylawoffice.com

- **Eric J. Belfi**
  ebelfi@labaton.com,ElectronicCaseFiling@labaton.com

- **Doug Britton**
  dougb@lerachlaw.com,e_file_sf@lerachlaw.com,e_file_sd@lerachlaw.com,ldeem@lerachlaw.cor

- **Patrick Edward Gibbs**
  patrick.gibbs@lw.com,zoila.aurora@lw.com

- **Eli Greenstein**
  Elig@lerachlaw.com,e_file_sf@lerachlaw.com,e_file_sd@lerachlaw.com

- **Kirke M. Hasson**
  kirke.hasson@pillsburylaw.com,cheryl.grant@pillsburylaw.com

- **Stacey Marie Kaplan**
  SKaplan@lerachlaw.com

- **Reed R. Kathrein**
  reed@hbsslaw.com,nancyq@hbsslaw.com

- **Michele Frances Kyrouz**
  michele.kyrouz@lw.com

- **Nicole Catherine Lavallee**
  nlavallee@bermanesq.com,ysoboleva@bermanesq.com

- **William S. Lerach**
  e_file_sd@lerachlaw.com

- **James C. Maroulis**
  jim.maroulis@oracle.com

- **Caroline McIntyre**
  cmcintyre@be-law.com,swalker@be-law.com

- **Valerie McLaughlin**
  valeriem@lerachlaw.com,kellyb@lerachlaw.com

- **Brian P Murray**

> bmurray@rabinlaw.com

- **Shinyung Oh**
  shinyungoh@paulhastings.com

- **Willow E. Radcliffe**
  willowr@lerachlaw.com,e_file_sf@lerachlaw.com,e_file_sd@lerachlaw.com

- **Sanna Rachel Singer**
  ssinger@sideman.com,mthomas@sideman.com

- **Mark Solomon**
  marks@lerachlaw.com,e_file_sf@lerachlaw.com,e_file_sd@lerachlaw.com

- **Edward W. Swanson**
  eswanson@swansonmcnamara.com

- **Shawn A. Williams**
  shawnw@lerachlaw.com,cwood@lerachlaw.com,e_file_sf@lerachlaw.com,dpfefferbaum@lerachl

- **Jamie Lynne Wine**
  jamie.wine@lw.com,karen.kelly@lw.com

- **Monique Winkler**
  shawnw@lerachlaw.com,E_File_SF@lerachlaw.com,travisd@lerachlaw.com,MoniqueW@lerachl

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Dorian Daley
500 Oracle Parkway
Redwood City, CA 94065

Corey D. Holzer
Holzer Holzer & Cannon LLC
1117 Perimeter Center West
Suite E-107
Atlanta, GA 30338

Raymond Lane
Bergeson LLP
303 Almaden Blvd., Ste. 500
San Jose, CA 95110

PRG-Schultz USA, Inc.
Paul Hastings Janofsky & Walker LLP
55 Second Street
24th Floor
San Francisco, CA 94105
```

**Darren Jay Robbins**
 Lerach Coughlin Stoia Geller Rudman  & Robbins LLP
655 West Broadway
Suite 1900
San Diego, CA 92101