1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION | Master File No. C-01-0988-MJJ (JCS) (Consolidated) |
| | **PROOF OF SERVICE** |
| This Document Relates To:<br><br>ALL ACTIONS. | |
| | **Honorable Judge Martin J. Jenkins** |

## PROOF OF SERVICE

I am employed in the County of San Francisco, State of California. I am over the age of 18 years and not a party to this action. My business address is Latham & Watkins LLP, 505 Montgomery Street, Suite 2000, San Francisco, CA 94111-2562.

On **August 27, 2007**, I served the following document described as:

1. DEFENDANTS' OPPOSITION TO PLAINTIFFS' AMENDED MOTION FOR SUMMARY JUDGMENT [FILED UNDER SEAL]

2. DECLARATION OF SEAN P.J. COYLE IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' AMENDED MOTION FOR PARTIAL SUMMARY JUDGMENT [FILED UNDER SEAL]

3. SUPPLEMENTAL DECLARATION OF MARY ANN ANTHONY IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT [FILED UNDER SEAL]

4. SUPPLEMENTAL DECLARATION OF ALAN J. FLECTHER IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT [FILED UNDER SEAL]

5. DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AGAINST LAWRENCE ELLISON FOR TRADING ON THE BASIS OF MATERIAL NON-PUBLIC INFORMATION [FILED UNDER SEAL]

6. DECLARATION OF KYRA G. BUSBY IS SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AGAINST LAWRENCE ELLISON FOR TRADING ON THE BASIS OF MATERIAL NON-PUBLIC INFORMATION [FILED UNDER SEAL]

7. DEFENDANT'S OPPOSITION TO MOTION TO EXCLUDE EXPERT TESTIMONY OF EDWARD YOURDON [FILED UNDER SEAL]

8. DECLARATION OF REES F. MORGAN IN SUPPORT OF DEFENDANT'S OPPOSITION TO MOTION TO EXCLUDE EXPERT TESTIMONY OF EDWARD YOURDON [FILED UNDER SEAL]

9. DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO EXCLUDE EXPERT TESTIMONY OF R. GLENN HUBBARD [FILED UNDER SEAL]

10. DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO EXCLUDE EXPERT TESTIMONY OF GEORGE FOSTER [FILED UNDER SEAL]

11. DECLARATION OF ANDREW M. FARTHING IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTIONS TO EXCLUDE EXPERT TESTIMONY OF R. GLENN HUBBARD AND GEORGE FOSTER [FILED UNDER SEAL]

12. DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO EXCLUDE THE TESTIMONY OF DEFENDANTS' ACCOUNTING EXPERT, J. DUROSS O'BRYAN [FILED UNDER SEAL]

13. DECLARATION OF PETER W. BALDWIN IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO EXCLUDE THE TESTIMONY OF DEFENDANTS' ACCOUNTING EXPERT, J. DUROSS O'BRYAN [FILED UNDER SEAL]

by serving a true copy of the above-described document in the following manner:

**BY ELECTRONIC MAIL**

      I caused a true and correct copy of the document(s) listed above to be delivered by electronic mail to the following party at the address set forth below:

Shawn A. Williams, Esq.  
Willow E. Radcliffe, Esq.  
Lerach, Couglin, Stoia, Geller, Rudman & Robbins LLP  
100 Pine Street, Suite 2600  
San Francisco, CA 94111  
shawnw@lerachlaw.com  
willowr@lerachlaw.com

Mark Solomon, Esq.  
Lerach, Coughlin, Stoia, Geller, Rudman & Robbins LLP  
655 West Broadway, Suite 1900  
San Diego, CA 92101  
marks@lerachlaw.com

      I declare that I am employed in the office of a member of the Bar of, or permitted to practice before, this Panel at whose direction the service was made and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

      Executed on **August 27, 2007**, at San Francisco, California.

/s/
_____
Lori Quinn