LERACH COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
MARK SOLOMON (151949)
DOUGLAS R. BRITTON (188769)
GAVIN M. BOWIE (235532)
STACEY M. KAPLAN (241989)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
marks@lerachlaw.com
dougb@lerachlaw.com
gbowie@lerachlaw.com
skaplan@lerachlaw.com
        – and –
SHAWN A. WILLIAMS (213113)
WILLOW E. RADCLIFFE (200087)
MONIQUE C. WINKLER (213031)
ELI R. GREENSTEIN (217945)
100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@lerachlaw.com
willowr@lerachlaw.com
moniquew@lerachlaw.com
elig@lerachlaw.com

Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION | ) ) ) Master File No. C-01-0988-MJJ |
| | ) CLASS ACTION |
| This Document Relates To: | ) ) MANUAL FILING NOTIFICATION |
| ALL ACTIONS. | ) REGARDING APPENDIX IN SUPPORT OF ) PLAINTIFFS' OPPOSITION TO ) DEFENDANTS' MOTION FOR SUMMARY ) JUDGMENT |

1    Regarding:  APPENDIX  IN  SUPPORT  OF  PLAINTIFFS'  OPPOSITION  TO

2 DEFENDANTS' MOTION FOR SUMMARY JUDGMENT.

3    This filing is in paper or physical form only, and is being maintained in the case file in the

4 Clerk's office.

5    If you are a participant on this case, the filing will be served in hard-copy shortly.

6    For information on retrieving this filing directly from the Court, please see the Court's main

7 website at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

8    This filing was not e-filed because the item was filed under seal pursuant to protective order.

9 DATED:  August 27, 2007              LERACH COUGHLIN STOIA GELLER
                                         RUDMAN & ROBBINS LLP
10                                      SHAWN A. WILLIAMS
                                        WILLOW E. RADCLIFFE
11                                      MONIQUE C. WINKLER
                                        ELI R. GREENSTEIN
12

13                                      _____
                                             s/ Shawn A. Williams
14                                           SHAWN A. WILLIAMS

15                                      100 Pine Street, Suite 2600
                                        San Francisco, CA  94111
16                                      Telephone:  415/288-4545
                                        415/288-4534 (fax)
17
                                        LERACH COUGHLIN STOIA GELLER
18                                         RUDMAN & ROBBINS LLP
                                         MARK SOLOMON
19                                      DOUGLAS R. BRITTON
                                        GAVIN M. BOWIE
20                                      STACEY M. KAPLAN
                                        655 West Broadway, Suite 1900
21                                      San Diego, CA  92101
                                        Telephone:  619/231-1058
22                                      619/231-7423 (fax)

23                                      Lead Counsel for Plaintiffs

24 T:\CasesSF\Oracle3\NOT00044879.doc

25

26

27

28

MANUAL FILING NOTIFICATION RE DECL OF SHAWN A. WILLIAMS IN SUPP OF PLAINTIFFS'
OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT - C-01-0988-MJJ        - 1 -

1

<u>CERTIFICATE OF SERVICE</u>

2   I hereby certify that on August 27, 2007, I electronically filed the foregoing with the Clerk of

3 the Court using the CM/ECF system which will send notification of such filing to the e-mail

4 addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have

5 mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF

6 participants indicated on the attached Manual Notice List.

7   I certify under penalty of perjury under the laws of the United States of America that the

8 foregoing is true and correct.  Executed on August 27, 2007.

9

10            s/ Shawn A. Williams
              SHAWN A. WILLIAMS

11              LERACH COUGHLIN STOIA GELLER
                RUDMAN & ROBBINS LLP

12              100 Pine Street, 26th Floor

13              San Francisco, CA  94111
              Telephone:  415/288-4545

14              415/288-4534 (fax)

15              E-mail:shawnw@lerachlaw.com

16

17

18

19

20

21

22

23

24

25

26

27

28

MANUAL FILING NOTIFICATION RE DECL OF SHAWN A. WILLIAMS IN SUPP OF PLAINTIFFS'
OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT - C-01-0988-MJJ  - 2 -

# Mailing Information for a Case 3:01-cv-00988-MJJ

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jennie Lee Anderson**
  jennie@libertylawoffice.com

- **Eric J. Belfi**
  ebelfi@labaton.com,ElectronicCaseFiling@labaton.com

- **Doug Britton**
  dougb@lerachlaw.com,e_file_sf@lerachlaw.com,e_file_sd@lerachlaw.com,ldeem@lerachlaw.con

- **Patrick Edward Gibbs**
  patrick.gibbs@lw.com,zoila.aurora@lw.com

- **Eli Greenstein**
  Elig@lerachlaw.com,e_file_sf@lerachlaw.com,e_file_sd@lerachlaw.com

- **Kirke M. Hasson**
  kirke.hasson@pillsburylaw.com,cheryl.grant@pillsburylaw.com

- **Stacey Marie Kaplan**
  SKaplan@lerachlaw.com

- **Reed R. Kathrein**
  reed@hbsslaw.com,nancyq@hbsslaw.com

- **Michele Frances Kyrouz**
  michele.kyrouz@lw.com

- **Nicole Catherine Lavallee**
  nlavallee@bermanesq.com,ysoboleva@bermanesq.com

- **William S. Lerach**
  e_file_sd@lerachlaw.com

- **James C. Maroulis**
  jim.maroulis@oracle.com

- **Caroline McIntyre**
  cmcintyre@be-law.com,swalker@be-law.com

- **Valerie McLaughlin**
  valeriem@lerachlaw.com,kellyb@lerachlaw.com

- **Brian P Murray**

bmurray@rabinlaw.com

- **Shinyung Oh**
  shinyungoh@paulhastings.com

- **Willow E. Radcliffe**
  willowr@lerachlaw.com,e_file_sf@lerachlaw.com,e_file_sd@lerachlaw.com

- **Sanna Rachel Singer**
  ssinger@sideman.com,mthomas@sideman.com

- **Mark Solomon**
  marks@lerachlaw.com,e_file_sf@lerachlaw.com,e_file_sd@lerachlaw.com

- **Edward W. Swanson**
  eswanson@swansonmcnamara.com

- **Shawn A. Williams**
  shawnw@lerachlaw.com,cwood@lerachlaw.com,e_file_sf@lerachlaw.com,dpfefferbaum@lerachl

- **Jamie Lynne Wine**
  jamie.wine@lw.com,karen.kelly@lw.com

- **Monique Winkler**
  shawnw@lerachlaw.com,E_File_SF@lerachlaw.com,travisd@lerachlaw.com,MoniqueW@lerachl

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Dorian Daley
500 Oracle Parkway
Redwood City, CA 94065

Corey D. Holzer
Holzer Holzer & Cannon LLC
1117 Perimeter Center West
Suite E-107
Atlanta, GA 30338

Raymond Lane
Bergeson LLP
303 Almaden Blvd., Ste. 500
San Jose, CA 95110

PRG-Schultz USA, Inc.
Paul Hastings Janofsky & Walker LLP
55 Second Street
24th Floor
San Francisco, CA 94105
```

**Darren Jay Robbins**
 Lerach Coughlin Stoia Geller Rudman  & Robbins LLP
655 West Broadway
Suite 1900
San Diego, CA 92101