1  LERACH COUGHLIN STOIA GELLER
      RUDMAN & ROBBINS LLP
2  MARK SOLOMON (151949)
   DOUGLAS R. BRITTON (188769)
3  GAVIN M. BOWIE (235532)
   STACEY M. KAPLAN (241989)
4  655 West Broadway, Suite 1900
   San Diego, CA  92101
5  Telephone: 619/231-1058
   619/231-7423 (fax)
6  marks@lerachlaw.com
   dougb@lerachlaw.com
7  gbowie@lerachlaw.com
   skaplan@lerachlaw.com
8       – and –
   SHAWN A. WILLIAMS (213113)
9  WILLOW E. RADCLIFFE (200087)
   MONIQUE C. WINKLER (213031)
10 ELI R. GREENSTEIN (217945)
   100 Pine Street, Suite 2600
11 San Francisco, CA  94111
   Telephone: 415/288-4545
12 415/288-4534 (fax)
   shawnw@lerachlaw.com
13 willowr@lerachlaw.com
   moniquew@lerachlaw.com
14 elig@lerachlaw.com

15 Lead Counsel for Plaintiffs

16                    UNITED STATES DISTRICT COURT

17                   NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 18  In re ORACLE CORPORATION SECURITIES LITIGATION | )  Master File No. C-01-0988-MJJ |
| 19 | )  <u>CLASS ACTION</u> |
| 20  This Document Relates To: | )  PLAINTIFFS' ADMINISTRATIVE REQUEST TO FILE DECLARATION OF |
| 21          ALL ACTIONS. | )  ALAN G. GOEDDE IN SUPPORT OF PLAINTIFFS' OPPOSITION TO |
| 22 | )  DEFENDANTS' MOTION FOR SUMMARY JUDGMENT UNDER SEAL |

1  Pursuant to Civil Local Rules 7-11 and 79-5, plaintiffs submit this Administrative Request to
2  file Declaration of Alan G. Goedde in Support of Plaintiffs' Opposition to Defendants' Motion for
3  Summary Judgment and declaration in support thereof under seal. This Administrative Request is
4  accompanied by the Declaration of Shawn A. Williams and the [Proposed] Sealing Order, filed
5  concurrently herewith.

6  The Declaration of Alan G. Goedde in Support of Plaintiffs' Opposition to Defendants'
7  Motion for Summary Judgment contains references to documents marked "confidential" by the
8  parties. This information is subject to the provisions of the Revised Stipulated Protective Order
9  Governing Confidentiality entered on January 11, 2005 and Civil Local Rule 79-5. Accordingly,
10  plaintiffs respectfully request that Declaration of Alan G. Goedde in Support of Plaintiffs'
11  Opposition to Defendants' Motion for Summary Judgment be filed under the seal of this Court.

12  DATED: August 27, 2007

LERACH COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
SHAWN A. WILLIAMS
WILLOW E. RADCLIFFE
MONIQUE C. WINKLER
ELI R. GREENSTEIN

  s/ Shawn A. Williams
SHAWN A. WILLIAMS

100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)

LERACH COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
MARK SOLOMON
DOUGLAS R. BRITTON
GAVIN M. BOWIE
STACEY M. KAPLAN
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

Lead Counsel for Plaintiffs

T:\CasesSF\Oracle3\REQ00044939.doc

PLAINTIFFS' ADMIN REQ TO FILE DECL OF ALAN G. GOEDDE IN SUPPORT OF PLAINTIFFS'
OPP TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT UNDER SEAL - C-01-0988-MJJ   - 1 -

CERTIFICATE OF SERVICE

I hereby certify that on August 27, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 27, 2007.

          s/ Shawn A. Williams
          SHAWN A. WILLIAMS

LERACH COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
100 Pine Street, 26th Floor
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)

E-mail:shawnw@lerachlaw.com

PLAINTIFFS' ADMIN REQ TO FILE DECL OF ALAN G. GOEDDE IN SUPPORT OF PLAINTIFFS' OPP TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT UNDER SEAL - C-01-0988-MJJ   - 2 -

# Mailing Information for a Case 3:01-cv-00988-MJJ

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jennie Lee Anderson**
  jennie@libertylawoffice.com

- **Eric J. Belfi**
  ebelfi@labaton.com,ElectronicCaseFiling@labaton.com

- **Doug Britton**
  dougb@lerachlaw.com,e_file_sf@lerachlaw.com,e_file_sd@lerachlaw.com,ldeem@lerachlaw.com

- **Patrick Edward Gibbs**
  patrick.gibbs@lw.com,zoila.aurora@lw.com

- **Eli Greenstein**
  Elig@lerachlaw.com,e_file_sf@lerachlaw.com,e_file_sd@lerachlaw.com

- **Kirke M. Hasson**
  kirke.hasson@pillsburylaw.com,cheryl.grant@pillsburylaw.com

- **Stacey Marie Kaplan**
  SKaplan@lerachlaw.com

- **Reed R. Kathrein**
  reed@hbsslaw.com,nancyq@hbsslaw.com

- **Michele Frances Kyrouz**
  michele.kyrouz@lw.com

- **Nicole Catherine Lavallee**
  nlavallee@bermanesq.com,ysoboleva@bermanesq.com

- **William S. Lerach**
  e_file_sd@lerachlaw.com

- **James C. Maroulis**
  jim.maroulis@oracle.com

- **Caroline McIntyre**
  cmcintyre@be-law.com,swalker@be-law.com

- **Valerie McLaughlin**
  valeriem@lerachlaw.com,kellyb@lerachlaw.com

- **Brian P Murray**

bmurray@rabinlaw.com

- **Shinyung Oh**
  shinyungoh@paulhastings.com

- **Willow E. Radcliffe**
  willowr@lerachlaw.com,e_file_sf@lerachlaw.com,e_file_sd@lerachlaw.com

- **Sanna Rachel Singer**
  ssinger@sideman.com,mthomas@sideman.com

- **Mark Solomon**
  marks@lerachlaw.com,e_file_sf@lerachlaw.com,e_file_sd@lerachlaw.com

- **Edward W. Swanson**
  eswanson@swansonmcnamara.com

- **Shawn A. Williams**
  shawnw@lerachlaw.com,cwood@lerachlaw.com,e_file_sf@lerachlaw.com,dpfefferbaum@lerachl

- **Jamie Lynne Wine**
  jamie.wine@lw.com,karen.kelly@lw.com

- **Monique Winkler**
  shawnw@lerachlaw.com,E_File_SF@lerachlaw.com,travisd@lerachlaw.com,MoniqueW@lerachl

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Dorian Daley
500 Oracle Parkway
Redwood City, CA 94065

Corey D. Holzer
Holzer Holzer & Cannon LLC
1117 Perimeter Center West
Suite E-107
Atlanta, GA 30338

Raymond Lane
Bergeson LLP
303 Almaden Blvd., Ste. 500
San Jose, CA 95110

PRG-Schultz USA, Inc.
Paul Hastings Janofsky & Walker LLP
55 Second Street
24th Floor
San Francisco, CA 94105
```

**Darren Jay Robbins**
 Lerach Coughlin Stoia Geller Rudman  & Robbins LLP
655 West Broadway
Suite 1900
San Diego, CA 92101