1  LATHAM & WATKINS LLP
     Peter A. Wald (SBN 85705)
2    Michele F. Kyrouz (SBN 168004)
   505 Montgomery Street, Suite 2000
3  San Francisco, CA 94111-2562
   Telephone: (415) 391-0600
4  Facsimile: (415) 395-8095
   E-mail: peter.wald@lw.com
5          michele.kyrouz@lw.com

   LATHAM & WATKINS LLP
     Patrick E. Gibbs (SBN 183174)
     Matthew Rawlinson (SBN 231890)
   140 Scott Drive
   Menlo Park, CA 94025
   Telephone: (650) 328-4600
   Facsimile: (650) 463-2600
   E-mail: patrick.gibbs@lw.com
           matt.rawlinson@lw.com

7  LATHAM & WATKINS LLP
     Jamie L. Wine (SBN 181373)
8  633 West Fifth Street, Suite 4000
   Los Angeles, CA 90071-2007
9  Phone: (213) 485-1234
   Fax: (213) 891-8763
10 E-mail: jamie.wine@lw.com

11 Attorneys for Defendants ORACLE CORPORATION, LAWRENCE
   J. ELLISON, JEFFREY O. HENLEY, and EDWARD J. SANDERSON
12

13 ORACLE CORPORATION
     Dorian Daley (SBN 129049)
     James C. Maroulis (SBN 208316)
14 500 Oracle Parkway
   Mailstop 5OP7
15 Redwood Shores, California 94065
   Telephone: (650) 506-5200
16 Facsimile: (650) 506-7114
   E-mail: jim.maroulis@oracle.com
17

18 Attorneys for Defendant ORACLE CORPORATION

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION | Master File No. C-01-0988-MJJ (Consolidated) |
| | <u>CLASS ACTION</u> |
| This Document Relates To:<br><br>ALL ACTIONS. | **DEFENDANT ELLISON'S ADMINISTRATIVE REQUEST TO FILE UNDER SEAL ELLISON'S OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AGAINST LAWRENCE ELLISON FOR TRADING ON THE BASIS OF NONPUBLIC INFORMATION AND SUPPORTING DOCUMENTS**<br><br>**Honorable Martin J. Jenkins** |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

ADMIN REQUEST TO FILE UNDER ELLISON'S OPP. TO PLFS'
MSJ AGAINST ELLISON AND SUPP. DOCS
Master File No. C-01-0988-MJJ

1   Defendant Lawrence J. Ellison submits this Administrative Request to file under
2   seal his Opposition to Plaintiffs' Motion for Summary Judgment Against Lawrence Ellison for
3   Trading on the Basis of Nonpublic Information and Supporting Documents (Ellison's
4   "Administrative Request").  Defendant Ellison is submitting this single Administrative Request
5   for all of the documents supporting his Opposition to Plaintiffs' Motion for Summary Judgment,
6   rather than burden the Court with multiple filings.  Through this Administrative Request,
7   Defendant Ellison asks the Court to seal the following documents and any exhibits thereto:
8       1.   Defendant Ellison's Opposition to Plaintiffs' Motion for Summary
9           Judgment Against Lawrence Ellison for Trading on the Basis of
10          Nonpublic Information;
11      2.   The Declaration of Kyra G. Busby in Support of Defendant Ellison's
12          Opposition to Plaintiffs' Motion for Summary Judgment Against
13          Lawrence Ellison for Trading on the Basis of Nonpublic Information.
14  Accompanying this Administrative Request are the Declaration of Sean P.J. Coyle
15  in Support of Ellison's Administrative Request and the [Proposed] Order granting Ellison's
16  Administrative Request, respectively filed and lodged concurrently herewith.
17  In Ellison's Opposition to Plaintiffs' Motion for Summary Judgment Against
18  Lawrence Ellison for Trading on the Basis of Nonpublic Information and supporting documents
19  (as referenced above), Defendant Ellison refers extensively to and attaches information and
20  materials that have been designated as "Confidential" by the parties.  Information designated as
21  "Confidential" is subject to the provisions of the Revised Stipulated Protective Order Governing
22  Confidentiality entered on January 11, 2005.  Accordingly, Defendant Ellison respectfully
23  requests that his Opposition to Plaintiffs' Motion for Summary Judgment Against Lawrence
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

ADMIN REQUEST TO FILE UNDER ELLISON'S OPP. TO PLFS'
MSJ AGAINST ELLISON AND SUPP. DOCS
Master File No. C-01-0988-MJJ

1  Ellison for Trading on the Basis of Nonpublic Information and supporting documents be filed
2  under seal of the Court.
3
4  Dated:  August 27, 2007

LATHAM & WATKINS LLP
Peter A. Wald
Michele F. Kyrouz
Jamie L. Wine
Patrick E. Gibbs


/S/
By:_____
Patrick E. Gibbs
Attorneys for Defendants ORACLE
CORPORATION, LAWRENCE J.
ELLISON, JEFFREY O. HENLEY,
and EDWARD J. SANDERSON

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

ADMIN REQUEST TO FILE UNDER ELLISON'S OPP. TO PLFS'
MSJ AGAINST ELLISON AND SUPP. DOCS
Master File No. C-01-0988-MJJ