1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION**

| In re ORACLE CORPORATION SECURITIES LITIGATION | Master File No. C-01-0988-MJJ (Consolidated) |
|---|---|
| | <u>CLASS ACTION</u> |
| This Document Relates To:<br><br>ALL ACTIONS. | **[PROPOSED] ORDER SEALING DEFENDANT ELLISON'S OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AGAINST LAWRENCE ELLISON FOR TRADING ON THE BASIS OF NONPUBLIC INFORMATION AND SUPPORTING DOCUMENTS**<br><br>**Honorable Martin J. Jenkins** |

1  Having considered the papers regarding Defendant Ellison's Administrative Request to File Under Seal Ellison's Opposition to Plaintiffs' Motion for Summary Judgment Against Lawrence Ellison for Trading on the Basis of Nonpublic Information and Supporting Documents (Ellison's "Administrative Request"), and finding good cause therefore; Ellison's Administrative Request is **GRANTED**. The following documents are **HEREBY SEALED**:

   1. Defendant Ellison's Opposition to Plaintiffs' Motion for Summary Judgment Against Lawrence Ellison for Trading on the Basis of Nonpublic Information;

   2. The Declaration of Kyra G. Busby in Support of Defendant Ellison's Opposition to Plaintiffs' Motion for Summary Judgment Against Lawrence Ellison for Trading on the Basis of Nonpublic Information.

   IT IS SO ORDERED.

Dated: _____    _____
                                 THE HONORABLE MARTIN J. JENKINS

Submitted By:

DATED: August 27, 2007

| LATHAM & WATKINS LLP | LATHAM & WATKINS LLP |
|---|---|
| Peter A. Wald (SBN 85705) | Patrick E. Gibbs (SBN 183174) |
| Michele F. Kyrouz (SBN 168004) | 140 Scott Drive |
| 505 Montgomery Street, Suite 2000 | Menlo Park, CA 94025 |
| San Francisco, CA 94111-2562 | Telephone: (650) 328-4600 |
| Telephone: (415) 391-0600 | Facsimile: (650) 463-2600 |
| Facsimile: (415) 395-8095 | E-mail: patrick.gibbs@lw.com |
| E-mail: peter.wald@lw.com | |
|   michele.kyrouz@lw.com | |

          /**s**/
_____
          Patrick E. Gibbs