1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

9

| | | |
|---|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION | ) ) ) ) | Master File No. C-01-0988-MJJ <br> <u>CLASS ACTION</u> |
| This Document Relates To: <br> ALL ACTIONS. | ) ) ) ) | STIPULATION AND [PROPOSED] ORDER APPROVING FORM AND MANNER OF NOTICE |

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1   WHEREAS, the Court certified a Class in this action under Federal Rule of Civil Procedure 23(b)(3);

2   NOW, THEREFORE, IT IS HEREBY ORDERED:

3   1. The United States District Court for the Northern District of California approves, as to form and content, the Notice of Pendency of Class Action (the "Notice"), and the Summary Notice from the United States District Court for the Northern District of California ("Summary Notice") annexed as Exhibits 1 and 2 hereto and finds that the mailing and distribution of the Notice and publishing of the Summary Notice substantially in the manner and form set forth in paragraphs 3 and 4 of this Order meet the requirements of Federal Rule of Civil Procedure 23 and due process, and is the best notice practicable under the circumstances and shall constitute due and sufficient notice to all persons entitled thereto.

4   2. Defendants are ordered to provide the transfer records for all persons or entities who purchased or otherwise acquired Oracle publicly traded securities between December 14, 2000 and March 1, 2001 to the Claims Administrator on or before September 14, 2007.

5   3. Lead Counsel is hereby authorized to retain the firm of Gilardi & Co. LLC ("Claims Administrator") to supervise and administer the notice procedure set forth below.  The Claims Administrator shall be responsible for the receipt of all responses from Class Members and shall preserve any and all written communications from Class Members, nominees, or any other person or entity in response to the Notice or Summary Notice until one (1) year following the date of a final order of disposition of the Class claims.

6   4. Not later than October 2, 2007 (the "Notice Date"), Lead Counsel shall cause a copy of the Notice substantially in the forms annexed as Exhibit 1 hereto, to be mailed by first class mail to all Class Members who can be identified with reasonable effort;

7   5. Not later than October 4, 2007, Lead Counsel shall cause the Summary Notice to be published once in *Investor's Business Daily.*

8   6. Not later than December 6, 2007, Lead Counsel shall serve and file with the Court proof by affidavit or declaration of the mailing of the Notice and publication of Summary Notice in accordance with this Order.

7. Nominees who purchased or acquired the publicly traded securities of Oracle Corporation for the beneficial ownership of Class Members during the Class Period shall send the Notice to all beneficial owners of such Oracle securities within ten (10) days after receipt thereof, or send a list of the names and addresses of such beneficial owners to the Claims Administrator within ten (10) days of receipt thereof, in which event the Claims Administrator shall promptly mail the Notice to such beneficial owners.  If a nominee elects to send the Notice to a beneficial owner, such nominee is directed to send a statement to the Claims Administrator within ten (10) days of such mailing confirming that the mailing was made as directed.  Thereafter, the nominee shall retain the list of names and addresses of any beneficial owners to whom the nominee sent the Notice for use in connection with any possible future notice to the Class.  Lead Counsel shall, if requested, reimburse banks, brokerage houses or other nominees solely for their reasonable out-of-pocket expenses incurred in providing notice to beneficial owners who are Class Members, which expenses would not have been incurred except for the sending of such Notice, subject to further order of this Court with respect to any dispute concerning such compensation.

8. Any person falling within the definition of the Class may, upon request, be excluded from the Class.  Any such person must submit to the Claims Administrator a request for exclusion ("Request for Exclusion"), postmarked no later than November 16, 2007.  A Request for Exclusion must state: (a) the full name and address of the person requesting exclusion; (b) that the person wishes to be excluded from the Class; and (c) be signed.  All persons who submit valid and timely Request for Exclusion in the manner set forth in this paragraph shall not be bound by any judgment entered in this litigation.  Unless otherwise ordered by the Court, all persons who do not submit a valid and timely Request for Exclusion shall be part of the Class (to the extent they satisfy the Class criteria) for all purposes, and shall not have any further opportunity to opt out of the Class, although nothing herein shall affect any Class Member's rights or standing in the event of any future proposed settlement.  Unless otherwise ordered by the Court, all Class Members shall be bound by all determinations and judgments in this Action (whether favorable or unfavorable to the Class).

1   IT IS SO ORDERED.

2   DATED: _____   _____
                                      THE HONORABLE MARTIN J. JENKINS
3                                     UNITED STATES DISTRICT JUDGE
    DATED:
4
    Submitted by:
5
    LERACH COUGHLIN STOIA GELLER
6     RUDMAN & ROBBINS LLP
    SHAWN A. WILLIAMS
7   WILLOW E. RADCLIFFE
    MONIQUE C. WINKLER
8   ELI R. GREENSTEIN

9

10           s/ Shawn A. Williams
             SHAWN A. WILLIAMS
11
    100 Pine Street, Suite 2600
12  San Francisco, CA  94111
    Telephone:  415/288-4545
13  415/288-4534 (fax)

14  LERACH COUGHLIN STOIA GELLER
       RUDMAN & ROBBINS LLP
15  MARK SOLOMON
    DOUGLAS R. BRITTON
16  GAVIN M. BOWIE
    STACEY M. KAPLAN
17  655 West Broadway, Suite 1900
    San Diego, CA  92101
18  Telephone:  619/231-1058
    619/231-7423 (fax)
19
    Lead Counsel for Plaintiffs
20
    LATHAM & WATKINS LLP
21  PATRICK E. GIBBS

22

23           s/ Patrick E. Gibbs
             PATRICK E. GIBBS
24
    140 Scott Drive
25  Menlo Park, CA  94025
    Telephone:  650/328-4600
26  650/463-2600 (fax)

27

28

STIPULATION AND [PROPOSED] ORDER APPROVING FORM AND MANNER OF NOTICE -
C-01-0988-MJJ                                                         - 3 -

LATHAM & WATKINS LLP
Peter A. Wald
Michele F. Kyrouz
505 Montgomery Street, Suite 2000
San Francisco, CA  94111
Telephone:  415/391-0600
415/395-8095 (fax)

Attorneys for Defendants

  I, Shawn A. Williams, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Approving Form and Manner of Notice.  In compliance with General Order 45, X.B., I hereby attest that Patrick E. Gibbs have concurred in this filing.

                     s/ Shawn A. Williams
                     SHAWN A. WILLIAMS

T:\CasesSF\Oracle3\STP00044698.doc

STIPULATION AND [PROPOSED] ORDER APPROVING FORM AND MANNER OF NOTICE - C-01-0988-MJJ

- 4 -

CERTIFICATE OF SERVICE

I hereby certify that on August 29, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 29, 2007.

    s/ Shawn A. Williams
SHAWN A. WILLIAMS

LERACH COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
100 Pine Street, 26th Floor
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)

E-mail: ShawnW@lerachlaw.com

# Mailing Information for a Case 3:01-cv-00988-MJJ

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jennie Lee Anderson**
  jennie@libertylawoffice.com

- **Eric J. Belfi**
  ebelfi@labaton.com,ElectronicCaseFiling@labaton.com

- **Doug Britton**
  dougb@lerachlaw.com,e_file_sf@lerachlaw.com,e_file_sd@lerachlaw.com,ldeem@lerachlaw.com

- **Patrick Edward Gibbs**
  patrick.gibbs@lw.com,zoila.aurora@lw.com

- **Eli Greenstein**
  Elig@lerachlaw.com,e_file_sf@lerachlaw.com,e_file_sd@lerachlaw.com

- **Kirke M. Hasson**
  kirke.hasson@pillsburylaw.com,cheryl.grant@pillsburylaw.com

- **Stacey Marie Kaplan**
  SKaplan@lerachlaw.com

- **Reed R. Kathrein**
  reed@hbsslaw.com,nancyq@hbsslaw.com

- **Michele Frances Kyrouz**
  michele.kyrouz@lw.com

- **Nicole Catherine Lavallee**
  nlavallee@bermanesq.com,ysoboleva@bermanesq.com

- **William S. Lerach**
  e_file_sd@lerachlaw.com

- **James C. Maroulis**
  jim.maroulis@oracle.com

- **Caroline McIntyre**
  cmcintyre@be-law.com,swalker@be-law.com

- **Valerie McLaughlin**
  valeriem@lerachlaw.com,kellyb@lerachlaw.com

- **Brian P Murray**

    bmurray@rabinlaw.com

- **Shinyung Oh**
  shinyungoh@paulhastings.com

- **Willow E. Radcliffe**
  willowr@lerachlaw.com,e_file_sf@lerachlaw.com,e_file_sd@lerachlaw.com

- **Sanna Rachel Singer**
  ssinger@sideman.com,mthomas@sideman.com

- **Mark Solomon**
  marks@lerachlaw.com,e_file_sf@lerachlaw.com,e_file_sd@lerachlaw.com

- **Edward W. Swanson**
  eswanson@swansonmcnamara.com

- **Shawn A. Williams**
  shawnw@lerachlaw.com,cwood@lerachlaw.com,e_file_sf@lerachlaw.com,dpfefferbaum@lerachl

- **Jamie Lynne Wine**
  jamie.wine@lw.com,karen.kelly@lw.com

- **Monique Winkler**
  shawnw@lerachlaw.com,E_File_SF@lerachlaw.com,travisd@lerachlaw.com,MoniqueW@lerachl

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Dorian Daley
500 Oracle Parkway
Redwood City, CA 94065

Corey D. Holzer
Holzer Holzer & Cannon LLC
1117 Perimeter Center West
Suite E-107
Atlanta, GA 30338

Raymond Lane
Bergeson LLP
303 Almaden Blvd., Ste. 500
San Jose, CA 95110

PRG-Schultz USA, Inc.
Paul Hastings Janofsky & Walker LLP
55 Second Street
24th Floor
San Francisco, CA 94105
```

**Darren Jay Robbins**
 Lerach Coughlin Stoia Geller Rudman  & Robbins LLP
655 West Broadway
Suite 1900
San Diego, CA 92101