LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
MARK SOLOMON (151949)
DOUGLAS R. BRITTON (188769)
GAVIN M. BOWIE (235532)
STACEY M. KAPLAN (241989)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
marks@lerachlaw.com
dougb@lerachlaw.com
gbowie@lerachlaw.com
skaplan@lerachlaw.com
        – and –
SHAWN A. WILLIAMS (213113)
WILLOW E. RADCLIFFE (200087)
MONIQUE C. WINKLER (213031)
ELI R. GREENSTEIN (217945)
100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@lerachlaw.com
willowr@lerachlaw.com
moniquew@lerachlaw.com
elig@lerachlaw.com

Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION )<br>)<br>)<br>)<br>This Document Relates To: )<br>)<br>ALL ACTIONS. )<br>)<br>) | Master File No. C-01-0988-MJJ<br><br>CLASS ACTION<br><br>MANUAL FILING NOTIFICATION REGARDING PLAINTIFFS' [CORRECTED] OPPOSITION TO DEFENDANTS' MOTION TO EXCLUDE DECLARATIONS AND TESTIMONY OF BROOKS HILLIARD |

1     Regarding: PLAINTIFFS' [CORRECTED] OPPOSITION TO DEFENDANTS'
2 MOTION TO EXCLUDE DECLARATIONS AND TESTIMONY OF BROOKS HILLIARD.
3     This filing is in paper or physical form only, and is being maintained in the case file in the
4 Clerk's office.
5     If you are a participant on this case, the filing will be served in hard-copy shortly.
6     For information on retrieving this filing directly from the Court, please see the Court's main
7 website at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).
8     This filing was not e-filed because the item was filed under seal pursuant to protective order.

9 DATED: August 29, 2007      LERACH COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
10     SHAWN A. WILLIAMS
    WILLOW E. RADCLIFFE
11     MONIQUE C. WINKLER
    ELI R. GREENSTEIN

    s/ Shawn A. Williams
14     SHAWN A. WILLIAMS

15     100 Pine Street, Suite 2600
    San Francisco, CA 94111
16     Telephone: 415/288-4545
    415/288-4534 (fax)

    LERACH COUGHLIN STOIA GELLER
18     RUDMAN & ROBBINS LLP
    MARK SOLOMON
19     DOUGLAS R. BRITTON
    GAVIN M. BOWIE
20     STACEY M. KAPLAN
    655 West Broadway, Suite 1900
21     San Diego, CA 92101
    Telephone: 619/231-1058
22     619/231-7423 (fax)

23     Lead Counsel for Plaintiffs

24 T:\CasesSF\oracle3\NOT00045045.doc

MANUAL FILING NOTIF RE PLTFS' [CORRECTED] OPP TO DFNTS' MOTION TO EXCLUDE
DECLARATIONS AND TESTIMONY OF BROOKS HILLIARD - C-01-0988-MJJ      - 1 -

<div style="text-align:center">CERTIFICATE OF SERVICE</div>

I hereby certify that on August 29, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 29, 2007.

<div style="margin-left:3em">
 s/ Shawn A. Williams
SHAWN A. WILLIAMS

LERACH COUGHLIN STOIA GELLER
 RUDMAN & ROBBINS LLP
100 Pine Street, 26th Floor
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)

E-mail: ShawnW@lerachlaw.com
</div>

# Mailing Information for a Case 3:01-cv-00988-MJJ

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jennie Lee Anderson**
  jennie@libertylawoffice.com

- **Eric J. Belfi**
  ebelfi@labaton.com,ElectronicCaseFiling@labaton.com

- **Doug Britton**
  dougb@lerachlaw.com,e_file_sf@lerachlaw.com,e_file_sd@lerachlaw.com,ldeem@lerachlaw.com

- **Patrick Edward Gibbs**
  patrick.gibbs@lw.com,zoila.aurora@lw.com

- **Eli Greenstein**
  Elig@lerachlaw.com,e_file_sf@lerachlaw.com,e_file_sd@lerachlaw.com

- **Kirke M. Hasson**
  kirke.hasson@pillsburylaw.com,cheryl.grant@pillsburylaw.com

- **Stacey Marie Kaplan**
  SKaplan@lerachlaw.com

- **Reed R. Kathrein**
  reed@hbsslaw.com,nancyq@hbsslaw.com

- **Michele Frances Kyrouz**
  michele.kyrouz@lw.com

- **Nicole Catherine Lavallee**
  nlavallee@bermanesq.com,ysoboleva@bermanesq.com

- **William S. Lerach**
  e_file_sd@lerachlaw.com

- **James C. Maroulis**
  jim.maroulis@oracle.com

- **Caroline McIntyre**
  cmcintyre@be-law.com,swalker@be-law.com

- **Valerie McLaughlin**
  valeriem@lerachlaw.com,kellyb@lerachlaw.com

- **Brian P Murray**

    bmurray@rabinlaw.com

- **Shinyung Oh**
  shinyungoh@paulhastings.com

- **Willow E. Radcliffe**
  willowr@lerachlaw.com,e_file_sf@lerachlaw.com,e_file_sd@lerachlaw.com

- **Sanna Rachel Singer**
  ssinger@sideman.com,mthomas@sideman.com

- **Mark Solomon**
  marks@lerachlaw.com,e_file_sf@lerachlaw.com,e_file_sd@lerachlaw.com

- **Edward W. Swanson**
  eswanson@swansonmcnamara.com

- **Shawn A. Williams**
  shawnw@lerachlaw.com,cwood@lerachlaw.com,e_file_sf@lerachlaw.com,dpfefferbaum@lerachl

- **Jamie Lynne Wine**
  jamie.wine@lw.com,karen.kelly@lw.com

- **Monique Winkler**
  shawnw@lerachlaw.com,E_File_SF@lerachlaw.com,travisd@lerachlaw.com,MoniqueW@lerachl

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Dorian Daley
500 Oracle Parkway
Redwood City, CA 94065

Corey D. Holzer
Holzer Holzer & Cannon LLC
1117 Perimeter Center West
Suite E-107
Atlanta, GA 30338

Raymond Lane
Bergeson LLP
303 Almaden Blvd., Ste. 500
San Jose, CA 95110

PRG-Schultz USA, Inc.
Paul Hastings Janofsky & Walker LLP
55 Second Street
24th Floor
San Francisco, CA 94105
```

**Darren Jay Robbins**
 Lerach Coughlin Stoia Geller Rudman  & Robbins LLP
655 West Broadway
Suite 1900
San Diego, CA 92101