LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
MARK SOLOMON (151949)
DOUGLAS R. BRITTON (188769)
GAVIN M. BOWIE (235532)
STACEY M. KAPLAN (241989)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
marks@lerachlaw.com
dougb@lerachlaw.com
gbowie@lerachlaw.com
skaplan@lerachlaw.com
        – and –
SHAWN A. WILLIAMS (213113)
WILLOW E. RADCLIFFE (200087)
MONIQUE C. WINKLER (213031)
ELI R. GREENSTEIN (217945)
100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@lerachlaw.com
willowr@lerachlaw.com
moniquew@lerachlaw.com
elig@lerachlaw.com

Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION | ) ) ) ) ) ) ) ) ) | Master File No. C-01-0988-MJJ |
| | CLASS ACTION |
| This Document Relates To: | [PROPOSED] SEALING ORDER |
| ALL ACTIONS. | |

1       Having considered the papers regarding Plaintiffs' Administrative Request to File Plaintiffs'

2  [Corrected] Opposition to Defendants' Motion to Exclude Declarations and Testimony of Brooks

3  Hilliard under seal; it is hereby ordered that Plaintiffs' [Corrected] Opposition to Defendants'

4  Motion to Exclude Declarations and Testimony of Brooks Hilliard is sealed.

5       IT IS SO ORDERED.

6  DATED:  _____    _____

7                             THE HONORABLE MARTIN J. JENKINS
                                 UNITED STATES DISTRICT JUDGE

8  Submitted by:

9  DATED:  August 29, 2007

10  LERACH COUGHLIN STOIA GELLER
     RUDMAN & ROBBINS LLP
11  SHAWN A. WILLIAMS
  WILLOW E. RADCLIFFE
12  MONIQUE C. WINKLER
  ELI R. GREENSTEIN

13

14
             s/ Shawn A. Williams
15  _____
          SHAWN A. WILLIAMS

16  100 Pine Street, Suite 2600
  San Francisco, CA  94111
17  Telephone:  415/288-4545
  415/288-4534 (fax)
18
  LERACH COUGHLIN STOIA GELLER
19     RUDMAN & ROBBINS LLP
   MARK SOLOMON
20  DOUGLAS R. BRITTON
  GAVIN M. BOWIE
21  STACEY M. KAPLAN
  655 West Broadway, Suite 1900
22  San Diego, CA  92101
  Telephone:  619/231-1058
23  619/231-7423 (fax)

24  Lead Counsel for Plaintiffs

25  T:\CasesSF\Oracle3\ORD00045050.doc

26

27

28

1

<u>CERTIFICATE OF SERVICE</u>

2

I hereby certify that on August 29, 2007, I electronically filed the foregoing with the Clerk of

3

the Court using the CM/ECF system which will send notification of such filing to the e-mail

4

addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have

5

mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF

6

participants indicated on the attached Manual Notice List.

7

I certify under penalty of perjury under the laws of the United States of America that the

8

foregoing is true and correct.  Executed on August 29, 2007.

9

10

  s/ Shawn A. Williams
SHAWN A. WILLIAMS

11

LERACH COUGHLIN STOIA GELLER
     RUDMAN & ROBBINS LLP

12

100 Pine Street, 26th Floor

13

San Francisco, CA  94111
Telephone:  415/288-4545

14

415/288-4534 (fax)

15

E-mail: ShawnW@lerachlaw.com

16

17

18

19

20

21

22

23

24

25

26

27

28

# Mailing Information for a Case 3:01-cv-00988-MJJ

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jennie Lee Anderson**
  jennie@libertylawoffice.com

- **Eric J. Belfi**
  ebelfi@labaton.com,ElectronicCaseFiling@labaton.com

- **Doug Britton**
  dougb@lerachlaw.com,e_file_sf@lerachlaw.com,e_file_sd@lerachlaw.com,ldeem@lerachlaw.cor

- **Patrick Edward Gibbs**
  patrick.gibbs@lw.com,zoila.aurora@lw.com

- **Eli Greenstein**
  Elig@lerachlaw.com,e_file_sf@lerachlaw.com,e_file_sd@lerachlaw.com

- **Kirke M. Hasson**
  kirke.hasson@pillsburylaw.com,cheryl.grant@pillsburylaw.com

- **Stacey Marie Kaplan**
  SKaplan@lerachlaw.com

- **Reed R. Kathrein**
  reed@hbsslaw.com,nancyq@hbsslaw.com

- **Michele Frances Kyrouz**
  michele.kyrouz@lw.com

- **Nicole Catherine Lavallee**
  nlavallee@bermanesq.com,ysoboleva@bermanesq.com

- **William S. Lerach**
  e_file_sd@lerachlaw.com

- **James C. Maroulis**
  jim.maroulis@oracle.com

- **Caroline McIntyre**
  cmcintyre@be-law.com,swalker@be-law.com

- **Valerie McLaughlin**
  valeriem@lerachlaw.com,kellyb@lerachlaw.com

- **Brian P Murray**

bmurray@rabinlaw.com

- **Shinyung Oh**
  shinyungoh@paulhastings.com

- **Willow E. Radcliffe**
  willowr@lerachlaw.com,e_file_sf@lerachlaw.com,e_file_sd@lerachlaw.com

- **Sanna Rachel Singer**
  ssinger@sideman.com,mthomas@sideman.com

- **Mark Solomon**
  marks@lerachlaw.com,e_file_sf@lerachlaw.com,e_file_sd@lerachlaw.com

- **Edward W. Swanson**
  eswanson@swansonmcnamara.com

- **Shawn A. Williams**
  shawnw@lerachlaw.com,cwood@lerachlaw.com,e_file_sf@lerachlaw.com,dpfefferbaum@lerachl

- **Jamie Lynne Wine**
  jamie.wine@lw.com,karen.kelly@lw.com

- **Monique Winkler**
  shawnw@lerachlaw.com,E_File_SF@lerachlaw.com,travisd@lerachlaw.com,MoniqueW@lerachl

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Dorian Daley
500 Oracle Parkway
Redwood City, CA 94065

Corey D. Holzer
Holzer Holzer & Cannon LLC
1117 Perimeter Center West
Suite E-107
Atlanta, GA 30338

Raymond Lane
Bergeson LLP
303 Almaden Blvd., Ste. 500
San Jose, CA 95110

PRG-Schultz USA, Inc.
Paul Hastings Janofsky & Walker LLP
55 Second Street
24th Floor
San Francisco, CA 94105
```

**Darren Jay Robbins**
 Lerach Coughlin Stoia Geller Rudman  & Robbins LLP
655 West Broadway
Suite 1900
San Diego, CA 92101