COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
MARK SOLOMON (151949)
DOUGLAS R. BRITTON (188769)
STACEY M. KAPLAN (241989)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
marks@csgrr.com
dougb@csgrr.com
skaplan@csgrr.com
        – and –
SHAWN A. WILLIAMS (213113)
WILLOW E. RADCLIFFE (200087)
MONIQUE C. WINKLER (213031)
ELI R. GREENSTEIN (217945)
100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@csgrr.com
willowr@csgrr.com
moniquew@csgrr.com
elig@csgrr.com

Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION | Master File No. C-01-0988-MJJ |
| | CLASS ACTION |
| This Document Relates To:<br><br>ALL ACTIONS. | NOTICE OF ERRATA AND ERRATA FOR PLAINTIFFS' AMENDED NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT AGAINST LAWRENCE ELLISON FOR TRADING ON THE BASIS OF MATERIAL NON-PUBLIC INFORMATION |
| | DATE:         September 26, 2007<br>TIME:         2:30 p.m.<br>COURTROOM:   The Honorable<br>                       Martin J. Jenkins |

1  TO:    THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD

2  Plaintiffs submit this Notice of Errata and Errata to correct several clerical errors in Plaintiffs' Amended Notice of Motion and Motion for Summary Judgment Against Lawrence Ellison for Trading on the Basis of Material Non-Public Information ("Plaintiffs' Amended Motion"). A corrected copy of Plaintiffs' Amended Motion is filed concurrently herewith.

Plaintiffs' [Corrected] Amended Notice of Motion and Motion for Summary Judgment Against Lawrence Ellison for Trading on the Basis of Material Non-Public Information contains the following corrections:

- Page 3, line 3, the reference to Ex. 21 now reads "Ex. 22 at 126:7-15."
- Page 3, line 4, the reference to Ex. 22 now reads "Ex. 21 at 123:14-125:4."
- Page 3, line 21, the reference to Ex. 29 now reads "Ex. 29 at 75-76 & Ex. 4."
- Page 3, line 27, the reference to "Ex. 12 at Ex. B" has been deleted.
- Page 4, lines 23-24, the reference to Ex. 29 now reads "Ex. 29 at 17."
- Page 5, line 17, the reference to Ex. 50 now reads "Ex. 50 at 78:7-79:1."
- Page 5, line 22, the reference to Ex. 52 now reads "Ex. 52 at 255:21-257:1."
- Page 5, footnote 4, line 27, the reference to Ex. 47 now reads "Ex. 47 at 245:18-247:12."
- Page 6, line 11, the reference to Ex. 30 now reads "Ex. 29 at 85; Ex. 30 at Ex. 7."
- Page 7, line 17, the reference to Ex. 66 now reads "Ex. 66 at 013402."
- Pages 10, line 1, the reference to 279:1-11 now reads "279:1-11; Ex. 24 at 286:15-18."
- Page 10, line 16, the reference to Ex. 6 now reads "Ex. 6 at 543."
- Page 10, footnote 6, line 25, the reference to Exs. 34, 94, 95 now reads "Ex. 34; Ex. 94 at 440080; Ex. 95 at 440097."
- Page 11, line 6, the reference to *Id*. now reads "Ex. 6."
- Page 11, line 20, the reference to Ex. 99 now reads "Ex. 99 at 128:11-21."
- Page 11, line 22, the reference to Exs. 94 & 95 now reads "Exs. 34, 94, 95."

- Page 11, line 23, the reference to Exs. 94 & 95 now reads "Exs. 34, 94, 95."

- Page 12, line 7, the reference to Ex. 101 has been deleted.

- Page 12, line 9, the reference to *Id.* now reads "Ex. 101 at 420:12-14."

- Page 12, line 13, the reference to Ex. 30 now reads "*Id.*"

- Page 12, line 23, the reference to Ex. 3 now reads "Ex. 3 at 300605-06."

- Page 12, line 27, the reference to Ex. 3 now reads "Ex. 3 at 300605-06."

- Page 14, line 9, the reference to Ex. 120 now reads "Ex. 120 at 609765."

- Page 14, lines 14-15, the reference to Ex. 121 now reads "Ex. 121 at 318, 323."

- Page 15, footnote 7, line 27, the reference to Ex. 127 now reads "Ex. 127 at BAIRD0014."

- Page 17, line 9, the sentence ending with "(compared to guidance of 25%)" now ends with "*Id.*"

- Page 17, line 17, the reference to Ex. 6 now reads "Exs. 6, 34; Ex. 94 at 440080."

- Page 17, line 24, the reference to Exs. 34, 94, 104 now reads "Ex. 34; Ex. 94 at 440080; Ex. 103 at 440131."

- Page 18, line 6, the language "astounding pipeline" now reads "'astounding' pipeline."

- Page 18, line 23, the string cite reference beginning with Ex. 30 now includes "Ex. 34; Ex. 35 at 122080."

- Page 18, line 27, the reference to Ex. 79 now reads "Ex. 79 at 151961-62."

- Page 19, line 2, the reference to Ex. 79 now reads "Ex. 79 at 151961-62; Ex. 34; Ex. 94 at 440077."

- Page 19, lines 9-10, the string cite reference beginning with Ex. 26 now includes "Ex. 29 at Ex. 4."

- Page 19, line 23, the reference to Ex. 6 now reads "Ex. 6 at 00543."

- Page 19, line 26, the reference to Ex. 30 now reads "Ex. 29 at 85; Ex. 30 at Exs. 7 & 20; Ex. 34; Ex. 94 at 440080; Ex. 103 at 440131."

- Page 21, line 19, the reference to Ex. 7 now reads "Ex. 7 at 300656."

NOTICE OF ERRATA AND ERRATA FOR PLAINTIFFS' AMENDED NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT AGAINST LAWRENCE ELLISON - C-01-0988-MJJ — - 2 -

- Page 21, line 26, the reference to Exs. 3 & 7 now reads "Ex. 3 at 300606; Ex. 7 at 300656."

- Page 23, line 7, the reference to Exs. 38 & 133 now reads "Ex. 38 at 12; Ex. 133."

- Page 23, line 9, the reference to Exs. 133, 135, 136 now reads "Ex. 133 at 3; Ex. 135 at 4; Ex. 136."

- Page 23, line 14, the reference to Ex. 137 now reads "Ex. 137 at 572:4-577:8, 577:25-578:21, 579:10-580:6."

- Page 23, footnote 9, line 27, the reference to Exs. 38 & 133 now reads "Ex. 38 at 12."

- Page 24, line 1, the language to appropriate person now contains an end quote mark (*i.e.*, appropriate person.").

- Page 25, line 2, the reference to Ex. 156 now reads "Ex. 156 at 297559."

DATED: September 6, 2007

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
MARK SOLOMON
DOUGLAS R. BRITTON
STACEY M. KAPLAN


                                    s/ DOUGLAS R. BRITTON
                                    DOUGLAS R. BRITTON

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SHAWN A. WILLIAMS
WILLOW E. RADCLIFFE
MONIQUE C. WINKLER
ELI R. GREENSTEIN
100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)

Lead Counsel for Plaintiffs

S:\CasesSD\Oracle3\MIS00045188_errata Ellison.doc

NOTICE OF ERRATA AND ERRATA FOR PLAINTIFFS' AMENDED NOTICE OF MOTION AND
MOTION FOR SUMMARY JUDGMENT AGAINST LAWRENCE ELLISON - C-01-0988-MJJ - 3 -

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 6, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 6, 2007.

 s/ DOUGLAS R. BRITTON
DOUGLAS R. BRITTON

COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:  dougb@csgrr.com

# Mailing Information for a Case 3:01-cv-00988-MJJ

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jennie Lee Anderson**
  jennie@libertylawoffice.com

- **Eric J. Belfi**
  ebelfi@labaton.com,ElectronicCaseFiling@labaton.com

- **Doug Britton**
  dougb@lerachlaw.com,e_file_sf@lerachlaw.com,e_file_sd@lerachlaw.com,ldeem@lerachlaw.com

- **Patrick Edward Gibbs**
  patrick.gibbs@lw.com,zoila.aurora@lw.com

- **Eli Greenstein**
  Elig@lerachlaw.com,e_file_sf@lerachlaw.com,e_file_sd@lerachlaw.com

- **Kirke M. Hasson**
  kirke.hasson@pillsburylaw.com,cheryl.grant@pillsburylaw.com

- **Stacey Marie Kaplan**
  SKaplan@lerachlaw.com

- **Reed R. Kathrein**
  reed@hbsslaw.com,nancyq@hbsslaw.com

- **Michele Frances Kyrouz**
  michele.kyrouz@lw.com

- **Nicole Catherine Lavallee**
  nlavallee@bermanesq.com,ysoboleva@bermanesq.com

- **William S. Lerach**
  e_file_sd@lerachlaw.com

- **James C. Maroulis**
  jim.maroulis@oracle.com

- **Caroline McIntyre**
  cmcintyre@be-law.com,swalker@be-law.com

- **Valerie McLaughlin**
  valeriem@lerachlaw.com,kellyb@lerachlaw.com

- **Brian P Murray**
  bmurray@rabinlaw.com

- **Shinyung Oh**
  shinyungoh@paulhastings.com

- **Willow E. Radcliffe**
  willowr@lerachlaw.com,e_file_sf@lerachlaw.com,e_file_sd@lerachlaw.com

- **Sanna Rachel Singer**
  ssinger@sideman.com,mthomas@sideman.com

- **Mark Solomon**
  marks@lerachlaw.com,e_file_sf@lerachlaw.com,e_file_sd@lerachlaw.com

- **Edward W. Swanson**
  eswanson@swansonmcnamara.com

- **Shawn A. Williams**
  shawnw@lerachlaw.com,cwood@lerachlaw.com,e_file_sf@lerachlaw.com,dpfefferbaum@lerachlaw

- **Jamie Lynne Wine**
  jamie.wine@lw.com,karen.kelly@lw.com

- **Monique Winkler**
  shawnw@lerachlaw.com,E_File_SF@lerachlaw.com,travisd@lerachlaw.com,MoniqueW@lerachlaw

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Dorian Daley
500 Oracle Parkway
Redwood City, CA 94065

Corey D. Holzer
Holzer Holzer & Cannon LLC
1117 Perimeter Center West
Suite E-107
Atlanta, GA 30338

Raymond Lane
Bergeson LLP
303 Almaden Blvd., Ste. 500
San Jose, CA 95110

PRG-Schultz USA, Inc.
Paul Hastings Janofsky & Walker LLP
55 Second Street
24th Floor
San Francisco, CA 94105

Darren Jay Robbins
Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway
Suite 1900
```

San Diego, CA 92101