1  COUGHLIN STOIA GELLER
     RUDMAN & ROBBINS LLP
2  MARK SOLOMON (151949)
   DOUGLAS R. BRITTON (188769)
3  STACEY M. KAPLAN (241989)
   655 West Broadway, Suite 1900
4  San Diego, CA  92101
   Telephone:  619/231-1058
5  619/231-7423 (fax)
   marks@csgrr.com
6  dougb@csgrr.com
   skaplan@csgrr.com
7         – and –
   SHAWN A. WILLIAMS (213113)
8  WILLOW E. RADCLIFFE (200087)
   MONIQUE C. WINKLER (213031)
9  ELI R. GREENSTEIN (217945)
   100 Pine Street, Suite 2600
10 San Francisco, CA  94111
   Telephone:  415/288-4545
11 415/288-4534 (fax)
   shawnw@csgrr.com
12 willowr@csgrr.com
   moniquew@csgrr.com
13 elig@csgrr.com

14 Lead Counsel for Plaintiffs

15                    UNITED STATES DISTRICT COURT

16                   NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 17 In re ORACLE CORPORATION SECURITIES LITIGATION | Master File No. C-01-0988-MJJ |
| 18 | CLASS ACTION |
| 19 This Document Relates To: | PLAINTIFFS' ADMINISTRATIVE REQUEST TO FILE PLAINTIFFS' [CORRECTED] AMENDED NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT AGAINST LAWRENCE ELLISON FOR TRADING ON THE BASIS OF MATERIAL NON-PUBLIC INFORMATION UNDER SEAL |
| 20       ALL ACTIONS. | |

1  Pursuant to Civil Local Rules 7-11 and 79-5, plaintiffs submit this Administrative Request to
2 file Plaintiffs' [Corrected] Amended Notice of Motion and Motion for Summary Judgment Against
3 Lawrence Ellison for Trading on the Basis of Material Non-Public Information under seal.  This
4 Administrative Request is accompanied by the Declaration of Douglas R. Britton and the [Proposed]
5 Sealing Order, filed concurrently herewith.

6  Plaintiffs' [Corrected] Amended Notice of Motion and Motion for Summary Judgment
7 Against Lawrence Ellison for Trading on the Basis of Material Non-Public Information, contains
8 references to documents marked "confidential" by the parties.  This information is subject to the
9 provisions of the Revised Stipulated Protective Order Governing Confidentiality entered on
10 January 11, 2005 and Civil Local Rule 79-5.  Accordingly, plaintiffs respectfully request that
11 Plaintiffs' [Corrected] Amended Notice of Motion and Motion for Summary Judgment Against
12 Lawrence Ellison for Trading on the Basis of Material Non-Public Information be filed under the
13 seal of this Court.

14 DATED: September 6, 2007

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
MARK SOLOMON
DOUGLAS R. BRITTON
STACEY M. KAPLAN


            s/ DOUGLAS R. BRITTON
              DOUGLAS R. BRITTON

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SHAWN A. WILLIAMS
WILLOW E. RADCLIFFE
MONIQUE C. WINKLER
ELI R. GREENSTEIN
100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)

Lead Counsel for Plaintiffs

S:\CasesSD\Oracle3\REQ00045284_under seal.doc

PLTFS' ADMIN REQ TO FILE PLAINTIFFS' [CORRECTED] AMENDED NOTICE OF MOT & MOT
FOR SUMMARY JUDGMENT AGAINST LAWRENCE ELLISON UNDER SEAL - C-01-0988-MJJ   - 1 -

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 6, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on September 6, 2007.

      s/ DOUGLAS R. BRITTON
DOUGLAS R. BRITTON

COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:  dougb@csgrr.com

# Mailing Information for a Case 3:01-cv-00988-MJJ

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jennie Lee Anderson**
  jennie@libertylawoffice.com

- **Eric J. Belfi**
  ebelfi@labaton.com,ElectronicCaseFiling@labaton.com

- **Doug Britton**
  dougb@lerachlaw.com,e_file_sf@lerachlaw.com,e_file_sd@lerachlaw.com,ldeem@lerachlaw.com

- **Patrick Edward Gibbs**
  patrick.gibbs@lw.com,zoila.aurora@lw.com

- **Eli Greenstein**
  Elig@lerachlaw.com,e_file_sf@lerachlaw.com,e_file_sd@lerachlaw.com

- **Kirke M. Hasson**
  kirke.hasson@pillsburylaw.com,cheryl.grant@pillsburylaw.com

- **Stacey Marie Kaplan**
  SKaplan@lerachlaw.com

- **Reed R. Kathrein**
  reed@hbsslaw.com,nancyq@hbsslaw.com

- **Michele Frances Kyrouz**
  michele.kyrouz@lw.com

- **Nicole Catherine Lavallee**
  nlavallee@bermanesq.com,ysoboleva@bermanesq.com

- **William S. Lerach**
  e_file_sd@lerachlaw.com

- **James C. Maroulis**
  jim.maroulis@oracle.com

- **Caroline McIntyre**
  cmcintyre@be-law.com,swalker@be-law.com

- **Valerie McLaughlin**
  valeriem@lerachlaw.com,kellyb@lerachlaw.com

- **Brian P Murray**
  bmurray@rabinlaw.com

- **Shinyung Oh**
  shinyungoh@paulhastings.com

- **Willow E. Radcliffe**
  willowr@lerachlaw.com,e_file_sf@lerachlaw.com,e_file_sd@lerachlaw.com

- **Sanna Rachel Singer**
  ssinger@sideman.com,mthomas@sideman.com

- **Mark Solomon**
  marks@lerachlaw.com,e_file_sf@lerachlaw.com,e_file_sd@lerachlaw.com

- **Edward W. Swanson**
  eswanson@swansonmcnamara.com

- **Shawn A. Williams**
  shawnw@lerachlaw.com,cwood@lerachlaw.com,e_file_sf@lerachlaw.com,dpfefferbaum@lerachlaw

- **Jamie Lynne Wine**
  jamie.wine@lw.com,karen.kelly@lw.com

- **Monique Winkler**
  shawnw@lerachlaw.com,E_File_SF@lerachlaw.com,travisd@lerachlaw.com,MoniqueW@lerachlaw

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Dorian Daley
500 Oracle Parkway
Redwood City, CA 94065

Corey D. Holzer
Holzer Holzer & Cannon LLC
1117 Perimeter Center West
Suite E-107
Atlanta, GA 30338

Raymond Lane
Bergeson LLP
303 Almaden Blvd., Ste. 500
San Jose, CA 95110

PRG-Schultz USA, Inc.
Paul Hastings Janofsky & Walker LLP
55 Second Street
24th Floor
San Francisco, CA 94105

Darren Jay Robbins
Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway
Suite 1900
```

San Diego, CA 92101