COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
MARK SOLOMON (151949)
DOUGLAS R. BRITTON (188769)
STACEY M. KAPLAN (241989)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
marks@csgrr.com
dougb@csgrr.com
skaplan@csgrr.com
        – and –
SHAWN A. WILLIAMS (213113)
WILLOW E. RADCLIFFE (200087)
MONIQUE C. WINKLER (213031)
ELI R. GREENSTEIN (217945)
100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@csgrr.com
willowr@csgrr.com
moniquew@csgrr.com
elig@csgrr.com

Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION | Master File No. C-01-0988-MJJ |
| | CLASS ACTION |
| This Document Relates To: | PLAINTIFFS' ADMINISTRATIVE REQUEST TO FILE NOTICE OF ERRATA FOR PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT UNDER SEAL |
| ALL ACTIONS. | |
| | DATE:         To be determined<br>TIME:          To be determined<br>COURTROOM:  The Honorable Martin J. Jenkins |

1    Pursuant to Civil Local Rules 7-11 and 79-5, plaintiffs submit this Administrative Request to
2  file Notice of Errata for Plaintiffs' Opposition to Defendants' Motion for Summary Judgment under
3  seal.  This Administrative Request is accompanied by the Declaration of Eli R. Greenstein and the
4  [Proposed] Sealing Order, filed concurrently herewith.
5    The Notice of Errata for Plaintiffs' Opposition to Defendants' Motion for Summary
6  Judgment contains references to documents marked "confidential" by the parties.  This information
7  is subject to the provisions of the Revised Stipulated Protective Order Governing Confidentiality
8  entered on January 11, 2005 and Civil Local Rule 79-5.  Accordingly, plaintiffs respectfully request
9  that the Notice of Errata for Plaintiffs' Opposition to Defendants' Motion for Summary Judgment be
10  filed under the seal of this Court.

11  DATED:  September 6, 2007        COUGHLIN STOIA GELLER
                                         RUDMAN & ROBBINS LLP
12                                   SHAWN A. WILLIAMS
                                     WILLOW E. RADCLIFFE
13                                   MONIQUE C. WINKLER
                                     ELI R. GREENSTEIN
14
15
                                          s/ Eli R. Greenstein
16                                       ELI R. GREENSTEIN

17                                   100 Pine Street, Suite 2600
                                     San Francisco, CA  94111
18                                   Telephone:  415/288-4545
                                     415/288-4534 (fax)
19
                                     COUGHLIN STOIA GELLER
20                                       RUDMAN & ROBBINS LLP
                                     MARK SOLOMON
21                                   DOUGLAS R. BRITTON
                                     STACEY M. KAPLAN
22                                   655 West Broadway, Suite 1900
                                     San Diego, CA  92101
23                                   Telephone:  619/231-1058
                                     619/231-7423 (fax)
24
                                     Lead Counsel for Plaintiffs
25  T:\CasesSF\Oracle3\REQ00045245.doc
26
27
28

PLAINTIFFS' ADMINISTRATIVE REQUEST TO FILE NOTICE OF ERRATA FOR PLTFS'
OPPOSITION TO DEFS' MOTION FOR SUMMARY JUDGMENT UNDER SEAL - C-01-0988-MJJ    - 1 -

CERTIFICATE OF SERVICE

I hereby certify that on September 6, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 6, 2007.

s/ Eli R. Greenstein
ELI R. GREENSTEIN

COUGHLIN STOIA GELLER
 RUDMAN & ROBBINS LLP
100 Pine Street, 26th Floor
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)

E-mail: elig@csgrr.com

PLAINTIFFS' ADMINISTRATIVE REQUEST TO FILE NOTICE OF ERRATA FOR PLTFS' OPPOSITION TO DEFS' MOTION FOR SUMMARY JUDGMENT UNDER SEAL - C-01-0988-MJJ      - 2 -

# Mailing Information for a Case 3:01-cv-00988-MJJ

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jennie Lee Anderson**
  jennie@libertylawoffice.com

- **Eric J. Belfi**
  ebelfi@labaton.com,ElectronicCaseFiling@labaton.com

- **Doug Britton**
  dougb@lerachlaw.com,e_file_sf@lerachlaw.com,e_file_sd@lerachlaw.com,ldeem@lerachlaw.cor

- **Patrick Edward Gibbs**
  patrick.gibbs@lw.com,zoila.aurora@lw.com

- **Eli Greenstein**
  Elig@lerachlaw.com,e_file_sf@lerachlaw.com,e_file_sd@lerachlaw.com

- **Kirke M. Hasson**
  kirke.hasson@pillsburylaw.com,cheryl.grant@pillsburylaw.com

- **Stacey Marie Kaplan**
  SKaplan@lerachlaw.com

- **Reed R. Kathrein**
  reed@hbsslaw.com,nancyq@hbsslaw.com

- **Michele Frances Kyrouz**
  michele.kyrouz@lw.com

- **Nicole Catherine Lavallee**
  nlavallee@bermanesq.com,ysoboleva@bermanesq.com

- **William S. Lerach**
  e_file_sd@lerachlaw.com

- **James C. Maroulis**
  jim.maroulis@oracle.com

- **Caroline McIntyre**
  cmcintyre@be-law.com,swalker@be-law.com

- **Valerie McLaughlin**
  valeriem@lerachlaw.com,kellyb@lerachlaw.com

- **Brian P Murray**

- bmurray@rabinlaw.com

- **Shinyung Oh**
  shinyungoh@paulhastings.com

- **Willow E. Radcliffe**
  willowr@lerachlaw.com,e_file_sf@lerachlaw.com,e_file_sd@lerachlaw.com

- **Sanna Rachel Singer**
  ssinger@sideman.com,mthomas@sideman.com

- **Mark Solomon**
  marks@lerachlaw.com,e_file_sf@lerachlaw.com,e_file_sd@lerachlaw.com

- **Edward W. Swanson**
  eswanson@swansonmcnamara.com

- **Shawn A. Williams**
  shawnw@lerachlaw.com,cwood@lerachlaw.com,e_file_sf@lerachlaw.com,dpfefferbaum@lerachl

- **Jamie Lynne Wine**
  jamie.wine@lw.com,karen.kelly@lw.com

- **Monique Winkler**
  shawnw@lerachlaw.com,E_File_SF@lerachlaw.com,travisd@lerachlaw.com,MoniqueW@lerachl

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Dorian Daley
500 Oracle Parkway
Redwood City, CA 94065

Corey D. Holzer
Holzer Holzer & Cannon LLC
1117 Perimeter Center West
Suite E-107
Atlanta, GA 30338

Raymond Lane
Bergeson LLP
303 Almaden Blvd., Ste. 500
San Jose, CA 95110

PRG-Schultz USA, Inc.
Paul Hastings Janofsky & Walker LLP
55 Second Street
24th Floor
San Francisco, CA 94105
```

**Darren Jay Robbins**
Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway
Suite 1900
San Diego, CA 92101