1 | COUGHLIN STOIA GELLER
     RUDMAN & ROBBINS LLP
2 | MARK SOLOMON (151949)
    DOUGLAS R. BRITTON (188769)
3 | STACEY M. KAPLAN (241989)
    655 West Broadway, Suite 1900
4 | San Diego, CA  92101
    Telephone:  619/231-1058
5 | 619/231-7423 (fax)
    marks@csgrr.com
6 | dougb@csgrr.com
    skaplan@csgrr.com
7 |        – and –
    SHAWN A. WILLIAMS (213113)
8 | WILLOW E. RADCLIFFE (200087)
    MONIQUE C. WINKLER (213031)
9 | ELI R. GREENSTEIN (217945)
    100 Pine Street, Suite 2600
10 | San Francisco, CA  94111
     Telephone:  415/288-4545
11 | 415/288-4534 (fax)
     shawnw@csgrr.com
12 | willowr@csgrr.com
     moniquew@csgrr.com
13 | elig@csgrr.com

14 | Lead Counsel for Plaintiffs

15 | UNITED STATES DISTRICT COURT

16 | NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION | Master File No. C-01-0988-MJJ |
| | CLASS ACTION |
| This Document Relates To: | PLAINTIFFS' ADMINISTRATIVE REQUEST TO FILE PLAINTIFFS' [CORRECTED] OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT UNDER SEAL |
| ALL ACTIONS. | |
| | DATE:         To be determined |
| | TIME:         To be determined |
| | COURTROOM: The Honorable Martin J. Jenkins |

1  Pursuant to Civil Local Rules 7-11 and 79-5, plaintiffs submit this Administrative Request to
2  file Plaintiffs' [Corrected] Opposition to Defendants' Motion for Summary Judgment under seal.
3  This Administrative Request is accompanied by the Declaration of Eli R. Greenstein and the
4  [Proposed] Sealing Order, filed concurrently herewith.

5  Plaintiffs' [Corrected] Opposition to Defendants' Motion for Summary Judgment contains
6  references to documents marked "confidential" by the parties.  This information is subject to the
7  provisions of the Revised Stipulated Protective Order Governing Confidentiality entered on January
8  11, 2005 and Civil Local Rule 79-5.  Accordingly, plaintiffs respectfully request that Plaintiffs'
9  [Corrected] Opposition to Defendants' Motion for Summary Judgment be filed under the seal of this
10 Court.

11 DATED:  September 6, 2007                COUGHLIN STOIA GELLER
                                              RUDMAN & ROBBINS LLP
12                                           SHAWN A. WILLIAMS
                                             WILLOW E. RADCLIFFE
13                                           MONIQUE C. WINKLER
                                             ELI R. GREENSTEIN
14

15
                                                    s/ Eli R. Greenstein
16                                                 ELI R. GREENSTEIN

17                                           100 Pine Street, Suite 2600
                                             San Francisco, CA  94111
18                                           Telephone:  415/288-4545
                                             415/288-4534 (fax)
19
                                             COUGHLIN STOIA GELLER
20                                              RUDMAN & ROBBINS LLP
                                             MARK SOLOMON
21                                           DOUGLAS R. BRITTON
                                             STACEY M. KAPLAN
22                                           655 West Broadway, Suite 1900
                                             San Diego, CA  92101
23                                           Telephone:  619/231-1058
                                             619/231-7423 (fax)
24
                                             Lead Counsel for Plaintiffs
25
T:\CasesSF\Oracle3\REQ00045233.doc
26

27

28

PLAINTIFFS' ADMINISTRATIVE REQUEST TO FILE PLAINTIFFS' [CORRECTED] OPPOSITION
TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT UNDER SEAL - C-01-0988-MJJ       - 1 -

CERTIFICATE OF SERVICE

I hereby certify that on September 6, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 6, 2007.

      s/ Eli R. Greenstein
ELI R. GREENSTEIN

COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
100 Pine Street, 26th Floor
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)

E-mail:elig@csgrr.com

# Mailing Information for a Case 3:01-cv-00988-MJJ

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jennie Lee Anderson**
  jennie@libertylawoffice.com

- **Eric J. Belfi**
  ebelfi@labaton.com,ElectronicCaseFiling@labaton.com

- **Doug Britton**
  dougb@lerachlaw.com,e_file_sf@lerachlaw.com,e_file_sd@lerachlaw.com,ldeem@lerachlaw.com

- **Patrick Edward Gibbs**
  patrick.gibbs@lw.com,zoila.aurora@lw.com

- **Eli Greenstein**
  Elig@lerachlaw.com,e_file_sf@lerachlaw.com,e_file_sd@lerachlaw.com

- **Kirke M. Hasson**
  kirke.hasson@pillsburylaw.com,cheryl.grant@pillsburylaw.com

- **Stacey Marie Kaplan**
  SKaplan@lerachlaw.com

- **Reed R. Kathrein**
  reed@hbsslaw.com,nancyq@hbsslaw.com

- **Michele Frances Kyrouz**
  michele.kyrouz@lw.com

- **Nicole Catherine Lavallee**
  nlavallee@bermanesq.com,ysoboleva@bermanesq.com

- **William S. Lerach**
  e_file_sd@lerachlaw.com

- **James C. Maroulis**
  jim.maroulis@oracle.com

- **Caroline McIntyre**
  cmcintyre@be-law.com,swalker@be-law.com

- **Valerie McLaughlin**
  valeriem@lerachlaw.com,kellyb@lerachlaw.com

- **Brian P Murray**

bmurray@rabinlaw.com

- **Shinyung Oh**
  shinyungoh@paulhastings.com

- **Willow E. Radcliffe**
  willowr@lerachlaw.com,e_file_sf@lerachlaw.com,e_file_sd@lerachlaw.com

- **Sanna Rachel Singer**
  ssinger@sideman.com,mthomas@sideman.com

- **Mark Solomon**
  marks@lerachlaw.com,e_file_sf@lerachlaw.com,e_file_sd@lerachlaw.com

- **Edward W. Swanson**
  eswanson@swansonmcnamara.com

- **Shawn A. Williams**
  shawnw@lerachlaw.com,cwood@lerachlaw.com,e_file_sf@lerachlaw.com,dpfefferbaum@lerachl

- **Jamie Lynne Wine**
  jamie.wine@lw.com,karen.kelly@lw.com

- **Monique Winkler**
  shawnw@lerachlaw.com,E_File_SF@lerachlaw.com,travisd@lerachlaw.com,MoniqueW@lerachl

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Dorian Daley
500 Oracle Parkway
Redwood City, CA 94065

Corey D. Holzer
Holzer Holzer & Cannon LLC
1117 Perimeter Center West
Suite E-107
Atlanta, GA 30338

Raymond Lane
Bergeson LLP
303 Almaden Blvd., Ste. 500
San Jose, CA 95110

PRG-Schultz USA, Inc.
Paul Hastings Janofsky & Walker LLP
55 Second Street
24th Floor
San Francisco, CA 94105
```

**Darren Jay Robbins**
Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway
Suite 1900
San Diego, CA 92101