1  COUGHLIN STOIA GELLER
      RUDMAN & ROBBINS LLP
2  MARK SOLOMON (151949)
   DOUGLAS R. BRITTON (188769)
3  STACEY M. KAPLAN (241989)
   655 West Broadway, Suite 1900
4  San Diego, CA  92101
   Telephone:  619/231-1058
5  619/231-7423 (fax)
   marks@csgrr.com
6  dougb@csgrr.com
   skaplan@csgrr.com
7        – and –
   SHAWN A. WILLIAMS (213113)
8  WILLOW E. RADCLIFFE (200087)
   MONIQUE C. WINKLER (213031)
9  ELI R. GREENSTEIN (217945)
   100 Pine Street, Suite 2600
10 San Francisco, CA  94111
   Telephone:  415/288-4545
11 415/288-4534 (fax)
   shawnw@csgrr.com
12 willowr@csgrr.com
   moniquew@csgrr.com
13 elig@csgrr.com

14 Lead Counsel for Plaintiffs

15                    UNITED STATES DISTRICT COURT

16                   NORTHERN DISTRICT OF CALIFORNIA

| 17 | In re ORACLE CORPORATION SECURITIES LITIGATION | ) | Master File No. C-01-0988-MJJ |
|---|---|---|---|
| 18 | | ) ) | CLASS ACTION |
| 19 | This Document Relates To: | ) ) | DECLARATION OF DOUGLAS R. BRITTON IN SUPPORT OF PLAINTIFFS' |
| 20 | ALL ACTIONS. | ) ) ) | ADMINISTRATIVE REQUEST TO FILE UNDER SEAL THE CORRECTED |
| 21 | | | EXHIBITS 63, 256, 333 AND 370 TO APPENDIX OF EXHIBITS IN SUPPORT OF |
| 22 | | | PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY |
| 23 | | | JUDGMENT |

24

25

26

27

28

I, DOUGLAS A. BRITTON, declare as follows:

1. I am an attorney duly licensed to practice before all the courts of the State of California. I am a member of the law firm of Coughlin Stoia Geller Rudman & Robbins LLP, one of the counsel of record for plaintiffs in the above-entitled action. I have personal knowledge of the matter stated herein and, if called upon, I could and would competently testify thereto.

2. I submit this Declaration in Support of Plaintiffs' Administrative Request to File Under Seal the Corrected Exhibits 63, 256, 333 and 370 to Appendix of Exhibits in Support of Plaintiffs' Opposition to Defendants' Motion for Summary.

3. The Corrected Exhibits 63, 256, 333 and 370 to Appendix of Exhibits in Support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgment contain documents marked "confidential" by defendants.

4. This information is subject to the provisions of the Revised Stipulated Protective Order Governing Confidentiality entered on January 11, 2005 (attached hereto as Exhibit A).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 10th day of September, 2007 at San Diego, California.

s/ DOUGLAS R. BRITTON  
DOUGLAS R. BRITTON

S:\CasesSD\Oracle3\DEC00045333_Exs Seal.doc

1
## CERTIFICATE OF SERVICE

2   I hereby certify that on September 10, 2007, I electronically filed the foregoing with the
3   Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail
4   addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have
5   mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF
6   participants indicated on the attached Manual Notice List.
7   I certify under penalty of perjury under the laws of the United States of America that the
8   foregoing is true and correct. Executed on September 10, 2007.

9
10                                          s/ DOUGLAS R. BRITTON
                                            DOUGLAS R. BRITTON
11                                          COUGHLIN STOIA GELLER
12                                               RUDMAN & ROBBINS LLP
                                            655 West Broadway, Suite 1900
13                                          San Diego, CA  92101-3301
                                            Telephone:  619/231-1058
14                                          619/231-7423 (fax)
15                                          E-mail:  dougb@csgrr.com

16
17
18
19
20
21
22
23
24
25
26
27
28

# Mailing Information for a Case 3:01-cv-00988-MJJ

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jennie Lee Anderson**
  jennie@libertylaw.com
- **Eric J. Belfi**
  ebelfi@labaton.com,ElectronicCaseFiling@labaton.com
- **Doug Britton**
  dougb@csgrr.com,e_file_sf@lerachlaw.com,e_file_sd@lerachlaw.com,ldeem@lerachlaw.com
- **Patrick Edward Gibbs**
  patrick.gibbs@lw.com,zoila.aurora@lw.com
- **Eli Greenstein**
  Elig@lerachlaw.com,e_file_sf@lerachlaw.com,e_file_sd@lerachlaw.com
- **Kirke M. Hasson**
  kirke.hasson@pillsburylaw.com,cheryl.grant@pillsburylaw.com
- **Stacey Marie Kaplan**
  StaceyKaplan@csgrr.com
- **Reed R. Kathrein**
  reed@hbsslaw.com,nancyq@hbsslaw.com
- **Michele Frances Kyrouz**
  michele.kyrouz@lw.com
- **Nicole Catherine Lavallee**
  nlavallee@bermanesq.com,ysoboleva@bermanesq.com
- **William S. Lerach**
  e_file_sd@lerachlaw.com
- **James C. Maroulis**
  jim.maroulis@oracle.com
- **Caroline McIntyre**
  cmcintyre@be-law.com,swalker@be-law.com
- **Valerie McLaughlin**
  valeriem@lerachlaw.com,kellyb@lerachlaw.com
- **Brian P Murray**
  bmurray@rabinlaw.com
- **Shinyung Oh**
  shinyungoh@paulhastings.com
- **Willow E. Radcliffe**
  willowr@lerachlaw.com,e_file_sf@lerachlaw.com,e_file_sd@lerachlaw.com
- **Sanna Rachel Singer**
  ssinger@sideman.com,mthomas@sideman.com
- **Mark Solomon**
  marks@lerachlaw.com,e_file_sf@lerachlaw.com,e_file_sd@lerachlaw.com

- **Edward W. Swanson**
  eswanson@swansonmcnamara.com
- **Shawn A. Williams**
  shawnw@lerachlaw.com,cwood@lerachlaw.com,e_file_sf@lerachlaw.com,dpfefferbaum@lerachlaw.com,travisd@lerachlaw.com,moniquew@lerachlaw.com,e_file_sd@lerachlaw.com,aelishb@lerachlaw.com
- **Jamie Lynne Wine**
  jamie.wine@lw.com,karen.kelly@lw.com
- **Monique Winkler**
  shawnw@lerachlaw.com,E_File_SF@lerachlaw.com,travisd@lerachlaw.com,MoniqueW@lerachlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Dorian Daley
500 Oracle Parkway
Redwood City, CA 94065

Corey D. Holzer
Holzer Holzer & Cannon LLC
1117 Perimeter Center West
Suite E-107
Atlanta, GA 30338

Raymond Lane
Bergeson LLP
303 Almaden Blvd., Ste. 500
San Jose, CA 95110

PRG-Schultz USA, Inc.
Paul Hastings Janofsky & Walker LLP
55 Second Street
24th Floor
San Francisco, CA 94105

Darren Jay Robbins
Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway
Suite 1900
San Diego, CA 92101
```