COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
MARK SOLOMON (151949)
DOUGLAS R. BRITTON (188769)
STACEY M. KAPLAN (241989)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
marks@csgrr.com
dougb@csgrr.com
skaplan@csgrr.com
        – and –
SHAWN A. WILLIAMS (213113)
WILLOW E. RADCLIFFE (200087)
MONIQUE C. WINKLER (213031)
ELI R. GREENSTEIN (217945)
100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@csgrr.com
willowr@csgrr.com
moniquew@csgrr.com
elig@csgrr.com

Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION | Master File No. C-01-0988-MJJ |
| | CLASS ACTION |
| This Document Relates To: | MANUAL FILING NOTIFICATION REGARDING PLAINTIFFS' REPLY IN FURTHER SUPPORT OF THEIR MOTION TO EXCLUDE THE EXPERT TESTIMONY OF R. GLENN HUBBARD |
| ALL ACTIONS. | |

1    Regarding:  PLAINTIFFS' REPLY IN FURTHER SUPPORT OF THEIR MOTION TO

2  EXCLUDE THE EXPERT TESTIMONY OF R. GLENN HUBBARD

3    This filing is in paper or physical form only, and is being maintained in the case file in the

4  Clerk's office.

5    If you are a participant on this case, the filing will be served in hard-copy shortly.

6    For information on retrieving this filing directly from the Court, please see the Court's main

7  web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

8    This filing was not e-filed because the item was filed under seal pursuant to protective order.

9  DATED:  September 10, 2007          COUGHLIN STOIA GELLER
                                        RUDMAN & ROBBINS LLP
10                                      MARK SOLOMON
                                        DOUGLAS R. BRITTON
11                                      STACEY M. KAPLAN

12

13                                      _____s/ DOUGLAS R. BRITTON_____
                                              DOUGLAS R. BRITTON

14
                                        655 West Broadway, Suite 1900
15                                      San Diego, CA  92101
                                        Telephone:  619/231-1058
16                                      619/231-7423 (fax)

17                                      COUGHLIN STOIA GELLER
                                        RUDMAN & ROBBINS LLP
18                                      SHAWN A. WILLIAMS
                                        WILLOW E. RADCLIFFE
19                                      MONIQUE C. WINKLER
                                        ELI R. GREENSTEIN
20                                      100 Pine Street, Suite 2600
                                        San Francisco, CA  94111
21                                      Telephone:  415/288-4545
                                        415/288-4534 (fax)
22
                                        Lead Counsel for Plaintiffs
23
   S:\CasesSD\Oracle3\MIS00045343_MF Hubbard Reply.doc
24

25

26

27

28

   MANUAL FILING NOTIFICATION RE PLAINTIFFS' REPLY IN FURTHER SUPPORT OF THEIR
   MOTION TO EXCLUDE THE EXPERT TESTIMONY OF R. GLENN HUBBARD - C-01-0988-MJJ      - 1 -

1

<u>CERTIFICATE OF SERVICE</u>

2       I hereby certify that on September 10, 2007, I electronically filed the foregoing with the

3   Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail

4   addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have

5   mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF

6   participants indicated on the attached Manual Notice List.

7       I certify under penalty of perjury under the laws of the United States of America that the

8   foregoing is true and correct.  Executed on September 10, 2007.

9

10                                              s/ DOUGLAS R. BRITTON
                                              DOUGLAS R. BRITTON

11                                          COUGHLIN STOIA GELLER
                                                 RUDMAN & ROBBINS LLP
12                                          655 West Broadway, Suite 1900
                                          San Diego, CA  92101-3301
13                                          Telephone:  619/231-1058
                                          619/231-7423 (fax)
14

15                                          E-mail:  dougb@csgrr.com

16

17

18

19

20

21

22

23

24

25

26

27

28

# Mailing Information for a Case 3:01-cv-00988-MJJ

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jennie Lee Anderson**
  jennie@libertylaw.com
- **Eric J. Belfi**
  ebelfi@labaton.com,ElectronicCaseFiling@labaton.com
- **Doug Britton**
  dougb@csgrr.com,e_file_sf@lerachlaw.com,e_file_sd@lerachlaw.com,ldeem@lerachlaw.com
- **Patrick Edward Gibbs**
  patrick.gibbs@lw.com,zoila.aurora@lw.com
- **Eli Greenstein**
  Elig@lerachlaw.com,e_file_sf@lerachlaw.com,e_file_sd@lerachlaw.com
- **Kirke M. Hasson**
  kirke.hasson@pillsburylaw.com,cheryl.grant@pillsburylaw.com
- **Stacey Marie Kaplan**
  StaceyKaplan@csgrr.com
- **Reed R. Kathrein**
  reed@hbsslaw.com,nancyq@hbsslaw.com
- **Michele Frances Kyrouz**
  michele.kyrouz@lw.com
- **Nicole Catherine Lavallee**
  nlavallee@bermanesq.com,ysoboleva@bermanesq.com
- **William S. Lerach**
  e_file_sd@lerachlaw.com
- **James C. Maroulis**
  jim.maroulis@oracle.com
- **Caroline McIntyre**
  cmcintyre@be-law.com,swalker@be-law.com
- **Valerie McLaughlin**
  valeriem@lerachlaw.com,kellyb@lerachlaw.com
- **Brian P Murray**
  bmurray@rabinlaw.com
- **Shinyung Oh**
  shinyungoh@paulhastings.com
- **Willow E. Radcliffe**
  willowr@lerachlaw.com,e_file_sf@lerachlaw.com,e_file_sd@lerachlaw.com
- **Sanna Rachel Singer**
  ssinger@sideman.com,mthomas@sideman.com
- **Mark Solomon**
  marks@lerachlaw.com,e_file_sf@lerachlaw.com,e_file_sd@lerachlaw.com

- **Edward W. Swanson**
  eswanson@swansonmcnamara.com
- **Shawn A. Williams**
  shawnw@lerachlaw.com,cwood@lerachlaw.com,e_file_sf@lerachlaw.com,dpfefferbaum
  @lerachlaw.com,travisd@lerachlaw.com,moniquew@lerachlaw.com,e_file_sd@lerachla
  w.com,aelishb@lerachlaw.com
- **Jamie Lynne Wine**
  jamie.wine@lw.com,karen.kelly@lw.com
- **Monique Winkler**
  shawnw@lerachlaw.com,E_File_SF@lerachlaw.com,travisd@lerachlaw.com,MoniqueW
  @lerachlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case
(who therefore require manual noticing). You may wish to use your mouse to select and copy
this list into your word processing program in order to create notices or labels for these
recipients.

```
Dorian Daley
500 Oracle Parkway
Redwood City, CA 94065

Corey D. Holzer
Holzer Holzer & Cannon LLC
1117 Perimeter Center West
Suite E-107
Atlanta, GA 30338

Raymond Lane
Bergeson LLP
303 Almaden Blvd., Ste. 500
San Jose, CA 95110

PRG-Schultz USA, Inc.
Paul Hastings Janofsky & Walker LLP
55 Second Street
24th Floor
San Francisco, CA 94105

Darren Jay Robbins
Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway
Suite 1900
San Diego, CA 92101
```