| | |
|---|---|
| 1 | COUGHLIN STOIA GELLER |
|   |   RUDMAN & ROBBINS LLP |
| 2 | MARK SOLOMON (151949) |
|   | DOUGLAS R. BRITTON (188769) |
| 3 | STACEY M. KAPLAN (241989) |
|   | 655 West Broadway, Suite 1900 |
| 4 | San Diego, CA  92101 |
|   | Telephone:  619/231-1058 |
| 5 | 619/231-7423 (fax) |
|   | marks@csgrr.com |
| 6 | dougb@csgrr.com |
|   | skaplan@csgrr.com |
| 7 |         – and – |
|   | SHAWN A. WILLIAMS (213113) |
| 8 | WILLOW E. RADCLIFFE (200087) |
|   | MONIQUE C. WINKLER (213031) |
| 9 | ELI R. GREENSTEIN (217945) |
|   | 100 Pine Street, Suite 2600 |
| 10 | San Francisco, CA  94111 |
|    | Telephone:  415/288-4545 |
| 11 | 415/288-4534 (fax) |
|    | shawnw@csgrr.com |
| 12 | willowr@csgrr.com |
|    | moniquew@csgrr.com |
| 13 | elig@csgrr.com |
| 14 | Lead Counsel for Plaintiffs |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION | Master File No. C-01-0988-MJJ |
|   | CLASS ACTION |
| This Document Relates To: | MANUAL FILING NOTIFICATION REGARDING THE DECLARATION OF DOUGLAS R. BRITTON IN SUPPORT OF PLAINTIFFS' REPLY IN FURTHER SUPPORT OF THEIR MOTION TO EXCLUDE THE EXPERT TESTIMONY OF R. GLENN HUBBARD |
| ALL ACTIONS. | |

1    Regarding: DECLARATION OF DOUGLAS R. BRITTON IN SUPPORT OF
2 PLAINTIFFS' REPLY IN FURTHER SUPPORT OF THEIR MOTION TO EXCLUDE THE
3 EXPERT TESTIMONY OF R. GLENN HUBBARD

4    This filing is in paper or physical form only, and is being maintained in the case file in the
5 Clerk's office.

6    If you are a participant on this case, the filing will be served in hard-copy shortly.

7    For information on retrieving this filing directly from the Court, please see the Court's main
8 web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

9    This filing was not e-filed because the item was filed under seal pursuant to protective order.

10 DATED:  September 10, 2007                COUGHLIN STOIA GELLER
                                                RUDMAN & ROBBINS LLP
11                                          MARK SOLOMON
                                            DOUGLAS R. BRITTON
12                                          STACEY M. KAPLAN

13

14                                               s/ DOUGLAS R. BRITTON
                                                 DOUGLAS R. BRITTON
15
                                            655 West Broadway, Suite 1900
16                                          San Diego, CA  92101
                                            Telephone:  619/231-1058
17                                          619/231-7423 (fax)

18                                          COUGHLIN STOIA GELLER
                                                RUDMAN & ROBBINS LLP
19                                          SHAWN A. WILLIAMS
                                            WILLOW E. RADCLIFFE
20                                          MONIQUE C. WINKLER
                                            ELI R. GREENSTEIN
21                                          100 Pine Street, Suite 2600
                                            San Francisco, CA  94111
22                                          Telephone:  415/288-4545
                                            415/288-4534 (fax)
23
                                            Lead Counsel for Plaintiffs
24
S:\CasesSD\Oracle3\MIS00045343_MF Hubbard Reply_DRB dec.doc
25

26

27

28

MANUAL FILING NOT RE THE DEC OF DOUGLAS BRITTON IN SUPP OF PLTFS' REPLY IN
FURTHER SUPP OF MOT TO EXCLUDE EXPERT TESTIMONY OF HUBBARD – C-01-0988-MJJ       - 1 -

CERTIFICATE OF SERVICE

I hereby certify that on September 10, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 10, 2007.

s/ DOUGLAS R. BRITTON
DOUGLAS R. BRITTON

COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:  dougb@csgrr.com

# Mailing Information for a Case 3:01-cv-00988-MJJ

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jennie Lee Anderson**
  jennie@libertylaw.com
- **Eric J. Belfi**
  ebelfi@labaton.com,ElectronicCaseFiling@labaton.com
- **Doug Britton**
  dougb@csgrr.com,e_file_sf@lerachlaw.com,e_file_sd@lerachlaw.com,ldeem@lerachlaw.com
- **Patrick Edward Gibbs**
  patrick.gibbs@lw.com,zoila.aurora@lw.com
- **Eli Greenstein**
  Elig@lerachlaw.com,e_file_sf@lerachlaw.com,e_file_sd@lerachlaw.com
- **Kirke M. Hasson**
  kirke.hasson@pillsburylaw.com,cheryl.grant@pillsburylaw.com
- **Stacey Marie Kaplan**
  StaceyKaplan@csgrr.com
- **Reed R. Kathrein**
  reed@hbsslaw.com,nancyq@hbsslaw.com
- **Michele Frances Kyrouz**
  michele.kyrouz@lw.com
- **Nicole Catherine Lavallee**
  nlavallee@bermanesq.com,ysoboleva@bermanesq.com
- **William S. Lerach**
  e_file_sd@lerachlaw.com
- **James C. Maroulis**
  jim.maroulis@oracle.com
- **Caroline McIntyre**
  cmcintyre@be-law.com,swalker@be-law.com
- **Valerie McLaughlin**
  valeriem@lerachlaw.com,kellyb@lerachlaw.com
- **Brian P Murray**
  bmurray@rabinlaw.com
- **Shinyung Oh**
  shinyungoh@paulhastings.com
- **Willow E. Radcliffe**
  willowr@lerachlaw.com,e_file_sf@lerachlaw.com,e_file_sd@lerachlaw.com
- **Sanna Rachel Singer**
  ssinger@sideman.com,mthomas@sideman.com
- **Mark Solomon**
  marks@lerachlaw.com,e_file_sf@lerachlaw.com,e_file_sd@lerachlaw.com

- **Edward W. Swanson**
  eswanson@swansonmcnamara.com
- **Shawn A. Williams**
  shawnw@lerachlaw.com,cwood@lerachlaw.com,e_file_sf@lerachlaw.com,dpfefferbaum@lerachlaw.com,travisd@lerachlaw.com,moniquew@lerachlaw.com,e_file_sd@lerachlaw.com,aelishb@lerachlaw.com
- **Jamie Lynne Wine**
  jamie.wine@lw.com,karen.kelly@lw.com
- **Monique Winkler**
  shawnw@lerachlaw.com,E_File_SF@lerachlaw.com,travisd@lerachlaw.com,MoniqueW@lerachlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Dorian Daley
500 Oracle Parkway
Redwood City, CA 94065

Corey D. Holzer
Holzer Holzer & Cannon LLC
1117 Perimeter Center West
Suite E-107
Atlanta, GA 30338

Raymond Lane
Bergeson LLP
303 Almaden Blvd., Ste. 500
San Jose, CA 95110

PRG-Schultz USA, Inc.
Paul Hastings Janofsky & Walker LLP
55 Second Street
24th Floor
San Francisco, CA 94105

Darren Jay Robbins
Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway
Suite 1900
San Diego, CA 92101
```