COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
MARK SOLOMON (151949)
DOUGLAS R. BRITTON (188769)
STACEY M. KAPLAN (241989)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
marks@csgrr.com
dougb@csgrr.com
skaplan@csgrr.com
      – and –
SHAWN A. WILLIAMS (213113)
WILLOW E. RADCLIFFE (200087)
MONIQUE C. WINKLER (213031)
ELI R. GREENSTEIN (217945)
100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@csgrr.com
willowr@csgrr.com
moniquew@csgrr.com
elig@csgrr.com

Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION | Master File No. C-01-0988-MJJ |
| | CLASS ACTION |
| This Document Relates To: | PLAINTIFFS' ADMINISTRATIVE REQUEST TO FILE UNDER SEAL PLAINTIFFS' REPLY IN FURTHER SUPPORT OF THEIR MOTION TO EXCLUDE THE EXPERT TESTIMONY OF R. GLENN HUBBARD AND THE DECLARATION OF DOUGLAS R. BRITTON IN SUPPORT THEREOF |
| ALL ACTIONS. | |

1  Pursuant to Civil Local Rules 7-11 and 79-5, plaintiffs submit this Administrative Request to
2  File Under Seal Plaintiffs' Reply in Further Support of Their Motion to Exclude the Expert
3  Testimony of R. Glenn Hubbard and the Declaration of Douglas R. Britton in Support Thereof.  This
4  Administrative Request is accompanied by the Declaration of Douglas R. Britton and the [Proposed]
5  Sealing Order, filed concurrently herewith.

6  Plaintiffs' Reply in Further Support of Their Motion to Exclude the Expert Testimony of
7  R. Glenn Hubbard and the Declaration of Douglas R. Britton in Support Thereof contain quotes from
8  and references to transcripts and documents marked "confidential" by defendants.  This information
9  is subject to the provisions of the Revised Stipulated Protective Order Governing Confidentiality
10 entered on January 11, 2005 and Civil Local Rule 79-5.  Accordingly, plaintiffs respectfully request
11 Plaintiffs' Reply in Further Support of Their Motion to Exclude the Expert Testimony of R. Glenn
12 Hubbard and the Declaration of Douglas R. Britton in Support Thereof be filed under the seal of this
13 Court.

14 DATED:  September 10, 2007           Respectfully submitted,

15                                       COUGHLIN STOIA GELLER
                                           RUDMAN & ROBBINS LLP
16                                      MARK SOLOMON
                                        DOUGLAS R. BRITTON
17                                      STACEY M. KAPLAN

18

19                                              s/ DOUGLAS R. BRITTON
                                                DOUGLAS R. BRITTON
20
                                        655 West Broadway, Suite 1900
21                                      San Diego, CA  92101
                                        Telephone:  619/231-1058
22                                      619/231-7423 (fax)

23

24

25

26

27

28

PLTFS' ADMIN REQ TO FILE UNDER SEAL PLTFS' REPLY IN FURTHER SUPP OF MOT TO
EXCLUDE EXPERT TESTIMONY OF HUBBARD & DECL OF DOUGLAS R. BRITTON IN SUPP
THEREOF - C-01-0988-MJJ                                                          - 1 -

| | |
|---|---|
| 1 | |
| 2 | COUGHLIN STOIA GELLER |
|   |   RUDMAN & ROBBINS LLP |
| 3 | SHAWN A. WILLIAMS |
|   | WILLOW E. RADCLIFFE |
| 4 | MONIQUE C. WINKLER |
|   | ELI R. GREENSTEIN |
| 5 | 100 Pine Street, Suite 2600 |
|   | San Francisco, CA  94111 |
| 6 | Telephone:  415/288-4545 |
|   | 415/288-4534 (fax) |
| 7 | Lead Counsel for Plaintiffs |

S:\CasesSD\Oracle3\REQ00045340_Reply Hubbard U S.doc

PLTFS' ADMIN REQ TO FILE UNDER SEAL PLTFS' REPLY IN FURTHER SUPP OF MOT TO EXCLUDE EXPERT TESTIMONY OF HUBBARD & DECL OF DOUGLAS R. BRITTON IN SUPP THEREOF - C-01-0988-MJJ

- 2 -

CERTIFICATE OF SERVICE

I hereby certify that on September 10, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 10, 2007.

    s/ DOUGLAS R. BRITTON
DOUGLAS R. BRITTON

COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:  dougb@csgrr.com

# Mailing Information for a Case 3:01-cv-00988-MJJ

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jennie Lee Anderson**
  jennie@libertylaw.com
- **Eric J. Belfi**
  ebelfi@labaton.com,ElectronicCaseFiling@labaton.com
- **Doug Britton**
  dougb@csgrr.com,e_file_sf@lerachlaw.com,e_file_sd@lerachlaw.com,ldeem@lerachlaw.com
- **Patrick Edward Gibbs**
  patrick.gibbs@lw.com,zoila.aurora@lw.com
- **Eli Greenstein**
  Elig@lerachlaw.com,e_file_sf@lerachlaw.com,e_file_sd@lerachlaw.com
- **Kirke M. Hasson**
  kirke.hasson@pillsburylaw.com,cheryl.grant@pillsburylaw.com
- **Stacey Marie Kaplan**
  StaceyKaplan@csgrr.com
- **Reed R. Kathrein**
  reed@hbsslaw.com,nancyq@hbsslaw.com
- **Michele Frances Kyrouz**
  michele.kyrouz@lw.com
- **Nicole Catherine Lavallee**
  nlavallee@bermanesq.com,ysoboleva@bermanesq.com
- **William S. Lerach**
  e_file_sd@lerachlaw.com
- **James C. Maroulis**
  jim.maroulis@oracle.com
- **Caroline McIntyre**
  cmcintyre@be-law.com,swalker@be-law.com
- **Valerie McLaughlin**
  valeriem@lerachlaw.com,kellyb@lerachlaw.com
- **Brian P Murray**
  bmurray@rabinlaw.com
- **Shinyung Oh**
  shinyungoh@paulhastings.com
- **Willow E. Radcliffe**
  willowr@lerachlaw.com,e_file_sf@lerachlaw.com,e_file_sd@lerachlaw.com
- **Sanna Rachel Singer**
  ssinger@sideman.com,mthomas@sideman.com
- **Mark Solomon**
  marks@lerachlaw.com,e_file_sf@lerachlaw.com,e_file_sd@lerachlaw.com

- **Edward W. Swanson**
  eswanson@swansonmcnamara.com
- **Shawn A. Williams**
  shawnw@lerachlaw.com,cwood@lerachlaw.com,e_file_sf@lerachlaw.com,dpfefferbaum@lerachlaw.com,travisd@lerachlaw.com,moniquew@lerachlaw.com,e_file_sd@lerachlaw.com,aelishb@lerachlaw.com
- **Jamie Lynne Wine**
  jamie.wine@lw.com,karen.kelly@lw.com
- **Monique Winkler**
  shawnw@lerachlaw.com,E_File_SF@lerachlaw.com,travisd@lerachlaw.com,MoniqueW@lerachlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Dorian Daley
500 Oracle Parkway
Redwood City, CA 94065

Corey D. Holzer
Holzer Holzer & Cannon LLC
1117 Perimeter Center West
Suite E-107
Atlanta, GA 30338

Raymond Lane
Bergeson LLP
303 Almaden Blvd., Ste. 500
San Jose, CA 95110

PRG-Schultz USA, Inc.
Paul Hastings Janofsky & Walker LLP
55 Second Street
24th Floor
San Francisco, CA 94105

Darren Jay Robbins
Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway
Suite 1900
San Diego, CA 92101
```