1  COUGHLIN STOIA GELLER
      RUDMAN & ROBBINS LLP
2  MARK SOLOMON (151949)
   DOUGLAS R. BRITTON (188769)
3  STACEY M. KAPLAN (241989)
   655 West Broadway, Suite 1900
4  San Diego, CA  92101
   Telephone:  619/231-1058
5  619/231-7423 (fax)
   marks@csgrr.com
6  dougb@csgrr.com
   skaplan@csgrr.com
7       – and –
   SHAWN A. WILLIAMS (213113)
8  WILLOW E. RADCLIFFE (200087)
   MONIQUE C. WINKLER (213031)
9  ELI R. GREENSTEIN (217945)
   100 Pine Street, Suite 2600
10 San Francisco, CA  94111
   Telephone: 415/288-4545
11 415/288-4534 (fax)
   shawnw@csgrr.com
12 willowr@csgrr.com
   moniquew@csgrr.com
13 elig@csgrr.com

14 Lead Counsel for Plaintiffs

15                  UNITED STATES DISTRICT COURT

16               NORTHERN DISTRICT OF CALIFORNIA

17 In re ORACLE CORPORATION          )   Master File No. C-01-0988-MJJ
   SECURITIES LITIGATION             )
18 _____)   CLASS ACTION
                                      )
19 This Document Relates To:          )   MANUAL FILING NOTIFICATION
                                      )   REGARDING THE DECLARATION OF
20      ALL ACTIONS.                  )   DOUGLAS R. BRITTON IN SUPPORT OF
                                      )   PLAINTIFFS' REPLY IN FURTHER
21 _____)   SUPPORT OF THEIR MOTION TO
                                          EXCLUDE THE EXPERT TESTIMONY OF
22                                        GEORGE FOSTER

23

24

25

26

27

28

1    Regarding:   DECLARATION OF DOUGLAS R. BRITTON IN SUPPORT OF

2  PLAINTIFFS' REPLY IN FURTHER SUPPORT OF THEIR MOTION TO EXCLUDE THE

3  EXPERT TESTIMONY OF GEORGE FOSTER

4    This filing is in paper or physical form only, and is being maintained in the case file in the

5  Clerk's office.

6    If you are a participant on this case, the filing will be served in hard-copy shortly.

7    For information on retrieving this filing directly from the Court, please see the Court's main

8  web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

9    This filing was not e-filed because the item was filed under seal pursuant to protective order.

10 DATED:  September 10, 2007              COUGHLIN STOIA GELLER
                                            RUDMAN & ROBBINS LLP
11                                        MARK SOLOMON
                                          DOUGLAS R. BRITTON
12                                        STACEY M. KAPLAN

13

14                                              s/ DOUGLAS R. BRITTON
                                              DOUGLAS R. BRITTON
15
                                          655 West Broadway, Suite 1900
16                                        San Diego, CA  92101
                                          Telephone:  619/231-1058
17                                        619/231-7423 (fax)

18                                        COUGHLIN STOIA GELLER
                                            RUDMAN & ROBBINS LLP
19                                        SHAWN A. WILLIAMS
                                          WILLOW E. RADCLIFFE
20                                        MONIQUE C. WINKLER
                                          ELI R. GREENSTEIN
21                                        100 Pine Street, Suite 2600
                                          San Francisco, CA  94111
22                                        Telephone:  415/288-4545
                                          415/288-4534 (fax)

23
                                          Lead Counsel for Plaintiffs
24
   S:\CasesSD\Oracle3\MIS00045344_MF Foster Reply_DRB dec.doc
25

26

27

28

MANUAL FILING NOT RE DEC OF DOUGLAS BRITTON IN SUPP OF PLTFS' REPLY IN
FURTHER SUPP OF MOT TO EXCLUDE EXPERT TESTIMONY OF FOSTER – C-01-0988-MJJ        - 1 -

CERTIFICATE OF SERVICE

I hereby certify that on September 10, 2007, I electronically filed the foregoing with the

Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail

addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have

mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF

participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the

foregoing is true and correct.  Executed on September 10, 2007.

s/ DOUGLAS R. BRITTON
DOUGLAS R. BRITTON

COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:  dougb@csgrr.com

# Mailing Information for a Case 3:01-cv-00988-MJJ

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jennie Lee Anderson**
  jennie@libertylaw.com
- **Eric J. Belfi**
  ebelfi@labaton.com,ElectronicCaseFiling@labaton.com
- **Doug Britton**
  dougb@csgrr.com,e_file_sf@lerachlaw.com,e_file_sd@lerachlaw.com,ldeem@lerachlaw.com
- **Patrick Edward Gibbs**
  patrick.gibbs@lw.com,zoila.aurora@lw.com
- **Eli Greenstein**
  Elig@lerachlaw.com,e_file_sf@lerachlaw.com,e_file_sd@lerachlaw.com
- **Kirke M. Hasson**
  kirke.hasson@pillsburylaw.com,cheryl.grant@pillsburylaw.com
- **Stacey Marie Kaplan**
  StaceyKaplan@csgrr.com
- **Reed R. Kathrein**
  reed@hbsslaw.com,nancyq@hbsslaw.com
- **Michele Frances Kyrouz**
  michele.kyrouz@lw.com
- **Nicole Catherine Lavallee**
  nlavallee@bermanesq.com,ysoboleva@bermanesq.com
- **William S. Lerach**
  e_file_sd@lerachlaw.com
- **James C. Maroulis**
  jim.maroulis@oracle.com
- **Caroline McIntyre**
  cmcintyre@be-law.com,swalker@be-law.com
- **Valerie McLaughlin**
  valeriem@lerachlaw.com,kellyb@lerachlaw.com
- **Brian P Murray**
  bmurray@rabinlaw.com
- **Shinyung Oh**
  shinyungoh@paulhastings.com
- **Willow E. Radcliffe**
  willowr@lerachlaw.com,e_file_sf@lerachlaw.com,e_file_sd@lerachlaw.com
- **Sanna Rachel Singer**
  ssinger@sideman.com,mthomas@sideman.com
- **Mark Solomon**
  marks@lerachlaw.com,e_file_sf@lerachlaw.com,e_file_sd@lerachlaw.com

- **Edward W. Swanson**
  eswanson@swansonmcnamara.com
- **Shawn A. Williams**
  shawnw@lerachlaw.com,cwood@lerachlaw.com,e_file_sf@lerachlaw.com,dpfefferbaum
  @lerachlaw.com,travisd@lerachlaw.com,moniquew@lerachlaw.com,e_file_sd@lerachla
  w.com,aelishb@lerachlaw.com
- **Jamie Lynne Wine**
  jamie.wine@lw.com,karen.kelly@lw.com
- **Monique Winkler**
  shawnw@lerachlaw.com,E_File_SF@lerachlaw.com,travisd@lerachlaw.com,MoniqueW
  @lerachlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Dorian Daley**
500 Oracle Parkway
Redwood City, CA 94065

**Corey D. Holzer**
Holzer Holzer & Cannon LLC
1117 Perimeter Center West
Suite E-107
Atlanta, GA 30338

**Raymond Lane**
Bergeson LLP
303 Almaden Blvd., Ste. 500
San Jose, CA 95110

**PRG-Schultz USA, Inc.**
Paul Hastings Janofsky & Walker LLP
55 Second Street
24th Floor
San Francisco, CA 94105

**Darren Jay Robbins**
Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway
Suite 1900
San Diego, CA 92101