| | |
|---|---|
| 1 | COUGHLIN STOIA GELLER |
|   |   RUDMAN & ROBBINS LLP |
| 2 | MARK SOLOMON (151949) |
|   | DOUGLAS R. BRITTON (188769) |
| 3 | STACEY M. KAPLAN (241989) |
|   | 655 West Broadway, Suite 1900 |
| 4 | San Diego, CA  92101 |
|   | Telephone:  619/231-1058 |
| 5 | 619/231-7423 (fax) |
|   | marks@csgrr.com |
| 6 | dougb@csgrr.com |
|   | skaplan@csgrr.com |
| 7 |     – and – |
|   | SHAWN A. WILLIAMS (213113) |
| 8 | WILLOW E. RADCLIFFE (200087) |
|   | MONIQUE C. WINKLER (213031) |
| 9 | ELI R. GREENSTEIN (217945) |
|   | 100 Pine Street, Suite 2600 |
| 10 | San Francisco, CA  94111 |
|   | Telephone:  415/288-4545 |
| 11 | 415/288-4534 (fax) |
|   | shawnw@csgrr.com |
| 12 | willowr@csgrr.com |
|   | moniquew@csgrr.com |
| 13 | elig@csgrr.com |

Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION | ) Master File No. C-01-0988-MJJ |
| | ) |
| | ) **CLASS ACTION** |
| | ) |
| This Document Relates To: | ) PLAINTIFFS' ADMINISTRATIVE |
| | ) REQUEST TO FILE UNDER SEAL THE |
| ALL ACTIONS. | ) REPLY IN SUPPORT OF PLAINTIFFS' |
| | ) MOTION FOR SUMMARY JUDGMENT |
| | AGAINST LAWRENCE ELLISON FOR |
| | TRADING ON THE BASIS OF MATERIAL |
| | NON-PUBLIC INFORMATION AND THE |
| | DECLARATION OF DOUGLAS R. |
| | BRITTON IN SUPPORT THEREOF |

1  Pursuant to Civil Local Rules 7-11 and 79-5, plaintiffs submit this Administrative Request to File Under Seal the Reply in Support of Plaintiffs' Motion for Summary Judgment Against Lawrence Ellison for Trading on the Basis of Material Non-Public Information and the Declaration of Douglas R. Britton in Support Thereof.  This Administrative Request is accompanied by the Declaration of Douglas R. Britton and the [Proposed] Sealing Order, filed concurrently herewith.

The Reply in Support of Plaintiffs' Motion for Summary Judgment Against Lawrence Ellison for Trading on the Basis of Material Non-Public Information and the Declaration of Douglas R. Britton in Support Thereof contain quotes from and references to transcripts and documents marked "confidential" by defendants.  This information is subject to the provisions of the Revised Stipulated Protective Order Governing Confidentiality entered on January 11, 2005 and Civil Local Rule 79-5. Accordingly, plaintiffs respectfully request the Reply in Support of Plaintiffs' Motion for Summary Judgment Against Lawrence Ellison for Trading on the Basis of Material Non-Public Information and the Declaration of Douglas R. Britton in Support Thereof be filed under the seal of this Court.

DATED:  September 10, 2007               Respectfully submitted,

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
MARK SOLOMON
DOUGLAS R. BRITTON
STACEY M. KAPLAN


                    s/ DOUGLAS R. BRITTON
                    DOUGLAS R. BRITTON

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

PLTFS' ADMIN REQ TO FILE UNDER SEAL THE REPLY IN SUPP OF PLTFS' MOT FOR SUM JDGMT AGAINST LAWRENCE ELLISON FOR TRADING ON THE BASIS OF MATERIAL NON-PUBLIC INFORMATION & DECL OF DOUGLAS R. BRITTON IN SUPP THEREOF - C-01-0988-MJJ   - 1 -

1
2   COUGHLIN STOIA GELLER
      RUDMAN & ROBBINS LLP
3   SHAWN A. WILLIAMS
    WILLOW E. RADCLIFFE
4   MONIQUE C. WINKLER
    ELI R. GREENSTEIN
5   100 Pine Street, Suite 2600
    San Francisco, CA  94111
6   Telephone:  415/288-4545
    415/288-4534 (fax)
7
    Lead Counsel for Plaintiffs
8
S:\CasesSD\Oracle3\REQ00045349_Reply SJ Ellison U S.doc

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PLTFS' ADMIN REQ TO FILE UNDER SEAL THE REPLY IN SUPP OF PLTFS' MOT FOR SUM
JDGMT AGAINST LAWRENCE ELLISON FOR TRADING ON THE BASIS OF MATERIAL NON-
PUBLIC INFORMATION & DECL OF DOUGLAS R. BRITTON IN SUPP THEREOF - C-01-0988-MJJ    - 2 -

1  CERTIFICATE OF SERVICE

2  I hereby certify that on September 10, 2007, I electronically filed the foregoing with the

3  Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail

4  addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have

5  mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF

6  participants indicated on the attached Manual Notice List.

7  I certify under penalty of perjury under the laws of the United States of America that the

8  foregoing is true and correct. Executed on September 10, 2007.

   s/ DOUGLAS R. BRITTON
   DOUGLAS R. BRITTON

   COUGHLIN STOIA GELLER
       RUDMAN & ROBBINS LLP
   655 West Broadway, Suite 1900
   San Diego, CA  92101-3301
   Telephone:  619/231-1058
   619/231-7423 (fax)

   E-mail:  dougb@csgrr.com

# Mailing Information for a Case 3:01-cv-00988-MJJ

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jennie Lee Anderson**
  jennie@libertylaw.com
- **Eric J. Belfi**
  ebelfi@labaton.com,ElectronicCaseFiling@labaton.com
- **Doug Britton**
  dougb@csgrr.com,e_file_sf@lerachlaw.com,e_file_sd@lerachlaw.com,ldeem@lerachlaw.com
- **Patrick Edward Gibbs**
  patrick.gibbs@lw.com,zoila.aurora@lw.com
- **Eli Greenstein**
  Elig@lerachlaw.com,e_file_sf@lerachlaw.com,e_file_sd@lerachlaw.com
- **Kirke M. Hasson**
  kirke.hasson@pillsburylaw.com,cheryl.grant@pillsburylaw.com
- **Stacey Marie Kaplan**
  StaceyKaplan@csgrr.com
- **Reed R. Kathrein**
  reed@hbsslaw.com,nancyq@hbsslaw.com
- **Michele Frances Kyrouz**
  michele.kyrouz@lw.com
- **Nicole Catherine Lavallee**
  nlavallee@bermanesq.com,ysoboleva@bermanesq.com
- **William S. Lerach**
  e_file_sd@lerachlaw.com
- **James C. Maroulis**
  jim.maroulis@oracle.com
- **Caroline McIntyre**
  cmcintyre@be-law.com,swalker@be-law.com
- **Valerie McLaughlin**
  valeriem@lerachlaw.com,kellyb@lerachlaw.com
- **Brian P Murray**
  bmurray@rabinlaw.com
- **Shinyung Oh**
  shinyungoh@paulhastings.com
- **Willow E. Radcliffe**
  willowr@lerachlaw.com,e_file_sf@lerachlaw.com,e_file_sd@lerachlaw.com
- **Sanna Rachel Singer**
  ssinger@sideman.com,mthomas@sideman.com
- **Mark Solomon**
  marks@lerachlaw.com,e_file_sf@lerachlaw.com,e_file_sd@lerachlaw.com

- **Edward W. Swanson**
  eswanson@swansonmcnamara.com
- **Shawn A. Williams**
  shawnw@lerachlaw.com,cwood@lerachlaw.com,e_file_sf@lerachlaw.com,dpfefferbaum@lerachlaw.com,travisd@lerachlaw.com,moniquew@lerachlaw.com,e_file_sd@lerachlaw.com,aelishb@lerachlaw.com
- **Jamie Lynne Wine**
  jamie.wine@lw.com,karen.kelly@lw.com
- **Monique Winkler**
  shawnw@lerachlaw.com,E_File_SF@lerachlaw.com,travisd@lerachlaw.com,MoniqueW@lerachlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Dorian Daley**
500 Oracle Parkway
Redwood City, CA 94065

**Corey D. Holzer**
Holzer Holzer & Cannon LLC
1117 Perimeter Center West
Suite E-107
Atlanta, GA 30338

**Raymond Lane**
Bergeson LLP
303 Almaden Blvd., Ste. 500
San Jose, CA 95110

**PRG-Schultz USA, Inc.**
Paul Hastings Janofsky & Walker LLP
55 Second Street
24th Floor
San Francisco, CA 94105

**Darren Jay Robbins**
Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway
Suite 1900
San Diego, CA 92101