1 | COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
2 | MARK SOLOMON (151949)
DOUGLAS R. BRITTON (188769)
3 | STACEY M. KAPLAN (241989)
655 West Broadway, Suite 1900
4 | San Diego, CA  92101
Telephone:  619/231-1058
5 | 619/231-7423 (fax)
marks@csgrr.com
6 | dougb@csgrr.com
skaplan@csgrr.com
7 |        – and –
SHAWN A. WILLIAMS (213113)
8 | WILLOW E. RADCLIFFE (200087)
MONIQUE C. WINKLER (213031)
9 | ELI R. GREENSTEIN (217945)
100 Pine Street, Suite 2600
10 | San Francisco, CA  94111
Telephone: 415/288-4545
11 | 415/288-4534 (fax)
shawnw@csgrr.com
12 | willowr@csgrr.com
moniquew@csgrr.com
13 | elig@csgrr.com

14 | Lead Counsel for Plaintiffs

15 | UNITED STATES DISTRICT COURT

16 | NORTHERN DISTRICT OF CALIFORNIA

17 | In re ORACLE CORPORATION              )   Master File No. C-01-0988-MJJ
SECURITIES LITIGATION                 )
18 | _____  )   CLASS ACTION
                                                         )
19 | This Document Relates To:                )   PLAINTIFFS' ADMINISTRATIVE
                                                         )   REQUEST TO FILE APPENDIX IN
20 |      ALL ACTIONS.                            )   SUPPORT OF REPLY IN SUPPORT OF
                                                         )   PLAINTIFFS' [CORRECTED] AMENDED
21 | _____      MOTION FOR PARTIAL SUMMARY
                                                             JUDGMENT UNDER SEAL

22 |

23 |

24 |

25 |

26 |

27 |

28 |

1   Pursuant to Civil Local Rules 7-11 and 79-5, plaintiffs submit this Administrative Request to

2   file Appendix in Support of Reply in Support of Plaintiffs' [Corrected] Amended Motion for Partial

3   Summary Judgment under seal.  This Administrative Request is accompanied by the Declaration of

4   Eli R. Greenstein and the [Proposed] Sealing Order, filed concurrently herewith.

5   Appendix in Support of Reply in Support of Plaintiffs' [Corrected] Amended Motion for

6   Partial Summary Judgment contains references to documents marked "confidential" by the parties.

7   This information is subject to the provisions of the Revised Stipulated Protective Order Governing

8   Confidentiality entered on January 11, 2005 and Civil Local Rule 79-5.  Accordingly, plaintiffs

9   respectfully request that Appendix in Support of Reply in Support of Plaintiffs' [Corrected]

10  Amended Motion for Partial Summary Judgment be filed under the seal of this Court.

11  DATED:  September 10, 2007                  COUGHLIN STOIA GELLER
                                                  RUDMAN & ROBBINS LLP
12                                              SHAWN A. WILLIAMS
                                                WILLOW E. RADCLIFFE
13                                              MONIQUE C. WINKLER
                                                ELI R. GREENSTEIN
14

15                                                          /s/
16                                                 ELI R. GREENSTEIN

17                                              100 Pine Street, Suite 2600
                                                San Francisco, CA  94111
18                                              Telephone:  415/288-4545
                                                415/288-4534 (fax)
19
                                                COUGHLIN STOIA GELLER
20                                                RUDMAN & ROBBINS LLP
                                                MARK SOLOMON
21                                              DOUGLAS R. BRITTON
                                                STACEY M. KAPLAN
22                                              655 West Broadway, Suite 1900
                                                San Diego, CA  92101
23                                              Telephone:  619/231-1058
                                                619/231-7423 (fax)
24
                                                Lead Counsel for Plaintiffs
25
    T:\casesSF\oracle3\REQ00045385_Appendix.doc
26

27

28

PLTFS' ADMIN REQUEST TO FILE APPENDIX IN SUPPORT OF REPLY IN SUPPORT OF PLTFS'
[CORRECTED] AMENDED MTN FOR PARTIAL SUMMARY JDMT UNDER SEAL - C-01-0988-MJJ      - 1 -

1                                   CERTIFICATE OF SERVICE

2          I hereby certify that on September 10, 2007, I electronically filed the foregoing with the

3  Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail

4  addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have

5  mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF

6  participants indicated on the attached Manual Notice List.

7          I certify under penalty of perjury under the laws of the United States of America that the

8  foregoing is true and correct.  Executed on September 10, 2007.

9

10                                              /s/
                                                ELI R. GREENSTEIN

11                                              COUGHLIN STOIA GELLER
                                                    RUDMAN & ROBBINS LLP
12                                              100 Pine Street, 26th Floor
                                                San Francisco, CA  94111
13                                              Telephone:  415/288-4545
                                                415/288-4534 (fax)
14

15                                              E-mail:elig@csgrr.com

16

17

18

19

20

21

22

23

24

25

26

27

28

# Mailing Information for a Case 3:01-cv-00988-MJJ

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jennie Lee Anderson**
  jennie@libertylaw.com

- **Eric J. Belfi**
  ebelfi@labaton.com,ElectronicCaseFiling@labaton.com

- **Doug Britton**
  dougb@csgrr.com,e_file_sf@lerachlaw.com,e_file_sd@lerachlaw.com,ldeem@lerachlaw.com

- **Patrick Edward Gibbs**
  patrick.gibbs@lw.com,zoila.aurora@lw.com

- **Eli Greenstein**
  Elig@lerachlaw.com,e_file_sf@lerachlaw.com,e_file_sd@lerachlaw.com

- **Kirke M. Hasson**
  kirke.hasson@pillsburylaw.com,cheryl.grant@pillsburylaw.com

- **Stacey Marie Kaplan**
  StaceyKaplan@csgrr.com

- **Reed R. Kathrein**
  reed@hbsslaw.com,nancyq@hbsslaw.com

- **Michele Frances Kyrouz**
  michele.kyrouz@lw.com

- **Nicole Catherine Lavallee**
  nlavallee@bermanesq.com,ysoboleva@bermanesq.com

- **William S. Lerach**
  e_file_sd@lerachlaw.com

- **James C. Maroulis**
  jim.maroulis@oracle.com

- **Caroline McIntyre**
  cmcintyre@be-law.com,swalker@be-law.com

- **Valerie McLaughlin**
  valeriem@lerachlaw.com,kellyb@lerachlaw.com

- **Brian P Murray**

bmurray@rabinlaw.com

- **Shinyung Oh**
  shinyungoh@paulhastings.com

- **Willow E. Radcliffe**
  willowr@lerachlaw.com,e_file_sf@lerachlaw.com,e_file_sd@lerachlaw.com

- **Sanna Rachel Singer**
  ssinger@sideman.com,mthomas@sideman.com

- **Mark Solomon**
  marks@lerachlaw.com,e_file_sf@lerachlaw.com,e_file_sd@lerachlaw.com

- **Edward W. Swanson**
  eswanson@swansonmcnamara.com

- **Shawn A. Williams**
  shawnw@lerachlaw.com,cwood@lerachlaw.com,e_file_sf@lerachlaw.com,dpfefferbaum@lerachl

- **Jamie Lynne Wine**
  jamie.wine@lw.com,karen.kelly@lw.com

- **Monique Winkler**
  shawnw@lerachlaw.com,E_File_SF@lerachlaw.com,travisd@lerachlaw.com,MoniqueW@lerachl

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Dorian Daley
500 Oracle Parkway
Redwood City, CA 94065

Corey D. Holzer
Holzer Holzer & Cannon LLC
1117 Perimeter Center West
Suite E-107
Atlanta, GA 30338

Raymond Lane
Bergeson LLP
303 Almaden Blvd., Ste. 500
San Jose, CA 95110

PRG-Schultz USA, Inc.
Paul Hastings Janofsky & Walker LLP
55 Second Street
24th Floor
San Francisco, CA 94105
```

**Darren Jay Robbins**
Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway
Suite 1900
San Diego, CA 92101