| | |
|---|---|
| 1 | COUGHLIN STOIA GELLER<br>   RUDMAN & ROBBINS LLP |
| 2 | MARK SOLOMON (151949)<br>DOUGLAS R. BRITTON (188769) |
| 3 | STACEY M. KAPLAN (241989)<br>655 West Broadway, Suite 1900 |
| 4 | San Diego, CA  92101<br>Telephone:  619/231-1058 |
| 5 | 619/231-7423 (fax)<br>marks@csgrr.com |
| 6 | dougb@csgrr.com<br>skaplan@csgrr.com |
| 7 |         – and –<br>SHAWN A. WILLIAMS (213113) |
| 8 | WILLOW E. RADCLIFFE (200087)<br>MONIQUE C. WINKLER (213031) |
| 9 | ELI R. GREENSTEIN (217945)<br>100 Pine Street, Suite 2600 |
| 10 | San Francisco, CA  94111<br>Telephone:  415/288-4545 |
| 11 | 415/288-4534 (fax)<br>shawnw@csgrr.com |
| 12 | willowr@csgrr.com<br>moniquew@csgrr.com |
| 13 | elig@csgrr.com |
| 14 | Lead Counsel for Plaintiffs |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION | Master File No. C-01-0988-MJJ |
| | <u>CLASS ACTION</u> |
| This Document Relates To:<br><br>        ALL ACTIONS. | MANUAL FILING NOTIFICATION REGARDING APPENDIX IN SUPPORT OF REPLY IN SUPPORT OF PLAINTIFFS' [CORRECTED] AMENDED MOTION FOR PARTIAL SUMMARY JUDGMENT |

1       Regarding: APPENDIX IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF [CORRECTED] AMENDED MOTION FOR PARTIAL SUMMARY JUDGMENT

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.

If you are a participant on this case, the filing will be served in hard-copy shortly.

For information on retrieving this filing directly from the Court, please see the Court's main website at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not e-filed because the item was filed under seal pursuant to protective order.

DATED: September 10, 2007       COUGHLIN STOIA GELLER
      RUDMAN & ROBBINS LLP
      SHAWN A. WILLIAMS
      WILLOW E. RADCLIFFE
      MONIQUE C. WINKLER
      ELI R. GREENSTEIN

      /s/
      ELI R. GREENSTEIN

100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
MARK SOLOMON
DOUGLAS R. BRITTON
STACEY M. KAPLAN
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

Lead Counsel for Plaintiffs

T:\casesSF\oracle3\NOT00045383_Appendix.doc

MANUAL FILING NOTIFICATION RE APPENDIX IN SUPPORT OF REPLY IN SUPPORT OF
PLTFS' [CORRECTED] AMENDED MTN FOR PARTIAL SUMMARY JUDGMENT - C-01-0988-MJJ   - 1 -

1                                           <u>CERTIFICATE OF SERVICE</u>

2      I hereby certify that on September 10, 2007, I electronically filed the foregoing with the

3 Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail

4 addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have

5 mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF

6 participants indicated on the attached Manual Notice List.

7      I certify under penalty of perjury under the laws of the United States of America that the

8 foregoing is true and correct.  Executed on September 10, 2007.

9

10                                         /s/
                                        ELI R. GREENSTEIN

11                                         COUGHLIN STOIA GELLER
                                               RUDMAN & ROBBINS LLP

12                                         100 Pine Street, 26th Floor
                                        San Francisco, CA  94111

13                                         Telephone:  415/288-4545

14                                         415/288-4534 (fax)

15                                         E-mail:elig@csgrr.com

16

17

18

19

20

21

22

23

24

25

26

27

28

MANUAL FILING NOTIFICATION RE APPENDIX IN SUPPORT OF REPLY IN SUPPORT OF
PLTFS' [CORRECTED] AMENDED MTN FOR PARTIAL SUMMARY JUDGMENT - C-01-0988-MJJ   - 2 -

# Mailing Information for a Case 3:01-cv-00988-MJJ

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jennie Lee Anderson**
  jennie@libertylaw.com

- **Eric J. Belfi**
  ebelfi@labaton.com,ElectronicCaseFiling@labaton.com

- **Doug Britton**
  dougb@csgrr.com,e_file_sf@lerachlaw.com,e_file_sd@lerachlaw.com,ldeem@lerachlaw.com

- **Patrick Edward Gibbs**
  patrick.gibbs@lw.com,zoila.aurora@lw.com

- **Eli Greenstein**
  Elig@lerachlaw.com,e_file_sf@lerachlaw.com,e_file_sd@lerachlaw.com

- **Kirke M. Hasson**
  kirke.hasson@pillsburylaw.com,cheryl.grant@pillsburylaw.com

- **Stacey Marie Kaplan**
  StaceyKaplan@csgrr.com

- **Reed R. Kathrein**
  reed@hbsslaw.com,nancyq@hbsslaw.com

- **Michele Frances Kyrouz**
  michele.kyrouz@lw.com

- **Nicole Catherine Lavallee**
  nlavallee@bermanesq.com,ysoboleva@bermanesq.com

- **William S. Lerach**
  e_file_sd@lerachlaw.com

- **James C. Maroulis**
  jim.maroulis@oracle.com

- **Caroline McIntyre**
  cmcintyre@be-law.com,swalker@be-law.com

- **Valerie McLaughlin**
  valeriem@lerachlaw.com,kellyb@lerachlaw.com

- **Brian P Murray**

bmurray@rabinlaw.com

- **Shinyung Oh**
  shinyungoh@paulhastings.com

- **Willow E. Radcliffe**
  willowr@lerachlaw.com,e_file_sf@lerachlaw.com,e_file_sd@lerachlaw.com

- **Sanna Rachel Singer**
  ssinger@sideman.com,mthomas@sideman.com

- **Mark Solomon**
  marks@lerachlaw.com,e_file_sf@lerachlaw.com,e_file_sd@lerachlaw.com

- **Edward W. Swanson**
  eswanson@swansonmcnamara.com

- **Shawn A. Williams**
  shawnw@lerachlaw.com,cwood@lerachlaw.com,e_file_sf@lerachlaw.com,dpfefferbaum@lerachl

- **Jamie Lynne Wine**
  jamie.wine@lw.com,karen.kelly@lw.com

- **Monique Winkler**
  shawnw@lerachlaw.com,E_File_SF@lerachlaw.com,travisd@lerachlaw.com,MoniqueW@lerachl

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Dorian Daley
500 Oracle Parkway
Redwood City, CA 94065

Corey D. Holzer
Holzer Holzer & Cannon LLC
1117 Perimeter Center West
Suite E-107
Atlanta, GA 30338

Raymond Lane
Bergeson LLP
303 Almaden Blvd., Ste. 500
San Jose, CA 95110

PRG-Schultz USA, Inc.
Paul Hastings Janofsky & Walker LLP
55 Second Street
24th Floor
San Francisco, CA 94105
```

**Darren Jay Robbins**
Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway
Suite 1900
San Diego, CA 92101