COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
MARK SOLOMON (151949)
DOUGLAS R. BRITTON (188769)
STACEY M. KAPLAN (241989)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
marks@csgrr.com
dougb@csgrr.com
skaplan@csgrr.com
        – and –
SHAWN A. WILLIAMS (213113)
WILLOW E. RADCLIFFE (200087)
MONIQUE C. WINKLER (213031)
ELI R. GREENSTEIN (217945)
100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@csgrr.com
willowr@csgrr.com
moniquew@csgrr.com
elig@csgrr.com

Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION | Master File No. C-01-0988-MJJ |
| | CLASS ACTION |
| This Document Relates To: | MANUAL FILING NOTIFICATION REGARDING PLAINTIFFS' ADMINISTRATIVE REQUEST TO FILE DECLARATION OF SHAWN A. WILLIAMS IN SUPPORT OF PLAINTIFFS' REPLY TO DEFENDANTS' OPPOSITION TO MOTION TO EXCLUDE EXPERT TESTIMONY OF EDWARD YOURDON UNDER SEAL |
| ALL ACTIONS. | |

1  Regarding: DECLARATION OF SHAWN A. WILLIAMS IN SUPPORT OF PLAINTIFFS'
2  REPLY TO DEFENDANTS' OPPOSITION TO MOTION TO EXCLUDE EXPERT TESTIMONY
3  OF EDWARD YOURDON

4  This filing is in paper or physical form only, and is being maintained in the case file in the
5  Clerk's office.

6  If you are a participant on this case, the filing will be served in hard-copy shortly.

7  For information on retrieving this filing directly from the Court, please see the Court's main
8  website at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

9  This filing was not e-filed because the item was filed under seal pursuant to protective order.

10  DATED: September 10, 2007                         COUGHLIN STOIA GELLER
                                                      RUDMAN & ROBBINS LLP
11                                                    SHAWN A. WILLIAMS
                                                      WILLOW E. RADCLIFFE
12                                                    MONIQUE C. WINKLER
                                                      ELI R. GREENSTEIN
13

14
                                                               /s/
15                                                    ELI R. GREENSTEIN

16                                                    100 Pine Street, Suite 2600
                                                      San Francisco, CA  94111
17                                                    Telephone:  415/288-4545
                                                      415/288-4534 (fax)
18
                                                      COUGHLIN STOIA GELLER
19                                                      RUDMAN & ROBBINS LLP
                                                      MARK SOLOMON
20                                                    DOUGLAS R. BRITTON
                                                      STACEY M. KAPLAN
21                                                    655 West Broadway, Suite 1900
                                                      San Diego, CA  92101
22                                                    Telephone:  619/231-1058
                                                      619/231-7423 (fax)
23
                                                      Lead Counsel for Plaintiffs
24  T:\casesSF\oracle3\NOT00045421_SAW Decl.doc
25

26

27

28

MANUAL FILING NOT RE PLTFS' ADMIN REQ TO FILE DECL OF WILLIAMS IN SUPPORT OF PLTFS' REP
TO DEFS' OPP TO MTN TO EXCLUDE EXPERT TEST OF YOURDON UNDER SEAL - C-01-0988-MJJ      - 1 -

CERTIFICATE OF SERVICE

I hereby certify that on September 10, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 10, 2007.

/s/
ELI R. GREENSTEIN

COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
100 Pine Street, 26th Floor
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)

E-mail:elig@csgrr.com

# Mailing Information for a Case 3:01-cv-00988-MJJ

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jennie Lee Anderson**
  jennie@libertylaw.com

- **Eric J. Belfi**
  ebelfi@labaton.com,ElectronicCaseFiling@labaton.com

- **Doug Britton**
  dougb@csgrr.com,e_file_sf@lerachlaw.com,e_file_sd@lerachlaw.com,ldeem@lerachlaw.com

- **Patrick Edward Gibbs**
  patrick.gibbs@lw.com,zoila.aurora@lw.com

- **Eli Greenstein**
  Elig@lerachlaw.com,e_file_sf@lerachlaw.com,e_file_sd@lerachlaw.com

- **Kirke M. Hasson**
  kirke.hasson@pillsburylaw.com,cheryl.grant@pillsburylaw.com

- **Stacey Marie Kaplan**
  StaceyKaplan@csgrr.com

- **Reed R. Kathrein**
  reed@hbsslaw.com,nancyq@hbsslaw.com

- **Michele Frances Kyrouz**
  michele.kyrouz@lw.com

- **Nicole Catherine Lavallee**
  nlavallee@bermanesq.com,ysoboleva@bermanesq.com

- **William S. Lerach**
  e_file_sd@lerachlaw.com

- **James C. Maroulis**
  jim.maroulis@oracle.com

- **Caroline McIntyre**
  cmcintyre@be-law.com,swalker@be-law.com

- **Valerie McLaughlin**
  valeriem@lerachlaw.com,kellyb@lerachlaw.com

- **Brian P Murray**

    bmurray@rabinlaw.com

- **Shinyung Oh**
  shinyungoh@paulhastings.com

- **Willow E. Radcliffe**
  willowr@lerachlaw.com,e_file_sf@lerachlaw.com,e_file_sd@lerachlaw.com

- **Sanna Rachel Singer**
  ssinger@sideman.com,mthomas@sideman.com

- **Mark Solomon**
  marks@lerachlaw.com,e_file_sf@lerachlaw.com,e_file_sd@lerachlaw.com

- **Edward W. Swanson**
  eswanson@swansonmcnamara.com

- **Shawn A. Williams**
  shawnw@lerachlaw.com,cwood@lerachlaw.com,e_file_sf@lerachlaw.com,dpfefferbaum@lerachl

- **Jamie Lynne Wine**
  jamie.wine@lw.com,karen.kelly@lw.com

- **Monique Winkler**
  shawnw@lerachlaw.com,E_File_SF@lerachlaw.com,travisd@lerachlaw.com,MoniqueW@lerachl

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Dorian Daley
500 Oracle Parkway
Redwood City, CA 94065

Corey D. Holzer
Holzer Holzer & Cannon LLC
1117 Perimeter Center West
Suite E-107
Atlanta, GA 30338

Raymond Lane
Bergeson LLP
303 Almaden Blvd., Ste. 500
San Jose, CA 95110

PRG-Schultz USA, Inc.
Paul Hastings Janofsky & Walker LLP
55 Second Street
24th Floor
San Francisco, CA 94105
```

**Darren Jay Robbins**
Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway
Suite 1900
San Diego, CA 92101