| | |
|---|---|
| LATHAM & WATKINS LLP<br>  Peter A. Wald (SBN 85705)<br>  Michele F. Kyrouz (SBN 168004)<br>505 Montgomery Street, Suite 2000<br>San Francisco, CA 94111-2562<br>Telephone: (415) 391-0600<br>Facsimile: (415) 395-8095<br>E-mail: peter.wald@lw.com<br>        michele.kyrouz@lw.com | LATHAM & WATKINS LLP<br>  Patrick E. Gibbs (SBN 183174)<br>  Matthew Rawlinson (SBN 231890)<br>140 Scott Drive<br>Menlo Park, CA 94025<br>Telephone: (650) 328-4600<br>Facsimile: (650) 463-2600<br>E-mail: patrick.gibbs@lw.com<br>        matt.rawlinson@lw.com |

LATHAM & WATKINS LLP
  Jamie L. Wine (SBN 181373)
633 West Fifth Street, Suite 4000
Los Angeles, CA 90071
Phone: (213) 485-1234
Fax: (213) 891-8763
E-mail: jamie.wine@lw.com

Attorneys for Defendants ORACLE CORPORATION, LAWRENCE J. ELLISON, JEFFREY O. HENLEY, and EDWARD J. SANDERSON

ORACLE CORPORATION
  Dorian Daley (SBN 129049)
  James C. Maroulis (SBN 208316)
500 Oracle Parkway
Mailstop 5OP7
Redwood Shores, CA 94065
Telephone: (650) 506-5200
Facsimile: (650) 506-7114
E-mail: jim.maroulis@oracle.com

Attorneys for Defendant ORACLE CORPORATION

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Master File No. C-01-0988-MJJ (JCS)<br>(Consolidated)<br><br>CLASS ACTION<br><br>**DEFENDANTS' ADMINISTRATIVE REQUEST TO FILE UNDER SEAL DEFENDANTS' REPLY IN SUPPORT OF MOTION TO EXCLUDE DECLARATIONS AND TESTIMONY OF BROOKS HILLIARD AND SUPPORTING DOCUMENTS**<br><br>**Honorable Judge Martin J. Jenkins** |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

ADMIN REQUEST TO FILE UNDER SEAL DEFS' REPLY ISO MOTION TO EXCLUDE
DECLARATIONS & TESTIMONY OF B. HILLIARD & SUPPORTING DOCS
Master File No. C-01-0988-MJJ (JCS)

1   Defendants submit this Administrative Request to file under seal Defendants'
2   Reply in Support of Motion to Exclude Declarations and Testimony of Brooks Hilliard and
3   Supporting Documents (Defendants' "Administrative Request"). Defendants are submitting this
4   single Administrative Request for all of the documents supporting their Reply in Support of
5   Motion to Exclude Declarations and Testimony of Brooks Hilliard and Supporting Documents,
6   rather than burden the Court with multiple filings. Through this Administrative Request,
7   Defendants ask the Court to seal the following documents and any exhibits thereto:
8       1.   Defendants' Reply in Support of Motion to Exclude Declarations and
9            Testimony of Brooks Hilliard;
10      2.   The Declaration of Rees F. Morgan in Support of Defendants' Reply in
11           Support of Motion to Exclude Declarations and Testimony of Brooks
12           Hilliard.
13  Accompanying this Administrative Request is the Declaration of Rees F. Morgan
14  in Support of Defendants' Administrative Request and the [Proposed] Order Sealing Defendants'
15  Administrative Request, respectively filed and lodged concurrently herewith.
16  In Defendants' Reply in Support of Motion to Exclude Declarations and
17  Testimony of Brooks Hilliard and Supporting Documents (as referenced above), Defendants
18  refer extensively to and attach information and materials that have been designated as
19  "Confidential" by both parties. Information designated as "Confidential" is subject to the
20  provisions of the Revised Stipulated Protective Order Governing Confidentiality entered on
21  January 11, 2005. Accordingly, Defendants respectfully request that Defendants' Reply in
22  Support of Motion to Exclude Declarations and Testimony of Brooks Hilliard and Supporting
23  Documents be filed under seal of the Court.
24  ///
25  ///
26  ///
27  ///
28  ///

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

ADMIN REQUEST TO FILE UNDER SEAL DEFS' REPLY ISO MOTION TO EXCLUDE
DECLARATIONS & TESTIMONY OF B. HILLIARD & SUPPORTING DOCS
Master File No. C-01-0988-MJJ (JCS)

| | | |
|---|---|---|
| 1 | Dated:  September 10, 2007 | LATHAM & WATKINS LLP |
| 2 | | Peter A. Wald |
| | | Michele F. Kyrouz |
| 3 | | Jamie L. Wine |
| | | Patrick E. Gibbs |
| 4 | | Matthew Rawlinson |

                                                    **/S/**
                                          By:_____
                                               Patrick E. Gibbs
                                               Attorneys for Defendants ORACLE
                                               CORPORATION, LAWRENCE J.
                                               ELLISON, JEFFREY O. HENLEY,
                                               and EDWARD J. SANDERSON

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

ADMIN REQUEST TO FILE UNDER SEAL DEFS' REPLY ISO MOTION TO EXCLUDE
DECLARATIONS & TESTIMONY OF B. HILLIARD & SUPPORTING DOCS
Master File No. C-01-0988-MJJ (JCS)