1
2
3
4
5
6
7 UNITED STATES DISTRICT COURT
8 NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION
9

| In re ORACLE CORPORATION SECURITIES LITIGATION | Master File No. C-01-0988-MJJ (Consolidated) |
|---|---|
| | CLASS ACTION |
| This Document Relates To: | [PROPOSED] SEALING ORDER |
| ALL ACTIONS. | **Honorable Martin J. Jenkins** |

1  Having considered the papers regarding Defendants' Administrative Request to
2  File Under Seal Defendants' Reply in Support of Motion to Exclude Declarations and Testimony
3  of Brooks Hilliard and Supporting Documents and finding good cause therefore; Defendants'
4  Reply in Support of Motion to Exclude Declarations and Testimony of Brooks Hilliard and
5  Supporting Documents is **HEREBY sealed**.

IT IS SO ORDERED.

Dated: _____

THE HONORABLE MARTIN J. JENKINS

Submitted By:

DATED: September 10, 2007

| LATHAM & WATKINS LLP | LATHAM & WATKINS LLP |
|---|---|
| Peter A. Wald (SBN 85705) | Patrick E. Gibbs (SBN 183174) |
| Michele F. Kyrouz (SBN 168004) | Matthew Rawlinson (SBN 231890) |
| 505 Montgomery Street, Suite 2000 | 140 Scott Drive |
| San Francisco, CA 94111-2562 | Menlo Park, CA 94025 |
| Telephone: (415) 391-0600 | Telephone: (650) 328-4600 |
| Facsimile: (415) 395-8095 | Facsimile: (650) 463-2600 |
| E-mail: peter.wald@lw.com | E-mail: patrick.gibbs@lw.com |
|    michele.kyrouz@lw.com |    matt.rawlinson@lw.com |

LATHAM & WATKINS LLP
  Jaime L. Wine (SBN 181373)
633 West Fifth Street, Suite 4000
Los Angeles, CA 90071-2007
Telephone: (213) 485-1234
Facsimile: (213) 891-8763
Email: jaime.wine@lw.com

            /**s**/
_____
         Patrick E. Gibbs