LATHAM & WATKINS LLP
  Peter A. Wald (SBN 85705)
  Michele F. Kyrouz (SBN 168004)
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-2562
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
E-mail: peter.wald@lw.com
         michele.kyrouz@lw.com

LATHAM & WATKINS LLP
  Patrick E. Gibbs (SBN 183174)
  Matthew Rawlinson (SBN 231890)
140 Scott Drive
Menlo Park, CA 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600
E-mail: patrick.gibbs@lw.com
         matt.rawlinson@lw.com

LATHAM & WATKINS LLP
  Jamie L. Wine (SBN 181373)
633 West Fifth Street, Suite 4000
Los Angeles, CA 90071
Phone: (213) 485-1234
Fax: (213) 891-8763
E-mail: jamie.wine@lw.com

Attorneys for Defendants ORACLE CORPORATION, LAWRENCE J. ELLISON, JEFFREY O. HENLEY, and EDWARD J. SANDERSON

ORACLE CORPORATION
  Dorian Daley (SBN 129049)
  James C. Maroulis (SBN 208316)
500 Oracle Parkway
Mailstop 5OP7
Redwood Shores, CA 94065
Telephone: (650) 506-5200
Facsimile: (650) 506-7114
E-mail: jim.maroulis@oracle.com

Attorneys for Defendant ORACLE CORPORATION

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Master File No. C-01-0988-MJJ (JCS) (Consolidated)<br><br>CLASS ACTION<br><br>**DEFENDANTS' ADMINISTRATIVE REQUEST TO FILE UNDER SEAL DEFENDANTS' REPLY IN SUPPORT OF THEIR MOTION TO EXCLUDE EXPERT REPORTS AND TESTIMONY OF BJORN I. STEINHOLT AND SUPPORTING DOCUMENTS**<br><br>**Honorable Judge Martin J. Jenkins** |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

ADMIN REQUEST TO FILE UDER SEAL DEFS' REPLY ISO MOTION TO EXCLUDE
EXPERT REPORTS & TESTIMONY OF B. STEINHOLT & SUPPORTING DOCS
Master File No. C-01-0988-MJJ (JCS)

Defendants submit this Administrative Request to file under seal Defendants' Reply in Support of Their Motion to Exclude Expert Reports and Testimony of Bjorn I. Steinholt and Supporting Documents ("Administrative Request"). Defendants are submitting this single Administrative Request for all of the documents supporting their Reply in Support of Their Motion to Exclude Expert Reports and Testimony of Bjorn I. Steinholt, rather than burden the Court with multiple filings. Through this Administrative Request, Defendants ask the Court to seal the following documents and any exhibits thereto:

1. Defendants' Reply in Support of Their Motion to Exclude Expert Reports and Testimony of Bjorn I. Steinholt;

2. The Declaration of David M. Friedman in Support of Defendants' Reply in Support of Their Motion to Exclude Expert Reports and Testimony of Bjorn I. Steinholt.

Accompanying this Administrative Request is the Declaration of Holly J. Tate in Support of Defendants' Administrative Request and the [Proposed] Sealing Order, respectively filed and lodged concurrently herewith.

In Defendants' Reply in Support of Their Motion to Exclude Expert Reports and Testimony of Bjorn I. Steinholt and supporting documents (as referenced above), Defendants refer extensively to and attach information and materials that have been designated as "Confidential" by both parties. Information designated as "Confidential" is subject to the provisions of the Revised Stipulated Protective Order Governing Confidentiality entered on January 11, 2005. Accordingly, Defendants respectfully request that Defendants' Reply in

///
///
///
///
///
///
///

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

ADMIN REQUEST TO FILE UDER SEAL DEFS' REPLY ISO MOTION TO EXCLUDE
EXPERT REPORTS & TESTIMONY OF B. STEINHOLT & SUPPORTING DOCS
Master File No. C-01-0988-MJJ (JCS)

Support of Their Motion to Exclude Expert Reports and Testimony of Bjorn I. Steinholt and supporting documents be filed under seal of the Court.

Dated:  September 10, 2007

LATHAM & WATKINS LLP
  Peter A. Wald
  Michele F. Kyrouz
  Jamie L. Wine
  Patrick E. Gibbs
  Matthew Rawlinson

**/S/**

By:_____
  Patrick E. Gibbs
  Attorneys for Defendants ORACLE CORPORATION, LAWRENCE J. ELLISON, JEFFREY O. HENLEY, and EDWARD J. SANDERSON

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

ADMIN REQUEST TO FILE UDER SEAL DEFS' REPLY ISO MOTION TO EXCLUDE EXPERT REPORTS & TESTIMONY OF B. STEINHOLT & SUPPORTING DOCS
Master File No. C-01-0988-MJJ (JCS)