1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION | Master File No. C-01-0988-MJJ (Consolidated) |
| | CLASS ACTION |
| This Document Relates To: | [PROPOSED] SEALING ORDER |
| ALL ACTIONS. | Honorable Martin J. Jenkins |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1 | Having considered the papers regarding Defendants' Administrative Request to
2 | File Under Seal Defendants' Reply in Support of Their Motion to Exclude Expert Reports and
3 | Testimony of Bjorn I. Steinholt and Supporting Documents and finding good cause therefore;
4 | Defendants' Reply in Support of Their Motion to Exclude Expert Reports and Testimony of
5 | Bjorn I. Steinholt and Supporting Documents are **HEREBY sealed**.

IT IS SO ORDERED.

Dated: _____     _____
                                    THE HONORABLE MARTIN J. JENKINS

Submitted By:

DATED: September 10, 2007

LATHAM & WATKINS LLP                 LATHAM & WATKINS LLP
  Peter A. Wald (SBN 85705)            Patrick E. Gibbs (SBN 183174)
  Michele F. Kyrouz (SBN 168004)       Matthew Rawlinson (SBN 231890)
505 Montgomery Street, Suite 2000    140 Scott Drive
San Francisco, CA  94111-2562        Menlo Park, CA 94025
Telephone: (415) 391-0600            Telephone: (650) 328-4600
Facsimile: (415) 395-8095            Facsimile: (650) 463-2600
E-mail: peter.wald@lw.com            E-mail: patrick.gibbs@lw.com
        michele.kyrouz@lw.com                matt.rawlinson@lw.com

LATHAM & WATKINS LLP
  Jaime L. Wine (SBN 181373)
633 West Fifth Street, Suite 4000
Los Angeles, CA  90071-2007
Telephone: (213) 485-1234
Facsimile: (213) 891-8763
Email: jaime.wine@lw.com

        /S/
_____
     Patrick E. Gibbs