COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
MARK SOLOMON (151949)
DOUGLAS R. BRITTON (188769)
STACEY M. KAPLAN (241989)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
marks@csgrr.com
dougb@csgrr.com
skaplan@csgrr.com
        – and –
SHAWN A. WILLIAMS (213113)
WILLOW E. RADCLIFFE (200087)
MONIQUE C. WINKLER (213031)
ELI R. GREENSTEIN (217945)
100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@csgrr.com
willowr@csgrr.com
moniquew@csgrr.com
elig@csgrr.com

Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION | Master File No. C-01-0988-MJJ |
| | CLASS ACTION |
| This Document Relates To: | PLAINTIFFS' EVIDENTIARY OBJECTIONS TO DEFENDANTS' EXHIBITS SUBMITTED IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT |
| ALL ACTIONS. | |

| Exh. # | Document Description | Objections[1] |
|--------|---------------------|---------------|
| 1 | 12/11/2000 – Upside Report | |
| 2 | 12/25/2000 – Upside Report | |
| 3 | 1/15/2001 – Upside Report | |
| 4 | 1/29/2001 – Upside Report | |
| 5 | 2/5/2001 – Upside Report | |
| 6 | 2/12/2001 – Upside Report | |
| 7 | 2/19/2001 – Upside Report | |
| 8 | 2/26/2001 – Upside Report | |
| 9 | December 2000 – Flash Report (NDCA-ORCL 306577-80) | |
| 10 | January 2001 – Flash Report (NDCA-ORCL 297760-63) | |
| 11 | 12/11/2000 – Pipeline Reporting Package (NDCA-ORCL 033549-58) | |
| 12 | 1/15/2001 – Pipeline Reporting Package (NDCA-ORCL 008548-57) | |
| 13 | 2/5/2001 – Pipeline Reporting Package (NDCA-ORCL 306669-79) | |
| 14 | Big Deal Report (NDCA-ORCL 276919-22) | |
| 15 | Big Deal Report (NDCA-ORCL 222303-04) | |
| 16 | Big Deal Report (NDCA-ORCL 261788.0029-261788.0031) | |
| 17 | Big Deal Report (NDCA-ORCL 223771-71) | |
| 18 | Big Deal Report (NDCA-ORCL 223919-20) | |

---

[1]    Plaintiffs reserve the right to supplement these objections prior to the Court hearing oral argument on defendants' motion for summary judgment.

| Exh. # | Document Description | Objections[1] |
|--------|---------------------|---------------|
| 19 | Big Deal Report (NDCA-ORCL 411181-83) | |
| 20 | 2/26/2001 – Big Deal Update (NDCA-ORCL 306787-88) | |
| 21 | Quarterly Financial Reporting Package – 1Q01 (NDCA-ORCL 975193-317) | |
| 22 | Quarterly Financial Reporting Package – 2Q01 (NDCA-ORCL 975570-706) | |
| 23 | Quarterly Financial Reporting Package – 3Q01 (NDCA-ORCL 975959-6091) | |
| 24 | Quarterly Financial Reporting Package – 4Q01 (NDCA-ORCL 976407-568) | |
| 25 | Product Revenue Reporting Package – 1Q01 (NDCA-ORCL 973925-4003) | |
| 26 | Product Revenue Reporting Package – 2Q01 (NDCA-ORCL 976815-72) | |
| 27 | Product Revenue Reporting Package – 3Q01 (NDCA-ORCL 977025-107) | |
| 28 | Product Revenue Reporting Package – 4Q01 (NDCA-ORCL 977282-366) | |
| 29 | 12/14/2000 – Oracle Press Release (NDCA-ORCL 296295-97) | |
| 30 | 3/1/2001 – Oracle Press Release (NDCA-ORCL 442139-40) | |
| 31 | 3/15/2001 – Oracle Press Release (NDCA-ORCL 277897-98) | |
| 32 | 5/24/2000 – Oracle Press Release (NDCA-ORCL 022782-84) | |
| 33 | 9/17/1999 – Oracle Press Release (NDCA-ORCL 061417-20) | |

| Exh. # | Document Description | Objections[1] |
|---|---|---|
| 34 | 2/20/2001 – Oracle Press Release (NDCA-ORCL 417086-89) | |
| 35 | 3/1/2000 – Oracle Press Release (NDCA-ORCL 027704-07) | Relevance (FRE[2] 402, FRE 403): defendants mischaracterize the document. Defs' Mot. at 20:21-23.[3] Hearsay (FRE 802) to the extent it is offered for the truth with respect to the portions wherein quotes are attributed to customers. |
| 36 | 9/14/2000 – Earnings Conference Call Transcript | Not cited in Defs' Mot.  Hearsay (FRE 802) to the extent offered for the truth. |
| 37 | 2/20/2001 – Recording of Jeffrey O. Henley's Presentation at Oracle's AppsWorld Conference | |
| 38 | 2/13/2001 – Transcript of Edward J. Sanderson Presentation at Oracle's AppsWorld Conference | |
| 39 | 11/17/2000 – Company-wide broadcast e-mail re: Gartner-Group Analyst Report | Foundation; document is incomplete (FRE 403); and hearsay (FRE 802) to the extent that it is offered for the truth of earned revenue, license and live customers. |
| 40 | 3/2/2001 – Compilation of news articles and analyst reports relating to Oracle's Q301 earnings pre-announcement<br><br>3/2/2001 – Oracle Pre Earnings Coverage: Report #1 | Lack of foundation and hearsay (FRE 802) to the extent offered for truth. Defs' Mot. at 15. |
| 41 | Oracle's Annual Report for Fiscal Year 2000 (NDCA-ORCL 141269-361) | |
| 42 | 1999-2000 – Summary of Voluminous Writings Pursuant to Federal Rule of Evidence 1006 | Relevance (FRE 402) to the extent that it is offered to compare Oracle's forecast to consensus estimates. Defs' Mot. at 11-13, 24. |
| 43 | Compilation from Thomson IBES History database | |

---

[2]      "FRE" refers to the Federal Rules of Evidence.

[3]      "Defs' Mot." refers herein to Defendants' [Corrected] Notice of Motion and Motion for Summary Judgment.

| Exh. # | Document Description | Objections[1] |
|---|---|---|
| 44 | R11i Customer Information Spreadsheet | FRE 403 and hearsay (FRE 802) to the extent that it is offered for the truth that customers were in fact "*live*" running their business or part of their business on Suite 11i or that all software programs have bugs or that it is impossible to eliminate all bugs. *See* Defs' Mot. at 19:3-5, 21:9-10, 36:15-16, 37:2-3. |
| 45 | R11i Customer Information Spreadsheet | FRE 403 and hearsay (FRE 802) to the extent that it is offered for the truth that customers were in fact "*live*" running their business or part of their business on Suite 11i or that all software programs have bugs or that it is impossible to eliminate all bugs. *See* Defs' Mot. at 19:3-5, 21:9-10. |
| 46 | R11i Customer Information Spreadsheet | FRE 403 and hearsay (FRE 802) to the extent that it is offered for the truth that customers were in fact "*live*" running their business or part of their business on Suite 11i. *See* Defs' Mot. at 19:3-5, 21:9-10. |
| 47 | R11i Customer Information Spreadsheet | FRE 403 and hearsay (FRE 802) to the extent that it is offered for the truth that customers were in fact "*live*" running their business or part of their business on Suite 11i or that all software programs have bugs or that it is impossible to eliminate all bugs. *See* Defs' Mot. at 19:3-5, 21:9-11, 37:23. |
| 48 | R11i Customer Information Spreadsheet | FRE 403 and hearsay (FRE 802) to the extent that it is offered for the truth that customers were in fact "*live*" running their business or part of their business on Suite 11i or that all software programs have bugs or that it is impossible to eliminate all bugs. *See* Defs' Mot. at 19:3-5, 21:9-11, 36:17-19, 37:2-3. |
| 49 | R11i Customer Information Spreadsheet | FRE 403 and hearsay (FRE 802) to the extent that it is offered for the truth that customers were running their business or part of their business on Suite 11i, or were "*live*" on Suite 11i. *See* Defs' Mot. at 21:11-12, 36:17-20, 36 n.22, 37:2-3. |

| Exh. # | Document Description | Objections[1] |
|--------|---------------------|---------------|
| 50 | R11i Customer Information Spreadsheet | FRE 403 and hearsay (FRE 802) to the extent that it is offered for the truth that customers were running their business or part of their business on Suite 11i, or were "*live*" or were successfully implementing or using part or all of Suite 11i. *See* Defs' Mot. at 36 n.22. |
| 51 | Oracle Press Release re: *Oracle: The State of E-Business Is Strong* (NDCA-ORCL 417086-89) | FRE 403 and hearsay (FRE 802) to the extent it is offered to prove number of customers "live" on Suite 11i or the number of customers implementing. *See* Defs' Mot. at 21:3-8, 36:17-20. |
| 52 | E-mails from M. Anthony to AMC re: summarizing live customer and reference information | Hearsay (FRE 802) to the extent offered for the truth, *e.g.*, 283 customers live. Defs' Mot. at 38. |
| 53 | 11i Key Customer References | FRE 403 and hearsay (FRE 802) to the extent that it is offered to prove that Imation was live on 11i. Defs' Mot. at 36 n.22. |
| 54 | Oracle's Form 10-K Fiscal Year 2001 (NDCA-ORCL 143910-80) | FRE 403 and hearsay (FRE 802) to the extent that it is offered for the truth that – for example, by 2000, Oracle earned new applications license revenue in excess of $900 million. *See* Defs' Mot. at 15:22-24; *see also* Defs' Mot. at 15:15. |
| 55 | Oracle's Form 10-K for Fiscal Year ended May 31, 2006 | Relevance (FRE 402).  Defs' Mot. at 5:6. |
| 56 | 12/14/2000 – Transcript of Oracle's December 14, 2000 Second Quarter Financial Results Conference Call (NDCA-ORCL 003215-47) | |
| 57 | 7/20/2006 – Deposition Transcript of Safra Catz | |
| 58 | 12/13/2000 – E-mail from S. Aas to L. Ellison and S. Catz (NDCA-ORCL 025790-92) | |
| 59 | 4/12/2006 – Deposition Transcript of Nicholas Classick | Relevance (FRE 402, FRE 403) – mischaracterizes his testimony to show that Oracle's public guidance was based on a bottoms-up forecast process.  Defs' Mot. at 6. |

| Exh. # | Document Description | Objections[1] |
|---|---|---|
| 60 | 5/26/2006 – Deposition Transcript of David Winton | Relevance (FRE 402, FRE 403) – mischaracterizes his testimony to show that Oracle's public guidance was based on a bottoms-up forecast process.  Defs' Mot. at 6. |
| 61 | 5/24/2006 – Deposition Transcript of John Nugent | Relevance (FRE 402, FRE 403) – mischaracterizes testimony to show that Oracle's public guidance was based on a bottoms-up forecast process.  Defs' Mot. at 6. |
| 62 | 6/14/2006 – Deposition Transcript of Sarah Kopp | Relevance (FRE 402, FRE 403) – mischaracterizes testimony to show that Oracle's public guidance was based on a bottoms-up forecast process.  Defs' Mot. at 6. |
| 63 | 6/26/2006 – Deposition Transcript of Edward Sanderson | Lack of personal knowledge (FRE 602); relevance (FRE 402); and hearsay (FRE 802) to the extent his testimony is speculative and/or is offered for the truth with respect to his testimony at 408:5-22.  Defs' Mot. at 21:3-8. |
| 64 | 7/7/2006 – Deposition Transcript of Jennifer Minton | Relevance (FRE 402, FRE 403) – mischaracterizes testimony to show that Oracle's public guidance was based on a bottoms-up forecast process.  Defs' Mot. at 6. |
| 65 | 4/21/2005 – Examination of Jennifer Minton | Relevance (FRE 402, FRE 403) – mischaracterizes testimony to show that Oracle's public guidance was based on a bottoms-up forecast process.  Defs' Mot. at 6.<br><br>Relevance (FRE 402, FRE 403) – mischaracterizes testimony. Defs' Mot. at 7. |
| 66 | 7/25/2006 – Deposition Transcript of Edward Sanderson | Relevance (FRE 402, FRE 403) – mischaracterizes testimony to show that Oracle's public guidance was based on a bottoms-up forecast process.  Defs' Mot. at 6. |

| Exh. # | Document Description | Objections[1] |
|---|---|---|
| 67 | 6/22/2006 – Deposition Transcript of George Roberts | FRE 403 and lack of personal knowledge (FRE 602) with respect to defendants' use and assumes facts with respect to customer's understanding. *See* Defs' Mot. at 19:26-20:1. Not relevant and mischaracterizes testimony (FRE 403 and 402) with respect to whether the defects in 11i alleged by plaintiffs are representative of the broader population of customers implementing Suite 11i or that the population of customers implementing Suite 11i grew from about 1,000 to 2,500 customers during the Class Period. *See* Defs' Mot. at 39:5-10. Mischaracterizes testimony (FRE 403) with respect to whether customers were happy during the Class Period. *See* Defs' Mot. at 39:12-15. <br><br> Relevance (FRE 402, FRE 403) – mischaracterizes testimony to show that Oracle's public guidance was based on a bottoms-up forecast process. Defs' Mot. at 6. |
| 68 | 9/25/2006 – Deposition Transcript of Jennifer Minton | |
| 69 | FY2001 US Weekly License Revenues (NDCA-ORCL 315726) | Lack of foundation and hearsay (FRE 802) – to the extent offered for truth of Oracle's weekly revenue patterns. Defs' Mot. at 8. |
| 70 | 11/30/2005 – Deposition Transcript of Peter Donnelly | Improper opinion testimony (FRE 701 and FRE 702) and lacks personal knowledge (FRE 602) and hearsay (FRE 802) (to the extent offered to show what was well known to the market and common in the enterprise software industry). Defs' Mot. at 8. |
| 71 | 11/16/2006 – Excerpts from Deposition Transcript of Jeffrey Henley | |
| 72 | 12/12/2000 – E-mail from J. Henley to L. Ellison, copies to J. Minton, S. Catz, and S. Aas (NDCA-ORCL 25768-69) | |
| 73 | 2/26/2001 – E-mail from G. Roberts to L. Ellison, J. Minton, D. Winton, J. Henley, S. Catz re: Forecast Reduction of 20mm (NDCA-ORCL 308454-56) | |

| Exh. # | Document Description | Objections[1] |
|---|---|---|
| 74 | 2/26/2001 – E-mail from D. Winton to J. Minton, copy to T. Jody re: Forecast Reduction of 20mm | |
| 75 | 2/26/2001 – E-mail from J. Henley to J. Minton, S. Catz re: Forecast (NDCA-ORCL 003457) | |
| 76 | 2/27/2001 – E-mail from S. Kopp to J. Minton, re: Q3 License Status (NDCA-ORCL 308491-509) | |
| 77 | 2/28/2001 – Oracle Internal Upside Report (NDCA-ORCL 1533006-22) | |
| 78 | 7/27/2006 – Excerpts of Deposition Transcript of Jeffrey Henley | FRE 403, lack of personal knowledge (FRE 602) and hearsay (FRE 802) – to the extent it is offered for the truth with respect to his testimony at 122:24-123:21 of Ex. 78 with respect to what at analyst report of Morgan Stanley reflected.  *See* Defs' Mot. at 21:3-9. |
| 79 | 3/13/2001 – E-mail from J. Henley to L. Ellison, copies to S. Catz, J. Minton, S. Aas, and D. Cooperman re: Q3 Conference Call (NDCA-ORCL 298922-24) | |
| 80 | 5/25/2007 – Expert Report of Christopher James | Relevance: (FRE 403).<br><br>Defs' Mot. at 15, 42 – (¶69, Ex. 8) – hearsay (FRE 802) to the extent offered for truth that Oracle's competitors lowered or missed expectations and that the industry as a whole felt the impact of a sudden and sharp downturn. |
| 81 | 1/31/2007 – 1199 SEIU Fund's Third Suppl. Responses to Defs' Second Set of Interrogs. | |
| 82 | 9/5/2000 – 2000 Harvard Business School Case Study on Oracle (NDCA-ORCL 167133-54) | Relevance (FRE 402) and hearsay (FRE 802) to the extent that it is offered for the truth and lack of foundation.  Defs' Mot. at 15. |
| 83 | 1/10/2001 – Salomon Smith Barney Analyst Report titled: *Oracle EVP Visit to SSB* (NDCA-ORCL 035470-03) | Hearsay (FRE 802) to the extent that it is offered for the truth, for example, that 120 customers were live and 1,300 implementations ongoing. *See, e.g.,* Defs' Mot. at 15-16, 21, 35-36. |

| Exh. # | Document Description | Objections[1] |
|---|---|---|
| 84 | 2/19/2001 – 2/23/2001 – Oracle AppsWorld Welcome Kit (NDCA-ORCL 315354-95) | Relevance (FRE 402) and hearsay (FRE 802) to the extent that it is offered for the truth. Defs' Mot. at 15:21-22. |
| 85 | 9/21/2006 – Deposition Transcript of Lawrence Ellison | Relevance (FRE 402 and FRE 403) to the extent defendants cite p.85 at 337:24-338:7 for the proposition that applications growth numbers were particularly notable because they compared sales of a brand-new product (Suite 11i) with the much more mature products that Oracle had been selling the year before. Lack of foundation (FRE 602) with respect to defendants' use of his testimony at 340:16-22 with respect to customer's understanding. *See* Defs' Mot. at 19-20. Relevance (FRE 402, FRE 403) – defendants mischaracterize his testimony at 340:15-22 and 340:10-24. *See* Defs' Mot. at 20:17-19 and 20:19-20. Relevance (FRE 402, FRE 403) – defendants mischaracterize his testimony at 349:17-350:15. *See* Defs' Mot. at 22:1-3. |
| 86 | 6/21/2000 – CIBC World Markets Report titled: *Oracle Corp: Revised: Internet Drives Model; Strong 4Q00 Numbers* (NDCA-ORCL 1051343-50) | Relevance (FRE 402) and hearsay (FRE 802) to the extent offered to prove the truth. Defs' Mot. at 15, 37. |
| 87 | 5/3/2000 – Peoplesoft Press Release titled: *PeopleSoft Acquires Advance Planning Solutions* | Relevance (FRE 402) and hearsay (FRE 802) to the extent that it is offered for the truth. Defs' Mot. at 15:25-27. |
| 88 | 3/14/2000 – J.D. Edwards Press Release: *JD Edwards Names Michael Schmitt to Lead New B2B Business Unit* | Relevance (FRE 402) and hearsay (FRE 802) to the extent that it is offered for the truth. Defs' Mot. at 15:25-27. |
| 89 | 3/15/2000 – SG Cowen Analyst Report titled: *ORCL Strong Licenses and Tight Expenses Drive Q3 Upside and EPS Hike/Buy* (NDCA-ORCL 023878-80) | Relevance (FRE 402) and hearsay (FRE 802) to the extent that it is offered for the truth. Defs' Mot. at 15-16. |
| 90 | 4/11/2000 – UpsideToday Article titled: *Dogged by History* (NDCA-ORCL 014914-23) | Relevance (FRE 402) and hearsay (FRE 802) to the extent that it is offered for the truth. Defs' Mot. at 15-16. |
| 91 | 5/12/2000 – Morgan Stanley Analyst Report titled: *Dinner with Ray Lane* (NDCA-ORCL 006526-8) | Relevance (FRE 402); hearsay (FRE 802) to the extent that it is offered for the truth; and cumulative (FRE 403). Defs' Mot. at 16. |

| Exh. # | Document Description | Objections[1] |
|---|---|---|
| 92 | 4/5/2000 – Blair William & Co Analyst Report titled: *Report from Oracle Analyst Day: Maintain Buy Rating* | Relevance (FRE 402); hearsay (FRE 802) to the extent that it is offered for the truth; and cumulative (FRE 403). Defs' Mot. at 16, 17. |
| 93 | 4/2/2000 – Deutsche Bank Analyst Report titled: *ORCL: Analyst Meeting Very Upbeat* (NDCA-ORCL 009001-4) | Relevance (FRE 402); hearsay (FRE 802) to the extent that it is offered for the truth; and cumulative (FRE 403). Defs' Mot. at 16. |
| 94 | 9/8/2000 – Bluestone Capital Securities Analyst Report titled: *Oracle Corporation* | Relevance (FRE 402); hearsay (FRE 802) to the extent that it is offered for the truth; and cumulative (FRE 403). Defs' Mot. at 16. |
| 95 | 7/2001 – Summit Strategies Vendor Report titled: *Oracle's War on Complexity – And the E-Business Status Quo* (NDCA-ORCL 110538-41) | Hearsay (FRE 802) to the extent that it is offered for the truth; lack of foundation; and cumulative (FRE 403). Defs' Mot. at 16. |
| 96 | 3/15/2000 – PaineWebber Analyst Report titled: *Oracle: Best Positioned for the Internet* (NDCA-ORCL 023898-900) | Hearsay (FRE 802) to the extent that it is offered for the truth; relevance (FRE 402); and cumulative (FRE 403) Defs' Mot. at 16. |
| 97 | 5/16/2006 – Deposition Transcript of Gregory Seiden | Relevance and mischaracterizes testimony (FRE 402, FRE 403): not relevant to contention that "only a fraction of problems customers reported ultimately turned out to be defects in the software." Defs' Mot. at 38. |
| 98 | 10/19/2000 – First Security Van Kapser Analyst Report titled: *ORCL Reiterating Strong Buy Rates* (NDCA-ORCL 420077-80) | Hearsay (FRE 802) to the extent that it is offered for the truth and relevance (FRE 402). Defs' Mot. at 16-17. |
| 99 | 4/6/2005 – Deposition Transcript of Alan Fletcher | |
| 100 | 11/16/00 – Forbes.com Report titled: *Oracle's Second Act* (NDCA-ORCL 141843-5) | Hearsay (FRE 802) to the extent that it is offered for the truth. Defs' Mot. at 16. |
| 101 | 2/2001 – L. Ellison's Speech at AppsWorld (NDCA-ORCL 306988-7021) | Hearsay (FRE 802) to the extent that it is offered for the truth. Defs' Mot. at 16. |

| Exh. # | Document Description | Objections[1] |
|---|---|---|
| 102 | 5/25/2007 – Expert Report of Edward Yourdon | Hearsay (FRE 802) with respect to defendants' reliance on ¶¶87-88 for the truth of the matters stated in the quoted book. *See* Defs' Mot. at 19. Hearsay (FRE 802) with respect to defendants' reliance on ¶¶34-36 for the truth of the matters stated in the referenced book. *See* Defs' Mot. at 19-20. Inadmissible expert testimony as set forth in plaintiffs' motion to exclude (FRE 403, FRE 702) |
| 103 | 9/14/2000 – E-mail from AMR_Alerts re: Integrated Product Suites Versus Best of Breed Point Products (NDCA-ORCL 167711-7) | Lack of foundation and relevance (FRE 402). Defs' Mot. at 16. |
| 104 | 4/11/2001 – Hurwitz Balanced View Bulletin titled: *Oracle's Suite 11i* (NDCA-ORCL 442971-7) | Hearsay (FRE 802) to the extent that it is offered for the truth and relevance (FRE 402). Defs' Mot. at 20. |
| 105 | 11/2/2000 – PR Newswire article titled: *The Oracle E-Business Suite Wins the Intelligent Enterprise Reads Choice Awards* | |
| 106 | 2/14/2001 – Lehman Brothers Analyst Report titled: *Oracle Corp. Trip to Paris for the Oracle International User Conference* (NDCA-ORCL 091477-79) | Hearsay (FRE 802) to the extent that it is offered for the truth to the extent offered to prove customers were live on Suite 11i. Defs' Mot. at 21 n.7. |
| 107 | 5/24/2000 – Oracle Press Release titled: *Oracle Ships 11i, Industry's First Integrated E-Business Suite* (NDCA-ORCL 117404-16) | |
| 108 | 7/2000 – DataPro Gartner-Group Report titled: *Oracle Corp. Customer Relationship Management Applications* (NDCA-ORCL 117404-16) | Hearsay (FRE 802) to the extent that it is offered for the truth; lack of foundation. Defs' Mot. at 16-17. |
| 109 | 11/2000 – Business 2.0 Article titled: *Dog Eats Dog Food and Damn if it Ain't Tasty* (NDCA-ORCL 003409-14 | Hearsay (FRE 802) to the extent that it is offered for the truth. Defs' Mot. at 6. |
| 110 | 5/23/2000 – E-mail from P. Heller to C. Sato, K. McGuirk, S. Torman, and S. Baker re: 11i – *What Shipped on May 19 – the answers!* (NDCA-ORCL 059800-04) | |
| 111 | 3/23/2006 – Deposition Transcript of Ronald Wohl | |

| Exh. # | Document Description | Objections[1] |
|---|---|---|
| 112 | 3/27/2000 – GIG Information Group Analyst Report titled:  *Oracle Delays (Pieces of) CRM Release – Early Buyers Beware* (NDCA-ORCL 019758-59) | Relevance (FRE 402); lack of foundation; hearsay (FRE 802) to the extent that it is offered for the truth; and cumulative (FRE 403).  Defs' Mot. at 17, 20, 41. |
| 113 | 2/6/2001 – Customer Relationship Management (NDCA-ORCL 106680-728) | |
| 114 | 6/13/2006 – Deposition Transcript of W. Bradford Scott | |
| 115 | Oracle Presentation titled: *Winning the War on Complexity* (NDCA-ORCL 055803-32) | |
| 116 | 9/27/1999 – Oracle Press Release titled: *Oracle Announces Oracle Applications Release 11i* (NDCA-ORCL 306807-10) | Relevance (FRE 402) and hearsay (FRE 802) to the extent it is offered for the truth.  Defs' Mot. at 17. |
| 117 | 7/5/2000 – META Group Analyst Report titled: *Oracle 11i: The Holy Grail?* (NDCA-ORCL 009736-38) | Lack of foundation; relevance (FRE 402); cumulative (FRE 403) and hearsay (FRE 802) to the extent it is offered for the truth. Defs' Mot. at 17, 20, 41. |
| 118 | 8/10/2000 – Bluestone Capital Analyst Report titled: *Oracle Corporation: Initiating Coverage with a 2-1* (NDCA-ORCL 006338-39) | Relevance (FRE 402) and cumulative (FRE 403).  Defs' Mot. at 17. |
| 119 | 11/3/2000 – Goldman Sachs Analyst Report titled: *Oracle – Early Checks with Applications Customers* (NDCa-ORCL 1051216-18) | |
| 120 | 7/10/2000 – Gartner-Group Analyst Report titled: *Oracle 11i CRM: better But Not the Best* (NDCA-ORCL 009364-65) | Relevance (FRE 402) and lack of foundation.  Defs' Mot. at 17, 20. |
| 121 | 1/18/2000 – Pacific Crest Analyst Report titled: *Oracle Corporation* | Hearsay (FRE 802) to the extent it is offered for the truth and relevance (FRE 402).  Defs' Mot. at 17-18. |
| 122 | 4/5/2000 – Warburg Dillon Read Analyst Report titled: *ORCL Analyst Meeting* (NDCA-ORCL 308701-03) | Hearsay (FRE 802) to the extent it is offered for the truth and relevance (FRE 402).  Defs' Mot. at 17-18. |

| Exh. # | Document Description | Objections[1] |
|---|---|---|
| 123 | Blair William & Co. Analyst Report titled: *Report From Oracle Analyst Day: Maintain Buy Rating* (NDCA-ORCL 308696-9) | Hearsay (FRE 802) to the extent it is offered for the truth and relevance (FRE 402). Defs' Mot. at 17-18. |
| 124 | 5/12/2000 – Morgan Stanley Analyst Report titled: *Oracle – Dinner with Ray Lane Part 2* (NDCA-ORCL 308710-6) | Hearsay (FRE 802) to the extent it is offered for the truth and relevance (FRE 402). Defs' Mot. at 17-18. |
| 125 | 8/14/2000 – Morgan Stanley Analyst Report titled: *Dinner with Oracle's CFO, Jeff Henley* (MS 00014-21) | Hearsay (FRE 802) to the extent it is offered for the truth. Defs' Mot. at 17-18. |
| 126 | 10/4/2000 – First Albany Analyst Report titled: *ORCL: It Will Work, Give It Time* (NDCA-ORCL 006139-42) | Relevance (FRE 402) and cumulative (FRE 403). Defs' Mot. at 18. |
| 127 | 5/8/2000 – Business Week Online Article titled: *Oracle: Why It's Cool Again* (NDCA-ORCL 307328-35) | Relevance (FRE 402) and cumulative (FRE 403); and hearsay (FRE 802) to the extent it is offered for the truth. Defs' Mot. at 18, 20. |
| 128 | 1/18/2000 – E-mail from S. Aas to B. Modanlo re: Need Your Input on Financial Info in Attached Draft Report – Due 1/28 (NDCA-ORCL 061424-59) | Hearsay (FRE 802) to the extent it is offered for the truth and relevance (FRE 402). Defs' Mot. at 18. |
| 129 | 10/19/2000 – SAP Press Release titled: *SAP Reports Third Quarter Results* (NDCA-ORCL 307474) | Lack of foundation and relevance (FRE 402). Defs' Mot. at 18, 36. |
| 130 | 1/23/2001 – SAP Press Release titled: *SAP Announces Strong Fourth Quarter and Full Year Results* (NDCA-ORCL 307611-14) | Lack of foundation and relevance (FRE 402). Defs' Mot. at 18, 36. |
| 131 | 4/19/2001 – SAP Press Release titled: *SAP Achieves Strong First Quarter Results, Net Income Rises* (NDCA-ORCL 307748-52) | Lack of foundation and relevance (FRE 402). Defs' Mot. at 18, 36. |
| 132 | 7/13/2007 – Deposition Transcript of Randall W. Jensen | Relevance (FRE 402 and FRE 403) – mischaracterizes testimony. Defs' Mot. at 37, 39 (citing Ex. 132 at 29, 32-33, 38, 111-112) |
| 133 | 4/7/2006 – Deposition Transcript of Michael Rocha | Relevance (FRE 402 and FRE 403) – mischaracterizes testimony as cited on Defs' Mot. at 38. |

| Exh. # | Document Description | Objections[1] |
|---|---|---|
| 134 | *Estimating Software Costs: Bringing Realism to Estimating* (Second Edition, McGraw-Hill, 2007) | Lack of foundation and hearsay (FRE 802) to the extent offered for the truth of the statements to the exhibit.  Defs' Mot. at 19. |
| 135 | 4/11/2006 – Deposition Transcript of Valerie Borthwick | Lack of personal knowledge (FRE 602) with respect to defendants' use of her testimony at 340:16-22 with respect to customer's understanding. *See* Defs' Mot. at 19-20.  Ms. Borthwick has no personal knowledge of what a customer understands. |
| 136 | 6/16/2000 – E-mail from S. Hannigan to C. Godwin, B, Bounds, and M. Bock re: 11i Implementation (NDCA-ORCL 057423-4) | Hearsay (FRE 802) to the extent that it is offered for the truth and lack of foundation. Defs' Mot. at 19-20. |
| 137 | 6/8/2006 – Deposition Transcript of John Schindler | Relevance (FRE 402, FRE 403) – mischaracterizes testimony at 93:17-95:5. Defs' Mot. at 19-21. |
| 138 | 2/26/2001 – Morgan Stanley Analyst Report titled: *Oracle AppsWorld Feedback* (NDCA-ORCL 111278-82) | Hearsay (FRE 802) to the extent that it is offered for the truth; cumulative (FRE 403) (Defs' Mot. at 20); and hearsay (FRE 802) to the extent that it is offered for the truth, *e.g.*, that 1,300 or 2,500 customers were implementing Suite 11i by January 2001, or that customers were "live" on Suite 11i.  Defs' Mot. at 21. |
| 139 | 12/13/2000 – CIBC Analyst Report titled: *ORCL: Oracle Users Weigh In* (NDCA-ORCL 005916-24) | Hearsay (FRE 802) to the extent that it is offered for the truth and cumulative (FRE 403).  Defs' Mot. at 20. |
| 140 | 12/4/2000 – Gartner-Group Analyst Report titled: *An Oracle ERP Report Card* (NDCA-ORCL 009465-67) | |
| 141 | 4/20/2000 – E-mail from S. Adams to R. Wohl re: Release 11i Availability (NDCA-ORCL 307970-72) | |
| 142 | 7/11/2006 – Deposition Transcript of Mark Barrenechea | Relevance and mischaracterizes testimony (FRE 402 and FRE 403) as cited at Defs' Mot. at 20 as to whether Suite 11i "attracted" early adopters willing to accept risks.  Defs' Mot. at 39. |

| Exh. # | Document Description | Objections[1] |
|---|---|---|
| 143 | 5/1/2000 – AMR Research Analyst Report titled: *Alert on Supply Chain Management* (NDCA-ORCL 009518-22) | Relevance (FRE 402 and FRE 403) as cited on page 20 by defendants that Suite 11i attracted early adopters and customers were willing to accept risk.  Defs' Mot. at 20. |
| 144 | 5/12/2000 – E-mail from L. Ellison to G. Roberts re: Firepond Approvals – nonstandard support (NDCA-ORCL 034910-17) | |
| 145 | 12/15/2000 – Credit Suisse First Boston Analyst Report titled: *Picture Perfect: Q2:FY01 Should Even Convert the Skeptics* (NDCA-ORCL 154522-31) | Hearsay (FRE 802) to the extent that it is offered for the truth of customers being "live" on Suite 11i.  Defs' Mot. at 21, 36. |
| 146 | 2/27/2001 – E-mail from S. Catz to J. Henley re: Morgan Stanley's Coverage of Apps World (NDCA-ORCL 092885-89) | Hearsay (FRE 802) to the extent that it is offered for the truth, *e.g.*, that 1,300 or 2,500 customers were implementing Suite 11i by January 2001, or that customers were "live" on Suite 11i.  Defs' Mot. at 21. |
| 147 | 2/9/2001 – Morgan Stanley Analyst Report titled: *Getting Through Q3 in Good Shape* (NDCA-ORCL 101611-16) | Foundation; hearsay (FRE 802) to the extent that it is offered for the truth – *i.e.*, live customers; and relevance (FRE 402 and FRE 403) – mischaracterizes document as cited on Defs' Mot. at 21 n.6. |
| 148 | 5/30/2006 – Deposition Transcript of Mark Jarvis | Relevance (FRE 402 and FRE 403) – mischaracterizes testimony as cited on page 21.  Defs' Mot. at 21. |
| 149 | 11/8/2000 – Robertson Stephens Analyst Report titled: *Cautious Outlook on the Stock Following* (NDCA-ORCL 419950-52) | Hearsay (FRE 802) to the extent that is offered for the truth.  *E.g.*, that Suite 11i was winning key big license deals; cumulative (FRE 403).  Defs' Mot. at 21:12-13. |
| 150 | 12/15/2000 – Credit Suisse First Boston Analyst Report titled: *Picture Perfect: Q2:FY01 Should Even Convert the Skeptics* (NDCA-ORCL 420558-62) | Hearsay (FRE 802) to the extent offered for the truth that Oracle had customers "*live*" on Suite 11i, implementations and customer wins. Defs' Mot. at 21. |
| 151 | 2/7/2001 – Banc of America Report titled: *Oracle Corporation* (NDCA-ORCL BOA 01071-3) | Hearsay (FRE 802) to the extent offered for the truth that Oracle had customers "*live*" on Suite 11i, implementations and customer wins. Defs' Mot. at 21. |
| 152 | 3/4/2005 – Deposition Transcript of Brett Fuller | Relevance (FRE 402 and FRE 403) – mischaracterizes testimony as cited at Defs' Mot. at 21. |

| Exh. # | Document Description | Objections[1] |
|---|---|---|
| 153 | 7/11/2007 – Deposition Transcript of Alan Goedde | |
| 154 | 2/21/2001 – Deutsche Bank Analyst Report titled: *Comments from Oracle AppsWorld Conference – Strong Buy* (NDCA-ORCL 091462-65) | Hearsay (FRE 802) to the extent that it is offered to prove the truth that customers were "live on Suite 11i." |
| 155 | 2/21/2001 – William Blair & Co. Report titled: *Highlights of AppsWorld Conference* (WBC 0012-13) | |
| 156 | 2/22/2001 – William Blair & Co. Report titled: *oracle AppsWorld Update* (WBC 0014-19) | |
| 157 | 2/14/2001 – E-mail from J. Henley to Corporate Broadcast re: Quiet Period (NDCA-ORCL 103890) | |
| 158 | 9/8/2006 – Deposition Transcript of Stephanie Aas Thill | |
| 159 | PowerPoint Presentation given by Jeff Henley at Oracle AppsWorld (NDCA-ORCL 399565-89) | |
| 160 | Oracle's Form 10-Q filed 10/16/2000 (NDCA-ORCL 024168-91) | |
| 161 | Oracle's Form 10-Q filed 1/16/2001 (NDCA-ORCL 143468-507) | |
| 162 | 12/14/2000 – Bloomberg Article titled: *Oracle Second Quarter Net Rises 62%; Applications Sales Jump* (NDCA-ORCL 141652-53) | |
| 163 | 12/15/2000 – R@dioWallStreet.com article titled: *Oracle's VP/CFO Jeffrey Henley Will Discuss Quarterly Results* (NDCA-ORCL 141660-65) | |
| 164 | 12/15/2000 – Bloomberg Article titled: *Oracle Shares Rises After Reporting Higher 2nd Quarter Profit* (NDCA-ORCL 141658-59) | |

| Exh. # | Document Description | Objections[1] |
|---|---|---|
| 165 | 2/8/2001 – First Union Securities Analyst Report titled: *Management Indicates Final Weeks of February Critical to Quarter* (NDCA-ORCL 309120-22) | |
| 166 | 2/22/2001 – Blair William & Co. Analyst Report titled: *Oracle AppsWorld Update* (NDCA-ORCL 091443-46) | |
| 167 | 12/15/2000 – Josephthal & CO. Report titled: *ORCL: Raising Estimates, reiterate Buy Rating* (NDCA-ORCL 308952-53) | |
| 168 | 12/15/2000 – Banc of America Securities Report titled: *Oracle Corporation* (NDCA-ORCL 308967-72) | |
| 169 | 12/15/2000 – Goldman Sachs Report titled: *Oracle Reports Robust Apps Growth* (NDCA-ORCL 005851-52) | |
| 170 | 12/15/2000 – Goldman Sachs Report titled: *Oracle Reports Robust Apps Growth*  (NDCA-ORCL 005880-81) | |
| 171 | 12/15/2000 – William Blair & Co. Report titled: *Oracle Second Quarter 2001 Earnings Summary* (NDCA-ORCL 005866-68) | |
| 172 | 12/15/2000 – Lehman Bros. Report titled: *Oracle's Application Business Leads Solid Quarter* (NDCA-ORCL 435064-64) | |
| 173 | 12/15/2000 – Morgan Stanley Report titled: *How Suite It Is* (NDCA-ORCL 023373-78) | |
| 174 | 12/15/2000 – CIBC World Markets Report titled: *ORCL: Apps Fly; Database Strong; Management Okay For Now* (NDCA-ORCL 016873-77) | |
| 175 | 12/15/2000 – SoundView Report titled: *Oracle Earnings Release* (NDCA-ORCL 005807-09) | |

| Exh. # | Document Description | Objections[1] |
|--------|---------------------|---------------|
| 176 | 2/8/2001 – SoundView Report titled: *Oracle: Company Update* (NDCA-ORCL 419979-80) | Hearsay (FRE 802) to the extent offered for the truth that Oracle's ability to meet guidance would not become clear until the end of the quarter.  Defs' Mot. at 29. |
| 177 | 2/8/2001 – Deutsche Banc Report titled: *Oracle: Visit With Management - Strong Buy* (NDCA-ORCL 091536-38) | Hearsay (FRE 802) to the extent offered for the truth that Oracle's ability to meet guidance would not become clear until the end of the quarter.  Defs' Mot. at 29. |
| 178 | 2/22/2001 – Blair William & Co. Analyst Report titled: *Oracle AppsWorld Update* (NDCA-ORCL 091443-46) | Hearsay (FRE 802) to the extent offered for the truth that Oracle's ability to meet guidance would not become clear to Oracle until the end of the quarter.  Defs' Mot. at 29. |
| 179 | 2/26/2001 – Morgan Stanley Report titled: *Oracle AppsWorld Feedback* (NDCA-ORCL 069397-401) | Hearsay (FRE 802) to the extent offered for the truth that Oracle's ability to meet guidance would not become clear until the end of the quarter.  Defs' Mot. at 29. |
| 180 | 1/1/2001 – Salomon Smith Barney Analyst Report titled: *Oracle EVP to Visit SSB* (NDCA-ORCL 078420-23) | |
| 181 | 1/11/2001 – Bloomberg News article titled: *Oracle CFO to Sell $33 MLN in Stock* (NDCA-ORCL 419674-75) | |
| 182 | 1/20/2001 – TheStreet.com article titled: *The TSC Streetside Chat: Oracle's EVP Sandy Sanderson* (NDCA-ORCL 419660-65). | |
| 183 | 2/13/2001 – TheStreet.com article titled: *Goldman Conference: It's Stock Weak, Oracle Talks Strong Business* (NDCA-ORCL 141794-95) | |
| 184 | 4/1/2006 – Adam Hahn's Motion for Protective Order (E.D. Cal.) | Relevance (FRE 402 and FRE 403). Defs' Mot. at 32. |
| 185 | 10/21/2005 – Deposition Transcript of Jo Ann Chard | |
| 186 | 9/29/2005 – Deposition Transcript of Aaron Neal | |
| 187 | 9/6/2006 – Deposition Transcript of Philip B. Simon | |

| Exh. # | Document Description | Objections[1] |
|---|---|---|
| 188 | 1/24/2001 – E-mail from Philip Simon to Larry Ellison (NDCA-ORCL 042822) | |
| 189 | 3/24/2003 – Order Granting Defendants' Motion to Dismiss | |
| 190 | 5/25/07 – Expert Report of Brooks Hilliard | |
| 191 | 3/12/2001 – InformationWeek article titled: *Apps Made Easy?* (NDCA-ORCL 141685-87) | Hearsay (FRE 802) to the extent that it is offered for the truth of Oracle's actual revenue growth; actual Suite 11i implementation; early adopter opinions concerning automach for defects.  Defs' Mot. at 36. |
| 192 | 6/18/2001 – Oracle Press Release titled: *Q42001 Earnings $0.15, Operating Margin 40%, FY 2001 Income $11 Billion, Income Up 25%, Operating Margin 35%* (NDCA-ORCL 419298-308) | Hearsay (FRE 802) to the extent offered to show customers "live" on Suite 11i or that Suite 11i was a "success."  Defs' Mot. at 36. |
| 193 | 5/18/2006 – Deposition Transcript of Sukumar Rathnam | |
| 194 | 2/26/2001 – Morgan Stanley Analyst Report titled: *Oracle AppsWorld Feedback* (NDCA-ORCL 1055148-54) | Hearsay (FRE 802) to the extent that it is offered for the truth regarding Oracle's internal upgrade, Suite 11i stability as cited on page 37.  Defs' Mot. at 36-37. |
| 195 | 3/1/2001 – Internal Oracle Document entitled Product Revenue Reporting Package (NDCA-ORCL 110948-1032) | |
| 196 | 6/19/2001 – Salomon Smith Barney Report titled: *Oracle Corporation* (NDCA-ORCL 430557-60) | Hearsay (FRE 802) to the extent that it is offered to prove actual Suite 11i sales. Defs' Mot. at 37. |
| 197 | 6/28/2007 – Excerpts of the Deposition Transcript of Brooks Hilliard | Relevance (FRE 402 and FRE 403). Mischaracterizes testimony. |
| 198 | 12/15/2000 – Oracle 2nd Quarter Results call transcript (NDCA-ORCL 141654-57) | |
| 199 | 2/13/2001 – Presentation by Sandy Sanderson at Goldman Sachs Conference (NDCA-ORCL 003281-311) | |

| Exh. # | Document Description | Objections[1] |
|--------|---------------------|---------------|
| 200 | 6/22/2007 – Expert Rebuttal Report of Edward Yourdon | FRE 403 and FRE 702. |
| 201 | 6/20/2006 – Deposition Transcript of Donald E. Klaiss | Relevance (FRE 402 and FRE 403): not relevant to contention that "only a fraction of problems customers reported ultimately turned out to be defects in the software." Defs' Mot. at 38. |
| 202 | 2/28/2006 – Deposition Transcript of Richard Sellers | Relevance (FRE 402 and FRE 403): not relevant to contention that "only a fraction of problems customers reported ultimately turned out to be defects in the software." Defs' Mot. at 38. |
| 203 | 3/21/2006 – Deposition Transcript of Joel Summers | Relevance (FRE 402 and FRE 403): not relevant to contention that "only a fraction of problems customers reported ultimately turned out to be defects in the software." Defs' Mot. at 38. |
| 204 | 9/19/2006 – Deposition Transcript of Kirsten Shaw | Relevance (FRE 402 and FRE 403). Defs' Mot. at 39. |
| 205 | 3/16/2006 – Transcript of Telephonic Hearing | |
| 206 | 11/3/2000 – Goldman Sachs Report titled: *Oracle – Early Checks with Applications Customers* (GMS 00162) | |
| 207 | 11/15/2000 – Article from Business Wire titled: *OAUG Offers Asia/Pacific Users Chance to Ask Oracle* | |
| 208 | 12/12/2000 – JP Morgan Report Securities, Inc. Report titled: *Oracle Corporation: Oracle's Second Quarter Earnings* (NDCA-ORCL 419976-78) | |
| 209 | 12/26/2000 – Bloomberg News article titled: *PeopleSoft CEO's Discipline Spurs Rebound at Software Maker* | Relevance (FRE 402). Defs' Mot. at 41. |
| 210 | 2/23/2001 – CIBC Report titled: *AppWorld: Upbeat Conference, But No Cajun Spice* (NDCA-ORCL 309144-50) | |

| Exh. # | Document Description | Objections[1] |
|---|---|---|
| 211 | 10/1/2000 – eWeek article titled: *Oracle: Database giant is succeeding in e-business by doing things on its own, but for how long?* (NDCA-ORCL 307399-402) | |
| 212 | 10/30/2000 – ComputerWorld article titled: *Users Vent Frustration Over Oracle ERP/CRm Upgrades* (NDCA-ORCL 1054611-12) | |
| 213 | 2/21/2001 – Deutsche Banc Alex Brown Analyst Report titled: *Comments from Oracle's AppsWorld* (NDCA-ORCL 309133-36) | |
| 214 | 4/3/2001 – Morgan Stanley report titled: *Valuation Report* (NDCA-ORCL 179622-76) <br><br> 4/3/2001 MSDW Report – They Call it Stormy Monday but Tuesday's Just As Bad | Hearsay (FRE 802) to the extent offered for truth that the software industry had entered a major downturn after Oracle's earnings miss.  Defs' Mot. at 42. |
| 215 | 12/6/2000 – AMR Research Analyst Report titled: *Alert on E-Business Technology* (NDCA-ORCL 009597-600) | Relevance (FRE 402, FRE 403); not relevant to any claim or defense.  Defs' Mot. at 41. |
| 216 | 2/7/2000 – InformationWeek article titled: *Oracle's talking: Should you be listening?* | Relevance (FRE 402).  Defs' Mot. at 41. |
| 217 | 6/6/2006 – Declaration of Greg Myers in Support of Defendants' Opposition to Plaintiffs' Motion to Compel Defendants' Production of Accounting Documents | Misleading (FRE 403); lack of foundation; and hearsay (FRE 802). |
| 218 | 4/12/2005 – Deposition Transcript of Greg Myers | |
| 219 | 11/14/2002 – Declaration of Michael Quinn | Misleading (FRE 403); lack of foundation; hearsay (FRE 802); and lack of personal knowledge (FRE 602). |
| 220 | 5/25/2007 – Expert Report of J. Duross O'Bryan | FRE 403 and FRE 702. |
| 221 | 4/18/2006 – Deposition Transcript of Michael Quinn | Misleading (FRE 403) as cited at Defs' Mot. at 44:4. |

| Exh. # | Document Description | Objections[1] |
|---|---|---|
| 222 | 6/7/2006 – Deposition Transcript of Thomas Williams | Relevance (FRE 403).  Mot. at 44:4-5. |
| 223 | Complaint in the matter of *People v. Hahn* filed 12/19/2005 in the Superior Court of Ca, County of Sacramento | Relevance (FRE 402); hearsay (FRE 802) to the extent offered for the truth; prejudicial and misleading (FRE 403). Defs' Mot. at 44. |
| 224 | 4/26/2006 – Deposition of Adam Hahn, Court's Order Granting Adam Hahn's Motion for Protective Order *In re Oracle Sec. Litig.*, Case No. 06-0032 LKK KJM (E.D. Cal.) | Relevance (FRE 402); and not relevant to any claim of defense.  Defs' Mot. at 44. |
| 225 | 6/24/2006 – Deposition Transcript of Cathy Orr | |
| 226 | 5/25/2007 – Expert Report of D. Paul Regan | |
| 227 | 7/9/2007 – Excerpts from the Deposition Transcript of D. Paul Regan | |
| 228 | 9/12/2006 – Deposition Transcript of M. Laurentius Marais | |
| 229 | 10/29/2003 *Presentation to the SEC Staff on Behalf of Oracle Corporation* (NDCA-ORCL 050209-55) | Relevance (FRE 402 and FRE 403), to the extent offered to show that the SEC approved of the accounting for debit memos.  Defs' Mot. at 44. |
| 230 | 10/22/2002 – internal Ernst & Young memorandum titled: *Oracle – Agreed Upon Procedures* (EY 000143-46) | Relevance (FRE 402 and FRE 403) to the extent offered to show E&Y findings with respect to debit memo impact on 2Q01.  Further E&Y did not review debit memos under $1,000.  Defs' Mot. at 44-45. |
| 231 | 9/21/2006 – Deposition Transcript of Alexander Bender | |
| 232 | 6/30/2006 – Transcript of Telephonic Hearing Conference at the Hewlett Packard deposition | |
| 233 | 7/2/2007 – Excerpts from the Deposition Transcript of Bjorn Steinholt | |
| 234 | 6/22/07 – Expert Rebuttal Report of J. Duross O'Bryan | FRE 403 and FRE 702. |

| Exh. # | Document Description | Objections[1] |
|---|---|---|
| 235 | 7/12/2007 – Deposition Transcript of John Duross O' Bryan | |
| 236 | 8/1/2006 – Deposition Transcript of Gary Matuszak | |
| 237 | 6/28/2006 – Deposition Transcript of Jason Sevier | Relevance (FRE 403) – mischaracterizes testimony as cited in Defs' Mot. at 47:27. |
| 238 | 9/20/2001 – Declaration of Stephanie Aas | |
| 239 | 9/20/2001 – Declaration of Edward E. Burdine | |
| 240 | Oracle's Transaction Register (NDCA-ORCL 049208-16, 050060) | Hearsay (FRE 802) to the extent offered for its truth. |
| 241 | Account Analysis Report with Payables Detail (NDCA-ORCL 300913-15) | Lacks foundation; hearsay (FRE 802) to the extent offered for the truth; and incomplete document (FRE 403). |
| 242 | Excerpt of Oracle's Sales Journal by GL Account Report (NDCA-ORCL 314105-15, 314324) | Lacks foundation; hearsay (FRE 802) to the extent offered for the truth; and incomplete document (FRE 403). |
| 243 | Oracle Account Analysis Report (NDCA-ORCL 050356-60) | Lacks foundation; hearsay (FRE 802) to the extent offered for the truth; and incomplete document (FRE 403). |
| 244 | 2001 META Group Analyst Report titled: *Evaluation of: Oracle Sales* (NDCA-ORCL 009889-93) | Hearsay (FRE 802) to the extent it is offered for the truth. Defs' Mot. at 18 n.5. |
| 245 | 9/15/2000 – Deutsche Banc Report titled: *ORCL – Solid F1Q* (NDCA-ORCL 085850-53) | |
| 354-355 | Analyst Reports | Hearsay (FRE 802) to the extent it is offered for the truth that Oracle had Suite 11i references. Defs' Opp. to Ellison MSJ[4] at 18. |

---

[4]    "Defs' Opp. to Ellison MSJ" refers to Defendant Ellison's Opposition to Plaintiffs' Motion for Summary Judgment Against Lawrence Ellison for Trading on Basis of NonPublic Information, filed August 27, 2007.

| Exh. # | Document Description | Objections[1] |
|--------|---------------------|---------------|
| | 7/19/2007 – Declaration of Lawrence J. Ellison in Support of Defendants' Motion for Summary Judgment ("Ellison Decl.") | Lack of Personal Knowledge (FRE 602) and inadmissible pursuant to FRCP[5] 56(e) requiring that the declaration be based upon personal knowledge, set forth admissible evidence and show affirmatively the declarant is competent to testify.  *See* FRCP 56(e); *SEC v. Phan*, No. 05-55269, 2007 U.S. App. LEXIS 20624, at *37 (9th Cir. Aug. 29, 2007) compare with Ellison Decl. ¶2 ("... I am informed and believe the stated facts to be true and correct").  Further, without personal knowledge, his declaration is hearsay (FRE 802) and improper opinion testimony (FRE 701, FRE 702, FRCP 26(a)(2)(A)). |
| | 7/25/2007 – Declaration of Alan J. Fletcher in Support of Defendants' Motion for Summary Judgment ("Fletcher Decl.") | Inadmissible as hearsay, lack of personal knowledge (FRE 602 and FRCP 56(e)) and/or improper opinion testimony (FRE 701, FRE 702, FRCP 26(a)(2)(A)), to the extent that Mr. Fletcher has no personal knowledge.  *See* Fletcher Decl. ¶17. |
| | 7/26/2007 – Declaration of Gregory Seiden in Support of Defendants' Motion for Summary Judgment ("Seiden Decl.") | Inadmissible as hearsay, lack of personal knowledge (FRE 602 and FRCP 56(e)) and/or improper opinion testimony (FRE 701, FRE 702, FRCP 26(a)(2)(A) to the extent that Mr. Seiden has no personal knowledge.  *See* Seiden Decl. ¶17.<br><br>Inadmissible pursuant to FRCP 56(e) and FRE 602 – lack of personal knowledge, Mr. Seiden does not have a basis to testify as to what others "believed."  *See* Seiden Decl. ¶7. |
| | 7/25/2007 – Declaration of Kirsten F. Shaw in Support of Defendants' Motion for Summary Judgment ("Shaw Decl.") | Inadmissible as hearsay, lack of personal knowledge (FRE 602 and FRCP 56(e)) and/or improper opinion testimony (FRE 701, FRE 702, FRCP 26(a)(2)(A).  *See* Shaw Decl. ¶6. |

---

[5]     "FRCP" refers to the Federal Rules of Civil Procedure.

| Exh. # | Document Description | Objections[1] |
|--------|---------------------|---------------|
|  | 7/20/2007 – Declaration of Mary Ann Anthony in Support of Defendants' Motion for Summary Judgment | FRE 403: misleading to the extent that defendants use her declaration as a basis that operative statements regarding Oracle's Suite 11i were not false or misleading. |

DATED: September 10, 2007

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SHAWN A. WILLIAMS
WILLOW E. RADCLIFFE
MONIQUE C. WINKLER
ELI R. GREENSTEIN


                    s/ Shawn A. Williams
            SHAWN A. WILLIAMS

100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
MARK SOLOMON
DOUGLAS R. BRITTON
STACEY M. KAPLAN
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

Lead Counsel for Plaintiffs

T:\casesSF\oracle3\BRF00045083.doc

1

<u>CERTIFICATE OF SERVICE</u>

2    I hereby certify that on September 10, 2007, I electronically filed the foregoing with the

3 Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail

4 addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have

5 mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF

6 participants indicated on the attached Manual Notice List.

7    I certify under penalty of perjury under the laws of the United States of America that the

8 foregoing is true and correct.  Executed on September 10, 2007.

9

10    s/ Shawn A. Williams
     SHAWN A. WILLIAMS

11    COUGHLIN STOIA GELLER
         RUDMAN & ROBBINS LLP

12    100 Pine Street, 26th Floor

13    San Francisco, CA  94111
     Telephone:  415/288-4545

14    415/288-4534 (fax)

15    E-mail:shawnw@csgrr.com

16

17

18

19

20

21

22

23

24

25

26

27

28

PLAINTIFFS' EVIDENTIARY OBJECTIONS TO DEFENDANTS EXHIBITS SUBMITTED IN
SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT - C-01-0988-MJJ        - 26 -

# Mailing Information for a Case 3:01-cv-00988-MJJ

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jennie Lee Anderson**
  jennie@libertylaw.com

- **Eric J. Belfi**
  ebelfi@labaton.com,ElectronicCaseFiling@labaton.com

- **Doug Britton**
  dougb@csgrr.com,e_file_sf@lerachlaw.com,e_file_sd@lerachlaw.com,ldeem@lerachlaw.com

- **Patrick Edward Gibbs**
  patrick.gibbs@lw.com,zoila.aurora@lw.com

- **Eli Greenstein**
  Elig@lerachlaw.com,e_file_sf@lerachlaw.com,e_file_sd@lerachlaw.com

- **Kirke M. Hasson**
  kirke.hasson@pillsburylaw.com,cheryl.grant@pillsburylaw.com

- **Stacey Marie Kaplan**
  StaceyKaplan@csgrr.com

- **Reed R. Kathrein**
  reed@hbsslaw.com,nancyq@hbsslaw.com

- **Michele Frances Kyrouz**
  michele.kyrouz@lw.com

- **Nicole Catherine Lavallee**
  nlavallee@bermanesq.com,ysoboleva@bermanesq.com

- **William S. Lerach**
  e_file_sd@lerachlaw.com

- **James C. Maroulis**
  jim.maroulis@oracle.com

- **Caroline McIntyre**
  cmcintyre@be-law.com,swalker@be-law.com

- **Valerie McLaughlin**
  valeriem@lerachlaw.com,kellyb@lerachlaw.com

- **Brian P Murray**

bmurray@rabinlaw.com

- **Shinyung Oh**
  shinyungoh@paulhastings.com

- **Willow E. Radcliffe**
  willowr@lerachlaw.com,e_file_sf@lerachlaw.com,e_file_sd@lerachlaw.com

- **Sanna Rachel Singer**
  ssinger@sideman.com,mthomas@sideman.com

- **Mark Solomon**
  marks@lerachlaw.com,e_file_sf@lerachlaw.com,e_file_sd@lerachlaw.com

- **Edward W. Swanson**
  eswanson@swansonmcnamara.com

- **Shawn A. Williams**
  shawnw@lerachlaw.com,cwood@lerachlaw.com,e_file_sf@lerachlaw.com,dpfefferbaum@lerachl

- **Jamie Lynne Wine**
  jamie.wine@lw.com,karen.kelly@lw.com

- **Monique Winkler**
  shawnw@lerachlaw.com,E_File_SF@lerachlaw.com,travisd@lerachlaw.com,MoniqueW@lerachl

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Dorian Daley
500 Oracle Parkway
Redwood City, CA 94065

Corey D. Holzer
Holzer Holzer & Cannon LLC
1117 Perimeter Center West
Suite E-107
Atlanta, GA 30338

Raymond Lane
Bergeson LLP
303 Almaden Blvd., Ste. 500
San Jose, CA 95110

PRG-Schultz USA, Inc.
Paul Hastings Janofsky & Walker LLP
55 Second Street
24th Floor
San Francisco, CA 94105
```

**Darren Jay Robbins**
Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway
Suite 1900
San Diego, CA 92101