LATHAM & WATKINS LLP
  Peter A. Wald (SBN 85705)
  Michele F. Kyrouz (SBN 168004)
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-2562
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
E-mail: peter.wald@lw.com
         michele.kyrouz@lw.com

LATHAM & WATKINS LLP
  Patrick E. Gibbs (SBN 183174)
  Matthew Rawlinson (SBN 231890)
140 Scott Drive
Menlo Park, CA 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600
E-mail: patrick.gibbs@lw.com
         matt.rawlinson@lw.com

LATHAM & WATKINS LLP
  Jamie L. Wine (SBN 181373)
633 West Fifth Street, Suite 4000
Los Angeles, CA 90071-2007
Telephone: (213) 485-1234
Facsimile: (213) 891-8763
E-mail: jamie.wine@lw.com

Attorneys for Defendants ORACLE CORPORATION, LAWRENCE
J. ELLISON, JEFFREY O. HENLEY, and EDWARD J. SANDERSON

ORACLE CORPORATION
  Dorian Daley (SBN 129049)
  James C. Maroulis (SBN 208316)
500 Oracle Parkway
Mailstop 5OP7
Redwood Shores, California 94065
Telephone: (650) 506-5200
Facsimile: (650) 506-7114
E-mail: jim.maroulis@oracle.com

Attorneys for Defendant ORACLE CORPORATION

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION | Master File No. C-01-0988-MJJ (Consolidated) |
| | <u>CLASS ACTION</u> |
| This Document Relates To: <br><br> ALL ACTIONS. | **DEFENDANTS' ADMINISTRATIVE REQUEST TO FILE UNDER SEAL DEFENDANTS' REPLY IN SUPPORT OF *DAUBERT* MOTION TO EXCLUDE EXPERT REPORTS AND TESTIMONY OF ALAN G. GOEDDE AND SUPPORTING DOCUMENTS** <br><br> **Honorable Martin J. Jenkins** |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

ADMIN REQUEST TO FILE UNDER SEAL DEFS' REPLY ISO
*DAUBERT* MOT TO EXCLUDE GOEDDE RPTS & TESTIMONY
Master File No. C-01-0988-MJJ

Defendants submit this administrative request to file under seal Defendants' Reply in Support of *Daubert* Motion to Exclude Expert Reports and Testimony of Alan G. Goedde and the Declaration of Andrew M. Farthing in Support of Defendants' Reply in Support of *Daubert* Motion to Exclude Expert Reports and Testimony of Alan G. Goedde. Accompanying this administrative request are the Declaration of Andrew M. Farthing in Support of Defendants' Administrative Request to File Under Seal Defendants' Reply in Support of *Daubert* Motion to Exclude Expert Reports and Testimony of Alan G. Goedde and Supporting Documents and the [Proposed] Sealing Order, respectively filed and lodged concurrently herewith.

In their Reply in Support of *Daubert* Motion to Exclude Expert Reports and Testimony of Alan G. Goedde and the Declaration of Andrew M. Farthing in Support of Defendants' Reply in Support of *Daubert* Motion to Exclude Expert Reports and Testimony of Alan G. Goedde, Defendants refer to information that has been designated as "Confidential". Information designated as "Confidential" is subject to the provisions of the Revised Stipulated Protective Order Governing Confidentiality entered on January 11, 2005.  Accordingly, Defendants respectfully request that Defendants' Reply in Support of *Daubert* Motion to Exclude Expert Reports and Testimony of Alan G. Goedde and the Declaration of Andrew M. Farthing in Support of Defendants' Reply in Support of *Daubert* Motion to Exclude Expert Reports and Testimony of Alan G. Goedde be filed under seal of the Court.

Dated:  September 10, 2007                                          LATHAM & WATKINS LLP


By:_____/s/ Peter Wald_____
Peter A. Wald
Attorneys for Defendants ORACLE CORPORATION, LAWRENCE J. ELLISON, JEFFREY O. HENLEY, and EDWARD J. SANDERSON

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

ADMIN REQUEST TO FILE UNDER SEAL DEFS' REPLY ISO
*DAUBERT* MOT TO EXCLUDE GOEDDE RPTS & TESTIMONY
Master File No. C-01-0988-MJJ