LATHAM & WATKINS LLP
  Peter A. Wald (SBN 85705)
  Michele F. Kyrouz (SBN 168004)
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-2562
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
E-mail: peter.wald@lw.com
         michele.kyrouz@lw.com

LATHAM & WATKINS LLP
  Patrick E. Gibbs (SBN 183174)
  Matthew Rawlinson (SBN 231890)
  Andrew M. Farthing (SBN 237565)
140 Scott Drive
Menlo Park, CA 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600
E-mail: patrick.gibbs@lw.com
         matt.rawlinson@lw.com

LATHAM & WATKINS LLP
  Jamie L. Wine (SBN 181373)
633 West Fifth Street, Suite 4000
Los Angeles, CA 90071-2007
Telephone: (213) 485-1234
Facsimile: (213) 891-8763
E-mail: jamie.wine@lw.com

Attorneys for Defendants ORACLE CORPORATION, LAWRENCE
J. ELLISON, JEFFREY O. HENLEY, and EDWARD J. SANDERSON

ORACLE CORPORATION
  Dorian Daley (SBN 129049)
  James C. Maroulis (SBN 208316)
500 Oracle Parkway
Mailstop 5OP7
Redwood Shores, California 94065
Telephone: (650) 506-5200
Facsimile: (650) 506-7114
E-mail: jim.maroulis@oracle.com

Attorneys for Defendant ORACLE CORPORATION

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION | Master File No. C-01-0988-MJJ (Consolidated) |
| | CLASS ACTION |
| This Document Relates To: ALL ACTIONS. | **DECLARATION OF ANDREW M. FARTHING IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE REQUEST TO FILE UNDER SEAL DEFENDANTS' REPLY IN SUPPORT OF *DAUBERT* MOTION TO EXCLUDE EXPERT REPORTS AND TESTIMONY OF ALAN G. GOEDDE AND SUPPORTING DOCUMENTS** |
| | **Honorable Martin J. Jenkins** |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

FARTHING DECL. ISO ADMIN. REQ. TO FILE UNDER SEAL
DEFS' REPLY *DAUBERT* TO EXCLUDE GOEDDE RPTS &TEST.
Master File No. C-01-0988-MJJ

I, Andrew M. Farthing, declare as follows:

1. I am an attorney duly licensed to practice before all the courts of the State of California. I am an associate with the law firm of Latham & Watkins LLP, counsel of record for Defendants in the above-entitled action. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. I submit this declaration in support of Defendants' Administrative Request to File Under Seal Defendants' Reply in Support of *Daubert* Motion to Exclude Expert Reports and Testimony of Alan G. Goedde and the Declaration of Andrew M. Farthing in Support of Defendants' Reply in Support of *Daubert* Motion to Exclude Expert Reports and Testimony of Alan G. Goedde.

3. Defendants' Reply in Support of *Daubert* Motion to Exclude Expert Reports and Testimony of Alan G. Goedde and the Declaration of Andrew M. Farthing in Support of Defendants' Reply in Support of *Daubert* Motion to Exclude Expert Reports and Testimony of Alan G. Goedde cite material which was designated as confidential.

4. This information is subject to the provisions of the Revised Stipulated Protective Order Governing Confidentiality entered on January 11, 2005. The revised Stipulated Protective Order Governing Confidentiality is attached hereto as Exhibit A.

I hereby certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on September 10, 2007 in Menlo Park, California.

                                                  /s/ Andrew Farthing
                                                  Andrew M. Farthing

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

FARTHING DECL. ISO ADMIN. REQ. TO FILE UNDER SEAL
DEFS' REPLY *DAUBERT* TO EXCLUDE GOEDDE RPTS &TEST.
Master File No. C-01-0988-MJJ

1