1  LATHAM & WATKINS LLP
   Peter A. Wald (SBN 85705)
2  Michele F. Kyrouz (SBN 168004)
3  505 Montgomery Street, Suite 2000
   San Francisco, CA  94111-2562
4  Telephone: (415) 391-0600
   Facsimile: (415) 395-8095
5  E-mail: peter.wald@lw.com
          michele.kyrouz@lw.com
6
   LATHAM & WATKINS LLP
7    Jamie L. Wine  (SBN 181373)
8  885 Third Avenue
   New York, NY 10022-4834
9  Telephone: (212) 906-1200
   Facsimile: (212) 751-4864
10 E-mail: jamie.wine@lw.com

LATHAM & WATKINS LLP
  Patrick E. Gibbs  (SBN 183174)
  Matthew Rawlinson (SBN 231890)
  Andrew M. Farthing (SBN 237565)
140 Scott Drive
Menlo Park, CA 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600
E-mail: patrick.gibbs@lw.com
        matt.rawlinson@lw.com

11 Attorneys for Defendants ORACLE CORPORATION, LAWRENCE
12 J. ELLISON, JEFFREY O. HENLEY, and EDWARD J. SANDERSON

13 ORACLE CORPORATION
     Dorian E. Daley (SBN 129049)
14   James C. Maroulis (SBN 208316)
   500 Oracle Parkway
15 Mailstop 5OP7
   Redwood Shores, California 94065
16 Telephone: (650) 506-5200
   Facsimile: (650) 506-7114
17 E-mail: jim.maroulis@oracle.com

18 Attorneys for Defendant ORACLE CORPORATION

19
20                     **UNITED STATES DISTRICT COURT**

       **NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION**

| 21 | In re ORACLE CORPORATION SECURITIES LITIGATION | Master File No. C-01-0988-MJJ (JCS) (Consolidated) |
|---|---|---|
| 22 | | |
| 23 | | CLASS ACTION |
| 24 | This Document Relates To: | **NOTICE OF ERRATA AND ERRATA FOR DECLARATION OF ANDREW M. FARTHING IN SUPPORT OF DEFENDANTS' MOTION TO EXCLUDE REPORTS AND TESTIMONY OF ALAN G. GOEDDE** |
| 25 | ALL ACTIONS. | |
| 26 | | |
| 27 | | **CONFIDENTIAL** |

28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

NOTICE OF ERRATA & ERRATA FOR FARTHING DECL. ISO
DEFS' MOT. TO EXCLUDE RPTS & TESTIMONY OF GOEDDE
Master File No. C-01-0988-MJJ (JCS)


TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Defendants submit this Notice of Errata and Errata to correct an error in Declaration of Andrew Farthing in Support of the Motion to Exclude Reports and Testimony of Alan G. Goedde (the "Farthing Declaration"), filed on July 26, 2007.

Defendants have discovered attached to Exhibit 2 to the Declaration of Andrew F. Farthing is a copy of the June 22, 2007 Expert Rebuttal Report of R. Glenn Hubbard instead of the Expert Rebuttal Report of Alan A. Goedde of June 22, 2007.

Attached hereto as Exhibit 2 is a true and correct copy of the June 22, 2007 Rebuttal Report of Alan G. Goedde, Ph.D.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

NOICE OF ERRATA & ERRATA FOR FARTHING DECL. ISO
DEFS' MOT. TO EXCLUDE RPTS & TESTIMONY OF GOEDDE
Master File No. C-01-0988-MJJ (JCS)

We apologize to the Court, its staff, and opposing counsel for any inconvenience these errors may have caused.

Dated: September 10, 2007

Respectfully submitted,

LATHAM & WATKINS LLP
 Peter A. Wald
 Patrick E. Gibbs
 Michele F. Kyrouz
 Jamie L. Wine

By:     /s/Andrew M. Farthing
 Andrew M. Farthing
 Attorneys for Defendants ORACLE CORPORATION, LAWRENCE J. ELLISON, JEFFREY O. HENLEY, and EDWARD J. SANDERSON

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

NOICE OF ERRATA & ERRATA FOR FARTHING DECL. ISO DEFS' MOT. TO EXCLUDE RPTS & TESTIMONY OF GOEDDE
Master File No. C-01-0988-MJJ (JCS)