LATHAM & WATKINS LLP
  Peter A. Wald (SBN 85705)
  Michele F. Kyrouz (SBN 168004)
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-2562
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
E-mail: peter.wald@lw.com
         michele.kyrouz@lw.com

LATHAM & WATKINS LLP
  Jamie L. Wine (SBN 181373)
633 West Fifth Street, Suite 4000
Los Angeles, CA 90071-2007
Telephone: (213) 485-1234
Facsimile: (213) 891-8763
E-mail: jamie.wine@lw.com

LATHAM & WATKINS LLP
  Patrick E. Gibbs (SBN 183174)
  Matthew Rawlinson (SBN 231890)
  Andrew M. Farthing (SBN 237565)
140 Scott Drive
Menlo Park, CA 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600
E-mail: patrick.gibbs@lw.com
         matt.rawlinson@lw.com

Attorneys for Defendants ORACLE CORPORATION, LAWRENCE J. ELLISON, JEFFREY O. HENLEY, and EDWARD J. SANDERSON

ORACLE CORPORATION
  Dorian Daley (SBN 129049)
  James C. Maroulis (SBN 208316)
500 Oracle Parkway
Mailstop 5OP7
Redwood Shores, California 94065
Telephone: (650) 506-5200
Facsimile: (650) 506-7114
E-mail: jim.maroulis@oracle.com

Attorneys for Defendant ORACLE CORPORATION

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Master File No. C-01-0988-MJJ (Consolidated)<br><br><u>CLASS ACTION</u><br><br>**DEFENDANTS' ADMINISTRATIVE REQUEST TO FILE UNDER SEAL DEFENDANTS' NOTICE OF ERRATA AND ERRATA FOR DECLARATION OF ANDREW M. FARTHING IN SUPPORT OF DEFENDANTS' MOTION TO EXCLUDE REPORTS AND TESTIMONY OF ALAN G. GOEDDE**<br><br>**Honorable Martin J. Jenkins** |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

ADMIN REQUEST TO FILE UNDER SEAL DEFS' NOTICE OF
ERR. & ERR. MOT. TO EXCLUDE GOEDDE RPTS &TEST.
Master File No. C-01-0988-MJJ

1  Defendants submit this administrative request to file under seal Defendants'
2  Notice of Errata and Errata for Declaration of Andrew M. Farthing in Support of Defendants'
3  Motion to Exclude Reports and Testimony of Alan G. Goedde.  Accompanying this
4  administrative request are the Declaration of Andrew M. Farthing in Support of Defendants'
5  Administrative Request to File Under Seal Defendants' Notice of Errata and Errata for
6  Declaration of Andrew M. Farthing in Support of Defendants' Motion to Exclude Reports and
7  Testimony of Alan G. Goedde and the [Proposed] Sealing Order, respectively filed and lodged
8  concurrently herewith.

9  In their Errata for Declaration of Andrew M. Farthing in Support of Defendants'
10  Motion to Exclude Reports and Testimony of Alan G. Goedde, Defendants refer to information
11  that has been designated as "Confidential".  Information designated as "Confidential" is subject
12  to the provisions of the Revised Stipulated Protective Order Governing Confidentiality entered
13  on January 11, 2005.  Accordingly, Defendants respectfully request that Defendants' Notice of
14  Errata and Errata for Declaration of Andrew M. Farthing in Support of Defendants' Motion to
15  Exclude Reports and Testimony of Alan G. Goedde be filed under seal of the Court.

17  Dated:  September 10, 2007

LATHAM & WATKINS LLP
Peter A. Wald
Michele F. Kyrouz
Jamie L. Wine
Patrick E. Gibbs

By:  ____/s/ Andrew M. Farthing_____
Andrew M. Farthing
Attorneys for Defendants ORACLE
CORPORATION, LAWRENCE J.
ELLISON, JEFFREY O. HENLEY,
and EDWARD J. SANDERSON

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

ADMIN REQUEST TO FILE UNDER SEAL DEFS' NOTICE OF
ERR. & ERR. MOT. TO EXCLUDE GOEDDE RPTS &TEST.
Master File No. C-01-0988-MJJ