1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION**

| In re ORACLE CORPORATION SECURITIES LITIGATION | Master File No. C-01-0988-MJJ (Consolidated) |
|---|---|
| | <u>CLASS ACTION</u> |
| This Document Relates To: | [PROPOSED] SEALING ORDER |
| ALL ACTIONS. | **Honorable Martin J. Jenkins** |

LATHAM&WATKINS<sup>LLP</sup>
ATTORNEYS AT LAW
SAN FRANCISCO

1  Having considered the papers regarding Defendants' Administrative Request to file under seal Defendants' Notice of Errata and Errata for Declaration of Andrew M. Farthing in Support of Defendants' Motion to Exclude Reports and Testimony of Alan G. Goedde, and finding good cause therefore; Defendants' Notice of Errata and Errata for Declaration of Andrew M. Farthing in Support of Defendants' Motion to Exclude Reports and Testimony of Alan G. Goedde is **HEREBY sealed**.

IT IS SO ORDERED.

Dated: _____

THE HONORABLE MARTIN J. JENKINS

Submitted By:

DATED: September 10, 2007

LATHAM & WATKINS LLP
  Peter A. Wald (SBN 85705)
  Michele F. Kyrouz (SBN 168004)
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-2562
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
E-mail: peter.wald@lw.com
       michele.kyrouz@lw.com

LATHAM & WATKINS LLP
  Patrick E. Gibbs  (SBN 183174)
  Matthew Rawlinson (SBN 231890)
140 Scott Drive
Menlo Park, California 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600
E-mail: patrick.gibbs@lw.com
       matt.rawlinson@lw.com

LATHAM & WATKINS LLP
  Jamie L. Wine  (SBN 181373)
633 West Fifth Street, Suite 4000
Los Angeles, CA 90071-2007
Telephone: (213) 485-1234
Facsimile: (213) 891-8763
E-mail: jamie.wine@lw.com

      /s/ Peter Wald_____
      Peter A. Wald

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1