1  LATHAM & WATKINS LLP
     Peter A. Wald (SBN 85705)
2    Michele F. Kyrouz (SBN 168004)
   505 Montgomery Street, Suite 2000
3  San Francisco, CA 94111-2562
   Telephone: (415) 391-0600
4  Facsimile: (415) 395-8095
   E-mail: peter.wald@lw.com
5          michele.kyrouz@lw.com

   LATHAM & WATKINS LLP
     Patrick E. Gibbs (SBN 183174)
     Matthew Rawlinson (SBN 231890)
   140 Scott Drive
   Menlo Park, CA 94025
   Telephone: (650) 328-4600
   Facsimile: (650) 463-2600
   E-mail: patrick.gibbs@lw.com
           matt.rawlinson@lw.com

7  LATHAM & WATKINS LLP
     Jamie L. Wine (SBN 181373)
8  633 West Fifth Street, Suite 4000
   Los Angeles, CA 90071-2007
9  Phone: (213) 485-1234
   Fax: (213) 891-8763
10 E-mail: jamie.wine@lw.com

11 Attorneys for Defendants ORACLE CORPORATION, LAWRENCE
   J. ELLISON, JEFFREY O. HENLEY, and EDWARD J. SANDERSON
12

13 ORACLE CORPORATION
     Dorian Daley (SBN 129049)
     James C. Maroulis (SBN 208316)
14 500 Oracle Parkway
   Mailstop 5OP7
15 Redwood Shores, California 94065
   Telephone: (650) 506-5200
16 Facsimile: (650) 506-7114
   E-mail: jim.maroulis@oracle.com
17
18 Attorneys for Defendant ORACLE CORPORATION

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION | Master File No. C-01-0988-MJJ (Consolidated) |
| | <u>CLASS ACTION</u> |
| This Document Relates To:<br><br>ALL ACTIONS. | **DEFENDANTS' ADMINISTRATIVE REQUEST TO FILE UNDER SEAL REPLY IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND SUPPORTING DOCUMENTS**<br><br>**Honorable Martin J. Jenkins** |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

ADMIN REQUEST TO FILE UNDER SEAL REPLY ISO DEFS'
MOTION FOR SUMMARY JUDGMENT AND SUPP. DOCS
Master File No. C-01-0988-MJJ

1   Defendants submit this Administrative Request to file under seal the Reply in
2   Support of Defendants' Motion for Summary Judgment and Supporting Documents (Defendants'
3   "Administrative Request").  Defendants are submitting this single Administrative Request for all
4   of the documents supporting their Reply in Support Defendants' Motion Summary Judgment,
5   rather than burden the Court with multiple filings.  Through this Administrative Request,
6   Defendants ask the Court to seal the following documents and any exhibits thereto:
7           1.      Reply in Support of Defendants' Motion for Summary Judgment;
8           2.      The Declaration of Holly J. Tate in Support of Reply in Support of
9                   Defendants' Motion for Summary Judgment;
10          Accompanying this Administrative Request are the Declaration of Sean P.J. Coyle
11  in Support of Defendants' Administrative Request and the [Proposed] Order granting
12  Defendants' Administrative Request, respectively filed and lodged concurrently herewith.
13          In the Reply in Support of Defendants' Motion for Summary Judgment and
14  Supporting Documents (as referenced above), Defendants refer extensively to and attach
15  information and materials that have been designated as "Confidential" by the parties.
16  Information designated as "Confidential" is subject to the provisions of the Revised Stipulated
17  Protective Order Governing Confidentiality entered on January 11, 2005.
18  / / /
19  / / /
20  / / /
21  / / /
22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

ADMIN REQUEST TO FILE UNDER SEAL REPLY ISO DEFS'
MOTION FOR SUMMARY JUDGMENT AND SUPP. DOCS
Master File No. C-01-0988-MJJ

Accordingly, Defendants respectfully request that Reply in Support of Defendants' Motion for Summary Judgment and Supporting Documents be filed under seal of the Court.

Dated: September 10, 2007

LATHAM & WATKINS LLP
Peter A. Wald
Michele F. Kyrouz
Jamie L. Wine
Patrick E. Gibbs

**/S/**

By:_____
Patrick E. Gibbs
Attorneys for Defendants ORACLE CORPORATION, LAWRENCE J. ELLISON, JEFFREY O. HENLEY, and EDWARD J. SANDERSON

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

ADMIN REQUEST TO FILE UNDER SEAL REPLY ISO DEFS'
MOTION FOR SUMMARY JUDGMENT AND SUPP. DOCS
Master File No. C-01-0988-MJJ