1  LATHAM & WATKINS LLP
     Peter A. Wald (SBN 85705)
2    Michele F. Kyrouz (SBN 168004)
     Sean P.J. Coyle (SBN 233039)
3  505 Montgomery Street, Suite 2000
4  San Francisco, CA  94111-2562
   Telephone: (415) 391-0600
5  Facsimile: (415) 395-8095
   E-mail: peter.wald@lw.com
6          michele.kyrouz@lw.com
7          sean.coyle@lw.com

LATHAM & WATKINS LLP
   Patrick E. Gibbs (SBN 183174)
   Matthew Rawlinson (SBN 231890)
140 Scott Drive
Menlo Park, CA 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600
E-mail: patrick.gibbs@lw.com
        matt.rawlinson@lw.com

8  Attorneys for Defendants ORACLE CORPORATION, LAWRENCE
   J. ELLISON, JEFFREY O. HENLEY, and EDWARD J. SANDERSON
9

10  ORACLE CORPORATION
      Dorian Daley (SBN 129049)
      James C. Maroulis (SBN 208316)
11  500 Oracle Parkway
    Mailstop 5OP7
12  Redwood Shores, California 94065
    Telephone: (650) 506-5200
13  Facsimile: (650) 506-7114
    E-mail: jim.maroulis@oracle.com
14

15  Attorneys for Defendant ORACLE CORPORATION

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Master File No. C-01-0988-MJJ (Consolidated)<br><br>CLASS ACTION<br><br>**DECLARATION OF SEAN P.J. COYLE IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE REQUEST TO FILE UNDER SEAL REPLY IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND SUPPORTING DOCUMENTS**<br><br>**Honorable Martin J. Jenkins** |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

COYLE DECL. ISO ADMIN. REQ. TO FILE UNDER SEAL REPLY
ISO DEFS' MOT. FOR SUMMARY JUDGMENT & SUPP. DOCS
Master File No. C-01-0988-MJJ

I, Sean P.J. Coyle, declare as follows:

1. I am an attorney duly licensed to practice before all the courts of the State of California. I am an associate with the law firm of Latham & Watkins LLP, counsel of record for Defendants in the above-entitled action. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. I submit this declaration in support of Defendants' Administrative Request to File Under Seal Reply in Support of Defendants' Motion for Summary Judgment and Supporting Documents. The Reply in Support Defendants' Motion for Summary Judgment and Supporting Documents (Defendants' "Reply and Supporting Documents") consist of:

    a. Reply in Support of Defendants' Motion for Summary Judgment;

    b. The Declaration of Holly J. Tate in Support of Reply in Support of Defendants' Motion for Summary Judgment;

3. Defendants' Reply and Supporting Documents refer extensively to and attach information and materials which have been designated as "Confidential" by the parties.

4. "Confidential" information is subject to the provisions of the Revised Stipulated Protective Order Governing Confidentiality entered on January 11, 2005. The revised Stipulated Protective Order Governing Confidentiality is attached hereto as Exhibit A.

I hereby certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on September 10, 2007 in San Francisco, California.

/s/
_____
Sean P.J Coyle

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

COYLE DECL. ISO ADMIN. REQ. TO FILE UNDER SEAL REPLY
ISO DEFS' MOT. FOR SUMMARY JUDGMENT & SUPP. DOCS
Master File No. C-01-0988-MJJ