1
2
3
4
5
6
7                     **UNITED STATES DISTRICT COURT**
8         **NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION**
9

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION | Master File No. C-01-0988-MJJ (Consolidated) |
| | CLASS ACTION |
| This Document Relates To: ALL ACTIONS. | **[PROPOSED] ORDER SEALING REPLY IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND SUPPORTING DOCUMENTS** |
| | **Honorable Martin J. Jenkins** |

Having considered the papers regarding Defendants' Administrative Request to File Under Seal Reply in Support of Defendants' Motion for Summary Judgment and Supporting Documents (Defendants' "Administrative Request"), and finding good cause therefore; Defendants' Administrative Request is **GRANTED**.  The following documents are **HEREBY SEALED**:

1. Reply in Support of Defendants' Motion for Summary Judgment;
2. The Declaration of Holly J. Tate in Support of Reply in Support of Defendants' Motion for Summary Judgment;

IT IS SO ORDERED.

Dated: _____

THE HONORABLE MARTIN J. JENKINS

Submitted By:

DATED: September 10, 2007

LATHAM & WATKINS LLP
  Peter A. Wald (SBN 85705)
  Michele F. Kyrouz (SBN 168004)
505 Montgomery Street, Suite 2000
San Francisco, CA  94111-2562
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
E-mail: peter.wald@lw.com
        michele.kyrouz@lw.com

LATHAM & WATKINS LLP
  Patrick E. Gibbs  (SBN 183174)
140 Scott Drive
Menlo Park, CA 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600
E-mail: patrick.gibbs@lw.com

          /s/
_____
     Patrick E. Gibbs