COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
MARK SOLOMON (151949)
DOUGLAS R. BRITTON (188769)
STACEY M. KAPLAN (241989)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
marks@csgrr.com
dougb@csgrr.com
skaplan@csgrr.com
        – and –
SHAWN A. WILLIAMS (213113)
WILLOW E. RADCLIFFE (200087)
MONIQUE C. WINKLER (213031)
ELI R. GREENSTEIN (217945)
100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@csgrr.com
willowr@csgrr.com
moniquew@csgrr.com
elig@csgrr.com

Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION ) ) ) | Master File No. C-01-0988-MJJ |
| ) | CLASS ACTION |
| ) | |
| This Document Relates To: ) ) | CERTIFICATE OF SERVICE |
| ALL ACTIONS. ) ) | |

I, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, a citizen of the United States and employed in the City and County of San Francisco, over the age of 18 years, and not a party to or interested party in the within action; that declarant's business address is 100 Pine Street, Suite 2600, San Francisco, California 94111.

2. That on September 10, 2007, declarant hand delivered a CD containing the following documents on Latham & Watkins LLP:

1. Declaration of Douglas R. Britton in Support of Plaintiffs' Reply in Further Support of Their Motion to Exclude the Expert Testimony of R. Glenn Hubbard

2. Plaintiffs' Reply in Further Support of Their Motion to Exclude the Expert Testimony of R. Glenn Hubbard

3. Declaration of Douglas R. Britton in Support of Plaintiffs' Reply in Further Support of Their Motion to Exclude the Expert Testimony of George Foster

4. Plaintiffs' Reply in Further Support of Their Motion to Exclude the Expert Testimony of George Foster

5. Plaintiffs' Reply in Further Support of Their Motion to Exclude the Expert Testimony of J. Duross O'Bryan

6. Appendix of Exhibits in Support of Reply in Support of Plaintiffs' Motion for Summary Judgment Against Lawrence Ellison for Trading on the Basis of Material Non-public Information

7. Reply in Support of Plaintiffs' Motion for Summary Judgment Against Lawrence Ellison for Trading on the Basis of Material Non-public Information

8. Declaration of Shawn A. Williams in Support of Plaintiffs' Reply to Defendants' Opposition to Motion to Exclude Expert Testimony of Edward Yourdon

9. Plaintiffs' Reply to Defendants' Opposition to Motion to Exclude Expert Testimony of Edward Yourdon

10. Appendix of Exhibits in Support of Reply in Support of Plaintiffs' [Corrected] Motion for Partial Summary Judgment

CERTIFICATE OF SERVICE - C-01-0988-MJJ - 1 -

11. Reply in Support of Plaintiffs' [Corrected] Amended Motion for Partial Summary Judgment

I declare under penalty of perjury that the foregoing is true and correct. Executed this 11th day of September, 2007, at San Francisco, California.

/s/<br>SHANNON BECK

T:\CasesSF\Oracle3\DEC00045436_service.doc

CERTIFICATE OF SERVICE - C-01-0988-MJJ — - 2 -

# Mailing Information for a Case 3:01-cv-00988-MJJ

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jennie Lee Anderson**
  jennie@libertylaw.com

- **Eric J. Belfi**
  ebelfi@labaton.com,ElectronicCaseFiling@labaton.com

- **Doug Britton**
  dougb@csgrr.com,e_file_sf@lerachlaw.com,e_file_sd@lerachlaw.com,ldeem@lerachlaw.com

- **Patrick Edward Gibbs**
  patrick.gibbs@lw.com,zoila.aurora@lw.com

- **Eli Greenstein**
  Elig@lerachlaw.com,e_file_sf@lerachlaw.com,e_file_sd@lerachlaw.com

- **Kirke M. Hasson**
  kirke.hasson@pillsburylaw.com,cheryl.grant@pillsburylaw.com

- **Stacey Marie Kaplan**
  StaceyKaplan@csgrr.com

- **Reed R. Kathrein**
  reed@hbsslaw.com,nancyq@hbsslaw.com

- **Michele Frances Kyrouz**
  michele.kyrouz@lw.com

- **Nicole Catherine Lavallee**
  nlavallee@bermanesq.com,ysoboleva@bermanesq.com

- **William S. Lerach**
  e_file_sd@lerachlaw.com

- **James C. Maroulis**
  jim.maroulis@oracle.com

- **Caroline McIntyre**
  cmcintyre@be-law.com,swalker@be-law.com

- **Valerie McLaughlin**
  valeriem@lerachlaw.com,kellyb@lerachlaw.com

- **Brian P Murray**

bmurray@rabinlaw.com

- **Shinyung Oh**
  shinyungoh@paulhastings.com

- **Willow E. Radcliffe**
  willowr@lerachlaw.com,e_file_sf@lerachlaw.com,e_file_sd@lerachlaw.com

- **Sanna Rachel Singer**
  ssinger@sideman.com,mthomas@sideman.com

- **Mark Solomon**
  marks@lerachlaw.com,e_file_sf@lerachlaw.com,e_file_sd@lerachlaw.com

- **Edward W. Swanson**
  eswanson@swansonmcnamara.com

- **Shawn A. Williams**
  shawnw@lerachlaw.com,cwood@lerachlaw.com,e_file_sf@lerachlaw.com,dpfefferbaum@lerachl

- **Jamie Lynne Wine**
  jamie.wine@lw.com,karen.kelly@lw.com

- **Monique Winkler**
  shawnw@lerachlaw.com,E_File_SF@lerachlaw.com,travisd@lerachlaw.com,MoniqueW@lerachl

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Dorian Daley
500 Oracle Parkway
Redwood City, CA 94065

Corey D. Holzer
Holzer Holzer & Cannon LLC
1117 Perimeter Center West
Suite E-107
Atlanta, GA 30338

Raymond Lane
Bergeson LLP
303 Almaden Blvd., Ste. 500
San Jose, CA 95110

PRG-Schultz USA, Inc.
Paul Hastings Janofsky & Walker LLP
55 Second Street
24th Floor
San Francisco, CA 94105
```

**Darren Jay Robbins**
Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway
Suite 1900
San Diego, CA 92101