LATHAM & WATKINS LLP
  Peter A. Wald (SBN 85705)
  Michele F. Kyrouz (SBN 168004)
505 Montgomery Street, Suite 2000
San Francisco, CA  94111-2562
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
E-mail: peter.wald@lw.com
         michele.kyrouz@lw.com

LATHAM & WATKINS LLP
  Jamie L. Wine (SBN 181373)
633 West Fifth Street, Suite 4000
Los Angeles, CA 90071-2007
Phone: (213) 485-1234
Fax: (213) 891-8763
E-mail: jamie.wine@lw.com

LATHAM & WATKINS LLP
  Patrick E. Gibbs (SBN 183174)
  Matthew Rawlinson (SBN 231890)
140 Scott Drive
Menlo Park, California 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600
E-mail: patrick.gibbs@lw.com
         matt.rawlinson@lw.com

Attorneys for Defendants ORACLE CORPORATION, LAWRENCE J. ELLISON, JEFFREY O. HENLEY, and EDWARD J. SANDERSON

ORACLE CORPORATION
  Dorian Daley (SBN 129049)
  James C. Maroulis (SBN 208316)
500 Oracle Parkway
Mailstop 5OP7
Redwood Shores, California 94065
Telephone: (650) 506-5200
Facsimile: (650) 506-7114
E-mail: jim.maroulis@oracle.com

Attorneys for Defendant ORACLE CORPORATION

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Master File No. C-01-0988-MJJ (Consolidated)<br><br>CLASS ACTION<br><br>**NOTICE OF ERRATA AND ERRATA FOR DEFENDANTS' REPLY IN SUPPORT OF *DAUBERT* MOTION TO EXCLUDE EXPERT REPORTS AND TESTIMONY OF ALAN G. GOEDDE**<br><br>Date:   September 26, 2007<br>Time:   2:30 p.m.<br>Judge:  Martin J. Jenkins |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

NOTICE OF ERRATA & ERRATA FOR DEFS' REPLY ISO OF
DAUBERT MOT. EXCLUDE EXPERT RPTS & TEST.OF GOEDDE
Master File No. C-01-0988-MJJ

1  **TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

2      Defendants submit this Notice of Errata and Errata to correct several clerical errors in

3  Defendants' Reply in Support of *Daubert* Motion to Exclude Expert Reports and Testimony of

4  Alan G. Goedde ("Defendants' Corrected Motion"), filed September 10, 2007.  A corrected copy

5  of Defendants' Motion is filed concurrently herewith.

6      Defendants' [Corrected] Reply in Support of *Daubert* Motion to Exclude Expert Reports

7  and Testimony of Alan G. Goedde contains the following corrections:

8

9  ➢ Page 1, line 24, the citation to Foster Rebuttal Decl. now reads Farthing Reply Decl. Ex. 5 ("Foster Rebuttal Decl.").

10 ➢ Page 14, line 25, the citation to Farthing Reply Decl. Ex. 15 now reads Farthing Reply Decl. Ex. 12.

11

12 ///

13 ///

14 ///

15 ///

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1    NOTICE OF ERRATA & ERRATA FOR DEFS' REPLY ISO OF
DAUBERT MOT. EXCLUDE EXPERT RPTS & TEST.OF GOEDDE
Master File No. C-01-0988-MJJ

1  Defendants apologize to the Court and all parties for any inconvenience these clerical
2  errors may cause.
3  Dated:  September 11, 2007

Respectfully submitted,

LATHAM & WATKINS LLP
  Peter A. Wald
  Patrick E. Gibbs
  Matthew Rawlinson
  Michele F. Kyrouz
  Jamie L. Wine

By:_____**/S/**_____
  Patrick E. Gibbs
  Attorneys for Defendants ORACLE
  CORPORATION, LAWRENCE J.
  ELLISON, JEFFREY O. HENLEY,
  and EDWARD J. SANDERSON

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2  NOTICE OF ERRATA & ERRATA FOR DEFS' REPLY ISO OF
DAUBERT MOT. EXCLUDE EXPERT RPTS & TEST.OF GOEDDE
Master File No. C-01-0988-MJJ