LATHAM & WATKINS LLP
  Peter A. Wald (SBN 85705)
  Michele F. Kyrouz (SBN 168004)
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-2562
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
E-mail: peter.wald@lw.com
        michele.kyrouz@lw.com

LATHAM & WATKINS LLP
  Patrick E. Gibbs (SBN 183174)
  Matthew Rawlinson (SBN 231890)
  Andrew M. Farthing (SBN 237565)
140 Scott Drive
Menlo Park, CA 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600
E-mail: patrick.gibbs@lw.com
        matt.rawlinson@lw.com

LATHAM & WATKINS LLP
  Jamie L. Wine (SBN 181373)
633 West Fifth Street, Suite 4000
Los Angeles, CA 90071-2007
Telephone: (213) 485-1234
Facsimile: (213) 891-8763
E-mail: jamie.wine@lw.com

Attorneys for Defendants ORACLE CORPORATION, LAWRENCE J. ELLISON, JEFFREY O. HENLEY, and EDWARD J. SANDERSON

ORACLE CORPORATION
  Dorian Daley (SBN 129049)
  James C. Maroulis (SBN 208316)
500 Oracle Parkway
Mailstop 5OP7
Redwood Shores, California 94065
Telephone: (650) 506-5200
Facsimile: (650) 506-7114
E-mail: jim.maroulis@oracle.com

Attorneys for Defendant ORACLE CORPORATION

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Master File No. C-01-0988-MJJ (Consolidated)<br><br>CLASS ACTION<br><br>**DEFENDANTS' ADMINISTRATIVE REQUEST TO FILE UNDER SEAL DEFENDANTS' NOTICE OF ERRATA AND ERRATA FOR DEFENDANTS' [CORRECTED] REPLY IN SUPPORT OF *DAUBERT* MOTION TO EXCLUDE EXPERT REPORTS AND TESTIMONY OF ALAN G. GOEDDE**<br><br>**Honorable Martin J. Jenkins** |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

ADMIN REQUEST TO FILE UNDER SEAL DEFS' NOTICE OF ERR. & ERR. MOT. TO EXCLUDE GOEDDE RPTS &TEST.
Master File No. C-01-0988-MJJ

1  Defendants submit this administrative request to file under seal Defendants'
2  Notice of Errata and Errata for Defendants' [Corrected] Reply in Support of *Daubert* Motion to
3  Exclude Expert Reports and Testimony of Alan G. Goedde.  Accompanying this administrative
4  request are the Declaration of Andrew M. Farthing in Support of Defendants' Administrative
5  Request to File Under Seal Defendants' Notice of Errata and Errata for Defendants' [Corrected]
6  Reply in Support of *Daubert* Motion to Exclude Expert Reports and Testimony of Alan G.
7  Goedde and the [Proposed] Sealing Order, respectively filed and lodged concurrently herewith.

8  In their Errata for Defendants' [Corrected] Reply in Support of *Daubert* Motion to
9  Exclude Expert Reports and Testimony of Alan G. Goedde, Defendants refer to information that
10 has been designated as "Confidential".  Information designated as "Confidential" is subject to the
11 provisions of the Revised Stipulated Protective Order Governing Confidentiality entered on
12 January 11, 2005.  Accordingly, Defendants respectfully request that Defendants' Notice of
13 Errata and Errata for Defendants' [Corrected] Reply in Support of *Daubert* Motion to Exclude
14 Expert Reports and Testimony of Alan G. Goedde be filed under seal of the Court.

16 Dated:  September 11, 2007                         LATHAM & WATKINS LLP
                                                     Peter A. Wald
                                                     Michele F. Kyrouz
                                                     Jamie L. Wine
                                                     Patrick E. Gibbs

                                                By:  ____/s/ Andrew M. Farthing_____
                                                     Andrew M. Farthing
                                                     Attorneys for Defendants ORACLE
                                                     CORPORATION, LAWRENCE J.
                                                     ELLISON, JEFFREY O. HENLEY,
                                                     and EDWARD J. SANDERSON

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

ADMIN REQUEST TO FILE UNDER SEAL DEFS' NOTICE OF
ERR. & ERR. MOT. TO EXCLUDE GOEDDE RPTS &TEST.
Master File No. C-01-0988-MJJ