1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION

| In re ORACLE CORPORATION SECURITIES LITIGATION | Master File No. C-01-0988-MJJ (Consolidated) |
|---|---|
| | <u>CLASS ACTION</u> |
| This Document Relates To: | [PROPOSED] SEALING ORDER |
| ALL ACTIONS. | **Honorable Martin J. Jenkins** |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1   Having considered the papers regarding Defendants' Administrative Request to
2   file under seal Defendants' [Corrected] Reply in Support of *Daubert* Motion to Exclude Expert
3   Reports and Testimony of Alan G. Goedde, and finding good cause therefore; Defendants'
4   Notice of Errata and Errata for Declaration of Andrew M. Farthing in Support of Defendants'
5   [Corrected] Reply in Support of *Daubert* Motion to Exclude Expert Reports and Testimony of
6   Alan G. Goedde is **HEREBY sealed**.

IT IS SO ORDERED.

Dated: _____

THE HONORABLE MARTIN J. JENKINS

Submitted By:

DATED: September 11, 2007

| LATHAM & WATKINS LLP | LATHAM & WATKINS LLP |
|---|---|
| Peter A. Wald (SBN 85705) | Patrick E. Gibbs (SBN 183174) |
| Michele F. Kyrouz (SBN 168004) | Matthew Rawlinson (SBN 231890) |
| 505 Montgomery Street, Suite 2000 | 140 Scott Drive |
| San Francisco, CA 94111-2562 | Menlo Park, California 94025 |
| Telephone: (415) 391-0600 | Telephone: (650) 328-4600 |
| Facsimile: (415) 395-8095 | Facsimile: (650) 463-2600 |
| E-mail: peter.wald@lw.com | E-mail: patrick.gibbs@lw.com |
|         michele.kyrouz@lw.com |         matt.rawlinson@lw.com |

LATHAM & WATKINS LLP
  Jamie L. Wine (SBN 181373)
633 West Fifth Street, Suite 4000
Los Angeles, CA 90071-2007
Telephone: (213) 485-1234
Facsimile: (213) 891-8763
E-mail: jamie.wine@lw.com


        /s/ Peter Wald
        Peter A. Wald