1
2
3
4
5
6
7                    UNITED STATES DISTRICT COURT
8       NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION
9

| In re ORACLE CORPORATION SECURITIES LITIGATION | Master File No. C-01-0988-MJJ (Consolidated) |
|---|---|
|  | CLASS ACTION |
| This Document Relates To: | [CORRECTED][PROPOSED] SEALING ORDER |
| ALL ACTIONS. | **Honorable Martin J. Jenkins** |

Having considered the papers regarding Defendants' Administrative Request to file under seal Defendants' [Corrected] Reply in Support of *Daubert* Motion to Exclude Expert Reports and Testimony of Alan G. Goedde, and finding good cause therefore; Defendants' [Corrected] Reply in Support of *Daubert* Motion to Exclude Expert Reports and Testimony of Alan G. Goedde is **HEREBY sealed**.

IT IS SO ORDERED.

Dated: _____

THE HONORABLE MARTIN J. JENKINS

Submitted By:

DATED: September 12, 2007

LATHAM & WATKINS LLP
  Peter A. Wald (SBN 85705)
  Michele F. Kyrouz (SBN 168004)
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-2562
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
E-mail: peter.wald@lw.com
         michele.kyrouz@lw.com

LATHAM & WATKINS LLP
  Patrick E. Gibbs (SBN 183174)
  Matthew Rawlinson (SBN 231890)
140 Scott Drive
Menlo Park, California 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600
E-mail: patrick.gibbs@lw.com
         matt.rawlinson@lw.com

LATHAM & WATKINS LLP
  Jamie L. Wine (SBN 181373)
633 West Fifth Street, Suite 4000
Los Angeles, CA 90071-2007
Telephone: (213) 485-1234
Facsimile: (213) 891-8763
E-mail: jamie.wine@lw.com


        /s/ Peter Wald
          Peter A. Wald

1