COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
MARK SOLOMON (151949)
DOUGLAS R. BRITTON (188769)
STACEY M. KAPLAN (241989)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
marks@csgrr.com
dougb@csgrr.com
skaplan@csgrr.com
        – and –
SHAWN A. WILLIAMS (213113)
WILLOW E. RADCLIFFE (200087)
MONIQUE C. WINKLER (213031)
ELI R. GREENSTEIN (217945)
DANIEL J. PFEFFERBAUM (248631)
100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@csgrr.com
willowr@csgrr.com
moniquew@csgrr.com
elig@csgrr.com
dpfefferbaum@csgrr.com

Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| In re ORACLE CORPORATION SECURITIES LITIGATION | ) ) ) | Master File No. C-01-0988-MJJ |
|---|---|---|
| | ) | <u>CLASS ACTION</u> |
| | ) | |
| This Document Relates To: | ) ) | JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR FILING |
| ALL ACTIONS. | ) ) ) | JOINT STATEMENT OF UNDISPUTED FACTS |

1   THE PARTIES HEREBY jointly request that the Court consider and approve the following
2   stipulation:
3   WHEREAS, the hearing on the parties' respective Motions for Summary Judgment is
4   currently scheduled for September 26, 2007;
5   WHEREAS, pursuant to Local Rule 56-2, the parties are required to file a Joint Statement of
6   Undisputed Facts by Wednesday, September 12, 2007; and
7   WHEREAS, the parties are in agreement that additional time is necessary to complete the
8   meet and confer process and come to an agreement on the Joint Statement of Undisputed Facts;
9   NOW, THEREFORE, the parties hereby stipulate and agree to amend the schedule for their
10  submission of the Joint Statement of Undisputed Facts as follows:
11      1.   Each party shall submit to the other party a proposed Statement of Undisputed Facts
12  by 2:00 p.m. PST on Wednesday, September 12, 2007.
13      2.   The parties shall meet and confer by 3:00 p.m. PST on Thursday, September 13,
14  2007, for the purpose of agreeing on a Joint Statement of Undisputed Facts.
15      3.   The parties shall file their Joint Statement of Undisputed Facts on Friday,
16  September 14, 2007.
17      IT IS SO STIPULATED.
18  Dated: September 12, 2007

| LATHAM & WATKINS LLP | COUGHLIN STOIA GELLER |
| PATRICK E. GIBBS | RUDMAN & ROBBINS LLP |
|  | MARK SOLOMON |
|  | DOUGLAS R. BRITTON |
|  | STACEY M. KAPLAN |

_____        s/ Douglas R. Britton
PATRICK E. GIBBS                       DOUGLAS R. BRITTON

140 Scott Drive                        655 West Broadway, Suite 1900
Menlo Park, CA 94025                   San Diego, CA 92101
Telephone: 650/328-4600                Telephone: 619/231-1058
650/463-2600 (fax)                     619/231-7423 (fax)

Attorneys for Defendants

JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR FILING
JOINT STATEMENT OF UNDISPUTED FACTS - C-01-0988-MJJ                    - 1 -

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SHAWN A. WILLIAMS
WILLOW E. RADCLIFFE
MONIQUE C. WINKLER
ELI R. GREENSTEIN
DANIEL J. PFEFFERBAUM
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)

Lead Counsel for Plaintiffs

\*    \*    \*

**O R D E R**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____

THE HONORABLE MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE

S:\CasesSD\Oracle3\STP00045471.doc

JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR FILING
JOINT STATEMENT OF UNDISPUTED FACTS - C-01-0988-MJJ      - 2 -

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 12, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 12, 2007.

    s/ Douglas R. Britton
DOUGLAS R. BRITTON

COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)
E-mail:dougb@csgrr.com

# Mailing Information for a Case 3:01-cv-00988-MJJ

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jennie Lee Anderson**
  jennie@libertylaw.com
- **Eric J. Belfi**
  ebelfi@labaton.com,ElectronicCaseFiling@labaton.com
- **Doug Britton**
  dougb@csgrr.com,e_file_sf@lerachlaw.com,e_file_sd@lerachlaw.com,ldeem@lerachlaw.com
- **Patrick Edward Gibbs**
  patrick.gibbs@lw.com,zoila.aurora@lw.com
- **Eli Greenstein**
  Elig@lerachlaw.com,e_file_sf@lerachlaw.com,e_file_sd@lerachlaw.com
- **Kirke M. Hasson**
  kirke.hasson@pillsburylaw.com,cheryl.grant@pillsburylaw.com
- **Stacey Marie Kaplan**
  StaceyKaplan@csgrr.com
- **Reed R. Kathrein**
  reed@hbsslaw.com,nancyq@hbsslaw.com
- **Michele Frances Kyrouz**
  michele.kyrouz@lw.com
- **Nicole Catherine Lavallee**
  nlavallee@bermanesq.com,ysoboleva@bermanesq.com
- **William S. Lerach**
  e_file_sd@lerachlaw.com
- **James C. Maroulis**
  jim.maroulis@oracle.com
- **Caroline McIntyre**
  cmcintyre@be-law.com,swalker@be-law.com
- **Valerie McLaughlin**
  valeriem@lerachlaw.com,kellyb@lerachlaw.com
- **Brian P Murray**
  bmurray@rabinlaw.com
- **Shinyung Oh**
  shinyungoh@paulhastings.com
- **Willow E. Radcliffe**
  willowr@lerachlaw.com,e_file_sf@lerachlaw.com,e_file_sd@lerachlaw.com
- **Sanna Rachel Singer**
  ssinger@sideman.com,mthomas@sideman.com
- **Mark Solomon**
  marks@lerachlaw.com,e_file_sf@lerachlaw.com,e_file_sd@lerachlaw.com

- **Edward W. Swanson**
  eswanson@swansonmcnamara.com
- **Shawn A. Williams**
  shawnw@lerachlaw.com,cwood@lerachlaw.com,e_file_sf@lerachlaw.com,dpfefferbaum@lerachlaw.com,travisd@lerachlaw.com,moniquew@lerachlaw.com,e_file_sd@lerachlaw.com,aelishb@lerachlaw.com
- **Jamie Lynne Wine**
  jamie.wine@lw.com,karen.kelly@lw.com
- **Monique Winkler**
  shawnw@lerachlaw.com,E_File_SF@lerachlaw.com,travisd@lerachlaw.com,MoniqueW@lerachlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Dorian Daley
500 Oracle Parkway
Redwood City, CA 94065

Corey D. Holzer
Holzer Holzer & Cannon LLC
1117 Perimeter Center West
Suite E-107
Atlanta, GA 30338

Raymond Lane
Bergeson LLP
303 Almaden Blvd., Ste. 500
San Jose, CA 95110

PRG-Schultz USA, Inc.
Paul Hastings Janofsky & Walker LLP
55 Second Street
24th Floor
San Francisco, CA 94105

Darren Jay Robbins
Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway
Suite 1900
San Diego, CA 92101
```