LATHAM & WATKINS LLP
  Peter A. Wald (SBN 85705)
  Michele F. Kyrouz (SBN 168004)
505 Montgomery Street, Suite 2000
San Francisco, CA  94111-2562
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
E-mail: peter.wald@lw.com
         michele.kyrouz@lw.com
         matt.harrison@lw.com

LATHAM & WATKINS LLP
  Patrick E. Gibbs (SBN 183174)
140 Scott Drive
Menlo Park, CA 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600
E-mail: patrick.gibbs@lw.com

LATHAM & WATKINS LLP
  Jamie L. Wine (SBN 181373)
633 West Fifth Street, Suite 4000
Los Angeles, CA 90071-2007
Phone: (212) 906-1200
Fax: (212) 751-4864
E-mail: jamie.wine@lw.com

Attorneys for Defendants ORACLE CORPORATION, LAWRENCE
J. ELLISON, JEFFREY O. HENLEY, and EDWARD J. SANDERSON

ORACLE CORPORATION
  Dorian Daley (SBN 129049)
  James C. Maroulis (SBN 208316)
500 Oracle Parkway
Mailstop 5OP7
Redwood Shores, California 94065
Telephone: (650) 506-5200
Facsimile: (650) 506-7114
E-mail: jim.maroulis@oracle.com

Attorneys for Defendant ORACLE CORPORATION

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Master File No. C-01-0988-MJJ<br>(Consolidated)<br><u>CLASS ACTION</u><br><br>**ADMINISTRATIVE REQUEST TO FILE UNDER SEAL JOINT STATEMENT OF UNDISPUTED FACTS REGARDING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT AND PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AGAINST LAWRENCE ELLISON FOR TRADING ON THE BASIS OF MATERIAL NON-PUBLIC INFORMATION**<br><br>**Honorable Martin J. Jenkins** |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

ADMIN REQ TO FILE UNDER SEAL JOINT
STATEMETN OF UNDISPUTED FACTS
Master File No. C-01-0988-MJJ

Defendants submit this administrative request to file under seal the parties' Joint Statement of Undisputed Facts Regarding Defendants' Motion for Summary Judgment, Plaintiffs' Motion for Partial Summary Judgment and Plaintiffs' Motion for Summary Judgment against Lawrence Ellison for Trading on the Basis of Non-Public Information (Defendants' "Administrative Request").  Accompanying Defendants' Administrative Request are the Declaration of Sean P.J. Coyle in Support of Defendants' Administrative Request and the [Proposed] Sealing Order regarding Defendants' Administrative Request, respectively filed and lodged concurrently herewith.

The parties' Joint Statement of Undisputed Facts refers to information that has been designated as "Confidential" by the parties.  Information designated as "Confidential" is subject to the provisions of the Revised Stipulated Protective Order Governing Confidentiality entered on January 11, 2005.  Accordingly, Defendants respectfully request that the parties' Joint Statement of Undisputed Facts be filed under seal of the Court.  As noted in the accompanying Declaration of Sean P.J. Coyle in support of this Administrative Request, Plaintiffs have concurred in this Administrative Request.

Dated: September 12, 2007

LATHAM & WATKINS LLP
  Peter A. Wald
  Michele F. Kyrouz
  Jamie L. Wine
  Patrick E. Gibbs

/s/ Patrick E. Gibbs

By:_____
  Patrick E. Gibbs
Attorneys for Defendants ORACLE CORPORATION, LAWRENCE J. ELLISON, JEFFREY O. HENLEY, and EDWARD J. SANDERSON SF\625999.1