**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NURSING HOME PENSION,** | No. **C-01-0988** |
| Plaintiff, | **Clerk's Notice** |
| v. | |
| **ORACLE CORPORATION, et al.,** | |
| Defendants, | |
| _____/ | |

(Plaintiff is required to serve, and file proof of service with the Court, any party involved not listed on the attached proof of service.)

YOU ARE NOTIFIED THAT the Court hereby **CONTINUES** the motions' hearing currently scheduled for Wednesday, September 26, 2007 at 2:00 p.m. before the Honorable Martin J. Jenkins. Instead, the Court **ORDERS** that the parties attend a **Status Conference** set for the same date and time. Scheduling of the continued hearing will be discussed at the Status Conference.

Please report to Courtroom 11, on the 19th floor, U.S. Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: 9/13/07

FOR THE COURT,

Richard W. Wieking, Clerk

By: /s/ Alfred Amistoso
Alfred Amistoso
Courtroom Deputy

Please refer to Judge Jenkins' Standing Order located at www.cand.uscourts.gov for additional information. Pursuant to the Standing Order, the rescheduling of a hearing date for a motion does not change the date on which an opposition brief or reply brief is due; any opposition brief remains due not less than 21 days prior to the date of the *originally noticed* hearing and any reply brief is due not less than 14 days prior to the *originally noticed* hearing date.