UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NURSING HOME PENSION FUND et al, | Case Number: CV01-00988 MJJ |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| ORACLE CORPORATION et al, | |
| Defendant. / | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 13, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Corey D. Holzer
Holzer Holzer & Cannon LLC
1117 Perimeter Center West
Suite E-107
Atlanta, GA 30338


Raymond Lane
Bergeeson LLP
303 Alamaden Blvd., Ste. 500
San Jose, CA 95110


Dated: September 13, 2007

*Alfred Amistoso* (signature)
Richard W. Wieking, Clerk
By: Alfred Amistoso, Deputy Clerk

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NURSING HOME PENSION FUND et al, | Case Number: CV01-00988 MJJ |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| ORACLE CORPORATION et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 13, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Corey D. Holzer
Holzer Holzer & Cannon LLC
1117 Perimeter Center West
Suite E-107
Atlanta, GA 30338

Raymond Lane
Bergeeson LLP
303 Alamaden Blvd., Ste. 500
San Jose, CA 95110

Dated: September 13, 2007

Richard W. Wieking, Clerk
By: Alfred Amistoso, Deputy Clerk