LATHAM & WATKINS LLP
  Peter A. Wald (SBN 85705)
  Michele F. Kyrouz (SBN 168004)
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-2562
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
E-mail: peter.wald@lw.com
        michele.kyrouz@lw.com

LATHAM & WATKINS LLP
  Patrick E. Gibbs (SBN 183174)
  Matthew Rawlinson (SBN 231890)
140 Scott Drive
Menlo Park, CA 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600
E-mail: patrick.gibbs@lw.com
        matt.rawlinson@lw.com

LATHAM & WATKINS LLP
  Jamie L. Wine (SBN 181373)
633 West Fifth Street, Suite 4000
Los Angeles, CA 90071
Phone: (213) 485-1234
Fax: (213) 891-8763
E-mail: jamie.wine@lw.com

Attorneys for Defendants ORACLE CORPORATION, LAWRENCE J. ELLISON, JEFFREY O. HENLEY, and EDWARD J. SANDERSON

ORACLE CORPORATION
  Dorian Daley (SBN 129049)
  James C. Maroulis (SBN 208316)
500 Oracle Parkway
Mailstop 5OP7
Redwood Shores, CA 94065
Telephone: (650) 506-5200
Facsimile: (650) 506-7114
E-mail: jim.maroulis@oracle.com

Attorneys for Defendant ORACLE CORPORATION

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION | Master File No. C-01-0988-MJJ (JCS) (Consolidated) |
| | <u>CLASS ACTION</u> |
| This Document Relates To:<br><br>ALL ACTIONS. | **NOTICE OF ERRATA AND ERRATA FOR DEFENDANTS' [CORRECTED] MOTION FOR SUMMARY JUDGMENT AND [CORRECTED] HARRISON DECLARATION**<br><br>Date:  September 26, 2007<br>Time:  2:30 p.m.<br>Judge: Martin J. Jenkins |

**EXHIBIT 160 FILED UNDER SEAL**

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

NOTICE OF ERRATA AND ERRATA FOR DEFENDANTS' [CORRECTED] MOTION
FOR SUMAMRY JUDGMENT AND [CORRECTED] HARRISON DECLARATION
Master File No. C-01-0988-MJJ (JCS)

**TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Defendants submit this Notice of Errata and Errata to correct a clerical error in Defendants' [Corrected] Motion for Summary Judgment ("Defendants' Motion") and the [Corrected] Declaration of Matthew Harrison in Support of Defendants' Motion for Summary Judgment ("Harrison Declaration"), filed August 8, 2007. Also filed concurrently and herewith is a correct copy of Exhibit 160, which is being filed under seal, for which the incorrect document was inadvertently attached to the Harrison Declaration. The following citations in Defendants' [Corrected] Motion should now read (deletions indicated with ~~strikethrough~~ text, and additions indicated in <u>underlined</u> text):

- ▸ The citation on page 27, line 19, should read: Ex. 160 at ~~024182~~ <u>143457</u>
- ▸ The citation on page 27, line 22, should read: *Id.* at ~~024185~~ <u>143461</u>
- ▸ The citation on page 27, line 25, should read: *Id.* at ~~024184-85~~ <u>143459</u>
- ▸ The citation on page 28, line 6, should read: *Id.* at ~~024183~~ <u>143457</u>
- ▸ The citation on page 28, line 10, should read: *Id* at <u>143458</u>
- ▸ The citation on page 29, line 21, should read: *Id.* at ~~024184-85~~ <u>143459</u>

Paragraph 111 of the Harrison Declaration should now read (deletions indicated with ~~strikethrough~~ text, and additions indicated in <u>underlined</u> text):

- ▸ Attached hereto as Exhibit 160 is a true and correct copy of Oracle's Form 10-Q Filed October 16, 2000, Bates Numbered NDCA-ORCL ~~024168-91~~ <u>143444-67.</u>

///
///
///
///
///
///
///
///
///

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

NOTICE OF ERRATA AND ERRATA FOR DEFENDANTS' [CORRECTED] MOTION
FOR SUMAMRY JUDGMENT AND [CORRECTED] HARRISON DECLARATION
Master File No. C-01-0988-MJJ (JCS)

1   Defendants apologize to the Court and all parties for any inconvenience this clerical error
2   may have caused.
3
4   Dated: September 19, 2007                LATHAM & WATKINS LLP
5                                              Peter A. Wald
                                               Michele F. Kyrouz
6                                              Jamie L. Wine
                                               Patrick E. Gibbs
7                                              Matthew Rawlinson
8
9
10                                                         /S/
11                                      By:_____
                                             Patrick E. Gibbs
12                                           Attorneys for Defendants ORACLE
                                             CORPORATION, LAWRENCE J.
13                                           ELLISON, JEFFREY O. HENLEY,
                                             and EDWARD J. SANDERSON
14

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

NOTICE OF ERRATA AND ERRATA FOR DEFENDANTS' [CORRECTED] MOTION
FOR SUMAMRY JUDGMENT AND [CORRECTED] HARRISON DECLARATION
Master File No. C-01-0988-MJJ (JCS)

# EXHIBIT 160
# FILED UNDER SEAL