1 | LATHAM & WATKINS LLP
   Peter A. Wald (SBN 85705)
2    Michele F. Kyrouz (SBN 168004)
   505 Montgomery Street, Suite 2000
3  San Francisco, CA 94111-2562
   Telephone: (415) 391-0600
4  Facsimile: (415) 395-8095
   E-mail: peter.wald@lw.com
5          michele.kyrouz@lw.com

   LATHAM & WATKINS LLP
     Patrick E. Gibbs (SBN 183174)
     Matthew Rawlinson (SBN 231890)
   140 Scott Drive
   Menlo Park, CA 94025
   Telephone: (650) 328-4600
   Facsimile: (650) 463-2600
   E-mail: patrick.gibbs@lw.com
           matt.rawlinson@lw.com

6
7  LATHAM & WATKINS LLP
     Jamie L. Wine (SBN 181373)
   633 West Fifth Street, Suite 4000
8  Los Angeles, CA 90071
   Phone: (213) 485-1234
9  Fax: (213) 891-8763
   E-mail: jamie.wine@lw.com
10

11 Attorneys for Defendants ORACLE CORPORATION, LAWRENCE
   J. ELLISON, JEFFREY O. HENLEY, and EDWARD J. SANDERSON

12 ORACLE CORPORATION
     Dorian Daley (SBN 129049)
13   James C. Maroulis (SBN 208316)
   500 Oracle Parkway
14 Mailstop 5OP7
   Redwood Shores, CA 94065
15 Telephone: (650) 506-5200
   Facsimile: (650) 506-7114
16 E-mail: jim.maroulis@oracle.com

17 Attorneys for Defendant ORACLE CORPORATION

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION**

| In re ORACLE CORPORATION SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Master File No. C-01-0988-MJJ (JCS)<br>(Consolidated)<br><br>CLASS ACTION<br><br>**DEFENDANTS' ADMINISTRATIVE REQUEST TO FILE UNDER SEAL EXHIBIT 160 ATTACHED TO NOTICE OF ERRATA AND ERRATA FOR DEFENDANTS' [CORRECTED] MOTION FOR SUMMARY JUDGMENT AND [CORRECTED] HARRISON DECLARATION**<br><br>**Honorable Judge Martin J. Jenkins** |
|---|---|

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

ADMIN REQUEST TO FILE UNDER SEAL DEFS' EX. 160 ATTACHED TO ERRATA
FOR DEF'S CORRECTED MSJ AND CORRECTED HARRISON DECLARATION
Master File No. C-01-0988-MJJ (JCS)

1    Defendants submit this Administrative Request to file under seal Exhibit 160 to
2    Notice of Errata and Errata for Defendants' [Corrected] Motion for Summary Judgment and
3    [Corrected] Harrison Declaration.  Defendants are submitting this single Administrative Request
4    for all of the documents supporting their Notice of Errata and Errata for Defendants' [Corrected]
5    Motion for Summary Judgment and [Corrected] Harrison Declaration, rather than burden the
6    Court with multiple filings.  Through this Administrative Request, Defendants ask the Court to
7    seal the following document:
8            1.    Exhibit 160 to Notice of Errata and Errata for Defendants' [Corrected]
9                  Motion for Summary Judgment and [Corrected] Harrison Declaration.
10           Accompanying this Administrative Request is the Declaration of Andrew M.
11   Farthing in Support of Defendants' Administrative Request and the [Proposed] Order Sealing
12   Defendants' Administrative Request, respectively filed and lodged concurrently herewith.
13           In Exhibit 160 to Notice of Errata and Errata for Defendants' [Corrected] Motion
14   for Summary Judgment and [Corrected] Harrison Declaration (as referenced above), Defendants
15   refer extensively to and attach information and materials that have been designated as
16   "Confidential" by both parties.  Information designated as "Confidential" is subject to the
17   provisions of the Revised Stipulated Protective Order Governing Confidentiality entered on
18   January 11, 2005.  Accordingly, Defendants respectfully request that Exhibit 160 to Notice of
19   Errata and Errata for Defendants' [Corrected] Motion for Summary Judgment and [Corrected]
20   Harrison Declaration be filed under seal of the Court.
21   ///
22   ///
23   ///
24   ///
25   ///
26   ///
27   ///
28   ///

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

ADMIN REQUEST TO FILE UNDER SEAL DEFS' EX. 160 TO ERRATA FOR DEF'S
CORRECTED MSJ AND CORRECTED HARRISON DECLARATION
Master File No. C-01-0988-MJJ (JCS)

| | |
|---|---|
| 1  Dated:  September 19, 2007 | LATHAM & WATKINS LLP |
| 2 | Peter A. Wald |
|   | Michele F. Kyrouz |
| 3 | Jamie L. Wine |
|   | Patrick E. Gibbs |
| 4 | Matthew Rawlinson |

/S/

By:_____
    Patrick E. Gibbs
    Attorneys for Defendants ORACLE CORPORATION, LAWRENCE J. ELLISON, JEFFREY O. HENLEY, and EDWARD J. SANDERSON

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

ADMIN REQUEST TO FILE UNDER SEAL DEFS' EX. 160 TO ERRATA FOR DEF'S CORRECTED MSJ AND CORRECTED HARRISON DECLARATION
Master File No. C-01-0988-MJJ (JCS)