1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION

| In re ORACLE CORPORATION SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Master File No. C-01-0988-MJJ<br>(Consolidated)<br><br><u>CLASS ACTION</u><br><br>**[PROPOSED] ORDER SEALING EXHIBIT 160 TO NOTICE OF ERRATA AND ERRATA FOR DEFENDANTS' [CORRECTED] MOTION FOR SUMMARY JUDGMENT AND [CORRECTED] HARRISON DECLARATION**<br><br>**Honorable Martin J. Jenkins** |
|---|---|

Having considered the papers regarding Defendants' Administrative Request to File Under Seal Exhibit 160 to Notice of Errata and Errata for Defendants' [Corrected] Motion for Summary Judgment and [Corrected] Declaration of Matthew Harrison and finding good cause therefore; Exhibit 160 to Notice of Errata and Errata for Defendants' [Corrected] Motion for Summary Judgment and [Corrected] Declaration of Matthew Harrison is **HEREBY sealed**.

IT IS SO ORDERED.

Dated: _____

THE HONORABLE MARTIN J. JENKINS

Submitted By:

DATED: September 19, 2007

| LATHAM & WATKINS LLP | LATHAM & WATKINS LLP |
|---|---|
| Peter A. Wald (SBN 85705) | Patrick E. Gibbs (SBN 183174) |
| Michele F. Kyrouz (SBN 168004) | Matthew Rawlinson (SBN 231890) |
| 505 Montgomery Street, Suite 2000 | 140 Scott Drive |
| San Francisco, CA 94111-2562 | Menlo Park, CA 94025 |
| Telephone: (415) 391-0600 | Telephone: (650) 328-4600 |
| Facsimile: (415) 395-8095 | Facsimile: (650) 463-2600 |
| E-mail: peter.wald@lw.com | E-mail: patrick.gibbs@lw.com |
|   michele.kyrouz@lw.com |   matt.rawlinson@lw.com |

LATHAM & WATKINS LLP
  Jaime L. Wine (SBN 181373)
633 West Fifth Street, Suite 4000
Los Angeles, CA 90071-2007
Telephone: (213) 485-1234
Facsimile: (213) 891-8763
Email: jaime.wine@lw.com

**/S/**
_____
     Patrick E. Gibbs