1  LATHAM & WATKINS LLP
      Peter A. Wald (SBN 85705)
2     Michele F. Kyrouz (SBN 168004)
   505 Montgomery Street, Suite 2000
3  San Francisco, CA 94111-2562
   Telephone: (415) 391-0600
4  Facsimile: (415) 395-8095
   E-mail: peter.wald@lw.com
5         michele.kyrouz@lw.com
          matt.harrison@lw.com
6
   LATHAM & WATKINS LLP
7     Jamie L. Wine (SBN 181373)
   633 West Fifth Street, Suite 4000
8  Los Angeles, CA 90071-2007
   Phone: (212) 906-1200
9  Fax: (212) 751-4864
   E-mail: jamie.wine@lw.com
10
   Attorneys for Defendants ORACLE
11 CORPORATION, LAWRENCE
   J. ELLISON, JEFFREY O. HENLEY, and
12 EDWARD J. SANDERSON
13
   ORACLE CORPORATION
14    Dorian Daley (SBN 129049)
      James C. Maroulis (SBN 208316)
15 500 Oracle Parkway
   Mailstop 5OP7
16 Redwood Shores, California 94065
   Telephone: (650) 506-5200
17 Facsimile: (650) 506-7114
   E-mail: jim.maroulis@oracle.com
18
   Attorneys for Defendant ORACLE
19 CORPORATION

20              UNITED STATES DISTRICT COURT

21            NORTHERN DISTRICT OF CALIFORNIA

22                 SAN FRANCISCO DIVISION

23 In re ORACLE CORPORATION           CASE NO. C-01-0988 MJJ
   SECURITIES LITIGATION
24                                     [PROPOSED] ORDER GRANTING
                                       ADMISSION *PRO HAC VICE* TO SEAN M.
25 This Document Relates To:          BERKOWITZ
26 ALL ACTIONS.
27          Defendants.
28

LATHAM & WATKINS LLP    [PROPOSED] ORDER GRANTING ADMISSION *PRO HAC VICE*
ATTORNEYS AT LAW        TO SEAN M. BERKOWITZ
SAN FRANCISCO           CASE NO. 01-0988 MJJ

Second column top:
LATHAM & WATKINS LLP
   Patrick E. Gibbs (SBN 183174)
140 Scott Drive
Menlo Park, CA 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600
E-mail: patrick.gibbs@lw.com

1     Upon that application and upon review and consideration of the Declaration of

2 Sean M. Berkowitz. in Support of Application for Admission *Pro Hac Vice*,

3     IT IS HEREBY ORDERED that the application is GRANTED and that Sean M.

4 Berkowitz. is permitted to appear and practice before this Court for the purposes of participation

5 in the above-entitled action.

6 DATED: _____9/24_____, 2007

7

8            _____

9             Martin J. Jenkins
             United States District Court Judge

SF\626080.1

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LATHAM & WATKINS
ATTORNEYS AT LAW
SAN FRANCISCO

[PROPOSED] ORDER GRANTING ADMISSION *PRO HAC VICE*
TO SEAN M. BERKOWITZ
CASE NO. 01-0988 MJJ

## PROOF OF SERVICE

I am employed in the County of San Francisco, State of California. I am over the age of 18 years and not a party to this action. My business address is Latham & Watkins LLP, 505 Montgomery Street, Suite 2000, San Francisco, CA 94111-6538.

On **September 14, 2007**, I served the following document described as:

## [PROPOSED] ORDER GRANTING ADMISSION *PRO HAC VICE* TO SEAN M. BERKOWITZ

by serving a true copy of the above-described document in the following manner:

### BY HAND DELIVERY

I am familiar with the office practice of Latham & Watkins LLP for collecting and processing documents for hand delivery by a messenger courier service or a registered process server. Under that practice, documents are deposited to the Latham & Watkins LLP personnel responsible for dispatching a messenger courier service or registered process server for the delivery of documents by hand in accordance with the instructions provided to the messenger courier service or registered process server; such documents are delivered to a messenger courier service or registered process server on that same day in the ordinary course of business. I caused a sealed envelope or package containing the above-described document and addressed as set forth below in accordance with the office practice of Latham & Watkins LLP for collecting and processing documents for hand delivery by a messenger courier service or a registered process server.

Shawn A. Williams, Esq.
Willow E. Radcliffe, Esq.
Lerach, Couglin, Stoia, Geller, Rudman & Robbins LLP
100 Pine Street, Suite 2600
San Francisco, CA 94111-5212

### BY OVERNIGHT MAIL DELIVERY

I am familiar with the office practice of Latham & Watkins LLP for collecting and processing documents for overnight mail delivery by Federal Express. Under that practice, documents are deposited with the Latham & Watkins LLP personnel responsible for depositing documents in a post office, mailbox, subpost office, substation, mail chute, or other like facility regularly maintained for receipt of overnight mail by Federal Express; such documents are delivered for overnight mail delivery by Federal Express on that same day in the ordinary course of business, with delivery fees thereon fully prepaid and/or provided for. I deposited in Latham & Watkins LLP' interoffice mail a sealed envelope or package containing the above-described document and addressed as set forth below in accordance with the office practice of Latham & Watkins LLP for collecting and processing documents for overnight mail delivery by Federal Express:

Mark Solomon, Esq.
Douglas Britton, Esq.
Lerach, Coughlin, Stoia, Geller, Rudman & Robbins LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-8498

I declare that I am employed in the office of a member of the Bar of, or permitted to practice before, this Court at whose direction the service was made and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **September 14, 2007**, at San Francisco, California.

Caroline Yu

SF\600217.4