UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

### CIVIL MINUTES

**Judge: MARTIN J. JENKINS**

**Date**: September 26, 2007

**Case No:** C 01-00988 MJJ

**Case Title**: In Re: ORACLE CORP. SECURITIES LITIGATION

**Appearances:**

    For Plaintiff(s): Mark Solomon, Shawn Williams Douglas Britton, Monique Winkler

    For Defendant(s): James Maroulis, Peter Wald, Patrick Gibbs

**Deputy Clerk**:  Rowena B. Espinosa    **Court Reporter**: Juanita Gonzalez

### PROCEEDINGS

1. Status Conference - held

MOTION/MATTER:  ( ) Granted
                      ( ) Denied
                      ( ) Granted in part/Denied in part
                      ( ) Taken under submission
                      ( ) Withdrawn/Off Calendar
                      (X) Continued to: **Tuesday, 10/02/07 @ 3:30 PM for Further Status**

### SUMMARY

- The currently pending motions will be put back on the calendar.  Parties to refile by 10/05/07; reply by 10/19/07; respond by 10/26/07; to be noticed for hearing on 11/07/07 at 3:00 PM.
- The pretrial and trial dates remain as set for now.