# EXHIBIT 1

| | |
|---|---|
| 1 | COUGHLIN STOIA GELLER |
|   |     RUDMAN & ROBBINS LLP |
| 2 | MARK SOLOMON (151949) |
|   | DOUGLAS R. BRITTON (188769) |
| 3 | STACEY M. KAPLAN (241989) |
|   | 655 West Broadway, Suite 1900 |
| 4 | San Diego, CA  92101 |
|   | Telephone:  619/231-1058 |
| 5 | 619/231-7423 (fax) |
|   | marks@csgrr.com |
| 6 | dougb@csgrr.com |
|   | skaplan@csgrr.com |
| 7 |         – and – |
|   | SHAWN A. WILLIAMS (213113) |
| 8 | WILLOW E. RADCLIFFE (200087) |
|   | MONIQUE C. WINKLER (213031) |
| 9 | ELI R. GREENSTEIN (217945) |
|   | DANIEL J. PFEFFERBAUM (248631) |
| 10 | 100 Pine Street, Suite 2600 |
|   | San Francisco, CA  94111 |
| 11 | Telephone:  415/288-4545 |
|   | 415/288-4534 (fax) |
| 12 | shawnw@csgrr.com |
|   | willowr@csgrr.com |
| 13 | moniquew@csgrr.com |
|   | elig@csgrr.com |
| 14 | dpfefferbaum@csgrr.com |
| 15 | Lead Counsel for Plaintiffs |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION | ) ) ) ) | Master File No. C-01-0988-MJJ |
| | | <u>CLASS ACTION</u> |
| This Document Relates To: | ) ) ) ) | NOTICE OF PENDENCY OF CLASS ACTION |
| ALL ACTIONS. | | |

**EXHIBIT 1**

# NOTICE OF PENDENCY OF CLASS ACTION

TO: ALL PERSONS WHO PURCHASED OR OTHERWISE ACQUIRED THE PUBLICLY TRADED SECURITIES OF ORACLE CORPORATION BETWEEN DECEMBER 14, 2000 AND MARCH 1, 2001

This Notice is given pursuant to Rule 23 of the Federal Rules of Civil Procedure and an order of the United States District Court for the Northern District of California. This Notice is being sent to you because you may be a member of the Class described below. The purpose of this Notice is to inform you of the pendency of this lawsuit, how it might affect your rights and what steps you may take in relation to it. No trial has yet occurred in this action and no findings of fault or liability have been made as to any of the parties. Depending on the eventual outcome of this action, Class members may or may not recover money damages on the claims asserted. This Notice is not an expression of any opinion by the Court as to the merits of any of the claims or defenses asserted by any party in this litigation. If you do not meet the Class definition, this Class Notice does not apply to you and you may disregard it.

Beginning on March 9, 2001, a number of class action lawsuits were filed against Oracle Corporation ("Oracle") and certain of its officers (collectively, the "defendants") alleging violations of the federal securities laws. The cases were consolidated before the Honorable Martin J. Jenkins in the United States District Court for the Northern District of California, and the case is presently styled *Nursing Home Pension Fund, et al., v. Oracle Corporation, et al.*, No. C-01-0988-MJJ (the "Litigation"). By an order dated June 19, 2001, the Court appointed certain shareholders as "lead plaintiffs" pursuant to the requirements of the Private Securities Litigation Reform Act of 1995. The lead plaintiffs seek to recover money and other relief for the Class.

On September 1, 2004, the United States Court of Appeals for the Ninth Circuit reversed and remanded the district court's March 24, 2003 Dismissal with Prejudice of Plaintiffs' Revised Second Amended Complaint. Thereafter, defendants filed answers denying all material allegations of plaintiffs' Revised Second Amended Complaint for Violations of the Federal Securities Laws and have asserted defenses thereto. The parties have concluded discovery, which customarily includes,

without limitation, the review and analysis of documents, the taking of depositions, and the exchange of expert reports.

On December 20, 2006, the Court issued an order appointing plaintiffs 1199 SEIU Greater New York Pension Fund (formerly known as Nursing Home Pension Fund, Local 144), Drifton Finance Corporation, Robert D. Sawyer, Ryan Kuehmichel and Dzung Chu as class representatives and certifying a Class for purposes of this action under Fed. R. Civ. P. 23(b)(3).  The Class consists of:

> All persons or entities who purchased or otherwise acquired the publicly traded securities of Oracle between December 14, 2000 and March 1, 2001 and who were damaged by defendants' alleged violations of Sections 10(b), 20(a) or 20(A) of the Securities Exchange Act of 1934.  Excluded from the class are: (i) Oracle; (ii) Lawrence J. Ellison, Jeffrey O. Henley and Edward J. Sanderson (collectively, the "Individual Defendants"); (iii) members of the family of each Individual Defendant; (iv) any entity in which any defendant has a controlling interest; (v) officers and directors of Oracle; and (vi) the legal representatives, heirs, successors or assigns of any such excluded party.

All nominees who purchased or acquired the publicly traded securities of Oracle between December 14, 2000 and March 1, 2001 for the beneficial ownership of another are requested to send this Notice to all such beneficial owners no later than ten days after receipt of this Notice. Additional copies of this Notice will be provided to such nominees upon written request sent to:

> Oracle Securities Litigation
> c/o Gilardi & Co. LLC
> P.O. Box 8040
> San Rafael, CA  94912-8040

In the alternative, all nominees are requested to send a list of the names and addresses of such beneficial owners to Gilardi & Co. LLC at the above address no later than ten days after receipt of this Notice.  Gilardi & Co. LLC will thereafter mail copies of this Notice directly to all such beneficial owners.  Lead Counsel offer to prepay the reasonable costs of preparing a list of the names and addresses of such beneficial owners or of forwarding this Notice to beneficial owners in those cases where a nominee elects to forward notice, rather than provide a list of names and addresses to Gilardi & Co. LLC.  If a nominee elects to forward the Notice to a beneficial owner, such nominee is directed to send a statement to Gilardi & Co. LLC at the above address within ten days of such mailing confirming that the mailing was made as directed.  Thereafter, the nominee shall retain the

1  list of names and addresses of any beneficial owners to whom the nominee sent the Notice for use in
2  connection with any possible future notice to the Class.

3      This Notice is sent to you in the belief that you may be a Class member in this litigation;
4  however, mere receipt of the Notice should not be construed to indicate that a determination has
5  been made that you are a member of the Class.  To remain a Class member, you are not required to
6  do anything.  If you remain a Class member you will be bound by any judgment entered in this
7  litigation, whether it is favorable or unfavorable.  If you choose to remain a Class member, you may
8  not pursue a lawsuit on your own with regard to any of the claims asserted or issues decided in this
9  litigation.  If you wish, you may enter an appearance through your own counsel at your own
10 expense.

11     If you want to be excluded from the Class, you must state your request in writing (including
12 your full name and address) and sign your name.  If you are signing on behalf of a Class member
13 (such as an estate, corporation or partnership), please indicate your full name and the basis of your
14 authority.  Your request for exclusion must be mailed to: Oracle Securities Litigation, c/o Gilardi &
15 Co. LLC, P.O. Box 8040, San Rafael, CA 94912-8040.  To be effective, your request for exclusion
16 must comply with all of the above and be postmarked no later than November 30, 2007.  Facsimile
17 and e-mail requests for exclusion are not acceptable.  Requests for exclusion that do not comply with
18 the above requirements will be invalid.

19     If you do properly exclude yourself from the Class, you will not be bound by any judgment
20 entered in this action, but you will also not be entitled to share in any recovery that may result from
21 it. If you properly request exclusion, you will be entitled to pursue any individual lawsuit, claim or
22 remedy which you may have, at your own expense.

23     This Notice does not fully describe all of the claims and contentions of the parties.  Copies of
24 publicly available pleadings, orders and other documents filed in this litigation may be examined and
25 copied at any time during regular office hours at the office of the Clerk of the Court, United States
26 District Court for the Northern District of California, 450 Golden Gate Avenue, San Francisco, CA
27 94102.
28

NOTICE OF PENDENCY OF CLASS ACTION - C-01-0988-MJJ     - 3 -

1   If you have any questions concerning the matters raised in this Notice, you may address them 2 in writing to: Shawn A. Williams, Coughlin Stoia Geller Rudman & Robbins LLP, 100 Pine Street, 3 Suite 2600, San Francisco, CA 94111.

4   If you have any corrections or changes to your name or address, you may address them in 5 writing to: Oracle Securities Litigation, c/o Gilardi & Co. LLC, P.O. Box 8040, San Rafael, 6 California 94912-8040.

7   PLEASE DO NOT TELEPHONE OR CONTACT THE CLERK OF THE COURT 8 REGARDING THIS NOTICE.

9   DATED: _____   _____
      BY ORDER OF THE
10    UNITED STATES DISTRICT COURT,
      NORTHERN DISTRICT OF CALIFORNIA
11

12  T:\CasesSF\Oracle3\NOT00045892 pendency.doc