# EXHIBIT 2

| | |
|---|---|
| 1 | COUGHLIN STOIA GELLER <br>    RUDMAN & ROBBINS LLP |
| 2 | MARK SOLOMON (151949) <br> DOUGLAS R. BRITTON (188769) |
| 3 | STACEY M. KAPLAN (241989) <br> 655 West Broadway, Suite 1900 |
| 4 | San Diego, CA  92101 <br> Telephone:  619/231-1058 |
| 5 | 619/231-7423 (fax) <br> marks@csgrr.com |
| 6 | dougb@csgrr.com <br> skaplan@csgrr.com |
| 7 |         – and – <br> SHAWN A. WILLIAMS (213113) |
| 8 | WILLOW E. RADCLIFFE (200087) <br> MONIQUE C. WINKLER (213031) |
| 9 | ELI R. GREENSTEIN (217945) <br> DANIEL J. PFEFFERBAUM (248631) |
| 10 | 100 Pine Street, Suite 2600 <br> San Francisco, CA  94111 |
| 11 | Telephone:  415/288-4545 <br> 415/288-4534 (fax) |
| 12 | shawnw@csgrr.com <br> willowr@csgrr.com |
| 13 | moniquew@csgrr.com <br> elig@csgrr.com |
| 14 | dpfefferbaum@csgrr.com |
| 15 | Lead Counsel for Plaintiffs |

16                         UNITED STATES DISTRICT COURT

17                        NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 18 | In re ORACLE CORPORATION <br> SECURITIES LITIGATION | ) Master File No. C-01-0988-MJJ <br> ) |
| 19 |   | ) <u>CLASS ACTION</u> <br> ) |
| 20 | This Document Relates To: | ) SUMMARY NOTICE FROM THE UNITED <br> ) STATES DISTRICT COURT FOR THE |
| 21 |          ALL ACTIONS. | ) NORTHERN DISTRICT OF CALIFORNIA <br> ) |

**EXHIBIT 2**

1  TO:  ALL PERSONS WHO PURCHASED OR OTHERWISE ACQUIRED THE PUBLICLY TRADED SECURITIES OF ORACLE CORPORATION BETWEEN DECEMBER 14, 2000 AND MARCH 1, 2001

Currently pending in the United States District Court for the Northern District of California, is a class action brought against Oracle Corporation ("Oracle" or the "Company"), and certain individuals to recover damages for those who purchased Oracle publicly traded securities between December 14, 2000 and March 1, 2001 ("Class Period"). The lawsuit is captioned *Nursing Home Pension Fund, et al. v. Oracle Corporation, et al.*, No. C-01-0988-MJJ. Plaintiffs 1199 SEIU Greater New York Pension Fund (formerly known as Nursing Home Pension Fund, Local 144), Drifton Finance Corporation, Robert D. Sawyer, Ryan Kuehmichel and Dzung Chu have been certified by the Court under Fed. R. Civ. P. 23(b)(3) to represent the following Class:

> All persons or entities who purchased or otherwise acquired the publicly traded securities of Oracle between December 14, 2000 and March 1, 2001 and who were damaged by defendants' alleged violations of Sections 10(b), 20(a) or 20(A) of the Securities Exchange Act of 1934. Excluded from the class are: (i) Oracle; (ii) Lawrence J. Ellison, Jeffrey O. Henley and Edward J. Sanderson (collectively, the "Individual Defendants"); (iii) members of the family of each Individual Defendant; (iv) any entity in which any defendant has a controlling interest; (v) officers and directors of Oracle; and (vi) the legal representatives, heirs, successors or assigns of any such excluded party.

On October 16, 2007, a Notice of Pendency of Class Action (the "Notice") was mailed to persons who purchased Oracle publicly traded securities during the Class Period, as reflected on the books and records of the Company and its transfer agent. That Notice contains important information regarding the rights of Class members, including the right to seek exclusion from the Class. If you believe you are a member of the Class as defined above, and if you have not received a copy of the Notice by mail, you are urged to request a copy free of charge by mailing your request to Oracle Securities Litigation, c/o Gilardi & Co. LLC, P.O. Box 8040, San Rafael, California 94912-8040. You may download a copy of the Notice at www.gilardi.com.

SUMMARY NOTICE FROM THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA - C-01-0988-MJJ - 1 -

Lead Counsel for plaintiffs and the Class are:

COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP
100 Pine Street, Suite 2600
San Francisco, CA 94111

DATED: _____     _____
                                   BY ORDER OF THE
                                   UNITED STATES DISTRICT COURT,
                                   NORTHERN DISTRICT OF CALIFORNIA

T:\CasesSF\Oracle3\NOT00045894 MSJ.doc

SUMMARY NOTICE FROM THE UNITED STATES DISTRICT COURT FOR THE NORTHERN
DISTRICT OF CALIFORNIA - C-01-0988-MJJ - 2 -