1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION _____ This Document Relates To: ALL ACTIONS. _____ | Master File No. C-01-0988-MJJ <u>CLASS ACTION</u> STIPULATION AND [PROPOSED] ORDER APPROVING FORM AND MANNER OF NOTICE |

1  WHEREAS, the Court certified a Class in this action under Federal Rule of Civil Procedure 23(b)(3);

NOW, THEREFORE, IT IS HEREBY ORDERED:

1.  The United States District Court for the Northern District of California approves, as to form and content, the Notice of Pendency of Class Action (the "Notice"), and the Summary Notice from the United States District Court for the Northern District of California ("Summary Notice") annexed as Exhibits 1 and 2 hereto and finds that the mailing and distribution of the Notice and publishing of the Summary Notice substantially in the manner and form set forth below meet the requirements of Federal Rule of Civil Procedure 23 and due process, and is the best notice practicable under the circumstances and shall constitute due and sufficient notice to all persons entitled thereto.

2.  Defendants are ordered to provide the transfer records for all persons or entities who purchased or otherwise acquired Oracle Corporation ("Oracle") publicly traded securities between December 14, 2000 and March 1, 2001 ("Class Period").  Persons or entities who purchased or acquired Oracle publicly traded securities during the Class Period are hereinafter referred to as "Potential Class Members."

3.  Lead Counsel is hereby authorized to retain the firm of Gilardi & Co. LLC ("Claims Administrator") to supervise and administer the notice procedure set forth below.  The Claims Administrator shall be responsible for the receipt of all responses from Potential Class Members and shall preserve any and all written communications from Potential Class Members, nominees, or any other person or entity in response to the Notice or Summary Notice until one year following the date of a final order of disposition of the Class claims.

4.  Not later than October 16, 2007 (the "Notice Date"), Lead Counsel shall cause a copy of the Notice substantially in the forms annexed as Exhibit 1 hereto, to be mailed by first class mail to all Potential Class Members who can be identified with reasonable effort;

5.  Not later than October 18, 2007, Lead Counsel shall cause the Summary Notice to be published once in *Investor's Business Daily*.

6. Not later than December 14, 2007, Lead Counsel shall serve and file with the Court proof by affidavit or declaration of the mailing of the Notice and publication of Summary Notice in accordance with this Order.

7. Nominees who purchased or acquired the publicly traded securities of Oracle for the beneficial ownership of Potential Class Members during the Class Period shall send the Notice to all beneficial owners of such Oracle securities within ten days after receipt thereof, or send a list of the names and addresses of such beneficial owners to the Claims Administrator within ten days of receipt thereof, in which event the Claims Administrator shall promptly mail the Notice to such beneficial owners.  If a nominee elects to send the Notice to a beneficial owner, such nominee is directed to send a statement to the Claims Administrator within ten days of such mailing confirming that the mailing was made as directed.  Thereafter, the nominee shall retain the list of names and addresses of any beneficial owners to whom the nominee sent the Notice for use in connection with any possible future notice to the Class.  Lead Counsel shall, if requested, reimburse banks, brokerage houses or other nominees solely for their reasonable out-of-pocket expenses incurred in providing notice to beneficial owners who are Potential Class Members, which expenses would not have been incurred except for the sending of such Notice, subject to further order of this Court with respect to any dispute concerning such compensation.

8. Any person falling within the definition of the Class may, upon request, be excluded from the Class.  Any such person must submit to the Claims Administrator a request for exclusion ("Request for Exclusion"), postmarked no later than November 30, 2007.  A Request for Exclusion must state: (a) the full name and address of the person requesting exclusion; (b) that the person wishes to be excluded from the Class; and (c) be signed.  All persons who submit valid and timely Request for Exclusion in the manner set forth in this paragraph shall not be bound by any judgment entered in this litigation.  Unless otherwise ordered by the Court, all Class Members who do not submit a valid and timely Request for Exclusion shall be part of the Class (to the extent they satisfy the Class criteria) for all purposes, and shall not have any further opportunity to opt out of the Class, although nothing herein shall affect any Class Member's rights or standing in the event of any future

STIPULATION AND [PROPOSED] ORDER APPROVING FORM AND MANNER OF NOTICE - C-01-0988-MJJ - 2 -

1  proposed settlement.  Unless otherwise ordered by the Court, all Class Members shall be bound by

2  all determinations and judgments in this Action (whether favorable or unfavorable to the Class).

3      IT IS SO ORDERED.

DATED: _____09/28/07_____    _____
                                           THE HONORABLE MARTIN J. JENKINS
                                           UNITED STATES DISTRICT JUDGE

DATED:  September 27, 2007

Submitted by:

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SHAWN A. WILLIAMS
WILLOW E. RADCLIFFE
MONIQUE C. WINKLER
ELI R. GREENSTEIN
DANIEL J. PFEFFERBAUM


        s/ Shawn A. Williams
          SHAWN A. WILLIAMS

100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
MARK SOLOMON
DOUGLAS R. BRITTON
STACEY M. KAPLAN
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

Lead Counsel for Plaintiffs

DATED:  September 27, 2007

LATHAM & WATKINS LLP
PATRICK E. GIBBS


        s/ Patrick E. Gibbs
          PATRICK E. GIBBS

STIPULATION AND [PROPOSED] ORDER APPROVING FORM AND MANNER OF NOTICE -
C-01-0988-MJJ                                                                                            - 3 -

140 Scott Drive
Menlo Park, CA 94025
Telephone: 650/328-4600
650/463-2600 (fax)
LATHAM & WATKINS LLP
Peter A. Wald
Michele F. Kyrouz
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: 415/391-0600
415/395-8095 (fax)

Attorneys for Defendants

    I, Shawn A. Williams, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Approving Form and Manner of Notice. In compliance with General Order 45, X.B., I hereby attest that Patrick E. Gibbs has concurred in this filing.

                                                                                s/ Shawn A. Williams
                                                                                SHAWN A. WILLIAMS

T:\CasesSF\Oracle3\STP00045889.doc

## CERTIFICATE OF SERVICE

I hereby certify that on September 27, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on September 27, 2007.

    s/ SHAWN A. WILLIAMS
SHAWN A. WILLIAMS

COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
100 Pine Street, 26th Floor
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)

E-mail:ShawnW@csgrr.com

STIPULATION AND [PROPOSED] ORDER APPROVING FORM AND MANNER OF NOTICE - C-01-0988-MJJ