UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

## *CIVIL MINUTES*

**Judge: MARTIN J. JENKINS**

**Date**: October 2, 2007

**Case No:** C 01-00988 MJJ

**Case Title**: IN RE: ORACLE CORP. SECURITIES LITIGATION

**Appearances:**

    For Plaintiff(s): Mark Solomon, Shawn Williams

    For Defendant(s): Patrick Gibbs, Michele Kyrouz, James Margoulis, Edward Swanson

**Deputy Clerk**: Rowena B. Espinosa      **Court Reporter**: Connie Kuhl

## *PROCEEDINGS*

1. Status Conference - held

MOTION/MATTER: ( ) Granted
                 ( ) Denied
                 ( ) Granted in part/Denied in part
                 ( ) Taken under submission
                 ( ) Withdrawn/Off Calendar
                 (X) Continued to: **Friday, 10/26/07 @ 10:00 AM for OSC Hearing**

## *SUMMARY*

- The process of handling sealed documents discussed.
- The OSC to be filed and served by 10/09/07; response is due by 10/19/07; reply by 10/23/07
- The new PTC date is 03/11/08; Jury Trial is 03/24/08 for 5 weeks.
- The dispositive motions shall be heard 11/07/07 OR 11/16/07 at 1:30 PM.
- An amended PT order shall be filed.