IN THE UNITED STATES DISTRICT COURT<br>FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NURSING HOME PENSION FUND, et al., | No. 01-0988 MJJ |
| Plaintiff,<br>v. | ***AMENDED* PRETRIAL ORDER** |
| ORACLE CORPORATION, et al., | |
| Defendants. | |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

**TRIAL DATE**: Monday, **03/24/08**   at 8:30 a.m., Courtroom 11, 19th floor.
TRIAL LENGTH is estimated to be   **5 weeks**   days. (**X**) jury    () court

PRETRIAL CONFERENCE DATE: Tuesday, **03/11/08**   at 3:30 p.m.
(Counsel who intend to try the case must attend the pretrial conference. Counsel shall be prepared to discuss all aspects of the case, including settlement. Pretrial to conform to the attached instructions.)

DISCOVERY LIMITS:   Depositions:   Pltf.         Def.
                    Interrogs:      Pltf.         Def.
                    Doc. Req.:      Pltf.         Def.
                    Req. Adm.:      Pltf.         Def.

(Per Federal Rules of Civil Procedure and Local Rules, subject to any provisions below)

NON-EXPERT DISCOVERY CUTOFF is:

DESIGNATION OF EXPERTS:            Pltf.         Def:
    EXPERT REPORTS:
    DESIGNATION OF SUPPLEMENTAL/REBUTTAL EXPERTS:
    SUPPLEMENTAL/REBUTTAL REPORTS:
    Parties shall conform to Federal Rule of Civil Procedure 26(a)(2).

EXPERT DISCOVERY CUTOFF is:

DISPOSITIVE MOTIONS SHALL be heard by: **Wednesday, 11/07/07 @ 3:00 PM or Friday, 11/16/07 at 1:30 PM (special setting)**

SETTLEMENT CONFERENCE shall be held before Magistrate **Judge**   and scheduled to take place

FURTHER STATUS CONFERENCE:         at 2:00 p.m.

**ADDITIONAL ORDERS:**
    Hearing re: OSC - Sealing is set for 10/26/07 @ 10:00 AM

**PLAINTIFF IS ORDERED TO SERVE A COPY OF THIS ORDER ON ANY PARTY SUBSEQUENTLY JOINED IN THIS ACTION**.

Dated:    **October 2, 2007**

*Martin J. Jenkins*
MARTIN J. JENKINS