IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NURSING HOME PENSION FUN, et al.,<br><br>      Plaintiff,<br><br> v.<br><br>ORACLE CORPORATION, et al.,<br><br>      Defendant.<br>_____/ | No. C 01-00988 MJJ<br><br>**Clerk's Notice<br>Rescheduling Hearing** |

(Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing on the attached certificate of service)

YOU ARE NOTIFIED THAT the *dispositive motion hearing* previously set for 11/07/07 at 3:00 PM has been rescheduled for **Friday, 11/16/07** at **1:30 PM**, before the Honorable Martin J. Jenkins. Please report to Courtroom 11, on the 19th Floor, U.S. District Courthouse, 450 Golden Gate Avenue, San Francisco, CA  94102.

Dated:   October 3, 2007                                                          FOR THE COURT,

                                                                                         Richard W. Wieking, Clerk

                                                                                          By:_____
                                                                                            R. B. Espinosa
                                                                                           Deputy Clerk

**United States District Court**
**For the Northern District of California**