COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
MARK SOLOMON (151949)
DOUGLAS R. BRITTON (188769)
STACEY M. KAPLAN (241989)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
marks@csgrr.com
dougb@csgrr.com
skaplan@csgrr.com
        – and –
SHAWN A. WILLIAMS (213113)
WILLOW E. RADCLIFFE (200087)
MONIQUE C. WINKLER (213031)
ELI R. GREENSTEIN (217945)
DANIEL J. PFEFFERBAUM (248631)
100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@csgrr.com
willowr@csgrr.com
moniquew@csgrr.com
elig@csgrr.com
dpfefferbaum@csgrr.com

Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION ) ) ) | Master File No. C-01-0988-MJJ |
| ) | CLASS ACTION |
| ) | |
| This Document Relates To: ) ) | PLAINTIFFS' ADMINISTRATIVE REQUEST TO FILE PLAINTIFFS' NOTICE OF MOTION AND SUPPLEMENTAL SUBMISSION REGARDING DEFENDANTS' DESTRUCTION OF EVIDENCE AND REQUEST FOR SANCTIONS AND OBJECTIONS TO SPECIAL MASTER'S JULY 17, 2006 ORDER DENYING PLAINTIFFS' MOTION TO COMPEL THE RESTORATION OF BACKUP TAPES AND FOR MISCELLANEOUS RELIEF FOR THE DESTRUCTION OF EVIDENCE UNDER SEAL |
| ALL ACTIONS. ) ) | |

1    Pursuant to Civil Local Rules 7-11 and 79-5, plaintiffs submit this Administrative Request to
2 Plaintiffs' Notice of Motion and Supplemental Submission Regarding Defendants' Destruction of
3 Evidence and Request for Sanctions and Objections to Special Master's July 17, 2006 Order
4 Denying Plaintiffs' Motion to Compel the Restoration of Backup Tapes and for Miscellaneous Relief
5 for the Destruction of Evidence Under Seal ("Administrative Request"). This Administrative
6 Request is accompanied by the Declaration of Monique C. Winkler and the [Proposed] Sealing
7 Order, filed concurrently herewith.

8    Plaintiffs' Notice of Motion and Supplemental Submission Regarding Defendants'
9 Destruction of Evidence and Request for Sanctions and Objections to Special Master's July 17, 2006
10 Order Denying Plaintiffs' Motion to Compel the Restoration of Backup Tapes and for Miscellaneous
11 Relief for the Destruction of Evidence contains references to documents marked "confidential" by
12 the parties. This information is subject to the provisions of the Revised Stipulated Protective Order
13 Governing Confidentiality entered on January 11, 2005 and Civil Local Rule 79-5. Accordingly,
14 plaintiffs respectfully request that plaintiffs' Plaintiffs' Notice of Motion and Supplemental
15 Submission Regarding Defendants' Destruction of Evidence and Request for Sanctions and
16 Objections to Special Master's July 17, 2006 Order Denying Plaintiffs' Motion to Compel the
17 Restoration of Backup Tapes and for Miscellaneous Relief for the Destruction of Evidence be filed
18 under the seal of this Court.

19 DATED: October 5, 2007                     COUGHLIN STOIA GELLER
                                                RUDMAN & ROBBINS LLP
20                                              SHAWN A. WILLIAMS
                                                WILLOW E. RADCLIFFE
21                                              MONIQUE C. WINKLER
                                                ELI R. GREENSTEIN
22                                              DANIEL J. PFEFFERBAUM

23

24                                                      /s/
                                                MONIQUE C. WINKLER
25
                                                100 Pine Street, Suite 2600
26                                              San Francisco, CA  94111
                                                Telephone:  415/288-4545
27                                              415/288-4534 (fax)

28

| | |
|---|---|
| 1 | |
| 2 | COUGHLIN STOIA GELLER |
|   |   RUDMAN & ROBBINS LLP |
|   | MARK SOLOMON |
| 3 | DOUGLAS R. BRITTON |
|   | STACEY M. KAPLAN |
| 4 | 655 West Broadway, Suite 1900 |
|   | San Diego, CA  92101 |
| 5 | Telephone: 619/231-1058 |
|   | 619/231-7423 (fax) |

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
MARK SOLOMON
DOUGLAS R. BRITTON
STACEY M. KAPLAN
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

Lead Counsel for Plaintiffs

T:\CasesSF\Oracle3\REQ00046131_admin.doc

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 5, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 5, 2007.

/s/
MONIQUE C. WINKLER

COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
100 Pine Street, 26th Floor
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)

E-mail:moniquew@csgrr.com

# Mailing Information for a Case 3:01-cv-00988-MJJ

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jennie Lee Anderson**
  jennie@libertylaw.com

- **Eric J. Belfi**
  ebelfi@labaton.com,ElectronicCaseFiling@labaton.com

- **Doug Britton**
  dougb@csgrr.com,ldeem@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Patrick Edward Gibbs**
  patrick.gibbs@lw.com,zoila.aurora@lw.com

- **Eli Greenstein**
  Elig@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Kirke M. Hasson**
  kirke.hasson@pillsburylaw.com,cheryl.grant@pillsburylaw.com

- **Stacey Marie Kaplan**
  SKaplan@csgrr.com

- **Reed R. Kathrein**
  reed@hbsslaw.com,nancyq@hbsslaw.com

- **Michele Frances Kyrouz**
  michele.kyrouz@lw.com

- **Nicole Catherine Lavallee**
  nlavallee@bermanesq.com,ysoboleva@bermanesq.com

- **William S. Lerach**
  e_file_sd@lerachlaw.com

- **James C. Maroulis**
  jim.maroulis@oracle.com

- **Caroline McIntyre**
  cmcintyre@be-law.com,swalker@be-law.com

- **Valerie McLaughlin**
  valeriem@lerachlaw.com,kellyb@lerachlaw.com

- **Brian P Murray**

bmurray@rabinlaw.com

- **Shinyung Oh**
  shinyungoh@paulhastings.com

- **Willow E. Radcliffe**
  willowr@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Sanna Rachel Singer**
  ssinger@sideman.com,mthomas@sideman.com

- **Mark Solomon**
  marks@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Edward W. Swanson**
  eswanson@swansonmcnamara.com

- **Shawn A. Williams**
  shawnw@csgrr.com,dpfefferbaum@csgrr.com,travisd@csgrr.com,moniquew@csgrr.com,e_file_s

- **Jamie Lynne Wine**
  jamie.wine@lw.com,karen.kelly@lw.com

- **Monique C. Winkler**
  shawnw@csgrr.com,travisd@csgrr.com,e_file_sd@csgrr.com,E_File_SF@csgrr.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Dorian Daley
500 Oracle Parkway
Redwood City, CA 94065

Corey D. Holzer
Holzer Holzer & Cannon LLC
1117 Perimeter Center West
Suite E-107
Atlanta, GA 30338

Raymond Lane
Bergeson LLP
303 Almaden Blvd., Ste. 500
San Jose, CA 95110

PRG-Schultz USA, Inc.
Paul Hastings Janofsky & Walker LLP
55 Second Street
24th Floor
San Francisco, CA 94105
```

**Darren Jay Robbins**
Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway
Suite 1900
San Diego, CA 92101