1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION ) ) ) | Master File No. C-01-0988-MJJ |
| ) ) | <u>CLASS ACTION</u> |
| This Document Relates To: ) ) | [PROPOSED] SEALING ORDER |
| ALL ACTIONS. ) ) | |

1  Having considered the papers regarding Plaintiffs' Administrative Request to File Plaintiffs'
2  Notice of Motion and Supplemental Submission Regarding Defendants' Destruction of Evidence and
3  Request for Sanctions and Objections to Special Master's July 17, 2006 Order Denying Plaintiffs'
4  Motion to Compel the Restoration of Backup Tapes and for Miscellaneous Relief for the Destruction
5  of Evidence Under Seal; it is hereby ordered that Plaintiffs' Notice of Motion and Supplemental
6  Submission Regarding Defendants' Destruction of Evidence and Request for Sanctions and
7  Objections to Special Master's July 17, 2006 Order Denying Plaintiffs' Motion to Compel the
8  Restoration of Backup Tapes and for Miscellaneous Relief for the Destruction of Evidence is sealed.

9  IT IS SO ORDERED.

11  DATED: _____    _____
                                      THE HONORABLE MARTIN J. JENKINS
12                                    UNITED STATES DISTRICT JUDGE

13  Submitted by:

14  DATED: October 5, 2007

15  Respectfully submitted,

16  COUGHLIN STOIA GELLER
      RUDMAN & ROBBINS LLP
17  SHAWN A. WILLIAMS
    WILLOW E. RADCLIFFE
18  MONIQUE C. WINKLER
    ELI R. GREENSTEIN
19  DANIEL J. PFEFFERBAUM

21          /s/
         MONIQUE C. WINKLER
22
    100 Pine Street, Suite 2600
23  San Francisco, CA  94111
    Telephone:  415/288-4545
24  415/288-4534 (fax)

1  
2  COUGHLIN STOIA GELLER
     RUDMAN & ROBBINS LLP
   MARK SOLOMON
3  DOUGLAS R. BRITTON
   STACEY M. KAPLAN
4  655 West Broadway, Suite 1900
   San Diego, CA  92101
5  Telephone:  619/231-1058
   619/231-7423 (fax)
6  
   Lead Counsel for Plaintiffs
7  
8  T:\CasesSF\Oracle3\ORD00046133_admin.doc
9  
10  
11  
12  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  
27  
28

CERTIFICATE OF SERVICE

I hereby certify that on October 5, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 5, 2007.

/s/
MONIQUE C. WINKLER

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
100 Pine Street, 26th Floor
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)

E-mail:moniquew@csgrr.com

# Mailing Information for a Case 3:01-cv-00988-MJJ

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jennie Lee Anderson**
  jennie@libertylaw.com

- **Eric J. Belfi**
  ebelfi@labaton.com,ElectronicCaseFiling@labaton.com

- **Doug Britton**
  dougb@csgrr.com,ldeem@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Patrick Edward Gibbs**
  patrick.gibbs@lw.com,zoila.aurora@lw.com

- **Eli Greenstein**
  Elig@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Kirke M. Hasson**
  kirke.hasson@pillsburylaw.com,cheryl.grant@pillsburylaw.com

- **Stacey Marie Kaplan**
  SKaplan@csgrr.com

- **Reed R. Kathrein**
  reed@hbsslaw.com,nancyq@hbsslaw.com

- **Michele Frances Kyrouz**
  michele.kyrouz@lw.com

- **Nicole Catherine Lavallee**
  nlavallee@bermanesq.com,ysoboleva@bermanesq.com

- **William S. Lerach**
  e_file_sd@lerachlaw.com

- **James C. Maroulis**
  jim.maroulis@oracle.com

- **Caroline McIntyre**
  cmcintyre@be-law.com,swalker@be-law.com

- **Valerie McLaughlin**
  valeriem@lerachlaw.com,kellyb@lerachlaw.com

- **Brian P Murray**

- bmurray@rabinlaw.com

- **Shinyung Oh**
  shinyungoh@paulhastings.com

- **Willow E. Radcliffe**
  willowr@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Sanna Rachel Singer**
  ssinger@sideman.com,mthomas@sideman.com

- **Mark Solomon**
  marks@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Edward W. Swanson**
  eswanson@swansonmcnamara.com

- **Shawn A. Williams**
  shawnw@csgrr.com,dpfefferbaum@csgrr.com,travisd@csgrr.com,moniquew@csgrr.com,e_file_s

- **Jamie Lynne Wine**
  jamie.wine@lw.com,karen.kelly@lw.com

- **Monique C. Winkler**
  shawnw@csgrr.com,travisd@csgrr.com,e_file_sd@csgrr.com,E_File_SF@csgrr.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Dorian Daley
500 Oracle Parkway
Redwood City, CA 94065

Corey D. Holzer
Holzer Holzer & Cannon LLC
1117 Perimeter Center West
Suite E-107
Atlanta, GA 30338

Raymond Lane
Bergeson LLP
303 Almaden Blvd., Ste. 500
San Jose, CA 95110

PRG-Schultz USA, Inc.
Paul Hastings Janofsky & Walker LLP
55 Second Street
24th Floor
San Francisco, CA 94105
```

**Darren Jay Robbins**
Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway
Suite 1900
San Diego, CA 92101