COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
MARK SOLOMON (151949)
DOUGLAS R. BRITTON (188769)
STACEY M. KAPLAN (241989)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
marks@csgrr.com
dougb@csgrr.com
skaplan@csgrr.com
    – and –
SHAWN A. WILLIAMS (213113)
WILLOW E. RADCLIFFE (200087)
MONIQUE C. WINKLER (213031)
ELI R. GREENSTEIN (217945)
DANIEL J. PFEFFERBAUM (248631)
100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@csgrr.com
willowr@csgrr.com
moniquew@csgrr.com
elig@csgrr.com
dpfefferbaum@csgrr.com

Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | ) ) ) ) ) ) ) ) ) ) ) |

Master File No. C-01-0988-MJJ

CLASS ACTION

[CORRECTED] DECLARATION OF MONIQUE C. WINKLER IN SUPPORT OF PLAINTIFFS' MOTION AND SUPPLEMENTAL SUBMISSION REGARDING DEFENDANTS' DESTRUCTION OF EVIDENCE AND REQUEST FOR SANCTIONS AND OBJECTIONS TO SPECIAL MASTER'S JULY 17, 2006 ORDER DENYING PLAINTIFFS' MOTION TO COMPEL THE RESTORATION OF BACKUP TAPES AND FOR MISCELLANEOUS RELIEF FOR THE DESTRUCTION OF EVIDENCE

Date:         November 16, 2007
Time:         1:30 p.m.
Courtroom:    Honorable Martin J. Jenkins

I, MONIQUE C. WINKLER, declare as follows:

1.      I am an attorney duly licensed to practice before all of the courts of the State of California.  I am associated with the law firm of Coughlin Stoia Geller Rudman & Robbins LLP, one of the counsel of record for plaintiffs in the above-entitled action.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached are true and correct copies of the following exhibits:

| DESCRIPTION | DATE | EXHIBIT |
| --- | --- | --- |
| Plaintiffs' Corrected Notice of Motion and Motion to Compel the Restoration of Backup Tapes and for Miscellaneous Relief for the Destruction of Evidence | May 16, 2006 | 1 |
| Defendants' Corrected Opposition to Plaintiffs' Motion to Compel Restoration of Backup Tapes and for Miscellaneous Relief for the Destruction of Evidence | June 9, 2006 | 2 |
| Plaintiffs' Reply in Support of Corrected Notice of Motion and Motion to Compel Restoration of Backup Tapes and for Miscellaneous Relief for the Destruction of Evidence | June, 16, 2006 | 3 |
| Order Denying Plaintiffs' Motion to Compel the Restoration of Backup Tapes and for Miscellaneous Relief for the Destruction of Evidence | July 17, 2006 | 4 |
| Plaintiffs' Notice of Objection and Objection to the Special Master's Order Denying Plaintiffs' Motion to Compel the Restoration of Backup Tapes and for Miscellaneous Relief for the Destruction of Evidence | August 7, 2006 | 5 |
| Joint Status Statement Pursuant to October 26, 2006 Order | November 2, 2006 | 6 |
| Joint Status Statement Pursuant to December 15, 2006 Order Re Telephonic Status Conference | January 5, 2007 | 7 |
| *Juniper Networks, Inc. v. Toshiba Am., Inc. et al.*, Case No. 2:05-CV-479, Memorandum and Order (E.D. TX) | July 11, 2007 | 8 |
| Transcript of Proceedings before Special Master Infante (JAMS) | July 10, 2006 | 9 |

| DESCRIPTION | DATE | EXHIBIT |
|---|---|---|
| Plaintiffs' *Ex Parte* Application for an Order Enjoining Defendants to Cease Altering Evidence, Directing Defendants to Preserve Evidence and Granting Plaintiffs' Particularized Discovery to Preserve Evidence | November 11, 2002 | 10 |
| Declaration of Greg Myers | November 14, 2002 | 11 |
| Defendants' Opposition to Plaintiffs' *Ex Parte* Application | November 14, 2002 | 12 |
| Order Granting Plaintiffs' Motion to Enforce the Special Master's July 17, 2006 Order and to Compel Additional Accounting Documents Based on Recent Testimony and New Evidence | December 19, 2006 | 13 |
| Transcript of Proceedings before the Honorable Magistrate Judge Joseph C. Spero | March 1, 2005 | 14 |
| Declaration of Greg Myers in Support of Defendants' Opposition to Plaintiffs' Motion to Compel Defendants' Production of Accounting Documents | June 6, 2006 | 15 |
| E-mail from Greg Myers to Megan Birkler re "Debit Memo Listing" (NDCA-ORCL 1726602-03) | October 22, 2002 | 16 |
| E-mail from Greg Myers to Thomas Williams re "DM List" (NDCA-ORCL 1607895-96) | October 15, 2002 | 17 |
| E-mail from Greg Myers to Thomas Williams re "DM For Specific Customers" (NDCA-ORCL 1733056-077) | October 23, 2002 | 18 |
| E-mail from Colleen Calandra to Molly Littlefield re "unapplied cash word doc attached" (NDCA-ORCL 1885991-6020) | December 30, 2004 | 19 |
| E-mail from Greg Myers to Michael Quinn re "Misc Documents" (NDCA-ORCL 1733078-79) | October 22, 2002 | 20 |
| Documents Produced Belatedly in January-February 2007 that Expressly Relate to November 2000 Debit Memos | Various | 21 |
| E-mail from Tom Olinger to various re "Update AR Cash Collections Memo and To Dos" (NDCA-ORCL 1727979-91) | November 1, 2002 | 22 |
| E-mail from Molly Littlefield to John Tazbaz re "I2 Technologies" (NDCA-ORCL 1895745-47) | August 6, 2004 | 23 |
| E-mail from/to various (NDCA-ORCL 1733103-09) | November 17, 2002 | 24 |
| E-mail from Rakesh Kochhar to Molly Littlefield | June 3, 2004 | 25 |

| DESCRIPTION | DATE | EXHIBIT |
|---|---|---|
| re "Incredibly impressive performance by GFIC US Cash AppsTeam" (NDCA-ORCL 1886329-30) | | |
| E-mail from Molly Littlefield to ARINFO_US re "Department of Treasury Refund Request" (NDCA-ORCL 1892686-90) | November 18, 2004 | 26 |
| E-mail from Robynne Sisco to Molly Littlefield re "Possible expansion of PWC Project" (NDCA-ORCL 1885840-52) | October 15, 2004 | 27 |
| Special Litigation Committee Third Interview of Jeffrey Henley (NDCA-ORCL 313789-93) | November 18, 2002 | 28 |
| Deposition Transcript of Jennifer Minton | July 7, 2006 | 29 |
| Deposition Transcript of Jennifer Minton Vol. 2 | September 25, 2006 | 30 |
| Deposition Transcript of Molly Venkataramana | April 13, 2006 | 31 |
| Deposition Transcript of Ian Hatada Vol. 1 | October 5, 2006 | 32 |
| Deposition Transcript of Ian Hatada Vol. 2 | October 10, 2006 | 33 |
| Deposition Transcript of Michael Quinn | April 18, 2006 | 34 |
| Handwritten Notes re "2002 Clean Up" (Exhibit 7 to October 10, 2006 Deposition Transcript of Ian Hatada Vol. 2) (PLF-ORC 001877-80) | N/A | 35 |
| Oracle Spreadsheet (NDCA-ORCL 1646554) | November 20, 2002 | 36 |
| Deposition Transcript of Terry Elam | September 28, 2006 | 37 |
| Final Judgment of Permanent Injunction and Other Relief Against Oracle Systems Corporation (Exhibit 6 to May 19, 2006 Deposition Transcript of Julie Chan) | September 16, 1993 | 38 |
| Calendar Entries/Work Diary (Exhibit 5 to the April 13, 2006 Deposition Transcript of Molly Venkataramana) (PLF-ORC 000002) | October 2002 | 39 |
| Letter from Jamie Wine to Eli Greenstein | May 9, 2006 | 40 |
| Declaration of Ken Keatly in Support of Plaintiffs' *Ex Parte* Application for an Order Enjoining Defendants to Cease Altering Evidence, Directing Defendants to Preserve Evidence and Granting Plaintiffs' Particularized Discovery to Preserve Evidence | November 11, 2002 | 41 |
| Letter from Lee Rubin to Shawn Williams | August 25, 2005 | 42 |
| Amended Order Setting a Discovery Plan | March 10, 2005 | 43 |
| Excerpt of Script Output  (NDCA-ORCL 282677-681) | Undated | 44 |
| Letter Brief Motion to Compel | October 7, 2005 | 45 |

[CORRECTED] DECL OF MONIQUE C. WINKLER IN SUPP OF PLTFS' MOT & SUPPL SUBM RE DEFTS' DESTRUCTION OF EVID & REQ FOR SANC & OBJ - C-01-0988-MJJ

| DESCRIPTION | DATE | EXHIBIT |
|---|---|---|
| Transcript of Proceedings before the Honorable Magistrate Judge Joseph C. Spero | October 18, 2005 | 46 |
| Order Granting Plaintiffs' Motion to Compel Production of Documents | October 19, 2005 | 47 |
| Letter from Lana Morton-Owens to Eli Greenstein | April 17, 2007 | 48 |
| Plaintiffs' Notice of Motion and Motion to Compel Defendants' Production of Accounting Documents; and Memorandum of Points and Authorities In Support Thereof | May 25, 2006 | 49 |
| Order Granting in Part and Denying in Part Plaintiffs' Motion to Compel Defendants' Production Accounting of Documents | July 17, 2006 | 50 |
| Letter from Eli Greenstein to Jamie Wine | July 21, 2006 | 51 |
| Plaintiffs' Motion to Enforce the Special Master's July 17, 2006 Order and to Compel Additional Accounting Documents Based on Recent Testimony and New Evidence | October 30, 2006 | 52 |
| Order Granting in Part Defendants' Motion for Modification of Order Granting Plaintiffs' Motion to Enforce the Special Master's July 17, 2006 Order and to Compel Additional Accounting Documents Based on Recent Testimony and New Evidence | January 12, 2007 | 53 |
| E-mail from Neil Menon to Jill Nelson re "OCC Unapplied Spreadsheet" (NDCA-ORCL 3042909-17) | November 6, 2000 | 54 |
| Deposition Transcript of Greg Myers | April 12, 2005 | 55 |
| E-mail from Greg Myers to Adam Hahn re "On-Account" (NDCA-ORCL 3042915-16) | November 8, 2000 | 56 |
| E-mail from Greg Myers to collections_us@oracle.com re "On Account clean up" (NDCA-ORCL 3042917) | November 21, 2000 | 57 |
| Letter from Lana Morton-Owens to Eli Greenstein | May 3, 2007 | 58 |
| Letter from Brian Glennon to Eli Greenstein | May 31, 2007 | 59 |
| E-mail Linda Leanes to Lauren Segal re "F&A Committee Minutes" (NDCA-ORCL 3042918-25) | February 7, 2003 | 60 |
| Letter from Brian Glennon to Eli Greenstein | May 14, 2007 | 61 |
| Defendants' Consolidated Source Log | May 14, 2007 | 62 |
| Letter from Rees Morgan to Shawn Williams | November 13, 2006 | 63 |
| E-Mail to Greg Myers re Debit Memos (PLF-ORC | October 21, 2002 | 64 |

| DESCRIPTION | DATE | EXHIBIT |
|---|---|---|
| 000006) | | |
| E-mail from Michael Quinn to Ryan Roberts re "Unapplied Cash Project" (NDCA-ORCL 1609399-1609417) | Undated | 65 |
| E-mail from Michael Quinn to Ryan Roberts re "Unapplied Cash Project" (Exhibit 12 to May 19, 2006 Deposition Transcript of Julie Chan) | October 21, 2002 | 66 |
| E-mail from Michael Quinn to Ryan Roberts and Greg Myers re "Re: Unapplied Cash Project" (NDCA-ORCL 1473212-30) | January 1, 1970 [sic] | 67 |
| E-mail from Michael Quinn to Ryan Roberts and Greg Myers re "Unapplied Cash Project" NDCA-ORCL (1609378-79) | January 1, 1970 [sic] | 68 |
| Various Embedded E-mails (NDCA-ORCL 1733110-16, 614018-23, 1609026-30, 1609370-74, 1612819-23) | | 69-73 |
| Defendants' Privilege and Redaction Log | March 16, 2007 | 74 |
| Letter from Lana Morton-Owens to Eli Greenstein | May 15, 2007 | 75 |
| Letter from Brian Glennon to Eli Greenstein | October 20, 2006 | 76 |
| Letter from Eli Greenstein to Patrick Gibbs | April 7, 2006 | 77 |
| Deposition Transcript of Lauren Segal | September 26, 2006 | 78 |
| Deposition Transcript of Daniel Cooperman | October 27, 2006 | 79 |
| E-mail from Daniel Cooperman to Dorian Daley re "Milberg Weiss Press Coverage" (Exhibit 12 to October 27, 2006 Deposition Transcript of Daniel Cooperman) (NDCA-ORCL 380062-69) | March 12, 2001 | 80 |
| Deposition Transcript of Jennifer Glass | August 22, 2006 | 81 |
| Oracle Approved Records Retention Schedule (Exhibit 11 to October 27, 2006 Deposition Transcript of Daniel Cooperman) (NDCA-ORCL 045870-045918) | February 4, 2005 | 82 |
| E-mail from Safra A. Catz to Jennifer Glass re "Dow Jones call re LJE stock" (Exhibit 10 to the August 22, 2006 Deposition Transcript of Jennifer Glass) (NDCA-ORCL 609898) | January 25, 2001 | 83 |
| E-mail from Safra Catz to Jennifer Glass re "LJE stock statement" (Exhibit 11 to the August 22, 2006 Deposition Transcript of Jennifer Glass) (NDCA-ORCL 609901) | January 25, 2001 | 84 |
| E-mail from Lauren Segal to various re "New Securities Suits – Document Retention" (Exhibit 2 to September 26, 2006 Deposition Transcript of | March 13, 2001 | 85 |

| DESCRIPTION | DATE | EXHIBIT |
|---|---|---|
| Lauren Segal) (NDCA-ORCL 308573-74) | | |
| E-mail from Paul Seminara to George Roberts re "Successful Customer Implementation Announcements" (Exhibit 4 to June 16, 2006 Deposition Transcript of Michael Cochran) (NDCA-ORCL 101671-73) | November 9, 2000 | 86 |
| E-mail from James McHugh to various re "Applications 11i on NT/Q3 Opportunity" (Exhibit 6 to June 16, 2006 Deposition Transcript of Michael Cochran) (NDCA-ORCL 101745-46) | February 16, 2001 | 87 |
| E-mail from Ken Hamel to numerous addressees re "Demo Issues with Applications" (Exhibit 5 to September 26, 2006 Deposition Transcript of Lauren Segal) (NDCA-ORCL 617112-14) | October 6, 2000 | 88 |
| E-mail from Ron Wohl to kshaw@oracle.com, bcadogan@oracle.com, courtney.shaw@oracle.com re "Fwd: FW: Frustration" (Exhibit 6 to September 26, 2006 Deposition Transcript of Lauren Segal) | December 16, 2000 | 89 |
| E-mail from Kirsten Shaw to Bill Cadogan Re: "URGENT! ([Fwd: TMP Worldwide Internal Status 3/6/01]" Exhibit 8 to September 26, 2006 Deposition Transcript of Lauren Segal) (NDCA-ORCL 053203-10) | March 8, 2001 | 90 |
| Deposition Transcript of Kirsten Shaw | September 19, 2006 | 91 |
| Oracle Corporation's Third Quarter Financial Results Conference Call Transcript (Exhibit 9 to September 26, 2006 Deposition Transcript of Lauren Segal) | March 15, 2001 | 92 |
| Deposition Transcript of Edward J. Sanderson, Jr. | July 25, 2006 | 93 |
| Deposition Transcript of Edward J. Sanderson, Jr. Vol. 2 | July 26, 2006 | 94 |
| Deposition Transcript of Jeffrey Henley | July 27, 2006 | 95 |
| Deposition Transcript of Carolyn Balkenhol | September 12, 2006 | 96 |
| E-mail from Carolyn Balkenhol to Rudolph Obispo re Sales Distribution Lists (Exhibit 55 to the September 12, 2006 Deposition Transcript of Carolyn Balkenhol) (NDCA-ORCL 026987-8) | October 6, 2000 | 97 |
| Expert Report of R. Glenn Hubbard | May 25, 2007 | 98 |
| Expert Rebuttal Report of R. Glenn Hubbard | June 22, 2007 | 99 |
| Expert Report of Edward Yourdon | May 25, 2007 | 100 |
| Complaint for Violation of the Federal Securities Laws (Exhibit 1 to September 26, 2006 Deposition | March 9, 2001 | 101 |

| DESCRIPTION | DATE | EXHIBIT |
|---|---|---|
| Transcript of Lauren Segal) | | |
| Deposition Transcript of Richard Sellers | February 28, 2006 | 102 |
| Deposition Transcript of Patricia Sullivan | July 26, 2005 | 103 |
| Escalation Management Report (Exhibit 31 to April 7, 2006 Deposition Transcript of Michael Rocha) (NDCA-ORCL 063990-4009) | March 27, 2001 | 104 |
| E-mail from Mark Barrenechea to various re "CRM Customer Escalation – 07 November 2000" (Exhibit 13 to July 11, 2006  Deposition Transcript of Mark Barrenechea) (NDCA-ORCL 101666-70) | November 8, 2000 | 105 |
| E-mail from Ron Wohl to Kirsten Shaw re "GE Corp. Escalation Status for Sunday 12/03/2000 17:30 EDT" (NDCA-ORCL 012381-83) | December 4, 2000 | 106 |
| E-mail from Cliff Godwin to Andrew Huda re "[Fwd: FWD: Liberty Mutual Escalation]" (NDCA-ORCL 028718-20) | January 10, 2001 | 107 |
| Plaintiff's [Proposed] *Revised* Second Amended Complaint for Violations of the Federal Securities Laws | December 9, 2002 | 108 |
| Deposition Transcript of Mark J. Barrenechea | July 11, 2006 | 109 |
| *SOFTWAR, An Intimate Portrait of Larry Ellison and Oracle*, by Matthew Symonds, Simon & Schuster | 2004 | 110 |
| E-mail from Jennifer Minton to various re "Dot.Com Revenue Analysis" (Exhibit 20 to September 26, 2006 Deposition Transcript of Lauren Segal)  (NDCA-ORCL 100911-12) | March 14, 2001 | 111 |
| E-Mail from George Roberts to Larry Ellison re "Papa Johns Information" (Exhibit 11 to September 26, 2006 Deposition Transcript of Lauren Segal) (NDCA-ORCL 227864-75) | March 19, 2001 | 112 |
| E-Mail from Mark Jarvis to George Roberts re "Oracle Issues" (Exhibit 22 to September 26, 2006 Deposition Transcript of Lauren Segal) (NDCA-ORCL 061815-162216) | March 29, 2001 | 113 |
| E-mail from Kirsten Shaw to Ronald Wohl re "URGENT ACTION REQUIRED!" (Exhibit 21 to September 26, 2006 Deposition Transcript of Lauren Segal) (NDCA-ORCL 054074-80) | March 26, 2001 | 114 |
| E-mail from Jennifer Minton to various re "Dot.Com  Revenue Analysis" (Exhibit 16 to October 27, 2006 Deposition Transcript of Daniel Cooperman) (NDCA-ORCL 00911-12) | March 14, 2001 | 115 |
| E-mail from Kirsten Shaw to Ronald Wohl re | March 26, 2001 | 116 |

| DESCRIPTION | DATE | EXHIBIT |
|---|---|---|
| Urgent Action Required (Exhibit 17 to October 27, 2006 Deposition Transcript of Daniel Cooperman) (NDCA-ORCL 054074-80) | | |
| Deposition Transcript of Lawrence Ellison | September 21, 2006 | 117 |
| E-mail from Gary Reiner to Larry Ellison re "Article on Oracle's 11i Application . . . Insightful Perspective of What Other's Are Going Through" (Exhibit 61 to September 21, 2006 Deposition Transcript of Larry Ellison) (NDCA-ORCL 278006-09) | March 20, 2001 | 118 |
| E-mail from Sergio Giacoletto to Mark Jarvis re "Help: Forrester negative report – customer loss" (Exhibit 63 to September 21, 2006 Deposition Transcript of Larry Ellison) (NDCA-ORCL 111294) | March 23, 2001 | 119 |
| E-mail from Mark Jarvis to George Roberts re "Oracle Issues" (Exhibit 65 to September 21, 2006 Deposition Transcript of Larry Ellison) (NDCA-ORCL 061815-18) | March 29, 2001 | 120 |
| E-mail from Sergio Giacoletto to Mark Barrenechea re "CRM Business Update – my feedback" (Exhibit 77 to September 21, 2006 Deposition Transcript of Larry Ellison) (NDCA-ORCL 162213-16) | June 7, 2001 | 121 |
| E-mail from Mark Barrenechea to Larry Ellison re "Value Vision" (Exhibit 67 to September 21, 2006 Deposition Transcript of Larry Ellison) (NDCA-ORCL 094109) | April 9, 2001 | 122 |
| E-mail from Stephen Smith to Larry Ellison re "Pizza Hut President will be calling" (Exhibit 68 to September 21, 2006 Deposition Transcript of Larry Ellison) (NDCA-ORCL 094110-11) | April 13, 2001 | 123 |
| E-mail from George Roberts to Ken Hamel re "ADS Demo Feedback for week ending April 13" (Exhibit 69 to September 21, 2006 Deposition Transcript of Larry Ellison) (NDCA-ORCL 061370-72) | April 19, 2001 | 124 |
| E-mail from Mark Barrenechea to Tom Victory re "Daily CRM ADS Calls" (Exhibit 71 to September 21, 2006 Deposition Transcript of Larry Ellison) (NDCA-ORCL 619342) | April 26, 2001 | 125 |
| E-mail from Mike Runda to Larry Ellison re "Escalated Customer Report 5/21/2001" (Exhibit 73 to September 21, 2006 Deposition Transcript of Larry Ellison ) (NDCA-ORCL 121542-80) | May 21, 2001 | 126 |
| E-mail from Mike Runda to Larry Ellison re "ECMS Report 6/11/2001" (Exhibit 78 to September 21, 2006 Deposition Transcript of | June 11, 2001 | 127 |

| DESCRIPTION | DATE | EXHIBIT |
|---|---|---|
| Larry Ellison) (NDCA-ORCL 121067-95) | | |
| E-mail from Mike Runda to Larry Ellison re "Escalation from ECMS" (Exhibit 79 to September 21, 2006 Deposition Transcript of Larry Ellison) (NDCA-ORCL 121145-75) | June 18, 2001 | 128 |
| E-mail from Susan Marks to Larry Ellison re "Howard Lance, President & CEO, NCR called" (Exhibit 84 to September 21, 2006 Deposition Transcript of Larry Ellison) (NDCA-ORCL 100146) | March 29, 2002 | 129 |
| E-mail from Mark Jarvis to Lisa Arthur re "CRM ad" (Exhibit 86 to September 21, 2006 Deposition Transcript of Larry Ellison) (NDCA-ORCL 062679-80) | May 21, 2002 | 130 |
| E-mail from Mark Barrenechea to Larry Ellison re "Customer Quotes . . . from Color Line (Exhibit 70 to September 21, 2006 Deposition Transcript of Larry Ellison) (NDCA-ORCL 062005) | April 24, 2001 | 131 |
| Cover page titled, "Exhibit Y" with attached e-mail from Eric Louttit to Lisa Pope re "Oracle 11i Upgrade Failure" (Exhibit 85 to September 21, 2006 Deposition Transcript of Larry Ellison) (NDCA-ORCL 297894-96) | April 11, 2002 | 132 |
| E-mail from Kirsten Shaw to Ronald Wohl re "URGENT ACTION REQUIRED" (Exhibit 64 to September 21, 2006 Deposition Transcript of Larry Ellison) (NDCA-ORCL 054074-80) | March 26, 2001 | 133 |
| E-mail from Larry Ellison to Safra Catz, re "URGENT: Tropicana Dial-in Details" (Exhibit 75 to September 21, 2006 Deposition Transcript of Larry Ellison) (NDCA-ORCL 121355-59) | June 3, 2001 | 134 |
| E-mail from Jennifer Minton to William Plant re "IT CRM" (Exhibit 83 to September 21, 2006 Deposition Transcript of Larry Ellison) (NDCA-ORCL 059745-47) | March 22, 2002 | 135 |
| E-mail from Larry Ellison re GE Power Systems | May 27, 2001 | 136 |
| E-mail from Charles Kendig to various re "San Diego County" (Exhibit 10 to September 26, 2006 Deposition Transcript of Lauren Segal) (NDCA-ORCL 121280-87) | May 29, 2001 | 137 |
| E-mail from Ron Wohl to Larry Ellison re "Apps on NT still broken" (Exhibit 47 to July 13, 2006 Deposition Transcript of Larry Ellison) (NDCA-ORCL 063429) | February 6, 2001 | 138 |
| Deposition Transcript of Larry Ellison | July 13, 2006 | 139 |
| E-mail from Larry Ellison to himself re "eCRM draft – the real one" (Exhibit 42 to July 13 2006 Deposition Transcript of Larry Ellison) (NDCA- | January 27, 2001 | 140 |

silver

| DESCRIPTION | DATE | EXHIBIT |
|---|---|---|
| ORCL 035381-83) | | |
| E-mail from Larry Ellison to Safra Catz re: "Re: SAP" (NDCA-ORCL 275567-69) | June 16, 2000 | 141 |
| E-mail from Pier Carlo Falotti to Larry Ellison and Ray Lane re "Announcement" (NDCA-ORCL 275552-54) | May 30, 2000 | 142 |
| E-mail from Larry Ellison to himself, Safra A. Catz and Mark J. Barrenechea re "eCRM draft – the real one" (NDCA-ORCL 276575-78) | January 27, 2001 | 143 |
| E-mail from Larry Garnick to Jennifer Minton re "December FY01 Revenue Results" (Exhibit 115 to September 21, 2006 Deposition Transcript of Larry Ellison) (NDCA-ORCL 00540-43) | January 17, 2001 | 144 |
| E-mail from Gayle Fitzpatrick to James McHugh re "URGENT: Demo Update for George" (Exhibit 19 to July 13, 2006 Deposition Transcript of Larry Ellison) (NDCA-ORCL 618166-69) | January 12, 2001 | 145 |
| E-mail from Jeffrey Henley to saas@us.oracle.com, re "11i Live Customers" (Exhibit 21 to July 13, 2006 Deposition Transcript of Larry Ellison) (NDCA-ORCL 020544-47) | September 6, 2000 | 146 |
| E-mail from Jeffrey Henley to Jennifer Minton re: "Great CRM Note from AMR" (Exhibit 22 to July 13, 2006 Deposition Transcript of Larry Ellison) (NDCA 020631-34) | September 14, 2000 | 147 |
| E-mail from Jay Nussbaum to Ron Police re "Major Applications Demo Issues" (Exhibit 23 to July 13, 2006 Deposition Transcript of Larry Ellison) (NDCA-ORCL 013717-20) | October 10, 2000 | 148 |
| E-mail from Michael Rocha to Larry Ellison re "Carly Fiorina Meeting Update" (Exhibit 24 to July 13, 2006 Deposition Transcript of Larry Ellison) (NDCA-ORCL 014244-45) | October 12, 2000 | 149 |
| E-mail from Jay Nussbaum to dafreedman@bellsouthips.com re "Crm project" (Exhibit 31 to July 13, 2006 Deposition Transcript of Larry Ellison)  (NDCA-ORCL 154023) | December 7, 2000 | 150 |
| E-mail from Ron Wohl to Kirsten Shaw re "Frustration" (Exhibit 33 to July 13, 2006 Deposition Transcript of Larry Ellison) (NDCA-ORCL 297892-93) | December 16, 2000 | 151 |
| E-mail from Anil Vora to Lowry Fenton re "Critical Account Concession Request for Paxar Corporation" (Exhibit 34 to July 13, 2006 Deposition Transcript of Larry Ellison) (NDCA-ORCL 039324-28) | January 5, 2001 | 152 |
| E-mail from Safra Catz cc to Larry Ellison re "DO | January 9, 2001 | 153 |

[CORRECTED] DECL OF MONIQUE C. WINKLER IN SUPP OF PLTFS' MOT & SUPPL SUBM RE DEFTS' DESTRUCTION OF EVID & REQ FOR SANC & OBJ - C-01-0988-MJJ

- 10 -

| DESCRIPTION | DATE | EXHIBIT |
|---|---|---|
| NOT FORWARD: BELLSOUTH" (Exhibit 35 to July 13, 2006 Deposition Transcript of Larry Ellison) (NDCA-ORCL 035275) | | |
| E-mail from Ron Wohl to Kirsten Shaw re "The cost of Partnering with Oracle" (Exhibit 36 to July 13, 2006 Deposition Transcript of Larry Ellison) (NDCA-ORCL 012414-17) | January 9, 2001 | 154 |
| E-mail from Safra Catz to Larry Ellison re "Craig Riggs MRO Comment by Sonne" (Exhibit 37 to July 13, 2006 Deposition Transcript of Larry Ellison) (NDCA-ORCL 035276-79) | January 9, 2001 | 155 |
| E-mail from Rebecca Enonchong to Kirsten Shaw re "The Cost of Partnering with Oracle" (Exhibit 38 to July 13, 2006 Deposition Transcript of Larry Ellison)  (NDCA-ORCL 013041-47) | January 11, 2001 | 156 |
| E-mail from Safra Catz to HQAPP re "ge capital-asset leasing" (Exhibit 40 to July 13, 2006 Deposition Transcript of Larry Ellison) (NDCA-ORCL 035362-64) | January 23, 2001 | 157 |
| E-mail from Ron Wohl to Sergio Giacoletto re "11.5.x challenges: NLS, Patching, Training – some suggestions" (Exhibit 41 to July 13, 2006 Deposition Transcript of Larry Ellison) (NDCA-ORCL 035356-58) | January 21, 2001 | 158 |
| E-mail from Safra Catz to Larry Ellison re "Chipotle/McDonald's 11i Issues" (Exhibit 44 to July 13, 2006 Deposition Transcript of Larry Ellison) (NDCA-ORCL 035425-28) | January 30, 2001 | 159 |
| E-mail from Ron Wohl to Larry Ellison re "critical aol/J bugs" (Exhibit 45 to July 13, 2006 Deposition Transcript of Larry Ellison) (NDCA-ORCL 012439-41) | January 31, 2001 | 160 |
| E-mail from Michael DeCesare to Larry Ellison re "HP CRM Close Plan" (Exhibit 46 to July 13, 2006 Deposition Transcript of Larry Ellison) (NDCA-ORCL 020844-49) | November 28, 2000 | 161 |
| Cover page titled "Exhibit U" with attached e-mail from Ron Wohl to Larry Ellison re "11.i.4 and CRM" (Exhibit 49 to July 13, 2006 Deposition Transcript of Larry Ellison) (NDCA-ORCL 297837-38) | February 8, 2001 | 162 |
| E-mail from Jeffrey Henley to Renee Knee re "Siebel IBM update" (Exhibit 48 to July 13, 2006 Deposition Transcript of Larry Ellison) (NDCA-ORCL 175158-61) | February 7, 2001 | 163 |
| E-mail from Jeffrey Henley to Jennifer Minton re "Support Revenue Status" (Exhibit 50 to July 13, 2006 Deposition Transcript of Larry Ellison) (NDCA-ORCL 097883) | February 19, 2001 | 164 |

| DESCRIPTION | DATE | EXHIBIT |
|---|---|---|
| E-mail from Elizabeth Baker to Larry Ellison re "Oracle Compensation: Need your help" (Exhibit 52 to September 21, 2006 Deposition Transcript of Larry Ellison) (NDCA-ORCL 019153-55) | January 2, 2001 | 165 |
| E-mail from Safra Catz to Larry Ellison re "GSI Call" (Exhibit 54 to September 21, 2006 Deposition Transcript of Larry Ellison) (NDCA-ORCL 610546-48) | January 9, 2001 | 166 |
| E-mail from Safra Catz to Mark Barrenechea re "Apps Meeting Agenda, Thurs. Jan 11th" (Exhibit 55 to September 21, 2006 Deposition Transcript of Larry Ellison) (NDCA-ORCL 035280-82) | January 11, 2001 | 167 |
| E-mail from Safra Catz to Larry Ellison re "Projects 11i Upgrade Status 29-Jan-01" (Exhibit 56 to September 21, 2006 Deposition Transcript of Larry Ellison) (NDCA-ORCL 610921-23) | January 30, 2001 | 168 |
| E-mail from Larry Ellison to Jennifer Minton re "status on GSI" (Exhibit 59 to September 21, 2006 Deposition Transcript of Larry Ellison) (NDCA-ORCL 101468-70) | February 22, 2001 | 169 |
| E-mail from Larry Ellison to Gary Reiner re procurement (Exhibit 60 to September 21, 2006 Deposition Transcript of Larry Ellison) (NDCA-ORCL 052637) | February 26, 2001 | 170 |
| E-mail from Jeffrey Henley to Jennifer Minton re "Final Product Sales – Confidential" (Exhibit 108 to September 21, 2006 Deposition Transcript of Larry Ellison) (NDCA-ORCL 020724-25) | September 11, 2000 | 171 |
| E-mail from George Roberts to nagvp@us.oracle.com re "First Q3 forecast data" (Exhibit 119 to September 21, 2006 Deposition Transcript of Larry Ellison) (NDCA-ORCL 028582-83) | December 4, 2000 | 172 |
| E-mail from Mike Rosser to Stephanie Aas re "Early Returns Q2 CRM update" (Exhibit 120 to September 21, 2006 Deposition Transcript of Larry Ellison) (NDCA-ORCL 021388-90) | December 4, 2000 | 173 |
| E-mail from Jennifer Minton to Ron Police re "OSO-UAT" (Exhibit 121 to September 21, 2006 Deposition Transcript of Larry Ellison) (NDCA-ORCL 086728-29) | December 6, 2000 | 174 |
| E-mail from Jeffrey Henley to Thomas Williams re "HP Deal & Discounts – Company Confidential" (Exhibit 135 to September 21, 2006 Deposition Transcript of Larry Ellison) (NDCA-ORCL 025020-21) | November 30, 2000 | 175 |
| Transcript of Proceedings before Special Master Infante (JAMS) | September 11, 2006 | 176 |

| DESCRIPTION | DATE | EXHIBIT |
|---|---|---|
| Special Litigation Committee Second Interview of Larry Ellison (NDCA-ORCL 297543-59) | September 20, 2002 | 177 |
| E-mail from Martha Cavanna to Stacey Torman re "Business Life Ellison cover story" (NDCA-ORCL 178069-73) | March 16, 2001 | 178 |
| Deposition Transcript of Lawrence Ellison Vol. 3 | March 30, 2007 | 179 |
| Deposition Transcript of Jeffrey Henley | November 16, 2006 | 180 |
| E-mail from Lia Burke to Larry Ellison re "Pipeline in OSO" (Exhibit 109 to September 21, 2006 Deposition Transcript of Larry Ellison) (NDCA-ORCL 036423) | September 22, 2000 | 181 |
| Rebuttal Expert Report of George Foster | June 22, 2007 | 182 |
| *SOFTWAR* Excerpt (Exhibit 92 to September 21, 2006 Deposition Transcript of Larry Ellison) | 2004 | 183 |
| Order Granting in Part and Denying in Part Plaintiffs' Motion to Compel Further Responses to Plaintiffs' Third Set of Requests for Production, Fourth Set of Interrogatories and Third Set of Requests for Admission | September 15, 2006 | 184 |
| Order Granting in Part and Denying in Part Plaintiffs' Motion to Enforce  Court's September 15, 2006 Order Compelling Defendants to Produce Forecasting and Deal Reports | December 14, 2006 | 185 |
| Declaration of James C. Maroulis Regarding September 15, 2006 Order and Auto-Dated Forecasting Reports | January 25, 2007 | 186 |
| Amended Declaration of James Maroulis Regarding September 15, 2006 Order | January 25, 2007 | 187 |
| Order Granting in Part and Denying in Part Plaintiffs' Motion to Enforce the Court's December 14, 2006 Order Compelling Defendants to Produce a Declaration Addressing Oracle's Forecasting and Deal Reports | February 27, 2007 | 188 |
| Declaration of Ivgen Guner Regarding Forecasting Reports | March 20, 2007 | 189 |
| Corporate Forecast Schedule Fiscal Year 2000 (NDCA-ORCL 252697-99) | Undated | 190 |
| Oracle Approved Records Retention Schedule (Exhibit 18 to May 19, 2006 Deposition Transcript of Julie Chan) (NDCA-ORCL 045870-918) | February 4, 2005 | 191 |
| Excerpt of the Report of the Special Litigation Committee of the Board of Directors of Oracle | November 22, 2002 | 192 |

| DESCRIPTION | DATE | EXHIBIT |
|---|---|---|
| Corporation Vol. 1 (NDCA-ORCL 294808-23) | | |
| E-Mail from Mike Runda to various re "ECMS Customers with the most Problems as of 6/4/2001" (Exhibit 19 to the September 19, 2006 Deposition Transcript of Kirsten Shaw) (NDCA-ORCL 121406-07) | June 4, 2001 | 193 |
| Order Granting in Part and Denying in Part Plaintiffs' Motion to Compel Defendants' Production of Documents Concerning and Created in Preparation for the Book *SOFTWAR* | December 14, 2006 | 194 |
| Order Re: Plaintiffs' Motion to Compel Defendants' Production of Documents Concerning and Created in Preparation for the Book *SOFTWAR* | December 14, 2006 | 195 |
| Agreement between Larry Ellison and Matthew Symonds (NDCA-ORCL 1529371-92) | February 8, 2001 | 196 |
| Letter from Matthew Symonds to Larry Ellison and Carolyn  Balkenhol attaching collaboration agreement and proposal  (NDCA-ORCL 1053563-77) | Undated | 197 |
| E-mail from Andrew Wylie to Larry Ellison and Matthew Symonds re "attachments for LE" (NDCA-ORCL 1053544-77) | January 5, 2001 | 198 |
| Plaintiffs' First Set of Requests for Production of Documents to Defendants Oracle, *Et Al.* | December 9, 2004 | 199 |
| Plaintiffs' Third Set of Requests for Production of Documents to Defendants Oracle Corporation, *et al.* | May 31, 2006 | 200 |
| Transcript of Telephonic Hearing before Special Master Infante | March 9, 2007 | 201 |
| Interview Transcript between Matthew Symonds and Larry Ellison (NDCA-ORCL 1529323-60) | August 20, 2002 | 202 |
| Interview Transcript between Matthew Symonds and Larry Ellison (NDCA-ORCL 1529157-80) | January 18, 2002 | 203 |
| Declaration of Brooks L. Hilliard CMC CCP | May 25, 2007 | 204 |
| Deposition Transcript of Brooks L. Hilliard | June 28, 2007 | 205 |
| Letter from Matthew Symonds to Patrick Gibbs (NDCA-ORCL 1529156) | January 14, 2007 | 206 |
| Letter from Sean Coyle to Mark Solomon | October 17, 2006 | 207 |
| Defendants' Opposition to Plaintiffs' Motion to Compel Defendants' Production of Documents | November 13, 2006 | 208 |

| DESCRIPTION | DATE | EXHIBIT |
|---|---|---|
| Concerning and Created In Preparation for the Book *SOFTWAR* | | |
| Defendants' Notice of Motion and Motion to Reverse Special Master Infante's Order Re: *SOFTWAR* Materials | January 22, 2007 | 209 |
| Order Denying Defendants' Motion to Reverse Special Master's Order Re: *SOFTWAR* Materials | April 3, 2007 | 210 |
| Letter from Stacey Kaplan to Patrick Gibbs | January 3, 2007 | 211 |
| Letter from Mark Solomon to Patrick Gibbs | January 5, 2007 | 212 |
| Letter from Patrick Gibbs to Matthew Symonds | January 10, 2007 | 213 |
| Letter from Patrick Gibbs to Mark Solomon | January 11, 2007 | 214 |
| Letter from Mark Solomon to Patrick Gibbs | January 11, 2007 | 215 |
| Letter from Patrick Gibbs to Mark Solomon | January 16, 2007 | 216 |
| Letter from Mark Solomon to Patrick Gibbs | January 17, 2007 | 217 |
| Letter from Stacey Kaplan to Patrick Gibbs | February 8, 2007 | 218 |
| Letter from Patrick Gibbs to Stacey Kaplan | February 9, 2007 | 219 |
| Letter from Patrick Gibbs to Mark Solomon | February 22, 2007 | 220 |
| Letter from Shawn Williams to Patrick Gibbs | February 23, 2007 | 221 |
| Letter from Peter Wald to Special Master Infante | January 15, 2007 | 222 |
| Defendants' Supplement to Motion to Reverse Special Master's Order Re: *SOFTWAR* Materials | February 23, 2007 | 223 |
| Request for International Assistance Pursuant to the Hague Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters | February 01, 2007 | 224 |
| Plaintiffs' Notice of Motion and Motion to Compel Additional Time for the Depositions of Larry Ellison and Safra Catz | February 20, 2007 | 225 |
| Defendants' Opposition to Plaintiffs' [Renewed] Motion to Compel Additional Time for the Depositions of Larry Ellison and Safra Catz | March 2, 2007 | 226 |
| Plaintiffs' Reply in Support of Motion to Compel Additional Time for the Depositions of Larry Ellison and Safra Catz | March 7, 2007 | 227 |
| Defendants' Second Supplement to Motion to Reverse Special Master's Order Re: *SOFTWAR* Materials | March 14, 2007 | 228 |
| Deposition Transcript of Matthew Symonds | March 20, 2007 | 229 |

| DESCRIPTION | DATE | EXHIBIT |
|---|---|---|
| "The Rewards of Recklessness: A Portrait of Larry Ellison and Oracle Corporation at War"(NDCA-ORCL 1053842-55) | Undated | 230 |
| Order Regarding Plaintiffs' Motion to Compel the Testimony and Determine the Applicability of the Fifth Amendment Right Against Self-Incrimination to Foreign Citizen and Non-U.S. Resident Matthew Symonds | June 29, 2007 | 231 |
| Defendants' Memorandum of Points and Authorities in Support of Motion to Stay Discovery in the *Oracle Cases*, Judicial Council Coordination Proceeding No. 4180, San Mateo Superior Court Case No. 417511 (*Akhter v. Boskin*) | June 13, 2002 | 232 |
| E-mail from Larry Ellison to George Roberts re "revised and approve american greeting letter" (Exhibit 53 to September 21, 2006 Deposition Transcript of Larry Ellison) (NDCA-ORCL 014075-76) | January 5, 2001 | 233 |
| Cover page titled, "Exhibit N" with attached e-mail from Sohaib Abbasi to Lawrence J. Ellison re "Education Q3 Forecast 1/29/01" (Exhibit 57 to September 21, 2006 Deposition Transcript of Larry Ellison) (NDCA-ORCL 297774-77) | February 1, 2001 | 234 |
| E-mail from Ron Wohl to Jennifer Minton re "internal upgrade decision" (Exhibit 122 to September 21, 2006 Deposition Transcript of Larry Ellison) (NDCA-ORCL 012385) | December 9, 2000 | 235 |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 5th day of October, 2007, at San Francisco, California.

/s/
MONIQUE C. WINKLER

T:\CasesSF\Oracle3\DEC00046103_mcw2.doc

1

<u>CERTIFICATE OF SERVICE</u>

2

I hereby certify that on October 5, 2007, I electronically filed the foregoing with the Clerk of

3

the Court using the CM/ECF system which will send notification of such filing to the e-mail

4

addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have

5

mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF

6

participants indicated on the attached Manual Notice List.

7

I certify under penalty of perjury under the laws of the United States of America that the

8

foregoing is true and correct.  Executed on October 5, 2007.

9

10

/s/
MONIQUE C. WINKLER

11

COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP

12

100 Pine Street, 26th Floor

13

San Francisco, CA  94111
Telephone:  415/288-4545

14

415/288-4534 (fax)

15

E-mail:moniquew@csgrr.com

16

17

18

19

20

21

22

23

24

25

26

27

28

# Mailing Information for a Case 3:01-cv-00988-MJJ

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jennie Lee Anderson**
  jennie@libertylaw.com

- **Eric J. Belfi**
  ebelfi@labaton.com,ElectronicCaseFiling@labaton.com

- **Doug Britton**
  dougb@csgrr.com,ldeem@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Patrick Edward Gibbs**
  patrick.gibbs@lw.com,zoila.aurora@lw.com

- **Eli Greenstein**
  Elig@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Kirke M. Hasson**
  kirke.hasson@pillsburylaw.com,cheryl.grant@pillsburylaw.com

- **Stacey Marie Kaplan**
  SKaplan@csgrr.com

- **Reed R. Kathrein**
  reed@hbsslaw.com,nancyq@hbsslaw.com

- **Michele Frances Kyrouz**
  michele.kyrouz@lw.com

- **Nicole Catherine Lavallee**
  nlavallee@bermanesq.com,ysoboleva@bermanesq.com

- **William S. Lerach**
  e_file_sd@lerachlaw.com

- **James C. Maroulis**
  jim.maroulis@oracle.com

- **Caroline McIntyre**
  cmcintyre@be-law.com,swalker@be-law.com

- **Valerie McLaughlin**
  valeriem@lerachlaw.com,kellyb@lerachlaw.com

- **Brian P Murray**

bmurray@rabinlaw.com

- **Shinyung Oh**
  shinyungoh@paulhastings.com

- **Willow E. Radcliffe**
  willowr@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Sanna Rachel Singer**
  ssinger@sideman.com,mthomas@sideman.com

- **Mark Solomon**
  marks@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Edward W. Swanson**
  eswanson@swansonmcnamara.com

- **Shawn A. Williams**
  shawnw@csgrr.com,dpfefferbaum@csgrr.com,travisd@csgrr.com,moniquew@csgrr.com,e_file_s

- **Jamie Lynne Wine**
  jamie.wine@lw.com,karen.kelly@lw.com

- **Monique C. Winkler**
  shawnw@csgrr.com,travisd@csgrr.com,e_file_sd@csgrr.com,E_File_SF@csgrr.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Dorian Daley
500 Oracle Parkway
Redwood City, CA 94065

Corey D. Holzer
Holzer Holzer & Cannon LLC
1117 Perimeter Center West
Suite E-107
Atlanta, GA 30338

Raymond Lane
Bergeson LLP
303 Almaden Blvd., Ste. 500
San Jose, CA 95110

PRG-Schultz USA, Inc.
Paul Hastings Janofsky & Walker LLP
55 Second Street
24th Floor
San Francisco, CA 94105
```

**Darren Jay Robbins**
Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway
Suite 1900
San Diego, CA 92101