1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

11

NORTHERN DISTRICT OF CALIFORNIA

12

| In re ORACLE CORPORATION SECURITIES LITIGATION | ) ) ) | Master File No. C-01-0988-MJJ |

13

CLASS ACTION

14

This Document Relates To:

15

ALL ACTIONS.

[PROPOSED] ORDER GRANTING
PLAINTIFFS' MOTION AND
SUPPLEMENTAL SUBMISSION
REGARDING DEFENDANTS'
DESTRUCTION OF EVIDENCE AND
REQUEST FOR SANCTIONS AND
OBJECTIONS TO SPECIAL MASTER'S
JULY 17, 2006 ORDER DENYING
PLAINTIFFS' MOTION TO COMPEL THE
RESTORATION OF BACKUP TAPES AND
FOR MISCELLANEOUS RELIEF FOR THE
DESTRUCTION OF EVIDENCE

16
17
18
19
20
21
22
23
24
25
26
27
28

Pending before the Court is Plaintiffs' Motion and Supplemental Submission Regarding Defendants' Destruction of Evidence and Request for Sanctions and Objections to Special Master's July 17, 2006 Order Denying Plaintiffs' Motion to Compel the Restoration of Backup Tapes and for Miscellaneous Relief for the Destruction of Evidence ("Plaintiffs' Motion") brought pursuant to the Court's inherent power and Fed. R. Civ. P. 37.  Plaintiffs seek sanctions for defendants' alleged failure to preserve and maintain the integrity of relevant evidence.

After consideration of Plaintiffs' Motion and exhibits thereto and defendants' opposition thereto, reply thereto, the parties' oral arguments, relevant case law and statutory authority, Plaintiffs' Motion is HEREBY GRANTED.  The Court finds defendants failed to preserve and maintain the integrity of relevant evidence (in hard copy or electronic form) as required by both the common law and 15 U.S.C. §77z-1(b)(2).  The sanctions that plaintiffs seek are appropriate, including, or in the alternative:

1.     Default judgment; and

2.     Evidentiary Sanctions, including, but not limited to:

(a)     An adverse inference instruction to the trier-of fact as follows: It is the duty of a party to preserve and produce all potential relevant evidence and not to take action that will cause the destruction of loss of relevant evidence, hindering the other side from making its own examination and investigation of all potentially relevant evidence.  You are instructed, in this case, that defendants did not produce all relevant documents.  You are further instructed that as a result of defendants' failure to produce relevant documents, that the evidence contained in such documents was unfavorable to defendants.  You are further instructed that defendants actually destroyed relevant materials after the initiation of this lawsuit, including the audio tapes and transcripts of interviews with defendant Lawrence Ellison, virtually all e-mail from Ellison's files as well as the sales database for the relevant period and the log-ins that would have proved who accessed the database.  You are further instructed that the destruction of the materials by defendants means that the materials contained damaging evidence against the defendants;

1    (b)  An adverse inference instruction to the trier-of fact as follows:  The author of

2 *SOFTWAR, An Intimate Portrait of Larry Ellison and Oracle*, has invoked the 5th Amendment to

3 the U.S. Constitution and refused to answer questions posed by plaintiffs' counsel in this case on the

4 grounds that to do so may incriminate him with respect to the criminal destruction of evidence in this

5 case. The author is Matthew Symonds who also is a close friend of defendant Ellison.  The evidence

6 in question is hundreds of hours of audio tapes of interviews with defendant Ellison and transcripts

7 of those interviews that concern events and claims in this litigation.  Larry Ellison was ordered to

8 produce these materials but, after secret contacts between Ellison and Symonds, the materials were

9 intentionally destroyed.  You are instructed in this case that the destruction of the *SOFTWAR*

10 materials demonstrate that Ellison and Symonds were aware that their contents were damaging to

11 Ellison in this litigation and that is why they were unlawfully destroyed in violation of this Court's

12 Order that they be produced by Ellison (who had a contractual right to them) to plaintiffs;

13    (c)  Precluding defendants from introducing any expert testimony including, but

14 not limited to, the functionality of Oracle Corporation's ("Oracle") E-Business Suite 11i ("Suite

15 11i"), and the reasonableness of 3Q01 forecasted sales and earnings;

16    (d)  Precluding defendants from introducing any evidence or testimony that

17 customers were satisfied with Suite 11i;

18    (e)  Precluding defendants from introducing any evidence or testimony that

19 defendants had not seen any erosion in Oracle's internal forecast right up to the end of the quarter;

20    (f)  Precluding defendants from introducing any evidence or testimony  that the

21 "audit trail" of the debit memo transactions did not improperly convert customer cash to Oracle's

22 revenue earnings or otherwise impact Oracle's financial statements;

23    (g)  Precluding defendants from introducing any evidence or testimony that

24 defendants were unaware of the improper conversion of customer cash to revenue or earnings; and

25

26

27

28

1            (h)     Precluding defendants from introducing any evidence or testimony that

2 defendant Ellison was not in possession of material information at the time he sold stock in January

3 2001.

4        IT IS SO ORDERED.

5 DATED: _____          _____

                                                 THE HONORABLE MARTIN J. JENKINS

6                                                UNITED STATES DISTRICT JUDGE
Submitted by:

7 DATED:  October 9, 2007

8 COUGHLIN STOIA GELLER RUDMAN

9    & ROBBINS LLP
SHAWN A. WILLIAMS

10 WILLOW E. RADCLIFFE
MONIQUE C. WINKLER

11 ELI R. GREENSTEIN
DANIEL J. PFEFFERBAUM

12 _____
                  /s/

13          MONIQUE C. WINKLER

14 100 Pine Street, Suite 2600
San Francisco, CA  94111

15 Telephone:  415/288-4545
415/288-4534 (fax)

16 COUGHLIN STOIA GELLER RUDMAN

17    & ROBBINS LLP
MARK SOLOMON

18 DOUGLAS R. BRITTON
VALERIE L. McLAUGHLIN

19 GAVIN M. BOWIE
STACEY M. KAPLAN

20 655 West Broadway, Suite 1900
San Diego, CA  92101

21 Telephone:  619/231-1058
619/231-7423 (fax)

22 Lead Counsel for Plaintiffs

23

24 T:\casesSF\oracle3\ORD00046138.doc

25

26

27

28

[PROPOSED] ORDER GRANTING PLAINTIFFS' NOTICE OF MOTION AND SUPPLEMENTAL
SUBMISSION REGARDING DEFENDANTS' DESTRUCTION OF EVIDENCE - C-01-0988-MJJ    - 3 -

1

<u>CERTIFICATE OF SERVICE</u>

2      I hereby certify that on October 9, 2007, I electronically filed the foregoing with the Clerk of

3   the Court using the CM/ECF system which will send notification of such filing to the e-mail

4   addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have

5   mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF

6   participants indicated on the attached Manual Notice List.

7      I certify under penalty of perjury under the laws of the United States of America that the

8   foregoing is true and correct.  Executed on October 9, 2007.

9

10                                        /s/
                                   MONIQUE C. WINKLER

11                                 COUGHLIN STOIA GELLER
                                      RUDMAN & ROBBINS LLP
12                                 100 Pine Street, 26th Floor
                                   San Francisco, CA  94111
13                                 Telephone:  415/288-4545
                                   415/288-4534 (fax)
14

15                                 E-mail:MoniqueW@csgrr.com

16

17

18

19

20

21

22

23

24

25

26

27

28

# Mailing Information for a Case 3:01-cv-00988-MJJ

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jennie Lee Anderson**
  jennie@libertylaw.com

- **Eric J. Belfi**
  ebelfi@labaton.com,ElectronicCaseFiling@labaton.com

- **Doug Britton**
  dougb@csgrr.com,ldeem@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Patrick Edward Gibbs**
  patrick.gibbs@lw.com,zoila.aurora@lw.com

- **Eli Greenstein**
  Elig@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Kirke M. Hasson**
  kirke.hasson@pillsburylaw.com,cheryl.grant@pillsburylaw.com

- **Stacey Marie Kaplan**
  SKaplan@csgrr.com

- **Reed R. Kathrein**
  reed@hbsslaw.com,nancyq@hbsslaw.com

- **Michele Frances Kyrouz**
  michele.kyrouz@lw.com

- **Nicole Catherine Lavallee**
  nlavallee@bermanesq.com,ysoboleva@bermanesq.com

- **William S. Lerach**
  e_file_sd@lerachlaw.com

- **James C. Maroulis**
  jim.maroulis@oracle.com

- **Caroline McIntyre**
  cmcintyre@be-law.com,swalker@be-law.com

- **Valerie McLaughlin**
  valeriem@lerachlaw.com,kellyb@lerachlaw.com

- **Brian P Murray**

bmurray@rabinlaw.com

- **Shinyung Oh**
  shinyungoh@paulhastings.com

- **Willow E. Radcliffe**
  willowr@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Mark Solomon**
  marks@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Edward W. Swanson**
  eswanson@swansonmcnamara.com

- **Shawn A. Williams**
  shawnw@csgrr.com,dpfefferbaum@csgrr.com,travisd@csgrr.com,moniquew@csgrr.com,e_file_s

- **Jamie Lynne Wine**
  jamie.wine@lw.com,karen.kelly@lw.com

- **Monique C. Winkler**
  shawnw@csgrr.com,travisd@csgrr.com,e_file_sd@csgrr.com,E_File_SF@csgrr.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Dorian Daley**
500 Oracle Parkway
Redwood City, CA 94065

**Corey D. Holzer**
Holzer Holzer & Cannon LLC
1117 Perimeter Center West
Suite E-107
Atlanta, GA 30338

**Raymond Lane**
Bergeson LLP
303 Almaden Blvd., Ste. 500
San Jose, CA 95110

**PRG-Schultz USA, Inc.**
Paul Hastings Janofsky & Walker LLP
55 Second Street
24th Floor
San Francisco, CA 94105

**Darren Jay Robbins**
Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway
Suite 1900

San Diego, CA 92101

**Sanna Rachel Singer**
Sideman & Bancroft LLP
One Embarcadero Center, 8th Floor
San Francisco, CA 94111