LATHAM & WATKINS LLP
 Peter A. Wald (SBN 85705)
 Michele F. Kyrouz (SBN 168004)
505 Montgomery Street, Suite 2000
San Francisco, CA  94111-2562
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
E-mail: peter.wald@lw.com
        michele.kyrouz@lw.com

LATHAM & WATKINS LLP
 Patrick E. Gibbs  (SBN 183174)
135 Commonwealth Drive
Menlo Park, CA 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600
E-mail: patrick.gibbs@lw.com

LATHAM & WATKINS LLP
 Jamie L. Wine  (SBN 181373)
633 West Fifth Street, Suite 4000
Los Angeles, CA 90071-2007
Telephone: (213) 485-1234
Facsimile: (213) 891-8763
E-mail: jamie.wine@lw.com

Attorneys for Defendants ORACLE CORPORATION, LAWRENCE
J. ELLISON, JEFFREY O. HENLEY, and EDWARD J. SANDERSON

ORACLE CORPORATION
 Dorian Daley (SBN 129049)
 James C. Maroulis (SBN 208316)
500 Oracle Parkway
Mailstop 5OP7
Redwood Shores, California 94065
Telephone: (650) 506-5200
Facsimile: (650) 506-7114
E-mail: jim.maroulis@oracle.com

Attorneys for Defendant ORACLE CORPORATION

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION | Master File No. C-01-0988-MJJ (JCS) (Consolidated) |
| | <u>CLASS ACTION</u> |
| This Document Relates To:<br><br>ALL ACTIONS. | **DECLARATION OF IVGEN GUNER IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>Date:    N/A<br>Time:    N/A<br>Judge:   Hon. Martin J. Jenkins |

1     I, Ivgen Guner, declare as follows:

2  1.  I submit this declaration in support of Defendants' Motion for Summary

3 Judgment, or in the Alternative, Summary Adjudication. I have personal knowledge of the facts

4 set forth below, or where I do not have personal knowledge, I am informed and believe the stated

5 facts to be true and correct.

6  2.  I was first employed with Oracle in 1996 as Director of Finance for East Sales. In

7 or around 1997, I became Director of Finance for U.S. Major Accounts, then as Director of

8 Finance for U.S. Sales in or around 1998, and then in or around 1999, as Director of Finance for

9 Americas while also supporting Oracle Product Industries ("OPI"). I also obtained the title of

10 Vice President in 1999. Beginning in October or November of 2000, I became Vice President

11 and head of Corporate Financial Planning & Analysis, Oracle's corporate finance department,

12 and I have continued in that role as Vice President of Global Services and Corporate Financial

13 Planning & Analysis ("FP&A") to the present.

14  3.  In connection with my work in Oracle's FP&A group, since at least 1999, I have

15 commonly reviewed documents that Oracle has prepared in connection with the Company's

16 forecasting and financial reporting processes. As part of the forecasting process, persons

17 working in Oracle's FP&A group would create periodic forecasting-related reports, including

18 Upside Reports, Pipeline Reporting Packages, Big Deal Reports and Big Deal Updates. In

19 addition, persons working in Oracle's FP&A group would also create periodic financial reporting

20 packages including the Flash Reports, Quarterly Financial Reporting Packages and Product

21 Revenue Reporting Packages. As part of my job responsibilities, I am fully familiar with all

22 these reports.

23  4.  Below is an index of true and correct copies of certain Upside Reports, created on

24 or about the date indicated. During the time period referenced in the documents listed below,

25 Upside Reports were regularly made and kept by Oracle's FP&A group as part of Oracle's

26 regular course of business. Each of the documents listed below was made and kept by Oracle's

27 FP&A group as part of Oracle's regular course of business:

28

LATHAM•WATKINS™ SV\571252.1
ATTORNEYS AT LAW
SAN FRANCISCO

DECLARATION OF IVGEN GUNER IN SUPPORT OF
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

| Date | NDCA Start Bates | NDCA End Bates |
|---|---|---|
| **Q4 1999** | | |
| 3/8/1999 | 1530826 | 1530834 |
| 3/15/1999 | 1530812 | 1530820 |
| 3/22/1999 | 1530802 | 1530811 |
| 4/5/1999 | 1046005 | 1046014 |
| 5/3/1999 | 1046060 | 1046071 |
| 5/10/1999 | 1046027 | 1046037 |
| 5/17/1999 | 1046038 | 1046048 |
| 5/24/1999 | 1046049 | 1046059 |
| 5/31/1999 | 1046072 | 1046082 |
| **Q1 2000** | | |
| 7/12/1999 | 1045557 | 1045564 |
| 7/26/1999 | 1532027 | 1532031 |
| 8/9/1999 | 1045488 | 1045493 |
| 8/23/1999 | 1045526 | 1045533 |
| 8/30/1999 | 1045534 | 1045541 |
| **Q2 2000** | | |
| 9/11/1999 | 1531532 | 1531538 |
| 9/13/1999 | 133559 | 133572 |
| 9/27/1999 | 1531591 | 1531596 |
| 10/11/1999 | 1045867 | 1045873 |
| 10/25/1999 | 1045684 | 1045690 |
| 11/4/1999 | 1045747 | 1045754 |
| 11/8/1999 | 1045638 | 1045648 |
| 11/15/1999 | 1045594 | 1045604 |
| 11/19/1999 | 1533922 | 1533932 |
| 11/22/1999 | 1045605 | 1045615 |
| 11/24/1999 | 1045616 | 1045626 |
| 11/29/1999 | 142228 | 142238 |
| 11/30/1999 | 1045627 | 1045637 |
| **Q3 2000** | | |
| 12/13/1999 | 1045768 | 1045778 |
| 1/24/2000 | 1045755 | 1045765 |
| 2/7/2000 | 1045835 | 1045846 |
| 2/14/2000 | 36249 | 36260 |
| 2/20/2000 | 1045799 | 1045810 |
| 2/21/2000 | 305208 | 305219 |
| 2/25/2000 | 1045823 | 1045834 |
| 2/28/2000 | 1045811 | 1045822 |
| 2/29/2000 | 40115 | 40126 |
| **Q4 2000** | | |
| 3/13/2000 | 1045933 | 1045944 |
| 3/27/2000 | 305247 | 305259 |
| 4/10/2000 | 305261 | 305274 |
| 4/24/2000 | 305276 | 305289 |
| 5/8/2000 | 142373 | 142386 |
| 5/15/2000 | 305321 | 305334 |
| 5/24/2000 | 305306 | 305319 |

| Date | | |
|---|---|---|
| 5/29/2000 | 305336 | 305350 |
| **Q1 2001** | | |
| 6/15/2000 | 397856 | 397864 |
| 6/19/2000 | 440457 | 440472 |
| 7/3/2000 | 440509 | 440526 |
| 7/6/2000 | 6632 | 6644 |
| 7/17/2000 | 440473 | 440490 |
| 7/31/2000 | 440491 | 440508 |
| 8/7/2000 | 305409 | 305422 |
| 8/14/2000 | 440527 | 440543 |
| 8/15/2000 | 305425 | 305440 |
| 8/21/2000 | 440544 | 440560 |
| 8/24/2000 | 151461 | 151475 |
| 8/28/2000 | 440561 | 440577 |
| 8/29/2000 | 200804 | 200818 |
| 8/31/2000 | 200957 | 200971 |
| **Q2 2001** | | |
| 9/12/2000 | 305491 | 305506 |
| 9/18/2000 | 1532594 | 1532609 |
| 10/9/2000 | 1532634 | 1532655 |
| 11/3/2000 | 1532701 | 1532717 |
| 11/13/2000 | 1532735 | 1532751 |
| 11/20/2000 | 1532752 | 1532768 |
| 11/27/2000 | 1532778 | 1532794 |
| 11/29/2000 | 210192 | 210208 |
| **Q3 2001** | | |
| 12/5/2000 | 93035 | 93045 |
| 12/8/2000 | 92928 | 92943 |
| 12/11/2000 | 213091 | 213107 |
| 12/12/2000 | 212301 | 212315 |
| 12/13/2000 | 310 | 322 |
| 12/25/2000 | 1913695 | 1913711 |
| 1/15/2001 | 1913734 | 1913749 |
| 1/19/2001 | 1533506 | 1533522 |
| 1/22/2001 | 440127 | 440143 |
| 1/29/2001 | 1911875 | 1911891 |
| 2/2/2001 | 89120 | 89136 |
| 2/5/2001 | 1911892 | 1911908 |
| 2/9/2001 | 89241 | 89257 |
| 2/12/2001 | 1532826 | 1532842 |
| 2/16/2001 | 423 | 435 |
| 2/19/2001 | 1532874 | 1532890 |
| 2/26/2001 | 1532944 | 1532960 |
| 2/27/2001 | 440212 | 440228 |
| 2/28/2001 | 1533006 | 1533022 |
| **Q4 2001** | | |
| 3/1/2001 | 107681 | 107696 |
| 3/5/2001 | 1911948 | 1911962 |
| 3/10/2001 | 117378 | 117394 |
| 3/11/2001 | 107714 | 107731 |
| 3/26/2001 | 107825 | 107842 |

| | | |
|---|---|---|
| 4/9/2001 | 107963 | 107979 |
| 5/7/2001 | 1533262 | 1533278 |
| 5/14/2001 | 1533302 | 1533319 |
| 5/21/2001 | 1533343 | 1533360 |
| 5/28/2001 | 1533384 | 1533401 |
| 5/31/2001 | 1533425 | 1533442 |

5.      True and correct copies of the Upside Reports for the dates referenced above are attached as Exhibits 1-8 hereto:  December 11, 2000 (Exhibit 1); December 25, 2000 (Exhibit 2); January 15, 2001 (Exhibit 3); January 29, 2001 (Exhibit 4); February 5, 2001 (Exhibit 5); February 12, 2001 (Exhibit 6); February 19, 2001 (Exhibit 7); February 26, 2001 (Exhibit 8).

6.      Attached hereto are true and correct copies of Flash Reports regarding revenues for the following months:  December 2000—NDCA-ORCL 306577-80 (Exhibit 9); January 2001—NDCA-ORCL 297760-63 (Exhibit 10).  During the time period when these Flash Reports were created, Flash Reports were regularly made and kept by Oracle's FP&A group as part of Oracle's regular course of business.  Each of the Flash Reports referenced above was made and kept by Oracle's FP&A group as part of Oracle's regular course of business.

7.      Attached hereto are true and correct copies of Pipeline Reporting Packages for the following dates:  December 11, 2000—NDCA-ORCL 033549-58 (Exhibit 11); January 15, 2001—NDCA-ORCL 008548-57 (Exhibit 12); February 5, 2001—NDCA-ORCL 306669-79 (Exhibit 13).  During the time period referenced in these Pipeline Reporting Packages (December 2000 through February 2001), Pipeline Reporting Packages were regularly made and kept by Oracle's FP&A group as part of Oracle's regular course of business.  Each of the Pipeline Reporting Packages referenced above was made and kept by Oracle's FP&A group as part of Oracle's regular course of business.

8.      Attached hereto are true and correct copies of Big Deal Reports:  NDCA-ORCL 276919-22 (Exhibit 14); NDCA-ORCL 222303-04 (Exhibit 15); NDCA-ORCL 261788.0029-261788.0031 (Exhibit 16); NDCA-ORCL 223771-72 (Exhibit 17); NDCA-ORCL 223919-20 (Exhibit 18); NDCA-ORCL 411181-83 (Exhibit 19).  During the time period referenced in these Big Deal Reports (the second and third quarter of Oracle's Fiscal Year 2001), Big Deal Reports were regularly made and kept by Oracle's FP&A group as part of Oracle's regular course of

1   business.  Each of the Big Deal Reports referenced above was made and kept by Oracle's FP&A

2   group as part of Oracle's regular course of business.

3            9.        Attached hereto as Exhibit 20 is a true and correct copy of the Big Deal Update

4   dated February 26, 2001 (NDCA-ORCL 306787-88).  In February 2001, Big Deal Updates were

5   regularly made and kept by Oracle as part of Oracle's regular course of business.  The Big Deal

6   Update referenced above was made and kept by Oracle as part of Oracle's regular course of

7   business.

8            10.       Attached hereto are true and correct copies of Quarterly Financial Reporting

9   Packages from the fiscal quarters indicated:  1Q01—NDCA-ORCL 975193-317 (Exhibit 21);

10  2Q01—NDCA-ORCL 975570-706 (Exhibit 22); 3Q01—NDCA-ORCL 975959-6091 (Exhibit

11  23); 4Q01—NDCA-ORCL 976407-568 (Exhibit 24).  During the time period referenced in these

12  Quarterly Financial Reporting Packages (Oracle's fiscal year 2001), Quarterly Financial

13  Reporting Packages were regularly made and kept by Oracle's FP&A group as part of Oracle's

14  regular course of business.  Each of the Quarterly Financial Reporting Packages referenced

15  above was made and kept by Oracle's FP&A group as part of Oracle's regular course of

16  business.

17

18

19

20

21

22

23

24

25

26

27

28

1    11.    Attached hereto are true and correct copies of Product Revenue Reporting

2  Packages from the fiscal quarters indicated:  1Q01—NDCA-ORCL 973925-4003 (Exhibit 25);

3  2Q01—NDCA-ORCL 976815-72 (Exhibit 26); 3Q01—NDCA-ORCL 977025-107 (Exhibit 27);

4  4Q01— NDCA-ORCL 977282-366 (Exhibit 28).  During the time period referenced in these

5  Product Revenue Reporting Packages (Oracle's fiscal year 2001), Product Revenue Reporting

6  Packages were regularly made and kept by Oracle's FP&A group as part of Oracle's regular

7  course of business.  Each of the Product Revenue Reporting Packages referenced above was

8  made and kept by Oracle's FP&A group as part of Oracle's regular course of business.

9    Executed this 25th day of July 2007, at Redwood City, California.  I declare under

10  penalty of perjury under the laws of the United States of America that the foregoing is true and

11  correct.

12  Ivgen Guner