```
              Return-Path: <Larry.Garnick@Oracle.com>
                 Received: from Oracle.com (dhcp-datacenter-isdn-west-144-25-122-90.us.oracle.com
                           [144.25.122.90])by gmgw02.oraclecorp.com (8.8.8□.8.8) with ESMTP id
                           XAA07839;Wed, 17 Jan 2001 23:58:22 -0800 (PST)
               Message-ID: <3A66A1A1.FE3C8DB6@Oracle.com>
                     Date: Wed, 17 Jan 2001 23:56:17 -0800
                     From: Larry Garnick <Larry.Garnick@Oracle.com>
             Organization: Oracle Corporation
                 X-Mailer: Mozilla 4.76 [en] (Win95; U)
       X-Accept-Language: en
            MIME-Version: 1.0
                       To: Jennifer Minton <Jennifer.Minton@Oracle.com>,
                           Jeff Henley <Jeff.Henley@Oracle.com>, Safra Catz <Safra.Catz@Oracle.com>,
                           Chuck Rozwat <Charles.Rozwat@Oracle.com>,
                           Sandy Sanderson <Sandy.Sanderson@Oracle.com>,
                           Ron Wohl <Ron.Wohl@Oracle.com>,
                           George Roberts <George.Roberts@Oracle.com>,
                           Sergio Giacoletto <Sergio.Giacoletto@Oracle.com>,
                           Larry Ellison <Larry.Ellison@Oracle.com>,
                           Derek Williams <Derek.Williams@Oracle.com>
                  Subject: December FY01 Revenue Results
             Content-Type: multipart/mixed;boundary="------------CDA89E28C8B920709FF1F79D"
          X-Mozilla-Status: 8001
        X-Mozilla-Status2: 00000000
```

Summarized below are the December FY01 revenue results for your review. Please note:

- The license revenues growth rate was 35% in USD, 25 points better than the 10% growth we experienced in December FY00 over December FY99. However, excluding the $60 million Covisint license deal, the USD growth rate would have been only 6%. Excluding Covisint, OPI license revenue growth would have been (85%).

- In constant dollars, December license revenues grew 41%, which represents a 6 point negative currency impact. We expect currencies to negatively impact Q3 license revenue growth by approximately 3%.

- December license results represents 19% of the total forecast for Q3 FY01. In FY00 and FY99, December represented 16% and 19%, respectively, of the quarter total.

- Applications product growth was 216% [ERP=365%, CRM=(58%)] while database product growth was 17% [Server=21%, Tools=(26%)]. Excluding Covisint, Applications product growth would have been (46%) and database product growth would have been 13%. See attached spreadsheet for geographic breakdown by product category.

- December operating expenses declined 1% year over year (5% in constant dollars).

**DECEMBER FY01 REVENUE RESULTS**

| | | | | | | | | | December |
|---|---|---|---|---|---|---|---|---|---|

1

ORCL 0020825
ORACLE
CONFIDENTIAL

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 306577

| Line of Business | December FY01 Actuals in US Dollars | December FY00 Actuals in US Dollars | Percent Growth in US Dollars | Percent Growth in Constant Dollars | December FY00 vs December FY99 Percent Growth in Constant Dollars | FY01 Constant Dollar Actuals as a Percent of Q3 Constant Dollar Forecast |
|---|---|---|---|---|---|---|
| License | $240,524 | $178,300 | 35% | 41% | 10% | 19% |
| Consulting | 190,436 | 166,722 | 14% | 18% | (8%) | 34% |
| Support | 292,565 | 256,603 | 14% | 18% | 38% | 31% |
| Education | 34,502 | 31,510 | 9% | 15% | (1%) | 28% |
| Other | 2,622 | (22) | nm | nm | nm | 27% |
| Total Revenue | $760,649 | $633,113 | 20% | 25% | 12% | 27% |
| **License Organization** | | | | | | |
| Nussbaum - OSI | $3,072 | $16,354 | (81%) | (81%) | n/a* | 1% |
| Roberts - NAS | 30,380 | 39,880 | (24%) | (23%) | n/a* | 9% |
| Sanderson - OPI | 62,584 | 18,223 | 243% | 243% | n/a* | 42% |
| Sanderson - Latin America | 11,232 | 11,212 | 0% | 6% | 63% | 27% |
| Smith - UK, Ireland & South Africa | 24,798 | 7,037 | 252% | 284% | (66%) | 34% |
| Jaeger - Germany | 8,700 | 12,476 | (30%) | (25%) | 25% | 15% |
| Anidjar - France, Middle East & Africa | 21,081 | 11,568 | 82% | 92% | (30%) | 40% |
| Bonzano - Southern Europe | 16,730 | 13,234 | 26% | 37% | (9%) | 30% |
| Jarnick - Northern Europe | 21,164 | 15,389 | 38% | 48% | 23% | 31% |
| Shintaku - Japan | 27,955 | 13,963 | 100% | 124% | 30% | 27% |

ORCL 0020826
ORACLE CONFIDENTIAL

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

NDCA-ORCL 306578

| | | | | | | |
|---|---|---|---|---|---|---|
| Williams - Asia Pacific | 13,010 | 14,494 | (10%) | (2%) | 15% | 16% |
| Corporate Adjustments & other | (182) | 4,470 | nm | nm | nm | nm |
| **Total License Revenue** | **$240,524** | **$178,300** | **35%** | **41%** | **10%** | **19%** |

\* Not available, because restatements between US divisions for account ownership changes for FY99 are not available for December, only for the full quarter. In total, the three US divisions showed 30% growth for December FY00 vs FY99.

Regards,

Larry

| | |
|---|---|
| 📎 December Product Revenue Flash.xls | **Content-Type:** application/x-msexcel;name="December Product Revenue Flash.xls"<br>**Content-Transfer-Encoding:** base64<br>**Content-Disposition:** inline;filename="December Product Revenue Flash.xls" |

ORCL 0020827
ORACLE CONFIDENTIAL

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

NDCA-ORCL 306579

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

ORCL 00020828
ORACLE CONFIDENTIAL

NDCA-ORCL 306580

ORACLE CONFIDENTIAL

**ORACLE CORPORATION**
**Product Revenue Flash**
**Q3 FY2001 Through December**
**Dollars in Thousands**

### FY01 - QTD / FY00 - QTD / Percentage Growth

| Products | North America | Latin America | EMEA | Japan | Asia Pacific | Other | Total | North America | Latin America | EMEA | Japan | Asia Pacific | Other | Total | North America | Latin America | EMEA | Japan | Asia Pacific | Other | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Database** | | | | | | | | | | | | | | | | | | | | | |
| Servers | 38,333 | 10,216 | 78,501 | 26,036 | 9,968 | -160 | 162,894 | 56,046 | 8,383 | 45,927 | 11,874 | 11,337 | 0 | $134,547 | -32% | 9% | 71% | 119% | -12% | NM | 21% |
| Tools | 1,561 | 754 | 5,259 | 614 | 1,737 | -17 | 9,907 | 3,976 | 1,217 | 5,835 | 574 | 1,730 | 0 | 13,332 | -61% | -38% | -10% | 7% | 0% | NM | -26% |
| Total Database | 39,894 | 10,969 | 83,760 | 26,650 | 11,705 | -177 | 172,801 | 60,021 | 10,580 | 51,762 | 12,448 | 13,067 | 0 | 147,878 | -34% | 4% | 62% | 114% | -10% | NM | 17% |
| **Applications** | | | | | | | | | | | | | | | | | | | | | |
| ERP | 54,458 | 148 | 6,347 | 129 | 885 | (34) | 61,933 | 3,976 | 1,217 | 5,835 | 574 | 1,730 | 0 | 13,332 | NM | -88% | 9% | -78% | -49% | NM | 365% |
| CRM | 805 | 105 | 1,998 | 0 | 144 | 0 | 3,052 | 6,288 | 367 | 361 | 14 | 213 | 0 | 7,243 | -87% | -71% | 454% | NM | -32% | NM | -58% |
| Total Applications | 55,261 | 253 | 8,345 | 129 | 1,030 | (34) | 64,986 | 10,264 | 1,585 | 6,196 | 588 | 1,943 | 0 | 20,575 | 438% | -84% | 35% | -78% | -47% | NM | 216% |
| Total License Revenue | 95,157 | 11,223 | 92,105 | 26,779 | 12,735 | (210) | 237,787 | 70,285 | 12,165 | 57,958 | 13,036 | 15,010 | - | 168,455 | 35% | -8% | 59% | 105% | -15% | NM | 41% |
| Other Revenue | 1,593 | 116 | 1,623 | 1,449 | 517 | 235 | 7,533 | 3,036 | 114 | 1,484 | 1,659 | 618 | (235) | 6,677 | 18% | 1% | 9% | -13% | -16% | NM | 13% |
| Total License & Other Revenue | $98,750 | $11,338 | $93,728 | $28,227 | $13,252 | $25 | $245,320 | $73,321 | $12,279 | $59,443 | $14,696 | $15,628 | ($235) | $175,131 | 35% | -8% | 58% | 92% | -15% | NM | 40% |

### FY01 - YTD / FY00 - YTD / Percentage Growth

| Products | North America | Latin America | EMEA | Japan | Asia Pacific | Other | Total | North America | Latin America | EMEA | Japan | Asia Pacific | Other | Total | North America | Latin America | EMEA | Japan | Asia Pacific | Other | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Database** | | | | | | | | | | | | | | | | | | | | | |
| Servers | $639,306 | $61,621 | $453,639 | $233,964 | $121,558 | $12,876 | $1,522,964 | $493,655 | $48,819 | $416,535 | $165,009 | $90,425 | $14,026 | $1,228,469 | 30% | 26% | 9% | 42% | 34% | -8% | 24% |
| Tools | $29,997 | $1,847 | $25,940 | $6,939 | $14,181 | $574 | 79,478 | $48,815 | $6,940 | $43,977 | $7,444 | $13,634 | $1,452 | $123,263 | -39% | -73% | -41% | -7% | 4% | -61% | -35% |
| Total Database | $669,303 | $63,468 | $479,579 | $240,903 | $135,739 | $13,450 | $1,602,443 | $542,471 | $55,759 | $460,512 | $172,453 | $104,060 | $15,478 | $1,350,732 | 23% | 14% | 4% | 40% | 30% | -13% | 19% |
| **Applications** | | | | | | | | | | | | | | | | | | | | | |
| ERP | $243,920 | $10,936 | $92,786 | $13,435 | $24,269 | $4,275 | 389,622 | $121,595 | $5,952 | $53,934 | $10,884 | $14,313 | $3,796 | $210,475 | 101% | 84% | 72% | 23% | 70% | 13% | 85% |
| CRM | $79,710 | $1,416 | $22,145 | $2,996 | $2,830 | $1,064 | 110,161 | $65,901 | $3,219 | $13,498 | $618 | $2,842 | $985 | $87,063 | 21% | -56% | 64% | 385% | 0% | 8% | 27% |
| Total Applications | $323,631 | $12,352 | $114,932 | $16,432 | $27,098 | 5,339 | 499,783 | $187,496 | $9,171 | $67,432 | $11,502 | $17,156 | 4,781 | 297,538 | 73% | 35% | 70% | 43% | 58% | 12% | 68% |
| Total License Revenue | 992,934 | 75,820 | 594,511 | 257,335 | 162,837 | 18,789 | 2,102,226 | 729,967 | 64,930 | 527,944 | 183,955 | 121,215 | 20,259 | 1,648,270 | 36% | 17% | 13% | 40% | 34% | -7% | 28% |
| Other Revenue | $39,236 | $707 | $11,835 | $11,346 | $3,854 | $1,592 | 43,525 | $25,747 | $698 | $14,462 | $13,628 | $7,050 | 591 | $61,674 | 52% | 1% | -18% | -17% | -45% | NM | -29% |
| Total License & Other Revenue | $1,032,170 | $76,528 | $606,346 | $268,680 | $166,692 | $20,381 | $2,145,751 | $755,713 | $65,628 | $542,406 | $197,583 | $128,265 | $20,350 | $1,709,944 | 37% | 17% | 12% | 36% | 30% | NM | 25% |