Return-Path: <Larry.Garnick@Oracle.com>
Received: from Oracle.com (dhcp-datacenter-isdn-west-144-25-122-103.us.oracle.com
[144.25.122.103])by gmgw02.oraclecorp.com (8.8.8☐.8.8) with ESMTP id
MAA25255;Sun, 11 Feb 2001 12:01:37 -0800 (PST)
Message-ID: <3A86EEFF.F913DA32@Oracle.com>
Date: Sun, 11 Feb 2001 11:58:56 -0800
From: Larry Garnick <Larry.Garnick@Oracle.com>
Organization: Oracle Corporation
X-Mailer: Mozilla 4.76 [en] (Win95; U)
X-Accept-Language: en
MIME-Version: 1.0
To: Jennifer Minton <Jennifer.Minton@Oracle.com>,
Jeff Henley <Jeff.Henley@Oracle.com>,
Jay Nussbaum <Jay.Nussbaum@Oracle.com>,
Safra Catz <Safra.Catz@Oracle.com>,
Chuck Rozwat <Charles.Rozwat@Oracle.com>,
Sandy Sanderson <Sandy.Sanderson@Oracle.com>,
Ron Wohl <Ron.Wohl@Oracle.com>,
George Roberts <George.Roberts@Oracle.com>,
Sergio Giacoletto <Sergio.Giacoletto@Oracle.com>,
Larry Ellison <Larry.Ellison@Oracle.com>,
Derek Williams <Derek.Williams@Oracle.com>,
"BARRENECHEA,M." <MARK.BARRENECHEA@Oracle.com>
Subject: **January FY01 QTD Product Revenue**
Content-Type: multipart/mixed;boundary="------------F5330A9A58E4E1070B386C86"
X-Mozilla-Status: 8001
X-Mozilla-Status2: 00000000

Overall USD license revenue growth was 25%.  eBusiness Suite product growth was 123% with ERP growing 151% and CRM growing 23%.  Internet Platform product growth was 12% with Server growing 16% and Tools declining 37%.  Excluding Covisint ($54 million ERP; $6 million Server), overall license growth would have been 8%, eBusiness Suite product growth would have been (7%) and Server product growth would have been 14%.  See attached spreadsheet for geographic breakdown by product category.

| | |
|---|---|
| 📄 January Product Revenue Flash.xls | **Content-Type:** application/x-msexcel;name="Janu. Product Revenue Flash.xls"<br>**Content-Transfer-Encoding:** base64<br>**Content-Disposition:** inline;filename="January Product Revenue Flash.xls" |

Larry Garnick <Larry.Garnick@Oracle.com>
Assistant Corporate Controller
Corporate Finance

ORCL 0020843
ORACLE
CONFIDENTIAL

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 297760

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 297761

ORCL 01
OR8
CONFIT

**ORACLE CORPORATION**
**Product Revenue Flash**
**Q3 FY2001 Through January**
**Dollars in Thousands**

| Products | North America | Latin America | EMEA | Japan | Asia Pacific | Other | Total | North America | Latin America | EMEA | Japan | Asia Pacific | Other | Total | North America | Latin America | EMEA | Japan | Asia Pacific | Other | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | FY01 - QTD | | | | | | | FY00 - QTD | | | | | | | Percentage Growth | | | | |
| Database | | | | | | | | | | | | | | | | | | | | | |
| Servers | 73,138 | 25,643 | 150,088 | 54,464 | 21,498 | 0 | 324,828 | 101,828 | 18,418 | 100,090 | 37,843 | 21,512 | 0 | $279,685 | -28% | 39% | 50% | 44% | 0% | NM | 16% |
| Tools | 3,597 | 1,281 | 4,995 | 1,285 | 2,902 | -6 | 14,036 | 6,247 | 2,643 | 8,804 | 1,847 | 2,934 | 0 | 22,176 | -42% | -52% | -43% | -18% | -1% | NM | -37% |
| Total Database | 76,736 | 26,924 | 155,080 | 56,730 | 24,398 | -6 | 338,862 | 108,072 | 21,058 | 108,894 | 39,391 | 24,448 | 0 | 301,881 | -29% | 28% | 42% | 41% | 0% | NM | 12% |
| eBusiness Suite | | | | | | | | | | | | | | | | | | | | | |
| ERP | 62,149 | 548 | 14,053 | 2,328 | 2,377 | (205) | 81,250 | 18,970 | 1,837 | 12,325 | 188 | 2,218 | 0 | 32,308 | 289% | -67% | 14% | NM | 7% | NM | 151% |
| CRM | 8,430 | 366 | 2,393 | (186) | 288 | 0 | 11,312 | 6,422 | 784 | 1,896 | 18 | 372 | 0 | 9,189 | | | | | | | |
| Total eBusiness Suite | 70,580 | 914 | 16,446 | 2,162 | 2,665 | (205) | 92,562 | 22,391 | 2,421 | 13,920 | 174 | 2,590 | 0 | 41,496 | 319% | -53% | 30% | NM | -23% | NM | 23% |
| Total License Revenue | 147,315 | 27,838 | 171,526 | 57,892 | 27,064 | (210) | 431,424 | 130,463 | 23,480 | 122,814 | 39,565 | 27,036 | - | 343,357 | 215% | -42% | 18% | NM | 3% | NM | 123% |
| Other Revenue | 2,941 | 204 | 3,273 | 2,323 | 966 | 452 | 10,159 | 4,102 | 9 | 2,877 | 3,274 | 1,100 | (69) | 11,312 | 13% | 19% | 40% | 46% | 0% | NM | 26% |
| Total License & Other Revenue | $150,256 | $28,042 | $174,799 | $60,215 | $28,030 | $242 | $441,584 | $134,565 | $23,489 | $125,691 | $42,838 | $28,135 | (349) | $354,669 | -28% | NM | 14% | -29% | -12% | NM | -10% |
| | | | | | | | | | | | | | | | 12% | 19% | 39% | 41% | 0% | NM | 25% |

| Products | North America | Latin America | EMEA | Japan | Asia Pacific | Other | Total | North America | Latin America | EMEA | Japan | Asia Pacific | Other | Total | North America | Latin America | EMEA | Japan | Asia Pacific | Other | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | FY01 - YTD | | | | | | | FY00 - YTD | | | | | | | Percentage Growth | | | | |
| Database | | | | | | | | | | | | | | | | | | | | | |
| Servers | $73,139 | $25,643 | $150,086 | $56,464 | $31,496 | $0 | $324,828 | $339,633 | $57,871 | $470,698 | $190,977 | $100,600 | $14,026 | $1,373,607 | -86% | -56% | -68% | -71% | -79% | NM | -76% |
| Tools | $3,597 | $1,281 | $4,995 | $1,245 | $2,902 | ($5) | 14,035 | 531,087 | 58,365 | 46,946 | $8,418 | $14,838 | $1,452 | $131,106 | -93% | -85% | -89% | -80% | -80% | NM | -89% |
| Total Database | $76,735 | $26,924 | $155,080 | $55,790 | $24,398 | ($5) | $338,862 | $590,522 | $66,237 | $517,644 | $199,395 | $115,438 | $15,478 | $1,504,714 | -87% | -59% | -70% | -72% | -79% | NM | -77% |
| eBusiness Suite | | | | | | | | | | | | | | | | | | | | | |
| ERP | $231,611 | $11,336 | $100,493 | $15,634 | $25,761 | $4,103 | 408,939 | $133,509 | $6,372 | $60,424 | $10,469 | $14,801 | $3,796 | $229,450 | 88% | 78% | 66% | 49% | 34% | 8% | 78% |
| CRM | $87,336 | $1,677 | $22,540 | $2,831 | $2,973 | $1,064 | (18,41) | $66,035 | $3,635 | $14,732 | $619 | $3,002 | $985 | $89,009 | 32% | -54% | 53% | 357% | -1% | 8% | 33% |
| Total eBusiness Suite | $318,947 | $13,013 | $123,013 | $18,465 | $28,734 | $5,167 | 527,360 | $199,623 | $10,008 | $75,156 | $11,088 | $17,803 | $4,781 | $318,459 | 70% | 30% | 64% | 67% | 61% | 8% | 66% |
| Total License Revenue | 415,683 | 39,937 | 278,113 | 74,195 | 53,133 | 5,162 | 866,222 | 790,145 | 76,245 | 592,800 | 210,483 | 133,241 | 20,259 | 1,823,173 | -47% | -48% | -53% | -65% | -60% | 8% | 44% |
| Other Revenue | 538,584 | $796 | $13,484 | $12,220 | $4,301 | $1,808 | 46,151 | $26,813 | $593 | $15,855 | $15,242 | $7,511 | $376 | $66,710 | 66% | 34% | -13% | -30% | -41% | NM | -30% |
| Total License & Other Revenue | $454,266 | $40,733 | $291,597 | $86,415 | $57,436 | $6,971 | 5912,373 | $816,958 | $76,837 | $608,655 | $225,725 | $140,772 | $20,535 | $1,889,482 | -44% | -47% | -52% | -62% | -59% | NM | -52% |

[Fwd: January FY01 QTD Product Revenue - Revised]

**Return-Path:** <Larry.Garnick@Oracle.com>
**Received:** from Oracle.com (dhcp-5op6-5op6-west-144-25-178-194.us.oracle.com
[144.25.178.194])by gmgw02.oraclecorp.com (8.8.8□.8.8) with ESMTP id
MAA27446;Mon, 12 Feb 2001 12:07:03 -0800 (PST)
**Message-ID:** <3A8841C3.E92B95D3@Oracle.com>
**Date:** Mon, 12 Feb 2001 12:04:19 -0800
**From:** Larry Garnick <Larry.Garnick@Oracle.com>
**Organization:** Oracle Corporation
**X-Mailer:** Mozilla 4.76 [en] (Win95; U)
**X-Accept-Language:** en
**MIME-Version:** 1.0
**To:** Jennifer Minton <Jennifer.Minton@Oracle.com>,
Jeff Henley <Jeff.Henley@Oracle.com>,
Jay Nussbaum <Jay.Nussbaum@Oracle.com>,
Safra Catz <Safra.Catz@Oracle.com>,
Chuck Rozwat <Charles.Rozwat@Oracle.com>,
Sandy Sanderson <Sandy.Sanderson@Oracle.com>,
Ron Wohl <Ron.Wohl@Oracle.com>,
George Roberts <George.Roberts@Oracle.com>,
Sergio Giacoletto <Sergio.Giacoletto@Oracle.com>,
Larry Ellison <Larry.Ellison@Oracle.com>,
Derek Williams <Derek.Williams@Oracle.com>
**Subject:** [Fwd: January FY01 QTD Product Revenue - Revised]
**Content-Type:** multipart/mixed;boundary="------------7FA33FAFF9CE037DE66E8B6E"
**X-Mozilla-Status:** 8001
**X-Mozilla-Status2:** 00000000

There was an error in the product revenue spreadsheet that affected YTD
numbers.  Corrected spreadsheet attached.

| | |
|---|---|
| January Product Revenue Flash (Revised).xls | **Content-Type:** application/x-msexcel;na Product Revenue Flash (J **Content-Transfer-Encoding:** base64 **Content-Disposition:** inline;filename="January Revenue Flash (Revised) |

Larry Garnick <Larry.Garnick@Oracle.com>
Assistant Corporate Controller
Corporate Finance

ORCL 0020855
ORACLE
CONFIDENTIAL

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 297762

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 297763

ORCL 0020856
ORACLE
CONFIDENTIAL

**ORACLE CORPORATION**
**Product Revenue Flash**
Q3 FY2001 Through January
Dollars in Thousands

| Products | FY01 - QTD | | | | | | | FY00 - QTD | | | | | | | Percentage Growth | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | North America | Latin America | EMEA | Japan | Asia Pacific | Other | Total | North America | Latin America | EMEA | Japan | Asia Pacific | Other | Total | North America | Latin America | EMEA | Japan | Asia Pacific | Other | Total |
| Database | | | | | | | | | | | | | | | | | | | | | |
| Servers | 73,139 | 25,643 | 150,086 | 54,464 | 21,496 | 0 | 324,828 | 101,825 | 18,416 | 103,000 | 37,843 | 21,512 | 0 | $279,665 | -28% | 39% | 50% | 44% | 0% | NM | 16% |
| Tools | 3,597 | 1,281 | 4,995 | 1,365 | 2,903 | -5 | 14,055 | 6,247 | 3,643 | 8,804 | 1,547 | 2,934 | 0 | 23,176 | -42% | -32% | -43% | -10% | -1% | NM | -37% |
| Total Database | 76,735 | 26,934 | 155,080 | 55,730 | 24,398 | -5 | 338,862 | 108,072 | 21,858 | 108,894 | 39,391 | 24,646 | 0 | 301,861 | -29% | 28% | 43% | 41% | 0% | NM | 12% |
| eBusiness Suite | | | | | | | | | | | | | | | | | | | | | |
| ERP | 62,149 | 548 | 14,053 | 2,338 | 2,377 | (205) | 81,230 | 15,970 | 1,637 | 12,325 | 158 | 2,318 | 0 | 32,308 | 289% | -67% | 14% | NM | 7% | NM | 151% |
| CRM | 8,430 | 366 | 3,793 | (166) | 368 | 0 | 11,312 | 6,422 | 784 | 1,595 | 16 | 372 | 0 | 9,189 | 31% | -53% | 50% | NM | -2% | NM | 23% |
| Total eBusiness Suite | 70,580 | 914 | 16,646 | 2,162 | 2,665 | (205) | 92,562 | 22,391 | 2,421 | 13,920 | 176 | 2,390 | 0 | 41,496 | 215% | -62% | 18% | NM | 9% | NM | 123% |
| Total License Revenue | 147,315 | 27,830 | 171,526 | 57,892 | 27,064 | (210) | 431,424 | 130,463 | 23,480 | 122,814 | 39,565 | 27,036 | 0 | 343,357 | 13% | 19% | 40% | 46% | 0% | NM | 26% |
| Other Revenue | 2,941 | 204 | 3,273 | 2,323 | 966 | 452 | 10,159 | 4,102 | 9 | 3,877 | 3,274 | 1,100 | (49) | 11,313 | -28% | NM | -29% | -12% | 0% | NM | -10% |
| Total License & Other Revenue | $150,256 | $28,042 | $174,799 | $60,215 | $28,030 | $242 | $441,584 | $134,565 | $23,489 | $123,691 | $42,838 | $28,135 | (349) | $354,660 | 12% | 19% | 39% | 41% | 0% | NM | 25% |

| Products | FY01 - YTD | | | | | | | FY00 - YTD | | | | | | | Percentage Growth | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | North America | Latin America | EMEA | Japan | Asia Pacific | Other | Total | North America | Latin America | EMEA | Japan | Asia Pacific | Other | Total | North America | Latin America | EMEA | Japan | Asia Pacific | Other | Total |
| Database | | | | | | | | | | | | | | | | | | | | | |
| Servers | $674,112 | $77,061 | $525,234 | $262,392 | $133,086 | $13,026 | $1,684,898 | $539,435 | $57,871 | $470,698 | $190,977 | $100,600 | $14,026 | $1,373,607 | 25% | 33% | 12% | 37% | 32% | -7% | 23% |
| Tools | $32,033 | $2,375 | $25,676 | $7,591 | $15,346 | $505 | $83,606 | $51,087 | $38,265 | $46,946 | $8,418 | $14,838 | $1,452 | $131,106 | -37% | -72% | -45% | -10% | 3% | -60% | -36% |
| Total Database | $706,145 | $79,423 | $550,899 | $269,983 | $148,432 | $13,622 | $1,768,504 | $590,522 | $66,257 | $517,644 | $199,395 | $115,438 | $15,478 | $1,504,716 | 20% | 20% | 6% | 35% | 29% | -40% | 36% |
| eBusiness Suite | | | | | | | | | | | | | | | | | | | | | |
| ERP | $251,611 | $11,336 | $100,493 | $15,634 | $25,761 | $4,103 | 408,939 | $133,509 | $6,372 | $60,424 | $10,469 | $14,801 | $3,796 | $229,650 | 88% | 78% | 66% | 49% | 74% | 8% | 78% |
| CRM | $87,336 | $1,677 | $22,540 | $2,831 | $2,973 | $1,064 | 118,421 | $66,370 | $3,636 | $14,732 | $619 | $3,002 | $905 | $89,009 | 32% | -54% | 53% | 357% | -1% | 8% | 33% |
| Total eBusiness Suite | $338,947 | $13,013 | $123,033 | $18,465 | $28,734 | $5,167 | 527,360 | $199,623 | $10,008 | $75,156 | $11,088 | $17,803 | $4,701 | 318,459 | 70% | 30% | 64% | 67% | 61% | 8% | 66% |
| Total License Revenue | $1,045,092 | $92,435 | $673,953 | $288,448 | $177,167 | $18,789 | 2,295,863 | $790,145 | $76,365 | $592,800 | $210,483 | $133,241 | $20,279 | 1,823,175 | 32% | 21% | 14% | 37% | 33% | -7% | 26% |
| Other Revenue | $38,584 | $796 | $13,484 | $12,220 | $4,303 | $1,809 | 271,196 | $26,813 | $393 | $15,852 | $15,242 | $7,531 | $256 | 566,310 | 44% | 34% | -19% | -20% | -43% | NM | 7% |
| Total License & Other Revenue | $1,083,676 | $93,231 | $687,436 | $300,668 | $181,470 | $20,597 | $2,367,059 | $816,958 | $76,837 | $608,655 | $225,725 | $140,772 | $20,535 | $1,399,482 | 33% | 21% | 13% | 33% | 29% | NM | 25% |

ORACLE CONFIDENTIAL