# ORACLE CORP.

## Pipeline Reporting Package

January 15, 2001

Total Pipeline ........ 1
Tech Pipeline ........ 2
Apps Pipeline ........ 3
Pipeline & Revenue Graphical Detail ........ 4
Cumulative Weekly Pipeline Trends - Americas ........ 5
Cumulative Weekly Pipeline Trends - World ........ 7
Pipeline Trends - Total ........ 8

FLASH:

| | Pipeline Growth | | | Product Weightings | | Revenue Growth | | | Product Weightings | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Total | Tech | Apps | Tech | Apps | Total | Tech | Apps | Tech | Apps |
| OSI - Nussbaum | 10% | -4% | 69% | 71% | 29% | 19% | 12% | 42% | 72% | 28% |
| NAS - Roberts | 56% | 50% | 66% | 61% | 39% | 12% | -10% | 121% | 67% | 33% |
| OPI - Varasano | 40% | 28% | 53% | 47% | 53% | 80% | 33% | 133% | 39% | 61% |
| LAD - Sanderson | 23% | 32% | 6% | 69% | 31% | 11% | 8% | 29% | 82% | 18% |
| UK, Ireland & S. Africa - Smith | 5% | 0% | 14% | 63% | 37% | 16% | 1% | 101% | 74% | 26% |
| Germany - Jaeger | 40% | 34% | 71% | 79% | 21% | 38% | 29% | 294% | 90% | 10% |
| France, Mid. East & Africa - Jarnick | 21% | 6% | 54% | 61% | 39% | 8% | 2% | 37% | 76% | 24% |
| N., C. & Eastern Europe - Anidjar | 33% | 17% | 73% | 62% | 38% | 24% | 33% | 2% | 77% | 23% |
| Southern Europe - Bonzano | 12% | 1% | 75% | 76% | 24% | 18% | 0% | 282% | 79% | 21% |
| Japan - Skintaku | 45% | 39% | 72% | 79% | 21% | 20% | 13% | 160% | 90% | 10% |
| APAC - Williams | 74% | 37% | 195% | 60% | 40% | 31% | 8% | 224% | 74% | 26% |
| Total Company | 34% | 22% | 60% | 64% | 36% | 23% | 7% | 95% | 71% | 29% |

ORACLE CONFIDENTIAL

## Oracle Corporation
## Q3 Total License Pipeline - January FY01
## Week 6

| Constant Dollar 1000's (May 00 rates) | Q3 FY01 Pipeline | Q3 FY00 Pipeline | Variance | Variance % | Q3 FY01 Forecast | Q3 FY00 Actuals | Forecast Growth | Q3 FY01 Forecast Conversion Ratio | Q3 FY00 Actual Conversion Ratio | Est Q3 FY01 Forecast based on Q3 FY00 Ratio | Estimated Upside* | Potential Growth with Upside |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OSI - Nussbaum | 436,827 | 397,600 | 39,227 | 10% | 225,000 | 183,953 | 19% | 0.52 | 0.48 | 236,803 | 11,803 | 25% |
| NAS - Roberts | 825,990 | 531,016 | 294,974 | 56% | 346,000 | 308,555 | 12% | 0.42 | 0.58 | 498,685 | 152,685 | 62% |
| OPI - Sanderson | 349,236 | 249,900 | 99,336 | 40% | 150,000 | 83,272 | 80% | 0.43 | 0.33 | 150,000 | - | 80% |
| Latin America* | 104,673 | 85,417 | 19,256 | 23% | 43,484 | 39,095 | 11% | 0.42 | 0.46 | 65,719 | 22,235 | 68% |
| Europe - Giacoletto | 651,231 | 546,797 | 104,435 | 19% | 305,271 | 253,398 | 20% | 0.47 | 0.46 | 250,642 | 24,666 | (1%) |
| UK, Ireland & South Africa - Smith* | 183,976 | 175,864 | 8,112 | 5% | 71,942 | 61,871 | 16% | 0.39 | 0.35 | 71,942 | - | 16% |
| Germany - Jaeger | 100,287 | 71,596 | 28,691 | 40% | 58,002 | 41,919 | 38% | 0.58 | 0.59 | 59,998 | 1,995 | 43% |
| France & Middle East & Africa - Anidjar* | 123,010 | 101,525 | 21,485 | 21% | 52,962 | 45,863 | 8% | 0.43 | 0.48 | 61,512 | 8,550 | 26% |
| Northern, Central & Eastern Europe - Jarnick* | 139,847 | 104,848 | 34,999 | 33% | 67,124 | 54,017 | 24% | 0.48 | 0.52 | 21,336 | 7,839 | (61%) |
| Southern Europe - Bonzano* | 104,112 | 92,964 | 11,148 | 12% | 55,241 | 46,728 | 18% | 0.53 | 0.50 | 35,855 | 6,282 | (23%) |
| Europe Other | - | - | - | - | - | (0) | n/a | - | - | - | - | n/a |
| Japan - Shintaku | 160,629 | 110,808 | 49,821 | 45% | 109,614 | 91,650 | 20% | 0.68 | 0.83 | 132,890 | 23,277 | 45% |
| Asia Pacific - Williams* | 162,589 | 93,648 | 68,941 | 74% | 86,205 | 65,682 | 31% | 0.53 | 0.70 | 116,354 | 32,968 | 77% |
| Other - Corporate | - | - | - | - | - | (1,408) | n/a | - | - | - | - | n/a |
| **Total Company** | 2,691,175 | 2,015,185 | 675,990 | 34% | 1,265,573 | 1,029,196 | 23% | 0.47 | 0.51 | 1,579,780 | 268,048 | 53% |

* Regional estimated upside based upon the sum of the calculated upsides for each component country

**ORACLE CONFIDENTIAL**

Oracle Corporation
Q3 Total Tech Pipeline - January FY01
Week 6

| Constant Dollar 1000's (May 00 rates) | Q3 FY01 Pipeline | Q3 FY00 Pipeline | Variance | Variance % | Q3 FY01 Forecast | Q3 FY00 Actuals | Forecast Growth | Q3 FY01 Forecast Conversion Ratio | Q3 FY00 Actual Conversion Ratio | Est Q3 FY01 Forecast based on Q3 FY00 Ratio | Estimated Upside* | Potential Growth with Upside |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OSI - Nussbaum | 310,874 | 323,000 | (12,126) | (4%) | 162,863 | 145,159 | 12% | 0.52 | 0.45 | 162,863 | - | 12% |
| NAS - Roberts | 505,437 | 337,334 | 168,103 | 50% | 232,525 | 257,094 | (10%) | 0.46 | 0.76 | 385,210 | 152,685 | 50% |
| OPI - Sanderson | 164,948 | 129,200 | 35,748 | 28% | 58,119 | 43,837 | 33% | 0.35 | 0.34 | 58,119 | - | 33% |
| Latin America* | 72,718 | 55,235 | 17,483 | 32% | 35,768 | 33,098 | 8% | 0.49 | 0.60 | 51,859 | 16,090 | 57% |
| Europe - Giacoletto | 436,416 | 399,242 | 37,174 | 9% | 241,384 | 215,518 | 12% | 0.55 | 0.54 | 283,221 | 20,921 | 31% |
| UK, Ireland & South Africa - Smith* | 116,292 | 116,627 | (335) | (0%) | 53,430 | 52,649 | 1% | 0.46 | 0.45 | 53,430 | - | 1% |
| Germany - Jaeger | 79,175 | 59,215 | 19,960 | 34% | 52,027 | 40,403 | 29% | 0.66 | 0.68 | 54,022 | 1,995 | 34% |
| France & Middle East & Africa - Anidjar* | 74,974 | 70,416 | 4,558 | 6% | 40,394 | 39,701 | 2% | 0.54 | 0.56 | 45,382 | 4,987 | 14% |
| Northern, Central & Eastern Europe - Jarnick* | 86,457 | 74,050 | 12,407 | 17% | 51,822 | 39,051 | 33% | 0.60 | 0.53 | 66,014 | 7,656 | 69% |
| Southern Europe - Bonzano* | 79,518 | 78,934 | 584 | 1% | 43,711 | 43,713 | (0%) | 0.55 | 0.55 | 64,373 | 6,282 | 47% |
| Europe Other | - | - | - | - | - | 2 | n/a | - | - | - | - | n/a |
| Japan - Shintaku | 127,368 | 91,422 | 35,945 | 39% | 98,413 | 87,347 | 13% | 0.77 | 0.96 | 121,690 | 23,277 | 39% |
| Asia Pacific - Williams* | 98,117 | 71,798 | 26,319 | 37% | 63,433 | 58,662 | 8% | 0.65 | 0.82 | 90,287 | 26,854 | 54% |
| Other - Corporate | - | - | - | - | - | (3,247) | n/a | - | - | - | - | n/a |
| Total Company | 1,715,878 | 1,407,231 | 308,647 | 22% | 892,506 | 837,469 | 7% | 0.52 | 0.60 | 1,153,250 | 239,827 | 38% |

* Regional estimated upside based upon the sum of the calculated upsides for each component country

ORACLE CONFIDENTIAL

## Oracle Corporation
### Q3 Total Applications Pipeline - January FY01
### Week 6

| Constant Dollar 1000's (May 00 rates) | Q3 FY01 Pipeline | Q3 FY00 Pipeline | Variance | Variance % | Q3 FY01 Forecast | Q3 FY00 Actuals | Forecast Growth | Q3 FY01 Forecast Conversion Ratio | Q3 FY00 Actual Conversion Ratio | Est Q3 FY01 Forecast based on Q3 FY00 Ratio | Estimated Upside* | Potential Growth with Upside |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OSI - Nussbaum | 125,953 | 74,600 | 51,353 | 69% | 62,137 | 43,794 | 42% | 0.49 | 0.59 | 73,940 | 11,803 | 69% |
| NAS - Roberts | 320,553 | 193,682 | 126,871 | 66% | 113,475 | 51,462 | 121% | 0.35 | 0.27 | 113,475 | - | 121% |
| OPI - Sanderson | 184,288 | 120,700 | 63,588 | 53% | 91,881 | 39,435 | 133% | 0.50 | 0.33 | 91,881 | - | 133% |
| Latin America* | 31,955 | 30,182 | 1,773 | 6% | 7,715 | 5,996 | 29% | 0.24 | 0.20 | 13,860 | 6,145 | 131% |
| Europe - Giacoletto | 214,816 | 147,555 | 67,261 | 46% | 63,887 | 37,879 | 69% | 0.30 | 0.26 | 92,874 | 3,745 | 145% |
| UK, Ireland & South Africa - Smith* | 67,684 | 59,237 | 8,447 | 14% | 18,511 | 9,222 | 101% | 0.27 | 0.16 | 18,511 | - | 101% |
| Germany - Jaeger | 21,112 | 12,382 | 8,730 | 71% | 5,976 | 1,516 | 294% | 0.28 | 0.12 | 5,976 | - | 294% |
| France & Middle East & Africa - Anidjar* | 48,037 | 31,109 | 16,927 | 54% | 12,568 | 9,163 | 37% | 0.26 | 0.29 | 16,130 | 3,562 | 76% |
| Northern, Central & Eastern Europe - Jamick* | 53,390 | 30,797 | 22,593 | 73% | 15,302 | 14,966 | 2% | 0.29 | 0.49 | 36,782 | 183 | 146% |
| Southern Europe - Bonzano* | 24,593 | 14,029 | 10,564 | 75% | 11,530 | 3,015 | 282% | 0.47 | 0.21 | 15,476 | - | 413% |
| Europe Other | - | - | - | - | - | (2) | n/a | - | - | - | - | n/a |
| Japan - Shintaku | 33,261 | 19,386 | 13,875 | 72% | 11,200 | 4,303 | 160% | 0.34 | 0.22 | 11,200 | - | 160% |
| Asia Pacific - Williams* | 64,472 | 21,850 | 42,622 | 195% | 22,772 | 7,020 | 224% | 0.35 | 0.32 | 29,299 | 6,527 | 317% |
| Other - Corporate | - | - | - | - | - | 1,839 | n/a | - | - | - | - | n/a |
| Total Company | 975,298 | 607,954 | 367,343 | 60% | 373,067 | 191,727 | 95% | 0.38 | 0.32 | 426,530 | 28,220 | 122% |

* Regional estimated upside based upon the sum of the calculated upsides for each component country

ORACLE CONFIDENTIAL

ORACLE CONFIDENTIAL

Q3 FY01

License Pipeline & Revenue By Product/Region
Month 2 - January / Week 6

## Total License Pipeline By Product
(CD 000's)

| | Mix Tech | Mix Apps | $ Total |
|---|---|---|---|
| OSI - Nussbaum | 71% | 29% | 436,827 |
| NAS - Roberts | 61% | 39% | 825,990 |
| OPI - Varasano | 47% | 53% | 349,236 |
| LAD - Sanderson | 69% | 31% | 104,673 |
| UK, Ireland & S. Africa - Smith | 63% | 37% | 183,976 |
| Germany - Jaeger | 79% | 21% | 100,287 |
| France, Mid. East & Africa - Jarnick | 61% | 39% | 123,010 |
| N. C. & Eastern Europe - Anidjar | 62% | 38% | 139,847 |
| Southern Europe - Bonzano | 76% | 24% | 104,112 |
| Japan - Skintaku | 79% | 21% | 160,629 |
| APAC - Williams | 60% | 40% | 162,589 |
| Total Company | 64% | 36% | $ 2,691,175 |

0% 20% 40% 60% 80% 100%

## Total License Pipeline By Region

| | |
|---|---|
| OSI - Nussbaum | 16% |
| NAS - Roberts | 31% |
| OPI - Varasano | 13% |
| LAD - Sanderson | 4% |
| UK, Ireland & S. Africa - Smith | 7% |
| Germany - Jaeger | 4% |
| France, Mid. East & Africa - Jarnick | 5% |
| N. C. & Eastern Europe - Anidjar | 5% |
| Southern Europe - Bonzano | 4% |
| Japan - Skintaku | 6% |
| APAC - Williams | 6% |
| Total Company | 100% |

OSI, APAC, Japan, Southern Europe, Northern Europe, France, ME Africa, Germany, UK, Ireland & S. Africa, LAD, OPI, NAS

## Total License Revenue By Product
(CD 000's)

| | Mix Tech | Mix Apps | $ Total |
|---|---|---|---|
| OSI - Nussbaum | 72% | 28% | 225,000 |
| NAS - Roberts | 67% | 33% | 346,000 |
| OPI - Varasano | 39% | 61% | 150,000 |
| LAD - Sanderson | 82% | 18% | 43,484 |
| UK, Ireland & S. Africa - Smith | 74% | 26% | 71,942 |
| Germany - Jaeger | 90% | 10% | 58,002 |
| France, Mid. East & Africa - Jarnick | 76% | 24% | 52,962 |
| N. C. & Eastern Europe - Anidjar | 77% | 23% | 67,124 |
| Southern Europe - Bonzano | 79% | 21% | 55,241 |
| Japan - Skintaku | 90% | 10% | 109,614 |
| APAC - Williams | 74% | 26% | 86,205 |
| Total Company | 71% | 29% | $ 1,265,573 |

0% 20% 40% 60% 80% 100%

## Total License Revenue By Region

| | |
|---|---|
| OSI - Nussbaum | 18% |
| NAS - Roberts | 27% |
| OPI - Varasano | 12% |
| LAD - Sanderson | 3% |
| UK, Ireland & S. Africa - Smith | 6% |
| Germany - Jaeger | 5% |
| France, Mid. East & Africa - Jarnick | 4% |
| N. C. & Eastern Europe - Anidjar | 5% |
| Southern Europe - Bonzano | 4% |
| Japan - Skintaku | 9% |
| APAC - Williams | 7% |
| Total Company | 100% |

OSI, APAC, Japan, Southern Europe, Northern Europe, France, ME & Africa, Germany, UK, Ireland & S. Africa, LAD, OPI, NAS

*Americas Cumulative Weekly License Pipeline Trends*

*Q3 FY01*

**OSI**

| Forecast Week | Pipeline $M Apps | Pipeline $M Tech | Pipeline $M Total | Cumulative % Change Apps | Cumulative % Change Tech | Cumulative % Change Total |
|---|---|---|---|---|---|---|
| **Q1 FY01** | | | | | | |
| W2 | 209.7 | 234.0 | 443.7 | 0% | 0% | 0% |
| W4 | 150.8 | 193.9 | 344.8 | -28% | -17% | -22% |
| W6 | 106.5 | 169.2 | 275.7 | -49% | -28% | -38% |
| W8 | 84.2 | 161.3 | 245.5 | -60% | -31% | -45% |
| W10 | 59.2 | 157.7 | 217.0 | -72% | -33% | -51% |
| W11 | 52.5 | 158.4 | 210.9 | -75% | -32% | -52% |
| W12 | 47.6 | 144.8 | 192.4 | -77% | -38% | -57% |
| W13 | 33.5 | 142.2 | 175.7 | -84% | -39% | -60% |
| **Q2 FY01** | | | | | | |
| W2 | 157.6 | 250.9 | 408.5 | 0% | 0% | 0% |
| W4 | 142.6 | 238.1 | 380.7 | -10% | -5% | -7% |
| W6 | 132.6 | 248.3 | 380.9 | -16% | -1% | -7% |
| W8 | 122.1 | 245.1 | 367.2 | -23% | -2% | -10% |
| W10 | 74.6 | 229.5 | 304.2 | -53% | -9% | -26% |
| W11 | 73.3 | 221.3 | 294.6 | -54% | -12% | -28% |
| W12 | 66.3 | 197.7 | 264.1 | -58% | -21% | -35% |
| W13 | 59.8 | 175.7 | 235.5 | -62% | -30% | -42% |
| **Q3 FY01** | | | | | | |
| W2 | 272.6 | 279.6 | 552.2 | 0% | 0% | 0% |
| W4 | 71.2 | 216.6 | 287.8 | -74% | -23% | -48% |
| W6 | 126.0 | 310.9 | 436.8 | -54% | 11% | -21% |
| W8 | - | - | - | - | - | - |
| W10 | - | - | - | - | - | - |
| W11 | - | - | - | - | - | - |
| W12 | - | - | - | - | - | - |
| W13 | - | - | - | - | - | - |

**NAS**

| Forecast Week | Pipeline $M Apps | Pipeline $M Tech | Pipeline $M Total | Cumulative % Change Apps | Cumulative % Change Tech | Cumulative % Change Total |
|---|---|---|---|---|---|---|
| **Q1 FY01** | | | | | | |
| W2 | 232.6 | 213.7 | 446.3 | 0% | 0% | 0% |
| W4 | 248.3 | 247.2 | 495.5 | 7% | 16% | 11% |
| W6 | 217.4 | 245.2 | 462.7 | -7% | 15% | 4% |
| W8 | 182.1 | 327.1 | 509.2 | -22% | 53% | 14% |
| W10 | 156.3 | 304.8 | 461.0 | -33% | 43% | 3% |
| W11 | 133.0 | 290.5 | 423.5 | -43% | 36% | -5% |
| W12 | 113.3 | 271.7 | 384.9 | -51% | 27% | -14% |
| W13 | 105.3 | 270.8 | 376.1 | -55% | 27% | -16% |
| **Q2 FY01** | | | | | | |
| W2 | 271.1 | 415.8 | 686.8 | 0% | 0% | 0% |
| W4 | 315.6 | 402.0 | 717.6 | 16% | -3% | 4% |
| W6 | 332.4 | 465.5 | 797.9 | 23% | 12% | 16% |
| W8 | 324.8 | 470.5 | 795.3 | 20% | 13% | 16% |
| W10 | 265.6 | 454.8 | 720.4 | -2% | 9% | 5% |
| W11 | 231.5 | 427.5 | 659.0 | -15% | 3% | -4% |
| W12 | 214.0 | 386.8 | 600.8 | -21% | -7% | -13% |
| W13 | 193.4 | 367.1 | 560.5 | -29% | -12% | -18% |
| **Q3 FY01** | | | | | | |
| W2 | 353.2 | 488.9 | 842.0 | 0% | 0% | 0% |
| W4 | 330.6 | 501.3 | 831.9 | -6% | 3% | -1% |
| W6 | 320.6 | 505.4 | 826.0 | -9% | 3% | -2% |
| W8 | - | - | - | - | - | - |
| W10 | - | - | - | - | - | - |
| W11 | - | - | - | - | - | - |
| W12 | - | - | - | - | - | - |
| W13 | - | - | - | - | - | - |

ORACLE CONFIDENTIAL

*Americas Cumulative Weekly License Pipeline Trends*

*Q3 FY01*

**OPI**

| Forecast Week | Pipeline $M Apps | Pipeline $M Tech | Pipeline $M Total | Cumulative % Change Apps | Cumulative % Change Tech | Cumulative % Change Total |
|---|---|---|---|---|---|---|
| **Q1 FY01** | | | | | | |
| W2 | 103.8 | 66.1 | 169.9 | 0% | 0% | 0% |
| W4 | 123.4 | 72.1 | 195.5 | 19% | 9% | 15% |
| W6 | 102.3 | 70.8 | 173.1 | -1% | 7% | 2% |
| W8 | 74.5 | 63.6 | 138.0 | -28% | -4% | -19% |
| W10 | 52.3 | 59.5 | 111.8 | -50% | -10% | -34% |
| W11 | 49.0 | 61.0 | 110.0 | -53% | -8% | -35% |
| W12 | 56.4 | 63.0 | 119.4 | -46% | -5% | -30% |
| W13 | 49.3 | 49.1 | 98.4 | -52% | -26% | -42% |
| **Q2 FY01** | | | | | | |
| W2 | 150.3 | 122.5 | 272.8 | 0% | 0% | 0% |
| W4 | 145.9 | 129.4 | 275.3 | -3% | 6% | 1% |
| W6 | 145.6 | 119.0 | 264.7 | -3% | -3% | -3% |
| W8 | 131.0 | 119.5 | 250.5 | -13% | -2% | -8% |
| W10 | 118.5 | 117.6 | 236.1 | -21% | -4% | -13% |
| W11 | 116.0 | 116.2 | 232.2 | -23% | -5% | -15% |
| W12 | 106.2 | 132.8 | 238.9 | -29% | 8% | -12% |
| W13 | 81.4 | 131.1 | 212.5 | -46% | 7% | -22% |
| **Q3 FY01** | | | | | | |
| W2 | 221.8 | 195.9 | 417.6 | 0% | 0% | 0% |
| W4 | 211.3 | 172.9 | 384.2 | -5% | -12% | -8% |
| W6 | 184.3 | 164.9 | 349.2 | -17% | -16% | -16% |
| W8 | - | - | - | - | - | - |
| W10 | - | - | - | - | - | - |
| W11 | - | - | - | - | - | - |
| W12 | - | - | - | - | - | - |
| W13 | - | - | - | - | - | - |

**LAD**

| Forecast Week | Pipeline $M Apps | Pipeline $M Tech | Pipeline $M Total | Cumulative % Change Apps | Cumulative % Change Tech | Cumulative % Change Total |
|---|---|---|---|---|---|---|
| **Q1 FY01** | | | | | | |
| W2 | 34.4 | 42.6 | 77.0 | 0% | 0% | 0% |
| W4 | 33.1 | 39.9 | 73.0 | -4% | -6% | -5% |
| W6 | 28.1 | 36.4 | 64.5 | -18% | -15% | -16% |
| W8 | 28.1 | 36.4 | 64.5 | -18% | -15% | -16% |
| W10 | 27.9 | 36.5 | 64.4 | -19% | -14% | -16% |
| W11 | 23.9 | 32.2 | 56.1 | -31% | -24% | -27% |
| W12 | 20.2 | 33.7 | 53.9 | -41% | -21% | -30% |
| W13 | 19.2 | 31.1 | 50.3 | -44% | -27% | -35% |
| **Q2 FY01** | | | | | | |
| W2 | 33.4 | 52.3 | 85.7 | 0% | 0% | 0% |
| W4 | 29.2 | 52.3 | 81.5 | -13% | 0% | -5% |
| W6 | 29.4 | 57.7 | 87.2 | -12% | 10% | 2% |
| W8 | 28.0 | 56.6 | 84.6 | -16% | 8% | -1% |
| W10 | 36.6 | 43.3 | 79.9 | 10% | -17% | -7% |
| W11 | 19.0 | 52.2 | 71.2 | -43% | 0% | -17% |
| W12 | 14.4 | 53.9 | 68.3 | -57% | 3% | -20% |
| W13 | 14.4 | 56.0 | 70.3 | -57% | 7% | -18% |
| **Q3 FY01** | | | | | | |
| W2 | 50.0 | 80.0 | 130.0 | 0% | 0% | 0% |
| W4 | 33.2 | 76.5 | 109.7 | -34% | -4% | -16% |
| W6 | 32.0 | 72.7 | 104.7 | -36% | -9% | -19% |
| W8 | - | - | - | - | - | - |
| W10 | - | - | - | - | - | - |
| W11 | - | - | - | - | - | - |
| W12 | - | - | - | - | - | - |
| W13 | - | - | - | - | - | - |

**ORACLE CONFIDENTIAL**

*Cumulative Weekly License Pipeline Trends*

*Q3 FY01*

## UK, Ireland & South Africa

| Forecast Week | Pipeline $M Apps | Pipeline $M Tech | Pipeline $M Total | Cumulative % Change Apps | Cumulative % Change Tech | Cumulative % Change Total |
|---|---|---|---|---|---|---|
| **Q1 FY01** | | | | | | |
| W2 | 62.6 | 61.9 | 124.4 | 0% | 0% | 0% |
| W4 | 62.6 | 61.9 | 124.4 | 0% | 0% | 0% |
| W6 | 42.5 | 50.7 | 93.2 | -32% | -18% | -25% |
| W8 | 42.5 | 50.7 | 93.2 | -32% | -18% | -25% |
| W10 | 30.6 | 46.4 | 77.1 | -51% | -25% | -38% |
| W11 | 30.6 | 46.4 | 77.1 | -51% | -25% | -38% |
| W12 | 30.6 | 46.4 | 77.1 | -51% | -25% | -38% |
| W13 | 30.6 | 46.4 | 77.1 | -51% | -25% | -38% |
| **Q2 FY01** | | | | | | |
| W2 | 81.6 | 85.4 | 167.0 | 0% | 0% | 0% |
| W4 | 81.6 | 85.4 | 167.0 | 0% | 0% | 0% |
| W6 | 56.9 | 85.0 | 141.9 | -30% | 0% | -15% |
| W8 | 56.9 | 85.0 | 141.9 | -30% | 0% | -15% |
| W10 | 46.0 | 75.0 | 121.0 | -44% | -12% | -28% |
| W11 | 46.0 | 75.0 | 121.0 | -44% | -12% | -28% |
| W12 | 46.0 | 75.0 | 121.0 | -44% | -12% | -28% |
| W13 | 46.0 | 75.0 | 121.0 | -44% | -12% | -28% |
| **Q3 FY01** | | | | | | |
| W2 | 89.3 | 109.3 | 198.6 | 0% | 0% | 0% |
| W4 | 89.3 | 109.3 | 198.6 | 0% | 0% | 0% |
| W6 | 67.7 | 116.3 | 184.0 | -24% | 6% | -7% |
| W8 | - | - | - | - | - | - |
| W10 | - | - | - | - | - | - |
| W11 | - | - | - | - | - | - |
| W12 | - | - | - | - | - | - |
| W13 | - | - | - | - | - | - |

## [illegible]

| Forecast Week | Pipeline $M Apps | Pipeline $M Tech | Pipeline $M Total | Cumulative % Change Apps | Cumulative % Change Tech | Cumulative % Change Total |
|---|---|---|---|---|---|---|
| **Q1 FY01** | | | | | | |
| W2 | 32.1 | 37.2 | 69.3 | 0% | 0% | 0% |
| W4 | 32.1 | 37.2 | 69.3 | 0% | 0% | 0% |
| W6 | 24.0 | 41.0 | 64.9 | -25% | 10% | -6% |
| W8 | 24.0 | 41.0 | 64.9 | -25% | 10% | -6% |
| W10 | 10.1 | 35.6 | 45.8 | -69% | -4% | -34% |
| W11 | 10.1 | 35.6 | 45.8 | -69% | -4% | -34% |
| W12 | 10.1 | 35.6 | 45.8 | -69% | -4% | -34% |
| W13 | 10.1 | 35.6 | 45.8 | -69% | -4% | -34% |
| **Q2 FY01** | | | | | | |
| W2 | 25.4 | 67.3 | 92.8 | 0% | 0% | 0% |
| W4 | 25.4 | 67.3 | 92.8 | 0% | 0% | 0% |
| W6 | 17.2 | 62.3 | 79.5 | -32% | -7% | -14% |
| W8 | 17.2 | 62.3 | 79.5 | -32% | -7% | -14% |
| W10 | 7.3 | 61.0 | 68.3 | -71% | -9% | -26% |
| W11 | 7.3 | 61.0 | 68.3 | -71% | -9% | -26% |
| W12 | 7.3 | 61.0 | 68.3 | -71% | -9% | -26% |
| W13 | 7.3 | 61.0 | 68.3 | -71% | -9% | -26% |
| **Q3 FY01** | | | | | | |
| W2 | 11.0 | 89.2 | 100.3 | 0% | 0% | 0% |
| W4 | 22.4 | 77.8 | 100.3 | 0% | 0% | 0% |
| W6 | 21.1 | 79.2 | 100.3 | -6% | 2% | 0% |
| W8 | - | - | - | - | - | - |
| W10 | - | - | - | - | - | - |
| W11 | - | - | - | - | - | - |
| W12 | - | - | - | - | - | - |
| W13 | - | - | - | - | - | - |

## France, Middle East & Africa

| Forecast Week | Pipeline $M Apps | Pipeline $M Tech | Pipeline $M Total | Cumulative % Change Apps | Cumulative % Change Tech | Cumulative % Change Total |
|---|---|---|---|---|---|---|
| **Q1 FY01** | | | | | | |
| W2 | 42.1 | 44.7 | 86.8 | 0% | 0% | 0% |
| W4 | 42.1 | 44.7 | 86.8 | 0% | 0% | 0% |
| W6 | 33.9 | 48.0 | 81.9 | -19% | 7% | -6% |
| W8 | 33.9 | 48.0 | 81.9 | -19% | 7% | -6% |
| W10 | 34.6 | 48.3 | 82.9 | -18% | 8% | -4% |
| W11 | 34.6 | 48.3 | 82.9 | -18% | 8% | -4% |
| W12 | 34.6 | 48.3 | 82.9 | -18% | 8% | -4% |
| W13 | 34.6 | 48.3 | 82.9 | -18% | 8% | -4% |
| **Q2 FY01** | | | | | | |
| W2 | 37.3 | 56.4 | 93.6 | 0% | 0% | 0% |
| W4 | 37.2 | 56.4 | 93.6 | 0% | 0% | 0% |
| W6 | 40.8 | 57.9 | 98.6 | 10% | 3% | 5% |
| W8 | 40.8 | 57.9 | 98.6 | 10% | 3% | 5% |
| W10 | 33.4 | 58.0 | 91.4 | -10% | 3% | -2% |
| W11 | 33.4 | 58.0 | 91.4 | -10% | 3% | -2% |
| W12 | 33.4 | 58.0 | 91.4 | -10% | 3% | -2% |
| W13 | 33.4 | 58.0 | 91.4 | -10% | 3% | -2% |
| **Q3 FY01** | | | | | | |
| W2 | 59.3 | 78.1 | 137.4 | 0% | 0% | 0% |
| W4 | 60.0 | 80.3 | 140.3 | 0% | 0% | 0% |
| W6 | 48.0 | 73.0 | 121.0 | -20% | -7% | -12% |
| W8 | - | - | - | - | - | - |
| W10 | - | - | - | - | - | - |
| W11 | - | - | - | - | - | - |
| W12 | - | - | - | - | - | - |
| W13 | - | - | - | - | - | - |

## Southern Europe

| Forecast Week | Pipeline $M Apps | Pipeline $M Tech | Pipeline $M Total | Cumulative % Change Apps | Cumulative % Change Tech | Cumulative % Change Total |
|---|---|---|---|---|---|---|
| **Q1 FY01** | | | | | | |
| W2 | 10.3 | 34.3 | 44.7 | 0% | 0% | 0% |
| W4 | 10.3 | 34.3 | 44.7 | 0% | 0% | 0% |
| W6 | 5.5 | 42.3 | 47.8 | -46% | 23% | 7% |
| W8 | 5.5 | 42.3 | 47.8 | -46% | 23% | 7% |
| W10 | 4.8 | 35.8 | 40.7 | -53% | 4% | -9% |
| W11 | 4.8 | 35.8 | 40.7 | -53% | 4% | -9% |
| W12 | 4.8 | 35.8 | 40.7 | -53% | 4% | -9% |
| W13 | 4.8 | 35.8 | 40.7 | -53% | 4% | -9% |
| **Q2 FY01** | | | | | | |
| W2 | 36.5 | 61.0 | 97.7 | 0% | 0% | 0% |
| W4 | 36.8 | 61.0 | 97.7 | 0% | 0% | 0% |
| W6 | 22.5 | 64.2 | 86.7 | -38% | 5% | -11% |
| W8 | 22.3 | 64.2 | 86.7 | -38% | 5% | -11% |
| W10 | 14.4 | 63.5 | 77.9 | -60% | 4% | -20% |
| W11 | 14.4 | 63.5 | 77.9 | -60% | 4% | -20% |
| W12 | 14.4 | 63.5 | 77.9 | -60% | 4% | -20% |
| W13 | 14.4 | 63.5 | 77.9 | -60% | 4% | -20% |
| **Q3 FY01** | | | | | | |
| W2 | 33.2 | 80.6 | 113.8 | 0% | 0% | 0% |
| W4 | 33.2 | 80.6 | 113.8 | 0% | 0% | 0% |
| W6 | 24.6 | 79.5 | 104.1 | -26% | -1% | -9% |
| W8 | - | - | - | - | - | - |
| W10 | - | - | - | - | - | - |
| W11 | - | - | - | - | - | - |
| W12 | - | - | - | - | - | - |
| W13 | - | - | - | - | - | - |

## Northern, Central & Eastern Europe

| Forecast Week | Pipeline $M Apps | Pipeline $M Tech | Pipeline $M Total | Cumulative % Change Apps | Cumulative % Change Tech | Cumulative % Change Total |
|---|---|---|---|---|---|---|
| **Q1 FY01** | | | | | | |
| W2 | 28.6 | 54.8 | 83.4 | 0% | 0% | 0% |
| W4 | 28.6 | 54.8 | 83.4 | 0% | 0% | 0% |
| W6 | 28.3 | 49.9 | 78.2 | -1% | -9% | -6% |
| W8 | 28.3 | 49.9 | 78.2 | -1% | -9% | -6% |
| W10 | 19.1 | 46.6 | 65.7 | -33% | -15% | -21% |
| W11 | 19.1 | 46.6 | 65.7 | -33% | -15% | -21% |
| W12 | 19.1 | 46.6 | 65.7 | -33% | -15% | -21% |
| W13 | 19.1 | 46.6 | 65.7 | -33% | -15% | -21% |
| **Q2 FY01** | | | | | | |
| W2 | 45.7 | 70.8 | 116.5 | 0% | 0% | 0% |
| W4 | 45.7 | 70.8 | 116.5 | 0% | 0% | 0% |
| W6 | 42.8 | 76.8 | 119.6 | -6% | 8% | 3% |
| W8 | 42.8 | 76.8 | 119.6 | -6% | 8% | 3% |
| W10 | 40.5 | 85.6 | 126.1 | -11% | 21% | 8% |
| W11 | 40.5 | 85.6 | 126.1 | -11% | 21% | 8% |
| W12 | 40.5 | 85.6 | 126.1 | -11% | 21% | 8% |
| W13 | 40.5 | 85.6 | 126.1 | -11% | 21% | 8% |
| **Q3 FY01** | | | | | | |
| W2 | 38.5 | 91.4 | 129.9 | 0% | 0% | 0% |
| W4 | 41.6 | 85.3 | 126.9 | 0% | 0% | 0% |
| W6 | 33.4 | 86.3 | 119.8 | 10% | 2% | 4% |
| W8 | - | - | - | - | - | - |
| W10 | - | - | - | - | - | - |
| W11 | - | - | - | - | - | - |
| W12 | - | - | - | - | - | - |
| W13 | - | - | - | - | - | - |

## Japan

| Forecast Week | Pipeline $M Apps | Pipeline $M Tech | Pipeline $M Total | Cumulative % Change Apps | Cumulative % Change Tech | Cumulative % Change Total |
|---|---|---|---|---|---|---|
| **Q1 FY01** | | | | | | |
| W2 | 23.3 | 96.6 | 119.8 | 0% | 0% | 0% |
| W4 | 23.2 | 96.6 | 119.8 | 0% | 0% | 0% |
| W6 | 23.2 | 96.3 | 119.5 | 0% | -1% | 0% |
| W8 | 23.2 | 96.1 | 119.2 | 0% | -1% | 0% |
| W10 | 4.9 | 90.6 | 95.5 | -79% | -6% | -20% |
| W11 | 4.9 | 90.6 | 95.5 | -79% | -6% | -20% |
| W12 | 4.9 | 90.6 | 95.5 | -79% | -6% | -20% |
| W13 | 4.9 | 90.6 | 95.5 | -79% | -6% | -20% |
| **Q2 FY01** | | | | | | |
| W2 | 27.4 | 131.5 | 158.9 | 0% | 0% | 0% |
| W4 | 27.4 | 131.5 | 158.9 | 0% | 0% | 0% |
| W6 | 25.0 | 136.6 | 161.6 | -9% | 4% | 2% |
| W8 | 25.0 | 136.6 | 161.6 | -9% | 4% | 2% |
| W10 | 25.0 | 133.8 | 158.8 | -9% | 2% | 0% |
| W11 | 25.0 | 133.8 | 158.8 | -9% | 2% | 0% |
| W12 | 25.0 | 133.8 | 158.8 | -9% | 2% | 0% |
| W13 | 25.0 | 133.8 | 158.8 | -9% | 2% | 0% |
| **Q3 FY01** | | | | | | |
| W2 | 34.6 | 128.0 | 162.6 | 0% | 0% | 0% |
| W4 | 34.6 | 128.0 | 162.6 | 0% | 0% | 0% |
| W6 | 33.3 | 127.4 | 160.6 | -4% | -1% | -1% |
| W8 | - | - | - | - | - | - |
| W10 | - | - | - | - | - | - |
| W11 | - | - | - | - | - | - |
| W12 | - | - | - | - | - | - |
| W13 | - | - | - | - | - | - |

## APAC

| Forecast Week | Pipeline $M Apps | Pipeline $M Tech | Pipeline $M Total | Cumulative % Change Apps | Cumulative % Change Tech | Cumulative % Change Total |
|---|---|---|---|---|---|---|
| **Q1 FY01** | | | | | | |
| W2 | 28.9 | 71.5 | 100.4 | 0% | 0% | 0% |
| W4 | 28.9 | 71.5 | 100.4 | 0% | 0% | 0% |
| W6 | 30.4 | 83.0 | 113.4 | 5% | 16% | 13% |
| W8 | 30.4 | 83.0 | 113.4 | 5% | 16% | 13% |
| W10 | 32.4 | 76.9 | 109.3 | 12% | 7% | 9% |
| W11 | 32.4 | 76.9 | 109.3 | 12% | 7% | 9% |
| W12 | 32.4 | 76.9 | 109.3 | 12% | 7% | 9% |
| W13 | 32.4 | 76.9 | 109.3 | 12% | 7% | 9% |
| **Q2 FY01** | | | | | | |
| W2 | 46.2 | 68.4 | 114.6 | 0% | 0% | 0% |
| W4 | 46.2 | 68.4 | 114.6 | 0% | 0% | 0% |
| W6 | 45.1 | 88.8 | 133.9 | -2% | 30% | 17% |
| W8 | 45.1 | 88.8 | 133.9 | -2% | 30% | 17% |
| W10 | 38.2 | 93.5 | 131.7 | -17% | 37% | 15% |
| W11 | 38.2 | 93.5 | 131.7 | -17% | 37% | 15% |
| W12 | 38.2 | 93.5 | 131.7 | -17% | 37% | 15% |
| W13 | 38.2 | 93.5 | 131.7 | -17% | 37% | 15% |
| **Q3 FY01** | | | | | | |
| W2 | 49.5 | 87.3 | 136.8 | 0% | 0% | 0% |
| W4 | 49.2 | 87.3 | 136.5 | 0% | 0% | 0% |
| W6 | 45.5 | 98.1 | 143.6 | -7% | 12% | 4% |
| W8 | - | - | - | - | - | - |
| W10 | - | - | - | - | - | - |
| W11 | - | - | - | - | - | - |
| W12 | - | - | - | - | - | - |
| W13 | - | - | - | - | - | - |

## Total Company

| Forecast Week | Pipeline $M Apps | Pipeline $M Tech | Pipeline $M Total | Cumulative % Change Apps | Cumulative % Change Tech | Cumulative % Change Total |
|---|---|---|---|---|---|---|
| **Q1 FY01** | | | #VALUE! | #VALUE! | | |
| W2 | 788.2 | 977.7 | 1,765.9 | 0% | 0% | 0% |
| W4 | 763.4 | 974.4 | 1,737.8 | -3% | 0% | -2% |
| W6 | 642.0 | 932.8 | 1,574.8 | -16% | -4% | -9% |
| W8 | 536.3 | 999.3 | 1,536.1 | -32% | 2% | -10% |
| W10 | 432.2 | 938.9 | 1,371.0 | -43% | -4% | -21% |
| W11 | 394.8 | 933.3 | 1,327.3 | -48% | -5% | -24% |
| W12 | 375.0 | 892.4 | 1,267.3 | -51% | -8% | -27% |
| W13 | 343.9 | 873.3 | 1,217.4 | -53% | -10% | -30% |
| **Q2 FY01** | | | | | | |
| W2 | 903.7 | 1,382.1 | 2,284.8 | 0% | 0% | 0% |
| W4 | 923.6 | 1,363.1 | 2,286.8 | 2% | -1% | 0% |
| W6 | 890.4 | 1,461.9 | 2,352.3 | -1% | 7% | 3% |
| W8 | 856.1 | 1,463.1 | 2,319.2 | -5% | 7% | 2% |
| W10 | 700.1 | 1,415.5 | 2,115.6 | -24% | 4% | -7% |
| W11 | 644.7 | 1,387.3 | 2,032.1 | -30% | 1% | -11% |
| W12 | 603.8 | 1,341.5 | 1,947.3 | -34% | -2% | -15% |
| W13 | 553.8 | 1,300.2 | 1,853.9 | -40% | -5% | -19% |
| **Q3 FY01** | | | | | | |
| W2 | 1,232.9 | 1,708.8 | 2,941.7 | 0% | 0% | 0% |
| W4 | 1,003.5 | 1,616.3 | 2,619.8 | -20% | -5% | -12% |
| W6 | 973.3 | 1,715.9 | 2,691.2 | -22% | 0% | -9% |
| W8 | - | - | - | - | - | - |
| W10 | - | - | - | - | - | - |
| W11 | - | - | - | - | - | - |
| W12 | - | - | - | - | - | - |
| W13 | - | - | - | - | - | - |

ORACLE CONFIDENTIAL

# Total License Pipeline Trend Analysis

Month 2 - January / Week 6

### Total Company

| Constant $ | | License Pipeline | Quarterly Actuals | Pipeline as a % of Actuals | Actuals as a % of Pipeline |
|---|---|---|---|---|---|
| Q4 | FY99 | $ 2,474,447 | $ 1,447,292 | 171% | 58% |
| Q1 | FY00 | $ 957,425 | $ 602,804 | 159% | 63% |
| Q2 | FY00 | $ 1,633,023 | $ 859,164 | 190% | 53% |
| Q3 | FY00 | $ 2,015,186 | $ 1,029,196 | 196% | 51% |
| Q4 | FY00 | $ 3,252,245 | $ 1,797,955 | 181% | 55% |
| Q1 | FY01 | $ 1,574,828 | $ 785,431 | 201% | 50% |
| Q2 | FY01 | $ 2,352,288 | $ 1,128,189 | 209% | 48% |
| Q3 (1) | FY01 | $ 2,691,175 | $ 1,265,573 | 213% | 47% |

### Oracle Service Industries (OSI)[2]

| Constant $ | | License Pipeline | Quarterly Actuals | Pipeline as a % of Actuals | Actuals as a % of Pipeline |
|---|---|---|---|---|---|
| Q4 | FY99 | $ 607,155 | $ 312,912 | 194% | 52% |
| Q1 | FY00 | $ 177,100 | $ 70,496 | 251% | 40% |
| Q2 | FY00 | $ 364,957 | $ 125,915 | 290% | 35% |
| Q3 | FY00 | $ 397,600 | $ 188,953 | 210% | 48% |
| Q4 | FY00 | $ 695,000 | $ 345,055 | 201% | 50% |
| Q1 | FY01 | $ 275,700 | $ 106,907 | 258% | 39% |
| Q2 | FY01 | $ 380,894 | $ 153,227 | 249% | 40% |
| Q3 (1) | FY01 | $ 436,827 | $ 225,000 | 194% | 52% |

### North American Sales (NAS)[2]

| Constant $ | | License Pipeline | Quarterly Actuals | Pipeline as a % of Actuals | Actuals as a % of Pipeline |
|---|---|---|---|---|---|
| Q4 | FY99 | $ 617,061 | $ 374,777 | 165% | 61% |
| Q1 | FY00 | $ 238,300 | $ 126,668 | 188% | 53% |
| Q2 | FY00 | $ 405,345 | $ 196,850 | 206% | 49% |
| Q3 | FY00 | $ 531,016 | $ 308,555 | 172% | 58% |
| Q4 | FY00 | $ 1,002,200 | $ 521,209 | 192% | 52% |
| Q1 | FY01 | $ 462,695 | $ 199,281 | 232% | 43% |
| Q2 | FY01 | $ 797,931 | $ 282,321 | 283% | 35% |
| Q3 (1) | FY01 | $ 825,990 | $ 346,000 | 239% | 42% |

### Oracle Process Industries (OPI)[2]

| Constant $ | | License Pipeline | Quarterly Actuals | Pipeline as a % of Actuals | Actuals as a % of Pipeline |
|---|---|---|---|---|---|
| Q4 | FY99 | $ 284,211 | $ 175,856 | 162% | 62% |
| Q1 | FY00 | $ 54,000 | $ 49,766 | 109% | 92% |
| Q2 | FY00 | $ 150,600 | $ 54,404 | 277% | 36% |
| Q3 | FY00 | $ 249,900 | $ 83,272 | 300% | 33% |
| Q4 | FY00 | $ 405,000 | $ 198,499 | 204% | 49% |
| Q1 | FY01 | $ 173,100 | $ 40,622 | 426% | 23% |
| Q2 | FY01 | $ 264,659 | $ 108,699 | 243% | 41% |
| Q3 (1) | FY01 | $ 349,236 | $ 150,000 | 233% | 43% |

### Latin America[2]

| Constant $ | | License Pipeline | Quarterly Actuals | Pipeline as a % of Actuals | Actuals as a % of Pipeline |
|---|---|---|---|---|---|
| Q4 | FY99 | $ 92,484 | $ 49,364 | 187% | 53% |
| Q1 | FY00 | $ 52,300 | $ 21,555 | 243% | 41% |
| Q2 | FY00 | $ 64,112 | $ 31,676 | 202% | 49% |
| Q3 | FY00 | $ 85,417 | $ 39,095 | 218% | 46% |
| Q4 | FY00 | $ - | $ 67,139 | 0% | #DIV/0! |
| Q1 | FY01 | $ 64,511 | $ 26,875 | 240% | 42% |
| Q2 | FY01 | $ 87,159 | $ 38,714 | 225% | 44% |
| Q3 (1) | FY01 | $ 104,673 | $ 43,484 | 241% | 42% |

### APAC

| Constant $ | | License Pipeline | Quarterly Actuals | Pipeline as a % of Actuals | Actuals as a % of Pipeline |
|---|---|---|---|---|---|
| Q4 | FY99 | $ 91,473 | $ 66,490 | 138% | 73% |
| Q1 | FY00 | $ 77,689 | $ 51,007 | 152% | 66% |
| Q2 | FY00 | $ 87,571 | $ 54,935 | 159% | 63% |
| Q3 | FY00 | $ 93,648 | $ 65,682 | 143% | 70% |
| Q4 | FY00 | $ 128,190 | $ 98,416 | 130% | 77% |
| Q1 | FY01 | $ 113,412 | $ 72,450 | 157% | 64% |
| Q2 | FY01 | $ 133,860 | $ 81,170 | 165% | 61% |
| Q3 (1) | FY01 | $ 162,589 | $ 86,205 | 189% | 53% |

### Japan

| Constant $ | | License Pipeline | Quarterly Actuals | Pipeline as a % of Actuals | Actuals as a % of Pipeline |
|---|---|---|---|---|---|
| Q4 | FY99 | $ 129,877 | $ 107,577 | 121% | 83% |
| Q1 | FY00 | $ 107,906 | $ 75,878 | 142% | 70% |
| Q2 | FY00 | $ 127,392 | $ 108,001 | 118% | 85% |
| Q3 | FY00 | $ 110,808 | $ 91,650 | 121% | 83% |
| Q4 | FY00 | $ 146,046 | $ 129,413 | 113% | 89% |
| Q1 | FY01 | $ 119,246 | $ 93,299 | 128% | 78% |
| Q2 | FY01 | $ 161,555 | $ 147,752 | 109% | 91% |
| Q3 (1) | FY01 | $ 160,629 | $ 109,614 | 147% | 68% |

### UK, Ireland & South Africa

| Constant $ | | License Pipeline | Quarterly Actuals | Pipeline as a % of Actuals | Actuals as a % of Pipeline |
|---|---|---|---|---|---|
| Q4 | FY99 | $ 217,549 | $ 133,376 | 163% | 61% |
| Q1 | FY00 | $ 57,879 | $ 31,174 | 186% | 54% |
| Q2 | FY00 | $ 149,018 | $ 54,891 | 271% | 37% |
| Q3 | FY00 | $ 175,864 | $ 61,871 | 284% | 35% |
| Q4 | FY00 | $ 286,404 | $ 130,873 | 219% | 46% |
| Q1 | FY01 | $ 93,225 | $ 48,591 | 192% | 52% |
| Q2 | FY01 | $ 141,858 | $ 80,772 | 176% | 57% |
| Q3 (1) | FY01 | $ 183,976 | $ 71,942 | 256% | 39% |

### Germany

| Constant $ | | License Pipeline | Quarterly Actuals | Pipeline as a % of Actuals | Actuals as a % of Pipeline |
|---|---|---|---|---|---|
| Q4 | FY99 | $ 126,361 | $ 72,401 | 175% | 57% |
| Q1 | FY00 | $ 38,047 | $ 24,194 | 157% | 64% |
| Q2 | FY00 | $ 67,866 | $ 52,701 | 129% | 78% |
| Q3 | FY00 | $ 71,596 | $ 41,919 | 171% | 59% |
| Q4 | FY00 | $ 145,824 | $ 76,679 | 190% | 53% |
| Q1 | FY01 | $ 64,943 | $ 31,981 | 203% | 49% |
| Q2 | FY01 | $ 79,480 | $ 49,637 | 160% | 62% |
| Q3 (1) | FY01 | $ 100,287 | $ 58,002 | 173% | 55% |

(1) Data as of January 15, 2001.
(2) Americas data, Q1 FY00 through current period are based on weekly data. All other periods and countries are monthly

ORACLE CONFIDENTIAL

**Total License Pipeline Trend Analysis**
Month 2 - January / Week 6

**France, Middle East & Africa**

| Constant $ | | | License Pipeline | | Quarterly Actuals | Pipeline as a % of Actuals | Actuals as a % of Pipeline |
|---|---|---|---|---|---|---|---|
| Q4 | FY99 | $ | 106,444 | $ | 57,537 | 185% | 54% |
| Q1 | FY00 | $ | 55,559 | $ | 33,618 | 165% | 61% |
| Q2 | FY00 | $ | 75,273 | $ | 43,899 | 171% | 58% |
| Q3 | FY00 | $ | 101,525 | $ | 48,863 | 208% | 48% |
| Q4 | FY00 | $ | 182,422 | $ | 63,152 | 289% | 35% |
| Q1 | FY01 | $ | 81,907 | $ | 47,416 | 173% | 58% |
| Q2 | FY01 | $ | 98,607 | $ | 51,189 | 193% | 52% |
| Q3 (1) | FY01 | $ | 123,010 | $ | 52,962 | 232% | 43% |

**Southern Europe**

| Constant $ | | | License Pipeline | | Quarterly Actuals | Pipeline as a % of Actuals | Actuals as a % of Pipeline |
|---|---|---|---|---|---|---|---|
| Q4 | FY99 | $ | 83,827 | $ | 45,210 | 185% | 54% |
| Q1 | FY00 | $ | 41,441 | $ | 30,983 | 134% | 75% |
| Q2 | FY00 | $ | 63,100 | $ | 50,919 | 124% | 81% |
| Q3 | FY00 | $ | 92,964 | $ | 46,728 | 199% | 50% |
| Q4 | FY00 | $ | 104,815 | $ | 56,636 | 185% | 54% |
| Q1 | FY01 | $ | 47,864 | $ | 39,674 | 121% | 83% |
| Q2 | FY01 | $ | 86,693 | $ | 55,831 | 155% | 64% |
| Q3 (1) | FY01 | $ | 104,112 | $ | 55,241 | 188% | 53% |

**Northern, Central & Eastern Europe**

| Constant $ | | | License Pipeline | | Quarterly Actuals | Pipeline as a % of Actuals | Actuals as a % of Pipeline |
|---|---|---|---|---|---|---|---|
| Q4 | FY99 | $ | 118,004 | $ | 75,162 | 157% | 64% |
| Q1 | FY00 | $ | 57,204 | $ | 35,934 | 159% | 63% |
| Q2 | FY00 | $ | 77,789 | $ | 57,332 | 136% | 74% |
| Q3 | FY00 | $ | 104,848 | $ | 54,017 | 194% | 52% |
| Q4 | FY00 | $ | 156,344 | $ | 94,047 | 166% | 60% |
| Q1 | FY01 | $ | 78,226 | $ | 43,132 | 181% | 55% |
| Q2 | FY01 | $ | 119,592 | $ | 74,065 | 161% | 62% |
| Q3 (1) | FY01 | $ | 139,847 | $ | 67,124 | 208% | 48% |

(1) Data as of January 15, 2001

ORACLE CONFIDENTIAL