## North American Sales Forecast - Q3FY01 ($M)

| | Total Opportunity | 29-Jan | Change | 5-Feb | Comments |
|---|---|---|---|---|---|
| **FORECAST SUMMARY** | | | | | |
| Deals > $500K | | 82.0 | (9.5) | 72.5 | |
| CLOSED >$500k (Included in Total >$500k) | | 15.1 | 0.0 | 15.1 | |
| **Total Deals >$500k** | | **97.1** | **(9.5)** | **87.6** | |
| Deals < $500K | | 90.3 | (3.4) | 86.9 | |
| CLOSED <$500k (Included in Total <$500k) | | 25.2 | 9.4 | 34.6 | |
| **Total Deals <$500k** | | **115.5** | **6.0** | **121.5** | |
| **iSD Forecast** | | **55.7** | **0.0** | **55.7** | |
| **Management Judgement** | | **67.7** | **3.5** | **71.2** | |
| **TOTAL FORECAST** | | **336.0** | **0.0** | **336.0** | |
| | | | | | |
| **FORECAST DETAIL** | | | | | |
| Deals <$500K | | 115.5 | 6.0 | 121.5 | |
| CLOSED Deals >$500k | | 15.1 | 0.0 | 15.1 | |
| iSD Forecast | | 55.7 | 0.0 | 55.7 | |
| Management Judgement | | 67.7 | 3.5 | 71.2 | |
| | | | | | |
| Deals >$500K | | | | | |
| | | | | | |
| American Tower Services | 2.6 | 3.0 | 0.0 | 3.0 | Scheduling signing date - expect to close next week |
| UBS Warburg | 2.5 | 3.0 | 0.0 | 3.0 | Expecting signature this week |
| AUTOMATIC DATA PROCESSING | 1.0 | 2.0 | 0.0 | 2.0 | Still working with customer - Final stages |
| POMEROY COMPUTER RESOURCES, INC. | 3.8 | 2.0 | 0.0 | 2.0 | Exec Committee presented to Chairman -expect signing by 2/15 |
| Schreiber Foods | 2.1 | 2.0 | 0.0 | 2.0 | Mtg on Thursday - need ot get add'l references - may need to break up into pieces |
| Exodus Communications | 1.8 | 1.8 | 0.0 | 1.8 | closed |
| Airclic | 1.7 | 1.7 | 0.0 | 1.7 | closed |
| BELKIN COMPONENTS INC | 1.2 | 1.0 | 0.7 | 1.7 | CEO Reviewing Friday - Expect signature next week |
| Timberland | 1.6 | 1.6 | 0.0 | 1.6 | Getting positive feedback from customer - committed to Feb close |
| AMERICREDIT | 2.6 | 1.5 | 0.0 | 1.5 | closed |
| CP Ships | 1.6 | 1.4 | 0.0 | 1.4 | One last legal issue - Expect to sign anyday |
| Best Buy | 1.1 | 1.1 | 0.2 | 1.3 | Part of on going contract - additional users acquired and need LIC |
| Bell & Howell | 1.5 | 1.3 | 0.0 | 1.3 | Expecting signature this week |
| Johnson&Johnson | 1.2 | 1.2 | 0.0 | 1.2 | Final stages customer attending Apps World - working to close before Apps world |
| Tribune Company | 1.5 | 1.1 | (0.0) | 1.1 | Meeting Thursday |
| Danka | 1.5 | 0.7 | 0.4 | 1.1 | Final approval out this week |
| Altec Corporation | 0.9 | 0.5 | 0.6 | 1.1 | Working with HQAPPS - Expect to sign anyday |
| Princeton eCom | 0.3 | 0.8 | 0.3 | 1.1 | Attending Larry's roundtable -feeback from customer indicates will close by month end |
| Appshops | 0.6 | 1.0 | 0.0 | 1.0 | closed |
| Barton Malow | 1.0 | 1.0 | 0.0 | 1.0 | Customer committed to get deal completed by 2/26 |
| Corio | 1.0 | 1.0 | 0.0 | 1.0 | closed |
| Electronic Data Systems Corporation | 1.0 | 1.0 | 0.0 | 1.0 | working with customer on negitiations |
| NAVISITE | 1.0 | 0.8 | 0.2 | 1.0 | Expect to go til endo of month |
| Consonus | 1.0 | 0.6 | 0.4 | 1.0 | Awaiting funding which is expected anyday and will close subsequently |
| SHAW COMMUNICATIONS | 4.7 | 0.7 | 0.3 | 1.0 | Pick up paperwork this week |
| net2phone | 0.3 | 1.0 | (0.0) | 1.0 | Expect to sign end of week |
| CR Bard | 1.0 | 1.0 | 0.0 | 1.0 | Working final negotiations |
| Black & Veatch | 1.8 | 0.9 | 0.0 | 0.9 | |
| Symantec Corporation | | | 0.9 | 0.9 | |
| Kimball Furniture | 0.8 | 0.8 | 0.1 | 0.9 | |
| McGhan Medical | 0.9 | 0.9 | 0.0 | 0.9 | |
| UNION BANK | 0.8 | 0.9 | 0.0 | 0.9 | |
| Baker Hughes Int'l | 1.6 | 0.8 | 0.0 | 0.8 | |
| LITHONIA LIGHTING INC | 1.0 | 0.8 | 0.0 | 0.8 | |
| News Corporation | | | 0.8 | 0.8 | |
| Comms Canada (Bell Canada) | 1.9 | 0.9 | (0.1) | 0.8 | |
| MARITIME TELEGRAPH & TELEPHONE COMPAN | 1.0 | 0.8 | (0.0) | 0.8 | |
| ORIGIN | 0.8 | 0.8 | 0.0 | 0.8 | |
| CANADA CUSTOMS, REVENUE AGENCY | 0.9 | 0.8 | (0.0) | 0.8 | |
| Akamai Technologies | 0.5 | 0.8 | 0.0 | 0.8 | |
| Cendant IT | 0.5 | 0.8 | 0.0 | 0.8 | |
| Sanrise | 0.7 | 0.8 | 0.0 | 0.8 | |
| Ultimate Electronics | | | 0.8 | 0.8 | |
| Elderhostel | | | 0.7 | 0.7 | |
| BP Solar Inc. | 0.7 | 0.7 | 0.0 | 0.7 | |
| Lucent Microelectronics | 0.7 | 0.7 | 0.0 | 0.7 | |
| Augsburg Fortress | 0.4 | 0.7 | 0.0 | 0.7 | |
| Ebenx | 1.0 | 0.7 | 0.0 | 0.7 | |
| LDS Church | 0.7 | 0.7 | 0.0 | 0.7 | |
| PETsMART | 0.6 | 0.6 | 0.1 | 0.7 | |

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER          NDCA-ORCL 276919

| North American Sales Forecast - Q3FY01 ($M) | | | | | |
|---|---|---|---|---|---|
| | Total Opportunity | 29-Jan | Change | 5-Feb | Comments |
| Discover Financial Services, Inc. | 0.6 | 0.6 | 0.0 | 0.6 | |
| Giantloop Network | 0.5 | 0.6 | 0.0 | 0.6 | |
| Interpublic Group | 0.5 | 0.6 | 0.0 | 0.6 | |
| Norwest Financial Services | 0.6 | 0.6 | 0.0 | 0.6 | |
| WW Grainger | 0.4 | 0.6 | 0.0 | 0.6 | |
| TRANSOCEAN OFFSHORE INC | 2.4 | 0.5 | 0.1 | 0.6 | |
| Woodgrain Millwork Inc | | | 0.6 | 0.6 | |
| Cabot Microelectronics Corporation | 0.3 | 0.6 | 0.0 | 0.6 | |
| PFIZER CORPORATION | 0.6 | 0.6 | 0.0 | 0.6 | |
| Data Centric Broadband | 0.4 | 0.6 | 0.0 | 0.6 | |
| Rand Technologies Corporation | 0.5 | 0.5 | (0.0) | 0.5 | |
| Barton Malow | 0.5 | 0.5 | 0.0 | 0.5 | |
| On Fiber Communications | 0.5 | 0.5 | 0.0 | 0.5 | |
| UCHHS | 0.5 | 0.5 | 0.0 | 0.5 | |
| Mellon Financial Services | 1.0 | 1.0 | (0.5) | 0.5 | |
| Providian | 0.9 | 0.9 | (0.4) | 0.5 | |
| Birch Telecom | 0.5 | 0.5 | 0.0 | 0.5 | |
| BMC Software | 1.0 | 0.5 | 0.0 | 0.5 | |
| Broadcloud | 0.5 | 0.5 | 0.0 | 0.5 | |
| Chiliad Publishing | 0.5 | 0.5 | 0.0 | 0.5 | |
| Echostar Communications | 0.5 | 0.5 | 0.0 | 0.5 | |
| Innuity | 0.6 | 0.5 | 0.0 | 0.5 | |
| New York Times Company Inc | 0.5 | 0.5 | 0.0 | 0.5 | |
| Ohio Savings | 0.4 | 0.5 | 0.0 | 0.5 | |
| Real Networks | 0.5 | 0.5 | 0.0 | 0.5 | |
| University of Chicago Hospitals | 0.6 | 0.5 | 0.0 | 0.5 | signed |
| VisionTek, Inc. | 0.3 | 0.5 | 0.0 | 0.5 | |
| DFO | 1.3 | 0.5 | 0.0 | 0.5 | |
| GB Data Systems | | | 0.5 | 0.5 | |
| ALBERTA BLUE CROSS | 0.2 | 0.5 | (0.3) | 0.3 | |
| Premier Schools | 0.4 | 0.6 | (0.5) | 0.2 | |
| CONTINENTAL AIRLINES | 4.0 | 2.0 | (2.0) | 0.0 | Moved to Best Case |
| KINKO'S INC. | 1.7 | 1.7 | (1.7) | 0.0 | |
| American National Insurance Company | 1.8 | 1.0 | (1.0) | 0.0 | Moved to Best Case |
| Veritas Software Corporation | 0.5 | 1.0 | (1.0) | 0.0 | Best Only |
| Nortel Networks | 2.7 | 1.0 | (1.0) | 0.0 | |
| Loudcloud Inc | 2.4 | 0.7 | (0.7) | 0.0 | |
| Northern California iSD | 0.8 | 0.6 | (0.6) | 0.0 | |
| ATCO I-TEK | 3.1 | 0.5 | (0.5) | 0.0 | closed |
| ISM BC | 3.1 | 0.5 | (0.5) | 0.0 | |
| Moore Corporation | 0.5 | 0.5 | (0.5) | 0.0 | |
| NCL Cruises Ltd | 1.0 | 0.5 | (0.5) | 0.0 | |
| Providian Financial | 0.4 | 0.5 | (0.5) | 0.0 | |
| Research In Motion | 0.5 | 0.5 | (0.5) | 0.0 | |
| HNC Software Inc. | 0.5 | 0.5 | (0.5) | 0.0 | |
| Orcom Solutions, Inc. | 0.5 | 0.5 | (0.5) | 0.0 | |
| Storage Networks | 0.7 | 0.5 | (0.5) | 0.0 | |
| Buehler Food | 0.4 | 0.5 | (0.5) | 0.0 | |
| CONTINENTAL AIRLINES | 0.8 | 0.5 | (0.5) | 0.0 | |
| Woosh! | 0.5 | 0.5 | (0.5) | 0.0 | |
| Karsten | 0.5 | 1.5 | (1.5) | 0.0 | CLOSED |
| Total Deals >$500K | 103.0 | 82.0 | (9.5) | 72.5 | |
| **TOTAL FORECAST** | | 336.0 | 0.0 | 336.0 | |
| **TOTAL FORECAST** | | 336.0 | 0.0 | 336.0 | |
| **WORST CASE SCENARIO** | | | | | |
| Forecasted Deals at Risk > $500K | | | | | |
| Barton Malow | 1.5 | 1.5 | (1.5) | | |
| American National Insurance Company | 1.8 | 1.0 | (1.0) | | Moced to Best Case |
| Schreiber Foods | | | 1.0 | 1.0 | |
| AUTOMATIC DATA PROCESSING | | | 2.0 | 2.0 | |
| Interpublic Group | | | 0.6 | 0.6 | |
| Mellon Financial Services | | | 0.5 | 0.5 | |
| Management Judgment | | 17.0 | 0.0 | 17.0 | |
| DEALS <$500k | | 8.0 | (3.0) | 5.0 | |

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER    NDCA-ORCL 276920

| | Total Opportunity | 29-Jan | Change | 5-Feb | Comments |
|---|---|---|---|---|---|
| North American Sales Forecast - Q3FY01 ($M) | | | | | |
| Total Forecasted Deals at Risk >$500K | | 0.0 27.5 | 0.0 (1.4) | 26.1 | |
| **TOTAL WORST CASE SCENARIO** | | 308.5 | 1.4 | 309.9 | |
| **MOST LIKELY FORECAST SCENARIO** | | | | | |
| Upside Deals Likely to Close >$500K | | | | | |
| AMERICREDIT | 4.5 | 4.5 | 0.0 | 4.5 | APPS deal contingent on availablilty of Collections - Expect to hear from Development this week on timing |
| Jacobs Engineering Group, Inc. | | | 2.8 | 2.8 | Board Mtg Friday, final configuration needed |
| Veritas Software Corporation | 2.8 | 2.8 | 0.0 | 2.8 | Additional APPS stil negotiations |
| McGraw Hill - EPPG | 1.6 | 1.6 | 0.0 | 1.6 | Strong upside - meeting Friday went well |
| ROSS STORES, INC | 0.4 | 1.5 | 0.0 | 1.5 | Expect decision by 2/9 - Jeff and Ron Whol involved |
| Concord Communications | 1.3 | 1.3 | (0.0) | 1.3 | Ative OEM style agreement - working language through HQAPPS |
| DFO (Dpt Fisheries - Canada) | 0.7 | 0.7 | 0.4 | 1.1 | Expect to pick up paper this week |
| FairIsaac and Company, Inc. | 2.0 | 2.0 | (1.0) | 1.0 | Deals size reduced - looking to finalize next week |
| Sysco Corporation | 3.0 | | 1.0 | 1.0 | Set up meeting for next week - customer may want to expand |
| Loomis | 1.0 | 1.0 | 0.0 | 1.0 | Strong upside - still working with customer |
| UNITED AIRLINES | 1.3 | 0.9 | 0.0 | 0.9 | |
| MARITIME TELEGRAPH & TELEPHONE COMPAN | 1.0 | 0.9 | 0.0 | 0.9 | |
| Emhart Fastening Teknologies | 1.0 | 0.9 | 0.0 | 0.9 | |
| Veritas Software Corporation | 1.0 | 0.8 | 0.1 | 0.8 | |
| Deluxe Corporation | 0.7 | 0.7 | 0.0 | 0.7 | |
| TRANSOCEAN OFFSHORE INC | 2.4 | 0.7 | 0.0 | 0.7 | |
| Enbridge Consumers Gas | 0.8 | 0.7 | 0.0 | 0.7 | |
| Windsor Canada | | | 0.6 | 0.6 | |
| Timberland Company | 0.9 | 0.5 | 0.0 | 0.5 | |
| Acterna COrporation | 4.0 | 4.0 | (4.0) | | Q4 Deal |
| Echostar Communications | 1.5 | 1.5 | (1.5) | | Forecasted |
| Household International | 1.5 | 1.5 | (1.5) | | Moved out to future quarter |
| Takata Holdings, Inc. | 1.0 | 1.0 | (1.0) | | |
| Total Upside Deals Likely to Close >$500K | 34.4 | 29.4 | (4.1) | 25.2 | |
| **TOTAL MOST LIKELY FORECAST SCENARIO** | 34.4 | 337.9 | -2.7 | 335.1 | |
| **BEST CASE SCENARIO** | | | | | |
| Upside Deals Not Likely to Close >$500K | | | | | |
| GE | 12.2 | 10.4 | 0.0 | 10.4 | Customer has gone silent |
| Continential Airlines | 2.5 | 2.5 | 2.0 | 4.5 | Present next week- per customer request mapping MRO and screens per customer request - still indicate they will close this qtr |
| Acterna COrporation | 4.0 | | 4.0 | 4.0 | Q4 Deal |
| Kelly Services | 3.2 | | 3.2 | 3.2 | Stand alone deal - approvals put in place - still working with customer |
| Optiglobe | 2.5 | 2.5 | 0.0 | 2.5 | Tech Hosting deal - split with LA - customer has funding |
| Loudcloud Inc | 2.4 | 2.4 | 0.0 | 2.4 | Contractual Obligation due in May that we are trying to pull forward |
| Ingraham Micro | 5.0 | 3.0 | (0.8) | 2.3 | Tech Hosting deal - CVC visit this week |
| Mitsubishi Heavy Industries | 0.4 | 0.5 | 1.0 | 1.5 | High Customization deal - OSC to present final proposal 2/8 |
| AUTOMATIC DATA PROCESSING | 1.0 | 1.0 | 0.0 | 1.0 | additional needs |
| Brunswick Corporation | 1.0 | 1.0 | 0.0 | 1.0 | Still working with customer - may slip to Q4 |
| National City Bank | 0.5 | 1.0 | 0.0 | 1.0 | Working with customer - timing may be an issue |
| Nexbell Communications | 1.0 | 1.0 | 0.0 | 1.0 | May slip to Q4 - long shot |
| Transora | 1.0 | 1.0 | 0.0 | 1.0 | Financinig issue - they are looking to get own financing |
| American National Insurance Comp | | | 1.0 | 1.0 | Visited ref site - decision may happen this quarter but timing of contract getting completed in qtr is in question |
| Computer Science Corp | 1.0 | | 1.0 | 1.0 | Hosting deal - timing may be an issue |
| EY Technology | 1.0 | | 1.0 | 1.0 | Hosting deal - timing may be an issue |
| Safeguard Global Services | | | 1.0 | 1.0 | Incubator company - buying infrastructure |
| Princeton eCom | 0.3 | 0.5 | 0.5 | 1.0 | Attending Larry's roundtable - indications are will close this month |
| Genesis Health Ventures | 0.3 | 0.9 | 0.0 | 0.9 | |
| Fusion UV | 1.1 | 0.5 | 0.4 | 0.9 | |
| GEICO | | | 0.9 | 0.9 | |
| Robert Half Inc | 0.9 | | 0.9 | 0.9 | |
| Providian | | | 0.9 | 0.9 | |
| SIMS Portex | 0.8 | 0.9 | 0.0 | 0.9 | |
| World Commerce Online | 0.1 | 0.8 | 0.0 | 0.8 | |

5/2/2005  9:54 PM  000453.xls

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER            NDCA-ORCL 276921

## North American Sales Forecast - Q3FY01 ($M)

| | Total Opportunity | 29-Jan | Change | 5-Feb | Comments |
|---|---|---|---|---|---|
| Far &Wide Travel | | | 0.8 | 0.8 | |
| HomeSide Inc | | | 0.8 | 0.8 | |
| Mack Moulding | | | 0.8 | 0.8 | |
| PFPC Global Financial Services | | | 0.8 | 0.8 | |
| VWR SCIENTIFIC | | | 0.7 | 0.7 | |
| Enbridge Cunsumers Gas | 0.8 | | 0.7 | 0.7 | |
| Efficient Networks | 0.1 | 0.7 | 0.0 | 0.7 | |
| DVI Inc. | 0.6 | 0.6 | 0.0 | 0.6 | |
| Personnel Decisions International | 0.9 | 0.6 | 0.0 | 0.6 | |
| Veritas Software Corporation | 0.5 | 0.6 | 0.0 | 0.6 | |
| Transocean Offshore Inc | | | 0.6 | 0.6 | |
| ChaseCom | 0.3 | 0.6 | 0.0 | 0.6 | |
| Infinity Insurance Co. | 0.4 | 0.6 | 0.0 | 0.6 | |
| Acros | 0.6 | 0.5 | 0.0 | 0.5 | |
| ARROW ELECTRONICS | 0.5 | 0.5 | 0.0 | 0.5 | |
| BANK ONE | 1.5 | 0.5 | 0.0 | 0.5 | |
| Chiliad Publishing | 0.5 | 0.5 | 0.0 | 0.5 | |
| Jacobs Engineering | 1.0 | 0.5 | 0.0 | 0.5 | |
| Brightpoint | 1.0 | | 0.5 | 0.5 | |
| OptiGlobe Communications | | | 0.5 | 0.5 | |
| NAVISITE | 1.0 | 0.5 | (0.2) | 0.3 | |
| DETROIT MEDICAL CENTER | 0.9 | | 0.0 | 0.0 | |
| Myraid | 4.0 | 4.0 | (4.0) | | Moved out of quarter |
| Jacobs Engineering Group, Inc. | 3.5 | 2.8 | (2.8) | | Moved to Most likely |
| Carlson Companies Holding | 4.0 | 2.0 | (2.0) | | Moved out of quarter |
| Sysco Corporation | 3.0 | 1.0 | (1.0) | | Moved to Most Likely' |
| Akamai Technologies | 0.5 | 0.8 | (0.8) | | Upside reduced |
| OMNISOURCE CORPORATION | 0.2 | 0.8 | (0.8) | | Moved out of quarter |
| Windsor Mold Group | 0.8 | 0.6 | (0.6) | | Moved to Most Likely |
| Allgon Telecom | 0.5 | 0.6 | (0.6) | | Upsdie reduced |
| United Airlines | 0.5 | 0.6 | (0.6) | | Most Likely |
| Altec Corporation | 0.9 | 0.5 | (0.5) | | Upside reduced |
| ANHEUSER-BUSCH COMPANIES, INC | 1.0 | 0.5 | (0.5) | | Moved to <$500k |
| Colby Industries | 0.5 | 0.5 | (0.5) | | Moved out of quarter |
| Giro Technology | 0.6 | 0.5 | (0.5) | | Moved to <$500k |
| GT Interactive | 0.5 | 0.5 | (0.5) | | Moved to <$500k |
| Mellon Financial Services | 1.0 | 0.5 | (0.5) | | Moved to Forecast |
| ECampus.com | 0.9 | 0.5 | (0.5) | | Moved to <$500k |
| LEVI STRAUSS & CO. | 0.5 | 0.5 | (0.5) | | Moved out of quarter |
| SHAW COMMUNICATIONS | 4.7 | 0.5 | (0.5) | | Forecasted |
| Karlsuss America Inc | 0.5 | 0.5 | (0.5) | | Moved out of quarter |
| | | | | | |
| Management Judgment Balance | | -50.0 | | (50.0) | |
| Deals <$500k | | 8.0 | | 8.0 | |
| Total Upside Deals Not Likely to Close >$500K | 80.7 | 12.4 | 5.0 | 17.3 | |
| TOTAL Best Case DEALS | | | | | |
| TOTAL BEST CASE SCENARIO | 115.1 | 350.2 | 2.3 | 352.5 | |

5/2/2005  9:54 PM  000453.xls

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER        NDCA-ORCL 276922