## Oracle Service Industries Forecast - Q2FY01 ($M)

| | Total Opportunity | 01/23 | Change | 02/06 | Comments |
|---|---|---|---|---|---|
| **FORECAST SUMMARY** | | | | | |
| Deals > $500K | | 60.0 | 10.5 | 70.5 | |
| Deals < $500K | | 25.9 | 1.8 | 27.7 | |
| iSD Forecast | | 44.2 | 1.9 | 46.1 | |
| Management Judgment | | 80.0 | (14.2) | 65.7 | |
| **TOTAL FORECAST** | | 210.0 | 0.0 | 210.0 | |
| | | | | | |
| **FORECAST DETAIL** | | | | | |
| Deals <$500K | | 25.9 | 1.8 | 27.7 | |
| iSD Forecast | | 44.2 | 1.9 | 46.1 | |
| Management Judgment | | 80.0 | (14.2) | 65.7 | |
| | | | | | |
| Deals >$500K | | | | | |
| BellSouth Corporation | 6.7 | 6.7 | 0.0 | 6.7 | Closed  PO FBST045100 |
| SBC Communications Inc | 6.0 | 6.0 | 0.0 | 6.0 | Revenue split with Bell South account team is not reflected in these figures.  SBC team will report revenue (Bill Virdin). |
| LEHMAN BROTHERS | 4.0 | 0.0 | 4.0 | 4.0 | Cust putting together justification for CIO. Discussions regarding potential ELA but justifying immediate need may be difficult. |
| NASA | 3.4 | 0.0 | 3.4 | 3.4 | Met Feb. 5 about the T's & C's, contract drafted. |
| NAVY MEDICAL INFOMATION MANAGEMENT CENTER | 3.2 | 0.0 | 3.2 | 3.2 | May license entire agency, close date Feb-01 |
| DISA | 3.0 | 3.0 | 0.0 | 3.0 | no update |
| American Electric Power | 3.0 | 2.0 | 1.0 | 3.0 | Final proposal presented, order form in process, close meeting tentatively schedule within next 10 business days. Mark Vayda/Dick Batenburg potentially to meet CIO for any final issue resolution. |
| PTO | 2.8 | 2.8 | 0.0 | 2.8 | Closed |
| SSA | 2.6 | 2.6 | 0.0 | 2.6 | Decision memo awaiting CIO signature |
| State System of Higher Education (PA) | 2.4 | 2.4 | 0.0 | 2.4 | Emailed Neil Renaldi this am asking for any status update, and anything we could do to assist which we may not have explored. |
| STATE OF NEW JERSEY OIT | 2.0 | 2.0 | 0.0 | 2.0 | Final NJ Agency Wave I Report submitted to NJ OIT. Lead relations manager will be meeting with the CIO (Decision Maker) on his first day back to work this Monday Feb 5th. We will be contacting the CIO immideateally following that meeting |
| Verizon Information Services | 2.0 | 2.0 | 0.0 | 2.0 | No Notes |
| COLUMBIA UNIV | 2.0 | 1.4 | 0.6 | 2.0 | PN:  May be removing HR Intelligence from product list -- will discuss with Teresa tomorrow.  Waiting for final approval to release documents to Columbia. |
| State Street Bank | 1.7 | 1.7 | 0.0 | 1.7 | Delayed revenue recognition expected to be recognized in Feb.  There is some risk that State Street will not complete their acceptance testing by end of Feb. Ongoing discussions with State Street to ensure completion. |
| Allina Health System | 1.3 | 1.3 | 0.0 | 1.3 | No Notes |
| Maryland JIS | 1.1 | 1.2 | (0.1) | 1.1 | JIS Director signed essential use agreement on 2/2/01. The financing process may now begin. Johnathan Bailey of OFD is working the financing. MD JIS had previously been approved so the OFD process should go quick. |
| City of Omaha, NE | 0.9 | 0.9 | 0.0 | 0.9 | County Bond Attorney working with OFD to put together financing. Issue of two parties not being able to guarantee for each other i.e. City/County. |
| JUNIPER VALLEY PRODUCTS - DOC | 0.9 | 0.9 | 0.0 | 0.9 | Initial proposal w/ Oracle consulting - rejected. Presenting an ASP model w/ Agilera this week. Contracts need to be in place to close in Q3, since customer wants to go live July 1. |
| Montgomery County Police | 0.9 | 0.9 | 0.0 | 0.9 | Won. |
| STATE OF COLORADO/CBI/UPGRADE | 0.9 | 0.9 | 0.0 | 0.9 | Won. |
| Miami-Dade County | 0.9 | 0.9 | 0.0 | 0.9 | Follow up meetings held with each agency, Finance, and CIO's Office. Software pricing reviewed and confirmed. Consulting Services have prepared their Statements of Work, which are to be internally reviewed and presented to customer early this week. |
| City of Detroit Government | 0.8 | 0.8 | 0.0 | 0.8 | Still waiting for final signature & POEF |
| LOS ANGELES DEPT OF WATER AND POWER | 0.8 | 0.8 | 0.0 | 0.8 | Presenting final proposal to LA WPD Board Feb 20.  If decision has to go to City Councel, could be pushed out to Q4. |
| TDS | 0.8 | 0.8 | 0.0 | 0.8 | No Notes |
| South West Alabama, IJIS Project | 0.8 | 0.8 | 0.0 | 0.8 | New Attorney General, Ashcroft, has taken office.  Paul Kendall is recommended (and expected) to take office (within 2 weeks) at the Justice Department and get Search out of the loop.   Once all players are in place, they move forward with purchase. |
| Rockefeller University | 0.8 | 0.8 | 0.0 | 0.8 | PN:  Need to speak with Mike Vitali regarding date for HR session.  need to provide the "teaspoon of sugar" for forcing the Oracle decision on HR.  Vitali will be attending AppsWorld. |
| New York/New Jersey Port Authority | 0.7 | 0.7 | 0.0 | 0.7 | Won. |
| McGhan Medical Corporation | 0.7 | 0.7 | 0.0 | 0.7 | The board approved moving forward with the E-Business initiative  w/Oracle.    This week Mcghan CEO and COO are in meetings with Inamed to work out the funding. |
| DoD Health Affairs | 0.7 | 0.0 | New | 0.7 | no update |
| CREDIT LYONNAIS | 0.7 | 0.7 | 0.0 | 0.7 | Proposal delivered to cust. Cust Finance people are presenting justification internally to move forward with purchase.  Key player will be @ Apps World. |
| DOUGLAS COUNTY | 0.7 | 0.7 | 0.0 | 0.7 | I am meeting with Customer today at 2:00 to go over and gain buy-in on final configuration and pricing. |
| University of Chicago Hospitals | 0.7 | 0.6 | 0.1 | 0.7 | worst case discount to use when to combating Lawson. |
| CHASE | 0.6 | 0.6 | 0.0 | 0.6 | Business case going for final Chase bus & legal approval. Customer already has contracts & po sb issued by mid-feb.  Customer feedback is that this will happen. |
| MONTGOMERY COUNTY PUBLIC SCHOOLS | 0.6 | 0.6 | 0.0 | 0.6 | Met with Deputy CIO on 2/1/00, presented updated pricing based on new configuration. Customer was pleased with new quote but is concerned that Express will be rolled in. Customer indicated that a February close should be possible. |
| FULTON COUNTY | 0.6 | 0.6 | 0.0 | 0.6 | Won. |
| City Public Service, San Antonio Texas | 0.6 | 0.6 | 0.0 | 0.6 | Won. |
| NIMA - National Imagery and Mapping Agency | 0.6 | 0.6 | 0.0 | 0.6 | Close date Feb-01. |
| DIA | 0.6 | 0.6 | 0.0 | 0.6 | Closed |
| ARMY - Medical Command | 0.6 | 0.0 | New | 0.6 | Close date Feb-01. |
| ST JOHNS RIVER COMMUNITY COLLEGE | 0.6 | 0.0 | New | 0.6 | No Notes |
| World Bank | 0.6 | 0.6 | 0.0 | 0.6 | no update |
| ARMY & AIR FORCE EXCHANGE SERVICE | 0.6 | 0.0 | 0.6 | 0.6 | no update |
| Cincinnati-RCC | 0.5 | 0.6 | (0.0) | 0.5 | Working w/Steve Cohn on the contract T&C's along with Sharon & Abbi. Need to have draft of change order & ordering document done by this Friday. |
| NASA JOHNSON SPACE CENTER | 0.5 | 0.0 | New | 0.5 | Denise tied up in migration issues, but will complete OLA & shipping doc. |
| PEOPLE'S BANK | 0.5 | 0.5 | 0.0 | 0.5 | Demo 1/31.  F/U mtg planned for wk of 2/12. |
| TD WATERHOUSE | 0.5 | 0.5 | 0.0 | 0.5 | Met with CIO.  Still needs to justify internally. |
| Bank of America Technology & Operations | 0.5 | 0.0 | 0.5 | 0.5 | Deal closed. Awaiting Order #. |
| Potomace Electric Power Company (PEPCO) | 0.5 | 0.5 | 0.0 | 0.5 | Might move to Q4 |
| MCLEODUSA | 0.5 | 0.0 | New | 0.5 | No Notes |
| ALLTEL | 0.5 | 0.5 | 0.0 | 0.5 | RLS rstrctrd InterAct product with 3rd party lic agrmnt with an Oracle bsd prod. The new offering iLoan is rolling at year end along with a related proj called MAX, will requir UPU pricing bsd upn otsde access to the RLS app. |
| Oakland County Government | 0.4 | 0.5 | (0.2) | 0.4 | Deal dropped to $350K |
| OAKWOOD COLLEGE | 0.3 | 0.6 | (0.3) | 0.3 | Deal dropped to $256K |
| Navfac Cheasapeak division | 0.0 | 1.2 | (1.2) | 0.0 | Dropped to 30% from 60% |
| | | | | | |
| Total Deals >$500K | | 60.0 | 7.6 | 70.5 | |
| | | | | | |
| **TOTAL FORECAST** | | 210.0 | (2.9) | 210.0 | |

**CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER      NDCA-ORCL 222303**

| | | | | | |
|---|---|---|---|---|---|
| **TOTAL FORECAST** | | 210.0 | (2.9) | 210.0 | |
| **WORST CASE SCENARIO** | | | | | |
| Forecasted Deals at Risk > $500K | | | | | |
| Navfac Cheasapeak division | 1.2 | 0.0 | 1.2 | 1.2 | Big push for Q3 since Capt. Plockmeyer says he has no funds. Met w/ CIO Feb. 5 to discuss agreement. |
| Federal Customer N | 0.0 | 0.0 | 0.0 | 0.0 | Moved to Q4 |
| US Army / PEO C3S | 0.0 | 0.0 | 0.0 | 0.0 | Can't find in OSO |
| CORNELL | 0.0 | 0.0 | 0.0 | 0.0 | Was 80% win, Moved to Q4 |
| ALLTEL | 0.0 | 0.0 | 0.0 | 0.0 | Was 40%, Moved to Q4 |
| Management Judgement | | (80.0) | 14.2 | (65.7) | |
| Total Forecasted Deals at Risk >$500K | | (80.0) | 15.4 | (66.9) | |
| **TOTAL WORST CASE SCENARIO** | | 130.0 | 13.0 | 143.1 | |
| **MOST LIKELY FORECAST SCENARIO** | | | | | |
| Upside Deals Likely to Close >$500K | | | | | |
| Lucent Technologies | 10.0 | 10.0 | 0.0 | 10.0 | No Notes |
| 259579 -NAVAIR EL | 7.5 | 7.5 | 0.0 | 7.5 | Received prelim. lease figures from Logicon, who will visit customer about lease. |
| AT&T | 6.0 | 6.0 | 0.0 | 6.0 | No Notes |
| US Total Army Personnel Command | 4.0 | 0.0 | 4.0 | 4.0 | Getting mtg. with K. Caroll & Col. Triplett to discuss license migration and req's into PERSCOM deal. Will close Feb-01. |
| Credit Suisse First Boston | 4.0 | 4.0 | 0.0 | 4.0 | Delivered proposal to customer. CSFB has expressed some positive interest. |
| BellSouth Cingular (Newco) | 3.5 | 3.5 | 0.0 | 3.5 | Initial Purchase for license and support for Cingular, the BellSouth/SBC Joint Venture |
| COMCAST | 3.0 | 4.0 | (1.0) | 3.0 | Meeting scheduled on 2/6 to present the whole product foot print the the sales and marketing VPs to get them more excited about having Oracle in their bag to sell. |
| NIMA - National Imagery and Mapping Agency | 2.5 | 2.5 | 0.0 | 2.5 | Close date Feb-01. |
| US Army/USACE | 2.2 | 0.0 | 2.2 | 2.2 | Will re-price roll-in support |
| Defense Logistics Agency | 2.0 | 0.0 | 2.0 | 2.0 | Close date Feb-01. |
| AT&T WIRELESS | 1.6 | 1.6 | 0.0 | 1.6 | ATTW reject our CRM proposal. Trying to reverse situation. Will try from ATT Coprporate |
| PRUDENTIAL | 1.1 | 1.1 | 0.0 | 1.1 | Contract is done. Waiting for Board of Directors approval which is planned for 2/10 BOD mtg. |
| DFAS | 1.1 | 0.5 | 0.6 | 1.1 | New pricing submitted, delay in process, determining next step. |
| DMDC | 1.0 | 1.0 | 0.0 | 1.0 | no update |
| Convergys Corporation | 1.0 | 0.0 | 1.0 | 1.0 | Hamoon insisted that he and Brian E. would be the main point of contact with the customer after our presentation 2 weeks ago. So i am now on a passive mode, as i have other accounts to work on. |
| AMERICA ON LINE | 1.0 | 1.0 | 0.0 | 1.0 | No Notes |
| PRODIGY | 1.0 | 1.0 | 0.0 | 1.0 | Upgrade of Subsciber based term licenses to perpetual UPU licenses |
| DOED EDCAPS | 0.9 | 0.9 | 0.0 | 0.9 | Close date Feb-01. |
| FANNIE MAE | 0.8 | 0.8 | 0.0 | 0.8 | Contract delivered to customer. Awaiting final customer approvals. |
| MONROE COUNTY | 0.8 | 0.8 | 0.0 | 0.8 | no updates |
| ATF | 0.7 | 0.7 | 0.0 | 0.7 | Cust. ready to cut req for migration & internet app but through a joint bureau purchase. Oracle invited to demo at ATF Director's retreat. |
| Blue Cross Blue Shield-North Carolina | 0.7 | 1.2 | (0.5) | 0.7 | finally received thier language. it is silly at best. not sure what the next steps are short of telling frank jackson that his legal staff need s to get real and they are out of compliance. not sure anything good is gonna come from this |
| Navy- ITC New Orleans | 0.5 | 0.5 | 0.0 | 0.5 | no update |
| Cigna Dental & Behavioral Health | 0.5 | 0.5 | 0.0 | 0.5 | 2 of the business units have approved. Waiting for 3rd bus unit approval. |
| Securities Industry Automation Corpoation (SIAC) | 0.5 | 0.0 | 0.5 | 0.5 | Defining requirements. |
| MERCK | 0.5 | 0.5 | 0.0 | 0.5 | Met w/Merck group Feb 2 to defend Proposal; it appears that Merck will not use our autocoder, but instead use their own w/ our TMS application...will know more after scoping study, but if this happens, it significantly reduces the size of this deal. |
| Mercy Hospital | 0.5 | 0.5 | 0.0 | 0.5 | met with ardy today regarding the cerner deal. trying to do the deal for all 3 hospitals will be tough. The other hospitals have no intentions of doing the cerner project any time soon. |
| NASA | 0.0 | 1.9 | (1.9) | 0.0 | Moved from 30% to 60% |
| ARMY & AIR FORCE EXCHANGE SERVICE | 0.0 | 0.6 | (0.6) | 0.0 | Moved from 30% to 60% |
| DHHS/NIH/NCI/ISCS | 0.0 | 1.3 | (1.3) | 0.0 | Win prob dropped to 10% |
| HEALTH CARE FINANCING ADMINISTRATION | 0.0 | 1.3 | (1.3) | 0.0 | Win prob dropped to 10% |
| NAVY MEDICAL INFOMATION MANAGEMENT CENTER | 0.0 | 2.8 | (2.8) | 0.0 | Moved from 30% to 80% |
| Bank of America Technology & Operations | 0.0 | 0.5 | (0.5) | 0.0 | Moved from 30% to 100% |
| Total Upside Deals Likely to Close >$500K | | 69.9 | (10.9) | 58.9 | |
| **TOTAL MOST LIKELY FORECAST SCENARIO** | | 199.9 | 10.9 | 202.0 | |
| **BEST CASE SCENARIO** | | | | | |
| Upside Deals Not Likely to Close >$500K | | | | | |
| Capital One | 10.0 | 10.0 | 0.0 | 10.0 | Proposal delivered and f/u discussions. Awaiting final decision. Key person is attending Apps World. |
| Sprint | 10.0 | 10.0 | 0.0 | 10.0 | No Notes |
| Verizon | 5.0 | 5.0 | 0.0 | 5.0 | No Notes |
| Cable & Wireless GLOBAL(reston, va) | 5.0 | 5.0 | 0.0 | 5.0 | Meeting on Oct 18 was held with very postive results. We were in the "listening mode" to gain a better understanding of C&W current Hosting business. |
| NAVY - Medical | 3.9 | 0.0 | 3.9 | 3.9 | Close date Feb-01. |
| Nextlink Communications | 3.6 | 3.6 | 0.0 | 3.6 | XO's CFO and Sr VP Sales hve tld us ths txn wll only hppn as a rslt of a "partnering" arrang btwn XO and Oracle, where XO is prvdd opp to win sme of Oracle's telephony bus in rtrn for ord hosting lic from Oracle. |
| LUCENT | 2.5 | 0.0 | 2.5 | 2.5 | No Notes |
| University Hospitals Health Systems | 2.2 | 2.2 | 0.0 | 2.2 | No Notes |
| Verizon Wireless | 2.0 | 2.0 | 0.0 | 2.0 | Consolidation of BAM, Air Touch, PrimeCo, and GTE Wireless |
| AT & T | 2.0 | 2.0 | 0.0 | 2.0 | Larry Ellison and Jim O'Neill to meet with AT&T CTO on 2/6. Larry Ellison and Jay Nussbaum to meet with AT&T President on 2/8. |
| AT&T Broadband | 1.5 | 1.5 | 0.0 | 1.5 | CRL/NL is part of the 11i upgrade proposal. |
| DHHS/NIH/NCI/ISCS | 1.3 | 0.0 | 1.3 | 1.3 | Close date Feb-01, NCI proposal included in HHS EL proposal review |
| HEALTH CARE FINANCING ADMINISTRATION | 1.3 | 0.0 | 1.3 | 1.3 | Close date Feb-01 |
| AT & T | 1.0 | 1.0 | 0.0 | 1.0 | Oracle License Compliance team is currently working with AT&T on a usage inventory. A complete analysis of non-compliance is not yet available. A negotiated settlement may be required. |
| Bon Secours Health System | 0.8 | 0.8 | 0.0 | 0.8 | No Notes |
| Healthsouth | 0.7 | 0.0 | 0.7 | 0.7 | No Notes |
| PG&E National Energy Group | 0.7 | 0.0 | 0.7 | 0.7 | No Notes |
| NSA | 0.7 | 0.7 | 0.0 | 0.7 | no update |
| Federal Customer C | 0.7 | 0.7 | 0.0 | 0.7 | no update |
| US NAVY | 0.6 | 0.6 | 0.0 | 0.6 | no update |
| ING Financial Services | 0.5 | 0.5 | 0.0 | 0.5 | Deal is being led in the Netherlands. They have presented to the Exec Board and are awaiting a decision. |
| New York Mercantile Exchange | 0.5 | 0.5 | 0.0 | 0.5 | Waiting for feedback from Accenture (Anderson Consulting) mtg with CFO. Comp = MSFT/Netsources. Continues to be long shot. |
| FLORIDA DEPT OF EDUCATION | 0.5 | 0.5 | 0.0 | 0.5 | In negotiations to determine whether 3rd party integrater, DMR, or State will buy the licenses - Meeting with Chief of Staff at DOE this week. |
| Metropolitan Pier and Exposition Authority | 0.5 | 0.5 | 0.0 | 0.5 | No updates |
| Verizon Wireless | 0.5 | 0.5 | 0.0 | 0.5 | No Notes |
| AT&T Broadband | 0.5 | 0.5 | 0.0 | 0.5 | First MTG w/ Project lead (Kirk Odegaard) for vendor selection and CRM solution implementation was 8/14/00. Timeline for CRM solution is as follows: 1)Internal Bus req's by 9/15/00 2)Vendor demo's by 10/1/00 3)Final two vendors by 10/15/00 4) |
| RELIANT ENERGY | 0.5 | 0.0 | 0.5 | 0.5 | No Notes |
| DOED OPSE | 0.0 | 0.0 | 0.0 | 0.0 | Moved to Q4 |
| DOL OSHA | 0.0 | 0.0 | 0.0 | 0.0 | Moved to Q4 |
| Naval Meteorology and Oceanography Command | 0.0 | 0.0 | 0.0 | 0.0 | Moved to Q4 |
| Naval Ammunitions Logistics Center | 0.0 | 0.0 | 0.0 | 0.0 | Moved to Q4 |
| US Army/USACE | 0.0 | 2.2 | (2.2) | 0.0 | Moved from 10% to 30% |
| LEHMAN BROTHERS | 0.0 | 0.9 | (0.9) | 0.0 | Moved from 10% to 40% |
| Healthsouth | 0.0 | 1.0 | (1.0) | 0.0 | Moved to Q4 |
| Humana | 0.0 | 1.0 | (1.0) | 0.0 | Moved to Q4 |
| AMERICA ON LINE | 0.0 | 0.0 | 0.0 | 0.0 | Moved to Q4/ 0% win prob |
| ALLTEL | 0.0 | 0.0 | 0.0 | 0.0 | Moved to Q4 |
| CONVERGYS | 0.0 | 5.0 | (5.0) | 0.0 | Moved to Q4 |
| Qwest Communications | 0.0 | 4.0 | (4.0) | 0.0 | Moved to Q4 |
| Consumers Energy | 0.0 | 1.2 | (1.2) | 0.0 | Not in OSO |
| Total Upside Deals Not Likely to Close >$500K | | 63.3 | (4.4) | 58.9 | |
| **TOTAL BEST CASE SCENARIO** | | 263.2 | (2.3) | 260.9 | |

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER     NDCA-ORCL 222304

| | | North American Sales Forecast - Q3FY01 ($M) | | | |
|---|---|---|---|---|---|
| | Total Opportunity | 29-Jan | Change | 5-Feb | Comments |
| **FORECAST SUMMARY** | | | | | |
| Deals > $500K | | 82.0 | (9.5) | 72.5 | |
| CLOSED >$500k (Included in Total >$500k) | | 15.1 | 0.0 | 15.1 | |
| **Total Deals >$500k** | | **97.1** | **(9.5)** | **87.6** | |
| Deals < $500K | | 90.3 | (3.4) | 86.9 | |
| CLOSED <$500k (Included in Total <$500k) | | 25.2 | 9.4 | 34.6 | |
| **Total Deals <$500k** | | **115.5** | **6.0** | **121.5** | |
| iSD Forecast | | 55.7 | 0.0 | 55.7 | |
| Management Judgement | | 67.7 | 3.5 | 71.2 | |
| **TOTAL FORECAST** | | **336.0** | **0.0** | **336.0** | |
| | | | | | |
| **FORECAST DETAIL** | | | | | |
| Deals <$500K | | 115.5 | 6.0 | 121.5 | |
| CLOSED Deals >$500k | | 15.1 | 0.0 | 15.1 | |
| iSD Forecast | | 55.7 | 0.0 | 55.7 | |
| Management Judgement | | 67.7 | 3.5 | 71.2 | |
| | | | | | |
| Deals >$500K | | | | | |
| | | | | | |
| American Tower Services | 2.6 | 3.0 | 0.0 | 3.0 | Scheduling signing date - expect to close next week |
| UBS Warburg | 2.5 | 3.0 | 0.0 | 3.0 | Expecting signature this week |
| AUTOMATIC DATA PROCESSING | 1.0 | 2.0 | 0.0 | 2.0 | Still working with customer - Final stages |
| POMEROY COMPUTER RESOURCES, INC. | 3.8 | 2.0 | 0.0 | 2.0 | Exec Committee presented to Chairman -expect signing by 2/15 |
| Schreiber Foods | 2.1 | 2.0 | 0.0 | 2.0 | Mtg on Thursday - need ot get add'l references - may need to break up into pieces |
| Exodus Communications | 1.8 | 1.8 | 0.0 | 1.8 | closed |
| Airclic | 1.7 | 1.7 | 0.0 | 1.7 | closed |
| BELKIN COMPONENTS INC | 1.2 | 1.0 | 0.7 | 1.7 | CEO Reviewing Friday - Expect signature next week |
| Timberland | 1.6 | 1.6 | 0.0 | 1.6 | Getting positive feedback from customer - committed to Feb close |
| AMERICREDIT | 2.6 | 1.5 | 0.0 | 1.5 | closed |
| CP Ships | 1.6 | 1.4 | 0.0 | 1.4 | One last legal issue - Expect to sign anyday |
| Best Buy | 1.1 | 1.1 | 0.2 | 1.3 | Part of on going contract - additional users acquired and need LIC |
| Bell & Howell | 1.5 | 1.3 | 0.0 | 1.3 | Expecting signature this week |
| Johnson&Johnson | 1.2 | 1.2 | 0.0 | 1.2 | Final stages customer attending Apps World - working to close before Apps world |
| Tribune Company | 1.5 | 1.1 | (0.0) | 1.1 | Meeting Thursday |
| Danka | 1.5 | 0.7 | 0.4 | 1.1 | Final approval out this week |
| Altec Corporation | 0.9 | 0.5 | 0.6 | 1.1 | Working with HQAPPS - Expect to sign anyday |
| Princeton eCom | 0.3 | 0.8 | 0.3 | 1.1 | Attending Larry's roundtable -feeback from customer indicates will close by month end |
| Appshops | 0.6 | 1.0 | 0.0 | 1.0 | closed |
| Barton Malow | 1.0 | 1.0 | 0.0 | 1.0 | Customer committed to get deal completed by 2/26 |
| Corio | 1.0 | 1.0 | 0.0 | 1.0 | closed |
| Electronic Data Systems Corporation | 1.0 | 1.0 | 0.0 | 1.0 | working with customer on negitiations |
| NAVISITE | 1.0 | 0.8 | 0.2 | 1.0 | Expect to go til endo of month |
| Consonus | 1.0 | 0.6 | 0.4 | 1.0 | Awaiting funding which is expected anyday and will close subsequently |
| SHAW COMMUNICATIONS | 4.7 | 0.7 | 0.3 | 1.0 | Pick up paperwork this week |
| net2phone | 0.3 | 1.0 | (0.0) | 1.0 | Expect to sign end of week |
| CR Bard | 1.0 | 1.0 | 0.0 | 1.0 | Working final negotiations |
| Black & Veatch | 1.8 | 0.9 | 0.0 | 0.9 | |
| Symantec Corporation | | | 0.9 | 0.9 | |
| Kimball Furniture | 0.8 | 0.8 | 0.1 | 0.9 | |
| McGhan Medical | 0.9 | 0.9 | 0.0 | 0.9 | |
| UNION BANK | 0.8 | 0.9 | 0.0 | 0.9 | |
| Baker Hughes Int'l | 1.6 | 0.8 | 0.0 | 0.8 | |
| LITHONIA LIGHTING INC | 1.0 | 0.8 | 0.0 | 0.8 | |
| News Corporation | | | 0.8 | 0.8 | |
| Comms Canada (Bell Canada) | 1.9 | 0.9 | (0.1) | 0.8 | |
| MARITIME TELEGRAPH & TELEPHONE COMPANY | 1.0 | 0.8 | (0.0) | 0.8 | |
| ORIGIN | 0.8 | 0.8 | 0.0 | 0.8 | |
| CANADA CUSTOMS, REVENUE AGENCY | 0.9 | 0.8 | (0.0) | 0.8 | |
| Akamai Technologies | 0.5 | 0.8 | 0.0 | 0.8 | |
| Cendant IT | 0.5 | 0.8 | 0.0 | 0.8 | |
| Sanrise | 0.7 | 0.8 | 0.0 | 0.8 | |
| Ultimate Electronics | | | 0.8 | 0.8 | |

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER       NDCA-ORCL 222305

| Company | | | | | |
|---|---|---|---|---|---|
| Elderhostel | | | 0.7 | 0.7 | |
| BP Solar Inc. | 0.7 | 0.7 | 0.0 | 0.7 | |
| Lucent Microelectronics | 0.7 | 0.7 | 0.0 | 0.7 | |
| Augsburg Fortress | 0.4 | 0.7 | 0.0 | 0.7 | |
| Ebenx | 1.0 | 0.7 | 0.0 | 0.7 | |
| LDS Church | 0.7 | 0.7 | 0.0 | 0.7 | |
| PETsMART | 0.6 | 0.6 | 0.1 | 0.7 | |
| Discover Financial Services, Inc. | 0.6 | 0.6 | 0.0 | 0.6 | |
| Giantloop Network | 0.5 | 0.6 | 0.0 | 0.6 | |
| Interpublic Group | 0.5 | 0.6 | 0.0 | 0.6 | |
| Norwest Financial Services | 0.6 | 0.6 | 0.0 | 0.6 | |
| WW Grainger | 0.4 | 0.6 | 0.0 | 0.6 | |
| TRANSOCEAN OFFSHORE INC | 2.4 | 0.5 | 0.1 | 0.6 | |
| Woodgrain Millwork Inc | | | 0.6 | 0.6 | |
| Cabot Microelectronics Corporation | 0.3 | 0.6 | 0.0 | 0.6 | |
| PFIZER CORPORATION | 0.6 | 0.6 | 0.0 | 0.6 | |
| Data Centric Broadband | 0.4 | 0.6 | 0.0 | 0.6 | |
| Rand Technologies Corporation | 0.5 | 0.5 | (0.0) | 0.5 | |
| Barton Malow | 0.5 | 0.5 | 0.0 | 0.5 | |
| On Fiber Communications | 0.5 | 0.5 | 0.0 | 0.5 | |
| UCHHS | 0.5 | 0.5 | 0.0 | 0.5 | |
| Mellon Financial Services | 1.0 | 1.0 | (0.5) | 0.5 | |
| Providian | 0.9 | 0.9 | (0.4) | 0.5 | |
| Birch Telecom | 0.5 | 0.5 | 0.0 | 0.5 | |
| BMC Software | 1.0 | 0.5 | 0.0 | 0.5 | |
| Broadcloud | 0.5 | 0.5 | 0.0 | 0.5 | |
| Chiliad Publishing | 0.5 | 0.5 | 0.0 | 0.5 | |
| Echostar Communications | 0.5 | 0.5 | 0.0 | 0.5 | |
| Innuity | 0.6 | 0.5 | 0.0 | 0.5 | |
| New York Times Company Inc | 0.5 | 0.5 | 0.0 | 0.5 | |
| Ohio Savings | 0.4 | 0.5 | 0.0 | 0.5 | |
| Real Networks | 0.5 | 0.5 | 0.0 | 0.5 | |
| University of Chicago Hospitals | 0.6 | 0.5 | 0.0 | 0.5 | signed |
| VisionTek, Inc. | 0.3 | 0.5 | 0.0 | 0.5 | |
| DFO | 1.3 | 0.5 | 0.0 | 0.5 | |
| GB Data Systems | | | 0.5 | 0.5 | |
| ALBERTA BLUE CROSS | 0.2 | 0.5 | (0.3) | 0.3 | |
| Premier Schools | 0.4 | 0.6 | (0.5) | 0.2 | |
| CONTINENTAL AIRLINES | 4.0 | 2.0 | (2.0) | 0.0 | Moved to Best Case |
| KINKO'S INC. | 1.7 | 1.7 | (1.7) | 0.0 | |
| American National Insurance Company | 1.8 | 1.0 | (1.0) | 0.0 | Moved to Best Case |
| Veritas Software Corporation | 0.5 | 1.0 | (1.0) | 0.0 | Best Only |
| Nortel Networks | 2.7 | 1.0 | (1.0) | 0.0 | |
| Loudcloud Inc | 2.4 | 0.7 | (0.7) | 0.0 | |
| Northern California iSD | 0.8 | 0.6 | (0.6) | 0.0 | |
| ATCO I-TEK | 3.1 | 0.5 | (0.5) | 0.0 | closed |
| ISM BC | 3.1 | 0.5 | (0.5) | 0.0 | |
| Moore Corporation | 0.5 | 0.5 | (0.5) | 0.0 | |
| NCL Cruises Ltd | 1.0 | 0.5 | (0.5) | 0.0 | |
| Providian Financial | 0.4 | 0.5 | (0.5) | 0.0 | |
| Research In Motion | 0.5 | 0.5 | (0.5) | 0.0 | |
| HNC Software Inc. | 0.5 | 0.5 | (0.5) | 0.0 | |
| Orcom Solutions, Inc. | 0.5 | 0.5 | (0.5) | 0.0 | |
| Storage Networks | 0.7 | 0.5 | (0.5) | 0.0 | |
| Buehler Food | 0.4 | 0.5 | (0.5) | 0.0 | |
| CONTINENTAL AIRLINES | 0.8 | 0.5 | (0.5) | 0.0 | |
| Woosh! | 0.5 | 0.5 | (0.5) | 0.0 | |
| Karsten | 0.5 | 1.5 | (1.5) | 0.0 | CLOSED |
| | | | | | |
| Total Deals >$500K | 103.0 | 82.0 | (9.5) | 72.5 | |
| **TOTAL FORECAST** | | 336.0 | 0.0 | 336.0 | |
| | | | | | |
| **TOTAL FORECAST** | | 336.0 | 0.0 | 336.0 | |
| | | | | | |
| **WORST CASE SCENARIO** | | | | | |
| Forecasted Deals at Risk > $500K | | | | | |
| | | | | | |
| Barton Malow | 1.5 | 1.5 | (1.5) | | |
| American National Insurance Company | 1.8 | 1.0 | (1.0) | | Moced to Best Case |
| Schreiber Foods | | | 1.0 | 1.0 | |
| AUTOMATIC DATA PROCESSING | | | 2.0 | 2.0 | |

| | | | | | |
|---|---|---|---|---|---|
| Interpublic Group | | | 0.6 | 0.6 | |
| Mellon Financial Services | | | 0.5 | 0.5 | |
| Management Judgment | | 17.0 | 0.0 | 17.0 | |
| DEALS <$500k | | 8.0 | (3.0) | 5.0 | |
| | | 0.0 | 0.0 | | |
| Total Forecasted Deals at Risk >$500K | | 27.5 | (1.4) | 26.1 | |
| **TOTAL WORST CASE SCENARIO** | | **308.5** | **1.4** | **309.9** | |
| **MOST LIKELY FORECAST SCENARIO** | | | | | |
| Upside Deals Likely to Close >$500K | | | | | |
| | | | | | APPS deal contingent on availablilty of Collections - Expect to hear |
| AMERICREDIT | 4.5 | 4.5 | 0.0 | 4.5 | from Development this week on timing |
| Jacobs Engineering Group, Inc. | | | 2.8 | 2.8 | Board Mtg Friday, final configuration needed |
| Veritas Software Corporation | 2.8 | 2.8 | 0.0 | 2.8 | Additional APPS stil negotiations |
| McGraw Hill - EPPG | 1.6 | 1.6 | 0.0 | 1.6 | Strong upside - meeting Friday went well |
| ROSS STORES, INC | 0.4 | 1.5 | 0.0 | 1.5 | Expect decision by 2/9 - Jeff and Ron Whol involved |
| Concord Communications | 1.3 | 1.3 | (0.0) | 1.3 | Ative OEM style agreement - working language through HQAPPS |
| DFO (Dpt Fisheries - Canada) | 0.7 | 0.7 | 0.4 | 1.1 | Expect to pick up paper this week |
| FairIsaac and Company, Inc. | 2.0 | 2.0 | (1.0) | 1.0 | Deals size reduced - looking to finalize next week |
| Sysco Corporation | 3.0 | | 1.0 | 1.0 | Set up meeting for next week - customer may want to expand |
| Loomis | 1.0 | 1.0 | 0.0 | 1.0 | Strong upside - still working with customer |
| UNITED AIRLINES | 1.3 | 0.9 | 0.0 | 0.9 | |
| MARITIME TELEGRAPH & TELEPHONE COMPANY | 1.0 | 0.9 | 0.0 | 0.9 | |
| Emhart Fastening Teknologies | 1.0 | 0.9 | 0.0 | 0.9 | |
| Veritas Software Corporation | 1.0 | 0.8 | 0.1 | 0.8 | |
| Deluxe Corporation | 0.7 | 0.7 | 0.0 | 0.7 | |
| TRANSOCEAN OFFSHORE INC | 2.4 | 0.7 | 0.0 | 0.7 | |
| Enbridge Consumers Gas | 0.8 | 0.7 | 0.0 | 0.7 | |
| Windsor Canada | | | 0.6 | 0.6 | |
| Timberland Company | 0.9 | 0.5 | 0.0 | 0.5 | |
| Acterna COrporation | 4.0 | 4.0 | (4.0) | | Q4 Deal |
| Echostar Communications | 1.5 | 1.5 | (1.5) | | Forecasted |
| Household International | 1.5 | 1.5 | (1.5) | | Moved out to future quarter |
| Takata Holdings, Inc. | 1.0 | 1.0 | (1.0) | | |
| Total Upside Deals Likely to Close >$500K | | | | | |
| | 34.4 | 29.4 | (4.1) | 25.2 | |
| **TOTAL MOST LIKELY FORECAST SCENARIO** | **34.4** | **337.9** | **-2.7** | **335.1** | |
| **BEST CASE SCENARIO** | | | | | |
| Upside Deals Not Likely to Close >$500K | | | | | |
| GE | 12.2 | 10.4 | 0.0 | 10.4 | Customer has gone silent |
| | | | | | Present next week- per customer request mapping MRO and screens |
| Continental Airlines | 2.5 | 2.5 | 2.0 | 4.5 | per customer request - still indicate they will close this qtr |
| Acterna COrporation | 4.0 | | 4.0 | 4.0 | Q4 Deal |
| Kelly Services | 3.2 | | 3.2 | 3.2 | Stand alone deal - approvals put in place - still working with customer |
| Optiglobe | 2.5 | 2.5 | 0.0 | 2.5 | Tech Hosting deal - split with LA - customer has funding |
| Loudcloud Inc | 2.4 | 2.4 | 0.0 | 2.4 | Contractual Obligation due in May that we are trying to pull forward |
| Ingraham Micro | 5.0 | 3.0 | (0.8) | 2.3 | Tech Hosting deal - CVC visit this week |
| Mitsubishi Heavy Industries | 0.4 | 0.5 | 1.0 | 1.5 | High Customization deal - OSC to present final proposal 2/8 |
| AUTOMATIC DATA PROCESSING | 1.0 | 1.0 | 0.0 | 1.0 | additional needs |
| Brunswick Corporation | 1.0 | 1.0 | 0.0 | 1.0 | Still working with customer - may slip to Q4 |
| National City Bank | 0.5 | 1.0 | 0.0 | 1.0 | Working with customer - timing may be an issue |
| Nexbell Communications | 1.0 | 1.0 | 0.0 | 1.0 | May slip to Q4 - long shot |
| Transora | 1.0 | 1.0 | 0.0 | 1.0 | Financinig issue - they are looking to get own financing |
| | | | | | Visited ref site - decision may happen this quarter but timing of |
| American National Insurance Comp | | | 1.0 | 1.0 | contract getting completed in qtr is in question |
| Computer Science Corp | 1.0 | | 1.0 | 1.0 | Hosting deal - timing may be an issue |

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER     NDCA-ORCL 222307

| Company | | | | | Notes |
|---|---|---|---|---|---|
| EY Technology | 1.0 | | 1.0 | 1.0 | Hosting deal - timing may be an issue |
| Safeguard Global Services | | | 1.0 | 1.0 | Incubator company - buying infrastructure |
| Princeton eCom | 0.3 | 0.5 | 0.5 | 1.0 | Attending Larry's roundtable - indications are will close this month |
| Genesis Health Ventures | 0.3 | 0.9 | 0.0 | 0.9 | |
| Fusion UV | 1.1 | 0.5 | 0.4 | 0.9 | |
| GEICO | | | 0.9 | 0.9 | |
| Robert Half Inc | 0.9 | | 0.9 | 0.9 | |
| Providian | | | 0.9 | 0.9 | |
| SIMS Portex | 0.8 | 0.9 | 0.0 | 0.9 | |
| World Commerce Online | 0.1 | 0.8 | 0.0 | 0.8 | |
| Far &Wide Travel | | | 0.8 | 0.8 | |
| HomeSide Inc | | | 0.8 | 0.8 | |
| Mack Moulding | | | 0.8 | 0.8 | |
| PFPC Global Financial Services | | | 0.8 | 0.8 | |
| VWR SCIENTIFIC | | | 0.7 | 0.7 | |
| Enbridge Cunsumers Gas | 0.8 | | 0.7 | 0.7 | |
| Efficient Networks | 0.1 | 0.7 | 0.0 | 0.7 | |
| DVI Inc. | 0.6 | 0.6 | 0.0 | 0.6 | |
| Personnel Decisions International | 0.9 | 0.6 | 0.0 | 0.6 | |
| Veritas Software Corporation | 0.5 | 0.6 | 0.0 | 0.6 | |
| Transocean Offshore Inc | | | 0.6 | 0.6 | |
| ChaseCom | 0.3 | 0.6 | 0.0 | 0.6 | |
| Infinity Insurance Co. | 0.4 | 0.6 | 0.0 | 0.6 | |
| Acros | 0.6 | 0.5 | 0.0 | 0.5 | |
| ARROW ELECTRONICS | 0.5 | 0.5 | 0.0 | 0.5 | |
| BANK ONE | 1.5 | 0.5 | 0.0 | 0.5 | |
| Chiliad Publishing | 0.5 | 0.5 | 0.0 | 0.5 | |
| Jacobs Engineering | 1.0 | 0.5 | 0.0 | 0.5 | |
| Brightpoint | 1.0 | | 0.5 | 0.5 | |
| OptiGlobe Communications | | | 0.5 | 0.5 | |
| NAVISITE | 1.0 | 0.5 | (0.2) | 0.3 | |
| DETROIT MEDICAL CENTER | 0.9 | | 0.0 | 0.0 | |
| Myraid | 4.0 | 4.0 | (4.0) | | Moved out of quarter |
| Jacobs Engineering Group, Inc. | 3.5 | 2.8 | (2.8) | | Moved to Most likely |
| Carlson Companies Holding | 4.0 | 2.0 | (2.0) | | Moved out of quarter |
| Sysco Corporation | 3.0 | 1.0 | (1.0) | | Moved to Most Likely' |
| Akamai Technologies | 0.5 | 0.8 | (0.8) | | Upside reduced |
| OMNISOURCE CORPORATION | 0.2 | 0.8 | (0.8) | | Moved out of quarter |
| Windsor Mold Group | 0.8 | 0.6 | (0.6) | | Moved to Most Likely |
| Allgon Telecom | 0.5 | 0.6 | (0.6) | | Upsdie reduced |
| United Airlines | 0.5 | 0.6 | (0.6) | | Most Likely |
| Altec Corporation | 0.9 | 0.5 | (0.5) | | Upside reduced |
| ANHEUSER-BUSCH COMPANIES, INC | 1.0 | 0.5 | (0.5) | | Moved to <$500k |
| Colby Industries | 0.5 | 0.5 | (0.5) | | Moved out of quarter |
| Giro Technology | 0.6 | 0.5 | (0.5) | | Moved to <$500k |
| GT Interactive | 0.5 | 0.5 | (0.5) | | Moved to <$500k |
| Mellon Financial Services | 1.0 | 0.5 | (0.5) | | Moved to Forecast |
| ECampus.com | 0.9 | 0.5 | (0.5) | | Moved to <$500k |
| LEVI STRAUSS & CO. | 0.5 | 0.5 | (0.5) | | Moved out of quarter |
| SHAW COMMUNICATIONS | 4.7 | 0.5 | (0.5) | | Forecasted |
| Karlsuss America Inc | 0.5 | 0.5 | (0.5) | | Moved out of quarter |
| | | | | | |
| Management Judgment Balance | | -50.0 | | (50.0) | |
| Deals <$500k | | 8.0 | | 8.0 | |
| **Total Upside Deals Not Likely to Close >$500K** | 80.7 | 12.4 | 5.0 | 17.3 | |
| **TOTAL Best Case DEALS** | | | | | |
| TOTAL BEST CASE SCENARIO | 115.1 | 350.2 | 2.3 | 352.5 | |

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER     NDCA-ORCL 222308

| Oracle Product Industries Forecast - Q3 FY01 ($M) | | | | | |
|---|---|---|---|---|---|
| | 2/5 | Change | 2/12 | Win Prob % | Comments |
| **FORECAST SUMMARY** | | | | | |
| Deals > $500K | 124.2 | (6.2) | 118.0 | | |
| Deals < $500K | 5.9 | (0.6) | 5.3 | | |
| iSD Forecast | 19.0 | 0.0 | 19.0 | | |
| Management Judgement | 0.9 | 1.3 | 2.2 | | |
| **TOTAL FORECAST** | **150.0** | **(5.5)** | **144.5** | | |
| Note: Total Closed Deals | 62.7 | 3.5 | 66.1 | | |
| **FORECAST DETAIL** | | | | | |
| Deals <$500K | 5.9 | (0.6) | 5.3 | | |
| iSD Forecast | 19.0 | 0.0 | 19.0 | | |
| Management Judgement | 0.9 | 1.3 | 2.2 | | |
| Deals >$500K | | | | | |
| Covisint | 55.8 | 0.0 | 55.8 | 100 | OE #6352859 (JE isd $4.2; HR $2k). Tax issue may require $4M reserve. |
| INTEL | 9.0 | 3.0 | 12.0 | 80 | Rec'd cust's complete list of issues. Issues in T&Cs: Limit of liab, indemnification, etc. |
| Gap Inc | 10.0 | 0.0 | 10.0 | 40 | Working T&Cs issues. EJS to call Drexler on board approval issue. |
| GE Power Systems | 3.4 | 0.0 | 3.4 | 30 | Order mgmt deal. Upside determined upon Enterprise deal -- wait for LJE mtg. Telling cust they'll get $-for-$ credit agst any future enterprise deal. Oracle consulting on ground. GE HQ might influence negotiations. |
| CISCO SYSTEMS INC | 3.0 | 0.0 | 3.0 | 80 | Service contracts deal. Working through Rev Rec issues surrounding Consulting fixed-price bid. Tracking well. |
| Philip Morris Companies | 2.7 | 0.0 | 2.7 | 60 | Expect P.O. this week. |
| Motorola Inc.--PCS | 2.5 | 0.0 | 2.5 | 80 | Next mtg 2/12. Focus is our consulting capability on large deals. Follow-up meeting with Jay Dinwoody to press for close on supply chain deals. |
| Sony Semiconductor | 2.3 | 0.0 | 2.3 | 60 | Singh meeting w/ Sony General Mgr. to discuss Consulting arrangement about Trinity. |
| CISCO SYSTEMS INC | 2.2 | 0.0 | 2.2 | 60 | Tech renewal deal. 2 Phases: (1) Annual renewal -- Brian Christensen validating numbers. (2) Site license for tech products. Putting together numbers to see if we don't need renewal every year. |
| Lockheed Martin Technology Services | 1.5 | 0.1 | 1.6 | 80 | Lic budget is approved. Sticking point is Support ($2M > they expected). Next move: Joe Cleveland will call EJS. |
| Trinity | 2.0 | (0.5) | 1.5 | 10 | Financials for $1.3M is only Q3 likely deal. Rest of e-Business suite is Q4 but will keep as best. |
| BROADCOM | 1.5 | 0.0 | 1.5 | 80 | Met w/Controller (Exec Sponsor) Weds and went through steps to close. Said closing by Apps World possible, but need internal approval. COO wants WIP ROI. Lots of politics following SVA presentation. |
| NCR | 0.8 | 0.7 | 1.5 | 30 | 2/8 NCR CVC meeting. Need to look @ discounts and rework pricing. Upside number included Demand Planning (which may move off quote). Capital request being processed for full $3M. Risk: Haven't met new Svc VP (AlliedSignal) or Supp Chn VP (Unisys). |
| US Filter | 2.0 | (0.5) | 1.4 | 60 | Meeting scheduled 2/13 w/ McLaughlin and Welch to discuss status of deal approval. 2/13 internal meeting for CFO to justify purchase to senior mgmt. CFO optimistic. But CFO has committed and deal has slipped before. |
| Sun | 1.4 | 0.0 | 1.4 | 30 | iAS for competitive analysis system they've built on our tech. Pilot successful. However, customer has spending holds in place. |
| OnStar | 1.2 | 0.0 | 1.2 | 10 | Approved by Dennis Paige. Moving forward with purchasing. |
| Advanced Micro Devices | 0.0 | 1.2 | 1.2 | 80 | Closed. |

| | | | | | |
|---|---|---|---|---|---|
| INTERSIL CORPORATION | 0.0 | 1.1 | 1.1 | 60 | GB account -- revenue split. Demo complete -- all criteria met. Awaiting forthcoming client mtg to update status. |
| Transora | 1.0 | 0.0 | 1.0 | 60 | Split w/GB. Last week, cust said could come up with $4-4.5M cash up front plus 5-6 in May. PWC was going to be financier but backed out. |
| General Motors | 1.0 | 0.0 | 1.0 | 30 | NA Develop Product iAS deal. Customer has accepted proposal & pricing. Will get through by Feb. |
| Qualcomm Consumer Products | 1.0 | 0.0 | 1.0 | 60 | Gap analysis done w/KPMG. HQ uses SAP; local phone mfg group wants ORCL. SAP evaluation required. |
| Quantum | 1.0 | 0.0 | 1.0 | 10 | Forthcoming client mtg to discuss pricing and trial close on the quote. Our focus is to satisfy their decision criteria, driving for a February close. |
| Agere Systems | 0.5 | 0.5 | 1.0 | 90 | 2/1 signed PO expected |
| Starbucks Corporation | 0.0 | 0.9 | 0.9 | 60 | |
| DELL COMPUTER CORPORATION | 0.8 | 0.0 | 0.8 | 30 | |
| General Dynamics Land Systems | 0.6 | 0.2 | 0.8 | 40 | |
| General Motors | 0.7 | 0.0 | 0.7 | 10 | |
| Premcor | 0.6 | (0.1) | 0.5 | 90 | |
| JOHNSON CONTROLS, INC | 0.8 | (0.3) | 0.5 | 100 | |
| DELL COMPUTER CORPORATION | 0.5 | 0.0 | 0.5 | 30 | |
| H. E. Butt Grocery | 0.5 | 0.0 | 0.5 | 10 | |
| Rockwell International Corp. | 0.5 | 0.0 | 0.5 | 40 | |
| Ahold Holdings USA, Inc. | 0.5 | 0.0 | 0.5 | 60 | |
| BF GOODRICH - Aerostructures | 0.5 | 0.0 | 0.5 | 10 | |
| DaimlerChrysler Corporation | 4.5 | (4.5) | 0.0 | - | |
| GE Capital Fleet | 3.0 | (3.0) | 0.0 | - | |
| Enron Corp, India Operatings | 2.2 | (2.2) | 0.0 | 30 | |
| GATEWAY COMPUTERS | 1.0 | (1.0) | 0.0 | - | |
| M I Drilling Fluids | 0.7 | (0.7) | 0.0 | - | |
| Diebold Incorporated | 0.6 | (0.6) | 0.0 | 40 | |
| Tower Semi Co. | 0.5 | (0.5) | 0.0 | 40 | |
| Emerson Electric Company | 0.0 | 0.0 | 0.0 | 10 | |
| | 0.0 | 0.0 | 0.0 | - | |
| | 0.0 | 0.0 | 0.0 | - | |
| Total Deals >$500K | 124.2 | (6.2) | 118.0 | | |
| **TOTAL FORECAST** | **150.0** | **(5.5)** | **144.5** | | |
| **TOTAL FORECAST** | **150.0** | **(5.5)** | **144.5** | | |
| **WORST CASE SCENARIO** | | | | | |
| Add back Management Judgement | 0.9 | 1.3 | 2.2 | | |
| Forecasted Deals at Risk > $500K | | | | | |
| BROADCOM | 0.0 | 1.5 | 1.5 | 80 | * See comment above. |
| BF GOODRICH - Aerostructures | 0.5 | 0.0 | 0.5 | 10 | |
| OnStar | 1.2 | (1.2) | 0.0 | 10 | |
| General Motors | 1.0 | (1.0) | 0.0 | 30 | |
| Quantum | 1.0 | (1.0) | 0.0 | 10 | |
| GATEWAY COMPUTERS | 1.0 | (1.0) | 0.0 | 60 | |
| General Motors | 0.7 | (0.7) | 0.0 | 10 | |
| M I Drilling Fluids | 0.7 | (0.7) | 0.0 | - | |
| H. E. Butt Grocery | 0.5 | (0.5) | 0.0 | 10 | |
| Total Forecasted Deals at Risk >$500K | 6.6 | (4.6) | 2.0 | | |
| **TOTAL WORST CASE SCENARIO** | **142.5** | **(2.2)** | **140.3** | | |
| **MOST LIKELY FORECAST SCENARIO** | | | | | |
| Upside Deals Likely to Close >$500K | | | | | |
| *   Gap Inc | 0.0 | 2.0 | 2.0 | 40 | * Upside to existing forecast deal. |
| *   INTEL | 3.0 | (1.5) | 1.5 | 80 | * Upside to existing forecast deal. |
| *   Transora | 0.0 | 1.0 | 1.0 | 60 | * Upside to existing forecast deal. |
| *   Trinity | 2.0 | (2.0) | 0.0 | 10 | * Upside to existing forecast deal. |
| Emerson Electric Company | 1.0 | (1.0) | 0.0 | 10 | |
| | 0.0 | 0.0 | 0.0 | - | |
| | 0.0 | 0.0 | 0.0 | - | |
| Total Upside Deals Likely to Close >$500K | 6.0 | (1.5) | 4.5 | | |
| **TOTAL MOST LIKELY FORECAST SCENARIO** | **148.5** | **(3.7)** | **144.8** | - | |

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER         NDCA-ORCL 222310

| | | | | | |
|---|---|---|---|---|---|
| **BEST CASE SCENARIO** | | | | | |
| _Upside Deals Not Likely to Close >$500K_ | | | | | |
| GE Power Systems | 16.6 | 0.0 | 16.6 | 30 | * Upside to existing forecast deal. |
| SOLECTRON | 15.0 | 0.0 | 15.0 | 10 | 3 issues: (Int'l tax, T&Cs, user counts) should be resolved this week. CIO & controller say March deal. Cust doesn't want to price deal until issues resolved. User counts/size changing based on deployment plan. |
| GATEWAY COMPUTERS | 5.5 | 1.0 | 6.5 | 60 | Should not be in forecast; See West for update. |
| HEWLETT-PACKARD COMPANY INC | 5.0 | 0.0 | 5.0 | 40 | Mtg 2/5 with new CIO -- will know if there's any chance for Q3. Ex-CIO (Rose) is still sponsoring. |
| BEST BUY CO, INC | 1.5 | 1.8 | 3.3 | 80 | Fin/HR & Tech. Trying to move up April option (last third of users) to Feb. Presented value prop. Feb is end of cust's fiscal yr; trying to see is they can come up with funding. Should know this week. |
| Hitachi Computer Products (America) | 2.5 | 0.0 | 2.5 | 60 | Looking for funds -- did say has $5M. Will know if Feb possible by end of week. |
| * INTEL | 3.0 | (1.5) | 1.5 | 80 | * Upside to existing forecast deal. |
| * Qualcomm Consumer Products | 1.5 | 0.0 | 1.5 | 60 | * Upside to existing forecast deal. |
| * NCR | 0.0 | 1.5 | 1.5 | 30 | * Upside to existing forecast deal. |
| * Sony Semiconductor | 1.4 | (0.0) | 1.4 | 60 | * Upside to existing forecast deal. |
| Albertson's | 0.0 | 1.2 | 1.2 | 30 | Competition is MSFT (theirs to lose). Close on price. Dir under CIO (L Hughes) wants to go ORCL. Last issue: Pharmacy app (Rocky Mtn?) only runs on MSFT - - trying to see if it will port to Oracle. |
| Agilent Technologies | 1.0 | 0.0 | 1.0 | 60 | Finalize project list by 2/1. Price hold on support is issue.  85% discount w/10 flat support. |
| * Ahold Holdings USA, Inc. | 0.0 | 1.0 | 1.0 | 60 | * Upside to existing forecast deal. |
| General Dynamics | 0.8 | 0.0 | 0.8 | 60 | |
| RAYTHEON | 0.8 | 0.0 | 0.8 | 60 | |
| * Motorola Inc.--PCS | 0.7 | 0.0 | 0.7 | 80 | * Upside to existing forecast deal. |
| GE Lighting | 0.7 | 0.0 | 0.7 | 60 | |
| Diebold Incorporated | 0.0 | 0.6 | 0.6 | 40 | |
| Boeing BCAG | 0.6 | 0.0 | 0.6 | 40 | |
| Cummins ONAN | 0.6 | 0.0 | 0.6 | 60 | |
| US Filter | 0.0 | 0.5 | 0.5 | 60 | |
| * CISCO SYSTEMS INC | 0.5 | 0.0 | 0.5 | 60 | * Upside to existing forecast deal. |
| * Rockwell International Corp. | 0.5 | 0.0 | 0.5 | 40 | * Upside to existing forecast deal. |
| AK Steel | 0.0 | 0.5 | 0.5 | 40 | |
| Transora | 4.0 | (4.0) | 0.0 | 60 | |
| BP/AMOCO/ARCO | 3.2 | (3.2) | 0.0 | 40 | |
| GE Capital Fleet | 3.0 | (3.0) | 0.0 | - | |
| LOCKHEED MARTIN | 2.4 | (2.4) | 0.0 | - | |
| Thiokol Propulsion | 2.1 | (2.1) | 0.0 | - | |
| INTERSIL CORPORATION | 1.4 | (1.4) | 0.0 | 60 | |
| SEARS ROEBUCK AND CO (INC) | 0.7 | (0.7) | 0.0 | - | |
| Starbucks Corporation | 0.7 | (0.7) | 0.0 | 60 | |
| Bluelight.com | 0.6 | (0.6) | 0.0 | 60 | |
| BROADCOM | 0.5 | (0.5) | 0.0 | 80 | |
| Enron Corp, India Operatings | 0.0 | 0.0 | 0.0 | 30 | |
| General Motors Corporation | 0.0 | 0.0 | 0.0 | - | |
| Trinity | 0.0 | 0.0 | 0.0 | 10 | |
| DaimlerChrysler Corporation | 0.0 | 0.0 | 0.0 | - | |
| General Motors | 0.0 | 0.0 | 0.0 | 30 | |
| Enron (EBS) | 0.0 | 0.0 | 0.0 | 10 | |
| Emerson Electric Company | 0.0 | 0.0 | 0.0 | 10 | |
| Nordstrom | 0.0 | 0.0 | 0.0 | 30 | |
| BF GOODRICH - Aerostructures | 0.0 | 0.0 | 0.0 | 10 | |
| GENERAL MOTORS CORPORATATION | 0.0 | 0.0 | 0.0 | 10 | |
| SEAGATE TECHNOLOGY | 0.0 | 0.0 | 0.0 | 30 | |
| Brunswick Corporation | 0.0 | 0.0 | 0.0 | 30 | |
| M I Drilling Fluids | 0.0 | 0.0 | 0.0 | 10 | |
| Quantum | 0.0 | 0.0 | 0.0 | 10 | |
| | 0.0 | 0.0 | 0.0 | - | |
| | 0.0 | 0.0 | 0.0 | - | |
| Total Upside Deals Not Likely to Close >$500K | 76.6 | (11.9) | 64.7 | | |
| **TOTAL BEST CASE SCENARIO** | **225.1** | **(15.6)** | **209.5** | | |

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER      NDCA-ORCL 222311