NAS Big Deals Scenario
Q3'01 Week 12

**NORTH AMERICAN SALES - Q3'01 WK 12**

| Customer Name | Opportunity Name | Total Opportunity Amount | Win Prob | Worst | Forecast | Likely | Best | Comments |
|---|---|---|---|---|---|---|---|---|
| | | | | \multicolumn{4}{c|}{OSO as of 02/19/01} | |
| POMEROY COMPUTER RESOURCE | CRM | 2,033,154 | 60 | 0 | 2,000,000 | 2,000,000 | 2,000,000 | Should be done by 2/23; working alliances issues |
| Airclic | Database & iAS | 1,700,000 | 98 | 1,825,000 | 1,825,000 | 1,825,000 | 1,825,000 | Closed |
| Safeguard Global Services | UPU's/Infrastructu | 1,750,000 | 80 | 1,750,000 | 1,750,000 | 1,750,000 | 1,750,000 | Finalizing 1 legal issue |
| BELKIN COMPONENTS INC | ERP System | 1,580,000 | 40 | 1,700,000 | 1,700,000 | 1,700,000 | 1,700,000 | Should close by end of week |
| McGraw Hill - EPPG | ERP - Order Manage | 1,600,000 | 40 | 0 | 1,600,000 | 1,600,000 | 1,600,000 | In contract review; looking solid |
| Timberland | Flow | 1,600,000 | 40 | 600,000 | 1,600,000 | 1,600,000 | 1,600,000 | Need to get Consulting price in line |
| FairIsaac and Company, Inc. | Data Warehouse | 1,639,344 | 60 | 1,500,000 | 1,500,000 | 1,500,000 | 1,500,000 | Solid; should close end of week |
| Transora | GB: eC PwC | 1,000,000 | 80 | 1,500,000 | 1,500,000 | 1,500,000 | 1,500,000 | Split w/ OPI; should close end of week |
| AMERICREDIT | CRM | 2,600,000 | 10 | 1,476,000 | 1,476,000 | 1,476,000 | 1,476,000 | Closed |
| CP Ships | Global Data Enterpr | 1,612,800 | 80 | 1,400,000 | 1,400,000 | 1,400,000 | 1,400,000 | Closed |
| Bell & Howell | ERP | 1,500,000 | 80 | 0 | 1,300,000 | 1,300,000 | 1,300,000 | Meeting with President 2/21, sign date 2/26 |
| BEST BUY | HR Add | 1,300,000 | 80 | 1,300,000 | 1,300,000 | 1,300,000 | 1,300,000 | Pulled in from Q4; close 2/28 |
| Danka | ERP / CRM applicati | 1,300,000 | 60 | 0 | 1,280,000 | 1,280,000 | 1,280,000 | CLosed |
| Janssen Ortho LLC | Financial Apps. - GL | 1,240,596 | 60 | 1,000,000 | 1,200,000 | 0 | 1,200,000 | PreviousLY called J&J - waiting fro customer approval |
| Schreiber Foods | Customer Manageme | 2,000,000 | 90 | 1,100,000 | 1,100,000 | 1,100,000 | 1,100,000 | Closed |
| Princeton eCom | Princeton eCom | 2,000,000 | 30 | 1,050,000 | 1,050,000 | 2,000,000 | 2,000,000 | Negotiating |
| 24/7 Media | Group licencing | 450,000 | 30 | 0 | 1,000,000 | 1,000,000 | 1,000,000 | Expect to close by end of week |
| Consonus | OAAP | 800,000 | 30 | 1,000,000 | 1,000,000 | 1,000,000 | 1,000,000 | Will go down to EOQ to close |
| Youraccounts.com | Technology Purchas | 200,000 | 40 | 1,000,000 | 1,000,000 | 1,000,000 | 1,000,000 | Will close next week |
| net2phone | adding datawarehou | 1,100,000 | 40 | 975,000 | 975,000 | 975,000 | 975,000 | Closed |
| ROBERT HALF INC | DB under Micro J+ | 900,000 | 30 | 0 | 900,000 | 900,000 | 2,000,000 | Meeting on 2/21 w/Customer to finalize |
| BLACK & VEATCH | iProcurement | 900,000 | 60 | 0 | 900,000 | 1,700,000 | 1,700,000 | CIO mtg w/chairman 2/22 - will sign by 2/23 |
| UNION BANK | Budget & Planning | 800,000 | 40 | 0 | 850,000 | 850,000 | 850,000 | |
| CBT Systems | OPS & database | 200,000 | 90 | 400,000 | 800,000 | 1,200,000 | 1,200,000 | Working with customer on T&C's |
| Baker Hughes Int'l | Data Base Technolo | 900,000 | 30 | 0 | 800,000 | 800,000 | 959,000 | Final contract back out in legal review; 2/27 |
| MARITIME TELEGRAPH & TELEP | Database NLA | 1,663,229 | 80 | 498,969 | 798,350 | 1,663,229 | 1,663,229 | Master Contract with Bell Canada in place - scheduled to close 2/26 |
| Topp Telecom | Topp Telecom | 150,000 | 1 | 791,000 | 791,000 | 791,000 | 1,200,000 | should close next week |
| DETROIT MEDICAL CENTER | DB | 405,000 | 60 | 0 | 780,000 | 780,000 | 780,000 | verbal by 2/21, could drop under 500K |
| News Corporation | HR SS BIS OTA BC | 1,605,000 | 80 | 0 | 780,000 | 780,000 | 780,000 | |
| CANADA CUSTOMS, REVENUE A | Database to suppor | 1,224,531 | 90 | 765,085 | 765,085 | 765,085 | 765,085 | In process with Govt should emerge on 2/23 - expect PO within 3 days after |
| Akamai Technologies | Additional Database | 500,000 | 60 | 750,000 | 750,000 | 0 | 1,500,000 | Compliance issue is fcst; buy forward add'l - RISK on timing |
| Ultimate Electronics | Ebusiness Suite w/F | 1,342,000 | 80 | 400,000 | 750,000 | 750,000 | 1,000,000 | |
| Sanrise | db | 650,000 | 90 | 750,000 | 750,000 | 750,000 | 750,000 | |
| Zimmer Inc. | Data Base - JDE | 400,000 | 40 | 0 | 748,000 | 0 | 1,248,000 | Waiting for divestiture to happen - RISK of runway for Q3 |
| BP Solar Inc. | Full ERP Suite | 700,000 | 93 | 736,000 | 736,000 | 736,000 | 900,000 | Interal issues with Oracle UK |
| Lucent Microelectronics | HR | 733,000 | 90 | 733,000 | 733,000 | 733,000 | 733,000 | |
| CR Bard | Datawarehouse | 720,000 | 80 | 720,000 | 720,000 | 720,000 | 975,000 | Down to 300K; budget constraints |
| Elderhostel | Database for Siebe | 648,000 | 80 | 720,000 | 720,000 | 720,000 | 720,000 | Close 2/27 |
| Ebenx | Database | 1,220,000 | 60 | 700,000 | 700,000 | 1,600,000 | 1,600,000 | should close end of week |
| NAVISITE | Oracle Enterprise E | 700,000 | 80 | 0 | 700,000 | 700,000 | 1,330,000 | ASP Deal - Working on final contracts |
| BMC Software | Project Accounting | 500,000 | 40 | 0 | 700,000 | 700,000 | 700,000 | Contract in legal review - will go down to wire |
| LDS Church | Conc. Database | 650,000 | 60 | 0 | 700,000 | 700,000 | 700,000 | |
| Enbridge Consumers Gas | Fin Apps | 765,085 | 80 | 0 | 665,292 | 665,292 | 665,292 | final product list and user count expected on 2/21 Customer already has standard agreement in place - targeting to close 2/26 |
| Giantloop Network | Database deal | 450,000 | 60 | 660,000 | 660,000 | 660,000 | 660,000 | should close end of week |
| Packard Bioscience | Sales - additional us | 400,000 | 80 | 650,000 | 650,000 | 650,000 | 650,000 | |
| Storage Networks | ERP- OM/Billing | 650,000 | 80 | 610,000 | 610,000 | 610,000 | 610,000 | |
| Woodgrain Millwork, Inc. | Fins, Order Mgmt, | 450,000 | 80 | 300,000 | 600,000 | 1,400,000 | 950,000 | |
| Personnel Decisions International | ERP | 1,100,247 | 80 | 600,000 | 600,000 | 600,000 | 900,000 | |
| Discover Financial Services, Inc. | Add-on Partitioning | 570,000 | 80 | 0 | 600,000 | 0 | 600,000 | RISK to close - runway issues |
| Norwest Financial Services | database rollout | 599,400 | 60 | 0 | 600,000 | 600,000 | 600,000 | Invoicing Issue needs resolved |
| TRANSOCEAN OFFSHORE INC | Database for Rig A | 1,200,000 | 40 | 500,000 | 600,000 | 600,000 | 600,000 | Decision 2/21 - should be done by 2/23 |
| WW Grainger | Grainger.com DB | 439,000 | 80 | 0 | 600,000 | 600,000 | 600,000 | Contracts on CEO Desk, sign date 2/23 |
| PFIZER CORPORATION | RDBMS Options | 573,000 | 60 | 260,000 | 573,000 | 573,000 | 573,000 | Budgetary approval pending |
| Rand Technologies Corporation | ERP | 532,233 | 60 | 0 | 532,233 | 532,233 | 598,763 | |
| On Fiber Communications | Financials, Projects | 511,000 | 80 | 511,000 | 511,000 | 511,000 | 511,000 | should close end of week |
| Chiliad Publishing | Oracle Licenses for | 500,000 | 95 | 500,000 | 500,000 | 0 | 900,000 | Risky; link deal with equity |
| WGBH | Database Licenses | 200,000 | 40 | 500,000 | 500,000 | 500,000 | 850,000 | should close end of week |
| CREE Research | Fins with some ERP | 250,000 | 30 | 500,000 | 500,000 | 500,000 | 500,000 | should close end of week |
| Logistic Services | Generic Core | 275,000 | 99 | 500,000 | 500,000 | 500,000 | 500,000 | should close end of quarter |
| Providian Financial | RDBMS for Retail D | 409,920 | 60 | 0 | 500,000 | 500,000 | 500,000 | |
| VisionTek, Inc. | ERP/CRm | 300,000 | 40 | 500,000 | 500,000 | 500,000 | 500,000 | Deal shrinking $400K |
| Website Results | database back end | 604,240 | 40 | 225,000 | 488,000 | 488,000 | 600,000 | |
| PFPC Global Financial Services | DB for custom Call | 400,000 | 90 | 0 | 400,000 | 400,000 | 1,000,000 | Meet w/CIO to finalize |
| Ciena Corp | Quality Prototype-- | 400,000 | 10 | 400,000 | 400,000 | 400,000 | 900,000 | solid upside; EOQ |
| HomeSide, Inc. | Database | 250,000 | 30 | 400,000 | 400,000 | 400,000 | 900,000 | should close end of quarter |
| VWR SCIENTIFIC | Ebiz Upgrade | 695,000 | 40 | 0 | 400,000 | 400,000 | 695,000 | Down to 300K; signature next week |
| Timberland Company | HR | 864,000 | 80 | 0 | 400,000 | 400,000 | 500,000 | |
| Pactolis Communications | Distribution License | 100,000 | 10 | 363,000 | 363,000 | 363,000 | 600,000 | |
| Technicolor Entertainment Service | ERP Rollout | 750,000 | 60 | 0 | 350,000 | 350,000 | 700,000 | |

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                    NDCA-ORCL 223771

NAS Big Deals Scenario
Q3'01 Week 12

**NORTH AMERICAN SALES - Q3'01 WK 12**

| Customer Name | Opportunity Name | Total Opportunity Amount | Win Prob | OSO as of 02/19/01 | | | | Comments |
|---|---|---|---|---|---|---|---|---|
| | | | | Worst | Forecast | Likely | Best | |
| AARP #3 | DB for ERP | 200,000 | 60 | 350,000 | 350,000 | 350,000 | 500,000 | |
| Mellon Financial Services | Enterprise DB Agre | 500,000 | 60 | 0 | 350,000 | 350,000 | 500,000 | Finalizing PO |
| Radio Systems | ERP | 200,000 | 10 | 350,000 | 350,000 | 350,000 | 500,000 | |
| CTC Communications Group | Portal | 122,000 | 30 | 300,000 | 300,000 | 300,000 | 643,772 | |
| Leader Technologies | Web-based Transac | 300,000 | 60 | 300,000 | 300,000 | 300,000 | 600,000 | |
| Bisys | DBMS for Credit Ap | 100,000 | 10 | 250,000 | 250,000 | 250,000 | 500,000 | |
| DOUBLECLICK | doubleclick databas | 300,000 | 60 | 250,000 | 250,000 | 250,000 | 500,000 | |
| Nacio Systems | datacenter | 172,000 | 30 | 0 | 200,000 | 200,000 | 600,000 | |
| Ciena Corporation | Licenses for Siebel | 100,000 | 10 | 100,000 | 200,000 | 200,000 | 500,000 | |
| WebMD | app= siebel, scopus, | 200,000 | 90 | 150,000 | 150,000 | 150,000 | 550,000 | |
| Acterna | | 8,000,000 | | 0 | 0 | 0 | 8,000,000 | Best case - work deal with customer |
| AMERICREDIT | DB Backend to CRM | 750,000 | 80 | 0 | 0 | | 4,670,000 | 65% chance of closing |
| Acxiom | Core Technology | 4,000,000 | 80 | 0 | 0 | | 4,000,000 | Contract under review; final appr by 2/23 |
| Halliburton Company | Global Technology C | 3,000,000 | 80 | 0 | 0 | 3,500,000 | 3,500,000 | Mtg 2/21 to finalize t's & c's |
| Veritas Software Corporation | Configurator | 1,000,000 | 40 | 0 | 0 | | 2,800,000 | |
| CONTINENTAL AIRLINES | ASO | 2,000,000 | 80 | 0 | 0 | | 2,000,000 | Still working approval - awaiting HQAPP |
| National City Bank | Database | 500,000 | 10 | 0 | 0 | 1,950,000 | 1,950,000 | Presenting Contracts 2/20 |
| Mitsubishi Heavy Industries | Remote Monitoring | 425,000 | 40 | 0 | 0 | 1,500,000 | 1,500,000 | Negotiating |
| Concord Communications | Oracle 8i migration | 1,335,660 | 99 | 0 | 0 | | 1,336,000 | Risky; working with HQ app |
| Cort Furniture | DB for Peoplesoft | 45,000 | 60 | 0 | 0 | 1,000,000 | 1,000,000 | should close end of quarter |
| TechMaster | Oracle Footprint | 200,000 | 40 | 0 | 0 | | 950,000 | |
| ROSS STORES, INC | Fin Apps | 1,500,000 | 40 | 0 | 0 | 900,000 | 900,000 | |
| SIMS Portex | ERP | 800,000 | 99 | 0 | 0 | | 900,000 | |
| Deluxe Corporation | eFunds Spin Off | 700,000 | 40 | 0 | 0 | 871,000 | 871,000 | Waiting for Verbal, paper on site, MAGs to call Schliais |
| World Commerce Online | Amsterdam Server | 127,000 | 10 | 0 | 0 | 840,000 | 840,000 | waiting for Feb 22 to see if HP funds deal |
| Efficient Networks | istore/ imarketing/ | 100,000 | 0 | 0 | 0 | | 650,000 | |
| DVI Inc. | Lease system | 625,000 | 30 | 0 | 0 | | 625,000 | Trying to be selected @ apps world |
| ORIGIN | iHost/OAAP | 500,000 | 80 | 0 | 0 | | 625,000 | |
| Premier Schools | Production Boxes | 400,000 | 60 | 0 | 0 | | 600,000 | |
| ROSS STORES | Database | 600,000 | 30 | 0 | 0 | 600,000 | 600,000 | Getting Positive nod from customer - new legal firm at customer could delay for Q3 |
| UNITED AIRLINES | Cargo Finapps | 660,000 | 30 | 0 | 0 | | 600,000 | Contract out 2/20; this will go down to wire |
| Windsor Mold Group | ERP | 761,759 | 80 | 0 | 0 | | 598,763 | |
| ChaseCom | HR/Call Cnt/Addtl f | 300,000 | 40 | 0 | 0 | | 550,000 | |
| Data Centric Broadband | Financials/CRM | 420,000 | 60 | 0 | 0 | | 550,000 | |
| ARROW ELECTRONICS | Warehouse project | 500,000 | 60 | 0 | 0 | 500,000 | 500,000 | Mtg w/VP for go or no-go this Fri |
| GT Interactive | Order Management | 500,000 | 10 | 0 | 0 | | 500,000 | Driven out of France |
| Hoffman La Roche | Roche DB | 500,000 | 40 | 0 | 0 | | 500,000 | Finalize approval w/HQ |
| OptiGlobe Communications | #2 | 400,000 | 10 | 0 | 0 | | 500,000 | |
| Parsons Brinckerhoff | Internet Time & Ex | 500,000 | 10 | 0 | 0 | 500,000 | 500,000 | Review proposal 2/23; might be Q4 |
| Loudcloud | iHost Buy-in | 2,400,000 | | | | | 4,200,000 | Q4 payment pulled forward working concessions with customer |
| Wells Fargo | | 1,000,000 | | | | | 1,000,000 | Everything is positive from Customer timing to pull forward for Q3 may be issue |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Total Deals > $500K | | | | 55,228,961 | 55,228,961 | 68,306,840 | 124,431,904 | |
| Total Deals < $500K | | | | 98,171,039 | 76,368,039 | 63,290,160 | 79,568,096 | |
| iSD | | | | 51,500,000 | 57,500,000 | 57,500,000 | 65,900,000 | |
| Closed | | | | 68,700,000 | 68,700,000 | 68,700,000 | 68,700,000 | |
| Judgement | | | | 31,400,000 | 62,203,000 | 62,203,000 | (8,600,000) | |
| Grand Total | | | | 305,000,000 | 320,000,000 | 320,000,000 | 330,000,000 | |

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER         NDCA-ORCL 223772