**OSI - Q3 '01 Week 13 ($M)**

| Region | Customer | Opportunity | Opportunity Amount | Win % | OSO Forecast | Worst | Likely | Best | Comments |
|---|---|---|---|---|---|---|---|---|---|
| Healthcare | Allina Health System | Medica CRM Project | 2.9 | 40 | 2.4 | | 2.4 | 2.4 | No Notes |
| Txx-W | AMERICA ON LINE | Renew Term Licnese (Feb. 29, 2000) | 1.8 | 30 | | | | 1.0 | No Notes |
| Utilities-V | American Electric Power | UPU Database License | 4.9 | 60 | 4.0 | 4.0 | 4.0 | 4.0 | Final proposal presented, order form in process, close meeting tentatively schedule within next 10 business days. Mark Vayda/Dick Batenburg potentially to meet CIO for any final issue resolution. |
| Fed-DoD | ARMY - Medical Command | NARMC NL Phase 1 | 0.7 | 80 | 0.6 | 0.6 | 0.6 | 0.6 | |
| Fed-APG | ARMY & AIR FORCE EXCHANGE | License Upgrade | 0.7 | 100 | 0.6 | 0.6 | 0.6 | 0.6 | |
| Txx-V | AT&T | ELA CRM Addition | 7.2 | 30 | | | | 6.0 | No Notes |
| Fin Svcs | Bank of America Technology & Operations | Database | 0.6 | 30 | | | | 0.5 | Closed. |
| Txx-V | BellSouth Cingular (Newco) | License Purchase for Financials/OM/Purchasing/Projects | 4.1 | 30 | | | | 3.5 | Initial Purchase for license and support for Cingular, the BellSouth/SBC Joint Venture |
| Txx-V | BellSouth Corporation | ADSL True-up | 6.7 | 100 | 6.7 | 6.7 | 6.7 | 6.7 | Closed  PO FBST045100 |
| Healthcare | Blue Cross Blue Shield-North Carolina | Database and tools for Web apps deployment | 0.8 | 30 | | | | 0.7 | |
| Fin Svcs | Capital One | Database | 11.8 | 30 | | | | 10.0 | Awaiting cust decision to move forward. |
| Fin Svcs | CHASE | Analysis Reporting | 0.8 | 60 | 0.6 | 0.6 | 0.6 | 0.6 | Awaiting last customer internal approval and then will sign contract. |
| Fin Svcs | Cigna Dental & Behavioral Health | concurrency conversion | 1.2 | 100 | 0.7 | 0.7 | 0.7 | 0.7 | Closed. This will be split with iSD. |
| S&L-W | Cincinnati-RCC | New Internet Pricing | 0.6 | 80 | 0.5 | 0.5 | 0.5 | 0.5 | |
| S&L-W | City of Detroit Government | CITY OF DETROIT Water Dept | 1.0 | 90 | 0.8 | 0.8 | 0.8 | 0.8 | |
| S&L-W | City of Omaha, NE | OMAHA/DOUGLAS COUNTY ERP | 6.5 | 80 | 0.9 | 0.9 | 0.9 | 0.9 | |
| S&L-E | City Public Service, San Antonio Texas | CPS Database | 0.8 | 100 | 0.6 | 0.6 | 0.6 | 0.6 | |
| HigherEd | COLUMBIA UNIV | HRIS | 2.7 | 60 | 2.3 | 2.3 | 2.3 | 2.3 | Waiting for news of Columbia.  Meeting Friday afternoon with the Executive Steering Committee.  I have spoken to Oracle consulting -- no news yet.  Messages left for Teresa Pober. |
| Txx-V | COMCAST | ASP | 3.0 | 30 | | | | 3.0 | Meetings scheduled with Comcast Cable Engineeing and IS on 2/1/to firm up license needs and budgets for this years to see how much they can support the ASP effort.  Meeting scheduled on 2/6 to present the whole product foot print |
| Fin Svcs | Credit Suisse First Boston | Enterprise License Proposal | 4.9 | 30 | | | | 4.0 | Concall 2/20.  Customer expressing interest in $5m option but looking for better deal. Cust has some concerns over their Support $. |
| Fed-DoD | Defense Logistics Agency | DLA-BSM database | 2.5 | 80 | 2.0 | 2.0 | 2.0 | 2.0 | Close in Feb. |
| Fed-DoD | Defense Logistics Agency | DLA BSC | 1.7 | 30 | | | | 1.4 | No Notes |
| Fed-DoD | DFAS | DFAS-Tools | 1.4 | 30 | | | | 1.1 | No Notes |
| Fed-APG | DIA | INFOWORKSPACE | 0.9 | 100 | 0.6 | 0.6 | 0.6 | 0.6 | |
| Fed-DoD | DISA | DISA Flex | 3.7 | 30 | | | | 3.0 | No Notes |
| Fed-DoD | DMDC | DMDC-PU Conversion | 1.0 | 60 | 0.8 | 0.8 | 0.8 | 0.8 | |
| Fed-DoD | DoD Health Affairs | HA-Financials | 0.8 | 30 | | | | 0.7 | |
| Fed-Civ | DOED EDCAPS | EDCAPS-Phase 2 | 1.1 | 80 | 0.9 | 0.9 | 0.9 | 0.9 | |
| Fin Svcs | FANNIE MAE | Database | 1.0 | 60 | 1.0 | 1.0 | 1.0 | 1.0 | Finalized config last week & revised contract to be delivered. |
| S&L-W | Fresno County | Database and Data Warehouse | 0.8 | 60 | 0.7 | 0.7 | 0.7 | 0.7 | |
| S&L-E | FULTON COUNTY | Countywide CJIS & Mainframe License | 0.8 | 100 | 0.6 | 0.6 | 0.6 | 0.6 | |
| Txx-V | GLOBAL CROSSING | core tech/divestiture-sal GCenter | 1.8 | 100 | 1.8 | 1.8 | 1.8 | 1.8 | Closed  Order #6404291 |
| Txx-V | GLOBAL CROSSING | frontier | 0.7 | 60 | 0.7 | 0.7 | 0.7 | 0.7 | No Notes |
| Fin Svcs | Guardian Life | Oracle Database | 1.8 | 80 | 1.0 | 1.0 | 1.0 | 1.0 | Cust is reviewing 2 options.  Cust travelling this week but concall planned to review options and get customers decision. |
| Healthcare | Health Alliance Plan | CRM | 0.6 | 30 | | | | 0.5 | |
| Healthcare | Healthsouth | Database | 30.0 | 40 | 30.0 | | 30.0 | 30.0 | No Notes |
| HigherEd | Howard University | HRMS | 1.9 | 30 | | | | 1.5 | Held successful presentation and demo on 1/24 and 1/25 at Oracle Bethesda.  Meeting with President Swygert/Jay Nussbaum, Lee Ramsayer and Reggie Brown held on 2/1.  Frank Lancione and consulting team on site at Howard week of 2/5 to interview |
| S&L-W | JUNIPER VALLEY PRODUCTS - DOC | ERP/Mfg/Inv/Order Mgmt. | 0.7 | 60 | 0.6 | 0.6 | 0.6 | 0.6 | |
| S&L-W | KING COUNTY | Lemenager- Compliance Berger/Relf | 0.7 | 60 | 0.6 | 0.6 | 0.6 | 0.6 | |
| Fin Svcs | LEHMAN BROTHERS | Lehman - Database VPO | 4.9 | 40 | 4.0 | | 4.0 | 4.0 | Cust internally putting bus case fwd for $4m deal but CIO has expressed more interest in smaller $2m deal.  Once CIO makes final decision will begin negotiations. |
| S&L-W | LOS ANGELES DEPT OF WATER AND POWER | **Core Technology | 1.0 | 30 | | | | 0.8 | |
| Txx-V | Lucent Technologies | Lucent Corporate Financials | 10.0 | 30 | | | | 10.0 | We are preparing final proposals for approval regarding the replacement of SAP for Financials and the implementation for Order Management. |
| Healthcare | Mercy Hospital | Cerner project | 0.5 | 30 | | | | 0.5 | |
| S&L-W | MI-Depart of Community Health | Data Warehouse-ITB | 0.6 | 40 | 0.5 | | 0.5 | 0.5 | |
| S&L-E | Miami-Dade County | Financials | 2.1 | 40 | 0.9 | | 0.9 | 0.9 | |
| S&L-E | Montgomery County Police | MONTGOMERY CTY POLICE FIRE RMS & CAD | 1.1 | 99 | 0.9 | 0.9 | 0.9 | 0.9 | |
| S&L-E | MTA--NYC Transit Authority | Site License | 1.1 | 60 | 0.9 | 0.9 | 0.9 | 0.9 | |
| Fed-APG | NASA | NASA-EL | 4.2 | 30 | | | | 3.4 | Mtg. w/ Perkins, Johnson, Holcomb, Mann re Feb close issues |
| Fed-APG | NASA JOHNSON SPACE CENTER | NASA-JSFC-Barrios | 0.7 | 40 | 0.5 | | 0.5 | 0.5 | |
| Fed-DoD | NAVAIR EL - 259579 | NAVAIR-EL | 9.0 | 60 | 7.5 | 7.5 | 7.5 | 7.5 | Not in contracts yet, rep meeting with client |
| Fed-DoD | NAVY MEDICAL INFORMATION MANAGEMENT CENTER | NAVMED-SPMS | 3.8 | 80 | 3.2 | 3.2 | 3.2 | 3.2 | Not in contracts yet, working on approval |
| S&L-E | New York/New Jersey Port Authority | Concurrent NL - Order # 6357685 | 0.9 | 100 | 0.7 | 0.7 | 0.7 | 0.7 | |
| Fed-APG | NIMA - National Imagery and Mapping Agency | NIMA-TPED | 1.2 | 60 | 0.6 | 0.6 | 0.6 | 0.6 | |
| Utilities-V | Northwestern (Expanets) | Service/CRM | 1.7 | 30 | | | | 1.4 | No Notes |
| Fed-DoD | PEO C3S | PEO C3S - PM FATDS | 1.8 | 80 | 1.5 | 1.5 | 1.5 | 1.5 | Not in contracts yet, rep meeting with client |
| S&L-E | PRINCE GEORGES COUNTY PUBLIC SCHOOLS | Maryland: ERP | 1.4 | 80 | 1.2 | 1.2 | 1.2 | 1.2 | PGCPS Project Lead rec'd Ts&Cs & indicated PGCPS should have something to us during week of 2/26 and expected to sign a contract the 2nd week of Mar.  Once informed of the Superintendant's commit to sign in Feb. said would work on Feb. close. |
| Fin Svcs | PRUDENTIAL | GL | 1.1 | 30 | | | | 1.1 | Customer has contract. Just waiting for final exec board decision. If approved cust will issue PO. |
| Fed-Civ | PTO | PTO-migration | 3.1 | 100 | 2.7 | 2.7 | 2.7 | 2.7 | PO #81116 |
| Utilities-V | RELIANT ENERGY | Add'l UPU's Database | 2.4 | 30 | | | | 2.0 | No Notes |
| Txx-W | SBC Communications Inc | Cingular - extending SBC ELA | 6.0 | 60 | 6.0 | 6.0 | 6.0 | 6.0 | customer is moving towards extending SBC ELA across Cingular.  This will require adding approximately 13,000 employees from Bell South to ELA.  Revenue split with Bell South account team is not reflected in these figures.  SBC team will report revenue |
| Fin Svcs | Securities Industry Automation Corpoation (SIAC) | SAXESS Implementation | 0.5 | 30 | | | | 0.5 | Awaiting final configuration. May need to increase discount. |

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER        NDCA-ORCL 223919

| Region | Customer | Opportunity | Opportunity Amount | Win % | OSO Forecast | OSO Worst | OSO Likely | OSO Best | Comments |
|---|---|---|---|---|---|---|---|---|---|
| Fed-Civ | SSA | SSA-migration | 3.0 | 100 | 2.6 | 2.6 | 2.6 | 2.6 | In contracts, not booked yet, with Order Administration |
| HigherEd | ST JOHNS RIVER COMMUNITY COLLEGE | Star Consortium CL (Lou Macri from Manatee) | 0.7 | 40 | 0.6 | | 0.6 | 0.6 | |
| S&L-W | STATE OF COLORADO/CBI/UPGRADE | STATE OF COLORADO/CBI/UPGRADE | 1.2 | 100 | 0.9 | 0.9 | 0.9 | 0.9 | |
| S&L-W | STATE OF INDIANA | aggregate | 1.1 | 60 | 0.9 | 0.9 | 0.9 | 0.9 | |
| S&L-E | STATE OF NEW JERSEY OIT | Data Base License for NJ | 2.4 | 80 | 2.0 | 2.0 | 2.0 | 2.0 | Presenting 60% discount (JNUSSBAUM Approval) on final contract today/tomorrow to Customer for signature. |
| S&L-E | STATE OF NEW YORK | | 11.0 | 30 | | | | 11.0 | |
| Fin Svcs | State Street Bank | Fin Apps | 2.2 | 90 | 1.7 | 1.7 | 1.7 | 1.7 | Delayed revenue recognition expected to be recognized in Feb. Customer is completing their acceptance testing. There is some risk that State Street will not complete their acceptance testing by end of Feb. |
| Fin Svcs | TD WATERHOUSE | Internet Power Units | 0.5 | 40 | 0.5 | | 0.5 | 0.5 | Timing may be difficult for this deal. Cust has contracts but may not make decision in time. |
| Txx-W | TDS | Performance Packs | 0.8 | 90 | 0.8 | 0.8 | 0.8 | 0.8 | No Notes |
| Healthcare | University of Chicago Hospitals | ERP Software | 0.8 | 98 | 0.7 | 0.7 | 0.7 | 0.7 | |
| Fed-DoD | US Army/USACE | USACE NL Consolidation Plus Tech | 4.2 | 60 | 4.2 | 4.2 | 4.2 | 4.2 | No Notes |
| Txx-V | Verizon Global Networks Inc. | GNI | 0.7 | 60 | 0.6 | 0.6 | 0.6 | 0.6 | No Notes |
| Fed-Civ | World Bank | WB-NL | 0.7 | 60 | 0.6 | 0.6 | 0.6 | 0.6 | |
| | Total Deals > $500K | | | | 109.0 | 69.6 | 109.0 | 176.6 | |
| | Total Deals < $500K | | | | 24.2 | 20.6 | 24.2 | 27.9 | |
| | iSD | | | | 46.8 | 46.8 | 46.8 | 46.8 | |
| | Judgement | | | | 29.9 | 47.9 | 29.9 | (6.3) | |
| | **Grand Total** | | | | **210.0** | **185.0** | **210.0** | **245.0** | |

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER          NDCA-ORCL 223920

### OSI - Q3 '01  Week 13 ($M)

| Region | Customer | Opportunity | Opportunity Amount | Win % | OSO Forecast | OSO Worst | OSO Likely | OSO Best | Comments |
|---|---|---|---|---|---|---|---|---|---|
| Healthcare | Healthsouth | Database | 30.0 | 40 | 30.0 | | 30.0 | 30.0 | No Notes |
| Fin Svcs | Capital One | Database | 11.8 | 30 | | | | 10.0 | Awaiting cust decision to move forward. |
| S&L-E | STATE OF NEW YORK | | 11.0 | 30 | | | | 11.0 | |
| Txx-V | Lucent Technologies | Lucent Corporate Financials | 10.0 | 30 | | | | 10.0 | We are preparing final proposals for approval regarding the replacement of SAP for Financials and the implementation for Order Management. |
| Fed-DoD | NAVAIR EL - 259579 | NAVAIR-EL | 9.0 | 60 | 7.5 | 7.5 | 7.5 | 7.5 | Not in contracts yet, rep meeting with client |
| Txx-V | AT&T | ELA CRM Addition | 7.2 | 30 | | | | 6.0 | No Notes |
| Txx-V | BellSouth Corporation | ADSL True-up | 6.7 | 100 | 6.7 | 6.7 | 6.7 | 6.7 | Closed  PO FBST045100 |
| S&L-W | City of Omaha, NE | OMAHA/DOUGLAS COUNTY ERP | 6.5 | 80 | 0.9 | 0.9 | 0.9 | 0.9 | |
| Txx-W | SBC Communications Inc | Cingular - extending SBC ELA | 6.0 | 60 | 6.0 | 6.0 | 6.0 | 6.0 | customer is moving towards extending SBC ELA across Cingular.  This will require adding approximately 13,000 employees from Bell South to ELA.  Revenue split with Bell South account team is not reflected in these figures.  SBC team will report revenue |
| Utilities-V | American Electric Power | UPU Database License | 4.9 | 60 | 4.0 | 4.0 | 4.0 | 4.0 | Final proposal presented, order form in process, close meeting tentatively schedule within next 10 business days. Mark Vayda/Dick Batenburg potentially to meet CIO for any final issue resolution. |
| Fin Svcs | Credit Suisse First Boston | Enterprise License Proposal | 4.9 | 30 | | | | 4.0 | Concall 2/20.  Customer expressing interest in $5m option but looking for better deal. Cust has some concerns over their Support $. |
| Fin Svcs | LEHMAN BROTHERS | Lehman - Database VPO | 4.9 | 40 | 4.0 | | 4.0 | 4.0 | Cust internally putting bus case fwd for $4m deal but CIO has expressed more interest in smaller $2m deal.  Once CIO makes final decision will begin negotiations. |
| Fed-DoD | US Army/USACE | USACE NL Consolidation Plus Tech | 4.2 | 60 | 4.2 | 4.2 | 4.2 | 4.2 | No Notes |
| Fed-APG | NASA | NASA-EL | 4.2 | 30 | | | | 3.4 | Mtg. w/ Perkins, Johnson, Holcomb, Mann re Feb close issues |
| Txx-V | BellSouth Cingular (Newco) | License Purchase for Financials/OM/Purchasing/Projects | 4.1 | 30 | | | | 3.5 | Initial Purchase for license and support for Cingular, the BellSouth/SBC Joint Venture |
| Fed-DoD | NAVY MEDICAL INFORMATION MANAGEMENT CENTER | NAVMED-SPMS | 3.8 | 80 | 3.2 | 3.2 | 3.2 | 3.2 | Not in contracts yet, working on approval |
| Fed-DoD | DISA | DISA Flex | 3.7 | 30 | | | | 3.0 | No Notes |
| Fed-Civ | PTO | PTO-migration | 3.1 | 100 | 2.7 | 2.7 | 2.7 | 2.7 | PO #81116 |
| Txx-V | COMCAST | ASP | 3.0 | 30 | | | | 3.0 | Meetings scheduled with Comcast Cable Engineering and IS on 2/1/to firm up license needs and budgets for this years to see how much they can support the ASP effort.  Meeting scheduled on 2/6 to present the whole product foot print |
| Fed-Civ | SSA | SSA-migration | 3.0 | 100 | 2.6 | 2.6 | 2.6 | 2.6 | In contracts, not booked yet, with Order Administration |
| Healthcare | Allina Health System | Medica CRM Project | 2.9 | 40 | 2.4 | | 2.4 | 2.4 | No Notes |
| HigherEd | COLUMBIA UNIV | HRIS | 2.7 | 60 | 2.3 | 2.3 | 2.3 | 2.3 | Waiting for news of Columbia.  Meeting Friday afternoon with the Executive Steering Committee.  I have spoken to Oracle consulting -- no news yet.  Messages left for Teresa Pober. |
| Fed-DoD | Defense Logistics Agency | DLA-BSM database | 2.5 | 80 | 2.0 | 2.0 | 2.0 | 2.0 | Close in Feb. |
| Utilities-V | RELIANT ENERGY | Add'l UPU's Database | 2.4 | 30 | | | | 2.0 | No Notes |
| S&L-E | STATE OF NEW JERSEY OIT | Data Base License for NJ | 2.4 | 80 | 2.0 | 2.0 | 2.0 | 2.0 | Presenting 60% discount (JNUSSBAUM Approval) on final contract today/tomorrow to Customer for signature. |
| Fin Svcs | State Street Bank | Fin Apps | 2.2 | 90 | 1.7 | 1.7 | 1.7 | 1.7 | Delayed revenue recognition expected to be recognized in Feb.  Customer is completing their acceptance testing. There  is some risk that State Street will not complete their acceptance testing by end of Feb. |
| S&L-E | Miami-Dade County | Financials | 2.1 | 40 | | 0.9 | | 0.9 | 0.9 | |
| HigherEd | Howard University | HRMS | 1.9 | 30 | | | | 1.5 | Held successful presentation and demo on 1/24 and 1/25 at Oracle Bethesda.  Meeting with President Swygert/Jay Nussbaum, Lee Ramsayer and Reggie Brown held on 2/1.  Frank Lancione and consulting team on site at Howard week of 2/5 to interview |
| Fed-DoD | PEO C3S | PEO C3S - PM FATDS | 1.8 | 80 | 1.5 | 1.5 | 1.5 | 1.5 | Not in contracts yet, rep meeting with client |
| Txx-W | AMERICA ON LINE | Renew Term Lisence (Feb. 29, 2000) | 1.8 | 30 | | | | 1.0 | No Notes |
| Txx-V | GLOBAL CROSSING | core tech/divestiture-sal GCenter | 1.8 | 100 | 1.8 | 1.8 | 1.8 | 1.8 | Closed  Order #6404291 |
| Fin Svcs | Guardian Life | Oracle Database | 1.8 | 80 | 1.0 | 1.0 | 1.0 | 1.0 | Cust is reviewing 2 options. Cust travelling this week but concall planned to review options and get customers decision. |
| Utilities-V | Northwestern (Expanets) | Service/CRM | 1.7 | 30 | | | | 1.4 | No Notes |
| Fed-DoD | Defense Logistics Agency | DLA BSC | 1.7 | 30 | | | | 1.4 | No Notes |
| Fed-DoD | DFAS | DFAS-Tools | 1.4 | 30 | | | | 1.1 | No Notes |
| S&L-E | PRINCE GEORGES COUNTY PUBLIC SCHOOLS | Maryland: ERP | 1.4 | 80 | 1.2 | 1.2 | 1.2 | 1.2 | PGCPS Project Lead rec'd Ts&Cs & indicated PGCPS should have something to us during week of 2/26 and expected to sign a contract the 2nd week of Mar.  Once informed of the Superintendant's commit to sign in Feb. said would work on Feb. close. |
| Fed-APG | NIMA - National Imagery and Mapping Agency | NIMA-TPED | 1.2 | 60 | 0.6 | 0.6 | 0.6 | 0.6 | |
| Fin Svcs | Cigna Dental & Behavioral Health | concurrency conversion | 1.2 | 100 | 0.7 | 0.7 | 0.7 | 0.7 | Closed. This will be split with iSD. |
| S&L-W | STATE OF COLORADO/CBI/UPGRADE | STATE OF COLORADO/CBI/UPGRADE | 1.2 | 100 | 0.9 | 0.9 | 0.9 | 0.9 | |
| Fed-Civ | DOED EDCAPS | EDCAPS-Phase 2 | 1.1 | 80 | 0.9 | 0.9 | 0.9 | 0.9 | |
| S&L-E | MTA--NYC Transit Authority | Site License | 1.1 | 60 | 0.9 | 0.9 | 0.9 | 0.9 | |
| Fin Svcs | PRUDENTIAL | GL | 1.1 | 30 | | | | 1.1 | Customer has contract. Just waiting for final exec board decision. If approved cust will issue PO. |
| S&L-E | Montgomery County Police | MONTGOMERY CTY POLICE FIRE RMS & CAD | 1.1 | 99 | 0.9 | 0.9 | 0.9 | 0.9 | |
| S&L-W | STATE OF INDIANA | aggregate | 1.1 | 60 | 0.9 | 0.9 | 0.9 | 0.9 | |
| Fed-DoD | DMDC | DMDC-PU Conversion | 1.0 | 60 | 0.8 | 0.8 | 0.8 | 0.8 | |
| Fin Svcs | FANNIE MAE | Database | 1.0 | 60 | 1.0 | 1.0 | 1.0 | 1.0 | Finalized config last week & revised contract to be delivered. |
| S&L-W | City of Detroit Government | CITY OF DETROIT Water Dept | 1.0 | 90 | 0.8 | 0.8 | 0.8 | 0.8 | |
| S&L-W | LOS ANGELES DEPT OF WATER AND POWER | **Core Technology | 1.0 | 30 | | | | 0.8 | |
| S&L-E | New York/New Jersey Port Authority | Concurrent NL - Order # 6357685 | 0.9 | 100 | 0.7 | 0.7 | 0.7 | 0.7 | |
| Fed-APG | DIA | INFOWORKSPACE | 0.9 | 100 | 0.6 | 0.6 | 0.6 | 0.6 | |
| Fed-DoD | DoD Health Affairs | HA-Financials | 0.8 | 30 | | | | 0.7 | |
| Healthcare | Blue Cross Blue Shield-North Carolina | Database and tools for Web apps deployment | 0.8 | 30 | | | | 0.7 | |
| Healthcare | University of Chicago Hospitals | ERP Software | 0.8 | 98 | 0.7 | 0.7 | 0.7 | 0.7 | |
| Txx-W | TDS | Performance Packs | 0.8 | 90 | 0.8 | 0.8 | 0.8 | 0.8 | No Notes |
| Fin Svcs | CHASE | Analysis Reporting | 0.8 | 60 | 0.6 | 0.6 | 0.6 | 0.6 | Awaiting last customer internal approval and then will sign contract. |
| S&L-W | Fresno County | Database and Data Warehouse | 0.8 | 60 | 0.7 | 0.7 | 0.7 | 0.7 | |
| S&L-E | FULTON COUNTY | Countywide CJIS & Mainframe License | 0.8 | 80 | 0.6 | 0.6 | 0.6 | 0.6 | |
| S&L-E | City Public Service, San Antonio Texas | CPS Database | 0.8 | 100 | 0.6 | 0.6 | 0.6 | 0.6 | |

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER       NDCA-ORCL 223921

| Region | Customer | Opportunity | Opportunity Amount | Win % | OSO Forecast | Worst | Likely | Best | Comments |
|---|---|---|---|---|---|---|---|---|---|
| Txx-V | Verizon Global Networks Inc. | GNI | 0.7 | 60 | 0.6 | 0.6 | 0.6 | 0.6 | No Notes |
| Fed-DoD | ARMY - Medical Command | NARMC NL Phase 1 | 0.7 | 80 | 0.6 | 0.6 | 0.6 | 0.6 | |
| Fed-APG | ARMY & AIR FORCE EXCHANGE | License Upgrade | 0.7 | 100 | 0.6 | 0.6 | 0.6 | 0.6 | |
| S&L-W | KING COUNTY | Lemenager- Compliance Berger/Relf | 0.7 | 60 | 0.6 | 0.6 | 0.6 | 0.6 | |
| S&L-W | JUNIPER VALLEY PRODUCTS - DOC | ERP/Mfg/Inv/Order Mgmt. | 0.7 | 60 | 0.6 | 0.6 | 0.6 | 0.6 | |
| Txx-V | GLOBAL CROSSING | frontier | 0.7 | 60 | 0.7 | 0.7 | 0.7 | 0.7 | No Notes |
| HigherEd | ST JOHNS RIVER COMMUNITY COLLEGE | Star Consortium CL (Lou Macri from Manatee) | 0.7 | 40 | 0.6 | | 0.6 | 0.6 | |
| Fed-APG | NASA JOHNSON SPACE CENTER | NASA-JSFC-Barrios | 0.7 | 40 | 0.5 | | 0.5 | 0.5 | |
| Fed-Civ | World Bank | WB-NL | 0.7 | 60 | 0.6 | 0.6 | 0.6 | 0.6 | |
| S&L-W | Cincinnati-RCC | New Internet Pricing | 0.6 | 80 | 0.5 | 0.5 | 0.5 | 0.5 | |
| Fin Svcs | Bank of America Technology & Operations | Database | 0.6 | 30 | | | | 0.5 | Closed. |
| Healthcare | Health Alliance Plan | CRM | 0.6 | 30 | | | | 0.5 | |
| S&L-W | MI-Depart of Community Health | Data Warehouse-ITB | 0.6 | 40 | 0.5 | | 0.5 | 0.5 | |
| Healthcare | Mercy Hospital | Cerner project | 0.5 | 30 | | | | 0.5 | |
| Fin Svcs | Securities Industry Automation Corporation (SIAC) | SAXESS Implementation | 0.5 | 30 | | | | 0.5 | Awaiting final configuration. May need to increase discount. |
| Fin Svcs | TD WATERHOUSE | Internet Power Units | 0.5 | 40 | 0.5 | | 0.5 | 0.5 | Timing may be difficult for this deal. Cust has contracts but may not make decision in time. |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Total Deals > $500K | | | | 109.0 | 69.6 | 109.0 | 176.6 |
| | Total Deals < $500K | | | | 24.2 | 20.6 | 24.2 | 27.9 |
| | iSD | | | | 46.8 | 46.8 | 46.8 | 46.8 |
| | Judgement | | | | 29.9 | 47.9 | 29.9 | (6.3) |
| | **Grand Total** | | | | **210.0** | **185.0** | **210.0** | **245.0** |

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER    NDCA-ORCL 223922

| | | | | | | OSI - Q3 '01 Week 13 ($M) | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | OSO | | | |
| Region | Customer | Opportunity | Opportunity Amount | Win % | Forecast | Worst | Likely | Best | Comments | |
| Fed-APG | NASA | NASA-EL | 4.2 | 30 | | | | 3.4 | Mtg. w/ Perkins, Johnson, Holcomb, Mann re Feb close issues | |
| Fed-APG | NIMA - National Imagery and Mapping Agency | NIMA-TPED | 1.2 | 60 | 0.6 | 0.6 | 0.6 | 0.6 | | |
| Fed-APG | DIA | INFOWORKSPACE | 0.9 | 100 | 0.6 | 0.6 | 0.6 | 0.6 | | |
| Fed-APG | ARMY & AIR FORCE EXCHANGE | License Upgrade | 0.7 | 100 | 0.6 | 0.6 | 0.6 | 0.6 | | |
| Fed-APG | NASA JOHNSON SPACE CENTER | NASA-JSFC-Barrios | 0.7 | 40 | 0.5 | | 0.5 | 0.5 | | |
| Fed-Civ | PTO | PTO-migration | 3.1 | 100 | 2.7 | 2.7 | 2.7 | 2.7 | PO #81116 | |
| Fed-Civ | SSA | SSA-migration | 3.0 | 100 | 2.6 | 2.6 | 2.6 | 2.6 | In contracts, not booked yet, with Order Administration | |
| Fed-Civ | DOED EDCAPS | EDCAPS-Phase 2 | 1.1 | 80 | 0.9 | 0.9 | 0.9 | 0.9 | | |
| Fed-Civ | World Bank | WB-NL | 0.7 | 60 | 0.6 | 0.6 | 0.6 | 0.6 | | |
| Fed-DoD | NAVAIR EL - 259579 | NAVAIR-EL | 9.0 | 60 | 7.5 | 7.5 | 7.5 | 7.5 | Not in contracts yet, rep meeting with client | |
| Fed-DoD | US Army/USACE | USACE NL Consolidation Plus Tech | 4.2 | 60 | 4.2 | 4.2 | 4.2 | 4.2 | No Notes | |
| Fed-DoD | NAVY MEDICAL INFORMATION MANAGEMENT CENTER | NAVMED-SPMS | 3.8 | 80 | 3.2 | 3.2 | 3.2 | 3.2 | Not in contracts yet, working on approval | |
| Fed-DoD | DISA | DISA Flex | 3.7 | 30 | | | | 3.0 | No Notes | |
| Fed-DoD | Defense Logistics Agency | DLA-BSM database | 2.5 | 80 | 2.0 | 2.0 | 2.0 | 2.0 | Close in Feb. | |
| Fed-DoD | PEO C3S | PEO C3S - PM FATDS | 1.8 | 80 | 1.5 | 1.5 | 1.5 | 1.5 | Not in contracts yet, rep meeting with client | |
| Fed-DoD | Defense Logistics Agency | DLA BSC | 1.7 | 30 | | | | 1.4 | No Notes | |
| Fed-DoD | DFAS | DFAS-Tools | 1.4 | 30 | | | | 1.1 | No Notes | |
| Fed-DoD | DMDC | DMDC-PU Conversion | 1.0 | 60 | 0.8 | 0.8 | 0.8 | 0.8 | | |
| Fed-DoD | DoD Health Affairs | HA-Financials | 0.8 | 30 | | | | 0.7 | | |
| Fed-DoD | ARMY - Medical Command | NARMC NL Phase 1 | 0.7 | 80 | 0.6 | 0.6 | 0.6 | 0.6 | | |
| Fin Svcs | Capital One | Database | 11.8 | 30 | | | | 10.0 | Awaiting cust decision to move forward. | |
| Fin Svcs | Credit Suisse First Boston | Enterprise License Proposal | 4.9 | 30 | | | | 4.0 | Concall 2/20. Customer expressing interest in $5m option but looking for better deal. Cust has some concerns over their Support $. | |
| Fin Svcs | LEHMAN BROTHERS | Lehman - Database VPO | 4.9 | 40 | 4.0 | | 4.0 | 4.0 | Cust internally putting bus case fwd for $4m deal but CIO has expressed more interest in smaller $2m deal. Once CIO makes final decision will begin negotiations. | |
| Fin Svcs | State Street Bank | Fin Apps | 2.2 | 90 | 1.7 | 1.7 | 1.7 | 1.7 | Delayed revenue recognition expected to be recognized in Feb. Customer is completing their acceptance testing. There is some risk that State Street will not complete their acceptance testing by end of Feb. | |
| Fin Svcs | Guardian Life | Oracle Database | 1.8 | 80 | 1.0 | 1.0 | 1.0 | 1.0 | Cust is reviewing 2 options. Cust travelling this week but concall planned to review options and get customers decision. | |
| Fin Svcs | Cigna Dental & Behavioral Health | concurrency conversion | 1.2 | 100 | 0.7 | 0.7 | 0.7 | 0.7 | Closed. This will be split with iSD. | |
| Fin Svcs | PRUDENTIAL | GL | 1.1 | 30 | | | | 1.1 | Customer has contract. Just waiting for final exec board decision. If approved cust will issue PO. | |
| Fin Svcs | FANNIE MAE | Database | 1.0 | 60 | 1.0 | 1.0 | 1.0 | 1.0 | Finalized config last week & revised contract to be delivered. | |
| Fin Svcs | CHASE | Analysis Reporting | 0.8 | 60 | 0.6 | 0.6 | 0.6 | 0.6 | Awaiting last customer internal approval and then will sign contract. | |
| Fin Svcs | Bank of America Technology & Operations | Database | 0.6 | 30 | | | | 0.5 | Closed. | |
| Fin Svcs | Securities Industry Automation Corpoation (SIAC) | SAXESS Implementation | 0.5 | 30 | | | | 0.5 | Awaiting final configuration. May need to increase discount. | |
| Fin Svcs | TD WATERHOUSE | Internet Power Units | 0.5 | 40 | 0.5 | | 0.5 | 0.5 | Timing may be difficult for this deal. Cust has contracts but may not make decision in time. | |
| Healthcare | Healthsouth | Database | 30.0 | 40 | 30.0 | | 30.0 | 30.0 | No Notes | |
| Healthcare | Allina Health System | Medica CRM Project | 2.9 | 40 | 2.4 | | 2.4 | 2.4 | No Notes | |
| Healthcare | Blue Cross Blue Shield-North Carolina | Database and tools for Web apps deployment | 0.8 | 30 | | | | 0.7 | | |
| Healthcare | University of Chicago Hospitals | ERP Software | 0.8 | 98 | 0.7 | 0.7 | 0.7 | 0.7 | | |
| Healthcare | Health Alliance Plan | CRM | 0.6 | 30 | | | | 0.5 | | |
| Healthcare | Mercy Hospital | Cerner project | 0.5 | 30 | | | | 0.5 | | |
| HigherEd | COLUMBIA UNIV | HRIS | 2.7 | 60 | 2.3 | 2.3 | 2.3 | 2.3 | Waiting for news of Columbia. Meeting Friday afternoon with the Executive Steering Committee. I have spoken to Oracle consulting -- no news yet. Messages left for Teresa Pober. | |
| HigherEd | Howard University | HRMS | 1.9 | 30 | | | | 1.5 | Held successful presentation and demo on 1/24 and 1/25 at Oracle Bethesda. Meeting with President Swygert/Jay Nussbaum, Lee Ramsayer and Reggie Brown held on 2/1. Frank Lancione and consulting team on site at Howard week of 2/5 to interview | |
| HigherEd | ST JOHNS RIVER COMMUNITY COLLEGE | Star Consortium CL (Lou Macri from Manatee) | 0.7 | 40 | 0.6 | | 0.6 | 0.6 | | |
| S&L-E | STATE OF NEW YORK | | 11.0 | 30 | | | | 11.0 | | |
| S&L-E | STATE OF NEW JERSEY OIT | Data Base License for NJ | 2.4 | 80 | 2.0 | 2.0 | 2.0 | 2.0 | Presenting 60% discount (JNUSSBAUM Approval) on final contract today/tomorrow to Customer for signature. | |
| S&L-E | Miami-Dade County | Financials | 2.1 | 40 | 0.9 | | 0.9 | 0.9 | | |
| S&L-E | PRINCE GEORGES COUNTY PUBLIC SCHOOLS | Maryland: ERP | 1.4 | 80 | 1.2 | 1.2 | 1.2 | 1.2 | PGCPS Project Lead rec'd Ts&Cs & indicated PGCPS should have something to us during week of 2/26 and expected to sign a contract the 2nd week of Mar. Once informed of the Superintendant's commit to sign in Feb. said would work on Feb. close. | |
| S&L-E | MTA--NYC Transit Authority | Site License | 1.1 | 60 | 0.9 | 0.9 | 0.9 | 0.9 | | |
| S&L-E | Montgomery County Police | MONTGOMERY CTY POLICE FIRE RMS & CAD | 1.1 | 99 | 0.9 | 0.9 | 0.9 | 0.9 | | |
| S&L-E | New York/New Jersey Port Authority | Concurrent NL - Order # 6357685 | 0.9 | 100 | 0.7 | 0.7 | 0.7 | 0.7 | | |
| S&L-E | FULTON COUNTY | Countywide CJIS & Mainframe License | 0.8 | 100 | 0.6 | 0.6 | 0.6 | 0.6 | | |
| S&L-E | City Public Service, San Antonio Texas | CPS Database | 0.8 | 100 | 0.6 | 0.6 | 0.6 | 0.6 | | |
| S&L-W | City of Omaha, NE | OMAHA/DOUGLAS COUNTY ERP | 6.5 | 80 | 0.9 | 0.9 | 0.9 | 0.9 | | |
| S&L-W | STATE OF COLORADO/CBI/UPGRADE | STATE OF COLORADO/CBI/UPGRADE | 1.2 | 100 | 0.9 | 0.9 | 0.9 | 0.9 | | |
| S&L-W | STATE OF INDIANA | aggregate | 1.1 | 60 | 0.9 | 0.9 | 0.9 | 0.9 | | |
| S&L-W | City of Detroit Government | CITY OF DETROIT Water Dept | 1.0 | 90 | 0.8 | 0.8 | 0.8 | 0.8 | | |
| S&L-W | LOS ANGELES DEPT OF WATER AND POWER | **Core Technology | 1.0 | 30 | | | | 0.8 | | |
| S&L-W | Fresno County | Database and Data Warehouse | 0.8 | 60 | 0.7 | 0.7 | 0.7 | 0.7 | | |
| S&L-W | KING COUNTY | Lemenager- Compliance Berger/Relf | 0.7 | 60 | 0.6 | 0.6 | 0.6 | 0.6 | | |
| S&L-W | JUNIPER VALLEY PRODUCTS - DOC | ERP/Mfg/Inv/Order Mgmt. | 0.7 | 60 | 0.6 | 0.6 | 0.6 | 0.6 | | |
| S&L-W | Cincinnati-RCC | New Internet Pricing | 0.6 | 80 | 0.5 | 0.5 | 0.5 | 0.5 | | |
| S&L-W | MI-Depart of Community Health | Data Warehouse-ITB | 0.6 | 40 | | | 0.5 | 0.5 | | |
| Txx-V | Lucent Technologies | Lucent Corporate Financials | 10.0 | 30 | | | | 10.0 | We are preparing final proposals for approval regarding the replacement of SAP for Financials and the implementation for Order Management. | |
| Txx-V | AT&T | ELA CRM Addition | 7.2 | 30 | | | | 6.0 | No Notes | |
| Txx-V | BellSouth Corporation | ADSL True-up | 6.7 | 100 | 6.7 | 6.7 | 6.7 | 6.7 | Closed  PO FBST045100 | |

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER          NDCA-ORCL 223923

| Region | Customer | Opportunity | Opportunity Amount | Win % | OSO Forecast | Worst | Likely | Best | Comments |
|---|---|---|---|---|---|---|---|---|---|
| Txx-V | BellSouth Cingular (Newco) | License Purchase for Financials/OM/Purchasing/Projects | 4.1 | 30 | | | | 3.5 | Initial Purchase for license and support for Cingular, the BellSouth/SBC Joint Venture |
| Txx-V | COMCAST | ASP | 3.0 | 30 | | | | 3.0 | Meetings scheduled with Comcast Cable Engineeing and IS on 2/1/to firm up license needs and budgets for this years to see how much they can support the ASP effort.  Meeting scheduled on 2/6 to present the whole product foot print |
| Txx-V | GLOBAL CROSSING | core tech/divestiture-sal GCenter | 1.8 | 100 | 1.8 | 1.8 | 1.8 | 1.8 | Closed  Order #6404291 |
| Txx-V | Verizon Global Networks Inc. | GNI | 0.7 | 60 | 0.6 | 0.6 | 0.6 | 0.6 | No Notes |
| Txx-V | GLOBAL CROSSING | frontier | 0.7 | 60 | 0.7 | 0.7 | 0.7 | 0.7 | No Notes |
| Txx-W | SBC Communications Inc | Cingular - extending SBC ELA | 6.0 | 60 | 6.0 | 6.0 | 6.0 | 6.0 | customer is moving towards extending SBC ELA across Cingular.  This will require adding approximately 13,000 employees from Bell South to ELA.  Revenue split with Bell South account team is not reflected in these figures. SBC team will report revenue |
| Txx-W | AMERICA ON LINE | Renew Term Licnese (Feb. 29, 2000) | 1.8 | 30 | | | | 1.0 | No Notes |
| Txx-W | TDS | Performance Packs | 0.8 | 90 | 0.8 | 0.8 | 0.8 | 0.8 | No Notes |
| Utilities-V | American Electric Power | UPU Database License | 4.9 | 60 | 4.0 | 4.0 | 4.0 | 4.0 | Final proposal presented, order form in process, close meeting tentatively schedule within next 10 business days. Mark Vayda/Dick Batenburg potentially to meet CIO for any final issue resolution. |
| Utilities-V | RELIANT ENERGY | Add'l UPU's Database | 2.4 | 30 | | | | 2.0 | No Notes |
| Utilities-V | Northwestern (Expanets) | Service/CRM | 1.7 | 30 | | | | 1.4 | No Notes |
| | Total Deals > $500K | | | | 109.0 | 69.6 | 109.0 | 176.6 | |
| | Total Deals < $500K | | | | 24.2 | 20.6 | 24.2 | 27.9 | |
| | iSD | | | | 46.8 | 46.8 | 46.8 | 46.8 | |
| | Judgement | | | | 29.9 | 47.9 | 29.9 | (6.3) | |
| | **Grand Total** | | | | **210.0** | **185.0** | **210.0** | **245.0** | |

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER     NDCA-ORCL 223924