**EAST OPI**
Q3 '01 Deals to Worst / Forecast / Best ($'000)

| | Worst (Closed = CL) | | Forecast | | Best | |
|---|---|---|---|---|---|---|
| **CBOLT** | | | | | | |
| | Alcoa, Applications | CL 375 | Alcoa, Applications | 375 | Alcoa, Applications | 375 |
| | | | Bayer Corporation, JE | 47 | Bayer Corporation, JE | 47 |
| | | | NCR, SCA/Flow Mfg | 2,000 | NCR, SCA/Flow Mfg | 3,000 |
| | | | | | US Steel | 1,200 |
| CBOLT Total | | 375 | | 2,422 | | 4,622 |
| **LTATE** | | | | | | |
| | | | Philip Morris USA, DB | 1,350 | Philip Morris USA, DB | 1,350 |
| | General Dynamics, GDGSC Technology | 189 | General Dynamics, GDGSC Technology | 189 | General Dynamics, GDGSC Technology | 189 |
| | | | | | EMC, CRM | 12,000 |
| | | | | | Pitney Bowes, Broadvision | 100 |
| | Xerox,, Omnifax Add-ons | 297 | Xerox,, Omnifax Add-ons | 297 | Xerox,, Omnifax Add-ons | 297 |
| | Xerox Corporation, Front Office App | 815 | Xerox Corporation, Front Office App | 815 | Xerox Corporation, Front Office App | 815 |
| | Xerox Corporation, Add on to OM | 300 | Xerox Corporation, Add on to OM | 300 | Xerox Corporation, Add on to OM | 300 |
| LTATE Total | | 1,601 | | 2,951 | | 15,051 |
| **NADAMS** | | | | | | |
| | IBM Global Services | 100 | IBM Global Services | 100 | IBM Global Services | 100 |
| | Ahold | 500 | Ahold | 1,500 | Ahold | 2,100 |
| | | | Philip Morris USA, DB | 1,350 | Philip Morris USA, DB | 1,350 |
| | | | ADT, EDW | 250 | ADT, EDW | 1,200 |
| | | | ADT, Technology | 250 | ADT, Technology | 1,500 |
| NADAMS Total | | 600 | | 3,450 | | 6,250 |
| **JSTANGER** | | | | | | |
| | Agere Systems, 111i Add ons | 1,000 | Agere Systems, 111i Add ons | 1,000 | Agere Systems, 111i Add ons | 1,000 |
| | Sony Semiconductor, Mfg | 1,500 | Sony Semiconductor, Mfg | 1,500 | Sony Semiconductor, Mfg | 2,900 |
| | | | Unisys, iStore | 750 | Unisys, iStore | 750 |
| | Elemica, RDBMS | 350 | Elemica, RDBMS | 350 | Elemica, RDBMS | 350 |
| JSTANGER Total | | 2,850 | | 3,600 | | 5,000 |
| **RREVANS** | | | | | | |
| | LM, DB Trueup | 1,114 | LM, DB Trueup | 1,114 | LM, DB Trueup | 1,114 |
| | | | | | GE, Shared Services | 619 |
| | GE Power | 3,000 | GE Power | 3,400 | GE Power | 7,500 |
| | | | | | GE Lighting | 650 |
| RREVANS Total | | 4,114 | | 4,514 | | 9,883 |
| **SMCLAUGH** | | | | | | |
| | Closed | | | | | |
| | Bad Debt | (129) | Bad Debt | (220) | Bad Debt | (450) |
| | iSD (incl. Closed) | 3,100 | iSD | 4,300 | iSD | 4,500 |
| SMCLAUGH Total | | 2,971 | | 4,080 | | 4,050 |
| AVP Mgmt Judgement | | 0 | | 983 | | 0 |
| Area Total with iSD | | 12,511 | | 22,000 | | 44,856 |
| 30% Growth Target | | 26,056 | | 26,056 | | 26,056 |
| % of Target | | 48% | | 84% | | 172% |
| iSD | | 3,100 | | 4,300 | | 4,500 |
| 30% Growth Target | | 5,852 | | 5,852 | | 5,852 |
| % of Target | | 53% | | 73% | | 77% |
| Area Total without iSD | | 9,411 | | 17,700 | | 40,356 |
| 30% Growth Target | | 20,204 | | 20,204 | | 20,204 |
| % of Target | | 47% | | 88% | | 200% |

| CLOSED | FIELD | 382 |
|---|---|---|
| | iSD | 2,260 |
| | TOTAL | 2,642 |

| Pipeline | Tech | Apps | Total |
|---|---|---|---|
| Forecast | 11,627 | 10,373 | 22,000 |
| Less Mgmt Judgement | | (983) | (983) |
| Plus Upside | 6,125 | 17,714 | 23,839 |
| Additional Pipeline | 14,823 | 11,584 | 26,407 |
| Total Pipe with iSD | 32,575 | 38,689 | 71,263 |
| Less iSD | 12,292 | 1,870 | 300 |
| Total Pipe w/o iSD | 20,283 | 36,818 | 40,056 |

**CENTRAL OPI**
Q3 '01 Deals to Worst / Forecast / Best ($'000)

| | Worst   (Closed = CL) | | | Forecast | | Best | |
|---|---|---|---|---|---|---|---|
| **DJESS** | | | | | | | |
| | | | | General Motors, Alison Division | 730 | General Motors, Alison Division | 730 |
| | | | | OnStar, Enterprise License | 1,200 | OnStar, Enterprise License | 1,200 |
| | | | | | | General Motors, NA Develop Product | 2,000 |
| | | | | | | General Motors, GMAC Web Hosting | 800 |
| DJESS Total | | | 0 | | 1,930 | | 4,730 |
| **DWESTHOF** | | | | | | | |
| | Johnson Controls, Contract Negotiations | CL | 710 | Johnson Controls, Contract Negotiations | 710 | Johnson Controls, Contract Negotiations | 710 |
| | Applied Power, Credit from OFD discount | CL | (97) | Applied Power, Credit from OFD discount | (97) | Applied Power, Credit from OFD discount | (97) |
| | Motorola Inc, Enterprise Addition | CL | 56 | Motorola Inc, Enterprise Addition | 56 | Motorola Inc, Enterprise Addition | 56 |
| | Square D, Buysite Database | CL | 136 | Square D, Buysite Database | 136 | Square D, Buysite Database | 136 |
| | Life Fitness, 11i Upgrade | | 189 | Life Fitness, 11i Upgrade | 189 | Life Fitness, 11i Upgrade | 190 |
| | | | | Honeywell, Advanced Planning, ATP | 376 | Honeywell, Advanced Planning, ATP | 376 |
| | | | | | | Ralston Purina, Ralston CRM | 213 |
| | | | | | | Guidant Corporation, BI/Datawarehouse | 150 |
| | | | | | | Gateway Computers, Enterprise Technologies | 1,750 |
| | | | | | | Motorola Inc.--PCS, Advanced Planning | 3,000 |
| DWESTHOF Total | | | 994 | | 1,370 | | 6,484 |
| **JFIKANY** | | | | | | | |
| | Covisint | CL | 55,796 | Covisint | 55,796 | Covisint | 55,796 |
| | Ford Motor Company, Ford Wingcast | CL | 236 | Ford Motor Company, Ford Wingcast | 236 | Ford Motor Company, Ford Wingcast | 236 |
| JFIKANY Total | | | 56,032 | | 56,032 | | 56,032 |
| **JJCARTER** | | | | | | | |
| | Dell Computer, DFS | | 800 | Dell Computer, DFS | 800 | Dell Computer, DFS | 800 |
| | HE Butt Grocery, Datawarehouse/replace | | 400 | HE Butt Grocery, Datawarehouse/replace | 500 | H E Butt Grocery, Datawarehouse/replace | 500 |
| | Compaq Computers, JE Support/OFD | JE | (763) | Compaq Computers, JE Support/OFD | (763) | Compaq Computers, JE Support/OFD | (763) |
| | | | | Dell Computer, OFA | 400 | Dell Computer, OFA | 400 |
| | | | | Dell Compuer, Consolidations | 500 | Dell Compuer, Consolidations | 500 |
| | | | | | | Trinity, Ebusiness | 8,000 |
| | | | | | | M I Drilling, Supply Chain & e-Business | 500 |
| JJCARTER Total | | | 437 | | 1,437 | | 9,937 |
| **MKREIGHB** | | | | | | | |
| | Cummins Engine, Advanced Planning | CR | (930) | Cummins Engine, Advanced Planning | (930) | Cummins Engine, Advanced Planning | (930) |
| | Praxair Surface Technology, Manufacturing | CL | 335 | Praxair Surface Technology, Manufacturing | 335 | Praxair Surface Technology, Manufacturing | 335 |
| | Cummins Diesel Sales, teleservice | CL | 8 | Cummins Diesel Sales, teleservice | 8 | Cummins Diesel Sales, teleservice | 8 |
| | General Dynamics, Financials | CL | 447 | General Dynamics, Financials | 447 | General Dynamics, Financials | 447 |
| | Johnson Controls, Contract Negotiations | CL | 120 | Johnson Controls, Contract Negotiations | 120 | Johnson Controls, Contract Negotiations | 120 |
| | | | | SPX, Enterprise Applications | 600 | SPX, Enterprise Applications | 600 |
| | | | | | | Cummins ONAN, APS | 550 |
| | | | | | | Exemplar Mfg Co, ERP w/AA | 220 |
| MKREIGHB Total | | | (20) | | 580 | | 1,350 |
| **MTOMBRID** | | | | | | | |
| | CPC, Enterprise Agreement | CL | 350 | CPC, Enterprise Agreement | 350 | CPC, Enterprise Agreement | 350 |
| | Phillips Petroleum, Credit Dbl Bkg Q1 | CR | (285) | Phillips Petroleum, Credit Dbl Bkg Q1 | (285) | Phillips Petroleum, Credit Dbl Bkg Q1 | (285) |
| | Premcor, Financials and OFA | CL | 540 | Premcor, Financials and OFA | 540 | Premcor, Financials and OFA | 540 |
| | Lockheed, database | | 239 | Lockheed, database | 239 | Lockheed, database | 239 |
| | | | | Apache, Data Base | 310 | Apache, Data Base | 310 |
| MTOMBRID Total | | | 844 | | 1,154 | | 1,154 |
| **TTHIMOT** | | | | | | | |
| | Closed | | | | | | |
| | Bad Debt | | (671) | Bad Debt | (731) | Bad Debt | (907) |
| | iSD (incl. Closed) | | 8,850 | iSD | 10,100 | iSD | 11,050 |
| TTHIMOT Total | | | 8,179 | | 9,369 | | 10,143 |
| | | | | | | | |
| AVP Mgmt Judgement | | | 0 | | 500 | | 0 |
| | | | | | | | |
| Area Total with iSD | | | 66,465 | | 72,372 | | 89,830 |
| 30% Growth Target | | | 35,312 | | 35,312 | | 35,312 |
| % of Target | | | 188% | | 205% | | 254% |
| | | | | | | | |
| iSD | | | 8,850 | | 10,100 | | 11,050 |
| 30% Growth Target | | | 9,037 | | 9,037 | | 9,037 |
| % of Target | | | 98% | | 112% | | 122% |
| | | | | | | | |
| Area Total without iSD | | | 57,615 | | 62,272 | | 78,780 |
| 30% Growth Target | | | 26,275 | | 26,275 | | 26,275 |
| % of Target | | | 219% | | 237% | | 300% |

| CLOSED | FIELD | 55,150 |
|---|---|---|
| | iSD | 7,172 |
| | TOTAL | 62,322 |

| Pipeline | Tech | Apps | Total |
|---|---|---|---|
| Forecast | 16,780 | 55,591 | 72,372 |
| Less Mgmt Judgement | | (500) | (500) |
| Plus Upside | 7,950 | 10,008 | 17,958 |
| Additional Pipeline | 21,031 | 2,469 | 23,500 |
| Total Pipe with iSD | 45,761 | 67,568 | 113,330 |
| Less iSD | 18,957 | 2,885 | 21,842 |
| Total Pipe w/o iSD | 26,804 | 64,684 | 91,488 |

**WEST OPI**
Q3 '01 Deals to Worst / Forecast / Best ($'000)

| | Worst (Closed = CL) | | | Forecast | | Best | |
|---|---|---|---|---|---|---|---|
| **KFEENEY** | | | | | | | |
| | Kraft Foods, Inc (DB) | CL | 119 | Kraft Foods, Inc (DB) | 119 | Kraft Foods, Inc (DB) | 119 |
| | Kraft Foods, Inc (DB for MES) | CL | 127 | Kraft Foods, Inc (DB for MES) | 127 | Kraft Foods, Inc (DB for MES) | 127 |
| | Praxair Surface Tech | CL | 235 | Praxair Surface Tech | 235 | Praxair Surface Tech | 235 |
| | Boise Cascade (CRM Dev) | CL | 80 | Boise Cascade (CRM Dev) | 80 | Boise Cascade (CRM Dev) | 80 |
| | Boise Cascade (CRM Prod) | CL | 176 | Boise Cascade (CRM Prod) | 176 | Boise Cascade (CRM Prod) | 176 |
| | Abbott (JE: Rev Transfer to Support) | CL | (254) | Abbott (JE: Rev Transfer to Support) | (254) | Abbott (JE: Rev Transfer to Support) | (254) |
| | Transora (DB for Mktplace) | | 1,000 | Transora (DB for Mktplace) | 1,855 | Transora (DB for Mktplace) | 1,855 |
| | | | | Kraft (MES DB) | 200 | Kraft (MES DB) | 280 |
| | | | | | | Best Buy, Inc. | 2,900 |
| | | | | | | Sears Roebuck (GNX - Portal) | 50 |
| **KFEENEY Total** | | | **1,483** | | **2,538** | | **5,568** |
| **LPOPE** | | | | | | | |
| | Sony Electronics (Exchange) | CL | 370 | Sony Electronics (Exchange) | 370 | Sony Electronics (Exchange) | 370 |
| | Beckman Coulter (JE: OFD) | CL | (312) | Beckman Coulter (JE: OFD) | (312) | Beckman Coulter (JE: OFD) | (312) |
| | Cisco Systems, Inc. (Service Contracts) | | 2,500 | Cisco Systems, Inc. (Service Contracts) | 3,000 | Cisco Systems, Inc. (Service Contracts) | 3,000 |
| | Cisco Systems, Inc. (Tech Renewal) | | 1,000 | Cisco Systems, Inc. (Tech Renewal) | 2,200 | Cisco Systems, Inc. (Tech Renewal) | 2,700 |
| | Intel | | 657 | Intel | 657 | Intel | 657 |
| | | | | Starbucks | 900 | Starbucks | 900 |
| | | | | Bluelight.com | 552 | Bluelight.com | 552 |
| | | | | Sony Semiconductor | 750 | Sony Semiconductor | 1,500 |
| | | | | Weyerhaeuser | 383 | Weyerhaeuser | 383 |
| | | | | | | Gateway (Enterprise Tech) | 3,500 |
| | | | | | | Hitachi | 2,500 |
| | | | | | | Solectron | 24,000 |
| | | | | | | Raytheon | 500 |
| | | | | | | Qualcomm | 2,400 |
| | | | | | | Tosco | 700 |
| | | | | | | Gap, Inc. (DB enterprise) | 12,000 |
| | | | | | | Toshiba America | 50 |
| | | | | | | Beckman Coulter (DB for Web) | 112 |
| | | | | | | ON Semiconductor | 200 |
| **LPOPE Total** | | | **4,215** | | **8,500** | | **55,712** |
| **MDECESAR** | | | | | | | |
| | Closed | | | | | | |
| | Bad Debt | | (300) | Bad Debt | (380) | Bad Debt | (600) |
| | iSD (incl. Closed) | | 4,100 | iSD | 5,267 | iSD | 5,500 |
| **MDECESAR Total** | | | **3,800** | | **4,887** | | **4,900** |
| **MFLESSEL** | | | | | | | |
| | United Defense | CL | 70 | United Defense | 70 | United Defense | 70 |
| | Hewlett-Packard | CN | (362) | Hewlett-Packard | (362) | Hewlett-Packard | (362) |
| | Advanced Micro Devices | | 954 | Advanced Micro Devices | 954 | Advanced Micro Devices | 954 |
| | Creative Labs, Inc. (ERP) | | 78 | Creative Labs, Inc. (ERP) | 78 | Creative Labs, Inc. (ERP) | 156 |
| | Intel | | 13,986 | Intel | 13,986 | Intel | 13,986 |
| | Lockheed (Rev share w/ East) | | 134 | Lockheed (Rev share w/ East) | 134 | Lockheed (Rev share w/ East) | 134 |
| | | | | Agilent | 700 | Agilent | 700 |
| | | | | | | Hewlett-Packard (Tech Agreement) | 5,000 |
| | | | | | | Level One Communications | 205 |
| | | | | | | Sun | 5,000 |
| **MFLESSEL Total** | | | **14,860** | | **15,560** | | **25,843** |
| **VROSS** | | | | | | | |
| | Intermec | CL | 231 | Intermec | 231 | Intermec | 231 |
| | Boeing BCAG (Global Airline Inventory) | | 254 | Boeing BCAG (Global Airline Inventory) | 254 | Boeing BCAG (Global Airline Inventory) | 254 |
| | Tektronix | | 432 | Tektronix | 432 | Tektronix | 1,700 |
| | Lockheed (Rev share w/ East) | | 105 | Lockheed (Rev share w/ East) | 105 | Lockheed (Rev share w/ East) | 105 |
| | | | | | | Boeing BCAG (DW-Fin) | 1,067 |
| **VROSS Total** | | | **1,022** | | **1,022** | | **3,357** |
| **AVP Mgmt Judgement** | | | **4,619** | | **5,492** | | **(35,381)** |

| | Worst | Forecast | Best |
|---|---|---|---|
| Area Total with iSD | 30,000 | 38,000 | 60,000 |
| 30% Growth Target | 47,813 | 47,813 | 47,813 |
| % of Target | 63% | 79% | 125% |
| | | | |
| iSD | 4,100 | 5,267 | 5,500 |
| 30% Growth Target | 5,024 | 5,024 | 5,500 |
| % of Target | 82% | 105% | 109% |
| | | | |
| Area Total without iSD | 25,900 | 32,733 | 54,500 |
| 30% Growth Target | 42,790 | 42,790 | 42,790 |
| % of Target | 61% | 76% | 127% |

| CLOSED | FIELD | 2,300 |
|---|---|---|
| | iSD | 2,008 |
| | TOTAL | 4,308 |

| Pipeline | Tech | Apps | Total |
|---|---|---|---|
| Forecast | 28,543 | 9,457 | 38,000 |
| Less Mgmt Judgement | | (5,492) | (5,492) |
| Plus Upside | 16,949 | 10,542 | 27,492 |
| Additional Pipeline | 25,477 | 8,547 | 34,024 |
| Total Pipe with iSD | 70,969 | 23,054 | 94,024 |
| Less iSD | 10,429 | 1,587 | 12,016 |
| Total Pipe w/o iSD | 60,541 | 21,467 | 82,008 |