**Subject:** Big Deal Update February 26 Workday -3
**Date:** Mon, 26 Feb 2001 18:34:36 -0800
**From:** Loren Mahon <loren.mahon@oracle.com>
**To:** tawillia@us.oracle.com, jhenley@us.oracle.com, jennifer.minton@oracle.com, larry.garnick@oracle.com, larry.ellison@oracle.com, safra.catz@oracle.com

The GAP for $17m fell off today.

Big Deal Status-February 26, Workday -3

|  | Q3FY01 Workday -3 | Net change from Workday -4 | Q3FY00 Workday -3 | Net change from Workday -4 | Percentage Growth Year over Year | Q3FY00 Final Results |
|---|---|---|---|---|---|---|
| # of Deals Closed* >$500k | 73 | 11 | 53 | 3 | 38% | 178 |
| Amount of Deals Closed >$500k | $213m | $22m | $73m | ($3m) | 192% | $366m |
| # of Deals >$500k in pipeline** | 222 | 1 | 244 | 29 | (9%) |  |
| Amount of Deals >$500k in pipeline | $621m | ($14m) | $521m | ($108m) | (19%) |  |
| TOTAL Amount of Deals >$500k | $834m | $8m | $594m | ($111) | 40% |  |

Size of Over $500k Pipeline Deals February 23, 2001

|  | # of Deals Q3FY01 workday - 3 | %of Deals Q3FY01 workday - 3 | # of Deals Q3FY00 workday - 3 | %of Deals Q3FY00 workday - 3 |
|---|---|---|---|---|
| $500k to $1m | 111 | 50% | 112 | 46% |
| >$1m to $5m | 90 | 41% | 115 | 47% |
| >$5m to $10m | 9 | 4% | 11 | 5% |
| >$10m | 12 | 5% | 6 | 2% |
| TOTAL | 222 | 100% | 244 | 100% |

Size of Closed Deals over $500k February 26, 2001

ORACLE CONFIDENTIAL

ORCL 0022150

1 of 2                                                                                                                     03/19/2001 1:55 PM

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 306787

| | # of Deals Q3FY01 workday -3 | % of Deals Q3FY01 workday -3 | # of Deals Q3FY00 workday -3 | % of Deals Q3FY00 workday -3 | # of Deals Q3FY00 Final Results | % of Deals Q3FY00 Final Results |
|---|---|---|---|---|---|---|
| $500k to $1m | 37 | 51% | 20 | 38% | 87 | 49% |
| >$1m to $5m | 30 | 41% | 29 | 55% | 76 | 43% |
| >$5m--$10m | 3 | 4% | 2 | 4% | 9 | 5% |
| >$10m | 3 | 4% | 2 | 4% | 6 | 3% |
| TOTAL | 73 | 100% | 53 | 100% | 178 | 100% |

*Closed deals are deals where we have received paperwork from the customer and the order has been booked or is in the process of being booked.

**Pipeline deals are deals where contracts has received an approval form, a quote or contract draft has been prepared, and the sales rep has indicated the deal may still close in February.

--
Loren J. Mahon
Vice President
Americas Revenue Management Services
650-506-5022
Fax 650-506-7399
http://Revenue-Management

"Manager's work in the system, leader's work on the system."-Stephen Covey

ORACLE
CONFIDENTIAL

ORCL 0022151

03/19/2001 1:55

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

NDCA-ORCL 306788