| | |
|---|---|
| LATHAM & WATKINS LLP<br>  Peter A. Wald (SBN 85705)<br>  Michele F. Kyrouz (SBN 168004)<br>505 Montgomery Street, Suite 2000<br>San Francisco, CA  94111-2562<br>Telephone: (415) 391-0600<br>Facsimile: (415) 395-8095<br>E-mail: peter.wald@lw.com<br>           michele.kyrouz@lw.com | LATHAM & WATKINS LLP<br>  Patrick E. Gibbs (SBN 183174)<br>  Matthew Rawlinson (SBN 231890)<br>140 Scott Drive<br>Menlo Park, CA 94025<br>Telephone: (650) 328-4600<br>Facsimile: (650) 463-2600<br>E-mail: patrick.gibbs@lw.com<br>           matt.rawlinson@lw.com |

LATHAM & WATKINS LLP
  Jamie L. Wine (SBN 181373)
633 West Fifth Street, Suite 4000
Los Angeles, CA 90071
Phone: (213) 485-1234
Fax: (213) 891-8763
E-mail: jamie.wine@lw.com

Attorneys for Defendants ORACLE CORPORATION, LAWRENCE J. ELLISON, JEFFREY O. HENLEY, and EDWARD J. SANDERSON

ORACLE CORPORATION
  Dorian E. Daley (SBN 129049)
  James C. Maroulis (SBN 208316)
500 Oracle Parkway
Mailstop 5OP7
Redwood Shores, California 94065
Telephone: (650) 506-5200
Facsimile: (650) 506-7114
E-mail: jim.maroulis@oracle.com

Attorneys for Defendant ORACLE CORPORATION

**UNITED STATES DISTRICT COURT**

**NORTHERN  DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Master File No. C-01-0988-MJJ (JCS)<br>(Consolidated)<br><br><u>CLASS ACTION</u><br><br>**MANUAL FILING NOTIFICATION FOR EXHIBITS 21 - 28 TO THE DECLARATION OF IVGEN GUNER IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

**<u>MANUAL FILING NOTIFICATION</u>**

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

MANUAL FILING NOTIFICATION FOR GUNER DEC. ISO DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT
MASTER FILE NO. C-01-0988-MJJ (JCS)

1  Regarding Exhibits 21 - 28 to the Declaration of Ivgen Guner in Support of Defendants' Motion
2  for Summary Judgment:
3  This filing is in paper or physical form only, and is being maintained in the case file in the
4  Clerk's office.
5  If you are a participant on this case, this filing will be served in hard-copy shortly.
6  For information on retrieving this filing directly from the court, please see the court's main web
7  site at http://www.caed.uscourts.gov under Frequently Asked Questions (FAQ).  This filing was
8  not e-filed for the following reason(s):
9  _X_    Voluminous Document (PDF file size larger than e-filing system allowances)
10 ___    Unable to Scan Documents
11 ___    Physical Object (description): _____
12 _____
13 ___    Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media
14 ___    Item Under Seal
15 ___    Conformance with the Judicial Conference Privacy Policy (General Order 53).
16 ___    Other (description): _____
17
18 DATED:  October 9, 2006                    Respectfully submitted,
19                                            LATHAM & WATKINS LLP
                                                Peter A. Wald
20                                              Michele F. Kyrouz
                                                Jamie L. Wine
21                                              Patrick E. Gibbs
                                                Matthew Rawlinson
22
23                                                       /S/
24                                          By:_____
                                                Michele F. Kyrouz
25                                              Attorneys for Defendants ORACLE
                                                CORPORATION, LAWRENCE J.
26                                              ELLISON, JEFFREY O. HENLEY,
27                                              and EDWARD J. SANDERSON
28 | ||

2

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

MANUAL FILING NOTIFICATION FOR GUNER DEC. ISO
DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT
MASTER FILE NO. C-01-0988-MJJ (JCS)