LATHAM & WATKINS LLP
  Peter A. Wald (SBN 85705)
  Michele F. Kyrouz (SBN 168004)
505 Montgomery Street, Suite 2000
San Francisco, CA  94111-2562
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
E-mail: peter.wald@lw.com
          michele.kyrouz@lw.com

LATHAM & WATKINS LLP
  Jamie L. Wine  (SBN 181373)
633 West Fifth Street, Suite 4000
Los Angeles, CA 90071-2007
Telephone: (213) 485-1234
Facsimile: (213) 891-8763
E-mail: jamie.wine@lw.com

LATHAM & WATKINS LLP
  Patrick E. Gibbs  (SBN 183174)
135 Commonwealth Drive
Menlo Park, CA 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600
E-mail: patrick.gibbs@lw.com

Attorneys for Defendants ORACLE CORPORATION, LAWRENCE
J. ELLISON, JEFFREY O. HENLEY, and EDWARD J. SANDERSON

ORACLE CORPORATION
  Dorian Daley (SBN 129049)
  James C. Maroulis (SBN 208316)
500 Oracle Parkway
Mailstop 5OP7
Redwood Shores, California 94065
Telephone: (650) 506-5200
Facsimile: (650) 506-7114
E-mail: jim.maroulis@oracle.com

Attorneys for Defendant ORACLE CORPORATION

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION | Master File No. C-01-0988-MJJ (JCS) (Consolidated) |
| | CLASS ACTION |
| This Document Relates To: | DECLARATION OF JENNIFER BICHO IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT |
| ALL ACTIONS. | Date:   N/A |
| | Time:   N/A |
| | Judge:  Hon. Martin J. Jenkins |

1        I, Jennifer Bicho, declare as follows:

2        1.    I submit this declaration in support of Defendants' Motion for Summary

3  Judgment, or in the Alternative, Summary Adjudication.  I have personal knowledge of the facts

4  set forth below, or where I do not have personal knowledge, I am informed and believe the stated

5  facts to be true and correct.

6        2.    I have been employed by Oracle Corporation ("Oracle") since February

7  2001, and currently am employed as Senior Marketing Program Manager.  During the third

8  quarter of Oracle's fiscal year 2001 ("Q3 2001"), I served as the Senior Investor Relations

9  Specialist in Oracle's Investor Relations ("IR") department.  In that capacity, I frequently

10  worked with Oracle's Public Relations ("PR") department to distribute information both to the

11  public and internally regarding Oracle and its competitors.

12        3.    In connection with my work in Oracle's IR group in Q3 2001, I commonly

13  reviewed and helped prepare Oracle press releases (along with Oracle's PR group), as well as

14  internal, company-wide broadcasts regarding Oracle products or other issues relevant to Oracle's

15  business.  I also helped Oracle executives prepare for quarterly investor and analyst calls, as well

16  as presentations at Oracle AppsWorld Conferences, and collected and reviewed written

17  transcriptions of those calls.  As part of my duties, I and others also regularly gathered and

18  distributed internally news articles and analyst reports relevant to Oracle's earnings

19  announcements and the announcements of Oracle's competitors.

20        4.    Attached hereto are true and correct copies of press releases issued by

21  Oracle on the dates indicated below:  Exhibit 29 (NDCA-ORCL 296295-97), December 14,

22  2000; Exhibit 30 (NDCA-ORCL 442139-40), March 1, 2001; Exhibit 31 (NDCA-ORCL

23  277897-98), March 15, 2001; Exhibit 32 (NDCA-ORCL 022782-84), May 24, 2000; Exhibit 33

24  (NDCA-ORCL 061417-20), September 27, 1999; Exhibit 34 (NDCA-ORCL 417086-89),

25  February 20, 2001; and Exhibit 35 (NDCA-ORCL 027704-07), March 1, 2000.  During the time

26  period referenced in these press releases, press releases were made and kept by Oracle's IR and

27  PR groups as part of Oracle's regular course of business.  Each of the press releases referenced

28

LATHAM&WATKINS℠   SF\619910.1
ATTORNEYS AT LAW
SAN FRANCISCO

1

DECLARATION OF JENNIFER BICHO IN SUPPORT OF
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
Master File No. C-01-0988-MJJ (JCS)

1   above was made and kept by Oracle's IR and PR groups as part of Oracle's regular course of

2   business.

3         5.     Attached hereto as Exhibit 36 (NDCA-ORCL 306845-91) is a true and

4   correct copy of the transcript of Oracle's September 14, 2000 earnings conference call. During

5   the time period in which this earnings call took place, Oracle conducted quarterly conference

6   calls with, *inter alia*, investors and analysts as part of Oracle's regular course of business. These

7   calls regularly were transcribed by third-party vendors, and Oracle's IR and PR groups reviewed

8   these transcripts for accuracy.

9         6.     Attached hereto as Exhibit 37 (NDCA-ORCL 144569) is a true and

10   correct copy of the recording of Jeffrey O. Henley's presentation on February 20, 2001 at

11   Oracle's AppsWorld Conference in New Orleans, LA. Attached hereto as Exhibit 38 (NDCA-

12   ORCL 003281-311) is a true and correct copy of a transcript of the presentation made by Edward

13   J. Sanderson on February 13, 2001 at Oracle's AppsWorld Conference in Paris, France. In

14   February 2001, meetings of this type were regularly recorded and transcribed by third-party

15   vendors, and Oracle's IR and PR groups reviewed these recordings and transcripts for accuracy.

16         7.     Attached hereto as Exhibit 39 (NDCA-ORCL 025211-16) is a true and

17   correct copy of a November 17, 2000 company-wide broadcast email regarding a recent Gartner

18   Group analyst report. During the time period reflected in this corporate broadcast, internal,

19   company-wide broadcasts regarding issues relevant to Oracle's business were made and kept by

20   Oracle as part of Oracle's regular course of business. The email referenced above was made and

21   kept by Oracle as part of Oracle's regular course of business.

22         8.     Attached hereto as Exhibit 40 (NDCA-ORCL 435254-317) is a true and

23   correct copy of a March 2, 2001 compilation of news articles and analyst reports relating to

24   Oracle's Q3 2001 earnings pre-announcement. During the time period referenced in this

25   document, compilations of news articles and analyst reports were made and kept by Oracle's IR

26   group as part of Oracle's regular course of business. The compilation of news articles and

27   analyst reports referenced above was made and kept by Oracle's IR group as part of Oracle's

28

LATHAM&WATKINS<sup>LLP</sup>   SF\619910.1
ATTORNEYS AT LAW
SAN FRANCISCO

2

DECLARATION OF JENNIFER BICHO IN SUPPORT OF
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
Master File No. C-01-0988-MJJ (JCS)

1   regular course of business.

2      Executed this 25th day of July 2007, at Redwood City, California.  I declare under

3   penalty of perjury under the laws of the United States of America that the foregoing is true and

4   correct.

5               _Jennifer Bicho_

               Jennifer Bicho

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LATHAM&WATKINS<sup>LLP</sup>   SF\619910.1
ATTORNEYS AT LAW
SAN FRANCISCO

3

DECLARATION OF JENNIFER BICHO IN SUPPORT OF
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
Master File No. C-01-0988-MJJ (JCS)