

Oracle Net Income Up 62%, Earnings per Share $0.11; Application Sales Up 66%, Database Sales Up 19%
http://www.oracle.com/corporate/press/505455.html

# Oracle Press Release

Contact(s):
Stephanie Aas
Oracle Corp.
(650) 506 4073
investor_us@oracle.com

## Oracle Net Income Up 62%, Earnings per Share $0.11; Application Sales Up 66%, Database Sales Up 19%
### Operating Margin increases 11 points to 36%

REDWOOD SHORES, Calif., Dec. 14, 2000 - (http://www.oracle.com/tellmemore/?505455) Today, Oracle Corporation announced that second quarter net income increased 62% to $623 million, or $0.11 per share, while revenue grew to $2.7 billion. This compares to $2.3 billion in revenue, $384 million in net income, and $0.06 per share in Q2 last year. Applications software sales increased 66% to $279 million, while database software sales grew 19% to $775 million. Total software license revenue was up 25% to $1.1 billion, while total service revenue increased 9% to $1.5 billion for the quarter.

"Our applications business is strong and getting stronger," said Oracle CEO, Larry Ellison. "Oracle's new e-business suite puts every aspect of a business -- marketing, sales, service, procurement, supply chain, manufacturing, accounting, human resources -- everything, on the Internet. All the applications in our suite are designed and engineered to work together, so customers buying the entire suite don't need to do any systems integration."

"Customers buying a part of the suite are doing systems integration to connect our applications with applications from other vendors," Ellison continued. "This quarter's results prove that we're winning more and more of these best-of-breed battles against Ariba, I2, Seibel and other niche specialists. And once a customer uses one of our applications, it's just a matter of time before they move to the entire suite. Systems integration is so complex and expensive that nobody really wants to do it."

"This quarter's numbers are even more impressive when you factor out currency fluctuations," said Oracle Chief Financial Officer, Jeff Henley. "The proper way to measure our growth year over year is in constant dollars. Using that measure, quarterly applications software sales were up 73% while database software sales were up 26%. Total license growth increased 32%. That's stellar growth for a company our size. Add the fact that it took us just two years to double operating margins and more than double profits, and you have a measure of the strength of our business."

Oracle Corporation is the world's second largest software company. With annual sales of more than $10 billion, Oracle provides the software that powers the Internet. For more information about Oracle, please call Investor Relations at (650) 506-4073 or visit Oracle on the web at www.oracle.com.

ORCL 0012544

"Safe Harbor" Statement Under the Private Securities Litigation Reform Act of 1995: Information in this release relating to Oracle's future prospects which are "forward-looking statements" are subject to certain risks and uncertainties that could cause actual results to differ materially, including, but not necessarily limited to, the following: (1) Management's ability to manage growth, continuously hire and retain significant numbers of qualified

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 296295

employees, forecast revenues and control expenses, especially on a quarterly basis, continues to be a challenge. An unexpected decline in the growth rate of revenues without a corresponding and timely slowdown in expense growth could have a material adverse effect on results of operations. (2) Oracle is introducing new products, such as interne procurement and supply chain management software, customer relationship management applications and application hosting services, as well as assisting its customers in forming exchanges for a number of business procurement needs; the market acceptance and contribution to Oracle's revenues of these products and exchanges cannot be assured. (3) Delays in product delivery or closing of sales can cause quarterly revenues and income to fall significantly short of anticipated levels. (4) Oracle has recently made changes to its pricing model which could lead to a decline or delay in sales as its sales force and customers adjust to the new pricing policies. Intense competition in the various markets in which Oracle competes may also put pressure on Oracle to reduce prices on certain products. (5) A weakening of the economy may affect the overall demand for computer software and services which could result in decreased revenues or lower revenue growth rates. (6) The market for Oracle's products is intensely competitive and is characterized by rapid technological advances and frequent new product introductions. There can be no assurances that Oracle will continue to introduce new products and new versions of existing products that keep pace with technological developments, satisfy increasingly sophisticated customer requirements and achieve market acceptance. Oracle undertakes no obligation to update information contained in this release. For further information regarding risks and uncertainties associated with Oracle's business, please refer to the "Risk Factors" section of Oracle Corporation's SEC filings, including, but not limited to, its annual report on Form 10-K and quarterly reports on Form 10-Q, copies of which may be obtained by contacting Oracle Corporation's Investor Relations Department at (650) 506-4073 or Oracle's Investor Relations website at http://www.oracle.com/investor.

ORACLE CORPORATION

CONSOLIDATED STATEMENTS OF OPERATIONS
(amounts in thousands, except per share data)
(unaudited)

|  | Three Months Ended November 30, | | Six Months Ended November 30, | |
| --- | --- | --- | --- | --- |
|  | 2000 | 1999 | 2000 | 1999 |
| **REVENUES** | | | | |
| Licenses and other | $1,118,238 | $902,632 | $1,925,476 | $1,534,813 |
| Services | 1,541,308 | 1,419,251 | 2,995,945 | 2,771,587 |
| Total revenues | 2,659,546 | 2,321,883 | 4,921,421 | 4,306,400 |
| **OPERATING EXPENSES** | | | | |
| Sales and marketing | 640,865 | 631,433 | 1,213,829 | 1,169,859 |
| Cost of services | 694,998 | 753,170 | 1,368,876 | 1,509,920 |
| Research and development | 266,280 | 248,160 | 517,307 | 484,101 |
| General and administrative | 111,402 | 113,055 | 217,367 | 220,592 |
| Total operating expenses | 1,713,545 | 1,745,818 | 3,317,379 | 3,384,472 |
| OPERATING INCOME | 946,001 | 576,065 | 1,604,042 | 921,928 |
| Net investment gains (losses) related to marketable securities (A) | (13,468) | (5,083) | 1,965 | (8,423) |
| Other income, net | 33,348 | 20,533 | 136,117 | 42,220 |
| INCOME BEFORE TAXES | 965,881 | 591,515 | 1,742,124 | 955,725 |
| Provision for income taxes | 343,069 | 207,031 | 618,635 | 334,505 |
| NET INCOME | $622,812 | $384,484 | $1,123,489 | $621,220 |
| **EARNINGS PER SHARE (B)** | | | | |
| Basic | $0.11 | $0.07 | $0.20 | $0.11 |
| Diluted | $0.11 | $0.06 | $0.19 | $0.10 |
| **WEIGHTED SHARES OUTSTANDING (B)** | | | | |
| Basic | 5,584,428 | 5,717,780 | 5,594,243 | 5,719,812 |
| Diluted | 5,874,987 | 6,012,600 | 5,903,929 | 5,988,704 |

(A) Net investment gains (losses) related to marketable securities relate to actual sales of marketable securities, and the Company's equity share in the results of non-consolidated subsidiaries.

ORCL 0012545

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 296296

(B) All earnings per share and weighted shares outstanding amounts have been adjusted to reflect a 2:1 stock split during the quarter ended November 30, 2000.

ORACLE CORPORATION

CONDENSED CONSOLIDATED BALANCE SHEETS
($ in thousands)

|  | November 30, 2000 (unaudited) | May 31, 2000 |
|---|---:|---:|
| **ASSETS** | | |
| Current Assets | | |
|   Cash and short term investments | $4,356,165 | $7,761,998 |
|   Trade receivables, net | 1,935,767 | 2,533,964 |
|   Prepaid and refundable income taxes | 223,837 | 212,829 |
|   Other current assets | 307,695 | 374,543 |
|     Total Current Assets | 6,823,464 | 10,883,334 |
| Long-term cash investments | 30,000 | 110,000 |
| Property and equipment, net | 941,793 | 934,455 |
| Prepaid taxes - long term | 289,624 | 322,379 |
| Other assets | 838,886 | 826,611 |
| **TOTAL ASSETS** | $8,923,767 | $13,076,779 |
| **LIABILITIES AND STOCKHOLDERS' EQUITY** | | |
| Current Liabilities | | |
|   Notes payable, including current maturities | $2,596 | $2,691 |
|   Accounts payable | 282,738 | 287,495 |
|   Income taxes | 526,492 | 2,821,776 |
|   Customer advances and unearned revenues | 1,053,809 | 1,133,482 |
|   Other current liabilities | 1,301,990 | 1,616,794 |
|     Total Current Liabilities | 3,167,625 | 5,862,238 |
| Long-term debt | 300,802 | 300,770 |
| Long-term liabilities | 191,257 | 186,178 |
| Deferred income taxes | 337,620 | 266,130 |
| Stockholders' equity | 4,926,463 | 6,461,463 |
| **TOTAL LIABILITIES AND STOCKHOLDERS' EQUITY** | $8,923,767 | $13,076,779 |

###

**Trademarks**
Oracle is a registered trademark of Oracle Corporation. Other names may be trademarks of their respective owners.

Copyright © 2001 Oracle Corporation. All Rights Reserved.

Contact Us | Legal Notices and Terms of Use | Privacy Statement

ORCL 0012546

**CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER**

**NDCA-ORCL 296297**