☒ Oracle Corporation

☒ Investor Relations

# Announcing Q3FYO1 Earnings Results

**Webcast**
Hear what CFO Jeff Henley has to say about Oracle's Q3 earnings

**Analyst Spreadsheet**
Get the financial details for last quarter (20K, PDF)

**Calendar of Events**

**Questions?**
Send us an e-mail with any questions about this release—investor@us.oracle.com.

## Oracle Net Income Up 16%, Earnings Per Share $0.10 Applications Sales Up 25%, Database Sales Up 6%

**3,000 Customers Implementing 11*i* E-business Suite**

REDWOOD SHORES, Calif., March 15, 2001 -- (http://www.oracle.com/tellmemore?624479) Today, Oracle Corporation announced that third quarter income increased 16% to $583 million or $0.10 per share, while revenue grew to $2.7 billion. This compares to $2.4 billion in revenue, $503 million in net income, and $0.08 per share in Q3 last year, excluding extraordinary investment gains. Application software sales increased 25% to $249 million while database software sales grew 6% to $823 million. Service revenue increased 12% to $1.5 billion for the quarter.

 Oracle has over 3,000 customers in the process of implementing the 11i E-business suite. More than 210 of those customers have already gone live on 11*i* applications including JDS Uniphase, TeliaNet, Compaq, Fosters Brewing Company, and Westpac. This past quarter, hundreds of additional companies have committed to the E-business Suite including Healthsouth, Cisco, Qwest, Americredit, Ciena, and McGraw Hill.

 "Rapid application implementation is the key to customers getting a quick return on their software investment," said Oracle CEO Larry Ellison. "Oracle applications are ideally suited for rapid implementations because our E-business suite is complete and integrated -- no application customizations are required. Customers can begin selling more with our Global CRM in 90 days, and spending less with our Internet Procurement in 30 days. No other applications can be implemented so quickly and inexpensively. Rapid application implementation is important in this economic climate because companies focus on projects with a rapid ROI."

 "The U.S. economic downturn over the past several months clearly affected our revenue and profit growth more than we anticipated, due to a sharp downturn in completed transactions in the last few days of the quarter, and the current economic uncertainty continues to limit our visibility going forward," said Oracle CFO Jeffrey O. Henley. "However, we are proud of our ability to achieve 33% operating margins in the quarter, resulting in a 2 percentage point improvement compared to last year. Our ongoing efforts to improve our cost structure over the past two years have positioned us well to weather the current economic storm. Looking ahead, we plan to tightly adhere to the e-business cost reduction plan already in place, which hopefully will allow us to maintain our improvements in productivity and efficiency despite a difficult environment."

 Oracle Corporation is the world's second largest software company. With annual sales of more than $10.9 billion, Oracle provides the software that powers the Internet. For more information about Oracle, please call Investor Relations at

**CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER     NDCA-ORCL 277897**

(650) 506-4073 or visit Oracle on the web at http://www.oracle.com.

"Safe Harbor" Statement Under the Private Securities Litigation Reform Act of 1995: Information in this release relating to Oracle's future prospects which are "forward-looking statements" are subject to certain risks and uncertainties that could cause actual results to differ materially, including, but not necessarily limited to, the following: (1) A weakening of economic factors, particularly in the United States economy, may affect the overall demand for computer software and services which could result in decreased revenues or lower revenue growth rates. (2) Delays in closing of sales or product delivery can cause quarterly revenues and income to fall significantly short of anticipated levels. (3) Oracle is introducing new products, such as internet procurement and supply chain management software, customer relationship management applications and application hosting services, as well as assisting its customers in forming exchanges for a number of business procurement needs; the market acceptance and contribution to Oracle's revenues of these products and exchanges cannot be assured. (4) Management's ability to manage growth, continuously hire and retain significant numbers of qualified employees, forecast revenues and control expenses, especially on a quarterly basis, continues to be a challenge. An unexpected decline in the growth rate of revenues without a corresponding and timely slowdown in expense growth could have a material adverse effect on results of operations. (5) Oracle has made changes to its pricing model which could lead to a decline or delay in sales as its sales force and customers adjust to the new pricing policies and practices. Intense competition in the various markets in which Oracle competes may also put pressure on Oracle to reduce prices on certain products. (6) The market for Oracle's products is intensely competitive and is characterized by rapid technological advances and frequent new product introductions. There can be no assurances that Oracle will continue to introduce new products and new versions of existing products that keep pace with technological developments, satisfy increasingly sophisticated customer requirements and achieve market acceptance. Oracle undertakes no obligation to update information contained in this release. For further information regarding risks and uncertainties associated with Oracle's business, please refer to the "Risk Factors" section of Oracle Corporation's SEC filings, including, but not limited to, its annual report on Form 10-K and quarterly reports on Form 10-Q, copies of which may be obtained by contacting Oracle Corporation's Investor Relations Department at (650) 506-4073 or Oracle's Investor Relations website at

http://www.oracle.com/investor

# # #

**Trademarks**
Oracle is a registered trademark of Oracle Corporation. Other names may be trademarks of their respective owners.

Copyright © 2001 Oracle Corporation. All Rights Reserved.                    Legal Notices and Terms of Use | Privacy Statement

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER            NDCA-ORCL 277898