**For Immediate Release**

Contacts:   Carol Sato                         Aimée Brainard
            Oracle Corp.                       Applied Communications
            650/633-5551                       415/365-0222
            csato@us.oracle.com                abrainard@appliedcom.com

## ORACLE SHIPS 11i, INDUSTRY'S FIRST INTEGRATED E-BUSINESS SUITE

**Built-in Integration in Third-Generation Oracle Internet Applications Suite
Completely Eliminates Largest Cost and Risk Factor Associated with Enterprise Application
Implementations**

REDWOOD SHORES, Calif., May. 24, 2000 — (http://www.oracle.com/tellmemore/?205874) Oracle Corp., the largest provider of software for e-Business, today announced immediate availability of the Oracle® E-Business Suite 11i, the industry's first fully-integrated e-Business applications suite. The entire E-Business Suite is available today, adding Customer Relationship Management (CRM) and Order Management components to the already available 11i financials, human resources, manufacturing, procurement, projects and supply chain offerings. Oracle E-Business Suite 11i provides out-of-the-box integration of e-Business applications throughout the extended enterprise from customers and partners to suppliers. This allows companies to completely automate their e-Businesses from web selling and marketing, all the way through to Internet supply chain and procurement.

Using other vendors' software, anyone trying to achieve the breadth of functionality offered by 11i would be forced to undertake expensive and risky custom integrations of several partial solutions such as Siebel, Ariba, Commerce One or SAP. These integration projects often cost in the tens or even hundreds of millions of dollars. With Oracle E-Business Suite 11i, all this integration expense and risk is avoided because the suite comes with out-of-the-box integration as well as robust functionality in each key business area. This integration not only

NDCA-ORCL 027782

eliminates cost and risk but also provides much better information with which to run a business. Key business processes become much simpler, for example, turning a sales quote into an order that updates available-to-promise totals in inventory. This tight integration is also necessary to achieve a complete view of the impact that customer-related activities have throughout the enterprise. The Oracle E-Business Suite also gives companies complete information about their customers because all parts of the suite share the same customer information.

As Oracle's third-generation 100% Internet applications solution, Oracle e-Business Suite 11$i$, leverages new Internet business practices that allow companies to put their customer interactions, internal operations and supply chains online. These new business practices have emerged as the key to e-Business success, allowing companies to leverage the Internet to expand their markets, retain and strengthen relationships with customers, and increase business efficiency. Additionally, the E-Business Suite, requires only a browser on the desktop and features an intuitive browser interface.

Today, Oracle is the only vendor to offer a fully integrated and comprehensive suite of e-Business applications. Specifically, Oracle E-Business Suite 11$i$, allows companies to:

- sell more at lower cost with integrated web store, telesales and field sales,
- raise customer satisfaction through integrated call center and web-based self-service,
- buy goods and services at lowest cost with Internet Procurement and electronic exchanges,
- lower inventory levels and speed fulfillment through Internet supply chain optimization,
- eliminate administrative costs with comprehensive self-service and
- reduce time to benefit and IT costs with an integrated suite.

The Oracle E-Business Suite also supports global operations, multiple languages, multiple currencies and Internet business practices, all from a single global system. Customer interactions can be synchronized over the web, email, field and call center, enabling businesses to offer their customers greater flexibility — and ultimately greater satisfaction — in terms of how they communicate with the company. Truly global operations can be achieved through real-time business intelligence via a single, centralized information set. Additionally, companies can adopt Oracle E-Business Suite 11$i$ in a matter of days rather than months, by deploying either the modular, integrated offerings, bundled solutions, or Oracle's hosting services.

"Today marks the end of the ERP era and the beginning of the e-Business era," said Ron Wohl, executive vice president, Oracle Applications Division. "When given the choice, any business would prefer e-Business applications that are already integrated rather than undertake the custom integration effort themselves. We are pleased to offer state-of-the-art e-Business practices throughout the entire suite, enabling each of our customers to improve their business operations extremely rapidly."

"As the Internet continues to revolutionize traditional business practices, companies are presented with new opportunities to manage their customers and partners, improving customer service while increasing company profitability," said Mark Barrenechea, senior vice president, CRM products division. "For example, because the Oracle E-Business Suite is the only one that combines tightly integrated ERP and CRM, Oracle can offer its customers the ability to manage key customer processes, such as 'campaign to order, order to cash,' – the ability to design and execute a marketing campaign, ship the order and collect payment, all from the same system. With the Oracle E-Business Suite, the sales process can be kept 100% electronic."

The Oracle E-Business Suite 11$i$, is available immediately either as a complete suite or on a standalone basis in key business areas. Key application modules have experienced significant customer acceptance as indicated by consistent growth over the past year. In Oracle's most recently announced quarter, Oracle Internet Procurement license sales have grown by 231%, while growth rates of Oracle's CRM products posted 179% growth.

**About Oracle**

Oracle Corporation provides the software that powers the Internet.

For more information about Oracle, please call Oracle Public Relations at 650/506-4176.

# # #

**Trademarks**

Oracle is a registered trademark of Oracle Corporation. Other names may be trademarks of their respective owners.