**For Immediate Release**

Contacts:  Karen Houston             Amber Rowland
           Oracle Corp.              Applied Communications
           650/607-0326              415/365-0222
           khouston@us.oracle.com    arowland@appliedcom.com

## ORACLE PROVIDES COMPREHENSIVE SOLUTIONS FOR CALL CENTER, WEB AND E-MAIL CUSTOMER INTERACTIONS

### Oracle's New Interaction Center Utilities to Provide Unprecedented Integration of Call Center Operations

WASHINGTON, DC, March 1, 2000 — (http://www.oracle.com/tellmemore/?137587) Oracle Corp., the largest provider of software for e-business, today announced at the SSCE Conference and Exposition significant enhancements to its e-business suite that transform traditional call centers into blended multi-media, multi-channel interaction centers. Oracle® eMail Center, Oracle Collections and Oracle Scripting are new modules in the upcoming Oracle® Applications Release 11i that support Oracle's e-business strategy of integrating the entire enterprise - front and back office - and synchronizing all customer interactions across the company.

Oracle's interaction center capabilities support inbound, outbound, blended, multi-media and multi-channel call center operations. Oracle's offerings differ from traditional call center offerings by blending traditional channels with web and e-mail customer communication channels, and by integrating all customer interactions with back-office systems. Key features include Interaction History, which tracks every customer interaction regardless of channel or media, Universal Work Queue, which manages and prioritizes an agent's queue of all incoming and outgoing communications, enabling the interaction center to operate efficiently and effectively and Interaction Center Intelligence, which provides quantitative and qualitative business intelligence.

—more—

**Oracle Provides Comprehensive Solutions for Call Center**　　　　　　2-2-2-2-2

As part of the Oracle e-business suite, the interaction center capabilities are tightly integrated with all other customer-related functions, including marketing, sales, service, payment and order history, financial information and inventory. This enables an enterprise to personalize its marketing messages, optimize its revenue opportunity, and improve its service based on a complete understanding of all customer interactions.

An early adopter of Oracle Interaction Center is Staff Leasing, the largest professional employer organization in the United States. By implementing Oracle's interaction center, they have reduced average call times by 40 to 45 seconds, enabling them to handle more calls without incurring any additional expense. "From an operations perspective, Oracle Interaction Center enables our agents to triage calls intelligently and take appropriate actions that are in compliance with our complex business rules," said Lisa Harris, CIO. "And, from a management perspective, for the first time we have complete measurement of everything going on in our business, which allows us to measure what's happening and make intelligent decisions. We've had very high impact on the bottom line as well as improvement to our overall quality of the brand and the brand experience that our clients receive."

New modules in Oracle's interaction center include:

- **Oracle eMail Center**: To support the emerging channel of e-mail interactions, Oracle is introducing Oracle eMail Center, a complete solution for managing high volumes of inbound and outbound customer e-mails. Oracle eMail Center enables organizations to automatically classify incoming e-mails and create suggested responses based on message content. If the system cannot automatically create a response for an incoming message, the e-mail will be routed to the appropriate interaction center agent based on the e-mail content and agent skills. Unlike niche solutions, Oracle eMail Center provides out-of-the-box integration with comprehensive marketing, sales, and service business applications as well as with other communication channels such as telephony. Oracle eMail Center leverages

○

NDCA-ORCL 027705

Oracle Provides Comprehensive Solutions for Call Center                3-3-3-3-3

- Oracle8i™ embedded InterMedia Text technology for content classification. Additionally, eMail Center is the first system of its kind to fully integrate with an enterprise class workflow engine, Oracle Workflow, for advanced automatic e-mail response and business process workflow.

- **Oracle Scripting**: To address the growing complexity of the interaction center, Oracle is introducing Oracle Scripting, an Internet-based application that guides agents through customer interactions using customized call guides or scripts. A single script can be tailored to meet the needs of agents with a variety of skill levels, allowing novice agents to see a different view of the same script than agents with more experience. By presenting focused, scripted messages to agents, Oracle Scripting will help improve customer service, optimize selling opportunities, reduce agent-training costs, increase agent productivity and transform agents into subject matter experts. Oracle Scripting's authoring environment sets a new standard for ease of script development using visual layout tools to create logical branching and flow.

- **Oracle Collections**: An important part of a company's effort to retain profitable customers is ensuring the best collections efforts are used for each individual customer. Outstanding receivables must be collected, but a company has to understand an individual customer's worth as part of the collection and overall e-business strategy. Oracle Collections will help ensure that appropriate, multi-channel collection strategies are created and executed; identifies effective customer segmentation; launches inbound, outbound and blended interaction center campaigns; and helps maximize collection agent's efforts to collect past-due dollars. Oracle Collections is integrated with Oracle's Accounts Receivable and will work with other legacy billing and receivable systems.

"Oracle is taking a leadership position in defining the solutions needed to evolve a company's call centers to interaction centers," said Mark Barrenechea, senior vice president, Oracle CRM products division. "Through our unique e-business suite strategy,

O           —more—

NDCA-ORCL 027706

Oracle Provides Comprehensive Solutions for Call Center                4-4-4-4-4

companies can realize an immediate benefit to a fully integrated multi-channel, muti-media interaction center solution."

These new modules augment Oracle's already robust call center offerings, which include CTI, advanced call routing, interaction blending, predictive dialing, and IVR integration.

## Availability

Oracle eMail Center, Oracle Collections Center, Oracle Scripting and other new enhancements are scheduled to be available with Oracle Applications Release 11i in the second calendar quarter of 2000.

## About Oracle

Oracle Corporation provides software that powers the Internet.

For more information about Oracle Corporation, please call 650/506-7000. Oracle's World Wide Web address is (URL) http://www.oracle.com

# # #

## Trademarks
Oracle is a registered trademark and Oracle8 and Oracle8i are trademarks or registered trademarks of Oracle Corporation. Other names mentioned may be trademarks of their respective owners.