# ORACLE CORPORATION

## Moderator: Stephanie Aas
## September 14, 2000
## 4:30 p.m. CT

Operator: Good day, everyone. Thank you for holding, and welcome to today's Oracle Corporation first quarter financial results conference call. Today's conference is being recorded.

At this time, I would like to introduce Oracle Corporation Senior Director of Investor Relations, Stephanie Aas. Ms. Aas, please go ahead.

Stephanie Aas: Thank you, Operator. Good afternoon, everyone, and welcome to Oracle Corporation's first quarter fiscal 2001 earnings conference call.

Today's conference call participants include Larry Ellison, Chairman and Chief Executive Officer, and Jeff Henley, Executive Vice President and Chief Financial Officer.

Today's call will begin with Jeff reviewing some of the key financial results. Larry will cover the state of company and industry trends. The discussion will then be followed by and Q&A session.

In consideration of the SEC's regulation, FD, or Fair Disclosure, we will adjusting our communications with the financial community.

ORACLE
CONFIDENTIAL

ORCL 0050049

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 306845

ORACLE CORPORATION
Moderator: Stephanie Aas
09-14-00/4:30 p.m. CT
Confirmation # 596198
Page 2

Today, during the Q&A session, Jeff will lead a discussion on some of the assumptions analysts may use in building their financial models.

Rather than reviewing our assumptions in separate 101 discussions with analysts, we will try to address all questions at once -- one time in a public forum.  Going forward, therefore, the quarterly earnings call will serve as the primary form of communication with analysts on building their financial models.

Before we begin, however, I appreciate your patience as I review the required statement for Safe Harbor.

Although Oracle does not provide financial projections or earnings guidance, our discussion may include predictions, estimates or other information that might be considered forward-looking. While these forward-looking statements represent our best, current judgment on what the future holds, they are subject to risks and uncertainties that could cause actual results to differ materially.  Throughout our discussion, we will attempt to discuss some important factors relating to our business that may effect our predictions.  You should also review our most recent Form 10-K and Form 10-Q for more complete disclosure of risk factors.

With that, I'd like to turn the call over to Jeff Henley.

Jeff Henley:  OK.  Thanks, Stephanie.  Well, I'll make a couple of quick comments and then we'll dive into just -- cutting through the numbers that we faxed out to most people.

The quarter is -- as most people who follow the Company -- of a long time -- is always our toughest, seasonally, weakest quarter.  So we thrilled to come out and -- out of the blocks as well

**ORACLE
CONFIDENTIAL
ORCL 0050050**

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

ORACLE CORPORATION
Moderator: Stephanie Aas
09-14-00/4:30 p.m. CT
Confirmation # 596198
Page 3

as we have. This is the best-licensed growth we've had in the last six years. So we think it's a good start. And we think it'll be better as we go through the year.

We had about a three percentage point negative currency as -- so that -- the currency problems in Europe got worse actually during the quarter -- somewhat worse than when we started. The margin story just continued to spectacular. As you can see, our earnings more than doubled. Our database growth rebounded sharply as we predicted on last quarter's call. And our applications grew at about the same rate as last year. And we continue to believe that we'll actually do better for the full year. Our services growth rate should begin to really start picking up now. I'll comment on all these things a little bit more when we talk about the forecast.

But for the quarter, the total revenue was 2,262,000,000. The licensing revenue growth was up 28 percent. Within that license number, server was up 32 percent -- tools was down 38 -- applications up 42. We have some geographic stuff, which I'll touch upon later.

In terms of the large deals, we've routinely talked about that. The deals -- over a half a million were 34 percent in the quarter versus 30 a year ago. And this is always the lowest quarter for large deals. The very large mega deals, which we've arbitrarily set at five million, we're basically flat to last year -- eight percent this year, eight percent last year.

Our services revenue was eight percent. And it is actually just slightly higher than last quarter. And that one is one that I thought would pick up a little more than it did. And definitely, I think, after going through our latest view of the rest of the year, we should start showing more pick-up in growth rate as our consulting business is finally -- really beginning to accelerate.

Geographically, the Americas was up 15 percent.

**ORACLE
CONFIDENTIAL**

**ORCL 0050051**

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 306847

ORACLE CORPORATION
Moderator: Stephanie Aas
09-14-00/4:30 p.m. CT
Confirmation # 596198
Page 4

Europe was up four. But again when you look at it in the local currency basis -- taking out the effect of currency – it was up 15. And actually we did pretty well in Europe. Strictly in the license area, we were particularly encouraged in applications. So we continue to think that Europe will have a better year. And the real significant change in the U.K. -- where last year we didn't do so well -- we've gotten off to a real strong start in the U.K. And the outlook for the second quarter and beyond looks good as well.

Asia-Pacific was up 35 percent or 32 percent in local currency.

In terms of headcount, this was the fifth consecutive quarter where we actually saw slight decline in headcount. And our expenses, we're down year-over-year again this quarter like they were in the fourth quarter. So the headcount control -- expense control – from all the productivity gains, we're seeing this tremendous -- the -- that coupled with increase revenue drives a lot of this margin expansion.

Our operating margin was up 11.7 percentage points in the quarter. So we've had -- the last three quarters have double-digit percentage point operating margin improvement. So this is, you know, real exciting.

The other -- and we love it – the other income line definitely showed a pick-up as we discussed last quarter with the result of the secondary though.

Our secondary did -- in Japan; our cash balance was a lot higher for the quarter. So we definitely generated incremental interest income in the quarter that -- above the rate we've been running here to four.

**ORACLE
CONFIDENTIAL**

**ORCL 0050052**

**CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER**

ORACLE CORPORATION
Moderator: Stephanie Aas
09-14-00/4:30 p.m. CT
Confirmation # 596198
Page 5

The tax rate was the same -- at 35.5 percent as before. And so, our earnings ended up at 17 cents versus eight cents a year ago.

The cash balance is a little bit lower at the end of this quarter because we did a -- continued to buyback stock -- almost $2 billion of stock buyback. And we had some significant tax payments that we traditioned with the end of our fiscal year.

I think maybe I'll just turn to the outlook then. And then we'll turn it over to Larry.

In terms of the second quarter, business continues to be extremely robust. We continue to be very bullish, I think, for not only the quarter but for the year in terms of just the demand -- interest we see out there. Definitely, we've seen increased interest these last several quarters. And I think it's a function of the market in general and also the message and the interest in our particular products both in database and applications.

We think we'll continue to see margin improvement throughout the year. At the same time, probably the expense -- actual reduction will probably change a little bit. We're actually seeing our consulting business heat up and seeing the need to add a little more capacities in certain spots of sales. So probably the expenses will pick up a little bit. But the margin expansion will continue because our revenue growth, as Larry said in the news release, should improve as well.

Our pipelines look good again this quarter, particularly in applications. I think this quarter the quality of the pipeline -- the ability to get people focused now, is always better in the second quarter. So we're very enthusiastic about really picking up the momentum in our applications business.

**ORACLE
CONFIDENTIAL**

**ORCL 0050053**

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

ORACLE CORPORATION
Moderator: Stephanie Aas
09-14-00/4:30 p.m. CT
Confirmation # 596198
Page 6

Our database business probably -- it's hard to predict exactly -- it may not be quite as strong as it was second quarter because we did get that rebound off of Q4. But I think our database business looks excellent as well.

One kind of negative I think everybody's aware of is that the currency situation doesn't get any better. The outlook -- at the current rates right now -- is that we would probably have about a five-percentage point negative hit this quarter if rates were to stay the same as this week. For the full year, it's about two percentage negative points at these current rates. So definitely the currency thing has gotten worse of late then. And no one knows which way to go up or down going forward.

In terms of being a little more specific on -- or reiterating maybe things I've said before in terms of where we think our business is going, we can never predict exactly what growth rates will be for database or license. But we have to -- said -- and I'll kind of reiterate this -- I think in the database area -- it balances around quarter to quarter but certainly, I've said 15 to 25 percent rate. I know that a number of people have 20 percent. And those seem reasonable given that range.

The tools probably continues to negative although it's a -- it's a fairly modest part of our total license business these days.

And applications is the hard one to call. I think -- I know both Larry and I've talked about this, we continue to think that we'll do at least 50 percent growth this year. And it's anywhere -- anybody's guess -- to high, as I've said, hide the hundred. It wouldn't surprise if we went as high as that. I mean I think there's tremendous upside. It's just a question of how well we do in execution, how well the message gets done out there.

**ORACLE
CONFIDENTIAL**

**ORCL 0050054**

**CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER**

ORACLE CORPORATION
Moderator: Stephanie Aas
09-14-00/4:30 p.m. CT
Confirmation # 596198
Page 7

But I think we're -- feels like for Q2, we're really in high gear right now. So I think we're very optimistic that this will be important to have a good quarter in applications and really see how high is high. But I think it -- traditionally, it takes several quarters to kind of get your full momentum. So I think we're feeling our way through this. These next couple of quarters will be really important to see how -- just how well we're going to do in applications.

And then in services, I think that -- just based on the review with all the guys this week around the world, our consulting business is definitely picking up. We're definitely now -- more aggressively hiring people based on demand and looking -- so we've done -- so I estimating that this total services growth rate will pick-up each quarter -- the rest of the fiscal year -- two to three percentage points each quarter. So I think the last estimates I looked at for the quarter -- that analysts had done, before this call were like 19 cents for the quarter. We're certainly -- we're certainly comfortable with those. And if things were to go well in every which way, we might be able to do even better.

For the full year, I don't feel any different than I felt last quarter. I think that -- just very optimistic about the improving market demand and our ability to gain market share both in database and applications.

The margin program, I think, is -- there's a lot of headroom still left. We've got a tremendous momentum going. And I think that continues to go on. We've got a lot of work still to do. But it's all happening. We're doing very well with that.

And so it all -- it all feels pretty good. It's not without lots of hard work and execution. But I think our basic strategy is working great. And the market really does seem like it's improving out there. So all that -- I think all goes well for the rest of this year.

**ORACLE
CONFIDENTIAL**

ORCL 0050055

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

ORACLE CORPORATION
Moderator: Stephanie Aas
09-14-00/4:30 p.m. CT
Confirmation # 596198
Page 8

So with that, I'll turn the call over to Larry.

Larry Ellison:  OK.  Thank you, Jeff.  I'd like to focus on the two big segments of our software business --
the applications space, the e-Business Suite and in the database.

Starting with the e-Business Suite, we are, in fact, selling the Suite.  We are selling the whole thing
-- marketing, sales, service, accounting, HR – and companies are buying the whole suite.  They're
buying the idea.  And then they're installing some portion of it.

We just had a huge win this quarter at Agilent.  As you know, Agilent is a spin-off from Hewlett-
Packard.  They had an SAP system, which they're completely replacing with an Oracle system.
And they're using lots and lots of the models of the e-Business Suite or lots of -- I can give you a
lot more examples of companies who have chosen the entire suite and our replacing SAP, which
is we're -- again, we're seeing this a lot.

One of the things that we are doing in terms of revenue recognition and the way companies are
buying it, we're not encouraging the companies.  This is a major change in the way we've done
business in the past.  We -- typically, we've tried to close the deal, get them to buy all the software
up front even if it's going to take them two years to install all the software and switch to it.  We're
trying -- we've changed that.  So if a company buys a portion of the e-Business, they pay for the
portion they're going to install.  And then when they're ready to install the next piece, they pay for
the next piece.

The same thing is true of our database business.  We're no longer to trying sell them all the
database they're going need for the next five years.  That's typically what we do.  We bundle
together a large transaction and sell them large transaction.  We're trying -- we're changing that

**ORACLE
CONFIDENTIAL**

ORCL 0050056

**CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER**

ORACLE CORPORATION
Moderator: Stephanie Aas
09-14-00/4:30 p.m. CT
Confirmation # 596198
Page 9

business practice. And we're selling people what they need, when they need it and -- so we can

go back to the account and keep selling into that account. We think this is -- customers really

want. It's a different business practice for us. And we think it's healthy, you know, for our long-

term business. And it's healthy for our customers.

Again, there are lots of other 11i customers at the high-end. 11i, the e-Business Suite is proving

even more popular in the middle market because -- well, the largest customers can afford to, you

know, buy i2 and Ariba and SAP and PeopleSoft and Siebel and then hire some of those 130,000

IBM consultants to stitch it all together. Medium-size companies just can't afford to do that. So

they are buying the Suite. And in fact, our growth in the mid-market -- what we call in the United

States -- what we call the general business channel, that's up 71 percent in the last four quarters.

I mean, there's this fantastic growth of -- be able to go to a single vendor, get all the pieces, all the

pieces work together, no system integration required, just plug it in and it automates your entire

business on the Internet. It's a spectacular message in the mid-market. And we're beginning

enormously successful there. In the exchange business -- in B-to-B, we've got 55 exchange wins.

Wins are ready.

We'll be announcing some huge exchange wins in the next week or so -- with very, very large

financial -- you know, the world's largest financial institutions.

We continue to be very, very strong in the exchange business.

Again, one of the -- the B-to-B is changing. It used to be, you know, Oracle versus

CommerceOne, let's say over -- you know, on auctioning and procurement. But as the exchanges

go beyond simply procurement -- you know, auctioning, and get into joint engineering and

planning -- advance planning, we have all of those pieces. We have a -- we bring a much broader

ORACLE
CONFIDENTIAL
ORCL 0050057

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

ORACLE CORPORATION
Moderator: Stephanie Aas
09-14-00/4.30 p.m. CT
Confirmation # 596198
Page 10

software portfolio to the exchange hub, if you will -- the multi-company exchange hub that none of competitors -- you know, where none of our, you know, competitors can on and in of themselves make a similar offering.

You've got -- you have a choice of going to IBM who will, you know, resell, you know, products from five different software vendors and then again sell you some of those 130,000 consultants that stitch it all together. Or you can buy the entire e-Business hub from Oracle. So a very -- I think -- and that's -- you know, and that's proving a compelling alternative to the multi-vendor approach in the B-to-B space.

And again, stay tuned for some very -- you know, some very good wins -- more Oracle coming up in the next week or so.

We continue to close the gap between Oracle and Microsoft in the -- amongst developers. We now -- in OTN -- in OTN, we have 1.1 million Oracle developers. And this is our best leading indicator.

Now that's up 28 percent. That's up 28 percent in three months. So we were hot. And we're getting hotter amongst the developers.

So it's -- as the world moves to the Internet, it -- desktop personal computing becomes the last generation of computing. And the Internet becomes the current generation computing. Developers are migrating from Microsoft to the primary supplier of technology -- to Oracle, the primary supplier of technology. It's really quite stunning.

**ORACLE
CONFIDENTIAL**

**ORCL 0050058**

**CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER**

**NDCA-ORCL 306854**

But now I'll give you what I think is most stunning of all the -- all the statistics I'm going to give you, which is, on August 28th, we launched, you know, we could -- we could of counted up -- you know, we launched a thing called Oracle Sales Online.

And as of right now, we have 3,000 customers -- three -- not users. We have 100,000 users and 3,000 customers live -- doing sales force automation. That's more customers than Siebel and sales force online combined. It's kind of a staggering number.

They're live in 125 countries around the world and they include people like McGraw-Hill, (Boos-Ellen), BF Goodrich, Siemens -- you know of large variety of customers. And in a very, very short period of time -- this Internet thing is a big deal. And this is -- and in -- Oracle Sales Online is nothing more than our sales force automation system -- that's a component of the e-Business Suite. In this case, it's being offered as a -- as a free online service. And it's our best e-Business Suite marketing program.

We say if you're interest in getting to know the e-Business Suite, we want to try one of our new modules. You can try it for nothing. Use it for as long as you want. And if you like that maybe you'll come out and buy the other components of the e-Business Suite.

We had 3,000 live customers, 100,000 live users running on the Internet at a computer center -- you know, Oracle owns the computers. Oracle runs the computers. You get this service for nothing. In fact, you guys can log in -- log on as well and try it yourself. It's really kind of amazing. It's our next generation Internet user interface.

We back up your data. We upgrade the software. We provide the computers. All you need is a browser and you get access to this. Again, you know, we've been in business now for a little less than a month and we have more customers than Siebel has since they started.

ORACLE
CONFIDENTIAL

ORCL 0050059

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

ORACLE CORPORATION
Moderator: Stephanie Aas
09-14-00/4:30 p.m. CT
Confirmation # 596198
Page 12

Now again, I understand that Siebel gets paid and we don't. It's a big difference. However, it's staggering. In less than a month, we have more customers. And we think this going to lead into a -- we think this revolutionary. We think this is where the world is going. We think software's going to become a service on the Internet. And we're one of the leaders in doing that.

OK. With that introduction, I'd like to open it up to questions.

Operator: If you'd like to ask a question, today, please signalize us using your telephone -- press the star key followed by the digit one. And you're questions will be addressed in the order that you've signaled. Again, that's star one if you'd like to ask question. And we'll pause very briefly.

Our first question today will come from Neil Herman at Lehman Brothers.

Neil Herman: Hey, guys. A couple of quick questions -- the first one, if you could talk a little bit about the tools business and does ultimately that business go away?

And then secondly, if you could give us a sense as to both the backlog and pipeline and business going forward.

Larry Ellison: Well, one of the things in the tool business is that we've dramatically lowered prices in tools. Plus, we give the tools to members of OTN. I mentioned that the OTN -- OTN is our developer's program. And developers from all over the world can get our tools for nothing by simply joining OTN.

Now this has had tremendous impact in our tools revenue. And it continues -- it continues to accumulate. However, we think, overall, it's healthy. Our tools business is in decline. But our

**ORACLE
CONFIDENTIAL
ORCL 0050060**

**CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER**

**NDCA-ORCL 306856**

ORACLE CORPORATION
Moderator: Stephanie Aas
09-14-00/4:30 p.m. CT
Confirmation # 596198
Page 13

software business is in ascendancy. We just -- our software business actually grew 31 percent this past quarter, of course, with, you know, to -- you know, corrected -- you know, corrected for -- you -- currency 28 percent, which -- versus 10 percent last year -- nine percent last year, you know, 10 percent a year before.

This is our best first quarter for our software business in six years. So we think making the tools readily available to developers at no cost, encourage them to try our technology -- use our -- not unlike, by the way, what we're doing with Oracle Sales Online -- trying to kick start the 11i Suite.

So by making some of our software available for free, making it just easy to get, making the procurement process very, very simple -- download across OTN for the tools, log on for sales -- Oracle sales online -- for sales force automation.

It gets people acquainted with our technology, with our -- both our system software and our applications software. And guess what, historically, we've sold more software when we do that.

So yes, I expect the tools business not -- you know -- you know, not to be a big money earner for us. But it will win a lot of converse to Oracle technology. And they'll end up buying database servers and application servers and other -- you know, other pieces that we do charge for.

Jeff Henley: I think the other question was the pipeline.

I have never out a raw number because of -- unfortunately, there's not a perfect correlation if you could correlate it to exactly what was going to happen that quarter. But I think it's definitely indicative when we're seeing movements in the pipeline getting stronger or whatever.

ORACLE
CONFIDENTIAL

ORCL 0050061

ORACLE CORPORATION
Moderator: Stephanie Aas
09-14-00/4:30 p.m. CT
Confirmation # 596198
Page 14

So last quarter, we saw a strengthening as the pipeline growth year-over-year got stronger. We've seen it again this quarter. So I think it -- that to me is a very strong indication of demand.

And as I said, this quarter, I think, in going through with all the folks, it probably will translate more directly into revenues quarter because by the time you got out of Q1, the summer was over, people are more focused.

So I think we've definitely seen a pick-up in demand in our pipeline particularly applications. Database looks good but particularly in applications. And I think it's, again, somewhat a function of 11i, somewhat a function of just the whole market message getting better understood about what we have to bring to bear in the supply chain this year -- I mean, an entire suite, as Larry talks about.

Larry Ellison:  Yeah, we've been -- we've been training our sales force -- putting them -- putting our automated demos up on the Internet. You know, we just came out -- came out with 11i at the end of Q4. And we've been getting spooled up for it.

Now one of the things about the 11i sale is it's -- you know, selling the Suite is a large complex sale. But we've had incredible success. And I think we're going to have an extraordinary year in applications. So we really have a unique offering. We're the only ones that -- in offering -- help you automate your business without a complex system-engineering project -- system integrations project rather.

So you -- either you can hire lots of consultants and wait years and spend, you know, tens into hundreds of millions of dollars to glue a bunch of different vendors products together. Or you can buy the e-Business Suite from Oracle.

**ORACLE**
**CONFIDENTIAL**

**ORCL 0050062**

**CONFIDENTIAL PURSUANT**
**TO PROTECTIVE ORDER**

ORACLE CORPORATION
Moderator: Stephanie Aas
09-14-00/4:30 p.m. CT
Confirmation # 596198
Page 15

It's a compelling -- it's a compelling proposition.  We can install it faster, for less money, more reliable, it runs faster, the interest is over the moon -- you know, we're in the best shape we've ever been in the applications business by a huge margin.

Neil Herman:  When do you think you'll really start to feel the impact of 11i?  Is it six months?

Larry Ellison:  No.  Absolutely Q2.

Neil Herman:  Absolutely?

Larry Ellison:  Give Q2 -- yeah, absolutely, Q2.

Neil Herman:  ((inaudible)).

Larry Ellison:  Q2 should be a spectacular applications quarter.

Neil Herman:  Thanks, guys.

Operator:  We'll move on to the next question.  This is Rick Sherlund at Goldman Sachs.

Rick Sherlund:  Thanks.  I'm wondering on the apps number -- if the growth rate wasn't quite what I had expected for the quarter even though database was terrifically strong.  Is it simply a function of having customers there that are prepared to make decisions?  And if that's the case, can you sort of give us a sense why database was so strong and apps maybe wasn't quite as strong as I would have thought?

**ORACLE
CONFIDENTIAL**

**ORCL 0050063**

**CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER**

**NDCA-ORCL 306859**

Larry Ellison:  Well, the 11i -- the 11i sale -- the e-Business Suite sale -- the good news about the e-

Business Suite sale is that it's a -- it's a high level architectural sale to Senior Executives, CEO

and it really -- it requires a conceptual decision.

I'm not going to -- you know, I'm not going to, you know, go ahead and hire IBM and buy, you

know, IBM consulting and hire, you know, lots of consultants and bring together products from six

or seven different vendors to automate my company.  Instead, I'm going to go ahead and you

know, bring in Oracle's strategic application supplier.

So it's a longer sales cycle for 11i.  So as we've gone out -- and start selling 11i, we did not close

as much of it in Q1 as we thought.

However, there's tremendous momentum going into Q2.  This is -- much more so than let's say

that -- you think our -- so our B-to-B business was slow in Q4 -- the God of our database -- is our

database business really in trouble?  Can I now extrapolate from a single point and say that Q4

was bad?  Q1 will really be terrible, you know.  Q4 was a little slower.  And Q1 was spectacular.

Well, a Q1, for applications, is a little bit slow.  That does not indicate that the Q2 will be slower.  It

means that Q2 will be spectacular.  We're having a -- we've got a huge number of application

deals that we're in the middle of signing with the largest companies in the world.  Some are out

there ((inaudible)) replacements.  Some are replacing big -- the spoke system.

It's going to be an amazing applications year.  Don't be misled by the 42 percent.

Rick Sherlund:  And what was behind the server growth in the quarter?

**ORACLE
CONFIDENTIAL**

**ORCL 0050064**

**CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER**

**NDCA-ORCL 306860**

ORACLE CORPORATION
Moderator: Stephanie Aas
09-14-00/4:30 p.m. CT
Confirmation # 596198
Page 17

Larry Ellison:  On the database side?

Rick Sherlund:  Right.

Larry Ellison:  Well, again, I think a -- some of -- a little bit of a slowness in -- some of -- a little bit slowness in Q4.

But just that our -- we're just not losing any deals to Microsoft at all -- none and very, very few to IBM.  So we win virtually every competitive database field we're in.  And it's just the dawn of the information age.

Well, again, it's very -- I know we don't put together the same -- I'm sure everyone would be happy if we did 22 percent every quarter in database.  And we -- and no one would be happier than me.

But you have to smooth it out a little bit.  I wish -- I don't think we'll do 32 percent in database for the year.  But I think that will probably settle down a -- settle back a little bit.  But applications will go up quick a bit.

Rick Sherlund:  OK.  Thanks.

Larry Ellison:  Probably a little carry-over from Q2.

Rick Sherlund:  And also, if I could -- just software development expenditure is up six percent.  The growth in the amount of expenditures for development has been slowing pretty considerably over the past four or five quarters.  What's behind that?

**ORACLE
CONFIDENTIAL**

**ORCL 0050065**

**CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER**

ORACLE CORPORATION
Moderator: Stephanie Aas
09-14-00/4:30 p.m. CT
Confirmation # 596198
Page 18

Larry Ellison:  Well, we have -- I believe we have the second largest software engineering team in the world.  And we reach critical mass in a lot of -- in a lot of the areas.  And adding -- you know, adding -- there's this book called "The Mythical Mammoth" -- you know, adding more software engineers doesn't necessarily give us better products.

So unless we're going into a whole new area as a software development, we don't increase the size of our engineering teams.  We think it's counterproductive.  So we're very -- you were very cautious to keep the engineering team small and try to -- and the key thing is to minimize turnover in those teams because we have a huge investment in those engineers.

So we are -- you know -- you know, we think we have an engineering team and -- at a level of investment that will allow us to continue to innovate technically and extend our leadership both in database and in applications.

Rick Sherlund:  OK.  Thank you.

Operator:  Moving on to our question, this is Chuck Phillips from Morgan Stanley.

Chuck Phillips:  OK.  Thanks.

In the applications business, relative to some of the competitors like PeopleSoft and JD Edwards, which also saw a rebound, I guess, in the latest quarter -- on a relative basis, you -- or I guess in the same range in terms of license growth.  So have you seen a competitive environment and that -- although, you know, the (the comp) market is doing better?  It will be somewhat tougher this year to keep up the win rates.  And so those guys didn't have Internet products a year ago and now they say they do.

**ORACLE
CONFIDENTIAL**

**ORCL 0050066**

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 306862

ORACLE CORPORATION
Moderator: Stephanie Aas
09-14-00/4:30 p.m. CT
Confirmation # 596198
Page 19

Larry Ellison:  Just the opposite, Chuck.  And I'm not trying to be cute here -- just the opposite.

We don't see PeopleSoft at all accepting ads in "The Wall Street Journal."  I mean we have not had a competitive deal against PeopleSoft in a -- in a year.  And in a way, we're looking for them very specifically in HR where we think they'd show up first.

We don't think their product will be ready until the end of the year.  I know they've said they -- you know they were going to deliver in September and that they did deliver in September.  But we just don't see them at all.

So -- and what they offer isn't -- is totally different than what we offer.  We have -- we have a very easy-to-understand, straightforward selling proposition.  We have all the components you need -- all the products you need to run your business.  No one else can say that.  All of our stuff has been out on the Internet for a year.  No one else -- all of our stuff works in every country and every language.  It's proven.  All this stuff really works.

And PeopleSoft can't do that and JD Edwards can't do that.  FAP can't do that.  Siebel can't do that.  No one can do that.  It's actually an easy sell because it's a high level conceptual sell.  And it's something our sales force is able to do very well.

One of my biggest concerns -- being in some many different application markets with -- how do we sell advance planning and scheduling against i2?  Internet procuring is -- how do we train our sales force in all of these different areas?

And in fact, we don't exactly.  We are not trying to sell components.  We're trying to automate your business -- all of it.  And we're the -- so you -- it's a very simple point -- counterpoint.  If you want -

**ORACLE
CONFIDENTIAL**

**ORCL 0050067**

**CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER**

**NDCA-ORCL 306863**

ORACLE CORPORATION
Moderator: Stephanie Aas
09-14-00/4:30 p.m. CT
Confirmation # 596198
Page 20

- I mean, IBM is pushing its whole approach of -- and they're reselling lots of different vendor software. And they'll put it all together for you. So you can go to IBM and get, you know, seven vendor's software and then hire a bunch of consultants. Or you can get it all from Oracle and we'll get you up and running in next to no time.

We just got (Hutchinson Wompella) up and running on the Suite in 60 days -- in 60 days this quarter. So imagine the systems integration required with the IBM approach. So we think it's a -- and we think it's become -- now there are some -- you know, it's new -- it's new. And we need to get more references out there using the 11i, the e-Business Suite. And -- but once we get those references in place -- and we're very close.

We're getting people live. We have -- I think we have about 20 customers live on the -- on the 11i right now. As we build up this reference base, the sell will be even faster because high level -- the concept is very easy to understand and their references, the ones that we've got, are thrilled with the idea that a single vendor, you know, that -- you know, is responsible for -- you know, for their automation, information and infrastructure.

Chuck Phillips:  (Well, the) flip side to the -- the ERP guys picking up a little bit is that they do pull -- along with some database business for you. Is that big enough to make a difference -- noticeable enough? Contributed to the growth number this quarter?

Larry Ellison:  It sure helps -- yeah, absolutely. When that -- when they -- when they went down, it certainly pulled our -- pulled our business down especially SAP, who's our -- who's our largest reseller. So the one who can help us, if they pick up, is FAP.

We'd rather pick up our database business under our own applications, however, (you know) ...

ORACLE
CONFIDENTIAL

ORCL 0050068

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

ORACLE CORPORATION
Moderator: Stephanie Aas
09-14-00/4:30 p.m. CT
Confirmation # 596198
Page 21

Chuck Phillips:  Great.  Congratulations.  Thanks.

Larry Ellison:  Thank you.

Operator:  Moving onto the next question; this is from Wendell Laidley at Credit Suisse First Boston.

Wendell Laidley:  Yeah, first on the database business, could you talk about -- a little bit more about the options contribution as well as what you saw in the split between the UNIX and the Windows contribution there?

Larry Ellison:  One of the things we've done recently is try to simplify our products and that we've -- actually a lot of things that have historically been options are now bundled into the database.  We really have -- but by the way, let me -- let me be (clear) here.

Options is actually contributing -- even though we've taken a bunch of options and built them into the database, the remaining options continue to, you know, to -- sales continue to grow.

But again, we're really trying to simplify the -- you know, our entire product and not have some many options that -- basically to have an Enterprise edition and a standard edition with a few -- a small number of options be -- Enterprise edition.  So you'll see continued simplification of our pricing going forward.

One of the reasons -- and we've paid for it in terms of the tools business and different policies at getting the tools out to developers.

**ORACLE
CONFIDENTIAL**

ORCL 0050069

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 306865

ORACLE CORPORATION
Moderator: Stephanie Aas
09-14-00/4:30 p.m. CT
Confirmation # 596198
Page 22

So we're much more concerned about our total database number than -- that the amount we're getting for options versus the amount we're getting for core database. I know there's a belief that we can sell the options into the install base, and that's what we're doing.

But the fact -- the fact of matter is most information -- most information in the world is yet to be stored in a database. And we have lots and lots of headroom as we make our database faster and easier to use. And that's what we really ought to focus on rather than trying to milk the install base with this option or that.

Wendell Laidley: OK. And two quick follow-ons -- one:  Is there a wagon that -- contribution from the systems integrators on the application side to the extent that they're becoming more familiar such that we might not have seen kind of a steady state contribution from that entity?

And Jeff, on the margin front, to the extent that the deployment of CRM applications internally is going to be responsible for a lot of margin progression, can you give us an update on the status there?  Thanks.

Jeff Henley: Larry?

Larry Ellison: OK. On the -- on the systems integration, well, 11i -- you know, the good news about 11i is it's brand new. It's complete.

The bad news about 11i is it's brand new. It's complete.

And we're training our sales force. We've got our own demos ready. We're -- you know, we're getting it installed in as many customers as quickly as possible to get references. We're training the system integrators.

**ORACLE
CONFIDENTIAL**

**ORCL 0050070**

**CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER**

ORACLE CORPORATION
Moderator: Stephanie Aas
09-14-00/4:30 p.m. CT
Confirmation # 596198
Page 23

And I think one of the reasons that -- why -- and it's a larger more complex is -- I should say, it's a more complex -- it's a larger, more conceptual sale at higher levels in the company. It's actually an easier sale. It's easier conceptually. And it's easy to get a decision from a -- from a CEO or a COO than it is to get a decision from, you know, teams of clerks who used to buy these things.

So the -- there is a lag from the integrator, you know, and 11i because it's brand new. But that lag, I think, is largely behind us. I mean Q2 looks amazing.

Jeff Henley: I think the other question was: Where are we on the CRM internal rollout?

We're doing very well. We -- it depends on the module. There's a number of different modules. But they're all in various stages where we have some of them that are in a number of countries all ready. Some of them are in three or four countries. But there is a separate schedule for each module and each group whether it's marketing or sales or support or whatever, it's working it. So we still feel very bullish about the kind of productivity gain we're going to get.

And by the way, it's going to be -- it'll be a multi-year gain because it's -- we'll get the stuff installed over the coming months but it will take a number of years, I think, for the customers to get the full leverage. So I think we're in a multi-year productivity gain from CRM. We'll get a big hit this next year. But I don't think it will stop after a year.

Larry Ellison: Let me throw in one more comment. I was just looking at my notes.

That -- I mentioned one hot -- very hot area, which was B-to-B and the exchanges and some upcoming announcements.

**ORACLE
CONFIDENTIAL**

**ORCL 0050071**

**CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER**

ORACLE CORPORATION
Moderator: Stephanie Aas
09-14-00/4:30 p.m. CT
Confirmation # 596198
Page 24

Sprint just -- our wireless -- our wireless application server used to be called (Portal To Go) -- is really, you know, rapidly becoming the standard -- the standard across the telecom industry for mobile communications -- for digital mobile communications.

We just signed Sprint PCS -- I mean, I would say we've got about half the market already. And we're on our way to about an 80 percent market share -- dominating infrastructure for wire -- you know, for wireless, digital telephony. That's voice and Internet access. It's really quite extraordinary.

So in terms of the two hottest markets around, wireless is relying entirely -- almost entirely on our infrastructure -- being built on our infrastructure. And B-to-B, we're not -- you know, I wouldn't call it a dominant area at all. But we're extremely competitive and have a lot of good deals but in wireless, absolutely dominant.

Wendell Laidley:  Thanks.

Operator:  Next up in our roster is Jim Nicholson at Wit Soundview.

Jim Nicholson:  Yes, I have two questions. One:  Do you want to update your ideas to what the peak offering margin we might get to would look like?

And then secondly, you've made a lot of changes in the business to the point where presumably the linearity of the business should be improving a great deal. And I was wondering if you might suggest, you know, how that may be looking by the end of this year versus prior years.

**ORACLE
CONFIDENTIAL**

**ORCL 0050072**

**CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER**

Larry Ellison:  Well, we have made -- we have made a lot of changes to the business.  And I think it's smoothing already.

In fact, this Q1 -- I mean -- you know, we've gone from, you know, a single-digit growth into basically a separate currency -- 31 percent growth in Q1.  You know, that's pretty -- you know, that's a pretty good smoothing.  We made a half-a-billion dollars after -- more than half a billion dollars after tax in Q1.  That's pretty good.

Jim Nicholson:  I'm also talking -- even in the context of within the quarter itself.

Jeff Henley:  Within the ...

Larry Ellison:  Oh, within the quarter -- the -- in terms of ...

Jim Nicholson:  How backend loaded it is or isn't?

Larry Ellison:  Much less so.  The fact -- it would be very interesting to show you -- show you -- show you we are less backend loaded than we used be, nut we're still more backend loaded than we should be.  How about that?

So -- and there are other things we can do to smooth that out.  And we're -- and we're actually, you know, looking at that because -- at my age, I'd like to not, you know, come down to the last two weeks of the quarter, you know, not knowing what the number is.

Jim Nicholson:  I think a lot of us feel that way.

**ORACLE
CONFIDENTIAL**

**ORCL 0050073**

**CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER**

ORACLE CORPORATION
Moderator: Stephanie Aas
09-14-00/4:30 p.m. CT
Confirmation # 596198
Page 26

Larry Ellison:  Yeah.

Jeff Henley:  I think a lot of is it will take time to re-train the customers about, you know, how -- you know, that they can't wait until the last day to make a deal.  So that will take time to work through that.  So it'll take several years in my opinion.

But we're making progress.  And I said this quarter; in particular, we had a better distribution than I've seen for some time.  So I think Larry is right.  In terms of the margin, Larry was pretty vocal on the last call -- I don't think we have any different color.  I mean Larry's driving pretty hard internally to get the 40 percent.

What I've said is that there's two pieces to it in terms of how quickly you can to it.  One is this -- the productivity gain and you know that has to do with moving the whole company to all the e-Business Suite.  And then part of it is if we can get more and more topside pick-up quicker.  Then that, obviously, accelerates the inflection point when you get 40 percent.

So what I've said is it's possible to get to 40 percent this year.  It's just -- we will have to do well at (Toplin).  I think you've heard today, we still feel pretty bullish that we can do pretty well with (Toplin).  So that will be an important component to getting the 40 percent this year.

But I think -- and I think we've also said, who know -- we're not -- who knows how high is high.  Let's get to 40 and then we'll worry about what the next ((inaudible)) is because I -- knowing Larry, he won't stop there.  But -- so let's just worry about getting to 40 this year.

Jim Nicholson:  And further comment on the balance sheet -- DSOs, things like that?

**ORACLE
CONFIDENTIAL**

**ORCL 0050074**

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 306870

ORACLE CORPORATION
Moderator: Stephanie Aas
09-14-00/4:30 p.m. CT
Confirmation # 596198
Page 27

Jeff Henley:  DSO, I think, was down slightly this quarter.  I think they're in -- under good control.

I think I commented on the cash balance ...

Jim Nicholson:  Right.

Jeff Henley:  ... stuff like that.  So I don't think there's anything to say -- nothing unusual I don't think.

Jim Nicholson:  OK.  Thank you.

Operator:  We'll move on now to a question from Gretchen Teagarden at Salomon Smith Barney.

Gretchen Teagarden:  Yes, Larry, you said that Oracle's Sales Online is a paradigm shift.  And I certainly

agree that it's a paradigm shift to Enterprise computing.  And the impact on your model going

forward will be profound.

But that said, it's only a paradigm shift if you take that same free model into other Enterprise

application categories.  So with that said, what would you say are the next three Enterprise app

categories that you will go after with that Web-based free model set -- as in the case of Oracle

Sales Online?  That's the first question.

And then second is:  Did the three Oracle Sales Online model -- was that in any way a contributor

to decline in the applications revenue growth -- due to possible cannibalization form your CRM

business?

Larry Ellison:  No, I -- in fact, I -- it should not -- just like our tools -- decline in tools did not contribute to a

decline in database.  Our decline in tools contributed to an increase in database.  Our -- and the

**ORACLE
CONFIDENTIAL
ORCL 0050075**

**CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER**

ORACLE CORPORATION
Moderator: Stephanie Aas
09-14-00/4:30 p.m. CT
Confirmation # 596198
Page 28

tools giving away free NONTN -- giving away -- Sales Online should contribute to an increase in applications but there's a time lag.

So we started giving this away, you know, in August. And you know, we won't -- we don't get the benefits -- the purchase benefits of that, you know, until Q2. Start giving it away in Q1, we'll get our purchase benefits in Q2. But it's a very short timeline.

Now, there are -- there are other candidates to give away, you know -- you know, in marketing and sales compensation. But again, understand that in the end we still -- we still have to sell software because that's -- you know, and service. That's our -- that's in fact our business.

And so we'll give away pieces to introduce people to our technology, give them benefit, get them comfortable with the new model, and then we'll sell them software and services on top of that. So there will always be a balance as such that you will not see cannibalization, you'll see the acceleration in our software business.

Again, exactly -- we expect the relationship between the free tools -- selling more databases with the free applications that are selling more of the e-Business Suite.

We are not -- you know, we are -- you know, we are not a charitable institution. We're for profit.

Gretchen Teagarden:  Right. Well -- and then you've got kind of a hosting storage fee component on the backend of that free model.

Larry Ellison:  Well, then -- but it's not -- it's -- that's not really free then.

**ORACLE
CONFIDENTIAL**

**ORCL 0050076**

**CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER**

**NDCA-ORCL 306872**

ORACLE CORPORATION
Moderator: Stephanie Aas
09-14-00/4:30 p.m. CT
Confirmation # 596198
Page 29

As of right now, at least to the best of my knowledge, we don't -- we don't charge for storage. We don't charge for anything with Oracle Sales Online.

But yeah, we -- but in time, again, you'll see a balance of -- certain services are free and other services are charged for. And that model's got to yield better profitability than our current business. And I think it will.

Gretchen Teagarden: Right. And then with (Enterprise out), categories you think you'll go after next with that same model?

Larry Ellison: I think is marketing is one. And sales force compensation is another. So I think we'll -- I think we'll cluster around in the sales and marketing area because we're -- what we'll really pursue.

Gretchen Teagarden: All right.

Operator: Moving on then to the next question from UBS Warburg, Andrew Roskill.

Andrew Roskill: Hi, yes, thanks. Speaking of profitable software models -- just wondering if you comment on what you're seeing on the Linux front versus the Windows 2000 and UNIX.

Larry Ellison: Well, actually it's kind of staggering. I wasn't -- I wasn't going to volunteer the -- this information. But here it is.

In July, there were four times as many Linux downloads of our software than Windows NT ...

**ORACLE
CONFIDENTIAL**

**ORCL 0050077**

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 306873

ORACLE CORPORATION
Moderator: Stephanie Aas
09-14-00/4:30 p.m. CT
Confirmation # 596198
Page 30

Jeff Henley:  This is on ((inaudible)).

Larry Ellison:  ... on -- amongst our developers.  So our developers are leaning very heavily towards -- at least, for a development environment, it's staggering.

At this time last year, it was about equal, which surprised me.  It was a little less Linux and Windows NT -- and even that surprised me.  Now it's four to one.

And again, I consider this a leading indicator.  Now again, that's developers.  Developing on laptop machines doesn't mean that the large banks and the large insurance companies and manufacturing institutions are deploying Linux for production.

But still that's a significant -- that's a significant erosion for Microsoft in the development community.  And again, it is -- it is a leading indicator.

Andrew Roskill:  OK.  One other question on the app side:  In prior quarters, I think you kind of gave us the year-over-year growth rates for e-procurement and CRM.  Can you give us any color on that as well?

Larry Ellison:  Yeah, it's actually difficult for us to do.  Since people are buying the e-Business Suite, we'd have to give you a kind of arbitrary allocation, you know, for these different -- you know, for these different products.

Suffice it to say, in Internet procurement -- you know, from what we can tell -- our Internet procurement business is doing -- is doing extremely well.

**ORACLE
CONFIDENTIAL**

**ORCL 0050078**

**CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER**

**NDCA-ORCL 306874**

ORACLE CORPORATION
Moderator: Stephanie Aas
09-14-00/4:30 p.m. CT
Confirmation # 596198
Page 31

Andrew Roskill:  OK.  And then last question for Jeff -- on the expense side, I was a little bit surprised by

the -- both the year-over-year and sequential decline in both sales and marketing and G&A.  And I

was wondering if there -- was there anything unusual this quarter and -- so that the new baseline

for the year?

Jeff Henley:  As -- I commented on that, I think, a little bit.  And what I said was I don't think that we'll

continue in sales and marketing -- G&A maybe.  But sales and marketing and the consulting part

of services cost should actually pick up.

We are adding salespeople and -- both in sales and consulting.  Consulting is pretty much a

function of demand in business.  Sales, we're adding a little bit in head of what we think will

increase demand.  So I don't think you'll see those line items decline as they have -- as they did

this quarter.  I think you'll see a slight pick-up actually and change.  And that's good.  I mean ...

Andrew Roskill:  In terms of year-over-year growth?

Jeff Henley:  ... ((inaudible)) guys have been pretty conservative.  But I think they just -- you know, we've

got to start hiring.  We've just -- we're starting to run short.  So that's a good sign for the top-line I

think.

Andrew Roskill:  OK.  You are -- just to clarify, you are saying year-over-year growth is going to pick.  It's

going to be positive.

Jeff Henley:  Year-over-year growth rate expense -- that's correct.

Andrew Roskill:  OK.  Great.  Thank you.

**ORACLE
CONFIDENTIAL**

ORCL 0050079

**CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER**

ORACLE CORPORATION
Moderator: Stephanie Aas
09-14-00/4:30 p.m. CT
Confirmation # 596198
Page 32

Larry Ellison: You know -- let me add that we made a decision a while ago to move to a -- into an environment where demand far exceeded supply in our own -- our own consulting business.

This will give us two benefits -- would allow us to work more closely with partners. We'd be competing less aggressively with partners who might choose to recommend someone else's software rather than Oracle software because we're competing so aggressively for the consulting business. That was a bad policy, which we changed about a year ago.

Second was we were engaging in a low-margin consulting business because we were being very -- aggressively pursuing the consulting business.

So by being -- by aggressively growing our consulting business, we've created two problems. One, we'd taken on some unprofitable deals because we're being too aggressive and we had alienated partners -- systems integration partners who were often asked to recommend software.

Note that even though our consulting -- our consulting business had declined in terms of revenue but the -- not profit margin but overall profit dollars. Total profit dollars have gone up in consulting while revenue is going down. Margins have skyrocketed in consulting.

Our relationship with the system integrators can improve. You know, all -- it's all together a much healthy business. And the ratio of consulting services to software, we -- our software business is growing very, very rapidly. So the ratio is a much healthy ratio.

We're taking -- we're taking a smaller bite out of the Oracle economy and making sure, you know -- you know, other people in the Oracle economy can live and prosper, which we were not doing before, which I think is a terrible policy.

**ORACLE
CONFIDENTIAL**

**ORCL 0050080**

**CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER**

ORACLE CORPORATION
Moderator: Stephanie Aas
09-14-00/4:30 p.m. CT
Confirmation # 596198
Page 33

The -- in sales -- in sales and marketing -- well, the declines in sales and marketing, you've seen -- are not declines in salespeople or sales consultants. It's decline in people who were in sales and marketing but not doing selling or doing marketing.

Jeff Henley: That's a good point ...

Larry Ellison: I'm not sure what they were doing. But they weren't doing selling and they weren't doing marketing, and -- but we want -- we wanted people in there doing selling. So we're increasing our sales capacity. We have -- in fact; we've increased our sales capacity already. Now we're going to increase -- start increasing our sales capacity rapidly so that we have a better shake of the organization.

We used to have overlay on top of -- anyway, it was a rather Byzantine structure to our sales force that -- at least, beside my comprehension. Today, we have a much simpler organization, much simpler compensation plan so we implemented -- you know, Q1 last year, we had gone -- we kind of sorted all of that out. And now we're ready to grow this simpler, much more productive sales force with a much healthier suit-to-tail ratio.

In other words, you look at the (number of quota-carrying) sales people -- the total people in sales -- much healthier now than it's ever been. And you look -- you look at revenue per head -- much better than it's ever been.

So now we're growing. We're growing an organization that is structured properly rather than adding to an organization that was not -- that was not healthy a year ago.

ORACLE
CONFIDENTIAL

ORCL 0050081

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 306877

Andrew Roskill:  Great.  Thank you.


Operator:  This question comes from Laura Lederman at William Blair.


Laura Lederman:  Yes, just a few questions:  One, can you talk about the impact on power unit pricing on

databases and if that helped this quarter?


And also, shifting back to 11i, what percentage of your internal sales force would you say is up to

speed in terms of being trained?


And also similarly looking at the systems integrators, how much more training do you need to do

and how long will that take for them to be effective in terms of selling the product?


Larry Ellison:  First, pricing units, this -- pricing units, this is an alternative way of buying our product.  We

actually try to have our new Internet application server go out as a power unit only pricing and our

customers complained.  So we added the option of named user pricing.  So we have both power

unit and name user pricing as an option for all of our technology products.


A customer can choose not to use power units.  So in a sense, power units is going -- is a very

easy to manage pricing system -- very easy for the customer, doesn't always fit their needs.  So

they have the alternative of name user.


The combination of the two, I think, had made it easier for our customers -- may these products

easier to sell -- and in general, making Oracle easier to do business with has helped us increase

the rate of growth in database sales.


**ORACLE
CONFIDENTIAL**

**ORCL 0050082**

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

ORACLE CORPORATION
Moderator: Stephanie Aas
09-14-00/4:30 p.m. CT
Confirmation # 596198
Page 35

We've also radically simplified our contracts with both pricing -- we used to have contracts that only a lawyer could love. Now, they're -- you know, now they're plain English. They're very, very short. They're very customer-friendly.

We've done a whole bunch of things including simplifying pricing, simplifying our contract, simplifying the approval process inside of Oracle to make Oracle easier to do business with. That's really helped the database business.

The 11i transition, the transition from 11o to 11i, which we're -- we were right of the middle of in Q1 and everyone heads down trying to get the online demos working, training the system integrators, training the sales force, the sales consultants, getting references in place, getting the early installs live, it's a big job. It's a very, very big job. Not bad, 42 percent growth in applications while we're going through this -- you know, while we went through this transition. We now have 20 live customers. All that -- all the Internet demos are up and running. We are rolling in terms of the sales force is trained, the sales consultants are trained so at least internally we're ready to go with this.

The system integrators, I would say, are probably still a quarter away before they hit full speed. Some of them (TPWCs) in pretty good shape because they worked with us at BellSouth, where we put in a huge -- huge implementation of the e-business suite down in BellSouth. One of our -- you know we're very proud. They put -- they happen to put the CRM piece of the e-business suite in first.

But, again, to really get the system integrators trained you have to send them -- do more than send them a training course, you have to do a joint implementation with them, get some ((inaudible)), get some experience and, again, -- and that's a -- you know that's a gradual process.

**ORACLE
CONFIDENTIAL**

**ORCL 0050083**

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

ORACLE CORPORATiON
Moderator: Stephanie Aas
09-14-00/4:30 p.m. CT
Confirmation # 596198
Page 36

So the reason I said in my -- in my press release in the -- in the Q1 press release that our applications business will just get stronger and stronger throughout the year is the product's fantastic, the conceptual sale is straightforward, there's tremendous enthusiasm for the product. We've now just got to get the delivery mechanisms in place. We've got the Oracle delivery mechanisms in place for Q2. I think a lot of the partners will really be rolling by Q3. So it should just be a stronger and stronger year, I think, ending with really spectacular growth in this fiscal year.

Again, I'll second what Jeff Henley said, we'd be very surprised if we didn't grow more than 50 percent and I don't -- and I don't think 100 percent is out of the question either for application growth for the year. This is an extremely compelling story, a wonderful product and it's unique in all the markets. No one's ever had this before, all the pieces in one place to run your business on the Internet.

Laura Lederman: One final question: Can you talk about suite selling versus having best of breed? If you look at Ariba (in theory) best of breed or C One in any procurement and i2 and (Manu) and CRM, can you talk a little bit about what you're seeing out there in terms of trying to sell a suite where there are others out there with, in theory, best of breed products?

Larry Ellison: Well, but we -- and we sell -- you know we sell very effectively against i2, for example. General Electric, you know, bought our iProcurement rather than -- you know rather than Ariba's and I can go on, you know, on and on about this. A lot of people had bought our -- you know 55 companies have bought our exchange software rather than Commerce One's. We had a number of competitive deal -- APS deals against i2. I'm not sure we've lost a deal to i2 in the last six months -- competitive head-to-head deal in the last six months. (Is I don't know of it), I mean we probably have, I just can't think of it, and we've won -- and we've won several.

**ORACLE
CONFIDENTIAL**

**ORCL 0050084**

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

ORACLE CORPORATION
Moderator: Stephanie Aas
09-14-00/4.30 p.m. CT
Confirmation # 596198
Page 37

So we can't compete on point to points, but that's really not what we're trying to do.  What we're really trying to do is, say, the whole idea of bringing in all of -- look what -- now why is IBM reselling all these other company's, you know, software?  Are they reselling these because they think the people at Ariba are really nice and they want to help them?  The people at i2 are really their (reladient)?  (Their) -- I think these i2 people are just sweeties and, boy, let's help them by selling their software or are they trying to sell tons and tons of system integration services?  Are they trying to find jobs for their 130,000 people for the next five years?

And the answer is they're trying to (bud):  the cost of putting together all of these different vendor's software.  You know, these different vendors didn't design that software to work together.  It wasn't engineered to work together.  Gluing it all together is an afterthought.  It takes lots of people and by the way, it's a never ending process, because when you get -- just when you get the glue together Siebel comes out with a new version and you've got to glue that in too.  It's lifetime employment for systems integrators.

So once we have a critical mass of references on the e-business suite, we think the vast majority of companies are going to elect to buy a complete automation system rather than buying little pieces of automation systems and then trying to -- then -- and the whole notion of the customer is responsible for making the pieces work together, as opposed to the vendor being responsible for making the pieces work together is preposterous.

I mean, would you buy a car -- would you buy a transmission from Honda and an engine from Mercedes and a body from Lexus and wheels from, you know -- you know from Chrysler and then try to fit all this together?  Would you buy best of -- that's a best of breed car.  You'd better hire some mechanics to -- you know to -- you know to weld that thing together for you.  I know who's going to maintain it.

**ORACLE
CONFIDENTIAL**

**ORCL 0050085**

**CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER**

ORACLE CORPORATION
Moderator: Stephanie Aas
09-14-00/4:30 p.m. CT
Confirmation # 596198
Page 38

The computer industry is incredibly immature in that no vendor until Oracle has ever offered a complete suite. We think this is a very big deal. It's our future in applications to be a complete -- the first supplier of a complete and integrated automation system. Conceptually, it's a very easy sell. We're just -- you know we just have to, you know, finish the implementation of a few of the big clients like BellSouth which is -- who's live, I believe, with 7,000 users and there are others. Got to get a few more of these references kind of industry by industry in place with 11i and we're off to the races because no one can compete.

Operator:  Anything further, Ms. Lederman?

Laura Lederman:  No, thank you.

Operator:  We have a question now from Chris Shilakes at Merrill Lynch.

Chris Shilakes:  Thanks very much. Jeff, I was wondering if we could just have a little more clarity on the services margin? Clearly you've had about 1,000 basis points of improvement year-on-year on your aggregate services margin. And given the commentary about perhaps hiring some additional consultants versus the kind of profitability of the business you're bringing on clearly a shift in -- shift in strategy from a systems integration to maybe more consultated, Web oriented engagements – can you give us a feel for what further margin improvement we might see from these levels that you posted in the first quarter?

Larry Ellison:  Let me -- this is Larry – and let me just pipe in here. One of the reasons why our consulting business top line is dropping is that our products are easier to install. The e-business suite -- we put in a complete e-business suite for (Hutchinson Wompoa) in 60 days. This is horrifying.

**ORACLE
CONFIDENTIAL**

ORCL 0050086

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 306882

ORACLE CORPORATION
Moderator: Stephanie Aas
09-14-00/4:30 p.m. CT
Confirmation # 596198
Page 39

Putting in an -- a complete SAP suite in a large industrial corporation sometimes would take 60 months and cost hundreds of millions, sometimes even billions of dollars.

So we are going to shorter engagements, fixed priced engagements and the nice thing about fixed price engagements, shorter engagements is you can charge a little bit more. You say, look, I'll -- you don't care, you know, I'll charge you a quarter of a million dollars to install this or a million dollars to install.

Now I can install it in 30 days I can make pretty good margins on my consulting business. The problem is the consultants have to go out and get more business because, you know, they're -- you know they're out of a job in 60 days. This is all very good news.

So the idea is for our technology people and by the way -- by the way, the consultants are coconspirators in this. The consultants are working with us making our product easier to install, easier to upgrade. They're kind of cannibalizing themselves. But it also makes them very, very attractive and our products very attractive because they do install more quickly. Therefore, they do cost less, therefore, the customer gets on his return on investment more quickly and the consulting business we do have is much higher value, higher margin.

Jeff Henley: OK, let me just tack on to this and say that I think there's two things that (were) going on, Chris, the reason why these margins are (standing) too much.

One, each one of the three lines of service, I mean support, consulting and education, is seeing strong margin expansion, strong productivity gains. We're doing a variety of things using some of technology to the whole -- changing the way we do call centers and around people doing service calls on the Web, changing to profitability as Larry's commented on several occasions, about

**ORACLE
CONFIDENTIAL**

**ORCL 0050087**

**CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER**

**NDCA-ORCL 306883**

ORACLE CORPORATION
Moderator: Stephanie Aas
09-14-00/4:30 p.m. CT
Confirmation # 596198
Page 40

consulting changed a lot in our education business so each one of these businesses has seen

major productivity gain.

The margins are up significantly this quarter, each of those businesses year-over-year. And then

there's a bit of a mixed change, which I've commented on before. I mean in the supplemental

revenue analyses that we send out each quarter, for the quarter the support business grew 30 --

27 percent -- 26 percent, consulting and education declined 10 percent. The support business

carries higher margins than support and education so there is a mixed component as well here.

But that's not the biggest part of the component, as I've commented before. You push the

numbers; it's really the productivity gains we're getting across the board is the biggest reason and

there is a mixed change.

Now when we say that the consulting and education for that matter as well but mostly consulting

is picking back up, what we're saying is it's going to go to zero, I think, probably this quarter and

then comes up positive but it's not going to radically go back to what it was before. We used to

run consulting at 50-percent growth rates, we're not saying that; we're just saying that despite all

the productivity gains and all the quicker implementations there's so much demand it's just

dragging consulting back up. It's not something we're overtly trying to do so. And as Larry said,

we think we can make some more improvements in the consulting margins by going to a more

fixed price approach which is better for the customer and we can actually do better with it as well.

So I think that we shouldn't see a -- if your question is are the margins going to go backwards or

something because the mix is going to change (you're) going to say, no, that's not the case. I

think we feel very good that we've set a tone here that's sustainable and arguably could get a bit

better.

**ORACLE
CONFIDENTIAL**

**ORCL 0050088**

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

Larry Ellison:  Let me give you an example of what -- just how different the margins have been.

Education was very interesting because a little over a year ago in Q4 of last year I sat through a planning session where the education department came in with a business plan where they said they were -- there were going to do 17 percent the previous year but they wanted to do 13 percent margins going forward.  They wanted (it for) -- and without going into detail we made a bunch of changes, and they didn't deliver 13 percent last year they delivered 40 percent margins.

So we made monumental changes and exploited the Internet and exploited our own software in the education business with making huge changes in the way we do -- the way we do consulting, huge changes in the way we do support.  Again, all of -- always -- we teach more courses on the Internet now.  We support our customers more on the Internet now.  Our own e-business software is -- has been used to make (ourself) dramatically more productive and our customers are much happier getting trained this way, attending seminars this way, getting information about our products on the Internet.

We deliver a higher level service at a lower cost to us, more and better information to our customers all using our own software and the Internet.  But again, in education alone, one example last year, they came in with a plan of 13 percent.  We rejected the plan at 13 percent.  This had made it all the way through the management chain up until (me).  Plan was rejected at 13 percent, made a bunch of changes, they came in at over 40 percent, and their goal this year for education is 50 percent margins -- 13 percent, 40, 50.

Chris Shilakes:  OK, then ...

Larry Ellison:  Same thing true in consulting.  We think some of these fixed priced engagements -- a lot of people will tell you fixed price engagements very dangerous, very dangerous, but actually just the

ORACLE
CONFIDENTIAL
ORCL 0050089

ORACLE CORPORATION
Moderator: Stephanie Aas
09-14-00/4:30 p.m. CT
Confirmation # 596198
Page 42

opposite is true.  When you -- when it's repetitive engineering, when we're installing the e-business suite over and over again you get very good at this, you get to reuse process and improve process, you get to understand all of this.

We have something called five-day financials.  No one can believe we can install -- for a medium-sized business we can install a complete suite of our financials in one week.  We show up on Monday morning, we're out of there by Friday evening – you know, no weekends.  You know, we don't have ((inaudible)) guys in hotels over the weekends.  This is pretty staggering so -- but we -- but we can charge, you know, a lot for those five days because, you know, only our consulting team can do it.  We can do it fixed price, we've done it before, we can keep doing it, it's great business for us, it's great for our customers, margins should continue to grow.

I'll second what Jeff said:  There's still a lot of headroom in our margins.

Chris Shilakes:  OK, thanks very much.

Stephanie Aas:  Operator, we'll take one more question.

Operator:  Very good.  That last question, then, will come from Drew Brosseau at HG Cowen -- I'm sorry, SG Cowen.

Drew Brosseau:  Thanks – nice to squeeze in at the end.

I just wanted to clarify a comment you made earlier, I think it was Jeff, about the growth going forward.  I think you said after this quarter you thought things could get, even though you're off to a good start, even better through the balance of the year.  I believe you're talking about total top line growth as opposed to license growth.  Can you clarify that?

**ORACLE
CONFIDENTIAL**

**ORCL 0050090**

**CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER**

**NDCA-ORCL 306886**

ORACLE CORPORATION
Moderator: Stephanie Aas
09-14-00/4:30 p.m. CT
Confirmation # 596198
Page 43

Jeff Henley:  Two things:  I've said that the application's license growth will get better and potentially that

could get a lot better as we've talked about.  And Larry and I both said the database could be a

little less because it was a little -- probably a little bit higher than normal, but that doesn't mean

that in the aggregate software sales couldn't be equal or better.  For sure the services, I think, will

definitely get better, and I've commented on that.


I've given you a sort of a sense for each quarter at two to three percentage points of growth so

definitely the total revenue but I would think that it wouldn't surprise me if even the license

revenue did as well or better, too.  But certainly because the service is kind of rebounding back up

that will, coupled with good strong, you know, continued license growth should -- we should see

total revenue growth getting better and better as we go -- as we roll through the year.


Larry Ellison:  Yeah, I'd like to second what Jeff said.


I mean, I'd be very disappointed if our total license growth wasn't over 30 percent.  So we expect,

you know, the quarters to continue to get better, the applications -- you know the applications to

get better and us to continue in the database business depends how fast the database business is

growing.


So we continue to win market share against IBM.  We continue to win market share against

Microsoft so -- but that's a -- that's a very, very large business.  And to some degree, we're -- you

know we're subject to the growth of the business itself.  We're doing very well competitively in that

area.  In the applications business we have tremendous headroom to increase growth.  That looks

absolutely -- it looks like it's going to be a (thinnest) -- a breakout year for us in applications.


ORACLE
CONFIDENTIAL

ORCL 0050091

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

ORACLE CORPORATION
Moderator: Stephanie Aas
09-14-00/4:30 p.m. CT
Confirmation # 596198
Page 44

Jeff Henley:  And as Larry said earlier, we're trying to do this in the face of more conservative business

practices.


Larry Ellison:  Right.


Jeff Henley:  So ...


Larry Ellison:  Well, ...


Jeff Henley:  ... I mean, this is -- this is being done at the -- also at the same time doing smaller deals, all

this -- all the things that we've been doing the last couple of quarters.  So I think the quality of all

this is -- you know should be very good as well and should set us up for more consistency and

better to come in following years.


Drew Brosseau:  That's, if I do the math right, I think that's setting some expectations that are higher than

what the models have been heretofore and going up against tougher compares because this

quarter was up against a pretty easy compare year-to-year, (right)?


Jeff Henley:  Yeah, actually I don't think I've said a whole lot different than I've said over the last quarter, to

be honest with you.  I think I've said -- you know, I've said the ranges that are fairly consistent.  I

never -- I never said 30 percent total license growth, but I've definitely talked about 15 to 20

percent database and so forth, I think based, on Q1.  And maybe we feel a little more bullish on

that one, but the apps number, I've been saying, it's a wildcard.  We don't know exactly so, you

know, there is a wide range we'll admit but we're -- we see no reason not to be as optimistic as

we've been over the last quarter.


**ORACLE
CONFIDENTIAL**


ORCL 0050092


**CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER**

ORACLE CORPORATION
Moderator: Stephanie Aas
09-14-00/4:30 p.m. CT
Confirmation # 596198
Page 45

So this 11i thing, I think, is very real so it's possible.  I guess my -- from my standpoint speaking about earnings, you know, kind of assumptions and stuff, I mean my experience is we're all better off to be conservative in terms of the analyst projections so that, you know, people aren't disappointed if everything doesn't come to pass.

But I would readily admit that it's possible we will exceed some of those published models that are out there.  That doesn't mean everybody should hike their models, but there's no question, I think, we're doing well and could exceed those models.

Larry Ellison:  Let me -- let me talk about this notion -- that easy comparison notion.

I really wish it worked.  In 1999 Q1 -- in fiscal '99 we had 10 percent growth so going into fiscal 2000 we had a very easy comparison and what did we do, in fiscal 2000 we did 9 percent growth. In '98, we had 15 percent growth in Q1 and which created an easy comparison for '99, it went down to 10 percent growth in '99.  It went down to nine percent growth in 2000 and we've just gone to 28 percent growth with very tough currency condition.  Not a bad quarter; not a bad start – '98 15 percent, easy comparison in '99 10 percent, easy comparison in 2000 getting worse nine percent.  Now in the toughest currency conditions, we've faced in the last four years 28 percent.

So we think we're off to a tremendous start and it's just going to get better and better and better.

Stephanie Aas:  All right.

Larry Ellison:  Well, I'll now let Jeff talk you down.

Jeff Henley:  Right.

**ORACLE
CONFIDENTIAL**

ORCL 0050093

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 306889

Larry Ellison: (Net nay) all that said, my -- I encourage people to be on the conservative side. It's just

prudent, but I'm as enthusiastic as Larry is and it's quite possible we'll do better than the models

but I wouldn't suggest we go racing away and hike all your models up.

Drew Brosseau: OK, thanks a lot; appreciate it.

Stephanie Aas: All right, thanks, everyone, for participating in today's conference call both by phone and

through the Web broadcast. An audio replay will be available for 24 hours. The number is 719-

457-0820 and the passcode is 596198. Additionally, we'll have a replay available through

September 28th on the Investor Relations Web site at www.oracle.com/investor.

We look forward to seeing you at the upcoming (Analyst Day) on October 3rd which takes place in

San Francisco during OpenWorld. Registration is now closed. Over 300 attendees signed up.

We're very pleased that this will be the most highly attended (Analyst Day) for the first time. Be

providing a live Webcast of the event.

Larry Ellison: Oh yeah, by the way – this is Larry – one closing note: We're so excited we're splitting the

stock two-to-one.

Stephanie Aas: Good point. Going forward, all investors will be able to listen to all events hosted by

Oracle for the financial community over the Web broadcast.

This includes the earnings conference calls, our biannual (Analyst Day), the annual meeting and

other product briefings.

**ORACLE
CONFIDENTIAL**

**ORCL 0050094**

**CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER**

**NDCA-ORCL 306890**

With that, I'll turn it over to you, Operator.

Operator:  Thank you very much.  That will conclude today's conference call.  Again, thank you all for

joining us and have a good day.

END

**ORACLE
CONFIDENTIAL**

**ORCL 0050095**

**CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER**

**NDCA-ORCL 306891**