**Return-Path:** <MKTG_US@ORACLE.COM>
**Received:** from ORACLE.COM (dmunson-lap.us.oracle.com [138.1.36.178])by gmdcn.oraclecorp.com (8.9.3/8.9.3) with ESMTP id LAA28040;Fri, 17 Nov 2000 11:56:51 -0800 (PST)
**Message-ID:** <3A158EFB.AC8866A0@ORACLE.COM>
**Date:** Fri, 17 Nov 2000 12:03:07 -0800
**From:** ORACLE WORLDWIDE MARKETING <MKTG@US.ORACLE.COM>
**Organization:** Oracle Corporation
**X-Mailer:** Mozilla 4.61 [en] (WinNT; U)
**X-Accept-Language:** en
**MIME-Version:** 1.0
**To:** Corporate Broadcast <SM3.WW@ORACLE.COM>
**Subject:** GARTNER: INACCURATE STATEMENTS, UNFULFILLED PREDICTIONS OR BOTH?
**Content-Type:** multipart/related;boundary="------------0B587687BD180A29E45462BE"
**X-Mozilla-Status:** 8001
**X-Mozilla-Status2:** 00000000



▸ Why is it important
▸ Gartner Predicts Market Trends, The Market Never Listens
▸ Extracts from GartnerŽs track record of unfulfilled predictions
▸ How to respond to GartnerŽs attack on Oracle eBusiness Suite 11i.
▸ How to respond to GartnerŽs attack on Oracle Internet Procurement
▸ How to respond to GartnerŽs attack on Oracle CRM
▸ Where do I go for more information

## Gartner: Inaccurate Statements, Unfulfilled Predictions or Both?

The frequency and number of negative comments and erroneous predictions made by the Gartner Group have drastically increased over the past few months. Last month, at the Gartner IT Symposium in Florida, Betsy Burton, GartnerŽs lead database analyst, made many inaccurate and unfounded statements about Oracle during her presentation. As the internet makes information freely available to IT organizations, industry analysts need to reinvent themselves. The Gartner Group has chosen the easy path by producing more and more controversial claims to draw attention to itself in the hopes of generating more business. Oracle says that by 2003 the internet will make Gartner Group irrelevant (0.9 probability).

**ORACLE CONFIDENTIAL**

9/12/2002 4:54 PM

NDCA-ORCL 025211

obviously did not plan for the internet and for eBusiness to be adopted as fast as they were.
- In 1999: *"by 2000¯we believe Microsoft will move to a non perpetual license model for SQL Server and its other products (0.8 probability)"*. Microsoft kept is perpetual license model and introduced a hardware based pricing model following the steps of the other database vendors.

We did not look at GartnerŽs predictions made after April 1999. We will be fair to Gartner and let enough time pass for their predictions to fail or become reality.

Back to top

### How to respond to GartnerŽs attack on Oracle eBusiness Suite 11i
*According to Gartner, Oracle has only 325 customers running web based apps in production of the total of 8,500 customers and the adoption of 11i has been extremely slow.*

Here are the true numbers on Oracle 11i adoption: As of November 15th, there has been more than 3,000 shipments of Oracle 11i with more than 1,000 customers live or in the process of upgrading. In addition, Oracle has openly distributed through the AppsNet program a comprehensive set of tools including videos, white papers, chat room and seminars that walk customers step by step through the upgrade process.
Oracle has 100% internet based applications today. Most of our direct competitors (SAP, Peoplesoft, Siebel) have made announcements of internet base solutions. The reality is that they are still working on it and still primarily offer client server applications.

Back to top

**ORACLE CONFIDENTIAL**

9/12/2002 4:54 PM

NDCA-ORCL 025214

**Why is it important**

Many companies and IT managers rely on third party evaluations and comments for guidance on IT buying decisions. For many years, the Gartner Group has been, and still is, considered to be the number one adviser to IT organizations. Gartner is estimated to reach more than 35,000 clients with its services.

Many of GartnerŽs claims are wrong and will lead customers into project failure as well as costing Oracle many deals. We need to make sure that any erroneous information communicated by the Gartner Group, to Oracle customers and prospects, is responded to and neutralized.

Back to top

**Gartner Predicts Market Trends, The Market Never Listens**

Gartner only predicts whatŽs predictable. They always look at the past to predict the future and give no insight into technology shifts or business transformation. They never anticipate breakdowns or breakthroughs, shifts in thinking, policies, or relationships that were "never going to happen". And breakthroughs happen almost on a daily basis in todayŽs software industry. A great example is the emergence of Linux and its rapid adoption as a free operating system.

The second issue with GartnerŽs approach is inconsistency: They have hundreds of analysts who use different sets of facts and statistical data, therefore using different assumptions which results in contradictory analysis.

The third issue is GartnerŽs business model itself. They have very little at stake when publishing inaccurate or FUD (Fear, Uncertainty and Doubt) driven predictions except generating more business for themselves by pushing customers down contradictory, unproven or costly paths. But the underlying issue is almost of an ethical nature. On several occasions, Gartner analysts reported on OracleŽs offerings without having been briefed by Oracle, or without the necessary background and knowledge about the area covered (for example, database analyst talking in public about the CRM space). Even as one of the largest market research firm in the software industry, they are unfortunately known for using unprofessional and unreliable survey methods or anecdotal facts out of context.

Back to top

**Extracts from GartnerŽs track record of unfulfilled predictions**

- In 1994, they predicted that the internet would grow to 6 million users by 2005 (later that year IDC estimated the user base was already nearly 16 million).
- In 1996, they predicted that Windows NT4.0 would have 80% of the internet server market by 1998.

**ORACLE CONFIDENTIAL**

9/12/2002 4:54 PM

NDCA-ORCL 025212

GARTNER: INACCURATE STATEMENTS, UNFULFILLED PREDICTIONS OR BOTH?

Today, NT has less than 30% of the server market.

- In 1996: *"Microsoft will lead DBMS server revenue shipped for the Windows NT platform for the next five years (0.8 probability)"*. Oracle became the database leader on NT in 1997 and is still the market leader today with 39% market share.

- In 1996: *"By 1998, Oracle will have lost at least 1/3 of its current DBMS market share for Peoplesoft to IBM, Informix, Microsoft and Sybase (0.8 probability)"*. Oracle is still the database of choice for the top tier ISVs and has maintained its 75% share on SAP for the last 3 years. In April 2000, the Gartner Group itself reported that Oracle has 75% share on SAP and 74% on Siebel while IBM has only 7% on SAP and less than 1% on Siebel.

- In 1996: *"Informix is still on track to be the #2 Unix RDBMS player through 2001 (0.8 probability)"*. Today, Informix is relegated to be a niche player with only 5% market share.

- In 1996: *"Technology will not change during the next 36 months. Most ERP technology will remain fundamentally the same during the next 3 years (0.7 probability)"*. Most customers who relied on this statement are probably in serious trouble today. The ERP market went through major transformations: from client server to internet based applications, from isolated application components to integrated eBusiness components.

- In 1996: *"Gartner believes AS/400 is a competitive system today with a strategic lifetime of at least 5 years"*. Most AS/400 ISVs have announced migration plans to NT and Unix with no strategic intent to support AS/400 as a strategic platform.

- In 1997, they predicted that Linux would never be a dominant player in the server market. Today, Linux has more than 30% of the server market.

- In early 1998, they reported that Baan was leading the way in the new extended ERP market. 8 months later, in December 1998, Baan started to show signs of financial troubles. In 2000, Baan was acquired by Invensys and simply disappeared as an credible ERP player. Gartner remained silent and did not provide any advice whatsoever to customers who committed to BaanŽs solutions in 1998.

- In 1998: *"By year-end 2000, SAP will achieve a 15 percent to 20 percent share of the B2B, interenterprise, eCommerce solutions market (0.7 probability)"*. Year 2000 is not over yet, but in 1999, SAP was only #4 in the Internet Procurement market with 3% market share while Oracle is the leader with 10% market share (IDC). In eCommerce applications, SAP was #5 with only 2% market share (IDC).

- In 1998 and 1999 (2 years in a row), they predicted a slow down in the database market: they forecast a growth of only 4% to 8% in 1998 and 7% to 13% in 1999. According to Gartner group itself, the RDBMS market grew 14% in 1998 and 21% in 1999. They

**ORACLE CONFIDENTIAL**

9/12/2002 4:54 PM

NDCA-ORCL 025213

**How to respond to GartnerŽs attack on Oracle Internet Procurement**

*Gartner never mentions Oracle as a major player in either Internet Procurement or e-marketplaces. They claim that SAP/Commerce One as well as Ariba are the leading stars. They view Oracle as a niche player with an incomplete offering.*

In reality, Oracle is number one in the Internet Procurement market with more customers than all of its major competitors, Commerce One, Ariba and SAP, combined. Gartner posted a note last week (November 13th) about Commerce One stating that they have no more than 32 customers on their MarketSite platform and that their Auction Services are slow to gain momentum. Oracle has 55 exchanges running on Oracle Exchange plus many collaborative marketplaces running on Oracle database. The internet exchange market is a new rapidly evolving market. What matters is not how many exchanges run on a given vendor, but which exchange will have chosen the right software solution to become a successful business. Oracle has both the required core technology and the required set of application functionality to support successful internet marketplaces/exchanges.

🔲Back to top

**How to respond to GartnerŽs attack on Oracle CRM**

*"Through 2005, Oracle will not match the functionality of best-of-breed CRM application vendors", Betsy Burton, Gartner Group Symposium 2000*

Who are the other best-of-breed vendors? According to a recent AMR survey,  Oracle CRM software is currently more used than Siebel in both large and midsize companies and has a higher level of consideration for future purchase. For 1999, IDC reports than Oracle is the number two player in terms of market share ahead of some best of breed players such as Clarify (Nortel), Trilogy or Vantive (Peoplesoft).

🔲Back to top

**Where do I go for more information**

For detailed information on GartnerŽs missed predictions, go to
http://iworld.us.oracle.com/mktgs/docs/MKTG_ANALYSIS/GARTNER_R
For Gartner positive quotes on Oracle, go to
http://iworld.us.oracle.com/mktgs/docs/MKTG_ANALYSIS/GARTNER_Q
For additional information on helping your customers migrate to Oracle11
http://www.oracle.com/appsnet/
For a list of customers who have already migrated to Oracle11i go to:
http://iworld.us.oracle.com/marketing/docs/REFERENCE_REPORTS/R1

🔲Back to top

Oracle Worldwide Marketing

**ORACLE CONFIDENTIAL**

NDCA-ORCL 025215

**ORACLE CONFIDENTIAL**

9/12/2002 4:54 PM

NDCA-ORCL 025216