1  LATHAM & WATKINS LLP
     Peter A. Wald (SBN 85705)
2    Michele F. Kyrouz (SBN 168004)
   505 Montgomery Street, Suite 2000
3  San Francisco, CA 94111-2562
   Telephone: (415) 391-0600
4  Facsimile: (415) 395-8095
   E-mail: peter.wald@lw.com
5          michele.kyrouz@lw.com
   LATHAM & WATKINS LLP
6    Jamie L. Wine (SBN 181373)
   633 West Fifth Street, Suite 4000
7  Los Angeles, CA 90071
   Phone: (213) 485-1234
8  Fax: (213) 891-8763
   E-mail: jamie.wine@lw.com
9
   LATHAM & WATKINS LLP
     Patrick E. Gibbs (SBN 183174)
     Matthew Rawlinson (SBN 231890)
   140 Scott Drive
   Menlo Park, CA 94025
   Telephone: (650) 328-4600
   Facsimile: (650) 463-2600
   E-mail: patrick.gibbs@lw.com
          matt.rawlinson@lw.com

10 Attorneys for Defendants ORACLE CORPORATION, LAWRENCE
   J. ELLISON, JEFFREY O. HENLEY, and EDWARD J. SANDERSON
11
12 ORACLE CORPORATION
     Dorian E. Daley (SBN 129049)
13   James C. Maroulis (SBN 208316)
   500 Oracle Parkway
   Mailstop 5OP7
14 Redwood Shores, California 94065
   Telephone: (650) 506-5200
15 Facsimile: (650) 506-7114
   E-mail: jim.maroulis@oracle.com
16
17 Attorneys for Defendant ORACLE CORPORATION

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION**

| In re ORACLE CORPORATION SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Master File No. C-01-0988-MJJ (JCS)<br>(Consolidated)<br><br><u>CLASS ACTION</u><br><br>**MANUAL FILING NOTIFICATION FOR EXHIBITS 37 AND 40 TO THE DECLARATION OF JENNIFER BICHO IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |
|---|---|

**<u>MANUAL FILING NOTIFICATION</u>**

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

MANUAL FILING NOTIFICATION FOR BICHO DEC. ISO DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT
MASTER FILE NO. C-01-0988-MJJ (JCS)

1  Regarding Exhibits 37 and 40 to the Declaration of Jennifer Bicho in Support of Defendants'

2  Motion for Summary Judgment:

3  This filing is in paper or physical form only, and is being maintained in the case file in the

4  Clerk's office.

5  If you are a participant on this case, this filing will be served in hard-copy shortly.

6  For information on retrieving this filing directly from the court, please see the court's main web

7  site at http://www.caed.uscourts.gov under Frequently Asked Questions (FAQ).  This filing was

8  not e-filed for the following reason(s):

9  _X_    Voluminous Document (PDF file size larger than e-filing system allowances)

10  ___    Unable to Scan Documents

11  ___    Physical Object (description): _____

12  _____

13  ___    Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

14  ___    Item Under Seal

15  ___    Conformance with the Judicial Conference Privacy Policy (General Order 53).

16  ___    Other (description): _____

17

18  DATED:  October 9, 2006                    Respectfully submitted,

19                                             LATHAM & WATKINS LLP
                                                   Peter A. Wald
20                                                 Michele F. Kyrouz
                                                   Jamie L. Wine
21                                                 Patrick E. Gibbs
                                                   Matthew Rawlinson
22

23                                                      /S/

24                                             By:_____
                                                   Michele F. Kyrouz
25                                                 Attorneys for Defendants ORACLE
                                                   CORPORATION, LAWRENCE J.
26                                                 ELLISON, JEFFREY O. HENLEY,
                                                   and EDWARD J. SANDERSON
27

28  | ||

2

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

MANUAL FILING NOTIFICATION FOR BICHO DEC. ISO DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT
MASTER FILE NO. C-01-0988-MJJ (JCS)