LATHAM & WATKINS LLP
　Peter A. Wald (SBN 85705)
　Michele F. Kyrouz (SBN 168004)
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-2562
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
E-mail: peter.wald@lw.com
　　　 michele.kyrouz@lw.com

LATHAM & WATKINS LLP
　Patrick E. Gibbs (SBN 183174)
　Matthew Rawlinson (SBN 231890)
140 Scott Drive
Menlo Park, California 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600
E-mail: patrick.gibbs@lw.com

LATHAM & WATKINS LLP
　Jamie L. Wine (SBN 181373)
633 West Fifth Street, Suite 4000
Los Angeles, CA 90071-2007
Phone: (212) 906-1200
Fax: (212) 751-4864
E-mail: jamie.wine@lw.com

Attorneys for Defendants ORACLE CORPORATION, LAWRENCE J. ELLISON, JEFFREY O. HENLEY, and EDWARD J. SANDERSON

ORACLE CORPORATION
　Dorian E. Daley (SBN 129049)
　James C. Maroulis (SBN 208316)
500 Oracle Parkway
Mailstop 5OP7
Redwood Shores, California 94065
Telephone: (650) 506-5200
Facsimile: (650) 506-7114
E-mail: jim.maroulis@oracle.com

Attorneys for Defendant ORACLE CORPORATION

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION | Master File No. C-01-0988-MJJ (Consolidated) |
| | CLASS ACTION |
| This Document Relates To:<br><br>ALL ACTIONS. | **DECLARATION OF BRUCE DEAL IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION**<br>Date:　September __, 2007<br>Time:　9:30 a.m.<br>**Judge: Martin J. Jenkins** |

LATHAM&WATKINS
ATTORNEYS AT LAW
SAN FRANCISCO

SV\570817.1

DECLARATION OF BRUCE DEAL IN SUPPORT OF
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
Master File No. C-01-0988-MJJ (JCS)

## DECLARATION OF BRUCE DEAL

I, Bruce Deal, declare as follows:

1. I submit this declaration in support of Defendants' Motion for Summary Judgment, or in the Alternative, Summary Adjudication. I have personal knowledge of the facts set forth below, or where I do not have personal knowledge, I am informed and believe the stated facts to be true and correct.

2. I am a Managing Principal of Analysis Group, which has been retained by Oracle as a consultant in the above-captioned matter.

3. Attached as Exhibit 42 hereto is a true and correct summary of voluminous writings pursuant to Federal Rule of Evidence 1006. The source data for Exhibit 42 consist of writings that are too voluminous to be conveniently examined in Court, as described below:

- 85 Upside Reports (bates numbered as shown in Exhibit 42);
- a compilation from the Thomson IBES History database of the analyst consensus estimate for Oracle's quarterly earnings per share ("EPS") and Oracle's final EPS figures, consisting of data that is commercially available and generally used and relied upon by the public or by persons employed in financial analysis, and attached as Exhibit 43 hereto;
- guidance as found in the conference call transcripts bates labeled NDCA-ORCL 306845-91 and 003215-47; and

4. All figures are presented as of March 16, 2001, with earlier figures adjusted for 2:1 stock splits occurring on each of January 18, 2000 and October 12, 2000.

Executed this 26th day of July 2007, in Menlo Park, California. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
Bruce Deal

LATHAM&WATKINS
ATTORNEYS AT LAW
SAN FRANCISCO

SV\570817.1

1

DECLARATION OF BRUCE DEAL IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
Master File No. C-01-0988-MJJ (JCS)