*Confidential*

| | | | [A] | [B] | [C] | [D] | [E] | [F] |
|---|---|---|---|---|---|---|---|---|
| Date | NDCA Start Bates | NDCA End Bates | Earnings Per Share (Actual rates) Forecast | Earnings Per Share (Actual rates) Upside | Earnings Per Share (Actual rates) Potential | Guidance - EPS | Analyst Consensus Estimate - EPS | Final - EPS |
| **Q4 1999** | | | | | | | | |
| 3/8/1999 | 1530826 | 1530834 | $ 0.0693 | $ - | $ 0.0693 | --- | $ 0.0800 | $ 0.0900 |
| 3/15/1999 | 1530812 | 1530820 | $ 0.0693 | $ 0.0175 | $ 0.0868 | --- | $ 0.0800 | $ 0.0900 |
| 3/22/1999 | 1530802 | 1530811 | $ 0.0623 | $ 0.0215 | $ 0.0838 | --- | $ 0.0800 | $ 0.0900 |
| 4/5/1999 | 1046005 | 1046014 | $ 0.0579 | $ 0.0105 | $ 0.0684 | --- | $ 0.0800 | $ 0.0900 |
| 5/3/1999 | 1046060 | 1046071 | $ 0.0607 | $ 0.0062 | $ 0.0668 | --- | $ 0.0800 | $ 0.0900 |
| 5/10/1999 | 1046027 | 1046037 | $ 0.0592 | $ 0.0120 | $ 0.0712 | --- | $ 0.0800 | $ 0.0900 |
| 5/17/1999 | 1046038 | 1046048 | $ 0.0624 | $ 0.0103 | $ 0.0727 | --- | $ 0.0800 | $ 0.0900 |
| 5/24/1999 | 1046049 | 1046059 | $ 0.0647 | $ 0.0114 | $ 0.0761 | --- | $ 0.0800 | $ 0.0900 |
| 5/31/1999 | 1046072 | 1046082 | $ 0.0648 | $ 0.0184 | $ 0.0832 | --- | $ 0.0800 | $ 0.0900 |
| **Q1 2000** | | | | | | | | |
| 7/12/1999 | 1045557 | 1045564 | $ 0.0231 | $ 0.0171 | $ 0.0401 | --- | $ 0.0400 | $ 0.0400 |
| 7/26/1999 | 1532027 | 1532031 | $ 0.0233 | $ 0.0095 | $ 0.0328 | --- | $ 0.0400 | $ 0.0400 |
| 8/9/1999 | 1045488 | 1045493 | $ 0.0244 | $ 0.0147 | $ 0.0391 | --- | $ 0.0400 | $ 0.0400 |
| 8/23/1999 | 1045526 | 1045533 | $ 0.0241 | $ 0.0128 | $ 0.0369 | --- | $ 0.0400 | $ 0.0400 |
| 8/30/1999 | 1045534 | 1045541 | $ 0.0260 | $ 0.0117 | $ 0.0376 | --- | $ 0.0400 | $ 0.0400 |
| **Q2 2000** | | | | | | | | |
| 9/11/1999 | 1531532 | 1531538 | $ 0.0360 | $ 0.0133 | $ 0.0495 | --- | $ 0.0500 | $ 0.0650 |
| 9/13/1999 | 133559 | 133572 | $ 0.0361 | $ 0.0133 | $ 0.0494 | --- | $ 0.0500 | $ 0.0650 |
| 9/27/1999 | 1531591 | 1531596 | $ 0.0373 | $ 0.0118 | $ 0.0490 | --- | $ 0.0500 | $ 0.0650 |
| 10/11/1999 | 1045867 | 1045873 | $ 0.0384 | $ 0.0135 | $ 0.0519 | --- | $ 0.0500 | $ 0.0650 |
| 10/25/1999 | 1045684 | 1045690 | $ 0.0436 | $ 0.0107 | $ 0.0543 | --- | $ 0.0500 | $ 0.0650 |
| 11/4/1999 | 1045747 | 1045754 | $ 0.0436 | $ 0.0106 | $ 0.0543 | --- | $ 0.0500 | $ 0.0650 |
| 11/8/1999 | 1045638 | 1045648 | $ 0.0425 | $ 0.0111 | $ 0.0536 | --- | $ 0.0500 | $ 0.0650 |
| 11/15/1999 | 1045594 | 1045604 | $ 0.0448 | $ 0.0104 | $ 0.0552 | --- | $ 0.0500 | $ 0.0650 |
| 11/19/1999 | 1533922 | 1533932 | $ 0.0448 | $ 0.0105 | $ 0.0553 | --- | $ 0.0500 | $ 0.0650 |
| 11/22/1999 | 1045605 | 1045615 | $ 0.0467 | $ 0.0114 | $ 0.0581 | --- | $ 0.0500 | $ 0.0650 |
| 11/24/1999 | 1045616 | 1045626 | $ 0.0467 | $ 0.0135 | $ 0.0603 | --- | $ 0.0500 | $ 0.0650 |
| 11/29/1999 | 142238 | 142238 | $ 0.0486 | $ 0.0114 | $ 0.0600 | --- | $ 0.0500 | $ 0.0650 |
| 11/30/1999 | 1045627 | 1045637 | $ 0.0486 | $ 0.0150 | $ 0.0636 | --- | $ 0.0500 | $ 0.0650 |
| **Q3 2000** | | | | | | | | |
| 12/13/1999 | 1045768 | 1045778 | $ 0.0416 | $ 0.0137 | $ 0.0553 | --- | $ 0.0700 | $ 0.0850 |
| 1/24/2000 | 1045755 | 1045765 | $ 0.0495 | $ 0.0128 | $ 0.0623 | --- | $ 0.0700 | $ 0.0850 |
| 2/7/2000 | 1045835 | 1045846 | $ 0.0485 | $ 0.0079 | $ 0.0564 | --- | $ 0.0700 | $ 0.0850 |
| 2/14/2000 | 36249 | 36260 | $ 0.0497 | $ 0.0074 | $ 0.0590 | --- | $ 0.0700 | $ 0.0850 |
| 2/20/2000 | 1045799 | 1045810 | $ 0.0531 | $ 0.0097 | $ 0.0628 | --- | $ 0.0700 | $ 0.0850 |
| 2/21/2000 | 305208 | 305219 | $ 0.0531 | $ 0.0097 | $ 0.0628 | --- | $ 0.0700 | $ 0.0850 |
| 2/25/2000 | 1045823 | 1045834 | $ 0.0568 | $ 0.0044 | $ 0.0613 | --- | $ 0.0700 | $ 0.0850 |
| 2/28/2000 | 1045811 | 1045822 | $ 0.0568 | $ 0.0086 | $ 0.0654 | --- | $ 0.0700 | $ 0.0850 |
| 2/29/2000 | 40115 | 40126 | $ 0.0568 | $ 0.0102 | $ 0.0670 | --- | $ 0.0700 | $ 0.0850 |

Confidential

| Date | NDCA Start Bates | NDCA End Bates | [A] Earnings Per Share (Actual rates) Forecast | [B] Earnings Per Share (Actual rates) Upside | [C] Earnings Per Share (Actual rates) Potential | [D] Guidance - EPS | [E] Analyst Consensus Estimate - EPS | [F] Final - EPS |
|---|---|---|---|---|---|---|---|---|
| **Q4 2000** | | | | | | | | |
| 3/13/2000 | 1045933 | 1045944 | $ 0.1020 | $ 0.0356 | $ 0.1375 | --- | $ 0.1300 | $ 0.1550 |
| 3/27/2000 | 305247 | 305259 | $ 0.1050 | $ 0.0360 | $ 0.1410 | --- | $ 0.1300 | $ 0.1550 |
| 4/10/2000 | 305261 | 305274 | $ 0.1045 | $ 0.0245 | $ 0.1290 | --- | $ 0.1300 | $ 0.1550 |
| 4/24/2000 | 305276 | 305289 | $ 0.1095 | $ 0.0145 | $ 0.1245 | --- | $ 0.1300 | $ 0.1550 |
| 5/8/2000 | 142373 | 142386 | $ 0.1135 | $ 0.0165 | $ 0.1235 | --- | $ 0.1300 | $ 0.1550 |
| 5/15/2000 | 305321 | 305334 | $ 0.1130 | $ 0.0160 | $ 0.1285 | --- | $ 0.1300 | $ 0.1550 |
| 5/24/2000 | 305306 | 305319 | $ 0.1145 | $ 0.0130 | $ 0.1275 | --- | $ 0.1300 | $ 0.1550 |
| 5/29/2000 | 305336 | 305350 | $ 0.1170 | $ 0.0135 | $ 0.1305 | --- | $ 0.1300 | $ 0.1550 |
| **Q1 2001** | | | | | | | | |
| 6/15/2000 | 397856 | 397864 | $ - | $ - | $ - | --- | $ 0.0700 | $ 0.0850 |
| 6/19/2000 | 440457 | 440472 | $ 0.0545 | $ 0.0203 | $ 0.0743 | --- | $ 0.0700 | $ 0.0850 |
| 7/3/2000 | 440509 | 440526 | $ 0.0556 | $ 0.0205 | $ 0.0761 | --- | $ 0.0700 | $ 0.0850 |
| 7/6/2000 | 6632 | 6644 | $ 0.0556 | $ 0.0205 | $ 0.0761 | --- | $ 0.0700 | $ 0.0850 |
| 7/17/2000 | 440473 | 440490 | $ 0.0564 | $ 0.0173 | $ 0.0737 | --- | $ 0.0700 | $ 0.0850 |
| 7/31/2000 | 440491 | 440508 | $ 0.0672 | $ 0.0138 | $ 0.0810 | --- | $ 0.0700 | $ 0.0850 |
| 8/7/2000 | 305409 | 305422 | $ 0.0665 | $ 0.0105 | $ 0.0770 | --- | $ 0.0700 | $ 0.0850 |
| 8/14/2000 | 440527 | 440543 | $ 0.0653 | $ 0.0097 | $ 0.0750 | --- | $ 0.0700 | $ 0.0850 |
| 8/15/2000 | 305425 | 305440 | $ 0.0653 | $ 0.0097 | $ 0.0750 | --- | $ 0.0700 | $ 0.0850 |
| 8/21/2000 | 440544 | 440560 | $ 0.0736 | $ 0.0082 | $ 0.0819 | --- | $ 0.0700 | $ 0.0850 |
| 8/24/2000 | 151461 | 151475 | $ 0.0732 | $ 0.0077 | $ 0.0808 | --- | $ 0.0700 | $ 0.0850 |
| 8/28/2000 | 440561 | 440577 | $ 0.0732 | $ 0.0082 | $ 0.0814 | --- | $ 0.0700 | $ 0.0850 |
| 8/29/2000 | 200804 | 200818 | $ 0.0732 | $ 0.0122 | $ 0.0854 | --- | $ 0.0700 | $ 0.0850 |
| 8/31/2000 | 200957 | 200971 | $ 0.0732 | $ 0.0084 | $ 0.0816 | --- | $ 0.0700 | $ 0.0850 |
| **Q2 2001** | | | | | | | | |
| 9/12/2000 | 305491 | 305506 | $ 0.0813 | $ 0.0154 | $ 0.0966 | $ 0.0950 | $ 0.0900 | $ 0.1100 |
| 9/18/2000 | 1532594 | 1532609 | $ 0.0830 | $ 0.0155 | $ 0.0990 | $ 0.0950 | $ 0.0900 | $ 0.1100 |
| 10/9/2000 | 1532634 | 1532655 | $ 0.0914 | $ 0.0135 | $ 0.1049 | $ 0.0950 | $ 0.0900 | $ 0.1100 |
| 11/3/2000 | 1532701 | 1532717 | $ 0.0964 | $ 0.0130 | $ 0.1094 | $ 0.0950 | $ 0.0900 | $ 0.1100 |
| 11/13/2000 | 1532735 | 1532751 | $ 0.0960 | $ 0.0131 | $ 0.1091 | $ 0.0950 | $ 0.0900 | $ 0.1100 |
| 11/20/2000 | 1532752 | 1532768 | $ 0.0888 | $ 0.0120 | $ 0.1007 | $ 0.0950 | $ 0.0900 | $ 0.1100 |
| 11/27/2000 | 1532778 | 1532794 | $ 0.0905 | $ 0.0129 | $ 0.1034 | $ 0.0950 | $ 0.0900 | $ 0.1100 |
| 11/29/2000 | 210192 | 210208 | $ 0.1113 | $ - | $ 0.1113 | $ 0.0950 | $ 0.0900 | $ 0.1100 |

*Confidential*

| Date | NDCA Start Bates | NDCA End Bates | [A]<br>Earnings Per Share (Actual rates) Forecast | [B]<br>Earnings Per Share (Actual rates) Upside | [C]<br>Earnings Per Share (Actual rates) Potential | [D]<br>Guidance - EPS | [E]<br>Analyst Consensus Estimate - EPS | [F]<br>Final - EPS |
|---|---|---|---|---|---|---|---|---|
| **Q3 2001** | | | | | | | | |
| 12/5/2000 | 93035 | 93045 | $ 0.1271 | $ 0.0231 | $ 0.1502 | $ 0.1200 | $ 0.1200 | $ 0.1000 |
| 12/8/2000 | 92928 | 92943 | $ 0.1074 | $ 0.0206 | $ 0.1280 | $ 0.1200 | $ 0.1200 | $ 0.1000 |
| 12/11/2000 | 213091 | 213107 | $ 0.1069 | $ 0.0213 | $ 0.1282 | $ 0.1200 | $ 0.1200 | $ 0.1000 |
| 12/12/2000 | 212301 | 212315 | $ 0.1074 | $ 0.0206 | $ 0.1280 | $ 0.1200 | $ 0.1200 | $ 0.1000 |
| 12/13/2000 | 310 | 322 | $ 0.1074 | $ 0.0206 | $ 0.1280 | $ 0.1200 | $ 0.1200 | $ 0.1000 |
| 12/25/2000 | 1913695 | 1913711 | $ 0.1062 | $ 0.0208 | $ 0.1270 | $ 0.1200 | $ 0.1200 | $ 0.1000 |
| 1/15/2001 | 1913734 | 1913749 | $ 0.1064 | $ 0.0147 | $ 0.1211 | $ 0.1200 | $ 0.1200 | $ 0.1000 |
| 1/19/2001 | 1533506 | 1533522 | $ 0.1069 | $ 0.0213 | $ 0.1282 | $ 0.1200 | $ 0.1200 | $ 0.1000 |
| 1/22/2001 | 440127 | 440143 | $ 0.1070 | $ 0.0135 | $ 0.1206 | $ 0.1200 | $ 0.1200 | $ 0.1000 |
| 1/29/2001 | 1911875 | 1911891 | $ 0.1070 | $ 0.0088 | $ 0.1158 | $ 0.1200 | $ 0.1200 | $ 0.1000 |
| 2/2/2001 | 89120 | 89136 | $ 0.1053 | $ 0.0072 | $ 0.1125 | $ 0.1200 | $ 0.1200 | $ 0.1000 |
| 2/5/2001 | 1911892 | 1911908 | $ 0.1053 | $ 0.0076 | $ 0.1129 | $ 0.1200 | $ 0.1200 | $ 0.1000 |
| 2/9/2001 | 89241 | 89257 | $ 0.1087 | $ 0.0056 | $ 0.1143 | $ 0.1200 | $ 0.1200 | $ 0.1000 |
| 2/12/2001 | 1532826 | 1532842 | $ 0.1087 | $ 0.0071 | $ 0.1158 | $ 0.1200 | $ 0.1200 | $ 0.1000 |
| 2/16/2001 | 423 | 435 | $ 0.1100 | $ 0.0019 | $ 0.1119 | $ 0.1200 | $ 0.1200 | $ 0.1000 |
| 2/19/2001 | 1532874 | 1532890 | $ 0.1100 | $ 0.0022 | $ 0.1123 | $ 0.1200 | $ 0.1200 | $ 0.1000 |
| 2/26/2001 | 1532944 | 1532960 | $ 0.1099 | $ 0.0020 | $ 0.1119 | $ 0.1200 | $ 0.1200 | $ 0.1000 |
| 2/27/2001 | 440212 | 440228 | $ 0.1099 | $ (0.0009) | $ 0.1090 | $ 0.1200 | $ 0.1200 | $ 0.1000 |
| 2/28/2001 | 1533006 | 1533022 | $ 0.1069 | $ (0.0062) | $ 0.1007 | $ 0.1200 | $ 0.1200 | $ 0.1000 |

Sources:

[A] - [C] : Upside Reports (as indicated in Declaration of Ivgen Guner).

[D] : Oracle Corporation September 14, 2000 Conference Call Transcript, NDCA-ORCL 306845-306891;
Oracle Corporation December 14, 2000 Conference Call Transcript, NDCA-ORCL 003215-47.

[E] : Thomson IBES History Database as of the first month of quarter, except in the case of Q1 FY2001, where the second month estimate is used because there is a large intra-quarter change in the consensus estimate (from $0.13 in June 2000 to $0.07 in July and August 2000) likely reflecting an IBES data error in the first month estimate.

[F] : Thomson IBES History Database.