*Confidential*

Note: *Values generated from IBES database (split-adjusted) 2/9/2007*

| | | =PFDL("IBH.EPSActualPeriod",$D$4,$A$4,) | =PFDL("IBH.EPSActualValue",$D$4,$A$4,) | =PFDL("IBH.EPSMeanQTR1",$H$4,$A$4,) | |
|---|---|---|---|---|---|
| TFKey | Entity Name | End of Quarter Estimated | IBH.EPSActualValue | IBH.EPSMeanQTR1 | Month of Estimate* |
| C000003425 | ORACLE CORPORATION | May1999 | 0.090 | 0.080 | Mar1999 |
| C000003425 | | Aug1999 | 0.040 | 0.040 | Jun1999 |
| C000003425 | | Nov1999 | 0.065 | 0.050 | Sep1999 |
| C000003425 | | Feb2000 | 0.085 | 0.070 | Dec1999 |
| C000003425 | | May2000 | 0.155 | 0.130 | Mar2000 |
| C000003425 | | Aug2000 | 0.085 | 0.070 | Jul2000 |
| C000003425 | | Nov2000 | 0.110 | 0.090 | Sep2000 |
| C000003425 | | Feb2001 | 0.100 | 0.120 | Dec2000 |

\* Estimates are from first month of quarter, except in the case of Q1 FY2001, where the second month estimate is used because there is a large intra-quarter change in the consensus estimate (from $0.13 in June 2000 to $0.07 in July and August 2000) likely reflecting an IBES data error in the first month estimate.