1  LATHAM & WATKINS LLP
     Peter A. Wald (SBN 85705)
2    Michele F. Kyrouz (SBN 168004)
   505 Montgomery Street, Suite 2000
3  San Francisco, CA 94111-2562
   Telephone: (415) 391-0600
4  Facsimile: (415) 395-8095
   E-mail: peter.wald@lw.com
5          michele.kyrouz@lw.com

LATHAM & WATKINS LLP
   Patrick E. Gibbs (SBN 183174)
   Matthew Rawlinson (SBN 231890)
   Andrew M. Farthing (SBN 237565)
140 Scott Drive
Menlo Park, CA 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600
E-mail: patrick.gibbs@lw.com
        matt.rawlinson@lw.com

7  LATHAM & WATKINS LLP
     Jamie L. Wine (SBN 181373)
8  633 West Fifth Street, Suite 4000
   Los Angeles, CA 90071
9  Phone: (213) 485-1234
   Fax: (213) 891-8763
10 E-mail: jamie.wine@lw.com

11 Attorneys for Defendants ORACLE CORPORATION, LAWRENCE
   J. ELLISON, JEFFREY O. HENLEY, and EDWARD J. SANDERSON
12
   ORACLE CORPORATION
13    Dorian Daley (SBN 129049)
      James C. Maroulis (SBN 208316)
14 500 Oracle Parkway
   Mailstop 5OP7
15 Redwood Shores, CA 94065
   Telephone: (650) 506-5200
16 Facsimile: (650) 506-7114
   E-mail: jim.maroulis@oracle.com
17
   Attorneys for Defendant ORACLE CORPORATION
18

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION**

| In re ORACLE CORPORATION SECURITIES LITIGATION | Master File No. C-01-0988-MJJ (JCS) (Consolidated) |
|---|---|
| | CLASS ACTION |
| This Document Relates To: ALL ACTIONS. | **DECLARATION OF ANDREW M. FARTHING IN SUPPORT OF DEFENDANTS' MOTION TO EXCLUDE REPORTS AND TESTIMONY OF ALAN G. GOEDDE**<br><br>Honorable Judge Martin J. Jenkins |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

FARTHING DECLARATION ISO DEFENDANTS' MOTION TO
EXCLUDE REPORTS AND TESTIMONY OF ALAN G. GOEDDE
Master File No. C-01-0988-MJJ (JCS)

I, Andrew M. Farthing, declare as follows:

1. I am an attorney duly licensed to practice before the courts of the State of California. I am an associate with the law firm of Latham & Watkins LLP, counsel of record for defendants in the above-entitled action. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. I submit this declaration in support of Defendants' Motion to Exclude Expert Reports and Testimony of Alan G. Goedde.

3. Attached as Exhibit 1 is a true and correct copy of the May 25, 2007 Expert Report of Alan G. Goedde, Ph.D. ("Initial Report").

4. Attached as Exhibit 2 is a true and correct copy of the June 22, 2007 Rebuttal Expert Report of Alan G. Goedde, Ph.D. ("Rebuttal Report").

5. Attached as Exhibit 3 is a true and correct copy of the transcript of the July 11, 2007 Deposition of Alan G. Goedde ("Goedde Depo.").

6. Attached as Exhibit 4 is a true and correct copy of excerpts from the April 21, 2005 Deposition of Jennifer Minton ("Minton Depo.").

7. Attached as Exhibit 5 is a true and correct copy of an email, which is Bates stamped NDCA-ORCL 203681-83.

8. Attached as Exhibit 6 is a true and correct copy of excerpts from the September 21, 2006 deposition of Lawrence Ellison ("Ellison Depo.").

9. Attached as Exhibit 7 is a true and correct copy of excerpts from Macroeconomics (4th ed. 2001) by Andrew B. Abel & Ben S. Bernanke.

10. Attached as Exhibit 8 is a true and correct copy of excerpts from Modern Industrial Organization (2d ed. 1994) by Dennis W. Carlton & Jeffrey M. Perloff.

11. Attached as Exhibit 9 is a true and correct copy of excerpts from International Economics (6th ed. 2003) by Paul R. Krugman & Maurice Obstfeld.

12. Attached as Exhibit 10 is a true and correct copy of the May 25, 2007 Expert Report of R. Glenn Hubbard ("Hubbard Report").

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1    FARTHING DECLARATION ISO DEFENDANTS' MOTION TO EXCLUDE REPORTS AND TESTIMONY OF ALAN G. GOEDDE
Master File No. C-01-0988-MJJ (JCS)

13. Attached as Exhibit 11 is a true and correct copy of the November 26, 2001 release by the National Bureau of Economic Research's Business Cycle Dating Committee, entitled "The Business-Cycle Peak of March 2001."

14. Attached as Exhibit 12 is a true and correct copy of the June 22, 2007 Expert Rebuttal Report of R. Glenn Hubbard ("Hubbard Rebuttal").

15. Attached as Exhibit 13 is a true and correct copy of the June 22, 2007 Rebuttal Expert Report of George Foster ("Foster Report").

I hereby declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on July 26, 2007 in Menlo Park, California.

_____
Andrew M. Farthing

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2   FARTHING DECLARATION ISO DEFENDANTS' MOTION TO EXCLUDE REPORTS AND TESTIMONY OF ALAN G. GOEDDE
Master File No. C-01-0988-MJJ (JCS)