IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In re Oracle CORPORATION          )

SECURITIES LITIGATION,            )

                                  )

                                  )          No. C-01-0988-MJJ

                                  )

THIS DOCUMENT RELATES TO:         )

ALL ACTIONS.                      )

                                  )

_____)

VIDEOTAPED DEPOSITION OF ALAN GOEDDE

Los Angeles, California

Wednesday, July 11, 2007

Reported by:

SHERRYL DOBSON, CSR, RPR, CRP

CSR No. 5713

JOB No. 75268

1              IN THE UNITED STATES DISTRICT COURT

2              NORTHERN DISTRICT OF CALIFORNIA

3

4   In re Oracle CORPORATION        )

    SECURITIES LITIGATION,          )

5                                   )

                    Plaintiff,      )

6                                   )

            vs.                     )         No. C-01-0988-MJJ

7                                   )

    THIS DOCUMENT RELATES TO:       )

8   ALL ACTIONS.                    )

                                    )

9                   Defendants.     )

    _____)

10

11

12

13

14          Videotaped Deposition of ALAN GOEDDE,

15       taken on behalf of Defendants, at 633 West

16       Fifth Street, Sixth Floor, Los Angeles,

17       California, beginning at 9:15 a.m. and ending

18       at 5:37 p.m., on Wednesday, July 11, 2007,

19       before SHERRYL DOBSON, Certified Shorthand

20       Reporter No. 5713.

21

22

23

24

25

```
 1                    APPEARANCES:
 2
 3    For Plaintiff:
 4        LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS
          BY:  DOUGLAS R. BRITTON
 5        Attorney at Law
          655 West Broadway, Suite 1900
 6        San Diego, California 92101-8498
          619-231-1058
 7            -and-
          LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS
 8        100 Pine Street, Suite 2600
          San Francisco, California 94111
 9        (Present by Internet realtime connection)
10
11    For Defendants:
12        LATHAM & WATKINS
          BY:  MICHELE F. KYROUZ
13        Attorney at Law
          505 Montgomery Street, Suite 1900
14        San Francisco, California  94111-2562
          415-391-0600
15            -and-
          LATHAM & WATKINS
16        BY:  ANDREW M. FARTHING
          Attorney at Law
17        140 Scott Drive
          Menlo Park, California  94025-1008
18        650-328-4600
19
      Also Present:
20
          STACEY KAPLAN
21        RUTH BRAY
          BRUCE DEAL, Analysis Group
22
23    Videographer:
24        BILL FLANNIGAN
          ESQUIRE DEPOSITION SERVICES
25
```

7/11/2007  Goedde, Alan

```
 1                        INDEX
 2   WITNESS:                             EXAMINATION
 3     ALAN GOEDDE
 4       BY MS. KYROUZ                            7
 5
 6                      EXHIBITS
 7   DEFENDANT'S                              PAGE
 8     Ex 1      Expert report of Alan G. Goedde,      8
              Ph.D.
 9
       Ex 2      Rebuttal expert reporter of Alan G.   9
10              Goedde, Ph.D.
11     Ex 3      Federal Reserve Board minutes of    116
              the Federal Open Market Committee,
12              dated November 15, 2000
13     Ex 4      Gross Domestic Product News Release  118
14     Ex 5      Document titled "Gross Domestic     123
              Product: Fourth Quarter 2000
15              (Advance)
16     Ex 6      Federal Reserve Board open market   126
              operations
17
       Ex 7      Document titled "Hubbard Report,    132
18              Revised Figure 20"
19     Ex 8      Document titled "Figure 20:         135
              Industrial Capacity Utilization"
20
       Ex 9      CIO survey                          139
21
       Ex 10     Document titled "Individual         156
22              Defendant Lawrence J. Ellison's
              Compendium of Exhibits in Support
23              of Motion for Summary Judgment"
24     Ex 11     Pages from upside reports           156
25
```

**7/11/2007  Goedde, Alan**

```
1      INDEX(Continued):

2                           EXHIBITS

3    DEFENDANT'S                                      PAGE

4      Ex 12        Rebuttal export report of George   242
                    Foster

5

       Ex 13        Page from upside report            244

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

**7/11/2007  Goedde, Alan**

```
 1        Los Angeles, California, Wednesday, July 11, 2007        09:06:08

 2                    9:15 a.m. - 5:37 p.m.

 3

 4        THE VIDEOGRAPHER:  Good morning.  Here begins

 5   Videotape Number 1 in the deposition of Alan Goedde in

 6   the matter of In re Oracle Corporation in the U.S.

 7   District Court, Northern District of California, the case

 8   number of which is C-01-0988-MJJ.  Today's date is July

 9   11th, 2007, and the time on the monitor is now 9:16 a.m.

10        This deposition is being taken at 633 West

11   Fifth Street, and was made at the request of the

12   plaintiffs of the law offices of Latham Watkins.

13        MS. KYROUZ:  That's defendants.

14        THE VIDEOGRAPHER:  Defendant, excuse me.

15        My name is Bill Flannigan, and I'm a legal        09:16:37

16   videographer, here along with the court reporter, Sherryl

17   Dobson, on behalf of Esquire Deposition Services, located

18   at 6222 Wilshire Boulevard Los Angeles, California.

19        Would Counsel and all present please identify

20   yourselves and state whom you represent.

21        MS. KYROUZ:  Michele Kyrouz and Andrew Farthing of

22   Latham & Watkins, representing the defendants and with us

23   is Bruce Deal from Analysis Group.

24        MR. BRITTON:  Doug Britton and Stacey Kaplan with

25   Lerach Coughlin, representing the witness/plaintiffs and
```

**7/11/2007  Goedde, Alan**

```
1    with us today is Ruth Bray.                         09:17:09

2          THE VIDEOGRAPHER:  Thank you.

3              Would the court reporter please swear in the

4    witness.

5

6                        ALAN GOEDDE,

7    having been first duly sworn, was examined and testified

8    as follows:

9

10                       EXAMINATION

11   BY MS. KYROUZ:

12        Q    Good morning.

13             Is your name pronounced Dr. Goedde?

14        A    Yes.

15        Q    Okay.  Great.                             09:17:34

16             Approximately how many times have you been

17   deposed before?

18        A    I've probably been deposed about a hundred

19   times.

20        Q    Okay.  And were all of those as an expert

21   witness?

22        A    Yes.

23        Q    You've never given testimony as a fact

24   witness?

25        A    I may have given testimony as a fact witness.
```

**7/11/2007  Goedde, Alan**

```
 1          Q     Okay.  Do you recall a case in which you were      09:17:55
 2     a witness?
 3          A     Dealing with a -- when I was a trustee of an
 4     estate.  There was some litigation involving it.  I don't
 5     recall whether I had a deposition or statement or some
 6     sort of involvement with it.
 7          Q     Okay.  As an expert witness, approximately how
 8     many depositions do you give a year?
 9          A     It's maybe five or six.
10          Q     And how many times do you testify in court
11     each year as an expert witness?
12          A     It's hard to say.  It may be a couple times or
13     none.
14          Q     Let's mark as Exhibit 1 your opening expert
15     report in this case.                                          09:18:43
16                (Defendant's Exhibit 1 was marked for
17                identification by the court reporter.)
18     BY MS. KYROUZ:
19          Q     You've been handed what's been marked as
20     Exhibit 1.
21                Is this your opening report in this matter?
22          A     It appears to be.
23          Q     Okay.  And have you changed any of the
24     opinions that are set forth in your opening report?
25          A     No.
```

**7/11/2007  Goedde, Alan**

1      Q    Okay.  Attached to your report there are          09:19:41

2   various exhibits, reflecting certain calculations and

3   work that you performed; is that right?

4      A    Yes.

5      Q    Okay.  Have you identified any errors or made

6   any changes to any of the work or calculations contained

7   in your exhibits?

8      A    I don't believe so.  There may be some

9   additional analyses in the supplemental report.

10      Q    Okay.  But you don't think anything that was

11   attached as an exhibit to your opening report is

12   incorrect?

13      A    I don't believe so.

14      Q    Okay.  So you may have done additional work in

15   the supplemental report, but you're sticking with the       09:20:16

16   work that's attached as exhibits to your opening report

17   as well?

18      MR. BRITTON:  Objection.  Asked and answered.

19      THE WITNESS:  Yes.

20      MS. KYROUZ:  I'll mark as Exhibit 2 your

21   supplemental rebuttal report.

22          (Defendant's Exhibit 2 was marked for

23          identification by the court reporter.)

24   BY MS. KYROUZ:

25      Q    Is Exhibit 2 a copy of your rebuttal report

7/11/2007  Goedde, Alan

```
 1    submitted in this case?                              09:20:53

 2         A    Yes, it appears to be.

 3         Q    Okay.  And are there any opinions that you're

 4    offering in this case which are not set forth in either

 5    your opening or rebuttal report, Exhibits 1 and 2?

 6         A    I don't have any additional opinions.  There

 7    may -- other opinions may come out in the course of this

 8    deposition, but these are my basic opinions.

 9         Q    And have you changed anything about the

10    opinions that are set forth in Exhibits 1 or 2?

11         A    I don't believe so.

12         Q    Okay.  And with respect to your rebuttal

13    report, in Exhibit 2 there are some exhibits that you

14    submitted along with that report that reflect work and

15    calculations.                                        09:21:40

16         Have you identified any errors or other

17    changes that you're making to any of those exhibits?

18         A    I don't believe so.

19         Q    So sitting here today, you haven't identified

20    any errors in those; is that fair?

21         MR. BRITTON:  Objection.  Asked and answered.

22         THE WITNESS:  No, I haven't.

23    BY MS. KYROUZ:

24         Q    Turning to Exhibit 1, your opening report.

25    You've submitted at what's Exhibit 2 to your report, a
```

**7/11/2007  Goedde, Alan**

```
 1    list of some cases that you've been involved in, given     09:22:20

 2    testimony in.

 3         MR. BRITTON:  Michele, Are we not looking at

 4    Exhibit 1?  We're only looking at 2 now?  The question

 5    started with Exhibit 1.

 6         MS. KYROUZ:  I'm referring to Exhibit 1 to --

 7         MR. BRITTON:  Exhibit 1, Exhibit 2 within Exhibit

 8    1.

 9         MS. KYROUZ:  Yes.

10         Q    Exhibit 2 to your report, not Exhibit 2 to the

11    deposition.

12         A    Exhibit 2 to my --

13         Q    It should be Exhibit 2 to your opening report.

14         A    Oh, I'm -- I got it.

15         Q    All right.  And does this exhibit accurately     09:23:17

16    reflect the cases where you've given deposition or trial

17    testimony as an expert witness?

18         A    Yes.

19         Q    And you've got quite a long list here, so I'm

20    not going to go through each one separately, but can you

21    tell me approximately what percentage of the time you

22    give testimony on behalf of the plaintiff in a case

23    versus defendant?

24         A    I don't know for sure, but it's approximately

25    50 percent.
```

7/11/2007  Goedde, Alan

1       Q    And with respect to the subject matters of the       09:23:56

2    litigations that are listed here, are there particular

3    types of cases, like antitrust or intellectual property,

4    that you've provided the bulk of your expert testimony

5    in?

6       A    It's a variety of cases.

7       Q    Okay.  Have you provided expert testimony in

8    securities litigation before?

9       MR. BRITTON:  Object to the form.  Vague.

10          Are you talking about class actions or

11   anything having to do with --

12      MS. KYROUZ:  Pretty much anything that you would --

13   he considers securities litigation.

14      Q    Why don't you take a minute to look through

15   your list and tell me if you can identify any cases on       09:24:42

16   your exhibit that concern securities litigation.

17      A    It's hard to say.  There may be securities

18   issues involved in some of the cases.  Nothing springs to

19   mind, as I sit here today, of that, but it's possible.

20      Q    Okay.  So you don't recall the core issues in

21   the case being about securities litigation in any of the

22   matters that you've identified in here; is that fair?

23      MR. BRITTON:  Objection to form.  Vague.

24      THE WITNESS:  I just don't recall.

25   BY MS. KYROUZ:

**7/11/2007  Goedde, Alan**

```
1          Q    Okay.  Have you ever given testimony in a        09:25:48

2    securities class action?

3          A    I don't believe so.

4          Q    Okay.  Do you understand that this case is a

5    securities class action?

6          A    Yes.

7          Q    Have you in any of these cases that you've

8    identified in Exhibit 2 provided an opinion regarding

9    forecasting?

10         A    Yes.

11         Q    Okay.  Which of the cases?

12         A    In the Bank of New England versus Ernst &

13   Young in September 2002.

14         Q    And what was the opinion regarding forecasting

15   that you gave in that case?                              09:26:43

16         A    I gave opinions regarding the forecasting

17   process, the adequacy, reasonableness of the forecast,

18   the forecasting information flow within the company, and

19   the influence of macroeconomic factors in the forecasting

20   decisions.

21         Q    And what was your opinion in that case?  Was

22   the forecasting process reasonable?

23         A    The forecasting process was -- it's a little

24   difficult to say.  I don't know if I actually said that

25   it was reasonable or not.  Let me think for a moment.
```

**7/11/2007  Goedde, Alan**

1    That case was a while back.                                    09:27:39

2         Q    Yeah, you said that you gave an opinion about

3    the adequacy of reasonableness of the forecast.

4              Do you recall which way you came out, that it

5    was or wasn't adequate or reasonable?

6         MR. BRITTON:  Objection.  Asked and answered.

7         THE WITNESS:  Well, the process -- I think there

8    was an adequate process.  They reached -- they didn't

9    include all the factors that they should have.  The

10   inquiries by the senior management to identify the market

11   and the factors that would affect the credit -- or the

12   adequacy of the loan loss reserves were not adequately

13   researched or developed.

14   BY MS. KYROUZ:

15        Q    And what was the nature of the claim in that     09:28:27

16   lawsuit?  Did you represent -- were you testifying on

17   behalf of the trustee of the Bank of New England?

18        A    Yes.

19        Q    What was the nature of the claim that you made

20   against Ernst & Young in that case?

21        A    The claim was that, through the adequacy -- or

22   through the forecasting process, there was information

23   that should have been known by the accountants and, had

24   they recognized this information or done the research to

25   identify it, would have caused them to not issue the

**7/11/2007  Goedde, Alan**

1    opinion that they did.                                     09:29:03

2         Q    Okay.  And that was an opinion that was issued

3    with respect to which company?  Was it Bank of New

4    England?

5         A    Yes.

6         Q    Okay.  And was your opinion in that case

7    looking at the forecasting process internally within the

8    company or information flow that was shared with the

9    auditor?

10        A    It's the information flow within the company,

11   the process for identifying the appropriate information,

12   the outside economic factors that go into that decision

13   process as well.

14        Q    How about any other cases here that concern an

15   opinion about forecasting?                                 09:30:11

16        A    In many of these cases I forecast in order to

17   develop an estimate for a damage claim.  So the issue of

18   using forecasting is throughout many of the cases here.

19        Q    But you weren't offering an opinion about a

20   company's use of forecasting?  You were simply using it

21   yourself to calculate damages?

22        A    Yes, in many cases.  I think in the -- another

23   case, the ECC Systems versus Mallinckrodt, I evaluated

24   the company's ability to forecast the profitability of

25   potential acquisition.

**7/11/2007  Goedde, Alan**

1    Q    So were you offering an opinion about the          09:31:07

2    company's ability to forecast revenues?

3    A    Not necessarily their ability, but the value

4    of the forecast that they had already put forth.

5    Q    When you say the value of the forecast, you

6    mean the value of the acquisition or, like, a valuation

7    case, or is it more with respect to the process that the

8    company went through to do its revenue forecasting?

9    A    The process that the company went through to

10   make an evaluation of this potential company and the

11   company's products.

12   Q    Okay.  So they were evaluating -- acquiring a

13   different company, and they did some work to evaluate how

14   much they should pay to acquire that company?

15   A    Yes.                                                09:31:54

16   Q    Okay.  So you weren't offering an opinion

17   about the company's own internal forecasting or

18   forecasting of its own internal revenues, it was how they

19   viewed an acquisition target?

20   A    Yes, that's correct.

21   Q    And how about any other cases where you

22   offered an opinion about forecasting?

23   A    In September of 2006, the Sputtered Films

24   versus Advanced Modular Sputtering matter.

25   Q    What was the opinion that you were offering

**7/11/2007  Goedde, Alan**

1     there?                                                                    09:32:33

2          A     In that I was offering an opinion on the

3     information that was contained in the forecasting by the

4     defendant and how that was used to make an evaluation of

5     the technology being acquired.

6          Q     Okay.  And so was it, again, the same kind of

7     an opinion about the cost -- what they ought to pay to

8     acquire another company based on their -- that company's

9     analysis of their acquisition target?

10         A     The company had a procedure to forecast the

11    earnings of a new product and the contribution of a new

12    technology through the acquisition, and I evaluated the

13    information that was available to the company to -- and

14    because there was dispute over whether certain

15    information was available in order to make a valuation of     09:33:34

16    the company.  So I looked at their forecasting process in

17    order to make that determination.

18         Q     Okay.  And what opinion did you offer, then?

19         A     I offered an opinion on the value -- or the

20    expected earnings from the combination of the acquisition

21    and the new technology.

22         Q     Okay.  And what was the nature of the claim in

23    that case?

24         A     The claim was a trade secret claim.

25         Q     So you didn't offer any opinion about the

**7/11/2007  Goedde, Alan**

1    ability of Advanced Modular Sputtering -- is that the        09:34:15

2    company -- to forecast its own revenue; did you?

3         MR. BRITTON:  Objection.  Mischaracterizes his

4    testimony.

5         THE WITNESS:  I did the examination of the

6    forecasting process in Agilent Technologies, which was

7    the main defendant in the case.

8    BY MS. KYROUZ:

9         Q    Okay.  So you looked at Agilent Technologies'

10   forecasting process.

11             Did you evaluate Agilent Technologies' ability

12   to accurately forecast its own revenues?

13        A    It was its own revenues that it was intending

14   to yield from this technology, this internal technology

15   that contributed to the revenues that we expected them to      09:35:00

16   yield from the internal technology plus the acquisition

17   of these trade secrets.

18        Q    So it wasn't projections of revenues that were

19   given to the public that were made?  It was how much

20   money could be attributed to a particular product?

21        A    Yes, essentially, that's -- that's correct.

22        Q    Okay.  Any other cases on your list that you

23   offered an opinion in forecasting?

24        A    As I said, forecasting is a part of a lot of

25   cases.  Those cases that I identified are the main ones

**7/11/2007  Goedde, Alan**

1      that involved dealing with the process of forecasting as        09:35:43

2      well.

3            Q     Okay.  Are there any other cases where you

4      offered an opinion on the adequacy or reasonableness of a

5      forecast process at a company with respect to revenues or

6      earnings?

7            MR. BRITTON:  Objection.  Asked and answered.

8            THE WITNESS:  I don't believe so.

9      BY MS. KYROUZ:

10           Q     So when you say it was a part of other cases,

11     what you mean is that some of the work that you did to

12     offer an opinion on something other than the

13     reasonableness of a forecast process?

14           A     Yes.

15           Q     Were those largely damages analyses?           09:36:11

16           A     Yes.

17           Q     In the cases that are identified in your

18     Exhibit 2 or in any other work that you've done, how many

19     times in the past have you worked with Lerach Coughlin?

20           A     I don't believe I've worked with them in the

21     past.

22           Q     How about Millberg Weiss?

23           A     I don't believe I've worked with Millberg

24     Weiss in the past.

25           Q     In any expert work you've done in the past,

**7/11/2007  Goedde, Alan**

| | |
|---|---|
| 1 | including the items on Exhibit 2, have you offered an | 09:36:49 |
| 2 | opinion regarding the state of the U.S. economy in a |
| 3 | particular period? |
| 4 | A    In addition to what we've already discussed? |
| 5 | Q    Well, if you think that the few cases we just |
| 6 | discussed dealt with that issue, maybe you could identify |
| 7 | those as well. |
| 8 | A    In the Bank of New England matter and in the |
| 9 | Sputtered Films matter, I dealt with the economic |
| 10 | environment at the time. |
| 11 | Q    Okay.  Did you offer an opinion about the |
| 12 | state of the U.S. economy in those cases? |
| 13 | A    Yes, that was a part of it. |
| 14 | Q    Okay.  And what was the opinion that you |
| 15 | offered about the state of the U.S. economy in the Bank | 09:37:37 |
| 16 | of New England versus Ernst & Young matter? |
| 17 | A    The state of the U.S. economy in that case |
| 18 | involved a period of time when the U.S. was -- or the |
| 19 | economy was heading into a recession and dealt with the |
| 20 | decision point when the economy turned from a |
| 21 | higher-growth economy to a lower-growth economy. |
| 22 | Q    Okay.  And what opinion did you offer on that |
| 23 | subject? |
| 24 | A    That there was evidence in the forecasting |
| 25 | process of the -- of Bank of New England that identified |

**7/11/2007  Goedde, Alan**

1    these turning points or characteristics in their loan          09:38:19

2    portfolio.

3          Q    Okay.  And what were the turning points in the

4    U.S. economy that you identified in your opinion in that

5    case?

6          A    I don't recall all the different turning

7    points, but I did an analysis of economic factors that

8    impacted their business.

9          Q    Did you offer as an opinion a point in time at

10   which the economy began to decline?

11         A    I don't recall that I picked a point in time,

12   but the analysis showed when these various factors that

13   were impacting the loan portfolio experienced periods of

14   decline.

15         Q    Do you recall what those time periods were?          09:39:09

16         A    Very roughly, it was in the 1989/1990 time

17   period.

18         Q    And you mentioned that you worked with the

19   trustee of Bank of New England.

20              Had there been a bankruptcy, then, of --

21         A    Yes.

22         Q    Okay.  When did that occur, roughly?

23         A    I don't recall the date of the bankruptcy.

24         Q    Do you recall whether it was in early 1990s or

25   some later period?

**7/11/2007  Goedde, Alan**

```
1          A     It's my general recollection it was in the        09:39:44

2    early 1990s.

3          Q     How about the Sputtered Films matter?  You

4    said you thought you offered some economic -- some state

5    of the economy expert opinion there.

6                What was that opinion?

7          A     That opinion was the economy that was

8    affecting the particular business that Agilent and

9    Advanced Modular Sputtering were involved with.

10         Q     Okay.  And what time period were you offering

11   an opinion about the state of the U.S. economy in that

12   case?

13         A     It was in the early 2000s.

14         Q     Okay.  Do you recall specifically what your

15   opinion was with respect to the economy in the early       09:40:28

16   2000s?

17         A     The economy at that point was -- particularly

18   for the sector that this company was involved in, was

19   entering a period of very high growth and rapid

20   technological change.

21         Q     Okay.  And what sector are you referring to?

22         A     This is a semiconductor sector involved in

23   telecommunications.

24         Q     Okay.  And did you offer an opinion in that

25   case that at some point the economy declined?
```

**7/11/2007  Goedde, Alan**

| | | |
|---|---|---|
| 1 | A    No, I didn't. | 09:41:02 |

2      Q    Okay.  What did you offer an opinion about?

3    Was it simply the period of growth?

4      A    It was the fact that there was a high-growth

5    environment at that particular time and that the -- I

6    analyzed some contributing factors that would affect the

7    market for the products.

8      Q    Okay.  Do you recall more specifically what

9    the period of time was that you thought that there was a

10   period of growth?

11     A    I believe it was in the early 2000 -- no, it

12   was prior to that, because the case was in the early

13   2000s.  So it was in the late '90s.

14     Q    The late '90s?

15     A    Yes.                                         09:41:51

16     Q    That was a period of economic growth for the

17   semiconductor --

18     MR. BRITTON:  Objection.  Mischaracterizes his

19   testimony.

20     THE WITNESS:  I don't think I got to that broad.  I

21   was looking very specifically at the period of growth --

22   or the opportunities for this particular product line.

23   So maybe I'm not exactly answering your question about

24   generalities about the U.S. economy.  It was very focused

25   on the -- those market factors that are affecting this

**7/11/2007  Goedde, Alan**

1    particular product.                                      09:42:17

2    BY MS. KYROUZ:

3         Q    Okay.  So you weren't offering an opinion

4    about the state of the U.S. economy in that case?  It was

5    more about the market for a particular product?

6         A    The sector.  It was the sector that that

7    company was involved in.

8         Q    Okay.  And you believe that the time period

9    for which you offered an opinion about that sector was in

10   the late 1990s?

11        MR. BRITTON:  Objection.  Asked and answered.

12        THE WITNESS:  I believe that it was.  I'm -- that's

13   my view, as I sit here today.  I think that's generally

14   correct.

15   BY MS. KYROUZ:                                           09:42:49

16        Q    What was the resolution of this case?

17        A    This case settled.

18        Q    Okay.  How about the case for the trustee of

19   the Bank of New England against Ernst & Young?  What was

20   the resolution of that case?

21        A    I believe that case settled.

22        Q    And how about the ECC Systems case that you

23   identified?  What was the resolution of that case?

24        A    I'm not sure what the final resolution was.

25        Q    Okay.  But you didn't testify at trial?

7/11/2007  Goedde, Alan

```
1        A     No.  I don't know that there's been a trial.      09:43:34

2   I don't know exactly where the case stands.

3        Q     On ECC Systems?

4        A     Yes.

5        Q     You think that litigation's ongoing?

6        A     It may be.

7        Q     Okay.  How about any other cases in which

8   you've offered an expert opinion regarding the state of

9   the U.S. economy?

10       A     I don't recall any others.

11       Q     Okay.  So you've not previously offered an

12  expert opinion regarding the state of the U.S. economy

13  for the time period of 2000/2001?

14       A     I don't believe so.

15       Q     And we talked earlier about some of the cases    09:44:26

16  where you had offered an opinion about forecasting

17  processes.

18            In any of those did you offer an opinion about

19  a quarterly earnings forecast?

20       A     I don't believe I did.

21       Q     You identified some cases where you testified

22  at trial.

23            Can you tell me what the resolution was of

24  those cases?

25       A     I don't know that I could recall all these
```

7/11/2007  Goedde, Alan

1    cases that I testified in trial and tell you what the          09:45:15

2    resolution is.

3         Q    Okay.  How about the Dortmunder case in 1990?

4    Do you recall that resolution?

5         A    No.

6         Q    Okay.  How about Cella v. United States -- am

7    I right that the party that's underlined is the party

8    that you were working for?

9         A    Yes.

10        Q    How about that case?  Do you recall the

11   resolution of that case?

12        A    No, I don't.

13        Q    Okay.  How about Benjamin v. Levenfeld?

14        A    I don't.

15        Q    Okay.  Do you recall the resolution in the          09:45:50

16   Cummins-Allison versus Brandt case?

17        A    There was a royalty rate assigned.  I don't

18   recall what it was.

19        Q    And so the case went through to verdict?

20        A    Yes.

21        Q    Okay.  Do you recall whether your side won?

22        A    I don't know which side won on that one.

23        Q    Okay.  How about PIC versus Kodak?  Do you

24   recall the resolution of that matter?

25        A    In that case damages were awarded to PIC.

1      Q     Were you offering a damages opinion in that      09:46:30

2   case?

3      A     Yes.

4      Q     Did the Court adopt your damages figure?

5      A     I don't recall whether they adopted the full

6   figure or not.

7      Q     Looks like there are a couple of different

8   cases for Cummins-Allison versus Brandt.

9            Do you recall the resolution of any of them?

10     A     Nothing other than what we've just discussed.

11     Q     Okay.  You've listed an arbitration between

12  Yes Clothing and Cigna.

13           Do you recall the resolution of that case?

14     A     Yes.  Damages were awarded to Yes Clothing.

15     Q     And you offered a damages opinion in that      09:47:18

16  case?

17     A     Yes.

18     Q     And did the Court adopt your damages figure?

19     A     I think pretty closely they did.

20     Q     How about R. Murdock versus Murdock, Inc.?

21  What was the resolution of that case?

22     A     I don't recall.

23     Q     How about this arbitration that you've

24  identified, Fournier versus Lockheed?

25     A     I believe they adopted my results.

7/11/2007  Goedde, Alan

```
 1        Q    Were you offering a damages opinion?        09:47:57

 2        A    Yes.

 3        Q    And you did so on behalf of the defendant?

 4        A    Yes.

 5        Q    And you believe that the Court adopted the

 6   damages number that you had suggested?

 7        A    Yes, I do.

 8        Q    So liability was found against Lockheed, and

 9   the damages -- but the damages were what you had

10   suggested?

11        A    Yes.  There were a lot of issues in the case,

12   but -- I don't recall all the liability issues, but

13   they -- I believe that my analysis was adopted.

14        Q    Do you recall what the nature of the claim was

15   in that case?                                         09:48:39

16        A    It was a claim involving the diminution in

17   value of housing units in -- in proximity to a toxic

18   waste site.

19        Q    How about Vitablend versus Boost Products?

20   What was the resolution of that case?

21        A    I don't recall.

22        Q    Okay.  How about MCI Telecom versus Liberty

23   Digital Network?

24        A    I don't recall.

25        Q    Do you recall the nature of the claim in that
```

**7/11/2007  Goedde, Alan**

```
1    case?                                                      09:49:22

2         A    I believe it was a breach of contract claim.

3         Q    And do you recall whether you were offering a

4    damages opinion?

5         A    I believe I was.

6         Q    And you don't recall whether the arbitration

7    concluded or whether it was settled?

8         A    I believe the arbitration concluded, and there

9    were damages awarded.  I don't recall the amount.

10        Q    Do you recall whether your damages figure was

11   adopted?

12        A    No, I don't.

13        Q    How about Polaris Pool Systems versus Letro

14   Products, Inc.?  Do you recall the resolution in that

15   matter?                                                    09:50:12

16        A    Yes.

17        Q    What was the resolution there?

18        A    The resolution was no damages.

19        Q    And you were doing work on behalf of the

20   defendant?

21        A    Yes.

22        Q    Was there liability found?

23        A    Yes.

24        Q    Did you offer opinion that no damages should

25   be awarded?
```

**7/11/2007  Goedde, Alan**

```
1        A    Yes.                                          09:50:29

2        Q    And was that a jury trial?

3        A    I forget.

4        Q    How about GAB Business Services, Inc., versus

5   Lindsey-Newsom?

6        A    I don't recall whether -- I don't recall the

7   resolution of that case.

8        Q    When you testified at trial, was that a jury

9   trial?

10       A    I believe it was.

11       Q    You've listed something called "In re The Ant

12  Farm" as an arbitration.

13            Which party did you represent?

14       A    I represented the -- one of the owners of a

15  company in a dispute with the remaining owners of the    09:51:32

16  company.

17       Q    Was that the defendant or the plaintiff?

18       A    I believe it was the plaintiff.

19       Q    And what was the nature of that claim?

20       A    I misstated that.  I believe he was the

21  defendant.

22            The nature of the claim was a dispute between

23  various shareholders of a company.

24       Q    And what was the nature of the opinion that

25  you offered?
```

7/11/2007  Goedde, Alan

1        A    I offered an opinion on the value of this        09:52:07

2    individual's shareholdings.

3        Q    Was it a public company?

4        A    No.

5        Q    Okay.  And do you recall the resolution of

6    what the arbitration award was?

7        A    I don't -- I don't recall.  There was an

8    award.  I don't recall the amount.

9        Q    Do you recall whether the Court adopted your

10   analysis?

11       A    I don't recall that they adopted my whole

12   analysis.  They may have made an adjustment to it.

13       Q    How about Cacique versus Stella Foods, Inc.?

14   What was the resolution in that case?

15       A    There were damages attributable to -- or        09:53:11

16   damages attributable to the actions of Stella Foods.

17       Q    Okay.  And you were doing work on behalf of

18   the defendant?

19       A    Yes.

20       Q    And did you offer a damages opinion?

21       A    Yes.

22       Q    And was your damages number adopted?

23       A    No, it wasn't.

24       Q    What was the nature of the claim?

25       A    I believe there was a claim of breach of

**7/11/2007  Goedde, Alan**

```
1    contract and theft of trade secrets and a counter         09:53:49

2    antitrust claim.

3         Q    Was that a jury trial?

4         A    Yes.

5         Q    You testified Clayton Industries versus SPX

6    Corporation as an arbitration.

7              What was the resolution of that case?

8         A    Damages were awarded to Clayton Industries.

9         Q    And did you offer an opinion -- a damages

10   opinion in that case?

11        A    Yes.

12        Q    Was your proposed damages amount adopted by

13   the Court?

14        A    I believe it was pretty close to that amount.

15        Q    How about Unitherm Food Systems versus Conagra   09:55:05

16   Foods, Inc.?  What was the resolution in that case?

17        A    There were damages awarded to Unitherm

18   Systems.

19        Q    Were you offering a damages opinion in that

20   case?

21        A    Yes.

22        Q    Was that a jury trial?

23        A    Yes.

24        Q    So liability was found against Conagra Foods,

25   and the damages that were awarded, were they the amount
```

**7/11/2007  Goedde, Alan**

| | | |
|---|---|---|
| 1 | that you had suggested or the other side? | 09:55:44 |

1    that you had suggested or the other side?                    09:55:44

2         A    No, they weren't the amount that I suggested.

3    This case went through a number of appeals.  I don't

4    recall the final resolution.

5         Q    How about Tel-Rom, Inc., versus Pacific Bell

6    Company?  What was the resolution of that case?

7         A    Damages were awarded to Tel-Rom.

8         Q    Were you offering a damages opinion in that

9    case?

10        A    Yes.

11        Q    Were your -- was your damages amount adopted

12    by the Court?

13        A    I believe it was pretty close to my amount.

14        Q    Okay.  Was that a jury trial?

15        A    Yes.                                                09:56:25

16        Q    What was the nature of the claim in that case?

17        A    The claim was a breach of contract.

18        Q    And how about Braun Medical, Inc., versus Rozi

19    Medical Devices?  What was the resolution of that case?

20        A    I don't recall the final resolution of that

21    case.  It went through a number of appeals.  I don't

22    recall the final status of it.

23        Q    Was it a jury trial?

24        A    I believe it was.

25        Q    Okay.  Do you recall what the jury's verdict

**7/11/2007  Goedde, Alan**

1       was?                                                    09:57:10

2            A     The jury awarded some damages to Rozi Medical

3       Devices and some -- I believe they awarded the -- one of

4       the underlying patents to B. Braun.  It was a split.

5            Q     Okay.  So it was an intellectual property

6       case?

7            A     Yes.

8            Q     How about Wechsler versus Macke International

9       Trade, Inc.?  What was the resolution in that case?

10           A     Wechsler was awarded damages.

11           Q     What was the nature of the claim?

12           A     It was a patent infringement matter.

13           Q     Were you offering a damages opinion in that

14      case?

15           A     Yes.                                          09:58:00

16           Q     And was your damages amount adopted?

17           A     I believe so.

18           Q     Was that a jury trial?

19           A     Yes.

20           Q     How about Home Depot USA, Inc., versus the

21      United States?  What was the resolution of that matter?

22           A     That matter involved the application of a

23      certain set of tariff schedules to imports by Home Depot,

24      and I believe Home Depot was awarded the decision that

25      they asked for.

7/11/2007  Goedde, Alan

```
1          Q    And what was the opinion you provided in that      09:58:51
2     case?
3          A    I provided an opinion on the market for some
4     of the products that Home Depot was selling.
5          Q    Were you giving an opinion about the economy
6     or simply acceptance of product into a market?
7          A    It was more sector-specific to the lighting
8     products that Home Depot was -- or that were in dispute
9     in the matter.
10          Q    Okay.  How about M. Richman, Twin Cities
11     Cardiothoracic Surgery versus Rideout Memorial Hospital?
12     What was the resolution in that case?
13          A    That case was -- originally damages were
14     awarded, and then there were appeals, and I'm not sure
15     what the final status was.  I think some of the damages    09:59:49
16     were withdrawn -- or taken out.
17          Q    Okay.  And was that a jury trial?
18          A    Yes.
19          Q    And what was the nature of the claim?
20          A    The claim was a breach of contract.
21          Q    And did you offer a damages opinion in that
22     case?
23          A    Yes.
24          Q    And was your damages amount adopted by the
25     jury?
```

**7/11/2007  Goedde, Alan**

1    A    There were other damages -- I believe my                    10:00:17

2    amount was included in the final damage tally.

3    Q    And you think part of that may have been

4    overturned on appeal, but you're not sure?

5    A    I believe some of the damages were overturned

6    on appeal.  I don't recall exactly the specifics of it.

7    Q    Okay.  How about Core Wealth Management, LLC,

8    versus Heller, et al.?  What was the resolution of that

9    case?

10   A    That case was resolved originally by the jury

11   in favor of Core Wealth, and I believe it was -- or part

12   of the damages were overturned -- or the -- the judge

13   overturned some of the damages, and I think the case is

14   currently on appeal.

15   Q    And did you offer a damages opinion in that       10:01:11

16   case?

17   A    Yes.

18   Q    What was the nature of the claim?

19   A    The claim was a theft of trade secrets.

20   Q    And was your damages number adopted by the

21   jury?

22   A    Yes.

23   Q    Okay.  And that was at least partially

24   overturned by the judge?

25   A    Yes.

7/11/2007  Goedde, Alan

1     Q    With respect to Hannah, et al., versus          10:01:41

2   Classified Cosmetics, what was the resolution of that

3   case?

4     A    I don't know.  I don't know that the -- I

5   haven't heard whether they -- what the decision was by

6   the JAMS arbitrator.

7     Q    Okay.  So the panel hasn't issued a decision

8   yet?

9     A    They may have.  I'm just not aware of it.

10    Q    Okay.  And what opinion did you offer in that

11  case?

12    A    I offered an opinion of the value of the

13  services provided by the plaintiff to a cosmetic company.

14    Q    Have you ever been the subject of a motion to

15  exclude your testimony?                                    10:02:26

16    A    I don't -- I don't recall specifically.

17  There's a lot of motions in all the cases.  There may

18  have been.

19    Q    Okay.  Do you recall your testimony ever being

20  excluded?

21    A    No.

22    Q    Have you ever changed any of your opinions

23  during the course of any of these litigations that you've

24  identified?

25    A    I don't recall, but it may have -- I may have

7/11/2007  Goedde, Alan

```
 1    changed an opinion.                                      10:03:15

 2         Q    Can you recall any specific instance when that

 3    happened that comes to --

 4         A    No, I can't.

 5         Q    How did you come to be retained by plaintiff's

 6    counsel in this matter?

 7         A    I was contacted by an individual associated

 8    with my firm, and requested that I contact an attorney at

 9    Lerach.

10         Q    And when did that occur?

11         A    That occurred, I believe, in spring of 2006.

12         Q    And when were you retained by Lerach?

13         A    In spring of 2006.

14         Q    And when did you start doing work on this

15    case?                                                    10:04:21

16         A    Shortly thereafter.

17         Q    How many hours did you spend on this case in

18    2006?

19         A    I don't recall.

20         Q    Ballpark.

21              Was it -- what percentage of your total hours

22    were spent in 2006 versus 2007?

23         A    More hours were spent in 2007, but I don't

24    recall the breakdown.

25         Q    Okay.  Can you give me any estimate of how
```

**7/11/2007  Goedde, Alan**

| | | |
|---|---|---|
| 1 | many hours you spent on this case in 2006? | 10:04:59 |
| 2 | MR. BRITTON:  Objection.  Asked and answered. | |
| 3 | THE WITNESS:  I just never computed it in that way. | |
| 4 | I don't recall. | |
| 5 | BY MS. KYROUZ: | |
| 6 | Q    What way did you compute it?  Do you know what | |
| 7 | the total billings were for the matter in 2006? | |
| 8 | A    No, I don't. | |
| 9 | Q    Does your firm advertise itself as providing | |
| 10 | expert services? | |
| 11 | A    I don't know that it -- it advertises -- we | |
| 12 | have a Web site.  There's no outward promotion that I can | |
| 13 | recall, but we have a Web site. | |
| 14 | Q    And you promote yourself as an expert witness? | |
| 15 | MR. BRITTON:  Objection.  Asked and answered. | 10:05:37 |
| 16 | THE WITNESS:  On the Web site I have my -- | |
| 17 | information about myself. | |
| 18 | BY MS. KYROUZ: | |
| 19 | Q    And is a hundred percent of your time spent | |
| 20 | doing expert witness and consulting work with Freeman & | |
| 21 | Mills? | |
| 22 | MR. BRITTON:  Objection.  Vague as to time. | |
| 23 | THE WITNESS:  Yes, my time is a hundred percent | |
| 24 | spent with Freeman & Mills.  I do a variety of work, not | |
| 25 | necessarily always related to litigation. | |

**7/11/2007  Goedde, Alan**

```
1    BY MS. KYROUZ:                                              10:06:21
2         Q    Okay.  But what other work do you do that's
3    not litigation related?
4         A    There may be some valuation work, value of
5    patents, other intellectual property valuation projects.
6         Q    Okay.  And what percentage of your time do you
7    spend on litigation consulting matters?
8         MR. BRITTON:  Objection.  Vague as to time.
9         THE WITNESS:  It's greater than 50 percent.
10   BY MS. KYROUZ:
11        Q    Do you have other folks at Freeman & Mills who
12   have performed work on this matter with you?
13        A    Yes.
14        Q    How many individuals?
15        A    I would say there's three or four additional    10:07:17
16   people.
17        Q    Okay.  And they've all performed work in
18   connection with your engagement?
19        A    Yes.
20        Q    And who are those individuals?
21        A    Those individuals are Jeffrey Quincane, Thomas
22   Hollow, Hailey Smirnoff.  There may be some others.  I
23   don't recall all the names.
24        Q    Did you write your opening report yourself?
25        A    Yes, I write it from an outline, and then
```

**7/11/2007  Goedde, Alan**

```
1    there's some administrative support to put in the proper      10:08:14

2    format and get it suitable for presentation.

3         Q    When you say you write it from an outline, is

4    it an outline that you prepared or somebody else prepared

5    for you?

6         A    I prepare an outline, and then, as parts of

7    the outline get filled in, it becomes a report.

8         Q    Okay.  Is there anyone who assisted you in

9    writing the report?

10        A    People at my firm assisted me.  Or provided

11   ideas that contributed to filling in the outline.

12        Q    What are the qualifications of the three

13   individuals you identified at your firm?  Are they

14   certain degrees or are their qualifications in this area?

15        A    One of them is a CPA.  The others are         10:09:02

16   researchers, people with computer skills.

17        Q    With respect to any of the calculations that

18   are performed in your report or the exhibits, did you do

19   those calculations yourself?

20        A    Generally, I made an outline of what I needed

21   to have done and then had someone else do the

22   calculations.

23        Q    Okay.  So who on your staff typically did

24   those calculations?

25        A    All the people that I mentioned.
```

7/11/2007  Goedde, Alan

```
 1        Q     Okay.  With respect to the regression that        10:09:43

 2   you've done in your report, who performed that work?

 3        A     I believe it was Jeffrey Quincane.

 4        Q     And does he have any academic qualifications

 5   in this area?

 6        A     He has undergraduate degrees in economics and

 7   has considerable experience in working on projects or

 8   putting together analyses for me and others at the firm.

 9        Q     And is his experience at Freeman & Mills or in

10   other firms?

11        A     I believe it's at Freeman & Mills.  He may

12   have had another position prior to that.

13        Q     How long has he worked with you at Freeman &

14   Mills?

15        A     Several years.                                    10:10:30

16        Q     So did you ask him to design the regression,

17   or did you design that yourself?

18        A     I design it, and then he does the computer

19   work necessary to implement it.

20        Q     Where your work relies on various Oracle

21   documents that were produced in the case, like an upside

22   report or something of that nature, did you review those

23   documents and give them to your staff to perform whatever

24   calculations were necessary, or is that something your

25   staff pulled together and found the documents themselves?
```

**7/11/2007  Goedde, Alan**

1      A    It's hard to say.  It would depend on exactly      10:11:17

2   what issue we were involved in.

3      Q    Okay.  Did you spend any time, you know,

4   searching or reviewing documents to determine the

5   documents you were interested in, or were they just given

6   to you?

7      A    I spent time reviewing documents.  I requested

8   documents from Counsel, and at times I would delegate

9   some of the reviews to some of the staff people if they

10  were involved in that particular segment of the case.

11  But I generally reviewed some of the very specific

12  documents, and then others in my staff would pull numbers

13  off of them to put in the analyses.

14     Q    Okay.  And did you then review the

15  calculations that your staff did to make sure they were      10:11:58

16  right?

17     A    Yes.

18     Q    So you agree with all the calculations that

19  were done, as ultimately signed off on by you?

20     A    Yes, I do.

21     Q    In total how many hours did you personally

22  spend on this engagement through today?

23     A    There's several hundred hours.

24     Q    And how about your staff members?  In total

25  how many hours did they spend?

7/11/2007  Goedde, Alan

```
1          A     There's several hundred hours of              10:12:34
2    individuals -- several of the individuals spent several
3    hundred hours.
4          Q     Okay.  And did you write your entire rebuttal
5    report yourself?
6          A     Kind of the same process as the original
7    report, start with an outline, and as the outline
8    expands, it becomes the report.
9          Q     Okay.  And was it the same individuals also
10   helping you for the rebuttal report --
11         A     Yes.
12         Q     -- at your firm?
13               There anyone outside your firm who provided
14   any assistance in writing your report or doing any of the
15   work or calculations?                                     10:13:11
16         A     I don't believe so.
17         Q     If you turn in your opening report to Page 2,
18   there's a description of your assignment.
19               Is this an accurate description of what you
20   did, the assignments that you performed?
21         A     Yes.
22         Q     Is there anything else that you were
23   subsequently asked to do by Counsel that's not reflected
24   in this?
25         A     I don't believe so.
```

**7/11/2007  Goedde, Alan**

1     MR. BRITTON:  Counsel, are you talking about other      10:14:07

2     than writing the rebuttal report?

3     MS. KYROUZ:  Yeah.

4     Q    So if you turn to Exhibit 2 in your rebuttal

5     report -- Exhibit 2, which is your rebuttal report,

6     there's a description of the assignment there.

7          I assume there's nothing in addition to what's

8     listed there that you've done; is that -- is it all

9     contained here?

10     A    I believe so.

11     Q    Looking at your CV, which is attached to your

12     original report as Exhibit 1 to your report.

13          Is this a current version of your CV?

14     A    Yes.

15     Q    Okay.  Is there anything else that needs to be      10:15:28

16     updated or added to this for it to be accurate?

17     A    I don't believe so.

18     Q    Your professional experience stops in the year

19     2000.

20          From 2000 to today, what have you been

21     doing?

22     A    I've been with the same firm since 2000, the

23     Freeman & Mills firm.

24     Q    Okay.  So was the firm combined to become

25     Freeman & Mills or --

7/11/2007  Goedde, Alan

```
 1        A    It was originally Freeman & Mills.  It was          10:16:01

 2   subsequently acquired and then spun off back to Freeman &

 3   Mills.

 4        Q    Okay.  So you were with a different firm,

 5   Putnam, Hayes, from '94 to 2000?

 6        A    Yes.

 7        Q    And that was not Freeman & Mills?

 8        A    It was -- Freeman & Mills was acquired by

 9   Putnam, Hayes in 1994, and then we spun off in 2000.

10        Q    Okay.  So from 2000 to 2007 it should read

11   that you're back with Freeman & Mills --

12        A    Yes.

13        Q    -- is that fair?

14             Okay.  And what are your academic

15   qualifications?  It says you have a B.S. in engineering.      10:16:44

16             What kind of engineering is that?

17        A    Mechanical engineering.

18        Q    Okay.  And what year did you obtain that

19   degree?

20        A    1970.

21        Q    Okay.  And it says you have a master's and

22   Ph.D. in economics from Duke.

23             When did you obtain those degrees?

24        A    I believe my master's was in '72 or '73, and

25   Ph.D. in '78.
```

**7/11/2007  Goedde, Alan**

1    Q    And what was the focus of your work in your          10:17:20

2    master's degree in economics?

3    A    It was a focus on industrial organization and

4    international trade and statistics.

5    Q    And did you write some sort of a thesis?

6    A    I think I took a test.

7    Q    Okay.  And what about with respect to your

8    Ph.D.?  What was your focus of the Ph.D. in economics?

9    A    The same three categories.

10   Q    Industrial organization, international trade,

11   and statistics?

12   A    Yes.

13   Q    And what was your dissertation about?

14   A    It was about the -- about how companies grow

15   through development of new product lines or development    10:18:14

16   of -- or development through acquisition.

17   Q    Were you comparing organic growth of companies

18   through -- compared to acquisition growth?

19   A    I was looking at factors that contributed to

20   growth of companies, whether companies grew by extending

21   the breadth of their products or by developing new

22   products and what the competitive environment was in the

23   industries in which they were engaged.

24   Q    Okay.  Were there particular industries that

25   you focused on?

**7/11/2007  Goedde, Alan**

1       A     Yes, there were some industries I focused on.      10:19:01

2       Q     And what were those?

3       A     Pharmaceuticals and -- I think there were a

4    couple others.  I forget them.

5       Q     Okay.  Is there any aspect of your Ph.D. work

6    that related to revenue or earnings forecasting of

7    companies?

8       A     I don't know that it was specifically related

9    to forecasting.  It was an historical analysis of

10   fairly -- a recent time period, at that time, on what

11   contributed to successful growth, whether it was

12   diversification or innovation or advertising.  There's

13   some models that I used to apply that.

14      Q     Okay.  Other than your work in connection with

15   that dissertation and getting your master's degree or    10:20:01

16   Ph.D., did you spend any time studying business

17   forecasting?

18      A     Yes.

19      Q     Okay.  And what was your focus there?

20      A     I took several courses in statistics and

21   econometrics that dealt with forecasting.

22      Q     And did you do any research or write any

23   papers in that area?

24      A     Probably.  I don't recall them, as I sit here

25   today.

**7/11/2007  Goedde, Alan**

1        Q     Okay.  Did it deal with forecasting earnings        10:20:34

2     or revenue for companies?

3        A     I don't recall.

4        Q     Looks like you -- from your CV that you worked

5     for the U.S. Treasury Department as an industry economist

6     from 1976 to '79.

7              What was -- what were your responsibilities in

8     that job?

9        A     In that job I was responsible for assisting

10    the Treasury Department in valuing companies' assets that

11    were transferred to tax savings.

12       Q     And from 1979 to 1981 it says you were a

13    financial economist at the U.S. Export-Import Bank.

14             What were your job responsibilities there?

15       A     I was responsible for assisting the bank in        10:21:47

16    determining the probability that potential customers

17    would pay off the loans they were considering.

18       Q     And that didn't involve any revenue or

19    earnings forecasting; did it?

20       MR. BRITTON:  Objection.

21       THE WITNESS:  Well, it involved revenue

22    forecasting, equally with the Treasury Department; I

23    forecasted revenue and earnings.

24    BY MS. KYROUZ:

25       Q     Okay.  And in what sense did you forecast the

7/11/2007  Goedde, Alan

| | |
|---|---|
| 1 | revenue and earnings for U.S. Export-Import Bank? | 10:22:27 |

2     A    Potential customers would seek loans from the

3    bank, and one of the responsibilities we had was to make

4    a determination of the ability of the potential borrower

5    to pay off the loans.  So it would be -- involve some

6    forecasting of what the revenue capabilities would be of

7    the potential borrower and determining that there's --

8    was sufficient available earnings to pay off the loans.

9    Q    So was it a creditworthy analysis?

10    A    Yes.

11    Q    Determining whether they were worthy of the

12    loans that you were going to make to them, whether they

13    were going to be able to pay them back?

14    A    Yes.

15    Q    Other than determining their ability to pay    10:23:19

16    back their loans, you weren't forecasting what revenues

17    they might have in a particular quarter; were you?

18    A    I don't recall whether it was quarterly or

19    annually that I did these analyses.

20    Q    Okay.  Were you looking at the company's

21    internal forecasting documents to determine whether they

22    were going to make a certain number with respect to

23    revenues?

24    A    I don't know that I looked at making a certain

25    number.  I wanted to know that, whatever number it was,

**7/11/2007  Goedde, Alan**

```
1     it was going to have sufficient earnings in it that would      10:23:57

2     make it a viable creditor -- or a viable borrower.

3            Q    Right.  Okay.

4                 It says from 1981 to '84 you were a manager at

5     Arthur Andersen & Company.

6                 What were your responsibilities there?

7            A    I was responsible for providing strategic

8     planning to clients and to the company.

9            Q    So you weren't involved in auditing?

10           A    No.

11           Q    Okay.  What kind of -- so it was consulting

12    work, management consulting work?

13           A    Yes.

14           Q    Okay.  And what kind of strategic planning

15    were you involved in?                                           10:24:53

16           A    For the company I was involved in their

17    forecasting process, and they were interested in

18    developing a forecasting process.  They didn't really

19    have one.  So I worked with the group that developed a

20    process for them.

21           Q    And that was for Arthur Andersen itself,

22    predicting its own revenues?

23           A    Yes.

24           Q    And those revenues came from consulting

25    services and audit services?
```

**7/11/2007  Goedde, Alan**

1    A    Yes.  Audit, tax, and consulting.                    10:25:21

2    Q    And from -- looks like from 1984 to '86 you

3    were a vice-president at First National Bank of Chicago.

4         What were your job responsibilities there?

5    A    I was responsible for strategic planning and

6    forecasting for a division of the bank.

7    Q    What division was it?

8    A    The Service Products Division.

9    Q    And what were the service products?

10   A    Service products were software products and

11   cash concentration products sold by the bank.

12   Q    The bank was selling software, or was it

13   services around installing software?

14   A    It was the services using the bank's software.

15   Q    So the bank had some sort of proprietary          10:26:19

16   software?

17   A    I don't know whether they had their own

18   proprietary software or it was licensed from other

19   entities, but they were selling systems to accommodate

20   cash concentration and disbursement among companies with

21   many offices.  Or many locations.

22   Q    Okay.  And so the bank was selling the

23   services, both the software and installing it and helping

24   companies get running on it?

25   A    Yes.

**7/11/2007  Goedde, Alan**

1        Q      And what kinds of companies were you selling        10:26:54

2    to?

3        A      Wide variety of companies.

4        Q      And when you say strategic planning, what did

5    that involve?

6        A      Strategic planning involves the

7    decision-making to go in -- that goes into forecasting

8    products and developing a plan to either acquire or spin

9    off businesses of the bank.

10       Q      So you were performing an analysis of whether

11   it was a profitable business for the bank, something the

12   bank ought to continue to do?

13       A      Yes.

14       Q      Were you trying to project what the revenues

15   would be in a particular quarter?        10:27:42

16       A      Yes.

17       Q      Okay.  And what was that based on?

18       A      It was based on information received from the

19   field and information received from other sources to make

20   determinations about the viability of the earning

21   streams.

22       Q      And did the process that you used add any

23   judgment on top of information that you received from the

24   field or other inputs?

25       A      Yes.

**7/11/2007  Goedde, Alan**

1    Q    Okay.  And was that something that you were in          10:28:26

2  charge of doing?

3    A    Well, the bank -- no one's really in charge of

4  anything, but the group that I was with did that work.

5    Q    Okay.  And did they do it just for the

6  particular products that you were working with, the

7  service software products?

8    A    Well, we looked at two areas.  There were the

9  products we were working on, and then there were

10 potential acquisitions the bank was considering.  We were

11 seeing if these potential acquisitions would make sense.

12   Q    Okay.  So you were working with particular

13 products?  You didn't -- you weren't involved at the

14 overall company level at rolling up forecasts or

15 determining the overall revenues for the company?          10:29:07

16   A    I was responsible for rolling up our forecasts

17 for this division, and then those forecasts would be

18 rolled up at a higher level for the bank.

19   Q    Okay.  And do you know whether, when your

20 forecasts were rolled up at the higher level, whether

21 somebody at a higher level then applied judgment to your

22 forecast?

23   A    I don't know to -- whether our forecasts had

24 judgment applied.  I think the judgment in our forecasts

25 was applied at the senior vice-president's level, who I

**7/11/2007  Goedde, Alan**

```
1      worked for.  And I don't think anything was added to       10:29:40
2      that.  I think the judgment factors involved the loan
3      side of the business more than the service product side
4      of the business.
5           Q     Okay.  And why is that?
6           A     Because that required a greater level of
7      judgment on the creditworthiness of different customers.
8           Q     Okay.  And were the customers that you were
9      selling the service products to fairly consistent repeat
10     customers or --
11          A     It was a mix.
12          Q     Okay.  And how did the revenues come in
13     throughout the year?  Was it a steady flow of revenues,
14     or were there seasonalities to it?
15          A     There's seasonalities to it.                     10:30:30
16          Q     Okay.  Was there a hockey stick effect in
17     the -- within the quarter?
18          MR. BRITTON:  Objection.  Vague, "hockey stick
19     effect."
20          THE WITNESS:  All businesses have increased sales
21     at the end of the quarter, just because the economic
22     motivations of the salespeople.  So more revenues come in
23     at the end of the quarter than at the beginning.
24     BY MS. KYROUZ:
25          Q     Okay.  Was it dramatically so at this company
```

7/11/2007  Goedde, Alan

1    at this particular time?                                        10:30:55

2         MR. BRITTON:  Objection.  Vague.

3         THE WITNESS:  I don't recall.

4    BY MS. KYROUZ:

5         Q    You don't recall approximately what percentage

6    of the quarterly revenue came in in the third month?

7         A    No, I don't.

8         Q    You mentioned that the field would provide

9    forecasts that your division would then consolidate.

10             Was there a pipeline or other type of report

11   that identified potential sales?

12        A    I don't believe there was a pipeline, per se.

13   There were reports about projections that were made by

14   the individual departments, what their sales prospects

15   were like, and we considered big deals and some very      10:31:49

16   specific deals.

17        Q    Okay.  And how did you get that information

18   from the field?  Did you have meetings and calls about

19   that?

20        A    The field provided information to the

21   department head, and that information then flowed up to

22   the level where I worked.

23        Q    Okay.  And were you the person who was

24   consolidating the various departments for your division,

25   or was somebody else doing that?

**7/11/2007  Goedde, Alan**

1      A     Myself and two other people did that.              10:32:26

2      Q     Okay.  And what was that role?  Was it a

3  finance role or what were the three individuals doing

4  that what were your -- you said your job was strategic

5  planning, I think.

6      A     Yes.

7      Q     Were the other folks finance department folks

8  or -- were you all --

9      A     Finance -- finance was separate.

10     Q     Okay.

11     A     This was a strategic planning department that

12 was responsible for this and getting information from

13 finance and eventually reporting things to finance, so

14 that they can interact with the auditors.

15     Q     Okay.  So was there someone on the sales side,    10:33:05

16 then, who was a sales manager who was in charge of all

17 these departments and rolling up the forecasts and

18 getting it to you or --

19     A     No, the forecasts were given to us by the

20 individual departments, and the individual departments

21 had someone who was in charge of sales.

22     Q     Okay.  And how many salespeople were there,

23 approximately, in your division at that time?

24     A     I don't recall.

25     Q     Was it hundreds or just a handful?

**7/11/2007  Goedde, Alan**

1    A    I believe there was a hundred at least.  Maybe          10:33:59

2    several hundred, but at least a hundred.

3    Q    Okay.  Then your resume says from 1986 to

4    1987, director of strategic planning at the NutraSweet

5    Company.

6              How many months did you work at NutraSweet?

7    A    I think it was about two years.

8    Q    Okay.  So pretty much all of 1986 and '87?

9    A    That's my recollection.

10   Q    And what were your job responsibilities as

11   director of strategic planning?

12   A    I was responsible for developing the --

13   working with the management to develop the strategic

14   plan.

15   Q    What was the strategic plan?                            10:34:55

16   A    It was a plan for managing the current sales

17   and looking at potential acquisitions.

18   Q    Did it involve creating quarterly revenue

19   forecasts?

20   A    Yes.

21   Q    And annual forecasts?

22   A    Yes.

23   Q    Okay.  Did it also involve creating budgets?

24   A    Yes.

25   Q    And who did you report up to?

7/11/2007  Goedde, Alan

```
1        A    I reported to a vice-president.  I forget his      10:35:30
2   title.
3        Q    Okay.  Was that somebody in a finance role,
4   finance department, or was there just a vice-president of
5   strategic planning?
6        A    No, it was a vice-president of finance.
7        Q    Okay.  And that person reported to the CFO?
8        A    I think that person was the CFO.
9        Q    Okay.  So you reported directly to the CFO?
10       A    Yes.
11       Q    Okay.  And who reported to you?  Who were the
12  people underneath you?
13       A    People who did acquisitions research, people
14  who assisted me in developing the planning and
15  accumulating the documents for the sales forecast.        10:36:26
16       Q    Okay.  And was there a pipeline of sales
17  opportunities at NutraSweet?
18       A    Yes.
19       Q    Okay.  And what kind of customers did
20  NutraSweet have?
21       A    They were mostly food customers.
22       Q    So were there largely repeat customers, then,
23  month in and month out?
24       A    There was a repeat component, and there were
25  some opportunities every quarter.
```

**7/11/2007  Goedde, Alan**

1     Q     Okay.  How much of -- what percentage of the          10:37:07

2     revenue each quarter was from repeat ongoing orders?

3          A     I don't recall.

4          Q     Ballpark?  Better than 50 percent?

5          A     I believe so.

6          Q     Better than 75 percent?

7          A     I don't recall any closer.

8          Q     Was there any hockey stick effect at

9     NutraSweet, or were sales pretty evenly distributed

10    throughout each month of the quarter?

11         A     Well, for some with long-term contracts,

12    obviously, it was pretty well distributed, and then there

13    were the opportunities, which came and went.

14         Q     Okay.  Was there any seasonality to the

15    business?                                                 10:38:02

16         A     Just for quarterly earnings or quarterly sales

17    incentives.

18         Q     What do you mean by that?

19         A     There would be incentives to close deals by

20    the end of the quarter.  So in that respect there would

21    be additional deals closed at the end of the quarter.

22         Q     Okay.  Did the four quarters of the year each

23    approximately contribute 25 percent to the annual

24    revenue, or were some quarters bigger than others?

25         A     I don't recall.

**7/11/2007  Goedde, Alan**

1       Q    What percentage of your time was spent          10:38:46

2   preparing revenue or earnings forecasts as opposed to

3   your other tasks?

4       A    Well, at different points of the year it would

5   be a hundred percent of the time, and then it would be --

6   I'd be working on other issues, acquisitions issues.

7       Q    And so was there some period of time for each

8   quarter where you spent a hundred percent of your time on

9   it or just annually?

10      A    A hundred percent of the time for different

11  parts of the quarter, and then did some additional

12  preparation for -- depending on what the audit cycle was.

13  And then the rest of the time was spent on planning and

14  acquisitions development.

15      Q    Okay.  Including the time that you were          10:39:39

16  spending a hundred percent on forecasting each quarter,

17  on balance, what percentage of your job responsibility

18  was forecasting versus other activities?

19      A    I don't recall the exact percentages, but I

20  mean, my responsibility was dealing with the strategic

21  plan, which was -- then a subcomponent of that was the

22  quarterly forecast.  And then my other responsibilities

23  dealt with evaluating potential investment opportunities.

24      Q    Was it about 25 percent of your time or 50

25  percent of your time that was taken up doing these

**7/11/2007  Goedde, Alan**

1    forecasting duties?                                          10:40:21

2          MR. BRITTON:  Objection.  Vague as to time.

3          THE WITNESS:  It's just hard for me to calculate

4    it, because it would come in blocks of time, where I'd

5    have to spend time dealing with the budget, and then once

6    that's over, then I would work on other things.  So it's

7    a little difficult for me to annualize that and say how

8    much time was spent.

9    BY MS. KYROUZ:

10         Q    And did you -- when you were focusing on

11   quarterly forecasts, was it typically at the end of the

12   quarter that took most of your time or in the beginning

13   of the quarter?  How did that play out?

14         A    Well, the beginning of the quarter was the

15   initiation of the forecast.  The end of the quarter was   10:40:59

16   trying to accumulate the results.  So those were two

17   periods where there was more activity.

18         Q    Okay.  And did you receive weekly forecasts

19   from the field that you analyzed or at some other

20   interval?

21         A    We received a type of flash report at --

22   periodically.  I forget the exact time periods.

23         Q    Were those actual results or updated forecasts

24   throughout the quarter?

25         A    The flash reports were actual results.  And

**7/11/2007  Goedde, Alan**

1    then there was some activity about, you know -- in the          10:41:36

2    flash report it would contain some projection whether

3    they were on track or not on track.

4          Q    Did the various sales groups report to you

5    updated forecasts?  Setting aside the actual results, did

6    they also tell you what they thought their best estimate

7    was every couple weeks, or was it just once at the

8    beginning of the quarter?

9          MR. BRITTON:  Objection.  Asked and answered.

10         THE WITNESS:  It was periodic.  It was not just in

11   the beginning of the quarter.  There'd be updates,

12   management updates, and various other pieces of

13   information that would flow to determine whether they

14   were on track or not on track to meet forecast.

15   BY MS. KYROUZ:                                                   10:42:24

16         Q    Okay.  And did NutraSweet give public guidance

17   during this period?

18         A    I don't believe they did.

19         Q    Okay.  And did NutraSweet give guidance to

20   analysts?

21         A    I don't believe NutraSweet did.  It was at

22   that time owned by another company.  So I believe if

23   there was guidance or any contacts with analysts, that

24   was at a different level.

25         Q    Okay.  So NutraSweet was a wholly-owned

**7/11/2007  Goedde, Alan**

1    subsidiary?                                                          10:42:53

2         A    Yes.

3         Q    And what was the parent company?

4         A    Monsanto.

5         Q    Okay.  And did your NutraSweet forecast, then,

6    get forwarded up to Monsanto?

7         A    Yes.

8         Q    Okay.  Did Monsanto issue public guidance?

9         A    I don't know.

10        Q    Do you know whether any of the forecast

11   numbers that you created were ever given to the public

12   market at -- either through Monsanto or otherwise?

13        A    I don't know.

14        Q    Okay.  Do you ever recall missing the forecast

15   and having someone tell you that your forecast had been      10:43:33

16   inaccurate?

17        A    It didn't really work like that.  We were

18   always adjusting the forecast or revising it.  So by the

19   time it got to Monsanto, it was -- you know, we either

20   made revisions of our forecast if it -- if we weren't on

21   track to do it, to meet the forecast.  So it was more a

22   match against whether we met budget or not.

23        Q    Okay.  So every couple of weeks, when you got

24   updates from the field, you would also revise your

25   forecast and send it on up to Monsanto within the

**7/11/2007  Goedde, Alan**

```
1    quarter?                                                      10:44:13

2         A    I forget how often it was sent up to Monsanto,

3    but we updated our forecast depending on the results

4    received from the field and other decisions of

5    management.

6         Q    And do you know, with respect to NutraSweet's

7    revenues, what percentage that constituted of Monsanto's

8    overall revenue?

9         A    I knew at one time.  I don't recall now.

10        Q    Would it be fair to say it was a tiny

11   fraction?

12        MR. BRITTON:  Objection.  Tiny --

13        THE WITNESS:  It was a highly-profitable company.

14   I wouldn't call it a tiny fraction.

15   BY MS. KYROUZ:                                                 10:44:56

16        Q    With respect to profits?  I'm sorry, your

17   answer was -- answering with respect to profitability.

18   I'm asking about revenues.

19             I mean, what percentage of the revenues of

20   Monsanto would it be?  Would that be a tiny fraction?

21        A    I just don't recall.

22        Q    Okay.  Do you have any ballpark sense of what

23   NutraSweet's annual revenues were at the time you were

24   there?

25        A    I just hadn't thought about it in a while, and
```

1       I --                                                          10:45:27

2           Q    Okay.

3           A    -- don't recall.

4           Q    And was there any analysis done, either at

5       NutraSweet or at Monsanto that you're aware of, where

6       anyone compared what your forecast was at the beginning

7       of the quarter to what the actual results were for the

8       quarter?

9           A    I don't recall that analysis being done.

10          Q    So you weren't judged based on whether your

11      forecasts were accurate by someone who was looking and

12      comparing your original forecast to how the quarter

13      turned out?

14          A    Well, the forecast would just be updated to

15      make sure -- see it was accurate.  We were aiming for a      10:45:53

16      target that was -- that was part of the budgeting

17      process.  And then forecasting would initially be focused

18      on that budget target.  As the quarter went on, it would

19      be updated to be realistic about what the prospects were

20      for meeting that target.

21          Q    So did you create your forecast in a -- using

22      a top-down methodology, based on what the budget had been

23      set at?

24          A    Well, we were responsible for developing the

25      budget as well as the forecast.  So at the very beginning

**7/11/2007  Goedde, Alan**

```
1    of the period those two things would coincide.  We'd have     10:45:53
2    a forecast of our ability to meet that budget, and then,
3    as the period of time went on, our forecast would be
4    revised up and down to be realistic.  And then we would
5    either have a gap or a surplus over budget.
6         Q    And were the budgets prepared on a quarterly
7    basis?
8         A    There'd be an annual budget, and then it would
9    be updates on a quarterly basis.
10        Q    And so the forecasting metric you used was
11   whether you were on target to meet budget for the year?
12        MR. BRITTON:  Objection.  Mischaracterizes
13   testimony.
14        THE WITNESS:  The forecasting metric was what was
15   the forecast.  It was -- once the budget is set, then the   10:45:53
16   forecast really operates independently of the budget.
17   And --
18   BY MS. KYROUZ:
19        Q    So at the end of the quarter you weren't
20   concerned about whether the actual results compared
21   favorably to what your forecast was at the beginning of
22   the quarter?  You were more concerned about how it
23   compared to the annual budget?
24        MR. BRITTON:  Objection.  Mischaracterizes
25   testimony.
```

**7/11/2007  Goedde, Alan**

1       THE WITNESS:  Well, we're always concerned about        10:45:53

2   how the forecast compares, because in the beginning of

3   the period we set a forecast which we think is accurate

4   at that time, and then so we're always concerned about

5   when there's a deviation from that, either positive or

6   negative.

7           So there's concern about it, to try to improve

8   the forecasting process and -- but the forecasting

9   process operates on a -- on its own track, and we look

10  for ways to improve it or get better information all the

11  time.

12  BY MS. KYROUZ:

13      Q   So you did look at the accuracy of the

14  forecast, looking at the actual results compared to what

15  the forecast was at the beginning of the quarter?        10:45:53

16      A   Sure.

17      Q   Okay.  And did you create some sort of a

18  metric to determine how accurate your forecasts were?

19      A    Well, different sales executives had metrics

20  of what they would fork -- what they would think would

21  put them on track or off track of a forecast.

22      Q   Okay.  So historically, did you keep track of

23  how accurate certain sales executives' forecasts had been

24  at the beginning of the quarter versus where they came

25  out at the end?

**7/11/2007  Goedde, Alan**

1      A    I had a general idea of what that was.        10:45:53

2      Q    Okay.

3      A    It varied.  It would vary every year.  Things

4    changed.  So it's not something where you necessarily

5    look at what happened in the immediate quarter or the

6    immediate -- the immediate year.  Excuse me, immediate

7    prior year.

8      Q    And were there any financial consequences to

9    these sales executives for -- if they didn't -- if their

10   actual results were not as high as what they had

11   forecasted?

12     A    Well, the consequences would be if budget

13   targets weren't met.  Because compensation would be more

14   closely related to budget targets, and the forecast was a

15   means to meet those targets.                        10:45:53

16     Q    So it wasn't tied to their ability to achieve

17   a particular quarterly forecast, just the annual budget?

18     MR. BRITTON:  Objection.  Mischaracterizes

19   testimony.

20     THE WITNESS:  Well, the forecasts at the beginning

21   of the year is set equal to the budget.  They're both

22   developed simultaneously, the budget and the forecast.

23   And then as the year goes on, the -- of course, there's

24   some sort of consequence if the numbers received in the

25   forecasting process are wildly off what we originally

**7/11/2007  Goedde, Alan**

```
 1    anticipated.  It's not necessarily consequence.        10:45:53

 2    There's -- there could be reasons why there might be a

 3    deviation.

 4         THE REPORTER:  I'm sorry, I need to go off the

 5    record.

 6         THE VIDEOGRAPHER:  We're actually about 20 minutes

 7    out of this tape.  Either end this tape now or go back

 8    on --

 9         MS. KYROUZ:  Why don't we just go another ten

10    minutes or so.

11         THE VIDEOGRAPHER:  We're going off the record at

12    10:50.

13              (Brief recess taken.)

14         THE VIDEOGRAPHER:  And we are back on the record at

15    11:07.                                                  11:07:57

16    BY MS. KYROUZ:

17         Q    Why did you leave NutraSweet?

18         A    I started a company.

19         Q    Okay.  What was that company?

20         A    It was called The Mentor Group.

21         Q    Okay.  What did you do?

22         A    We were attempting to get investors to develop

23    a low-level radioactive waste facility in southern

24    Indiana.

25         Q    Okay.  And --
```

1        A     Excuse me, southern Illinois.                    11:08:40

2        Q     Okay.  Did you -- do you know when in 1987 you

3   started that?

4        A     I forget, as I sit here.

5        Q     Okay.  And how long did you do that for?

6        A     I believe it was year and a half, two years.

7   I have to look.

8              Yeah, year and a half maybe.

9        Q     And so -- it says in 1988 -- at some point in

10  1988 you were a manager at Coopers & Lybrand.

11             So does that mean -- you must have started

12  that project somewhere in the middle of 1987?

13       A     I don't recall.

14       Q     And what did you do at Coopers & Lybrand?

15       A     I was a manager in their consulting group.      11:09:56

16       Q     Okay.  What kind of consulting?

17       A     It was litigation consulting.

18       Q     And what kinds of tasks/projects did you work

19  on?

20       A     I worked on projects involving some antitrust

21  analysis and business valuations.

22       Q     Have you ever taught any courses at the

23  college level?

24       A     Yes.

25       Q     What teaching experience do you have?

**7/11/2007  Goedde, Alan**

1    A    I -- let's see.  I was a teaching assistant          11:10:53

2  for several years while I was a graduate student.  And

3  then I taught a course in international economics at

4  American University in Washington, D.C.

5        Q    When was that?

6        A    I believe that was in the 1979/1980 time

7  period.

8        Q    Okay.  When you were at the Government?

9        A    Yes.

10       Q    Okay.  Ever taught any courses on forecasting?

11       A    I don't think I taught a course that was

12  specific about forecasting, but that certainly comes

13  into -- or came into the courses that I was teaching.

14       Q    And have you done any peer-reviewed studies on

15  forecasting or budgeting, published any?                 11:11:49

16       A    No.

17       Q    In the publications listed -- it says,

18  "Publications and Presentations" listed on your CV.

19  You've got something on the American Institute of

20  Certified Public Accountants, regression analysis in

21  litigation.

22            What was that about?

23       A    That was a presentation on the use of

24  regression analysis in different types of analyses.

25       Q    It says, "Conferences on fraud and

1    litigation."                                              11:12:34

2           Was that use of regression analysis in

3    securities fraud cases?

4    A    There was discussion about securities fraud

5    cases.  I was -- my talk was a little bit broader, but it

6    involved securities fraud.

7    Q    Okay.  And was that presentation published?

8    A    I don't believe so.

9    Q    Okay.

10   MS. KYROUZ:  Can we get a copy of that?

11   THE WITNESS:  I don't believe so.  I don't know one

12   way or the other.  I don't think they did, but --

13   MR. BRITTON:  We'll check.  If it's there, we'll

14   produce it.

15   BY MS. KYROUZ:                                            11:13:10

16   Q    Okay.  Have you published anything in the area

17   of assessing or evaluating macroeconomic conditions?

18   A    I don't believe so.

19   Q    Have you served in any position where you were

20   advising on macroeconomic conditions?

21   A    Yes.

22   Q    What was that?

23   A    I was on -- or am on the board of directors of

24   a foundation.

25   Q    Which foundation is that?

**7/11/2007  Goedde, Alan**

| | | | |
|---|---|---|---|
| 1 | A | Associated Foundations. | 11:14:17 |

2     Q     Okay.  What's that?

3     A     That is a charitable organization that makes

4     grants to universities and other community organizations.

5     Q     Who owns Associated Foundations?

6     A     It's endowed by several investors.  There's a

7     board.  I guess the owner is an individual by the name

8     of -- I'm blanking on his last name.  I'll remember it in

9     a few minutes, but I just don't -- I forget it right now.

10    Q     And who are some other major investors?

11    A     I don't recall -- there aren't necessarily

12    investors.  It was endowed by another individual, and

13    there've been subsequent contributions to it.  So it has

14    an endowment from which it disburses funds to public

15    institutions, zoos and educational institutions.        11:15:33

16    Q     How did you come to be affiliated with it?

17    A     I was asked to join the board by the -- by the

18    owner, whose name I can't remember right now.

19    Q     Okay.  And is there a particular issue or

20    purpose other than funding to universities?  Is there a

21    particular subject matter that's associated with it?

22    A     It funds outreach programs to fund -- programs

23    like for a zoo to provide outreach to public schools or

24    for other institutions, museums, to provide outreach to

25    public schools.

**7/11/2007  Goedde, Alan**

```
1          Q    Okay.  And what is the advice that you've          11:16:17

2    given about the macroeconomic conditions to this board?

3          A    I'm on the finance committee, which is

4    responsible for investing the endowed funds.

5          Q    And so how does that implicate the

6    macroeconomy?

7          A    At periodic meetings we look at what the

8    economy is and what the stock portfolio is and meet with

9    the brokers and make some determinations about where we

10   want to go in the next quarter.

11         Q    Okay.  And so it's -- your role is with

12   respect to choosing the investments that you're going --

13   the company's going to make?

14         MR. BRITTON:  Objection.  Mischaracterizes

15   testimony.                                                     11:17:05

16         THE WITNESS:  My role is helpful in choosing the

17   investments.  I focus on economic issues that are -- we

18   expect in the future or we figure out what sectors of the

19   economy we should be investing in in the future.  It's a

20   group of people for which I contribute my advice.

21   BY MS. KYROUZ:

22         Q    Okay.  And when did you join this board?

23         A    It was approximately five years ago, I

24   believe.

25         Q    2002?
```

7/11/2007  Goedde, Alan

```
1        A    Yes.                                            11:17:39

2        Q    And what types of sectors are they invested

3   in?  You said you advise about what types of sectors to

4   invest the stocks.

5        MR. BRITTON:  Objection.  Vague as to time.

6        THE WITNESS:  We would look at some information --

7   we would collect information from a variety of sources

8   about what's going on in the economy and the particular

9   sectors that are particularly active or inactive at this

10  particular time and what are some of the macroeconomic

11  factors we're seeing that could affect, you know, where

12  we should be with our investments.

13         And then we meet and discuss these, and decide

14  if it makes sense to make any change in our portfolio and

15  decide what the next direction should be, if there should  11:18:40

16  be a change over the next quarter.

17  BY MS. KYROUZ:

18       Q    Is the portfolio diversified?

19       A    Yes.

20       Q    And what kinds of macroeconomic indicators do

21  you look at to assist in that process?

22       A    We look at, you know, recent pronouncements by

23  the Federal Reserve Board.  We look at what other

24  macroeconomic -- economists are saying about the

25  forecasts for the economy, government initiatives in the
```

**7/11/2007  Goedde, Alan**

1    economy.  It's in broad-based economic factors.                11:19:15

2         Q    Is there any other context in which you've

3    provided information or advice on the macroeconomy?

4         A    I can't think of any others.

5         Q    Have you ever done a forecast of macroeconomic

6    conditions, where they're going in the future?

7         A    Yes.

8         Q    Okay.  In what context?

9         A    I did a forecast for the Export-Import Bank.

10   When I was there they were looking at specifically

11   developing some economic expertise about the future

12   economic growth areas.

13        Q    So that was in 1979 to 1981?

14        A    Yes.

15             I think maybe to broaden that -- I mean, we've    11:20:30

16   always looked at the economy in each of my jobs in

17   strategic planning, whether it was for Andersen or First

18   Bank -- National Bank of Chicago or NutraSweet.  Those

19   broad factors are certainly part of what would go into

20   our forecast and we need to be, you know, mindful of them

21   in determining what -- whether there should be changes to

22   the forecast.

23        Q    But you weren't asked to do a macroeconomic

24   forecast, to actually prepare one, in terms of what the

25   future was going to be of the economy?

**7/11/2007  Goedde, Alan**

```
1          A    No, we used our interpretation --              11:21:04

2          MR. BRITTON:  Objection.  Mischaracterizes

3     testimony, vague.

4               Go ahead.

5          THE WITNESS:  We would use macroeconomic forecasts

6     that were prepared by others and had our own assessment

7     of them and analyze them from that perspective.

8     BY MS. KYROUZ:

9          Q    And doesn't look, from the discussion we've

10    had today, that you've ever done a forecast for a

11    technology company.

12              Is that fair?

13         A    Other than what we've discussed today.  That's

14    been the extent of my forecasts for technology companies.

15         Q    Okay.  What do you think we've discussed today  11:21:41

16    that's a technology company?

17         A    Well, the Sputtered Films involved technology

18    issues in particular.

19         Q    Okay.  That's the expert testimony?

20         A    Yes.

21         Q    Yeah.

22              With respect to your job -- that is, not being

23    hired as an expert, but in terms of your job experience,

24    have you ever done a forecast for a technology company?

25         A    I don't believe so.
```

**7/11/2007  Goedde, Alan**

| | | | |
|---|---|---|---|
| 1 | Q | How about a software company in particular? | 11:22:02 |

1      Q    How about a software company in particular?      11:22:02

2      A    I don't believe so.

3      Q    You said in your opening report that one of

4    your opinions is that Oracle was facing a major

5    macroeconomic change heading into Q3, fiscal Q3 of '01.

6         What is your definition of a major

7    macroeconomic change?

8      A    A change that affects their business.

9      Q    So you're saying it's a macroeconomic change

10   that affects Oracle's business?

11     A    Yes.

12     Q    So you only know a major macroeconomic

13   change's occurred, then, if you look back and see

14   whether, in fact, it changed the company's business?

15     MR. BRITTON:  Objection.  Vague.      11:23:03

16     THE WITNESS:  A macroeconomic change would be

17   determined outside the actions of the business.  Those

18   are two separate things.

19   BY MS. KYROUZ:

20     Q    Okay.  You said your definition of a major

21   macroeconomic change was a change that affects Oracle's

22   business.

23         Am I understanding that right?

24     A    Yes.

25     MR. BRITTON:  Objection.

7/11/2007  Goedde, Alan

```
1              Let me object.                           11:23:28

2    BY MS. KYROUZ:

3       Q    So when you say a major -- you said a

4    macroeconomic change would be determined outside the

5    actions of the business.

6              What do you mean by that?

7       A    I would look at issues that affected the

8    market for the particular business's products.  In this

9    case, the market that Oracle was involved in, there'd

10   be -- there was a major macroeconomic change that would

11   affect Oracle's business in that market.

12      Q    So you're saying -- when you say that Oracle

13   was facing a major macroeconomic change, you're saying it

14   was the sector that Oracle operated in, that part of the

15   economy had suffered some sort of an economic --          11:24:12

16   macroeconomic change?  Is that what you mean?

17      A    The sector that -- in which it sold its

18   products.  The purchasers of those -- there was a major

19   macroeconomic change that affected the purchasers of

20   Oracle's products.

21      Q    So I'm asking you for a definition of what you

22   mean by a major macroeconomic change, and you're using

23   the term in your answer.  So it's not really defining

24   what you mean by it.  You're simply reiterating that you

25   thought there was a major macroeconomic change.  Now I
```

1    guess you're saying in respect to potential customers.        11:24:48

2                What --

3         MR. BRITTON:  Objection to that colloquy.  It's --

4    mischaracterizes his testimony.

5    BY MS. KYROUZ:

6         Q    I'm asking for your definition of how you know

7    what is a major macroeconomic change.

8         MR. BRITTON:  Objection.  Asked and answered.

9         THE WITNESS:  Macroeconomics would be outside the

10   operation of Oracle.  There were several changes.  The

11   economy -- overall economy was experiencing a period of

12   lower growth, and the more sector-specific economy was

13   experiencing a change in growth as well.

14   BY MS. KYROUZ:

15        Q    Okay.  So a period of lower growth or change        11:25:31

16   in growth is, in your mind, a major macroeconomic change?

17        A    Yes.

18        Q    Is there -- over what particular time period

19   would there have to be a lower growth rate for there to

20   be a major macroeconomic change, according to your

21   definition?

22        A    It would affect -- it's not so much the time

23   period.  It's what the extent of the change was.

24        Q    So when you say a change -- a change from

25   what?  From -- at any other point in time there had been

**7/11/2007  Goedde, Alan**

1    a different macroeconomic condition?                          11:26:18

2         MR. BRITTON:  Objection.  Vague.

3         THE WITNESS:  I'm not sure I understand your

4    question.

5    BY MS. KYROUZ:

6         Q    You're saying -- you're positing that there

7    would be a major macroeconomic change when there's lower

8    growth or some other change in the economic situation.

9              And I'm saying a lower growth -- lower than

10   what?  What's the comparative to know that something has

11   changed?  Changed from what?

12        A    I would look to see if there was a change from

13   a period of high growth to a period of much lower growth.

14   That would be one way of looking at a macroeconomic

15   change.  Say a turning point.  If the company had          11:26:59

16   undergone a number of periods of high growth and now the

17   conditions were shifting so that they were in low growth,

18   that would be a major change.

19        MS. KYROUZ:  I think we need to change the tape.

20        THE VIDEOGRAPHER:  This concludes Tape Number 1.

21   We're going off the record at 11:27.

22              (Brief recess taken.)

23        THE VIDEOGRAPHER:  And this begins Tape Number 2.

24   We are back on the record at 11:28.

25   BY MS. KYROUZ:

**7/11/2007  Goedde, Alan**

```
1          Q    So at what point does something qualify as a      11:28:32

2     major macroeconomic change?  You said there would be some

3     sort of a turning point.  At what level is there a

4     turning point?  What constitutes a major change, as

5     opposed to some other change?

6          A    A major change would be if there's been a

7     trend in one direction over a period of time and then

8     that trend shifts.  So it's more looking at the trend.

9          Q    So you think any change in the trend of the

10    economy is a major macroeconomic change?

11         MR. BRITTON:  Objection.  Mischaracterizes

12    testimony.

13         THE WITNESS:  No, not necessarily.

14    BY MS. KYROUZ:

15         Q    Okay.  So how do you know if it qualifies to      11:29:09

16    level of a major macroeconomic change under your

17    definition?

18         A    I would look to see what the conditions are of

19    the change, what -- I'd have to look in more detail of

20    the different changes.

21         Q    You're saying you know it when you see it, in

22    terms of what you consider to be major?

23         MR. BRITTON:  Objection.  Mischaracterizes

24    testimony.

25         THE WITNESS:  No, not at all.
```

**7/11/2007  Goedde, Alan**

1    BY MS. KYROUZ:                                                          11:29:32

2         Q    Okay.  Well, then how do we know what is your

3    definition of a major macroeconomic change, as opposed to

4    some other change?

5         MR. BRITTON:  Objection.  Asked and answered.

6         THE WITNESS:  For example, in the U.S. economy, it

7    had gone from a period of where there was concern about

8    inflation and to a period of time, judging about what the

9    Federal Reserve said, is a period of time where there's

10   concern about slower growth.  So that would be quite a

11   change.

12   BY MS. KYROUZ:

13        Q    So is there any way to tell when you get past

14   the turning point that qualifies as a major macroeconomic

15   change?  How much decline in a growth rate does there        11:30:13

16   have to be?

17        A    I don't think there's one number.  It's what

18   the impact of the change is.  If growth is -- has come to

19   be expected or depended upon by the companies in the

20   market or others in the market and then that growth is no

21   longer occurring, that would require -- that's a change.

22   And it would require some sort of activity or action on

23   behalf of the participants in the market.

24        Q    Is "major macroeconomic change" a term of art

25   in macroeconomics?

**7/11/2007  Goedde, Alan**

```
1          A    I'm not aware that it's a term of art.        11:30:57

2          Q    Has it ever been used in any peer-review

3    article you've ever seen?

4          A    I don't know.

5          Q    Have you ever used that term before?  You ever

6    offered an opinion about what constitutes a major

7    macroeconomic change?

8          MR. BRITTON:  Objection.  Asked and answered.

9          THE WITNESS:  I think I've differentiated about

10   changes that are of little consequence and changes that

11   could have greater implications.

12   BY MS. KYROUZ:

13         Q    Have you ever used the term before, "major

14   macroeconomic change," in offering an opinion?

15         A    I don't know.                                  11:31:31

16         Q    So the major macroeconomic change that you're

17   referring to in your report in this case, are you

18   referring to a comparison, then, between Oracle's fiscal

19   3Q '01 and the year prior 3Q '00?  Is that how you're

20   defining the change?

21         A    Well, there is a change between those two

22   periods.

23         Q    When you say there's a macro -- major

24   macroeconomic change, are you saying between 3Q '00 and

25   3Q '01?
```

**7/11/2007  Goedde, Alan**

1    A    Yes, that was a period of time in which there        11:32:21

2    was major macroeconomic change or changes.

3        Q    Okay.  And is it your opinion that the economy

4    as a whole was declining in that time period?

5        A    I don't know that the economy was declining.

6    The way it was defined is that the economy was entering a

7    period of much slower growth.

8        Q    So you agree the economy wasn't contracting

9    during that period?

10       MR. BRITTON:  Objection.  Vague as to time.

11       THE WITNESS:  Could you repeat your question about

12   the time period?

13   BY MS. KYROUZ:

14       Q    Yeah.

15            At any time between 3Q '00 and the beginning     11:32:52

16   of 3Q '01, is it your opinion that the economy was

17   contracting?

18       MR. BRITTON:  Objection.  Vague.

19       THE WITNESS:  I don't believe the economy was

20   contracting.  The economy was undergoing a period of much

21   slower growth.

22   BY MS. KYROUZ:

23       Q    Okay.  Is it also your opinion that the

24   economic conditions that Oracle faced at the beginning of

25   the second quarter of 2001, fiscal 2001, was -- that

**7/11/2007  Goedde, Alan**

```
1    there was a major macroeconomic change between that time        11:33:39
2    period and 2Q of '00?
3         A    I think the turning point in --
4         Q    No, using fiscal, fiscal terms.
5         A    What was the time period that you're referring
6    to?
7         Q    Well, we talked about Oracle's fiscal 3Q '00
8    to 3Q '01, and you're saying you thought there was a
9    major macroeconomic change in that time period, and I'm
10   asking, if you shift it back a quarter, between 2Q of '00
11   and 2Q of '01, whether you think there was a major
12   macroeconomic change.
13        A    I think the changes -- the more important
14   change occurred between Q3 '00 and Q3 '01, that there was
15   a high point, in fact, for Oracle's sales in Q3 '00, and   11:34:36
16   that was more or less a peak in sales.  And so there was
17   a major macroeconomic change between Q3 '00 and Q3 '01.
18   And to a lesser degree between Q2 '00 and Q2 '01.
19        Q    When you say there was a peak in sales, you
20   think that Oracle's sales were higher in 3Q '00 than they
21   were ultimately in 3Q '01?
22        MR. BRITTON:  Objection.  Mischaracterizes
23   testimony.
24        THE WITNESS:  In this -- the areas that I was
25   looking, at particularly as affected license sales and
```

**7/11/2007  Goedde, Alan**

```
1    all, the -- it was a change in the rate of growth, again.    11:35:16
2    They had a high growth in Q3 '00, and that was an
3    outlier.  That was much better growth than they had
4    experienced in -- previously.  And then there was a
5    diminution in that growth over -- between Q3 '00 and Q3
6    '01.
7    BY MS. KYROUZ:
8         Q    So you're say that, in your opinion, there was
9    much slower growth in the U.S. economy from 3Q '00 to 3Q
10   '01.
11             How much slower does it have to be to be a
12   major macroeconomic change, then?
13        A    I didn't differentiate --
14        MR. BRITTON:  Objection.  Asked and answered.
15        THE WITNESS:  -- the degree.  It became an         11:35:59
16   important change for Oracle, because it was a change in
17   the level of growth that they had been experiencing in
18   prior years and quarters.
19   BY MS. KYROUZ:
20        Q    And you think that was reflected in Oracle's
21   actual results as of December 14th, 2000?
22        MR. BRITTON:  Objection.  Vague and
23   unintelligible.
24        THE WITNESS:  Could you clarify your question for
25   me, please.
```

```
1    BY MS. KYROUZ:                                          11:36:32

2         Q    Do you think that Oracle -- you said you

3    thought Oracle was having a lower -- what did you say? --

4    the level of growth had -- was declining between 3Q '00

5    and 3Q '01, and I'm saying, with respect to 2Q '01, is it

6    your opinion that by the end of that quarter Oracle had

7    experienced slower growth?

8         MR. BRITTON:  Objection --

9         THE WITNESS:  By the end of --

10        MR. BRITTON:  -- vague as to time.

11        THE WITNESS:  By the end of 2Q '01, there were some

12   characteristics of lower growth, particularly their

13   dot-com business was -- had diminished.  They were

14   experiencing difficulties selling their applications

15   products.  There's a combination of factors.  There's no   11:37:20

16   one factor that determines the --

17   BY MS. KYROUZ:

18        Q    But you think Oracle's overall results were

19   reflecting a lower growth as of the end of 2Q '01?

20        MR. BRITTON:  Objection.  Mischaracterizes

21   testimony.

22        THE WITNESS:  I didn't really look at Oracle's

23   overall growth.  I'm looking at the sectors that I was

24   involved in.  So maybe I'm not answering your question.

25   Perhaps you could restate it for me.
```

7/11/2007  Goedde, Alan

```
1    BY MS. KYROUZ:                                              11:37:50

2        Q    I'm just asking whether you are testifying as

3    to whether it's your opinion that Oracle had experienced

4    slower growth rates as of the end of 2Q '01 compared to

5    3Q '00 or 2Q '00.

6        MR. BRITTON:  Objection.  Vague asked and

7    answered.

8        THE WITNESS:  I don't know that Oracle had

9    experienced slower growth rates in 2Q.  The economy and

10   the markets in which it was trying to sell its products

11   were experiencing changes during --

12   BY MS. KYROUZ:

13       Q    Okay.

14       A    -- that time.

15       Q    So your opinion is not that Oracle's sales had   11:38:27

16   experienced any slowing in growth?  It's that the

17   customers, the potential customers that Oracle was

18   selling to, had experienced this change of lower growth?

19       MR. BRITTON:  Objection.  Mischaracterizes

20   testimony.

21       THE WITNESS:  The customers -- I didn't analyze

22   whether the customers were experiencing lower growth.  I

23   was analyzing the market in which Oracle sells its

24   products.  And that market was experiencing lower

25   growth.
```

**7/11/2007  Goedde, Alan**

```
1    BY MS. KYROUZ:                                            11:39:00

2         Q    And what is the market or the various sectors

3    that Oracle was selling its products into?

4         A    Oracle sells its products into the I.T.

5    sector, the software sector of information technology

6    purchases.

7         Q    But that's not who the customers are?  You're

8    saying Oracle's in the sector of -- in the business of

9    selling software?

10        A    Yes.

11        Q    Okay.  But you mentioned Oracle's potential

12   customers.  And I'm asking what sector you think would --

13   of the economy was affected that --

14        A    Well, the sector of the economy was affected

15   was the lower growth in I.T. purchases.  Customers have    11:39:38

16   I.T. departments.  What was being affected was the slower

17   growth in the purchases of software and hardware in I.T.

18        Q    Across all sectors of the economy, companies,

19   manufacturing, health, all sectors?  You think that I.T.

20   spending was reflected as being down in the economy at

21   the start of 3Q '01?

22        A    Yes, there were indications that I.T.

23   spending -- or the expectations of future spending were

24   diminished.

25        Q    You think the spending was down or just the
```

**7/11/2007  Goedde, Alan**

1     expectations in the future were?                          11:40:17

2          A    I think that, actually, it was the growth in

3     spending was declining.  The rate of growth was at a

4     lower level.

5          Q    And what macroeconomic factor or data point

6     are you referring to?

7          A    I looked at technology spending, and I looked

8     at some reports of chief information officer surveys.  I

9     looked at articles in the general press.  And the Fed

10    shortly -- or right around that time was beginning to

11    take notice of the declines in these sectors as well.

12         Q    Is there any way to empirically test your

13    proposition that Oracle's facing a major macroeconomic

14    change as of the beginning of 3Q '01?

15         MR. BRITTON:  Objection.  Vague.                      11:41:22

16         THE WITNESS:  I think I just listed the factors

17    that I looked at.

18    BY MS. KYROUZ:

19         Q    So you looked at certain macroeconomic data,

20    and you think that shows a major macroeconomic change as

21    of the beginning of 3Q '01?

22         A    Yes, there was a change.

23         Q    Now, is it your opinion that Oracle should

24    have done something different to account for declining

25    economic conditions between 3Q '00 and 3Q '01?  Is that

1    your opinion?                                            11:42:16

2         A    I'm not sure I understand what you mean about

3    doing something different.

4         Q    You've contended that the forecasts that

5    Oracle gave on December 14th, 2000, was unreliable

6    because, in your opinion, they failed to adjust for the

7    negative impact of the economy.  Is that your opinion?

8         A    That's one part of it.  It was unreliable for

9    a number of factors, and that was one factor.

10        Q    Okay.  With respect to that aspect of your

11   opinion, you're saying you believe Oracle should have

12   adjusted its forecast in some way to account for what you

13   believe were certain declining economic conditions?

14        A    Yes, that's one of the factors.  They should

15   have adjusted their forecast based on a variety of        11:43:08

16   factors, of which the changes in the economy was one.

17        Q    And is it your view that, in order to be

18   reasonable, Oracle's forecasted EPS growth for 3Q '01

19   should have been lower than the growth rates achieved in

20   3Q '00, based on your view of what the economy had done

21   in the interim?

22        MR. BRITTON:  Objection.  Vague.

23        THE WITNESS:  It's -- my view is based on all the

24   factors, of which the economy is just one factor.

25   BY MS. KYROUZ:

**7/11/2007  Goedde, Alan**

| | |
|---|---|
| 1 | Q    How much lower should the forecasted EPS | 11:43:47 |
| 2 | growth have been in 3Q '01 than it was in 3Q '00? |

3      A    I don't know how much lower it should have

4  been.  They had forecasts.  The problem was with the

5  guidance.

6      Q    So they gave an EPS forecast, Oracle did, in

7  December 14th?

8      A    Yes.

9      Q    Okay.  And you contend that that was too high?

10     A    Yes, it was unreliable.

11     Q    Okay.  What should the EPS forecast have been

12  on December 14th, 2000?

13     A    I don't know what that EPS specifically should

14  have been, but they had a forecast; they had a field

15  forecast at that time, which probably would have been      11:44:30

16  better guidance than the upside adjustment forecast that

17  they -- that they had.

18     Q    So you're saying that the EPS forecast that

19  was given was not reasonable, not reliable, but you don't

20  have any opinion as to what it should have been?

21     A    Well, no.  Let me make it clear.  They

22  shouldn't have given a forecast at all.  That was Mistake

23  Number 1.  Because they didn't have a reliable

24  forecasting system in place.

25          And my opinion is that no forecast should be

**7/11/2007  Goedde, Alan**

```
 1   given.  No guidance should be given at that time, because      11:45:05
 2   they couldn't reliably forecast at that time for a number
 3   of reasons about their forecasting process, the economy,
 4   and all that.  These were all indicators that told me
 5   that it was inappropriate and unreliable for them to
 6   provide guidance at that time.
 7        Q    So you think that there was no number that
 8   Oracle could have provided that would have been
 9   reasonable guidance?
10        A    My --
11        MR. BRITTON:  Objection.  Mischaracterizes
12   testimony.
13        THE WITNESS:  My opinion is that they should not
14   have provided guidance at that time because the
15   unreliability of their forecast.                              11:45:36
16   BY MS. KYROUZ:
17        Q    Based on your analysis of what you contend was
18   a change in macroeconomic conditions between 3Q '00 and
19   3Q -- beginning of 3Q '01, what do you think the
20   forecasted EPS growth rate should have been for Oracle
21   compared to 3Q '00?
22        MR. BRITTON:  Objection.  Asked and answered.
23        THE WITNESS:  My opinion is they shouldn't have
24   given a forecasted or guidance EPS growth rate at that
25   point, because they didn't have a reliable system.
```

**7/11/2007  Goedde, Alan**

```
1    BY MS. KYROUZ:                                              11:46:23

2         Q    So if we were asking you the hypothetical to

3    just look at the effect of the economy and assume that

4    the forecast process itself was perfecting fine.

5              If you were just looking at the change in the

6    economy, do you offer any opinion, based on what you

7    define as the, quote, "major macroeconomic change," of

8    what the reduction in the forecasted growth rate for EPS

9    should have been based on the changes in the economy?

10        MR. BRITTON:  Objection.  Incomplete

11   hypothetical.

12        THE WITNESS:  I don't think I could answer that

13   hypothetical.  I would need a whole lot more information.

14   It's not reasonable to think that there's only one factor

15   that affected them, such as the overall economy.  Doesn't  11:47:04

16   make sense to me.

17   BY MS. KYROUZ:

18        Q    Okay.  But you're offering an opinion, are you

19   not, that part of the reason why Oracle's forecast was

20   unreasonable was due to this -- what you've termed a

21   major macroeconomic change, and I'm asking you what

22   impact you believe that piece of your criticism would

23   have on the number that --

24        A    I didn't make that calculation.

25        Q    You would agree, would you not, that Oracle
```

**7/11/2007  Goedde, Alan**

```
1    was, in fact, forecasting a lower growth rate in 3Q '01        11:47:51

2    than it was in 3Q '00 for EPS?

3          MR. BRITTON:  Objection.  Assumes facts.

4          THE WITNESS:  I forget what their EPS was in 3Q

5    '00.

6    BY MS. KYROUZ:

7          Q    Do you know what the EPS growth rate was,

8    using the forecast that Oracle gave in 3Q '00?

9          MR. BRITTON:  Objection.  Assumes facts.

10         THE WITNESS:  Which time period are you referring

11   to about the growth in EPS?

12   BY MS. KYROUZ:

13         Q    You understand that you can look at the growth

14   rate with respect to EPS in any particular quarter,

15   compared to the prior quarter --                                11:48:39

16         A    Yes.

17         Q    -- in the same -- prior year, same quarter?

18              And if you look at the growth in EPS that

19   Oracle was projecting for 3Q '00, compared to 3Q '01, I'm

20   asking if you understand what the difference in that

21   growth rate is.

22         A    I didn't look at that.  I may have some

23   analysis on it in the report.  I don't recall exactly

24   what it is, as I sit here.

25         Q    And you're not offering any opinion and you
```

**7/11/2007  Goedde, Alan**

```
1    haven't done any analysis as to whether Oracle should          11:49:41
2    have given guidance at any other point in the quarter?
3    You mentioned December 14th, you thought they shouldn't
4    have given any guidance.
5         A    Objection.  Mischaracterizes testimony, asked
6    and answered.
7         THE WITNESS:  Could you restate your question for
8    me, please?
9    BY MS. KYROUZ:
10        Q    Sure.
11             I asked you the question about what you
12   thought guidance should have been on December 14th, 2000,
13   and you told me that there was no number that would have
14   been reasonable, based on your criticisms of Oracle's
15   forecast process.                                               11:50:13
16             So I'm asking if that holds true throughout
17   the quarter, that you think there was no time in which
18   Oracle could have given reasonable guidance throughout
19   the quarter.
20        MR. BRITTON:  Objection.  Mischaracterizes
21   testimony.
22        THE WITNESS:  I don't think I said there was no
23   number that would be reasonable.  I said Oracle's
24   forecasting process wasn't reliable at that time, and
25   that the appropriate response would have been to give no
```

**7/11/2007  Goedde, Alan**

```
 1    guidance at that time.  I didn't make a calculation of        11:50:34
 2    when guidance should be given.  It would be at a time
 3    when they had some more confidence in their forecasting
 4    process.
 5    BY MS. KYROUZ:
 6         Q    And you don't have an opinion about when that
 7    might be?
 8         A    No.
 9         Q    Or what the number would be?
10         A    No.  I hadn't thought about it.  I may have an
11    opinion later on.  I don't have one, as I sit here right
12    now.
13         Q    And so do you think that there is a number
14    that would have been reasonable for guidance?  You took
15    issue when I said that your opinion was that there was no   11:51:09
16    number that would be reasonable that Oracle could have
17    given as guidance, and you disagreed with me.
18              So is there a number that would be reasonable
19    guidance?
20         A    I think I --
21         MR. BRITTON:  Objection.  Asked and answered,
22    mischaracterizes testimony.
23         THE WITNESS:  I think what I was speaking about is
24    I don't recall saying that there was no number that would
25    be reasonable.  I said they shouldn't have given
```

**7/11/2007  Goedde, Alan**

```
1    guidance.                                              11:51:32

2    BY MS. KYROUZ:

3         Q    So does that suggest that there is a number

4    that would have been reasonable guidance?

5         A    No, it doesn't.

6         Q    So you don't think there is a number that

7    would have been reasonable guidance?

8         A    Well, I didn't --

9         MR. BRITTON:  Objection.  Asked and answered.

10        THE WITNESS:  I didn't look at it in that way.

11   Because the forecast was unreasonable and unreliable,

12   there was no reason -- it was unreasonable to give a

13   forecast at that time or give guidance at that time.

14   BY MS. KYROUZ:

15        Q    So in assessing the reliability or           11:52:07

16   reasonableness of the forecast given on December 14th,

17   2000, do you assign a percentage to that of, you know,

18   how reliable and reasonable it was?  You're just saying

19   zero?

20        MR. BRITTON:  Objection.  Vague, unintelligible.

21   BY MS. KYROUZ:

22        Q    Shouldn't have been given at all?

23        MR. BRITTON:  Asked and answered.

24        THE WITNESS:  My opinion is they shouldn't have

25   given a forecast.  It was unreasonable and irresponsible
```

**7/11/2007  Goedde, Alan**

1    to give a forecast -- provide guidance at that time,                11:52:36

2    because the forecasting system -- they didn't have enough

3    experience with it and -- the other factors as well,

4    including macroeconomics.

5    BY MS. KYROUZ:

6         Q    Is it your opinion that any time there's a

7    major macroeconomic change, companies should stop giving

8    guidance?

9         MR. BRITTON:  Objection.  Mischaracterizes

10   testimony.

11        THE WITNESS:  No.

12   BY MS. KYROUZ:

13        Q    Okay.  Under what circumstances is it your

14   opinion that a major macroeconomic change should result

15   in forgoing guidance?                                               11:53:16

16        A    As I mentioned, the economic changes were just

17   one factor that contributed to my opinion that no

18   guidance should be -- should have been given on December

19   14th.  I didn't segment it to determine what the weight

20   was for each of these factors.  They all were combined.

21        Q    Was it reasonable for Oracle to give guidance

22   in Q2 of '01?

23        A    I didn't analyze that.

24        Q    How about in 3Q of '00?

25        MR. BRITTON:  Objection.  Assumes facts.

1        THE WITNESS:  I don't believe they gave guidance at          11:54:02

2    that time.

3    BY MS. KYROUZ:

4        Q    Okay.  Did they -- to the extent that they

5    were, you know, making comments to analysts or things of

6    that nature, do you think it would be appropriate if

7    Oracle had a reasonable forecasting process in place?

8        A    I think the regulations changed of what was

9    going to be expected from companies.  So I don't know

10   that I can answer that question.

11       Q    Assuming that --

12       MR. BRITTON:  That's a conclusion.

13   BY MS. KYROUZ:

14       Q    Okay.

15            Assuming as a hypothetical that the --          11:54:29

16   Oracle's forecasting process was the same in 3Q '00 as it

17   was in 3Q '01 and focusing solely on your opinion about

18   the macroeconomic change, is it your view that the

19   conditions present in 3Q '00 were a major macroeconomic

20   change?

21       MR. BRITTON:  Objection.  Incomplete

22   hypothetical.

23   BY MS. KYROUZ:

24       Q    Such that Oracle shouldn't have been able to

25   give guidance for 3Q '00?

1        MR. BRITTON:  Objection.  Incomplete                   11:54:59

2    hypothetical.

3                I kind of lost the hypothetical.

4                Could you read it back to me?  Or maybe

5    rephrase it?

6                (The record was read as follows:

7                    "Assuming as a hypothetical that

8            the -- Oracle's forecasting process was the

9            same in 3Q '00 as it was in 3Q '01 and

10           focusing solely on your opinion about the

11           macroeconomic change, is it your view that

12           the conditions present in 3Q '00 were a major

13           macroeconomic change?")

14       MR. BRITTON:  Incomplete hypothetical, vague.

15       THE WITNESS:  I don't understand your question.    11:55:33

16   BY MS. KYROUZ:

17       Q    You've said that you thought that 3Q '00 was

18   an outlier with respect to the economic conditions; is

19   that right?

20       A    Yes.

21       Q    So I'm saying, setting aside your criticisms

22   of the forecasting process, do you believe that guidance

23   could -- assuming guidance was being given at that time,

24   would it have been reasonable for Oracle to give guidance

25   or to have a reasonable forecast in 3Q '00, based on the

**7/11/2007  Goedde, Alan**

```
1     state of the macroeconomy?                              11:56:06

2          MR. BRITTON:  Objection.  Incomplete

3     hypothetical.

4          THE WITNESS:  I don't know.

5     BY MS. KYROUZ:

6          Q    You've offered the opinion that the NASDAQ is

7     a reliable gauge of the financial well-being of Oracle's

8     customers, competitors, and the economy as a whole as it

9     relates to Oracle's business.

10              What's the basis for that opinion?

11         A    I state it in my report.  I could go to those

12    pages if you like.

13         Q    Sure.  Why don't you look at Page 5.

14              That's where you summarized your opinion.

15         A    I looked at the -- as I state in my report, as   11:57:13

16    Larry Ellison said, if you plot the stock price of --

17    stock price and that of Cisco, Oracle, and Sun, you see

18    these three companies rose and fell together in perfect

19    synchronization as sentiment about the Internet rose and

20    fell.

21              I also mention that, of the 17 companies that

22    Oracle listed as competitors, over 80 percent trade under

23    the NASDAQ index.  Of the hundred largest stocks on the

24    NASDAQ index, 66 were listed in the information

25    technology industry.
```

**7/11/2007  Goedde, Alan**

```
1        Q    And did you do any empirical analysis to see        11:58:04
2   whether the NASDAQ performance correlated in any way to
3   Oracle's performance?
4        A    I have some analysis on comparing NASDAQ to
5   several metrics of Oracle.
6        Q    What do you mean by several metrics of Oracle?
7        A    I think I look at some --
8        Q    Which exhibit are you referring to?
9        A    I'm looking at Exhibit 4, where I measure the
10   performance of the NASDAQ.  I also have an exhibit -- I
11   believe in the rebuttal report -- where I look at a
12   comparison of NASDAQ to the software sector.  So those
13   are the types of metrics that I use.
14        Q    So you didn't do any analysis to try to
15   determine whether a decline in the NASDAQ correlated in   11:59:29
16   any way to Oracle's performance?
17        A    In what way?
18        Q    With respect to Oracle's revenues, for
19   instance.
20        A    I don't think I did that analysis.
21        Q    You don't disagree with Glen Hubbard's
22   analysis that shows there's no correlation between the
23   NASDAQ performance and Oracle's revenues; do you?
24        MR. BRITTON:  Objection.  Mischaracterizes
25   Mr. Hubbard's report.
```

1          THE WITNESS:  I'm not sure that's what Mr. Hubbard          12:00:01

2     said.

3               I looked at the performance of the NASDAQ with

4     respect to the software industry that Oracle was

5     participating in, and there was a strong correlation.  So

6     that was the basis of my analysis.

7     BY MS. KYROUZ:

8          Q    Okay.  So you don't do any analysis that would

9     refute Glen Hubbard's analysis that shows that the

10    performance of the NASDAQ is in no way correlated to

11    Oracle's revenues?

12         A    Well, I think you --

13         MR. BRITTON:  Objection.  Mischaracterizes

14    Professor Hubbard's report.  As well as Professor

15    Foster's.                                                       12:00:35

16         THE WITNESS:  I think you've asked me a couple

17    different things.

18    BY MS. KYROUZ:

19         Q    Actually, I just asked you one thing.

20              You don't do any analysis that would refute

21    Glen Hubbard's analysis that shows that the performance

22    of the NASDAQ is in no way correlated to Oracle's

23    revenues?

24         A    I don't think I correlated -- I don't think I

25    specifically did that, but I don't know if that's a very

**7/11/2007  Goedde, Alan**

1     important analysis.  I didn't --                        12:01:06

2            Q    Why would that --

3            A    -- choose to do that.

4            Q    Why would that not be an important analysis?

5            A    The analysis is there may be leads and lags

6     between Oracle's revenues and the NASDAQ.  The NASDAQ

7     evaluates what the customers who were purchasing Oracle

8     products are doing.  So I don't know that that's

9     really --

10           Q    Did you try to measure that, whether there was

11    any leading or lagging impact, any correlation

12    whatsoever, even if --

13           A    Well, I looked at the sector that Oracle is

14    engaged in, and I measured that against -- or I saw an

15    analyst had done a correlation, measuring Oracle against   12:01:46

16    that sector.

17           Q    Sir, the question is whether you --

18           A    So I didn't need to.

19           Q    -- performed an analysis as -- NASDAQ compared

20    to Oracle's revenues.

21                You didn't do that; did you, sir?

22           A    I didn't need to.

23           Q    Can you explain how NASDAQ would be a reliable

24    gauge of Oracle's business in the future if there's

25    absolutely no correlative relationship between the two?

**7/11/2007  Goedde, Alan**

```
1          MR. BRITTON:  Objection.  Assumes facts.          12:02:28

2          THE WITNESS:  The NASDAQ affects the companies that

3     purchase Oracle's products; for example, dot-coms.

4     Dot-coms had crashed during that period of time.

5     Dot-coms are -- were on the NASDAQ.  Oracle attempts to

6     sell to dot-com companies.

7               That market is more foreclosed to them

8     because, as mentioned in numerous e-mails in Oracle, that

9     opportunity has dissipated.  So they're not going to get

10    sales from those dot-com companies.

11    BY MS. KYROUZ:

12         Q    And according to your analysis, that crash or

13    decline with those opportunities going away, that started

14    when?  In early 2000, calendar 2000?

15         A    Yes.                                          12:03:18

16         Q    Okay.  And so isn't it true that Oracle's

17    results, revenues, continued to increase and exceed

18    expectations for several more quarters thereafter prior

19    to 3Q '01?  You don't disagree with that; do you?

20         A    Oracle's results did exceed expectations in

21    some of the prior quarters.

22         Q    Right.

23               And so there was no correlative or predictive

24    effect based on the decline in the NASDAQ that you've

25    identified; was there?
```

**7/11/2007  Goedde, Alan**

1        MR. BRITTON:  Objection.  Asked and answered.        12:03:55

2        THE WITNESS:  The decline in the NASDAQ identifies

3    the market that Oracle sells into.  These were indicators

4    that the market was shrinking that Oracle was selling

5    into.  These are indicators to Oracle that needs to make

6    adjustments to its forecasting process.  These were all

7    indicators of that.

8    BY MS. KYROUZ:

9        Q    And despite three quarters of such shrinkage,

10   as you described it, it didn't have any correlative

11   relationship to Oracle's sales, though; did it?

12       A    It's not intended to be correlated to Oracle's

13   sales.  The decline in the NASDAQ is correlated to the

14   companies that Oracle is selling to --

15       Q    But you're saying --                          12:04:34

16       A    -- or the segment.

17       Q    You're saying they should have anticipated

18   decline in sales as a result of that and that there was

19   no such correlation in the prior three quarters; was

20   there?

21       A    No, there was a decline in sales.  The dot-com

22   sales were down in second quarter.  There were declines

23   in the pipeline over those periods of time.  These are

24   all indicators for Oracle.

25       Q    And it didn't change Oracle's overall

**7/11/2007  Goedde, Alan**

```
1    revenues; did it?                                          12:04:59

2         MR. BRITTON:  Objection.  Assumes facts.

3    BY MS. KYROUZ:

4         Q    They still met and exceeded their targets in

5    those quarters; didn't they?

6         A    Well, I don't know whether it changed Oracle's

7    revenues or not.  They -- in some of those quarters they

8    did meet their targets.

9         Q    Despite the NASDAQ decline that you've

10   identified?

11        A    Yes.

12        Q    Is it your understanding that the dot-coms

13   were primarily buying databases or applications from

14   Oracle?

15        A    Dot-coms were buying primarily -- well, they    12:05:31

16   were buying database, I believe.

17        Q    Do you know what percentage of dot-com sales

18   were database as opposed to applications?

19        A    I may have known.  I don't recall right now.

20        Q    Is it your opinion that there's a direct

21   correlation between VC funding of dot-coms and Oracle's

22   revenues?

23        A    VC funding of dot-coms is another indicator

24   that that market, as Oracle describes itself, is

25   shrinking.
```

**7/11/2007  Goedde, Alan**

1      Q    Are you offering an opinion that there's a      12:06:17

2    direct correlation between VC funding of the dot-coms and

3    Oracle's revenues?

4      A    Well, we know that the dot-coms diminished as

5    a revenue source for Oracle.  It's stated by a number of

6    people.

7      Q    Are you alleging that there's a direct

8    correlation between the VC funding and whatever the

9    levels are of VC funding and the overall Oracle revenue?

10    MR. BRITTON:  Objection.  Asked and answered, vague

11    as to "overall Oracle revenues."

12    THE WITNESS:  VC funding is an indicator of the

13    health of the dot-com market.  The health of the dot-com

14    market drives sales of -- to dot-com companies.

15    BY MS. KYROUZ:                                      12:07:00

16      Q    And you're not offering an opinion that

17    there's any more direct correlation than just this idea

18    that VC funding reflects the overall health of the

19    dot-coms?

20      A    Well, it's not an idea.  It's -- that's how

21    dot-coms get funded.  So it's --

22      Q    Okay.  So you're not --

23      A    It's not just an idea.

24      Q    You're not specifying some direct correlation

25    that you could then infer from VC funding as opposed to

**7/11/2007  Goedde, Alan**

```
 1    how it would impact Oracle's overall revenues?           12:07:21

 2         MR. BRITTON:  Objection.  Asked and answered.

 3         THE WITNESS:  VC funding, as I state in my report,

 4    is one of the components that was indicative of decline

 5    in that segment.

 6    BY MS. KYROUZ:

 7         Q    And what is the basis -- what is the basis for

 8    that opinion that you're offering?  Is it simply the

 9    decline in the NASDAQ?

10         A    Could you restate your question for me,

11    please?

12         Q    Yeah.

13              What's the basis for this opinion that you're

14    offering about VC funding being an indicator of potential

15    sales to Oracle?                                          12:08:09

16         A    The basis is that VC funding is a funding

17    source for startup companies.  If that funding source

18    diminishes, there'd be fewer startup companies, hence

19    fewer opportunities for Oracle to sell its products to

20    dot-coms.

21         Q    And have you empirically tested that?

22         A    No, I'm relying on the testimony, I believe,

23    of several of the folks in the NAS division.

24         Q    You're not relying on anything else, any other

25    analysis?
```

**7/11/2007  Goedde, Alan**

1       A    I can't think of any.  There's several        12:08:43

2    articles that I cite about the VC funding of dot-coms as

3    well.

4       Q    Did you predict the recession that occurred in

5    2001?

6       MR. BRITTON:  Objection.  Vague, unintelligible.

7       THE WITNESS:  I didn't predict the recession in

8    2001.

9    BY MS. KYROUZ:

10      Q    In your view, what would -- what would strong

11   growth in the economy be as a percentage growth of GDP?

12      A    I didn't make a prediction of what strong

13   growth in the economy would be as a percentage of GDP.

14      Q    Based on your expertise and understanding,

15   what do you understand economists to believe that strong    12:09:53

16   growth in the economy is as a percentage of GDP?  Do you

17   have any understanding of what's commonly accepted as

18   strong growth?

19      A    Well, there's -- inflationary growth could

20   be --

21      Q    I'm asking about GDP, percentage growth of

22   GDP.

23      A    That could be two to three percent.  It could

24   be higher.

25      Q    What about sustainable long-term growth rate

**7/11/2007  Goedde, Alan**

```
1     for the U.S. economy?  What do you think economists view        12:10:27
2     that to be?
3          A     It's in that same range.
4          Q     Two to three percent?
5          A     I think so.
6          Q     Have you ever written anything on that subject
7     matter?
8          A     I don't believe so.
9          MS. KYROUZ:  This'd probably be a good spot to
10    break for lunch.
11         MR. BRITTON:  Sure.
12         THE VIDEOGRAPHER:  And we're going off the record
13    at 12:10.
14              (Lunch recess taken from 12:10 p.m. to
15              1:09 p.m.)                                              13:08:49
16         THE VIDEOGRAPHER:  And we are back on the record at
17    1:09.
18    BY MS. KYROUZ:
19         Q     Looking at your rebuttal report at Page 11, at
20    the top.
21              You note that the FOMC noted that the slowdown
22    was most apparent in, quote, "business investment in
23    equipment and software," end quote.
24              And you offer the opinion that the FOMC's
25    comments about software demand are consistent with your
```

**7/11/2007  Goedde, Alan**

1    opinion that Oracle was facing a major macroeconomic            13:09:53

2    change; is that fair?

3         A    Yes.

4         Q    This is one of the data points that you rely

5    on in your conclusion that Oracle was facing a major

6    macroeconomic change?

7         A    Yes.

8         Q    And down below there you quote from the

9    November 15, 2000 FOMC minutes.  The second bullet says,

10   "Business investment in durable equipment and software

11   decelerated sharply in the third quarter."

12             You see that?

13        A    Yes.

14        Q    And durable equipment and software is a

15   category, right, that the FOMC looks at?                         13:10:40

16        A    Looks like it's two categories.

17        Q    You understand it to be two categories?

18        A    I forget.  It's two -- maybe they combine

19   them, but durable equipment and software are two

20   different things.

21        Q    Right.

22             So you don't know whether that statement

23   refers to the combined durable equipment and software or

24   just individually to durable equipment and to software?

25        A    Well, it's whatever the Fed used.

**7/11/2007  Goedde, Alan**

1       Q    All right.  Let's take a look at that.        13:11:08

2       MS. KYROUZ:  I'd like to mark the next exhibit.  I

3   think it's 3.

4            (Defendant's Exhibit 3 was marked for

5            identification by the court reporter.)

6   BY MS. KYROUZ:

7       Q    If you take a look at what's been marked as

8   Exhibit 3.  And let's take a look at page -- the top,

9   Page 3 of 9.

10           In the third full paragraph, I think this is

11  the quote you were referencing at Page 11 of your

12  rebuttal report, where it says, "Business investment in

13  durable equipment and software decelerated sharply in the

14  third quarter."

15           That's what you're quoting, right?          13:12:03

16      A    Yes.

17      Q    Why don't you read to us what the subsequent

18  sentences say about this category.

19      A    "In the high tech area spending on computers

20  and related equipment as well as software recorded

21  further robust gains.  However, expenditures on

22  communications equipment declined after half year of very

23  strong increases, and outlays for other types of

24  equipment also softened.  Investment in aircraft, autos,

25  trucks, and construction and mining equipment fell, while

**7/11/2007  Goedde, Alan**

| | |
|---|---|
| 1 | growth of spending on agricultural and industrial | 13:12:40 |
| 2 | equipment slowed." |

3      Q    And this is the basis for your opinion that
4  there was a major macroeconomic change based on what the
5  Fed was saying at this time?

6      MR. BRITTON:  Objection.  Vague as to "this."

7  BY MS. KYROUZ:

8      Q    This November 15th, 2000 minutes, this is one
9  of the bases that you have to support your opinion that
10  the software sector was facing major macroeconomic
11  change; is that right?

12      A    My opinion is that Oracle was facing major
13  macroeconomic change.

14      Q    You believe that's supported by Exhibit 3?

15      A    Yes.                                           13:13:19

16      Q    So even though it says that software recorded
17  further robust gains, you believe that, in fact, the Fed
18  was saying there was a decline in this sector?

19      A    The Fed said business investment, durable
20  equipment and software decelerated sharply in the third
21  quarter.

22      Q    What's the data that the Fed was relying on in
23  these minutes?

24      A    Fed was relying on some statistical -- on some
25  information they had, as well as they cited some

**7/11/2007  Goedde, Alan**

```
1      anecdotal information they had and their own discussions.      13:14:13

2          Q    Have you looked at the actual release of the

3      Fed data that the Fed made on November 29th of 2000?

4          A    I don't know that I looked at that data.  I

5      may have.

6          MS. KYROUZ:  Mark as the next exhibit, Exhibit 4.

7              (Defendant's Exhibit 4 was marked for

8              identification by the court reporter.)

9      BY MS. KYROUZ:

10         Q    This is a document, entitled, "News Release

11     Gross Domestic Product and Corporate Profits," dated

12     Monday -- Wednesday, November 29, 2000.

13             Turn to the third page of this document.

14         MR. BRITTON:  Are you done with this one?

15             (Discussion off the record)                          13:15:18

16         MR. BRITTON:  Take time to read it if you need to

17     to familiarize yourself with it.

18     BY MS. KYROUZ:

19         Q    The category we were --

20         MR. BRITTON:  Give him a chance to look through the

21     whole document --

22         MS. KYROUZ:  Sure.

23         MR. BRITTON:  -- before asking him questions.

24     BY MS. KYROUZ:

25         Q    When you're ready, I'm going to direct you to
```

**7/11/2007  Goedde, Alan**

1    Page 3.  Take a look at that.                                    13:16:00

2         MR. BRITTON:  Michele, I've got -- it says eight

3    pages, but I've only got four.  Is -- am I missing pages

4    or --

5         MS. KYROUZ:  No, mine -- it only has four pages.

6         MR. BRITTON:  So are you --

7         MS. KYROUZ:  I'm only going to ask --

8         MR. BRITTON:  -- representing that this is only

9    four pages and there was some irrelevant data on 5

10   through 8, or are we missing --

11        MS. KYROUZ:  Do you know --

12        MR. BRITTON:  -- part of the --

13        MS. KYROUZ:  I don't know -- I don't think we're

14   missing any.

15        MR. FARTHING:  I can look for a different          13:17:19

16   version.

17        MS. KYROUZ:  The only data I'm going to ask him

18   about is the data that's located on Page 3.

19        Q    Have you had a chance to look at Exhibit 3?

20        A    Yes.

21        MS. KYROUZ:  I'm sorry, was it 3?  Exhibit 4?

22        THE REPORTER:  It's 4.

23        MS. KYROUZ:  Exhibit 4.

24        Q    Okay.  Turning to Page 3, the chart in the

25   center, where it says, "Table 3, Domestic Product Related

**7/11/2007  Goedde, Alan**

1   Measures," down toward the bottom there's some                    13:17:47

2   categories.  It says, "Fixed Investment"; it says,

3   "Nonresidential," then the next heading says, "Equipment

4   and Software."

5        A    Yes.

6        Q    You understand that to be the category we've

7   just been discussing in the Fed minutes?

8        A    Yes.

9        Q    Okay.  And then you agree that there are

10  subcategories of data that are provided underneath that?

11  It looks like it says, "Information Processing Equipment

12  and Software," "Computers and Peripheral Equipment," and

13  then "Software" and then "Other."

14            Do you see that those categories?

15       A    Yes.                                                   13:18:24

16       Q    And then there's "Industrial Equipment" and

17  "Transportation Equipment" and "Other."

18            Looking at the software numbers, you can see

19  the categories refer to calendar quarters.

20            Looking at the fourth calendar quarter of '99,

21  it says 196.8.  These are billions of current dollars.

22  And then the first calendar quarter of 2000, it says

23  210.5.  The second calendar quarter says 224.5.  And the

24  third calendar quarter says 240.9.

25            That was the last data that's reflected here,

7/11/2007  Goedde, Alan

```
 1    do you agree, third calendar quarter 2000, on this          13:19:19

 2    chart?

 3          MR. BRITTON:  Where are --

 4          THE WITNESS:  Yes.

 5          MR. BRITTON:  -- you?  I'm not seeing it.  Where --

 6          MS. KYROUZ:  Let me point --

 7          MR. BRITTON:  -- are you?

 8          MS. KYROUZ:  It out for you.

 9          MR. BRITTON:  Right here?

10          MS. KYROUZ:  Here, I'll mark it for you.

11             (Discussion off the record)

12    BY MS. KYROUZ:

13       Q    And is it your opinion, sir, that this

14    reflects a decrease?

15       A    That particular --                                  13:19:55

16       Q    In software?

17       A    That particular -- well, there're two

18    categories of software, and the first one --

19       Q    From the information processing equipment and

20    software?

21       A    Yes.

22       Q    Okay.

23       A    There's that and this one.  This one is

24    increasing.

25       Q    Okay.  And do you understand which sector of
```

**7/11/2007  Goedde, Alan**

1    the Fed's data is applicable to Oracle?                        13:20:17

2         A    The -- well, it's applicable to Oracle --

3    actually, what's applicable to Oracle is more directly

4    found on the very first page, when they talk about

5    profits available for investment.

6         Q    Sir, having looked at the other portions of

7    the November 2000 Fed minutes that we just looked at in

8    Exhibit 3 and the underlying data reflected here in

9    Exhibit 4, would you agree that the software part of the

10   durable equipment and software category referenced

11   actually was not decelerating sharply in the third

12   quarter, that that portion of the data was actually

13   reflecting an increase in the sector; isn't that right?

14        MR. BRITTON:  Objection.  Mischaracterizes the

15   document.                                                      13:21:10

16        THE WITNESS:  Those numbers are increasing over

17   that period of time.

18   BY MS. KYROUZ:

19        Q    And you didn't look at this data; did you?

20        A    No, I didn't look at that data.

21        Q    Exhibit 4, the data we just looked at, was the

22   latest Fed data available before December 14th, 2000.

23             Did you look at the next data that the Fed

24   released on January 21, 2001?  I'd like to mark this as

25   Exhibit 5.

**7/11/2007  Goedde, Alan**

```
 1              (Defendant's Exhibit 5 was marked for          13:22:57

 2              identification by the court reporter.)

 3    BY MS. KYROUZ:

 4         Q    Is that something you looked at in preparing

 5    your report, the January 31, 2001 data?

 6         A    I don't know whether I looked at that data or

 7    not.

 8         Q    Have you seen Exhibit 5 --

 9         A    I don't recall this document, reviewing a

10    document like this.

11         Q    Okay.

12         A    Doesn't -- it's not part of the minutes.  So

13    my focus was on the minutes.

14         Q    Okay.  If you turn to the eighth page of the

15    document.  It's not -- the first few pages are numbered,  13:23:59

16    but then there's some charts that are not numbered.  It's

17    the eighth page.

18              It should be -- the very first line at the top

19    should read, "Software," and if you flip back to the

20    seventh page, it's the same categories we were just

21    looking at with the November data, starting with

22    equipment and software.  There's some other categories,

23    and it flips over to Page 8 for the line about software.

24              Are you able to locate that?

25         A    (No audible response)
```

**7/11/2007  Goedde, Alan**

1       Q    Do you see the categories I'm referring to on      13:25:24

2   Pages 7 and 8?

3       A    Yes.

4       Q    Okay.  So the headings which are on the prior

5   page, which are also repeated below, are the same with

6   respect to the calendar quarter.  So for software it

7   looks like calendar Q4 '99 is 196.8 and calendar Q1 '00

8   is 210.5, and calendar Q2 2000 is 224.5, and calendar Q3

9   2000 is 238.4, and this one adds calendar Q4 of 2000 at

10  245.3.

11          Do you see that, for software?

12      A    Yes.

13      Q    And this is the data that underlies the Fed's

14  analysis as of January 31, 2001.

15          Is this the basis on which you say that there      13:26:39

16  was a major macroeconomic change between calendar Q4 '99

17  and Q4 '00?

18      A    The basis that I'm focusing on is the rate of

19  change in growth, and this doesn't say anything about

20  that growth change.  And that's what the Fed is focusing

21  on as well in their documents.  It's the change in the

22  growth, not the absolute value.

23          I think your document is just focusing on an

24  index that shows whether it's going up or down, but to --

25  what the Fed is talking about is the change in the growth

**7/11/2007  Goedde, Alan**

1    rate of this.  That's what they're talking about that's          13:27:13

2    slowing down.

3          Q    You think the Fed is saying that the software

4    category, in particular, is declining or showing gains in

5    this period?

6          A    I think they're talking about the rate of

7    growth in software sector, which analysts as well are

8    talking about, is declining.

9          Q    And it's your -- it's that understanding of

10   what the Fed's saying that's the support for your opinion

11   that there was a major macroeconomic change in this

12   period; is that right?

13         A    That is --

14         MR. BRITTON:  Objection.  Asked and answered.

15         THE WITNESS:  That is one of the elements that I'm        13:27:47

16   using.  But this document that you've just given me

17   doesn't say anything about growth.

18   BY MS. KYROUZ:

19         Q    You don't think those numbers reflect whether

20   the economy was growing in that period --

21         A    That's not what --

22         Q    -- in the software sector?

23         A    -- the Fed is saying.

24         That's not what the Fed is saying.  You're

25   mischaracterizing.

**7/11/2007  Goedde, Alan**

1    Q    And you didn't look at that data before you        13:28:06

2    wrote your report; is that right?

3    A    No, it wasn't necessary to, because it doesn't

4    apply to the analysis that I was doing.

5    Q    You said earlier, in assessing whether there's

6    a major macroeconomic change, that one of the things that

7    you looked at was the Fed and the Fed's actions; is that

8    fair?

9    A    Yes.

10   Q    Would that include the federal funds rate?

11   That's a data point you were looking at in your analysis?

12   A    Yes.

13   Q    And one of the Fed's economic policy tools is

14   the federal funds overnight rate?  You agree with that?

15   A    Yes.                                               13:28:51

16   MS. KYROUZ:  I'd like to mark as the next exhibit.

17          (Defendant's Exhibit 6 was marked for

18          identification by the court reporter.)

19   MS. KYROUZ:  Information about the federal funds

20   rate.

21   MR. BRITTON:  Read the whole document.

22   BY MS. KYROUZ:

23   Q    Turning to the second page of this document,

24   reflects the time period of calendar year 2000.

25          Prior to December 14th, 2000, what was the

**7/11/2007  Goedde, Alan**

| | |
|---|---|
| 1 | last -- when was the last adjustment to the federal funds    13:29:51 |
| 2 | rate? |
| 3 |     A    This sheet lists three adjustments to the fed |
| 4 | funds rate in 2000. |
| 5 |     Q    Okay.  What was the last adjustment prior to |
| 6 | December 14th of 2000? |
| 7 |     A    May 16. |
| 8 |     Q    Okay.  And that was a half-point adjustment |
| 9 | upwards, from six to six and a half? |
| 10 |     A    Yes. |
| 11 |     Q    Okay.  Six and a half, is that a -- |
| 12 | historically, is that considered to be high or low for |
| 13 | the federal funds rate? |
| 14 |     A    I'd say that's generally a high rate. |
| 15 |     Q    Okay.  Does it mean that the Fed was trying to    13:31:01 |
| 16 | slow the economy by increasing the federal funds rate |
| 17 | from 6.0 to 6.5? |
| 18 |     A    It's hard to tell what is happening just by |
| 19 | looking at these numbers over one period. |
| 20 |     Q    What's your understanding of why the Fed |
| 21 | increases the federal funds rate? |
| 22 |     A    They do it to reduce inflationary |
| 23 | expectations.  Could be other reasons as well.  There |
| 24 | could be exchange rate considerations as well. |
| 25 |     Q    Okay.  Did you look at this time period in |

**7/11/2007  Goedde, Alan**

1    your analysis for this case?                                    13:31:37

2         A    In May 16 --

3         Q    Yeah.

4         A    -- 2000?

5         Q    Yeah, May of 2000.

6         A    No, I didn't look at May of 2000.

7         Q    In your reports you mention the fact that the

8    federal funds rate was cut twice in January of 2001; is

9    that right?

10        A    Yes.

11        Q    Okay.  And that was the only action the Fed

12   took during Oracle's fiscal Q3 '01; is that fair?

13        A    That was the only action taken with respect to

14   the federal funds rate.

15        Q    Hmm-hmm.                                               13:32:20

16        A    But Fed takes a lot of other actions in just

17   disclosing what its thinking is about the economy.  So --

18        Q    Okay.

19        A    That was one of the actions taken by the Fed,

20   not the only one.

21        Q    Okay.  So the only reduction the federal

22   fund -- the only changes to the federal funds rate during

23   Oracle's fiscal Q3 '01 were these two movements in

24   January 2001, right?

25        A    That's all that I'm aware of.

**7/11/2007  Goedde, Alan**

```
1           Q    And that took the rate down, then, to 5.5; is      13:32:48

2      that right?

3           A    Yes.

4           Q    Still pretty high; isn't it?

5           MR. BRITTON:  Objection.

6           THE WITNESS:  It's lower than it was.

7      BY MS. KYROUZ:

8           Q    Okay.  Is it lower than it was in the first

9      two months of Q3 of '00, fiscal, Oracle's fiscal Q3 '00?

10               I mean, that's your opinion, right, there was

11     a major macroeconomic change between Oracle's fiscal Q3

12     '00 and fiscal Q3 '01, right?

13          A    Yes.

14          Q    Okay.  So what's the difference in the federal

15     funds rate that existed as of January 31, 2001, and       13:33:43

16     Oracle's fiscal Q3 '00?

17          A    January 31 the Fed dropped the federal funds

18     rate by an additional 50 basis points.

19          Q    To 5.5?

20          A    Yes.

21          Q    And what was the federal funds rate during

22     Oracle's fiscal Q3 '00?

23          A    Q3 '00 it was -- the last federal funds action

24     looked like an increase to 5.5 in November 16.

25          Q    So that would be just prior to Q3 of '00?
```

**7/11/2007  Goedde, Alan**

```
1      They would increase it 25 points, to 5.5?              13:34:34

2            A     Yes.

3            Q     Same level?

4                  In --

5            MR. BRITTON:  Well --

6      BY MS. KYROUZ:

7            Q     -- Q4 --

8            MR. BRITTON:  -- give him a chance to answer.

9            Did you answer?

10     BY MS. KYROUZ:

11           Q     You agree that 5.5 is the same level it was at

12     as of January 31, 2001?

13           A     Yes, that's the same rate.

14           Q     In Oracle's Q4, fiscal Q4 of 2001, how much

15     did the Fed change the federal funds rate?             13:35:05

16           A     In Q4 FY '01 it changed it --

17           MR. BRITTON:  Q4 fiscal year '01?

18           MS. KYROUZ:  Yeah, fiscal year '01.

19           THE WITNESS:  There were several drops.

20     BY MS. KYROUZ:

21           Q     In total, hundred 50 basis points?

22           A     Looks like three drops of 50.

23           Q     And between January 31, 2001, and December 11,

24     2001, what's the total drop there that the Fed made?

25           A     Looks like 4.25.
```

**7/11/2007  Goedde, Alan**

1    Q    And what's the -- what's the lowest rate the        13:36:41

2    Fed dropped it to that's reflected in this document?

3    A    It looks like the rate drops to one percent on

4    June 25th, 2003.

5    Q    Is it your opinion that the employment data

6    that was available at this time supports your opinion

7    that there was a major macroeconomic change?

8    A    Well, employment data is a lagging indicator.

9    So I don't think there was much of a change.  The real

10   indicator to look at is unemployment.  Total employment

11   is simply meaningless without looking at it from some

12   other perspective.

13   Q    So you would look at the unemployment rate?

14   A    Yes.

15   Q    And if the unemployment rate stayed near a        13:38:21

16   three-decade low for a year, would you consider that to

17   be a major macroeconomic change in that year?

18   A    As I said, unemployment is a lagging

19   indicator.  So the change would occur first, and then

20   it'd be reflected in the unemployment data.

21   Q    So how long does it take to get reflected; do

22   you think?

23   A    I forget how long it takes to get reflected.

24   Q    So --

25   A    It'd just depend.

**7/11/2007  Goedde, Alan**

1       Q    So -- but if it was the same for a year, is          13:38:54

2    that -- does it take more than a year for information to

3    be incorporated in the unemployment rate?

4       A    I don't know.  I forget.  I knew at one time.

5    I don't forget -- I don't recall, as I sit here.

6       Q    What is the unemployment rate when the economy

7    is considered to be at full employment?

8       A    Unemployment could be in the three percent,

9    four percent.

10      Q    And that's considered to be, you know, full

11   employment under typical standards?

12      A    Well, historically it's been that.  I think

13   it's dropped down to a lower rate since then.

14           (Discussion off the record)

15      MS. KYROUZ:  I'd like to mark this as the next          13:40:29

16   exhibit.

17           (Defendant's Exhibit 7 was marked for

18            identification by the court reporter.)

19           (Discussion off the record)

20   BY MS. KYROUZ:

21      Q    This is a document that you submitted in

22   connection with your report.  It starts with the Hubbard

23   report revised Figure 20 that you created and contains

24   some industrial capacity utilization numbers.

25           Am I right that your opinion is that in

**7/11/2007  Goedde, Alan**

```
1    December of 2000, that the industrial capacity          13:41:19

2    utilization was at 79.9 percent and that that was the

3    lowest it had been for a hundred and five months?

4         A    I'd have to look at my report to confirm that.

5         Q    Okay.  Well, let's do that.

6              Were you able to locate that in your report?

7         A    Yes.

8         Q    Okay.  And so was I right, that that's your

9    opinion?

10        A    Yes, that's what's in my report.

11        Q    Okay.  And so your opinion is that this

12   number, 79.9, was lower than any of the months since

13   March of 1992?

14        A    What I state in that sentence is, "Using the

15   time period supplied by Professor Hubbard, it is evident   13:43:39

16   that the total industry index in December 2000 was at its

17   lowest point since March of 1992, a hundred and five

18   months prior, and had been declining consistently since

19   May 2000."

20        Q    And what page are you reading from in your

21   report?

22        A    Page 23 of the rebuttal report.

23        Q    Now, this chart that you submitted for

24   industrial capacity utilization, where it shows the

25   December 2000, 79.9 percent, this doesn't reflect data
```

**7/11/2007  Goedde, Alan**

1    that was actually available during Oracle's Q3 2001; does    13:44:31

2    it?

3           A     (No audible response)

4           Q     Do you know?

5           A     I have to look and see what the data sources

6    are.  They were listed in -- oh, it says right here on

7    the chart what was available.  That computers -- which

8    chart are you referring to?

9           Q     I'm referring to your chart of -- that's part

10   of this exhibit.  What exhibit number is this?

11          A     Exhibit 7?

12          Q     Exhibit 7.

13                You've included this two columns, and it has

14   the date on the left side and the total industry index

15   for industrial capacity utilization on the right-hand    13:45:24

16   column, and I'm asking whether this reflects data that

17   was available as of December 2000.

18          A     It says it right on the chart, which is

19   available.  Some of the data was available as of -- the

20   first block on the chart indicates that October 2000 data

21   was available November 15th, 2000.

22          Q     You're referring to Glen Hubbard's chart,

23   which references his data?

24          A     Yes.

25          Q     Is that fair?

**7/11/2007  Goedde, Alan**

| | | |
|---|---|---|
| 1 | A    Yes. | 13:46:34 |

2      Q    And you know that your data isn't the same

3   data that Professor Hubbard used, right?

4      A    There's one segment of data that is different,

5   the segment that's marked in red.

6      Q    And that's your understanding of what you did?

7      A    Yes.

8      MS. KYROUZ:  Okay.  Let's mark the next exhibit.

9          (Defendant's Exhibit 8 was marked for

10          identification by the court reporter.)

11   BY MS. KYROUZ:

12      Q    Exhibit 8 --

13          (Discussion off the record)

14   BY MS. KYROUZ:

15      Q    Exhibit 8 is Figure 20 to Professor Glen      13:47:05

16   Hubbard's report, and the page I'm going to refer you to

17   is marked at the bottom Page 31 of 87.  That's just the

18   printout of the page so you can find it.  It says at the

19   top, Figure 20-A, "Industrial Capacity Utilization Total

20   Industry Index."

21          Do you see that page?

22      A    Yes.

23      Q    Are you familiar with what the right-hand

24   column of current series means in analyzing industrial

25   capacity utilization?

**7/11/2007  Goedde, Alan**

1     A    I believe there's a continuing series, and          13:47:43

2  then there's a series of updates at different points in

3  time.

4     Q    So different information was available at

5  different points in time, and the current series doesn't

6  necessarily reflect what was available in December 2000;

7  does it?

8     A    No, not necessarily.

9     Q    Okay.  So looking at this chart here, if you

10  look at December 5, 2000 release, you would agree that

11  the information that was available on December 14th,

12  2000, when Oracle gave its guidance, was 82.0 percent;

13  wasn't it?

14     MR. BRITTON:  Are you on Page 31 of 87?

15     MS. KYROUZ:  Yes.  And it's the most left-hand          13:48:35

16  column.

17     THE WITNESS:  Could you restate that for me,

18  please.

19  BY MS. KYROUZ:

20     Q    Sure.

21          I'm saying if you look at what's marked Page

22  31 of 87 of Exhibit 8, which is Glen Hubbard's Figure 20,

23  the left-hand column reflects the information that was

24  released as of December 5th, 2000, and if you look at the

25  latest information available, it says October '00, 82.0

**7/11/2007  Goedde, Alan**

1    percent; doesn't it?                                              13:49:10

2         A    Yes.

3         Q    Okay.  So you would agree that the 79.9

4    percent number that you've reflected for December 2000

5    wasn't actually available in December of 2000; was it?

6         A    That was not part of the December 5 release.

7         Q    You don't disagree that this reflects what was

8    available on December 5, 2000; do you, for this data?

9         A    I think Mr. Hubbard had a different chart in

10   here.  That was what I recall taking a look at.  That

11   may -- I'd like to check his chart.

12        Q    This is Professor Hubbard's chart.  This is

13   his Figure 20-A to his report that I've marked here.

14   This is not a new document.

15             So you would agree that the 82.0 percent      13:50:08

16   that's reflected there in the December 5, 2000 column,

17   that's actually the same percentage as was indicated in

18   February of 2000, 82.0 percent; isn't it?

19        A    82.0 percent --

20        Q    It's indicated there in October of 2000.

21             It's the same as February of 2000; isn't it?

22        A    Yes.

23        Q    Okay.  One of the other data points you

24   mentioned in connection with your view that there was a

25   major macroeconomic change were these CIO surveys -- I

**7/11/2007  Goedde, Alan**

1       think you mentioned that this morning -- is that right?        13:51:31

2             A      Yes.

3             Q      And in your opinion, looking at the Morgan

4       Stanley CIO survey on December 20th, 2000, what is your

5       opinion about what that shows?

6             A      I need to refer to my report.

7             Q      Please do.

8                    What page are you looking at on your report?

9             A      I'm at Page 38.

10            Q      Of your opening?

11            A      Of the rebuttal.

12            Q      So what is your opinion with respect to the

13      December 20th CIO survey?

14            A      The opinion is stated on Page 38 of my

15      rebuttal report, and it states, quote, "Our CIO survey        13:54:15

16      for the CIO outlook 2001 conference suggests a slowing in

17      I.T. budget growth from 12 percent in 2000 down to 8

18      percent (in 2001), a 33 percent drop in the growth rate."

19      That's a quote from the CIO survey.

20            Q      And the I.T. budget growth that's reflected

21      there, that's an average, right?  So some --

22            A      I need to look at the original document to

23      discuss this further.  If you have it, I'd be glad to

24      take a look at it.

25            Q      Do you know?  You don't know whether that's

**7/11/2007  Goedde, Alan**

1   what it's referring to?                                          13:55:06

2       A    I just want to be sure by referring to the

3   actual CIO report.

4       Q    Okay.  We'll take a look at it.

5       MS. KYROUZ:  I'd like to mark that as the next

6   exhibit.

7            (Defendant's Exhibit 9 was marked for

8            identification by the court reporter.)

9   BY MS. KYROUZ:

10      Q    Looking at Page 1 of the first paragraph, is

11  the information that you were referring to.  I think the

12  sentence after you read says, "The median budget growth

13  of the hundred and 46 CIOs responding was 5.8 percent,

14  the average was 8.1 percent."

15      A    Yes.                                                     13:56:08

16      Q    That what you're referring to?

17      A    Yes.

18      Q    So that means the budget growth for some

19  companies was higher and some companies was lower, and it

20  averaged out to 8.1 percent; is that fair?

21      A    That would be a reasonable definition of the

22  average.

23      Q    Okay.  Did you consider the bullet point two

24  bullets below that that says, "I.T. spending plans for

25  2001," where it says, "Database software, marketplace

**7/11/2007  Goedde, Alan**

1    software, and e-commerce software were the top three          13:56:34

2    categories mentioned"?  Did you consider that aspect of

3    this report?

4        A    Yes.

5        Q    So the budget growth rate is less but the top

6    three priorities that these folks are going to -- CIOs

7    are going to spend money on are all Oracle products;

8    aren't they?

9        A    Well, it still means they're going to spend

10   less for Oracle products.  It's their spending less for

11   Oracle products, yes, that's correct.

12       Q    Do you agree or disagree with the statement

13   that there's a legitimate debate in January 2001 as to

14   whether things are slowing or imploding?

15            Turn to Page 39 of your rebuttal report.        13:57:56

16   Quote from a report that you cite.

17            Do you agree or disagree with that

18   statement?

19       A    Yes, I believe this is a quote from a report

20   by Charles Phillips.

21       Q    Do you agree or disagree with his statement as

22   of January 4, 2001?

23       A    I don't disagree with what he's saying.

24       Q    You think there was a legitimate debate as to

25   whether things were slowing or imploding?

**7/11/2007  Goedde, Alan**

1    A    I don't have any reason to disagree with him.    13:58:51

2    Q    Okay.  Is it your opinion that securities

3    analysts who cover companies like Oracle are influenced

4    largely by the comments from the company itself?

5    A    I know there was some studies done of this by

6    Professor Foster, and his studies indicated that that was

7    correct, that analysts' changes tended to occur after

8    they got information from the company.

9    Q    Is it your opinion that securities analysts'

10    work is influenced largely by the comments from the

11    company itself?

12    A    Yes, it is.

13    Q    So is it also your opinion that analysts

14    cannot provide independent sources of information

15    regarding a company or a sector?    14:00:09

16    A    Could you point me to where you're referring,

17    making that reference?

18    Q    I'm not reading from any document.  I'm asking

19    you whether you believe that analysts can ever provide

20    independent sources of information.

21    A    Well, I don't know in the absolute case.  The

22    research that I've seen on it indicates that there's some

23    difficulties in that.  Professor Foster has a chart in

24    his article, explaining that there's a number of

25    influences that cause analysts to fail to change their

**7/11/2007  Goedde, Alan**

1     reports.                                                    14:00:53

2              Unless the company changes its readings first,

3     that analysts tend to focus on the consensus and are

4     reluctant to change the reports, they don't want to go

5     outside the consensus.  There's -- Mr. Foster --

6     Professor Foster's analysis shows that analysts are

7     influenced by other business that their institutions are

8     involved with with the company.  So those are the --

9     those are the factors that I looked at.

10             Q    Are those your views of analysts?

11             A    I didn't go into it in that much detail.  That

12    was a detailed study that I saw, and that was -- those

13    were the results of it.  I haven't done my own study on

14    that.

15             Q    Have you ever relied on analysts' reports in   14:01:41

16    any other expert work that you've done?

17             A    I sometimes rely on analysts' reports.

18             Q    You view them as an independent source of

19    information?

20             A    Well, I don't rely on them to foretell what

21    the company's doing.  It depends how you use information.

22             Q    Okay.  How have you relied on analysts'

23    reports in your work in the past?

24             A    I have sometimes used them to look at

25    industry-level information.

7/11/2007  Goedde, Alan

1        Q    Meaning what?                                    14:02:07

2        A    The factors in the industry.  Like, for

3   example, these CIO reports are a survey done on opinions

4   of CIOs.

5        Q    You haven't relied on analysts' reports for

6   their views on valuations of companies or other metrics

7   of where a company is headed, in terms of their value?

8        A    I generally don't use it for that purpose.  I

9   may have, but I generally don't use it for that purpose

10   at all.

11        Q    In your opening report, at Page 17, you said,

12   "Numerous banks and research organizations regularly

13   report on the software industry and can provide

14   independent sources of information."

15             Are you changing your view on that?            14:02:57

16        A    No, that's exactly what I said.  I don't rely

17   on it for a particular company.  I don't think it

18   foretells what a company does, but certainly it's --

19   information about the industry or the sector, I think,

20   can be useful.  They --

21        Q    So --

22        A    -- process -- they get the same information as

23   others do from the Government, and I rely on it for

24   those -- that type of information.

25        Q    So analysts' reports can provide valuable

**7/11/2007  Goedde, Alan**

1   information regarding a sector, where things are going          14:03:23

2   with, you know, enterprise software companies as a whole;

3   is that --

4        A    I tend to use it more for that.

5        MR. BRITTON:  Michele, are you close to the time

6   for a quick break?

7        MS. KYROUZ:  Sure.  We can do that.

8             Take ten minutes.

9        THE VIDEOGRAPHER:  We're going off the record at

10   2:03.

11            (Brief recess taken)

12        THE VIDEOGRAPHER:  We are back on the record at

13   2:24.

14   BY MS. KYROUZ:

15        Q    Earlier this morning you mentioned that there          14:24:08

16   were some flaws or things wrong with Oracle's forecasting

17   process, which was your reason for why you thought Oracle

18   should not have given any guidance for Q3 of fiscal 2001;

19   is that right?

20        A    That was one of the reasons.

21        Q    Okay.  And what's the other reason?

22        A    Well, the forecasting process was unreliable.

23   There was macroeconomic factors.  There were other

24   internal factors; conversion rates were declining.  The

25   pipeline had declined, you know, between beginning and

**7/11/2007  Goedde, Alan**

1    ending of the quarter.                                    14:24:48

2        Q    But that wouldn't be a reason why you wouldn't

3    give guidance at the beginning of the quarter, the fact

4    that something declines throughout the quarter, right?

5        A    Well, it'd been declining in the prior three

6    quarters as well, in beginning to end of quarter.

7        Q    And that's the pipeline?

8        A    Yes.

9        Q    Is that what you were referring to?

10       A    Yeah.

11       Q    Okay.  So what were the flaws that you've

12   identified that you believe existed with respect to

13   Oracle's forecasting process?

14       A    Oracle's forecasting process was flawed,

15   because in -- principally, because in, roughly, September   14:25:18

16   of 2000, there was a directive by Larry Ellison to change

17   the forecasting process.  And this changed the field

18   forecast process, and Ms. Minton went on with her

19   historically-based adjustment and created a flawed

20   process.

21       Q    Okay.  Any other flaws in the process that you

22   believe --

23       A    Strictly in the process, that was -- that was

24   the primary flaw, and that --

25       Q    The directive by Larry Ellison and then what

7/11/2007  Goedde, Alan

```
1    you believe was Minton's failure to account for that and     14:26:01
2    to continue using what you're calling a historical-based
3    analysis?
4         A    Well, in addition to that, she said in her
5    deposition that she didn't include any of the
6    macroeconomic factors that that we've just been talking
7    about.
8         Q    Okay.  And those are the bases for why you
9    think that Oracle's forecasting process was flawed?
10        A    Well, there are other factors related to this.
11   You know, the use of additional information to get more
12   unbiased views of exactly what was going on in the
13   economy and out in the sector.  But they're generally
14   related to these categories.
15        Q    Okay.  And your criticism of Ms. Minton with     14:26:45
16   respect to the historical-based analysis is what?
17        A    That was the basis of her upside.
18        Q    Your understanding is that she created her
19   upside adjustment by doing what?
20        A    The basis of her upside adjustment is the
21   prior year's pipeline and results.
22        Q    And what specifically do you contend that she
23   did with respect to the prior year's pipeline and
24   results?
25        A    Well, the basis for her upside adjustment is
```

1      looking at the conversion rate from the same quarter the          14:27:27

2      prior year.

3           Q    And then applying that to the forecasted

4      pipeline for the current quarter?

5           A    Right.

6           Q    That's what you believe she did?

7           A    That's what she said she did.

8           Q    You think that's what she said she did to

9      create her upside adjustment?

10          A    She said that the basis of her upside

11     adjustment is the results in the prior one-year-ago

12     conversion rate.

13          Q    And when you say the basis for, you think she

14     said that that was how she came to create her number?

15          A    It says in her interview with -- in the SLC          14:28:00

16     report that that was the basis.  She says in her

17     deposition that that formed what she called an accurate

18     forecast for the current quarter.

19          Q    So you're basing your opinion in this area on

20     what you believe Ms. Minton testified to with respect to

21     her SLC interview and her deposition testimony?

22          A    That is how she defined how she did her upside

23     adjustment.

24          Q    Okay.  That's your understanding, and that's

25     the basis of your opinion here in this case, that she was

**7/11/2007  Goedde, Alan**

```
1    creating the upside number by simply applying the          14:28:41

2    conversion ratio from Q3 '00?

3         MR. BRITTON:  Objection.  Asked and answered,

4    mischaracterizes testimony.

5         THE WITNESS:  Those are some of the bases for her

6    creating that upside adjustment.

7    BY MS. KYROUZ:

8         Q    Do you have any other basis for believing that

9    that's how she created her upside adjustment, by simply

10   mechanically applying the historical conversion ratio?

11        A    Well, she said she did.  So I didn't have a

12   question -- reason to question her.

13        Q    Did you do some analysis where you tried to

14   prove that?

15        A    I demonstrated some analysis, where it closely   14:29:23

16   depicted what was done in the prior year.

17        Q    Okay.  And what do you -- what do you think

18   that analysis shows?

19        A    It shows it closely mirrored, nearly, the

20   conversion ratio of the prior year.

21        Q    Let's take a look at that analysis, and maybe

22   you can help me understand what that shows.

23             Where is that analysis reflected in your

24   exhibits?

25        A    One place it's reflected is in Exhibit 4.
```

**7/11/2007  Goedde, Alan**

1    Q    To your rebuttal report?                                    14:30:29

2    A    Yes.

3    Q    Okay.  And looking at Page 2 of your Exhibit

4    4, this is where you did the numbers, calculated what

5    the -- why don't you walk me through what this shows.

6    A    This shows the forecast date, the forecast

7    week, the pipeline conversion rate of the prior year,

8    potential forecast, the current pipeline, the potential

9    forecast pipeline conversion rate, and the difference

10   between the prior year conversion rate and potential

11   forecast conversion rate.

12   Q    Okay.  And then what does the final column

13   show?

14   A    Final column shows the quarterly average.

15   Q    And how did you arrive at that number?        14:31:32

16   A    The quarterly average is the average of the

17   differences between -- for the quarter.

18   Q    So you -- within Q3 FY '01, you added up

19   these -- the column difference between prior year

20   conversion rate and potential forecast conversion rate,

21   you added those up and divided by the number of data

22   points to arrive at the zero?

23   A    I believe that's how it was done.

24   Q    Okay.  Did you do this work yourself?

25   A    One of the associates working on the case did

**7/11/2007  Goedde, Alan**

1     the computation.                                              14:32:17

2          Q     Okay.  So this quarterly average column, it

3     looks like you've got zero percent for Q3 of FY '01, and

4     then Q2 of FY '01 has five percent, and Q1 of FY '01 has

5     eight percent; is that right?

6          A     Would you repeat that question for me, please.

7          Q     I'm reading the numbers from the right-hand

8     column that says, "Quarterly Average."

9          A     Oh.

10         Q     And I see at the bottom you've got zero

11    percent for Q3 of FY '01, five percent for Q2 of FY '01,

12    eight percent for Q1 of FY '01; is that right?

13         A     Yes.

14         Q     So in prior numbers -- in prior quarters,

15    where the percentage is greater than zero percent, what    14:33:16

16    does that show?

17         A     Just merely an average of the deviations, the

18    differences.

19         Q     And the fact that there's a difference that's

20    greater than zero suggests what to you?

21         A     A difference greater than zero would suggest

22    a -- on average, that the -- there's a wider difference

23    between the conversion rate and the potential forecast

24    conversion rate.

25         Q     So is it your view that Jennifer Minton was

**7/11/2007  Goedde, Alan**

```
 1    not just applying mechanically the prior year's        14:33:58

 2    conversion rate in these quarters in Q1 and Q2 but then

 3    she was in Q3?  Is that your opinion?

 4         A    No, my opinion is that consistently throughout

 5    this, they mirror one another.  The prior year conversion

 6    rate and the potential forecast conversion rate generally

 7    mirror each another.

 8         Q    And what do you mean by mirror?

 9         A    The shape is the same.

10         Q    The shape is the same.

11              And wouldn't it be more conservative to have a

12    larger number?  For instance, eight percent would be more

13    conservative, because it's suggesting a lower conversion

14    ratio would be necessary this quarter compared to the

15    prior quarter?                                         14:34:45

16         A    It's just an average.  There's a greater

17    difference in some of the quarters and a lesser

18    difference in the others, but it's very close to what she

19    uses for -- very close to the prior year conversion rate,

20    and the shape is essentially the same.

21         Q    And what do you mean by the shape is the same?

22         A    By visually examining these two lines, they

23    tend to mirror each other.

24         Q    Okay.  What do you think that shows?

25         A    That is another indicator of the fact that the
```

1    potential forecast conversion rate is similar to the          14:35:16

2    prior year conversion rate.

3         Q    Okay.  And if it were the same, wouldn't all

4    these numbers in the column "Difference Between Prior

5    Year Conversion Rate and Potential Forecast Conversion

6    Rate" -- wouldn't all those numbers be zero?

7         A    If everything was exactly the same, that's

8    correct.  But my point is it's very close to what she did

9    before.  And so it supports my opinion that the prior

10   year conversion rate is the basis for this.

11        Q    So when you say it's very close, you think

12   it's very close when the average is eight percent in Q1

13   of FY '01, or are you just saying in Q3, when the average

14   is zero, that that's very close?

15        A    I think they're all very close.  There's not    14:36:17

16   much deviation from them, and it shows that -- though she

17   might have made some changes, basically it supports my

18   opinion that the basis for her upside is the prior year

19   conversion rate.

20        Q    And when you say the basis for, are you

21   basically saying that that's not how she arrived at it

22   specifically, but that it's somehow loosely based on it

23   or it's one factor that contributes to it?  Or what is

24   your testimony in that area?

25        MR. BRITTON:  Objection.  Mischaracterizes

**7/11/2007  Goedde, Alan**

| | |
|---|---|
| 1 | testimony. | 14:36:51 |
| 2 | THE WITNESS:  My testimony is that her upside |
| 3 | potential -- upside forecast is based on the prior year |
| 4 | conversion rate.  It's very close to the prior year |
| 5 | conversion rate. |
| 6 | BY MS. KYROUZ: |
| 7 | Q    Well, which is it -- |
| 8 | A    When one goes up the other goes down.  When |
| 9 | one goes up the other goes up.  They mirror it.  If you |
| 10 | just look visually, it's very close.  And at different |
| 11 | times it's closer than the other -- than others. |
| 12 | Q    So when you say based on, you're not saying |
| 13 | that it's the result of just the application of the |
| 14 | conversion ratio?  You're saying there were other factors |
| 15 | that went into her getting that number? | 14:37:32 |
| 16 | A    Yes, there's some -- there's some differences |
| 17 | between them, but it supports my opinion that it's based |
| 18 | on the prior year conversion rate.  It's very close to |
| 19 | the prior year conversion rate. |
| 20 | Q    How close does it have to be? |
| 21 | A    Well, that's very -- |
| 22 | Q    I mean, everything could be loosely related. |
| 23 | So there must be some reason why you believe that they're |
| 24 | in some way, you know, based on that number, that it's |
| 25 | something more specific than just something she |

**7/11/2007  Goedde, Alan**

| | | |
|---|---|---|
| 1 | considered. | 14:38:00 |

2           MR. BRITTON:   Is there a question?

3    BY MS. KYROUZ:

4           Q    Is that what you're saying, that it's

5    something more specific than just a factor she may have

6    considered?

7           A    I don't understand your question.

8           Q    What do you mean by based on?  Are you saying

9    that it was just one of many factors that she considered?

10          A    I'm saying there are a few deviations from

11   basing it on exactly the prior year conversion rate.  You

12   can see on these charts they're basically the same shape.

13   She may -- there may be a difference at one point or

14   another, but it's very -- it's based on the prior year

15   conversion rate.                                     14:38:34

16          Q    So in your rebuttal report, at Page 76, you

17   say, "As shown in Exhibit 4, throughout 3Q FY '01, the

18   potential forecast tracked the number calculated, using

19   the pipeline conversion analysis almost exactly compared

20   to 1Q FY '01 and 2Q FY '01, which had average differences

21   of eight percent and five percent, respectively.  In 3Q

22   FY '01 the average difference between Ms. Minton's

23   forecast and the number calculated using the pipeline

24   conversion analysis was zero.

25               "This comparison shows that in 3Q FY '01

```
1      Ms. Minton was making upside adjustments to the field        14:39:23
2      forecast which brought her potential forecast almost
3      exactly in line with or even higher than the revenue
4      figure that would be expected if Oracle was able to
5      convert the exact same percentage of deals that it
6      converted in 3Q FY '00.  This analysis shows that,
7      although Ms. Minton testified that she relied on a
8      variety of factors, in reality she was predicting almost
9      an exact repeat of 3Q FY '00."
10             Are you changing your view today from what you
11     previously put in your report?
12         A    This my view.  I think my report correctly
13     depicts my view.
14         Q    Okay.  Well, you -- so -- you said earlier
15     today that you thought she had testified that she based   14:40:07
16     her conversion -- that she based her potential adjustment
17     on the conversion ratio, and here you say she testified
18     she relied on a variety of factors but that you
19     disbelieve her, and, in fact, you believe, based on your
20     calculations, that she was simply applying conversion
21     ratio.
22         MR. BRITTON:  Objection --
23     BY MS. KYROUZ:
24         Q    Isn't that what your report says?
25         A    Well, it -- my report speaks for itself.  She
```

**7/11/2007  Goedde, Alan**

```
1    is using the conversion ratio in Q3.  It's almost an          14:40:39

2    exact duplicate of the prior year conversion ratio.  That

3    in itself is a -- really, an unreasonable comparison to

4    make, considering that the forecast process had changed

5    so much.  That's the point of my report.

6              It's irresponsible to -- for Ms. Minton to be

7    using -- first of all, to be basing her forecast on the

8    prior year conversion rate, when, in fact, the underlying

9    forecast -- and then adding it, then -- figuring out an

10   add to the field forecast, when, first of all, the field

11   forecast had changed so much.  And her -- but in spite of

12   all that, she goes back to her basis of relying on the

13   prior year conversion rate.

14             (Discussion off the record)

15        MS. KYROUZ:  I'd like to mark this the next          14:42:03

16   exhibit.

17             (Defendant's Exhibit 10 was marked for

18             identification by the court reporter.)

19        MS. KYROUZ:  What exhibit was that?

20        THE REPORTER:  That was 10.

21        MS. KYROUZ:  Exhibit.

22             I'd like to mark Exhibit 11.

23             (Defendant's Exhibit 11 was marked for

24             identification by the court reporter.)

25   BY MS. KYROUZ:
```

1          Q    Exhibit 11 is a single page from a collection          14:42:35

2    of upside reports and Exhibit 10 -- sorry.  Exhibit 10

3    was the --

4              (Discussion off the record)

5    BY MS. KYROUZ:

6          Q    And --

7          MR. BRITTON:  This is 11?

8          MS. KYROUZ:  This is 11.  This is a single page

9    from a number of upside reports, and Exhibit 10 is an

10   index of documents that correlates Bates numbers to the

11   date of the upside report.  And this was something that

12   you cited in your report for this exhibit that you had

13   looked at to identify the upside reports.

14         MS. KYROUZ:  And looks like we need to change the

15   tape.  So we'll go off the record and change the tape.          14:43:23

16         THE VIDEOGRAPHER:  This concludes Tape Number 2.

17   We're going off the record at 2:43.

18             (Discussion off the record)

19         THE VIDEOGRAPHER:  And this begins Tape Number 3.

20   We are back on the record at 2:45.

21         MR. BRITTON:  I'm going to -- my understanding of

22   Exhibit 11 is it's a single page from various different

23   upside reports, and I'm going to interpose an objection

24   that the entire document hasn't been produced for the

25   witness.

**7/11/2007  Goedde, Alan**

1       And I think, to get an understanding of where        14:45:27

2   you're going, you're going to need all of the upside

3   reports, but I'll let you go where you're going.

4       MS. KYROUZ:  Let's see if any of the data points

5   that he has chosen to use are not reflected in the

6   page -- this page of the upside report.  I think this is

7   where he got them from.

8       Q    You can see from Exhibit 10, at Item 17, that

9   the first page of Exhibit 11 is from the upside report

10   that is September 11, 2000.

11       Now, I just want to have you walk through one

12   of these calculations for, me so I can understand what

13   you were doing in your Exhibit 4, Page 2 chart that we've

14   just been talking about.  So --

15       MR. BRITTON:  If you can do it with the single        14:46:11

16   page.

17   BY MS. KYROUZ:

18       Q    So if you look at the September 11th entry,

19   which is Week 2 of Q2 of FY '01.  So on your Exhibit 4,

20   Page 2 -- yeah.  If you look at, starting with September

21   11th, that's the Week 2 number.

22       And if you look at where -- and I have some

23   blowups of these numbers.  If there's any number you

24   can't read, I've got some blowups for you if that's

25   helpful, but hopefully it's legible.

**7/11/2007  Goedde, Alan**

1    So the first column there after the date in            14:46:52

2    the forecast week says, "Pipeline conversion rate from

3    the prior year," and that says 59 percent.  And if you

4    could --

5        (Discussion off the record)

6    BY MS. KYROUZ:

7        Q    Okay.  So if you could, looking at -- I think

8    you understand how you derive that conversion rate, but

9    if you look at Page 1 of Exhibit 11, which is Oracle

10   0122336, it gives you the Q2 FY '00 total number, which

11   is 859-632.

12       And then you would divide that, I think, by

13   the Q2 FY '00 pipeline number, which is a few columns

14   over to the right, 1.464990.

15       And correct me if I'm wrong, but my            14:47:53

16   understanding is that that's how you derived your 59

17   percent for the conversion ratio for the prior year.  And

18   I have a calculator here, if you want to just --

19       A    Okay.

20       Q    -- do the math.

21       Here's an extra copy of this chart from your

22   report.  If you can just write down what the calculation

23   is that you come up with.

24       If anybody needs an extra copy.

25       And you've got a calculator there.  If you can

**7/11/2007  Goedde, Alan**

```
1       just do that now, so I can understand how this works.        14:48:38
2            A    (No audible response)
3            Q    And does that come out to 59 percent?
4            A    Yes.
5            Q    Yeah.  Okay.
6                 So then you take the potential forecast
7       number, the next column, the 1095 column, right?  And you
8       can see that on Page 1 of Exhibit 11, under the potential
9       number for Q2 of FY '01.
10           A    Yes.
11           Q    And then you divide that by the Q2 FY '01
12      pipeline that's being projected at that point, the
13      2.28 --
14           A    Right.
15           Q    -- 0 and that's how you got your 48 percent;   14:49:59
16      is that right?
17                Go ahead and do the math.
18           A    Yes.
19           Q    Okay.  And then you subtracted the 48 percent
20      from the 59 percent to get your 11 percent in the next
21      column over?
22           A    Yes.
23           Q    Okay.  So that's how you did it, based on
24      these pipeline report numbers.
25                Okay.  Let's -- I'm sorry, the upside report
```

**7/11/2007  Goedde, Alan**

```
1     numbers that are reflected in Exhibit 11.              14:50:35

2            Let's turn to Page 2 of Exhibit 11.  This is

3     for Q3 FY '01, and if you look at the Bates number, and

4     if you refer back to Exhibit 10, it's the December 11,

5     2000 upside report there.  If you compare the

6     Bates number of Oracle 2991, that fits within the range

7     in Report Number 22, which says December 11th, 2000

8     upside report.

9            Okay.  So let's go to your Exhibit 4 again,

10    and let's go to the December 11th line.  And it says

11    December 11, 2000, Week 2, and the pipeline conversion

12    rate from the prior year's 50 percent.  So let's

13    calculate that using Page 2 of Exhibit 11.  Q3 FY '00 is

14    1.029, divided by the Q3 FY '00 pipeline.

15           And what's the -- what's the pipeline           14:51:54

16    conversion ratio that you get?

17    A    Now I've done something to your calculator.

18    It keeps going back to zero.

19    Q    Okay.  There you go.  Try it again.

20           Do you have your own calculator with you?

21    A    I have a calculator.

22    Q    Feel free to use your own.  I can take mine

23    back.

24    A    I thought I did.

25           Get -- doing that calculation, I get 53
```

**7/11/2007  Goedde, Alan**

```
1    percent.                                                    14:53:48

2         Q    Okay.  Can you write that down on here, just

3    so I have that?

4              Write in next to there where it should be.

5              So that one should be 53 percent --

6         A    No, no.  That's not correct.  When we did this

7    analysis, I found a discrepancy in the data.

8         Q    Okay.

9         A    I found that the pipeline data that I used

10   here I could also identify back in Q3 FY '00.  And I

11   found a discrepancy.  The pipeline listed in the -- this

12   report was different from the pipeline that was listed in

13   the actual year.  So I went back and used the actual

14   data.

15        Q    Okay.  And --                                     14:54:27

16        A    That's where I got these numbers.  I only had

17   one year to do that, which was Q3 FY '01, but I --

18   there's no explanation given why the number would change

19   this year from when it was actually inputted at the time.

20        Q    Do you know whether that was a constant dollar

21   number, adjusted for currency?

22        A    I don't know what the -- shouldn't be any

23   different than --

24        MR. BRITTON:  Maybe if you have that report handy,

25   you could show him and he can figure out whether it's a
```

```
 1    constant dollar or not.                               14:55:00

 2          MS. KYROUZ:  From the report -- so what --

 3          MR. BRITTON:  From Q3 '00.

 4    BY MS. KYROUZ:

 5          Q    What was it that you're saying you used?  Did

 6    you use --

 7          A    I used --

 8          Q    -- an upside report?

 9          A    I used pipeline data from Q3 FY '00.

10          Q    As found in an upside report?

11          A    Yes.

12          Q    Okay.  We can -- I don't know if we have

13    that --

14          MR. BRITTON:  So I guess it would be the

15    December -- so it would be, like, Number 1 here to these    14:55:19

16    upside reports.

17    BY MS. KYROUZ:

18          Q    Okay.  We can try to track that down.

19               And is that your understanding of why your

20    numbers differ from what you would get -- so your

21    testimony is that all of the upside reports during Q3 of

22    '01 had the wrong numbers --

23          MR. BRITTON:  Objection.  Mis --

24    BY MS. KYROUZ:

25          Q    -- in there --
```

7/11/2007  **Goedde, Alan**

1        MR. BRITTON:  -- characterizes testimony.                14:55:46

2    BY MS. KYROUZ:

3        Q    -- in terms of the prior year's data?

4        A    Well, there were enough inconsistencies that I

5    went back and used the prior year data to get the

6    original source.

7        Q    Okay.  And do you know how many of the data

8    points were different from the ones that were in the

9    actual upside reports?

10       A    I didn't make a count of that.

11       Q    Okay.  You note at the bottom, "Per upside

12   reports at budget rates unless otherwise noted."  You

13   noticed -- you have that on the bottom of your chart that

14   we're looking at here in Exhibit 4.  That's the one

15   that's in your left hand.                                      14:56:37

16       A    Yes.

17       MR. BRITTON:  Michele, to be fair to the witness,

18   you got to give him a document at some point.

19       MS. KYROUZ:  Well --

20       MR. BRITTON:  Come on, you're standing there

21   talking about footnotes, but you produced single pages of

22   these documents.

23       MS. KYROUZ:  Well, he's now --

24       MR. BRITTON:  Why don't you produce the whole

25   document?

**7/11/2007  Goedde, Alan**

1     MS. KYROUZ:  Well, he's saying it's not in these          14:56:51

2     upside reports.  He's now identified --

3     MR. BRITTON:  Because you select --

4     MS. KYROUZ:  -- a whole new document.

5     MR. BRITTON:  You select -- no, he cited those

6     upside reports.  You selected the single pages from

7     upside reports --

8     MS. KYROUZ:  No, no.

9     MR. BRITTON:  -- during the period --

10    MR. BRITTON:  -- he saying it's not --

11    MR. BRITTON:  -- you want to look at.

12    MS. KYROUZ:  -- in these upside reports.

13    Q    Isn't it your testimony that the information

14    that you used for your chart was in an upside report from

15    Q3 '00 but somehow is not reflected in the upside reports       14:57:09

16    for Q3 '01?

17         That's what he's saying.

18    MR. BRITTON:  Right.

19    MS. KYROUZ:  He's saying it's not --

20    MR. BRITTON:  What I'm saying is that the upside

21    reports that form the basis of these include Q3 '00,

22    which you haven't produced.  So you're asking him to

23    compare budget rates and constant rates without producing

24    the documents that he used.

25    MS. KYROUZ:  I'm just asking him to explain what

**7/11/2007  Goedde, Alan**

1    his calculations are.  This is what he cites.                    14:57:27

2         MR. BRITTON:  All right.

3         MS. KYROUZ:  He cites these documents, okay.  He

4    doesn't cite these upside reports.

5         Q    So --

6         MR. BRITTON:  I object.

7    BY MS. KYROUZ:

8         Q    -- just to be clear --

9         MR. BRITTON:  You mischaracterized the report.  If

10   you look at the report, it says, "Per upside reports at

11   budget rates," and then it has all the upside reports.

12            So obviously, what's in 12-13-99 and 1-10-'00

13   is going to contain the data that you want.  So if you

14   produce those reports so the witness can look at them,

15   you'll get the answers that --                               14:57:59

16        MS. KYROUZ:  Okay.

17        MR. BRITTON:  -- you're looking for.

18   BY MS. KYROUZ:

19        Q    And so if I understand your testimony -- and

20   we can try to obtain those documents in time for this

21   deposition, but seems like your explanation is that you

22   simply got the data from the upside reports in the third

23   quarter of '00.

24            Is that -- and that's what you think accounts

25   for the difference?

7/11/2007  Goedde, Alan

1      A    I don't know what accounts for the difference.      14:58:19

2   I used the contemporaneous data from Q3 FY '00 for the

3   pipeline.

4      Q    Okay.  And you think that when you were going

5   through this, that you noticed that that data was

6   different from the data that was contained in the upside

7   reports for Q3 '01, and you decided to use the ones from

8   Q3 '00 instead of the data that's here, and so --

9      A    There were discrepancies in it, and it caused

10  me to go back to the original source.

11     Q    Okay.  What you believe was the original

12  source, and that would account for the differences in

13  these calculations, then, you believe?

14     A    I didn't see any reason why not to rely on the

15  original source.                                             14:58:59

16     Q    Okay.  You didn't note what you thought was

17  the discrepancy anywhere in this chart, right?

18     A    No, I didn't.

19     Q    Did you ever try to calculate what the

20  discrepancy was?  In other words, you identified that

21  there was a discrepancy in the data.  Did you ever try to

22  identify what the impact of that would be on your numbers

23  if you used the one set of data versus the other?

24     MR. BRITTON:  Objection.  Asked and answered.

25     THE WITNESS:  There didn't appear to be -- it

**7/11/2007  Goedde, Alan**

```
1     didn't change my opinion if I had used the other data          14:59:49

2     that these were --

3     BY MS. KYROUZ:

4          Q     Did you use the other data?

5          A     I did not use the other data, because I found

6     discrepancies, and I wanted to be as accurate as

7     possible.

8          Q     Okay.

9          A     It seemed odd to me that this number would

10    change between Q3 FY '00 and Q3 FY '01.

11         Q     Okay.

12         A     I went back to the original source.

13         Q     Okay.  So you didn't note that there was a

14    discrepancy and you didn't do the calculation both ways?

15    You just did it based on the data that you felt was more      15:00:13

16    appropriate, and you came up with these numbers here.

17    And then I asked you whether you thought it would make a

18    difference.  You said it wouldn't make a difference

19    whether you used one set of data or the other or --

20         A     I think you have it backwards.  I went to look

21    for the best source of information for this.

22         Q     Okay.

23         A     And so the best source of information, I

24    think, in any case, would be the contemporaneous

25    document.  The contemporaneous documents weren't
```

**7/11/2007  Goedde, Alan**

1    available to me for a number of these calculations.  So I      15:00:44

2    used the most current upside report.

3               Where I found -- where I was able to use the

4    contemporaneous document, I used that, because when I

5    compared it to the current upside report, I noticed there

6    was a difference in that pipeline figure.

7         Q    Okay.

8         A    So I went back to the original source

9    document.

10        Q    So you don't know, if you used the

11   calculations -- the data that was actually used in

12   Oracle's Q3 '01 upside reports -- you don't know how that

13   would change the conclusion that you've reached in

14   Exhibit 4 that the average would be zero percent, because

15   you didn't do that calculation?                             15:01:29

16        A    No, I didn't do that calculation.  I didn't --

17   there was no need to.  I was using the correct source, I

18   think.

19        Q    And if that number, instead of being zero

20   percent, were four percent, would that change your view

21   as to whether the data suggests that Ms. Minton was

22   simply applying a conversion ratio from the prior year in

23   creating her upside adjustments?

24        MR. BRITTON:  Objection.  Incomplete

25   hypothetical.

**7/11/2007  Goedde, Alan**

```
1        THE WITNESS:  I don't know what I would conclude      15:02:03
2   until I saw the information, but all other things being
3   equal, if it was four percent, it wouldn't change my
4   opinion.
5   BY MS. KYROUZ:
6        Q     Okay.  And why is that?
7        A     Because if, all other things being equal,
8   according to your hypothetical, I'd still have the same
9   shape of the curve.  Low points'd be the same, high
10  points'd be the same.
11       Q     So it's really just based on the shape,
12  that -- the shape of the curve is really the basis for
13  why you believe that this conversion ratio is what
14  Ms. Minton was doing in creating the upside number?
15       MR. BRITTON:  Objection.  Mischaracterizes         15:02:35
16  testimony.
17       THE WITNESS:  No, that's not it at all.
18  BY MS. KYROUZ:
19       Q     Well, you're telling us that the different --
20  the actual numbers don't really matter.  It's just the
21  fact that it goes up and down in the same pattern.  Is
22  that what you're suggesting?
23       MR. BRITTON:  Objection.  Mischaracterizes
24  testimony.
25       THE WITNESS:  No, that's not correct at all.
```

7/11/2007  Goedde, Alan

```
1    BY MS. KYROUZ:                                          15:02:51

2         Q    Okay.  So what --

3         A    If you look --

4         Q    -- are you saying?

5         A    I'm saying that there's very little deviation,

6    using this quarterly average method, between Ms. Minton's

7    potential forecast conversion rate and the prior year

8    conversion rate.

9         Q    And what is very little deviation?

10        A    There's a deviation of, on average, zero

11   percent in third quarter fiscal year '01; on average,

12   five percent, second quarter fiscal year '01; on average,

13   eight percent, Q1 FY '01; six percent in Q4 FY '00; and

14   one percent in Q3 FY '00.

15        Q    So what number would be sufficient deviation    15:03:26

16   that you wouldn't -- it would change your opinion?

17        A    I don't know what number would be sufficient

18   deviation, but it seems that it's very close to the prior

19   year conversion rate.

20        Q    And anywhere from eight percent to zero

21   percent -- any number in there is sufficient for your

22   purposes for you to draw that conclusion?

23        A    I didn't look at that.  I also looked at the

24   shape of the curves.  Where one goes up, the other goes

25   down.  It's -- essentially, they're correlated.
```

**7/11/2007  Goedde, Alan**

1     Q    So you're basing it on the shape, or are you          15:03:57

2   basing it on the number, whether it's five percent or --

3     A    Well, there's --

4     Q    -- zero percent?

5     A    I looked at all the factors.  These -- these

6   two lines are correlated, and I also looked at what the

7   deviation was.

8     Q    So the fact that there's any correlation, the

9   way the chart lines move together, in your view, supports

10  the contention that Ms. Minton was mechanically applying

11  the conversion ratio from the prior year in creating her

12  upside adjustment?

13     MR. BRITTON:  Objection.  Mischaracterizes

14  testimony.

15     THE WITNESS:  It's all the information I've used as    15:04:28

16  well as the statements from Ms. Minton, saying that is

17  what she did.  And the statement in the SLC report,

18  saying that's the basis of her upside adjustment.  And so

19  it's well-documented that that's what she did.  I'm

20  merely replicating that and testing it myself.  And --

21  BY MS. KYROUZ:

22     Q    Okay.

23     A    -- by and large, that is what she did.

24     Q    Did you test that correlation statistically?

25     A    I did do a correlation test on it.

**7/11/2007  Goedde, Alan**

```
1           Q    And what did it show?                      15:04:56

2           A    It's very high.

3           Q    How --

4           A    I don't recall the number, but it's very high

5      correlation.

6           Q    Is that reflected in your report anywhere?

7           A    No.

8           Q    And that's based on these numbers that you

9      used for Q3 of FY '01; is that --

10          A    Yes.

11          Q    -- fair?

12               Okay.  So is the SLC interview of Jennifer

13     Minton a document you relied on in preparing your

14     report?

15          A    Yes.                                        15:05:40

16          Q    Is that reflected in one of your lists of

17     documents you relied on?

18          A    It should be.  It's the document that I did

19     read.

20          Q    Can you show me where that is.

21          A    I can't tell from this report, because

22     documents are referenced by Bates numbers.  I can't

23     identify the SLC report from this.

24          Q    Well, under "Miscellaneous" you have report of

25     the special litigation committee.  It doesn't identify
```

**7/11/2007  Goedde, Alan**

```
1     any interview memo that I can see.                        15:07:02

2                Are there any other documents that you relied

3     on that are not reflected in your report?

4         A     I think you just told me that was reflected in

5     my report, the SLC report is reflected in my report; is

6     that correct?

7         Q     I told you that you mentioned the report of

8     the SLC, but it doesn't reflect any interview memos,

9     which are different documents.

10               Have you actually reviewed those memos?

11        A     The documents that I reviewed were part of the

12    SLC report.  It wasn't listed as something separate.

13        Q     Okay.  So you didn't review an interview memo

14    of Jennifer Minton, this purported testimony you're

15    referring to about --                                      15:08:22

16        A     Yes, I did.  It was listed in the SLC report

17    as a part of the report.

18        Q     Okay.  And did you read the SLC report, or did

19    you read the SLC report plus all of the interview memos

20    that are cited in the SLC report?

21        A     I read what was bound with the SLC report,

22    which -- that's where I got that information from.

23        Q     All right.  So you think that was in the SLC

24    report?

25        A     That's my --
```

**7/11/2007  Goedde, Alan**

```
1          MR. BRITTON:  Mischaracterizes testimony.        15:08:55
2     BY MS. KYROUZ:
3          Q    You think the memos were attached to the SLC
4     report in some way in the way it was given to you, and
5     that's --
6          A    Yes.  I don't -- I think -- I recall that it
7     was in the content of the report and that's where I read
8     it.
9          Q    Okay.  So you're referring to an actual part
10    of the report, not a separate document, called a
11    memorandum of an interview; is that right --
12         MR. BRITTON:  Objection.
13    BY MS. KYROUZ:
14         Q    -- in the way you recall it?
15         MR. BRITTON:  Mischaracterizes testimony.        15:09:15
16         THE WITNESS:  I recall what I was reading was in --
17    was a report on her interview.  I don't -- I don't know
18    the exact title of it, but I do recall what I read.
19    BY MS. KYROUZ:
20         Q    Okay.  Was it a thousand-page document?
21         A    The SLC report?
22         Q    Yeah.
23         A    Yeah, a number of volumes.
24         Q    Okay.  And that's what you think you were
25    relying on?
```

1          MR. BRITTON:  Objection.                          15:09:37

2          THE WITNESS:  Yes.

3          MR. BRITTON:  Mischaracterizes testimony.

4          THE WITNESS:  That's a -- I was relying on the SLC

5     report.

6     BY MS. KYROUZ:

7          Q    Okay.  You mentioned earlier that you thought

8     Jennifer Minton did not consider any economic or market

9     factors in her upside work; is that right?

10         A    That's what she said in her deposition.  I was

11    referring to her deposition where she said she did not

12    consider macroeconomic factors.

13         Q    Wasn't she testifying that she did not

14    consider economic factors when she prepared the license

15    pipeline conversion analysis, not when she created the    15:11:14

16    upside adjustments?  Do you know?

17         A    I'd have to look -- look at the deposition

18    again.

19         Q    Okay.  But that part of your opinion is based

20    solely on her deposition testimony?

21         A    Well, let me check my report.  I think I

22    quoted from where it was from.

23         MR. BRITTON:  You're in the rebuttal.

24         THE WITNESS:  Yes, on Page 11 in my report, it

25    says, "Ms. Minton described the upside process as

1    follows:  'The upside adjustments were based on a variety          15:11:58

2    of factors.  One was the license pipeline conversion

3    analysis.  We would take a look at the pipeline for the

4    same corresponding prior year period and look at what

5    actually closed as a percentage of that pipeline to come

6    up with a historical pipeline conversion ratio.

7               "'And we would apply that to the current

8    pipeline in order to predict what we thought would be the

9    actual conversion or the actual -- the actual conversion

10   of that pipeline for the current quarter.  And we broke

11   it down by geography or business unit.  And it was in

12   totality a fairly good'" -- hyphen -- "'had proven to be

13   a fairly good predictor of what our true forecast actual

14   reports would be.'"

15   BY MS. KYROUZ:                                                    15:12:48

16        Q    Turning to Page 12 of your report, you then go

17   on to cite some further testimony from Ms. Minton, right?

18   The center of the page, where it says "THE WITNESS:  I

19   did not consider any economic factors when performing the

20   license" -- hyphen -- "when we prepared the license

21   pipeline conversion package, it is solely based on

22   applying the historical conversation rates for the same

23   prior year corresponding period to the current pipeline

24   to determine what the upside would be."

25        A    Yes, that's correct.

**7/11/2007  Goedde, Alan**

1      Q    So that's -- you understand she's referring to          15:13:17

2    one aspect of her analysis, the license pipeline

3    conversion rate?

4      A    Yes.

5      Q    Okay.  What is your expertise in analyzing the

6    quality of enterprise software applications?

7         MR. BRITTON:  Objection.  Vague.

8    BY MS. KYROUZ:

9      Q    Do you have any expertise in that area?

10      A    I don't have a technical expertise in that

11    area, but I'm -- my expertise that I use in my report is

12    a market expertise.

13      Q    Okay.  You reference on your rebuttal

14    report -- in your rebuttal report at Page 57 -- really

15    beginning, I guess, at Page 54 through 58, a number of          15:15:10

16    documents regarding certain customers.

17         MR. BRITTON:  You want to refresh your memory by

18    reading through those pages?

19         THE WITNESS:  Sure.

20         (Discussion off the record)

21    BY MS. KYROUZ:

22      Q    I'm going to ask you about your statement at

23    the top of Page 57 if you want to take a look at that.

24         On top of Page 57 you say, "The foregoing is a

25    representative sample of some of the correspondence I've

**7/11/2007  Goedde, Alan**

1   reviewed relating to the problems that Oracle's 11i        15:17:52

2   application suite was causing Oracle's customers."

3             You're not suggesting that this is a

4   representative sample of Oracle's customers; are you?

5        A    This is a representative sample of

6   correspondence.

7        Q    That you've reviewed?

8        A    Yes.

9        Q    Okay.  You don't -- you're not suggesting that

10  it's a representative sample of all correspondence or all

11  communications with Oracle's customers; are you?

12       A    I'm not making any other representations other

13  than this, that it's a representative sample of some of

14  the correspondence that I've reviewed.

15       Q    And in this aspect of your report are you        15:18:43

16  relying on the report of Brooks Hilliard regarding Suite

17  11i?

18       A    I read his report.

19       Q    Are you relying on it in forming your opinions

20  about this aspect of your testimony?

21       A    To the extent I rely on technical issues, I

22  relied on his report.

23       Q    On Page 62 of your rebuttal report you say,

24  "The quality deficiencies of Oracle's applications

25  products and Suite 11i's botched entry into the

**7/11/2007  Goedde, Alan**

```
1    applications market limited Oracle's ability to generate     15:19:50

2    database sales from higher growth application sales.

3    Microsoft, on the other hand reported year-over-year

4    revenue growth of only eight percent."

5            Were you aware that Microsoft reported a 21

6    percent growth in its enterprise software and services in

7    the fourth calendar quarter of 2000, which was announced

8    on January 18th, 2001?

9       A    I don't know if I -- that I cited that in this

10   report.

11      Q    If you look at the press release you cite in

12   Footnote 218.

13           Did you read that press release that you cite

14   there?

15      A    Yes, I did.                                          15:20:46

16      Q    Okay.  You would agree, would you not, that

17   the enterprise software sector'd be more relevant

18   comparison with respect to Microsoft's growth?  The

19   enterprise software portion of Microsoft would be the

20   most relevant comparison here; wouldn't it?

21      A    I don't know that it would be the most

22   relevant.  I think it's relevant exactly the way I have

23   it.  Microsoft is another software producer.

24      Q    Microsoft sells a lot of other products;

25   doesn't it?
```

**7/11/2007  Goedde, Alan**

1      A     Yes.                                                    15:21:47

2      Q     On Page 8 of your opening report, in the

3  middle of the page you say, "Based on the reports and

4  conclusions from those within Oracle's industry as well

5  as my observations in calendar years 1999 and 2000, it is

6  my opinion that by Q3 '01 Oracle was facing a major

7  market change as a result of the contraction in the

8  economy that began a year earlier."

9            Do you see that?

10     A     Yes.

11     Q     Is that your opinion?

12     A     Yes, it is.

13     Q     You told me earlier this morning that the

14  economy -- there was no contraction in the economy in

15  this time period, that it was simply a slowing of growth;   15:22:39

16  isn't that right?

17     A     That is -- that's what I would call a

18  contraction.  You can call it -- a better definition

19  would be calling it a slowing of growth.

20     Q     Okay.  So you're not -- it's not your opinion

21  that there was actually a contraction in the economy

22  during this time period?

23     A     The economy is not declining.  I could have

24  worded this a little better.  But my opinion is that the

25  factors that were affecting Oracle and the economy was a

**7/11/2007  Goedde, Alan**

1    slowing in this growth rate.  It was turning around,                15:23:05

2    turning downward.  All these charts show that the growth

3    rates -- in all these factors that we've cited with

4    respect to Professor Hubbard's report, it's a downward

5    trend.  It's a --

6          Q    Sir, you're aware that "contraction of the

7    economy" is a term of art that economists use, right?

8          A    Yes, it could have been stated better.  My

9    opinion is that there's a change in the growth.

10         Q    Okay.  So you're not taking the position there

11   was a contraction in the economy in the -- between Q3 '00

12   of Oracle's fiscal year and Q3 '01 --

13         A    There was not a contraction in the economy.

14   There --

15         Q    Thank you.                                              15:23:39

16         A    -- was a decline in the markets that Oracle

17   participated in, and the economy was slowing down.

18         Q    On Page 65 of your rebuttal report, you talk

19   about opinions of what you term to be leading economists.

20   You say, "Even if Professor Hubbard's opinion were

21   supportable, however, opinions of leading economists

22   varied at the time about whether the economy was in fact

23   in a recession.  Some very prominent economists held the

24   view that the economy was in a recession in Oracle's 3Q

25   FY '01," and you cite two people.

**7/11/2007  Goedde, Alan**

1        One is Wayne Ayers, and the other is Steve    15:24:42

2    Roach, here -- look at your quote for what Wayne Ayers

3    actually said.  Quote, "What we're seeing here in the

4    numbers so far is that one sector of the economy is in a

5    bona fide recession; that's manufacturing."

6        So he -- Mr. Ayers wasn't giving the opinion

7    that the economy was in a recession; was he?

8        MR. BRITTON:  Objection.  Mischaracterizes the

9    document.

10        THE WITNESS:  He's saying so far, that one sector

11    in the economy is in a recession.  The article is about

12    the fact that the economy is heading into a recession,

13    according to his opinion, and one sector is already

14    there, in manufacturing.

15    BY MS. KYROUZ:    15:25:31

16      Q   So you agree that he doesn't say that the

17    economy's already in a recession in Oracle's 3Q FY '01?

18      A   That's not what he says.  I'm really

19    responding here to Professor Hubbard's allegations about

20    the economy.  The President of the United States is

21    saying we're heading toward a recession.  We're

22    seeing this in these --

23      Q   Is he a prominent economist --

24      A   -- economists --

25      Q   -- in your --

1       A     No, but --                                    15:25:53

2       Q     -- definition?

3       A     He's -- this is other information that's out

4    in the marketplace, and yet -- I've gone through all of

5    these factors of Professor Hubbard's to show that there's

6    a downward trend; there's a slowing trend; things are

7    getting worse.  Some people are saying there's a

8    recession.

9       Q     The other fellow you cite, Steve Roach, you

10   quote him as saying, "The economy's in a recession and

11   the Fed is responding accordingly."

12           We've already looked at what the Fed was doing

13   in that period.

14           Do you know whether Steve Roach is considered

15   a perennial bear with respect to the economy?          15:26:28

16       MR. BRITTON:  Objection.  Vague.

17       THE WITNESS:  I'm not aware of that

18   characterization.

19   BY MS. KYROUZ:

20       Q     Okay.  Do you know whether he has any

21   reputation one way or the other about his views on the

22   economy and whether he's pessimistic?

23       A     Well, he was always pessimistic, and he'd

24   always -- he'd be wrong half the time; wouldn't he?  So

25   that wouldn't make too much sense.  So I --

**7/11/2007  Goedde, Alan**

| | | | |
|---|---|---|---|
| 1 | Q | Is that something you'd want to know? | 15:26:59 |

1      Q    Is that something you'd want to know?          15:26:59

2      A    Well, I don't think that that's true.  I think

3    you're mischaracterizing someone.

4      Q    You don't think people thought Steve Roach was

5    a perennial bear?

6      A    I've never heard that before.

7      Q    You didn't look into that, what his reputation

8    was one way or the other?

9      A    I've seen his -- articles by him for a number

10   of years.  I have a feeling, if he was wrong half the

11   time, he wouldn't be working anymore.

12     Q    Is it your view that the economy was, in fact,

13   in a recession during Oracle's 3Q FY '01?

14     A    I'm not making -- I'm not opining on whether

15   it was in a recession or not.                          15:27:48

16     Q    You're not in a position to opine on that; are

17   you?

18     MR. BRITTON:  Michele, I think he wasn't done with

19   his answer.

20     THE WITNESS:  I'm not opining on whether the

21   economy's in a recession or not.  It was well-known at

22   that time that the economy was slowing down.  This is

23   stuff well-known on the street.  I'm responding, more

24   specifically, to Professor Hubbard's comments in this --

25   as I am in this rebuttal report.

**7/11/2007  Goedde, Alan**

```
1    BY MS. KYROUZ:                                        15:28:14

2         Q    So your contention is that the economy was

3    slowing down, not that there was a sudden shrinkage or

4    contracting or resection in the economy; is that correct?

5         MR. BRITTON:  Objection.  Mischaracterizes

6    testimony.

7         THE WITNESS:  Well, those are different things.

8    BY MS. KYROUZ:

9         Q    Are you saying any one of those three things?

10        A    Well, it --

11        Q    You just told me you didn't think there was a

12   contraction.

13        MR. BRITTON:  Michele, let him --

14   BY MS. KYROUZ:

15        Q    Is that right?                              15:28:37

16        MR. BRITTON:  -- answer your questions.  You just

17   fired two questions at him without letting him answer

18   one.

19             You told us -- can you read back the first

20   question?

21        THE WITNESS:  Could you repeat your question for

22   me, please.

23   BY MS. KYROUZ:

24        Q    Yeah.  You said those are different things.  I

25   said, okay, let's talk about each of them separately,
```

**7/11/2007  Goedde, Alan**

1      then, the contraction.                                              15:28:49

2           You told me just now it was not your opinion

3      that the economy was in a contraction; is that right?

4           MR. BRITTON:  Objection.  Mischaracterizes

5      testimony.

6           THE WITNESS:  I was responding.  I was clarifying

7      the wording in this report, where I had used that word,

8      and that is -- what I was intending to say is that growth

9      is slowing down in the economy.

10     BY MS. KYROUZ:

11          Q    So your opinion --

12          A    There's a turning point -- it reached a

13     turning point in the economy approximately in spring and

14     summer of 2000, and the indicators are all pointing

15     downward.                                                            15:29:17

16          Q    So there was a --

17          A    And that's a continuing -- that has been a

18     continuing effect, and then it ran into Oracle's third

19     quarter.

20          Q    Okay.  So that's your opinion, that growth was

21     slowing during the period from 3Q '00 to 3Q '01 of

22     Oracle's fiscal year?

23          A    Yes, growth was slowing.  It was more

24     pronounced in the software sector.

25          Q    And it's not your opinion that there was a

**7/11/2007  Goedde, Alan**

1      contraction in the economy, as that term is used by          15:29:45

2      economists?

3              A      No, there --

4              MR. BRITTON:  Objection.  Asked and answered.

5              THE WITNESS:  There's not a contraction in the

6      economy.  Growth was slowing down.

7      BY MS. KYROUZ:

8              Q      Okay.

9              A      There was a turning point.

10             Q      And it's not your opinion that there was a

11     sudden shrinkage in the economy either; is it?

12             A      Well, I think the Fed adds more to that,

13     saying that there was a sudden slowdown in the growth of

14     the sectors, particularly in software and technology.

15             Q      And you're referring to the November minutes    15:30:12

16     and the underlying data that we looked at this morning

17     for the basis for your opinion?

18             MR. BRITTON:  Objection.  Mischaracterizes --

19             THE WITNESS:  The Fed clarifies its opinion when

20     it, you know, has the two successive reductions in the

21     federal funds rate.  It adds more clarity to those -- to

22     those views about the -- what they call, I believe, a

23     sudden turn-down in the -- these technology sectors.  And

24     I.T. spending -- or I.T. investment and software.

25     BY MS. KYROUZ:

**7/11/2007  Goedde, Alan**

1    Q    Okay.  We looked at that data this morning,          15:30:44

2    and, in fact, it showed the software data was increasing

3    during Oracle's Q3 fiscal '01; wasn't it?

4    A    No, you mischaracterized it.  My -- my opinion

5    was that the growth had slowed in those quarter -- in

6    that period of time.

7    Q    Okay.

8    A    And your data -- you didn't provide enough

9    data so I could show you that the growth had slowed.  So

10   what you were saying didn't have anything to do with my

11   opinion.

12        But the Fed clarified its opinions later on,

13   when it reduced the federal funds rate, which was later

14   in January, the January 3rd reduction and the January 31

15   reduction.                                               15:31:18

16   Q    So based on this data that you're

17   characterizing now, is it your opinion that there was a

18   sudden shrinkage in the economy, that it was a sudden

19   shrinkage prior to or during Q3 fiscal '01?

20        MR. BRITTON:  Objection.  Asked and answered.

21        THE WITNESS:  I think I'd have to go back to look

22   at what the Fed was saying.  That's what I was relying on

23   for the --

24   BY MS. KYROUZ:

25   Q    Okay.  So your view is dependent on whatever

**7/11/2007  Goedde, Alan**

1    the Fed was saying about the software sector?                    15:31:45

2         A    I think the Fed characterized it, and I relied

3    on that, because that was something that was disseminated

4    to the public and the business community, and it

5    emphasized this concern of the Fed that there was a

6    slowdown in business.

7         Q    And that's what we looked at this morning, the

8    November 2000 minutes that talked about a sudden

9    deceleration?  Is that what you mean?

10        A    It was the later minutes.  The Fed didn't

11   reduce the federal funds rate then.  That was done at the

12   January 3rd teleconference and the January 31.

13        Q    Okay.  And so --

14        A    And that's where there was more clarity to the

15   extent and level of the slowdown in --                           15:32:20

16        Q    So you're not --

17        A    -- in the economy.

18        Q    -- offering any opinion, then, that -- you

19   know, I've asked you a couple times now whether this is

20   your opinion about whether there was a sudden shrinkage,

21   and each time you've referred me back to whatever the Fed

22   said.

23             So I take it from that that you're not

24   offering some opinion on your own about that?  You're

25   simply relying on whatever the Fed was saying in

**7/11/2007  Goedde, Alan**

| | | |
|---|---|---|
| 1 | November, December, and January of Oracle's fiscal Q3 | 15:32:42 |
| 2 | '01? | |

 3          MR. BRITTON:  Objection.  Mischaracterizes his

 4    testimony, asked and answered many times.

 5          THE WITNESS:  That's one of the factors that I'm

 6    relying on.

 7    BY MS. KYROUZ:

 8          Q    Okay.  Is there any -- is there anything else?

 9    Are you offering an opinion one way or the other about

10    whether you believe -- aside from whatever the Fed

11    says -- whether you believe that there was a sudden

12    shrinkage?

13               You know, you told me there wasn't a

14    contraction, as the economists use that term.  And so I'm

15    just wondering if you're simply saying there's a slowing        15:33:10

16    in growth rather than a shrinkage in the economy.  Is

17    that fair?

18          MR. BRITTON:  Objection.  Unintelligible.

19          THE WITNESS:  There is a slowing in growth.  If

20    you're equating a shrinkage to a contraction -- the

21    economy wasn't contracting at that point.  There was a

22    slowdown.

23          MS. KYROUZ:  Why don't we take a ten-minute

24    break.

25          THE VIDEOGRAPHER:  And we're going off the record

**7/11/2007  Goedde, Alan**

```
1     at 3:34.                                          15:34:11

2          (Brief recess taken.)

3          THE VIDEOGRAPHER:  We are back on the record at

4     3:58.

5     BY MS. KYROUZ:

6          Q    Is it your opinion that monthly actual revenue

7     was an accurate predictor of total quarterly revenues at

8     Oracle?

9          A    My opinion is that that's what was used in the

10    flash reports and that's what the executives used to

11    predict quarterly revenue.

12         Q    Your opinion is that Oracle executives were

13    relying on -- solely on actual data or just as one of

14    many things they looked at?

15         A    It was one of the things they looked at.       15:59:26

16         Q    Okay.  My question for you is is it your

17    opinion that monthly actual revenue for, let's say, the

18    first two months of the quarter was an accurate predictor

19    of total quarterly revenues at Oracle?

20         A    Yes, it did predict -- I didn't actually use

21    it as a predictor.  I guess that's why your question is

22    odd to me.  I didn't use it as a predictor.

23         Q    Okay.  Why don't you take a look at Page 28 of

24    your report.

25              On Page 28 of your opening report, under
```

**7/11/2007  Goedde, Alan**

| | | |
|---|---|---|
| 1 | "Actual Results," you say, the bottom paragraph, "In my | 16:00:30 |
| 2 | opinion, the evidence that I have reviewed shows that | |
| 3 | monthly actual revenue was an accurate predictor of total | |
| 4 | quarterly revenues at Oracle." | |
| 5 | What did you mean by that? | |
| 6 | A    That the executives used monthly actual | |
| 7 | revenue to predict quarterly revenues. | |
| 8 | Q    Did you make any attempt to determine whether | |
| 9 | monthly actual revenue for the first month of the quarter | |
| 10 | is predictive of actual quarterly revenue? | |
| 11 | A    I did some tests, showing that monthly revenue | |
| 12 | was -- or first month revenue was significant in | |
| 13 | analyzing the total quarter.  I relied on information in | |
| 14 | the Garnick report and other flash reports, showing that | |
| 15 | the executives at Oracle relied on monthly results, and | 16:01:39 |
| 16 | Larry Ellison said he relied on those results. | |
| 17 | Q    What were the tests that you ran to show that? | |
| 18 | A    I showed that, on average, monthly revenue | |
| 19 | was -- I believe 19 percent -- or December revenue was | |
| 20 | averaged 19 percent of the quarter and -- excuse me, | |
| 21 | January -- December revenue averaged about 21 percent of | |
| 22 | the quarter, and January revenue averaged about 19 | |
| 23 | percent of the quarter.  And I tested to see if there was | |
| 24 | significance of the monthly revenue, and there was. | |
| 25 | Q    Okay.  And where is that work reflected in | |

**7/11/2007  Goedde, Alan**

1    your report?                                                    16:02:21

2         A    Reflected -- some of that information is

3    contained in Exhibit 16.

4         Q    Okay.  And what does Exhibit 16 show?

5         A    Exhibit 16 shows that December monthly revenue

6    averages about 21 percent of the total quarter's revenue.

7         Q    So after you know -- after the fact, when you

8    know what all the months' revenues were and you know what

9    the total was, you're saying this just tells you, on

10   average, what the revenue would be for a particular

11   month; is that fair?

12        A    That was the analysis, yes.

13        Q    Okay.  Did you do any other analysis to

14   determine whether there's a relationship between the

15   first month's revenue and how the quarter would turn out   16:03:55

16   with respect to quarterly revenue?

17        A    I didn't do a prediction.  I tested the

18   significance of first month revenue.

19        Q    And what do you mean by that?

20        A    I tested whether, if, in defining the

21   quarterly revenue and using as components the Month 1,

22   Month 2, Month 3 growth rates -- all were growth rates,

23   quarterly revenue growth, as -- defining Month 1, Month

24   2, and Month 3 growth rates as components of that, that

25   Month 1 was significant.

**7/11/2007  Goedde, Alan**

1       Q    And what does that tell you with respect to        16:04:35

2    Oracle's forecast for Q3 of '01?

3       A    What it tells me is that -- I'm confirming or

4    responding to comments that Oracle was unable to forecast

5    or unable to use first month or second month figures

6    because of preponderance of deals coming in at the very

7    end.  And --

8       Q    But you just told me that you didn't look at

9    whether the first month revenue assists in predicting

10   what the total revenue's going to be for the quarter.

11       MR. BRITTON:  Objection.  Mischaracterizes

12   testimony.

13       THE WITNESS:  No, my --

14   BY MS. KYROUZ:

15       Q    Is that right?                                    16:05:15

16       A    My tests were historical.

17       Q    Right.

18           So you didn't look at whether, if you -- as an

19   executive at Oracle, if you had the actual results for

20   Month 1, you didn't look at whether that would tell you

21   anything at all about how the quarter was going to end

22   up; did you?

23       MR. BRITTON:  Objection.  Mischaracterizes the

24   report, mischaracterizes testimony.

25       THE WITNESS:  That isn't what I said.  This is what

**7/11/2007  Goedde, Alan**

```
1      the executives did.  I know --                        16:05:37
2      BY MS. KYROUZ:
3           Q    I'm asking you your --
4           A    -- Larry Ellison --
5           Q    -- opinion.  I'm asking you your opinion on
6      whether you are offering data or analysis to support the
7      idea of, if you have one month's actual data, data from
8      Month 1, whether it assists you in predicting how the
9      quarter's going to turn out.
10          MR. BRITTON:  Counsel, please don't interrupt the
11     witness.
12               Do you have anything to add to the previous
13     answer?
14          THE WITNESS:  No.
15          MR. BRITTON:  -- Dr. Goedde?                       16:06:00
16          THE WITNESS:  I think I've covered it.
17          MR. BRITTON:  Okay.  Let's start with a new
18     question.
19     BY MS. KYROUZ:
20          Q    I'm asking you your opinion on whether you are
21     offering data or analysis to support the idea, if you
22     have actual data from Month 1, whether it assists you in
23     predicting how the quarter's going to turn out.
24          A    Well, I already know that, because the
25     executive used that information.  Larry Ellison said that
```

1    he uses monthly actuals.  I know that the Garnick flash          16:06:25

2    report contains monthly actuals and bases the quarter on

3    how well they've done in these first couple months.  He

4    uses it in both the Garnick report -- the flash report

5    for December and the flash report for January.  So he

6    already does it.  So that wasn't necessary for me to

7    establish.  It's already done.  They do it.

8         Q    It's your contention, is it not, that Oracle

9    should have known something about the way the quarter was

10   going to turn out based on Month 1's actual revenue?

11   Isn't that your opinion?

12        A    Yes.

13        Q    Okay.  So why --

14        A    Because that's what they do.  Oracle does

15   that.                                                            16:07:02

16        Q    But you haven't --

17        A    Oracle --

18        Q    -- established that it shows anything; have

19   you?  You haven't established that knowing the Month 1

20   revenue data tells you anything about the quarter; have

21   you?

22        MR. BRITTON:  Objection.  Mischaracterizes the

23   report, mischaracterizes his testimony.

24        THE WITNESS:  I've established historically that

25   that is what has happened in the past.  Now I have that

**7/11/2007  Goedde, Alan**

1    historical information, and now I have the information on        16:07:20

2    the Garnick reports, showing that that's what the company

3    actually does.  They do do that.

4              And in fact, in the Garnick reports they

5    project, here we've met -- I think in one case they were

6    two months into the quarter, and we've only got one-third

7    of the revenue.  So they're actually projecting based on

8    these monthly totals.  So that's what they do already.

9    It wasn't necessary for me to prove that.

10   BY MS. KYROUZ:

11       Q    I'm not asking about what Oracle did.  I'm

12   asking about whether it should have conveyed some

13   different information to them than what they believed it

14   conveyed.

15             And the regression analysis that you've done        16:08:01

16   in Exhibit 25 -- you know, what I'm asking is have you

17   done any analysis that shows -- and we can take a look at

18   your Exhibit 25.

19             Let's look at the Q2 '01 numbers that you

20   have.  And you have, for Month 1, growth rate of 4.8

21   percent for Q2 of '01; is that right?

22       A    Yes.

23       Q    And you have at Month 2 a negative 5.6 percent

24   growth rate; is that right?

25       A    Yes.

**7/11/2007  Goedde, Alan**

| | |
|---|---|
| 1 | Q    And this model doesn't tell you anything with | 16:08:45 |
| 2 | that information in mind, Month 1 and Month 2, about how |
| 3 | the third month and, therefore, the ultimate quarter is |
| 4 | going to come out; does it? |
| 5 | A    It defines the quarter.  I calculate these -- |
| 6 | I define the quarter by the growth rates in Month 1 and |
| 7 | Month 2 and Month 3.  That's how I define it.  So it -- |
| 8 | Q    If you didn't have the third month data that's |
| 9 | reflected in the right-hand column on your Exhibit 25, |
| 10 | you wouldn't be able to predict it based on Month 1 and |
| 11 | Month 2 data; would you? |
| 12 | MR. BRITTON:  Objection.  Incomplete |
| 13 | hypothetical. |
| 14 | THE WITNESS:  It's -- I'm not doing a predictive |
| 15 | model. | 16:09:26 |
| 16 | BY MS. KYROUZ: |
| 17 | Q    So you can't offer any opinion that, based on |
| 18 | the actual monthly data, that Oracle executives should |
| 19 | have known the way the quarter was going to end up; can |
| 20 | you? |
| 21 | MR. BRITTON:  Objection. |
| 22 | THE WITNESS:  Yes. |
| 23 | MR. BRITTON:  Mischaracterizes the report -- |
| 24 | THE WITNESS:  Absolutely -- |
| 25 | MR. BRITTON:  -- mischaracterizes -- |

**7/11/2007  Goedde, Alan**

```
1            THE WITNESS:  -- I can.                        16:09:43

2            MR. BRITTON:  -- his testimony.

3   BY MS. KYROUZ:

4       Q    And what's the basis for that?

5       A    The basis for the opinion is that's what they

6   actually do.

7       Q    Okay.  Other than -- other than the fact

8   that --

9       A    It didn't need to be proved.  They're already

10  doing it.  It says in the Garnick reports, Ellison says,

11  "I used that information."  Henley is calculating --

12  calculates a number of different metrics, using that type

13  of information.  So --

14      Q    And they didn't believe that the quarter was

15  going to be missed; did they?  So obviously, that data    16:10:04

16  wasn't predictive; was it?

17           MR. BRITTON:  Objection.  Assumes facts in a wild

18  way.

19  BY MS. KYROUZ:

20      Q    So your opinion doesn't add any analysis other

21  than what you believe Oracle executives were actually

22  doing?  You're not offering any opinion with respect to

23  this actual data that is based on anything other than

24  what Oracle executives were actually doing, in terms of

25  looking at flash reports, et cetera; is that fair?
```

**7/11/2007  Goedde, Alan**

1     A     Well, I'm confirming that Month 1 data -- the        16:10:39

2    growth in Month 1 is significant in predicting -- or not

3    predicting, in explaining total quarter information.

4     Q     In hindsight, but you're not offering any --

5    you're not suggesting it creates any -- has any

6    predictive value?

7     MR. BRITTON:  Objection.  Mischaracterizes the

8    report, mischaracterizes testimony.

9     THE WITNESS:  With this information this test was

10   looking at the past --

11   BY MS. KYROUZ:

12    Q     Right.

13          You did --

14    A     -- and demonstrating --

15    Q     -- this in hindsight, Exhibit 25, knowing what        16:11:08

16   all -- the way the quarter turned out, but you're not

17   suggesting that it has any predictive value, if you only

18   have Month 1 or Month 2, to tell you how the quarter's

19   going to come out --

20    A     This is --

21    Q     -- is that fair?

22    MR. BRITTON:  Same objections.

23    THE WITNESS:  This isn't a predictive equation.  I

24   already know that it's -- that Oracle executives use

25   it.

**7/11/2007  Goedde, Alan**

```
1    BY MS. KYROUZ:                                      16:11:25
2         Q     Use actual results but not your regression
3    analysis?
4         A     That's correct.
5         Q     You've used regression before as a tool?
6         A     Yes.
7         Q     You think it's an established methodology
8    commonly used by economists?
9         A     Yes.
10        Q     Have you ever done a regression before, where
11   the dependent variable is the quarterly revenue growth
12   and the independent variables are the monthly growth
13   rates?
14        A     I don't believe I have.  I may have.  I
15   don't -- just don't recall.                         16:11:53
16        Q     Have you ever seen that used in any
17   peer-reviewed publication?
18        A     I haven't.
19        Q     Is it true that every regression has a known
20   error rate?
21        A     Yes, every regression has a known error rate.
22        Q     Turning to the next page of your Exhibit 25 to
23   your report.
24              What does it mean on this chart that your --
25   the intercept has a coefficient of .01?
```

**7/11/2007  Goedde, Alan**

1      A      That's the intercept where the X-axis crosses      16:12:29

2   the dependent -- independent variable axis.

3      Q      You've listed the coefficients for each of the

4   months there.

5             What is your interpretation of what the

6   coefficients mean here?

7      A      The coefficients are, generally, multipliers

8   of the values of the growth rates.

9      Q      So what does this tell you about Month 3,

10  compared to Month 2 and Month 1?

11     A      Month 3 has a higher coefficient.

12     Q      And what does that tell you?  That revenues

13  are more heavily weighted in the third month?

14     A      It tells you that growth is more heavily

15  weighted in the third month.                                16:13:14

16     Q      Do you believe that Oracle's revenue patterns

17  demonstrate the hockey stick effect?

18     A      Every company's revenue patterns demonstrate

19  to some degree a hockey stick effect.  That doesn't have

20  anything to do with whether you can't forecast or make

21  some assumptions about it.

22     Q      Do you think that the fact that there's a

23  hockey stick shape to the revenues has any impact on a

24  company's ability to forecast revenue?

25     A      I know in this case that approximately,

**7/11/2007  Goedde, Alan**

1    historically, 20 percent of the revenue in December -- in        16:13:52

2    the -- historically, 21 percent of the revenue has

3    occurred in December of the third quarter.  So with that

4    information -- and I know that in the Garnick flash

5    reports, in both December -- for December and January,

6    those types of metrics are used.

7         Q    Do you believe that when 60 percent or more of

8    the revenues comes in the third month of a quarter, that

9    it creates uncertainty in forecasting?

10        A    Yes, it can create uncertainty.

11        Q    So it's harder to know how the quarter's going

12   to turn out at a company where there's a hockey stick

13   pattern to the revenue?

14        A    Well, every company has a hockey stick pattern

15   to --                                                            16:14:42

16        Q    All right.

17        A    -- its revenue, and --

18        Q    So the more severe the hockey stick curve with

19   respect to how much revenue is earned at the very end,

20   the more uncertainty it creates in the forecasting

21   process; is that fair?

22        A    I don't know that there's more uncertainty.

23   What we've demonstrated historically is that 20 percent

24   of the revenues -- 21 percent of the revenues occur in

25   December.  So with that information, executives at Oracle

1    are using as a metric monthly information --                16:15:04

2         Q    So in --

3         A    -- and they use it.

4         Q    -- your theory, then, 80 percent of the

5    revenue comes in in the back two-thirds of the quarter,

6    then, right?

7              MR. BRITTON:  Objection.  Incomplete hypothetical.

8              THE WITNESS:  Well, approximately 40 percent comes

9    in in the first two months and then 60 percent in the

10   last month.

11   BY MS. KYROUZ:

12        Q    Okay.  And you believe that creates more

13   uncertainty than a company where -- if that was not --

14   would not be true?

15             MR. BRITTON:  Objection.  Asked and answered.        16:15:32

16             THE WITNESS:  It can.  It just depends on the

17   circumstances.

18   BY MS. KYROUZ:

19        Q    Do you agree that the third month of the third

20   quarter at Oracle had the greatest variance, compared

21   with the third months of other quarters?

22             MR. BRITTON:  Can we get that question back again?

23             (Record read.)

24             THE WITNESS:  I don't know that I tested for the

25   variance in third month.

```
1    BY MS. KYROUZ:                                        16:16:22

2         Q    Okay.  So you don't know one way or the other?

3         A    No.

4         Q    Do you know the rate at which big deals were

5    closing at Oracle a few days before the end of Q3 fiscal

6    '01?

7         A    Well, I know there were no big deals, and that

8    was one of the major problems, that the Oracle executives

9    knew right off the bat, particularly in NAS.  They may

10   have had one deal in the pipeline very beginning of the

11   quarter, but then, as it turned out, that deal fell out,

12   and they didn't have any big deals.

13            And the executives in NAS were discussing it;

14   this was a problem that they were having.  They knew it

15   right off in the -- I guess December or January.  In the   16:17:07

16   prior year they -- their big close in Q3 '00 was that

17   they got a lot of big deals.

18        Q    And did they think that was going to affect

19   their forecast when they wrote the e-mail you're

20   referring to?  Did they think that was going to affect --

21        A    Yes, it detrimentally affected their ability

22   to meet their goals.

23        Q    When you say goals, you mean forecasts?

24        A    Yeah, forecasts.

25        Q    So you think the NAS executives were taking
```

1    down their forecast or saying they weren't going to make          16:17:36

2    their forecast because there weren't enough big deals?

3         MR. BRITTON:  Objection.  Mischaracterizes

4    testimony.

5         THE WITNESS:  They were indicating that these were

6    some problems they were having, that there were --

7    particularly several of the Winton e-mails talked about

8    the fact that their -- things are different in the third

9    quarter.  Q1 and Q2 they had some big deals, and in the

10   prior -- and in Q3 2000 there were big deals.  But

11   that -- that's a problem they're having.  They're not

12   seeing those big deals now.  And they're recognizing that

13   as a problem.

14   BY MS. KYROUZ:

15        Q    When you say recognizing it as a problem, is          16:18:10

16   it your understanding that they were reducing the

17   forecast or saying that they couldn't meet their forecast

18   for Q3 as a result?

19        A    There were concerns about meeting their goals

20   as a result.  I have a quote of it.  Let me refer to my

21   report just to be more precise about it.

22             On Pages 42 and 43.  Right in December 2000,

23   December 6, 2000, Dave Winton, who's a finance director

24   for Oracle's NAS division, indicated that large deals

25   were scarce, even at the beginning of the quarter.  And

1    this is an excerpt from his memo.                          16:19:02

2             "More big deals this Q1 and Q2.  As the

3    schedule shows, our results this year have been boosted

4    by big deals in both quarters."  Then he goes on to say,

5    "Note that we have only one deal greater than 5 million

6    currently in the Q3 pipe.  Last year we had four deals

7    that netted $28 million."

8             So as early as December, Winton is talking

9    about this lack of deals in the pipe.  And Henley also

10   notes it in -- notes it himself.  So that's the

11   information I'm relying on.

12       Q    Did you read the full e-mail that David Winton

13   wrote that you cite there?

14       A    Yes, I did.

15       Q    Do you know that he goes on to say that he's    16:19:43

16   perfectly comfortable with the existing forecast and

17   doesn't take down his numbers at all?

18       MR. BRITTON:  Objection.

19       THE WITNESS:  There were --

20       MR. BRITTON:  Mischaracterizes the document.

21       THE WITNESS:  I'll have to take a look at the

22   e-mail.

23             Do you have it?

24   BY MS. KYROUZ:

25       Q    Are you aware of the fact that this document

**7/11/2007  Goedde, Alan**

1     that you cite -- David Winton does not take down his          16:19:57

2     forecast?  Do you agree with that?

3               MR. BRITTON:  Objection.  Mischaracterizes

4     testimony.

5               THE WITNESS:  I'd have to take a look at the

6     e-mail.

7     BY MS. KYROUZ:

8          Q     Okay.  So you don't know off the top of your

9     head here today?  You don't recall, with respect to this

10    e-mail, whether he was taking down his forecast or not?

11         A     I'd like to check the e-mail just to make sure

12    I have it precisely.

13         Q     And with respect to Mr. Henley, where he

14    writes, "NAS, no big deals in the pipeline," are you

15    familiar with what Mr. Henley's testimony was with          16:20:22

16    respect to that issue?

17         A     I just have to review the footnote.  I have

18    the -- it here.  I don't recall all of it.

19         Q     You don't recall what Mr. Henley's testimony

20    was?

21         A     Well, I knew at one time.  I don't recall it,

22    as I sit here today, other than he's -- there's some

23    concern about no big deals in the pipeline.

24         Q     Do you know the rate at which big deals were

25    closing a few days before the end of Q3 fiscal '01?

**7/11/2007  Goedde, Alan**

 1        A     There were no big deals that closed in NAS at        16:21:09

 2    the end of Q3 FY '01.

 3        Q     How about for all of Oracle?  Do you think

 4    there were no big deals at all in the entire company?

 5        A     There may have been in other divisions, but

 6    the miss occurred in NAS.  NAS didn't have any big deals.

 7        Q     It's your understanding that the miss only

 8    occurred in the NAS division?

 9        A     No, miss occurred in NAS and OPI.

10        Q     Okay.  How about OSI?

11        A     Well, one of them was saved by the Kovasin

12    deal.

13        Q     Okay.  And do you know what percent of the

14    miss was attributable to OSI?

15        A     I actually calculated the miss.  OSI was a        16:21:57

16    small -- relatively small contributor to overall --

17    overall revenue.  So the bigger contributor was NAS.

18        Q     You know they contributed about 30 percent to

19    the miss, though?

20        A     Let's check.

21              I just forget right now what the total

22    contribution to the miss was.

23        Q     But it's your understanding that there were no

24    big deals in OSI also?

25        A     I don't recall OSI.  I recall NAS

**7/11/2007  Goedde, Alan**

1    specifically.                                                    16:23:11

2         Q    Have you looked at the big deal reports from

3    the end of the quarter in Q3?

4         A    Yes, I did.

5         Q    Okay.  So there were some big deals on there;

6    weren't there?

7         A    There were big deals on there.  But what was

8    significant about it was the absence of big deals in NAS,

9    which was the largest division.

10        Q    So you think that the big deal reports showed

11   fewer big deals than Oracle had seen in other quarters?

12        A    That's what Roberts talked -- or what Winton

13   spoke about, that they had bigger deals in Q1 and Q2.

14   They weren't seeing those deals in Q3.  And again, he

15   also compared it to the prior year, where they had a      16:23:53

16   significant amount of big deals closing in the final --

17   final period or final month of the prior year.

18        Q    You're referring to David Winton's e-mail in

19   December of 2000?

20        A    Yes.

21        Q    I'm asking you about what the big deal reports

22   showed, which are done in the last, let's say, ten days

23   of Q3.  I'm asking if you looked at those big deal

24   reports and whether you think what's reflected there is

25   fewer big deals than in other quarters at Oracle.

**7/11/2007  Goedde, Alan**

1     A    In NAS there were no big deals closed in third    16:24:25

2   quarter, is my understanding.

3     Q    So you think that if you look at the big deal

4   reports from the end of the quarter, it's going to show

5   no big deals for NAS.

6         How about for Oracle --

7     MR. BRITTON:  Objection.

8   BY MS. KYROUZ:

9     Q    -- overall?

10    MR. BRITTON:  Mischaracterizes his testimony.

11        You had two questions there, Counsel.  Which one do

12  you want him to ask -- or answer?

13        Objection.  Compound.

14  BY MS. KYROUZ:

15    Q    I asked you whether the big deals for Oracle    16:25:02

16  overall that were reflected in the big deal reports at

17  the end of the quarter were fewer than were reflected in

18  other quarters, and your response to that was to discuss

19  some NAS data, and I'm asking you about Oracle overall

20  data.

21    A    I don't recall Oracle overall.  I focused on

22  NAS particularly -- I focused on U.S. and then NAS in

23  particular.

24    Q    Do you know whether big deals at Oracle were

25  closing at twice the rate that they had in Q3 fiscal '00,

**7/11/2007  Goedde, Alan**

1    just a few days before the end of the fiscal Q3 '01          16:25:36

2    quarter?

3          A     Could you restate that for me, please?

4          Q     Do you know whether big deals were closing at

5    twice the rate that they had in Oracle's fiscal Q3 '00?

6          MR. BRITTON:  Objection.  Vague.

7          THE WITNESS:  They weren't closing at twice the

8    rate.  That's -- that's completely wrong.  NAS --

9    BY MS. KYROUZ:

10         Q     So you looked at that?

11         A     -- had fewer deals.

12         Q     Have you looked at that overall, whether

13   Oracle's big deals were closing at twice the rate that

14   they were in Q3 fiscal '00?

15         A     That wasn't important to my analysis.          16:26:18

16         Q     Is it your opinion that the behavior of

17   Oracle's pipeline also informed defendants that Oracle

18   was being adversely impacted by the downturn in the

19   economy and problems with its products?

20         A     Please repeat that for me.

21         Q     Is it your opinion that the behavior of

22   Oracle's pipeline also informed defendants that Oracle

23   was being adversely impacted by the downturn in the

24   economy and problems with its products?

25         A     Yes.

**7/11/2007  Goedde, Alan**

1     Q     Okay.  What's the basis for that opinion?          16:27:14

2     A     Well, the pipeline growth -- normally, they

3  expect pipeline growth -- year-to-year pipeline growth is

4  one of the quarters that Larry Ellison looks at.  When he

5  looks at this year, he found that the pipeline growth

6  actually declined, I think from 54 percent to 32 percent.

7  So he's seeing a decline in pipeline growth.

8     Q     So your opinion is that year-over-year

9  pipeline growth was down or intra-quarter pipeline

10  growth?

11     A     Well, the indicator that Larry Ellison looks

12  at is year-over-year pipeline growth, and that was down.

13  That was one of the things that told him whether -- about

14  his probability of meeting guidance, one of the things he

15  looked at.                                                16:28:07

16     Q     You offering any other opinion about what the

17  pipeline number supposedly told Oracle executives during

18  the quarter?

19     A     Well, the pipeline in itself was becoming a

20  less accurate predictor, because the pipeline throughout

21  fiscal year '01 was declining from beginning to end of

22  quarter.  That hadn't occurred in the past.  So that was

23  another indicator to them that they should expect

24  pipeline to decline.

25            Even the fact that with OSO there were more

**7/11/2007  Goedde, Alan**

| | | |
|---|---|---|
| 1 | deals put into the pipeline -- even with that there were | 16:28:40 |
| 2 | still substantial declines in the pipe.  So this was a | |
| 3 | significant indicator. | |
| 4 |     Q    Did you analyze whether there's a positive or | |
| 5 | negative correlation between intra-pipe -- intra-quarter | |
| 6 | pipeline growth and sales? | |
| 7 |     A    I wouldn't have -- I don't know that that has | |
| 8 | any meaning to what we're talking about. | |
| 9 |     Q    Is it your opinion that the field forecast | |
| 10 | further informed defendants that Oracle would miss its | |
| 11 | public guidance? | |
| 12 |     A    Yes, absolutely. | |
| 13 |     Q    What did you do to reach that opinion? | |
| 14 |     A    Well, the field forecast was revamped, | |
| 15 | beginning with Ellison's directive.  So the field | 16:29:40 |
| 16 | forecast is -- was now including these other deals.  So | |
| 17 | it included more risk in the field, and what Minton did | |
| 18 | was, including some risk in her upside adjustments, she | |
| 19 | was double-counting this additional information. | |
| 20 |     So theoretically, the field forecast should be | |
| 21 | the best indicator of the performance of the company to | |
| 22 | meet its guidance or meet its targets.  That was | |
| 23 | Ellison's intention.  He wanted to include more | |
| 24 | information in the field forecast, make it more | |
| 25 | realistic. | |

**7/11/2007  Goedde, Alan**

1       Q    Did you --                                      16:30:22

2       A    And yet even the field forecast indicated they

3    were going to be below guidance.

4       Q    Did you analyze the historical accuracy of the

5    field forecast?

6       A    That wouldn't make any sense to do, because

7    the field forecast was changed with Ellison's directive.

8    That's the whole point.

9            That prior to this Ms. Minton added her -- did

10   her separate forecast calculation, because of sandbagging

11   in the field.  The Ellison directive comes into play

12   beginning in September, to reduce this sandbagging in the

13   field.  Yet Minton continues to add her upside adjustment

14   based on her historical conversion analysis.

15      Q    And according to your opinion, when is it that    16:31:02

16   you think the so-called directive was implemented by the

17   field?

18      A    Well, it began being implemented in Q2.

19      Q    So the field forecast in Q2, you believe,

20   reflected this new process that you believe --

21      A    Well, it began to be implement --

22      MR. BRITTON:  Objection.  Mischaracterizes

23   testimony.

24           Go ahead.

25      THE WITNESS:  It began to be implemented in Q2,

**7/11/2007  Goedde, Alan**

1   because that's when the memo went out.                    16:31:33

2   BY MS. KYROUZ:

3        Q    What evidence do you have that salespeople

4   began implementing this so-called directive in Q2?

5        A    Well, first of all, the first evidence I have

6   is that Larry Ellison directed them to do it.  And he

7   told them to change it.  We also have e-mails saying to

8   shift -- from now the regular commit number that was used

9   in prior forecasts now becomes the worst case.  So I know

10  that there was effort by individuals to see that the

11  forecasts are more accurate.

12            And the third way that I know about it is that

13  I checked the upside adjustment in the field.  And prior

14  to the implementation of this, there was very little

15  upside adjustment by the field and up to the NAS level.   16:32:13

16  And now I notice, particularly in Q3, it's -- tracks

17  upward.

18            Beginning in Q2 and then into Q3, there's

19  significant upside adjustment down at the division level.

20  And that's exactly what McMannis said would happen when

21  they implemented the Ellison directive.  She said -- in

22  the directive she said, prior to this we hadn't used much

23  judgment in our field forecast, and now we're going to

24  have to do it.

25            And what do you know?  Right after that we see

**7/11/2007  Goedde, Alan**

| | | |
|---|---|---|
| 1 | judgment entered into by the very -- every single level | 16:32:46 |
| 2 | in the field before it gets up to Minton's level.  And | |
| 3 | prior to that point I hadn't seen any.  So that was a | |
| 4 | third instance of direct evidence that adjustments were | |
| 5 | being made in the field to follow Ellison's directive. | |
| 6 | So I think it's very clear. | |
| 7 | Q    Other than those three pieces of evidence that | |
| 8 | you have identified, is there any other basis for your | |
| 9 | opinion that the field forecast was including more risk? | |
| 10 | A    I'm still looking at the issue, but I think | |
| 11 | that makes it pretty clear to me. | |
| 12 | Q    Okay.  And when you say you analyzed the | |
| 13 | amount of judgment that was incorporated in the field | |
| 14 | forecast, were you doing that for all three of the U.S. | |
| 15 | license divisions? | 16:33:36 |
| 16 | A    I think I had -- I don't know that I had | |
| 17 | judgment for all three.  I think I had judgment in NAS | |
| 18 | and OSI.  I don't recall whether I had all three.  I was | |
| 19 | focusing -- there was a lot in NAS and -- I'm not sure if | |
| 20 | it was one or two another divisions. | |
| 21 | But I could see that it was -- I know that | |
| 22 | in -- in Nussbaum's division, he was talking about the | |
| 23 | additional upside adjustment that he was putting in at | |
| 24 | his level.  So I know it was included there.  And he was | |
| 25 | talking about problems that he was having because you had | |

**7/11/2007  Goedde, Alan**

| | | |
|---|---|---|
| 1 | this upside adjustment and he would have to have a much | 16:34:22 |
| 2 | higher conversion rate in order to meet his targets | |
| 3 | there.  So I know that that was of concern to them. | |
| 4 | Q    And it's your understanding that there wasn't | |
| 5 | management judgment being added within the divisions | |
| 6 | prior to Q3? | |
| 7 | MR. BRITTON:  Objection.  Mischaracterizes | |
| 8 | testimony. | |
| 9 | THE WITNESS:  The upside adjustment began to be | |
| 10 | added significantly toward the end of Q2, just as the | |
| 11 | Ellison directive was implemented.  If you go back | |
| 12 | another quarter, in fact, there was negative upside | |
| 13 | adjustment at the field and division levels.  So there | |
| 14 | was very little -- it was negative; there was very | |
| 15 | little, and it trends upward and becomes a very | 16:34:58 |
| 16 | significant factor when you get into Q3, exactly as I | |
| 17 | would expect, exactly as McMannis memo says is what's | |
| 18 | going to happen. | |
| 19 | BY MS. KYROUZ: | |
| 20 | Q    And did you do some sort of analysis -- you | |
| 21 | said increase significantly, things like that. | |
| 22 | Have you done some sort of analysis of the | |
| 23 | data to show that the management judgment -- | |
| 24 | A    Well, I -- | |
| 25 | Q    -- increased? | |

**7/11/2007  Goedde, Alan**

1      A      -- looked at the data.  It was negative in the        16:35:19

2      prior quarter.  It became positive.  It was a large

3      number.  I think at one point the underlying management

4      adjustment -- management judgment was over a hundred

5      million dollars at one point in Q3.  So it bounced around

6      a little, but it was very significant factor.

7      Q      And did you compare that, to see if it was

8      significant compared to other quarters?

9      A      I looked at what it was in other quarters.  I

10     said in the prior quarters at times it was negative and

11     it was small.

12     Q      Have you set that forth, that analysis, in any

13     of your reports?

14     A      I haven't included it in my reports.

15     Q      How come?                                              16:35:59

16     A      Well, I began doing that analysis when it was

17     questioned that -- I assumed that the fact that the

18     directive came from Larry Ellison, it would be

19     implemented.  And I noticed in some of the rebuttal

20     reports they were questioning whether people would do

21     what Larry Ellison said.  So I looked for another

22     indicators.  And this is what I came up with.

23     Q      Okay.  And other than this indicator you just

24     mentioned, where you believe that more management

25     judgment was added at the field level, do you have any

**7/11/2007  Goedde, Alan**

| | | |
|---|---|---|
| 1 | other indication that the field was behaving differently | 16:36:31 |
| 2 | with respect to its forecast?  I mean, you mentioned an | |
| 3 | assumption that people would do what Larry says, but | |
| 4 | other than that and the one e-mail among finance people | |
| 5 | at OPI, do you have any evidence of salespeople actually | |
| 6 | doing this? | |

7        A    Well, there's several e-mails.  There's --

8        MR. BRITTON:  Hold on.  Objection.  Unintelligible,

9   vague, ambiguous.

10       THE WITNESS:  There's several e-mails.  There's

11  e-mails of others.  I think there was an e-mail -- there

12  are several e-mails that I looked at, indicating that

13  this was being implemented in the field, that we had

14  to -- I think there was an e-mail forwarded by Minton

15  down to some of the field levels, saying there was an        16:37:11

16  analysis done by one of the staffers about the accuracy

17  of prior field forecasts, and she was forwarding this

18  down, saying we have to make an effort to get our field

19  forecasts much more accurate.

20  BY MS. KYROUZ:

21       Q    And all the e-mails you're referring to, are

22  those all cited in your reports?

23       A    I believe so.

24       Q    Okay.  And you believe that these e-mails

25  showed that the field was actually taking some different

**7/11/2007  Goedde, Alan**

1   action, as opposed to somebody in the finance group          16:37:39

2   suggesting action or suggesting anything?

3        MR. BRITTON:  Objection.  Mischaracterizes his

4   testimony.

5        THE WITNESS:  Well, the directive doesn't come from

6   the finance group; it comes from Ellison.  The e-mail

7   says -- and I think Ellison testified that that was -- he

8   was the person who was referred to in the McMannis e-mail

9   about what the field should be doing.  And so --

10  BY MS. KYROUZ:

11       Q    Other than -- other than that, the e-mails

12  that you've identified, was there anything else --

13       MR. BRITTON:  Counsel.

14       THE VIDEOGRAPHER:  Your mic is rubbing against

15  that.                                                        16:38:12

16       THE WITNESS:  There may be others.  I think I've

17  covered the major factors.

18  BY MS. KYROUZ:

19       Q    Okay.  Anything other than what's in your

20  reports?  Anything else new that you have come up for

21  today?

22       MR. BRITTON:  Other than what he's talked about?

23       MS. KYROUZ:  Yeah, other than what he's told us and

24  what's in his reports, is there anything else new that

25  you've come up with for today to support this opinion?

1           THE WITNESS:  Well, I'm always working on it.  So I        16:38:38

2    may have some other ideas.  I may get some ideas during

3    the course of this deposition.

4    BY MS. KYROUZ:

5        Q    Is it your view that Larry Ellison was

6    intending to increase the amount of risk in the forecast

7    by this so-called directive that you've referred to?

8        A    I think he -- he was -- that question was

9    asked to him in a deposition, and I think there was some

10   confusion.  He started talking about -- not risk, but I

11   think he clarified the position.

12           But the point is what he wanted was no more

13   sandbagging.  So if there's not going to be any more

14   sandbagging, salespeople are going to have to put more

15   risk in their forecasts.  So I think when that was made        16:39:16

16   clear to him, I think he agrees that the salespeople have

17   to eliminate the sandbagging.

18       Q    And it's your opinion that when Larry Ellison

19   suggests that he doesn't like sandbagging, if that's what

20   you're suggesting happened, then that magically goes away

21   overnight?  Is that -- is that your opinion?  It would

22   just be implemented a hundred percent in the field

23   immediately?

24       A    Well --

25           MR. BRITTON:  Objection.  Vague and ambiguous.

**7/11/2007  Goedde, Alan**

```
1        THE WITNESS:  I've described how it was        16:39:47

2   implemented.  If this -- it was implemented in several

3   stages.  It would be what sales personnel put into the

4   forecasts, and then there's the management judgment

5   factor.  So it was adhered to.  And whether it gets

6   adhered to directly from a salesperson implementing the

7   details of a certain probability into the report or

8   management judgment at the field level.

9        What I saw was a distinct difference, a

10  distinct change in the amount of management judgment

11  after the implementation of the Ellison directive,

12  exactly what the McMannis memo said would happen, that

13  there'd be more judgment put into the field forecast, and

14  that's exactly what happened.  So that was a good

15  indicator for me.                                16:40:28

16  BY MS. KYROUZ:

17       Q    And you're calling it a distinct change and

18  you're referring to it as significant, but you haven't

19  done any analysis of it that you have set forth for us or

20  that sets forth what these numbers are and what you

21  believe the differences are or any other kind of

22  statistical analysis; is that fair?

23       MR. BRITTON:  Objection.  Mischaracterizes his

24  testimony, asked and answered.

25       THE WITNESS:  I've just described it.  The --
```

**7/11/2007  Goedde, Alan**

```
1   BY MS. KYROUZ:                                            16:40:49

2       Q    Other than your characterization, have you

3   done any actual analysis?

4       MR. BRITTON:  Objection.  Asked and answered.

5       THE WITNESS:  That is the analysis, that I -- when

6   I looked at it --

7   BY MS. KYROUZ:

8       Q    That's all you've done.  Okay.

9            Is it your opinion that Larry Ellison issued

10  this directive that you've referred to, that it was

11  perfectly implemented by everyone in the field, and that

12  Jennifer Minton was unaware of this change in Q3 '01?  Is

13  that what your opinion is?

14      MR. BRITTON:  Objection.  Mischaracterizes the

15  report, mischaracterizes his testimony.              16:41:24

16      THE WITNESS:  I don't think anything is done

17  perfectly in the business.  But what I did see is that

18  there was a significant amount of upside adjustment at

19  the field level, indicating the addition of management

20  judgment, just as was described as the way the Ellison

21  directive would be implemented.

22           So I had the description of how it would be

23  implemented.  I see that management judgment is injected

24  at the field sales level, and I think that's pretty good

25  evidence.  Then the Minton -- what happened with Minton's
```

1       estimate is she goes back and used the last year's        16:41:58

2       conversion ratio.  And so she ignores this -- or double

3       counts some of the risk that's already put into the

4       forecast.

5       BY MS. KYROUZ:

6           Q    And you haven't quantified how much -- you

7       said that nothing is implemented perfectly, but you

8       haven't quantified how much this so-called adjustment was

9       made at the field level?

10          MR. BRITTON:  Objection.  Asked and --

11      BY MS. KYROUZ:

12          Q    How much greater it was or any kind of

13      quantification around what happened, in terms of

14      increasing?

15               In other words, it sounds like you're saying     16:42:33

16      you believe a certain amount of additional judgment of

17      risk was entered at the field level, and have you

18      quantified that in any way to know how much corresponding

19      deduction Jennifer should have taken or have you not?

20          A    Well, there's some evidence --

21          MR. BRITTON:  Objection.  Vague and ambiguous and

22      unintelligible.

23          THE WITNESS:  Could you restate that for me,

24      please.

25      BY MS. KYROUZ:

**7/11/2007  Goedde, Alan**

1        Q     Sounds like you're saying you believe a          16:43:01

2    certain amount of additional judgment of risk was entered

3    at the field level and you haven't quantified that in any

4    way; have you?

5        A     That additional judgment was entered by

6    including more deals of higher -- of a higher risk

7    proportion -- higher risk percentage into the pipeline

8    originally plus the addition of management judgment at

9    the field level or --

10       Q     And how much?

11       A     -- the division level.

12       Q     How much does that reflect as a result of this

13   so-called directive?  How much of a change are you saying

14   was implemented?  How much less sandbagging was there,

15   according to your interpretation of the so-called          16:43:38

16   directive?

17       A     Well, I don't know how much less sandbagging

18   is, but what did happen is that there was more judgment

19   placed into the forecast, which made using the prior

20   year's conversion rate double counting this effect.  So

21   it was --

22       Q     You don't know how much -- by how much?  You

23   don't know how much?

24       A     I didn't calculate by how much.

25       Q     And so is it your opinion that Jennifer Minton

**7/11/2007  Goedde, Alan**

1    should have used a lower conversion ratio than she did in          16:44:04

2    Q3 of '00 if she were somehow accounting for this?

3         A    Well, it should have -- yes, that was one of

4    the errors that was made.  She was double counting some

5    of the risk that's already being put into the forecasts.

6         Q    So when you say double counting, what do you

7    mean by that?

8         A    Additional risk was being put into the

9    forecast by the field.  It's a new -- it's a change.  So

10   that additional risk that's put in originally by field

11   salespeople, then with the upside adjustment made at the

12   division and the U.S. levels -- I guess at the NAS

13   level -- that added an additional risk or upside

14   adjustment.

15        Q    Okay.  And you believe Jennifer Minton should        16:44:56

16   have accounted for what you've just described by using a

17   lower conversion ratio in Q3 '01 than she used in Q3 '00?

18   Is that your criticism?

19        A    Well, clearly, if the forecast process changes

20   and you use the forecast process from last year, that's

21   going to overlap.

22        Q    How much lower of a conversion ratio should

23   she have used in 3Q '01 than she used in 3Q '00?

24        A    Well, one way to look at it, as Ellison did,

25   is to look at what the field forecast was.  So the field

**7/11/2007  Goedde, Alan**

1    forecast -- if you applied the field forecast using a          16:45:31

2    conversion rate, you're still below the guidance.

3              So this was a red flag to Ellison that, even

4    with indicating the -- taking out the sandbagging, seeing

5    that there's an upside adjustment or judgment in the --

6    at the sales level, this was still -- that forecast was

7    still below guidance.  That would be a red flag.

8         Q    So how much should she have lowered the

9    conversion ratio from 3Q '00 to 3Q '01, in your opinion,

10   in order to account for this supposed change?

11        A    Well, the point is that's the wrong approach,

12   whether she lowers the conversion ratio or takes some

13   other approach.  Clearly, what's happening is using a

14   historical precedent to apply to this year, where the

15   forecast had changed, is the wrong approach.  So it's not   16:46:21

16   a matter of saying I should lower the conversion ratio or

17   do something like that.  Clearly, they --

18        Q    Well, what should she have done?

19        A    Well, what she should have done is not issue

20   any guidance, because the forecast process wasn't --

21   wasn't at a point where you could rely on it.

22        Q    You're saying that because the field had

23   supposedly followed this directive, that there was

24   nothing Jennifer Minton could have done to make the

25   forecast accurate for that quarter, but that she just

**7/11/2007  Goedde, Alan**

1    had -- there should be no guidance issued at all?          16:46:53

2        A    Correct, no guidance issued.

3        Q    So as soon as that so-called directive to try

4    to eliminate sandbagging that you've described, that you

5    believe happened -- as soon as that happened, then there

6    was no way that Oracle could issue a reliable forecast

7    for the third quarter of fiscal '01?  Is that your

8    position?

9        A    Well, there's -- as I said earlier in the

10   deposition, there's a number of factors.  There --

11   combine the economy with the lack of a historical basis

12   to make a forecast, combined with the change in the

13   pipeline, declines in the pipeline over previous

14   quarters, combined with the lack of big deals, combined

15   with the conversion -- differences in the conversion       16:47:32

16   rate.

17            I mean, all these things added together.  I

18   didn't segment out which one of these factors should be

19   used, but you take all these things together and you get

20   to December 14th, and it would be unreasonable to issue

21   guidance at that point.

22       Q    I'm asking you a different question, which

23   is -- you've said that there were certain changes that

24   were implemented at the field level and that Jennifer

25   Minton should have done something differently to account

**7/11/2007  Goedde, Alan**

```
1    for that, and I'm asking you what she should have done        16:47:58
2    differently that would have sufficiently accounted for
3    that, in your opinion.
4         MR. BRITTON:  Objection.  Asked and answered.
5         THE WITNESS:  I think all those factors needed to
6    be taken into consideration.  There wasn't a historical
7    perspective for her to judge how accurate the forecast
8    was.
9    BY MS. KYROUZ:
10        Q    And in your view, there never could have been
11   a historical perspective?  Once that so-called directive
12   was implemented, as you believe it was in Q2, then you're
13   saying, sort of by definition, there is no historical
14   comparison and, therefore, Jennifer could not have had an
15   accurate forecast?                                            16:48:33
16        MR. BRITTON:  Objection.  Vague and ambiguous,
17   unintelligible.
18        THE WITNESS:  I don't know whether Jennifer could
19   have had an accurate forecast.  What happened was she
20   applied the historical precedent to this new field
21   forecast.  So that was clearly inaccurate.  That was a
22   mistake that she made.
23   BY MS. KYROUZ:
24        Q    Okay.  So what should she have done?
25        A    She should have --
```

**7/11/2007  Goedde, Alan**

1        MR. BRITTON:  Objection.  Asked and answered.      16:48:57

2        THE WITNESS:  -- done just as I -- as I

3  described.

4  BY MS. KYROUZ:

5        Q   But you didn't describe what she should have

6  done.  You simply said she shouldn't have issued any

7  guidance.

8        MR. BRITTON:  Objection.

9  BY MS. KYROUZ:

10       Q   That's what you testified to.

11       MR. BRITTON:  Argumentative.

12         What do you want?

13       THE WITNESS:  That's one of the things she should

14  have done.

15  BY MS. KYROUZ:                           16:49:12

16       Q   Is not issue guidance?

17         So there's no way that she could simply

18  correct for this mistake that you claim she made and

19  still get to reasonable guidance?

20       MR. BRITTON:  Objection.  Argumentative, asked and

21  answered many times.

22       THE WITNESS:  I gave you a list of factors that

23  were included that would lead to the conclusion that you

24  shouldn't be issuing guidance.  We just went through the

25  list.

**7/11/2007  Goedde, Alan**

```
1    BY MS. KYROUZ:                                        16:49:33

2         Q    So you're not going to answer my question as

3    to what would have corrected -- you're saying that she

4    made a mistake, but you're not going to answer the

5    question as to how that could have been fixed with

6    respect to this aspect of the directive that you've

7    identified?

8         MR. BRITTON:  Objection.  Argumentative.

9         THE WITNESS:  Well, just as any forecast -- any

10   forecast would require some sort of historical basis to

11   figure out how the forecast tracks with actual results.

12   BY MS. KYROUZ:

13        Q    And you think that wasn't possible, given the

14   change that was implemented as a result of the so-called

15   directive?                                             16:50:05

16        MR. BRITTON:  Counsel -- Dr. Goedde, were you

17   finished with your previous answer before you were cut

18   off?

19        THE WITNESS:  Could you repeat that question for

20   me, please.

21   BY MS. KYROUZ:

22        Q    And you think that -- you said that there --

23   the forecast would require -- any forecast would require

24   some sort of historical basis to figure out how the

25   forecast tracks with actual results.
```

**7/11/2007  Goedde, Alan**

```
1              And I said, and you think that wasn't possible    16:50:25
2     in Q3 fiscal '01, given the change that you claim was
3     implemented as a result of the so-called directive?
4         A    Well, by definition you don't have actuals to
5     compare to that forecast, since you're just starting the
6     forecast.
7         Q    So it's your opinion that, by definition,
8     there wasn't going to be a historical comparison.  So
9     once the directive was supposedly implemented, that would
10    render Minton unable to make what you believe was a
11    required historical comparison?
12            MR. BRITTON:  Objection.  Asked and answered many
13    times.
14            THE WITNESS:  Well, I don't -- I guess I've
15    answered your question.                                 16:51:08
16    BY MS. KYROUZ:
17        Q    Is it your opinion that Jennifer Minton was
18    unaware in any given forecast report period as to what
19    the management judgment was that was being used by the
20    field?
21        A    She receives that information.
22        Q    So she knew whether management judgment was
23    being entered or not?
24        A    Yes, she did.
25        Q    And is it your opinion that after this
```

**7/11/2007  Goedde, Alan**

1    so-called directive was implemented, that Jennifer Minton      16:52:00

2    never had any discussions with the field about particular

3    deals that may or may not be in the forecast column on a

4    particular report?

5         MR. BRITTON:  Objection.  Mischaracterizes the

6    report, mischaracterizes his testimony.

7         THE WITNESS:  That's not my opinion.

8    BY MS. KYROUZ:

9         Q    You believe she continued to have the same

10   discussions that were part of the forecast process in

11   other quarters?

12        A    Yes.

13        Q    So she would know whether a deal with Motorola

14   was included in various forecasts and whether a manager

15   had included it as part of their management judgment      16:52:47

16   based on conversations that she would have; wouldn't she?

17        MR. BRITTON:  Objection.  Vague and ambiguous,

18   compound.

19        THE WITNESS:  It'd depend on what her conversations

20   were.  She's testified that she was involved in some

21   conversations, telephone conversations, and some

22   developments of the forecast she was not involved in.

23   BY MS. KYROUZ:

24        Q    So you don't have any basis for saying one way

25   or the other whether she was double counting particular

1    deals by including them in her upside, whereas they had        16:53:13

2    already been included in the management judgment; do you?

3        MR. BRITTON:  Objection.  Mischaracterizes the

4    report, mischaracterizes his testimony.

5        THE WITNESS:  That's not what I'm saying at all.

6    BY MS. KYROUZ:

7        Q    The question was you don't have any basis for

8    saying one way or the other whether particular deals were

9    double counted by being included as part of the lower

10   level management judgment and Jennifer Minton's upside,

11   right?

12       MR. BRITTON:  Objection.  Vague, ambiguous --

13   BY MS. KYROUZ:

14       Q    You haven't looked at that issue?

15       A    I don't think that's an issue.  I'm not        16:53:49

16   exactly sure what your question is.  That doesn't seem to

17   apply to the analysis that I did.

18       Q    It's your opinion, is it not, that there was

19   double counting because you had both Jennifer Minton's

20   upside adjustment and the field's management judgment

21   adjustment; is that right?

22       MR. BRITTON:  Objection.  Vague and ambiguous,

23   mischaracterizes testimony.

24       THE WITNESS:  No, that's not correct.

25   BY MS. KYROUZ:

**7/11/2007  Goedde, Alan**

1     Q     Okay.  Then what is your opinion with respect          16:54:11

2    to the double counting that you believe was introduced?

3     A     The -- there was risk introduced into the

4    process by the field now putting into the forecast, not

5    the -- the previous numbers that -- not the numbers that

6    they had done previously, which was their commit number.

7    That now became the worst case.

8          And their new commit was at a higher -- or a

9    lower risk level.  Or a lower probability of success.  In

10   other words, a higher number of deals into the forecast.

11   Then at the management level, there was additional levels

12   of judgment put in, just as was to be expected from the

13   McMannis memo, what they expected to happen.

14          So there's -- so there's additional

15   higher-risk-level deals that are put in by the          16:55:01

16   salespeople.  Then the management also looks at that and

17   essentially adds additional expected revenue from -- by

18   adding upside adjustment.

19     Q     But you don't know one way or the other

20   whether Jennifer Minton's discussions about any

21   particular deal that supposedly had now been put into the

22   forecast column instead of a lesser probability column --

23   you don't know whether her discussions regarding those

24   deals were any different in Q3 than they had been in

25   prior quarters, right?  So you don't have a basis for

**7/11/2007  Goedde, Alan**

```
 1     saying she had less information about the likelihood of        16:55:40

 2     deals closing; do you?

 3          MR. BRITTON:  Objection.  Vague and ambiguous and

 4     compound.

 5          THE WITNESS:  Please restate that question.

 6     BY MS. KYROUZ:

 7          Q    Yeah.

 8               You're suggesting that there's more risk in

 9     the forecast, because certain deals were put in the

10     forecast column instead of a column, perhaps, with less

11     likelihood that the deal would close.

12               And I'm asking -- you know, we've talked about

13     a process where Jennifer is getting information about the

14     likelihood of deals closing through discussions.  And you

15     don't have any reason to think that those discussions        16:56:14

16     didn't happen in Q3, whereas -- so that she could gain an

17     understanding from the field about their views on the

18     likelihood of closure the same way she had done in prior

19     quarters?

20          MR. BRITTON:  Objection.  Assumes facts, vague and

21     ambiguous, and compound.

22          THE WITNESS:  I'm not assuming anything about her

23     discussions with the field.

24     BY MS. KYROUZ:

25          Q    With respect to the aspect of management
```

**7/11/2007  Goedde, Alan**

```
 1    judgment being entered in the field, is it true that it's      16:56:44

 2    your position that there was double-counting in Q3,

 3    because you believe that the field's management judgment

 4    and Jennifer Minton's upside judgment somehow accounted

 5    for the same deals potentially being closed?

 6         MR. BRITTON:  Objection.  Mischaracterizes his

 7    testimony.

 8         THE WITNESS:  It doesn't have anything to do with

 9    deals closed.  You're misstating what I said.

10    BY MS. KYROUZ:

11         Q    What do you think management --

12         A    You're -- you're --

13         Q    -- judgment reflects?

14         A    You're --

15         MR. BRITTON:  Objection.                                   16:57:12

16         THE WITNESS:  -- attempting to --

17         MR. BRITTON:  Asked and answered.

18         THE WITNESS:  -- attempting to identify what I'm

19    talking about with a particular deal being closed, and

20    that's not it at all.  It's the overall quantity of

21    pipeline, the revenue that's put into the pipeline.

22              Ms. Minton uses the prior year conversion

23    ratio of the prior year, when the whole forecasting

24    process was different.  It's different now than it was in

25    the past.
```

**7/11/2007  Goedde, Alan**

| | | |
|---|---|---|
| 1 | So her -- and she have had previously | 16:57:40 |

2   testified that that process -- using that historical

3   conversion ratio, she had found in the past, was a fairly

4   accurate way to gauge what the forecast should be.

5   That's what she did.

6   BY MS. KYROUZ:

7        Q    I'm asking you a --

8        A    So now --

9        Q    -- different question.

10       A    Now, to go and apply that to some -- go and

11   apply that to, now, a new forecasting process, which is

12   as a result of the Ellison directive, includes additional

13   deals, additional -- additional revenues into the

14   forecasting system.  Additional revenues are then put

15   into the system through the upside adjustments made at          16:58:18

16   the field level.

17            So although those adjustments are being

18   made -- we know that's being done.  Minton had testified

19   that one of the reasons for her doing her historical

20   analysis was to eliminate sandbagging.  She said that

21   that had been a problem.  So she had used her

22   historical -- now using a prior year conversion rate in

23   an attempt to eliminate sandbagging.

24            So now we have the Ellison directive coming in

25   place to eliminate sandbagging.  And so all these factors

**7/11/2007  Goedde, Alan**

```
1    eliminate sandbagging.  Then laying -- then overlaying on      16:58:52
2    top of that is Minton's analysis, which is based on last
3    year's sandbagging.  That's what the double-counting is.
4    She's calculating something that's already being taken
5    into account.
6         Q    So the only support you have for this concept
7    that she's double counting is just the concept that she
8    was trying to eliminate sandbagging, and you believe
9    Larry was trying to eliminate sandbagging and, therefore,
10   it's double elimination of sandbagging, but you don't
11   have any analysis of how the actual deals or management
12   judgment is double counted with Jennifer's upside?  You
13   don't claim that's the case?
14        MR. BRITTON:  Objection.  Mischaracterizes his
15   testimony, asked and answered, compound.               16:59:36
16        THE WITNESS:  I don't have anything to add to my
17   response.
18   BY MS. KYROUZ:
19        Q    Have you read Professor Foster's report?
20        A    Yes.
21        Q    And are you familiar with three principles
22   that Professor Foster identified for forecasting?
23        A    I believe I read of three principles that he
24   did identify.
25        Q    Okay.  And did you disagree with those
```

**7/11/2007  Goedde, Alan**

```
 1    principles?                                                      17:00:50

 2         A    I'd like to take a look at them again.

 3         MS. KYROUZ:  Mark this as the next exhibit, please.

 4              (Defendant's Exhibit 12 was marked for

 5              identification by the court reporter.)

 6    BY MS. KYROUZ:

 7         Q    If you'd look at Page 11 and Paragraph 29.

 8              Do you disagree with the criteria that are set

 9    forth there?

10         A    I don't disagree.  He says he includes these.

11    There may be others that are used, but he includes these

12    three.

13         Q    And you had three principles from the hundred

14    and 39 principles described in Professor Armstrong's book

15    that you thought should be applied; is that right?  That   17:02:17

16    you mentioned in your report.

17         A    Yes.

18         Q    And how did you decide to choose those

19    principles and not others?

20         A    I think he's talking about something different

21    than what I'm talking about.  He's talking about if you

22    were implementing a structure, if you were making some

23    management decisions to implement a structure.  What I'm

24    talking about is what you have in the forecast.

25         Q    I'm not asking you about Professor Foster's
```

**7/11/2007  Goedde, Alan**

```
1    report anymore.  I'm just asking you, with respect to the          17:03:22
2    three principles that you identified in your report, how
3    you chose those of the hundred and 39 that Professor
4    Armstrong identified in his book.
5         A    Professor Armstrong identified these
6    principles.  I didn't choose them.  He identified them
7    as -- he identified, I think, five or six principles that
8    he thought were essential, representing foundations of
9    forecasting, and I agreed with those and I used them in
10   my report.  There may be another principles that you
11   might want to use, but these are three principles that he
12   used.
13        Q    You mentioned that, as part of your opinion,
14   that Oracle's New York process was subject to an optimism
15   bias; is that right?                                            17:04:16
16        A    Yes.
17        Q    Okay.  What's the basis for that opinion?
18        A    The basis is that there was a need expressed
19   to meet the 30 percent target that Larry Ellison set.  So
20   I would consider that to be an optimism bias that was
21   evident in some of the documents that I read.
22        Q    Okay.  And what was the 30 percent target that
23   you believe Larry Ellison mentioned?
24        A    Well, it's -- Larry had set a budget target of
25   30 percent increase.
```

1        Q    And you believe that that created an optimism        17:04:54

2   bias in Jennifer Minton's work?

3        A    Yes, I think there was an optimism bias to do

4   what the chief executive wanted.

5        MS. KYROUZ:  We'll go off the record and change the

6   tape.  Take a ten-minute break.

7        THE VIDEOGRAPHER:  This concludes Tape Number 3.

8   We're going off the record at 5:05.

9             (Brief recess taken.)

10            (Defendant's Exhibit 13 was marked for

11             identification by the court reporter.)

12       THE VIDEOGRAPHER:  And this begins Tape Number 4.

13  We are back on the record at 5:28.

14  BY MS. KYROUZ:

15       Q    I've marked as the next document Exhibit 13.        17:28:19

16  This is a similar page from the upside report that is

17  December 13th, 1999.

18            So if you'd look at what we marked as Exhibit

19  10 and you look at Document Number 2 on that, you'll see

20  a Bates range there of ORCL 122080 to 122090.  And what

21  I've marked as Exhibit 13 is Oracle 0122082.  This is a

22  similar page to the other upside reports from Q3 that we

23  were looking at in Exhibit 11.

24       MR. BRITTON:  Same objection as the last time.  We

25  don't have the full document.

**7/11/2007  Goedde, Alan**

```
1    BY MS. KYROUZ:                                          17:29:08

2         Q    Turning back to Exhibit 4 to your rebuttal

3    report.  We were looking at the line earlier for December

4    11th, 2000, which had a pipeline conversion rate prior

5    year of 50 percent.  And you mentioned that, in reaching

6    that calculation of 50 percent, you had used the upside

7    report from December of '99 rather than Exhibit 11, Page

8    2, which was the upside report from 2001 that just had a

9    column in it for Q3 FY '00.

10             Do you recall that?

11        A    Yes.

12        Q    Okay.  Now, the -- if you look at Exhibit 11,

13   Page 2 -- do you have that in front of you, Exhibit 11,

14   Page 2?

15        A    (No audible response)                         17:30:17

16        Q    No, that's Exhibit 13.

17        A    Oh.

18        Q    Okay.  So looking at Exhibit 11, Page 2, for

19   the column Q3 FY '00, there's the 1.029 number there.

20             You agree that reflects actual --

21        A    Yes.

22        Q    -- results, right?

23             And that number wasn't known on December 13th

24   of 1999, right?  That was --

25        A    Right.
```

**7/11/2007  Goedde, Alan**

| | | |
|---|---|---|
| 1 | Q   -- the beginning of the quarter, right? | 17:31:00 |

2      A    (No audible response)

3      Q    So when you did your calculation in Exhibit 4

4  to get to your 50 percent, is it true that you took the

5  actual number from the upside report that's reflected at

6  Exhibit 11, Page 2, that 1.29 number, as opposed to from

7  an earlier upside report, since it wouldn't have been

8  available at that time?

9      A    Yes.  I think you mischaracterized it.  It's

10  1.029.

11      Q    Sorry, 1.029.  Okay.

12           And up at the top it says -- there's a dollar

13  sign, and then -- I'm looking at Exhibit 11, Page 2.  It

14  says -- dollar sign, it says, "In thousands at budget

15  rates."                                                 17:31:45

16           Do you know what that means?

17      A    Budget rates are constant dollar rates set at

18  the beginning of the budget.

19      Q    Okay.  And so do you know how the budget rate

20  was different on December 11, 2000, than it was on

21  December 13th, 1999?

22      A    I don't know what the difference is between

23  those two.

24      Q    But you would agree they would be using

25  different budget rates based on a different year?

**7/11/2007  Goedde, Alan**

1      A    They could.                                        17:32:29

2      Q    So is it fair that when you did your 50

3   percent calculation on Exhibit 4 for December 11th, '00,

4   that you -- the numerator of that equation was from

5   Exhibit 11, Page 2, this 1.029 that we just discussed,

6   and the denominator of that was taken from what we've

7   just marked as Exhibit 13 in the column that reads Q3 FY

8   '00 pipeline, and that number is 2.054968?

9      A    Yes.

10     Q    So is that how you reached your 50 percent?

11     A    Yes.

12     Q    Okay.  So you used the numerator from the

13   upside report on December 11, 2000, which was calculated

14   using the budget rate in effect at that time, and you

15   used the denominator from Exhibit 13, reflecting the       17:33:17

16   budget rates that were being used on December 13th, 1999;

17   is that fair?

18     A    Yes.

19     Q    Would you agree that's apples to oranges?

20     A    I'd have to look and see what the differences

21   are if -- exactly what that is.

22     Q    Okay.  So if there's a difference in the

23   budget rates, then you're using apples to oranges in

24   creating this ratio?

25     A    I'll look at it.  If there's a mistake made,

**7/11/2007  Goedde, Alan**

1     we'll correct it.                                          17:33:52

2         Q    You have offered the opinion that Oracle's

3     forecasting process was so flawed that it should not have

4     issued any guidance at all in fiscal Q3 of '01.

5         What is your opinion regarding Oracle's

6     forecasting that was done in Q3 of fiscal '00?  Was that

7     process at that time flawed, or was it okay?

8         MR. BRITTON:  Objection.  Asked and answered.

9         THE WITNESS:  I didn't look at the process at that

10    time.

11    BY MS. KYROUZ:

12        Q    Okay.  And did you look at the process at any

13    other period in time for Oracle to determine whether you

14    thought it was a reasonable process?

15        MR. BRITTON:  Other than Q3 '01?                17:34:46

16    BY MS. KYROUZ:

17        Q    Other than Q3 fiscal '01.

18        A    I did my comparison based on Q3 '01.

19        Q    I'm asking whether you looked at Oracle's

20    forecast process in place in any other quarter to

21    determine whether it was reasonable then, or if you just

22    looked at fiscal Q3 '01.

23        A    I looked at fiscal Q3 '01.

24        Q    Okay.  And based on the flaws and deficiencies

25    that you have opined about that you believe existed at

**7/11/2007  Goedde, Alan**

1    the beginning of Q3 fiscal '01, do you have an opinion as    17:35:21

2    to when those problems were introduced into the

3    forecasting process at Oracle?

4        MR. BRITTON:  Objection.  Asked and answered.

5        THE WITNESS:  Those problems -- those problems all

6    came together in Q3 '01.  They were building over the

7    entire year, some of them were.

8    BY MS. KYROUZ:

9        Q    But you haven't looked at specifically how

10   they played out in any other quarter to determine whether

11   that forecast process was reasonable?

12       A    No, I didn't focus on that.

13       MS. KYROUZ:  Okay.  That's all I have today.

14           Thank you.

15       THE VIDEOGRAPHER:  And this concludes the    17:36:26

16   deposition of Alan Goedde.  Today's deposition used four

17   tapes.  We're going off the record at 5:36.

18       THE WITNESS:  There's one typo I needed to correct

19   in this before we get off.  There's a word that's

20   incorrect in --

21       MR. BRITTON:  Shall we go back on?  Let's go back

22   on.

23       THE WITNESS:  Let's go on.

24       THE VIDEOGRAPHER:  We're still on.

25       THE WITNESS:  I never corrected this in my -- Page

**7/11/2007  Goedde, Alan**

1    2.                                                              17:36:48

2    BY MS. KYROUZ:

3         Q    Which report?

4         A    On the rebuttal report.  I don't think we

5    caught this typo in the Section 5A, first line.

6    "Notorious" should be "numerous."

7         Q    In the heading of "A"?

8         A    Yes.

9         Q    Okay.  Thank you.

10        THE VIDEOGRAPHER:  Are we ready?

11             And now this concludes today's deposition of

12   Alan Goedde.  Today's deposition used four videotapes.

13   We are going off the record at 5:37.

14                              –***–

15

16

17

18

19

20

21

22

23

24

25

7/11/2007  Goedde, Alan

1

2

3

4

5

6

7

8         I, ALAN GOEDDE, do hereby declare under

9    penalty of perjury that I have read the foregoing

10   transcript; that I have made such corrections as noted

11   herein, in ink, initialed by me, or attached hereto; that

12   my testimony as contained herein, as corrected, is true

13   and correct.

14         EXECUTED this _____ day of _____,

15   _____, at _____, _____.

16

17

18                    _____

                                ALAN GOEDDE

19

20

21

22

23

24

25

**7/11/2007  Goedde, Alan**

1

2

3          I, the undersigned, a Certified Shorthand

4    Reporter of the State of California, do hereby certify:

5          That the foregoing proceedings were taken

6    before me at the time and place herein set forth; that

7    any witnesses in the foregoing proceedings, prior to

8    testifying, were placed under oath; that a verbatim

9    record of the proceedings was made by me using machine

10   shorthand, which was thereafter transcribed under my

11   direction; further, that the foregoing is an accurate

12   transcription thereof.

13          I further certify that I am neither

14   financially interested in the action nor a relative or

15   employee of any attorney of any of the parties.

16          IN WITNESS WHEREOF, I have this date

17   subscribed my name.

18

19

20        Dated: _____

21

22                        _____

                                  SHERRYL DOBSON

23                                CSR No. 5713

24

25