```
1              IN THE UNITED STATES DISTRICT COURT

2               NORTHERN DISTRICT OF CALIFORNIA

3

     In re ORACLE CORPORATION

4    SECURITIES LITIGATION

                          Master File No. C-01-0988-MJJ

5    This Document Relates To:

6         ALL ACTIONS.

     _____/

7

8

9                    ---oOo---

10          DEPOSITION OF JENNIFER MINTON

11           Thursday, April 21, 2005

12                    ---oOo---

13

14           SHEILA CHASE & ASSOCIATES

               25 Otsego Avenue

15         San Francisco, California  94112

                 Phone: (415)  333-7474

16               Fax:  (415)  333-7412

17

18

19

20   Reported by:

     SANDRA L. CARRANZA, CSR, RPR, CRR

21   CSR No. 7062

22

23

24

25
```

4/21/2005  Minton, Jennifer 30(b)(6)

```
 1                    I N D E X
 2              INDEX OF EXAMINATION
 3                                          PAGE
 4   MR. BRITTON                             7
 5   AFTERNOON SESSION                      103
 6                ---oOo---
 7              INDEX OF EXHIBITS
 8        DESCRIPTION                        PAGE
 9    1   Plaintiffs' Notice of Deposition of
          Oracle Corporation Pursuant to Federal
10        Rule of Civil Procedure 30(b)(6)    11
11    2   Document entitled, "Week 2 of Budget
          Meetings, Bates stamped 028477 -
12        028480                              57
13    3   Document entitled, "Budget Growth Rate
          Comparison - License, Bates stamped
14        041949                              67
15    4   Document entitled, "Oracle Fiscal 2001
          Budget," Bates stamped 039895 -
16        039918                              69
17    5   String of e-mails; first is dated 6/19/00,
          from Lawrence Ellison to Jeff Henley,
18        Bates stamped 028499                82
19    6   7/28/00 e-mail from Jennifer Minto to
          Terry Ford, Bates stamped 041952    87
20
      7   Document entitled, "License Revenue
21        FOrecast Accuracy, Bates stamped
          040637                              91
22
      8   1/18/01 e-mail from Jennifer Minton to
23        Ivgen Guner, Bates stamped 039315   95
24    9   String of e-mails; first is dated 10/18/00
          from Jennifer Minton to Jeff Henley, Safra
25        Catz, Mark Barrenechea, Sukumar Rathnam  114
```

**4/21/2005  Minton, Jennifer 30(b)(6)**

```
1    INDEX PAGE (continued)
2
3    10    11/29/00 e-mail from "forecast" to
            pateam, et al., Bates stamped 040601
4            - 040602                                 130
5    11    Document entitled, "November Flash
            Report," from Ivgen Guner to Jeff
6            Henley, Bates stamped 019803            132
7    12    String of e-mails; first is dated
            12/11/00, from Jeff Henley to "saas,"
8            Bates stamped 020731                    134
9    13    Document entitled, "Americas Cumulative
            Weekly License Pipeline Trends," Bates
10           stamped 008131                          150
11   14    String of e-mails; first is dated
            9/15/00, from David Winton to George
12           Roberts, Bates stamped 040837           156
13   15    Document Bates stamped 024454,
            ending with 24464                        161
14
15   16    Document entitled, "Oracle Corp. Pipeline
            Reporting Package, January 15, 2001,"
16           Bates stamped 00514 - 00523             161
17   17    Document entitled, "Large Deals in Q3,"
            Bates stamped 042297 - 042356            175
18
     18    Document entited, "Big Deal Update,
19           November 17 Workday 8," Bates stamped
            025049 - 025067                          181
20
     19    Document entitled, "Sanderson-Q201
21           Oracle Product Industries Q3 Week 7,"
            Bates stamped 016213 - 016240            187
22
     20    Document entitled, "Oracle Product
23           Industries Q3 '01 and Q4 '01 Forecast
            Package Week 10 - January 31, 2000,"
24           Bates stamped 036971 - 039178           196
25
```

4/21/2005  Minton, Jennifer 30(b)(6)

```
1    INDEX PAGE (continued)
2
3    21   Document entitled, "Product Revenues,"
          Bates stamped 024411 - 024429              199
4
     22   Document entitled, "Approvals/2000
5         Forecast Report," Bates stamped
          041923                                     200
6
     23   Document entitled, "Q3 FY '01 Week1,
7         December 4, 2000," Bates stamped
          039448 - 039477                            201
8
     24   Document entitled, "Total Company Q3
9         FY01 Forecast," Bates stamped
          039819 - 039850                            204
10
     25   Document entitled, "Total Company - 3
11        Year Forecast," Bates stamped 03944
          - 03956                                    229
12
     26   Document entitled, "Oracle Corporation
13        Executive Committee Worledwide Forecast
          FY01 Management Summary, January 22,
14        2001, Week 6, Bates stamped 008755 -
          008776                                     231
15                         ---oOo---
16
17
18
19
20
21
22
23
24
25
```

```
 1          BE IT REMEMBERED that on Thursday, April 21, 2005,
 2   commencing at the hour of 9:26 A.M., thereof, at the
 3   offices of Lerach, Coughlin, Stoia, Gellar, Rudman &
 4   Robbins, LLP, 100 Pine Street, Suite 2600, San
 5   Francisco, California, before me, SANDRA L. CARRANZA,
 6   CSR, RPR, CRR, a Certified Shorthand Reporter for the
 7   State of California, personally appeared
 8                    JENNIFER MINTON,
 9   called as a witness by the Plaintiffs herein, who, being
10   by me first duly sworn/affirmed, was thereupon examined
11   and testified as hereinafter set forth.
12                    ---oOo---
13   Appearing as counsel on behalf of Plaintiffs:
14        ELI GREENSTEIN, Esquire
          DOUG BRITTON, Esquire
15        JAMES FELDMAN, Forensic Accountant
          LERACH, COUGHLIN, STOIA, GELLAR, RUDMAN & ROBBINS
16        100 Pine Street, Suite 2600
          San Francisco, California 94111
17        (415) 288-4545
          E-mail:  dougb@lerachlaw.com
18        E-mail:  elig@lerachlaw.com
19   Appearing as counsel on behalf of Defendants:
20        JAVIER H. RUBINSTEIN, Esquire
          MAYER, BROWN, ROWE & MAW, LLP
21        190 S. LaSalle Street
          Chicago, IL 60603-3441
22        (312) 782-0600
          E-mail:  jrubinstein@mayerbrownrowe.com
23
24   Also present: David Reddix, Videographer
                    James C. Maroulis, Oracle Senior Corporate
25                  Counsel
```

4/21/2005  Minton, Jennifer 30(b)(6)

```
1                    ---oOo---

2              P R O C E E D I N G S

3                    ---oOo---

4         THE VIDEOGRAPHER:  Good morning.  My name is

5    David Reddix.  I'm a videographer employed by Advanced

6    Courtroom Technologies, located at 109 Second Street,

7    Sausalito, California, 94965.  Our phone number is

8    (415)331-3326.  We're videotaping for LiveNote World

9    Service today.

10        The court reporter today is Sandy Carranza of

11   Sheila Chase & Associates.  Today's date is April 21st,

12   2005, and the time on the videotape is 9:26.  Today

13   begins Tape 1 --

14        Have you been deposed before in this case?

15        -- Vol- - Volume I in the deposition of

16   Jennifer Minton, in the matter of Oracle Corporation

17   Securities Litigation, Case No. C-01-0988-MJJ, filed in

18   the United States District Court, Northern District of

19   California.

20        This deposition is being taken on behalf of the

21   plaintiff.  The location of this deposition is 100 Pine

22   Street, 26th floor, San Francisco, California.

23        Counsel, please voice identify yourself and

24   state whom you represent.

25        MR. BRITTON:  Doug Britton, with Lerach,
```

**4/21/2005  Minton, Jennifer 30(b)(6)**

1  Coughlin, Stoia, Geller, Rudman & Robbins, on behalf of

2  plaintiffs.

3      MR. GREENSTEIN:  Eli Greenstein, with Lerach,

4  Coughlin, on behalf of plaintiffs.

5      MR. FELDMAN:  James Feldman, with Lerach,

6  Coughlin, on behalf of plaintiffs.

7      MR. RUBENSTEIN:  Javier Rubenstein, with Mayer,

8  Brown, Rowe & Maw, on behalf of the defendants.

9      MR. MAROULIS:  James Maroulis from Oracle

10  Corporation on behalf of defendant, Oracle Corporation.

11      THE VIDEOGRAPHER:  Are there any stipulations

12  for the record?

13      MR. BRITTON:  No.

14      MR. RUBENSTEIN:  No.

15      THE VIDEOGRAPHER:  Would the court reporter

16  please swear in the witness.

17              JENNIFER MINTON,

18      having been duly sworn, testified as follows:

19

20          EXAMINATION BY MR. BRITTON

21      MR. BRITTON:  Q.  Good morning, Ms. Minton.  My

22  name is Doug Britton.  We met earlier.  I'm with Lerach,

23  Coughlin, and I represent the plaintiffs in this class

24  action lawsuit against Oracle and other executives at

25  Oracle.

**4/21/2005  Minton, Jennifer 30(b)(6)**

1          Can you state and spell your name for the

2     record, please.

3          A.   My name is Jennifer Minton, and the last name

4     is spelled M-I-N-T-O-N.

5          Q.   And can you give us your address, please.

6          A.   My home address?

7          Q.   Yeah.

8          A.   2105 Jeri Lane.  That's J-E-R-I, Lane, in

9     Hillsborough, California, 94010.

10         Q.   Have you ever had your deposition taken before?

11         A.   Yes, I have.

12         Q.   Okay.  Once in a derivative case in -- against

13    Oracle -- or on behalf of Oracle; is that correct?

14         A.   In a derivative case, yes.

15         Q.   Yes.

16              Anything other than that, have you had your

17    deposition taken before?

18         A.   Yes.

19         Q.   And on how many occasions?

20         A.   On at least -- including the derivative?

21         Q.   Yes.

22         A.   Including the derivative, four -- four times.

23         Q.   Four times.

24              And that was twice in the derivative case?

25         A.   It was a two-day.

**4/21/2005  Minton, Jennifer 30(b)(6)**

1      Q.    Two -- two-day?

2      A.    Two-day deposition in the derivative case.

3      Q.    So when you say, "four times," you're saying --

4    is that four separate occasions, or does that include

5    the two days of the derivative testimony?

6      A.    It's three separate occasions that I can

7    recall.

8      Q.    Okay.  Other than the derivative, the Oracle

9    derivative case, what were the circumstances surrounding

10   the other depositions?

11     A.    One involved a litigation matter with regard to

12   PeopleSoft, and another related to an employment

13   litigation matter.

14     Q.    Were you a party in either of these cases, you,

15   yourself?

16     A.    Myself, personally?

17     Q.    Yes.

18     A.    No.

19     Q.    Okay.  So you're -- you're fairly familiar with

20   the deposition process, but I will give you a few of the

21   ground rules here today.

22           Do you understand you're under oath?

23     A.    Yes, I do.

24     Q.    And that your testimony today has the same

25   seriousness as if it were given in a court of law?

**4/21/2005  Minton, Jennifer 30(b)(6)**

```
1        A.   Yes, I do.

2        Q.   The court reporter to your right is taking down

3    everything that we say, so it's important that you

4    answer audibly and that we try not to talk over one

5    another.

6             Do you understand that?

7        A.   Yes, I do.

8        Q.   Now, counsel to your left may object to some of

9    the questions that I pose to you today.  Do you

10   understand that you are obligated to answer those

11   questions unless your counsel specifically instructs you

12   not to?

13       A.   Yes, I do.

14       Q.   And if you don't understand a question that I

15   ask, will you let me know?

16       A.   Yes, I will.

17       Q.   Now, you are here today as -- withdraw.

18            Is it your understanding that you're here today

19   as a corporate designee on behalf of Oracle?

20       A.   Yes.

21       Q.   And you're here to talk about forecasting

22   issues; is that your understanding?

23       A.   My understanding is I'm to speak about the

24   forecasting process.

25            MR. BRITTON:  I'll take this opportunity to
```

**4/21/2005  Minton, Jennifer 30(b)(6)**

1    mark the first exhibit.

2              You can just -- Minton 1.

3              THE REPORTER:  1?

4                 (Whereupon, Plaintiffs' Exhibit 1 was marked

5                 for identification.)

6              MR. BRITTON:  Q.  Okay.  I have placed in front

7    of you what's been marked as Minton Exhibit 1.

8              Will you take a moment to review this exhibit,

9    please.

10             MR. BRITTON:  For the record, Minton Exhibit 1

11   is the deposition notice for today entitled,

12   "Plaintiffs' Notice of Deposition of Oracle Corporation

13   Pursuant to Federal Rule of Civil Procedure 30(b)(6)."

14      Q.   And you don't have to read it in detail.  You

15   can just flip through it and let me know if you

16   recognize it.

17      A.   Yes, I do.

18      Q.   You've seen it before?

19      A.   Yes, I have.

20      Q.   Okay.  If you turn to the fifth page of the --

21   of Minton Exhibit 1, at the bottom, it says, "Deposition

22   Subject Matter."

23             Do you see where I'm reading?

24             -- page.

25      A.   Uhm-hum.

**4/21/2005  Minton, Jennifer 30(b)(6)**

```
 1        Q.    Okay.  If you will -- if you read No. 1 to
 2   yourself for me and -- and let me know if you are
 3   prepared to testify about the topics listed in item No.
 4   1.
 5        A.    Yes, I am.
 6        Q.    Okay.  And for item No. 2, are you prepared to
 7   testify about the items listed in that number?
 8        A.    Yes, I am.
 9        Q.    Okay.  And the same question for No. 3.
10        A.    Yes, I am.
11        Q.    Okay.  And then also for 4 and 5?
12        A.    Yes, I am.
13        Q.    Great.
14              We can put that exhibit aside.
15              Okay.  Can you tell me what you did to prepare
16   for your deposition today?
17        A.    I met with counsel yesterday.
18        Q.    Okay.  For how long?
19        A.    Between two and three hours.
20        Q.    And who was the counsel that you met with
21   yesterday?
22        A.    The counsel that are represented here.
23        Q.    That would be Mr. Rubinstein and Mr. Maroulis?
24        A.    Yes.
25        Q.    Anybody else?
```

**4/21/2005  Minton, Jennifer 30(b)(6)**

```
 1        A.   No.

 2        Q.   Other than this meeting, did you do anything

 3    else to prepare for your deposition today?

 4        A.   No.

 5        Q.   Talked to anybody else?

 6        A.   Yes.

 7        Q.   Who?

 8        A.   I spoke with Ivgen Guner.

 9             THE REPORTER:  I'm sorry --

10             THE WITNESS:  Ivgen, I-V-G-E-N, Guner, and

11    Lauren Mahon.

12             MR. BRITTON:  Q.  Okay.  And when did you speak

13    to Ivgen Guner?

14        A.   Yesterday.

15        Q.   For how long did you speak to Ivgen Guner?

16        A.   For approximately ten minutes.

17        Q.   And what did you say to Mr. -- is it a

18    Mr. Guner?

19        A.   No, it's Ms.

20        Q.   Ms.?

21             What did you say to Ms. Guner, and what did she

22    respond with?

23        A.   I asked her questions regarding when she began

24    to work for me, just trying to recollect when she

25    began -- became involved in the forecasting process.
```

4/21/2005  Minton, Jennifer 30(b)(6)

1       Q.    What did she say?

2       A.    That she started to work for me around the

3   December 2000 time period.

4       Q.    Did you say anything else to Ms. Guner?

5       A.    We clarified what we believed were the process

6   that we employed with regards to the pipeline conversion

7   calculation.

8       Q.    Anything else that you talked to Ms. Guner

9   about?

10      A.    That's roughly about it.

11      Q.    And that was yesterday?

12      A.    Yes.

13      Q.    Now, Ms. Mahon, is that correct?  Am I saying

14   that right?

15      A.    Yes.

16      Q.    When did you speak to Ms. Mahon?

17      A.    Yesterday.

18      Q.    Yesterday.

19            And what did she you say to her, and what did

20   she say to you?

21      A.    I asked her about a particular process that was

22   used to -- a -- a report that I saw that I asked her

23   about.

24      Q.    Okay.  And what report was that?

25      A.    It was an Approvals 2000 Report.

**4/21/2005  Minton, Jennifer 30(b)(6)**

```
1         Q.    And what did she say to you?
2         A.    She confirmed that it is what I thought it was.
3         Q.    Okay.  How long was this conversation with
4    Ms. Mahon?
5         A.    Approximately five minutes.
6         Q.    And did you -- did you talk to Ms. Mahon about
7    anything else at yesterday's meeting?
8         A.    Yeah.  We talked about how the Approvals 2000 K
9    Report was created.
10        Q.    Did you do anything else, other than speak to
11   Ms. Guner and Ms. Mahon about your deposition today, in
12   preparation for your deposition today?
13        A.    No.
14        Q.    Okay.  And when you met with counsel, I believe
15   you said it was yesterday, did you review any documents?
16        A.    We reviewed the documents that were referred to
17   in this request.
18        Q.    Okay.  I don't want you to reveal any
19   communications with counsel.  I just want to know if
20   you -- if you did review the documents.
21        A.    Yeah.  We reviewed the documents that were
22   referred to in this request.
23        Q.    Okay.  Did any of those documents refresh your
24   recollection about events that happened back in the
25   December 2000, January 2001 time period?
```

**4/21/2005  Minton, Jennifer 30(b)(6)**

```
1        A.    No.

2        Q.    Okay.  I want to ask you a few questions about

3   your educational background, if that's okay.

4              Can you give me a brief description of your

5   education, starting with college.

6        A.    I graduated U.C. Berkeley from the business

7   school in 19 -- December 1983.

8        Q.    And what was the degree that you --

9        A.    It was a --

10       Q.    -- you got?

11       A.    -- Bachelor's of Science degree in business.

12       Q.    Any postgraduate work?

13       A.    No.

14       Q.    Any continuing education --

15       A.    When I worked at Arthur Andersen, I had ongoing

16   continuing education.

17       Q.    You are an accountant?

18       A.    Yes.

19       Q.    CPA?

20       A.    Yes.

21       Q.    Do you still hold your CPA license?

22       A.    I don't have it -- have it active.

23       Q.    Was it active in the 2000, 2001 time period?

24       A.    I don't recall.

25       Q.    Okay.  Did you start with Arthur Andersen right
```

**4/21/2005  Minton, Jennifer 30(b)(6)**

```
1    out of Berkeley?

2         A.   Yes, I did.

3         Q.   How long were you with Andersen?

4         A.   Until May of 1989.

5         Q.   So about six years?

6         A.   Correct.

7         Q.   And what was your position with Arthur

8    Andersen?

9         A.   Well, I held several positions; but when I

10   left, I was a manager in the audit division.

11        Q.   Were you in audit the entire time you were at

12   Andersen?

13        A.   Yes.

14        Q.   Okay.  And after you left Arthur Andersen in

15   '89, where did you go?

16        A.   Oracle.

17        Q.   And when did you start with Oracle?

18        A.   May of 1989.

19        Q.   And what was the position that you held with

20   Oracle when you first started?

21        A.   When I first started, I was responsible -- I

22   was an accounting manager.

23        Q.   Okay.  And for how long?  I'm assuming you were

24   promoted.

25        A.   Correct.
```

**4/21/2005  Minton, Jennifer 30(b)(6)**

1      Q.   That's correct.

2           How long were you an accounting manager for?

3      A.   I was an accounting manager responsible for a

4   variety of different functions over a period of time.   I

5   believe was promoted to vice president in about 1995.

6      Q.   And what was your title in '95 when you were

7   promoted?

8      A.   Vice president and possibly assistant corporate

9   controller.   I don't exactly remember what the title

10   was.

11      Q.   And did your title change at any time after

12   1995?

13      A.   Yes, it did.

14      Q.   When -- when did it change?

15      A.   I know that I be -- became senior vice

16   president and corporate controller in 2000, and then

17   subsequent to that, my title changed from senior vice

18   president, corporate controller to senior vice

19   president, global finance and operations.

20      Q.   And when did your title change from senior VP

21   controller to senior VP, global finance and operations?

22      A.   I don't remember the precise year.   It could

23   have been around 2001.

24      Q.   Did your title change any time after that?

25      A.   No.   That is my title today.

**4/21/2005  Minton, Jennifer 30(b)(6)**

1     Q.    That's your title today, okay.

2           Let's start with the -- your duties and

3     responsibilities when you were an accounting manager.

4     What were your day-to-day responsibilities?

5     A.    During the -- the first year, I was responsible

6     for coordinating the close process in interfacing with

7     the external auditors, which happened to be Arthur

8     Andersen.  I oversaw the payroll and accounts -- sorry,

9     the payroll and the fixed assets functions.

10          In addition, I -- over a course of time, I also

11    took over responsibility for the collections process.

12    And then I became responsible for -- I became

13    essentially the accounts -- what -- what I would call

14    the assistant corporate controller.

15    Q.    Okay.

16    A.    But I wasn't a VP at that point.

17    Q.    Okay.

18    A.    And I was responsible for managing the overall

19    close process and the general ledger accounting.

20          I also started to assume responsibilities for

21    the financial planning, forecasting, and budgeting

22    process during that time period.

23    Q.    So is it fair to say that when -- in your

24    position as accounting manager, you did not have any

25    responsibilities for forecasting and budgeting?

**4/21/2005  Minton, Jennifer 30(b)(6)**

```
 1        A.    I believe that I was given those
 2   responsibilities while I was still an accounting
 3   manager.  I essentially was rotated amongst a number of
 4   different functional areas.
 5        Q.    So there wasn't a bright line?
 6        A.    No.
 7        Q.    You know --
 8        A.    No.
 9        Q.    -- Wednesday you are going to do this,
10   Thursday --
11        A.    Absolutely not.
12        Q.    Okay.  So we have when you were assistant
13   corporate controller you were responsible for the close
14   process, general ledger, financial planning,
15   forecasting, budgeting.  Anything else when you were --
16        A.    I was also responsible for SEC reporting.
17        Q.    Anything else?
18        A.    Well, there's just a number of accounting
19   functions.  I could list through some of the functions:
20   Accounts payable, fixed assets, general accounting.
21        Q.    Is there an umbrella?
22        A.    It was sort of an umbrella position, yes.
23        Q.    Now, when you became senior VP and controller,
24   did your responsibilities change?
25        A.    Yes.
```

**4/21/2005  Minton, Jennifer 30(b)(6)**

```
1        Q.    And how did they change?

2        A.    Well, there was -- the former corporate

3   controller stepped down as the corporate controller and

4   chief accounting officer.  He stepped down to oversee

5   our Rocklin-shared service center, and so he began to --

6             THE REPORTER:  I'm sorry, "our Rocklin"?

7             THE WITNESS:  Rocklin-shared service center,

8   and so he then essentially began reporting to me.

9             MR. BRITTON:  Q.  He reported to you?

10       A.    Correct.

11       Q.    We talk about changing roles, kind of a switch,

12  you reported -- you reported to him, then he reported to

13  you?

14       A.    Yes, I --

15            MR. RUBENSTEIN:  Object to the form.

16            MR. BRITTON:  Q.  Okay.  Who was that

17  individual you're talking about?

18       A.    Thomas Williams.

19       Q.    Okay.  And how did your responsibilities change

20  from the assistant corporate controller to the senior VP

21  and controller?

22       A.    I became senior vice president and corporate

23  controller.

24       Q.    Right.

25            So how did your responsibilities change when
```

1    that happened?

2        A.    I became the chief accounting officer.

3        Q.    And what were your duties and responsibilities

4    as chief accounting officer at Oracle?

5        A.    I was responsible for ensuring the integrity of

6    our public filings with the Securities and Exchange

7    Commission and overseeing the overall accounting process

8    at Oracle.

9        Q.    Forecasting responsibilities were included in

10   that?

11       A.    Yes.

12       Q.    Budgeting responsibilities?

13       A.    Yes.

14       Q.    When -- at what point in time did you become

15   the chief accounting officer?  Was that 2000?

16       A.    Approximately.  I'm not exactly sure of the

17   year.

18       Q.    Let's talk about -- let me -- let me tell

19   you -- let me define a couple of things before we go

20   forward.  I may refer to the "class period" or the

21   "relevant period" during today's deposition.  And the

22   relevant period that we're talking about is June 2000 to

23   June 2001.

24       A.    Uh-huh.

25       Q.    And then the class period is December 11th, I

**4/21/2005  Minton, Jennifer 30(b)(6)**

1    believe, 2000, to March 1st, 2001.

2                MR. MAROULIS:  December 14th.

3                MR. BRITTON:  December 14th?  Okay.  Thank you.

4        Q.   So December 14th, 2000, to March 1st, 2001, is

5    the class period.

6                So during the relevant period, what was your

7    title at Oracle?  June 2000 to June 2001.

8                MR. RUBENSTEIN:  Objection.  Asked and

9    answered.

10               THE WITNESS:  I believe it was in 2000 senior

11   vice president, global finance and operations.

12               MR. BRITTON:  Q.  Okay.  When you -- when your

13   title changed to senior VP of global finance and

14   operations, were you still considered the chief

15   accounting officer?

16       A.   Yes, I was.

17       Q.   Did your responsibilities change at all by

18   taking that title, as opposed to the senior VP and

19   corporate controller?

20       A.   Yes, it did.

21       Q.   And how did it change?

22       A.   During that time period, we were gradually

23   reorganizing the finance function such that finance

24   functions that previously reported into the business

25   units were being consolidated or globalized under my

1    organization.

2        Q.    Now, when you're -- when you referred to the

3    "business units," what were you referring to?

4        A.    As an example, William Plant, who is the vice

5    president of EMEA finance and operations, at that time

6    reported to I believe it was Pierre Carlo, and he was

7    moved under my organization structure, reporting

8    directly to me while still supporting Pierre Carlo.

9        Q.    And was that true for all business units at

10   Oracle?

11       A.    It was a gradual process.

12       Q.    Was there a beginning and completion date of

13   that process?

14       A.    Well, sure, but I don't remember the exact

15   dates, but it was a situation whereby it was difficult,

16   as you might imagine, for people to let go of their

17   finance person as a direct-report, so it didn't happen

18   all at once, all at the same time.  It was a gradual

19   process.

20       Q.    Was this process occurring during the relevant

21   period, June 2000 to June 2001?

22       A.    It -- I'm not sure if it was completed before

23   the beginning of the relevant period.

24       Q.    Okay.  Now, in your position as senior VP of

25   global finance and operations, what forecasting

**4/21/2005  Minton, Jennifer 30(b)(6)**

1    responsibilities did you have?

2        A.   I -- similar to the several years prior to

3    that, I was responsible for consolidating the forecasts

4    that were submitted from the field and analyzing the

5    forecasts and making adjustments as necessary.

6        Q.   Were you also responsible for financial

7    reporting during the relevant period?

8            MR. RUBENSTEIN:  Objection to the form.

9            MR. BRITTON:  Q.  You can answer.

10       A.   What -- what do you define as "financial

11   reporting"?

12       Q.   Reporting to the SEC --

13       A.   External reporting?

14       Q.   Yes.

15       A.   Yes, I was also involved in that process.

16       Q.   Did you have a staff that assisted you with the

17   forecasting process?

18       A.   Yes, I did.

19       Q.   And how many individuals were on that staff?

20       A.   I don't recall.

21       Q.   Give me an estimate.

22       A.   There was a corporate financial planning and

23   analysis group.  It could have been up to ten people.

24       Q.   Was there a different group that assisted you

25   with your external reporting responsibilities?

**4/21/2005  Minton, Jennifer 30(b)(6)**

1       A.    Yes.

2       Q.    And what was that group?

3       A.    That would have been the accounting

4   organization or the assistant controller, corporate

5   controller.

6       Q.    And how many individuals were in that group?

7       A.    Those are individual people that were assisting

8   with that process.

9       Q.    Okay.  How -- how many of those -- how many

10  individuals were helping you assist with that process?

11      A.    Well, the -- the consolidations accounting team

12  may have helped to prepare footnotes, which would have

13  been a couple of people, but primarily speaking, the

14  10-Qs and the 10-Ks are prepared by one individual and

15  reviewed by an assistant controller or corporate

16  controller, as well as myself and a variety of other

17  folks.

18      Q.    When you say, "a variety of other folks," who

19  are you thinking about?

20      A.    External auditors, outside counsel, internal

21  counsel, chief financial officer, the president, CEO.

22      Q.    Okay.  So is it -- can we look at it as in

23  terms of, you know, a scale going up, that the

24  controllers assisted you and then the individuals that

25  reviewed it after you reviewed it are you referring to

**4/21/2005  Minton, Jennifer 30(b)(6)**

1    as "the various other individuals"?

2         A.   Can you please repeat your question.

3         Q.   I'm trying to figure out who was involved in

4    this process.  And you -- and you mentioned that the

5    controller and one other individual assisted you with

6    the reporting process and you would review it and they

7    would review the 10-Qs and 10-Ks.

8         A.   Right.

9         Q.   And then you mentioned some other individuals.

10   And I'm wondering on a -- on a vertical scale, the other

11   individuals that you referenced, were those people that

12   you reported to?

13        A.   They would not -- I would not necessarily

14   report to them.  I would report to the CFO, but it was,

15   again, external counsel, internal counsel, the CFO,

16   auditors.

17        Q.   Okay.  Okay.  Can you tell me the -- the names

18   of the individuals during the relevant period that

19   assisted you with the external reporting?

20        A.   That would be June 2000 to June 2001?

21        Q.   Uhm-hum.

22        A.   In June 2000, I was not involved in the

23   preparation of the Form 10-K for the prior fiscal year

24   period because I was on medical leave.

25        Q.   Okay.

**4/21/2005  Minton, Jennifer 30(b)(6)**

1       A.   So Tom Williams, who was the previous chief

2   accounting officer and my former boss, stepped in and

3   took over responsibility for that process.

4       Q.   Okay.

5       A.   So a -- a gentleman named Larry Garnick, who is

6   the assistant controller, I believe, at the time would

7   have been assisting in that process as well.

8            I should also say that Tom Williams always

9   reviewed, up until his departure from the company, the

10  10-Qs and the 10-Ks as well.

11      Q.   When did he leave?

12      A.   Approximately two years ago, two or three years

13  ago.

14      Q.   2001 to 2002?

15      A.   2002 to 2003, somewhere in there.

16      Q.   Okay.  And Larry Garnick, he is still with

17  Oracle?

18      A.   Yes, he is.

19      Q.   Okay.  Did he have a staff reporting to him?

20      A.   Yes, he did.

21      Q.   Okay.  Do you know how many?

22      A.   I don't recall.

23      Q.   On a percentage basis, in terms of your duties

24  and responsibilities, how much of your time was spent on

25  forecasting versus external reporting?

1          MR. MAROULIS:  Objection.  Time period.

2          MR. BRITTON:  Relevant, relevant period.

3          THE WITNESS:  Again, I was on medical leave for

4     a good portion of Q1, so June through July.  I would get

5     involved heavily in the forecasting process towards the

6     end of a quarter and whenever we published a forecast

7     report; and the SEC reporting comes after the quarter is

8     closed, and, you know, would take a couple of weeks

9     to -- during that time period to -- to produce and

10    finalize and file the documents with the SEC.

11          MR. BRITTON:  Q.  Okay.  So the bulk of the

12    forecasting responsibility came before the quarter ended

13    and then the bulk of the SEC reporting occurred after

14    the quarter?

15     A.    In the first month of the subsequent quarter.

16     Q.    When you were engaged in the SEC reporting

17    after the quarter had ended, were you also doing any

18    forecasting for the next quarter?

19     A.    We would prepare a forecast in advance of our

20    earnings call.

21     Q.    So, say, in the two weeks following a quarter,

22    how much of your time was spent on SEC reporting versus

23    forecasting?

24     A.    The first two weeks of a quarter were generally

25    spent closing the books, reviewing the numbers, and

**4/21/2005  Minton, Jennifer 30(b)(6)**

```
 1    ensuring that the numbers were accurate and getting

 2    ready for the earnings release.

 3              The time spent on the SEC reporting was

 4    primarily after we released earnings.

 5         Q.   Okay.

 6              Going back to the corporate financial planning

 7    and analysis group, you said there was about ten

 8    individuals in that group?

 9         A.   I think that that's an approximate number.

10         Q.   Okay.  Did that -- did you -- withdrawn.

11              Can you tell me if that number stayed

12    consistent during the relevant period, or did it grow or

13    decrease?

14         A.   I do not recall.

15         Q.   Can you tell me who you remember being in the

16    corporate financial planning and analysis group during

17    the relevant period?

18         A.   There are three names that come to mind; one is

19    Lia Burke, another is Ivgen Guner, and the third is

20    Roberta Ronsse.

21         Q.   You said Ronseg [sic]?

22         A.   Ronsse.  R-O-N-S-S-E, I believe.

23         Q.   Do you recall any other names?

24         A.   Those three individuals were part of the

25    corporate financial planning and analysis group that
```

**4/21/2005  Minton, Jennifer 30(b)(6)**

```
1     worked, for the most part, on the forecasts, to the best

2     of my recollection.

3          Q.    Okay.

4          A.    Other individuals worked on other functions

5     that fell under the umbrella of the corporate financial

6     planning and analysis group.

7          Q.    Okay.  But not on forecasts?

8          A.    I believe those three were the ones that were

9     primarily involved in the forecasts during the relevant

10    period.

11         Q.    Okay.  Is the same true for the budgeting

12    process?

13         A.    That would be correct, to the best of my

14    recollection.

15         Q.    And what was Lia Burke's position?

16         A.    I'm -- I'm trying to recall her title.  I think

17    it was a director or senior manager.

18         Q.    And then Ivgen Guner?

19         A.    Ivgen Guner, when she joined my group, she was

20    also a vice president, I believe, but I do not recall

21    for certain.

22         Q.    And then Roberta Ronsse?

23         A.    I don't recall what her position -- her title

24    was.

25         Q.    Okay.  And then who did you report to during
```

1    the relevant period?

2         A.   During the relevant period, I reported to

3    Jeff Henley.

4         Q.   Did you also report to Larry Ellison?

5         A.   No.

6         Q.   Did you interact with Larry Ellison in your --

7    in the course of your business?

8              MR. RUBENSTEIN:  Object to the form.

9              MR. BRITTON:  Withdrawn.

10        Q.   When -- for job -- when performing your job

11   functions, did you interact with Larry Ellison at all?

12        A.   I had opportunities to interact with

13   Larry Ellison, yes.

14        Q.   Would you say whether it was frequent or

15   infrequent?

16        A.   During --

17             MR. RUBENSTEIN:  Object to the form.

18             MR. BRITTON:  Q.  During the relevant period.

19             MR. RUBENSTEIN:  Go ahead.

20             THE WITNESS:  I don't know.  How do you define

21   "frequent" versus "infrequent"?

22             MR. BRITTON:  Q.  Let's say daily contact.

23        A.   No, I did not have daily contact.

24        Q.   Okay.  How often would you say in a month you

25   dealt with Larry Ellison?

1      A.   I would attend the executive management

2   committee meetings on Mondays, so that was my primary

3   contact with Larry Ellison.

4      Q.   Okay.  Did you do any e-mail correspondence

5   with Mr. Ellison?

6      A.   There would be at times e-mail correspondence

7   with Mr. Ellison.

8           I should also state that during the budgeting

9   season, which falls in our -- in the April time frame, I

10  would be involved in the budget meetings when all of his

11  direct-reports would present their budgets to him for

12  the upcoming fiscal year.

13     Q.   Okay.  How often did you interact with

14  Jeff Henley during the relevant period?

15     A.   I had frequent contact with Jeff.

16     Q.   Daily?

17     A.   Not necessarily.

18     Q.   Where was your office located?

19     A.   On the sixth floor of Oracle 500 Parkway.

20     Q.   And how about Mr. Henley?

21     A.   He was also located on the same floor.

22     Q.   Same floor, okay.

23          In terms of proximity, how close would you say

24  you are to Mr. Henley?

25     A.   I'm really bad at -- at --

**4/21/2005  Minton, Jennifer 30(b)(6)**

```
1        Q.    Two doors down, three doors down?

2        A.    No, no.  If you look at the Oracle 500

3   building, my office is here, his office is there

4   (indicating).

5        Q.    Okay.

6        A.    It's a --

7        Q.    Circular kind of --

8        A.    Yes.

9        Q.    Okay.  Where was Mr. Ellison's office?

10       A.    He -- he was on the 11th floor.

11       Q.    Did the corporate financial planning and

12   analysis group interact with any of the other accounting

13   groups at Oracle during the relevant period?

14       A.    Sure.

15       Q.    And how did they interact?

16       A.    When evaluating the financial forecasts results

17   or budget results against actuals, they would interact

18   to evaluate any variances of actuals against forecast or

19   budget.

20       Q.    And who would do the -- the variance

21   evaluations?

22       A.    Well, it's not just the corporate financial

23   planning and analysis folks.  It would also be all of

24   the financial analysts around the globe that would

25   interact.  So finance directors, financial analysts all
```

**4/21/2005  Minton, Jennifer 30(b)(6)**

```
1    around the globe would interact with their accounting

2    counterparts.

3         Q.    Can you describe for me the budgeting process

4    at Oracle during the relevant period?

5         A.    Generally speaking, the field organizations

6    would start to work on setting goals for their division

7    in the December time frame through February.  Forecasts

8    were -- sorry, not forecasts, but budgets were generally

9    submitted around the end of February or after February,

10   so that, you know, and I'm not sure in the timing of all

11   this, but -- because it's changed throughout the course

12   of the 16 years that I've worked at Oracle, but it's

13   always better to have three quarters behind your belt

14   and only one quarter left to forecast for the baseline

15   year.

16         But the budget meetings themselves -- so they

17   would submit their budgets into OFA around

18   February/March time frame, and then in late March/April

19   time frame there were budget meetings with

20   Larry Ellison.

21         Q.    So the budget meetings were in March --

22         A.    End of March --

23         Q.    -- end of March, into April.

24         A.    -- early April, into April, and sometimes into

25   May.
```

**4/21/2005  Minton, Jennifer 30(b)(6)**

1      Q.    And when you said, "OFA," that's Oracle

2    Financial Analyzer?

3      A.    That is correct.

4      Q.    Can you describe for me or tell me how the

5    divisions prepared their budgets.

6      A.    No.

7      Q.    Do you have any knowledge whatsoever on how

8    they did that?

9      A.    I was not at the divisional level.

10     Q.    Okay.  So you pretty -- pretty much got

11   started, or your knowledge started with once the budgets

12   were entered into OFA; is that fair?

13     A.    Once the budgets were submitted into OFA, we

14   would consolidate the budgets.  So I collected the

15   budgets on a consolidated basis.  I was not involved in

16   the development of the divisional budgets.

17     Q.    Do you have any knowledge at all on how they

18   entered information or estimated revenues, expenses,

19   anything like that?

20     A.    Targets were often given.

21     Q.    Okay.  And targets were given by whom?

22     A.    Targets were often given by Larry and/or the

23   divisional heads of the business units.

24     Q.    Okay.  How many business units existed at

25   Oracle for budgeting purposes during the relevant time

**4/21/2005  Minton, Jennifer 30(b)(6)**

```
1    period?
2        A.   I -- I can't quantify that.  I mean, there are
3    a number -- as an example, license is what I would view
4    as a business unit, but it's run on a geographic basis.
5        Q.   Okay.
6        A.   During that time period, the North America
7    organization or the Americas organization was actually
8    managed by four -- three or four individual people.
9        Q.   Now, I've seen references to OPI, OSI, and NAS.
10            Is that what you're referring to as Americas?
11       A.   That was what I referred to as North America.
12       Q.   North America.  Okay.
13       A.   LAD would be included to get to the Americas.
14       Q.   Okay.  And what does LAD stand for?
15       A.   Latin America Division.
16       Q.   So OPI, OSI, and NAS would be the North
17   Americas, and then if you add LAD, that's the Americas?
18       A.   That would be correct.
19       Q.   And which division did Canada fall into in
20   this, or did it?
21       A.   It currently is -- let -- let me step back.
22            It may have at that time been segmented by
23   vertical businesses, and it could have been reporting
24   into both NAS and OSI.
25       Q.   Okay.  So when you spoke of business units
```

```
 1      preparing their budgets and putting them into OFA, how

 2      would you refer to the Americas?  Is that a -- is that a

 3      separate business unit?

 4              Let -- let me start over.

 5              Tell me which business units you remember

 6      during the relevant time period reporting into the OFA.

 7         A.   During the relevant time period, we did not

 8      have one individual overseeing the Americas.

 9         Q.   All right.  I'm just -- right now I'm just

10      trying to get an idea of which divisions reported

11      into -- their budgets into the OFA.

12         A.   Well, OPI, OSI, NAS, LAD, EMEA, Japan.

13              THE REPORTER:  I'm sorry, MEA?

14              THE WITNESS:  EMEA, E-M-E-A.

15              So in -- night sales and consulting were run

16      geographically.

17              MR. BRITTON:  Q.  Okay.

18         A.   So sales and EMEA would be a business unit in

19      my definition.

20         Q.   Okay.

21         A.   OSI would be a business unit in my definition

22      because they were managed by EVPs, or SVPs that

23      participated in the -- meetings.

24              THE REPORTER:  In the what meetings?

25              THE WITNESS:  The executive management
```

1    committee meetings.

2           MR. BRITTON:  Q.  You refer to those meetings

3    as either EMC or EC?

4        A.   That is correct.

5        Q.   You mentioned sales and EMEA.

6             What is sales?

7        A.   License sales.

8        Q.   I think it's sales, correct?  Or are you saying

9    sells?

10       A.   Sales refers to license -- when I say "sales,"

11   I'm referring to license and sales.

12       Q.   Sales, S-A-L-E-S?

13       A.   S-A-L-E-S.

14       Q.   Okay.

15       A.   As distinguished from consulting, support, and

16   education.

17       Q.   Okay.  So let's take the OPI.  Who -- who was

18   the business head in OPI during the relevant period?

19       A.   If I recall correctly, it would have been

20   Frank Varsano, but I believe he reported to

21   Sandy Sanderson.

22       Q.   Did Nussbaum, John Nussbaum, ever take over?

23       A.   Jay Nussbaum.

24       Q.   Jay Nussbaum.

25            Did he ever take over OPI, or am I thinking

**4/21/2005  Minton, Jennifer 30(b)(6)**

```
 1    differently.  Withdrawn.

 2              Which -- which division was Jay Nussbaum

 3    responsible for?

 4         A.   He was responsible for OSI.

 5         Q.   OSI, okay.

 6              And that was throughout the entire relevant

 7    period, June to June?

 8         A.   I believe so.

 9         Q.   The same for Frank Varsano?

10         A.   I'm not certain.

11         Q.   And who is the business head for NAS?

12         A.   George Roberts.

13         Q.   And then LAD?

14         A.   Sandy Sanderson had responsibility for LAD.  He

15    had somebody running it for him.  I believe it was

16    Sebastian Gunningham, but I am not certain.  People come

17    and go.  And at the time I just don't remember.

18         Q.   I would say so.  Sixteen years.

19              Okay.  Did Mr. Sanderson have overall

20    management responsibility for these divisions?

21         A.   No, he did not.

22         Q.   For any of them?

23         A.   I believe he had responsibility for OPI, I

24    think -- during the relevant period, if I recall

25    correctly, and I may not have this correct.  I believe
```

**4/21/2005  Minton, Jennifer 30(b)(6)**

1    Frank Varsano reported to Sandy, and

2    Sebastian Gunningham, who ran LAD, reported to Sandy.

3        Q.   Okay.  Okay.  Let's go back to the budgeting

4    process.

5             Once the budgets were entered into OFA, can you

6    tell me how that process happened; how were the budgets

7    entered into OFA?

8        A.   The field finance organization that reports up

9    ultimately through me would enter in the business units

10   budgets into OFA at the field level.

11       Q.   Okay.  So the field finance organization.

12   Who -- how many individuals are in the field finance

13   organization?

14       A.   Hundreds.

15       Q.   Hundreds.  I won't ask you to name them all.

16            Who -- who did you deal with in terms of a

17   direct-report in that organization, or was it -- was it

18   a separate organization that had direct-reports, similar

19   to O -- OPI and OSI and NAS?

20       A.   So I am going to start with -- with the easy

21   side.  So what we're referring to, global, okay.

22       Q.   Okay.

23       A.   EMEA, William Plant reported to me, so I would

24   interface with him.

25            Greg Davies, who ran Asia Pacific.  I would

**4/21/2005  Minton, Jennifer 30(b)(6)**

1    interface with him.

2              Japan, the CFO of Oracle Japan, which is a

3    publicly traded company, I would interface with him.

4        Q.   And who is that?

5        A.   At the time it was Akira Minamono-San.

6              THE REPORTER:  I'm sorry, repeat that.

7              THE WITNESS:  Akira --

8              MR. BRITTON:  I knew that would get you all

9    upset.

10             THE WITNESS:  Akira Minamono-San.

11             MR. BRITTON:  Q.  Okay.  All right.  So that's

12   from Japan.

13       A.   And then for the Americas, within Latin America

14   it was Cheryl McDowell.  And then within the North

15   Americas it was divided up.  Sarah Kopp supported

16   Jay Nussbaum for OSI --

17             THE REPORTER:  I'm sorry, Sarah Kopp what?

18             THE WITNESS:  Supported Jay Nussbaum for OSI

19   Division.  David Winton supported George Roberts for the

20   NAS division, and Jim English supported Frank and/or

21   Sandy Sanderson, partly during the relevant period.  I

22   believe Ivgen Guner was supporting Frank and Sandy

23   during the first half of the relevant period, and then

24   she came over to corporate to work directly for me.

25             MR. BRITTON:  Q.  Okay.  Okay.  Now, the

**4/21/2005  Minton, Jennifer 30(b)(6)**

1    individuals that you just listed for each of these

2    regions, are those the individuals that you -- you,

3    yourself, primarily interacted with?

4         A.   That would be correct.

5         Q.   Did you interact with anyone else at -- you

6    personally -- interact with anybody else at EMEA?

7         A.   I might have on occasion spoken to one of

8    Williams' direct-reports.

9         Q.   And do you remember who that was?

10        A.   If we're referring to sales only, it would have

11   been Nick Hooton.

12        Q.   What about expenses?

13        A.   During the forecasting process, the focus was

14   primarily on license revenues.

15        Q.   Was there any focus on expenses?

16        A.   Yes, but that was done at the consolidated

17   level.  We'd look at it.

18        Q.   So that was up above the OFA level; is that

19   right?

20        A.   Are we talking about budgets, or are we talking

21   about forecasts?

22        Q.   Budgets.

23        A.   Yeah, there was focus on expenses, but -- so

24   those individuals that I just named were responsible for

25   supporting the business units, both revenue expenses and

**4/21/2005  Minton, Jennifer 30(b)(6)**

```
1    margin, as well as account.

2         Q.    Okay.  So when you -- when you qualified your

3    answer with, if we're talking about sales, you dealt

4    with Nick Hooton?

5         A.    No.  That is not what I said.

6         Q.    Okay.

7         A.    You asked me if I had spoken with anyone else

8    in EMEA other than William.

9         Q.    Right.

10        A.    And I said I may have on occasion spoken to

11   Nick Hooton.

12        Q.    Okay.

13        A.    And that would have been for license.

14        Q.    For license?

15        A.    License sales.

16        Q.    What about for consulting?

17        A.    I don't believe I had any contact directly at

18   the time.

19        Q.    Okay.  Okay.  And Asia Pacific, did you speak

20   to anyone other than the business head during the

21   budgeting process?

22        A.    I thought we were speaking about my

23   direct-reports.

24        Q.    I'm trying to get an idea of the budgeting

25   process and how information flowed up and who you
```

**4/21/2005  Minton, Jennifer 30(b)(6)**

```
1     interacted with at each of the regions that you listed.

2         A.   I would interact with my finance

3     direct-reports --

4         Q.   Right.

5         A.   -- who supported the business unit leaders --

6         Q.   Right.

7         A.   -- across the geographies and the various

8     business -- lines of businesses, whether it be sales,

9     consulting, support, or education.

10        Q.   Okay.  So I think I -- I understood --

11        A.   And they would work directly with the business

12    unit leaders to help to develop a revenue and expense

13    budget for their area of responsibility.

14        Q.   Okay.  So who -- who in Asia Pacific did you

15    interface with again; who was the person, the name?

16        A.   Greg Davies.

17        Q.   Davies.  Okay.

18             And then anybody --

19        A.   And he supported Derek Williams.

20        Q.   Right.

21             And did you interface with anybody other than

22    Greg Davies in Asia Pacific during the budgeting

23    process?

24        A.   During the budget reviews that were held with

25    Larry, the business unit leader would attend that
```

**4/21/2005  Minton, Jennifer 30(b)(6)**

1    meeting with their finance support individual.  So for

2    example, when Derek Williams had his budget review

3    meetings, he would come and he would bring Greg Davies

4    with him.

5        Q.   Okay.

6        A.   So during the budget review presentations, if I

7    was in presence at any of those meetings which, for the

8    most part, I would have been, unless there was a

9    conflict, I would have had contact with both.  The

10   direct-reports in finance reported to me, as well as the

11   business unit leaders that were responsible for their

12   respective organizations.

13       Q.   Okay.  That makes sense.

14            And then the individual that you named for

15   Japan.  I am not even going to attempt to re -- repeat

16   that.  Was that the financial support person?

17       A.   That was the CFO.  He -- he supported the CEO

18   of Oracle Japan.

19       Q.   Okay.  Let's go to the Americas.

20            And Latin America LAD, did you speak to anyone

21   other than the business head and Cheryl McDowell?

22       A.   I would have spoken with Sandy Sanderson and

23   Sebastian Gunningham, if he was the individual that was

24   reporting to Sandy at the time, would have attended a

25   budget review session.

**4/21/2005  Minton, Jennifer 30(b)(6)**

```
1        Q.    Okay.  Okay.  So is it fair to say that your --
2    your primary contact was with those at the top -- the --
3    the -- the financial support as well as the business
4    head, and you didn't really go down deeper into the
5    organization?
6        A.    That would be correct.  But, again, understand
7    that my contact was more frequent with the folks that
8    reported to me.  My contact with the business unit
9    leaders were primarily limited to the budget review
10   meetings --
11       Q.    Okay.
12       A.    -- when dealing with the preparation of the
13   budgets.
14       Q.    Were the -- the three individuals that you
15   named in the financial planning department, were they
16   involved in this process as well?
17       A.    They were involved in the tactical aspects of
18   it, yes.
19       Q.    Okay.  What do you mean by "the tactical
20   aspects of it"?
21       A.    Managing OFA, submitting the budget, submission
22   calendar, reconciling budget in OFA to the control
23   reports given to us by the divisions, helping to define
24   budget assumptions that folks should be using for
25   developing their budgets, and communicating with the
```

**4/21/2005  Minton, Jennifer 30(b)(6)**

1    broader global finance community.

2         Q.   Okay.  When you said "submitting the budget,"

3    what -- what were you referring to?  Can you give me an

4    example of how they submitted the budget, the

5    individuals in this group?

6         A.   Which individuals are you referring to?

7         Q.   The three individuals in the financial planning

8    and analysis department.

9         A.   They set the submission deadlines.

10        Q.   Okay.

11        A.   They didn't submit the budgets.  The field

12   finance organization submitted the budgets.  They would

13   reconcile the numbers in OFA to the control sheets that

14   were provided by the field finance organizations to

15   ensure that the budgets were submitted correctly.  There

16   was often reconciliation issues that we had to tie up

17   and resolve.

18        Q.   Okay.  And then "helping to define budget

19   assumptions," what did you mean by that?

20        A.   An example would be what salary raise pool

21   should be assumed for the upcoming fiscal year.

22        Q.   And where would those assumptions come from?

23        A.   Generally speaking, we would speak with HR and

24   get the relative CPI indexes of the individual countries

25   around the globe, and during that time I believe that

**4/21/2005  Minton, Jennifer 30(b)(6)**

1    that was the primary basis for defining what the salary

2    budget assumptions would be.

3         Q.    Okay.

4         A.    We would also discuss it with the CFO and

5    assure that the CFO -- you know, we'd get some clarity

6    on it because they were preliminary budgets.

7         Q.    Right.

8              Okay.  Were there any other budget assumptions

9    other than the salary raise pool?

10        A.    There may have been additional assumptions

11   regarding bonuses, as an example, what bonus rate

12   assumptions should be used.

13        Q.    Any others that you could recall?

14        A.    We may have given out revenue targets and

15   margin percent targets for the revenue producing lines

16   of business.

17        Q.    Okay.

18        A.    And there may have been even head count

19   assumptions, head count growth assumptions.

20        Q.    Now, was there a process at Oracle where these

21   assumptions would be developed or -- or set?

22        A.    During the relevant period, I do not recall

23   precisely the process that was employed.  Generally

24   speaking, you know, we would, as I mentioned before, get

25   the CPI rates for various countries to set the salary

**4/21/2005  Minton, Jennifer 30(b)(6)**

```
1     budgets, and I would often get clarification from
2     Jeff Henley, who was the CFO, as to whether or not some
3     of the head count and bonus and salary rate assumptions
4     were appropriate for purposes of preliminary -- or
5     preparing the preliminary budgets.  Any revenue or
6     margin assumption targets generally would come from --
7     from Larry.
8          Q.   And how were those -- how were the revenue
9     target assumptions and the margin percentage assumptions
10    communicated to you?
11         A.   They could have been verbally communicated to
12    me.  They could have been communicated to me and in a
13    meeting.  I don't recall.
14         Q.   Were they communicated to you directly by
15    Mr. Ellison?
16         A.   I don't recall.
17              They could have also come from Safra Catz via
18    Larry.
19         Q.   Okay.  Who is Safra Catz?
20         A.   She is our -- one of our copresidents and our
21    interim chief financial officer.
22         Q.   Were there any processes at Oracle to ensure
23    that the information coming from the divisions, the
24    business units, was reliable?
25              MR. RUBENSTEIN:  Object to the form.
```

1          THE WITNESS:  I don't understand your question.

2          MR. BRITTON:  Q.  Were there any variance

3    testing or quality assurance processes to make sure that

4    the numbers that were being entered into the budgets by

5    the business units were, you know, legitimate or

6    reasonable or justified?

7          MR. RUBENSTEIN:  Same objection.

8          THE WITNESS:  The -- the business units owned

9    the budgets.  We were responsible for reconciling what

10   was in OFA to their control reports.

11         MR. BRITTON:  Q.  Okay.  And are you familiar

12   at all with the process in the business units where they

13   would make sure that potential deals being entered and

14   potential expenses being entered into the budgets were

15   reasonable and based upon legitimate business reasons?

16     A.   As I mentioned earlier, I was not involved in

17   the development of the divisional business unit budgets.

18   I would be involved in issuing targets if I was asked to

19   do so by Larry or Safra or Jeff.

20     Q.   Okay.  Are you familiar with any variance

21   testing that Oracle did to -- to test the accuracy of

22   the divisional budgets?

23         MR. RUBENSTEIN:  Object to the form.

24         THE WITNESS:  I don't understand your question.

25         MR. BRITTON:  Q.  Okay.  I'm trying to

1    understand if there was any process at Oracle to test

2    the budgets that were coming in from the division to

3    make sure that they were as accurate as possible to

4    rect -- correct any problems to make sure they were more

5    accurate or reasonable.  Is there anything like that --

6         MR. RUBENSTEIN:  Same objection.

7         MR. BRITTON:  Q.  -- that you're familiar with.

8         A.   As I mentioned before, we reconciled the

9    budgets that were submitted to control reports that were

10   provided to us by the field finance organization.

11        Q.   Now, the control reports, what are those?

12        A.   Well, as an example, if EMEA was submitting

13   a -- a budget of license revenues of a hundred dollars

14   and expenses of $50, they would give us an Excel

15   spreadsheet or tell us what the total number should be;

16   and when we consolidated the data in OFA, we would

17   validate that what was in OFA equaled their control

18   reports.

19        Q.   So it was a -- it's a -- just a comparison?

20        A.   It's a reconciliation.

21        Q.   Right, okay.

22        A.   A tie out.

23        MR. RUBENSTEIN:  We can take a break whenever

24   you want.

25        MR. BRITTON:  Yeah, whenever you're -- we can

```
1    take a break.
2           MR. RUBENSTEIN:  We don't have to take a break
3    now, but I just wanted to let you know.
4           THE WITNESS:  Oh, sure.
5           MR. BRITTON:  Q.  Okay.  What happened after
6    the reconciliation of the OFI -- OFA to the control
7    sheet in the budgeting process?
8        A.   If any errors were detected, we would notify
9    the field finance organization, and they would make
10   their appropriate corrections in OFA.
11       Q.   Okay.  And then what happened next in the
12   budget process?  What was the next step?
13       A.   The next step was that each of Larry's
14   direct-reports would meet with him during the late
15   March/April time frame, and they would review their
16   budgets with him as well as go over issues,
17   opportunities, challenges, whatever they decided that
18   they wanted to present.
19       Q.   Were you involved in that process at all?
20       A.   I attended those meetings.
21       Q.   Okay.  Did you have any input in the process?
22       A.   I did not have the input into the divisional
23   preparations of their operation reviews.  My field
24   finance direct-reports that supported the various
25   business unit -- unit leaders would work with them to
```

1    develop their operations review, which is what we call

2    it.  We don't call it a budget review.  We call it an

3    operations review, and they would assist in that

4    PowerPoint presentation.

5        Q.    So would each business unit -- or the head of

6    each business unit would give a presentation on their

7    budget to Larry during these meetings?

8        A.    Right.

9        Q.    Okay.

10       A.    And -- and the one -- one part of the

11   involvement that I may have had was to make sure that

12   they used an appropriate template, because Larry was

13   very keen on wanting to see revenue growth, margin

14   growths, and margin percent.

15       Q.    And how many of these meetings which you --

16   would typically occur during a budgeting process,

17   presentations to Larry, the operations review meetings?

18       A.    Generally, each -- there would be one meeting,

19   for the most part, with each of his direct-reports.  If

20   there were any issues that Larry had or concerns that he

21   had, he may ask that they come back.

22       Q.    Okay.  Were there any manuals or sets of

23   instructions or anything in Oracle that described the

24   process of budgeting at Oracle?

25       A.    No, not that I'm aware of.

**4/21/2005  Minton, Jennifer 30(b)(6)**

1      Q.    Okay.  So how were -- how were individuals

2      trained in how to do the budgeting process at Oracle?

3      Let's start with the field.  Are you aware?

4      A.    Well, over the course of several years, each

5      organization had developed their own Excel models to

6      help build a -- a budget, but those, during the relevant

7      period, varied amongst all of the various groups.  There

8      was no global standard.

9      Q.    Were you involved at all after the operations

10     review, the presentations to Larry?  Were you involved

11     at all in the interaction, the finaling of the

12     preliminary budget for each of those business units?

13     A.    I don't understand your question.

14     Q.    The way I'm envisioning the process working is

15     you'd have preliminary budget from each of the business

16     units that they would present to Larry, and then Larry

17     would see the presentation and give them feedback.  And

18     then there would be a final pre -- or a final budget

19     prepared based upon Larry's feedback.  Am I seeing that

20     correctly?

21             MR. RUBENSTEIN:  Object to the form.

22             THE WITNESS:  Generally speaking -- I want to

23     lower this.

24             Generally speaking, there were revenue growth

25     targets and margin percent targets that were agreed at

1    the budget review meetings for the revenue-producing

2    business units, and our process is to take the actuals

3    for the current fiscal year and apply those agreed

4    revenue and margin targets to the actual results to

5    define what the budget would be for the following year.

6            MR. BRITTON:  Q.  Okay.

7        A.   So the budgets were not essentially fully

8    determined until after we closed our books for the

9    current fiscal year so that we could apply those

10   agreed-upon revenue and margin targets to the

11   revenue-producing business units, and expense-target

12   growth rates were also applied to the actuals.

13       Q.   And that was done by year and by quarter?  Was

14   that -- that process that you just described, did they

15   do that --

16       A.   They were annual targets.

17       Q.   They were annual targets, okay.

18            Now, I want to talk a little bit about how the

19   revenue targets and the margin percentage targets were

20   agreed upon.

21            Can you describe that process for me.

22       A.   There was dialogue between Larry and his

23   business units as to what they felt that they could

24   achieve.

25       Q.   Did you witness that dialogue during the

**4/21/2005  Minton, Jennifer 30(b)(6)**

1    relevant period or during the -- the budgeting process

2    for fiscal '01?

3        A.   For fiscal '01, I was not involved in the

4    majority of the budget reviews, if I recall correctly.

5        Q.   That's when you were out on sick leave?

6        A.   I was out in April through about July.

7        Q.   So that's right through the budgeting process,

8    okay.

9            MR. RUBENSTEIN:  Why don't we take a

10   five-minute break.

11           MR. BRITTON:  Sure.  Absolutely.  Let's take a

12   five-minute break.  Let's do that.

13           THE VIDEOGRAPHER:  Going off the record.  The

14   time is 9 -- or 10:45.

15               (Recess taken.)

16           THE VIDEOGRAPHER:  Going back on record.  The

17   time is 10:59.

18               (Whereupon, Plaintiffs' Exhibit 2 was marked

19               for identification.)

20           MR. BRITTON:  Q.  Okay.  The court reporter has

21   placed in front of you what's been marked as

22   Plaintiffs' -- or Minton Exhibit 2; and if you would

23   take a moment to look at that document and let me know

24   if you recognize it, I would appreciate it.

25               For the record, Minton 2 is -- starts with

**4/21/2005  Minton, Jennifer 30(b)(6)**

```
1     Bates NDCAORCL 028477 through 80.
2               MR. RUBENSTEIN:  Doug, I am going to object to
3     the extent that the document is outside the relevant
4     period.
5               MR. BRITTON:  Yeah.
6               MR. RUBENSTEIN:  It's dated April of 2000.
7               MR. BRITTON:  Yeah.
8               MR. RUBENSTEIN:  So I don't know quite how you
9     intend to use it, but depending on how it goes --
10              MR. BRITTON:  Just understanding the budgeting
11    process.
12              MR. RUBENSTEIN:  All right.  As long as it's
13    clear that the budgeting process you're asking about is
14    the process for the relevant period.
15              MR. BRITTON:  It is.
16              MR. RUBENSTEIN:  All right.
17              MR. BRITTON:  I think it makes sense to omit
18    the prefix when we're describing these documents, so
19    everybody agrees, so --
20              MR. RUBENSTEIN:  That's fine.
21              MR. BRITTON:  -- when I reference a Bates
22    range, I am going to omit the prefix NDCAORCL, because
23    every document starts with that.
24              THE WITNESS:  I've read the document.
25              MR. BRITTON:  Q.  And do you recognize it?
```

**4/21/2005  Minton, Jennifer 30(b)(6)**

```
1        A.    Vaguely.

2        Q.    Okay.  And it's -- it's an e-mail from

3   Peter Donnelly to you --

4        A.    Uhm-hum.

5        Q.    -- is that right?

6              Who is Peter Donnelly?

7        A.    Peter Donnelly, during this time period,

8   reported to Gary Bloom.  He was a finance person

9   supporting Gary Bloom.  So if you recall, earlier I told

10  you that we were globalizing the finance function under

11  me, Peter Donnelly was one of the last individuals to be

12  moved under my organization.

13       Q.    Okay.  So does this -- does this e-mail help

14  you place in time when the process of moving the

15  reporting over to you, when it started and when it

16  ended?

17       A.    No.  He did not report to me until -- until I

18  returned from medical leave.

19       Q.    Okay.

20       A.    If I may --

21       Q.    Sure.

22       A.    -- I think the -- the purpose of this note was

23  to make sure that there was agreement as to the

24  discussions and action items taken under various

25  budget-review meetings because I was just about to go on
```

**4/21/2005  Minton, Jennifer 30(b)(6)**

```
 1    to medical leave.

 2         Q.    Okay.  Now, you mentioned Gary Bloom.  Who is

 3    Gary Bloom?

 4         A.    Gary Bloom was a -- a direct-report of

 5    Larry Ellison.  He had originally responsibility for

 6    various development organizations; platform technologies

 7    is an example.  He took over education and support, I

 8    think, sometime during the fiscal 2000 time period.

 9         Q.    Okay.  Can you tell by looking at this document

10    what -- what business --

11         A.    I'm sorry, he also was responsible for

12    marketing.  He was -- they were globalizing marketing

13    under him as well.

14         Q.    Education, support, and marketing?

15         A.    That would be correct.

16         MR. RUBENSTEIN:  Doug, to confirm, are we

17    talking during the relevant period?

18         MR. BRITTON:  Yes.  And let me -- actually, let

19    me establish that.

20         Q.    Is this -- does this e-mail relate to the

21    budget process for fiscal year 2001?

22         A.    Yes.

23         Q.    Okay.  And let's -- I think it will be

24    easier -- helpful for me if we break down Oracle's

25    fiscal period.
```

**4/21/2005  Minton, Jennifer 30(b)(6)**

```
1               It's not a calendar period, is it?

2     A.    Fiscal year end ends on May 31st.

3     Q.    It's May 31st.

4               So the first quarter begins June 1st and ends?

5     A.    August 31st.

6     Q.    August 31st.  Thank you.

7               And then the second quarter, September 1st to

8     November 30th?

9     A.    30th.

10    Q.    Third quarter, December 1st to February 28th?

11    A.    Or 29th, if it's leap year.

12    Q.    Whichever, okay.

13              And then the fourth quarter goes from

14    March 1st to May 31st.

15    A.    That would be correct.

16    Q.    Okay.  Can you tell by looking at this string

17    of e-mails which business unit this relates to?

18    A.    It relates to multiple business units as

19    outlined in the e-mail:  support, accurate development,

20    education --

21    Q.    All right.

22    A.    -- Global IT, alliances, business online,

23    Oracle Mobile, and marketing.

24    Q.    Okay.  And what is Thacker Development?

25    A.    Thacker Development was the translation group.
```

**4/21/2005  Minton, Jennifer 30(b)(6)**

1        Q.    So this --

2        A.    Translation and localization.

3        Q.    So these businesses had no relation to license

4    sales, right?

5        A.    That would be correct.

6        Q.    Okay.  Can you describe where in the process

7    that we spoke about this is taking place?  Is this after

8    an executive -- or a meeting with an operations review

9    with Larry Ellison?

10       A.    As I mentioned before, we had budget reviews or

11   operation reviews, whatever you want to call them, late

12   March or April time frame.

13       Q.    Right.

14       A.    And Peter, who was supporting Gary Bloom, took

15   these notes based on the meetings that were taking place

16   during this time frame.

17       Q.    Okay.  If you turn to the third page, and it's

18   the page Bates ending 28479 --

19       A.    Uhm-hum.

20       Q.    -- there is a heading "Business Online."

21       A.    Correct.

22       Q.    And the first reference says, "No budget was

23   agreed to during the budget session."

24             And I'm trying to get an idea of the -- the

25   process that goes into if a -- if a budget isn't agreed

1    upon in the meeting with Larry, what happens afterwards

2    and how do you get to a final agreed-upon budget?

3        A.   If you recall, when I testified earlier that

4    when we would have these budget meetings we either

5    agreed or Larry would ask them to come back.  So in this

6    particular instance, if there was no agreement as to the

7    budget, then Tim would have to come back and re-present

8    a budget based on whatever dialogue or direction he was

9    given by Larry during the course of their budget-review

10   meeting.

11       Q.   Okay.  And -- and what types of things would

12   cause a disagreement on -- on a budget?  What would

13   cause somebody to have to go back and redo it?

14           MR. RUBENSTEIN:  Object to the form.

15           You can answer.

16           THE WITNESS:  If somebody presented a budget

17   that was not realistic or achievable, then Larry would

18   ask them to go back and revisit their budget.

19           MR. BRITTON:  Q.  And when you say, "not

20   realistic," what would that be -- withdrawn.

21           How -- what factors would go into determining

22   whether a particular budget that's being presented was

23   not realistic?

24       A.   As an example, and I do not recall the

25   specifics on this one, but if they wanted to add more

**4/21/2005  Minton, Jennifer 30(b)(6)**

1    capacity quicker than what Larry had envisioned -- and

2    when I say, "capacity," I mean adding heads, as an

3    example -- then Larry would ask them to go back and

4    recalibrate their budgets using different assumptions

5    based on guidance that was given.

6        Q.   Okay.  What would cause -- withdrawn.

7            Was there -- in your experience, was there ever

8    an occasion where there was a disagreement on a budget

9    in terms of sales, sales growth, the sales forecast for

10   the year, that was not realistic or somebody had to redo

11   that budget?

12       A.   If you recall, I described that for the

13   revenue-producing units, we generally agreed a revenue

14   growth rate and a margin target for the subsequent

15   following fiscal year.  If an organization overachieved

16   in the current fiscal period, in other words, if they

17   said that they -- in their -- in their presentation if

18   they had a forecast for fiscal 2000 of a hundred million

19   in license sales, and they said that they had agreed to

20   a 10 percent license sales growth rate for the following

21   fiscal year, if they actually came in with 120 million,

22   they may have had some concerns about being able to

23   achieve a 10 percent growth target on the 120 million

24   versus the 100 million.

25       Q.   So it would be -- be unrealistic to achieve a

1    certain revenue target because their numbers in the

2    prior year were so good?

3        A.   Well, they outperformed what was originally

4    presented as to what they would achieve in the current

5    fiscal year period during their operations review.

6        Q.   Okay.  How long did these operation-review

7    meetings take?

8        A.   It depended on the organization and -- and the

9    amount of material that each business unit leader wanted

10   to present.

11       Q.   And who were the attendees of these meetings?

12       A.   The business unit leader that was responsible

13   for presenting.  So as an example, in this case, these

14   could have been individual meetings for each of these

15   business -- lines of businesses that we're talking about

16   here.

17           So marketing, as an example, it would have been

18   Mark Jarvis who reported to Peter -- I'm sorry, who

19   reported to Gary Bloom.  So those two would have been in

20   attendance, as well as Peter Donnelly, since he was the

21   financial planning and analysis guy supporting

22   Gary Bloom, myself, Jeff Henley, Safra Catz,

23   Larry Ellison, and at times, Ivgen Guner may have

24   participated.

25           It's important to note that not everybody

**4/21/2005  Minton, Jennifer 30(b)(6)**

```
1    always made each of these meetings, so the core -- the

2    core attendees, if you will, were Larry, Safra, Catz,

3    Jeff Henley, the CFO, myself, and sometimes Ivgen Guner.

4         Q.   Okay.  And only the -- withdrawn.

5              Only the business heads for the particular

6    units under review would be in attendance during these

7    meetings?

8         A.   Generally speaking.  The business unit leader

9    might invite somebody else to attend, or we may have had

10   two reviews done sequentially; and so it's possible that

11   when the marketing budget was done that the alliance

12   budget was done at the same -- you know, either right

13   before or right after, so they may have participated in

14   each other's sessions.  It would have been up to

15   Gary Bloom to decide who he wanted to attend the

16   sessions.

17        Q.   Okay.  But there wasn't a meeting where all of

18   the business heads attended?

19        A.   All at once?

20        Q.   Yeah, all --

21        A.   Oh, absolutely not.

22        Q.   Were there any meetings like that in the

23   budgeting process where all of the units participated?

24        A.   During the relevant period?

25        Q.   Yeah.
```

**4/21/2005  Minton, Jennifer 30(b)(6)**

1          A.    Defined as June 1st, 2000 --

2          Q.    Well, we're talking about the budgeting

3     forecasts.  So we're talking about the budgeting process

4     for fiscal '01, so that would have necessarily occurred

5     prior to that relevant period.  So we are looking at

6     March/April time period, possibly May of 2000.

7          A.    There was a meeting, either in 2000 or 1999,

8     where it was a larger group of, you know, EVPs, and some

9     of their directs -- I'm not sure if that was in 1999 or

10    2000 --

11         Q.    Okay.

12         A.    -- where there was just general budget

13    discussions, but that was not a standard process.

14         Q.    So, generally speaking, it was the particular

15    units that were under review that would be there?

16         A.    That -- that would be correct.

17         Q.    Okay.  You can put that document aside.

18               (Whereupon, Plaintiffs' Exhibit 3 was marked

19               for identification.)

20               MR. BRITTON:  Q.  Okay.  The court reporter has

21    placed in front of you what's been marked as Minton

22    Exhibit 3; and if you could take a moment to take a look

23    at this and let me know if you recognize it, I'd

24    appreciate it.

25               The Bates -- it's a one-page document,

**4/21/2005  Minton, Jennifer 30(b)(6)**

1    entitled, "Budget Growth Rate Comparison, hyphen,

2    License," and the Bates number is 041949.

3        A.   I don't recall seeing this document.

4        Q.   Okay.  Do you know what type of document this

5    is, or how it was used in the budget process?

6            MR. RUBENSTEIN:  Object to the form.

7            THE WITNESS:  I -- I don't recall seeing this

8    document.

9            MR. BRITTON:  Q.  So is it fair to conclude

10   from that this isn't a typical document used in the

11   budgeting process?

12           MR. RUBENSTEIN:  Object to the form.

13           THE WITNESS:  I don't recall this document.

14           MR. BRITTON:  Q.  If you look at the second

15   box, there is a reference to "LJE agreed-upon growth

16   rate."

17           Have you heard that term used in the budgeting

18   process in your experience, in particular to the

19   budgeting process for fiscal '01?

20       A.   Again, we would agree targets in the

21   budget-review meetings.

22       Q.   So is -- do you know if this is referring to

23   Larry J. Ellison --

24       A.   I --

25       Q.   -- "agreed-upon"?

1      A.   I did not create this document.  I -- I can

2  assume that it is.

3      Q.   Okay.  You can put that document aside.

4      A.   By the way, this document was created when I

5  was already on medical leave.

6      Q.   Uh-huh, okay.

7           Had you seen documents similar to this in prior

8  budget processes?

9      A.   Again, I do not recall seeing this document.

10     Q.   Or even its form?

11     A.   I don't recall seeing this document.

12     Q.   But I'm getting at the form, not the particular

13  document, the form of the document, the layout.

14     A.   We've had so many different layouts over the

15  course of the years.

16     Q.   Okay.

17     A.   I just -- just don't recall it.

18          (Whereupon, Plaintiffs' Exhibit 4 was marked

19           for identification.)

20          MR. BRITTON:  Q.  The court reporter has placed

21  in front of you what's been marked as Minton Exhibit 4.

22  If you take a moment to review this exhibit, please.

23          And for the record, Minton Exhibit 4 is

24  entitled, "Fiscal 2001 Budget," starts with Bates 039895

25  and ends at 039918.

1            Have you had an opportunity to review this

2    exhibit?

3        A.   Yes, I have.

4        Q.   And do you recognize it?

5        A.   I rec -- I recognize the format of it.

6        Q.   Okay.  And what is this document?

7        A.   This would be a budget package that was

8    provided to the board of directors.

9        Q.   And this board of directors' meeting was

10   July 17, 2000, at least that's what the document

11   indicates?

12       A.   That would be correct.

13       Q.   Okay.  Were you back from six -- sick leave by

14   this time?

15       A.   I'm not certain.  I -- I'm not really certain.

16       Q.   Is --

17       A.   I think I came back around July time frame, so

18   it could have been right before, right after.

19       Q.   Did you participate in board meetings --

20       A.   No.

21       Q.   -- typically?

22       A.   Never have.

23       Q.   Never have.

24            The -- withdrawn.

25            Was the board involved at all in approving the

4/21/2005  Minton, Jennifer 30(b)(6)

1     budget at Oracle?

2          A.   Again, I was never at a board meeting, so I

3     don't know if they officially approved it or not.

4          Q.   Okay.  Was it your understanding, based upon

5     your experience there, that the budget would have to be

6     approved by the board before it would go forward?

7          A.   We presented the budget to the board.  Being

8     that I was not at the board meeting, I don't know if it

9     was ever formally approved.

10         Q.   Okay.  Did you ever hear that in

11    your -- withdrawn.

12              Did you ever hear, in your discussions with

13    anybody at Oracle, that the board of directors had to

14    approve a budget before Oracle would go forward with

15    that budget?

16         A.   Not that I recall.

17         Q.   Okay.  How long after -- withdrawn.

18              How long did the budget-review process take

19    before ultimately a budget was agreed upon?

20         A.   The budget would be essentially agreed upon by

21    management prior to submitting it to the board.  So,

22    again, as I testified earlier, we would agree in the

23    preliminary budget meetings revenue targets and margin

24    percent targets for the revenue producing lines of

25    business and expense targets for the expense-based

1    units.

2        Q.    Okay.

3              THE REPORTER:   Expense-based?

4              THE WITNESS:   Expense only business units.

5              We would apply those targets to the actuals; if

6    there was any disconnects, as the example that I gave

7    you earlier, if somebody had overly achieved, there may

8    have been an occasion agreement to reduce their overall

9    license or consulting or support or education targets.

10   And if that was agreed by Larry, we would have made that

11   change, and then produced the final budget for

12   submission to the board.

13       Q.    Okay.  Were you involved -- and we're talking

14   about fiscal year 2001.  Were you involved in setting

15   the growth targets for this fiscal year?

16       A.    I attended some of the meetings.  I don't

17   believe I attended all of them because I went on medical

18   leave and was busy going to doctor's appointments and

19   whatnot.  I don't set the targets.  I communicate the

20   targets.

21       Q.    Okay.  Are you -- do you have an understanding

22   at all of how the targets are set, the process that goes

23   into that?

24       A.    Larry would have -- Larry would either agree a

25   target -- the problem is I don't know what dialogue

**4/21/2005  Minton, Jennifer 30(b)(6)**

1       Larry may have had with the business unit leaders.

2           Q.    Right.

3           A.    So they could have either come up with their

4    own target or Larry would have asked them to achieve a

5    different target; but how they came to formal conclusion

6    on those targets, I was not privy to all of those

7    conversations and -- and/or meetings.

8           Q.    Okay.  Okay.  You can put this exhibit aside.

9    Actually, before you do that --

10          A.    Sure.

11          Q.    -- is a budget -- is this -- withdrawn.

12                Is this the budget for 2001?

13          A.    This would have been the budget for 2001.

14          Q.    Okay.  Now, can you turn to the -- the page

15   that ends with Bates 901.

16          A.    Uhm-hum.

17          Q.    There's the second column from the right going

18   to the left.  It says, "Growth Percentage," and then it

19   has bracket U and then F, or both -- actually both

20   columns to the right have it.

21                Do you know what that's referring to, the U?

22          A.    Yes, I do.

23          Q.    What is that?

24          A.    Unfavorable.

25          Q.    Unfavorable.  And the F would be favorable?

**4/21/2005  Minton, Jennifer 30(b)(6)**

1       A.    You're on target.

2       Q.    Okay.  Now, if you go down into that column,

3    there is negative references, like minus 3 percent, and

4    going further down minus 16 percent.  I would assume --

5    is it fair to assume that that's an unfavorable growth

6    percentage?

7       A.    Which -- which line are you referring to,

8    please.

9       Q.    Let's go to the one to the second end from the

10   right, and go down to where the first -- it says "minus

11   9 percent."

12      A.    Minus nine --

13      Q.    Right

14      A.    -- right.

15      Q.    Is that -- the confusion or the question I'm

16   asking is, sometimes you'll see a negative number.  The

17   negative is indicated by brackets, but this -- the --

18   there is a bracket around the U, but there is no

19   brackets in the column.  I'm just wondering if a neg- --

20   a negative number is unfavorable, or is there no

21   unfavorable growth percentages in this column?

22      A.    A negative would be an unfavorable.

23      Q.    Okay.  So -- so instead of putting the brackets

24   around it, they put a minus sign?

25      A.    That would be correct.

**4/21/2005  Minton, Jennifer 30(b)(6)**

1      Q.   All right.   Okay.   The budget at Oracle for

2   fiscal 2001, was it a rolling budget?

3           Are you familiar with what a rolling budget is?

4      A.   There was -- and I am not certain what time

5   period the concept of rolling the budgets, like having a

6   rolling budget, more or less, what I would call an

7   outlook versus the budget.   The budget was really the

8   budget that was set at the beginning of the year.   There

9   may have been agreements to revise a budget number

10   during the course of the year; and if so, when we made

11   changes, we would reflect those changes and provide a

12   revised analysis to the board at a subsequent board

13   meeting.

14      Q.   Okay.

15      A.   The term "rolling budget" for me means having

16   people continuously looking on a rolling of 12-month

17   basis on a go-forward basis.   So I would call that more

18   of an outlook.

19      Q.   Okay.   So there wasn't the outlook process at

20   Oracle?

21      A.   No, no.   Well, there is an outlook process.

22      Q.   But the budget wasn't on an outlook basis for

23   Oracle?

24      A.   No, no.

25      Q.   Did Oracle, during fiscal 2001, revise its

1    budget at all, to your knowledge?

2        A.    I don't recall.  It's possible.

3        Q.    And can you describe for me how that would

4    happen, what the process would be?

5              MR. RUBENSTEIN:  You mean if the process -- if

6    the budget was going to be revised?

7              MR. BRITTON:  Q.  Right.  If it was going to be

8    revised, how -- how would that come about and how would

9    that happen?

10       A.    If a business unit leader, as an example, felt

11   that their budgeted revenue or expense growth rate was

12   unattainable, they may have had some dialogue with Larry

13   and got approval to modify their budget.

14       Q.    Okay.

15       A.    We would then modify the budget in OFA and

16   produce a revised budget.

17       Q.    Okay.  You can put that document aside.

18             Now, we've been talking about sales and growth

19   percentages and revenue percentages.  The budgeting

20   process for expenses at Oracle, was it the same as it

21   was for the revenue side?

22       A.    The revenue-producing business units, or lines

23   of businesses, we would agree a revenue target, a

24   revenue growth target, and a margin target; so by

25   default, the expense budget would fall out.

**4/21/2005  Minton, Jennifer 30(b)(6)**

1        Q.    Oh, okay, because when you have your margin

2    percentage, that gives you your expense?

3        A.    Well, A minus B equals C.

4        Q.    Right.  It's the --

5        A.    We did an agreed expense growth.  For any

6    revenue-producing unit, we never agreed to expense

7    growth targets; we agreed a margin percent target.

8        Q.    And that would ultimately lead to what the

9    expense budget was?

10       A.    That is correct.

11       Q.    What about for nonrevenue-producing units?

12       A.    We would agree on a growth target for the

13   nonrevenue-producing units.

14       Q.    Okay.

15            THE REPORTER:  I'm sorry.  We would agree on a?

16            THE WITNESS:  Expense growth target, which

17   could have been either a favorable target or an

18   unfavorable target, an increase or a decrease.

19            MR. BRITTON:  Q.  In 2001, was

20   there -- withdrawn.

21            What was the target set for 2001 in terms of

22   expenses?

23       A.    It was agreed on individual organizational

24   basis.  It was not agreed in totality.

25       Q.    So it wasn't a, you know, general we want

1    10 percent or -- withdrawn.

2              Let me -- we need to change the tape, so...

3              THE VIDEOGRAPHER:  In the deposition of

4    Jennifer Minton, this marks the end of Tape 1, Volume I.

5    Going off the record.  The time is 11:33.

6              (Discussion off the record.)

7              THE VIDEOGRAPHER:  In the deposition of

8    Jennifer Minton, this marks the beginning of Tape 2,

9    Volume I.  Going on the record.  The time is 11:38.

10             MR. BRITTON:  Q.  How does the budgeting

11   process at Oracle affect the forecasting process at

12   Oracle, if at all?

13             MR. RUBENSTEIN:  Okay.  Just to clarify, you're

14   talking about during the relevant period?

15             MR. BRITTON:  Yes.

16             MR. RUBENSTEIN:  All right.

17             THE WITNESS:  At the beginning of the fiscal

18   year, we would copy the budget into the forecast cube.

19   So at that one point in time, they would be identical;

20   but then, as the next forecast takes place, it would

21   then -- you know, and this would be like in the

22   June/July time frame.  You know, we would copy it over,

23   and then the forecast gets updated from there.  So

24   that's the only tie to the forecast and the budget.

25             MR. BRITTON:  Q.  Does the budget become

**4/21/2005  Minton, Jennifer 30(b)(6)**

```
1    obsolete at some point because of the forecasting

2    process?

3         A.   I would say that we rely heavily on the

4    forecasting process.  The budget is at a point in

5    time --

6         Q.   Right.

7         A.   -- but we primarily focus on the forecast, not

8    the -- not the budget.

9         Q.   Okay.  Is it fair to say that the budget is a

10   starting point of the forecast?

11        A.   Again, when I -- when I said that we copied the

12   budget over, it was really to simplify the tactical data

13   entry for the field finance organization, so that they

14   wouldn't have to --

15        Q.   Right.

16        A.   -- retype in the -- you know -- you know, for

17   each month, each account, you know, so you have an -- an

18   income statement, salaries, bonus, commission, travel

19   and entertainment, you have all those lines by cost

20   center for 12 months.  So we would copy the -- the

21   budget into the forecast cube as a starting point to

22   simplify the forecasting process for the financial

23   analysts only.

24        Q.   Okay.  Is it fair to say that Larry Ellison was

25   the individual that set the growth targets at Oracle?
```

1      A.    Again, as I testified earlier, he may have had,

2    and it's likely that he did dialogue with the individual

3    business unit leaders, but the -- the final targets were

4    clearly agreed by Larry.  Whether or not he, you know,

5    set them 100 percent, I don't think is necessarily a

6    fair statement.

7      Q.    But he was -- he had a lot of influence in

8    setting the targets; is that fair?

9      A.    He had to agree the final targets.

10      Q.    Do you know how he came up in his mind on what

11    percentage targets he was looking for?

12      A.    You would have to ask Larry that question.

13      Q.    So you don't know, you have no idea?

14      A.    I'm sorry, I don't understand your question.

15      Q.    So you have no idea how he came out -- he came

16    about setting the growth targets for the year for

17    Oracle?

18      A.    He was looking for margin growth.

19      Q.    Right.

20      A.    But, again, it's not setting it for the entire

21    company.  He would -- it's done on an individual

22    organizational level, and then it's rolled up, and the

23    rolled up number is what it is.

24      Q.    But in the -- in the beginning, the starting

25    point for the budget, growth target is set by Larry or

**4/21/2005  Minton, Jennifer 30(b)(6)**

```
1    Larry talking to others, so the rolling up part of the
2    budget has to be done to meet that forecast, doesn't it?
3    The target, I meant.
4         A.   I don't understand your question, I'm sorry.
5         Q.   If -- if Larry sets -- say, for example, Larry
6    sets a 30 percent growth target, how do the business
7    units adjust their forecast to meet that growth target?
8              MR. RUBENSTEIN:  Object to the form.
9              THE WITNESS:  The business units -- Larry may
10   have given them budget targets, and they obviously would
11   have signed up for the budget targets.  Their forecast
12   had nothing to do with the budget targets.  Their
13   forecast was their own thinking as to what they were
14   committing to during the course of a given quarter.
15             MR. BRITTON:  Q.  So how did the growth targets
16   that were set in the budget affect the forecasting that
17   was done by the business units going forward?
18        A.   They didn't.
19        Q.   They didn't at all?
20        A.   No.  The budget was a goal that was set at the
21   beginning of a year, and the forecast was developed by
22   each of the individual business unit leaders, and that's
23   what they were committing to during the course of the --
24   of any given quarter.
25   ///
```

**4/21/2005  Minton, Jennifer 30(b)(6)**

1                    (Whereupon, Plaintiffs' Exhibit 5 was marked

2                    for identification.)

3            MR. BRITTON:  Q.  The court reporter has placed

4    in front of you what's been marked as Minton Exhibit 5.

5    Will you take a moment to review this exhibit.

6            A.   I've read it.

7            Q.   Have you -- do you recognize it?

8            A.   I don't recognize it.  It's an e-mail note that

9    doesn't have my name on it.

10           Q.   Okay.

11               I don't know if I identified this for the

12   record.  Did I?

13               THE REPORTER:  No.

14               MR. BRITTON:  Q.  Exhibit 5 is a one-page

15   string of e-mails or partial string of e-mails that has

16   Bates 028499.

17               This doesn't have your name on it.  It's an

18   e-mail exchange between Mr. Ellison and Mr. Henley.

19   It's discussing, apparently, Mr. Ellison's view that the

20   field budgets are a joke, and then it's referring to a

21   LJE budget --

22               THE REPORTER:  J what budget?  J?

23               MR. BRITTON:  Q.  An LJE budget versus a field

24   budget.

25               Is that a fair characterization of what you're

**4/21/2005  Minton, Jennifer 30(b)(6)**

1    reading here?

2        A.    Yes.

3        Q.    Do you know why there was -- he was talking

4    about two different budgets?

5            MR. RUBENSTEIN:   Object to the extent that if

6    you're asking about general process, I -- I -- that's

7    fine.

8            MR. BRITTON:   I am.   I want to know if there's,

9    you know, two different budgets and why; that's

10   essentially what I'm getting at.

11           THE WITNESS:   Generally speaking, there is not.

12           MR. BRITTON:   Q.   Do you know what he's

13   referring to, or have you ever heard of LJE budget?

14       A.    I think he felt that the field budgets were not

15   credible and wanted to, based on this e-mail note,

16   wanted to track what he thought we would achieve versus

17   what the field thought we would achieve.

18       Q.    Were there any discussions for the fiscal year

19   '01 budget about -- that you were a part of or that you

20   witnessed that were talking about the field budgets not

21   being credible?

22       A.    Not that I can recall offhand.

23       Q.    Were there any process -- withdraw.

24           Did Oracle implement any process to correct the

25   perceived lack of credibility in the field budgets?

4/21/2005  Minton, Jennifer 30(b)(6)

```
1        A.    It's possible.  I -- I don't recall

2    specifically that we may have tracked for this fiscal

3    year his budget versus the field budgets, because if he

4    asked to do it in this e-mail note, we generally would

5    have followed on that instruction.

6        Q.    Right.

7              I'm wondering if, given the perception that the

8    field budgets were not credible, did Oracle do anything

9    during fiscal '01 to adjust and to make the field

10   budgets more credible?

11       A.    In -- in terms of what was presented to the

12   board?

13       Q.    No.  Just in terms of the general business, did

14   it go back and correct -- generally, if -- if the field

15   is -- is submitting a budget that's not credible, did

16   Oracle go -- go back and -- and correct what made the

17   field budgets not credible?

18       A.    It -- it's possible that we had two budget

19   cubes during this time period.  I really don't recall

20   specifically.  Or we may have just tracked Larry's

21   budget in an Excel spreadsheet --

22       Q.    Uh-huh.

23       A.    -- versus what the field submitted, but that is

24   not something that has ever happened more than once in

25   one fiscal year.  This was an unusual -- if -- if I can
```

**4/21/2005  Minton, Jennifer 30(b)(6)**

1    help you out at bit.

2         Q.   Sure.

3         A.   If you look back to the prior fiscal year, we

4    probably -- we possibly exceeded the budgets that were

5    submitted.  The field had a tendency, particularly

6    during the forecasting process, to commit to numbers

7    that they consistently overachieved.  So when he refers

8    to the field budgets as -- if I can find it here -- as

9    being a joke, it's because they always overachieved what

10   they said that they were going to perform in any given

11   quarter.

12        Q.   Okay.  And -- and the question I have was

13   whether Oracle did anything to correct that disconnect

14   that -- that they changed the process at all or -- or

15   adjust the budgeting process or the forecasting process

16   to make the field budget closer to what they ultimately

17   ended up doing.

18        A.   I don't recall.

19        Q.   Now, the -- the growth target that you -- that

20   we were talking about before, that's only a goal, so

21   that's like the goal.  This was talking about 30 percent

22   growth; that's the goal for the --

23        A.   That -- that's the goal for the year, the

24   budget for the year.

25        Q.   Okay.

**4/21/2005  Minton, Jennifer 30(b)(6)**

1      A.   But, again, we really primarily focused on the

2   forecast during the quarters.

3      Q.   Okay.

4      A.   It's a snapshot in time, is the best way to

5   look at it.

6      Q.   Okay.  You -- you reference the -- the LJE

7   budget occurring only once, and that this was an unusual

8   circumstance.

9           Do you know why it was an unusual circumstance?

10  What was unique to 2001 that gave rise to these two

11  separate budgets?

12     A.   As I just testified, my only conclusion is that

13  the field was continuously overachieving what they said

14  that they were going to be able to deliver.

15     Q.   Okay.

16     A.   It was a very high growth period in fiscal

17  2000.

18     Q.   And is that what made 2001 a unit year where

19  Larry prepared his own budget or had somebody track his

20  own budget compared to the field?

21          MR. RUBENSTEIN:  Object to the form.

22          THE WITNESS:  I'm not certain that we -- I -- I

23  don't recall that we actually did any -- I mean, we may

24  have done some analysis which -- which was, here is the

25  field budget and here is the -- the budget that Larry

**4/21/2005  Minton, Jennifer 30(b)(6)**

```
1    had, but I don't really recall.

2              MR. BRITTON:  Q.  Okay.

3         A.   And, in fact, if I just may point out to you,

4    this number says the LJE budget should reflect 30

5    percent growth in license, 35 percent in support.  What

6    was in the budget package was 30 percent.  20 percent

7    growth in education.  And what was reflected in the

8    budget package was 10 percent.  And 10 percent growth in

9    consulting, which actually was what was reflected in the

10   budget package, so, you know, this was his view at the

11   time.  I'm not certain whether or not these numbers

12   represent the field targets or agreed-upon targets or --

13   or not.

14        Q.   Okay.

15             (Whereupon, Plaintiffs' Exhibit 6 was marked

16             for identification.)

17             MR. BRITTON:  Q.  The court reporter has placed

18   in front of you what's been marked as Minton Exhibit 6.

19   Will you take a moment to review this exhibit.

20             And for the record, Minton Exhibit 6 starts

21   with Bates 41952 and ends with Bates 41954.

22        Q.   Have you had a chance to review Minton Exhibit

23   6?

24        A.   Yes, I have.

25        Q.   Do you recognize it?
```

**4/21/2005  Minton, Jennifer 30(b)(6)**

1        A.    Yes, I do.

2        Q.    And what is it?

3        A.    It's a -- an e-mail correspondence between

4    Terry Ford, who worked for Jay Nussbaum in a financial

5    support role -- Sarah Kopp actually worked underneath

6    him at one point, but he always -- he was more like an

7    operations guy.  And it's an e-mail debate regarding

8    budget target for the OSI sales and consulting

9    organization.

10       Q.    Okay.  And you sent this e-mail on July 28th,

11   2000?

12       A.    That would be correct.

13       MR. RUBENSTEIN:  Well, let me just object.

14   I -- I -- and I don't know exactly where you are going

15   to go, but in order to avoid possible debate over this,

16   this document obviously talks about the specifics of the

17   budget, and it seems to me that that's a topic that is

18   going to be more appropriately handled with Ms. Minton

19   in her individual capacity when she is deposed in that

20   capacity.  And I don't know whether you want to talk

21   about -- how you intend to use this, but I just have a

22   concern that to the extent we are going to begin talking

23   about the specifics of the budget for FY '01 and why it

24   was done the way it was done, I think that's -- that's

25   an inquiry that ought to be left for Ms. Minton when she

**4/21/2005  Minton, Jennifer 30(b)(6)**

1    is deposed in an her individual capacity.

2           MR. BRITTON:  Okay.  I think once you hear my

3    questions --

4           MR. RUBENSTEIN:  All right.

5           MR. BRITTON:  -- I don't think you'll have an

6    objection.

7           MR. RUBENSTEIN:  Okay.

8           MR. BRITTON:  Q.  If you look at the second

9    paragraph of the first page of Minton Exhibit 6, the

10   second sentence -- or the first sentence says, "The

11   revised proposed budget below reflects a 10.9 percent

12   revenue growth and 11.4 percent expense growth.  This is

13   not consistent with LJE's directive."

14          And then the next page, top sentence says, "LJE

15   made it clear that the consulting margin must improve by

16   one point over fiscal year 2000 actuals."

17          And the question I have is whether the

18   directives that you're referring to in these e-mails

19   that I just referenced, were those directives that were

20   given by Mr. Ellison in the executive or the operational

21   review meetings?

22      A.   They would have been the targets, the revenue

23   and margin targets that were agreed to between

24   Jay Nussbaum and Larry Ellison in the budget-review

25   meetings.

**4/21/2005  Minton, Jennifer 30(b)(6)**

1      Q.   Okay.  In the op- -- operation-review meetings,

2    can you describe for me a typical operations review

3    meeting, what would happen, who would speak, who

4    would -- what would Mr. Ellison say in response?

5         I'm -- because I'm just trying to get an idea

6    of what's happening.  Because I'm seeing documents that

7    says, Larry's directives, and I'm envisioning, you know,

8    Mr. Ellison, you know, giving orders at these meetings,

9    and I want to -- just to get a picture -- your picture

10    of how things transpired in those meetings.

11         So to ask you a question, can you describe

12    what -- what would occur at the operations review

13    meetings for me?

14      A.   It would depend on the individual meeting with

15    the various business unit leaders.  So, you know, again,

16    the field -- Jay Nussbaum, as an example, is the

17    business unit leader for OSI sales and consulting.  He

18    would come in; he would present his numbers.  He may

19    also present additional information that talks about the

20    strategy, issues, competitive situations, and analyses,

21    you know, a variety of additional topics.

22         And at the end of the budget session or the

23    operations review, there was agreement that would be

24    obtained between the business unit leader and Larry as

25    to what the revenue growth target would be, as well as

**4/21/2005  Minton, Jennifer 30(b)(6)**

1      the margin percent target for the revenue-producing

2      lines of business.  For the expense pro -- expense-only

3      businesses, there would be agreement achieved or reached

4      at the end of the budget meeting on what those expense

5      targets would be.

6           Q.   You can put that document aside.

7                (Whereupon, Plaintiffs' Exhibit 7 was marked

8                for identification.)

9                MR. BRITTON:  Q.  Okay.  The court reporter has

10     placed in front of you what's been marked as Minton

11     Exhibit 7.  Will you take a moment to look at this

12     exhibit, please.

13          A.   I've looked at it.  I think I need glasses,

14     though.

15               MR. RUBENSTEIN:  I'm with you.

16               MR. BRITTON:  Q.  What's that?

17          A.   I said I think I'm beginning to need glasses.

18          Q.   Yeah.  You should have seen us looking at these

19     documents in preparation.

20          A.   Yeah, but you at least could have a magnifying

21     glass.

22               MR. BRITTON:  Did I identify this for the

23     record?

24               THE REPORTER:  No.

25               MR. BRITTON:  Q.  Minton Exhibit 7 is a

1    one-page document that has Bates 040637, and its heading

2    is "License Revenue Forecast Accuracy."

3         A.    Uhm-hum.

4         Q.    Have you ever seen this document before?

5         A.    I don't recall if I've seen this exact

6    document, but I can talk to this topic.

7         Q.    Okay.  You recognize the format?

8         A.    I recognize --

9         Q.    Or the information?

10        A.    -- the analysis --

11        Q.    Okay.

12        A.    -- not necessarily the format.

13        Q.    Okay.  What is the purpose of this analysis?

14        A.    This analysis is showing you, essentially, that

15   if you look at the actuals for Q1 of fiscal '01 --

16        Q.    Uh-huh.

17        A.    -- the -- the grand total -- well, let's just

18   deal with the first line.  Let's deal with OSI Nussbaum.

19   His actual license revenues were $107 million.

20        Q.    Okay.

21        A.    His final forecast for the last forecast at the

22   end of the quarter was 70 -- oh, sorry, the first

23   forecast for month three in the quarter, so I'm just

24   going to step back for one second, if I may.

25        Q.    Sure.

**4/21/2005  Minton, Jennifer 30(b)(6)**

1      A.    Our forecasting process is, we would forecast

2   twice -- every other week in month one and month two,

3   and then we would forecast every week in month three,

4   okay.

5      Q.    Okay.

6      A.    And this is taking the first full quarter

7   forecast for month one, the first forecast for month two

8   and the first forecast for month three.

9      Q.    Okay.

10      A.    And then the final forecast, the last forecast

11   that was submitted by the field, in month three.

12      Q.    Okay.

13      A.    Okay.  So this would be like the last week of

14   the quarter, or it could even be the last few days of a

15   quarter, depending on which day the end of the quarter

16   ended, because we would prepare the forecasts on Friday

17   and submit them to EC on Monday mornings.

18           And if you see here, Jay submitted a forecast

19   of $77 million, even up to the very last few days of the

20   quarter.  Yet, his actuals were 107 million.

21      Q.    Okay.

22      A.    So he overachieved his forecast by 30 million.

23      Q.    Okay.

24      A.    And if you look at this in totality, if I read

25   the numbers correctly, the entire field organization

1    overachieved it by 122 million.

2         Q.   All right.

3         A.   So the last forecast of the quarter was 680 --

4    9 or 3.

5         Q.   Three, it looks like.

6         A.   And the actuals were 785.

7         Q.   Okay.

8         A.   Or something like that.

9         Q.   Okay.  So the --

10        A.   It's hard to read.

11        Q.   It is.

12             The forecast as percentage of actuals month

13   one, two, three, this is telling you how much of the

14   actuals the forecasted numbers were; is that right?

15        A.   No.  It's telling me how much the forecast was

16   as a percent of the actuals.

17        Q.   So it's a percent in the actuals.  So here --

18        A.   Because the field consistently committed to a

19   forecast that they overachieved.

20        Q.   Okay.  So if you are below 100 percent, you

21   overachieved.  If you're above 100 percent, you

22   underachieved; is that right?

23        A.   Right.

24        Q.   So the OPI, 128 percent --

25        A.   Right.  So if you --

**4/21/2005  Minton, Jennifer 30(b)(6)**

1       Q.   -- it underachieved?

2       A.   No.  They -- yes, that's correct.  They

3    underachieved.

4       Q.   Okay.  That makes sense.

5       A.   Whereas George Roberts overachieved by

6    19.3 million.

7       Q.   Right.

8            And Germany Geeger [sic] hit it right on, or

9    thereabouts.

10      A.   Yager?

11      Q.   Yager.

12      A.   Yes.

13      Q.   It says a hundred percent.  Okay.

14      A.   But not at the very beginning of the quarter.

15      Q.   At the beginning of the quarter -- okay.  I

16   understand, okay.  Very good.

17           You can put that document aside.

18             (Whereupon, Plaintiffs' Exhibit 8 was marked

19             for identification.)

20           MR. BRITTON:  Q.  Have you had an opportunity

21   to read Minton Exhibit 8?

22      A.   Yes, I have.

23      Q.   Before I ask you any questions, I need to mark

24   this exhibit.

25           Minton Exhibit 8 is a one-page e-mail with

**4/21/2005  Minton, Jennifer 30(b)(6)**

```
1    Bates 039315.

2               Do you recognize Minton Exhibit 8?

3         A.   I was copied on it.

4         Q.   Didn't -- I think you sent it.

5         A.   Oh, yeah, I sent it.  Yeah --

6         Q.   You sent it.  Okay.

7         A.   -- yeah.  I --

8         Q.   And --

9         A.   -- I recall it.

10        Q.   Okay.  And you sent it on January 18, 2001?

11        A.   That would be correct.

12        Q.   Okay.  And Ivgen Gunass [sic] --

13        A.   Ivgen Guner.

14        Q.   Ivgen Guner was in your planning department; is

15   that right?

16        A.   That is correct.

17        Q.   Okay.  If you go down to the budget.

18        A.   Uhm-hum.

19        Q.   It's talking -- it's January 18, 2001, and

20   you're discussing the budget.  And it says, "The

21   follow-up on my voice mail from last night, the field is

22   getting concerned about the targets."  Withdrawn.

23             Ivgen wrote, "To follow-up on my voice mail

24   from last night, the field is getting concerned about

25   the targets.  We must send them out as soon as possible.
```

**4/21/2005  Minton, Jennifer 30(b)(6)**

1    Any feedback from the EC?  Please let Larry and I know

2    how to proceed."

3             My question is -- is, how -- what was happening

4    in the budgeting process at this point in time where

5    Ivgen was -- was talking about sending out the targets

6    as soon as possible?

7             MR. RUBENSTEIN:  I -- I have to object to this

8    question.  I really think that now you are getting into

9    the details of what went on during Q3 as opposed to the

10   process.

11            MR. BRITTON:  What -- what I'm doing is I'm

12   trying to understand the process on -- we talked about

13   the budget starting in the beginning and then working

14   from forecasting.  And now we are talking about budgets

15   and sending things out to the field in terms of targets,

16   and I'm just trying to understand in the process, what's

17   going on here.

18            MR. RUBENSTEIN:  Well --

19            MR. BRITTON:  I don't want -- I don't want her

20   to testify in terms of why or anything like that.  I

21   just want to understand the process.

22            MR. RUBENSTEIN:  Well, that was actually why I

23   objected, is because I -- I thought that your last

24   question really was why is she saying this at this point

25   in time; and that, I think, is beyond the scope.  If you

**4/21/2005  Minton, Jennifer 30(b)(6)**

1   want to ask about is there a process that is in place

2   generally about reevaluating budgets, which I think

3   you've covered, but that -- I'm okay with that, but I

4   think the -- the why and the wherefore of any document

5   on any given date, I think, really does go to something

6   that would be more, really, properly addressed in

7   Ms. Minton's individual capacity.

8          MR. BRITTON:  Q.  Okay.  The question I have

9   is, what is happening in the budget process as reflected

10  in the paragraph underneath the heading "Budget"?

11      A.   Okay.  If I may, if you recall earlier, I told

12  you that the field begins to work on their preliminary

13  budget in the December/January time frame.

14      Q.   Right.

15      A.   They often have asked in the past, is there any

16  top level guidance, so that they at least have a sense

17  of what is -- what Larry's thinking is, but that is not

18  the guidance that -- that they necessarily will come --

19  that is not necessarily what they will present at the

20  operation reviews and is not necessarily what is agreed

21  at the operation reviews in March.  So this is really

22  referring to the guidance for the fiscal 2002 budget

23  process.

24      Q.   Okay.  And the next paragraph where it talks

25  about an extension of the submission deadline, that's a

**4/21/2005  Minton, Jennifer 30(b)(6)**

1    submission of the budget --

2         A.   Into OFA.

3         Q.   Okay.   Into OFA for the following fiscal year?

4         A.   That would be correct.

5         Q.   Okay.  Now, if you look at your -- the e-mail

6    that you wrote, "LJE made it clear to everyone at the

7    EMC this week that the license revenue growth target for

8    this year and next is 30 percent."

9              And the one I'm interested in is -- is the

10   30 percent target for this year.  How did that target

11   affect the forecast during this period of time?

12        A.   It didn't.  He's refer -- we're referring to

13   the budget targets.  The budgets are completely separate

14   from the forecasts.

15        Q.   Then why would he be talking about the

16   percentage growth at this period of time?

17             MR. RUBENSTEIN:  See, that -- that's where

18   again, I have to object.  I think that now you are

19   getting into the -- what was happening precisely at a

20   given point in time as opposed to the process.  You're

21   getting to the whys and the wherefores.

22             MR. BRITTON:  Unless you are going to instruct

23   her not to answer, I think it's fair.

24             MR. RUBENSTEIN:  Well --

25             MR. BRITTON:  I'm trying to understand the

**4/21/2005  Minton, Jennifer 30(b)(6)**

1   process, and I'm seeing documents that show that there

2   may be some effect of Larry's target on the forecast,

3   because if you are talking about percentage, the target

4   percentage for this year, in January 2001, that leads me

5   to believe that there may be some effect on a forecast

6   by this percentage, and I think that's a fair question.

7          MR. RUBENSTEIN:  Well, again, if you want to

8   ask the witness -- and I think you have covered it --

9   the extent to which the budget affects the forecast,

10  that's fine.  But in terms of why would any one person

11  on a given date have said what they said, I think that

12  goes beyond the process issue; and if you -- you are

13  going to insist on that, then I will instruct, but,

14  hopefully, we can avoid that.

15         MR. BRITTON:  Right.

16    Q.   My question is, is -- and I think it's fair --

17  is, what about the target percentage is --

18         And I have to ask it this way, and if you are

19  going to instruct her not to answer, that's fine.

20         -- why -- why is -- why was Larry telling the

21  field about the target percent for this, for 2001 at

22  this meeting, in terms of how it affects their forecast?

23         MR. RUBENSTEIN:  I -- you can answer this

24  question.

25         And if -- if we go too far afield on this, I --

**4/21/2005  Minton, Jennifer 30(b)(6)**

1    I will have to instruct the witness not to answer.

2              MR. BRITTON:  Sure.

3              THE WITNESS:  Again, Larry is referring to

4    budget targets.  He is just reiterating what the budget

5    target was for fiscal 2001 and that he wanted to set the

6    same target for fiscal 2002.

7              As I testified earlier, the budget has nothing

8    to do with the forecasts.  The forecasts are developed

9    separately, and that is what we rely on each quarter

10   when evaluating our performance.

11             MR. BRITTON:  Q.  Okay.  You can put that

12   document aside.

13             Okay.  I am about to get into the forecasting

14   process.  So if you want to take a lunch break at this

15   point, it's probably a good time.

16             MR. RUBENSTEIN:  That would be fine.

17             MR. BRITTON:  Okay.

18             THE WITNESS:  Sure.

19             MR. BRITTON:  An hour?

20             MR. RUBENSTEIN:  I don't know that -- I mean,

21   it's up to you.

22             MR. BRITTON:  Whatever -- whatever you guys

23   want.

24             MR. MAROULIS:  Let's -- let's go off the

25   record.

**4/21/2005  Minton, Jennifer 30(b)(6)**

```
1              MR. BRITTON:  Yeah, we can go off the record.

2    We don't have to have lunch on the record.

3              THE VIDEOGRAPHER:  Going off the record.  The

4    time is 12:24 -- 3.

5                   (Whereupon, the proceedings were adjourned

6                    for lunch at 12:23 P.M.)

7                         --- oOo ---

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

**4/21/2005  Minton, Jennifer 30(b)(6)**

```
1        AFTERNOON SESSION                    1:06 P.M.

2

3             EXAMINATION BY MR. BRITTON (RESUMED)

4             THE VIDEOGRAPHER:  Back on record.  The time is

5        1:06.

6             MR. BRITTON:  Q.  Good afternoon.  Can you

7        describe the forecasting process for me at Oracle during

8        the relevant period?

9             A.   Sure.

10            As I testified earlier, we submit a forecast

11       every other week in month one and month two of the

12       quarter, and then weekly in month three of the quarter.

13       The various field finance analysts would submit the

14       forecasts on behalf of the business units.  Each

15       business unit -- when I say "business unit," for now I

16       am just going to refer to sales, license sales.

17            Generally speaking, each of the business units

18       would hold a forecast call on a weekly basis and review

19       the deals that were in the pipeline.  And then based on

20       those meetings, they would submit their forecasts in

21       to -- or the field finance people would submit the

22       forecasts to OFA on their behalf.

23            THE REPORTER:  To who?  I'm sorry.

24            THE WITNESS:  The field forecast would submit

25       the forecasts --
```

**4/21/2005  Minton, Jennifer 30(b)(6)**

1           THE REPORTER:  Submit the forecasts to?

2           THE WITNESS:  In to OFA on their behalf.  OFA

3      being Oracle Financial Analyzer.

4           We would then consolidate the forecasts.  The

5      forecast was always submitted in local currency, and

6      then we would convert it into constant dollars using,

7      generally, the -- was the budget rate.  And we would

8      also convert it into U.S. dollars based on the most

9      recent exchange rate at that point in time.

10          But when evaluating the forecasts and

11     discussing the forecasts at ET calls, as an example, on

12     Mondays, we would always be talking about the constant

13     dollars -- or constant dollar forecast numbers.

14          MR. BRITTON:  Q.  When you said "the budget

15     rate," what are you referring to?

16     A.   At the beginning of every year, we have to take

17     the -- we have to translate the local currency amounts

18     into U.S. dollars, so we usually use the rate at the

19     beginning of the fiscal year; and that rate is used

20     throughout the entire fiscal year when translating the

21     local currency forecast amounts into U.S. dollars, so

22     that you have it -- that's why we call it the constant

23     dollar rate.

24     Q.   Okay.

25     A.   And the reason why we do that is that we want

**4/21/2005  Minton, Jennifer 30(b)(6)**

1    to be able to evaluate the underlying financial results,

2    excluding the effect of currency impact fluctuations.

3        Q.   Okay.  So once the field finance people put --

4    input the information into OFA, do you have the same

5    quality check -- forget what you referred to it as,

6    what -- the budgeting process where you compare the

7    numbers?

8        A.   The tie-out?

9        Q.   The tie-out.

10       A.   Yes, I believe so.

11       Q.   Okay.

12       A.   It wasn't actually at that level of detail, but

13   I'm pretty certain that there's some tie-out that's

14   done.  I'm not sure if it's done every forecast period.

15       Q.   The individuals from the field, the field

16   finance people that would input the forecast information

17   into OFA, were those the same individuals that we

18   discussed earlier with respect to the budget?

19       A.   It -- it -- more likely or not, it would have

20   been their staff.

21       Q.   Their staff.  Okay.

22            Okay.  And once in OFA you would consolidate

23   the field's forecast into a single forecast,

24   consolidated forecast.

25       A.   That is correct.

**4/21/2005  Minton, Jennifer 30(b)(6)**

1     Q.   Okay.  And then what would you do with it?

2     A.   Generate a report, which is an EC management --

3     sorry, a management summary forecast report.  And we

4     would then take that report and link it into an Excel

5     spreadsheet.  And that -- that is called the upside

6     report, which is really a misnomer.  It's really the

7     true forecast report.

8          So we would then take the sum of the field

9     forecasts, we would make adjustments to the forecasts to

10    come up with what the real company consolidated forecast

11    was.

12    Q.   Okay.  And then what would happen?  What would

13    you do with that report?

14    A.   The report would be distributed to certain

15    members of the executive management committee on

16    Mondays, but not all.

17    Q.   But not all Mondays or not all members?

18    A.   Not all members.

19    Q.   And who was on the executive management

20    committee during the relevant period?

21    A.   Another teaser question.

22         Okay.  Larry Ellison, Safra Catz, Gary Bloom,

23    but not for the entire relevant period, I don't believe.

24    Jeff Henley, Jay Nussbaum, Sandy Sanderson, either

25    Pierre Carlo or Sergio Giacoletto.  I'm not sure.

1           THE REPORTER:  I'm sorry.  Pierre?

2           THE WITNESS:  Either Pierre -- Pierre Carlo or

3     Sergio Giacoletto.  I'm not sure at what point Sergio

4     took over responsibilities for EMEA.  Derek Williams,

5     who ran Asia Pacific.

6           And on the development side, Ron Wohl.  I'm not

7     sure when Mark Barrenechea -- if he was on it or not.  I

8     don't recall.  And then Chuck Rozwat.

9           But, again, people have come and gone, but that

10    would generally be the cast of characters.

11          MR. BRITTON:  Q.  Okay.  When you said that not

12    all members would receive the upside report, which ones

13    were excluded?

14       A.  Why don't I answer it in just the reverse.

15       Q.  Okay.

16       A.  Larry Ellison, Safra Catz, and Jeff Henley, as

17    well as myself, would see the consolidated forecasts,

18    because it contained very sensitive financial

19    information that we wanted to keep under control.

20       Q.  Okay.  So Larry Ellison, Safra Catz,

21    Jeff Henley, and yourself, were those the only

22    individuals in Oracle that would review the upside

23    report?

24       A.  That wasn't the question.

25       Q.  I --

**4/21/2005  Minton, Jennifer 30(b)(6)**

```
 1        A.    The question was who received it.

 2              MR. RUBENSTEIN:   On the executive committee.

 3              MR. BRITTON:  Q.  Ah, right.  On the executive

 4    committee, who received it?

 5        A.    Right.

 6              It's possible, I don't recall as to whether or

 7    not Gary Bloom was given access at that point in time.

 8        Q.    Was the problem with my question reviewing

 9    it --

10        A.    Yes.

11        Q.    -- versus receiving it?

12        A.    That is correct.

13        Q.    Okay.  Who had an opportunity to review the

14    upside report?

15        A.    Members of my staff, so Ivgen Guner and/or

16    Lia Burke and Roberta Ronsse.

17        Q.    Anybody else on the executive management

18    committee that would review it as opposed to receiving

19    it?

20        A.    I don't understand your question.

21        Q.    All right.  Withdrawn.

22              Now, the executive management committee

23    meetings, those were every Monday?

24        A.    They were standing meetings scheduled for every

25    Monday, but there were times when the meetings would be
```

**4/21/2005  Minton, Jennifer 30(b)(6)**

1    cancelled.

2         Q.    Okay.  And what time of the day did these

3    meetings occur?

4         A.    They generally occurred somewhere between 11:30

5    and 2:00 or 3:00 o'clock.

6         Q.    Okay.  And how long do they usually last?

7         A.    Depends on the number of items on the agenda.

8         Q.    Was the upside report reviewed at the executive

9    management committee meetings?

10        A.    I would say that Safra and Jeff would flip

11   through the review, the report.  The way that Larry

12   conducted the EC meetings, he didn't necessarily refer

13   to the report.  He liked to hear directly from each of

14   his direct-reports with regards to the forecasts.  He

15   would ask them to talk about their forecasts.

16        Q.    Okay.

17        A.    Every EC meeting starts off with the review of

18   the forecast, or I should say a discussion of the

19   forecast.

20        Q.    Okay.  Were there any other reports distributed

21   or reviewed at the EC meetings on Mondays, other than

22   the upside report?

23        A.    During the relevant period?

24        Q.    Yeah.

25        A.    Not that I prepared.

**4/21/2005  Minton, Jennifer 30(b)(6)**

```
1        Q.    Okay.  That you witnessed being distributed?

2        A.    Are you referring to financial reports?

3        Q.    Any kind of reports.  I'm just wondering, you

4   have Larry and Safra and Jeff and possibly Gary Bloom.

5   They have the upside reports.

6              What reports do the other executive members

7   have during those meetings, if any?

8              MR. RUBENSTEIN:  I'm just going to object to

9   the extent you're asking the witness about the kinds of

10  reports that would be generated with regard to matters

11  outside the scope of the financial forecasting process.

12  This witness is not tendered for that purpose.

13             And so my concern is that, to the extent you're

14  seeking to obtain binding testimony on behalf of Oracle

15  Corporation as to what documents, for instance, whether

16  they be product development or anything else, Ms. Minton

17  is not in a position to identify those.

18             MR. BRITTON:  Let me qualify.

19       Q.    What reports did the other executive committee

20  members have that related to the forecasting process?

21       A.    For those individuals that attended the

22  meetings physically -- because most of them dialed in

23  because they resided in different parts of the world --

24  we would distribute a subset of the executive

25  management -- I'm sorry, we would distribute a subset of
```

**4/21/2005  Minton, Jennifer 30(b)(6)**

1   the upside report, which would be the -- the license

2   forecast in -- in total as well as by product line, so

3   for example, technology and applications.

4        Q.   So --

5        A.   So they were limited to that information only.

6        Q.   So they would have an upside report, but it was

7   much more narrow than the complete?

8        A.   They would have a couple of pages out of the

9   upside report.

10       Q.   Out of the upside, okay.

11            Are you in a position today to testify about

12   how the field prepared their forecasts and what went

13   into their forecasts before they were put into the OFA?

14       A.   Can you give me the question again.

15       Q.   Are you in a position today to testify about

16   how the business units prepared their forecasts before

17   those forecasts were put into the OFA?

18       A.   I can speak in general terms.

19       Q.   Okay.  Can you describe that process for me,

20   please.

21       A.   Yes.

22            In -- each division had their own process

23   for -- for reviewing it, but essentially, they -- deals

24   were entered into a pipeline system that collected all

25   the deals that were being worked on or had an

**4/21/2005  Minton, Jennifer 30(b)(6)**

1    opportunity to close during the quarter.  And they would

2    review, essentially, deals over a certain threshold with

3    their sales management team to get a sense as to where

4    those deals were in that -- in the sales process.  And

5    based on discussions that they would have had with their

6    sales management, they would define a process.

7            Again, I was never at any of these divisional

8    meetings when they met to come up with their own

9    forecast.  And they generally had -- most of them had

10   them on Mondays, right before the EC meetings.

11           THE REPORTER:  Was that EC?  I'm sorry.

12           THE WITNESS:  EC or EMC.  EC meaning executive

13   committee --

14           THE REPORTER:  Oh, okay.

15           THE WITNESS:  -- EMC meaning executive

16   management committee.  I use them interchangeably.

17           THE REPORTER:  Okay.

18           MR. BRITTON:  Q.  Which pipeline system did the

19   business units use for their forecasting?

20       A.  Some used Excel spreadsheets, some used a

21   system called Oracle Sales Online, OSO.  And one unit

22   had their own system that they had developed.

23       Q.  Okay.  Which -- which one was that?

24       A.  Japan.

25       Q.  Japan.

**4/21/2005  Minton, Jennifer 30(b)(6)**

1              And what was the system that they had

2       developed?

3            A.   I -- I don't know that -- that it had a name,

4       but I just know that they had their own.

5            Q.   Are you familiar with --

6            A.   I'm not sure if it was out of Excel, but --

7            Q.   Okay.

8            A.   -- they had their own system.

9            Q.   Are you familiar with Oasis?

10           A.   Yeah.  I'm familiar with the name.  I'm trying

11      to recall if that is -- I'm familiar with the name.

12           Q.   Did -- are you familiar with how that system

13      was used in Oracle in terms of its forecasting?

14           A.   I'm trying to recall.  I think Oasis may have

15      been used by the telesales division.  I'm not quite

16      certain.  I have to go back and -- and check some notes.

17           Q.   Now, Oracle Sales Online, that -- when did

18      Oracle start using OSO and its forecasting process?

19           A.   I don't remember when we started to implement

20      it internally.  I can tell you that it was implemented

21      gradually one sales organization at a time.

22           Q.   Is -- was OSO a part of 11i?

23           A.   It was part of the CRM suite.

24           Q.   Suite.  Okay.

25              And was Oracle using OSO in its forecasting

**4/21/2005  Minton, Jennifer 30(b)(6)**

1    process before it upgraded to 11i, before it implemented

2    to 11i internally?

3        A.   I don't recall.  We may have been using it.

4    Generally speaking, we used product to help test it out

5    before we release to customers, as an example.

6        Q.   Right.

7        A.   So there may have been a sales organization

8    that was working with development before we rolled it

9    out --

10       Q.   Okay.

11       A.   -- to make sure that it had features and

12   functionality that the field would want.

13               (Whereupon, Plaintiffs' Exhibit 9 was marked

14                for identification.)

15           MR. BRITTON:  Q.  Okay.  I placed in front of

16   you what's been marked as Minton Exhibit 9.  Can you

17   take a moment and review this exhibit and let me know if

18   you recognize it.

19           And for the record, Minton Exhibit 9 is a

20   two-page chain of e-mails; first Bates is 28595, and it

21   ends in 28596.

22       A.   Okay.

23       Q.   Okay.  Do you recognize Exhibit 9?

24       A.   Uhm-hum.

25       Q.   And what is Exhibit 9?

1        A.    It's an e-mail note that I sent to Jeff Henley,

2    Safra Catz, and Mike Barrenechea, and Sukumar Rathman,

3    who worked for Mike Barrenechea.   They were responsible

4    for the development of the latter two, the development

5    of the CRM application.

6        Q.    Okay.   And you sent that on October 18, 2000?

7        A.    Uhm-hum.

8        Q.    Now, we were talking about OSO before, and I

9    was asking whether it's -- it was a part of 11i.   Does

10   this document help -- withdrawn.

11       Does this document refresh your recollection on

12   whether OSO was part of 11i or whether Oracle used OSO

13   even before it upgraded to 11i?

14       A.    It would be part of 11i, but it doesn't

15   necessarily mean that it would have been implemented.

16   So you can upgrade to 11i and not necessarily use a

17   module.

18       Q.    Right.

19       Was Oracle using the module prior to the 11i

20   upgrade, the OSO module?

21       A.    Again, as I mentioned before, I believe that

22   there was one sales organization that was working

23   closely with development, so they may have had a pre --

24   a prebeta version that they were working with to help

25   define features and functionality.

**4/21/2005  Minton, Jennifer 30(b)(6)**

1        Q.    Okay.  Okay.

2        A.    But -- but, again, not all sales organizations

3    migrated to OSO at the same time.

4        Q.    What pipeline system did Oracle use prior to

5    OSO?

6        A.    Again, there were a variety of different

7    systems out there that were being used.  Some were Excel

8    based.  There was a developed system in Japan.  There

9    was another system, the name I just can't recall at

10   the -- at the moment.  It may have been Oasis.  That was

11   used to track the flow of deals.  Or I should say the

12   pipeline of deals.

13       Q.    Using the other programs, were the individual

14   business units able to see the entire pipeline?

15       A.    They were able to see their pipeline.

16       Q.    Their pipeline.

17             When Oracle upgraded to 11i, were the business

18   units that were using OSO, were they able to see the

19   entire pipeline for the entire company?

20       A.    They would have only had access to their

21   pipeline.

22       Q.    Their pipeline, okay.

23       A.    But, again, I want to stress that the migration

24   to using OSO was done over several quarters.

25       Q.    Okay.

**4/21/2005  Minton, Jennifer 30(b)(6)**

1        A.   So we didn't have a global OSO system in place

2   for some time.

3        Q.   Okay.  Was the implementation of OSO

4   simultaneous -- in the divisions that -- that upgraded

5   or that moved to OSO, was that simultaneous with the 11i

6   upgrade?

7             MR. RUBENSTEIN:  Object to the form.

8             THE WITNESS:  I honestly don't -- I don't

9   recall.

10            MR. BRITTON:  Q.  The -- the first sentence of

11  this e-mail refers to OSO, and that's Oracle Sales

12  Online --

13       A.   Uhm-hum.

14       Q.   -- OSE and OTS.

15            What does OSE refer to?

16       A.   I think it's Oracle Sales Compensation, which

17  was now known as OIC.  I was struggling with that, too,

18  trying to recall what it was.  It's been a while.

19       Q.   And now it's OIC?

20       A.   If OSC is Oracle Sales Comp, then it's now

21  Oracle -- I'd say Oracle Incentive Comp.

22       Q.   Okay.

23       A.   And OTS is a similar version of OSO, I believe,

24  for the telesales organization.

25       Q.   Look at the second bullet point down.  It

1    refers to "ISD Organizations."

2            What is ISD?

3        A.    That's the telesales organization.

4        Q.    That's the telesales, okay.

5            What does that acronym stand for?

6        A.    Internet Sales Division.

7        Q.    Okay.  Back to the division of the business

8    unit forecasts, did you have any input into those

9    forecasts prior to the business units entering them into

10    OFA?

11        A.    No.

12        Q.    Did anybody from financial planning and

13    analysis have any involvement in the business unit

14    forecasts before they were put into OFA?

15        A.    The corporate financial planning and analysis

16    group did not have any involvement.  The financial

17    analysts group that reported up to my organization that

18    supported the business units would have involvement in

19    pulling together the forecasts for the business unit

20    leaders that they supported and for ensuring that the

21    forecasts were properly submitted into OFA.

22        Q.    Okay.  But in terms of developing the forecast,

23    creating the forecast, did -- did the division you just

24    referred to have any involvement in doing that for the

25    business units?

**4/21/2005  Minton, Jennifer 30(b)(6)**

```
1        A.    Can you repeat your question, please.

2        Q.    In terms of the business assumptions, in terms

3    of the deals that are input into and -- and the

4    development of the forecasts by the business units, did

5    the finance -- financial analysis division that you just

6    referred to, did it have any input into the business

7    unit's forecasts?

8        A.    The financial analyst's role is to support the

9    business unit leader, so they would prepare analytics

10   for the business unit leader.  The business unit leader

11   owned the forecast.

12       Q.    Okay.

13       A.    They were there in a supporting function,

14   advising, doing analyses to help the business unit

15   leader determine what forecasts he wanted to commit to.

16       Q.    When you say that the business unit leader

17   owned the forecast, what do you mean by that?

18       A.    It was their commit number.

19       Q.    Okay.  I see.  I understand.

20       A.    So if I may.

21       Q.    Sure.  Elaborate.

22       A.    If -- if an analyst said, "Geez, I think you

23   can do 150 based on the analysis that I have and my

24   review of the big deals," the business unit leader may

25   not have taken the advice of the financial analyst
```

**4/21/2005  Minton, Jennifer 30(b)(6)**

1    supporting them and may have said, "No, I want my

2    forecast to remain at 120."

3       Q.   Okay.  What reports were generated by the

4    business units in -- in the forecasting process?

5       A.   The -- the financial analysts would prepare

6    reports that would summarize the deals in the pipeline

7    over a certain dollar threshold.  They would prepare

8    reports that would analyze historical license pipeline

9    conversion rates and whatnot.

10           But what they did at the divisional level, I

11   would not necessarily have a hundred percent access to.

12   We did similar types of analyses at the corporate level.

13      Q.   Can you think of any other reports that you are

14   familiar with that the business units would generate in

15   their forecasting process?

16      A.   I just need to reiterate, again, I was not

17   involved in any meetings that were held by the

18   divisions, you know, during their own individual --

19      Q.   Uh-huh.

20      A.   -- organizational meetings.  I was not involved

21   in developing any of those reports.  So I'm telling you

22   the types of reports that would likely be prepared, but

23   I was not involved in, you know, Jay Nussbaum's sales

24   forecasting call with his organization or with

25   Sandy Sanderson's forecasting call in their

**4/21/2005  Minton, Jennifer 30(b)(6)**

1    organization.  They came up with their own forecasts and

2    had their own way of analyzing their forecast and

3    defining what number they wanted to commit to.

4        Q.    Okay.  Are you familiar with how the business

5    units would enter information into the pipeline for

6    their individual sales units?

7        A.    The license sales reps were responsible for

8    entering in the opportunity, "the opportunity" being

9    defined as a potential deal that had the opportunity to

10   close in the current quarter.

11       Q.    And how would you define "pipeline"?  What does

12   that word mean to you?

13       A.    The pipeline represents -- it's a -- it's a

14   comprehensive number -- let me -- it's a comprehensive

15   population of all potential deals that have an

16   opportunity to be closed in a given quarter.

17       Q.    And what system did -- withdrawn.

18             Did Oracle use one system for its pipeline in

19   terms of gauging at what stage of the sales process a

20   given deal was, how likely it was to close in the

21   current quarter?

22       A.    There were Excel spreadsheets, as an example,

23   and OSO had the capability as well.  When tracking large

24   deals, they would indicate whether it was one or

25   whether -- you know, what percentage of likelihood or

**4/21/2005  Minton, Jennifer 30(b)(6)**

1    probability that a deal might close.

2        Q.    Okay.  And was there a -- a guide or any

3    specific parameters that the sales representatives would

4    use in terms of gauging how likely a deal was to close

5    in the current quarter?

6        A.    That was their best judgment.

7        Q.    Was there any type of regression analysis

8    performed at Oracle to predict the likelihood or -- or

9    the potential that deals in the pipeline would close?

10       A.    "Regression analysis"?  I don't understand what

11   you mean by that.

12       Q.    An analysis to predict, you know, using

13   information historically to predict what the information

14   was likely to close in the current quarter.

15       A.    At -- at corporate we performed a license

16   pipeline conversion analysis.

17       Q.    Okay.  So let's go back to the -- the

18   forecasting process again.

19            We were at the -- the business unit level, and

20   then it would get put into OFA, and then a consolidated

21   report would be prepared; and then you would make your

22   adjustments on the upside report, and then that would go

23   up to certain members of the executive management

24   committee.  I want to talk to you a little bit about how

25   you -- how you performed the upside adjustments.

**4/21/2005  Minton, Jennifer 30(b)(6)**

```
1              Can you describe that process for me, please.

2       A.   Sure.

3              The upside adjustments were based on a variety

4       of factors:  One was the license pipeline conversion

5       analysis.  We would take a look at the pipeline for the

6       same corresponding prior year period, and look at what

7       actually closed as a percentage of that pipeline to come

8       up with a historical pipeline conversion ratio.  And we

9       would apply that to the current pipeline in order to

10      predict what we thought would be the actual conversion

11      or the actual -- the actual conversion of that pipeline

12      for the current quarter.  And we broke it down by

13      geography or business unit.  And it was in totality a

14      fairly good -- had proven to be a fairly good predictor

15      of what our true forecast and actual reports would be.

16              And in addition to that, we held in the

17      Americas, we held meetings on Thursday afternoons, and

18      we would review the Americas' forecast, which was

19      inclusive of LAD; and we would talk about large deals,

20      what the opportunities were.  Various folks would attend

21      those forecast calls; Jeff Henley, myself, my staff,

22      the -- the four EVPs, Frank Varsano, Jay Nussbaum,

23      Sandy Sanderson.  And sometimes Larry would join and

24      Safra would join.

25              And those calls -- again, we reviewed in more
```

1    detail than we did in the EC meetings on Monday the

2    opportunities for the current quarter to determine what

3    the likelihood was that they were going to close.

4        Q.   And describe those calls for me.

5             What type -- what types of questions were being

6    asked and what types of answers were being given during

7    those calls?

8             MR. RUBENSTEIN:  Object to the form.

9             MR. BRITTON:  You can answer.

10            MR. RUBENSTEIN:  You can answer.

11            THE WITNESS:  Oh, okay.

12            MR. RUBENSTEIN:  I'm sorry.

13            THE WITNESS:  We would ask each business unit

14    leader whether -- what their forecast was.  They would

15    talk about their worst case, their best case, as well as

16    what their commit number was.

17            And, again, they would reveal -- or not reveal,

18    but they would review the status of certain large

19    transactions and at times would ask for executive

20    involvement to ensure that a deal progressed and -- and

21    closed during the course of a quarter.

22            MR. BRITTON:  Q.  How would the information

23    that you obtained on these Thursday calls affect the

24    upside adjustment in your upside reports?

25        A.   There were oftentimes large bi- -- large deals,

1    what I will refer to as a mega deal, that somebody may

2    not want to put in their forecast, because it was

3    binary, and they would talk about it on the call and --

4    and refer to it as likely to close, but they didn't want

5    to put it in their forecast yet, as an example.  So I

6    would take information like that.

7         I would also talk to the field finance folks

8    reporting to me, or eventually reporting to me, and get

9    their independent thinking as to whether -- whether or

10   not the forecast was a likely outcome or if there was

11   more upside to the forecast.

12        And based on all that input, including the

13   analysis of the historical conversion ratio, I would

14   make some upside adjustments to the submitted forecast

15   to come up with the company's consolidated forecast, and

16   that's the forecast that we always relied upon for

17   setting expectations.  That would be the potential

18   column in the upside reports.

19        Q.   Okay.  So this was for the Americas.

20        So let's -- what I'd like to do is -- is talk

21   about who the field finance folks that you were speaking

22   to for each of -- of the different units.  I know we

23   talked about at least one, the assistant, the one that

24   supported the business head.

25        Were there others that you would speak to for

1    OPI, OSI or NAS or LAD to get an indication about the

2    likelihood of potential deals closing?

3        A.   Again, I would speak to the key financial

4    person that was supporting the business unit leader.

5        Q.   So --

6        A.   So Sarah Kopp, David Winton, Jim English,

7    Cheryl McDowell, William Plant, Greg Davies, all the

8    names that I testified to earlier this morning.

9        Q.   And how would those individuals be in a

10   position to tell you the likelihood of a potential deal

11   or mega deal closing?  What was their knowledge source?

12       A.   They would participate in the weekly forecast

13   calls that the business unit leaders held with their

14   sales management, so they got to hear each of the sales

15   managers speak to all the deals in their pipeline.

16       Q.   Okay.

17       A.   These meetings could be like three-, four-hour

18   long meetings.

19       Q.   Okay.  And when you had your discussions with

20   the field finance individuals, were -- were your upside

21   adjustments based upon their opinion about the

22   likelihood of it closing, or would they describe where

23   that particular transaction was in the sales process?

24       A.   It wasn't necessarily on a transaction-by-

25   transaction basis.  It was based on their own

**4/21/2005  Minton, Jennifer 30(b)(6)**

```
 1    independent assessment based on their own, you know,
 2    knowledge base from the meetings, from doing their own
 3    conversion analyses, from hearing about the stages of
 4    the deals, knowing the individuals who were forecasting,
 5    because you would get to know the forecasting behaviors
 6    of lots of individuals.
 7              So, for example, Jay Nussbaum and
 8    George Roberts both historically always exceeded their
 9    forecast.  And so that's one of the reasons why we had
10    to put these upside adjustments in, so that we could get
11    to what we thought were the true forecasts for the
12    quarter before we set down these expectations and as we
13    evaluated where we were going -- you know, where we
14    thought we were going to end throughout the course of a
15    quarter.
16       Q.   Okay.  Did you have conversations with the
17    business unit heads about the upside adjustments for
18    their particular unit?
19       A.   I would talk to them about -- I would talk to
20    them directly about deals and -- and -- and come to my
21    conclusions.  I'm -- I'm certain that I had
22    conversations with regards to amounts that I might be
23    putting in on top of what their forecasts were, not all
24    the time, but on occasion.
25       Q.   Right.  Right.
```

**4/21/2005  Minton, Jennifer 30(b)(6)**

1          How often were the conversion rates changed, or

2     were they changed at all in the pipeline from week to

3     week?  Was there any estimate of the conversion rate

4     change for the particular quarter for the deals that

5     were in the pipeline?

6          A.    The -- the conversion rate is an imputed

7     number.

8          Q.    Uh-huh.

9          A.    So each time we had a forecast, the forecast

10     was submitted and the pipeline was submitted, so it was

11     an imputed number based off of those two inputs.

12          Q.    Okay.  Can you describe for me the process that

13     the business units would go through to revise their

14     forecasts as the quarter would go along?  What would

15     cause them to revise their quarter forecasts versus not

16     revise their forecasts?

17          A.    If they got more information on the status of

18     the deals, their portfolio deals that they were working

19     on in the course of the quarter, they might feel more

20     secure in their forecast or they might feel less secure

21     in their forecast and would change it accordingly.

22          Q.    So if particular deals fell out of the

23     pipeline, that would cause them to adjust their

24     forecast?

25               MR. RUBENSTEIN:  Object to the form.

**4/21/2005  Minton, Jennifer 30(b)(6)**

1          THE WITNESS:  Can you repeat the question,

2     please.

3          MR. BRITTON:  Q.  If a particular deal that was

4     in the pipeline fell out of the pipeline for whatever

5     reason, the customer cancels, went with somebody else,

6     would the business units necessarily change their

7     forecast to reflect the deals that were lost for that

8     potential quarter?

9          A.   No.

10         Q.   No.

11              Okay.  Going back to the definition of the

12    pipeline.  As deals that were in the pipeline closed

13    through the quarter --

14         A.   Uhm-hum.

15         Q.   -- would they be pulled out of the pipeline so

16    the pipeline number would go down?

17         A.   No.

18         Q.   No.

19              So even if the deals closed that quarter, they

20    would remain in the pipeline?

21         A.   That is correct.

22         Q.   Did you use flash reports at all in -- in your

23    forecasting process in terms of the upside adjustments?

24              MR. RUBENSTEIN:  Object to the form.

25              THE WITNESS:  I'm not certain what you're

**4/21/2005  Minton, Jennifer 30(b)(6)**

```
1     asking me.
2               MR. BRITTON:  Q.  Okay.
3                   (Off-the-record discussion between witness
4                   and counsel.)
5                   (Whereupon, Plaintiffs' Exhibit 10 was
6                   marked for identification.)
7               MR. BRITTON:  Q.  I have placed in front of you
8     what's been marked as Minton Exhibit 9.  Would you take
9     a moment to take a look at it, please.
10              MR. RUBENSTEIN:  I believe that's 10.
11              MR. BRITTON:  Is it 10?
12              THE REPORTER:  Yes.
13              MR. BRITTON:  Q.  Minton Exhibit 10 is a
14    two-page e-mail.  Starts with 040601 and ends at 02.
15         Q.  Have you had an opportunity to review Minton
16    Exhibit 10?
17         A.  Yes.
18         Q.  Okay.  And do you recognize it?
19         A.  I've read it.  I'm not sure if I got it, but I
20    did -- I did get it.
21         Q.  Are you familiar with the -- the content of
22    this e-mail?
23         A.  Yes, I am.
24         Q.  You are.
25              And can you tell me why, at this point in time,
```

**4/21/2005  Minton, Jennifer 30(b)(6)**

```
1      Oracle changed the process from going with one month

2      ahead to two months ahead, in terms of forecasts?

3             MR. RUBENSTEIN:  Object to the form.

4             MR. BRITTON:  Withdrawn.  Let me ask it a

5      different way.

6         Q.   If you look at the first page on No. 1, it

7      says, "Starting with next week's forecast, we are

8      requiring that a full Q3 and Q4 forecast be submitted by

9      all organizations into OFA."

10            The question is, was the process different than

11     this prior to the week of December 4th?

12        A.   Technically, no.  Every time a forecast is

13     submitted, you are supposed to submit a forecast for

14     every quarter in the current fiscal year unless that

15     quarter has already passed.  This request was going out

16     to remind people that we wanted them to focus not on

17     just the current forecast -- sorry, the current quarter

18     forecast but the following forecast as well.  We -- we

19     tend to go quarter to quarter, and we were just trying

20     to remind people that they should be looking at both,

21     the Q3 and the Q4.

22        Q.   Okay.  If you look at the -- the top, where it

23     says, "from forecast"?

24        A.   Right.

25        Q.   Whose e-mail is that?
```

1       A.   It is a -- it's a generic e-mail account.   So

2   this was sent from Roberta Ronsse, using the forecast

3   account so that people knew that it was coming from

4   corporate finance regarding the forecasting process.

5       Q.   And who had access to this generic e-mail

6   account?

7       A.   Well, obviously Roberta did, but I -- I don't

8   know who else.

9       Q.   Did you have access to it?

10      A.   No.

11      Q.   No, okay.

12           I referred earlier to a flash report.

13           MR. RUBENSTEIN:  Are you done with Exhibit 10?

14           MR. BRITTON:  Yeah.

15             (Whereupon, Plaintiffs' Exhibit 11 was

16              marked for identification.)

17           MR. BRITTON:  Okay.  For the record,

18   Exhibit 11, which has been placed in front of you,

19   starts with Bates 019803 through 019838.

20      Q.   Have you had an opportunity to look at

21   Exhibit 11?

22      A.   Yes, I have.

23      Q.   And do you recognize it?

24      A.   Yes, I do.

25      Q.   And what is Exhibit 11?

**4/21/2005  Minton, Jennifer 30(b)(6)**

1        A.   It is a snapshot of how we performed for the

2    quarter.

3        Q.   Okay.

4        A.   Along with some historical trends and -- and

5    whatnot.

6        Q.   Okay.  Did you use any of these flash reports

7    in the forecasting process for the upside adjustments at

8    Oracle during the relevant period?

9        A.   No.

10       Q.   No, okay.

11            Did you look at historical results at all when

12   making the upside adjustments for the forecasts at

13   Oracle, other than the pipeline conversion that you've

14   already talked about?

15       A.   Well, the pipeline conversion was the primary

16   historical analysis that we would use.

17       Q.   Okay.  Any other historical analysis that you

18   would use, other than the pipeline analysis?

19       A.   Not that I recall, not that I recall.

20            We may have looked at sequential analyses, so

21   we may -- I know what we do today, but I don't know what

22   we did back then.

23       Q.   Right.

24       A.   So we may have looked at sequential analyses

25   like, you know, Q2 relative to Q3, because our Q3 was,

**4/21/2005  Minton, Jennifer 30(b)(6)**

1     you know, pretty close to our Q2 results.

2         Q.    And that was historical, going back?

3         A.    Yeah, for -- going back.  I mean, Q2 -- Q2 and

4     Q3 tended to be pretty close to one -- one another, a

5     little bit better; Q3 would be just a little bit better.

6         Q.    And did you perform that analysis in the third

7     quarter of 2001 for your forecast?

8         A.    Not that I recall.

9         Q.    Okay.  You can put that document aside.

10                (Whereupon, Plaintiffs' Exhibit 12 was

11                 marked for identification.)

12                THE REPORTER:  Was that 11?

13                THE WITNESS:  This is 11, so we should be on

14     12.

15                MR. BRITTON:  Q.  Okay.  The court reporter has

16     placed in front of you what's been marked as Minton

17     Exhibit 12.  Would you take a moment to look at this

18     exhibit.

19                Why don't we go off the record while they

20     change the tape.

21                THE VIDEOGRAPHER:  In the deposition of

22     Jennifer Minton, this marks the end of Tape 2, Volume I.

23     Going off the record.  The time is 2:10.

24                (Discussion off the record.)

25                THE VIDEOGRAPHER:  In the deposition of

**4/21/2005  Minton, Jennifer 30(b)(6)**

1      Jennifer Minton, this marks the beginning of Tape 3,

2      Volume I.  Going on the record.  The time is 12 -- 2:13,

3      excuse me.

4              MR. BRITTON:  Q.  Okay.  I placed in front of

5      you what's been marked as Minton Exhibit 12.

6              And for the record, it starts with Bates 20731

7      and ends at 32.

8              Do you recognize Exhibit 12?

9      A.   Yes, I do.

10     Q.   And what is Exhibit 12?

11     A.   It's an e-mail note that Larry Garnick

12     prepared, which he forwarded to me, and I subsequently

13     forwarded to Jeff, and he then subsequently responded

14     to, that itemized what our earnings per share were for

15     Q2 and Q3 for fiscal '98 through fiscal 2000.

16     Q.   Okay.  And did this analysis affect your

17     forecast at all for the third quarter of 2001?

18             MR. RUBENSTEIN:  And, again, you are just

19     focusing on general process, right?

20             MR. BRITTON:  Process.  Yes.

21             THE WITNESS:  No.  This is not something that

22     we would generally have as a general process.

23             MR. BRITTON:  Q.  Did you use this process at

24     all for the third quarter of '01?

25     A.   For developing the -- the forecasts that I

**4/21/2005  Minton, Jennifer 30(b)(6)**

1    developed is the upside report.

2         Q.   Right.

3         A.   And I did not use this to develop the upside

4    report.

5         Q.   The upside report, okay.  Okay.  Put that

6    aside.

7              Okay.  Now going back to the pipeline

8    calculation that you performed, or that you looked in

9    connection with the upside report, did you adjust that

10   conversion rate to take into account any external

11   factors that may cause one year's results to be

12   different than the prior year's results?

13        A.   No.

14        Q.   Any economic factors whatsoever?

15        A.   No.

16        Q.   No.  Okay.

17             So even though the market had changed

18   significantly in terms of like dot-com business, the

19   conversion rate, you didn't adjust for that at all when

20   you converted it over for purposes of making your upside

21   adjustments?

22             MR. RUBENSTEIN:  Object to the form.

23             THE WITNESS:  I did not consider any economic

24   factors when performing the license -- when we prepared

25   the license pipeline conversion package, it is solely

**4/21/2005  Minton, Jennifer 30(b)(6)**

```
 1   based on applying the historical conversion rates for
 2   the same prior year corresponding period to the current
 3   pipeline to determine what the upside would be.
 4         MR. BRITTON:  Q.  Okay.  And then you would
 5   make your adjustments upward based upon that conversion
 6   rate, plus talking to the financial heads in other
 7   conversations that you had with business heads; is that
 8   fair?
 9         A.  Yes.  I would use a variety of data inputs to
10   come up with what I felt was the appropriate upside
11   number to get to the total consolidated forecast for the
12   quarter.
13         Q.  Did you ever adjust those numbers down based
14   upon the conversion rate and your conversations?  Did
15   you ever, in preparing the -- the consolidated upside
16   report, did you ever make adjustments downward to the
17   license revenues?
18         A.  Sure.
19         Q.  Okay.  And what circumstances would cause you
20   to make the adjustments down?
21         A.  In the event that the pipeline -- historical
22   pipeline conversion rate may have indicated a -- a lower
23   license forecast than what was submitted, that would be
24   one reason.  Another reason is there could have been an
25   error in the forecast submission that came to my
```

1    attention, and, therefore, I needed to adjust the

2    forecast down.

3            So, you know, it -- it -- the upside column was

4    not just, you know, to make changes based on upside

5    reports or other additional information that I received.

6    It was also used to reflect any errors -- any

7    corrections to errors that were made in the underlying

8    forecast that was originally submitted in OFA.

9        Q.    Okay.  So if, say, for example, Jay Nussbaum

10   submitted his forecast that said a million dollars for

11   the quarter, and that analysis was based upon deals that

12   were in the pipeline that were likely -- likely to

13   close, you would actually make an adjustment downward

14   for -- for the upside forecast if circumstances

15   warranted -- if circumstances warranted it?

16       A.    If -- if there was an error in the original

17   forecasts that were submitted, I would have adjusted it

18   downward.  If the historical pipeline conversion ratio

19   told me that his forecast did not seem achievable based

20   on his historical conversion trends for the like for

21   like periods, then I would adjust it down.

22       Q.    Now, did the business -- the individual

23   business units have access to their historical

24   conversion rates for them, those periods?

25       A.    Yes, they did.

1    Q.   And did they take those conversion rates into

2    consideration in preparing their forecasts?

3    A.   Again, I was not involved in developing their

4    forecasts.  That was done at my direct's level working

5    directly with the business unit, so -- everybody had

6    their own methodology for determining what their

7    forecast was going to be.

8    Q.   Okay.  I've read a lot about the term "hockey

9    stick," and I'm sure you are familiar with that term.

10         What does -- what does the hockey stick mean to

11   you?

12   A.   The hockey stick means that a large percentage

13   of the license revenues would be recorded at the end of

14   the last few days of a quarter rather than erratically

15   throughout the course of the quarter, if you are looking

16   at it on a quarterly basis.

17   Q.   Right.

18   A.   I would say the same would apply, even on an

19   annual basis.  We tend to record more license revenues

20   in the fourth quarter than any other prior quarter

21   because the sales comp plans during the relevant period

22   had accelerators, and so the sales force was more

23   incentive to close and increase their commission rates

24   in the fourth quarter.

25   Q.   Was the hockey stick effect also based upon the

**4/21/2005  Minton, Jennifer 30(b)(6)**

```
 1    fact that there were more discounts, better deals at the

 2    end of a quarter or at the end of a year?

 3         A.   I think it is fair to say that our customers

 4    have been trained over the course of several decades

 5    that they would be able to negotiate a better discount

 6    in their favor if they held out closing the deal the day

 7    of the -- the last day of the quarter or the day prior.

 8         Q.   Customers love deals, don't they?

 9              How did the -- withdrawn.

10              Did your forecast, your upside adjustments,

11    take into account the hockey stick effect?

12         A.   No.

13         Q.   No.

14              Did -- was the hockey stick effect accounted

15    for in the forecasts that either the division prepared

16    or that you consolidated and prepared?

17         A.   I don't understand how -- what you're asking

18    me.

19         Q.   Would the hockey stick effect -- would the

20    hockey stick sales effect impact your forecasting

21    process at all?

22              MR. RUBENSTEIN:  Objection.  Asked and

23    answered.

24              THE WITNESS:  I don't understand what your

25    question is.
```

```
1              MR. BRITTON:  Q.  The question is, how, if at

2      all, did the hockey stick effect impact your

3      forecasting?

4              MR. RUBENSTEIN:  Same objection.

5              THE WITNESS:  It did not impact my forecasting

6      process.  The forecasting process was the same every

7      forecast period.

8              MR. BRITTON:  Q.  And why did it not impact

9      your forecasting process?

10        A.   Because we would forecast for the full quarter.

11        Q.   For the full quarter.

12             So the deals that you were looking at

13     forecasting, whether they happened on the first day or

14     the last day, were in the forecasts?

15        A.   That's correct.

16        Q.   Okay.  Now, did you take into consideration any

17     discounts or any better terms that customers would get

18     at the end of the quarter into your upside adjustments?

19        A.   Absolutely not.

20        Q.   Okay.  And why not?

21        A.   Because I would not be privy to those types of

22     details.  I'm not in that level of detail.

23        Q.   So you didn't know the specifics of the deals?

24        A.   I did not know the specifics of the deals.

25        Q.   Okay.  Did the margins from the sales that
```

**4/21/2005  Minton, Jennifer 30(b)(6)**

1    would occur at the end of a quarter, did that impact

2    your forecasting process at all?

3              MR. RUBENSTEIN:  Object to the form.

4              THE WITNESS:  I don't -- I mean, I can tell you

5    that for the upside -- any upside adjustments that were

6    made to license revenue, we would make an adjustment for

7    sales commission expenses related to the incremental or

8    decremental revenues that were being forecasted on

9    license.

10             MR. BRITTON:  Q.  Okay.

11        A.    Does that answer your question?

12        Q.    Yeah, I think it does.

13             How -- how would you make those adjustments

14   to -- to the sales commissions?  How would that impact

15   your -- your upside adjustments?

16        A.    Well, now we're talking expenses.  It was a

17   straight formula, 15 percent of the incremental or

18   decremental license revenue.

19        Q.    Okay.

20             THE REPORTER:  I'm sorry.  That 15 percent of

21   the?

22             THE WITNESS:  Incremental or decremental

23   license revenue upside adjustment.

24             MR. BRITTON:  Q.  So if --

25        A.    It was a pure formula.

**4/21/2005  Minton, Jennifer 30(b)(6)**

1       Q.    So if the upside adjustment went up a dollar,

2   then the expenses would go up 15 cents?

3       A.    You are on target.

4       Q.    Okay.  Good.

5             And it was a straight formula per sales

6   commissions, okay.

7             Did accounts receivables play any effect in

8   your forecasting at all?

9       A.    In what regard?

10      Q.    Customer's ability to pay or not to pay affect

11  the forecasting process?

12      A.    It affected the upside analysis.

13      Q.    Okay.  And how did it affect the upside

14  analysis?

15      A.    We would record each month a percentage of

16  revenues as -- as a -- as a contra sales expense to

17  increase our -- and at the end of every quarter --

18            THE REPORTER:  To increase our what?  I'm

19  sorry.

20            THE WITNESS:  Our reserve for accounts

21  receivable.

22            And at the end of every quarter, we would

23  evaluate what our reserve requirements were based off of

24  a historical analysis that we always had in place where

25  we would review specific invoices over a certain dollar

**4/21/2005  Minton, Jennifer 30(b)(6)**

1    threshold for collectability; and if we felt that they

2    weren't collectible, then we would specifically reserve

3    them.  And any invoices that were not specifically

4    reviewed were -- the aging, we took an -- an estimate of

5    a -- of a reserve of uncollectible receivables in that

6    population of the receivables portfolio, and that would

7    determine our bad debt reserve requirements.  And if our

8    bad debt reserve was -- if our bad debt reserve was

9    higher than what our requirement analysis told us that

10   we needed, then we would adjust -- we would reverse some

11   of the revenues that we had recorded against the reserve

12   during the current quarter.

13        MR. BRITTON:  Q.  Okay.  And then how would

14   that impact your forecast?

15        A.  I would include an estimate of what I thought

16   that returns reserve would be.

17        Q.  Okay.  And that would affect the overall --

18        A.  In other words, we -- we -- we -- we -- we --

19   we reduced revenue by too much on a monthly basis

20   throughout the course of the quarter; and then at the

21   end of the quarter, we did our reserve analysis, and

22   depending on what our requirements told us, we would

23   then turn back some of the revenue that we had

24   previously decremented, okay.

25        So I would always estimate a certain amount of

**4/21/2005  Minton, Jennifer 30(b)(6)**

1    revenues that were coming back because we knew that our

2    returns -- our monthly returns provision was higher than

3    necessary, historically speaking.

4        Q.   Okay.  Did you generate any reports

5    during -- in doing that analysis during each of the

6    quarters in fiscal '01?

7        A.   Did I generate any reports --

8        Q.   Aging reports or how it affected the --

9        A.   I mean, every quarter there is a bad debt

10   reserve analysis --

11       Q.   Uh-huh.

12       A.   -- that's performed.  I would get estimates as

13   they were in the course of their preliminary preparation

14   of the reserve analysis.  The reserve analysis was

15   finalized after the end of the quarter, but during the

16   course of the last week or two of the quarter, the

17   accounting organization would be able to give me an

18   estimate of what they thought the revenue return would

19   be.  And so that would be the basis for me making an

20   adjustment in the upside analysis for that.

21       Q.   Okay.

22       A.   You guys have to become accountants, don't you?

23       Q.   My brain starts flying off.

24            Did you -- did you perform any variance testing

25   in connection with your forecasts during fiscal '01?

**4/21/2005  Minton, Jennifer 30(b)(6)**

```
1              MR. RUBENSTEIN:  Object to the form.

2              THE WITNESS:  Your question is too vague for me

3      to answer.

4              MR. BRITTON:  Q.  Any -- any variance testings

5      in terms of -- of what -- what the first week was in

6      comparison to the first week of the prior year to try to

7      gauge any patterns for what the results were going to be

8      at the end of the year.

9          A.   There was never any weekly variance analysis

10     like that that I can recall.

11         Q.   Was there any variance analysis at all?

12         A.   Again, it's too vague of a question for me.  I

13     need you to be more specific, please.

14         Q.   If I could.

15             (Discussion off the record.)

16             MR. BRITTON:  Why don't we take a break.

17             THE VIDEOGRAPHER:  Going off record.  The time

18     is 2:30.

19             (Recess taken.)

20             THE VIDEOGRAPHER:  Going back on record.  The

21     time is 2:42.

22             MR. BRITTON:  Q.  Okay.  Before we broke, we

23     were talking about variance testing, and let me give you

24     an example.

25             If, in the second quarter you had forecasted
```

**4/21/2005  Minton, Jennifer 30(b)(6)**

1    certain number in license revenues, say, a hundred

2    million, and at the end of the quarter you only achieved

3    90 million, is there any process for testing why there

4    was that variance, why -- why was there a miss?

5        A.   We would do, as you saw before, license

6    forecast accuracy analyses.

7        Q.   Right.

8        A.   But the -- the miss was not -- people will,

9    after the fact of the quarter, evaluate in that

10   situation; they would evaluate what deals were committed

11   and which deals did not close to better understand why

12   they missed their number.

13       Q.   Okay.

14       A.   Does that answer your question?

15       Q.   Yeah, I think it does.

16       A.   Good.

17       Q.   Now, would you do that every -- every quarter?

18   Would Oracle do that every quarter?

19       A.   Generally, that is done at the -- at the

20   business unit level.

21       Q.   Okay.  Now, at the corporate level, did -- was

22   there any variance testing done?

23       A.   Again, I wouldn't even refer to that as

24   variance testing.  It was an analysis.

25       Q.   What would you refer to -- right.  What was --

**4/21/2005  Minton, Jennifer 30(b)(6)**

1         A.   It's an analysis of what deals were committed

2    to that did not close in the quarter that were

3    forecasted to close.

4         Q.   Okay.

5         A.   Alternatively, there would also be, you know,

6    deals that did close during the quarter that were not

7    forecasted, so it goes both ways.

8         Q.   Right.

9              Would corporate level do any analysis of why a

10   particular quarter didn't meet the original forecast?

11        A.   Again, the analysis was done at the divisional

12   level --

13        Q.   Right.

14        A.   -- business unit -- unit level, and they would

15   feed that information up.

16        Q.   They would report up.

17             Okay.  We talked about the definition of the

18   pipeline before.

19        A.   Uh-huh.

20        Q.   And so I'm clear, pipeline consists of deals

21   that are likely to close within that quarter?

22        A.   It consists of all the opportunities that are

23   being worked on that have the possibility of closing

24   during that quarter.

25        Q.   And then when particular opportunities that are

**4/21/2005  Minton, Jennifer 30(b)(6)**

```
 1    within the pipeline close, they stay in the pipeline --

 2         A.   That is correct.

 3         Q.   -- for that period of time.  All right.

 4              So if a pipeline is decreasing, what, in your

 5    experience, is causing that decrease?

 6         A.   The pipeline would historically decrease from

 7    month one to month three as deals solidified, and the

 8    sales process, you know, the sales process -- as they're

 9    going through the -- the quarter, the sales process is

10    going to tell you whether or not you are going to be

11    able to close the deal, depending at the stage of the --

12    the sales process, right.

13              So if you are in month -- the beginning of

14    month three and you realize that you are not far enough

15    along in the sales process to get it closed that

16    quarter, depending on the circumstances, then you would

17    take that deal and move it out of your pipeline and into

18    the following quarter.  If that deal had lost -- and if

19    you had lost that deal, then that deal would also, I

20    think, be moved out.

21         Q.   So that was going to be my question.  If -- if

22    a deal cancelled or -- or they lost the deal, that would

23    fall out of the pipeline as well?

24         A.   I believe so.

25         Q.   Okay.
```

```
1          A.   But I know if it was won, it definitely stayed

2     in.

3               THE REPORTER:  But I know if it what?  I'm

4     sorry.

5               THE WITNESS:  If it was a won deal, it

6     definitely stayed in.

7                    (Whereupon, Plaintiffs' Exhibit 13 was

8                    marked for identification.)

9               MR. BRITTON:  Q.  The court reporter has placed

10    in front of you what's been marked as Exhibit 13.

11              For the record, it's a one-page document with

12    Bates 008131.

13              Before we get to this doc- -- question, if a --

14    say you started out week one with a hundred dollars in

15    the pipeline, and then in week two, another opportunity

16    came up.  Would that be put into the pipeline at that

17    time?

18         A.   Yes.

19         Q.   So the pipeline would go up, okay.

20              All right.  Now to Exhibit 13.

21              Do you recognize this exhibit?

22         A.   Yes, I do.

23         Q.   And what is Exhibit 13?

24         A.   It is a historical snapshot of the pipeline

25    trends for fiscal -- for each week during Q1 and Q2 of
```

**4/21/2005  Minton, Jennifer 30(b)(6)**

1    fiscal '01 for each of the business units that made up

2    the Americas geography.

3        Q.   Okay.  And what was the purpose of this

4    analysis?

5        A.   This analysis is to -- was to see if the change

6    in the pipeline trends, to see if it's going down.

7        Q.   Okay.  Now, how did you receive the pipeline

8    information when you were doing your analysis for the

9    upside adjustments, in what format did it come?

10       A.   So the field finance organizations were

11   responsible for putting the pipeline into OFA --

12       Q.   Right.

13       A.   -- okay, every time we had a forecast period.

14   So they would put the -- so that's how they -- that's

15   how I would get it.

16       Q.   Okay.  So you would see it in OFA, and then

17   that would tell you the information?

18       A.   Right.

19       Q.   Did you have access to OSO?

20       A.   I did have access to OSO.

21       Q.   Did you use it?

22       A.   I looked at OSO, but for purposes of

23   forecasting process, no.

24       Q.   Okay.  For what purposes would you use OSO?

25           MR. RUBENSTEIN:  Could we get a time frame on

1    this?

2         MR. BRITTON:  Relevant period.

3         THE WITNESS:  I'm -- I'm not sure if I looked

4    at that time during the relevant period, but I was

5    looking at it for features and functionality.

6         MR. BRITTON:  Q.  But not in connection with

7    your forecasting process?

8         A.  No.  I would use the fore -- the pipeline and

9    the forecast information that was entered into OFA by

10   the field finance organization.

11        Q.  Did -- did OFA generate a report that you would

12   look at, or would you look at OFA electronically?

13        A.  I would look at OFA based on reports that were

14   prepared for me.

15        Q.  So hard copy reports.

16             Did those reports have a title?

17        A.  Yes.

18        Q.  What were they called?

19        A.  Oh, there's a variety of titles, hundreds.

20        Q.  How would I know I'm looking at a report from

21   OFA?

22        A.  Well, some -- as I testified earlier today,

23   there was one report called the management summary --

24        Q.  Okay.

25        A.  -- report that came out of OFA, and that

1    contained actuals forecast and budget data.

2        Q.    Okay.  If you look at the -- all of these

3    columns, essentially, you notice that the pipeline

4    decreases during each quarter for each division.

5             So this -- the information that you would glean

6    from the fact that this is decreasing is that deals have

7    either moved into the next quarter or deals have fallen

8    out of?

9        A.    Correct.

10       Q.    Okay.  Did you do any -- or did anybody at the

11   corporate level do any analysis on why there was a

12   decrease or the size of the decrease, any kind of

13   pipeline analysis like that?

14       A.    Not that I recall.

15            Again, the key issue is what your conversion

16   rate is of your pipeline.

17       Q.    Right.

18       A.    So it's not the overall pipeline.  It's how

19   much of that pipeline can you convert in a given quarter

20   that's important, and that's what we always relied on.

21       Q.    And how did Oracle calculate the value of its

22   pipeline, the dollar value of the pipeline?

23       A.    The dollar value was the summation of all the

24   individual opportunities that were entered into the

25   various pipeline systems that were in use at the time.

**4/21/2005  Minton, Jennifer 30(b)(6)**

1      Q.    Do you know how -- and so if -- if the -- if

2      the deal is worth a hundred million dollars, did it

3      always convert one to one into the pipeline in terms of

4      a dollar value, or was there a calculation?

5      A.    I'm not a licensed sales rep, so I never

6      entered a deal into -- an opportunity into the pipeline.

7      Q.    Okay.

8      A.    So I do not know what their methodology was.

9            It is fair to say, though, that you never

10     really know what a deal is actually ever going to close

11     at; so it's all, for the most part, a guesstimate,

12     right.  And if it was a real large opportunity,

13     sometimes they might put it in at a lower value.

14     Q.    You mentioned earlier that there are

15     circumstances where you have a mega deal and the unit

16     head was reluctant to put that into their forecast.

17           Why was there that type of reluctance to do --

18     to put mega deals into the forecast?

19           THE WITNESS:  Is that a process question?

20           MR. RUBENSTEIN:  We'll assume that you're

21     intending that as a general matter.

22           MR. BRITTON:  Absolutely.

23           MR. RUBENSTEIN:  All right.

24           THE WITNESS:  Because they never wanted to miss

25     their commit number.

**4/21/2005  Minton, Jennifer 30(b)(6)**

1              MR. BRITTON:  Q.  So the more deals you put in,

2      the better your results have to be, okay.

3          A.   No, that's not what I said.

4              MR. RUBENSTEIN:  You can -- you can clarify.

5              MR. BRITTON:  Q.  Yeah, go ahead and clarify.

6          A.   Sure.

7              There was, particularly within the North

8      America sales organization, a certain, what I would call

9      forecasting style or personality whereby nobody wanted

10     to miss their commit forecast and they wanted to exceed

11     it, and as -- so I refer to that as sandbagging --

12         Q.   Okay.

13         A.   -- and there was pretty consistent behavior

14     where the gentlemen in question in North America

15     consistently exceeded their forecast, and therefore,

16     that's why the upside analysis was -- why the upside

17     adjustments were made, so that we could get to what we

18     really thought we were going to do in a given quarter.

19         Q.   The conversion rate, do you understand how --

20     what the calculation was to get to the conversion rate

21     for any particular quarter?

22         A.   Well, the license conversion rate represents

23     the amount of actual license revenue recognized as a

24     percentage of the total pipeline at any point in the --

25     in the quarter.

**4/21/2005  Minton, Jennifer 30(b)(6)**

1      Q.    Okay.   So for purposes of your forecasting for

2    third quarter of 2001 --

3      A.    Uh-huh.

4      Q.    -- which -- at what point in time were you

5    looking at for the calculation the conversion rate from

6    the prior year, the last day of the quarter, middle,

7    beginning?

8      A.    Again, we would have a forecast process whereby

9    a forecast was submitted every other week in month one,

10   month two, and month three it was done weekly.

11          The prior year conversion rate was taking the

12   prior year's actual license revenues for the quarter, so

13   that was a constant, as a percent of the total pipeline

14   during week two, week four, week six, week eight, nine,

15   ten, eleven, and twelve during a quarter.

16          Do you understand?

17     Q.    Yeah.

18     A.    So the historical conversion rates for the same

19   prior year corresponding period during the forecast, you

20   know, during the current year's forecast, were applied

21   to the pipeline in the current year to estimate what we

22   thought would be the actual license revenue results for

23   the quarter.

24               (Whereupon, Plaintiffs' Exhibit 14 was

25                marked for identification.)

**4/21/2005  Minton, Jennifer 30(b)(6)**

```
1              MR. BRITTON:  Q.  I placed in front of you
2    what's been marked as Exhibit 14.  Will you take a
3    moment to look at this exhibit.
4              And for the record, Exhibit 14 starts at Bates
5    040837 and ends at Bates 040841.
6         Q.   Okay.  Have you had an opportunity to look at
7    Exhibit 14?
8         A.   Yes, I have.
9         Q.   And do you recognize it?
10        A.   No, I do not.
11        Q.   Okay.  If you look at the third page --
12        A.   But can I clarify?
13        Q.   Sure.
14        A.   Corporate did a different pipeline analysis,
15   but this is a license pipeline conversion analysis.
16   And --
17             THE REPORTER:  This is a what?  I'm sorry.
18             THE WITNESS:  A license pipeline conversion
19   analysis.
20             Again, prepared at the divisional level,
21   obviously, for George Roberts.
22             MR. BRITTON:  Q.  So looking at this document,
23   can you tell if the calculations that are going on in
24   this document are the same ones that we were talking
25   about before in terms of taking the actuals against the
```

1      pipeline in a given period of time?

2                  MR. RUBENSTEIN:  Objection.  No foundation.

3                  MR. BRITTON:  Q.  You can answer.

4          A.    If this is the pipeline, these are the actuals,

5      it doesn't state -- it's hard to -- to determine if this

6      is the prior year actuals.  I'm assuming it is.

7          Q.    Okay.

8          A.    Yeah.  This is the actuals for the -- yeah,

9      these are -- these are the conversion rates of the

10     pipeline --

11         Q.    Okay.  So --

12         A.    -- for the respective time periods that were

13     forecasted in those quarters.

14         Q.    Okay.  So in -- let's take, for example, Q1,

15     2000, if you were in Q1, 2001, let's say for NAS, how

16     would you -- how would you make your calculations to

17     come up with your upside forecasts?

18                  I think, actually --

19                  MR. RUBENSTEIN:  Object to the form.

20                  MR. BRITTON:  -- withdrawn.

21         Q.    I think what would be helpful is if you could

22     use -- give us a -- an example using simple numbers on

23     how you get from, you know, the pipeline conversion all

24     the way to your adjustment.

25                  MR. RUBENSTEIN:  Let me just -- my objection is

1   this is a divisional document, and the upside

2   adjustments are obviously done companywide.

3          MR. BRITTON:  Q.  We -- we don't have to look

4   at this document.  We can just -- if -- if you can walk

5   me through the -- from the beginning to the end using

6   simple numbers, that would be, I think, extremely

7   helpful.

8          A.   Okay.  If in Q1 of 2000 you had a pipeline at

9   the end of the first month of the quarter of

10  100 million, and assume that your revenues, your license

11  revenues for the -- for -- for the quarter ended up at

12  25 million, then your pipeline conversion ratio would be

13  25 percent for the first month, or the end of the first

14  month of that given quarter.

15         Q.   Okay.

16         A.   That pipeline conversion ratio of 25 percent,

17  we would use to apply to the pipeline in the following

18  corresponding prior -- or in the following corresponding

19  period, so fiscal 2001 --

20         Would that be correct?  Did I start with 2000?

21         MR. RUBENSTEIN:  Yes.

22         THE WITNESS:  And we would take the first --

23  the end of the first month's pipeline for that period

24  and multiply it by the historical, the conversion rate,

25  to estimate what we thought would be the license

**4/21/2005  Minton, Jennifer 30(b)(6)**

1    revenues for the current quarter.

2         MR. BRITTON:  Q.  Okay.  So let's say the

3    pipeline in subsequent year is a hundred million dollars

4    again.  How would you get to your upside adjustment?

5    I'm kind of trying to go through the entire process.

6         A.   Well, if -- if the predicted license revenue

7    was 25 million, and the submitted or the commit forecast

8    that was submitted by the field was 20 million, then we

9    would adjust the upside analysis possibly by 5 million.

10        Q.   Okay.  Okay.  And then you would go and talk to

11   the -- the finance people in those particular divisions

12   to see if there is any adjustments up or down?

13        A.   I would talk to them about specific deals that

14   were in the pipe, what upside deals were not reflected

15   in the forecast, what the likelihood that those deals

16   might actually close during the course of the quarter,

17   again, a -- a -- a number of data points.

18        Q.   Okay.  Okay.  Fair enough.

19             Okay.  You can put that document aside.

20        A.   But do you understand now how it's used?

21        Q.   Yes.  Yes.

22        A.   Okay.

23        Q.   Thank you.

24             What exhibit is this?

25             THE REPORTER:  15.

**4/21/2005  Minton, Jennifer 30(b)(6)**

```
1              MR. BRITTON:  15.
2                  (Whereupon, Plaintiffs' Exhibits 15 and 16
3                  were marked for identification.)
4              MR. BRITTON:  Q.  Okay.  I have placed in front
5      of you two documents, Exhibit 15 and Exhibit 16.
6              Exhibit 15 starts with Bates 024454 and ends
7      with Bates 24464.
8              And Exhibit 16 starts with Bates 00514 and ends
9      at 00523.
10             Have you had a chance to look at both of these
11     exhibits?
12         A.  Yes.
13         Q.  And do you recognize them?
14         A.  Yes.
15         Q.  And what are they?
16         A.  These are the license pipeline conversion
17     analyses that are prepared by the corporate financial
18     planning group.
19         Q.  Was this out of OFA?
20         A.  The numbers were taken from OFA, but these are
21     actually Excel schedules.
22         Q.  Okay.  Were these the documents that you were
23     working for, these types of documents that you were
24     working with for purposes of doing your upside
25     adjustments?
```

**4/21/2005  Minton, Jennifer 30(b)(6)**

1        A.    Yes.

2        Q.    Now, if you look -- let's start with

3    Exhibit 15.  If you look at the second page --

4        A.    Uhm-hum.

5        Q.    -- it has, in the far left column, "Pipeline

6    Growth," and then "Total Tech" and then "APS."

7              THE REPORTER:  Total what?  I'm sorry.

8              MR. BRITTON:  "Total Tech" and then "APS."

9              What does the "Tech" column represent?

10       A.    The technology pipeline growth.  We were --

11   they were segmenting their pipe between tech deals and

12   APS deals.

13       Q.    And -- and what type of products would fall

14   within the tech deals?

15       A.    Database.

16       Q.    Okay.

17       A.    Options.

18             THE REPORTER:  What was that?

19             THE WITNESS:  Database, options.  It's our --

20   it's our core technology products.

21             MR. BRITTON:  Q.  Okay.  And if you look to the

22   far left, the "Pipeline Growth" column, it says,

23   "Total."  What does that column represent?

24       A.    The one that ends with 52 percent?

25       Q.    Yes.

**4/21/2005  Minton, Jennifer 30(b)(6)**

```
 1        A.    That's the total pipeline growth year over

 2   year.

 3        Q.    Year over year.

 4              So as of that particular day?

 5        A.    As of that particular forecast period.

 6        Q.    That forecast period, okay.

 7              So at the -- as of December 11, 2000, the

 8   pipeline is 52 percent larger than the pipeline a year

 9   earlier?

10        A.    That is correct.

11        Q.    In terms of dollars?

12        A.    That is correct.

13        Q.    Now, the next column says, "Product Waitings,"

14   what does -- what is that referring to?

15        A.    It's just showing you of the total pipeline

16   what percent represents technology opportunities versus

17   application opportunities.

18        Q.    Okay.  And then the "Revenue Growth" column,

19   what is this column representing?

20        A.    It is representing the forecasted license

21   revenue growth year over year.

22              THE REPORTER:  Year over year?

23              THE WITNESS:  Year over year for the same

24   forecast period.

25              MR. BRITTON:  Q.  For the same forecast period.
```

1               So you would take the -- did the forecast -- is

2       this the forecast before the upside or after the upside?

3           A.    This is the forecast before the upside.

4           Q.    Before the upside, so --

5           A.    This is the field forecast.

6           Q.    The field forecast.

7               So the field forecast for Nussbaum, he was

8       forecasting 19 percent more revenue this reporting

9       period than the prior year's reporting period --

10          A.    That is correct.

11          Q.    -- is that right?  Okay.  Good.

12              Okay.  If you turn to the next page, this page

13      is very difficult to read.  The -- the printout that you

14      were looking at, was -- was it similar in size, or

15      was -- was it much larger, or -- we're not sure if this

16      is a copy issue or if this is the way it printed out

17      or --

18          A.    Oh, I think it's the way it printed out.  A

19      copy issue.  I mean, I -- this is -- this is our

20      pipeline reporting package.

21          Q.    Really?  So -- so this was the size of what you

22      were looking at when you were -- whew.

23              MR. RUBENSTEIN:  They -- they have lots of --

24              MR. BRITTON:  Hard on the eyes.

25              MR. RUBENSTEIN:  -- magnifying glasses.

**4/21/2005  Minton, Jennifer 30(b)(6)**

1            THE WITNESS:  My eyesight was a lot better five

2    years ago.

3            MR. BRITTON:  Q.  Which -- which page

4    represents the conversion ratio?

5        A.  Page one.  Well, it's your page three, I guess.

6        Q.  Page?

7        A.  So the -- the five -- the one that says "page

8    one."

9        Q.  Right.

10       A.  I know it's kind of not intuitive, being that

11   the first page isn't titled page one.

12       Q.  Okay.  So over on -- on the right-hand side,

13   there where it's "Forecast Conversion Ratio," where it

14   says "Actual Conversion Ratio"?

15       A.  Yeah.  Would you like me to walk you through

16   this?

17       Q.  Yeah, if you could, I'd -- I'd appreciate it.

18       A.  Okay.

19           So during week two of fiscal '01, or Q3 of

20   fiscal '01, we are show --

21           THE REPORTER:  I'm sorry?  Week?

22           THE WITNESS:  Week two -- sorry -- of the third

23   quarter of fiscal '01, we show in the first column what

24   the pipeline is as of that point in time.  And the total

25   pipeline is about 2.9.

**4/21/2005  Minton, Jennifer 30(b)(6)**

```
 1              MR. BRITTON:  Q.  Okay.

 2         A.   In the next column, to the right -- to the

 3    right of that is the pipeline for the same period but in

 4    the prior year, so fiscal '00.  And the grand total of

 5    that pipeline was 1.9.

 6         Q.   Okay.

 7         A.   You have your "Variance" column in dollars, and

 8    you have your "Variance" column in percent, so you can

 9    see that in totality the pipeline growth was 52 percent.

10         Q.   Okay.

11         A.   Okay.  And that's what ties to the page that we

12    spoke about just a few moments ago.

13              Then you have your current quarter forecast as

14    submitted by the field in the next column, which is a

15    total of -- I believe it's 1.2 million.

16         Q.   Yeah.

17         A.   And then you have your forecast for the same --

18    no, sorry, not your forecast, but your actuals for the

19    third quarter of fiscal 2000 with the total of about

20    1.0 million.

21         Q.   Okay.

22         A.   Okay.  So then we are showing what the total

23    forecast of growth is, which is 22 percent, and then

24    we're showing what the Q3, FY '01 forecast conversion

25    ratio was, so in totality it was 42 percent.  So you get
```

**4/21/2005  Minton, Jennifer 30(b)(6)**

1    that number by taking the 1,029,196 which is the

2    actuals, as a percent of the 1,949,373.

3         Q.    Okay.

4         A.    Okay.  So that's your historical conversion

5    rate, 42 percent.

6         Q.    Okay.

7         A.    And then we're calculating -- oh, sorry, sorry.

8    I apologize.

9              That column, Q3 FY '01?

10        Q.    Uh-huh.

11        A.    That's your forecast conversion ratio, so it's

12   actually taking your forecast of 1,258-, the Q3 FY '01

13   forecast column --

14        Q.    Right.

15        A.    -- as a percent of the pipe for FY '01, which

16   is the 2.96 --

17        Q.    Okay.

18        A.    -- million.

19        Q.    Yes.  Okay.

20        A.    Okay.  So the current forecast conversion ratio

21   is 42 percent.

22        Q.    Okay.

23        A.    If you looked to the next column, that's

24   calculating your Q3 fiscal 2000 actual conversion ratio

25   which is taking your actuals for Q3, fiscal 2000 of

**4/21/2005  Minton, Jennifer 30(b)(6)**

1      1 million, and dividing that by the pipeline for the

2      same period of 1.9.

3           Q.   Okay.

4           A.   And that gives you a forecast conversion ratio

5      of 53 percent.

6                So if you multiply the historical conversion

7      ratio of 53 percent by the current quarter's pipeline of

8      2.961, the -- the estimated license revenues for the

9      current quarter would be 1.7 million.

10          Q.   Okay.

11          A.   If you take the 1.7 million versus the forecast

12     of 1.25 million --

13          Q.   Yeah.

14          A.   -- for Q3 FY '01, you come up with your

15     estimated upside of roughly 510 million.

16          Q.   Okay.  And that -- that upside is not the

17     upside you were talking about before, the -- the -- the

18     best estimate upside?  This isn't your upside

19     adjustment?

20          A.   This is -- this is our forecast pipeline

21     conversion ratio analysis.  I'm sure you are going to

22     show me shortly one of our upside reports.

23          Q.   Yes.

24          A.   And it's not necessarily a hundred percent

25     going to equal this number.

**4/21/2005  Minton, Jennifer 30(b)(6)**

1      Q.   Okay.

2      A.   In fact, I would beg to differ that it ever

3   would.

4      Q.   Okay.

5      A.   Because, you know, they're -- they're round --

6   they're rounded.

7           The one -- the one thing that's really

8   interesting to note is that you could take -- you could

9   look at a geography, let's say Germany, and, you know,

10   if you were to apply their historical ratio, you may

11   come up with a number and they may not get that number.

12   They may not hit it at the end of the day.

13           But, you know, historically speaking, when you

14   looked at it in totality, we -- these were fairly

15   predictive tests of what the total consolidated license

16   revenue growth was going to be.

17      Q.   Okay.

18      A.   But we would not just throw this number in --

19   in the upside analysis --

20      Q.   Uh-huh.

21      A.   -- without also validating it by knowing that

22   there were large deals in the pipeline that weren't

23   forecasted by, you know, getting additional information

24   that made us comfortable with how we arrived at our

25   upside numbers.  It was more of an art than a science.

**4/21/2005  Minton, Jennifer 30(b)(6)**

1      Q.   Okay.  Okay.  And then the last column,

2    "Potential Growth With Upside."

3      A.   Right.  That would say, assuming that the

4    historical conversion rate if applied to the current

5    pipeline, if that came true, that we would have a -- I

6    think that says 70 percent growth and -- is that 70, or

7    is that 30?

8      Q.   Looks like 70 to me.

9           MR. RUBENSTEIN:  Yeah, looks like 70.

10          THE WITNESS:  Doesn't quite look right to me.

11          MR. BRITTON:  Q.  Which two columns are giving

12   you this percentage here, whatever it is?

13     A.   This would be taking the one million seven.

14     Q.   Yeah.

15     A.   And it should be dividing it as a percent of

16   the one point -- of the actuals in the prior year, so it

17   is right.  Of 1 -- of 1,029,196 --

18     Q.   Oh, okay.

19     A.   -- to get to the 70 percent.

20     Q.   Okay.  Very good.  Thank you.

21          Now, the -- the copy that you were working off

22   of that was this size, was it clearer to read than this;

23   so if we got a better copy machine, would we be able to

24   see these numbers better?

25     A.   I don't know if this is an issue as to how it

**4/21/2005  Minton, Jennifer 30(b)(6)**

```
1    was printed out, but like this page I can tell you it

2    looked exactly like that.

3         Q.   Really?

4         A.   It really did.

5         Q.   Okay.  And then this footnote at the bottom,

6    one, what is that?

7         A.   Regional estimated upside based upon the sum of

8    the calculated upside for each component country.

9         Q.   So what does that mean?

10        A.   Well, as an example, EMEA would have different

11   regions, so the Nordics is an example.  We would take

12   the sum of -- we would -- instead of looking at it on a

13   country-by-country basis, we would look at it as a

14   regional basis.

15        Q.   That makes sense.

16             Okay.  If you take a look at page four of the

17   document itself, which I think is -- it's the page that

18   ends with 24459.

19        A.   Of -- of 15, of Exhibit 15?

20        Q.   Yeah, Exhibit 15.  It's the one with the graphs

21   and charts.

22             How would you use -- withdrawn.

23             What is this information depicting?

24        A.   This is only graphically showing the license

25   pipeline mix and total and what it is as a percent of
```

**4/21/2005  Minton, Jennifer 30(b)(6)**

```
1    the total globe.

2         Q.   Okay.  Okay.  We'll put that document aside.

3              And I don't think -- actually think I have any

4    questions for Exhibit 16.

5              But I do have one before you put that away; I

6    have one question.

7         A.   For 16 or 15?

8         Q.   For 15.

9         A.   Okay.

10        Q.   The third to the last page, 462, can you tell

11   me what this says?

12             THE WITNESS:  I'm sorry, I don't know which

13   page he's referring to.

14             MR. BRITTON:  Q.  Ends with 462.

15             MR. RUBENSTEIN:  I knew you were going to go

16   there.

17             THE WITNESS:  Can I just see yours?

18             MR. RUBENSTEIN:  Okay.

19             THE WITNESS:  Yeah.  I know what this is.

20   Would you like me to tell you?

21             MR. BRITTON:  Q.  Yeah.  Can you explain what

22   it is?

23        A.   It's just the same license pipeline trending

24   that you saw for the Americas, but for the regions

25   within Europe, as well as for Japan and Asia Pacific and
```

**4/21/2005  Minton, Jennifer 30(b)(6)**

1     the total company.

2          Q.   Okay.  Now, in OFA, to access this document

3     electronically --

4          A.   I need to correct you.

5          Q.   Okay.

6          A.   This document was prepared in Excel.

7          Q.   It was prepared in Excel, okay.  So if --

8          A.   The numbers were -- were --

9          Q.   Derived.

10         A.   -- obtained from OFA.

11         Q.   Okay.  So if we -- if we were to have this

12    document electronically, we would be able to see the

13    sale calculations like you would in a normal Excel

14    spreadsheet?

15         A.   That would be correct.

16         Q.   Very good.

17              Okay.  You can put those documents aside.

18         A.   If it helps you, I pretty much focused only on

19    page two of this document.

20         Q.   Page two?

21         A.   As numbered on the document.

22         Q.   All right.  Then take a look --

23         A.   That's my paperclip.  That's okay.

24         Q.   Now, the -- that invites another question.

25              What's the diff- -- what's the difference

1    between page one and page two?

2         A.   It's just looking at the tech versus APS.

3         Q.   Oh, okay.  And why were you focused on the tech

4    as opposed to the APS?

5         A.   I wasn't.  It was page one.

6         Q.   Oh, page one.  Okay.  As long as we're --

7         A.   Which is really page two.  See, the pages just

8    were not really numbered intuitively.

9         Q.   Okay.  Okay.

10        A.   Would you not agree?

11        Q.   Okay.  All right.

12             MR. RUBENSTEIN:  Just so the record is clear,

13   it's the page that ends -- it's 024456.

14             MR. BRITTON:  Q.  When -- when you were looking

15   at the conversion rates and the pipeline for your

16   forecasts, did you do any analysis of what deals were

17   closed in the pipeline versus what deals were still open

18   but could possibly close in the pipeline, or did you

19   just do a straight calculation?

20        A.   I'm sorry, I don't understand your question.

21        Q.   For example, say for example in the third

22   quarter --

23        A.   Right.

24        Q.   -- you had a hundred million dollars in

25   pipeline.

**4/21/2005  Minton, Jennifer 30(b)(6)**

1        A.    Uhm-hum.

2        Q.    And your conversion ratio was 50 percent.  Did

3    you calculate the 50 percent of a hundred million and

4    come up with the 50 million?  Did you analyze closed

5    deals versus potentially closed deals?

6        A.    I looked at the total forecast and the total

7    pipeline, and I would apply historical conversion ratios

8    to the total pipeline, compare that to the forecast for

9    the full quarter, and derive an upside adjustment.

10        Q.    Okay.

11            (Whereupon, Plaintiffs' Exhibit 17 was

12            marked for identification.)

13            THE WITNESS:  I want to clarify my comment.

14            MR. BRITTON:  Sure.

15            THE WITNESS:  I would not necessarily derive an

16    upside adjustment, but I would have another data point

17    that would help me determine what my potential upside

18    would be.  These are not directly taken and then put

19    into the upside column in the upside reports.

20            MR. BRITTON:  Q.  Right, okay.

21            Okay.  The court reporter has placed in you --

22    in front of you what's been marked as Plaintiffs'

23    Exhibit 17.  Take a moment to look at this --

24            For the record, Exhibit 17 starts with Bates

25    42297 and ends at 42356.

**4/21/2005  Minton, Jennifer 30(b)(6)**

1        Q.   Have you had an opportunity to look at

2   Exhibit 17?

3        A.   I have.

4        Q.   Do you recognize it?

5        A.   Yes, I do.

6        Q.   And what is Exhibit 17?

7        A.   It is a listing of large deals that are in the

8   pipeline, segmented by size --

9        Q.   Okay.

10       A.   -- segmented by commit versus upside, i.e., not

11   in the forecast, and segmented by NAS versus OSI versus

12   OPI.

13            THE REPORTER:  And submitted?

14            THE WITNESS:  And segmented by --

15            THE REPORTER:  Oh.

16            THE WITNESS:  -- NAS, OSI, OPI.

17            MR. RUBENSTEIN:  Again, let me object to the

18   extent that the document appears to be dated in 2002, at

19   the very bottom --

20            MR. BRITTON:  Yeah.

21            MR. RUBENSTEIN:  -- middle of the first page.

22   So I just want to make sure that --

23            MR. BRITTON:  Yeah, I'm just trying to find out

24   what the document is.

25            MR. RUBENSTEIN:  Okay.

```
1              MR. BRITTON:  Q.  When you said the upside is

2    not --

3              THE WITNESS:  Can I have a second, please.

4              MR. BRITTON:  Yes, yes.

5                  (Off-the-record discussion between witness

6                  and counsel.)

7              MR. BRITTON:  Q.  Okay.  Just one clarifying

8    point, I think, to your comment.

9              Up in the -- the left-hand column, it says,

10   "Q3, Week Six," but the -- it looks like this is dated

11   either June or August of 2002?

12       A.   Where do you find that?

13       Q.   All the way at the bottom where the dates --

14       A.   Oh, eight, August.  Is that eight, four.

15       Q.   It looks like 8/4 to me.  I was wondering,

16   since -- since Q3 is not in August, I am wondering if

17   this is a printing issue as opposed to an actual --

18       A.   I actually don't believe that this report was

19   generated during the relevant period.

20       Q.   It was not?

21       A.   I don't believe so.

22       Q.   Okay.  Okay.  Were there any reports similar to

23   this generated during the relevant period?  And what I

24   mean by that is, deals broken down by size and by

25   customer and comment.
```

**4/21/2005  Minton, Jennifer 30(b)(6)**

```
1          A.    There were -- there were reports that

2     generated -- that were generated that were maintained in

3     Excel that summarized the large deals, as well as the

4     upside deals that were not in the forecast.

5          Q.    Okay.  And did you have access to those

6     reports?

7          A.    Those were compiled and reviewed in connection

8     with the Americas forecast call.

9          Q.    Okay.  The Americas forecast call?

10         A.    On the Thursday.

11         Q.    On the Thursday, okay.

12               Did you have those documents in your hands on

13    those calls?

14         A.    Those documents were provided to us, yes.

15         Q.    Okay.

16         A.    So that we could look at them as we're going

17    through the forecast call.

18         Q.    Okay.  And see what deals were pending --

19         A.    Right.

20         Q.    Okay.  Did those forecasts have the comments

21    column like this one does here?

22         A.    Not -- not -- they may have had some comments,

23    so I believe that this is not a report that was

24    generated --

25         Q.    Right.
```

**4/21/2005  Minton, Jennifer 30(b)(6)**

1      A.    -- during the relevant period, and the reason

2    why I'm stating that is that I believe that this was a

3    report that we started to generate that was downloaded

4    from OSO.

5      Q.    Okay.   Okay.

6            Now, the reports that were similar or had in --

7    information like this in them that were used on those

8    Thursday calls, how -- how would you use the information

9    in those documents in your forecasting of the upside?

10     A.    Those reports basically had -- we tried to get

11   the -- the three guys to sort of standardize so that we

12   didn't have three different types of reports, but

13   effectively what we were looking for was, give us a

14   listing of your -- your big deals and, you know, is it

15   in the forecast, is it not, and what is the likelihood,

16   you know, some comments or something with regards to it.

17     Q.    Uh-huh.   And then how would you use that

18   information?   Would you take that information and then

19   talk to your financial person, your financial analyst

20   and then make a decision based upon --

21     A.    Again, during the forecast calls, we would

22   review the large deals that were committed to, find out

23   the status of those, determine if there was any need for

24   executive help to help close a deal during a quarter.

25           We would also talk about the upside deals what

**4/21/2005  Minton, Jennifer 30(b)(6)**

```
1    it would take in order to, you know, convert them into

2    revenue in the current quarter.  Again, what executive

3    sponsorship could be leveraged.  So, you know, they --

4    they are all trying to attempt to get to the same thing.

5    This just happened to have more detail.

6         Q.   Right.  Okay.

7              You can put that document aside.

8              The -- the mega deals that you referenced

9    earlier, what -- what dollar amounts were those?  Could

10   you categorize it as anything above X?

11        A.   My personal definition would be any deal that's

12   $10 million or greater.

13        Q.   $10 million, okay.

14             Was that a uniform definition, through --

15   throughout of the division?

16        A.   No.

17        Q.   Can you bring back this exhibit, Exhibit 17.

18             To -- if you look three columns from the right,

19   three columns over, it says, "Status Code."

20             What is that column referring to?

21        A.   I honestly don't recall.

22        Q.   Did you use anything similar to that during the

23   relevant period?

24        A.   No.

25        Q.   No, okay.
```

**4/21/2005  Minton, Jennifer 30(b)(6)**

```
 1        A.   Not that I know of, because I don't know what
 2   this is.
 3              (Whereupon, Plaintiffs' Exhibit 18 was
 4              marked for identification.)
 5        MR. BRITTON:  Q.   The court reporter has placed
 6   in front of you what's been marked as Exhibit 18.
 7        For the record, Exhibit 18 starts with Bates
 8   025049 and ends at 025067.
 9        Can you take a quick look and let me know if
10   you recognize these documents.
11        A.   Yes, I do.
12        Q.   Okay.  It appears to me that this is and
13   accumulation of a number of different e-mails; is that
14   fair?
15        A.   It is up through 025054.  Which number am I
16   supposed to be going off, the MDCA or the CA?
17        Q.   Yes --
18        A.   So up to that point, it is.
19        Q.   Okay.
20        A.   And I don't know how this enters into this next
21   one, 02055.
22        Q.   Right.
23        A.   I don't know how it commits in this bucket
24   [sic].
25        Q.   Okay.
```

**4/21/2005  Minton, Jennifer 30(b)(6)**

```
1        A.   But then the remaining are -- the remaining are
2   the same e-mails.  So these are the flash reports that
3   we get towards the end of the quarter from Lauren Mahon.
4        Q.   Okay.  Now, when you -- when you said the
5   remainder, if you look at 25058 through 061 --
6        A.   No, 25056.
7        Q.   I have more than --
8             What -- what page does yours end?
9        A.   So there's just one --
10            MR. RUBENSTEIN:  Mine ends with 67.
11            MR. BRITTON:  Right.
12            THE WITNESS:  So there's just one page, 025055.
13            MR. BRITTON:  Q.  Right.
14       A.   That is not the same --
15       Q.   Not the same.
16       A.   -- as 025056 through --
17            MR. RUBENSTEIN:  What about 58 and 59?
18            MR. BRITTON:  Look at 58 through 61.
19            MR. RUBENSTEIN:  Through 61, right.
20            THE WITNESS:  No, those aren't either.
21            MR. RUBENSTEIN:  Okay.
22            MR. BRITTON:  Q.  So these --
23       A.   Those -- those -- I have no idea why -- why
24   025058 would be in the stack, or 02059.
25            MR. BRITTON:  Q.  Okay.  So let's focus on
```

**4/21/2005  Minton, Jennifer 30(b)(6)**

```
 1    the -- on the pages --

 2         A.   Or 025060 --

 3         Q.   Or 61.

 4         A.   -- or 025061.

 5         Q.   Let's focus on the pages that talk about the

 6    big deal status.  Do you recognize --

 7         A.   Big deal updates, yes.

 8         Q.   Big deal updates.  You recognize these?

 9         A.   Absolutely.

10         Q.   You referred to this as a flash report?

11         A.   This is the big -- this is the big deal update

12    report.

13         Q.   Okay.  And how often were these prepared?

14         A.   They were prepared like in the last week or so

15    of the quarter.  I have it here, if you can give me just

16    a minute so I can get back.

17              They were prepared essentially starting

18    somewhere around the last week of the quarter.

19         Q.   They'd be prepared daily?

20         A.   Yes, that's correct.

21         Q.   Okay.  Now, this -- this top e-mail talks about

22    this report only dealing with deals above $500,000,

23    unlike OSO, which includes all deals.

24              Does this refresh your memory on whether Oracle

25    was using OSO prior to the upgrade to 11i in December?
```

**4/21/2005  Minton, Jennifer 30(b)(6)**

1        A.    Again, I believe that OSO was used -- I don't

2    know when OSO was implemented.  I do believe that one of

3    the sales divisions used it first so that they could

4    help development to find additional features and

5    functionality.  This has nothing to do with OSO.

6        Q.    Right, right, right.  This was -- okay.

7              What -- what program did Ms. Maha -- Mahon use

8    to -- to create these flash reports?

9        A.    She used a report that was called Approvals

10   2000 Report.

11       Q.    Approvals 2000.

12             So is it fair to say that this is a subset of

13   the Approvals 2000 Report?

14       A.    It is a summary.

15       Q.    Summary of it, okay.

16             Who is Lauren Mahon?

17       A.    Lauren Mahon is currently my vice president

18   responsible for North America finance operations.

19       Q.    Okay.  And what was her position during the

20   relevant period?

21       A.    I do not recall what position.  She clearly had

22   responsibilities still, as she does today, for the

23   contract administration group.

24             So just to clarify, sometime between this

25   period in question, November 2000 and today, I have

1    moved additional folks underneath her, so Sarah Kopp,

2    who used to report directly to me, now reports to

3    Lauren.

4         Q.   Okay.  How would you use the information that

5    is contained in these big deal status reports in your

6    forecasting for the upside adjustments?

7         A.   I didn't.

8         Q.   You didn't use them at all?

9         A.   No.

10        Q.   Okay.  Then what was the purpose of receiving

11   this information?

12        A.   What this report shows is the number of -- so

13   pipeline deals are -- I want to clarify from pipeline

14   versus contracts pipeline.

15             This represents a summary of deals in the

16   license pipeline that are actually being worked on by

17   the contracts admin organization, okay.

18             So if you refer to the second page, it says,

19   "Pipeline deals are deals where contracts are received

20   in approval form, a quote, or a contract draft has been

21   prepared, and the sales rep has indicated that the deal

22   still may close in November."

23             Okay?

24        Q.   Okay.

25        A.   So these are what I would call live deals.

**4/21/2005  Minton, Jennifer 30(b)(6)**

1    They're in the hopper.

2         Q.    Okay.  So there is a chance that it may not

3    close.

4         A.    There is a chance that it may not close, but

5    unlike, you know, unlike the sales pipeline that we have

6    been talking about before --

7         Q.    Uh-huh.

8         A.    -- these are deals where they've gotten so far

9    along in the sales process that they have actually begun

10   contract negotiations.

11        Q.    Okay.  So it's contract negotiations, not

12   contracts processing once a deal is signed; is that

13   right?  I'm trying to figure out at what point in time

14   they are still negotiating the contract, or the contract

15   has been negotiated, but there's still more left to be

16   done to get the deal closed.

17        A.    Well, closed deals are where they have received

18   the paperwork from the customer --

19        Q.    Uh-huh.

20        A.    -- and they are a hundred percent complete.

21        Q.    Okay.

22        A.    Whereas, the pipeline deals are contracts that

23   are still being worked on.

24        Q.    Okay.

25        A.    And I should also inform you that this is only

4/21/2005  Minton, Jennifer 30(b)(6)

```
1     reporting on deals in the contracts queue for the
2     United States.
3          Q.    What do you mean by "contracts queue"?
4          A.    The contracts -- contracts that they're working
5     on.
6          Q.    Okay.
7          A.    She was America's revenue management
8     services -- he just pointed out -- at the time.  Lauren.
9               MR. RUBENSTEIN:  If you look on page two.
10              MR. BRITTON:  Oh, very nice.
11              THE WITNESS:  So she was in charge of contracts
12    OMS.
13              MR. BRITTON:  Q.  Okay.
14         A.    Order entry.
15               People move around a lot.
16         Q.    Okay.  Put that the aside.
17               (Whereupon, Plaintiffs' Exhibit 19 was
18                marked for identification.)
19              MR. BRITTON:  Q.  The court reporter has placed
20    in front of you what's been marked as Minton Exhibit 19.
21               For the record --
22              MR. RUBENSTEIN:  Ours is 20, I believe.
23              THE REPORTER:  Oh -- I have 19.
24              MR. BRITTON:  We have 19.
25              MR. RUBENSTEIN:  I stand corrected.
```

1              MR. BRITTON:  Q.  Okay.  Exhibit 19 starts with

2      Bates 016193 through 240.

3              Have you had a chance to look at Exhibit 19?

4      A.   Um.

5      Q.   Still looking?

6      A.   Yeah.

7      Q.   Have you had an opportunity to look at

8      Exhibit 19?

9      A.   Yes, I have.

10     Q.   And do you recognize it?

11     A.   I recognize what it is.

12     Q.   Okay.  And how do you recognize what it is?

13     A.   Well, remember I told you that there were three

14     divisions --

15     Q.   Uh-huh.

16     A.   -- within the North America, the three

17     different finance people supporting them?

18     Q.   Right.

19     A.   And they all had their own different types of

20     management reporting packages and forecast reporting

21     packages?

22             This appears to me to be the OPI reporting

23     package that would have been prepared, more likely than

24     not, by Jim English for Sandy Sanderson's benefit.

25     Q.   Did you -- do you recall receiving a report

**4/21/2005  Minton, Jennifer 30(b)(6)**

1    like this during the relevant period?

2        A.    I don't recall receiving a report like this.  I

3    recall receiving subsets of information like deals,

4    summary of, you know, opportunities.

5        Q.    Okay.

6        A.    You know, these guys may have sent me their

7    packages, but it doesn't mean that I necessarily opened

8    them up.  Because we took their forecast and created our

9    own Americas reporting package, and that's what I would

10   primarily focus on.

11       Q.    Well, let me see if -- if you recognize some of

12   these pages.

13            Can you turn to the page that ends with 216.

14            Do you recognize this page?

15       A.    No.

16       Q.    No.

17            Have you ever seen a worst, most likely, best

18   category --

19            THE REPORTER:  I'm sorry.  A what?

20            MR. BRITTON:  Q.  Worst, most likely, best way

21   of categorizing or classifying deals?

22       A.    Forecasts, yes.

23       Q.    Okay.

24       A.    Yes.

25       Q.    One of those -- were those -- did -- did each

**4/21/2005  Minton, Jennifer 30(b)(6)**

1     business unit OPI, OSI, and NAS, did each one break out

2     their deals in that way, worse, most likely, and best?

3         A.    Not their deals, but their forecasts.

4         Q.    Their forecasts, okay.

5               And they each did it the same way?

6         A.    No.

7         Q.    Or the same classification?

8         A.    There was the same categorization, but the

9     methodology that they used to get there, I'm sure

10    varied.

11        Q.    Okay.  Do you know the methodology that OPI

12    applied to get to the most or the worst, most likely,

13    and best forecasts?

14        A.    No, I do not.

15        Q.    If you look to the fifth column over, on the

16    far -- starting underneath the "Total License Revenue"?

17        A.    The "Forecast Excluding Judgment"?

18        Q.    Yeah.  What is that referring to, if you know?

19              MR. RUBENSTEIN:  I'll just object on foundation

20    grounds.

21              You can go ahead and answer, if you can.

22              THE WITNESS:  Mathematically, you can compute

23    what it is.  Their -- their forecast is 150.

24              MR. BRITTON:  Q.  Right.

25        A.    The management judgment is four, so the

1    forecast excluding management judgment is 146.

2        Q.    Okay.  So now for purposes of the process,

3    management judgment, does that refer to some sort of

4    judgment that was applied at the division level?

5        A.    It could have been at the division level, or it

6    could have been at the regional level that made up the

7    whole division.

8        Q.    Okay.

9        A.    And I state that because you can see that there

10   are different amounts within the east field, the east

11   ISD, the central field, the central ISD.

12           THE REPORTER:  I'm sorry.  You said "east

13   field"?

14           THE WITNESS:  The east field, the east ISD, the

15   central field, the central ISD.

16           MR. BRITTON:  Q.  And if you look over to the

17   far right, it talks about head count.

18       A.    Uh-huh.

19       Q.    And did head count have a definition in Oracle,

20   other than employees?

21           Is it a number of employees that were in the

22   division?

23       A.    That's what head count is.

24       Q.    How did this factor into your forecast for the

25   upside, if at all?

**4/21/2005  Minton, Jennifer 30(b)(6)**

1        A.    The head count?

2        Q.    Yeah.

3        A.    It didn't factor into it at all.  That was on

4    the upside on revenue.

5              THE REPORTER:  I'm sorry?

6              THE WITNESS:  The upside on revenue, it did not

7    factor into it at all.  If there were any planned

8    reductions in force that I became aware of, then

9    obviously I would take that into consideration in an

10   expense forecast, if it was not already forecasted.

11             MR. BRITTON:  Q.  Okay.  And if you look at

12   page -- the page that ends with 221, if you look at "Q3

13   '01 Close Deals"?

14       A.    Uhm-hum.

15       Q.    Under "January," it has zeros down there.

16             Did you, in your -- in your forecasting

17   process, did you consider information such as this, no

18   deals closed in January, for purposes of making your

19   upside adjustments?

20       A.    No.  I always looked at the total quarter

21   forecast, not the monthly forecast.

22       Q.    Can you turn to the page that ends with 232.

23             Are you familiar with this page?

24       A.    Yes.  This is similar to the reports that I

25   told you before that would be submitted to corporate in

**4/21/2005  Minton, Jennifer 30(b)(6)**

1    preparation of the Americas forecast call.

2        Q.   Okay.  So when you were talking about you would

3    receive pieces of information in this report, this is

4    one of the pages you were talking about?

5        A.   I'm not sure if it's exactly this page or

6    another page that's similar.

7        Q.   Okay.

8        A.   But it's -- it's similar in content, let's put

9    it that way.

10       Q.   Okay.  If you look at this page, about midway

11   over there is a "win-probability percentage"?

12       A.   Uhm-hum.

13       Q.   And then there is different numbers, 60, 110,

14   do you know what that column is referring to?

15       A.   Yeah.  They had a -- there would be a

16   win-probability percentage that was applied to the

17   deals, so some people had different forecasting

18   methodologies at the divisional business unit level.

19   Some would forecast deal by deal, and that would make up

20   their forecast.  Others would take the portfolio of the

21   opportunities based on a weighted average to come up

22   with their forecast.

23       Q.   Okay.  And that's what this is doing here?

24       A.   I think that these percentages here would have

25   been one way of looking at the forecast, yes.

**4/21/2005  Minton, Jennifer 30(b)(6)**

1      Q.    Okay.  Do you know what these numbers represent

2  for OPI?

3      A.    The win-probability percentage.

4      Q.    And do you know how they -- they categorized

5  it, what -- what would fall within a 10 versus a 40

6  versus a 60?  Do you know how it broke down?

7      A.    I do not know if there were any line-item

8  categorizations associated with the percentages that

9  were picked.

10      Q.    Okay.

11      A.    I -- I would assume that a hundred percent

12  means that they were damn certain that they were going

13  to close the deal.

14      Q.    Right.

15      A.    10 percent didn't --

16      Q.    10 percent --

17      A.    -- give me too much comfort, yeah.

18      Q.    Okay.  Did OSI employ a similar win-probability

19  percentage system?

20      A.    I think that all of them would look at their

21  pipeline in both -- I shouldn't say that, because I know

22  that some of them never looked at it deal by deal, so

23  win probability was used amongst most of the

24  organizations, if not all, as one way of looking at it.

25  They could have also looked at it on a deal by deal

**4/21/2005  Minton, Jennifer 30(b)(6)**

1    basis and sort of weighted the two together to come up

2    with what they thought was the right forecast commit

3    number.

4        Q.    Okay.  Now, if a -- let's take for example the

5    fourth line down, the ten, just because it's easy for my

6    math skills.

7        A.    Right.

8        Q.    If -- if I had a deal that I valued at

9    60 million, let's say $60 million, and I had the win

10   probability of ten, do you know how the OPI division,

11   that deal, would be reflected in the pipeline?

12       A.    The total opportunity would be reflected in the

13   pipeline.

14       Q.    In the pipeline.

15             So this -- the full 60 million would be

16   reflected in the pipeline?

17       A.    I thought it was a hundred million.

18       Q.    I thought I said 60-, but let's go with a

19   hundred million.

20             MR. RUBENSTEIN:  Actually, I think the question

21   was 60 million.  But do you want to rephrase the

22   question, just so --

23             MR. BRITTON:  Yeah, let's -- let's rephrase it.

24             MR. RUBENSTEIN:  -- we're sure?

25             MR. BRITTON:  Q.  If I had a deal, a possible

**4/21/2005  Minton, Jennifer 30(b)(6)**

1    deal worth $60 million --

2         A.   Uh-huh.

3         Q.   -- and I assigned a win-probability percentage

4    to it of ten, how would the value of that deal be

5    reflected in the pipeline?

6         A.   At 60 million.

7         Q.   60 million.

8              Did you look at these win-probability

9    percentages for purposes of doing your upside

10   adjustment?

11        A.   No, I did not.

12        Q.   Was the -- was this document -- withdrawn.

13             Was the -- the page that we just looked at with

14   the customers and the win-probability percentages, was

15   that available online, to your knowledge, either

16   through --

17        A.   I don't --

18        Q.   -- OSO or any other...

19        A.   I don't know if OPI was using OSO at that time.

20        Q.   Okay.  You can put that document aside.

21             (Whereupon, Plaintiffs' Exhibit 20 was

22              marked for identification.)

23        MR. BRITTON:  Q.  Okay.  I placed in front of

24   you what's been marked as Minton Exhibit 20.  Will you

25   take a moment to look at this exhibit.

**4/21/2005  Minton, Jennifer 30(b)(6)**

1              Minton Exhibit 20 starts with Bates 039153 and

2    ends with Bates 039178.

3         Q.    Have you had a chance to look at Exhibit 20?

4         A.    Uh-huh.  Yes.

5         Q.    Do you recognize it?

6         A.    Again, I'm not certain if I ever received

7    copies of this.  They -- they may have been sent to me,

8    but this is no different than the other one.  Looks to

9    be like their weekly forecast package for OPI.

10        Q.    Okay.

11        A.    And, again, this one would have been prepared

12   by Jim English.

13        Q.    Jim English.

14              Now, where would a packet like this be used, on

15   the Thursday call?

16        A.    No.

17        Q.    Then where would a packet -- this packet be

18   used?

19        A.    Do you remember I told you earlier this morning

20   that the divisions would have their own weekly forecast

21   calls?

22        Q.    Yes.

23        A.    Generally, they were held on Mondays?

24        Q.    On Mondays.

25        A.    Although some could have had them on Fridays.

**4/21/2005  Minton, Jennifer 30(b)(6)**

1            And so this package would be distributed in

2    advance of those calls to the OPI area VPs, as an

3    example.

4        Q.    I may have asked you this, but I don't

5    remember.  Did you sit in on any of those meetings?

6        A.    No.  I sat in on the EC meetings and on the

7    Americas forecast call on Thursday afternoons.

8        Q.    Okay.  Okay.  You can put that aside.

9            THE REPORTER:  How did you say EC meetings,

10   ECE?

11           THE WITNESS:  EC -- or the EC meetings,

12   executive committee, or EMC, executive management

13   committee; they're -- I use them interchangeably.

14           THE REPORTER:  Oh.  And now my computer froze.

15   I just need -- can I take a second?

16           MR. BRITTON:  Why -- want to take a short

17   break?

18           MR. RUBENSTEIN:  Guess we have to.

19           THE VIDEOGRAPHER:  I'm almost at the end of the

20   tape, so I wanted to --

21           MR. BRITTON:  Change the tape, yeah.

22           THE VIDEOGRAPHER:  -- change tapes.

23           Okay.  In the deposition of Jennifer Minton,

24   this marks the end of Tape 3, Volume I.  Going off the

25   record.  The time is 4:14.

**4/21/2005  Minton, Jennifer 30(b)(6)**

1          (Recess taken.)

2          (Whereupon, Plaintiffs' Exhibit 21 was

3          marked for identification.)

4      THE VIDEOGRAPHER:  In the dep- -- deposition of

5  Jennifer Minton, this marks the beginning of Tape 4,

6  Volume I.  Going on the record.  The time is 4:27.

7      MR. BRITTON:  Q.  Okay.  The court reporter has

8  placed in front of you what's been marked as Plaintiffs'

9  Exhibit or Minton Exhibit 21.  Take a moment to flip

10  through this.

11          My only question is going to be whether you

12  recognize it; and if so, what is it.

13      A.  Yes, I do recognize it.  It's our product

14  revenue report, which --

15      THE VIDEOGRAPHER:  Excuse me, you don't have

16  your microphone on.  It's there, right there by the

17  water bottle.

18      THE WITNESS:  Sorry about that.

19      MR. BRITTON:  Q.  Before you start testifying,

20  Exhibit 21 starts with Bates 24411 and ends at 24429.

21          Okay.

22      A.  This is our product revenue report that we

23  produced on a quarterly basis.

24      Q.  Okay.  And is it used in connection with

25  forecasting?

**4/21/2005  Minton, Jennifer 30(b)(6)**

1       A.    Absolutely not.

2       Q.    It isn't?

3       A.    Absolutely not.

4       Q.    Absolutely not, okay.

5             We'll put that document aside.

6             (Whereupon, Plaintiffs' Exhibit 22 was

7             marked for identification.)

8             MR. BRITTON:   Q.   Okay.   The court reporter has

9       placed in front of you what's been marked as Minton

10      Exhibit 22.   Take a moment to look at this exhibit.

11      A.    I am familiar with it.

12      Q.    What's that?

13      A.    I -- I understand what it is.

14      Q.    Do you?   Yeah, let me identify it real quick.

15            For the record, Exhibit 22 starts with Bates

16      41923 and ends at 41939.

17            What is this report?

18      A.    As I testified earlier, when we were talking

19      about the e-mail notes that Lauren Mahon would send out

20      in the last week or so of the quarter of the big deal

21      update reports --

22      Q.    Uh-huh.

23      A.    -- this report was used to generate those

24      e-mail notes.   This report essentially is used by the

25      contracts organization in the United States to track the

**4/21/2005  Minton, Jennifer 30(b)(6)**

```
 1    status of the contracts that they are working on during

 2    the course of the quarter.

 3        Q.   Okay.  You use this report for purposes of your

 4    forecasting?

 5        A.   Absolutely not.

 6        Q.   Okay.  Put that document aside.

 7             (Whereupon, Plaintiffs' Exhibit 23 was

 8             marked for identification.)

 9             MR. BRITTON:  Q.  Okay.  We have placed in

10    front of you what's been marked as Minton Exhibit 23.

11    Take a moment to review this exhibit.

12             And Exhibit 23 starts at 039448 and ends at

13    039477.

14        A.   Okay.

15        Q.   Do you recognize this exhibit?

16        A.   I may have seen a copy of this exhibit, but I

17    would not have used it.  This exhibit is the divisional

18    reporting package for OSI, similar to the divisional

19    reporting package that we talked about a few moments ago

20    for OPI.

21        Q.   Okay.  And where would this document be used in

22    the process?

23        A.   This document would be distributed to the area

24    VPs reporting to Jay Nussbaum so that they could discuss

25    the forecast, I am assuming, in their weekly forecast
```

**4/21/2005  Minton, Jennifer 30(b)(6)**

1    calls.

2         Q.    On the Monday calls?  Or on Fridays?

3         A.    Or -- or whatever day they had them, yes.

4         Q.    Right.

5         A.    Some had them on Mondays; some had them on

6    Tuesdays; some had them, I think, on Fridays.

7         Q.    Okay.  Now, was there a -- a final version or

8    another version that OSI prepared after this that they

9    would use to put the information into OFA, or how did

10   that work -- from -- from the -- withdrawn.

11        From the Monday calls to the time that the

12   information went up into OFA, what happened in OSI?

13        A.    Let me step back for a moment, if I may.

14        The forecasts were due to be submitted into the

15   OFA system on, I believe, Wednesday evening.  And we

16   would solve the forecasts and prepare the upside report

17   for the EC meetings on Thursday.  It would take a while

18   to solve, since you are converting local currency into

19   constant U.S. dollars.

20        We would prepare the package.  I would look at

21   it on Friday, generally speaking; sometimes I would look

22   at it on Monday morning, make any adjustments to the

23   upside analysis before it was presented to Jeff Henley,

24   our CFO at the time, during the relevant period, and

25   before being presented to the executive management

1    committee.

2           So going back to your question, if you could

3    rephrase it, I would appreciate it.

4       Q.   I was wondering if there was a subsequent

5    report prepared by -- withdrawn -- a subsequent forecast

6    prepared by OSI between the time of their Monday call

7    and the time that the information finally made its way

8    into OFA?

9       A.   So, again, as I just described the process, the

10   forecast submissions needed to get in by Wednesday.

11      Q.   Right.

12      A.   Right?

13      Q.   Right.

14      A.   And then the following week comes along, they

15   have their forecast meeting, my forecast that I'm done

16   using to create my EC upside reports is still; and so if

17   their forecast changed, I would learn about it during

18   the course of the EC meeting or through notification by

19   one of my directs that the forecast was changing --

20      Q.   Okay.

21      A.   -- so that I could change my upside numbers to

22   reflect any changes that may have taken place in the

23   submitted forecasts by the field.

24      Q.   Okay.  All right.  You can put that document

25   aside.

**4/21/2005  Minton, Jennifer 30(b)(6)**

1               (Whereupon, Plaintiffs' Exhibit 24 was

2                  marked for identification.)

3          MR. BRITTON:  Q.  Okay.  I placed in front of

4     you what's been marked as Minton Exhibit 24.  Will you

5     take a moment to review this exhibit.

6               For the record, Exhibit 24 starts with 039819

7     and ends at 039850.

8          A.   I am familiar with this report.

9          Q.   You are?

10              And what is this report?

11         A.   This is the upside reports that I would be

12    involved in reviewing and providing input to the upside

13    amounts, and that was also presented to the EC's -- EC

14    meeting on Monday.

15         Q.   Monday.

16         A.   Or to certain members of the EC on Monday.

17         Q.   And you prepared this every other week the

18    first two months of the quarter, and then once a week --

19         A.   My staff would prepare the reports every

20    forecast period, which was every two -- every other week

21    in the first two months of the quarter and every week in

22    the third month of the quarter.  If we had an EC meeting

23    during a nonforecast week period, we would reissue the

24    prior report but reflect any changes in the upside

25    numbers if there were any changes brought to our

**4/21/2005  Minton, Jennifer 30(b)(6)**

1    attention during that time period.

2         Q.    Okay.  The first page references constant

3    dollar growth, and you spoke about that earlier.  And my

4    question with relation to the constant dollar growth

5    is -- versus U.S. dollars, is what number was used, for

6    guidance purposes, to the market?

7         A.    U.S. dollar.

8         Q.    U.S. dollar, okay.

9         A.    However, we generally told them what we thought

10   the currency impact would be on the -- on total

11   revenues.

12        Q.    Okay.  And you prepared this report or your

13   staff prepared this report using what program?

14        A.    As I testified earlier this morning, there was

15   a report that was generated from OFA called the

16   "management summary report."

17        Q.    Right.

18        A.    And they would use that report to prepare this

19   analysis.

20        Q.    And then would they prepare this analysis in an

21   Excel spreadsheet?

22        A.    That is correct.

23        Q.    Okay.  If you can turn to the second page, I'd

24   like to focus on the "Forecast" column.  The -- it's

25   right underneath, "Q3 Fiscal Year '01 Forecast," in this

**4/21/2005  Minton, Jennifer 30(b)(6)**

1    "Forecast" column.

2              Is this the forecast as presented by the field?

3        A.    Yes, it is.

4        Q.    Okay.  So reading this, we can determine that

5    the license revenue forecast for this period is

6    1.2 billion, wouldn't it be, thereabouts?

7        A.    (Nods head.)

8        Q.    Is that a --

9              You've got to answer yes or no.

10       A.    Yes, sorry.

11       Q.    That's okay.

12             Okay.  And then if you go down the "Earnings

13   Per Share" column.

14       A.    Uhm-hum.

15       Q.    That's the converted number after you take out

16   the expenses and the other items that the field forecast

17   is determining, 10.7 cents per share?

18       A.    That is the forecast that has been submitted

19   into OFA.

20       Q.    Okay.  Now, if you look down below, there is as

21   "Memo" heading.

22       A.    Uhm-hum.

23       Q.    And then there is "Consulting, Support,

24   Education, and Other."

25       A.    Uhm-hum.

**4/21/2005  Minton, Jennifer 30(b)(6)**

1        Q.    What is that referring to?

2        A.    That is deriving what our support -- or, sorry,

3    what our services revenues would be as externally

4    reported in our Form 10-Q or Form 10-K.

5        Q.    Can you say that one more time?  I -- I

6    didn't-- I didn't understand the answer.

7        A.    In our -- in our financial statements that we

8    filed with the SEC, we report -- during the relevant

9    period in question, we would report license revenues,

10   license and other revenues and services revenues.

11       Q.    Right.

12       A.    So we would sum up "Consulting Support" and

13   "Education" and "Other" down below so that we could see

14   what our, approximately, what our reported services

15   revenue growth rates would be.

16       Q.    Okay.  Okay.  Very good.

17             The second column here that says, "Upside,"

18   that's -- that's the column that -- that you worked on;

19   is that right?

20       A.    That is correct.

21       Q.    Right.

22             Now, in coming up with the upside, were you

23   assisted at all other with -- other than the financial

24   analysis people?  Were you assisted by anybody in -- in

25   the financial planning department with what should be a

**4/21/2005  Minton, Jennifer 30(b)(6)**

```
 1    particular upside for a particular period?

 2         A.    Again, the upside amounts, you know, I would

 3    look at a variety of data points, the pipeline

 4    conversion ratio analysis, discussions from, you know,

 5    the various forecast calls, whether it be through the EC

 6    meetings or through the Americas forecast call on

 7    Thursdays.

 8              I would also take into consideration the number

 9    of upside deals that were not in the forecast, and any

10    other input that I may have received from the field

11    regarding the -- the forecast.

12         Q.    And then, ultimately, you would make the

13    decision based on all those factors on what the upside

14    should be?

15         A.    I would make the decision, generally speaking,

16    in consultation with Ivgen Guner, who worked with me

17    closely during that time.  But also there were occasions

18    when I would consult with Jeff Henley.

19         Q.    And how did Ivgen Guner assist in the process

20    of determining the upside adjustment?

21         A.    She would often prepare the underlying

22    analyses, such as the pipeline conversion package, to

23    help derive the overall upside number.

24         Q.    And then how did Jeff Henley assist in

25    determining what the upside adjustment should be?
```

1      A.   There may or may not have been dialogue as to

2   whether or not the upside amounts based on information

3   that we became aware of at the various forecast calls,

4   EC meetings, the conversion package, the pipeline

5   conversion package that we would prepare and show him,

6   you know, it was in collaboration with.

7      Q.   Okay.  If you --

8      A.   I might also add, that, you know, it also

9   reflects changes to the forecast that were submitted, so

10   it's not necessarily input -- adjustments that I'm

11   making because I think that the numbers presented are

12   not going to reflect our actual results.  It could be

13   that there was an error in the underlying OFA submission

14   that was brought to our attention, and therefore we

15   needed to correct for that error in the upside column as

16   well.

17      Q.   Okay.  Going back to the forecast column to the

18   left --

19      A.   Uh-huh.

20      Q.   -- "Division Forecast," now, this is one of the

21   earlier upside reports in the third quarter.

22           As time goes along, does the forecast column

23   reflect actual results as well as the forecasted

24   results?

25      A.   Every -- every time we closed a month, we

**4/21/2005  Minton, Jennifer 30(b)(6)**

1   copied the month's actuals into the forecast cube, and

2   so it would override the forecast that was in month one.

3   So, you know, at the end of month two, we -- or I should

4   say after month one is closed, we were beginning to

5   forecast, let's say the third fore -- the second

6   forecast in the second month of a quarter, it would

7   represent one months of actuals, two months of

8   forecasts.  By the second forecast in the third quarter,

9   it would represent month one actuals, month two actuals,

10  and then the third quarter forecast.

11      Q.   Okay.

12           MR. RUBENSTEIN:   Third month.

13           THE WITNESS:   Third -- third -- third month,

14  sorry.

15           Third month forecast to get to the total

16  quarter forecast.

17           MR. BRITTON:   Q.   And who would -- who would do

18  that calculation?  Who would calculate what the actuals

19  were for those two periods and then add on the forecast?

20      A.   Again, the -- we would backload into OFA from

21  our general ledger system the actual results, and then

22  the field finance organization would update the forecast

23  for the subsequent months, month two and month three.

24      Q.   Okay.  If you look to the two columns to the

25  right of the -- where it says, "Forecast Upside and

**4/21/2005  Minton, Jennifer 30(b)(6)**

1    Potential," there is a "Q3 Forecast Versus PY Percent,"

2    and then a "Q3 Potential Growth Percent."

3          The Q3 Forecast Versus PY Percent, that is

4    the -- am -- am I right that that's the forecast

5    percentage over the prior year, so it's reflecting at

6    least for, say for the total revenues 15 percent?

7          A.   That is correct.

8          Q.   By the field?

9          A.   That is correct.

10         Q.   Okay.  And then the "Potential Growth

11   Percentage" column, that's -- that's the potential

12   growth adding in your adjustments?

13         A.   That is actually the company's forecast.

14         Q.   The company's forecast.  Okay.

15         A.   The "potential" is a misnomer.

16         Q.   Okay.  So the "Potential" column under the "Q3

17   FY '01 Forecast," that is the combination of the

18   forecast, plus the upside; is that right?

19         A.   That is correct.

20         Q.   I want to turn your attention to the page

21   ending with Bates 822.

22              What is this page?

23         A.   This page, if I may refer you back to the front

24   page, page two, ending with your -- you call it Bates

25   No. 20.

**4/21/2005  Minton, Jennifer 30(b)(6)**

1       Q.    Yes.

2       A.    In the -- in the other nondistribution, if I

3    had any adjustments that I made, it would flow up into

4    that line item there on the summary page.

5       Q.    Okay.

6       A.    As we discussed -- I don't think we did discuss

7    this.

8            So international revenue transfers in the

9    United States, we had, if we entered into a deal with a

10   multi-national corporation and half of the licenses were

11   going to be installed in France, as an example, then we

12   would transfer 50 percent of the license revenue to --

13   to France.  And -- and vice versa France, you know,

14   could enter into a multi-national deal and have some

15   percentage of that deal be -- intended to be installed

16   in the United States, and therefore the United States

17   would get an international transfer from -- from France.

18           To ensure that we didn't have any forecast

19   errors, we had a -- a rule, a standing rule that nobody

20   was supposed to forecast international revenue

21   transfers.  So if the transfer, you know, in month two,

22   if you had international revenue transfers reflected in

23   your month one actuals, then you could count it, right;

24   but if the month had not yet closed, then you could not

25   count any anticipated international revenue transfers.

**4/21/2005  Minton, Jennifer 30(b)(6)**

1       Q.    And why was that?

2       A.    Because we didn't want people to double

3    forecast a deal twice --

4       Q.    Okay.

5       A.    -- and therefore have an error in our

6    forecasting process, because many, many, many years ago,

7    well before the relevant period, we had a -- a -- some

8    confusion in the forecasting process, so we defined that

9    as a standing operating rule.

10      Q.    Okay.

11      A.    And so in the United States, we were the

12   largest exporter of revenue, and so I would indicate in

13   one of these columns the amount of international revenue

14   transfers that we were anticipating in order to come up

15   with the complete forecast for the corporation.

16      Q.    Okay.  So that's -- that's dealing with the

17   first row of the "Corporate Adjustment."

18            And then we talked earlier about the "U.S. Bad

19   Debt Adjustment."

20      A.    That is correct.

21            THE REPORTER:  Talked about what?  I'm sorry.

22            MR. BRITTON:  "U.S. Bad Debt Adjustment."

23      Q.    And then below there is "Management Judgment."

24            What is that referring to?

25      A.    If there was something else that was not

**4/21/2005  Minton, Jennifer 30(b)(6)**

1     forecasted in the field -- I'm trying think of an

2     example -- very rarely used, I would put it in there so

3     that it would get rolled up into the summary level

4     forecast.

5         Q.   Okay.   The -- underneath the box, it has,

6     "License by Product Technology ERPCR" --

7         A.   Sir, can I give you an example, actually?

8         Q.   Sure.

9         A.   So if there was a customer --

10        Q.   Let me -- let me stop you.

11             Are we talking about the Management Judgment

12    again?

13        A.   Yes, we are.

14        Q.   Okay.

15        A.   So if there was a -- a customer dispute, or I

16    should say a territorial dispute between Jay and Sandy

17    on a given customer, we may say that neither of them

18    should forecast that revenue, and I would forecast it is

19    in the Management Judgment line.

20        Q.   Okay.

21        A.   Because there were often territorial disputes.

22        Q.   Keeps people happy, keeps providing.

23             Okay.   Now, underneath the "License by Product

24    Technology ERPCR Total," what is -- is this column

25    referring to?

**4/21/2005  Minton, Jennifer 30(b)(6)**

1        A.    This column is just trying to come up with a

2    weighting so that if we were to have, let's say,

3    $10 million of license revenues on international revenue

4    transfers, we would allocate it to our product forecast

5    based on the relative mix of our product revenues.  I

6    don't recall if it was the current product forecast or

7    the historical previous quarter's forecast, but it was

8    essentially just to allocate that license revenue upside

9    by product.

10       Q.    Okay.  There wasn't a way to break down the

11   license revenue in the deal itself in the line transfer

12   to determine, say it's a hundred million dollars,

13   10 million is technology, 90 million --

14       A.    We didn't have that level of detail, no.

15       Q.    So the "Percentage" column to the right, that

16   represents the product distribution -- withdrawn.

17             What does the "Percentage" column represent?

18       A.    Well, the 78 percent represents 902,175 of

19   technology revenue as a percentage of the total revenue

20   of 1 million -- one -- is that 1 million, or it could be

21   1 billion.

22       Q.    1 billion.

23       A.    And so it's just a relative percentage of the

24   total.

25       Q.    And how is that -- how is the 902 assigned to

**4/21/2005  Minton, Jennifer 30(b)(6)**

1    technology?  I think that's where I'm not clear.

2        A.    It could either be the current product revenue

3    forecast.  I'd have to check, or it could have been a

4    historical to prior quarter's product revenue forecast.

5        Q.    Okay.  Can you check in here, because --

6        A.    Sure, I'd be happy to.

7        Q.    -- please, please.

8        A.    I'm actually not seeing a product forecast in

9    this package.  So it may have just come from a separate

10    analysis.

11        Q.    Now, is this dealing just with --

12        A.    Excuse me -- try again.

13            Ah, it's actually the very next page.

14            So the Total License Revenues of 1,153,000 does

15    not tie-out to the Total License Revenues here, so these

16    may not have been updated numbers, since we did not have

17    at the moment any numbers in that needed to be

18    allocated.  So this could have been a carryover from

19    like the previous quarter's, you know, forecast.

20        Q.    Right.

21        A.    But, generally speaking, I would have expected

22    it to have been a breakdown of the for -- currently

23    forecasted product revenues for license, and then we

24    would allocate any upside adjustment based on that

25    relative percentage.

**4/21/2005  Minton, Jennifer 30(b)(6)**

1          MR. RUBENSTEIN:  Doug, let me note for the

2    record that beginning at page 39835, you actually have

3    attached an upside report for January, dated

4    January 12th.

5          MR. BRITTON:  Yes, you're right.  So let's go

6    to that page real quick.

7          Actually, let's -- let's -- I'll get to it

8    after --

9          MR. RUBENSTEIN:  I just wanted to make sure

10   that the record doesn't suggest that this is entirely a

11   report for December 8th.

12         MR. BRITTON:  Right.

13     Q.   Okay.  The -- talking about the -- the page

14   ending 9822, the "Bad Debt Give Back" column, what is --

15   what is this referring to?

16     A.   Again, as I talked, or testified earlier this

17   morning, we would accrue revenue at a certain percentage

18   throughout the -- the quarter, and we would -- to build

19   up our bad debt reserve.  We would make a -- do a bad

20   debt reserve requirements analysis; and if it turned out

21   that we had sufficient reserves based on our bad debt

22   reserve requirements analysis, which was the same way

23   that we'd reviewed the reserve for years, then the

24   revenue would be given back to the field, and we would

25   allocate it based on the relative revenues.  The license

**4/21/2005  Minton, Jennifer 30(b)(6)**

1    was to total revenues, support to total revenues,

2    education to total revenues, consulting to total

3    revenues.

4        Q.    Okay.  The -- the "Bad Debt Adjustment" column,

5    there is a percentage to the right of "License Support,

6    Education, and Consulting."

7            What do those percentages represent?

8        A.    Those percentages represented, I believe it was

9    the trailing three months' license for -- trailing three

10   months' revenues for each of those business units.

11       Q.    Is -- is that analysis in the upside report

12   anywhere?

13       A.    What analysis?

14       Q.    The -- the calculation of the trailing three

15   months' revenue?

16       A.    No.  I would get that from the accounting

17   organization.

18       Q.    Okay.  Okay.  Let's go to the next page; it has

19   Bates that ends with 9823.  And if you can reference the

20   second page of the document at the same time.

21            The license on the second page of Exhibit 24,

22   the license revenues upside adjustment is 150,500,000?

23       A.    Uhm-hum.

24       Q.    Am I right?

25       A.    Uhm-hum.

**4/21/2005  Minton, Jennifer 30(b)(6)**

```
1              MR. RUBENSTEIN:  You have to say yes or no.
2              THE WITNESS:  Sorry.  Yes.
3              MR. BRITTON:  Q.  If you turn back to page
4       9823, this is the product forecasts page, and it reflect
5       the upside adjustments.
6          A.  I'm sorry, I'm confused.  What -- What pages
7       are you on?
8          Q.  All right.  9823.
9          A.  Yes.
10         Q.  And 9820.
11         A.  9820, okay.
12         Q.  Okay.  The -- I'm looking at the breakdown.
13             Is -- is page 9823 -- is this the breakdown of
14      the upside adjustment for license revenues in the top
15      column here?
16         A.  Yes, it is.
17         Q.  Okay.  So you would have $25 million upside for
18      OSI, 50 million for NAS, so on and so forth?
19         A.  That is correct.
20         Q.  That adds up to 159 million.
21             Okay.  How did you determine -- let's start
22      with OSI.  How did you determine the $25 million figure?
23      Because all these numbers are round numbers.  And I'm
24      trying to get a clar- -- because we were talking about
25      deals, and I'm trying to get an idea, how did you come
```

1    up with a $25 million number?

2           MR. RUBENSTEIN:  I'll object on the grounds

3    that I think it's been asked and answered.  If -- if

4    you're talking about it as a process as opposed to the

5    calculated number on a particular date.

6           MR. BRITTON:  Yes.

7           MR. RUBENSTEIN:  On that basis, asked and

8    answered.

9           MR. BRITTON:  Yeah, I'm just trying to -- I'm

10   just trying to figure out how -- how it came up with a

11   round number like this as opposed to, you know,

12   25,400,000, which may be a, you know, potential deals

13   that add up to a number that's not round.

14      Q.   All these numbers seem round, so I'm just

15   trying to get an idea of the process how you came up

16   with the round numbers.

17      A.   Again, it was an art, not a science, and it was

18   not a deal-by-deal makeup of that number.  It was

19   looking at historical conversion rates, relative to the

20   current pipeline.  It was looking at the deals that

21   weren't forecasted, you know, conversations with -- with

22   management and my finance team.  It was my best guess as

23   to what I thought that they were really going to do,

24   particularly considering their historical forecasting

25   patterns.

**4/21/2005  Minton, Jennifer 30(b)(6)**

1        Q.    Okay.

2        A.    And if I may --

3        Q.    Sure.

4        A.    -- I really think that your -- your focus

5     should be on 824, not 823.  I just want to explain for

6     you --

7        Q.    Sure.

8        A.    -- so that we can move the process along a bit.

9              This is where I would actually enter in the

10    upside amounts.

11       Q.    Okay.

12       A.    And then on 823, what this is doing is it's

13    taking the upside amounts and it's allocating the upside

14    to technology and to application revenues based on the

15    relative product mix.

16       Q.    Okay.

17       A.    All right?

18       Q.    That makes sense.

19              Okay.  So let's go to 9824.  The "Expense"

20    column, the upside adjustments, are these a reflection

21    of that calculation we talked about earlier, 15 percent

22    upside adjustment and gives you so much expense?

23       A.    It could be a combination of the 15 percent, so

24    for example, just to help out with the math here, you

25    can see that we put in 10 million for APAC in upside, so

**4/21/2005  Minton, Jennifer 30(b)(6)**

```
1     they had an additional commission expense of a million

2     five -- not a million five.  I don't know if these are

3     in dollars or thousands.

4          Q.   I -- I may not be following you.  I'm seeing --

5          A.   So --

6          Q.   -- APAC at 9 -- looks like 9,000 or 2,500.

7               MR. RUBENSTEIN:  I think you're looking at the

8     wrong column.

9               THE WITNESS:  If you look at "Q3 FY '01

10    Upside."

11              MR. BRITTON:  Q.  Right.

12         A.   It says under "Japan," 10,000 is the upside

13    amount.

14         Q.   10,000.  Okay, okay.  I thought you said APAC.

15         A.   I'm sorry.  I thought I said Japan.

16         Q.   Okay.  So Japan, 10,000.  Okay.  I'm following.

17         A.   And then If you look at Japan down below, there

18    is an incremental commission expense of 1,500, which

19    would be the 15 percent.

20         Q.   Okay.

21         A.   And, again, if there were any other corrections

22    to the forecast that we became aware of by the time --

23    you know, between the time it was submitted and the time

24    that we finalized the upside analysis, we would have

25    added any expense corrections in as well.
```

1        Q.   Okay.  Now, going down to the margin, how did

2    you determine the upside for the margins?

3        A.   Well, it's revenue minus expense is equal to

4    margin.

5        Q.   And so --

6        A.   It's a formula.

7        Q.   -- this was just a derivative of --

8        A.   That is correct.

9        Q.   If you turn to the next page, 9825, we talked

10   about -- earlier about actuals being combined with the

11   forecast to get the forecast column.  And this has a

12   separate column that says, "Year-to-date Q3 Fiscal Year

13   2000."

14            Now, that's the difference.  The year-to-date

15   is the actuals for the prior year, and the forecast is

16   for '01; is that right?

17       A.   The -- the first column represents the nine

18   months of actuals for fiscal '01.

19            The "Forecast" column represents two quarters

20   of actuals and the third quarter forecast for fiscal

21   '03, FY '01.

22       Q.   Okay.  So the left column refers to '01, but

23   has --

24       A.   Which column are you referring to?  Title,

25   please?

1     Q.   The "Year-to-date Q3 FY '00."

2     A.   That is nine months or three quarters of actual

3  results for fiscal 2000.

4     Q.   2000, okay.  Fair enough.

5          Okay.  If you go to the next page, 9826, we get

6  into the consulting side of it, and you have an upside

7  adjustment for OPI of, I think it's $2.5 million.

8          Did you employ the same process that you used

9  for license revenues to come to an upside -- withdrawn.

10          Did you apply the same process to consulting to

11  determine an upside that you applied to license

12  revenues?

13     A.   No, I did not.

14     Q.   Okay.  How did you determine upside for

15  consulting?

16     A.   This was generally provided to me by the field

17  finance organization, more likely than not represents a

18  correction to the forecast that they submitted.

19     Q.   Okay.  If you turn to 9828, this is referring

20  to support.  And there's some upside adjustments.

21          Did you employ the same process to support that

22  you applied to license revenues, to come up with -- come

23  up with these upside adjustments?

24     A.   No.  Again, on the support side, the global

25  support analyst would take a look at what they thought

4/21/2005  Minton, Jennifer 30(b)(6)

```
 1    the numbers were and provide us with input.
 2        Q.    So your upside adjustments were primarily
 3    focused on licensed revenues?
 4        A.    That is correct, and making any corrections
 5    that were necessary --
 6        Q.    Okay.
 7        A.    -- including expenses.
 8        Q.    Can you -- can you turn to 9834.
 9              What does this page represent?
10              And you can't read it, I know.  I'm just hoping
11    from your experience with these reports that you can
12    tell me what the page is about.
13        A.    This would represent the Q3 and Q4 forecast as
14    well -- so it's Q1 actuals, prior year, current year,
15    and growth; same for Q2; and then it shows the Q3
16    forecast upside adjustments to get to the company's
17    consolidated forecast.  The forecast growth and
18    percentage growth.  And, similarly, we have the same for
19    Q4 --
20        Q.    Okay.
21        A.    -- to get to a full year number.
22        Q.    Okay.  Okay.  Turning to the next page, 39835,
23    this appears to be the upside report for January 12,
24    2001 --
25        A.    Uhm-hum.
```

**4/21/2005  Minton, Jennifer 30(b)(6)**

1      Q.    -- am I right?

2      A.    Uhm-hum.

3      Q.    Okay.  All the way to the end of the document,

4   so 39835 through 39850 is the Upside Report dated

5   January 12th, 2001?

6      A.    It appears so.

7      Q.    And I don't think I asked you this question, so

8   I'll do it with this one.

9            If you go to the page that ends 9836, there's

10  the "Forecast Upside Potential" column?

11     A.    Uhm-hum.

12     Q.    If you go to the "Potential" column, and you go

13  all the way down to "Earnings Per Share" --

14     A.    Uhm-hum.

15     Q.    -- what does that number represent?

16     A.    That represents what we believe are EPS results

17  would be for the quarter.

18     Q.    Okay.  You can put that document --

19            I want to talk a little bit about the executive

20  management committee meetings.

21            How much of those meetings were dedicated to

22  forecasting?

23     A.    Larry Ellison would conduct the -- the

24  meetings, and he began every meeting by pulling the

25  sales VPs or EVPs by asking them to give us an update on

**4/21/2005  Minton, Jennifer 30(b)(6)**

1    their forecast.

2        Q.   And how on a -- can you -- if you can give me

3    on a percentage basis how -- how much on a percentage

4    basis did forecasting occupy of the overall meeting?

5        A.   The -- the forecast was a standing agenda item.

6    It primarily focused on the license forecast only.  And

7    as I testified earlier today, it depended on what agenda

8    items were on the agenda for any given EC meeting, so it

9    just depended on what was on the slate.

10       Q.   Okay.  And in terms of forecasting, what topics

11   were discussed during the executive committee meetings?

12       A.   Well, again, each EVP or SVP would talk about

13   their forecast in terms of the dollar value, the -- the

14   amount of growth, what margin attainment they were

15   anticipating on getting.  They would talk about

16   consulting as well.  And they would talk about large

17   deals, opportunities, or exciting opportunities if there

18   happen to be, let's say a deal that represented a

19   potential competitive win.

20       Q.   Okay.  Did they talk about the likelihood of

21   deals closing, percentage of closing -- withdrawn.

22            Did they talk about the likelihood of those

23   deals closing?

24       A.   In general, they, you know, always said what

25   the revenue number was, what the growth rate number, was

**4/21/2005  Minton, Jennifer 30(b)(6)**

```
1    what the margin attainment was.  They would talk about
2    select deals within the forecast, as well as deals that
3    were not in their forecast upside deals.
4             And they would, you know, you know, depending
5    on the -- the flavor of the transaction, make various
6    comments with regards to those deals that they decided
7    to raise in the course of the meeting.
8        Q.   Did they talk about how comfortable they were
9    with the forecasts that they had at that -- at that
10   point in time?
11       A.   They would always indicate what their worst
12   case was, what their forecast commit was, and what their
13   upside was.
14       Q.   Okay.  And was there a discussion of where they
15   thought they were going to finish in terms of worst case
16   forecast or most likely?
17       A.   They would talk about --
18            MR. RUBENSTEIN:  Object to the form.
19            THE WITNESS:  They would talk about what their
20   forecast was and the fact that, you know, there would be
21   a portfolio of deals that were in the upside and not
22   forecasted; and, again, they would, you know, depending
23   on the nature of the deal, give an update as to the
24   status or the possibility of it closing in the quarter
25   or asking for, you know, maybe soliciting some executive
```

**4/21/2005  Minton, Jennifer 30(b)(6)**

1   sponsorship from Jeff Henley, Safra Catz, or Larry to --

2   to ensure that certain deals got closed.

3            MR. BRITTON:  Q.  Did they talk about at all

4   how -- how firm they were in terms of meeting the

5   forecasted numbers?  I know we talked about the three

6   categories, but did anybody ever say, you know, "Larry,

7   I'm -- I'm sure I am going to meet my forecast number,"

8   or "Kind of sure I am going to meet my forecast number,"

9   any -- any feeling in terms of -- of the managers or the

10  VPs on what was really going to happen and how firm they

11  were with their forecasts?

12    A.   They weren't very sentimental.  You know,

13  they -- they were pretty matter of fact.  "This is worst

14  case.  This is my forecast.  This is upside.  If all the

15  stars align, you know, this is what I think I can do."

16           They never really -- you know, if they felt

17  that they weren't going to meet their forecast, they

18  would have changed their forecast at the meeting.

19               (Whereupon, Plaintiffs' Exhibit 25 was

20                marked for identification.)

21     MR. BRITTON:  Q.  Okay.  I'm placing in front

22  of you what's been marked as Exhibit 25.  Take a moment

23  to review this exhibit.

24           For the record, Exhibit 25 starts with Bates

25  3944 and ends at 3956.

**4/21/2005  Minton, Jennifer 30(b)(6)**

1      Q.   Do you recognize Exhibit 25?

2      A.   Yes, I -- I recognize the -- the exhibit.

3      Q.   And what is it?

4      A.   Well, it's a three-year forecast.  Generally,

5    we did a five-year forecast.  I don't know why this was

6    limited to just three, but it was part of the modeling

7    that we liked to do at the corporate FPNA group.

8      Q.   Okay.  And were you involved in --

9            THE REPORTER:  At the corporate what?  I'm

10   sorry.

11           THE WITNESS:  FPNA group.

12           MR. BRITTON:  Q.  Were you involved in

13   preparing this forecast?

14     A.   I would have been involved in terms of

15   providing input to the -- to the -- to the assumptions

16   and whatnot.

17     Q.   Okay.  And what is the -- what was the purpose

18   of preparing a three-year or a five-year forecast?

19     A.   Just overall strategic financial planning.

20     Q.   Okay.  And how -- what was the process --

21   withdrawn.

22           What were the assumptions that were used to

23   prepare, you know, such a lengthy forecast?

24     A.   Well, I don't recall exactly the process that

25   we had employed at the time, but Ivgen and I would model

**4/21/2005  Minton, Jennifer 30(b)(6)**

1    what we thought the growth rates would be.

2        Q.   And --

3        A.   And we would often talk to the various finance

4    individuals supporting the business units to get their

5    thoughts on what they thought about the growth rates and

6    the margin targets that we were using, and it's also

7    quite possible that we spoke with some of the business

8    unit leaders themselves.

9        Q.   Okay.  Did Mr. Henley or Mr. Ellison use this

10   three-year or five-year forecast -- withdrawn.

11            Did Mr. Henley or Mr. Ellison use this

12   three-year forecast for any purpose?

13       A.   I do not recall the purpose for generating this

14   package at this point in time.

15       Q.   Okay.

16       A.   We -- we -- we would generally -- I shouldn't

17   say generally.  We, in the past, have prepared, you

18   know, future year forecasts for presentations to the

19   board that Jeff would present to the board.

20       Q.   Okay.  You can put that document aside.

21            (Whereupon, Plaintiffs' Exhibit 26 was

22            marked for identification.)

23            MR. BRITTON:  Q.  Okay.  I placed in front of

24   you what's been marked as Exhibit 26.  Take a moment to

25   look at this one.

**4/21/2005  Minton, Jennifer 30(b)(6)**

1           And the beginning Bates is 8755, and the ending

2    Bates is 8776.

3           Do you recognize Exhibit 26?

4    A.   Yes, I do.

5    Q.   Okay.  And this -- is this one of the documents

6    we were talking about earlier that came out of OFA?

7    A.   This is a report that would have been generated

8    out of OFA and was the basis for creating the upside

9    reports or the company's forecast reports.

10   Q.   And who at Oracle received these management

11   summaries?

12   A.   I don't believe they were distributed.  I

13   believe that they were used by the internal corporate

14   FPNA group to prepare the upside reports.

15   Q.   Going back to the executive committee meetings,

16   the -- the upside reports that were given to Mr. Henley

17   and Mr. Ellison and the others, were those reports

18   collected at the end of the meeting?

19   A.   Yes.

20   Q.   And why was that?

21   A.   Because we did not want anyone to leave a

22   forecast report, take it back to their office, leave it

23   on their desk, have their secretary walk in, or somebody

24   else walk into their office and see what the quarterly

25   forecast numbers and expected EPS numbers were,

**4/21/2005  Minton, Jennifer 30(b)(6)**

1    et cetera.

2         Q.    Okay.  And who --

3         A.    We were protecting them from themselves.

4         Q.    Who was -- who was responsible for ensuring

5    that every report that was passed out was returned?

6         A.    Yours truly.

7         Q.    And you made sure every time that you had the

8    exact number of reports that were handed out?

9         A.    Jeff would keep his, and Safra at times would

10   keep hers.  Larry would never keep it.

11        Q.    Okay.  Okay.  You can put that document aside.

12              I want to talk briefly about Oracle's earnings

13   releases and SEC filings.

14              Were you involved at all in that process?

15        A.    Absolutely.

16        Q.    Okay.  Now, from a forecasting standpoint, can

17   you describe the process that Oracle employed to come up

18   with the guidance that Oracle gave to the street in

19   terms of earnings per share?

20        A.    It was no different than the weekly forecast

21   process, the beginning of -- you know, we would close

22   our books, and during the second week of the first

23   quarterly -- sorry, of the first month of the subsequent

24   quarterly, the field would submit their forecasts.  We

25   would review the pipeline conversion analyses.  Jeff and

**4/21/2005  Minton, Jennifer 30(b)(6)**

1    I would meet with my directs and find out about, you

2    know, how the results were for the quarter, talked a bit

3    about the forecast, get their thoughts on it, and we

4    would, you know, formulate a -- we would produce an

5    upside report that was used to set expectations for the

6    street.

7        Q.   Okay.  And how -- from the time that Jeff

8    received the upside report, how did -- how did you or

9    how did Mr. Henley determine what was the guidance that

10   was going to be given to the street?

11       A.   Well, Jeff would have conversations and

12   dialogue again with my directs.  I'm sure he also had

13   conversations with the other sales EVPs, but, you know,

14   ultimately, I'm sure he also spoke with Larry and/or

15   Safra to talk about how they should set expectations for

16   the quarter based on the forecast that was prepared by

17   my group.

18       Q.   Okay.  Were you involved in any discussions in

19   what issues or what -- or what topics they discussed to

20   determine what to give to the street versus what was in

21   the upside report?

22       A.   I don't understand your question.

23       Q.   You testified that -- that Mr. Henley would

24   talk to Mr. Ellison, who would talk to Safra about

25   determining exactly what guidance to give to the street.

**4/21/2005  Minton, Jennifer 30(b)(6)**

1          Were you involved in any of those

2     conversations?

3          A.   He would have conversations directly with them.

4     I was not necessarily involved in those conversations.

5     I may have been at one point, but generally speaking,

6     when he spoke to Larry, he spoke to Larry one on one.

7          Q.   Can you explain the rounding process that

8     Oracle used for purposes of reporting to the street, his

9     expectations?

10         A.   There was no, quote, rounding process for

11    purposes of reporting expectations to the street.

12         Q.   Okay.  If -- if your upside report said that

13    the results were going to be 11.25, what would be the

14    number that Oracle would discuss with analysts or with

15    the street?

16         MR. RUBENSTEIN:  Object to the form.

17         MR. BRITTON:  Q.  You can answer.

18         A.   Generally speaking, the forecast that we

19    produced was the basis for determining what EPS numbers

20    that we would set for the street.

21         Q.   Okay.

22         A.   So if it was 11.25, more likely than not, we

23    would have used 11 cents.

24         Q.   You would have rounded down?

25         A.   Absolutely.

**4/21/2005  Minton, Jennifer 30(b)(6)**

```
 1        Q.    Okay.  So it was --

 2        A.    We would have been more conservative.

 3        Q.    If it was 11.52, you would have rounded up?

 4        A.    Not necessarily.  We may have been more

 5   conservative.

 6        Q.    And rounded down?

 7        A.    That -- that's correct.

 8              MR. BRITTON:  Okay.  Can we take a -- five

 9   minutes real quick, and see if I have anything to follow

10   up with?

11              MR. RUBENSTEIN:  All right.  Yeah.  Let's --

12   let's try to --

13              MR. BRITTON:  -- let's not anybody go anywhere.

14              THE VIDEOGRAPHER:  Going off the record.  The

15   time is 5:27.

16                  (Recess taken.)

17              THE VIDEOGRAPHER:  Going back on record.  The

18   time is 5:33.

19              MR. BRITTON:  Q.  When Oracle issues its

20   guidance to the street, it separates applications growth

21   from database growth; is that fair?

22        A.    You know, I -- I --

23              MR. RUBENSTEIN:  You are talking about during

24   the relevant period.

25              THE WITNESS:  During the relevant period, we
```

```
 1   did.
 2           MR. BRITTON:  Q.  Were you involved in the
 3   process of giving the street guidance on allocations
 4   growth versus database growth?
 5       A.   Again, the -- those numbers would have been
 6   predicated on the forecast package that I would prepare.
 7       Q.   The upside report?
 8       A.   The upside reports.
 9       Q.   Okay.  And then the same process for
10   determining what to give the street would occur?  Jeff
11   would talk to you, would talk to -- to Larry and Safra
12   and make the decision on what to give to the street?
13       A.   Yes.
14       Q.   Okay.  And going back to the rounding question.
15           Did you -- did you ever discuss that issue with
16   Jeff Henley or Larry Ellison, rounding numbers to give
17   to the street?
18           MR. RUBENSTEIN:  Objection to the form.
19           THE WITNESS:  Whether -- can you repeat the
20   question, please.
21           MR. BRITTON:  Q.  Did you ever discuss the
22   issue of rounding Oracle's results with respect to the
23   guidance to give to the street?
24           MR. RUBENSTEIN:  Objection to the form.  You --
25   you talked both about the results and guidance.
```

**4/21/2005  Minton, Jennifer 30(b)(6)**

1           MR. BRITTON:  All right.  Withdrawn.

2       Q.   Did you ever discuss the issue of rounding with

3    Larry Ellison or Jeff Henley?

4       A.   I don't believe I ever had a discussion with

5    Larry Ellison about rounding.

6       Q.   Okay.  Did you ever have a discussing with --

7    discussion with Mr. Henley?

8       A.   It's possible, but I don't recall.

9       Q.   You don't remember.

10          MR. BRITTON:  Okay.  I have no further

11   questions.

12          THE VIDEOGRAPHER:  Any questions on your side?

13          MR. RUBENSTEIN:  No, no questions.  And we'll

14   reserve signature.

15          THE VIDEOGRAPHER:  In the deposition of

16   Jennifer Minton, this marks the end of Tape 4, Volume I.

17   Going off the record.  The time is 5:35.

18          MR. BRITTON:  Thank you very much for your

19   time.  I appreciate it.

20                        ---oOo---

21          (Whereupon, the deposition was concluded

22             at 5:35 P.M.

23

24

25   Dated:_____ Signed:_____

4/21/2005  Minton, Jennifer 30(b)(6)

```
 1                    REPORTER'S CERTIFICATE

 2          I hereby certify that the foregoing is a true

 3     record of the testimony as reported to the best of my

 4     ability by me, a duly certified shorthand reporter and a

 5     disinterested person, and was tghereafter transcribed

 6     under my direction into typewriting by computer.

 7

 8          I FURTHER CERTIFY that I am not interested in the

 9     outcome of the said action and not connected with nor

10     related to any of the parties in said action or their

11     respective counsel.

12

13

14

15     Dated:  May 4, 2005

16

       _____

17          SANDRA L. CARRANZA, CSR No. 7062

18

19

20

21

22

23

24

25
```