# Macroeconomics

fourth edition

Andrew B. Abel

Ben S. Bernanke

Case 3:01-cv-00988-SI  Document 1190-7  Filed 10/09/07  Page 2 of 3

## The Addison–Wesley Series in Economics

- **Abel/Bernanke** — *Macroeconomics*
- **Berndt** — *The Practice of Econometrics*
- **Bierman/Fernandez** — *Game Theory with Economic Applications*
- **Binger/Hoffman** — *Microeconomics with Calculus*
- **Boyer** — *Principles of Transportation Economics*
- **Branson** — *Macroeconomic Theory and Policy*
- **Bruce** — *Public Finance and the American Economy*
- **Burgess** — *The Economics of Regulation and Antitrust*
- **Byrns/Stone** — *Economics*
- **Carlton/Perloff** — *Modern Industrial Organization*
- **Caves/Frankel/Jones** — *World Trade and Payments: An Introduction*
- **Chapman** — *Environmental Economics: Theory, Application, and Policy*
- **Cooter/Ulen** — *Law and Economics*
- **Copeland** — *Exchange Rates and International Finance*
- **Downs** — *An Economic Theory of Democracy*
- **Eaton/Mishkin** — *Online Readings to Accompany The Economics of Money, Banking, and Financial Markets*
- **Ehrenberg/Smith** — *Modern Labor Economics*
- **Ekelund/Tollison** — *Economics: Private Markets and Public Choice*
- **Fusfeld** — *The Age of the Economist*
- **Gerber** — *International Economics*
- **Ghiara** — *Learning Economics: A Practical Workbook*
- **Gibson** — *International Finance*
- **Gordon** — *Macroeconomics*
- **Gregory** — *Essentials of Economics*
- **Gregory/Stuart** — *Russian and Soviet Economic Performance and Structure*
- **Griffiths/Wall** — *Intermediate Microeconomics: Theory and Applications*
- **Gros/Steinherr** — *Winds of Change: Economic Transition in Central and Eastern Europe*
- **Hartwick/Olewiler** — *The Economics of Natural Resource Use*
- **Hubbard** — *Money, the Financial System, and the Economy*
- **Hughes/Cain** — *American Economic History*
- **Husted/Melvin** — *International Economics*
- **Jehle/Reny** — *Advanced Microeconomic Theory*
- **Klein** — *Mathematical Methods for Economics*
- **Krugman/Obstfeld** — *International Economics: Theory and Policy*
- **Laidler** — *The Demand for Money: Theories, Evidence, and Problems*
- **Lesser/Dodds/Zerbe** — *Environmental Economics and Policy*
- **Lipsey/Courant/Ragan** — *Economics*
- **McCarty** — *Dollars and Sense: An Introduction to Economics*
- **Melvin** — *International Money and Finance*
- **Miller** — *Economics Today*
- **Miller/Benjamin/North** — *The Economics of Public Issues*
- **Mills/Hamilton** — *Urban Economics*
- **Mishkin** — *The Economics of Money, Banking, and Financial Markets*
- **Parkin** — *Economics*
- **Parkin/Bade** — *Economics in Action Software*
- **Perloff** — *Microeconomics*
- **Phelps** — *Health Economics*
- **Riddell/Shackelford/Stamos** — *Economics: A Tool for Critically Understanding Society*
- **Ritter/Silber/Udell** — *Principles of Money, Banking, and Financial Markets*
- **Rohlf** — *Introduction to Economic Reasoning*
- **Ruffin/Gregory** — *Principles of Economics*
- **Salvatore** — *Microeconomics*
- **Sargent** — *Rational Expectations and Inflation*
- **Scherer** — *Industry Structure, Strategy, and Public Policy*
- **Schotter** — *Microeconomics*
- **Sherman/Kolk** — *Business Cycles and Forecasting*
- **Smith** — *Case Studies in Economic Development*
- **Studenmund** — *Using Econometrics*
- **Su** — *Economic Fluctuations and Forecasting*
- **Thomas** — *Modern Econometrics*
- **Tietenberg** — *Environmental and Natural Resource Economics*
- **Tietenberg** — *Environmental Economics and Policy*
- **Todaro** — *Economic Development*
- **Waldman/Jensen** — *Industrial Organization: Theory and Practice*

# Macroeconomics

Fourth Edition

**Andrew B. Abel**
*The Wharton School of the University of Pennsylvania*

**Ben S. Bernanke**
*Woodrow Wilson School of Public and International Affairs
Princeton University*


Addison Wesley

Boston  San Francisco  New York
London  Toronto  Sydney  Tokyo  Singapore  Madrid
Mexico City  Munich  Paris  Cape Town  Hong Kong  Montreal

Case 3:01-cv-00988-SI   Document 1190-7   Filed 10/09/07   Page 3 of 3

# Chapter 1

# Introduction to Macroeconomics

## 1.1 What Macroeconomics Is About

**Macroeconomics** is the study of the structure and performance of national economies and of the policies that governments use to try to affect economic performance. The issues that macroeconomists address include the following:

- *What determines a nation's long-run economic growth?* In 1870, income per capita was smaller in Norway than in Argentina. But today, income per capita is more than twice as high in Norway as in Argentina. Why do some nations' economies grow quickly, providing their citizens with rapidly improving living standards, while other nations' economies are relatively stagnant?
- *What causes a nation's economic activity to fluctuate?* After nearly a decade of prosperity during the 1980s, the U.S. economy began to falter in 1990. By the spring of 1991, output in the United States had fallen by more than 1.5% from its level nine months earlier. But then, for the remainder of the 1990s, the U.S. economy grew rapidly. Why do economies sometimes experience sharp short-run fluctuations, lurching between periods of prosperity and periods of hard times?
- *What causes unemployment?* During the 1930s, one quarter of the work force in the United States was unemployed. A decade later, during World War II, less than 2% of the work force was unemployed. Why does unemployment sometimes reach very high levels? Why, even during times of relative prosperity, is a significant fraction of the work force unemployed?
- *What causes prices to rise?* The rate of inflation in the United States crept steadily upward during the 1970s, and reached 10% per year in the early 1980s, before dropping to less than 4% per year in the mid 1980s and dropping even further to less than 2% per year in the late 1990s. Germany's inflation experience has been much more extreme: Although Germany has earned a reputation for low inflation in recent decades, following its defeat in World War I

Germany experienced an eighteen-month period (July 1922–December 1923) during which prices rose by a factor of several billion! What causes inflation and what can be done about it?
- *How does being part of a global economic system affect nations' economies?* In the summer of 1997, the currency of Thailand, the baht, began to plummet in value, losing more than half of its value in six months. Other Asian countries also suffered financial crises and economic slumps. A year later, the Russian government was unable to make promised interest payments on its bonds, and financial markets around the world reacted. How do economic links among nations, such as international trade and borrowing, affect the performance of individual economies and the world economy as a whole?
- *Can government policies be used to improve a nation's economic performance?* In the late 1990s, the U.S. Federal government began to run large budget surpluses for the first time in decades. Should the funds made available by these surpluses be used to shore up the Social Security system in preparation for the retirement of the baby-boom generation? Or should the funds be used for social programs, or to reduce taxes? This debate reflects a fundamental question facing economic policymakers: How should economic policy be conducted so as to keep the economy as prosperous and stable as possible?

Macroeconomics seeks to offer answers to such questions, which are of great practical importance and are constantly debated by politicians, the press, and the public. In the rest of this section, we consider these key macroeconomic issues in more detail.

### Long-Run Economic Growth

If you have ever traveled in a developing country, you could not help but observe the difference in living standards relative to those of countries such as the United States. The problems of inadequate food, shelter, and health care experienced by the poorest citizens of rich nations often represent the average situation for the people of a developing country. From a macroeconomic perspective, the difference between rich nations and developing nations may be summarized by saying that rich nations have at some point in their history experienced extended periods of rapid economic growth but that the poorer nations either have never experienced sustained growth or have had periods of growth offset by periods of economic decline.

Figure 1.1 summarizes the growth in output of the U.S. economy since 1869.[1] The record is an impressive one: Over the past century and a third, the annual output of U.S. goods and services has increased by more than 75 times. The performance of the U.S. economy is not unique, however; other industrial nations have had similar, and in some cases higher, rates of growth over the same period of time. This massive increase in the output of industrial economies is one of the central facts of modern history and has had enormous political, military, social, and even cultural implications.

---

1. Output is measured in Fig. 1.1 by two very similar concepts, called real gross national product (real GNP) and real gross domestic product (real GDP), both of which attempt to measure the physical volume of production in each year. We discuss the measurement of output in detail in Chapter 2.