# modern Industrial Organization

## Second Edition



# Carlton • Perloff

# Modern
# Industrial
# Organization

**Second Edition**

**Dennis W. Carlton**
University of Chicago

**Jeffrey M. Perloff**
University of California, Berkeley

*HarperCollinsCollegePublishers*

CHAPTER 1

# OVERVIEW

**L**eave all hope, ye that enter.

DANTE ALIGHIERI

This text presents both traditional and new theories of **industrial organization:** the study of the structure of firms and markets and of their interactions. Introductory microeconomics analyzes idealized models of firms and markets; this text takes a closer, more realistic look at them, warts and all.[1] In introductory physics, one first disregards gravity and friction in studying the movement of bodies, and then adds these complications to the analysis. The study of industrial organization adds to the perfectly competitive model real-world frictions such as limited information, transaction costs, costs of adjusting prices, government actions, and barriers to entry by new firms into a market. It then considers how firms are organized and how they compete in such a world. This chapter describes some of the approaches that help to organize the study of industrial organization, gives an overview of the material in later chapters, and describes some of the analytic tools that are used.

■ **MODELS**

There are at least two major approaches to the study of industrial organization, and, because they are compatible as organizing principles, this text uses both of them. The first approach, *structure-conduct-performance*, is primarily descriptive and provides an overview of industrial organization. The second, *price theory*, uses microeconomic models to explain firm behavior and market structure.

According to the structure-conduct-performance approach, an industry's

---

[1]We use the terms *market* and *industry* loosely and interchangeably. In antitrust cases, important distinctions are made between these terms, as is discussed in later chapters.

Models 3

**performance** (the success of an industry in producing benefits for consumers) depends on the **conduct** (behavior) of firms, which, in turn, depends on the **structure** (factors that determine the competitiveness of a market).[2] The structure of an industry depends on basic conditions, such as technology and demand for a product. For example, in an industry with a technology such that the average cost of production falls as output increases, the industry tends to have only one firm, or possibly a small number of firms. If only one firm (a monopoly) sells output in an industry, it sets a price that is well above its marginal costs of production. If the basic conditions make the demand for the monopoly's product relatively inelastic (people are relatively insensitive to price), then the price in that market is higher than if the demand is relatively elastic (people are price sensitive).

Figure 1.1 illustrates the relationships among structure, conduct, and performance and shows how basic conditions and government policy interact. The relationships among the five boxes are complex. For example, government regulations affect the number of sellers in an industry, and firms may influence government policy to achieve higher profits. Similarly, if entry barriers lead to monopoly and monopoly profits, new industries may develop new, substitute products that affect the demand for the original product. Empirical researchers who rely on this paradigm typically use data at the industry level. They ask, for example, if industries with certain structural features (such as, few firms) have high prices.

The structure-conduct-performance approach is a very general way to organize the study of industrial organization and can be used to organize the material in the rest of this book. The second major approach, the price theory paradigm, can also be used to organize and interpret this material.

## Price Theory

Price theory models analyze the economic incentives facing individuals and firms to explain market phenomena. George J. Stigler (1968), an early proponent of this analytical approach, believed that industrial organization researchers should use microeconomic theory to design empirical studies of markets and of the effects of public policy. Today, most industrial organization research and courses are well grounded in formal economic theory. Two reasons for the shift to this approach are the recent availability of data at a more detailed level and advances in price theory. In recent years, three specific theoretical applications of price theory have won substantial support—transaction cost analysis, game theory, and contestable market analysis—and help to explain structure, conduct, and performance.

---

[2]The structure-conduct-performance approach was developed at Harvard by Edward S. Mason (1939, 1949) and his colleagues and students, such as Joe S. Bain (1959).