# INTERNATIONAL ECONOMICS

## SIXTH EDITION

### THEORY AND POLICY



# Paul R. Krugman
# Maurice Obstfeld



Addison
Wesley



# International Economics

## Theory and Policy

**SIXTH EDITION**

**Paul R. Krugman**
Princeton University

**Maurice Obstfeld**
University of California, Berkeley



Boston  San Francisco  New York
London  Toronto  Sydney  Tokyo  Singapore  Madrid
Mexico City  Munich  Paris  Cape Town  Hong Kong  Montreal

*For Robin and Leslie Ann*

Editor-In-Chief: Denise Clinton
Executive Development Manager: Sylvia Mallory
Development Editor: Jane Tufts
Web Development: Melissa Honig
Managing Editor: James Rigney
Production Supervisor: Katherine Watson
Design Manager: Regina Kolenda
Text Design, Electronic Composition, and Project Management:
    Elm Street Publishing Services, Inc.
Cover Designer: Regina Kolenda
Cover Image: © Digital Vision Ltd.
Supplements Editor: Andrea Basso
Marketing Manager: Adrienne D'Ambrosio
Manufacturing Coordinator: Hugh Crawford

Copyright © 2003 by Paul R. Krugman and Maurice Obstfeld

All rights reserved. No part of this publication may be reproduced, stored in a retrieval
system, or transmitted, in any form or by any means, electronic, mechanical, photocopying,
recording, or otherwise, without the prior written consent of the publisher.
For information on obtaining permission for the use of material from this work, please
submit a written request to Pearson Education, Inc., Rights and Contracts Department,
75 Arlington St., Suite 300, Boston, MA 02116 or fax your request to (617) 848-7047.
Printed in the United States of America.

Library of Congress Cataloging-in-Publication Data
Krugman, Paul R.
      International economics: theory and policy / Paul R. Krugman,
   Maurice Obstfeld. – 6th ed.
         p.   cm.
      Previously published: Reading, Mass. : Addison-Wesley, ©2000
      Includes bibliographical references and index.
      ISBN 0-201-77037-7
      1. International economic relations.  2. International finance.
I. Obstfeld, Maurice.  II. Title.

HF1359.K78  2002
337—dc21

                                                 2002018488

   4  5  6  7  8  9  10—CRW—06  05  04

Case 3:01-cv-00988-SI   Document 1190-9   Filed 10/09/07   Page 4 of 4

Consequently, for the rest of the world, international economics is even more important than it is for the United States.

This book introduces the main concepts and methods of international economics and illustrates them with applications drawn from the real world. Much of the book is devoted to old ideas that are still as valid as ever: the nineteenth-century trade theory of David Ricardo and even the eighteenth-century monetary analysis of David Hume remain highly relevant to the twenty-first-century world economy. At the same time, we have made a special effort to bring the analysis up to date. The global economy of the 1990s threw up many new challenges, from the backlash against globalization to an unprecedented series of financial crises. Economists were able to apply existing analyses to some of these challenges, but they were also forced to rethink some important concepts. Furthermore, new approaches have emerged to old questions, such as the impacts of changes in monetary and fiscal policy. We have attempted to convey the key ideas that have emerged in recent research while stressing the continuing usefulness of old ideas.

## What Is International Economics About?

International economics uses the same fundamental methods of analysis as other branches of economics, because the motives and behavior of individuals are the same in international trade as they are in domestic transactions. Gourmet food shops in Florida sell coffee beans from both Mexico and Hawaii; the sequence of events that brought those beans to the shop is not very different, and the imported beans traveled a much shorter distance! Yet international economics involves new and different concerns, because international trade and investment occur between independent nations. The United States and Mexico are sovereign states; Florida and Hawaii are not. Mexico's coffee shipments to Florida could be disrupted if the U.S. government imposed a quota that limits imports; Mexican coffee could suddenly become cheaper to U.S. buyers if the peso were to fall in value against the dollar. Neither of those events can happen in commerce within the United States because the Constitution forbids restraints on interstate trade and all U.S. states use the same currency.

The subject matter of international economics, then, consists of issues raised by the special problems of economic interaction between sovereign states. Seven themes recur throughout the study of international economics: the gains from trade, the pattern of trade, protectionism, the balance of payments, exchange rate determination, international policy coordination, and the international capital market.

### The Gains From Trade

Everybody knows that some international trade is beneficial—nobody thinks that Norway should grow its own oranges. Many people are skeptical, however, about the benefits of trading for goods that a country could produce for itself. Shouldn't Americans buy American goods whenever possible, to help create jobs in the United States?

Probably the most important single insight in all of international economics is that there are *gains from trade*—that is, when countries sell goods and services to each other, this exchange is almost always to their mutual benefit. The range of circumstances under which international trade is beneficial is much wider than most people imagine. It is a common misconception that trade is harmful if there are large disparities between countries in productivity or wages. On one side, businessmen in less technologically advanced countries,