*Confidential*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

-----------------------------------------------------------)

IN RE ORACLE CORPORATION      )          MASTER FILE NO:

SECURITIES LITIGATION         )          C01-0988-MJJ

-----------------------------------------------------------)

EXPERT REPORT OF R. GLENN HUBBARD

I.  INTRODUCTION ........................................................................................................... 3

   A.  Assignment ........................................................................................................ 3

   B.  Qualifications ..................................................................................................... 3

   C.  Summary of Opinions ........................................................................................ 5

   D.  Bases of Opinions .............................................................................................. 5

II. BACKGROUND ON ORACLE ........................................................................................ 9

   A.  Lines of Business ............................................................................................... 9

   B.  Geographic Organization ................................................................................. 12

   C.  The Hockey Stick Effect, Low Levels of Recurring License Revenue ........... 15

III. ORACLE'S 3Q FY2001 GUIDANCE and subsequent statements ................................ 17

   A.  December 14, 2000 Guidance .......................................................................... 17

   B.  Other Alleged Statements During 3Q FY2001 ............................................... 19

IV. SECTOR-SPECIFIC OUTLOOK .................................................................................. 21

   A.  The Industry Outlook Was Positive Through February 2001 ......................... 21

   B.  An Examination of Analyst Reports Corroborates Oracle's Statements ........ 28

   C.  Software Sector Indices Did Not Indicate Trouble ......................................... 42

   D.  Oracle's Customer Base Was Diversified ....................................................... 46

   E.  Summary of Sector-Specific Outlook ............................................................. 50

V.  GENERAL MACROECONOMIC OUTLOOK ............................................................. 52

   A.  Production Outlook .......................................................................................... 52

   B.  Employment Outlook ....................................................................................... 57

   C.  Personal Income and Consumer Confidence Outlook ..................................... 60

   D.  Leading, Coincident, and Lagging Composite Economic Indicators .............. 64

   E.  Federal Open Market Committee ..................................................................... 67

   F.  Macroeconomic Forecasts ............................................................................... 71

   G.  National Bureau of Economic Research Business Cycle Dating Committee ... 74

   H.  Summary of Macroeconomic Outlook ............................................................ 76

VI. ORACLE'S FORECASTING PROCESS AND INTERNAL FINANCIAL DATA ............ 78

   A.  Introduction ...................................................................................................... 78

   B.  Description of Oracle's Forecast Process ........................................................ 79

   C.  Historical Performance of Oracle's Forecast Process ..................................... 92

   D.  Oracle's Forecasting During its Fiscal Year Third Quarter of 2001 ............... 94

VII.   CONCLUSION ....................................................................................................... 103

*Confidential*

## I.     INTRODUCTION

### A.     Assignment

1.  I have been retained by counsel for Oracle to address the following questions:

    a.  What was the outlook for Oracle's business sector and the U.S. economy during Oracle's 3Q FY2001?

    b.  Was Oracle's public guidance during its 3Q FY2001 consistent with the outlook for Oracle's business sector, the U.S. economy, and Oracle's own internal information?

2.  I have also been retained to respond to opinions offered by Plaintiffs' expert(s).  My work in this matter is ongoing, and to the extent that my opinions and conclusions are dependent on depositions, Expert Reports, and other evidence that may be produced after the submission of this Report, I may supplement or amend my opinions.

3.  I am compensated for my work in this matter at my regular hourly rate of $1,000.  My compensation is not contingent on the outcome of this litigation.

### B.     Qualifications

4.  I am the Dean of the Graduate School of Business of Columbia University, where I also hold the Russell L. Carson Professorship in Finance and Economics.  I am also a Professor of Economics in the Department of Economics, Faculty of Arts and Sciences, Columbia University.

5.  I hold A.M. and Ph.D. degrees in economics from Harvard University, and B.A. and B.S. degrees from the University of Central Florida, *summa cum laude*.  My fields of specialization include macroeconomics, corporate finance and financial institutions, industrial organization, public economics, public policy, and natural resource economics.  I have authored more than 100 research articles, edited a number of books, and authored a leading textbook on money and financial markets and a new textbook on principles of economics.

6.  From February 2001 to March 2003, I served as Chairman of the President's Council of Economic Advisers ("CEA").  Over that time period, I also served as Chair of the Economic Policy Committee for the Organization for Economic Co-operation and Development

("OECD") in Paris, France and a member of the President's Council on Science and Technology. Prior to becoming Chairman of the CEA, I was an economic advisor to Presidential Candidate George W. Bush, then part of his transition team after the November 2000 election.  From 1991 to 1993, I served as Deputy Assistant Secretary (Tax Analysis) of the U.S. Department of the Treasury, where I was responsible for economic analysis of tax policy, the administration's revenue estimates, and health care policy issues.  I have also been an advisor or consultant to the Board of Governors of the Federal Reserve System, Congressional Budget Office, Federal Reserve Bank of New York, Internal Revenue Service, International Trade Commission, National Science Foundation, Social Security Administration, The World Bank, U.S. Department of State, U.S. Department of Energy, and U.S. Department of the Treasury.

7. I am a research associate in the following programs at the National Bureau of Economic Research: economic fluctuations, which I organized in 1988; corporate finance; industrial organization; monetary economics; and public economics.  I am a visiting scholar at the American Enterprise Institute in programs on tax policy and financial markets and an advisor to the President of the Federal Reserve Bank of New York. I am an associate editor of and referee for the *Journal of Macroeconomics, Journal of Small Business Finance, and International Finance* and a referee for numerous other journals including the *Journal of Business*, *Journal of Business and Economic Statistics*, *Quarterly Journal of Economics*, *Quarterly Review of Economics and Finance*, and the *Review of Economics and Statistics*.  I have been a featured commentator on *Marketplace* and *Nightly Business Report* since 2003 and was Viewpoint Columnist for *Business Week* in 2004 - 2005.  I am also currently a director or advisor to the following business entities: MetLife; Information Services Group; Capmark Financial Corporation; Arcapita; Chart Venture Partners; Nomura Securities; ADP, Inc.; KKR Financial Corp.; BlackRock Closed-End Funds; Duke Realty Corp.; ITU Ventures; and Ripplewood Holdings.

8. Prior to joining the Columbia faculty as Professor of Economics and Finance in 1988, I taught in the Department of Economics at Northwestern University.  I have also served as Visiting Professor of Business Administration at Harvard Business School, John M. Olin Visiting Professor at the University of Chicago, Visiting Professor and Research Fellow of

the Energy and Environmental Policy Center at the John F. Kennedy School of Government and John M. Olin Fellow at the National Bureau of Economic Research.

9. My *curriculum vitae*, attached as Appendix A, gives more biographical details and lists my writings. Appendix B lists the testimony that I have given in the past four years as an expert witness.

### C.    Summary of Opinions

10. The earnings per share ("EPS") and other financial performance guidance Oracle issued on December 14, 2000 was reasonable and consistent with the business conditions Oracle faced at the time, including what was known about relevant sector-specific data and macroeconomic data. It was also reasonable in light of Oracle's internal forecasting process and data at the time.

11. Defendants' subsequent statements regarding Oracle's financial performance during 3Q FY2001 were reasonable in light of the relevant sector-specific and macroeconomic data available during the course of Oracle's 3Q FY2001 and the contemporaneous information available through Oracle's internal forecasting process.

### D.    Bases of Opinions

12. The bases of my opinions above are summarized in the subsections immediately below and elaborated on more thoroughly in the remainder of my report. Refer to Appendix C for a full list of documents relied upon in reaching my opinions.

### i.    Oracle's Business Prospects

13. Sector-specific economic data suggested that Oracle's business prospects appeared generally healthy during Oracle's 3Q FY2001.

   a.  Spending on information technology and software continued to climb during the period.

   b.  Sector-specific stock indices had declined from their peaks, but rallied moderately in January before ending the quarter below where they started it.

14. The overwhelming majority of financial analysts tracking Oracle's performance continued to project until the end of February 2001 that Oracle would meet its guidance.

*Confidential*

   a.  Only one out of the 25 analysts who consistently covered Oracle had EPS estimates below Oracle's guidance at any time during Oracle's 3Q FY2001.

   b.  Moreover, following the March 1, 2001 earnings pre-announcement based on preliminary actual results, analysts reiterated the fact that the quarter had looked strong for the first two months.  They attributed the miss to the last few days when contracts for deals that were expected to close did not get signed.

15. Difficulties in Oracle's business sector only became clear after the completion of Oracle's 3Q FY2001.  The majority of Oracle's competitors met or exceeded their initial earnings forecasts in the three months prior to the end of Oracle's 3Q FY2001, but missed them in the three subsequent months.

### ii.      Macroeconomic Context

16. The macroeconomic context may be thought of as the sum of many individual businesses and consumers making specific production, hiring, purchasing and related economic decisions.  It is in this context that Oracle's 3Q FY2001 performance should be evaluated.

17. On the production side:

   a.  The latest available Purchasing Managers' Index released prior to the December 14, 2000 guidance was signaling growth.

   b.  The latest data available on capacity utilization, orders and shipments in technology related industries were all on the upswing prior to Oracle's December 14, 2000 guidance.

   c.  As the quarter progressed, these and other production related indicators declined gradually from what were very high levels by historical standards; economic growth appeared to be gradually, and perhaps only temporarily, decelerating.

18. On the employment front:

   a.  The number of people productively employed in the U.S. economy was growing going into, and throughout, Oracle's 3Q01.

   b.  Similarly, unemployment remained very low.

c.   If anything, these key data should have encouraged optimism about Oracle's prospects for achieving its guidance.

19. Data on personal income and consumer confidence going into and during Oracle's 3Q FY2001 suggested that consumer demand would remain strong during the quarter.

20. Leading, coincident, and lagging composite economic indicators were fairly stable during the period.

21. The Federal Reserve's Federal Open Market Committee ("FOMC") lowered the federal funds rate twice during the quarter, but remained confident of the longer-term prospects for the economy as a whole, and the software sector in particular.

22. Forecasted 1Q CY2001 GDP growth remained positive, while forecasted growth for the 3Q and 4Q CY2001 remained at or above 3 percent (the approximate sustainable long-term growth rate for the U.S. economy).

23. The chairman of the National Bureau of Economic Research's Business Cycle Dating Committee did not think that economic data available circa April 2001 even warranted consideration of whether the economy was in recession.  That committee eventually determined that the U.S. economy entered recession in March 2001, but this determination did not come until eight months after the fact, in November 2001.

24. In all, the economic data available during Oracle's 3Q FY2001 was mixed.  Some data was trending up going into and/or during the quarter while other data trended down slightly during the quarter.  Taken as a whole, these economic data indicate that Oracle's December 14, 2000 guidance for its 3Q FY2001 and subsequent statements during the quarter were reasonable in light of the economic information available.

### iii.      Oracle's Information and Guidance

25. Oracle's business includes four main revenue sources: new license sales, annual support revenue from new and prior license sales, consulting, and education.  The area with the greatest uncertainty is license sales, which represent the large fees that customers pay to purchase database and applications software.  The license sales represent a mix of existing Oracle customers buying additional software and new customers with no recent relationship

*Confidential*

to Oracle.  In both cases, there is substantial uncertainty as to when, whether, and how much software will be purchased.

26. In order to provide both internal and external financial guidance, Oracle devotes substantial time and effort to its revenue and EPS forecasting process, with particular focus on the license sales area, the largest of the four.  Oracle's forecasting process was designed to be primarily a "bottom up" process.  Sales representatives indicated how much in license sales they anticipated closing during the quarter.  Executives at the business unit level each evaluated these forecasts and each created an overall forecast for their division.  Jennifer Minton, Oracle's Senior Vice President and Corporate Controller, revised and aggregated these forecasts based on her discussions with finance staff members, who collaborated with business unit leaders.  The forecasts generated through this process were compared with Oracle's historical experience in order to assess their reasonableness.  The initial guidance given to the market at the beginning of the quarter was based on this process.

27. Changes in the U.S. economy were reflected in Oracle's forecast through the perceived likelihood that customers would actually purchase Oracle's products, a decision that would be influenced by general macroeconomic conditions as they affected each customer. The awareness of uncertain economic conditions led top Oracle executives and finance personnel to ask the heads of business units additional targeted questions during this period regarding the likelihood of closing certain deals in their forecasts.

28. There are several ways to analyze how management might have viewed Oracle's performance during 3Q FY2001; each indicates that Oracle had a reasonable basis for the guidance it gave to the market on December 14, 2000, and for Defendants' subsequent statements during the quarter, in light of the information that was available.

*Confidential*

a.  Internal forecasts of sales expected to close before the end of the quarter were sufficiently high to suggest that Oracle could achieve its guidance, especially in light of Oracle's past performance where internal sales forecasts were often exceeded.

b.  Additionally, with indicators suggesting that the U.S. economy would continue to expand, albeit with some softness, during 3Q FY2001 and with the enterprise software sector still apparently healthy, Oracle's 3Q FY2001 guidance and subsequent statements were reasonable in light of available economic information.

29. Based on contemporaneously available information going into, and coming out of, of Oracle's forecasting process, Oracle's 3Q FY2001 guidance and subsequent statements were reasonable.

## II.        BACKGROUND ON ORACLE

### A.        Lines of Business

30. Oracle has four primary lines of business: license, support, education, and consulting.[1]  In fiscal years 1999 – 2001 Oracle generated average annual total revenue of roughly $9.9 billion; averaging roughly $4.2 billion (42.5 percent) from licensing, $3.0 billion (29.8 percent) from support, $2.2 billion (22.6 percent) from consulting and $0.5 billion (5.1 percent) from education.  [*See* Figure 1.] [2]

---

[1]  Oracle Corp. Form 10-Ks for the fiscal years ended May 31, 2000 and May 31, 2001, p. 6.

[2]  Please refer to Appendix D for larger versions of all figures embedded in the report text.  The figures contained in Appendix D also include additional notes that may not appear in the figures embedded in the report text.

*Confidential*

**Figure 1: Oracle Sales by Line of Business, 1999–2001**



### i.    Licensing

31.    Oracle's licensing business generates revenue by licensing the company's database and applications software to customers, permitting use of Oracle products by a limited number of end-users, processor, or power-units (processing power of the computers in the customer's network), typically for a one-time fee.  The company also generates sublicensing revenue from Oracle Alliance partners - relicensors, distributors, hardware providers, systems integrators and independent software vendors.[3]  The licensing line of business accounted for roughly $3.7 billion (41 percent), $4.4 billion (43 percent) and $4.7 billion (43 percent) of Oracle's revenues in fiscal years 1999, 2000 and 2001, respectively.[4]  [*See* Figure 1.]

32. Oracle licenses primarily two types of enterprise software: systems software, which includes database software; and business applications software.[5] Over three quarters of Oracle's

---

3    Oracle Corp. Form 10-K for the fiscal year ended May 31, 2000, p. 6.
4    Oracle Corp. Form 10-K for the fiscal year ended May 31, 2001, pp. 46-47.
5    Oracle Corp. Form 10-K for the fiscal year ended May 31, 2000, p. 51.

*Confidential*

license revenue in each of fiscal years 1999, 2000 and 2001 was generated by systems software.[6]  [*See* Figure 2.]

**Figure 2: Oracle Total License Revenue by Product Type, 1999–2001**



a)      **Systems/Database Software**

33. Systems software, including the Oracle relational database management system ("DBMS") and development tools, enables the creation, storage, manipulation, and retrieval of data applications deployed on the Internet and on corporate Intranets.[7]

b)      **Applications Software**

34. Oracle's Internet business applications include Enterprise Resource Planning ("ERP") and Customer Relationship Management ("CRM") applications which enable enterprise-wide marketing, sales, order, procurement, supply chain, service, human resource and project management over the web.[8]

---

[6]    Oracle Corp. Form 10-K for the fiscal year ended May 31, 2001, p. 48.
[7]    Oracle Corp. Form 10-K for the fiscal year ended May 31, 2000, pp. 2-4.
[8]    Oracle Corp. Form 10-K for the fiscal year ended May 31, 2000, p. 3.

*Confidential*

### ii.     Support

35. The support line of business provides customers a wide range of support services that include telephone, Internet, and on-site access to support personnel as well as software updates. Support services are priced in relation to license prices and level of support provided. Support accounted for roughly $2.3 billion (27 percent), $3.0 billion (29 percent), and $3.6 billion (33 percent) of Oracle's revenues in fiscal years 1999, 2000, and 2001, respectively.[9] [*See* Figure 1.]

### iii.     Consulting

36. The consulting line of business provides trained consultants to assist Oracle customers with technical implementations of Oracle products. This segment accounted for roughly $2.3 billion (26 percent), $2.2 billion (22 percent), and $2.2 billion (20 percent) of Oracle's revenues in fiscal years 1999, 2000, and 2001, respectively.[10] [*See* Figure 1.]

### iv.     Education

37. The education line of business provides media-based and instructor-led training to customers on how to use the Company's products.  This segment accounted for roughly $500 million (4-6 percent, depending on the year) of Oracle's revenues in fiscal years 1999, 2000, and 2001, respectively.[11] [*See* Figure 1.]

### B.     Geographic Organization

38. Geographically, Oracle was divided into three North American divisions and four divisions covering the rest of the world in 3Q FY2001.[12]  In each of its fiscal years 1999 – 2001, just over half of Oracle's approximately $10 billion in annual revenues was generated in North America.[13]  [*See* Figure 3.]

---

[9]   Oracle Corp. Form 10-K for the fiscal year ended May 31, 2000, p. 4; Oracle Corp. Form 10-K for the fiscal year ended May 31, 2001, pp. 4, 46-47.

[10]   Oracle Corp. Form 10-K for the fiscal year ended May 31, 2000, p. 4; Oracle Corp. Form 10-K for the fiscal year ended May 31, 2001, pp. 4, 46-47.

[11]   Oracle Corp. Form 10-K for the fiscal year ended May 31, 2000, p. 4; Oracle Corp. Form 10-K for the fiscal year ended May 31, 2001, pp. 4, 46-47.

[12]   December 11, 2000 Upside Report, NDCA-ORCL 213091-107.

[13]   Oracle Corp. Form 10-K for the fiscal year ended May 31, 2000, p. 52.

*Confidential*

**Figure 3: Oracle Sales by Geographic Region, 1999–2001**



### i.    North American Sales Divisions

39. Oracle had three North American sales divisions: Oracle Product Industries ("OPI"); Oracle Services Industries ("OSI"); and North American Sales ("NAS").[14]   [*See* Figure 4.]  These three sales divisions were also referred to as business units.

---

[14]    December 11, 2000 Upside Report, NDCA-ORCL 213091-107.

*Confidential*

**Figure 4: Oracle North American Licensing Revenue by Division, 1999–2001**



a)      **Oracle Product Industries (OPI)**

40. OPI sold to companies in the automotive, aerospace, defense, packaged goods and other manufacturing-oriented industries.[15]  OPI contained the following regional subdivisions: East, Central, and West.[16]

b)      **Oracle Service Industries (OSI)**

41. OSI sold to federal, state and local governments and companies in service oriented businesses including financial services, telecommunications, and health care and was organized into subdivisions or "verticals" along these lines.[17]

---

[15]    Deposition of Edward J. Sanderson Jr., July 25, 2006, p. 24.
[16]    Deposition of Edward J. Sanderson Jr., July 25, 2006, p. 51.
[17]    Deposition of Sarah Kopp, June 14, 2006, pp. 19-23.

*Confidential*

### c) North American Sales (NAS)

42. North American customers not covered by the OSI and OPI divisions were covered by the NAS business unit.[18]  NAS included Major Accounts and General Business subdivisions (among others), both of which are broken out into geographic regions such as Northeast, Central and West.[19]

### ii. Rest of the World

43. The four divisions covering the rest of the world were: the Latin America division ("LAD"); the Europe, Middle East, and Africa division ("EMEA"); the Asia Pacific division ("APAC"); and Japan.[20]  Oracle generated nearly half its revenue from business outside the United States.  [*See* Figure 3.]

### C. The Hockey Stick Effect, Low Levels of Recurring License Revenue

44. As was common in Oracle's industry, a large portion of Oracle's license sales were finalized in the last week, and sometimes the last day, of the quarter ("The Hockey Stick Effect").  In Oracle's case, less than 35 percent of licensing (and other) revenues worldwide were earned in the first two months of any fiscal quarter going back to 1Q FY2000. [*See* Figure 5.]

---

[18]  Deposition of Jennifer Minton, April 1, 2004, Exhibit 243, p. 3
[19]  See, for example, North America Sales Q4 FY00 Financial Package, NDCA-ORCL 1038662-95.
[20]  December 11, 2000 Upside Report, NDCA-ORCL 213091-107.

*Confidential*

**Figure 5: Oracle's Worldwide Cumulative Monthly License (& Other) Revenue Distribution**



45. For U.S. licensing revenue, this Hockey Stick Effect was even more pronounced – approximately half of the North American (NAS, OSI, and OPI) license revenues were earned during the last week of the quarter during each quarter in FY2001.  [*See* Figure 6]  In fact, nine weeks into the quarter, Oracle typically had closed less than 20 percent of its ultimate U.S. sales for the quarter.

*Confidential*

**Figure 6: Oracle's FY2001 U.S. Cumulative Weekly License Revenue Distribution**



46. In addition to sales closing late in the quarter, Oracle's licensing revenues were not generated from regular large purchases by the same customers.  This observation can be seen in the fact that a relatively small portion of the company's license revenues came from customers who had purchased software in the previous four quarters.  For example, in 3Q FY2001, only 20 percent of the revenue from the top 50 customers came from customers that had been among the top 50 in any of the previous four quarters.[21]

47. The combination of revenues, particularly license revenue, being relatively nonrecurring and not booked until the end of the quarter meant that management could not be certain about final financial results until the very end of the quarter.

## III.    ORACLE'S 3Q FY2001 GUIDANCE AND SUBSEQUENT STATEMENTS

### A.    December 14, 2000 Guidance

48. On December 14, 2000, Oracle held a conference call to discuss its 2Q FY2001 results and expectations about its 3Q FY2001 performance.

---

[21] NDCA-ORCL 973639-974003, 976815-72; NDCA-ORCL 977025-107; NDCA-ORCL 977282-366.

49. On this call, Jeffrey Henley, Oracle's then Executive Vice President ("EVP") and Chief Financial Officer ("CFO"), gave the following guidance for Oracle's 3Q FY2001 performance:[22]

- *"[I]n database, we're thinking, you know, 15-to-20 [percent growth]. You have to add five points to that [to account for their estimated negative five percentage point currency effect for the quarter], in terms of real (constant) dollar growth, or 20-25 percent."*

- *"Applications, we're thinking 75, or potentially better. You'd have to add five points to that [for constant dollar growth]."*

- *"[T]otal license growth will be about 25 percent in, again, reported dollars, or add five to that [for] 30 percent constant dollars."*

- *"[W]e see consulting-education growing, again, so that it would be five percent in [reported] dollars, or 10 percent in real [constant dollars]."*

- *"Twenty –three [percent in reported dollars] in support, or 28, real [constant dollars]…"*

- *"15 [percent in reported dollars], or 20 percent [in constant dollars] in services."*

- *"In terms of other income. It would be about the same as last quarter, a little bit higher, maybe, 45 million, we figure."*

- *"In the area of per share, we think it would be 12 cents."*

50. On this same call, Henley stated:

- *"We believe that (the US economy) is slowing down, from what we can tell. And we believe there are some reasons, even beyond the economy, why the PC industry may be slowing down."*[23]

- *We think our industry is not correlated, very much at all, with the PC industry. … And so, we're fortunate to be in the right place at the right time. … So you know,*

---

[22] All excerpts immediately below are from the transcript of Oracle's December 14, 2000 earnings conference call, NDCA-ORCL 003215-47, p. 4, NDCA-ORCL 003218.

[23] Transcript of Oracle's 12-14-00/4:30 p.m. CT conference call, confirmation #474122, NDCA-ORCL 003215-47, p. 4, NDCA-ORCL 003218.

*Confidential*

*if we were to have a – I guess, a hard landing, a recession, depression, I mean, certainly, that could have some impact."*[24]

**B.      Other Alleged Statements During 3Q FY2001**

51. Plaintiffs also allege that Defendants made the following false and misleading statements during 3Q FY2001:[25]

- "The economy is slowing …. It's just not having a negative impact on our business." (Henley, December 14, 2000), Complaint ¶ 45(a);

- "[T]he economy right now even though it's slowing doesn't seem to be affecting us. We see no difference in demand for our upcoming third fiscal quarter….[S]o far we look pretty hard at indicators. We're seeing no softening in our business." (Henley, December 15, 2000), Complaint ¶ 45(a);

- "The economic slowdown isn't hurting Oracle, said Oracle Chief Executive Larry Ellison, because the company has spent the past three years updating its product line to focus on software that helps companies use the Internet to cut costs and boost efficiency." (Ellison, December 15, 2000), Complaint ¶ 45(a);

- "Oracle sees robust demand for both its database and applications business. Specifically, Sanderson noted demand for ERP is surprisingly robust while advanced planning and scheduling, CRM, and SCM products are also performing well. Oracle says it is also seeing sustained demand for its database product, despite industry-wide concern over contracting IT budgets." (Sanderson, January 9, 2001), Complaint ¶ 58;

- "Oracle has yet to see any signs that its business is being hurt by the economic slowdown or reported cuts to information-technology budgets. Obviously the economy is a wild card. So if we went into a recession or there is a sharp downturn, we could be impacted…. But we're not seeing it now." (Aas, January 11, 2001), Complaint ¶ 60;

- "You know, it's a big hill to climb. Every year we climb that hill. I expect we'll do it again. Our pipelines are strong, and we're well-positioned from a products perspective, so it's all about execution." (Sanderson, January 20, 2001), 1199 SEIU Greater New York Pension Fund's Third Supplemental Responses to Defendants' Second Set of Interrogatories to Plaintiffs at 10;

- "Oracle is not seeing the effects of a slowing economy at this point, but next several weeks will be critical. *** Management reiterates guidance of 15-20% y/y database revenue growth and 75% y/y applications revenue growth for FQ3'01." (Henley, February 7, 2001), Complaint ¶ 65(a);

---

[24]   Transcript of Oracle's 12-14-00/4:30 p.m. CT conference call, confirmation #474122, NDCA-ORCL 003215-47, p. 4, NDCA-ORCL 003218.

[25]   I understand that Defendants disagree as to whether some of these alleged statements were made. In addition, I have not quoted the alleged statements in full here; a complete recitation can be found in 1199 SEIU Greater New York Pension Fund's Third Supplemental Responses to Defendants' Second Set of Interrogatories to Plaintiffs in the supplemental responses to Interrogatories Nos. 5 and 6.

Confidential

- "VISIT WITH MANAGEMENT.  Yesterday, we checked in with Oracle for a mid-quarter update with CFO Jeff Henley and VPs in the server and applications development organizations. ***  PERSPECTIVE ON THE MACRO ENVIRONMENT.  According to management, it has yet to see macro-related weakness in its business…. *** …Barring a severe economic downturn, management sees continued growth driven by strong demand in key segments such as supply chain, customer relationship management and collaboration. ***  NO CHANGE TO OUTLOOK, RECENT GUIDANCE.   Mr. Henley reiterated that the company's outlook and guidance were unchanged for F3Q'01." (Henley, February 7, 2001), Complaint ¶ 65(b);

- "We haven't changed our projections at all. . . . This slowdown is going to provide new opportunities for Oracle as companies need to streamline and be more strategic about the technology they buy."  (Aas, February 9, 2001), Complaint ¶ 65(c);

- Oracle's pipelines had "never been stronger."  (Sanderson, February 13, 2001), 1199 SEIU Greater New York Pension Fund's Third Supplemental Responses to Defendants' Second Set of Interrogatories to Plaintiffs at 10;

- Henley and/or Ellison stated on February 21-23, 2001 that Oracle would achieve 3Q01 EPS of $0.12, revenue of $2.9 billion, and that it was not seeing an impact on results due to the slowdown in the economy. Complaint ¶ 70;

- "CFO Jeff Henley gave a brief presentation to the financial community, but offered no commentary on the current quarter (company in its quiet period) and no change to guidance.  Management still expects growth in applications license revenue to accelerate in the second half of fiscal 2001 (May) above the 43% and 66% reported in the first two fiscal quarters."  (Henley, February 20, 2001), Complaint ¶ 71.

52. In the sections that follow, I present and interpret the sector-specific and general macroeconomic data available immediately prior to the December 14 guidance, throughout Oracle's 3Q FY2001, and to a lesser extent after the quarter.  I will begin with sector-specific data relatively closely related to Oracle's business and end with general macroeconomic data more removed from Oracle's business.  As will be clear, these data clearly support my expert opinion that Oracle's 3Q FY2001 guidance issued on December 14, 2000 and subsequent statements by Defendants were reasonable in light of the economic data available during the course of Oracle's 3Q FY2001.

*Confidential*

## IV.    SECTOR-SPECIFIC OUTLOOK

53. An examination at the industry sector level is helpful in explaining the context in which Oracle and its customers were operating in its 3Q FY2001.  A review of the software sector provides a general context for companies operating in part of Oracle's industry, while a more specific analysis of Oracle's competitors allows one to compare Defendants' public statements and performance with that of direct competitors. [26]

54. Trends emerging from this sector-specific outlook are instructive in evaluating Oracle's understanding of the economic climate affecting its business during 3Q FY2001, both in terms of its contemporaneous quarter-specific forecasts and expectations, as well as comparisons made with previous quarters.  At a general level, the enterprise software sector appeared to be healthy and growing during this period.  Through February 2001, analysts and industry experts examining the sector were positive in their earnings outlook for both Oracle and its competitors.  With the benefit of hindsight, one can also examine the performance of Oracle's competitors from March to April 2001; this analysis indicates that the majority of these companies also missed their earnings targets, and most blamed a sudden downturn in the economy for their misses.  Finally, Oracle's customer base was diversified, thereby limiting exposure to negative factors that might affect any one customer or segment of customers.  Taking these sector-specific data into consideration, it was reasonable that Oracle expected 3Q FY2001 to be a successful quarter, in line with its guidance.

### A.    The Industry Outlook Was Positive Through February 2001

55. A review of coverage of trade press reports, industry reports and market reports covering Oracle and its competitors before, during, and after Oracle's 3Q FY2001 provides insights into the general consensus of the health of the enterprise software sector as seen by

---

[26] Oracle's competitors are defined based on information provided in the company's Form 10-K and Form 10-Q filings.  *See, e.g.*, Oracle Corporation, Form 10-K for the fiscal year ending May 31, 2001, p. 5.  According to those SEC filings, Oracle's primary competitors consisted of:  Ariba, BEA Systems, Business Objects, Cognos, Commerce One, Hyperion Solutions, i2 Technologies, Informix, IBM, JD Edwards, Microsoft, PeopleSoft, SAP AG, Siebel Systems, and Sybase.  The fact that all but two of these companies listed by Oracle as being direct competitors are classified in the same Standard Industrial Classification (SIC) code as Oracle (7372) corroborates Oracle's classification (Commerce One, Inc. is classified in the related code 7373, Computer Integrated Systems Design; IBM is classified in a different group, 3570 (Computer & Office Equipment), mainly due to the origins of its primary lines of business).

*Confidential*

independent industry experts and analysts.  In general, observers and participants alike were optimistic about the continued growth of the sector.

### i.   Trade Press Reports

56. Not only before, but even during 3Q FY2001, Oracle's competitors were confident about continued growth in the sector, and were upbeat about their own prospects for successful quarterly performance early in calendar year 2001.  Much of this enthusiasm was captured in the press.  Examples include:

a. J.D. Edwards:

- *"[CFO Rick] Allen noted that the company's earnings-per-share guidance of 45 cents to 50 cents is also a revision upward.  The First Call consensus earnings estimate for fiscal 2001 was 38 cents prior to the release of the results.  The First call estimate for the fiscal first quarter was 2 cents a share, higher than the guidance Monday of 1 cent for the fiscal first quarter ... The company emphasized in the conference call and press release that customers are choosing its supply-chain solutions to improve customer service, reduce costs, and improve collaboration among their trading partners ... Chief Financial Officer Allen told Dow Jones that the upward guidance on fiscal 2001 revenue and earnings was provided partly because 'we think we are very well-positioned to take advantage of a change in the way customers are buying,' with their emphasis on collaborative commerce."*[27] (December 4, 2000)

b. Ariba:

- *"'Demand for Ariba eCommerce products and services continues to be strong as customers – around the world – are closely watching the bottom line and looking to realise immediate benefits,' said Keith Krach, Ariba's chairman and chief executive officer."*[28] (January 12, 2001)

c. i2 Technologies:

- *"'We haven't seen much of the talked-about economic slowdown,' said Sanjiv Sidhu, i2's chairman and chief executive, on a teleconference.  He added that even if the economy worsens, i2 should fare well because its software promises cost reductions to its users."*[29] (January 17, 2001)

---

[27]  Locke, Tom, "J.D. Edwards CFO Sees 1Q Net of 1c/Share," *Dow Jones Newswires*, December 4, 2000.
[28]  "Ariba First Internet B2B to Report Profit Earnings," *Factiva Press Release Service*, January 12, 2001.
[29]  Prince, Marcelo, "i2 Technologies CFO Sees Revenue of $361M In 1Q," *Dow Jones Newswires*, January 17, 2001.

d.   Commerce One:

- *"[Chief Executive Mark] Hoffman said that Commerce One is seeing continued strong demand despite the U.S. economic slowdown because companies need to save more and be more competitive in a tougher economic climate, and e-marketplaces allow them to do that ... 'We strongly believe that the opportunities today are bigger than they've ever been,' Hoffman said."*[30]  (January 18, 2001)

e.   Siebel:

- *"Customer relationship management software maker Siebel Systems Inc., on Tuesday posted stronger-than-expected fourth-quarter results and said the market for its products appears to be 'quite robust' despite the slowing economy ... Analysts – who had expected the company to modestly beat Street estimates – said Tuesday's results helped to underscore growing evidence that CRM software may stay on information technology managers' priority lists as the cooling economy forces corporations to tighten their belts ... 'It looks like the CRM space is still good and that companies are still spending here,' Mark Verbeck, senior analyst at Epoch Partners, said ... 'We see no evidence that budgets are being cut ... No evidence of lengthening sales cycle,' said Siebel."*[31]  (January 23, 2001)

f.   BEA:

- *"Coleman [BEA founder, chairman, and CEO] concluded, 'Companies continued to build their e-businesses, resulting in increased revenue and pipeline, and improving our confidence in our ability to meet our goals for the first half of fiscal 2002, even in this challenging economic and IT spending environment."*[32] (February 22, 2001)

57. Oracle's competitors were very positive about the earnings potential in enterprise software. They often cited the increased efficiencies and return on investment that customers would achieve via these software purchases as reasons why the sector would continue to perform well.  The bullish forecasts continued through February 2001.

### ii.   Industry Reports

58. Similarly optimistic projections came from industry analysts and observers.  Again, the industry analysts were extremely favorable in their projections for sales of enterprise

---

[30]   Locke, Tom, "Commerce One CEO: On Track For Profit in 2Q," *Dow Jones Newswires*, January 18, 2001.

[31]   Baertlein, Lisa, "Update 3-Siebel Q4 Earnings Jump – Says Sees No Slowdown," *Reuters News*, January 23, 2001.

[32]   BEA Systems, "BEA Reports Record Fourth Quarter and Fiscal Year Financial Results," February 22, 2001.

software.  Often, these industry observers commented on Oracle's positioning relative to its competitors in the sector.

59. For example, in January 2001, Global Industry Analysts released two reports on customer relationship management (CRM) software and enterprise resource planning (ERP) software that noted:

- *"In the U.S., the e-commerce boom is attributed to the shift towards CRM. Expenses incurred by financial institutions on CRM products shall increase to 21 percent in the current year from a 14 percent growth in the previous year.  CRM financial services persist to be one of the areas witnessing tremendous growth. The CRM market is dominated by renowned players such as Siebel, Vantage, Clarify, Baan/Aurum, Oracle, which jointly account for 40 percent of the total market ... Oracle is penetrating into the CRM market at a faster pace than any other player is."*[33]

- *"The worldwide ERP market is experiencing a relatively stable growth, compared to the spurt of growth experienced in the last few years.  High growth rates of 50 to 60 percent experienced in the past were characteristic of a new industry.  The market is likely to grow at an average rate of 6.6 percent per annum until the year 2005.  SAP AG is the leading ERP vendor worldwide, followed by Oracle, PeopleSoft, JD Edwards and Baan.  Revenues of ERP vendors will reflect the shift in the trend towards shorter sales cycles and larger volumes, in the coming years ... The ERP vendors are providing turnkey solutions, in order to stay competitive, comprising of operating systems, database software, server hardware and middle-ware, in collaboration with companies such as Microsoft, Hewlett-Packard and Compaq...  The newer ERP software applications such as CRM (Customer Relationship Management) and SCM (Supply Chain Management) experienced much higher growth rates of 71 percent and 37 percent respectively, than the growth experienced by the more mature core ERP application market.  Over the next 5 years, CRM and SCM applications are likely to grow at 50 percent and 45 percent respectively, while core ERP applications will grow at 6 percent ... ERP, an integrated business software system, thus can be regarded as an investment in productivity ... In order to remain competitive, ERP vendors are looking for ways to develop products that best suit specific industries and those that can be integrated with internet-tools to match their requirements ... Oracle is the only leading ERP vendor to be unaffected by the setbacks experienced in the previous year.  Oracle's competitive advantage lies in the company's e-commerce capabilities in ERP, CRM and procurement applications."*[34]

---

[33] "Customer Relationship Management Software - A Global Market Trend Report," *Global Industry Analysts, Inc.*, January 2001.

[34] "Enterprise Resource Planning (ERP) - A Global Market Trend Report," *Global Industry Analysts, Inc.*, January 2001.

*Confidential*

60. As part of its coverage of the enterprise software sector, Morgan Stanley conducted analyses of spending patterns in an attempt to assess whether or not companies were likely to reduce spending on information technology ("IT") budgets in calendar year 2001.  The conclusion of this demand side analysis was that while companies would be more careful in their spending patterns, longer-established companies with proven track records would be able to weather any potential cutbacks because they would be the vendors of choice.  Updates to the 2001 software demand outlook were released in January and February 2001; the conclusions for software demand were largely unchanged.

- *"The pattern of spending in 2001 will be more back end loaded than this year.  14 percent of the respondents said they would spend cautiously in 1H01 to monitor the economy and another 12 percent have already scaled back budgets ... Only 16 percent expect to have reduced budgets [for 2000] ... IT Spending Plans for 2001. Database software, marketplace software, and e-commerce software were the top three categories mentioned."* [35] (December 20, 2000)

- *"We think this* [2001] *will be somewhat like 1994 when there were some cut backs but not in the important product sectors and the strong companies have a good chance of marching right through this ... We also think a more risk adverse environment favors larger, established companies with proven staying power given the high mortality rate in the software industry."* [36] (January 4, 2001)

- *"74% percent of CIOs surveyed said they have not yet reduced IT spending due to the current economic conditions – the same percentage in our previous survey, conducted in November 2000 ... The top three areas least likely to be cut in an IT spending slowdown were network equipment, security software, and e-commerce initiatives.  Database software was a close fourth."* [37]  (February 5, 2001)

61. Moreover, as Oracle neared the end of its 3Q FY2001, other analysts covering the sector did not waver in their support for continued growth.

   a. Salomon Smith Barney (February 16, 2001):

- *"We believe the demand for database software remains strong.  This is based on the database serving as a key component to most large enterprise class IT initiatives, namely internal analytics and e-commerce applications ... We believe*

---

[35] Phillips, Charles, "MSDW CIO Survey Series: Release 1.8," *Morgan Stanley Dean Witter*, December 20, 2000, NDCA-ORCL 080976.

[36] Phillips, Charles, "Software: What Happened & What to Do From Here," *Morgan Stanley Dean Witter*, January 4, 2001, NDCA-ORCL 430546.

[37] Phillips, Charles, "MSDW CIO Survey Results: Release 2.0," *Morgan Stanley Dean Witter*, February 5, 2001, NDCA-ORCL 102539.

*the demand drivers for database software are primarily the increasing use of analytics software and e-commerce applications. The demand for real-time business intelligence is creating what we believe to be a promising market for analytics. Analytics refers to unlocking data that have been generated by an enterprise resource planning application and using that data to make strategic business decisions ... The proliferation of e-commerce among large enterprises in general is fueling the demand for database technology.  Namely, supply chain management (SCM), customer relationship management (CRM), and procurement software being implemented in large organizations are all contributing to the demand for database technology ... "*[38]

- *"Given the presence of the database in most corporate IT initiatives, we believe that the database vendors will benefit as enterprises continue to launch analytics and ecommerce applications ... As an increasing number of enterprises realize the value of their existing data housed in ERP systems, we believe the demand for database software will increase ... "*[39]

- *"Although the risk of IT budget constraints will at times place pressure on the database demand, vendors can find some comfort in the fact that the database is somewhat of a least common denominator when it comes to enterprise IT initiatives.  That is, whether it is an internal effort to gain efficiencies through technology, or an e-commerce effort involving customers and trading partners, the database will most likely be an essential ingredient in the final product."*[40]

b. HSBC (February 2001):

- *"Oracle: 1) Platform and application vendor; 2) Strong product cycle drives growth momentum; 3) And with further cost savings from e-business transformation, earnings visibility is strong, despite dot.com fall-out worries; 4) Oracle's strengths play out right for the Internet.  We initiate coverage with a Buy."*[41]

c. Deutsche Bank (February 2, 2001):

- *"Developments in ERP: following recent comments by FI Group (Buy) and Cap Gemini we have seen further evidence of a recovery in the ERP market ... In our view, this helps to validate the findings of our recent survey, namely that demand for CRM solutions remains robust, particularly for large-scale, complex solutions across multiple technologies and customer touch points."*[42]

---

[38]  Teardgarden, Gretchen, "Eye on Enterprise Software Weekly," *Salomon Smith Barney*, February 16, 2001.
[39]  *Ibid*.
[40]  *Ibid*.
[41]  "Enterprise Software," *HSBC: Software & Computer Services*, February 2001.
[42]  "IT Services Weekly - Issue 2," *Deutsche Bank*, February 2, 2001.

### iii.    Market Research Reports

62. Market research reports also predicted a growing market for the enterprise software sector. Though the magnitude of estimates differed, most researchers believed that the rate of growth in 2001 would be equal to or greater to that of 2000.  The primary market research organizations cited by analysts were Forrester Research and the Gartner Group.

- *"Despite recent macroeconomic turmoil, we have not yet picked up any definitive signs of an overall slowing in near term IT spending for high-end eBusiness software.  In fact, a recent survey from the Gartner Group indicates that IT spending for 2001 should actually increase slightly.  Gartner conducted a survey in mid-October of over 1,000 companies across a range of vertical industries, and the results indicated that IT spending for 2001 is expected to increase 8% over 2000, up from a projected increase of 6% in 2000 over 1999.  Results from the survey indicated that packaged applications would be an area of increased investment generally, with CRM, SCM, E-Commerce and ERP applications continuing to take the highest priority within the allocation of spending."*[43] (December 13, 2000)

- *"The vast opportunity presented by B2B ecommerce has been widely publicized, with market estimates from Forrester Research and Gartner Group becoming the most frequently cited.  Forrester expects the U.S. market for B2B e-commerce to hit $2.7 trillion by 2004, while Gartner Group is projecting over $7 trillion in worldwide B2B e-commerce by 2004.  These market estimates encompass all aspects of B2B e-commerce, including software and related services, transactions via e-marketplaces, and direct electronic trade between companies."*[44] (January 19, 2001)

- *"Using our projections for the spending levels of companies' eProcurement efforts, Forrester looked at the overall industry impact of these expenditures. Based on our analysis, these eMarketplace buyers will create a sizable market for eProcurement vendors, middleware suppliers, eCommerce integrators, and eMarketplaces … Integrators will receive the largest windfall as their Net marketplace engagements grow to $3.2 billion in five years."*[45] (March 2001)

---

[43]  Pickrel, James M., and Nicole S. Gemmer, "Quarterly Preview: Momentum Building Around Release 8, Expect Solid Q4 Results" *Chase H&Q*, December 13, 2000.

[44]  Ederer, John D., "Re-Initiating Coverage of CMRC with a Buy Rating; Company Reports Strong Q4:00 that Exceeded Expectations," *Pacific Growth Equities*, January 19, 2001.

[45]  Sanders, Matthew R., "What Does eMarketplace Buying Cost?," *Forrester Research, Inc.*, March 2001.

**B.      An Examination of Analyst Reports Corroborates Oracle's Statements**

63. In addition to reviewing the information available and trends developing at the industry and sector level, I also examined what analysts were saying about Oracle and its competitors.[46] Because Oracle competes with other firms for customers' business, the statements and observations of Oracle's competitors are directly relevant to the assessment of the economic conditions and market expectations prevalent during 3Q FY2001.

**i.      Analyst Commentary on Oracle's Competitors**

64. Analysts covering Oracle's competitors echoed the positive comments that the companies themselves made early in calendar year 2001.  However, in assessing the overall well-being of Oracle's competitors, analysts were quick to add that they carried out independent research before writing their opinions.  Common forms of research were field checks and conversations with customers, often referred to as "channel checks."[47]

   a.  Morgan Stanley Dean Witter (December 4, 2000):

   • *"We've been asking several of the integrators (Andersen, PricewaterhouseCoopers, and KPMG) for signs of negative macroeconomic trends or more conservative budgets for next year, and none have detected any indicators to date in their pipelines."*[48]

   b.  Credit Suisse First Boston  (January 12, 2001):

   • *"Management provided support for our view that e-procurement apps and marketplace solutions remain high priorities in IT budgets, indicating no*

---

[46]  Although it is difficult to ascertain the entire universe of analyst reports available during the period, I have reviewed analyst reports primarily for the period December 14, 2000 to March 16, 2001 for Oracle and its competitors.   The vast majority of these reports came from searching *Reuters Knowledge* (formerly *MultexNet*) and *ThomsonONEBanker* (formerly *Investext*) financial databases.

[47]  At least 25 different analysts and their firms have indicated that they rely on primary research as a means by which to evaluate the health of the market.  This research includes issuing surveys to Corporate Information Officers, having information discussions and visiting with customers and/or industry partners, and conducting channel and field checks.  For additional examples, see Sherlund, Rick G. et al, "Update on Oracle," *Goldman Sachs*, February 8, 2001; Herman, Neil, "Oracle Corp: Oracles Application Business Leads Solid Quarter," *Lehman Brothers*, December 15, 2000, NDCA-ORCL 420556-57; and Phillips, Charles and Ryan Rathman, "MSDW CIO Survey Series: Release 2.0," *Morgan Stanley Dean Witter*, February 5, 2001, NDCA-ORCL 102539.

[48]  Phillips, Charles E., "Technology: Enterprise Software - SoftNotes," *Morgan Stanley Dean Witter*, December 4, 2000.

*Confidential*

*spending slowdown for these high ROI sales and, in fact, a shortening of the sales cycle. This is consistent with our channel checks ...*"[49]

c.  Robertson Stephens (February 28, 2001):

- *"Based on our channel checks, we believe the company's pipeline, closure rates, and business momentum have remained solid in the first-part of the March quarter ... Even with a slowdown in the economy and the wave of difficulties felt across technology companies (PCs, semiconductors, wireless, security & storage, networking), our channel checks support the view that supply chain management remains amongst the highest automation priorities for CIOs with complex value chains. Moreover, based on recent conversations with several SIs, we do not believe implementation cycles for existing projects have experienced a material slowdown to date."*[50]

65.  Not surprisingly, many of the same analysts who covered Oracle also authored research reports on Oracle's competitors. In line with the enthusiastic review for the sector in general, these analysts (and others) were optimistic about companies performing well, especially following the release of firms' final numbers for 2000 in January and February 2001.

a.  Sands Brothers (commenting on Ariba, January 11, 2001):

- *"We believe the global corporate demand for indirect E-procurement products and solutions has remained high, even in the current slowing economic environment ... The real question is whether Ariba can continue to sell its product in an environment that is showing slowing growth for capital expenditures and IT spending. We believe the answer is a resounding yes!"*[51]

b.  Legg Mason (commenting on Ariba, January 12, 2001):

- *"We continue to believe that B2B solutions, such as eProcurement and eMarketplace applications, should stay in high demand from customers despite the concerns of tightening IT budgets and apparent slowing economic conditions due to their tangible ROI benefits. We believe that Ariba's results show that the demand in the market for B2B solutions remains strong ..."*[52]

---

[49]  Vroom, Christopher E., *et al.*, "Setting the Pace for the B2B Group – Strong Demand Remains But Growth Slows to More Sustainable Number," *Credit Suisse First Boston*, January 12, 2001.

[50]  Upin, Eric B., *et al.*, "Mid-Quarter Update: So Far, So Good; However, Difficult Economic Environment Continues to Pose Risk; i2 Remains Our Top Long-Term Pick in the B2B Sector," *Robertson Stephens*, February 28, 2001.

[51]  Milinar, Gavin P., and James R. Waggoner, "All Eyes Focused on the First E-Business Company to Report This Season," *Sands Brothers*, January 11, 2001.

[52]  Weller, Todd C. and Christopher D. Wright, "ARBA: Reports Solid Results; But Raises Potential Concerns; Buy Rating," *Legg Mason*, January 12, 2001.

*Confidential*

c.  Josephthal & Co (commenting on i2 Technologies, January 17, 2001):

- *"Management's comments supported our often-stated contention that i2's business has not been affected by the slowdown in the U.S. economy. We believe that i2's demonstrated ability to quickly deliver substantial value to its customers will continue to attract clients in all but a severe downturn. Further, we contend that its position as the leading provider of fully integrated, cutting-edge technology within its market space will allow the firm to continue to outpace its competitors. Management further commented that its market is still largely untapped, and that it has set a goal of reaching the $5 billion revenue mark within the next few years. Management increased its guidance slightly versus the prior consensus. Our revised estimates for next year are, similarly, slightly in excess of management's revised guidance; at $1.68 billion and $0.38 per share. We think that in light of i2's recent performance and its relative immunity to a modest economic downturn, these numbers are exceptionally conservative, to say the least."*[53]

d.  JP Morgan H&Q (commenting on Siebel Systems, January 17, 2001):

- *"[D]ata from a survey conducted by AMR Research in the latter part of 2000 indicates that maintaining customer loyalty and controlling costs are the main drivers for application spending in 2001. This is an indication, in our opinion, that demand for customer-focused software will continue to take a high priority in overall application spending. Combined with Siebel's strong brand awareness, we believe that the company is well positioned to take priority in capturing IT budget dollars."*[54]

e.  Salomon Smith Barney (commenting on IBM, January 18, 2001):

- *"IBM's e-business initiatives delivered 70%-plus revenue growth for the fourth consecutive quarter. We estimate that these businesses generated $5.3 billion in revenues in 2000, and based on our November 2000 visit to IBM's hosting facility in Boulder, Colorado, 70% growth appears achievable in 2001. If so, this implies $9.2 billion of e-business revenues next year ... IBM's Middleware portfolio is selling strongly on UNIX and NT platforms. During 4Q the strongest products included Websphere which increased 190% year over year, MQ Series which increased 70%, and DB2 which increased 50% year-over-year."*[55]

---

[53]  Hochfeld, Bert, "ITWO Announces a Record Quarter and Year," *Josephthal & Co., Inc.*, January 17, 2001.

[54]  Pickrel, James M., and Nicole S. Gemmer, "Major Opportunities Still Ahead," *JP Morgan H&Q*, January 17, 2001.

[55]  Jones, John B, Jr. and Craig A. Ellis, "IBM: Reports Strong 4Q00; Well Positioned for 2001 – Detailed Note," *Salomon Smith Barney*, January 18, 2001.

*Confidential*

f.  Salomon Smith Barney (commenting on Commerce One, January 18, 2001):

- *"We believe Commerce One is well-positioned to benefit from the projected growth for the eprocurement and trading exchange platforms applications markets. Commerce One has a unique business model, with a recurring revenue component based in revenue share agreements with certain clients. Although this is an unproven and highly speculative revenue stream, we applaud Commerce One's initiative in this area and believe the long-term outcome will be positive from both a revenue and an earnings perspective once public exchanges gain traction."[56]*

g.  CIBC World Markets (commenting on Microsoft, January 19, 2001):

- *"Revenues from enterprise software and services (19% of total revenues) came in at $1.2 billion, up 21% from $1.0 billion one year ago … As an indication of the strong demand, management said Exchange Server now has an installed base of over 67 million seats … We expect Microsoft's enterprise revenues to gain momentum as the calendar year goes on."[57]*

h.  Punk, Ziegel & Company (commenting on Sybase, January 19, 2001):

- *"[O]ur 2001 and 2002 EPS estimates are being increased from $1.33 and $1.54, respectively, to $1.40 and $1.58, respectively."[58]*

i.  Sands Brothers (commenting on Commerce One, January 19, 2001):

- *"In analyzing Commerce One's latest financial release we would like to highlight two factors. First, going into this earnings season, the big question was whether or not E-business stocks could survive in a slowing economic and IT spending growth environment. We believe the proof is in the numbers, Commerce One easily beat both revenue and cash loss estimates and guided the street up over $100 million in revenue for FY01. Management has been open about reinvesting back into the company to continue to fuel growth in lieu of earnings and we believe this is a smart strategic move at this time. In addition, during the conference call, management proclaimed that its business opportunity is as strong as ever. Based on our due diligence, we agree. We believe E-business solutions, such as E-procurement, collaborative planning and supply chain management, are at one of the top rungs of the corporate ladder in priority."[59]*

---

[56]  Teagarden, Gretchen, "CMRC: Exceeded Expectations," *Salomon Smith Barney*, January 18, 2001.

[57]  Eisenstat, Melissa and Jeff Burnett, "FY2Q01 Results as Expected: Outlook Appears Stable," *CIBC World Markets*, January 19, 2001.

[58]  Abbott, Gary E., "Sybase Reports Upside Q4:00 EPS Surprise; Revenues In-Line with Expectations; We Reiterate Our BUY Rating," *Punk, Ziegel & Company*, January 19, 2001.

[59]  Milnar, Gavin P., "All Aboard the Commerce One Train! 4Q00 Financial Results Significantly Beat Estimates," *Sands Brothers*, January 19, 2001.

*Confidential*

j.   SG Cohen (commenting on Informix, January 25, 2001):

- *"Database license sales increased 23% sequentially to $82 million, driven by a renewed focus on the business, and Ascential's [the new company's] license sales of $19MM were up 22% q/q .... Until the two Informix companies operate completely independent of each other, Ascential will be the main growth driver for the aggregate entity.  Focused on selling eBusiness and analytical solutions, Ascential saw solid growth in its DataStage (data extraction and transformation) and Media360 (media content management) products during the fourth quarter ... Although still a relatively small piece of total revenues ... [m]anagement hopes to grow this business about 70% in 2001 on 80-100% growth in licenses.  Here again, we're more conservative – we look for growth of 50%+."*[60]

k.   Chase H&Q (commenting on PeopleSoft, January 31, 2001):

- *"We expect the company to increase its visibility and marketing around PeopleSoft 8, with a strong emphasis on competitive wins.  Althought [sic] the company is in good standing on a competitive technology level in many areas, we continue to believe that despite the current environment, companies will have the budget to spend on packaged software that increases efficiency and competitiveness, and that competition will not drive this market to a complete zero-sum game.  Thus, based on modest upwared [sic] revisions to our model, we believe substantial upside potential remains."*[61]

l.   Credit Suisse First Boston (commenting on Business Objects, February 2, 2001):

- *"Business Objects reports that it has seen no slowdown in the markets.  The company also said that it has seen no lengthening of the sales cycle, and that it does not expect any lengthening going forward.  This shows that concerns whether business intelligence software might only be a 'nice-to-have' but not a 'must-have' product were unfounded.  Visibility remains unchanged and good ... Given the current economic environment and the refocusing on loyalty of valuable customers, we believe the Analytic CRM market is a primed market."*[62]

m.   UBS Warburg (commenting on BEA Systems, February 23, 2001):

- *"Management indicated that the pipeline remained strong and the outlook was positive despite what we view as a tumultuous IT spending environment.  The company indicated that they are ahead of plans to reach 100% future quarter revenue visibility from the 50% they began with a few quarters ago.  This visibility which consists of a combination of backlog (sales shut down early,*

---

[60]   Brosseau, Drew and Adam Liebhoff, "Solid Q4; Numbers Coning Up," *SG Cowen*, January 25, 2001.
[61]   Pickrel, James M., and Nicole S. Gemmer, "Big Upside Indicates Fast Start for PeopleSoft 8; Raise Estimates and Target," *JP Morgan H&Q*, January 31, 2001.
[62]   Völkel, Bernd, *et al.*, "Business Objects – Q4 Results - A Picture of Perfection; Raising Price Target," *Credit Suisse First Boston*, February 2, 2001.

*Confidential*

*license keys not shipped or deals closed but not signed) and sales funnel pipeline from its Web lead base will allow the company to manage growth through a tougher economic environment if it begins to affect the ebusiness platform business.  To date we have not seen any evidence of a slowdown in spending on the ebusiness platform.  The company remained bullish on its fiscal year 2002 outlook, which reinforces our belief that ebusiness software remains atop the IT budget list of priorities along with SCM and CRM."*[63]

### ii.      Analysts Did Not Change Their EPS Estimates for Oracle

66. Consistent with what was being said about the sector in general and Oracle's competitors in particular, analysts covering Oracle were overwhelmingly stable in their projections of EPS estimates of $0.12 throughout Oracle's 3Q FY2001.  Although a few analysts held slightly different views from the $0.12 EPS guidance, more estimated higher earnings than lower ones. [*See* Figure 7 in Appendix D for more details.]

67. Of the 25 analysts covering Oracle consistently throughout the quarter,[64] only one had an EPS estimate lower than  $0.12 at some point between December 14, 2000 and February 28, 2001:

    a.  21 analysts projected EPS of $0.12 throughout the quarter from December 15, 2001 to February 28, 2001.

    b.  Two analysts (PMG Capital and Josephthal) projected EPS of $0.13 throughout the quarter.

    c.  One analyst from Wells Fargo began the quarter at $0.12 and raised his estimate to $0.13 on February 27, 2001.

    d.  One analyst (AG Edwards) projected EPS of $0.11 throughout the quarter.

68. Additionally, there were five analysts who reported only occasionally on Oracle throughout the quarter, yet still gave earnings estimates before the end of Oracle's 3Q FY2001.  Three reported one-time projections of $0.12 on December 15, 2000 (Chase Hambrecht & Quist,

---

[63]   Roskill, Andrew, and Ken Carey, "BEAS: Good Q4 Results, License Revenue Leads the Way," *UBS Warburg*, February 23, 2001.

[64]   A consistently reporting analyst is defined as issuing a report containing an EPS estimate for Oracle's 3Q FY2001 in at least two months out of the three-month period between December 14, 2000 and March 16, 2001.

FAC/Equities, and Prudential) one an estimate of $0.13 on January 18, 2001 (Pacific Crest Securities), and one an estimate of $0.11 on February 21, 2001 (Punk, Ziegel).[65]

69. Taken as a group, then, financial analysts were consistently confident in Oracle's ability to make its EPS estimate for 3Q FY2001.  Again, this was based not only on company statements and guidance, but also independent analysis carried out by analysts who were generally aware of macroeconomic forces relevant to the enterprise software industry.

### iii.    Oracle as a Bellwether for the Industry

70. Whereas most of Oracle's competitors' fiscal years coincide with calendar years, Oracle's fiscal year begins in June and ends in May.  As such, the end of Oracle's 3Q FY2001 in February 2001 came in the middle of most of its competitors' 1Q FY2001, which ended in March 2001.

71. When Oracle pre-announced its earnings miss on March 1, 2001 after markets were closed, it cited the sudden change in economic conditions in late February as the underlying reason why customers did not sign deals that it had expected to close.[66]

72. Analyst Bob Austrian of Banc of America Securities asserted that if the economy and industry weakness were to blame for Oracle's miss, then when Oracle's competitors released their quarterly earnings shortly thereafter, he would expect to see lots of other competitors miss as well, but that if Oracle's competitors were able to achieve their estimates, then the reasons for Oracle's miss would more likely be company-specific.[67]  Indeed, as shown in the following subsection, the majority of Oracle's competitors failed to report earnings in line with market expectations in April, providing strong empirical evidence that there were sector-wide forces at work and that Oracle's miss did not simply reflect company-specific issues.

---

[65]   In this report, the analyst indicates that the $0.11 EPS estimate was a downward revision, but I have not been able to locate another report earlier in the quarter specifying a higher EPS estimate.

[66]   Oracle's 3Q FY2001 Conference Call Transcript, March 1, 2001, NDCA-ORCL 419609-26, NDCA-ORCL 419610.

[67]   Bob Austrian, *Banc of America Securities*, March 16, 2001, p. 1. "…The litmus test for Oracle's applications business is in 15 – 30 days when applications software companies report their March quarters.  If results are weak, it's probably good news for Oracle (Oracle's apps weakness is due more to industry weakness); if they're strong, it's bad news (apps business is losing share)."

*Confidential*

### iv.     Competitors' EPS Performance

73. Prior to Oracle's March 1 preannouncement, from November 2000 through February 2001, Oracle's competitors, with only a few exceptions, met or beat their earnings estimates.  It was only after Oracle pre-announced its miss in early March 2001 that the beginnings of a new trend could be seen.  The majority of Oracle's competitors then missed their EPS targets for their quarters in progress.

74. The misses by competitors over time can be seen from two different sources of information.  The first view looks at final EPS as reported (generally a few weeks after pre-announced) compared with analysts' consensus for earnings forecasts during the first month of that fiscal quarter (which would generally coincide with guidance offered by the company at the beginning of that fiscal quarter, but not take into account any guidance revisions mid-quarter).[68]  The vast majority of Oracle's competitors met first-month consensus earnings estimates in 4Q CY2000, but then missed these estimates in 1Q CY 2001. [*See* Figure 8.]

**Figure 8:  Competitors' EPS Performance vs. Analyst Consensus EPS Estimate**



---

[68]     In other words, actual earnings were compared with analysts' consensus EPS estimates for the first month of the quarter (roughly nine weeks before earnings were announced) in order to classify each firm's result.

*Confidential*

75. A second viewpoint compares competitors' actual earnings announcements as reported in the trade press to guidance announcements reported earlier, also in trade press. The frequency of misses for firms in the sector increased notably after Oracle pre-announced its quarterly EPS miss on March 1, 2001, suggesting that the drastic change in the health of the economy was a common factor. [*See* Figure 9.]

**Figure 9: Competitors' EPS Performance vs. Guidance Reported in Trade Press**



76. The many misses in the sector following Oracle's miss are strong empirical evidence that there were sector-wide forces at work and that Oracle's miss did not simply reflect company-specific issues. The prevalence of misses also highlights how unexpected the adverse impact of economic conditions was on Oracle and its competitors in early- to mid-2001. As analysts were to learn, Oracle was not the only firm that cited this sudden and unexpected downturn in the economy in late February and March 2001 as the primary reason for missing guidance targets.

v.     **Competitors' End-of-Quarter Announcements and Analysts' Commentary**

77. Many of Oracle's competitors' reasons for having missed their targets echoed Oracle's own explanations for its 3Q FY2001 performance surprise. For example, Cognos Inc., whose fourth quarter ends when Oracle's third quarter ends, stated the following:

*Confidential*

- *"'Preliminary results indicate revenue was slightly below our expectation for the quarter,' said Ron Zambonini, Cognos President and CEO. 'More specifically, early indications point to a shortfall in business intelligence (BI) license revenue in North America, where a number of customers did not conclude software purchases in response to the rapidly softening economy ... in the latter part of February, we started to experience hesitancy on the part of commercial customers in North America to make large commitments in light of the current economic outlook.'"*[69]  (March 5, 2001)

78. Similar messages were heard in the first few days of April 2001 after competitors on a calendar-based quarter released their results ending March 31, 2001.

   a.  Ariba:

- *"As many others are also realizing, the slowdown in both the economy and technology spending has been much more dramatic than we had previously expected. At the end of the quarter* [ending March 31st], *we experienced a large unexpected drop-off in our sales closure," said Keith Krach, Ariba's chairman and CEO. "While many customers selected Ariba's technology, spending decisions at the executive level were postponed as customers evaluated their budgets in light of the prevailing economic uncertainty."*[70]  (April 3, 2001)

- *"As a result of the difficult economic conditions and other factors, Ariba expects to incur significant one-time write-offs relating to, among other things, investments and real estate commitments ... Ariba also said spending decisions by its customers were postponed. The impact was felt primarily in North America, but is beginning to affect Europe also, Ariba said."*[71]  (April 2, 2001)

   b.  i2 Technologies:

- *"Although we continue to see healthy demand for our solutions, some of our customers are delaying purchasing decisions due to uncertainties about the economy."*[72]  (April 2, 2001)

   c.  Hyperion:

- *"The slowdown in the U.S. economy is negatively impacting our business and causing some of our customers to postpone spending on information technology," said Jeff Rodek, Hyperion's chairman and chief executive.*[73]  (April 5, 2001)

---

[69]  Cognos Incorporated, "Cognos Announces Preliminary Estimates of Results for Fourth Quarter Fiscal Year 2001," March 5, 2001.

[70]  Ariba Inc., "Ariba Announces Preliminary Second Quarter Results," April 3, 2001.

[71]  "Ariba Sees 2Q Rev Below Views," *Dow Jones Newswires*, April 2, 2001.

[72]  i2 Technologies, "i2 Announces Preliminary First Quarter Results," April 2, 2001.

[73]  "Hyperion Says Q3 Outlook Lower than Street View," *Reuters News*, April 5, 2001.

79. By mid-April when the final results were tallied, the slowdown mentioned by many competitors manifested itself in earnings misses:

    a.  i2 Technologies:

- *"A sudden and severe decline in market conditions, coupled with this increased cost structure, caused the company to fall short of its profitability goals for the first quarter."*[74] (April 18, 2001)

    b.  Ariba:

- *"The slowdown in both the economy and technology spending impacted our business more dramatically than we had expected,"* said Bob Calderoni, Ariba's CFO.[75] (April 20, 2001)

80. Oracle's competitors repeatedly cited, nearly verbatim, the same surprising economic and client-specific decision factors to explain their earnings misses. This pattern is consistent with Oracle believing that it would achieve its 3Q FY2001 earnings targets as announced to the market on December 14, 2000 until the very end of the quarter, when it experienced a precipitous drop-off in expected deal closings.

81. In fact, as analysts eventually came to appreciate, Oracle's miss in early March 2001 was pivotal in the market's recognition of the economy's role in sector-wide earnings misses. Some analysts acted immediately on Oracle's miss and proactively lowered their EPS forecasts for Oracle's competitors, who still had another month before their quarter close. This action indicates that analysts sensed that the same macroeconomic forces affecting Oracle were likely to affect other companies. After the fact, analysts eventually came to regard that announcement as a watershed moment for the sector's overall health early in calendar year 2001.

- *"We are trimming our estimates for Ariba in the wake of Oracle's lackluster 3Q, which we see as a leading indicator of the difficulties that applications companies might face closing sales at the end of March. During Oracle's conference call, management said sales slipped when executive approval was required. Many of the deals software companies close at the end of any quarter require this*

---

[74] i2 Technologies, "i2 Announces First Quarter 2001 Results; Management Acts Quickly to Address Sudden Downturn in Business Cycle," April 18, 2001, NDCA-ORCL 307726.

[75] Ariba Inc., "Ariba Announces Second Quarter 2001 Results, April 20, 2001.

*Confidential*

*approval and we do not believe that this phenomenon will be confined to the last week of February."*[76]  (March 2, 2001)

- *"Based on accumulation of announced results as well as background conversations, it appears we have gone beyond IT project reprioritization and reached a level of indiscriminate spending cuts.  We consider all estimates for the software names we follow as speculative at this point."*[77]  (March 2, 2001)

- *"We are lowering our estimates on Siebel to reflect tighter IT budgets and slower IT spending brought on by an increasingly uncertain economic environment.  Similar to what Oracle (ORCL $21-3/8) experienced, we expect Siebel is likely to face a challenging environment at the end of the quarter as deals are deferred – due largely to the uncertain economic outlook.  We note that like most enterprise software companies, Siebel closes 50% or more of its business in the last month of the quarter ... Companies aggressively bought enterprise and eCommerce software though all of 2000.  Many of these software buyers are now facing difficult economic times and are slowing hiring or even reducing headcount.  As a result of both aggressive buying in 2000 and reduced needs in 2001, we believe that most companies have a sizable 'inventory' of enterprise software that they need to burn through before they order more.  This will likely dampen Q1 demand."*[78]  (March 2, 2001)

- *"We are downgrading BEAS from Outperform to Neutral.  The downgrade comes on the back of Oracle's negative preannouncement.  Oracle saw purchasing delays due to the slowdown in the economy.  We believe these issues will affect several of the enterprise software companies that we follow.  Remaining cautious until signs of economic improvement.  Indications that the economic environment is stabilizing would make us turn more positive."*[79] (March 2, 2001)

- *"We have not yet been stung with pre-announcements for the March quarter, although the market has clearly discounted much of any bad news that may lie ahead.  While economists and strategists puzzle over the inflection point in the economy, we are very convinced that the March quarter will mark the lows in IT spending."*[80] (March 5, 2001)

---

[76]   Verbeck, Mark, *et al.*, "Cautious Execs Slow IT Spending; Trimming Estimates," *Epoch Partners*, March 2, 2001.

[77]   Thill, Brent, and John Torrey, "Downgrading to a Buy from a Strong Buy," *Credit Suisse First Boston*, March 2, 2001.

[78]   Baluta, Alex W., and Andrew T. Savitz, "Reducing Numbers and Downgrading to Buy on Near-Term Industry and Economic Uncertainty. Company Remains One of Our Favorite Long-Term Picks," *Robertson Stephens*, March 2, 2001.

[79]   Phillips, Charles E., *et al.*, "Downgrading From Outperform to Neutral," *Morgan Stanley Dean Witter*, March 2, 2001.

[80]   Moore, Catherine, and Steven Shin, "Market Bulimia and Other Investor IIIs," *C.E. Unterberg, Towbin*, March 5, 2001.

*Confidential*

- *"Cognos pre-announced a shortfall for its F4Q (Feb). Preliminary results are $143-144.5M in revenue and $0.23-$0.25 in EPS. Our estimates were $145M and $0.26, respectively. The miss looks minor at first glance, but recall that estimates were reduced after the company missed F3Q (Dec) targets. Business intelligence software sales came up short in North America, where Cognos generates 65% of total revenue. Explaining the shortfall, management commentary was similar to Oracle's last week, citing weak demand in North America and purchase delays on large deals at the end of the quarter. Large deals over $1M were deferred or contracted to smaller deal sizes. Buyers balked at committing to large license purchases given the weak economic outlook. Cognos had 12 $1M+ deals in its pipeline going into the end of the quarter, none of which closed."*[81]  (March 6, 2001)*

- *"We are downgrading the stock to a Market Performer rating based on ... Potential effects of a slowing economy – where we believe software companies across the board currently face significant challenges and uncertainty in light of the slowing economy and more restricted IT budgets, potentially resulting in longer sales cycles, greater pricing pressure, and smaller deal sizes over the next several quarters."*[82]  (March 6, 2001)*

- *"With an increasingly challenging economic environment for enterprise software sales (highlighted by Oracle's FQ3:01 shortfall – where the company posted only 25% yr/yr growth in applications as compared to its original guidance of 75% yr/yr growth), we believe that even the best positioned business software companies are increasingly vulnerable to a major retrenchment in IT spending. As a result, we are taking a first cut at lowering earnings estimates for Ariba, Commerce One, and i2 – yet, are cognizant of the fact that, depending on the severity and duration of the current economic downturn, additional downward revisions may be in order ... Based on multiple channel checks, it is increasingly clear to us that the fundamentals for enterprise software sales have deteriorated over the past 45 days – compounding the risks associated with back-end loaded quarters. While Ariba and other leading business software companies continued to post solid results throughout 2000 (Ariba, Commerce One and i2 collectively recognized just under $462 million in software licenses in the December quarter alone) we believe the broader IT retrenchment that laid claim to the networking, chip, box and professional services companies over the last several quarters is beginning to catch-up with large business software companies, including Ariba."*[83]  (March 16, 2001)*

---

[81]  Moore, James A., and Charles Chen, "Cognos Incorported [COGN] 'MKT. PERFORM' – F4Q Shortfall on Large Deal Deferrals, North American Exposure," *Deutsche Banc Alex. Brown*, March 6, 2001.

[82]  Upin, Eric, *et al.*, "J.D. Edwards & Company," *Robertson Stephens*, March 6, 2001.

[83]  Upin, Eric B., *et al.*, "Lowering Estimates for Ariba, Commerce One and i2; Economic Downturn is Just Beginning to Adversely Impact Enterprise Software; We Believe Long-Term B2B Opportunity Still Compelling, But Near-Term Outlook Clouded by Limited Visibility; No Change to Our Ratings," *Robertson Stephens*, March 16, 2001.

*Confidential*

- *"We have made further revisions to our earnings estimates for the current fiscal year for i2 Technologies. Our most recent channel checks suggest that i2 has had a flurry of activity, and certainly closed some volume of business in the final days of the current quarter. However, it is our view that this activity is likely to have been insufficient to allow i2 to meet its internal revenue goals or our previously revised license revenue target. In the current economic environment, it is difficult for anyone to forecast with a normal degree of accuracy, as commitments no longer mean what they once did, and the historical conversion rates of the recent past seem to have lost their predictive value. The economic difficulties experienced in the overall economy have helped create economic stress and a slowdown in capital spending within a key i2 vertical: the high-technology industry … Accordingly, we have reduced our estimates for the first three quarters of this year, with a rebound in the fourth quarter and a return to a more normal growth pattern in 2002."[84]*  (March 30, 2001)

- *"Joining the pre-announcement party, Sybase released preliminary Q1 revenues of $227-231MM and EPS of $0.23-0.26, failing to meet our respective $250MM and $0.30 projections. Mirroring what several other software vendors have declared, several Sybase clients either reduced the size of, or completely delayed purchases toward the end of the quarter. …Geographically, it comes as no surprise that North America was especially sluggish …"[85]*  (April 3, 2001)

- *"To no one's surprise, CMRC announced that it would report weaker than previously expected results for the quarter ended 31 March 2001. CMRC said it would report revenue of $170 million, versus our expectation for roughly $209 million. The loss per share is expected to come in at $0.11 versus the Street consensus of $0.06. The company cited the now common litany of reasons for the shortfall. Namely, enterprise customers, while still interested in e-business initiatives, are delaying purchases in the face of declining macro economic conditions."[86]*  (April 4, 2001)

- *"While the fact that the company missed the estimates is not surprising, the 12-16% top-line shortfall is less severe than anticipated. In terms of placing it into context, CMRC came in between the slight revenue miss at i2 (ITWO:$14.19:B) and the large 48% shortfall at Ariba. (ARBA:$4.81:MP) Echoing concerns about visibility, management attributed the shortfall to delayed purchases at quarter-end. Similar to Ariba, CMRC also stated that while the bulk of the shortfall was domestic, softness was experienced in all regions."[87]*  (April 5, 2001)

---

[84]  Hochfeld, Bert, "ITWO: Et Tu, i2?," *Josephthal & Co., Inc.*, March 30, 2001.

[85]  Brosseau, Drew, and Adam Liebhoff, "Why Be Different?  Sybase Pre-Announces Shortfall," *SG Cowen*, April 3, 2001.

[86]  Garrity, David M., and Brendan M. McGovern, "Weathering the Enterprise Software Storm," *Dresdner Kleinwort Wasserstein*, April 4, 2001.

[87]  Morton, Ian M., *et al.*, "CMRC Pre-announces; Less Severe Shortfall Than Anticipated; Lowering Estimates," *JPMorgan H&Q*, April 5, 2001.

- *"Given the recent spate of preannouncements this is not out of line; however, since Cognos lowered guidance last quarter, we find it somewhat disconcerting. Management says the effect was felt mostly in February which is consistent with reports by other companies, such as Oracle."*[88]  (April 6, 2001)

- *"Cognos indicated that interest in BI software remains high, as BI enables companies to reduce costs and increase revenues by gaining a better understanding of their business.  However, as noted during the company's conference call on March 5th, Cognos experienced a change in the closure rate for large deals (>$500,000) in the last few weeks of the quarter."*[89]  (April 6, 2001)

- *"… From a guidance perspective, Tom Siebel predicted that the overall environment would continue to deteriorate in the June quarter.  As such, it is Tom's belief that the overall technology sector is likely to have a down sequential June quarter.  Mr. Siebel's quote was 'if 1Q was the quarter of pre-announcements, 2Q will be the quarter when companies are forced to close their doors and shops.'  It is Siebel's belief that we are currently in the process of a global economic recession, and that the North American flu is already working its way toward Europe (with the European impact expected to get materially worse in the June quarter).  Siebel indicated that the closure rate in 1Q was down significantly from what the company has traditionally experienced, a similar phenomenon that we have heard from many software companies.  Mr. Siebel stated that there were deals in 1Q where customer CEOs shook his hand personally and told him the deal would be signed, only to have the deal canceled at the last moment."*[90]  (April 18, 2001)

- *"Management indicated that the company experienced a rapid fall-off in larger transactions in the last two months of the quarter, as demonstrated by the fact that the company executed two transactions in excess of $1 million in January, and none in the months that followed … The effects of the economic slowdown were seen in both the U.S. and European operations."* [91]  (April 20, 2001)

### C.    Software Sector Indices Did Not Indicate Trouble

82. During Oracle's 3Q FY2001, the software industry appeared to be healthy and growing.  Various indices indicated that growth would continue at a rate similar to that of the recent past.  Only after the end of Oracle's 3Q FY2001 did it become apparent that growth in the

---

[88]   Ebbs, Edel, "Cognos Inc.," *UBS Warburg*, March 6, 2001.
[89]   Beck, David, "Cognos Inc. – Fourth Quarter Results," *RBC Dominion Securities*, April 6, 2001.
[90]   Dolan, Timothy J., and R. Scott Zeller, "1Q Exceeds Estimates – Lowering Estimates Slightly – Siebel Remains Among the Best Positioned to Weather the Storm," *Deutsche Banc Alex. Brown*, April 18, 2001.
[91]   Hochfeld, Bert, "BOBJ: Reports Good Results in a Difficult Environment," *Josephthal & Co., Inc.*, April 20, 2001.

*Confidential*

software industry was beginning to slow more substantially. Moreover, even at the end of February 2001, it would have been difficult to foresee that the sector was about to enter a period of economic difficulty.

### i. Information Processing Equipment and Software Investment

83. Investment in enterprise software and information processing equipment continued to grow during 3Q FY2001. The U.S. Government data publicly available as of the end of February 2001 showed that investment was continuing to grow as it had consistently done for nearly ten years. [*See* Figure 10.] In fact, the data series actually peaked in the first calendar quarter of 2001 (information published in late April 2001) before beginning to trend downward (information published in late July 2001). Data on investment in computer equipment and software were therefore consistent with Oracle's revenue projections for 3Q FY2001.

**Figure 10: Information Processing Equipment and Software Investment, Seasonally Adjusted Annual Rate**



### ii. Quarterly Software Industry Sales

84. Another way to analyze the high-technology sector is to examine revenues by Standard Industrial Classification Code (SIC Code). These are standard codes used by the government to classify businesses into different sectors. SIC industry group 737 is for Business Services:

Computer Programming and Data Processing.  Oracle's four-digit SIC code is 7372 (Prepackaged Software). [92]  An examination of the quarterly revenues for more than 350 companies in this four-digit SIC code shows that firms in this sector experienced substantial sales growth in calendar year 2000 and early 2001.  [*See* Figure 11.]  One can see a strong seasonality pattern in the data, with the fourth calendar quarter being a peak for each year.  Sales grew by 15 percent between 4Q CY1999 and 4Q CY2000 (ending in December 2000 but data not released until the end of January 2001), which compared well with 16 percent growth from 4Q CY1998 to 4Q CY1999.  These sales data for the four-digit SIC code include Oracle and its competitors, and are consistent with Oracle's reasonable belief that it would achieve its 3Q FY2001 financial targets.  Moreover, after Oracle's quarter ended, the sales data were still reasonably strong, with sales growth of 9.5 percent from 1Q CY2000 to 1Q CY2001.

---

[92]   Other SIC classifications within 737 are: 7371 (Computer Programming Services), 7373 (Computer Integrated Systems Design), 7374 (Computer Processing and Data Preparation and Processing Services), 7375 (Information Retrieval Services), 7376 (Computer Facilities Management Services), 7377 (Computer Rental and Leasing), 7378 (Computer Maintenance and Repair), and 7379 (Computer Related Services, Not Elsewhere Classified).

*Confidential*

**Figure 11: Quarterly Software Sales for Oracle's SIC Code 7372 (Prepackaged Software)**



### iii.    Software Sector Stock Indices

85. Yet another way of measuring the health of the software sector would be to consider stock prices via various indices that are designed to measure changes in the sector.[93]  I gathered various software sector indices from Bloomberg, and all include Oracle in any individual index.  [*See* Figure 12 and Figure 13.]  As can be seen in the figures, by the beginning of December 2000, software sector stock indices had declined somewhat from their peaks in early 2000.  The indices rallied during the first two months of Oracle's 3Q FY2001, before declining beyond where they began the quarter.  These data do not suggest that the market value of the sector was on the verge of collapse.

---

[93]    As with any stock price, there is a fair amount of volatility in actual values.  However, the general trends are instructive.  Note that stock price valuations are based on longer-term growth rate forecasts.

*Confidential*

**Figure 12: Software Sector Indices, Long-Term Perspective**



**Figure 13: Software Sector Indices, Short-Term Perspective**



D.     **Oracle's Customer Base Was Diversified**

86. Because Oracle's database and applications software can be used in many industries, it is not surprising that Oracle's customer base is quite diverse and its customers span nearly all types of businesses.  Oracle's revenues were dependent on neither a small number of "key" customers, nor a limited number of important industry sectors.  Additionally, Oracle also maintained strong ties with many foreign-based clients that provided some cushion against any downturn in the U.S. economy.  Oracle's diverse customer base protected its revenues

*Confidential*

from being significantly affected by any single customer or sector, underscoring the reasonableness of Defendants' statements.

### i.      Customer Industry Segments

87. A classification of Oracle's top license customers for 3Q FY2000 to 4Q FY2001 (50 customers for each of the six quarters or 300 customers in total) by 2-digit SIC code illustrates the dispersion in the customer base.  The customers are spread across more than 35 different sectors ranging from industrial equipment to chemicals, professional services to depository institutions, and food products to electronic equipment.  [*See* Figure 14.]

Confidential

**Figure 14: Oracle's Top Customers by SIC Code (3Q FY2000 to 4Q FY2001)**



ii.    **Customer Concentration**

88. A closer examination of Oracle's top 50 customers in each of the six fiscal quarters 3Q

FY2000 to 4Q FY2001 illustrates that Oracle did not rely solely on a few key customers for

*Confidential*

its revenue base.  The percentage of total license revenues accounted for by the top 50 customers averaged 28 percent across all the quarters.  [*See* Figure 15.]

**Figure 15: Total License Revenue for 3Q FY2000 to 4Q FY2001**



89. A more detailed breakdown of the top 50 customers shows that the largest customers span a very large range of industries.  [*See* Figure 16 and Figure 17, located in Appendix D.]

90. Furthermore, even for the four largest SIC groupings (with a total of 21 percent of license revenues in 3Q FY2001), there were multiple customers in each of the groupings, many of whom conducted business in a variety of geographic regions.  [*See* Figure 18.]

*Confidential*

**Figure 18: SIC Groupings with the Highest Percentages of Oracle's Top Customer Revenues for 3Q FY2001**

| SIC Grouping | | Company | Total Revenues |
|---|---|---|---|
| **73 Business Services** | | | $    91,544,171 |
| | 1 | Acxiom Corporation | |
| | 2 | Covisint | |
| | 3 | Fujitsu | |
| | 4 | Itochu Techno Science | |
| | 5 | Lucent Technologies | |
| | 6 | Princeton Ecom Corporation | |
| **35 Industrial and Commercial Machinery** | | | $    69,669,080 |
| | 1 | Cisco Systems Inc. | |
| | 2 | EMC Corporation | |
| | 3 | Hewlett Packard Company | |
| | 4 | Hitachi | |
| | 5 | Hitachi Data Systems | |
| | 6 | NEC | |
| | 7 | Toshiba | |
| **48 Communications** | | | $    40,191,953 |
| | 1 | American Tower Corporation | |
| | 2 | AT&T Corporation | |
| | 3 | Deutsche Telekom AG | |
| | 4 | Global Crossing | |
| | 5 | Japan Telecom | |
| | 6 | Qwest Communications | |
| | 7 | Siemens Aktiengesellschaft | |
| | 8 | XO Communications | |
| **80 Health Services** | | | $    37,860,098 |
| | 1 | HealthSouth Corporation | |

## E.    Summary of Sector-Specific Outlook

91. Viewed from multiple angles, the enterprise software sector appeared to be very healthy throughout Oracle's 3Q FY2001. Oracle was not the only firm to project continued growth for early 2001.  Industry and market analysts were also optimistic about the prospects for another period of strong performance from Oracle and its competitors, even though they acknowledged that some customer segments were not as strong as they had been in 2000. The collective knowledge was that the enterprise software sector could – and would – continue to grow from selling the high-value products that customers needed to continue growing their businesses.

*Confidential*

92. As a matter of routine business, analysts performed their own checks on what firms in the sector were saying about future prospects and the overwhelming majority of analysts agreed with the EPS estimates put forth by Oracle (and others).  The analysts appeared to be as surprised as Oracle itself when the quarterly EPS miss was pre-announced.  Following subsequent EPS misses by many of Oracle's competitors, analysts came to the general conclusion that an unexpected downturn in the economy was in fact responsible for Oracle and its competitors missing their financial targets.  Even though they believed Oracle's miss signaled problems for others in the sector, over the long run, they still believed that the sector would recover and continue to outperform.

93. An additional source of strength for Oracle was its diverse customer base for licensed products.  Entering into its 3Q FY2001, Oracle was not heavily dependent on any particular industry sector or small group of customers to meet its revenue targets.  In fact, quite the opposite was true.  Oracle's broad-based customer base provided a cushion against revenue fall-offs in the event that any one sector of the economy was particularly hard hit.  Unfortunately, the sudden drop off in economic activity affected large sectors of the economy such that multiple customer groups decided to postpone their planned purchases of Oracle's licensed products.

## V.      GENERAL MACROECONOMIC OUTLOOK

94. I understand that the Plaintiffs' claims are based in part on the alleged failure of Oracle to adequately reflect macroeconomic conditions in their forecasts and guidance.  To explore this issue, counsel have asked me to describe the macroeconomic conditions in late 2000 and early 2001.  During the early part of this period and following the November 2000 election, I was a member of George W. Bush's Economic Advisory Team working in the Transition Headquarters; then in February 2001, I began serving as President Bush's Chairman of the Council of Economic Advisers.  As noted earlier, my overall view is that while there were signs of softening in the economy, that softening was consistent with the slow macroeconomic decline that had begun months earlier, and not indicative of a larger, sudden drop-off or recession.

95. In fact, multiple sources of key macroeconomic data and commentary all paint a consistent picture of economic conditions during Oracle's 3Q F2001 – one of continuing positive, but possibly slowing economic growth.  In the subsections immediately below, I will present and interpret these key data.

### A.      Production Outlook

96. Producers respond to current and expected future demand and use Oracle software.  Accordingly, looking at supply-side data is a method of gauging the health of Oracle's potential customer base.

#### i.      Purchasing Managers' Index

97. The purchasing managers' index (PMI) is a composite index based on seasonally adjusted diffusion indices of new orders, employment, supplier deliveries and inventories put out by the Institute of Supply Management (ISM).  Diffusion indices have the properties of leading indicators and are convenient summary measures showing the prevailing direction and the

*Confidential*

scope of change.[94]  PMI data are released monthly on the first business day of the month following that for which data are being released.[95]

98. According to the ISM, a PMI reading above 50 percent indicates that the manufacturing economy is generally expanding, below 50 percent that it is generally declining. A PMI over 42.7 percent, over a period of time, indicates that the overall economy, or Gross Domestic Product (GDP), is generally expanding, below 42.7 percent, that it is generally declining. The distance from 50 percent or 42.7 percent is indicative of the strength of the expansion or decline.[96]

99. The most recent PMI data available prior to Oracle's December 14, 2000 press release were the data for November 2000, released December 1, 2000.  At that point, the index stood at 47.7, well above the 42.7 expansion threshold identified by ISM.  The PMI for December 2000 (released January 2) was 43.7.  This was its fourth multi-month stretch in the band between 42.7 and 50 during that expansion. The PMI for January 2001 (released February 1) fell to 41.2.[97]  The fact that this was the first dip below the 42.7 expansion threshold would certainly not be sufficient to conclude that the economy was generally declining.  [*See* Figure 19.]

---

[94]   http://www.ism.ws/ISMReport/content.cfm?ItemNumber=10744&navItemNumber=12960, accessed May 22, 2007.

[95]   http://www.investopedia.com/university/releases/napm.asp, accessed May 22, 2007.

[96]   http://www.ism.ws/ISMReport/content.cfm?ItemNumber=10744&navItemNumber=12960, visited May 22, 2007.

[97]   Here and hereafter, numbers cited in the text of the report refer to the data as contemporaneously released just before or during Oracle's 3Q FY2001.  Where trends in the contemporaneous released data appear consistent with trends in currently available historical series of the same or similar data, trend lines in the graphical figures will be based on the latter because they afford the benefit of more easily obtaining a longer-term perspective on the data series in question.  Where apparent discrepancies exist between trends in the contemporaneous data released then and the historical series available now, they will be noted and/or displayed in the relevant figure, as here.  In either case, both the contemporaneously available data and the currently available historical data for all data series discussed are documented in tables in Appendix D to this report.

*Confidential*

**Figure 19: Purchasing Managers' Index**



### ii.    Capacity Utilization

100.    Capacity utilization is an indicator of the extent to which factories and other productive facilities are being used to produce goods. While an expansion is characterized by a high level of capacity utilization, a very high level of capacity utilization may indicate growing inflationary pressures. These monthly data are released by the Federal Reserve during the third week of the month the data cover.

101.    The latest data available prior to Oracle's December 14, 2000 guidance, released November 15, 2000 (covering through October 2000) indicated a slight up-tick in capacity utilization in the computer, communications, and semiconductor industries from 90.2 percent for September to 90.5 percent for October.[98]

102.    While subsequently released data indicated that capacity utilization in the computer, communications, and semiconductor industries and the economy as a whole was on the decline, capacity utilization in these technology related sectors remained well above that for industry as a whole throughout Oracle's 3Q FY2001. Data available as of mid-February 2001 (covering through January 2001) indicated that capacity utilization in the computer, communications, and semiconductor industries remained above 80 percent. It only became

---

[98]    http://federalreserve.gov/releases/g17/20001115/g17.pdf, Table 3, accessed May 22, 2007.

*Confidential*

evident after the end of Oracle's third quarter that capacity utilization in these industries was in the midst of more substantial downward movement.  [*See* Figure 20.]

**Figure 20: Industrial Capacity Utilization**



### iii.    Durable Goods Orders and Shipments

103.    Orders are a leading indicator of production, while shipments are a lagging indicator. These monthly data are released by the U.S. Census Bureau roughly one month after the end of the month which the data cover.

104.    These charts show that during Oracle's 3Q FY2001, orders and shipments, particularly for computers and office equipment, were near historic highs.   Both orders and shipments for computers and office equipment were actually on an upswing going into the quarter.  The latest data available before Oracle's December 14, 2000 guidance, released December 5 (covering October) showed orders (shipments) up from $14.5 ($14.9) billion for September to $15.7 ($15.4) billion for October.  Both orders and shipments proceeded to decline gradually over the quarter, but nonetheless remained high compared to recent periods.  [*See* Figure 21 and Figure 22.]

Confidential

**Figure 21: New U.S. Orders of Goods, Seasonally Adjusted**



**Figure 22: U.S. Shipments of Goods, Seasonally Adjusted**



     **iv.**    **Other Production-Related Data**

105.    Other noteworthy production-related data include the industrial production data compiled

by the Federal Reserve and manufacturing and trade sales data compiled by the Bureau of

Economic Analysis ("BEA") within the U.S. Commerce Department.  The Fed's industrial

*Confidential*

production data are released with roughly a two to three week lag.[99]  In late 2000 and early 2001, the BEA's manufacturing and trade sales data were released with roughly a three-month lag.[100]  The National Bureau of Economic Research ("NBER") Business Cycle Dating Committee, the group charged with determining the beginning and ending dates for U.S. business cycles, cites consideration of both in its work.[101]

106.    Similar to the Census Bureau's order and shipment data, industrial production data from the Federal Reserve Board and manufacturing and trade sales data from the BEA most recently available prior to Oracle's December 14, 2000 conference call were just off the peaks of prolonged upward trends. [*See* Figure 23 and Figure 24, located in Appendix D.]

### v.    Summary of Production-Related Data

107.    Oracle's 3Q FY2001 fell within what was then a nearly ten-year economic expansion. The leading Purchasing Managers' Index for November 2000, released December 2000 was still signaling growth.  The latest data available on capacity utilization, orders and shipments in technology related industries were all on the upswing prior to Oracle's December 14, 2000 guidance and were near record highs.  As the quarter progressed, these and other production related indicators declined gradually from what were very high levels by historical standards; economic growth appeared to be gradually, and perhaps only temporarily, decelerating. None of these production related data made any of Defendants' statements about its performance during 3Q FY2001 unreasonable.

### B.    Employment Outlook

108.    The level of employment and the unemployment rate are broadly and closely watched economic indicators.  Employment boosts demand via income and is obviously a fundamental factor of production.  As such, the employment picture is a key macroeconomic indicator.

---

[99]  http://www.federalreserve.gov/releases/G17/release_dates.htm, accessed May 22, 2007.
[100]  http://www.bea.gov/bea/ARTICLES/NATIONAL/NIPAREL/2000/1000isr.pdf;
http://www.bea.gov/bea/ARTICLES/NATIONAL/NIPAREL/2001/0101isr.pdf, accessed May 22, 2007.
[101]  Hall, Robert E., Martin Feldstein, Ben Bernanke, Jeffrey Frankel, Robert Gordon, and Victor Zarnowitz, "The Business-Cycle Peak of March 2001," Business Cycle Dating Committee, National Bureau of Economic Research, November 26, 2001.

109.    Employment had been rising steadily in the years leading up to Oracle's 3Q FY2001 period.  In fact, employment peaked for this cycle in March 2001.  [*See* Figure 25, located in Appendix D and Figure 26, below.]

**Figure 26: Total U.S. Non-Farm Employment, Seasonally Adjusted, Short-Term Perspective**



### i.    Unemployment

110.    The unemployment rate and rate of initial unemployment claims, major indicators of economic activity, were relatively stable at low levels during Oracle's 3Q FY2001.

### a)    Unemployment Rate

111.    Unemployment data are collected and released by the Bureau of Labor Statistics on a monthly basis, with data for a given month released roughly a week to ten days after the end of that month.  The latest unemployment data available prior to Oracle's December 14, 2000 press release was that for November released on December 8.  The seasonally adjusted and unadjusted unemployment rates for that month were 4.0 percent and 3.8 percent, respectively, well below what many consider the economy's natural rate of unemployment of

roughly 5.0 percent.  Outside a year prior, unemployment rates had not been this low since January 1970.  [*See* Figure 27 below and Figure 28 located in Appendix D.]

112.    The December unemployment rates, released January 5, remained at similarly historic lows; seasonally adjusted and unadjusted unemployment rates for that month were 4.0 percent and 3.7 percent, respectively.  The January unemployment rates, released February 2, the last available during Oracle's 3Q FY2001, were 4.2 percent and 4.7 percent on a seasonally adjusted and unadjusted basis, respectively.  These rates, particularly the seasonally adjusted rate, were still relatively low by historical standards.

**Figure 27: Unemployment Rate, Long-Term Perspective**



**b)      Initial Unemployment Claims**

113.    Initial claims for state jobless benefits are tracked by the U.S. Department of Labor.  Data are released weekly, at 8:30 am ET on Thursdays for the week ending the preceding Saturday. [*See* Figure 29 and Figure 30, both found in Appendix D.]  These data show that initial unemployment claims were near historical lows going into December 2000, consistent

with the high employment and low unemployment data discussed above, and do not indicate that any of Defendants' statements about its performance in 3Q FY2001 were unreasonable.

### ii.  Summary of Employment Data

114.  Employment is the lifeblood of the economy, fueling both supply and demand.  The number of people productively employed in the U.S. economy was growing going into and throughout Oracle's 3Q FY2001.  Conversely, the unemployment rate remained very low. As such, contemporary employment data corroborated optimism about Oracle's prospects for achieving its guidance and did not make any of Defendants' statements about its performance during 3Q FY2001 unreasonable.

### C.  Personal Income and Consumer Confidence Outlook

115.  Personal income and consumer confidence drive demand for goods and services and thus spur economic activity.  Data on the funds households have at their disposal and how confident those households feel about future economic prospects thus lend insight into changes in consumer spending and economic activity. [102]

### i.  Personal Income

116.  Data on personal income and transfer payments are released monthly by the U.S. Bureau of Economic Analysis with a roughly one-month lag.  Real personal income less

---

[102] Changes in consumer sentiment may not result in contemporaneous changes in business software investment. There may be a delay between a decline in consumer sentiment and a decline in economic activity.  Moreover, there may also be a delay between declines in overall economic activity, as measured by GDP, and declines in business investment in software.

A correlation analysis of changes in the University of Michigan Consumer Sentiment Index and changes in GDP finds that the correlation is highest when the change in consumer sentiment precedes the change in GDP from one to four months.  In addition, a correlation analysis of the change in GDP and private software investment (National Income and Product Accounts, Table 1.5.5, GDP - Expanded Detail, Gross Domestic Private Investment in Software from http://www.bea.gov/bea/dn/nipaweb/GetCSV.asp?GetWhat=SS_Data/ Section1All_xls.xls&Section=2), finds that the correlation is highest when change in GDP precedes software investment by two to three quarters.  Therefore, we may conclude that there is delay between changes in consumer sentiment and investment in software.

*Confidential*

transfers is one of the main monthly indicators that the NBER Business Cycle Dating Committee looks at in gauging the state of the U.S. economy.[103]

117.    The last available data on personal income less transfers available prior to Oracle's December 14, 2000 conference call were the data released on November 30, 2000 for October 2000.  These data indicated a 0.4 percent drop in personal income less transfers from September to October 2000 after rising continuously, or nearly continuously since September 1999.[104]  Data released on December 22, 2000 and February 1, 2001, covering November and December 2000, respectively, indicated that personal income less transfers was again on the rise.  In fact, however, this brief downturn is not present in subsequently revised data.  [*See* Figure 31, located in Appendix D]

### ii.    Consumer Sentiment

118.    The University of Michigan's consumer sentiment index reflects consumers' views about the present and future state of the economy based on survey data.[105]  Preliminary and finalized survey results for a given month are released midway through and towards the end of that month, respectively.[106]

119.    The most recent consumer sentiment index data available prior to Oracle's December 14, 2000 press release were the preliminary data for December, released December 8.  At that

---

[103]  Hall, Robert E., Martin Feldstein, Ben Bernanke, Jeffrey Frankel, Robert Gordon, and Victor Zarnowitz, "The Business-Cycle Peak of March 2001," Business Cycle Dating Committee, National Bureau of Economic Research, November 26, 2001.

[104]  The currently available historical data shows a $2 (0.03 percent) decline from August to Septermber 2000, whereas the contemporaneously available data at the time showed a $56 (0.3 percent) gain over that same period.

[105]  The Index of Consumer Sentiment (ICS) is derived from the following five questions:
    1) "We are interested in how people are getting along financially these days. Would you say that you (and your family living there) are better off or worse off financially than you were a year ago?"
    2) "Now looking ahead--do you think that a year from now you (and your family living there) will be better off financially, or worse off, or just about the same as now?"
    3) "Now turning to business conditions in the country as a whole--do you think that during the next twelve months we'll have good times financially, or bad times, or what?"
    4) "Looking ahead, which would you say is more likely--that in the country as a whole we'll have continuous good times during the next five years or so, or that we will have periods of widespread unemployment or depression, or what?"
    5) "About the big things people buy for their homes--such as furniture, a refrigerator, stove, television, and things like that. Generally speaking, do you think now is a good or bad time for people to buy major household items?"

[106]  Preliminary release dates are based on timing of contemporaneous releases and final release dates are from http://alfred.stlouisfed.org/series/downloaddata?seid=UMCSENT&cid=98, accessed May 23, 2007.

point, the index stood at 97.4, down from 107.6 it had registered the previous month, but still above its previous average value of 94.1 since the beginning of the economic expansion that had begun in March 1991.  The final data for December, released December 22, had the index at 98.4, slightly higher than the preliminary data.  According to data released January 22 (February 2), the consumer sentiment index for January was 93.6 (94.7). From there, the index declined to 87.8 in February (data released February 20).[107]  [*See* Figure 32, located in Appendix D.]

### iii.    Consumer Confidence

120.    The Conference Board also releases monthly data on consumer confidence (the data for any given month is released during the last week of that month).  According to these data, consumer confidence was generally relatively stable, but trending slightly downward going into Oracle's 3Q FY2001.  The latest data available prior to Oracle's December 14, 2000 conference call, data for November 2000, actually showed a modest increase in consumer sentiment about current conditions.  [*See* Figure 33.]

---

[107]    Preliminary release dates for January and February (January 22 and February 20, 2001) are the dates of press coverage found for the release, and therefore may be slightly later than the actual release date.

*Confidential*

**Figure 33:  The Conference Board's Consumer Confidence Indices**



### iv.    Summary of Personal Income and Consumer Confidence Data

121.    Data on personal income and consumer confidence going into and during Oracle's 3Q
FY2001 suggested that consumer demand would remain strong during the quarter.  Personal
income less transfer payments had been on the rise for over a year before a slight apparent
downward blip in the data for October 2000, released at the end of November 2000.
Consumer sentiment was coming off record highs at the beginning of Oracle's 3Q FY2001,
but this index – based in large part on where consumers believe economic activity is headed
over the next one to five years, not where it is headed within the month – did not fall below
its near ten-year average value until the very end of Oracle's 3Q FY2001.  The latest reading
of consumers' assessment of current conditions was actually up a bit before Oracle issued its
guidance in December 2000, before declining later in the quarter.  These data may have
suggested possible future slowing of economic growth, but did not suggest that Defendants'
statements about Oracle's performance in 3Q FY2001 were unreasonable at the time.

*Confidential*

### D.    Leading, Coincident, and Lagging Composite Economic Indicators

122.    The Conference Board provides economic data used by business leaders to help their companies perform better.  The most widely recognized Conference Board data are its leading, coincident and lagging indicators, which are composites of other economic data series and which are designed to indicate levels of future economic activity, contemporaneous economic activity, and previous economic activity, respectively.  These indicators, released monthly, two to five weeks after the end of the month for which data are being released, provide information about the current state of the economy, where it has been and where it is headed.  [*See* Figure 34.]

**Figure 34: The Conference Board's Leading, Coincident, and Lagging Economic Indicators**



64

*Confidential*

**Figure 35: The Conference Board's Leading Economic Indicator – Current Series vs. Contemporaneous Releases**



###### i.     Leading Index

123.    The Conference Board's leading index consolidates information on average weekly manufacturing hours, average weekly unemployment insurance claims, manufacturers' new orders for consumer goods and materials as well as nondefense capital goods, vendor performance, building permits, stock prices, money supply, interest rates, and consumer expectations.[108]  Analysts consider the depth (size of change), duration (time span of consecutive changes in the same direction) and diffusion (number of indices changing in the same direction) of changes in the leading index in trying to forecast turning points in the business cycle.  Historically, the leading index has led downturns in the business cycle by eight to 20 months.[109]

124.    The most recent leading index value available prior to Oracle's December 14, 2000 press release was the October 2000 reading of 105.5 (down slightly from the 105.7 for September) reported on December 4, 2000.  Subsequent leading index data released during Oracle's 3Q FY2001 were as follows:  the November 2000 value of 105.3 was reported on December 27,

---

[108]   http://www.conference-board.org/economics/bci/component.cfm, accessed May 25, 2007.
[109]   *Business Cycle Indicators Handbook*, The Conference Board, 2001, available at http://www.conference-board.org/pdf_free/economics/bci/BCI-Handbook.pdf, accessed May 22, 2007, pp. 13-18.

2000; the December 2000 value of 108.3 (down from a restated November value of 109.0) was reported on January 22, 2001; and the January 2001 value of 109.4 (up from a restated value of 108.5 for December and equal to its restated value for October).  Neither the depth nor duration of these changes of the index were particularly noteworthy; at worst, they suggested a very gradual, short-lived deceleration of growth rates ahead.

### ii.    Coincident Index

125.    The Conference Board's coincident index consolidates information on employment, personal income, industrial production, manufacturing, and trade sales indicative of current economic conditions. [110]

126.    The latest coincident indicator value available prior to Oracle's December 14, 2000 press release was the October 2000 reading of 116.2 (released December 4), down 0.1 from the prior month.  The coincident indicator climbed to back to 116.3 for November (released December 27), then remained steady at 116.6 for the rest of Oracle's 3Q FY2001.[111]  The coincident index data available during Oracle's 3Q FY2001 thus did not indicate signs of economic softening.

### iii.    Lagging Index

127.    The Conference Board's lagging index consolidates information on unemployment duration, inventories relative to sales, changes in labor costs, interest rates, debt, and prices indicative of recent past economic conditions.[112]  Sharp declines in the ratio of coincident to lagging indices triggered by rises in the latter can signal structural imbalances such as increased costs of doing business which can precede business cycle peaks.[113]

128.    October (released 12/4/00), November (released 12/27/00), December 2000 (released 1/22/01) and January 2001 (released 2/22/01) values for the lagging index were 105.6, 106.4, 107.4, and 107.7, respectively.  The lagging index data available during Oracle's 3Q

---

[110]  http://www.conference-board.org/economics/bci/component.cfm, accessed May 25, 2007.
[111]  More specifically the coincident indicator remained 116.3 for November and December 2000, as reported on January 22, 2001 and February 22, 2001, respectively.
[112]  http://www.conference-board.org/economics/bci/component.cfm, accessed May 25, 2007.
[113]  *Business Cycle Indicators Handbook*, The Conference Board, 2001, available at http://www.conference-board.org/pdf_free/economics/bci/BCI-Handbook.pdf, accessed May 22, 2007, pp. 13-18.

*Confidential*

FY2001, alone or in conjunction with the coincident index data, did not suggest that Oracle's guidance or statements about its performance in 3Q FY2001 were unreasonable at the time.

### iv.     Summary of Composite Indicators

129.    During Oracle's 3Q FY2001, the leading indicators were down slightly, but still very high, the coincident index was stable, and the lagging index was still rising.  Taken together, these data suggested that the economy as a whole was still growing.  These data did not suggest the sudden drop off in customer purchases which occurred at the very end of Oracle's 3Q FY2001, and nothing in these data suggest that Defendants' statements about Oracle's performance in 3Q FY2001 were unreasonable at the time.

### E.     Federal Open Market Committee

130.    The Federal Open Market Committee (FOMC) is part of the Federal Reserve, the central bank of the United States, which sets monetary policy in pursuit of national economic goals. The FOMC controls the Federal Reserve's purchase and sale of U.S. Treasury and federal agency securities to achieve a target federal funds rate, the rate at which banks lend their deposits at the Federal Reserve to each other overnight.[114]  Through its control of the federal funds rate, the FOMC is a key national economic policymaker influencing output growth, employment and inflation. As noted on its website, "[c]hanges in the federal funds rate … affect other short-term interest rates, foreign exchange rates, long-term interest rates, the amount of money and credit, and, ultimately, a range of economic variables, including employment, output, and prices of goods and services."[115]

131.    The FOMC has eight regular meetings a year to discuss economic conditions and decide upon monetary policy.  Additional meetings are scheduled as economic conditions warrant. Review of contemporaneous FOMC meeting minutes and statements as well as any associated changes in the federal funds rate[116] provides another window into senior economic policymakers' evaluation of the U.S. economy during Oracle's 3Q FY2001.

---

[114]   http://www.federalreserve.gov/fomc/fundsrate.htm, accessed May 22, 2007.
[115]   http://www.federalreserve.gov/fomc/, accessed May 22, 2007.
[116]   The FOMC generally lowers the federal funds rate when it considers threats to economic growth more serious than the risks of inflation and raises rates when it thinks fighting inflation is best for the economy.

*Confidential*

### i.     November 15, 2000 Meeting - *Federal funds rate left unchanged*

132.    The November 15, 2000 FOMC meeting was the last one before Oracle's guidance for 3Q FY2001 was issued on December 14, 2000.  The materials from this meeting suggested that based on the data available as of this meeting, the dominant view among FOMC members was that: (i) the economy was likely to continue expanding near its potential; (ii) business investment in equipment and software remained relatively strong; and (iii) inflation was a greater concern than continuing growth.

- *"The staff forecast prepared for this meeting suggested that the economic expansion, having slowed considerably, would be sustained over the forecast horizon at a rate a little below the staff's current estimate of the economy's potential output."* [117]

- *"…business fixed investment--notably, outlays for equipment and software--was projected to remain relatively robust…"* [118]

- *"…to date the easing of demand pressures has not been sufficient to warrant a change in the Committee's judgment that against the background of its long-run goals of price stability and sustainable economic growth and of the information currently available, the risks continue to be weighted mainly toward conditions that may generate heightened inflation pressures in the foreseeable future."* [119]

### ii.     December 19, 2000 Meeting - *Federal funds rate left unchanged*

133.    According to the December 19, 2000 FOMC meeting materials, the latest economic data suggested that: (i) while economic growth had slowed, it was still positive, and likely to pick up again in the foreseeable future; (ii) business investment in equipment and software remained relatively strong; and (iii) while economic weakness was a growing concern, it did not warrant a decrease in the federal funds rate.

- *"The staff forecast prepared for this meeting suggested that the economic expansion had slowed considerably, to a rate somewhat below the staff's current estimate of the growth of the economy's potential output, but that it would gradually gain strength over the next two years."* [120]

---

[117]   http://www.federalreserve.gov/FOMC/minutes/20001115.htm, accessed May 22, 2007.
[118]   http://www.federalreserve.gov/FOMC/minutes/20001115.htm, accessed May 22, 2007.
[119]   http://www.federalreserve.gov/boarddocs/press/general/2000/20001115/, accessed May 22, 2007.

[120]   http://www.federalreserve.gov/FOMC/minutes/20001219.htm, accessed May 22, 2007.

Confidential

- *"Business investment in equipment and software increased at a sharply lower, though still relatively robust, rate in the third quarter..."*[121]

- *"While some inflation risks persist, they are diminished by the more moderate pace of economic activity and by the absence of any indication that longer-term inflation expectations have increased.*

  *Against the background of its long-run goals of price stability and sustainable economic growth and of the information currently available, the Committee consequently believes that the risks are weighted mainly toward conditions that may generate economic weakness in the foreseeable future."* [122]

### iii.   January 3, 2001 Teleconference - *Federal funds rate lowered 50 bp*[123]

134.   The January 3, 2001 FOMC meeting minutes indicate that while short-term economic conditions had deteriorated to the point where monetary policy action was required, the longer-term economic outlook remained favorable.[124]

- *"On balance, the information already in hand indicated that the expansion clearly was weakening and by more than had been anticipated. In the circumstances, prompt and forceful policy action sooner and larger than expected by financial markets seemed called for."* [125]

- *"Moreover, while the expansion had weakened and economic activity might remain soft in the near term, the longer-term outlook for reasonably sustained economic expansion, supported by easier financial conditions and the response of investment and consumption to rising productivity and living standards, was still quite good."* [126]

---

[121]   http://www.federalreserve.gov/FOMC/minutes/20001219.htm, accessed May 22, 2007.

[122]   http://www.federalreserve.gov/boarddocs/press/general/2000/20001219/, accessed May 22, 2007.

[123]   "bp" is short for basis point; a basis point is one one-hundredth of one percent (0.01 percent).

[124]   At least one commentator speculated linkage between Microsoft's mid-December earnings warning and the likelihood of that the Fed would lower interest rates.
  *"Microsoft, a major stock in the Dow Jones index and a bellwether for the Nasdaq, warned that a global slowdown, lower personal computer sales and less corporate spending would hit both earnings and revenues....  Most economists do not expect the Fed to alter interest rates, but the central bank is expected to emphasize that the inflation risk is no longer as serious as the threat of an economic downturn. With the once-booming economy showing signs of softening lately, such a shift could pave the way for the Fed to cut interest rates sometime in the new year."* ("Microsoft Profits Warning Indicative of Sector Woes," *The Herald*, December 16, 2000.)

[125]   http://www.federalreserve.gov/FOMC/minutes/20001219.htm, accessed May 22, 2007 (Note: the 1/3/01 meeting minutes are appended to 12/19/00 meeting minutes).

[126]   http://www.federalreserve.gov/FOMC/minutes/20001219.htm, accessed May 22, 2007.

*Confidential*

### iv.  January 30-31, 2001 Meeting - *Federal funds rate lowered 50 bp*

135.   Similarly, the January 31, 2001 FOMC meeting minutes indicate that while short-term economic conditions had deteriorated somewhat, longer-term prospects – particularly for software sales – remained positive.

- *"Business fixed investment contracted slightly in the fourth quarter, reflecting a sizable decline in business spending on equipment and software..."*[127]

- *"The depressing effects of lagging final sales on business investment spending, notably for equipment and software, were reinforced by deterioration in the financial balance sheets of some business firms, tighter supply conditions in segments of the credit markets, and a buildup in excess capacity that had eroded profitability. In this regard, members referred to earlier unsustainable rates of investment by many high-tech firms that were now obliged to retrench despite still high rates of growth in the demand for their products and services."*[128]

- *"The staff forecast prepared for this meeting suggested that, after a pause associated in part with an inventory correction, the economic expansion would regain strength over the next two years and gradually move to a rate near the staff's current estimate of the growth of the economy's potential output."*[129]

- *"Business fixed investment, notably outlays for equipment and software, was projected to resume relatively robust growth after a comparatively brief period of adjustment of capital stocks to more desirable levels..."*[130]

### v.  Summary of FOMC Activity

136.   As outlined above, a review of FOMC activity immediately prior to Oracle's December 14, 2000 earnings guidance lends no credence to Plaintiffs' claims that the guidance was false or misleading or lacked a reasonable basis.  Similarly, a review of FOMC activity over the course of Oracle's 3Q FY2001, which suggests that aggregate economic activity and economic activity in the software sector were cooling, but not heading into a severe downturn or recession, suggests that Defendants' statements regarding Oracle's performance in 3Q were reasonable when made.

---

[127]  http://www.federalreserve.gov/FOMC/minutes/20010131.htm, accessed May 22, 2007.
[128]  http://www.federalreserve.gov/FOMC/minutes/20010131.htm, accessed May 22, 2007.
[129]  http://www.federalreserve.gov/FOMC/minutes/20010131.htm, accessed May 22, 2007.
[130]  http://www.federalreserve.gov/FOMC/minutes/20010131.htm, accessed May 22, 2007.

*Confidential*

### F. Macroeconomic Forecasts

137.   There are two preeminent sources for U.S. macroeconomic forecasts, Consensus Economics' *Consensus Forecasts - USA* ("Consensus Forecast") and *Blue Chip Economic Indicators* ("Blue Chip Forecast").  Both compile and report results of monthly surveys of panels of prominent U.S. economic and financial forecasters.  Included in these results are consensus forecasts for various economic variables including annual real U.S. GDP (Gross Domestic Product) growth.[131]  Hereafter, consensus forecasts of real U.S. GDP growth from *Consensus Forecasts – USA* and *Blue Chip Economic Indicators* reports will be referred to as "Consensus Forecasts" and "Blue Chip Forecasts," respectively.

138.   Both the Consensus Forecast and the Blue Chip Forecast exhibited three noteworthy trends during Oracle's 3Q FY2001:

   a.   Continuously positive but decreasing consensus forecasts of economic growth for 4Q CY2000;

   b.   Continuously positive but decreasing – and increasingly uncertain – consensus forecasts of economic growth for 1Q CY2001 and CY2001 as a whole;

   c.   A quick expected return to healthy economic growth.

139.   These trends are indicative of some uncertainty about very recent past and current economic conditions as well as increasing uncertainty about the most likely future path of the U.S. economy during Oracle's 3Q FY2001.

### i. Consensus Forecasts

140.   First, consider the monthly Consensus Forecasts, based on a panel of roughly 20 economic and financial forecasters.  [*See* Figure 36.]

---

[131]   "Real" GDP is Gross Domestic Product growth less inflation.  If GDP grows five percent over the year and inflation is two percent, real GDP growth over the year is three percent.

*Confidential*

**Figure 36: Consensus Forecasts of Real GDP Growth, 4Q CY2000 – 4Q CY2001**

|  | *Report Date* | | |
|---|---|---|---|
|  | **12/11/00** | **1/8/01** | **2/12/01** |
| 4Q 2000 Real GDP Consensus Forecast (*actual) | 2.8% | 2.2% | 1.4%* |
| 1Q 2001 Real GDP Consensus Forecast | 2.8% | 1.8% | 0.7% |
| 2Q 2001 Real GDP Consensus Forecast | 2.9% | 2.7% | 2.0% |
| 3Q 2001 Real GDP Consensus Forecast | 3.2% | 3.3% | 3.1% |
| 4Q 2001 Real GDP Consensus Forecast | 3.2% | 3.4% | 3.5% |
| 2001 Real GDP Consensus Forecast | 3.0% | 2.6% | 2.0% |
| Standard Deviation of 2001 Forecast | 0.2 | 0.4 | 0.5 |

141.    From December 11, 2000 to February 12, 2001:

a.    The Consensus Forecast for 4Q FY000 fell from 2.8 percent, close to the sustainable long term growth rate of the U.S. economy of roughly 3.0 percent, to 1.4 percent.

b.    The Consensus Forecasts for 1Q FY2001 and FY2001 as a whole went from 2.8 to 0.7 percent and 3.0 to 2.0 percent respectively; the standard deviation[132] of the latter more than doubled from 0.2 to 0.5.

c.    Consensus Forecasts for 3Q and 4Q CY2001 remained above 3.0 percent.

142.    These trends are indicative of uncertainty about very recent past and current economic conditions as well as increasing uncertainty about the most likely future path of the U.S. economy during Oracle's 3Q FY2001.

### ii.    Blue Chip Forecasts

143.    Next consider the monthly Blue Chip Forecasts, based on a panel of roughly 50 business economists, which show nearly identical trends.[133]   [*See* Figure 37.]

---

[132]   The standard deviation ($\sigma$) is a measure of dispersion, in this case reflecting uncertainty about the forecast. The mathematical definition of standard deviation is: $\sigma = \sqrt{\dfrac{1}{n} \sum_{i=1}^{n} \left( x - \overline{x} \right)^2}$ ; where $n$ is the number of observations of $x$ , subscript $i$ indexes individual observations of $x$ , and $\overline{x}$ is the average value of the observed $x$'s.

[133]   20 of the 52 forecasting organizations that appeared in the December 2000 Blue Chip panel also appeared in the December 2000 Consensus Economics Panel; 20 (21) of 49 (51) forecasting organizations that appeared in the January (February) 2001 Blue Chip panel also appeared in the January (February 2001) Consensus Economics Panel.  [*See* Figure 38, located in Appendix D.]

Confidential

**Figure 37: Blue Chip Forecasts of Real GDP Growth, 4Q CY2000 – 4Q CY2001**

|  | *Report Date* | | |
|---|---|---|---|
|  | **12/10/00** | **1/10/01** | **2/10/01** |
| 4Q 2000 Real GDP Consensus Forecast (*actual) | 2.9% | 2.2% | 1.4%* |
| 1Q 2001 Real GDP Consensus Forecast | 2.8% | 1.9% | 0.8% |
| Average of Highest Ten 1Q 2001 Forecasts | 3.7% | 2.8% | 2.1% |
| Average of Lowest Ten 1Q 2001 Forecasts | 1.8% | 0.7% | -0.4% |
| Difference | 1.9% | 2.1% | 2.5% |
| 2Q 2001 Real GDP Consensus | 2.8% | 2.5% | 2.0% |
| 3Q 2001 Real GDP Consensus | 3.2% | 3.1% | 3.0% |
| 4Q 2001 Real GDP Consensus | 3.4% | 3.5% | 3.5% |
| 2001 Real GDP Consensus Forecast | 3.1% | 2.6% | 2.1% |
| Standard Deviation of 2001 Forecast | 0.4 | 0.4 | 0.5 |

144.    A unique feature of the *Blue Chip Economic Indicators* reports is that they report the averages of the ten highest and lowest individual quarterly growth forecasts.  While different than a standard deviation, the difference between these averages gives some indication of uncertainty about the quarterly forecasts, with greater differences indicating greater uncertainty.

145.    From December 10, 2000 to February 12, 2001:

a.    The Blue Chip Forecast for 4Q CY2000 went from 2.9 percent to 1.4 percent.

b.    The Blue Chip Forecast for 1Q CY2001 went from 2.8 to 0.8 percent and the difference between the average of the highest ten forecasts and the lowest ten forecasts rose from 1.9 percent to 2.5 percent

c.    The Blue Chip Forecasts for FY2001 as a whole went from 3.1 percent to 2.1 percent; the standard deviation of the forecasts rose from 0.4 to 0.5.

d.    Consensus Forecasts for 3Q and 4Q CY2001 remained at or above 3.0 percent.

146.    The Blue Chip Forecasts for 4Q CY2000, 1Q CY2001 and CY2000, like the Consensus Forecasts, were in flux over the course of Oracle's 3Q FY2001. Consensus growth forecasts were being revised downward and the dispersion of the individual forecasts going into these consensus forecasts was increasing.  Again, these trends are indicative of uncertainty about very recent past and current economic conditions as well as increasing uncertainty about the most likely future path of the U.S. economy during Oracle's 3Q FY2001.

147.    Another unique feature of the Blue Chip Reports is the ever changing set of survey questions they ask each month.  The December 10, 2000 issue of the Blue Chip Economic Indicators asked respondents a multiple choice question about what they thought best described the U.S. economy's expected performance in CY2001.  Responses were as follows:

a.  78 percent chose "soft landing;"

b.  8 percent chose "solid real growth;"

c.  7 percent chose "hard landing;" and

d.  7 percent chose "stagflation."[134]

148.    Based on these responses, few economists were expecting the recession that materialized subsequent to Oracle's 3Q FY2001.  In fact, more economists forecasted "solid real growth" than "hard landing."

### iii.    Summary of Consensus Forecasts

149.    Data available during Oracle's 3Q FY2001 from both preeminent sources of U.S. macroeconomic forecasting information were painting the same picture of expected future performance of the U.S. economy – one of slowing, but positive near-term growth, and increasingly positive long-term growth.  These data do not suggest that Oracle's 3Q FY2001 guidance or later statements during the quarter were unreasonable.

### G.    National Bureau of Economic Research Business Cycle Dating Committee

150.    The job of the National Bureau of Economic Research Business Cycle Dating Committee, comprised of leading economists [*see* Figure 39], is to maintain a chronology of the U.S. business cycle.    The committee begins to investigate peaks in the cycle when it deems the economy is in a recession.[135]  Thus, consideration of the committee's

---

[134] A "soft landing" is generally understood to mean the avoidance of a recession as the rate of economic growth slows.  A "hard landing," in contrast, is generally understood to mean a more severe transition from economic expansion into recession. With "stagflation," inflation is relatively high, while growth is relatively weak.

[135] Business Cycle Dating Committee, National Bureau of Economic Research, "The Business-Cycle Peak of March 2001," http://www.nber.org/cycles/november2001/, accessed May 22, 2007.

*Confidential*

pronouncements around Oracle's 3Q FY2001 lends additional insight into what prominent economists thought about the state of the economy during the period in question.

**Figure 39: NBER Business Cycle Dating Committee as of November 2001**

| Member Name | Committee Position | Other Post Held at the Time |
|---|---|---|
| Robert Hall | Chair | Professor of Economics, Stanford University |
| Martin Feldstein | President, NBER | Professor of Economics, Harvard University |
| Ben Bernanke | Member | Professor of Economics, Princeton University |
| Jeffrey Frankel | Member | Professor of Capital Formation and Growth, Kennedy School, Harvard University |
| Robert Gordon | Member | Professor of the Social Sciences, Northwestern University |
| Victor Zarnowitz | Member | Professor Emeritus of Economics and Finance, University of Chicago Graduate School of Business |

### i.       The Committee Saw No Clear Sign of Recession in April 2001

151.    Committee chair Robert Hall of Stanford University, wrote the following on or around April 10, 2001, six weeks after the end of Oracle's 3Q FY2001:

- *"Nothing in the data is yet anywhere close to the point that the [National Bureau of Economic Research] would investigate whether a peak occurred in late 2000."[136]*

### ii.      The Committee Determined in November 2001 that Recession Began in March 2001

152.    In fact, it was not until November 2001, nine months after the end of Oracle's 3Q FY2001, that the committee announced that a recession was underway and that this recession began in March 2001.

---

[136]   http://www.businesscycle.com/news/43/, accessed May 22, 2007.

Confidential

- *"The NBER's Business Cycle Dating Committee has determined that a peak in business activity occurred in the U.S. economy in March 2001. A peak marks the end of an expansion and the beginning of a recession. The determination of a peak date in March is thus a determination that the expansion that began in March 1991 ended in March 2001 and a recession began. The expansion lasted exactly 10 years, the longest in the NBER's chronology."*[137]

### iii.     Summary of Recession Dating Committee Activity

153.    So according to the committee of leading economists charged with tracking the U.S. business cycle: (i) Oracle's 3Q FY2001 was squarely within the tail end of the longest economic expansion in recent history; (ii) data available as late as the beginning of April 2001 did not even warrant consideration that the expansion had ended; (iii) it was not until November 2001 – nine months after the end of Oracle's 3Q FY2001 – that contemporaneous data indicated that the economy was in a recession; and iv) that recession began in March 2001 – after the end of Oracle's 3Q FY2001.

### H.     Summary of Macroeconomic Outlook

154.    At the beginning of Oracle's 3Q FY2001 in December of 2000, the consensus of professional macroeconomic forecasters was that the economy was growing and would continue to grow at or near its natural growth rate of around 3 percent. In January and February 2001, as Oracle's 3Q FY2001 unfolded, consensus estimates of 4Q CY2000 growth rates declined, and forecasted growth rates for 1Q CY2001 and CY2001 as a whole also declined. As time went on, and more information became known, these forecasts became more, rather than less, uncertain, as evidenced by increasing disparities between high- and low-end quarterly growth forecasts and increasing standard deviations of annual growth forecasts. Moreover, economists were forecasting a quick return to normal growth rates and not a long recession or period of slow growth, which would suggest that customers would not be likely to defer purchase decisions.

155.    Nothing in the mix of contemporaneous economic data available during Oracle's 3Q FY2001 undermined the reasonable basis for Oracle's December guidance, and none of the data made Defendants' later statements during the quarter unreasonable. For example, the

---

[137]   Business Cycle Dating Committee, National Bureau of Economic Research, "The Business-Cycle Peak of March 2001," http://www.nber.org/cycles/november2001/, accessed May 22, 2007.

*Confidential*

Conference Board's composite indices were not signaling trouble; its leading index was near historical highs, its coincident index was stable, and its lagging index exhibited no signs of structural imbalance.  Orders and shipments, particularly of technology goods, were near record highs.  Employment was high and unemployment was low. These data suggest that at the time, a reasonable observer would not conclude that the U.S. economy appeared to be entering a period of prolonged slow growth or recession; at worst, the U.S. economy appeared to be entering a brief period of slightly slower growth followed by a quick return to normal growth rates.

156.    In fact, it was nine months after the end of Oracle's 3Q FY2001 that the recession was officially declared.  As noted, the NBER's Business Cycle Dating Committee ultimately determined in November 2001 that a recession had begun in March 2001.

*Confidential*

## VI.    ORACLE'S FORECASTING PROCESS AND INTERNAL FINANCIAL DATA

### A.    Introduction

157.    The Hockey Stick Effect and low level of recurring revenue, both noted earlier, make Oracle's quarterly license sales – its largest single revenue area – relatively uncertain. Nonetheless, Oracle has established a structured and rigorous process for forecasting that has historically had a high degree of accuracy.  This process is similar to those of competitors and is used both internally to manage the business and externally to provide financial guidance.  As in past quarters, the forecasting process for 3Q FY2001 was the basis for any guidance given, and the forecast process was used throughout the quarter to monitor progress.

158.    The forecast process began with sales representatives reporting to their business units their forecasts of projected sales to specific customers during the quarter.  Business unit executives assessed these forecasts by evaluating specific deals in progress and created an overall forecast for their own business unit.  Jennifer Minton, Senior Vice President and Corporate Controller, assessed these forecasts through discussions with business unit leaders and comparison with historical performance,[138] made additional revisions, aggregated the forecasts, and presented the results to Oracle's Executive Management Committee, which included the company's CFO, Jeff Henley and the CEO, Larry Ellison.

159.    Macroeconomic conditions were incorporated in the forecast through both sales representatives' estimates of the likely purchasing behavior of their prospective customers and the informed judgment of more senior executives based on their critical review of forecasting information received from their direct reports.[139]  This process is exactly what one would expect in Oracle's type of business, in which software sales are the result of individual business purchasing decisions rather than a direct function of economic conditions.

---

[138]  As discussed later, Ms. Minton compared the conversion ratio implied by that quarter's forecast to the conversion ratio in the same quarter of the previous fiscal year.

[139]  Minton testified that during 3Q FY2001 "we were pushing [the sales executives] to find out whether or not there was any changes in their forecast which is a result of the macroeconomic conditions that were prevalent in the news, but nobody was moving off their forecast."  Deposition of Jennifer Minton, July 7, 2006, pp. 237-38.

160.     In developing projections and forecasts, it is appropriate for a company to start by asking the front line sales representatives for their sales prospects.  However, it is also appropriate for more senior executives to evaluate these forecasts critically by assessing deals in progress and asking more detailed questions.  This process incorporates current information on customer behavior and customer perceptions of the product (to the extent they are communicated to the sales representatives), while building in checks against the common tendency of sales representatives and executives to lower expectations for their performance by under-estimating their quarterly sales, a tendency known as "sandbagging."

161.     Oracle's forecast and guidance to the market in 3Q FY2001 followed its past practices, which had proven to be accurate.  Throughout the quarter, Oracle's internal forecast was based on deal level analyses adjusted by management judgment.  As I discuss below, the forecasts provided a reasonable basis for the belief that Oracle would achieve its EPS guidance of 12 cents throughout the quarter, and notwithstanding the decline in the forecasts over the course of the quarter, it was still reasonable for Oracle executives to believe that the quarterly guidance would be achieved.

### B.     Description of Oracle's Forecast Process

### i.     Overview

162.     Oracle's forecast and guidance were based primarily on the Upside Report.  Upside Reports were prepared throughout the quarter[140] in a multi-stage process, integrating the perspectives of staff and executives from multiple levels of the company.  Sales representatives reported their projected sales for the quarter into Oracle Sales Online ("OSO"), a database of sales leads.  These projections, along with subdivision heads' judgment, were rolled up into subdivision-level sales forecasts.  Business unit heads aggregated these subdivision level forecasts and applied their judgment to arrive at business unit-level forecasts.  Finance staff entered business unit forecasts into a database of current and historical financial data, and compiled them into a report for Jennifer Minton, the Senior Vice President and Corporate Controller.

---

[140]   The Upside report was generally created bi-monthly during the first two months of the quarter, and weekly thereafter.  *See* Figure 53 for a list of Upside reports relied on in this report by date and Bates number.

163.    Through discussions with her finance staff and other Oracle personnel, and based on her past forecasting experience, Jennifer Minton made adjustments, called "Upside," to these forecasts, resulting in the "potential" forecast, simply referred to as the "Potential."   Thus, the Upside Report contained two forecasts:

a.   The "Forecast":  the aggregated forecast from the business units, based on sales representatives' forecasts and business unit judgment,[141] and

b.   The "Potential":  the forecast reflecting Jennifer Minton's Upside adjustment.  In other words,   Potential = Forecast + Upside.  Note that the Upside adjustment could be positive or negative.[142]

164.    The Potential was Oracle's best predictor of quarterly performance.  As I demonstrate below, even the Potential was often below Oracle's actual results for the quarter, but still closer to the actual results than the Forecast.

165.    The Forecast, Upside, and Potential were clearly displayed in each Upside Report and thus visible to select senior management.  These forecasts were also compared to Oracle's "Pipeline," which was the total value of deals for a quarter that sales representatives were pursuing or had closed.  The ratio of the forecast, either Forecast or Potential, to the Pipeline was known as the "Conversion Ratio."  In other words:

a.   Pipeline = All sales closed during the quarter + All sales that may close during the quarter; and

b.    Conversion Ratio = Forecast (either Forecast or Potential)   /   Pipeline.[143]

166.    The Conversion Ratios implied by the forecasts in the Upside Report were compared to the ratios of forecasts to actual sales achieved in the same quarter of the previous fiscal year.

---

[141]   Throughout the remainder of this report Forecast refers specifically to the field's forecast, while an uncapitalized "forecast" may refer to any forecast.
[142]   Deposition of Jennifer Minton, April 21, 2005, p. 137.
[143]   The inverse of the Conversion Ratio is the Coverage Ratio – *i.e.*, Coverage Ratio = Pipeline / forecast (either Forecast or Potential).  Deposition of David Winton, May 26, 2006, p. 152.

This comparison provided an internal check on the reasonableness of the forecast in the Upside Report. [144]

167.     Jennifer Minton's Upside Report was discussed in Executive Management Committee meetings, which included Ellison, Henley, and approximately ten other senior executives including the Executive Vice President (EVP) of each of the three North American sales divisions, Jay Nussbaum (EVP, Oracle Service Industries), Sandy Sanderson (EVP, Oracle Product Industries), and George Roberts (EVP, North American Sales), as well as the EVPs for Europe, Middle East and Africa (EMEA), and Asia Pacific (APAC) sales divisions.  Only Henley, Ellison, and Safra Catz saw the entire Upside Report; other executives saw only pages relevant to their divisions. [145]   As I noted above, at the beginning of the quarter, the Upside Report was also used in determining the guidance to give to the market.[146]

### ii.     Forecasting in the Context of the Hockey Stick Effect and Low Levels of Recurring License Revenue

168.     Oracle's practice of basing its forecasts on sales representatives' projections, management assessment of deals in progress, and historical conversion ratios was reasonable given the inherent uncertainty of the company's license revenue, its biggest source of revenue.  The combination of revenues being relatively nonrecurring and not booked until the end of the quarter meant that there were few substitutes to relying on sales representatives' projections and management judgment for forecasts.  It also meant that management could not be certain about final financial results until the very end of the quarter. [147]

169.     Oracle's concentration of revenue at the end of the quarter and low levels of recurring license revenue quarter-to-quarter were consistent with industry norms.  Oracle's competitors cited the Hockey Stick Effect and the lack of recurring license sales as reasons for reliance on pipeline and conversion ratio data for forecasting and for lack of clarity about final results until the very end of the quarter.  BEA Systems, Ariba, Inc., Business Objects, S.A., Cognos,

---

[144]   Deposition of Jennifer Minton, April 1, 2004, Exhibit 243, p. 9; Deposition of Jennifer Minton, July 7, 2006, p. 27; Deposition of Jennifer Minton, April 21, 2005, pp. 135-137.
[145]   Deposition of Jennifer Minton, April 21, 2005, pp. 105-110; Deposition of Jeffrey Henley, March 2, 2004, pp. 116-117.
[146]   Deposition of Jeffrey Henley, March 2, 2004, p. 189.
[147]   Deposition of Jeffrey Henley, July 27, 2006, pp. 144-146.

Inc., Hyperion Solutions Corp., i2 Technologies, Inc., Informix Corp., J.D. Edwards, PeopleSoft Inc., SAP, and Sybase all reported receiving a significant portion of their license revenue in the last week or two of the quarter.[148]  Examples include:

a.   J.D. Edwards:

- *"[L]icense fee revenue is difficult to forecast due to its dependence on orders received and shipped in that quarter."*[149]

b.   BEA Systems:

- *"[W]e typically receive and fulfill most of our orders within the quarter, with the substantial majority of our orders typically received in the last month of each fiscal quarter.  As a result, we may not learn of revenue shortfalls until late in a fiscal quarter, after it is too late to adjust expenses for that quarter."*[150]

c.   PeopleSoft:

- *"[W]e all know and we've all talked about the fact that the software company has two of the major dials to steer the ship, the pipeline and the conversion rate, and to some extent, it is a constant balance between keeping a high enough pipeline and a high enough conversion rate, and if you estimate what your conversion rate is going to be on your pipeline accurately, you're able to forecast quarter to quarter, and when either of the pipeline changes or the conversion rate, it can be scary."*[151]

### iii.   Structure and Timing of Oracle's Forecasting

170.   Oracle's forecasting process proceeded through multiple stages.  In the early stages, sales representatives' projected sales were scrutinized by sales executives and finance staff.  These sales executives made adjustments to the field forecast based on their judgment of the likelihood of closing deals in the pipeline.  At later stages, more senior executives scrutinized

---

[148]   BEA Systems, Form10-Q for the period ending April 30, 2001, p. 21;  Ariba Inc., Form 10-Q for the period ending December 31, 2000, p. 26;  Business Objects S.A., Form 10-K for the period ending December 31, 2000, p. 27;  Cognos Incorporated, Form 10-K for the period ending February 28, 2001, p. 23;  Hyperion Solutions Corp, Form 10-Q for the period ending December 31, 2000, p. 16;  i2 Technologies Inc., Form 10-K for the period ending December 31, 2000, p. 23;  Informix Corporation, Form 10-K for the period ending December 31, 2000, p.19;  SAP Aktiengesellschaft, Form 20-F for the fiscal year ended December 31, 2000, pp. 10-11; Sybase Inc., Form 10-K for the period ending December 31, 2000, p. 26.

[149]   J.D. Edwards 2000 10-K, filed January 11, 2001, p. 19.

[150]   BEA Systems 2000 10-K, filed May 1, 2001, pp. 19-20.

[151]   PeopleSoft earnings conference call, July 24, 2001.

*Confidential*

business unit leaders' forecasts in light of the state of possible large deals and historical conversion ratios.

### a)        Business Unit Level

171.    In general, business unit forecasts were created using a bottom-up approach that originated with the sales representatives.  Sales representatives entered deals they were working, along with the potential value and probability of closing each deal, into Oracle Sales Online (OSO).  More senior sales executives (Area and Senior Vice Presidents) scrutinized deal level forecasts and applied their own judgment in arriving at subdivision forecasts presented to their supervisors.[152]  Business unit leaders (Executive Vice Presidents, or EVPs) met and spoke with their direct reports about these forecasts. Based on these discussions, Executive Vice Presidents would apply their own judgment to the subdivision forecasts in arriving at the business unit level forecasts, which were entered into the Oracle Financial Analyzer (OFA). [153]

172.    The discussion below focuses on the process within one business unit, North American Sales (NAS).  Based on a review of depositions of Oracle personnel in other business units, forecasting proceeded in a similar manner in other business units.  An organizational chart of NAS is included immediately below as Figure 40 to facilitate the discussion that follows.

---

[152] Deposition of Nicholas Classick, April 12, 2006, pp. 74-75, 134-137; Deposition of Jennifer Minton, April 21, 2005, pp. 110-111; Deposition of John Nugent, May 24, 2006, pp. 77-78, 81-86.
[153] Deposition of Jennifer Minton, April 21, 2005, pp. 102-103; Deposition of George Roberts, June 22, 2006, pp. 77-78, 81-86; Deposition of David Winton, May 26, 2006, p. 148.

*Confidential*

**Figure 40: Organizational Chart for Oracle's North American Sales Division: North American Sales (NAS)**



**b)      North American Sales (NAS)**

173.    David Winton, Director of Finance for NAS, was responsible for consolidating North American sales forecasts.  He described the forecast process as:

- *"... a bottoms-up review of opportunities in the pipeline.  It would start with each individual selling line of business, and they would do that similar process up to their highest executive... an SVP at the time... Then those folks would have a similar call with their boss... George Roberts, to review their submission of the forecast..."*[154]

---

[154]   Deposition of David Winton, May 26, 2006, p. 80.

Confidential

174.   Each Regional Manager, Vice President and/or Senior Vice President typically had weekly (or bi-weekly) forecast reviews with their direct reports. [155]   For instance, Nic Classick, Area Vice President for the West region of General Business, NAS, had forecast calls with his Regional Managers during the quarter in which they discussed the current forecast. [156]   Classick describes these calls as follows:

- *"We would go over what their forecast amount is, both field and ISD; those are our telesales. And so then we would spend more time on the field forecast, and I would ask specific details on transactions greater than $500,000." [157]*

175.   In the latter part of the quarter Classick would ask questions about how close deals were to completion:

> *"A. ...The last month we get into more specifics, like do you have the approval in or a contract drafted.*
>
> *Q. All trying to engage whether these deals were going to come in by quarter end; is that right?*
>
> *A. Yes.*
>
> *Q. You would ask them where they saw risk in their forecast; is that right?*
>
> *A. Yes.*
>
> *Q. Now, is that for both the big deals and the deals under 500,000?*
>
> *A. Yes." [158]*

176.   The next step in the NAS forecasting hierarchy was John Nugent, Senior Vice President of General Business, NAS, who received forecasts from each of his direct reports.  Roughly every two weeks during the first two months of the quarter Nugent and his staff reviewed each line item, account, and dollar amount on the forecast.  During the last month of the quarter, they generally conducted the review on a weekly basis.  They also reviewed the data

---

[155]   Deposition of David Winton, May 26, 2006, pp. 95-96.
[156]   Deposition of Nicholas Classick, April 12, 2006, pp. 133-135.
[157]   Deposition of Nicholas Classick, April 12, 2006, p. 135.
[158]   Deposition of Nicholas Classick, April 12, 2006, p. 137.

during informal phone calls throughout the quarter.  This process enabled Nugent to revise the forecast with his management judgment. [159]   According to Nugent:

- *"It was... bottom up, looking at every single deal, going through the process of understanding the elements of the deal, speaking with the individuals on these deal opportunities on a very frequent basis, and I would gain an understanding of the deals. And that's how it came up with that judgment factor. So it would be a roll-up of their numbers, with my judgment factor on top."*[160]

177.   Once Nugent completed his analyses, he passed his forecast to Winton, a finance analyst for Roberts.  Roberts generally discussed these forecasts with his direct reports every two weeks during the first two months of the quarter and weekly during the last month of the quarter.  They reviewed the deals in the forecasts much like Nugent did with his direct reports. [161]   According to Winton, the calls proceeded as follows:

- *"... each group would submit... an Excel spreadsheet on a template, what they thought the forecast was for that period.  They would note any changes in the forecast... Then George [Roberts] would always like to hear about what he called the big deals... And questions would come up from George... in terms of just where they were in the sales stage, or did they need his help ... So it's really around what's still committed, and what are the steps to close, and do you need any executive help to come in and help close them?"* [162]

178.   Roberts described the calls in the following manner, "… you talk about the deals they are forecasting, which are the ones they committed they are going to close.  And you talk about what are the other opportunities that can be upside to your forecast." [163]  In addition, "… forecasting you got to do actively by talking to people and reviewing the opportunities and having discussions on where you are at on each key opportunity." [164]

179.   After each call wrapped up, Roberts, Winton, and other staff would generally stay on the call and discuss what was presented, including upsides – deals that were not committed but were still considered opportunities for that quarter – and any corresponding risks.  Occasionally, Roberts would ask his staff what they thought the forecasts should be based on

---

[159]   Deposition of John Nugent, May 24, 2006, p. 77.
[160]   Deposition of John Nugent, May 24, 2006, p. 83.
[161]   Deposition of John Nugent, May 24, 2006, pp. 92-94.
[162]   Deposition of David Winton, May 26, 2006, pp. 102-103.
[163]   Deposition of George Roberts, June 22, 2006, p. 252.
[164]   Deposition of George Roberts, June 22, 2006, p. 253.

what they heard.  However, "[a]t the end of the day, he determined what his forecast was going to be, and if it was the same as the roll-up of the team, we had no judgment.  If it was different, he would apply judgment."[165]  Roberts' forecast was then passed along to Jennifer Minton's group for consolidation with the forecasts of other business units.

180.    Jay Nussbaum, Roberts' counterpart at OSI, elaborated on the factors management considered in developing the judgment to apply to the forecast:

- *"It's a science in the minds of the finance people, it's an art form in the minds of the sales people… we had to put some judgment… we would look at the entire pipeline… and we would come up with a core baseline number for that and from that we would extrapolate the – not including the core number, what we would call the opportunity accounts that would really help us make or exceed that number… we would… go through the cycle of the sale, and ask the questions of the owner of that opportunity, CIO in a good mood these days, are they going to help us get it through the system, do they have a sense of urgency to get this done, have they done all the paperwork, is the selection process over, are we doing it with partners, without partners.  So you'd have a slew of questions that you'd want to ask just to validate that there is a reality that it would happen.  So from that you would pull out some deals and put it into the following quarter.  And that which was left was how you would make a judgment."[166]*

### c)    Jennifer Minton and the Creation of the Upside Reports

181.    Upside Reports were generated from a combination of the business unit forecasts and management judgment by Jennifer Minton and her Financial Planning and Analysis ("FP&A") personnel, including Ivgen Guner.  These reports provided earnings and revenue growth estimates for each quarter.  Revenues were broken down by sales division and product and compared to the current Pipeline and the Conversion Ratio from the same fiscal quarter of the previous year.  The first page of an Upside Report is shown below in Figure 41, which is reproduced in larger form in Appendix D.  Minton played a central role in evaluating the business units' forecasts and developing the "Upside" adjustment and "Potential" forecast.  She had been involved in Oracle's forecasting process since June 1999 and remained in this role as of Oracle's 3Q FY2001.[167]

---

[165]  Deposition of David Winton, May 26, 2006, p. 148.
[166]  Deposition of Jay Nussbaum, March 23, 2004, pp. 30-34
[167]  Deposition of Jennifer Minton, April 1, 2004, Exhibit 243, pp. 7-8; Deposition of Jennifer Minton, July 7, 2006, pp. 89-91, 95.

*Confidential*

**Figure 41: Upside Report Structure**



**d)      Preparation of Upside Reports Throughout the Quarter**

182.    Up to and including 3Q FY2001, Upside Reports were created roughly every other week during the first two months of a quarter and every week during the last month of a quarter.  In the final week of the quarter, Minton typically created these reports on a daily basis.[168]

183.    On Thursdays, forecasts were discussed on the Americas conference calls.  Attendees included Minton, Catz, Guner, and the Americas senior sales personnel and their support staff (Nussbaum and Kopp - OSI, Sanderson and English - OPI, Roberts and Winton - NAS).  At times, Henley also participated on the calls. [169]   During the calls, senior sales personnel updated call participants on any changes to their forecasts, any significant changes to the status and/or timing of large deals and whether any transactions could benefit from the

---

[168]   Deposition of Jennifer Minton, April 1, 2004, Exhibit 243, p. 14; Deposition of Jennifer Minton, April 21, 2005, p. 92.
[169]   Not all persons listed attended the calls each week. Deposition of Jennifer Minton, July 7, 2006, pp. 27-28.

*Confidential*

involvement of senior management.  Each senior sales executive generally provided a forecast commitment, which included a best and worst-case scenario. [170]

184.   The document packages used during these calls contained forecast and large deal data. [171]

### e)   Jennifer Minton's Upside Adjustments

185.   On Fridays, or early Monday mornings, Minton made adjustments to the forecast based on the information she received on the Thursday calls, as well as the knowledge garnered by her staff.[172]  As of 3Q FY2001, this staff included Ivgen Guner, Lia Burke, and Roberta Ronsse.[173]  In particular, Guner, who was responsible for preparing underlying forecast analyses for Minton,[174]and Minton would discuss in detail any additional forecast data that was provided in the America's conference call on Thursdays.  These data could include any up-to-date information from the field organizations, such as corrections to original numbers or changes to forecasts based on recent events.  Minton also compared the conversion rate (actual license revenue as a percentage of total Pipeline) from the same quarter of the previous year to the current quarter's pipeline in order to estimate the actual conversion. [175] The previous year's conversion ratio was used due to the seasonality of the business. [176] Minton felt it was necessary to make these adjustments:

- *"[t]here was, particularly within the North American sales organizations... a forecasting style... whereby nobody wanted to miss their commit forecast and they wanted to exceed it... there was pretty consistent behavior where the gentlemen in question in North America consistently exceeded their forecast, and therefore, that's why the... upside adjustments were made, so that we could get to what we really thought we were going to do in a given quarter."* [177]

---

[170]   Deposition of Jennifer Minton, April 21, 2005, pp. 122-123.

[171]   Deposition of Sarah Kopp, June 14, 2006, pp. 71-72, Exhibit 12.

[172]   Deposition of Jennifer Minton, July 7, 2006, pp. 19-20, 25-28; Deposition of Jennifer Minton, April 21, 2005, pp. 136-137, 201-202.

[173]   Deposition of Jennifer Minton, April 21, 2005, p. 107.

[174]   Deposition of Jennifer Minton, April 1, 2004, pp. 205-206; Deposition of Jennifer Minton, April 1, 2004, Exhibit 243, pp. 8-9.

[175]   Deposition of Jennifer Minton, April 1, 2004, Exhibit 243, pp. 7-9; Deposition of Jennifer Minton, April 21, 2005, pp. 136-137; Deposition of Jennifer Minton, July 7, 2006, pp. 20, 22, 26-27.

[176]   Deposition of Jeffrey Henley, March 2, 2004, pp. 70, 149-150.

[177]   Deposition of Jennifer Minton, April 21, 2005, p. 154.

*Confidential*

186.   If Minton felt that there was excessive management judgment, she would factor that into her upside number. [178]   According to Minton, upside adjustments were based on numerous factors:

- *"The upside adjustments were based on a variety of factors:  One was the license pipeline conversion analysis.  We would take a look at the pipeline for the same corresponding prior year period, and look at what actually closed as a percentage of the pipeline to come up with a historical pipeline conversion ratio. And we would apply that to the current pipeline in order to predict what we thought would be the actual conversion… of the pipeline for the current quarter… it… had proven to be a fairly good predictor of what our true forecast and actual reports would be."* [179]

187.   In addition:

- *"… I would take a look at a variety of data points, the pipeline conversion ratio analysis, discussions from… the various forecast calls, whether it be through the EC meetings or through the Americas forecast calls on Thursdays.  I would also take into consideration the number of upside deals that were not in the forecast, and any other input that I may have received from the field regarding… the forecast… I would make the decision… in consultation with Ivgen Guner [who prepared the underlying analyses to help derive the overall upside number]… there were occasions when I would consult with Jeff Henley…"* [180]

188.   Henley corroborates this process in his deposition:

- *"[Minton and her support staff] look at the forecasting track record of these [business] units.  They talk to the finance people who have information that maybe the management – they feel they're being overly optimistic… these people typically have worked for Oracle a long time.  Some of them may be a little more optimistic than some.  And so we try to factor that in.  So there's a variety of things they try to look at to try to come to what we really think is going to happen. That's what she calls potential… her best judgment… as to what she thinks is going to happen at the time."* [181]

189.   As indicated in Figure 42, Minton's upside adjustments in 3Q FY2001, after accounting for the factors discussed above, was conservative by historical measures because upside comprised less of the Forecast license revenue (six percent) than in each prior quarter going back to 4Q FY1999 (seven – 13 percent).

---

[178]   Deposition of Jennifer Minton, March 31, 2004, pp. 98-99.
[179]   Deposition of Jennifer Minton, April 21, 2005, p. 122.
[180]   Deposition of Jennifer Minton, April 21, 2005, p. 207.
[181]   Deposition of Jeffrey Henley, March 2, 2004, p. 72.

Confidential

**Figure 42: Initial Upside Adjustments by Quarter, 2Q FY2000 – 3Q FY2001**

| | TOTAL REVENUE | TOTAL LICENSE REVENUE | OSI LICENSE REVENUE | NAS LICENSE REVENUE | OPI LICENSE REVENUE |
|---|---|---|---|---|---|
| | Total Upside as a Percentage of Total Forecast | Total License Upside as a Percentage of License Forecast | OSI License Upside as a Percentage of OSI License Forecast | NAS License Upside as a Percentage of NAS License Forecast | OPI License Upside as a Percentage of OPI License Forecast |
| 1Q FY 1999 | 4% | 9% | --- | --- | --- |
| 2Q FY 1999 | 7% | 11% | --- | --- | --- |
| 3Q FY 1999 | 3% | 6% | --- | --- | --- |
| 4Q FY 1999* | 7% | 15% | --- | --- | --- |
| 1Q FY 2000 | 10% | 27% | --- | --- | --- |
| 2Q FY 2000 | 7% | 14% | --- | --- | --- |
| 3Q FY 2000 | 7% | 19% | 27% | 35% | 30% |
| 4Q FY 2000 | 13% | 28% | 44% | 26% | 105% |
| 1Q FY 2001 | 10% | 33% | 162% | 47% | 45% |
| 2Q FY 2001 | 6% | 16% | 20% | 16% | 24% |
| 3Q FY 2001** | 6% | 13% | 11% | 14% | 23% |

### f)  Executive Management Committee

190.    On Mondays, Minton submitted a finalized Upside Report to Henley and the rest of the Executive Management Committee, which included the CEO, Larry Ellison and Executive Vice Presidents (EVPs) Nussbaum, Sanderson, Roberts, and Catz, among others.  Some attendees, including the EVP of each business unit (Roberts, Sanderson and Nussbaum), received only a subset of the Upside Report that included license forecasts in total and by product line for their business unit. [182]

191.    Monday meetings began with a review of the forecasts. [183]  According to Minton, Ellison would "go around to each sales EVP [Executive Vice President] and ask that they provide him with an update with regard to their forecast." [184]  Henley testified that he "… grilled George Roberts and Sandy Sanderson and everybody else about how things were, and they continually came back that they weren't seeing the softness.  They read the economic report just like I did, but customers were still going to do these high ROI projects.  They felt good about making their quarter." [185]  In addition, according to Henley, "… we look painstakingly at previous years and trends… to try to figure out… is this a reasonable conversion ratio based on history." [186]  The committee would also review large deals that might close during the quarter.

---

[182]  Deposition of Jennifer Minton, April 21, 2005, pp. 104-110; Deposition of Jeffrey Henley, March 2, 2004, pp. 85-86, 116-117.
[183]  Deposition of Jennifer Minton, April 21, 2005, pp. 107-108.
[184]  Deposition of Jennifer Minton, July 7, 2006, p. 32.
[185]  Deposition of Jeffrey Henley, November 16, 2006, pp. 378-381.
[186]  Deposition of Jeffrey Henley, March 2, 2004, p. 81.

*Confidential*

### g)   Summary of Forecasting Process

192.   Oracle's forecasting process followed a structured "bottom up" process.  Sales representatives projected their sales for the quarter.  Divisional and Business unit heads assessed these projections to create forecasts for their divisions.  Jennifer Minton in turn assessed these forecasts and created a single companywide forecast.

193.   Management judgment plays a critical role in the forecasting process.  Sales representatives tend to under-commit in their forecasts to ensure that they can deliver on their promised revenue.[187]  Moreover, in an international organization spanning six continents and numerous countries and cultures with seven business units,[188] there will be considerable variability in forecasting behavior.   Management assessment of forecasts is essential in such an environment to create accurate forecasts, both to identify possible deals that sales representatives may have left out of their forecasts, assess the overall probabilities of success, and to standardize the forecasts across business units.

194.   As I discuss below, the fact that the Potential forecast was generally larger and more accurate than the field forecast from the sales organizations underscores the proposition that management judgment played a critical role in creating an accurate forecast.

### C.   Historical Performance of Oracle's Forecast Process

195.   Oracle had a solid track record of meeting analysts' expectations for quarterly earnings per share.  Of the 20 quarters during the 1995-2001 period for which three-months-ahead consensus estimates are available, Oracle missed the consensus estimate only three times.  [*See* Figure 43.][189]

---

[187]   Simons, Robert.  *Performance Measurement and Control Systems for Implementing Strategy*, Prentice Hall: Upper Saddle River, New Jersey, 2000, p. 213.

[188]   Business unit count based on 12/11/00 upside report, NDCA-ORCL 213091-213107.

[189]   EPS values from Thomson I/B/E/S differ from the values in Oracle's 10-Qs for FY 3Q2000 and FY 4Q FY2000 because they exclude gains from sales of investments and from that of FY 1Q2001 due to rounding.

*Confidential*

**Figure 43: Oracle EPS by Quarter, Actuals and Analyst Forecasts, FY1995 - FY2002**



196.    Moreover, during the seven quarters prior to Oracle's 3Q FY2001, the Potential forecast had been a conservative[190] predictor of actual results. Indeed, the initial Potential forecast was always below, or in a few instances equal to, the actual results for the quarter, and closer to actual results than the Forecast.  [*See* Figure 44.]

---

[190]   The Potential forecasted EPS was always equal to or less than actual EPS but for two instances; one instance in 1Q FY2001 in which the two were equal, and another instance in 2Q01in which the Potential was $0.111 and the actual was $.11.

Confidential

**Figure 44: Oracle's EPS Consensus Estimates, Guidance, Forecasts and Actuals, 4Q FY1999 – 4QFY2001**



### D.      Oracle's Forecasting During its Fiscal Year Third Quarter of 2001

#### i.      Initial Forecast and Guidance

197.    As in past quarters, Oracle's guidance to the market was based on the Potential forecast from the Upside Report closest to the date of the company's quarterly conference call and other factors.[191]

#### ii.      Oracle's 3Q FY2001 Forecasts and Statements Were Reasonable Given Oracle's Internal Financial Data Throughout the Quarter

198.    The Potential forecast indicated throughout 3Q FY2001 that Oracle had a reasonable basis for believing it would achieve its guidance.  As shown in Figure 45, Oracle's potential forecast, reflecting Jennifer Minton's Upside adjustment, remained above 12 cents per share until January 29, 2001, and never declined to less than 11.19 cents per share until a day before the end of the quarter.  On January 29, the Potential forecast fell to 11.58 cents per share, which after rounding to the nearest whole cent (as was Oracle's practice),[192]  was

---

[191]   Deposition of Jennifer Minton, July 7, 2006, pp. 123-125;  Deposition of Jeffrey Henley, March 2, 2004, p. 189.
[192]   Deposition of Jennifer Minton, September 25, 2006, pp. 328-329.

*Confidential*

equivalent to 12 cents per share.  On February 5, the Potential forecast fell for the first time below 11.5 cents per share to 11.29 cents per share.  However, the Potential forecast returned to 11.58 cents per share the next week on February 12.  As of the end of the next to last week of the quarter the Potential forecast was 11.23 cents per share.  The Potential forecast declined to 10.9 cents per share on February 27 and to 10.07 cents per share on February 28.  Thus, the Potential forecast indicated a rounded 12 cents per share as late as two and a half weeks before the end of the quarter, and was never below 11 cents per share until the last two days of the quarter.

**Figure 45:  Oracle's Forecasted EPS, 3Q FY2001**



199.    As demonstrated in Figure 46, Oracle was ahead of where it had been during 3Q FY2000, a quarter in which they far exceeded analysts' consensus estimate, in terms of Potential forecast as a percent of market expectations, until the last two days of 3Q FY2001.

Confidential

**Figure 46: Potential as a Percentage of Market Expectations, 3Q FY2001 vs. 3Q FY2000**

| 3Q FY2001 Date | 3Q FY2001 Actual EPS | 3Q FY2001 Consensus Estimate | 3Q FY2001 Guidance | 3Q FY2001 Forecast | 3Q FY2001 Potential | 3Q FY2001 Potential as a Percent of Consensus Estimate | 3Q FY2000 Date | 3Q FY2000 Consensus Estimate | 3Q FY2000 Potential | 3Q FY2000 Potential as a Percent of Consensus Estimate | 3Q FY2000 Actual as a Percent of Consensus Estimate |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/11/00 | 0.10 | 0.12 | 0.12 | 0.107 | 0.128 | 107% | | | | | |
| 12/12/00 | 0.10 | 0.12 | 0.12 | 0.107 | 0.128 | 107% | | | | | |
| 12/13/00 | 0.10 | 0.12 | 0.12 | 0.107 | 0.128 | 107% | 12/13/99 | 0.070 | 0.055 | 79% | 121% |
| 12/25/00 | 0.10 | 0.12 | 0.12 | 0.106 | 0.127 | 106% | | | | | |
| 1/15/01 | 0.10 | 0.12 | 0.12 | 0.106 | 0.121 | 101% | | | | | |
| 1/19/01 | 0.10 | 0.12 | 0.12 | 0.107 | 0.128 | 107% | | | | | |
| 1/22/01 | 0.10 | 0.12 | 0.12 | 0.107 | 0.121 | 100% | 1/24/00 | 0.070 | 0.062 | 89% | 121% |
| 1/29/01 | 0.10 | 0.12 | 0.12 | 0.107 | 0.116 | 97% | | | | | |
| 2/2/01 | 0.10 | 0.12 | 0.12 | 0.105 | 0.112 | 94% | | | | | |
| 2/5/01 | 0.10 | 0.12 | 0.12 | 0.105 | 0.113 | 94% | | | | | |
| 2/9/01 | 0.10 | 0.12 | 0.12 | 0.109 | 0.114 | 95% | 2/7/00 | 0.070 | 0.056 | 81% | 121% |
| 2/12/01 | 0.10 | 0.12 | 0.12 | 0.109 | 0.116 | 96% | 2/14/00 | 0.070 | 0.059 | 84% | 121% |
| 2/16/01 | 0.10 | 0.12 | 0.12 | 0.110 | 0.112 | 93% | 2/20/00 | 0.070 | 0.063 | 90% | 121% |
| 2/19/01 | 0.10 | 0.12 | 0.12 | 0.110 | 0.112 | 94% | 2/21/00 | 0.070 | 0.063 | 90% | 121% |
| 2/26/01 | 0.10 | 0.12 | 0.12 | 0.110 | 0.112 | 93% | 2/25/00 | 0.070 | 0.061 | 88% | 121% |
| 2/27/01 | 0.10 | 0.12 | 0.12 | 0.110 | 0.109 | 91% | 2/28/00 | 0.070 | 0.065 | 93% | 121% |
| 2/28/01 | 0.10 | 0.12 | 0.12 | 0.107 | 0.101 | 84% | 2/29/00 | 0.070 | 0.067 | 96% | 121% |

200. The above data support the conclusion that Oracle was not aware of a large decline in expected revenues until the very end of the quarter.[193]  An indication that the Potential forecast might be in jeopardy occurred on Monday, February 26, 2001.  George Roberts wrote to Minton, Ellison, Henley, Catz and Winton that he was reducing his forecast by $20 million from $320 million to $300 million after receiving an e-mail from Nic Classick, an Area Vice President in North American Sales' General Business West subdivision.  This included 70 deals worth a total of $10 million that fell out of Classick's forecast over the last few days.  Seventy percent of the accounts were "new economy" with the rest "brick and mortar."[194]  Nevertheless, $20 million was approximately 1.5 percent of Oracle's forecasted license revenue for 3Q FY2001 as of February 26, 2001 (which exceeded $1.2 billion).[195]  Therefore, this information alone did not signal that Oracle would miss its guidance for the quarter.

201. According to Nugent, Classick's superior, he felt good about achieving his forecast for the quarter:

---

[193]  For example, as of Tuesday, February 27, Sarah Kopp projected quarterly revenue of $243 million for OSI, only $7 million (less than 3 percent) below the December 11, 2000 Potential forecast for OSI.  NDCA-ORCL 300065.  Six hours later, she reduced this forecast to $225 million and then raised it to $230 million at 11:22 AM the next morning (Wednesday, February 28).  NDCA-ORCL 300067, NDCA-ORCL 003466.  Later that afternoon at 4:25 PM Kopp's projection for OSI fell to $178 million as deals at Lucent, American Electric Power, and CSFB fell though or were postponed to the next quarter.  NDCA-ORCL 003471.  The OSI forecast fell further that afternoon to $175 million.  NDCA-ORCL 003476.  During this time, the Potential forecast for OSI, which had stood at $250 million in the December 11th Upside Report, fell from $230 million on February 26th to $166 million at the end of February 28th.  Upside reports December 11, 2000, NDCA-ORCL 213091-107, February 26, 2001, NDCA-ORCL 1532944-60, February 28, 2001, NDCA-ORCL 1533006-22.

[194]  NDCA-ORCL 300208.

[195]  Upside Report February 26, 2001, NDCA-ORCL 1532944-60.

Confidential

- *"We didn't know what type of adjustment was going to be in the marketplace; was it going to be little, medium, large, nobody had any idea.*

  *But our current forecast that we had running up, we were secure with that, with that forecast.*

  *With that knowledge of, hey, we smell a little slowdown here, a little VC slowing down there, a little bit of this here, a little bit of that there, different market news. But, we get a lot of market news in a quarter.*

  *But all that market news doesn't affect my forecast.  If all of the sudden the government says the economy is starting to pick up, I don't raise my forecast.*

  *All of the sudden new technology industry is doing so well, I don't raise my forecast in that particular technology industry. I look at my individual deals.*

  *And if I am comfortable with those individual deals, regardless of the dynamics -- if a competitor comes out with a competitive product, I don't lower my forecast.*

  *Whatever these dynamics are, I look at forecast. Are we okay with the forecast? Yes, we are fine.*

  *I felt absolutely fine with the forecast."*[196]

202.    Furthermore, a review of Big Deals over $500,000 for which a contract has been sent to a customer, provides further evidence that a positive situation deteriorated very rapidly at the very end of Oracle's 3Q FY2001—going from closing nearly three times as much revenue from Big Deals as in 3Q FY2000 and simultaneously having a pipeline of remaining Big Deals nearly double that of 3Q FY2000 on February 26, 2001 to the sudden drop the final two days of the quarter.  [*See* Figure 47.]

**Figure 47:  Big Deals, 3Q FY2000 – 3Q FY2001**

| Date | Big Deals Closed | | | Unclosed Big Deals In Pipeline | | |
|---|---|---|---|---|---|---|
| | 3Q FY2000 | 3Q FY2001 | Growth from 3Q FY2000 to 3Q FY2001 | 3Q FY2000 | 3Q FY2001 | Growth from 3Q FY2000 to 3Q FY2001 |
| t - 5 | 73,000,000 | 145,000,000 | 99% | 630,000,000 | 618,000,000 | -2% |
| t - 4 | 76,000,000 | 191,000,000 | 151% | 629,000,000 | 635,000,000 | 1% |
| t - 3 | 73,000,000 | 213,000,000 | 192% | 521,000,000 | 621,000,000 | 19% |
| t - 2 | 177,000,000 | 229,000,000 | 29% | 477,000,000 | 591,000,000 | 24% |
| t - 1* | 334,000,000 | 332,000,000 | -1% | 126,000,000 | 218,000,000 | 73% |
| March 1 (t) | 366,000,000 | 420,000,000 | 15% | | | |

---

[196]   Deposition of John Nugent, May 24, 2006, pp. 272-273.

Confidential

### iii.    Oracle's 3Q FY2001 Guidance and Later Statements Were Reasonable Given Historical Performance

203.    Despite the decline in Oracle's forecasts over the course of 3Q FY2001 discussed above, Oracle's guidance and later statements regarding its performance in 3Q FY2001 were reasonable throughout the quarter in light of Oracle's own historical experience.

204.    As Figure 48 shows, Oracle's earnings were highly seasonal within the fiscal year, with the first fiscal quarter being the weakest and the fourth the strongest.  Therefore, quarterly performance was typically compared to the same fiscal quarter of the previous year.

**Figure 48: Oracle EPS by Quarter, FY1995 - FY2002**



205.    Figure 49 shows that Oracle's third fiscal quarter growth had ranged from between 14 and 70 percent per year during the years 1995 and 2000, with an average of 38 percent. Oracle's guidance of 12 cents per share for 3Q FY2001 implied a growth rate of 41 percent, well within the historical range and close to the historical average.  Moreover, the year-over-year quarterly growth rates achieved in the three previous quarters were much higher than the average over the past four years, suggesting that the forecasted quarterly growth rate for 3Q

Confidential

FY2001 was reasonable.  Also, in every fiscal year since 1995, 3Q EPS was greater than 1Q and 2Q EPS for the same quarter, and the FY2001 forecast was consistent with this pattern. As noted in the figure above, the actual 3Q EPS was below the 2Q EPS, a very unusual event.  In addition, the guidance given at the beginning of 3Q FY2001 (12.0 cents per share) was conservative—below the 12.82 cents EPS indicated by the December 11, 2000 Upside Report.

**Figure 49: Oracle Year-Over-Year EPS Growth by Quarter**



206.    At the beginning of and during the quarter, the Potential conversion ratio (the Potential forecast divided by the Pipeline) was conservative given Oracle's recent experience.  At the time guidance was given (week two), the Potential conversion ratio (Potential divided by the pipeline size in the relevant week) for 3Q FY2001 was below the actually achieved conversion ratio (actual end of quarter sales divided by pipeline size in the relevant week) in all but one of the previous quarters in FY2000 and FY2001 including the actually achieved conversion ratio for 3Q FY 2000.  As discussed above, the seasonality of Oracle's sales meant that comparison to the same fiscal quarter of the previous year resulted in the most useful comparisons.  As the quarter evolved, the Potential conversion ratio remained below the conversion ratios actually achieved for 3Q FY 2000 in all but weeks two and eight.

*Confidential*

Although the potential conversion ratio during the first eight weeks of 3Q FY2001 at times exceeded the conversion ratios actually achieved in 3Q FY2000, 1Q FY2001 and 2Q FY2001, it remained below or equal to all of the other actually achieved conversion ratios in the previous fiscal quarters of FY2000 and FY2001.  [*See* Figure 50.]  Moreover, with the exception of week four, the Potential conversion ratio was always below the average of the actually achieved conversion ratios of the previous six quarters. [*See* Figure 51.]

**Figure 50: Oracle's Pipeline Conversion Ratios by Week, 1Q FY2000 – 3Q FY2001**



*Confidential*

**Figure 51:  Oracle's Pipeline Conversion Ratios by Week, 3Q FY2001 vs. Historical Average**



207.    Throughout 3Q FY2001, the conversion ratio required to meet guidance in Oracle's 3Q FY2001 was similar to that realized in the third quarter of FY2000. In other words, had Oracle achieved in 3Q FY2001 the conversion ratio achieved in 3Q FY2000, it would have made approximately 12 cents per share.  This is consistent with Oracle's guidance and later statements being reasonable at the time.   [*See* Figure 52.]

Confidential

**Figure 52: Required Pipeline Conversion Ratios to Obtain $0.12 EPS Potential Forecast, 3Q FY2001**



208.   Furthermore, in six of the previous ten quarters (including 2Q FY2001, 4Q FY2000, 3Q FY2000, 4Q FY1999, 2Q1999, and 1Q FY1999) the Potential forecast had also been below guidance during an earlier part of the quarter, but Oracle nonetheless beat its guidance in each of those quarters.   In fact, in 3Q FY2000, the Potential forecast was 88 percent of the consensus EPS estimate two business days before the end of the quarter, but Oracle's actual results for the quarter ended up exceeding the estimate.[197]   By contrast, the Potential forecast never fell below 90 percent of guidance until the last day of 3Q FY2001.   [*See* Figure 45.]

209.   Given how close Oracle's forecasts remained to 12 cents per share, how Oracle had often outperformed its forecast, and how reasonable the conversion ratios were during the quarter in light of historical ratios, it was reasonable to expect throughout the quarter that Oracle would achieve its guidance in 3Q FY2001.

210.   Taking all these internal data together, it is clear that Oracle experienced a large decline in expected revenues at the very end of 3Q FY2001, and that prior to that time Oracle

---

[197]   In 3Q FY 2000, Oracle's EPS was 13 cents per share (split adjusted).   However, excluding gains on sales of stock, it was 8.5 cents per share.   The latter was the basis for the analyst consensus estimate. Thomson IBES; Oracle Forms 10-Q for the periods ended February 29, 2000 and February 28, 2001.

executives had reason to believe Oracle would achieve its forecasted guidance for the quarter, making Oracle's guidance and other statements reasonable when made.

## VII.   CONCLUSION

211.   At the beginning of Oracle's 3Q FY2001, during December 2000, forecasts for the U.S. economy remained positive, although modestly less so than in the past.  Oracle executives recognized this development; as Henley said during the December 14 earnings call:  "We believe that (the U.S. economy) is slowing down, from what we can tell."[198]   During the quarter, some macroeconomic and sector indicators improved, others remained stable, and some declined, but it was not until after the close of Oracle's 3Q FY2001 that it became clear that the U.S. economy and the enterprise software sector had experienced dramatically poorer than expected performance.

212.   Oracle's forecasting process captured the impact of macroeconomic trends affecting customers through a structured forecasting process.  This process relied on executives evaluating sales representatives' forecasts of customer purchases.  Oracle's executives' projections reflected customers' interest in Oracle's products and therefore were related to macroeconomic conditions.  While Oracle did not base its forecast on specific macroeconomic indicators, Oracle executives were sufficiently aware of the uncertainty regarding the economy to question sales representatives' projections.  In fact, it is not surprising that Oracle did not fully anticipate the recession and reflect this in its forecast.  As one of the government's top economic policymakers, I myself did not accurately predict the onset of the recession.  Taking that down several levels to predicting how the economy will impact individual purchase decisions by individual companies is even more difficult, and thus it is not surprising that Oracle did not anticipate a sudden drop-off in revenues in 3Q FY2001, even with a well functioning and historically accurate forecasting process.

213.   Because Oracle's license revenues, like those of its competitors, tended not to be booked until the end of the quarter and did not come from the same customers quarter to quarter, the company's precise sales for the quarter were hard to predict; nevertheless, Oracle had

---

[198]   Transcript of Oracle's 12-14-00/4:30 p.m. CT conference call, confirmation #474122, NDCA-ORCL 003215-47, NDCA-ORCL 003218.

*Confidential*

consistently met or beat expectations and had a well-functioning forecasting process.  Sudden changes at the end of the quarter were difficult to anticipate, and indeed, the shortfall in Oracle's 3Q FY2001 revenues was not apparent until the very end of the quarter when sales did not materialize.  In sum, Oracle's forecasting process and internal data provided a reasonable basis for Oracle's guidance and later statements regarding its performance in 3Q FY2001.

*Confidential*

Respectfully submitted,

R. Glenn Hubbard

May 25, 2007

**APPENDIX A**                                             *Confidential*


**ROBERT GLENN HUBBARD**

***Curriculum Vitae***


15 Claremont Avenue                         Graduate School of Business
Apartment 63                                Columbia University
New York, New York 10027                    101 Uris Hall; 3022 Broadway
*Phone:* (212) 932-1347                     New York, New York 10027
*Fax:* (212) 864-6184                       *Phone:* (212) 854-2888
*e-mail:* rghubbard@aol.com                 *Fax:* (212) 932-0545
                                            *e-mail:* rgh1@columbia.edu
                                            http://www.gsb.columbia.edu/faculty/ghubbard


## PERSONAL DATA

Born:           September 4, 1958, in Orlando, Florida.
Marital Status: Married to Constance Pond Hubbard.
                Two children, Robert Andrew Pond Hubbard
                and William Charles Pond Hubbard.

## FIELDS OF SPECIALIZATION

Public Economics, Corporate Finance and Financial Institutions, Macroeconomics, Industrial Organization, Natural Resource Economics, Public Policy.


## EDUCATION

Ph.D., Economics, Harvard University, May 1983.
Dissertation: *Three Essays on Government Debt and Asset Markets*, supervised by Benjamin M. Friedman, Jerry A. Hausman, and Martin S. Feldstein.

A.M., Economics, Harvard University, May 1981.

B.A., B.S., Economics, University of Central Florida, June 1979, *summa cum laude*.


## HONORS AND AWARDS

Fellow of the National Association of Business Economists, 2005.

William F. Butler Memorial Award, New York Association of Business Economists Award, 2005.

Exceptional Service Award, The White House, 2002.

Michelle Akers Award for Distinguished Service, University of Central Florida, 2001.

Alumni Hall of Fame, University of Central Florida, 2000.

Best Paper Award for Corporate Finance, Western Finance Association, 1998.

Exceptional Service Award, U.S. Department of the Treasury, 1992.

Distinguished Alumnus Award, University of Central Florida, 1991.

John M. Olin Fellowship, National Bureau of Economic Research, 1987-1988.

Teaching Commendations, Graduate School of Business, Columbia University.

Northwestern University Associated Student Government Teaching Awards, announced in 1985, 1986, and 1987.

Graduate Distinctions: National Science Foundation Fellowship, Alfred P. Sloan Foundation Fellowship.

Undergraduate Distinctions: National Merit Scholarship, National Society of Professional Engineers Award, Florida Society of Professional Engineers Award, National Council of Teachers of English Award, Omicron Delta Kappa, Financial Management Association Honor Society.

## POSITIONS HELD

| | |
|---|---|
| 2004-present | Dean, Graduate School of Business, Columbia University |
| 1994-present | Russell L. Carson Professor of Economics and Finance, Graduate School of Business, Columbia University |
| 1997-present | Professor of Economics, Faculty of Arts and Sciences, Columbia University |
| 1999-2004 | Co-Director, Columbia Business School Entrepreneurship Program |
| 2004-2005 | Viewpoint Columnist, *Business Week* |
| 2004-2006 | Member, Panel of Economic Advisors, Congressional Budget Office |
| 2003-present | Featured commentator, *Nightly Business Report* |
| 2003-present | Featured commentator, *Marketplace* |
| 2001-2003 | Chairman, President's Council of Economic Advisers |
| 2001-2003 | Chairman, Economic Policy Committee, Organization for Economic Cooperation and Development |
| 2001-2003 | Member, White House National Economic Council and National Security Council |
| 2001-2003 | Member, President's Council on Science and Technology |
| 1997-1998 | Visiting Professor of Business Administration, Harvard Business School |
| 1995-present | Visiting Scholar and Director of Tax Policy Program, American Enterprise Institute |
| 1994-1997 | Senior Vice Dean, Graduate School of Business, Columbia University |
| 1994 | MCI Fellow, American Council for Capital Formation |
| 1994 | John M. Olin Visiting Professor, Center for the Study of Economy and the State, University of Chicago |
| 1991-1993 | Deputy Assistant Secretary (Tax Analysis), U.S. Department of the Treasury |
| 1988-present | Professor of Economics and Finance, Graduate School of Business, Columbia University |
| 1987-1988 | John M. Olin Fellow in residence at the National Bureau of Economic Research |
| 1983-1988 | Assistant Professor of Economics, Northwestern University, with half-time research appointment in the Center for Urban Affairs and Policy Research |
| 1985 | Visiting Scholar, Center for Business and Government, John F. Kennedy School of Government, Harvard University |

| 1981-1983 | Teaching Fellow (Department of Economics) and Resident Tutor in Economics (Dunster House), Harvard University |
|---|---|

## DIRECTORSHIPS AND BUSINESS ADVISORY BOARDS

| 2007-present | Met Life; Information Services Group |
|---|---|
| 2006-present | Capmark Financial Corporation |
| 2005-present | Arcapita (Senior Advisor); Chart Venture Partners (Advisor); Nomura Securities (Senior Advisor) |
| 2004-present | ADP, Inc.; KKR Financial Corporation; BlackRock Closed-End Funds; Duke Realty Corporation |
| 2003-present | ITU Ventures; Ripplewood Holdings |
| 2004-2006 | Dex Media/R.H. Donnelley |
| 2000-2001 | Angel Society, LLC; Information Technology University, LLC |

## POSTS IN NON-PROFIT ORGANIZATIONS

| 2006-present | Member, Board of Directors, Resources for the Future |
|---|---|
| 2004-present | Trustee, Economic Club of New York |
| 2004-present | Trustee, Fifth Avenue Presbyterian Church, New York |
| 2004-present | Member, Advisory Board, National Center on Addiction and Substance Abuse |
| 2003-present | Member, Manhattan District Council Board, Boy Scouts of America |
| 2003-present | Trustee, Tax Foundation |

## PROFESSIONAL ACTIVITIES

| 1987-present | Research Associate, National Bureau of Economic Research (Monetary Economics, Corporate Finance, Public Economics, Economic Fluctuations, Industrial Organization) |
|---|---|
| 2007-present | Member, Council on Foreign Relations |
| 2006-present | Co-Chairman, Committee on Capital Markets Regulation |
| 2005-present | Chairman, Panel of Academic Advisors, Alliance for Competitive Taxation |
| 2003-present | Chairman, Panel of Academic Advisors, International Tax Policy Forum |
| 2003-present | Member, Panel of Academic Advisors, Tax Foundation |
| 2003-present | Member, Panel of Academic Advisors, American Council for Capital Formation |
| 2003-present | Member, Committee of Visitors, National Science Foundation |
| 2000 | Panelist, Graduate Fellowship Selection Committee, National Science Foundation |
| 1999-2001 | Director, Project on Nonprofit Organizations, National Bureau of Economic Research |

| | |
|---|---|
| 1997-2001 | Member, COSSA-Liaison Committee, American Economic Association |
| 1995-2001, 2003 | Visiting Scholar, American Enterprise Institute |
| 1993-2001, 2007 | Panel of Economic Advisors, Federal Reserve Bank of New York |
| 1993-2001 | Board of Advisors, Institutional Investor Project, School of Law, Columbia University |
| 1995-1999 | Member, Board of Academic Consultants, American Law Institute |
| 1997 | Member, Grants Panel for Integrative Graduate Education and Research Training Program, National Science Foundation |
| 1994-1996 | Member, Economics Grants Panel, National Science Foundation |
| 1993-1996 | Member, Federal Taxation and Finance Committee, National Tax Association |
| 1990-1995 | Co-organized research program on International Aspects of Taxation at the National Bureau of Economic Research, Cambridge, Massachusetts |
| 1995 | Member, Program Committee, American Economic Association Meeting |
| 1983-1987 | Faculty Research Fellow, National Bureau of Economic Research |
| 1983-1986 | Adjunct Faculty Research Fellow, Energy and Environmental Policy Center, John F. Kennedy School of Government, Harvard University, Cambridge, Massachusetts |
| 1986, 1988, 1994 | Member of the Brookings Panel on Economic Activity |
| 1985, 1987 | Special guest of the Brookings Panel on Economic Activity |
| 1990-1991 | Organized research program on Environmental Economics and Public Policy at the National Bureau of Economic Research, Cambridge, Massachusetts |
| 1988-1990 | Co-organized research program on Dynamic Models of Firms and Industries at the National Bureau of Economic Research, Cambridge, Massachusetts |
| 1985-1989 | Organized research program and workshops on contracting in financial markets at the Summer Institute, National Bureau of Economic Research, Cambridge, Massachusetts |
| 1988 | Organized Economic Fluctuations program on Industrial Economics and Macroeconomics, National Bureau of Economic Research, Stanford, California |
| 1986-1988 | Organized research program and workshop on links between macroeconomics and industrial organization at the Summer Institute, National Bureau of Economic Research, Cambridge, Massachusetts |
| 1991 | Member, Program Committee, Econometric Society Winter Meetings |
| 1982-1983 | Member, Energy Modeling Forum VII Study Group, Stanford University, Stanford, California |
| 1981-present, intermittently | Consultant on research projects with private corporations and government and international agencies, including the Internal Revenue Service, Social Security Administration, U.S. Department of Energy, U.S. Department of State, U.S. Department of Treasury, and U.S. International Trade Commission; National Science Foundation; The World Bank; Board of Governors of the Federal Reserve System; Federal Reserve Bank of New York; Congressional Budget Office |

| Member: | American Economic Association, American Finance Association, Association for Public Policy and Management, Econometric Society, International Association of Energy Economists, National Tax Association, the Royal Economic Society, and the Institute for Management Science |
|---|---|

Referee:              American Economic Review; Canadian Journal of Economics; Columbia Journal of World Business; Econometrica; Economic Journal; Energy Economics; Energy Journal; International Finance; International Tax and Public Finance; Journal of Business; Journal of Business and Economic Statistics; Journal of Economic History; Journal of Economic Literature; Journal of Finance; Journal of Financial Economics; Journal of Financial Intermediation; Journal of Financial and Quantitative Analysis, Journal of Financial Services Research; Journal of Industrial Economics; Journal of International Money and Finance; Journal of Law and Economics; Journal of Macroeconomics; Journal of Money, Credit, and Banking; Journal of Monetary Economics; Journal of Political Economy; Journal of Public Economics; Journal of Regulatory Economics; Journal of Small Business Finance; Management Science; National Tax Journal; Quarterly Journal of Economics; Quarterly Review of Economics and Finance; RAND Journal of Economics; Review of Economic Dynamics; Review of Economic Studies; Review of Economics and Statistics; Review of Financial Economics; Scandinavian Journal of Economics; Southern Economic Journal; National Science Foundation; C.V. Starr Center for Applied Economics (New York University); Addison-Wesley Publishing Company; Ballinger Press; Cambridge University Press; Harvard Business School Press; MIT Press; W.W. Norton; Oxford University Press

Associate Editor:     Journal of Macroeconomics; Journal of Small Business Finance; International Finance

Former Associate Editor:   Journal of Industrial Economics, Federal Reserve Bank of New York Economic Policy Review; International Tax and Public Finance; National Tax Journal

## PUBLICATIONS AND PAPERS

### Edited Volumes

*Transition Costs of Fundamental Tax Reform* (with K.A. Hassett), Washington, DC: AED Press, 2001

*Inequality and Tax Policy* (with K.A. Hassett), Washington, DC: AEI Press, 2001

*Effects of Taxation on Multinational Corporations* (with M. Feldstein and J.R. Hines), Chicago: University of Chicago Press, 1995.

*Taxing Multinational Corporations* (with M. Feldstein and J. R. Hines), Chicago: University of Chicago Press, 1995.

*Studies in International Taxation* (with A. Giovannini and J. B. Slemrod), Chicago: University of Chicago Press, 1993.

*Financial Markets and Financial Crises*, Chicago: University of Chicago Press, 1991.

*Asymmetric Information, Corporate Finance, and Investment*, Chicago: University of Chicago Press, 1990.

### Books

*Healthy, Wealthy, and Wise* (with J.F. Cogan and D.P. Kessler), Washington AEI Press, 2005.

### Textbooks

*Principles of Economics* (with A.P. O'Brien), Prentice Hall, 2006.

*Money, the Financial System, and the Economy*, Reading: Addison-Wesley Publishing Company, 1st ed., 1994; 2nd ed., 1997; 3rd ed., 2000; 4th ed., 2002; 5th ed., 2004; 6th ed., 2007, forthcoming.

## Publications

### *Articles*

"To Bundle or Not to Bundle: Firms' Chorus Under Pine Building" (with A. Saha and J. Lee), *International Journal of the Economics of Business*, forthcoming.

"Entrepreneurship and Household Saving." (with W.M. Gentry), *Advances in Economic Analysis and Policy*, forthcoming.

"The Effects of Progressive Income Taxation on Job Turnover." (with W.M. Gentry), *Journal of Public Economics*, forthcoming.

"Precautionary Savings and the Governance of Nonprofit Organizations" (with R. Fisman), *Journal of Public Economics*, forthcoming.

"Government Debt and Interest Rates" (with E. Engen), in M. Gertler and K. Rogoff, *NBER Macroeconomics Annual 2004*, Cambridge: MIT Press, 2005.

"Taxing Multinationals" (with M. Devereux), *International Taxation and Public Finance* 10(2003):469-487.

"The Effect of the Tax Reform Act of 1986 on the Location of Assets in Financial Services Firms" (with R. Altshuler), *Journal of Public Economics*, 87 (January 2003):109-127.

"The Role of Nonprofit Endowments" (with R. Fisman), in E. Glaeser, ed., *The Governance of Not-For-Profit Organizations*, Chicago: University of Chicago Press, 2003.

"Are There Bank Effects in Borrowers' Costs of Funds?: Evidence from a Matched Sample of Borrowers and Banks" (with K.N. Kuttner and D.N. Palia), *Journal of Business* 75 (October 2002): 559-581.

"Are Dividend Taxes and Imputation Credits Capitalized in Share Values?" (with T.S. Harris and D. Kemsley), *Journal of Public Economics* 79 (March 2001): 569-596.

"Tax Policy and Entrepreneurial Entry" (with W.M. Gentry), *American Economic Review* 90 (May 2000).: 283-287.

"Understanding the Determinants of Managerial Ownership and the Link Between Ownership and Performance" (with C.P. Himmelberg and D. Palia), *Journal of Financial Economics* 53 (1999): 353-384.

"A Reexamination of the Conglomerate Merger Wave in the 1960s" (with D. Palia), *Journal of Finance* 54 (June 1999): 1131-1152.

"Inflation and the User Cost of Capital: Does Inflation Still Matter?" (with D. Cohen and K.A. Hassett), in M. Feldstein, ed., *The Costs and Benefits of Achieving Price Stability*, Chicago: University of Chicago Press, 1999.

"Are Investment Incentives Blunted by Changes in Prices of Capital Goods?: International Evidence" (with K.A. Hassett), *International Finance* 1 (October 1998): 103-125.

"Capital-Market Imperfections and Investment," *Journal of Economic Literature* 36 (March 1998): 193-225.

"Fundamental Tax Reform and Corporate Financial Policy" (with W.M. Gentry), in J.M. Poterba, ed., *Tax Policy and the Economy*, volume 12, Cambridge: MIT Press, 1998.

"Distributional Implications of Introducing a Broad-Based Consumption Tax" (with W.M. Gentry), in J.M. Poterba, ed., *Tax Policy and the Economy*, volume 11, Cambridge: MIT Press, 1997.

"How Different Are Income and Consumption Taxes?," *American Economic Review* 87 (May 1997): 138-142.

"Tax Policy and Investment," (with K.A. Hassett), in A.J. Auerbach, ed., *Fiscal Policy: Lessons from Economic Research*, Cambridge: MIT Press, 1997.

"Assessing the Effectiveness of Saving Incentives" (with J. Skinner), *Journal of Economic Perspectives* 10 (Fall 1996): 73-90.

"The Political Economy of Branching Restrictions and Deposit Insurance: A Model of Monopolistic Competition Among Small and Large Banks" (with N. Economides and D. Palia), *Journal of Law and Economics* 39 (October 1996): 667-704.

"Tax Reforms and Investment: A Cross-Country Comparison" (with J.G. Cummins and K.A. Hassett), *Journal of Public Economics* 62 (1996): 237-273.

"Benefits of Control, Managerial Ownership, and the Stock Returns of Acquiring Firms" (with D. Palia), *RAND Journal of Economics* 26 (Winter 1995): 782-792.

"Executive Pay and Performance: Evidence from the U.S. Banking Industry" (with D. Palia), *Journal of Financial Economics* 39 (1995): 105-130.

"Tax Policy, Internal Finance, and Investment: Evidence from the Undistributed Profits Tax of 1936-1937" (with C. Calomiris), *Journal of Business* 68 (October 1995): 443-482.

"A Reconsideration of Investment Behavior Using Tax Reforms as Natural Experiments" (with J.G. Cummins and K.A. Hassett), *Brookings Papers on Economic Activity* (1994:2): 1-59.

"Precautionary Saving and Social Insurance" (with J. Skinner and S. Zeldes), *Journal of Political Economy* 105 (April 1995): 360-399.

"Expanding the Life-Cycle Model: Precautionary Saving and Public Policy" (with J. Skinner and S. Zeldes), *American Economic Review* 84 (May 1994): 174-179.

"The Tax Sensitivity of Foreign Direct Investment: Evidence from Firm-Level Panel Data" (with J. Cummins), in M. Feldstein, J.R. Hines, and R.G. Hubbard, eds., *Effects of Taxation on Multinational Corporations*, Chicago: University of Chicago Press, 1995.

"International Adjustment Under the Classical Gold Standard: Evidence for the U.S. and Britain, 1879-1914" (with C. Calomiris), in T. Bauoumi, B. Eichengreen, and M. Taylor, eds., *Modern Perspectives on the Gold Standard*, Cambridge: Cambridge University Press, 1995.

"Internal Finance and Firm-Level Investment" (with A. Kashyap and T. Whited), *Journal of Money, Credit, and Banking* 27 (August 1995): 683-701.

"Do Tax Reforms Affect Investment?" (with J.G. Cummins and K.A. Hassett), in J.M. Poterba, ed., *Tax Policy and the Economy*, vol. 9, Cambridge: MIT Press, 1995.

"The Importance of Precautionary Motives for Explaining Individual and Aggregate Saving" (with J. Skinner and S. Zeldes), *Carnegie-Rochester Conference Series on Public Policy* 40 (June 1994): 59-126.

"Corporate Financial Policy, Taxation, and Macroeconomic Risk" (with M. Gertler), *RAND Journal of Economics* 24 (Summer 1993): 286-303.

"Internal Net Worth and the Investment Process: An Application to U.S. Agriculture" (with A. Kashyap), *Journal of Political Economy* 100 (June 1992): 506-534.

"Long-Term Contracting and Multiple-Price Systems" (with R. Weiner), *Journal of Business* 65 (April 1992): 177-198.

"Efficient Contracting and Market Power: Evidence from the U.S. Natural Gas Industry" (with R. Weiner), *Journal of Law and Economics* 34 (April 1991): 25-67.

"Interest Rate Differentials, Credit Constraints, and Investment Fluctuations" (with M. Gertler and A. Kashyap), in R.G. Hubbard, ed., *Financial Markets and Financial Crises*, Chicago: University of Chicago Press, 1991.

"Taxation, Corporate Capital Structure, and Financial Distress" (with M. Gertler), in L.H. Summers, ed., *Tax Policy and the Economy*, volume 4, Cambridge: MIT Press, 1990.

"Firm Heterogeneity, Internal Finance, and Credit Rationing" (with C. Calomiris), *Economic Journal* 100 (March 1990): 90-104.

"Coming Home to America: Dividend Repatriations in U.S. Multinationals" (with J. Hines), in A. Razin and J.B. Slemrod, eds., *Taxation in the Global Economy*, Chicago: University of Chicago Press, 1990.

"Price Flexibility, Credit Availability, and Economic Fluctuations: Evidence from the U.S., 1894-1909" (with C. Calomiris), *Quarterly Journal of Economics* 104 (August 1989): 429-452.

"Financial Factors in Business Fluctuations" (with M. Gertler), in Federal Reserve Bank of Kansas City, *Financial Market Volatility--Causes, Consequences, and Policy Responses*, 1989.

"Contracting and Price Adjustment in Commodity Markets: Evidence from Copper and Oil" (with R. Weiner), *Review of Economics and Statistics* 71 (February 1989): 80-89.

"Financing Constraints and Corporate Investment" (with S. Fazzari and B.C. Petersen), *Brookings Papers on Economic Activity*, 1988:1: 141-195; Reprinted in Z.J. Acs, ed., *Small Firms and Economic Growth*, Cheltenham, U.K.: Edward Elgar Publishing Ltd., 1995.

"Investment, Financing Decisions, and Tax Policy" (with S. Fazzari and B.C. Petersen), *American Economic Review* 78 (May 1988): 200-205.

"Market Structure and Cyclical Fluctuations in U.S. Manufacturing" (with I. Domowitz and B.C. Petersen), *Review of Economics and Statistics* 70 (February 1988): 55-66.

"Capital Market Imperfections and Tax Policy Analysis in the Life-Cycle Model" (with K. Judd), Annales d' *Economie et de Statistique* 9 (January-March 1988): 111-139.

"Social Security and Individual Welfare: Precautionary Saving, Borrowing Constraints, and the Payroll Tax" (with K. Judd), *American Economic Review* 77 (September 1987): 630-646.

"Oligopoly Supergames: Some Empirical Evidence on Prices and Margins" (with I. Domowitz and B.C. Petersen), *Journal of Industrial Economics* 36 (June 1987): 379-398.

"Uncertain Lifetimes, Pensions, and Individual Saving," in Zvi Bodie, John B. Shoven, and David A. Wise (eds.), *Issues in Pension Economics,* Chicago: University of Chicago Press, 1987, pp. 175-205.

"The Farm Debt Crisis and Public Policy" (with C. Calomiris and J. Stock), *Brookings Papers on Economic Activity*, 1986:2: 441-479.

"Liquidity Constraints, Fiscal Policy, and Consumption" (with K. Judd), *Brookings Papers on Economic Activity*, 1986:1: 1-50.

"The Intertemporal Stability of the Concentration-Margins Relationship" (with I. Domowitz and B.C. Petersen), *Journal of Industrial Economics* 35 (September 1986): 13-34.

"Pension Wealth and Individual Saving: Some New Evidence," *Journal of Money, Credit, and Banking* 18 (May 1986): 167-178.

"Supply Shocks and Price Adjustment in the World Oil Market," *Quarterly Journal of Economics* 101 (February 1986): 85-102.

"Regulation and Long-Term Contracts in U.S. Natural Gas Markets" (with R. Weiner), *Journal of Industrial Economics* 35 (September 1986): 51-71.

"Business Cycles and the Relationship Between Concentration and Price-Cost Margins" (with I. Domowitz and B.C. Petersen), *RAND Journal of Economics* 17 (Spring 1986): 1-17.

"Inventory Optimization in the U.S. Petroleum Industry: Empirical Analysis and Implications for Energy Emergency Policy" (with R. Weiner), *Management Science 32* (July 1986): 773-790.

"Social Security, Liquidity Constraints, and Pre-Retirement Consumption," *Southern Economic Journal* 51 (October 1985): 471-484.

"Personal Taxation, Pension Wealth, and Portfolio Composition," *Review of Economics and Statistics* 67 (February 1985): 53-60.

"Industry Margins and the Business Cycle: Some New Microeconomic Evidence" (with I. Domowitz and B.C. Petersen), *Economics Letters* 19 (1985): 73-77.

"Oil Supply Shocks and International Policy Coordination" (with R. Weiner), *European Economic Review* 30 (February 1986): 91-106.

"Do IRAs and Keoghs Increase Saving?," *National Tax Journal* 37 (March 1984): 43-54.

*The Financial Impacts of Social Security: A Study of Effects on Household Wealth Accumulation and Allocation, in Monograph Series in Finance and Economics*, New York University, 1983.

### Writings on Public Policy

"Overview of the Japanese Deficit Question," (with Takatoshi Ito), forthcoming.

"The U.S. Current Account Deficit and Public Policy," *Journal of Policy Modeling*, forthcoming.

"Making Markets Work," (with J.F. Cogan and D.P. Kessler), *Health Affairs* 24 (November/December 2005): 1447-1457.

*How Capital Markets Enhance Economic Performance and Facilitate Job Creation* (with W.C. Dudley), New York: Goldman Sachs Markets Institute, 2004.

"Would a Consumption Tax Favor the Rich?"  In A.J. Auerbach and K.A. Hassett, eds., *Toward Fundamental Tax Reform*.  Washington, DC: AEI Press, 2005.

"The Economist as Public Intellectual," *Journal of Economic Education* 35 (Fall 2004): 391-394.

"Success Taxes, Entrepreneurship, and Innovation," (with W.M. Gentry), in *Innovation and the Economy*, volume 5, forthcoming.

 "Tax Policy and International Competitiveness," *Taxes-The Tax Magazine* (March 2004):233-241.

"Capital-Market Imperfections, Investment, and the Monetary Transmission Mechanism," in Heinz Hermann, ed., *Investing for the Future*. Frankfurt: Deutsche Bundesbank, 2001.

"The Growth of Institutional Stock Ownership: A Promise Unfulfilled,"(with F.R. Edwards), *Journal of Applied Corporate Finance* 13 (Fall 2000): 92-104.

"Telecommunications, the Internet, and the Cost of Capital," in Ingo Vogelsang and Benjamin Compaine, eds., *The Internet Upheaval*, Cambridge: MIT Press, 2000.

"Federal Deposit Insurance: Economic Efficiency or Politics?" (with N. Economides and D. Palia), *Regulation* 22 (1999): 15-17.

*Institutional Investors and Corporate Behavior* (with G. R. Downes, Jr. and E. Houminer), Washington, D.C., American Enterprise Institute, 1999.

*The Magic Mountain: Is There a Budget Surplus?* (with K.A. Hassett), Washington, D.C.: American Enterprise Institute, 1999.

*Medical School Financing and Research: Problems and Policy Options*, Washington, D.C.: American Enterprise Institute, 1999.

"The Golden Goose: Understanding (and Taxing) the Saving of Entrepreneurs," in Gary D. Libecap, ed., *Advances in the Study of Entrepreneurship, Innovation, and Growth*, volume 10, Greenwich: JAI Press, 1998.

"U.S. Tax Policy and Multinational Corporations: Incentives, Problems, and Directions for Reform," in Dale W. Jorgenson and James M. Poterba, eds., *Borderline Case: International Tax Policy, Corporate Research and Development, and Investment*, Washington, D.C.: National Research Council, 1998.

"Distributional Tables and Tax Policy," in David F. Bradford, ed., *Distributional Analysis of Tax Policy*, Washington, D.C.: AEI Press, 1995.

"Is There a 'Credit Channel' for Monetary Policy?," *Federal Reserve Bank of St. Louis Review* 77 (May/June 1995): 63-77.

"U.S. Tax Policy and Foreign Direct Investment: Incentives, Problems, and Reform," *Tax Policy and Economic Growth*, Washington, DC: American Council for Capital Formation, 1995.

"The Use of 'Distribution Tables' in the Tax Policy Process," *National Tax Journal* 46 (December 1993): 527-537.

"Securities Transactions Taxes: Tax Design, Revenue, and Policy Considerations," *Tax Notes* (November 22, 1993): 985-1000.

"Corporate Tax Integration: A View from the Treasury Department," *Journal of Economic Perspectives* (Winter 1993): 115-132; reprinted in P. Roberti, ed., *Financial Markets and Capital Income Taxation in a Global Economy*, Amsterdam: North-Holland, 1998.

"The President's 1992 Health Care White Paper: An Economic Perspective," *National Tax Journal* 45 (September 1992): 347-356.

"Household Income Changes Over Time: Some Basic Questions and Facts," *Tax Notes* (August 24, 1992).

"Household Income Mobility During the 1980s: A Statistical Assessment Based on Tax Return Data" (with J. Nunns and W. Randolph), *Tax Notes* (June 1, 1992).

"Debt Renegotiation," *Institutional Investor* 24 (June 1990).

"Petroleum Regulation and Public Policy" (with R. Weiner), in Leonard Weiss and Michael Klass (eds.), *Regulatory Reform: What Actually Happened,* Boston: Little, Brown, and Company, 1986.

"Natural Gas: The Regulatory Transition" (with R. Braeutigam), in Leonard Weiss and Michael Klass (eds.), *Regulatory Reform: What Actually Happened*, Boston: Little, Brown, and Company, 1986.

"Natural Gas Contracting in Practice: Evidence from the United States" (with R. Weiner), in Michael Hoel and Bruce Wolman (eds.), *Natural Gas Markets and Contracts, Contributions to Economic Analysis Series*, North-Holland, 1986.

"Contracting and Regulation Under Uncertainty: The Natural Gas Market" (with R. Weiner), in John P. Weyant and Dorothy B. Sheffield (eds.), *The Energy Industries in Transition: 1985-2000*, Boulder: Westview Press, 1985.

"Oil and OECD Economies: Measuring Stockpile Coordination Benefits" (with J. Marquez and R. Weiner), in Mark Baier (ed.), *Energy and Economy: Global Interdependencies*, Bonn: Gesellschaft für Energiewissenschaft und Energiepolitik, 1985.

"Managing the Strategic Petroleum Reserve: Energy Policy in a Market Setting" (with R. Weiner), *Annual Review of Energy* 10 (1985): 339-359.

"Modeling Oil Price Fluctuations and International Stockpile Coordination" (with R. Weiner), *Journal of Policy Modeling* 7 (Summer 1985): 339-359.

"Crude Oil Trading and Price Stability" (with R. Weiner), in William F. Thompson and David J. De Angelo (eds.), *World Energy Markets: Stability or Cyclical Change*, Boulder: Westview Press, 1985.

"Energy Price Shocks, Inflation, and Economic Activity: Simulation Results of the Hubbard-Fry Model", in Bert Hickman and Hillard Huntington (eds.), *Macroeconomic Impact of Oil Supply Shocks: Report of the Energy Modeling Forum VII Project*, 1985.

"Drawing Down the Strategic Petroleum Reserve: The case for Selling Futures Contracts" (with S. Devarajan), in Alvin Alm and Robert Weiner (eds.), *Oil Shock: Policy Response and Implementation*, Cambridge: Ballinger Press, 1983.

"Government Stockpiles in a Multi-Country World: Coordination versus Competition" (with R. Weiner), in Alvin Alm and Robert Weiner (eds.), *Oil Shock: Policy Response and Implementation*, Cambridge: Ballinger Press, 1983.

"The 'Sub-Trigger' Crisis: An Economic Analysis of Flexible Stock Policies" (with R. Weiner), *Energy Economics* 5 (July 1983): 178-189.

"Temporary Tax Reductions as Responses to Oil Shocks," in Alvin Alm and Robert Weiner (eds.), *Oil Shock: Policy Response and Implementation*, Cambridge: Ballinger Press, 1983.

"Policy Analysis with Your Hands Tied: The Case of Disruption Tariff Under Oil Price Controls," in Fred S. Roberts (ed.), *Energy Modeling IV: Planning for Energy Disruptions*, Institute of Gas Technology, 1982.

### Comments, Notes, and Reviews

"Comment" on A.J. Auerbach, "The Choice Between Income and Consumption Tax: A Primer," in A.J. Auerbach and D. Shaviro, eds., *Essays In Honor of David Bradford,* forthcoming.

"Pay Without Performance: A Market Equilibrium Critique," *Journal of Corporation Law* 30 (Summer 2005): 717-720

"Financing Constraints and Corporate Investment: Response to Kaplan and Zingales," *Quarterly Journal of Economics* 115 (May 2000): 695-705.

"Comment" on Charles Hadlock, Joel Houston, and Michael Ryngaert, "The Role of Managerial Incentives in Bank Acquisitions," *Journal of Banking and Finance* 23 (1999): 250-254.

"Comment" on D.H. Moss, "Courting Disaster?: The Transformation of Federal Disaster Policy Since 1903," in K.A. Froot, ed., *The Financing of Catastrophic Risk*, Chicago: University of Chicago Press, 1999.

"Market for Corporate Control" (with D. Palia), in P. Newman, ed., *The New Palgrave Dictionary of Economics and the Law*, London: Macmillan, 1998.

"Comment" on Joseph Peek and Eric Rosengren, "Do Monetary Policy and Regulatory Policy Affect Bank Loans?" in *Is Bank Lending Important for the Transmission of Monetary Policy?* Federal Reserve Bank of Boston, Conference Series (Proceedings) 39 (1995): 47-79.

"Introduction," in M. Feldstein, J.R. Hines, and R.G. Hubbard, eds., *Effects of Taxation on Multinational Corporations*, Chicago: University of Chicago Press, 1995.

"Introduction," in M. Feldstein, J.R. Hines, and R.G. Hubbard, eds., *Taxing Multinational Corporations*, Chicago: University of Chicago Press, 1995.

"Investment Under Uncertainty: Keeping One's Options Open," *Journal of Economic Literature* 32 (December 1994): 1794-1807.

"Introduction," in A. Giovannini, R.G. Hubbard, and J. Slemrod, eds., *Studies in International Taxation*, Chicago: University of Chicago Press, 1993.

"Comment" on G. Peter Wilson, "The Role of Taxes in Location and Source Decisions," in A. Giovannini, R.G. Hubbard, and J.B. Slemrod, eds., *Studies in International Taxation*, Chicago: University of Chicago Press, 1993.

"Market Structure and Cyclical Fluctuations in U.S. Manufacturing: Reply" (with I. Domowitz and B.C. Petersen), *Review of Economics and Statistics*, 1993.

"Introduction," in R.G. Hubbard, ed., *Financial Markets and Financial Crises*, Chicago: University of Chicago Press, 1991.

"Introduction," in R.G. Hubbard, ed., *Asymmetric Information, Corporate Finance, and Investment*, Chicago: University of Chicago Press, 1990.

"Comment" on Alberto Giovannini and James R. Hines, Jr., "Capital Flight and Tax Competition: Are There Viable Solutions to Both Problems?," in A. Giovannini and C. Mayer, eds., *European Financial Integration*, London: Centre for Economic Policy Research, 1990.

"Comment" on Roger H. Gordon and Jeffrey K. MacKie-Mason, "Effects of the Tax Reform Act of 1986 on Corporate Financial Policy and Organizational Form," in J.B. Slemrod, ed., *Do Taxes Matter?: Economic Impacts of the Tax Reform Act of 1986*, Cambridge: MIT Press, 1990.

"Comment" on James M. Poterba, "Tax Policy and Corporate Saving," *Brookings Papers on Economic Activity*, 1987:2.

"Comment" on Robert E. Hall, "Market Structure and Macro Fluctuations," *Brookings Papers on Economic Activity, 1986*:2.

"Comment" on Alan S. Blinder and Angus Deaton, "The Time-Series Consumption Function Revisited," *Brookings Papers on Economic Activity*, 1985:2.

"Comment" on Benjamin S. Friedman and Mark Warshawsky, "The Cost of Annuities: Implications for Saving Behavior and Bequests," in Zvi Bodie, John Shoven, and David Wise (eds.), *Pensions in the U.S. Economy*, Chicago: University of Chicago Press, 1987.

"Energy Security: Book Reviews," *Energy Journal* 4 (April 1983).

"When the Oil Spigot is Suddenly Turned Off: Some Further Thoughts" (with R. Weiner), *Journal of Policy Analysis and Management* 2 (Winter 1983).

### Submitted Papers and Working Papers

"Competition and Shareholder Fees in the Mutual Fund Industry: Evidence and Implications for Policy" (with J. Coates), Mimeograph, Columbia University, 2006

"Tax Policy and Entry into Entrepreneurship" (with W.M. Gentry), Mimeograph, Columbia University, 2001.

"Tax Policy and Wage Growth" (with W. M. Gentry), Mimeograph, Columbia University, 2001.

"Investor Protection, Ownership, and Investment" (with C.P. Himmelberg and I. Love), Mimeograph, Columbia University, 2000.

"Incentive Pay and the Market for CEOs: An Analysis of Pay-for-Performance Sensitivity" (with C.P. Himmelberg), Mimeograph, Columbia University, 2001.

"Noncontractible Quality and Organizational Form in the U.S. Hospital Industry," (with K.A. Hassett), Mimeograph, Columbia University, 1999.

"Corporate Payouts and the Tax Price of Corporate Retentions: Evidence from the Undistributed Profits Tax of 1936-37" (with P. Reiss),Working Paper No. 3111, National Bureau of Economic Research, September 1989.

"Market Structure, Durable Goods, and Cyclical Fluctuations in Markups" (with I. Domowitz and B. Petersen), Mimeograph, Northwestern University, 1987.

"Finite Lifetimes, Borrowing Constraints, and Short-Run Fiscal Policy" (with K. Judd), Working Paper No. 2158, National Bureau of Economic Research, 1987.

## GRANTS RECEIVED

"Institutional Investors, Boards of Directors, and Corporate Governance," Korn/Ferry, 1997.

"An Economic Analysis of Saving Incentives," Securities Industry Association, 1994, with Jonathan Skinner.

"Securities Transactions Taxes: Tax Design, Revenue, and Policy Considerations," Catalyst Institute, 1993.

"Precautionary Saving in the U.S. Economy," Bradley Foundation, 1989-1990, with Jonathan Skinner and Stephen Zeldes.

"Taxation, Corporate Leverage, and Financial Distress," Garn Institute for Finance, 1989-1990.

"Precautionary Saving in a Dynamic Model of Consumption and Labor Supply," National Science Foundation (Economics Group SES-8707997), 1987-1989, with Jonathan Skinner and Stephen Zeldes.

"Industrial Behavior and the Business Cycle: A Panel Data Study of U.S. Manufacturing," National Science Foundation (Economics Group SES-8420152), 1985-1987, with Ian Domowitz and Bruce Petersen.

"Efficient Contracting and Market Power: Evidence from the U.S. Natural Gas Market," Transportation Center, Northwestern University, Summer 1985.

"Constructing a Panel Data Base for Studies of U.S. Manufacturing," University Research Grants Committee, Northwestern University, 1985-1986.

"Economic Analysis of Multiple-Price Systems: Theory and Application, "National Science Foundation (Regulatory Analysis and Policy Group, SES-8408805), 1984-1985.

"Contracting and Price Adjustment in Product Markets," University Research Grants Committee, Northwestern University, 1983-1984.

## PAPERS PRESENTED

### University Seminars

Bard College, University of Bergamo, University of California (Berkeley), University of California (Los Angeles), University of California (San Diego), Carleton, University of Chicago, Columbia, University of Dubuque, Emory, University of Florida, University of Central Florida, Florida Atlantic University, George Washington, Georgetown, Harvard, Hendrix College, University of Illinois, Indiana University, Johns Hopkins, Laval, Lehigh, University College (London), University of Kentucky, London School of Economics, MIT, University of Maryland, University of Miami, Miami University, University of Michigan, University of Minnesota, New York University, Northwestern, Oxford, University of Pennsylvania, Princeton, Rice, University of Rochester, Stanford, Syracuse, University of Miami, University of Texas, Texas Tech University, Tufts, University of Virginia, University of Wisconsin (Madison), University of Wisconsin (Milwaukee), Virginia Tech, and Yale.

### Conference Papers Presented

American Council for Capital Formation, Washington, DC, June 1994.

American Economic Association, Boston, 2006; Philadelphia, 2005; San Diego January 2004; Atlanta, January 2002; New Orleans, January 2001; Boston, January 2000; New York, January 1999; New Orleans, January 1997; San Francisco, January 1996; Washington, D.C., January 1995; Boston, January 1994; Anaheim, January 1993; Washington D.C., December 1990; Atlanta, December 1989; New York, December 1988; Chicago, December 1987; New Orleans, December 1985; Dallas, December 1984.

American Enterprise Institute, Conference on Corporate Taxation, 2006; Conference on Multinational Corporations, 2004, 2003; Conference on Multinational Corporations, February 1999; Conference on Income Inequality, January 1999; Conference on Transition Costs of Fundamental Tax Reform, November 1998; Conference Series on Social Insurance Reform, 1997-1998; Conference Series on Fundamental Tax Reform, 1995-1998; Conference on Distributional Analysis of Tax Policies, Washington, D.C., December 1993.

American Finance Association, San Diego, January 2004; Boston, January 2000; New York, January 1999; New Orleans, January 1997.

Association of Environmental and Resource Economists, Dallas, December 1984; San Francisco, December 1983.

Association of Public Policy Analysis and Management, New Orleans, October 1984; Philadelphia, October 1983.

Bipartisan Commission on Entitlement and Tax Reform, Washington, DC, June 1994.

Brookings Panel on Economic Activity, September 1994, April 1988, September 1987, September 1986, April 1986, September 1985.

Centre for Economic Policy Research Conference on Capital Taxation and European Integration, London, September 1989.

Conference on International Perspectives on the Macroeconomic and Microeconomic Implications of Financing Constraints, Centre for Economic Policy Research, Bergamo, Italy, October 1994.

Congressional Research Service Conference for New Members of Congress, Williamsburg, January 1999.

Congressional Research Service Conference for Members of the Ways and Means Committee, Baltimore, October 2001.

Deutsche Bundesbank Conference on Investing for the Future, Frankfurt, Germany, May 2000.

Eastern Economic Association, Boston, March 1988; Boston, February 1983.

Econometric Society, New Orleans, January 1997; San Francisco, January 1996; Washington, D.C., January 1995; New Orleans, January 1992; Washington, December 1990; Atlanta, December 1989; New York, December 1988; Chicago, December 1987; New Orleans, December 1986; New York, December 1985; Boston, August 1985; Madrid, September 1984; San Francisco, December 1983; Pisa, August 1983.

Energy Modeling Forum, Stanford University, August 1983; February 1983; August 1982.

European Commission, Conference on Taxation of Financial Instruments, Milan, June 1998.

European Institute for Japanese Studies, Tokyo, September 2002, March 2002.

Federal Reserve Bank of Boston, Annual Economic Conference, North Falmouth, Massachusetts, June 1995.

Federal Reserve Bank of Kansas City Symposium on "Financial Market Volatility – Causes, Consequences, and Policy Responses," Jackson Hole, Wyoming, August 1988; Comment of Rogoff, August 2004.

Federal Reserve Bank of New York, Conference on Consolidation of the Financial Services Industry, New York, March 1998.

Federal Reserve Bank of Philadelphia Conference on Economic Policy, Philadelphia, November 2001.

Federal Reserve Bank of St. Louis, Conference on Economic Policy, St. Louis, October 1994.

Harvard Law School U. S.-Japan Symposium, Tokyo, December 2003; Washington, D. C., September 2002; Tokyo, December 2001.

Hoover Institution, Conference on Fundamental Tax Reform, December 1995.

The Institute of Gas Technology, Washington, DC, May 1982.

The Institute of Management Science/Operations Research Society of America, Orlando, November 1983; Chicago, April 1983.

International Association of Energy Economists, Boston, November 1986; Philadelphia, December 1985; Bonn, June 1985; San Francisco, November 1984; Washington, DC, June 1983; Denver, November 1982; Cambridge (England), June 1982; Houston, November 1981.

International Conference on the Life Cycle Model, Paris, June 1986.

International Institute of Public Finance, Innsbruck, August 1984.

International Seminar on Public Economics, Amsterdam, April 1997.

National Academy of Sciences, February 1997.

National Association of Business Economists, Orlando, September 2003; Washington, September 2002; New York, September 2001; Boston, September 1996; Dallas, September 1992; New Orleans, October 1987.

National Bureau of Economic Research - IMEMO Conference on the American Economy, Moscow, August 1989.

National Bureau of Economic Research Summer Institute, August 2005; July-August 2003; July-August 2000; July-August 1999; July-August 1998; August 1997; July 1995; July 1994; July 1993; August 1992; July-August 1991; July-August 1990; July-August 1989; July-August 1988; July-August 1987; July-August 1986; July 1985; July 1984; July 1983.

National Bureau of Economic Research Conference on Asymmetric Information, Corporate Finance, and Investment, Cambridge, May 1989.

National Bureau of Economic Research Conference on Chinese Economic Reform, Shanghai, China, July 2000.

National Bureau of Economic Research Conference on Financial Crises, Key Biscayne, March 1990.

National Bureau of Economic Research Conference on Government Expenditure Programs, Cambridge, November 1986.

National Bureau of Economic Research Conference on Indian Economic Reform, Rajasthan, India, December 1999.

National Bureau of Economic Research Conference on Innovation Policy, Washington, DC, April 2004, April 2003.

National Bureau of Economic Research Conference on International Taxation, Washington, DC, April 1994; Cambridge, January 1994; New York, September 1991; Nassau, Bahamas, February 1989.

National Bureau of Economic Research, Macroeconomic Annual Conference, Cambridge, MA, April 2004.

National Bureau of Economic Research Conference on Macroeconomics and Industrial Organization, Cambridge, July 1988; Cambridge, July 1987; Cambridge, July 1986; Chicago, November 1985.

National Bureau of Economic Research Conference on Nonprofit Organizations, Cheeca Lodge, January 2002; Cambridge, October 2001.

National Bureau of Economic Research Conference on Pensions, Baltimore, March 1985; San Diego, April 1984.

National Bureau of Economic Research Conference on Productivity, March 1988; March 1987.

National Bureau of Economic Research Conference on Public Economics, Cambridge, April 1999, April 1994, April 1993, November 1991, April 1991, March 1988, November 1987, March 1987.

National Bureau of Economic Research Conference on Tax Policy and the Economy, Washington, DC, October 2001, November 1998, November 1996, November 1994, November 1991, November 1989.

National Bureau of Economic Research Trans-Atlantic Public Economics Seminar, London, May 2002; Gerzensee, May 2000; Turin, May 1994.

Organization for Economic Cooperation and Development, Economic Policy Committee Meeting, Paris, November 2002, April 2002, November 2001, April 2001.

National Tax Association/Tax Institute of America, Washington, DC, June 2000; Atlanta, October 1999; Arlington, May 1992; Seattle, October 1983.

Organization for Economic Cooperation and Development, Ministerial Meeting, Paris, May 2002, May 2001.

Princeton Center for Economic Policy Conference, October 2000, October 1995.

Sveriges Riksbank/Stockholm School of Economics Conference on Asset Markets and Monetary Policy, Stockholm, Sweden, June 2000.

## CONGRESSIONAL TESTIMONY/APPEARANCES

U.S. House of Representatives, Budget Committee, June 2001.

U.S. House of Representatives, Committee on Ways and Means, Washington, DC, June 2006; June 2005; June 1999; April 1997, June 1996, July 1992.

U.S. Joint Economic Committee, Washington, DC, February 2003, October 2002, October 2001, May 2001.

U. S. Senate Committee on Banking, Housing, and Urban Affairs, Washington, DC, October 2001, May 2001.

U.S. Senate Committee on Budget, February 2003, September 2001.

U. S. Senate Committee on Commerce, Science, and Technology, July 2002.

U.S. Senate Committee on Finance, Washington, DC, February 2003, February 2002, February 1997, January 1995, January 1992, December 1981.

**APPENDIX B**                                                    *Confidential*


**Robert Glenn Hubbard**

**Testimony as an expert witness 2003 - 2007**


*Susan Strigliabotti, et al. v. Franklin Resources, Inc., et al.*, C-04-0883, U.S. District Court for the Northern District of California.

*Joe Comes and Comes Vending, Inc. v. Microsoft Corporation*, CL 82311, Iowa District Court for Polk County.

*Robert L. Baker v. American Century Investment Management, Inc.*, 04-4039-CV-C-ODS, U.S. District Court for the Western District of Missouri.

*Merrill Lynch Fundamental Growth Fund, Inc. and Merrill Lynch Global Value Fund, Inc. v. McKesson HBOC, et al.*, CGC-02-405792, San Francisco Superior Court.

*Florida State Board of Administration v. Alliance Capital Management L.P.*, 2002 CA 001104, Circuit Court for Leon County, Florida.

*Confidential*

# APPENDIX C

# Documents Relied On

## Books, Newspaper and Magazine Articles

Microsoft Profits Warning Indicative of Sector Woes, *The Herald* , December 16, 2000.

Robert Simons, Performance Measurement & Control Systems for Implementing Strategy, Prentice Hall: New Jersey, 2000, at 213.

William M. Bulkeley, IBM Posts 11% Rise in 3rd-Period Net, But 3% Revenue Growth Is Disappointing, *Wall St. Journal* , Oct. 18, 2000.

## Equity Analyst Reports and Industry Analyst Reports

Alex W. Baluta and Andrew T. Savitz, Robertson Stephens, Reducing Numbers and Downgrading to Buy on Near-Term Industry and Economic Uncertainty. Company Remains One of Our Favorite Long-Term Picks March 2, 2001.

Andrew Roskill and Ken Carey, UBS Warburg, BEAS: Good Q4 Results, License Revenue Leads the Way, February 23, 2001.

Andrew Roskill, Ken Carey, Ragen Stienke, and Stephen Stout, UBS Warburg, BEAS: Good Q4 Results, License Revenue Leads the Way, February 23, 2001.

Andrew Roskill, UBS Warburg, Oracle Corp. - ORCL:  No Surprises in Q3, but Cautious Guidance, March 16, 2001.

Andrew Roskill, UBS Warburg, Oracle Corp. - ORCL:  Preannounces Disappointing Q3 Results, March 2, 2001, NDCA-ORCL 309161-309164.

Andrew Roskill, UBS Warburg, Oracle Corp. - ORCL:  Reports In-Line Q2 Results, December 15, 2000, NDCA-ORCL 308927-308929.

Bernd Völkel et al, Credit Suisse First Boston, Business Objects – Q4 Results - A Picture of Perfection; Raising Price Target, February 2, 2001.

Bert Hochfeld, Josephthal & Co. Inc., BOBJ: Reports Good Results in a Difficult Environment, April 20, 2001.

Bert Hochfeld, Josephthal & Co. Inc., ITWO Announces a Record Quarter and Year, January 17, 2001.

Bert Hochfeld, Josephthal & Co. Inc., ITWO: Et Tu, i2?, March 30, 2001.

Bob Austrian, Banc of America Securities, Oracle Corporation - 3Q In-Line with Pre-announcement.  Economic Problems Getting Worse.  Visibility At an All-Time Low.  Guidance is Lower but Not Overly Conservative:  Global Slowing Ahead?  Still Downside Risk.  Maintain Market Perform Rating, March 16, 2001.

Bob Austrian, Banc of America Securities, Oracle Corporation - A Very Good Quarter-Clean Across the Board and Accelerating Applications Growth, December 15, 2000.

Bob Austrian, Banc of America Securities, Oracle Corporation - Highlights from BAS Tech Conference.  Oracle Delivers Positive Presentation.  Reiterated Guidance for Apps and Database Revenue Growth for February Quarter, February 7, 2001.

Bob Austrian, Banc of America Securities, Oracle Corporation - Lowering Estimates in Advance of Today's Earnings Report, March 15, 2001.

Bob Austrian, Banc of America Securities, Oracle Corporation - Notes from Oracle's AppsWorld Conference in New Orleans, February 21, 2001.

Bob Austrian, Banc of America Securities, Oracle Corporation - Oracle Pre-Announces Weak Result Across the Board.  Our Fears, as Highlighted Earlier This Week, are Confirmed.  Action:  Lowering Coverage-Wide Estimates Again and Ratings Too.  As Predicted, Economic Slowdown "Shock" A Serious Demand Impairment, March 2, 2001.

Bob Austrian, Banc of America, Oracle Corporation - 3Q In-Line with Pre-announcement..., March 16, 2001.

Brendan Barnicle, Pacific Crest Securities, Oracle Corporation - Initiating Coverage:  Out Ahead & Ready to Run up the Score, January 18, 2001, NDCA-ORCL 005755-005757.

*Confidential*

# Documents Relied On

Brent Thill and John Torrey, Credit Suisse First Boston, <u>Downgrading to a Buy from a Strong Buy</u>, March 2, 2001.

Burt Hochfeld, Josephthal & Co. Inc., Oracle - <u>ORCL:  Meets Reduced Expectations</u>, March 16, 2001, NDCA-ORCL 107465-107467.
Burt Hochfeld, Josephthal & Co. Inc., Oracle - <u>ORCL:  Raising Estimates, Reiterate Buy Rating</u>, December 15, 2000, NDCA-ORCL 308952-308953.
Catherine Moore and Steven Shin, C.E. Unterberg, Towbin, <u>Market Bulimia and Other Investor Ills</u>, March 5, 2001.

Charles E. Phillips and Ryan Rathman, Morgan Stanley Dean Witter, <u>MSDW CIO Survey Series: Release 2.0</u>, February 5, 2001, NDCA-ORCL 102539.
Charles E. Phillips, et al, Morgan Stanley Dean Witter, <u>Downgrading From Outperform to Neutral</u>, March 2, 2001.

Charles E. Phillips, et al, Morgan Stanley Dean Witter, <u>Technology: Enterprise Software - SoftNotes</u>, December 4, 2000.
Charles E. Phillips, Morgan Stanley Dean Witter, <u>MSDW CIO Survey Series: Release 1.8</u>, December 20, 2000, NDCA-ORCL 080976.
Charles E. Phillips, Morgan Stanley Dean Witter, <u>Software: What Happened & What to Do From Here</u>, January 4, 2001, NDCA-ORCL 430546.
Charles E. Phillips, Morgan Stanley, Oracle - <u>Downgrading from Strong Buy to Neutral</u>, March 2, 2001, NDCA-ORCL 091347-091346.
Charles E. Phillips, Morgan Stanley, Oracle - <u>Getting Through Q3 in Good Shape</u>, February 9, 2001, NDCA-ORCL 430568-430575.
Charles E. Phillips, Morgan Stanley, Oracle - <u>How Suite It Is</u>, December 15, 2000, NDCA-ORCL 308902-308910.
Charles E. Phillips, Morgan Stanley, Oracle - <u>How Suite It Is</u>, December 21, 2000.
Charles E. Phillips, Morgan Stanley, Oracle - <u>It Needs Time - Give It 9 to 12 Months</u>, March 16, 2001, NDCA-ORCL 147951-147959.
Charles E. Phillips, Morgan Stanley, Oracle - <u>Oracle Apps World Feedback</u>, February 26, 2001, NDCA-ORCL 277071-277803.
Chip Wittmann, First Union Securities, Inc., Oracle Corp. - <u>ORCL Reports Apps Growth Above and Database Growth Below Expectations</u>, December 15, 2000.
Chip Wittmann, First Union Securities, Inc., Oracle Corporation - <u>Lowering Price Target to $22 after FQ3 Revenue and EPS Shortfall</u>, March 2, 2001, NDCA-ORCL 091354-091356.
Chip Wittmann, First Union Securities, Inc., Oracle Corporation - <u>Management Indicates Final Weeks of February Critical to Quarter</u>, February 8, 2001, NDCA-ORCL 091531-091533.
Chip Wittmann, First Union Securities, Inc., Oracle Corporation - <u>Revenue Visibility Remains Low after FQ3 Report</u>, March 16, 2001, NDCA-ORCL 107578-107580.
Christopher C. Shilakes, Merrill Lynch, <u>Application Delivery Strategies - Exploiting ERP Data:  Part 1 - Building the Information Supply Chain</u>, March 16, 2001.
Christopher C. Shilakes, Merrill Lynch, Bulletin - Oracle Systems Corp - <u>3Q Shortfall Prompts Long Term Downgrade</u>, March 2, 2001.
Christopher C. Shilakes, Merrill Lynch, Comment - Oracle Systems Corp - <u>B2B Collaboration Day</u>, January 17, 2001.

Christopher C. Shilakes, Merrill Lynch, Oracle Systems Corp - <u>Q2 01:  Steady as She Goes</u>, December 15, 2000, NDCA-ORCL 308890-308893.
Christopher E. Vroom et al, Credit Suisse First Boston, <u>Setting the Pace for the B2B Group – Strong Demand Remains But Growth Slows to More Sustainable Number</u>, January 12, 2001.
David Beck, RBC Dominion Securities, <u>Cognos Inc. – Fourth Quarter Results</u>, April 6, 2001.
David M. Garrity and Brendan M. McGovern, Dresdner Kleinwort Wasserstein, <u>Weathering the Enterprise Software Storm</u>, April 4, 2001.
Deutsche Bank, <u>IT Services Weekly - Issue 2</u>, February 2, 2001.

*Confidential*

# Documents Relied On

Douglas J. Crook, Prudential Securities, Oracle Corp. - Netting the Top Spot in Enterprise Software…, December 29, 2000.

Douglas J. Crook, Prudential Securities, Oracle Corp. - ORCL:  Business is Very Strong, Reiterate Strong Buy, December 15, 2000, NDCA-ORCL 308959-308960.

Drew Brosseau and Adam Liebhoff, SG Cowen, Why Be Different?  Sybase Pre-Announces Shortfall, April 3, 2001.

Drew Brosseau, SG Cohen, Informix: Solid Q4; Numbers Coming Up, January 25, 2001.

Drew Brosseau, SG Cohen, Oracle - Economy Catches Up to Oracle, Trimming F01-02 Estimates, March 2, 2001, NDCA-ORCL 309200-309202.

Drew Brosseau, SG Cohen, Oracle - Highlights from AppsWorld:  Evaluating 11i, February 21, 2001, NDCA-ORCL 091454-091456.

Drew Brosseau, SG Cohen, Oracle - Highlights from AppsWorld:  Evaluating 11i, February 28, 2001.

Drew Brosseau, SG Cohen, Oracle - Q3 Details and Murky Outlook Prompt Further Estimate Cuts, March 16, 2001, NDCA-ORCL 107526-107528.

Drew Brosseau, SG Cohen, Oracle - Solid Q2 Shows Progress in Apps and More Great Expense Control, December 15, 2000, NDCA-ORCL 308962-308965.

Drew Brosseau, SG Cohen, Oracle - Strong Fundamentals Dampened by Economy and Valuation, February 7, 2001.

Edel Ebbs, UBS Warburg, Cognos Inc., March 6, 2001.

Eric B. Upin et al, Robertson Stephens, J.D. Edwards & Company, March 6, 2001.

Eric B. Upin et al, Robertson Stephens, Lowering Estimates for Ariba, Commerce One and i2; Economic Downturn is Just Beginning to Adversely Impact Enterprise Software... March 16, 2001.

Eric B. Upin et al, Robertson Stephens, Mid-Quarter Update: So Far, So Good; However, Difficult Economic Environment Continues to Pose Risk; i2 Remains Our Top Long-Term Pick in the B2B Sector, February 28, 2001.

Eric B. Upin, Robertson Stephens, Oracle Corporation - February Quarter Largely In Line with Pre-Announcement -- Apps Weaker Than Preliminary Results; May Quarter Guidance Substantially Lower as Visibility Remains Limited; Maintaining Our Cautious Outlook on the Stock, March 16, 2001, NDCA-ORCL 107536-107531.

Eric B. Upin, Robertson Stephens, Oracle Corporation - Hosts Applications Users Conference; 11i Product Suite Still in the Early Stages of Adoption; Maintaining Long-Term Attractive Rating, February 21, 2001, NDCA-ORCL 091467-091470.

Eric B. Upin, Robertson Stephens, Oracle Corporation - Oracle Hosts Analyst and Press Event -- Formally Launching B2B Collaboration Applications, January 17, 2001, NDCA-ORCL 005760-005759.

Eric B. Upin, Robertson Stephens, Oracle Corporation - Pre-Announces Q3:F01 (Ending February) Revenue and EPS Shortfall; Management Attributes Delayed Deals in the Last Week of the Quarter to Weakness in the U.S. Economy; We Maintain Out Cautious View on the Stock Rating:  Long Term Attractive, March 2, 2001, NDCA-ORCL 091402-091401.

Eric B. Upin, Robertson Stephens, Oracle Corporation - Reports Solid Q2:F01 Results in a Seasonally Stronger Quarter; However, February and May Quarters Pose Significant Challenges; Maintaining Cautious Outlook, December 15, 2000, NDCA-ORCL 420566-420571.

Gary E. Abbott, Punk, Ziegel & Company, Oracle -- Cutting Q3 EPS Estimates, February 21, 2001, NCDA-ORCL 309130-309131.

Gary E. Abbott, Punk, Ziegel & Company, Sybase Reports Upside Q4:00 EPS Surprise; Revenues In-Line with Expectations; We Reiterate Our BUY Rating, January 19, 2001.

Gavin P. Milinar and James R. Waggoner,  Sands Brothers, All Eyes Focused on the First E—Business Company to Report This Season, January 11, 2001.

Gavin P. Milinar, Sands Brothers, All Aboard the Commerce One Train! 4Q00 Financial Results Significantly Beat Estimates, January 19, 2001.

Global Industry Analysts, Inc., Customer Relationship Management Software - A Global Market Trend Report, January 2001.

*Confidential*

# Documents Relied On

Global Industry Analysts, Inc., Enterprise Resource Planning (ERP) - A Global Market Trend Report, January 2001.

Gretchen Teagarden, Salomon Smith Barney, CMRC: Covisint-Definitive Agreement Signed, December 12, 2000.

Gretchen Teagarden, Salomon Smith Barney, CMRC: Exceeded Expectations, January 18, 2001.

Gretchen Teagarden, Salomon Smith Barney, Eye on Enterprise Software Weekly, February 16, 2001.

Gretchen Teagarden, Salomon Smith Barney, Oracle Corporation (ORCL) - ORCL:  3Q Earnings-Uncertain Outlook Leads to Estimate Reductions, March 16, 2001.

Gretchen Teagarden, Salomon Smith Barney, Oracle Corporation (ORCL) - ORCL:  Negative Preliminary Results; Lowering Estimates and Rating, March 2, 2001, NDCA-ORCL 091361-091363.

Gretchen Teagarden, Salomon Smith Barney, Oracle Corporation (ORCL) - ORCL:  Oracle EVP Visit to SSB, January 10, 2001, NDCA-ORCL 309064-309063.

Gretchen Teagarden, Salomon Smith Barney, Oracle Corporation (ORCL) - ORCL:  Reports 2Q-Traction in Applications Sooner Than Expected, December 15, 2000, NDCA-ORCL 308931-308394.

Gretchen Teagarden, Salomon Smith Barney, Oracle Corporation (ORCL) - ORCL:  Views from Oracle Apps World, February 21, 2001, NDCA-ORCL 091458-091457.

Gretchen Teagarden, Salomon Smith Barney, PSFT: Initiating Coverage, March 16, 2001.

HSBC, Enterprise Software, Software & Computer Services, February 2001.

Ian M Morton et al, JPMorgan H&Q, CMRC Pre-announces; Less Severe Shortfall Than Anticipated; Lowering Estimates, April 5, 2001.

James A. Moore and Charles Chen, Deutsche Banc Alex. Brown, Cognos Incorportated [COGN] 'MKT. PERFORM' – F4Q Shortfall on Large Deal Deferrals, North American Exposure, March 6, 2001.

James A. Moore, Deutsche Banc Alex. Brown, Oracle Corporation (ORCL) - ORCL:  Comments from Oracle AppsWorld Conference, February 21, 2001, NDCA-ORCL 419986-419989.

James A. Moore, Deutsche Banc Alex. Brown, Oracle Corporation - F3Q Shortfall on Purchase Delays, Weak Spending Environment, Downgraded to Buy, March 1, 2001.

James A. Moore, Deutsche Banc Alex. Brown, Oracle Corporation - Oracle F2Q Delivers the Goods, December 14, 2000.

James A. Moore, Deutsche Banc Alex. Brown, Oracle Corporation - Oracle F2Q Delivers the Goods, December 15, 2000, NDCA-ORCL 420587-420589.

James A. Moore, Deutsche Banc Alex. Brown, Oracle Corporation (ORCL) - ORCL:  F3Q In Line with Pre-Announcement, Visibility Suffering, March 16, 2001, NDCA-ORCL 107569-107572.

James A. Moore, Deutsche Banc Alex. Brown, Oracle Corporation (ORCL) - Visit with Management, February 8, 2001, NDCA-ORCL 141791-141793.

James A. Moore, Deutsche Banc Alex. Brown, Oracle Corporation (ORCL) - What to Do From Here, March 7, 2001, NDCA-ORCL 107586-107588.

James A. Moore, Deutsche Banc Alex. Brown, ORCL:  New Supply Chain Collaboration Products Unveiled at B2B Day, January 17, 2001.

James M. Pickrel and Nicole S. Gemmer, JPMorgan Chase H&Q, Big Upside Indicates Fast Start for PeopleSoft 8; Raise Estimates and Target, January 31, 2001.

James M. Pickrel and Nicole S. Gemmer, JPMorgan Chase H&Q, Major Opportunities Still Ahead, January 17, 2001.

James M. Pickrel and Nicole S. Gemmer, JPMorgan Chase H&Q, Quarterly Preview: Momentum Building Around Release 8, Expect Solid Q4 Results,December 13, 2000.

James M. Pickrel, Chase H&Q, Oracle Corporation (ORCL) - Great Q2 Results Highlight Strong Industry Position; Big Upside in Apps with 66%, December 15, 2000.

James M. Pickrel, JP Morgan H&Q, Oracle Corporation (ORCL)  25% Apps Growth Much Below Reduced Expectations, Outlook Uncertain, March 16, 2001.

James M. Pickrel, JP Morgan H&Q, Oracle Corporation (ORCL)  Q3 Shortfall, Q4 Concerns Loom: Lowering to Long Term Buy, March 2, 2001.

Confidential

# Documents Relied On

Jean W. Orr, BlueStone Capital, Oracle Announces Fiscal Q3 Financial Results, March 16, 2001, NDCA-ORCL 107471-107473.

Jean W. Orr, BlueStone Capital, Oracle Announces Preliminary Q3 Financial Results, March 2, 2001, NDCA-ORCL 091318-091319.

Jean W. Orr, BlueStone Capital, Oracle Corporation - Second Quarter Results In Line with Expectations; Raising Estimates, December 15, 2000, NDCA-ORCL 308948-308950.

Jean W. Orr, BlueStone Capital, Oracle Corporation: Raising Rating to 2 (Outperform) from 4 (Underperform); Lowering Price Target, March 1, 2001, NDCA-ORCL 091406-091407.

Jeffrey Van Rhee, PMG Capital, Oracle Meets Estimates, Future Looks Very Cloudy, March 16, 2001, NDCA-ORCL 107518-107519.

Jeffrey Van Rhee, PMG Capital, Oracle Preannouncement Shows Danger of Enterprise Software, March 6, 2001, NDCA-ORCL 309204-309205.

Jeffrey Van Rhee, PMG Capital, Oracle Reports Positive Q2 Results, December 15, 2000, NDCA-ORCL 420620-420621.

Jim Mendelson, Wit SoundView, Oracle (ORCL) - Company Update, December 18, 2000, NDCA-ORCL 005794-005795.

Jim Mendelson, Wit SoundView, Oracle (ORCL) - Company Update, February 16, 2001, NDCA-ORCL 091476.

Jim Mendelson, Wit SoundView, Oracle (ORCL) - Company Update, February 8, 2001, NDCA-ORCL 419979-419980.

Jim Mendelson, Wit SoundView, Oracle (ORCL) - Earnings Prerelease, March 2, 2001, NDCA-ORCL 091315-091317.

Jim Mendelson, Wit SoundView, Oracle (ORCL) - Oracle Update, February 21, 2001, NDCA-ORCL 296352-296353.

Jim Mendelson, Wit SoundView, Oracle Earnings Release, December 15, 2000, NDCA-ORCL 308955-308957.

John B. Jones, Salomon Smith Barney, IBM: Reports Strong 4Q00; Well Positioned For 2001 -- Detailed Note, January 18, 2001.

John D. Ederer, Pacific Growth Equities, Re-Initiating Coverage of CMRC with a Buy Rating; Company Reports Strong Q4:00 that Exceeded Expectations, January 19, 2001.

Jon M. Ekoniak, US Bancorp Piper Jaffray, ORCL: Initiating Coverage of Software Bellwether with a Buy Rating, February 7, 2001.

Jon M. Ekoniak, US Bancorp Piper Jaffray, ORCL: Initiating Coverage; Buy, February 8, 2001, NDCA-ORCL 309094-309118.

Jon M. Ekoniak, US Bancorp Piper Jaffray, ORCL: Prereleases Q3 Results; Neutral, March 2, 2001, NDCA-ORCL 091341-091343.

Jon M. Ekoniak, US Bancorp Piper Jaffray, ORCL: Reports Q3 Results; Neutral, March 16, 2001, NDCA-ORCL 107511-107514.

Jon M. Ekoniak, US Bancorp Piper Jaffray, ORCL: Update from Apps World Conference; Buy, February 23, 2001, NDCA-ORCL 420004-420006.

Mark Murphy, FAC\Equities, Oracle Corporation (ORCL) - Apps and Database Excel in Q2, December 15, 2000, NDCA-ORCL 308920-308925.

Mark Verbeck et al, Epoch Partners, Cautious Execs Slow IT Spending; Trimming Estimates, March 2, 2001.

Mark Verbeck, Epoch Partners, Oracle Corporation - ORCL:  "App"lying the Software Miracle, December 15, 2000.

Mark Verbeck, Epoch Partners, Oracle Corporation (ORCL) - Lowering Q3 Estimate for Database Licenses, February 26, 2001.

Mark Verbeck, Epoch Partners, Oracle Corporation (ORCL) - Oracle s [sic] 3Q:  Economic White-Out, March 16, 2001.

Mark Verbeck, Epoch Partners, Oracle Corporation (ORCL) - Oracle Warns on Q3; Cautious Execs Delay IT Spending, March 2, 2001.

Mark Verbeck, Epoch Partners, Oracle Corporation (ORCL) - Update from AppsWorld at Mardi Gras; Let the Good Times Roll, February 22, 2001.

*Confidential*

# Documents Relied On

Mary O'Rourke, AG Edwards, Oracle - ORCL:  First Quarter Results.  <u>Maintain Position</u>, March 16, 2001, NDCA-ORCL 107520-107522.

Mary O'Rourke, AG Edwards, Oracle - <u>ORCL:  Preliminary 1st Quarter Results</u>, March 2, 2001, NDCA-ORCL 420023-420024.

Mary O'Rourke, AG Edwards, Oracle - <u>ORCL:  Second Quarter Results</u>, December 15, 2000, NDCA-ORCL 40580.

Matthew R. Sanders, Forrester Research, Inc., <u>What Does eMarketplace Buying Cost?</u>, March 2001.

Melissa Eisenstat and Jeff Burnett, CIBC World Markets, <u>Business Objects SA – 4Q00 Results: The Strong Grow Stronger</u>, February 2, 2001.

Melissa Eisenstat and Jeff Burnett, CIBC World Markets, Microsoft Corporation; <u>FY2Q01 Results As Expected; Outlook Appears Stable</u>, January 19, 2001.

Melissa Eisenstat and Jeff Burnett, CIBC World Markets, Oracle Corporation - <u>Apps Fly, Databases Strong, Management Okay for Now</u>, December 15, 2000, NDCA-ORCL 308939-308938.

Melissa Eisenstat and Jeff Burnett, CIBC World Markets, Oracle Corporation - <u>Downgrading to Hold, Visibility Gets Murky</u>, March 16, 2001, NDCA-ORCL 309251-309246.

Melissa Eisenstat and Jeff Burnett, CIBC World Markets, Oracle Corporation - <u>Pre-Announcement:  Large Deals Slip Due to Customer Concern over Economy</u>, March 2, 2001.

Melissa Eisenstat and Jeff Burnett, CIBC World Markets, Oracle Corporation; <u>Extending the Suite by Expanding its B2B Strategy</u>, January 17, 2001.

Melissa Eisenstat and Jeff Burnett, CIBC World Markets, <u>ORCL: AppWorld - Upbeat Performance, but no Cajun Spice</u>, February 23, 2001, NDCA-ORCL 309144-309150.

Neil Herman, Lehman Brothers, <u>Oracle Corp: Oracles Application Business Leads Solid Quarter</u>, December 15, 2000 (NDCA-ORCL 420556 - 420557).

Neil J. Herman, Lehman Brothers, Oracle Corp - Company Update - <u>Worried--But Way Premature to Make Any Call on the Quarter</u>, February 12, 2001.

Neil J. Herman, Lehman Brothers, Oracle Corp: <u>Expect Another Solid Quarter Out of Oracle</u>, December 14, 2000, NDCA-ORCL 005908-005909.

Neil J. Herman, Lehman Brothers, Oracle Corp: <u>Oracle Joins the List of Suffering Tech Companies</u>, March 16, 2001, NDCA-ORCL 309256-309259.

Neil J. Herman, Lehman Brothers, Oracle Corp: <u>Oracle Shortfall Makes Software Sector a Show Me Story</u>, March 2, 2001, NDCA-ORCL 091384-091386.

Neil J. Herman, Lehman Brothers, Oracle Corp: <u>Oracles [sic] Application Business Leads Solid Quarter</u>, December 15, 2000, NDCA-ORCL 308916-308918.

Neil J. Herman, Lehman Brothers, Oracle Corp: <u>Trip to Paris for the Oracle International Users Conference</u>, February 14, 2001.

Richard Davis, Needham & Co., Oracle Corporation - <u>3Q Effectively In-Line.  Stock Neither Cheap Nor Expensive</u>, March 16, 2001, NDCA-ORCL 309261-309263.

Richard Davis, Needham & Co., Oracle Corporation - <u>Solid November Q2 Should Soothe Investor Nerves at Least for a While</u>, December 15, 2000, NDCA-ORCL 005813-005814.

Richard Davis, Needham & Co., Oracle Corporation - <u>The Recession Grows Teeth and Claims Another Victim</u>, March 2, 2001, NDCA-ORCL 309196-309198.

Rick G. Sherlund et al, Goldman Sachs, <u>Update on Oracle</u>, February 8, 2001.

Rick G. Sherlund, Goldman Sachs, Oracle Corp. (ORCL) - <u>e-Business and Internet Infrastructure Software - Attractive Strategic Positioning</u>, February 9, 2001.

Rick G. Sherlund, Goldman Sachs, Oracle Corp. (ORCL) - <u>Oracle Lowers the Bar</u>, March 16, 2001.

Rick G. Sherlund, Goldman Sachs, <u>Oracle Miss is Viewed as Negative for the Entire Software Group</u>, March 2, 2001, NDCA-ORCL 091368-091369.

Rick G. Sherlund, Goldman Sachs, <u>Oracle Reports Robust Apps Growth; Mgmt States Strong Business Outlook</u>, December 15, 2000, NDCA-ORCL 308884-308885.

Robert J. Tholemeier, First Security Van Kasper, Oracle Corporation - <u>Solid Quarter, Strong Growth</u>, December 15, 2000, NDCA-ORCL 005802-005804.

*Confidential*

# Documents Relied On

Robert J. Tholemeier, Wells Fargo Van Kasper, Oracle Corporation - <u>Oracle's Database:  Get with the Rhythm</u>, February 12, 2001, NDCA-ORCL 091483-091485.

Robert J. Tholemeier, Wells Fargo Van Kasper, Oracle Corporation:  <u>Business Closure Rate Collapses</u>, March 2, 2001, NDCA-ORCL 091326-091327.

Robert J. Tholemeier, Wells Fargo Van Kasper, Oracle Corporation:  <u>It Was a Good Show</u>, February 27, 2001, NDCA-ORCL 420009-420014.

Robert J. Tholemeier, Wells Fargo Van Kasper, Oracle Corporation:  <u>Lowering Rating to Buy from Strong Buy</u>, March 16, 2001, NDCA-ORCL 107462-107464.

Robert Schwartz, Thomas Weisel Partners, Oracle - <u>Creating Rumblings in Collaborative Apps</u>, January 17, 2001.

Robert Schwartz, Thomas Weisel Partners, Oracle - <u>Deferred Deals Lead to Pre-Announced Fiscal Q3</u>, March 2, 2001.

Robert Schwartz, Thomas Weisel Partners, Oracle - <u>ORCL (TWP):  66% Apps Growth Highlights In-Line Q2</u>, December 15, 2000, NDCA-ORCL 420617-420619.

Robert Schwartz, Thomas Weisel Partners, Oracle Corporation - <u>Weaker-than-Expected Apps Sales Highlight 3QFY01 Results</u>, March 16, 2001.

Sanjiv Hingorani, Dresdner Kleinwort Benson, Oracle Corporation - <u>Fiscal Q2 2001 Results in Line with Expectations; Maintain Hold Rating</u>, December 19, 2000.

Sanjiv Hingorani, Dresdner Kleinwort Benson, Oracle Corporation (ORCL) - <u>ORCL:  Fiscal Q2 2001 Results In Line with Expectations; Maintain Hold Rating</u>, December 15, 2000, NDCA-ORCL 308944-308946.

Sanjiv, Hingorani, Dresdner Kleinwort Wasserstein, Oracle:  <u>Pre-Announces Fiscal Q3 2001 Revenue and Earnings Shortfall</u>, March 2, 2001, NDCA-ORCL 309181-309183.

Timothy J. Dolan and R. Scott Zeller, Deutsche Banc Alex. Brown, <u>1Q Exceeds Estimates – Lowering Estimates Slightly – Siebel Remains Among the Best Positioned to Weather the Storm</u>, April 18, 2001.

Todd C. Weller and Christopher D. Wright, Legg Mason, <u>ARBA: Reports Solid Results; But Raises Potential Concerns; Buy Rating</u>, January 12, 2001.

Wendell H. Laidley, Credit Suisse First Boston, Oracle Corporation - <u>Final Q3:FY01 Results, Apps, and Economy Weaker, Lowering Estimates and Downgrading to Buy</u>, March 16, 2001.

Wendell H. Laidley, Credit Suisse First Boston, Oracle Corporation (ORCL) - <u>ORCL:  Pre-Announces Disappointing FQ3 Results; Lowering Ests</u>, March 2, 2001, NDCA-ORCL 091394-091395.

Wendell H. Laidley, Credit Suisse First Boston, Oracle Corporation (ORCL) - <u>Picture Perfect Q2:FY01 Should Even Convert the Skeptics</u>, December 15, 2000, NDCA-ORCL 308897-308896

Wendell H. Laidley, Credit Suisse First Boston, Oracle, <u>Oracle Warns That Q3 Results Will Lag Forecasts</u>, March 5, 2001.

William Epifanio, JP Morgan, Oracle Corporation  <u>Solid 2Q Results, but Economic Conditions Remain Uncertain</u>, December 15, 2000, NDCA-ORCL 420607-420609.

## Annual Reports, SEC Filings and Earnings Calls

Ariba Inc., Quarterly Report (Form 10-Q), December 31, 2000.

BEA Systems, Annual Report (Form 10-K), January 31, 2001.

BEA Systems, Quarterly Report (Form 10-Q), April 30, 2001.

BEA Systems, Transcript of Earnings Conference call, May 15, 2001.

Business Objects S.A., Annual Report (Form 10-K),  December 31, 2000.

Cognos Incorporated, Annual Report (Form 10-K),  February 28, 2001.

Hyperion Solutions, Quarterly Report (Form 10-Q),  December 31, 2000.

i2 Technologies Inc., Annual Report (Form 10-K),  December 31, 2000.

Informix Corporation,Annual Report (Form 10-K),  December 31, 2000.

J.D. Edwards, Annual Report (Form 10-K), October 31, 2000.

J.D. Edwards, Annual Report (Form 10-K), October 31, 2001.

# Documents Relied On

Oracle Corp., Annual Report (Form 10-K), May 31, 1999.

Oracle Corp., Annual Report (Form 10-K), May 31, 2000.

Oracle Corp., Annual Report (Form 10-K), May 31, 2001.

Oracle Corp., Annual Report (Form 10-K), May 31, 2002.

Oracle Corp., Quarterly Report (Form 10-Q), August 31, 1999.

Oracle Corp., Quarterly Report (Form 10-Q), August 31, 2000.

Oracle Corp., Quarterly Report (Form 10-Q), August 31, 2001.

Oracle Corp., Quarterly Report (Form 10-Q), February 28, 2001.

Oracle Corp., Quarterly Report (Form 10-Q), February 28, 2002.

Oracle Corp., Quarterly Report (Form 10-Q), February 29, 2000.

Oracle Corp., Quarterly Report (Form 10-Q), November 30, 1999.

Oracle Corp., Quarterly Report (Form 10-Q), November 30, 2000.

Oracle Corp., Quarterly Report (Form 10-Q), November 30, 2001.

Oracle Corp., Transcript of Earnings Conference Call, December 14, 2000.

Oracle Corp., Transcript of Earnings Conference Call, June 20, 2000.

Oracle Corp., Transcript of Earnings Conference Call, September 14, 2000.

PeopleSoft Corp., Transcript of Earnings Conference Call, July 24, 2001.

SAP Aktiengesellschaft, Annual Report (Form 20-F), December 31, 2000.

Sybase Inc., Annual Report (Form 10-K),  December 31, 2000.

## Press Releases & News Coverage

AFX - Asia, US October Consumer Confidence Index 85.5 vs 97.0 in September - Conference Board, October 30, 2001.

AFX - Asia, Wall Street: Technology Shares Broadly Unchanged Midday; Investors Sidelined, January 30, 2001.

Agence France Presse, Euro Holds Amid Heightened US Consumer Confidence, June 26, 2001.

Agence France Presse, US Consumer Confidence Dips in April, April 24, 2001.

Agence France Presse, US Consumer Confidence Falls Sharply in December, December 28, 2000.

Agence France Presse, US Consumer Confidence Plunges, Raising Recession Fears, January 30, 2001.

Agence France Presse, US Consumer Confidence Rebounds in July After Drop, July 25, 2000.

Agence France Presse, US Consumer Confidence Rebounds in March After a Five-Month Slump, March 27, 2001.

Agence France Presse, US Consumer Confidence Tumbles, as Gloom over Economy Deepens, February 27, 2001.

Associated Press Online, Consumer Confidence Drops in November, November 28, 2000.

Associated Press Online, Consumer Confidence Drops, September 25, 2001.

Associated Press Online, Consumer Confidence Rises, May 29, 2001.

Associated Press Online, Oracle's 4Q Earnings Up 76 Percent, June 20, 2000.

Associated Press Worldstream, Consumer Confidence Falls for Fifth Month in a Row to Lowest Level Since 1996, February 27, 2001.

Cox News Service, Consumer Confidence Falls Fifth Consecutive Month, November 27, 2001.

Dow Jones News Service, Ariba Expects 1st Quarter Revenue Of $150 Million-$160 Million, October 18, 2000.

Dow Jones News Service, Commerce One Beats 3rd Quarter Views; Raises 4th Quarter, FY01 Guidance, October 19, 2000.

*Confidential*

# Documents Relied On

Dow Jones News Service, Commerce One CEO: On Track For Profit In 2Q, January 18, 2001.

Dow Jones News Service, Informix Corp. Reiterates 4Q Outlook, November 30, 2000.

Dow Jones News Service, J.D. Edwards Turnaround Stalls, February 5, 2001.

Dow Jones News Service, Microsoft CFO: Higher Investment Gains Boosted 1st Quarter EPS 3 Cents, October 18, 2000.

Dow Jones News Service, Oracle/Conference Call-2:Exceeds License Estimates>ORCL, June 15, 1999.

Dow Jones News Services, J.D. Edwards CFO Sees 1Q Net Of 1c/Share, December 4, 2000.

Dow Jones Newswires, Ariba, Inc., Ariba Sees 2Q Rev Below Views, April 2, 2001.

Dow Jones Newswires, i2 Technologies, Inc., i2 Technologies CFO Sees Revenue of $361M In 1Q, January 17, 2001.

Global News Wire - Business Times, Singapore, Sharpest Fall in US Consumer Confidence Since Gulf War, September 26, 2001.

Global News Wire - The Times, US Consumer Confidence Dives After Atrocities, September 26, 2001.

Inter@ctive Investor from ZDWire, BEA Boosts Targets for 4Q, 2002, November 14, 2000.

Investor's Business Daily, Consumer Sentiment Falls in December, December 11, 2000 at A11.

Investor's Business Daily, December 26, 2000 at A2.

Investor's Business Daily, February 20, 2001 at A1.

Investor's Business Daily, February 5, 2001 at A1.

Investor's Business Daily, Long Treasuries Take A Beating; Consumer Gloom Props Up 2-Yrs, January 22, 2001 at A24.

PR Newswire, Conference Board's Consumer Confidence Index Tumbles Third Straight Monthly Decline, December 28, 2000.

PR Newswire, Consumer Confidence Rebounds, The Conference Board Reports Today, May 29, 2001.

PR Newswire, Consumer Confidence Retreats, The Conference Board Reports Today; A Cooling of Consumer Spending?, August 29, 2000.

PR Newswire, The Conference Board Announces Leading Economic Indicators Schedule for 2001 Releases will be Produced Two Weeks Earlier, November, 9, 2000.

PR Newswire, The Conference Board's Consumer Confidence Index Jumps More Than Eight Points In December, December 28, 2001.

PR Newswire, The Conference Board's Index of Leading Economic Indicators Declines For Third Consecutive Month, January 22, 2000.

PR Newswire, The Conference Board's Index of Leading Economic Indicators Declines Slightly, December 27, 2000.

PR Newswire, The Conference Board's Index of Leading Economic Indicators Declines Slightly, December 4, 2000.

PR Newswire, The Conference Board's Index of Leading Economic Indicators Rises, February 22, 2001.

Press Release, Ariba, Inc., Ariba Announces Preliminary Second Quarter Results, April 3, 2001.

Press Release, Ariba, Inc., Ariba Announces Second Quarter 2001 Results, April 20, 2001.

Press Release, Ariba, Inc., Ariba First Internet B2B to Report Profit, January 11, 2001.

Press Release, BEA Systems, Inc., BEA Reports Record Fourth Quarter and Fiscal Year Financial Results, February 22, 2001.

Press Release, Business Objects S.A., Business Objects Reports First Quarter 2001 Results, April 19, 2001.

Press Release, Business Objects S.A., Business Objects Reports Record Fourth Quarter 2000 Results, February 1, 2001.

Press Release, Cognos Incorporated, Cognos Announces Preliminary Estimates of Results for Fourth Quarter Fiscal Year 2001, March 5, 2001.

Press Release, Cognos, Cognos Announces Record Revenue for Third Quarter of Fiscal Year 2000, December 21, 2000.

*Confidential*

# Documents Relied On

Press Release, Cognos, Cognos Announces Results for Fourth Quarter and Full Fiscal Year 2001, April 5, 2001.

Press Release, Commerce One, Inc., Commerce One Announces Revised Financial Outlook For First Quarter 2001, April 4, 2001.

Press Release, Commerce One, Inc., Commerce One Reports First Quarter 2001 Results; Revenues Increase 386% Year over Year to $170.3 million; Net Operating Loss Per Share of $.11, April 19, 2001.

Press Release, i2 Technologies, Inc., i2 Announces First Quarter 2001 Results; Management Acts Quickly to Address Sudden Downturn in Business Cycle, April 18, 2001 (NDCA-ORCL 307726).

Press Release, i2 Technologies, Inc., i2 Announces Preliminary First Quarter Results, April 2, 2001.

Press Release, Informix Corporation, Informix Reports Higher Sequential Revenue for Fourth Quarter 2000, Fueled By Strong License Revenue Growth, January 31, 2001.

Press Release, International Business Machines Corp., IBM announces 2000 fourth-quarter, full-year results, January 17, 2001.

Press Release, Microsoft Corporation, Microsoft Announces Record Quarterly Revenue and Income, January 18, 2001.

Press Release, Microsoft Corporation, Microsoft Announces Strong Quarterly Revenue and Income, April 19, 2001.

Press Release, Microsoft Corporation, Microsoft Lowers Revenue and Earnings Expectations, December 14, 2000.

Reuters News, Business Objects sees higher 2001 EPS, October 19, 2000.

Reuters News, Commerce One Reiterates Q4 Earnings, Revs Guidance, November 17, 2000.

Reuters News, Hyperion Says Q3 Outlook Lower than Street View, April 5, 2001.

Reuters News, Informix Revises Revenue Outlook, Sees Q3 loss, September 19, 2000.

Reuters News, J.D Edwards' Q1 Beats Analyst Expectations, March 5, 2001.

Reuters News, Lisa Baertlein, Update 3-Siebel Q4 Earnings Jump – Says Sees No Slowdown, January 23, 2001.

Reuters News, Oracle quarterly profits jump 40 percent, December 14, 1999.

Reuters News, Oracle shares rise sharply after strong earnings, March 15, 2000.

Reuters News, Oracle's 1st-qtr results in line - stock falls in after hours, September 15, 1999.

Reuters News, REPEAT-UPDATE 3-Oracle profit rises on improved margins, September 15, 2000.

Reuters News, UPDATE 1-Informix Beats Consensus, To Sell Unit to IBM, April 24, 2001.

Reuters News, UPDATE 1-Oracle edges up on mixed earnings reaction, June 21, 2000.

Reuters News, UPDATE 1-Siebel Q1 Earnings Up Sharply, April 18, 2001.

Reuters News, UPDATE 2 - Cognos Posts Solid Profit, Makes Acquisition, September 20, 2000.

Reuters News, UPDATE 2 - Cognos Revenue Disappoints, Lowers Forecasts, December 21, 2000.

Reuters News, UPDATE 2-Oracle Q3 meets lowered expectations, outlook difficult, March 15, 2001.

Reuters News, UPDATE 2-Software Firm i2 First Quarter Meets Expectations, April 18, 2001.

Reuters News, UPDATE 3-Oracle profits come in just ahead of expectations, December 14, 2000.

Reuters News, UPDATE 3-Oracle warns Q3 results to lag forecasts, March 1, 2001.

Reuters News, UPDATE 3-Siebel Q4 earnings jump - says sees no slowdown, January 23, 2001.

Reuters News, UPDATE 4-Microsoft Profits on Target but Warns on Q3,  January 18, 2001.

The Associated Press, Consumer Confidence Dips in August Suggesting Some Cooling in Economy, August 29, 2000.

The Associated Press, Consumer Confidence Falls for Fifth Consecutive Month, Raising Questions About Holiday Spending, November 27, 2001.

The White House Bulletin, Consumer Confidence Rises in September, September 26, 2000.

United Press International, Confidence Falls to Lowest Level in Two Years, December 28, 2000.

United Press International, Consumer Confidence Declines, July 31, 2001.

*Confidential*

# Documents Relied On

United Press International, Consumer Confidence Eases, June 27, 2000.

United Press International, Consumer Confidence Jumps, December 28, 2001.

United Press International, Consumer Confidence Sinks 7.2 Percent, October 31, 2000.

United Press International, Global Impact News Analysis, August 28, 2001.

Xinhua General News Service, U.S. Stocks Rise in Early Trading, October 31, 2001.

## Internet Sites, Databases, and Other Data Sources

Bloomberg L.P. Subscription Database. Used with permission. All rights reserved, *available at* http://www.bloomberg.com.

Compustat GICS Code Descriptions

COMPUSTAT GICS Database, developed by Standard & Poor's and Morgan Stanley Capital International. Used with permission. All rights reserved, *available at* http://www.compustat.com.

Compustat GICS Sector Descriptions

CRSP, Center for Research and Security Prices, Graduate School of Business, The University of Chicago, 2003. Used with permission. All rights reserved, *available at* http://www.crsp.com.

Hall, Robert E., Martin Feldstein, Ben Bernanke, Jeffrey Frankel, Robert Gordon and Victor Zarnowitz, Business Cycle Dating Committee, National Bureau of Economic Research, The Business-Cycle Peak of March 2001, November 26, 2001, (accessed May 22, 2007), *available at* http://www.nber.org/cycles/november2001.

I/B/E/S, Thomson Financial. Used with permission. All rights reserved, *available at* http://banker.thomsonib.com.

Philip M. Hubbard  et al,  Consensus Economics, Inc., Consensus Forecasts - USA, A Digest of Economic Forecasts, January 8, 2001.

Philip M. Hubbard et al,  Consensus Economics, Inc., Consensus Forecasts - USA, A Digest of Economic Forecasts, February 12, 2001.

Philip M. Hubbard et al,  Consensus Economics, Inc., Consensus Forecasts - USA, A Digest of Economic Forecasts, December 11, 2000.

PricewaterhouseCoopers/Venture Economics/National Venture Capital Association MoneyTree™ Survey: Historical Trend Data, *available at*  http://www.pwcmoneytree.com/moneytree/nav.jsp?page=historical, (accessed May 22, 2007).

Randall E. Moore et al, Aspen Publishers, Inc., Blue Chip Economic Indicators: Top Analysts' Forecasts of the US Economic Outlook For the Year Ahead, Vol. 25, No. 12, December 10, 2000.

Randall E. Moore et al, Aspen Publishers, Inc., Blue Chip Economic Indicators: Top Analysts' Forecasts of the US Economic Outlook For the Year Ahead, Vol. 26, No. 1, January 10, 2001.

Randall E. Moore et al, Aspen Publishers, Inc., Blue Chip Economic Indicators: Top Analysts' Forecasts of the US Economic Outlook For the Year Ahead, Vol. 26, No. 2, February 10, 2001.

The Conference Board, 2001, Business Cycle Indicators Handbook, (accessed May 22, 2007), *available at* http://www.conference-board.org/pdf_free/economics/bci/BCI-Handbook.pdf.

Company snapshots from www.nexis.com.

ftp://ftp.bls.gov/pub/news.release/History/empsit.01052001.news, (accessed May 22, 2007).

ftp://ftp.bls.gov/pub/news.release/History/empsit.02022001.news, (accessed May 22, 2007).

ftp://ftp.bls.gov/pub/news.release/History/empsit.03092001.news, (accessed May 22, 2007).

ftp://ftp.bls.gov/pub/news.release/History/empsit.12082000.news, (accessed May 22, 2007).

ftp://ftp.bls.gov/pub/time.series/ee/ee.data.1.CurrentSeasAE, Series EES00000001, (accessed  May 23, 2007).

http://alfred.stlouisfed.org/series/downloaddata?seid=UMCSENT&cid=98, (accessed May 23, 2007).

http://bea.gov/bea/ARTICLES/BEAWIDE/2000/1200rd.pdf, (accessed May 22, 2007).

http://bea.gov/bea/ARTICLES/NATIONAL/NIPAREL/2000/1000isr.pdf, (accessed May 22, 2007).

*Confidential*

# Documents Relied On

http://bea.gov/bea/dn/nipaweb/SelectTable.asp?Selected=N, Table 1.5.5, (accessed  May 23, 2007).

http://bea.gov/bea/Virtual/2000/0800cov4.pdf, (accessed-May 22, 2007).

http://data.bls.gov/cgi-bin/surveymost?bls, Series CES0000000001, (accessed May 23, 2007).

http://e-commerce.commercehelper.com/E-Commerce/Modules/Assets/1044/2%20Digit%20SIC%20Code%20List.doc, (accessed 5-23-07).

http://faculty-web.at.northwestern.edu/economics/gordon/bio1page.pdf, (accessed May 17, 2007).

http://federalreserve.gov/releases/g17/20001115/g17.pdf, (accessed May 22, 2007).

http://federalreserve.gov/releases/g17/20001115/g17.pdf, (accessed May 22, 2007).

http://federalreserve.gov/releases/g17/20001215/g17.pdf, (accessed May 22, 2007).

http://federalreserve.gov/releases/g17/20001215/table5a.txt, (accessed May 22, 2007).

http://federalreserve.gov/releases/g17/20010117/g17.pdf, (accessed May 22, 2007).

http://federalreserve.gov/releases/g17/20010117/table5a.txt, (accessed May 22, 2007).

http://federalreserve.gov/releases/g17/20010216/g17.pdf, (accessed May 22, 2007).

http://federalreserve.gov/releases/g17/20010216/table11.txt, (accessed May 22, 2007).

http://federalreserve.gov/releases/g17/Revisions/20001205/, (accessed May 22, 2007).

http://federalreserve.gov/releases/g17/Revisions/20001205/table1.txt, (accessed May 22, 2007).

http://global.lexisnexis.com/

http://ksghome.harvard.edu/~jfrankel/CVJeffFrankel2007.pdf, (accessed May 17, 2007).

http://ows.doleta.gov/unemploy/claims.asp, (accessed May 22, 2007).

http://ows.doleta.gov/unemploy/claims_arch.asp, (accessed May 22, 2007).

http://www.bea.gov/bea/ARTICLES/BEAWIDE/2000/1200rd.pdf, (accessed May 22, 2007).

http://www.bea.gov/bea/dn/nipaweb/GetCSV.asp?GetWhat=SS_Data/ Section1All_xls.xls&Section=2, (accessed May 23, 2007).

http://www.bea.gov/bea/newsrelarchive/2000/gdp300f.htm, (accessed May 22, 2007).

http://www.bea.gov/bea/newsrelarchive/2000/gdp300p.htm, (accessed May 22, 2007).

http://www.bea.gov/bea/newsrelarchive/2000/pi1000.htm, (accessed May 22, 2007).

http://www.bea.gov/bea/newsrelarchive/2000/pi1100.htm, (accessed-May 22, 2007).

http://www.bea.gov/bea/newsrelarchive/2001/gdp400a.htm, (accessed May 22, 2007).

http://www.bea.gov/bea/newsrelarchive/2001/gdp400f.htm, (accessed May 22, 2007).

http://www.bea.gov/bea/newsrelarchive/2001/gdp400p.htm, (accessed May 22, 2007).

http://www.bea.gov/bea/newsrelarchive/2001/pi0101.htm, (accessed May 22, 2007).

http://www.bea.gov/bea/newsrelarchive/2001/pi1200.htm, (accessed May 22, 2007).

http://www.bea.gov/bea/Virtual/2000/0800cov4.pdf, (accessed-May 22, 2007).

http://www.bea.gov/national/nipaweb/nipa_underlying/SS_Data/Section0All_xls.xls, Table 2BU, (accessed May 23, 2007).

http://www.bea.gov/scb/date_guide.asp, (accessed May 22, 2007).

http://www.bea.gov/scb/pdf/2001/01January/0101isr.pdf, (accessed May 22, 2007).

http://www.bls.gov/ces/cesnaics.htm, (accessed May 22, 2007).

http://www.bls.gov/webapps/legacy/cpsatab1.htm, Series LNS14000000 and LNU04000000, (accessed May 23, 2007).

http://www.businesscycle.com/news/43/, (accessed May 22, 2007).

http://www.census.gov/indicator/www/m3/hist/m3bendoc.htm, (May 16, 2007).

http://www.census.gov/indicator/www/m3/hist/naicshist.htm, (accessed May 22, 2007).

*Confidential*

# Documents Relied On

http://www.census.gov/indicator/www/m3/hist/naicsnop.xls, Series: AMDMNO, A34ANO, (accessed May 23, 2007).

http://www.census.gov/indicator/www/m3/hist/naicsvsp.xls, Series: AMDMVS, A34AVS, A34BVS, A34CVS, (accessed May 23, 2007).
http://www.census.gov/indicator/www/m3/hist/nop.xls, Series: AMDMNO, A35HNO, (accessed May 23, 2007).

http://www.census.gov/indicator/www/m3/hist/vsp.xls, Series: AMDMVS, A35HVS, (accessed May 23, 2007).
http://www.census.gov/indicator/www/m3/m3desc.pdf, (accessed May 14, 2007).
http://www.census.gov/indicator/www/m3/naics/dispersement.pdf, (accessed May 22, 2007).
http://www.census.gov/indicator/www/m3/naics/naics.htm, (accessed May 22, 2007).
http://www.census.gov/indicator/www/m3/naics/origination.pdf, (accessed May 22, 2007).
http://www.census.gov/indicator/www/m3/PastPressReleases/adv/2000/dec00adv.pdf, (accessed May 22, 2007).

http://www.census.gov/indicator/www/m3/PastPressReleases/adv/2000/nov00adv.pdf, (accessed May 22, 2007).

http://www.census.gov/indicator/www/m3/PastPressReleases/adv/2001/jan01adv.pdf, (accessed May 22, 2007).

http://www.census.gov/indicator/www/m3/PastPressReleases/Prel/2000/dec00prel.pdf, (accessed May 22, 2007).

http://www.census.gov/indicator/www/m3/PastPressReleases/Prel/2000/nov00prel.pdf, (accessed May 22, 2007).

http://www.census.gov/indicator/www/m3/PastPressReleases/Prel/2000/oct00prel.pdf, (accessed May 22, 2007).

http://www.census.gov/indicator/www/m3/PriorReleaseDates/2001.pdf, (accessed May 22, 2007).
http://www.census.gov/indicator/www/m3/reldate2.htm, (accessed May 22, 2007).
http://www.conference-board.org/economics/bci/component.cfm, (accessed May 25, 2007).
http://www.conference-board.org/economics/bci/data_search.cfm?cid=1&o=2&s=BCI-01A%20-%20Composite%20Indexes-Leading%20Economic%20Indicators, (accessed May 22, 2007).
http://www.conference-board.org/economics/bci/data_search.cfm?cid=1&o=2&s=BCI-10%20-%20Personal%20Income%20and%20Consumer%20Attitudes, Series A0M051, B132, (accessed May 22, 2007).
http://www.conference-board.org/economics/bci/pressRelease_output.cfm?cid=1, (accessed May 22, 2007).
http://www.dol.gov/dol/media/press/archives.htm, (accessed May 22, 2007).
http://www.dol.gov/opa/media/press/eta/archive/main0012.htm, (accessed May 22, 2007).
http://www.dol.gov/opa/media/press/eta/ui/archive/eta2000363.htm, (accessed May 22, 2007).
http://www.dol.gov/opa/media/press/eta/ui/archive/eta2000373.htm, (accessed May 22, 2007).
http://www.dol.gov/opa/media/press/eta/ui/archive/eta2000377.htm, (accessed May 22, 2007).
http://www.dol.gov/opa/media/press/eta/ui/archive/eta2001003.htm, (accessed May 22, 2007).
http://www.dol.gov/opa/media/press/eta/ui/archive/eta2001008.htm, (accessed May 22, 2007).
http://www.dol.gov/opa/media/press/eta/ui/archive/eta2001017.htm, (accessed May 22, 2007).
http://www.dol.gov/opa/media/press/eta/ui/eta2001030.htm, (accessed May 22, 2007).
http://www.dol.gov/opa/media/press/eta/ui/eta2001034.htm, (accessed May 22, 2007).
http://www.dol.gov/opa/media/press/eta/ui/eta2001039.htm, (accessed May 22, 2007).
http://www.dol.gov/opa/media/press/eta/ui/eta2001042.htm, (accessed May 22, 2007).
http://www.dol.gov/opa/media/press/eta/ui/eta2001048.htm, (accessed May 22, 2007).
http://www.dol.gov/opa/media/press/eta/ui/eta2001051.htm, (accessed May 22, 2007).
http://www.dol.gov/opa/media/press/more-newsreleases.htm, (accessed May 22, 2007).
http://www.dol.gov/opa/media/press/opa/feb01.htm, (accessed May 22, 2007).

*Confidential*

# Documents Relied On

http://www.federalreserve.gov/bios/bernanke.htm, (accessed May 17, 2007).

http://www.federalreserve.gov/boarddocs/press/general/2000/20001115/, (accessed May 22, 2007).

http://www.federalreserve.gov/boarddocs/press/general/2000/20001219/, (accessed May 22, 2007).

http://www.federalreserve.gov/boarddocs/press/general/2001/20010103/, (accessed May 22, 2007).

http://www.federalreserve.gov/boarddocs/press/general/2001/20010131/, (accessed May 22, 2007).

http://www.federalreserve.gov/datadownload/Build.aspx?rel=G17, Capacity Utilization series B50001 and HITEK2, (accessed May 23, 2007).

http://www.federalreserve.gov/fomc/, (accessed May 22, 2007).

http://www.federalreserve.gov/fomc/fundsrate.htm, (accessed May 22, 2007).

http://www.federalreserve.gov/FOMC/minutes/20001115.htm, (accessed May 22, 2007).

http://www.federalreserve.gov/FOMC/minutes/20001219.htm, (accessed May 22, 2007).

http://www.federalreserve.gov/FOMC/minutes/20010131.htm, (accessed May 22, 2007).

http://www.federalreserve.gov/releases/g17/20001215/g17.pdf, (accessed May 22, 2007).

http://www.federalreserve.gov/releases/g17/20010117/g17.pdf, (accessed May 22, 2007).

http://www.federalreserve.gov/releases/g17/20010216/g17.pdf, (accessed May 22, 2007).

http://www.federalreserve.gov/releases/G17/g17rev.pdf, (accessed May 22, 2007).

http://www.federalreserve.gov/releases/G17/ipdisk/ip_sa.txt, Series B50001, (accessed May 23, 2007).

http://www.federalreserve.gov/releases/G17/release_dates.htm, (accessed May 22, 2007).

http://www.investopedia.com/university/releases/napm.asp, (accessed May 22, 2007).

http://www.ism.ws/about/MediaRoom/newsreleasedetail.cfm?ItemNumber=4601, (accessed May 22, 2007).

http://www.ism.ws/about/MediaRoom/newsreleasedetail.cfm?itemnumber=4967&pf=1, (accessed May 22, 2007).

http://www.ism.ws/about/MediaRoom/newsreleasedetail.cfm?pf=1&itemnumber=4588, (accessed May 22, 2007).

http://www.ism.ws/about/MediaRoom/newsreleasedetail.cfm?pf=1&itemnumber=4595, (accessed May 22, 2007).

http://www.ism.ws/files/ISMReport/MfgPMIIndex07.xls, (accessed May 23, 2007).

http://www.ism.ws/ISMReport/content.cfm?ItemNumber=10744&CFID=5347031&CFTOKEN=34977272, (accessed May 22, 2007).

http://www.ism.ws/ISMReport/content.cfm?ItemNumber=10744&navItemNumber=12960, (accessed May 22, 2007).

http://www.nber.org/cycles/november2001/hall.xlw, (accessed May 23, 2007).

http://www.nber.org/feldstein/cv.html, (accessed May 17, 2007).

http://www.nber.org/vitae/vita551.htm, (accessed May 17, 2007).

http://www.oracle.com/corporate/investor_relations/stock_splits.html, (accessed May 21, 2007).

http://www.oracle.com/corporate/story.html, (accessed April 20, 2007).

http://www.research.stlouisfed.org/fred2/series/UMCSENT/downloaddata?&rid=91&soid=14, (accessed May 22, 2007).

http://www.sca.isr.umich.edu/main.php, (accessed May 22, 2007).

http://www.sec.gov/edgar/searchedgar/webusers.htm, (accessed May 24, 2007)

http://www.stanford.edu/~rehall/CV.pdf, (accessed May 17, 2007).

http://www.tcb-indicators.org/economics/bci/data_search.cfm?cid=1&o=2&s=BCI-01B%20-%20Composite%20Indexes-Coincident%20and%20Lagging%20Indicators, (accessed May 22, 2007).

## Depositions

*Confidential*

# Documents Relied On

David Winton Deposition, May 26, 2006.

Edward J. Sanderson Jr. Deposition, July 25, 2006.

George Roberts Deposition, June 22, 2006.

Jay Nussbaum Deposition, March 23, 2004.

Jeffrey Henley Deposition, July 27, 2006.

Jeffrey Henley Deposition, March 2, 2004.

Jeffrey Henley Deposition, November 16, 2006.

Jennifer Minton Deposition, April 1, 2004.

Jennifer Minton Deposition, April 21, 2005.

Jennifer Minton Deposition, July 7, 2006.

Jennifer Minton Deposition, March 31, 2004.

Jennifer Minton Deposition, September 25, 2006.

John Nugent Deposition, May 24, 2006.

Nicholas Classick Deposition, April 12, 2006.

Sarah Kopp Deposition, June 14, 2006.

## Upside Reports

NDCA-ORCL 1020514 - 1020554

NDCA-ORCL 1045488 - 1045493

NDCA-ORCL 1045526 - 1045533

NDCA-ORCL 1045534 - 1045541

NDCA-ORCL 1045557 - 1045564

NDCA-ORCL 1045594 - 1045604

NDCA-ORCL 1045605 - 1045615

NDCA-ORCL 1045616 - 1045626

NDCA-ORCL 1045627 - 1045637

NDCA-ORCL 1045638 - 1045648

NDCA-ORCL 1045684 - 1045690

NDCA-ORCL 1045747 - 1045754

NDCA-ORCL 1045755 - 1045765

NDCA-ORCL 1045768 - 1045778

NDCA-ORCL 1045799 - 1045810

NDCA-ORCL 1045811 - 1045822

NDCA-ORCL 1045823 - 1045834

NDCA-ORCL 1045835 - 1045846

NDCA-ORCL 1045867 - 1045873

NDCA-ORCL 1045933 - 1045944

NDCA-ORCL 1046005 - 1046014

NDCA-ORCL 1046027 - 1046037

NDCA-ORCL 1046038 - 1046048

NDCA-ORCL 1046049 - 1046059

NDCA-ORCL 1046060 - 1046071

*Confidential*

# Documents Relied On

NDCA-ORCL 1046072 - 1046082
NDCA-ORCL 107681 - 107696
NDCA-ORCL 107714 - 107731
NDCA-ORCL 107825 - 107842
NDCA-ORCL 107963 - 107979
NDCA-ORCL 117378 - 117394
NDCA-ORCL 133559 - 133572
NDCA-ORCL 142228 - 142238
NDCA-ORCL 142373 - 142386
NDCA-ORCL 151461 - 151475
NDCA-ORCL 1529443 - 1529451
NDCA-ORCL 1529708 - 1529709
NDCA-ORCL 1530802 - 1530811
NDCA-ORCL 1530812 - 1530820
NDCA-ORCL 1530826 - 1530834
NDCA-ORCL 1531532 - 1531538
NDCA-ORCL 1531591 - 1531596
NDCA-ORCL 1532027 - 1532031
NDCA-ORCL 1532594 - 1532609
NDCA-ORCL 1532634 - 1532655
NDCA-ORCL 1532701 - 1532717
NDCA-ORCL 1532735 - 1532751
NDCA-ORCL 1532752 - 1532768
NDCA-ORCL 1532778 - 1532794
NDCA-ORCL 1532826 - 1532842
NDCA-ORCL 1532874 - 1532890
NDCA-ORCL 1532944 - 1532960
NDCA-ORCL 1533006 - 1533022
NDCA-ORCL 1533262 - 1533278
NDCA-ORCL 1533302 - 1533319
NDCA-ORCL 1533343 - 1533360
NDCA-ORCL 1533384 - 1533401
NDCA-ORCL 1533425 - 1533442
NDCA-ORCL 1533506 - 1533522
NDCA-ORCL 1533922 - 1533932
NDCA-ORCL 1911875 - 1911891
NDCA-ORCL 1911892 - 1911908
NDCA-ORCL 1911948 - 1911962
NDCA-ORCL 1913695 - 1913711
NDCA-ORCL 1913734 - 1913749
NDCA-ORCL 200804 - 200818
NDCA-ORCL 200957 - 200971

*Confidential*

# Documents Relied On

NDCA-ORCL 210192 - 210208

NDCA-ORCL 212301 - 212315

NDCA-ORCL 213091 - 213107

NDCA-ORCL 305208 - 305219

NDCA-ORCL 305247 - 305259

NDCA-ORCL 305261 - 305274

NDCA-ORCL 305276 - 305289

NDCA-ORCL 305306 - 305319

NDCA-ORCL 305321 - 305334

NDCA-ORCL 305336 - 305350

NDCA-ORCL 305409 - 305422

NDCA-ORCL 305425 - 305440

NDCA-ORCL 305491 - 305506

NDCA-ORCL 310 - 322

NDCA-ORCL 36249 - 36260

NDCA-ORCL 397856 - 397864

NDCA-ORCL 40115 - 40126

NDCA-ORCL 423 - 435

NDCA-ORCL 440127 - 440143

NDCA-ORCL 440212 - 440228

NDCA-ORCL 440457 - 440472

NDCA-ORCL 440473 - 440490

NDCA-ORCL 440491 - 440508

NDCA-ORCL 440509 - 440526

NDCA-ORCL 440527 - 440543

NDCA-ORCL 440544 - 440560

NDCA-ORCL 440561 - 440577

NDCA-ORCL 6632 - 6644

NDCA-ORCL 89120 - 89136

NDCA-ORCL 89241 - 89257

NDCA-ORCL 92928 - 92943

NDCA-ORCL 93035 - 93045

## Big Deal Updates

NDCA-ORCL 297323 - 297324

NDCA-ORCL 297329 - 297330

NDCA-ORCL 299756 - 299757

NDCA-ORCL 306780 - 30678

NDCA-ORCL 306783 - 306785

NDCA-ORCL 306787 - 306788

NDCA-ORCL 306796

*Confidential*

# Documents Relied On

## E-mails

E-mail from David Winton to Jennifer Minton 1/11/01, NDCA-ORCL 096072 .

E-mail from Jim English to Jennifer Minton, 1/17/01, ORCL-0045571.

E-mail from Safra Catz to Loren Mahon, 2/22/01, NDCA-ORCL 146926-146933.

## Other Bates Numbered Documents

FY 2001 US Weekly License Revenues, NDCA-ORCL 315726.

North America Sales Q4 FY00 Financial Package, NDCA-ORCL 1038662-1038695.

Oracle Corp., Transcript of Earnings Conference Call, March 1, 2001 (NDCA-ORCL 419609-419626).

Oracle Monthly Financial Reference Book, April FY2000 (NDCA-ORCL 1912129-1912224).

Oracle Product Revenue Reporting Package, Q4 FY2000 (NDCA-ORCL 973818-973924).

Oracle Quarterly Financial Reference Book, Q4 FY2001 (NDCA-ORCL 1913524-1913684).

NDCA-ORCL 003466

NDCA-ORCL 003471

NDCA-ORCL 003473

NDCA-ORCL 0121978

NDCA-ORCL 252684 - 252685

NDCA-ORCL 255100-101

NDCA-ORCL 300065

NDCA-ORCL 300067

NDCA-ORCL 300208

NDCA-ORCL 303832 - 303964

NDCA-ORCL 401857

NDCA-ORCL 973639 - 974003

NDCA-ORCL 976815 - 976872

NDCA-ORCL 977025 - 977107

NDCA-ORCL 977282 - 977366

## Other Documents

1199 SEIU Greater New York Pension Fund's Third Supplemental Responses to Defendants' Second Set of Interrogatories to Plaintiffs.

*Confidential*

# Appendix D

*Confidential*

**Figure 1: Oracle Sales by Line of Business, 1999 - 2001**



Source: Oracle Corp. Form 10-Ks, 1999 - 2001.
Note: Oracle's Fiscal Year Runs June through May.

*Confidential*

**Figure 2: Oracle Total License Revenue by Product Type, 1999-2001**



Source: Oracle Corp. Form 10-Ks, 1999 - 2001.
Note: Oracle's Fiscal Year Runs June through May.

*Confidential*

**Figure 3: Oracle Sales by Geographic Region, 1999-2001**



Source: Oracle Corp. Form 10-Ks, 1999 - 2001.
Note: Oracle's Fiscal Year Runs June through May.

*Confidential*

**Figure 4: Oracle North American Licensing Revenue by Division, 1999 - 2001**



Sources: Oracle Corp. Quarterly Financial Reference Books, FY-2000 and FY-2001.  Oracle Corp. 11/30/1999 and 5/29/2000 Upside Reports, License tabs.
Note: Oracle's fiscal year runs June through May.

*Confidential*

**Figure 5: Oracle's Worldwide Cumulative Monthly License (& Other) Revenue Distribution**



Sources: Oracle Quarterly Financial Reference Book, Q4 FY2001 (NDCA-ORCL 1913524-1913684), Oracle Product Revenue Reporting Package, Q4 FY2000 (NDCA-ORCL 973818-973924), Oracle Monthly Financial Reference Book, April FY2000 (NDCA-ORCL 1912129-1912224).

*Confidential*

**Figure 6: Oracle's FY2001 U.S. Cumulative Weekly License Revenue Distribution**



Source: FY 2001 US Weekly License Revenues, NDCA-ORCL 315726.

Note: Because Q2 FY01 had an extra week, its revenues for weeks one and two are combined.  Thereafter, 2Q FY01's revenues are for one week later in the quarter than indicated.

**Figure 7: Analysts' EPS Estimates between 12/14/2000 and 3/16/2001**

| Firm | 14-Dec | 15-Dec | 18-Dec | 19-Dec | 21-Dec | 29-Dec | 10-Jan | 17-Jan | 18-Jan | 7-Feb | 8-Feb | 9-Feb | 12-Feb | 14-Feb | 16-Feb | 21-Feb | 22-Feb | 23-Feb | 26-Feb | 27-Feb | 28-Feb | 1-Mar | 2-Mar | 5-Mar | 6-Mar | 7-Mar | 15-Mar | 16-Mar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| *Consistently Reporting Firms* | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1. AG Edwards | | $0.11 | | | | | | | | | | | | | | | | | | | | | $0.10 | | | | | $0.10 |
| 2. Banc of America Securities | | $0.12 | | | | | | $0.12 | | | | | | | | $0.12 | | | | | | | $0.10 | | | | $0.10 | $0.10 |
| 3. Bluestone Capital Partners | | | | | | | | | | | | | | | | | | $0.12 | | | | $0.12 | $0.10 | | | | | $0.10 |
| 4. CIBC World Markets | | $0.12 | | | | | | $0.12 | | | | | | | | | | $0.12 | | | | | $0.10 | | | | | $0.10 |
| 5. Credit Suisse First Boston | | $0.12 | | | | | | | | | | | | | | | | | | | | | $0.10 | $0.10 | | | | $0.10 |
| 6. Deutsche Banc Alex. Brown | $0.12 | $0.12 | | $0.12 | | | | $0.12 | | | | $0.12 | | | | $0.12 | | | | | | $0.10 | | | | $0.10 | | $0.10 |
| 7. Dresdner Kleinwort | | $0.12 | | $0.12 | | | | | | | | | | | | | | | | | | | $0.10 | | | | | |
| 8. Epoch | | $0.12 | | | | | | | | | | | | | | | $0.12 | | $0.12 | | | | $0.10 | | | | | $0.10 |
| 9. First Union | | $0.12 | | | | | | | | | $0.12 | | | | | | | | | | | | $0.10 | | | | | $0.10 |
| 10. Goldman Sachs | | $0.12 | | | | | | | | | | $0.12 | | | | | | | | | | | $0.10 | | | | | $0.10 |
| 11. Josephthal | | $0.13 | | | | | | | | | | | | | | | | | | | | | | | | | | $0.10 |
| 12. JP Morgan | | $0.12 | | | | | | | | | | | | | | | | | | | | | $0.10 | | | | | $0.10 |
| 13. Lehman Brothers | $0.12 | $0.12 | | | | | | | | | | | $0.12 | $0.12 | | | | | | | | | $0.10 | | | | | $0.10 |
| 14. Merrill Lynch | | $0.12 | | | | | | $0.12 | | | | | | | | | | | | | | | $0.10 | | | | | $0.10 |
| 15. Morgan Stanley | | $0.12 | | | $0.12 | | | | | | | | $0.12 | | | | | | $0.12 | $0.12 | | | $0.10 | | | | | $0.10 |
| 16. Needham & Co. | | $0.12 | | | | | | | | | | | | | | | | | | | | | $0.10 | | | | | $0.10 |
| 17. PMG Capital | | $0.13 | | | | | | | | | | | | | | | | | | | | | | | $0.10 | | | $0.10 |
| 18. Robertson Stephens | | $0.12 | | | | | | | $0.12 | | | | | | | $0.12 | | | | | | | $0.10 | | | | | $0.10 |
| 19. Salomon Smith Barney | | $0.12 | | | | | $0.12 | | | | | | | | | $0.12 | | | | | | | $0.10 | | | | | $0.00 |
| 20. SG Cowen | | $0.12 | | | | | | | | | $0.12 | | | | | $0.12 | | | | $0.12 | | | $0.10 | | | | | $0.10 |
| 21. Thomas Weisel | | $0.12 | | | | | | | $0.12 | | | | | | | | | | | | | | $0.10 | | | | | $0.10 |
| 22. UBS Warburg | | $0.12 | | | | | | | | | | | | | | | | | | | | | $0.10 | | | | | $0.10 |
| 23. USBancorp | | | | | | | | $0.12 | $0.12 | | | | | | | | | $0.12 | | | | | $0.10 | | | | | |
| 24. Wells Fargo Van Kasper | | $0.12 | $0.12 | | | | | | | | | | $0.12 | | | | | | $0.13 | | | | $0.10 | | | | | $0.10 |
| 25. Wit SoundView | | $0.12 | $0.12 | | | | | | $0.12 | | | | | $0.12 | $0.12 | | | | | | | | $0.10 | | | | | |
| *Occasionally Reporting Firms* | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1. Chase Hambrecht & Quist Inc. | | $0.12 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 2. FAC/Equities | | $0.12 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 3. Pacific Crest Securities | | | | | | | | | $0.13 | | | | | | | | | | | | | | | | | | | |
| 4. Prudential | | $0.12 | | | $0.12 | | | | | | | | | | | | | | | | | | | | | | | |
| 5. Punk Ziegel | | | | | | | | | | | | | | | | $0.11 | | | | | | | | | | | | |

Sources:  EPS estimates taken from respective firms' analyst reports issued on dates listed above.

Notes: A consistently reporting firm is defined as reporting an EPS estimate in at least 2 out of the 3 month period between 12/14/2000 and 3/16/2001.

## Figure 8: Competitors' EPS Performance vs. Analyst Consensus EPS Estimate



Notes:

Competitors are identified in Oracle's 10-K for the fiscal year 2001 ending 5/31/01, p. 5.  Dates reflect the actual EPS announcement dates as reported by Thomson IBES History database.  Only those firms with reported EPS values as per Thomson IBES are included.  Firms are displayed as missing the analyst consensus estimate when the EPS actual value is less than the mean consensus estimate for first month of the relevant fiscal quarter.  Informix Corporation was renamed Ascential Software in mid-2001. The actual EPS for Informix's quarter ending March 2001 from IBES appears to be an error, so the EPS from press releases and the company's 10Q is used instead.

Source: Thomson ONE Banker's IBES History database; UPDATE 1-Informix Beats Consensus, To Sell Unit to IBM, Reuters News, Apr. 24, 2001, Factiva, Document lba0000020010713dx4o01hs3.

## Figure 9: Competitors' EPS Performance vs. Guidance Reported in Trade Press



Notes:
Competitors are identified in Oracle's 10-K for the fiscal year 2001 ending 5/31/01, p. 5. Firms included above had their EPS guidance estimates reported in the trade press as determined by a review of the Factiva database and the firms' own websites. Dates reflect the earliest available reporting of actual end-of-quarter EPS. Firms are displayed as missing guidance when the EPS actual value as reported in the trade press is less than the firm's own guidance estimate as reported in the trade press during the relevant fiscal quarter. Cognos' guidance included two EPS numbers, including and excluding acquisition charges, for its fiscal quarter ending November 2000. Since guidance with acquisition charges was met while guidance net of the charges was missed, this datapoint was excluded.
Sources:  Factiva and investor relations press releases from company websites.

**Figure 10: Information Processing Equipment and Software Investment, Seasonally Adjusted Annual Rate**



Notes:
  i) Spending on Information Processing Equipment and Software is equal to combined spending on Computers and Peripheral Equipment, Software, and Other Information Processing
     Equipment.
  ii) GDP statistics for each quarter are released on three separate dates. Advance statistics are available roughly one month after the end of the quarter, preliminary statistics are
     available roughly two months after the end of the quarter, and final statistics are available towards the end of the third month following the quarter.
Source:  National Income and Product Accounts Table 1.5.5, Gross Domestic Product, Expanded Detail, Seasonally Adjusted at Annual Rates available from the Bureau of Economic
         Analysis at http://bea.gov/bea/dn/nipaweb/SelectTable.asp?Selected=N. Specific release dates from BEA Release Archives at http://bea.gov/bea/Virtual/2000/0800cov4.pdf and
         http://bea.gov/bea/ARTICLES/BEAWIDE/2000/1200rd.pdf. Websites accessed May 22 and 23, 2007.

**Figure 10a: Investment in Information Processing Equipment and Software, Seasonally Adjusted Annual Rate ($ Billions)**

|  | November 29, 2000 Release | December 21, 2000 Release | January 31, 2001 Release | February 28, 2001 Release | Current Series |
|---|---|---|---|---|---|
|  | [1] | [2] | [3] | [4] | [5] |
| Q3 1999 | $445.5 | $445.5 |  |  | $422.7 |
| Q4 1999 | $461.4 | $461.4 | $461.4 | $461.4 | $421.6 |
| Q1 2000 | $495.3 | $495.3 | $495.3 | $495.3 | $446.4 |
| Q2 2000 | $527.5 | $527.5 | $527.5 | $527.5 | $466.5 |
| Q3 2000 | $550.5 | $548.6 | $548.6 | $548.6 | $473.6 |
| Q4 2000 |  |  | $556.8 | $558.0 | $484.0 |

Sources:

[1]   http://www.bea.gov/bea/newsrelarchive/2000/gdp300p.htm (Table 3, accessed May 22, 2007).
[2]   http://www.bea.gov/bea/newsrelarchive/2000/gdp300f.htm (Table 3, accessed May 22, 2007).
[3]   http://www.bea.gov/bea/newsrelarchive/2001/gdp400a.htm (Table 3, accessed May 22, 2007).
[4]   http://www.bea.gov/bea/newsrelarchive/2001/gdp400p.htm (Table 3, accessed May 22, 2007).
[5]   http://www.bea.gov/national/nipaweb/SelectTable.asp?Selected=Y (Table 1.5.5, accessed May 23, 2007).

*Confidential*

**Figure 10b: Investment in Computers and Peripheral Equipment, Seasonally Adjusted Annual Rate ($ Billions)**

| | November 29, 2000 Release | December 21, 2000 Release | January 31, 2001 Release | February 28, 2001 Release | Current Series |
|---|---|---|---|---|---|
| | [1] | [2] | [3] | [4] | [5] |
| Q3 1999 | $97.6 | $97.6 | | | $98.2 |
| Q4 1999 | $98.9 | $98.9 | $98.9 | $98.9 | $93.6 |
| Q1 2000 | $104.3 | $104.3 | $104.3 | $104.3 | $96.2 |
| Q2 2000 | $113.6 | $113.6 | $113.6 | $113.6 | $103.5 |
| Q3 2000 | $119.7 | $120.3 | $120.3 | $120.3 | $103.8 |
| Q4 2000 | | | $118.2 | $119.0 | $102.2 |

Sources:

[1]    http://www.bea.gov/bea/newsrelarchive/2000/gdp300p.htm (Table 3, accessed May 22, 2007).

[2]    http://www.bea.gov/bea/newsrelarchive/2000/gdp300f.htm (Table 3, accessed May 22, 2007).

[3]    http://www.bea.gov/bea/newsrelarchive/2001/gdp400a.htm (Table 3, accessed May 22, 2007).

[4]    http://www.bea.gov/bea/newsrelarchive/2001/gdp400p.htm (Table 3, accessed May 22, 2007).

[5]    http://www.bea.gov/national/nipaweb/SelectTable.asp?Selected=Y (Table 1.5.5, accessed May 23, 2007).

*Confidential*

**Figure 10c: Investment in Non-Embedded Software, Seasonally Adjusted Annual Rate ($ Billions)**

|  | November 29, 2000 Release | December 21, 2000 Release | January 31, 2001 Release | February 28, 2001 Release | Current Series |
|---|---|---|---|---|---|
|  | [1] | [2] | [3] | [4] | [5] |
| Q3 1999 | $184.7 | $184.7 |  |  | $157.9 |
| Q4 1999 | $196.8 | $196.8 | $196.8 | $196.8 | $163.3 |
| Q1 2000 | $210.5 | $210.5 | $210.5 | $210.5 | $168.7 |
| Q2 2000 | $224.5 | $224.5 | $224.5 | $224.5 | $174.8 |
| Q3 2000 | $240.9 | $238.4 | $238.4 | $238.4 | $177.9 |
| Q4 2000 |  |  | $245.3 | $245.1 | $183.2 |

Sources:

[1]    http://www.bea.gov/bea/newsrelarchive/2000/gdp300p.htm (Table 3, accessed May 22, 2007).

[2]    http://www.bea.gov/bea/newsrelarchive/2000/gdp300f.htm (Table 3, accessed May 22, 2007).

[3]    http://www.bea.gov/bea/newsrelarchive/2001/gdp400a.htm (Table 3, accessed May 22, 2007).

[4]    http://www.bea.gov/bea/newsrelarchive/2001/gdp400p.htm (Table 3, accessed May 22, 2007).

[5]    http://www.bea.gov/national/nipaweb/SelectTable.asp?Selected=Y (Table 1.5.5, accessed May 23, 2007).

*Confidential*

**Figure 10d: Investment in Other Information Processing Equipment, Seasonally Adjusted Annual Rate ($ Billions)**

|  | November 29, 2000 Release | December 21, 2000 Release | January 31, 2001 Release | February 28, 2001 Release | Current Series |
|---|---|---|---|---|---|
|  | [1] | [2] | [3] | [4] | [5] |
| Q3 1999 | $163.2 | $163.2 |  |  | $166.6 |
| Q4 1999 | $165.7 | $165.7 | $165.7 | $165.7 | $164.7 |
| Q1 2000 | $180.6 | $180.6 | $180.6 | $180.6 | $181.5 |
| Q2 2000 | $189.3 | $189.3 | $189.3 | $189.3 | $188.1 |
| Q3 2000 | $189.9 | $189.9 | $189.9 | $189.9 | $191.9 |
| Q4 2000 |  |  | $193.3 | $194.0 | $198.5 |

Sources:

[1]    http://www.bea.gov/bea/newsrelarchive/2000/gdp300p.htm (Table 3, accessed May 22, 2007).

[2]    http://www.bea.gov/bea/newsrelarchive/2000/gdp300f.htm (Table 3, accessed May 22, 2007).

[3]    http://www.bea.gov/bea/newsrelarchive/2001/gdp400a.htm (Table 3, accessed May 22, 2007).

[4]    http://www.bea.gov/bea/newsrelarchive/2001/gdp400p.htm (Table 3, accessed May 22, 2007).

[5]    http://www.bea.gov/national/nipaweb/SelectTable.asp?Selected=Y (Table 1.5.5, accessed May 23, 2007).

*Confidential*

**Figure 11: Quarterly Software Sales for Oracle's SIC Code 7372 (Prepackaged Software)**



Source: Compustat.
Note: SIC Code 7372 - Business Services, Computer Programming, Data Processing, and Prepackaged Software.

*Confidential*

**Figure 12: Software Sector Indices, Long-Term Perspective**



Notes:

All software sector indices include Oracle.

S5SFTW is the S&P500 Software & Services index, a capitalization-weighted index; it is a GICS Level 2 Industry group whose parent index is SPXL2 (26 members 1/3/06).

S5SOFT is the S&P500 Software Index, a capitalization-weighted index; it is a GICS Level 3 Industry group whose parent index is SPXL3 (15 members 1/3/06).

S5SYSF is the S&P500 Systems Software Index, a capitalization-weighted index; it is a GICS Level 4 Sub-Industry group whose parent index is SPX (6 members 1/3/06).

S15SFTW is the S&P Supercomposite Systems Software Index, a cap.-weighted index; it is a GICS Level 2 Sub-Industry group whose parent index is SPRL2 (101 members 1/3/06).

S15SOFT is the S&P Supercomposite Systems Software Index, a cap.-weighted index; it is a GICS Level 3 Sub-Industry group whose parent index is SPRL3 (56 members 1/3/06).

S15SYSF is the S&P Supercomposite Systems Software Index, a capitalization-weighted index; it is a GICS Level 4 Sub-Industry group with parent index SPR (18 members 1/3/06).

GSO is the Goldman Sachs Technology Software Index, a modified capitalization-weighted index of selected software stocks (46 members 1/3/06).

R3CSS is the Russell 3000 Computer Services Software & Systems Industry Index is a weighted average index; the parent index is RAYL2 (138 members 1/3/06).

R1CSS is the Russell 1000 Computer Services Software & Systems Industry Index is a weighted average index; the parent index is RIYL2 (31 members 1/3/06).

Source: Bloomberg.

*Confidential*

**Figure 13: Software Sector Indices, Short-Term Perspective**



Notes:
All software sector indices include Oracle.
S5SFTW is the S&P500 Software & Services index, a capitalization-weighted index; it is a GICS Level 2 Industry group whose parent index is SPXL2 (26 members 1/3/06).
S5SOFT is the S&P500 Software Index, a capitalization-weighted index; it is a GICS Level 3 Industry group whose parent index is SPXL3 (15 members 1/3/06).
S5SYSF is the S&P500 Systems Software Index, a capitalization-weighted index; it is a GICS Level 4 Sub-Industry group whose parent index is SPX (6 members 1/3/06).
S15SFTW  is the S&P Supercomposite Systems Software Index, a cap.-weighted index; it is a GICS Level 2 Sub-Industry group whose parent index is SPRL2 (101 members 1/3/06).
S15SOFT is the S&P Supercomposite Systems Software Index, a cap.-weighted index; it is a GICS Level 3 Sub-Industry group whose parent index is SPRL3 (56 members 1/3/06).
S15SYSF is the S&P Supercomposite Systems Software Index, a capitalization-weighted index; it is a GICS Level 4 Sub-Industry group with parent index SPR (18 members 1/3/06).
GSO is the Goldman Sachs Technology Software Index, a modified capitalization-weighted index of selected software stocks (46 members 1/3/06).
R3CSS  is the Russell 3000 Computer Services Software & Systems Industry Index is a weighted average index; the parent index is RAYL2 (138 members 1/3/06).
R1CSS is the Russell 1000 Computer Services Software & Systems Industry Index is a weighted average index; the parent index is RIYL2 (31 members 1/3/06).
Source: Bloomberg.

**Figure 14: Oracle's Top Customers by SIC Code (3Q FY2000 to 4Q FY2001)**



Sources: Quarterly Product Revenue Reporting Packages from 3Q 2000 to 4Q 2001 (NDCA-ORCL 973639 - 974003, NDCA-ORCL 976815 - 976872, NDCA-ORCL 977025 - 977107, NDCA-ORCL 977282 - 977366), Compustat-Research Insight, EDGAR, and Nexis.

*Confidential*

**Figure 15: Total License Revenue for 3Q FY2000 to 4Q FY 2001**



Sources: Quarterly Product Revenue Reporting Packages from 3Q 2000 to 4Q 2001 (NDCA-ORCL 973639 - 974003, NDCA-ORCL 976815 - 976872, NDCA-ORCL 977025 - 977107, NDCA-ORCL 977282 - 977366).

**Figure 16: Percentage of Oracle's Revenues from Top Customers in 3Q FY2000**

**% of Total Revenues from Top Customers = 29%**



Sources: 3Q FY2000 Product Revenue Reporting Package (NDCA-ORCL 973639 - 973817), Compustat-Research Insight, EDGAR, and Nexis.

**Figure 17: Percentage of Oracle's Revenues from Top Customers in 3Q FY2001**



**% of Total Revenues from Top Customers = 32%**

Sources: 3Q FY2001 Product Revenue Reporting Package (NDCA-ORCL 977025 - 977107), Compustat-Research Insight, EDGAR, and Nexis.

*Confidential*

**Figure 18: SIC Groupings with the Highest Percentages of Oracle's Top Customer Revenues for 3Q FY2001**

| SIC Grouping | | Company | Total Revenues |
|---|---|---|---|
| **73 Business Services** | | | $    91,544,171 |
| | 1 | Acxiom Corporation | |
| | 2 | Covisint | |
| | 3 | Fujitsu | |
| | 4 | Itochu Techno Science | |
| | 5 | Lucent Technologies | |
| | 6 | Princeton Ecom Corporation | |
| **35 Industrial and Commercial Machinery** | | | $    69,669,080 |
| | 1 | Cisco Systems Inc. | |
| | 2 | EMC Corporation | |
| | 3 | Hewlett Packard Company | |
| | 4 | Hitachi | |
| | 5 | Hitachi Data Systems | |
| | 6 | NEC | |
| | 7 | Toshiba | |
| **48 Communications** | | | $    40,191,953 |
| | 1 | American Tower Corporation | |
| | 2 | AT&T Corporation | |
| | 3 | Deutsche Telekom AG | |
| | 4 | Global Crossing | |
| | 5 | Japan Telecom | |
| | 6 | Qwest Communications | |
| | 7 | Siemens Aktiengesellschaft | |
| | 8 | XO Communications | |
| **80 Health Services** | | | $    37,860,098 |
| | 1 | HealthSouth Corporation | |

Sources:
  3Q FY2001 Product Revenue Reporting Packages (NDCA-ORCL 977025 - 977107), Compustat-Research Insight, EDGAR, and Nexis.

*Confidential*

**Figure 19: Purchasing Managers' Index**



Notes:

i)   The PMI is a composite index based on the seasonally adjusted diffusion indexes for five of the indicators with varying weights: New Orders – 30%; Production – 25%;
     Employment – 20%; Supplier Deliveries – 15%; and Inventories – 10%.  Diffusion indexes have the properties of leading indicators and are convenient summary measures
     showing the prevailing direction of change and the scope of change.

ii)  A PMI reading above 50% indicates that the manufacturing economy is generally expanding; below 50%, that it is generally declining. A PMI over 42.7%, over a period of time,
     indicates that the overall economy, or Gross Domestic Product (GDP) is generally expanding, below 42.7%, that it is generally declining. The distance from 50% or 42.7% is
     indicative of the strength of the expansion or decline.

iii) The PMI for a given month is currently released on the first business day of the following month (availability dates in the chart are approximate).

Sources:  Institute for Supply Management website: http://www.ism.ws/files/ISMReport/MfgPMIIndex07.xls,
          http://www.ism.ws/ISMReport/content.cfm?ItemNumber=10744&CFID=5337031&CFTOKEN=34977272,
          http://www.ism.ws/about/MediaRoom/newsreleasedetail.cfm?itemnumber=4967&pf=1, http://www.ism.ws/about/MediaRoom/newsreleasedetail.cfm?pf=1&itemnumber=4595, and
          http://www.ism.ws/about/MediaRoom/newsreleasedetail.cfm?ItemNumber=4601. Investopedia website: http://www.investopedia.com/university/releases/napm.asp. Accessed May 22 and 23, 2007.

*Confidential*

**Figure 19a: Institute for Supply Management's Purchasing Managers' Index (PMI)**

|  | December 1, 2000 Release | January 2, 2001 Release | February 1, 2001 Release | Current Series |
|---|---|---|---|---|
|  | [1] | [2] | [3] | [4] |
| Oct-00 | 48.3 |  |  | 48.7 |
| Nov-00 | 47.7 | 47.7 |  | 48.5 |
| Dec-00 |  | 43.7 | 44.3 | 43.9 |
| Jan-01 |  |  | 41.2 | 41.4 |

Sources:

[1]   http://www.ism.ws/about/MediaRoom/newsreleasedetail.cfm?itemnumber=4967&pf=1 (accessed May 22, 2007).

[2]   http://www.ism.ws/about/MediaRoom/newsreleasedetail.cfm?pf=1&itemnumber=4588 (accessed May 22, 2007).

[3]   http://www.ism.ws/about/MediaRoom/newsreleasedetail.cfm?pf=1&itemnumber=4595 (accessed May 22, 2007).

[4]   http://www.ism.ws/files/ISMReport/MfgPMIIndex07.xls (accessed on May 23, 2007).

*Confidential*

**Figure 20: Industrial Capacity Utilization**



Notes:  Data have historically been released by the Federal Reserve between the 14th and 17th of the month. Based on industry-SIC pairings made in the press release, the SIC composite
"computers, communications equipment, and semiconductors" likely comprised SIC codes 357, 366, and 3672-9.

Sources:  Capacity Utilization series B50001 and HITEK2, release dates and press release on the Federal Reserve's website: http://www.federalreserve.gov/datadownload/Build.aspx?rel=G17,
http://www.federalreserve.gov/releases/G17/release_dates.htm, http://federalreserve.gov/releases/g17/20001115/g17.pdf. Accessed May 22 and 23, 2007.

**Figure 20a: Industrial Capacity Utilization - Total Industry Index**

| | December 5, 2000 Release [1] | December 15, 2000 Release [2] | January 17, 2001 Release [3] | February 16, 2001 Release [4] | Current Series [5] |
|---|---|---|---|---|---|
| Jan-79 | | | | 86.7% | 85.8% |
| Feb-79 | | | | 87.1% | 86.1% |
| Mar-79 | | | | 87.1% | 86.2% |
| Apr-79 | | | | 86.1% | 85.1% |
| May-79 | | | | 86.9% | 85.5% |
| Jun-79 | | | | 86.7% | 85.4% |
| Jul-79 | | | | 85.9% | 85.0% |
| Aug-79 | | | | 85.4% | 84.2% |
| Sep-79 | | | | 85.3% | 84.1% |
| Oct-79 | | | | 85.5% | 84.4% |
| Nov-79 | | | | 84.9% | 84.2% |
| Dec-79 | | | | 84.5% | 84.1% |
| Jan-80 | | | | 84.7% | 84.3% |
| Feb-80 | | | | 84.6% | 84.2% |
| Mar-80 | | | | 84.4% | 83.8% |
| Apr-80 | | | | 82.6% | 81.9% |
| May-80 | | | | 80.4% | 79.7% |
| Jun-80 | | | | 79.2% | 78.5% |
| Jul-80 | | | | 78.5% | 77.9% |
| Aug-80 | | | | 79.3% | 77.9% |
| Sep-80 | | | | 80.3% | 79.0% |
| Oct-80 | | | | 80.7% | 79.8% |
| Nov-80 | | | | 81.8% | 81.0% |
| Dec-80 | | | | 82.1% | 81.3% |
| Jan-81 | | | | 81.2% | 80.7% |
| Feb-81 | | | | 81.4% | 80.1% |
| Mar-81 | | | | 81.6% | 80.3% |
| Apr-81 | | | | 80.9% | 79.8% |
| May-81 | | | | 81.4% | 80.2% |
| Jun-81 | | | | 81.8% | 80.4% |
| Jul-81 | | | | 82.3% | 80.7% |
| Aug-81 | | | | 81.8% | 80.5% |
| Sep-81 | | | | 80.9% | 79.8% |
| Oct-81 | | | | 80.1% | 79.1% |
| Nov-81 | | | | 78.8% | 78.0% |
| Dec-81 | | | | 77.7% | 77.0% |
| Jan-82 | | | | 76.3% | 75.3% |
| Feb-82 | | | | 77.8% | 76.6% |
| Mar-82 | | | | 77.1% | 75.9% |
| Apr-82 | | | | 76.2% | 75.1% |
| May-82 | | | | 75.4% | 74.4% |
| Jun-82 | | | | 75.0% | 74.0% |
| Jul-82 | | | | 74.2% | 73.6% |
| Aug-82 | | | | 73.7% | 72.9% |
| Sep-82 | | | | 73.0% | 72.5% |
| Oct-82 | | | | 72.2% | 71.8% |
| Nov-82 | | | | 71.9% | 71.4% |
| Dec-82 | | | | 71.1% | 70.8% |
| Jan-83 | | | | 72.5% | 72.0% |

**Figure 20a: Industrial Capacity Utilization - Total Industry Index**

| | December 5, 2000 Release | December 15, 2000 Release | January 17, 2001 Release | February 16, 2001 Release | Current Series |
|---|---|---|---|---|---|
| | [1] | [2] | [3] | [4] | [5] |
| Feb-83 | | | | 72.3% | 71.5% |
| Mar-83 | | | | 72.9% | 72.1% |
| Apr-83 | | | | 73.7% | 73.0% |
| May-83 | | | | 74.5% | 73.5% |
| Jun-83 | | | | 74.8% | 73.9% |
| Jul-83 | | | | 76.1% | 75.0% |
| Aug-83 | | | | 77.0% | 75.8% |
| Sep-83 | | | | 78.2% | 76.9% |
| Oct-83 | | | | 78.7% | 77.5% |
| Nov-83 | | | | 78.6% | 77.7% |
| Dec-83 | | | | 78.9% | 78.0% |
| Jan-84 | | | | 80.4% | 79.5% |
| Feb-84 | | | | 80.1% | 79.8% |
| Mar-84 | | | | 80.8% | 80.1% |
| Apr-84 | | | | 81.0% | 80.5% |
| May-84 | | | | 81.3% | 80.8% |
| Jun-84 | | | | 81.5% | 80.9% |
| Jul-84 | | | | 81.5% | 81.0% |
| Aug-84 | | | | 81.3% | 80.9% |
| Sep-84 | | | | 81.0% | 80.6% |
| Oct-84 | | | | 80.5% | 80.3% |
| Nov-84 | | | | 80.4% | 80.5% |
| Dec-84 | | | | 79.8% | 80.4% |
| Jan-85 | | | | 79.9% | 80.0% |
| Feb-85 | | | | 80.4% | 80.1% |
| Mar-85 | | | | 80.4% | 80.0% |
| Apr-85 | | | | 80.3% | 79.7% |
| May-85 | | | | 80.3% | 79.6% |
| Jun-85 | | | | 79.9% | 79.4% |
| Jul-85 | | | | 79.4% | 78.7% |
| Aug-85 | | | | 79.6% | 78.9% |
| Sep-85 | | | | 79.9% | 79.1% |
| Oct-85 | | | | 79.0% | 78.6% |
| Nov-85 | | | | 79.2% | 78.8% |
| Dec-85 | | | | 79.5% | 79.5% |
| Jan-86 | | | | 79.8% | 79.8% |
| Feb-86 | | | | 79.2% | 79.0% |
| Mar-86 | | | | 78.2% | 78.4% |
| Apr-86 | | | | 78.7% | 78.4% |
| May-86 | | | | 78.4% | 78.4% |
| Jun-86 | | | | 78.1% | 78.1% |
| Jul-86 | | | | 78.2% | 78.5% |
| Aug-86 | | | | 78.3% | 78.3% |
| Sep-86 | | | | 78.2% | 78.3% |
| Oct-86 | | | | 78.8% | 78.6% |
| Nov-86 | | | | 79.1% | 78.8% |
| Dec-86 | | | | 79.7% | 79.4% |
| Jan-87 | | | | 79.1% | 79.0% |
| Feb-87 | | | | 80.0% | 79.9% |

## Figure 20a: Industrial Capacity Utilization - Total Industry Index

| | December 5, 2000 Release | December 15, 2000 Release | January 17, 2001 Release | February 16, 2001 Release | Current Series |
|---|---|---|---|---|---|
| | [1] | [2] | [3] | [4] | [5] |
| Mar-87 | | | | 80.2% | 79.9% |
| Apr-87 | | | | 80.5% | 80.2% |
| May-87 | | | | 80.7% | 80.5% |
| Jun-87 | | | | 81.4% | 80.8% |
| Jul-87 | | | | 81.8% | 81.1% |
| Aug-87 | | | | 81.8% | 81.6% |
| Sep-87 | | | | 81.6% | 81.6% |
| Oct-87 | | | | 82.6% | 82.7% |
| Nov-87 | | | | 82.8% | 83.0% |
| Dec-87 | | | | 83.2% | 83.3% |
| Jan-88 | 83.2% | 83.2% | 83.2% | 83.2% | 83.2% |
| Feb-88 | 83.4% | 83.4% | 83.4% | 83.4% | 83.5% |
| Mar-88 | 83.3% | 83.3% | 83.3% | 83.3% | 83.6% |
| Apr-88 | 83.7% | 83.7% | 83.7% | 83.7% | 84.0% |
| May-88 | 83.7% | 83.7% | 83.7% | 83.7% | 83.9% |
| Jun-88 | 83.6% | 83.6% | 83.6% | 83.6% | 84.0% |
| Jul-88 | 84.1% | 84.1% | 84.1% | 84.1% | 84.1% |
| Aug-88 | 84.5% | 84.5% | 84.5% | 84.5% | 84.5% |
| Sep-88 | 84.1% | 84.1% | 84.1% | 84.1% | 84.2% |
| Oct-88 | 84.2% | 84.2% | 84.2% | 84.2% | 84.6% |
| Nov-88 | 84.8% | 84.8% | 84.8% | 84.8% | 84.7% |
| Dec-88 | 85.1% | 85.1% | 85.1% | 85.1% | 84.9% |
| Jan-89 | 85.4% | 85.4% | 85.4% | 85.4% | 85.0% |
| Feb-89 | 84.6% | 84.6% | 84.6% | 84.6% | 84.5% |
| Mar-89 | 85.3% | 85.3% | 85.3% | 85.3% | 84.6% |
| Apr-89 | 85.3% | 85.3% | 85.3% | 85.3% | 84.4% |
| May-89 | 84.7% | 84.7% | 84.7% | 84.7% | 83.7% |
| Jun-89 | 84.4% | 84.4% | 84.4% | 84.4% | 83.6% |
| Jul-89 | 83.4% | 83.4% | 83.4% | 83.4% | 82.6% |
| Aug-89 | 83.6% | 83.6% | 83.6% | 83.6% | 83.3% |
| Sep-89 | 83.3% | 83.3% | 83.3% | 83.3% | 82.8% |
| Oct-89 | 82.8% | 82.8% | 82.8% | 82.8% | 82.6% |
| Nov-89 | 83.0% | 83.0% | 83.0% | 83.0% | 82.7% |
| Dec-89 | 83.2% | 83.2% | 83.2% | 83.2% | 83.1% |
| Jan-90 | 82.7% | 82.7% | 82.7% | 82.7% | 82.4% |
| Feb-90 | 83.0% | 83.0% | 83.0% | 83.0% | 83.0% |
| Mar-90 | 83.3% | 83.3% | 83.3% | 83.3% | 83.2% |
| Apr-90 | 82.7% | 82.7% | 82.7% | 82.7% | 82.9% |
| May-90 | 82.9% | 82.9% | 82.9% | 82.9% | 82.9% |
| Jun-90 | 82.7% | 82.7% | 82.7% | 82.7% | 83.0% |
| Jul-90 | 82.6% | 82.6% | 82.6% | 82.6% | 82.7% |
| Aug-90 | 82.6% | 82.6% | 82.6% | 82.6% | 82.8% |
| Sep-90 | 82.6% | 82.6% | 82.6% | 82.6% | 82.8% |
| Oct-90 | 82.0% | 82.0% | 82.0% | 82.0% | 82.1% |
| Nov-90 | 80.8% | 80.8% | 80.8% | 80.8% | 80.9% |
| Dec-90 | 80.2% | 80.2% | 80.2% | 80.2% | 80.2% |
| Jan-91 | 79.6% | 79.6% | 79.6% | 79.6% | 79.7% |
| Feb-91 | 78.9% | 78.9% | 78.9% | 78.9% | 79.0% |
| Mar-91 | 78.1% | 78.1% | 78.1% | 78.1% | 78.5% |

*Confidential*

## Figure 20a: Industrial Capacity Utilization - Total Industry Index

| | December 5, 2000 Release | December 15, 2000 Release | January 17, 2001 Release | February 16, 2001 Release | Current Series |
|---|---|---|---|---|---|
| | [1] | [2] | [3] | [4] | [5] |
| Apr-91 | 78.2% | 78.2% | 78.2% | 78.2% | 78.6% |
| May-91 | 78.7% | 78.7% | 78.7% | 78.7% | 79.3% |
| Jun-91 | 79.6% | 79.6% | 79.6% | 79.6% | 79.9% |
| Jul-91 | 79.5% | 79.5% | 79.5% | 79.5% | 79.8% |
| Aug-91 | 79.5% | 79.5% | 79.5% | 79.5% | 79.8% |
| Sep-91 | 80.2% | 80.2% | 80.2% | 80.2% | 80.4% |
| Oct-91 | 80.0% | 80.0% | 80.0% | 80.0% | 80.1% |
| Nov-91 | 79.8% | 79.8% | 79.8% | 79.8% | 79.9% |
| Dec-91 | 79.2% | 79.2% | 79.2% | 79.2% | 79.5% |
| Jan-92 | 79.1% | 79.1% | 79.1% | 79.1% | 79.0% |
| Feb-92 | 79.4% | 79.4% | 79.4% | 79.4% | 79.4% |
| Mar-92 | 79.9% | 79.9% | 79.9% | 79.9% | 79.9% |
| Apr-92 | 80.4% | 80.4% | 80.4% | 80.4% | 80.3% |
| May-92 | 80.4% | 80.4% | 80.4% | 80.4% | 80.4% |
| Jun-92 | 80.1% | 80.1% | 80.1% | 80.1% | 80.3% |
| Jul-92 | 80.5% | 80.5% | 80.5% | 80.5% | 80.8% |
| Aug-92 | 80.2% | 80.2% | 80.2% | 80.2% | 80.3% |
| Sep-92 | 80.3% | 80.3% | 80.3% | 80.3% | 80.3% |
| Oct-92 | 80.8% | 80.8% | 80.8% | 80.8% | 80.8% |
| Nov-92 | 81.0% | 81.0% | 81.0% | 81.0% | 80.9% |
| Dec-92 | 80.9% | 80.9% | 80.9% | 80.9% | 80.8% |
| Jan-93 | 81.0% | 81.0% | 81.0% | 81.0% | 81.1% |
| Feb-93 | 81.3% | 81.3% | 81.3% | 81.3% | 81.3% |
| Mar-93 | 81.3% | 81.3% | 81.3% | 81.3% | 81.1% |
| Apr-93 | 81.4% | 81.4% | 81.4% | 81.4% | 81.3% |
| May-93 | 80.9% | 80.9% | 80.9% | 80.9% | 80.9% |
| Jun-93 | 80.9% | 80.9% | 80.9% | 80.9% | 81.0% |
| Jul-93 | 81.0% | 81.0% | 81.0% | 81.0% | 81.2% |
| Aug-93 | 80.7% | 80.7% | 80.7% | 80.7% | 81.1% |
| Sep-93 | 81.4% | 81.4% | 81.4% | 81.4% | 81.4% |
| Oct-93 | 81.5% | 81.5% | 81.5% | 81.5% | 81.8% |
| Nov-93 | 81.6% | 81.6% | 81.6% | 81.6% | 82.0% |
| Dec-93 | 82.1% | 82.1% | 82.1% | 82.1% | 82.3% |
| Jan-94 | 82.1% | 82.1% | 82.1% | 82.1% | 82.6% |
| Feb-94 | 82.1% | 82.1% | 82.1% | 82.1% | 82.4% |
| Mar-94 | 82.5% | 82.5% | 82.5% | 82.5% | 83.1% |
| Apr-94 | 82.7% | 82.7% | 82.7% | 82.7% | 83.3% |
| May-94 | 83.2% | 83.2% | 83.2% | 83.2% | 83.5% |
| Jun-94 | 83.3% | 83.3% | 83.3% | 83.3% | 83.8% |
| Jul-94 | 83.5% | 83.5% | 83.5% | 83.5% | 83.7% |
| Aug-94 | 83.5% | 83.5% | 83.5% | 83.5% | 83.8% |
| Sep-94 | 83.3% | 83.3% | 83.3% | 83.3% | 83.8% |
| Oct-94 | 83.5% | 83.5% | 83.5% | 83.5% | 84.2% |
| Nov-94 | 83.7% | 83.7% | 83.7% | 83.7% | 84.4% |
| Dec-94 | 84.3% | 84.3% | 84.3% | 84.3% | 85.1% |
| Jan-95 | 84.4% | 84.4% | 84.4% | 84.4% | 85.1% |
| Feb-95 | 84.0% | 84.0% | 84.0% | 84.0% | 84.8% |
| Mar-95 | 83.8% | 83.8% | 83.8% | 83.8% | 84.6% |
| Apr-95 | 83.3% | 83.3% | 83.3% | 83.3% | 84.1% |

Confidential

**Figure 20a: Industrial Capacity Utilization - Total Industry Index**

| | December 5, 2000 Release | December 15, 2000 Release | January 17, 2001 Release | February 16, 2001 Release | Current Series |
|---|---|---|---|---|---|
| | [1] | [2] | [3] | [4] | [5] |
| May-95 | 83.3% | 83.3% | 83.3% | 83.3% | 84.0% |
| Jun-95 | 83.2% | 83.2% | 83.2% | 83.2% | 83.9% |
| Jul-95 | 82.5% | 82.5% | 82.5% | 82.5% | 83.2% |
| Aug-95 | 83.3% | 83.3% | 83.3% | 83.3% | 84.0% |
| Sep-95 | 83.4% | 83.4% | 83.4% | 83.4% | 84.0% |
| Oct-95 | 82.8% | 82.8% | 82.8% | 82.8% | 83.5% |
| Nov-95 | 82.7% | 82.7% | 82.7% | 82.7% | 83.4% |
| Dec-95 | 82.4% | 82.4% | 82.4% | 82.4% | 83.3% |
| Jan-96 | 81.9% | 81.9% | 81.9% | 81.9% | 82.3% |
| Feb-96 | 82.4% | 82.4% | 82.4% | 82.4% | 83.2% |
| Mar-96 | 82.0% | 82.0% | 82.0% | 82.0% | 82.6% |
| Apr-96 | 82.5% | 82.5% | 82.5% | 82.5% | 83.0% |
| May-96 | 82.8% | 82.8% | 82.8% | 82.8% | 83.2% |
| Jun-96 | 83.1% | 83.1% | 83.1% | 83.1% | 83.6% |
| Jul-96 | 82.7% | 82.7% | 82.7% | 82.7% | 83.0% |
| Aug-96 | 82.8% | 82.8% | 82.8% | 82.8% | 83.2% |
| Sep-96 | 82.9% | 82.9% | 82.9% | 82.9% | 83.3% |
| Oct-96 | 82.5% | 82.5% | 82.5% | 82.5% | 83.0% |
| Nov-96 | 83.0% | 83.0% | 83.0% | 83.0% | 83.3% |
| Dec-96 | 83.0% | 83.0% | 83.0% | 83.0% | 83.5% |
| Jan-97 | 83.0% | 83.0% | 83.0% | 83.0% | 83.3% |
| Feb-97 | 83.5% | 83.5% | 83.5% | 83.5% | 83.8% |
| Mar-97 | 83.3% | 83.3% | 83.3% | 83.3% | 84.1% |
| Apr-97 | 83.4% | 83.4% | 83.4% | 83.4% | 83.6% |
| May-97 | 83.3% | 83.3% | 83.3% | 83.3% | 83.6% |
| Jun-97 | 83.3% | 83.3% | 83.3% | 83.3% | 83.5% |
| Jul-97 | 83.5% | 83.5% | 83.5% | 83.5% | 83.5% |
| Aug-97 | 83.8% | 83.8% | 83.8% | 83.8% | 84.0% |
| Sep-97 | 83.8% | 83.8% | 83.8% | 83.8% | 84.3% |
| Oct-97 | 83.9% | 83.9% | 83.9% | 83.9% | 84.4% |
| Nov-97 | 83.9% | 83.9% | 83.9% | 83.9% | 84.7% |
| Dec-97 | 83.7% | 83.7% | 83.7% | 83.7% | 84.5% |
| Jan-98 | 83.5% | 83.5% | 83.5% | 83.5% | 84.3% |
| Feb-98 | 83.1% | 83.1% | 83.1% | 83.1% | 83.9% |
| Mar-98 | 82.9% | 82.9% | 82.9% | 82.9% | 83.3% |
| Apr-98 | 82.8% | 82.8% | 82.8% | 82.8% | 83.2% |
| May-98 | 82.7% | 82.7% | 82.7% | 82.7% | 83.2% |
| Jun-98 | 81.6% | 81.6% | 81.6% | 81.6% | 82.3% |
| Jul-98 | 81.1% | 81.1% | 81.1% | 81.1% | 81.6% |
| Aug-98 | 82.4% | 82.4% | 82.4% | 82.4% | 82.9% |
| Sep-98 | 81.8% | 81.8% | 81.8% | 81.8% | 82.3% |
| Oct-98 | 81.8% | 81.8% | 81.8% | 81.8% | 82.5% |
| Nov-98 | 81.1% | 81.1% | 81.1% | 81.1% | 82.0% |
| Dec-98 | 80.8% | 80.8% | 80.8% | 80.8% | 81.9% |
| Jan-99 | 81.0% | 81.0% | 81.0% | 81.0% | 82.1% |
| Feb-99 | 80.9% | 80.9% | 80.9% | 80.9% | 82.1% |
| Mar-99 | 81.1% | 81.1% | 81.1% | 81.1% | 81.9% |
| Apr-99 | 80.9% | 80.9% | 80.9% | 80.9% | 81.8% |
| May-99 | 81.2% | 81.2% | 81.2% | 81.2% | 82.1% |

*Confidential*

**Figure 20a: Industrial Capacity Utilization - Total Industry Index**

|  | December 5, 2000 Release | December 15, 2000 Release | January 17, 2001 Release | February 16, 2001 Release | Current Series |
|---|---|---|---|---|---|
|  | [1] | [2] | [3] | [4] | [5] |
| Jun-99 | 81.0% | 81.0% | 81.0% | 81.0% | 81.6% |
| Jul-99 | 81.3% | 81.3% | 81.3% | 81.3% | 81.8% |
| Aug-99 | 81.4% | 81.4% | 81.4% | 81.4% | 81.9% |
| Sep-99 | 81.2% | 81.2% | 81.2% | 81.2% | 81.3% |
| Oct-99 | 81.5% | 81.5% | 81.5% | 81.5% | 82.0% |
| Nov-99 | 81.5% | 81.5% | 81.5% | 81.5% | 82.2% |
| Dec-99 | 81.7% | 81.7% | 81.7% | 81.7% | 82.6% |
| Jan-00 | 81.9% | 81.9% | 81.9% | 81.9% | 82.3% |
| Feb-00 | 82.0% | 82.0% | 82.0% | 82.0% | 82.3% |
| Mar-00 | 82.2% | 82.2% | 82.2% | 82.2% | 82.3% |
| Apr-00 | 82.5% | 82.5% | 82.5% | 82.5% | 82.6% |
| May-00 | 82.7% | 82.7% | 82.7% | 82.7% | 82.5% |
| Jun-00 | 82.7% | 82.7% | 82.7% | 82.7% | 82.3% |
| Jul-00 | 82.3% | 82.3% | 82.3% | 82.3% | 81.8% |
| Aug-00 | 82.5% | 82.6% | 82.6% | 82.6% | 81.3% |
| Sep-00 | 82.4% | 82.5% | 82.4% | 82.4% | 81.4% |
| Oct-00 | 82.0% | 82.1% | 81.9% | 82.0% | 80.8% |
| Nov-00 |  | 81.6% | 81.4% | 81.4% | 80.5% |
| Dec-00 |  |  | 80.6% | 80.7% | 79.9% |
| Jan-01 |  |  |  | 80.2% | 79.2% |

Sources:

[1]    http://federalreserve.gov/releases/g17/Revisions/20001205/table1.txt (accessed on May 22, 2007).

[2]    http://federalreserve.gov/releases/g17/20001215/table5a.txt (accessed on May 22, 2007).

[3]    http://federalreserve.gov/releases/g17/20010117/table5a.txt (accessed on May 22, 2007).

[4]    http://federalreserve.gov/releases/g17/20010216/table11.txt (accessed on May 22, 2007).

[5]    http://www.federalreserve.gov/datadownload/Build.aspx?rel=G17 (Series B50001, accessed on May 23, 2007).

**Figure 20b: Industrial Capacity Utilization - Computers, Communications Equipment, and Semiconductors**

|  | November 15, 2000 Release | December 15, 2000 Release | January 17, 2001 Release | February 16, 2001 Release | Current Series |
|---|---|---|---|---|---|
|  | [1] | [2] | [3] | [4] | [5] |
| May-00 | 88.3% |  |  |  | 92.5% |
| Jun-00 | 88.5% | 88.9% |  |  | 91.5% |
| Jul-00 | 90.1% | 90.0% | 90.0% |  | 91.2% |
| Aug-00 | 90.2% | 89.3% | 89.3% |  | 89.7% |
| Sep-00 | 90.2% | 88.2% | 88.1% |  | 88.5% |
| Oct-00 | 90.5% | 86.6% | 86.4% | 86.8% | 86.8% |
| Nov-00 |  | 84.8% | 85.3% | 85.5% | 86.0% |
| Dec-00 |  |  | 83.3% | 84.6% | 85.3% |
| Jan-01 |  |  |  | 84.1% | 83.3% |

Sources:
[1]     http://federalreserve.gov/releases/g17/20001115/g17.pdf (Table 3, accessed on May 22, 2007).
[2]     http://federalreserve.gov/releases/g17/20001215/g17.pdf (Table 3, accessed on May 22, 2007).
[3]     http://federalreserve.gov/releases/g17/20010117/g17.pdf (Table 3, accessed on May 22, 2007).
[4]     http://federalreserve.gov/releases/g17/20010216/g17.pdf (Table 6, accessed on May 22, 2007).
[5]     http://www.federalreserve.gov/datadownload/Build.aspx?rel=G17 (Series HITEK2, accessed on May 23, 2007).

Notes:
[1]-[4]     SIC codes 357, 366, and 3672-9 within this composite are inferred from pairings of SIC codes with industry type within the releases.
[5]     This composite comprises NAICS codes 3341, 3342, and 334412-9.
        Data from 1992 through October 2000 was revised on December 5, 2000 (See http://federalreserve.gov/releases/g17/Revisions/20001205/ for details), although the revision to the computers, communications equipment, and semiconductors monthly series was not published at the time.

**Figure 21: New U.S. Orders of Goods, Seasonally Adjusted**



Notes:
The Manufacturers' Shipments, Inventories, and Orders (M3) survey provides broad-based, monthly statistical data on economic conditions in the domestic manufacturing sector. The survey measures current industrial activity and provides an indication of future business trends. Data are used by the Executive Branch of the Government for developing economic, fiscal, and monetary policy; the Bureau of Economic Analysis as components of the gross domestic product estimates; and trade associations, corporate economists, and other members of the business community as an analytical tool for assessing the current and future economic condition of the country.  Data are released with roughly a one month lag. October 2000 data (advance release 11/28/00, final release 12/5/00) was the latest data available prior to Oracle's 12/14/00 press release (from US Census Bureau website: http://www.census.gov/indicator/www/m3/m3desc.pdf).
The M3 survey was revised in early 2001, transitioning from SIC to a NAICS-based industry classification system which reconstituted certain series. More information is available at http://www.census.gov/indicator/www/m3/naics/naics.htm. The NAICS series "Electronic Computer Manufacturing," represents a subset of the industries within the SIC category "Computer and Office Equipment." Details on the recomposition of categories can be found in http://www.census.gov/indicator/www/m3/naics/origination.pdf and http://www.census.gov/indicator/www/m3/naics/dispersement.pdf.

Sources:  US Census Bureau website: http://www.census.gov/indicator/www/m3/hist/nop.xls (Series: AMDMNO, A35HNO) and http://www.census.gov/indicator/www/m3/hist/naicsnop.xls (Series: AMDMNO, A34ANO).
Release schedules from http://www.census.gov/indicator/www/m3/reldate2.htm and http://www.census.gov/indicator/www/m3/PriorReleaseDates/2001.pdf.  Websites accessed May 22 and 23, 2007.

*Confidential*

**Figure 21a: New Orders for US Durable Goods, Seasonally Adjusted ($ Billions)**

| | December 5, 2000 Release | December 22, 2000 Release | January 4, 2001 Release | January 26, 2001 Release | February 2, 2001 Release | February 27, 2001 Release | Current Series (SIC) | Current Series (NAICS) |
|---|---|---|---|---|---|---|---|---|
| | [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] |
| Aug-00 | $215.9 | | | | | | $215.9 | $189.8 |
| Sep-00 | $220.7 | $220.7 | $220.7 | | | | $220.7 | $198.4 |
| Oct-00 | $208.3 | $206.2 | $206.1 | $206.1 | $206.1 | | $206.1 | $185.6 |
| Nov-00 | | $210.9 | $211.3 | $209.7 | $212.4 | $212.4 | $212.4 | $189.6 |
| Dec-00 | | | | $214.3 | $216.9 | $214.9 | $215.3 | $188.3 |
| Jan-01 | | | | | | $202.0 | $199.6 | $179.3 |

Sources:
[1]     http://www.census.gov/indicator/www/m3/PastPressReleases/Prel/2000/oct00prel.pdf (Table 2, accessed on May 22, 2007).
[2]     http://www.census.gov/indicator/www/m3/PastPressReleases/adv/2000/nov00adv.pdf (Table 1, accessed on May 22, 2007).
[3]     http://www.census.gov/indicator/www/m3/PastPressReleases/Prel/2000/nov00prel.pdf (Table 2, accessed on May 22, 2007).
[4]     http://www.census.gov/indicator/www/m3/PastPressReleases/adv/2000/dec00adv.pdf (Table 1, accessed on May 22, 2007).
[5]     http://www.census.gov/indicator/www/m3/PastPressReleases/Prel/2000/dec00prel.pdf (Table 2, accessed on May 22, 2007).
[6]     http://www.census.gov/indicator/www/m3/PastPressReleases/adv/2001/jan01adv.pdf (Table 1, accessed on May 22, 2007).
[7]     http://www.census.gov/indicator/www/m3/hist/nop.xls (Series AMDMNO, accessed on May 23, 2007).
[8]     http://www.census.gov/indicator/www/m3/hist/naicsnop.xls (Series AMDMNO, accessed on May 23, 2007).

**Figure 21b: New Orders for US Computer and Office Equipment, Seasonally Adjusted ($ Billions)**

| | December 5, 2000 Release | January 4, 2001 Release | February 2, 2001 Release | Current Series (SIC: Computer and Office Equipment) | Current Series (NAICS: Electronic Computer Manufacturing) |
|---|---|---|---|---|---|
| | [1] | [2] | [3] | [4] | [5] |
| Aug-00 | $15.7 | | | $15.7 | $6.7 |
| Sep-00 | $14.5 | $14.5 | | $14.5 | $4.7 |
| Oct-00 | $15.7 | $15.6 | $15.6 | $15.6 | $5.7 |
| Nov-00 | | $15.4 | $15.5 | $15.5 | $6.1 |
| Dec-00 | | | $14.0 | $14.0 | $4.9 |

Sources:

[1] http://www.census.gov/indicator/www/m3/PastPressReleases/Prel/2000/oct00prel.pdf (Table 2, accessed on May 22, 2007).

[2] http://www.census.gov/indicator/www/m3/PastPressReleases/Prel/2000/nov00prel.pdf (Table 2, accessed on May 22, 2007).

[3] http://www.census.gov/indicator/www/m3/PastPressReleases/Prel/2000/dec00prel.pdf (Table 2, accessed on May 22, 2007).

[4] http://www.census.gov/indicator/www/m3/hist/nop.xls (Series A35HNO, accessed on May 23, 2007).

[5] http://www.census.gov/indicator/www/m3/hist/naicsnop.xls (Series A34ANO, accessed on May 23, 2007).

Notes:

[5] The NAICS series plotted is "Electronic Computer Manufacturing," which comprises a subset of the industries within the SIC category "Computer and Office Equipment." Details on the recomposition of categories can be found in http://www.census.gov/indicator/www/m3/naics/origination.pdf and http://www.census.gov/indicator/www/m3/naics/dispersement.pdf.

**Figure 22: U.S. Shipments of Goods, Seasonally Adjusted**



Notes:

The Manufacturers' Shipments, Inventories, and Orders (M3) survey provides broad-based, monthly statistical data on economic conditions in the domestic manufacturing sector. The survey measures current industrial activity and provides an indication of future business trends. Data are used by the Executive Branch of the Government for developing economic, fiscal, and monetary policy; the Bureau of Economic Analysis as components of the gross domestic product estimates; and  trade associations, corporate economists, and other members of the business community as an analytical tool for assessing the current and future economic condition of the country.  Data are released with roughly a one month lag. October 2000 data (advance release 11/28/00, final release 12/5/00) was the latest data available prior to Oracle's 12/14/00 conference call.

The M3 survey was revised in early 2001, transitioning from SIC to a NAICS-based industry classification system which caused the levels of the series to shift. More information is available at http://www.census.gov/indicator/www/m3/naics/naics.htm. The NAICS series "Electronic Computer Manufacturing," "Computer Storage Device Manufacturing," and "Other Computer Peripheral Equipment Manufacturing" (codes 34A, B, and C respectively) are a subset of "Computer and Office Equipment," and collectively represented about 96.8% of the latter series at the time of recomposition. Details on the recomposition of categories can be found at http://www.census.gov/indicator/www/m3/naics/origination.pdf and http://www.census.gov/indicator/www/m3/naics/dispersement.pdf.

Sources:  US Census Bureau website: http://www.census.gov/indicator/www/m3/hist/vsp.xls (Series: AMDMVS, A35HVS), http://www.census.gov/indicator/www/m3/hist/naicsvsp.xls (Series: AMDMVS, A34AVS, A34BVS, A34CVS), http://www.census.gov/indicator/www/m3/reldate2.htm, and http://www.census.gov/indicator/www/m3/PriorReleaseDates/2001.pdf. All websites accessed May 22 and 23, 2007.

**Figure 22a: Shipments for U.S. Durable Goods, Seasonally Adjusted ($ Billions)**

| | December 5, 2000 Release | December 22, 2000 Release | January 4, 2001 Release | January 26, 2001 Release | February 22, 2001 Release | February 27, 2001 Release | Current Series (SIC) | Current Series (NAICS) |
|---|---|---|---|---|---|---|---|---|
| | [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] |
| Aug-00 | $214.0 | | | | | | $214.0 | $195.5 |
| Sep-00 | $214.2 | $214.2 | $214.2 | | | | $214.2 | $200.5 |
| Oct-00 | $211.7 | $210.0 | $209.8 | $209.8 | $209.8 | | $209.8 | $195.5 |
| Nov-00 | | $207.3 | $207.9 | $207.6 | $207.7 | $207.7 | $207.7 | $193.0 |
| Dec-00 | | | | $206.5 | $207.3 | $206.4 | $206.6 | $195.1 |
| Jan-01 | | | | | | $203.0 | $201.5 | $189.3 |

Sources:

[1]  http://www.census.gov/indicator/www/m3/PastPressReleases/Prel/2000/oct00prel.pdf (Table 1, accessed on May 22, 2007).
[2]  http://www.census.gov/indicator/www/m3/PastPressReleases/adv/2000/nov00adv.pdf (Table 1, accessed on May 22, 2007).
[3]  http://www.census.gov/indicator/www/m3/PastPressReleases/Prel/2000/nov00prel.pdf (Table 1, accessed on May 22, 2007).
[4]  http://www.census.gov/indicator/www/m3/PastPressReleases/adv/2000/dec00adv.pdf (Table 1, accessed on May 22, 2007).
[5]  http://www.census.gov/indicator/www/m3/PastPressReleases/Prel/2000/dec00prel.pdf (Table 1, accessed on May 22, 2007).
[6]  http://www.census.gov/indicator/www/m3/PastPressReleases/adv/2001/jan01adv.pdf (Table 1, accessed on May 22, 2007).
[7]  http://www.census.gov/indicator/www/m3/hist/vsp.xls (Series AMDMVS, accessed on May 23, 2007).
[8]  http://www.census.gov/indicator/www/m3/hist/naicsvsp.xls (Series AMDMVS, accessed on May 23, 2007).

**Figure 22b: Shipments for U.S. Computer and Office Equipment, Seasonally Adjusted ($ Billions)**

|  | December 5, 2000 Release | January 4, 2001 Release | February 22, 2001 Release | Current Series (SIC) | Current Series (NAICS) |
|---|---|---|---|---|---|
|  | [1] | [2] | [3] | [4] | [5] |
| Aug-00 | $14.6 |  |  | $14.6 | $9.3 |
| Sep-00 | $14.9 | $14.9 |  | $14.9 | $9.4 |
| Oct-00 | $15.4 | $15.1 | $15.1 | $15.1 | $9.2 |
| Nov-00 |  | $14.7 | $14.9 | $14.9 | $9.1 |
| Dec-00 |  |  | $14.7 | $14.7 | $9.2 |

Sources:

[1]   http://www.census.gov/indicator/www/m3/PastPressReleases/Prel/2000/oct00prel.pdf (Table 1, accessed on May 22, 2007).

[2]   http://www.census.gov/indicator/www/m3/PastPressReleases/Prel/2000/nov00prel.pdf (Table 1, accessed on May 22, 2007).

[3]   http://www.census.gov/indicator/www/m3/PastPressReleases/Prel/2000/dec00prel.pdf (Table 1, accessed on May 22, 2007).

[4]   http://www.census.gov/indicator/www/m3/hist/vsp.xls (Series A35HVS, accessed on May 23, 2007).

[5]   http://www.census.gov/indicator/www/m3/hist/naicsvsp.xls (Sum of Series A34AVS, A34BVS, and A34CVS, accessed on May 23, 2007).

Notes:

[5]   The NAICS series plotted is the sum of shipments from the industries "Electronic and Computer Products," "Computer Storage Device Products," and "Other Computer Peripheral Equipment" (codes 34A, B, and C). Each of these three categories represent industries within "Computer and Office Equipment," and their union represented about 96.8% of the amount originally within "Computer and Office Equipment" at the time of recomposition. Details on the recomposition of categories can be found in http://www.census.gov/indicator/www/m3/naics/origination.pdf and http://www.census.gov/indicator/www/m3/naics/dispersement.pdf.

*Confidential*

**Figure 23: Current Industrial Production**



Notes: The most current series is re-indexed to match the index value on the NBER series as of September 2001. The levels do not otherwise match, as different base years are used. Data is monthly.

Sources: National Bureau of Economic Research website: http://www.nber.org/cycles/november2001/hall.xlw. Federal Reserve website: http://www.federalreserve.gov/releases/G17/ipdisk/ip_sa.txt (Series B50001), http://www.federalreserve.gov/releases/G17/g17rev.pdf, and http://federalreserve.gov/releases/g17/20010216/g17.pdf. All accessed May 22 and 23, 2007.

*Confidential*

**Figure 23a: Index of Industrial Production - Total Industry, Seasonally Adjusted**

| | December 5, 2000 Release | December 15, 2000 Release | January 17, 2001 Release | February 16, 2001 Release | Used in NBER November 26, 2001 Report | Re-scaled Current Series | Current Series |
|---|---|---|---|---|---|---|---|
| | [1] | [2] | [3] | [4] | [5] | [6] | [7] |
| Jan-88 | 95.9 | 95.9 | 95.9 | | 95.9 | 94.4 | 66.5 |
| Feb-88 | 96.2 | 96.2 | 96.2 | | 96.2 | 94.7 | 66.7 |
| Mar-88 | 96.3 | 96.3 | 96.3 | | 96.3 | 95.0 | 66.9 |
| Apr-88 | 96.8 | 96.8 | 96.8 | | 96.8 | 95.5 | 67.2 |
| May-88 | 96.9 | 96.9 | 96.9 | | 96.9 | 95.4 | 67.2 |
| Jun-88 | 97.0 | 97.0 | 97.0 | | 97.0 | 95.6 | 67.3 |
| Jul-88 | 97.6 | 97.6 | 97.6 | | 97.6 | 95.8 | 67.4 |
| Aug-88 | 98.1 | 98.1 | 98.1 | | 98.1 | 96.2 | 67.8 |
| Sep-88 | 97.8 | 97.8 | 97.8 | | 97.8 | 96.0 | 67.6 |
| Oct-88 | 98.0 | 98.0 | 98.0 | | 98.0 | 96.5 | 68.0 |
| Nov-88 | 98.8 | 98.8 | 98.8 | | 98.8 | 96.7 | 68.1 |
| Dec-88 | 99.3 | 99.3 | 99.3 | | 99.3 | 97.1 | 68.4 |
| Jan-89 | 99.8 | 99.8 | 99.8 | | 99.8 | 97.4 | 68.6 |
| Feb-89 | 99.0 | 99.0 | 99.0 | | 99.0 | 96.9 | 68.2 |
| Mar-89 | 100.0 | 100.0 | 100.0 | | 100.0 | 97.2 | 68.4 |
| Apr-89 | 100.2 | 100.2 | 100.2 | | 100.2 | 97.2 | 68.4 |
| May-89 | 99.6 | 99.6 | 99.6 | | 99.6 | 96.5 | 68.0 |
| Jun-89 | 99.4 | 99.4 | 99.4 | | 99.4 | 96.5 | 68.0 |
| Jul-89 | 98.4 | 98.4 | 98.4 | | 98.4 | 95.6 | 67.3 |
| Aug-89 | 98.8 | 98.8 | 98.8 | | 98.8 | 96.5 | 68.0 |
| Sep-89 | 98.6 | 98.6 | 98.6 | | 98.6 | 96.3 | 67.8 |
| Oct-89 | 98.2 | 98.2 | 98.2 | | 98.2 | 96.1 | 67.7 |
| Nov-89 | 98.6 | 98.6 | 98.6 | | 98.6 | 96.4 | 67.9 |
| Dec-89 | 99.0 | 99.0 | 99.0 | | 99.0 | 97.1 | 68.4 |
| Jan-90 | 98.6 | 98.6 | 98.6 | | 98.6 | 96.6 | 68.0 |
| Feb-90 | 99.1 | 99.1 | 99.1 | | 99.1 | 97.4 | 68.6 |
| Mar-90 | 99.6 | 99.6 | 99.6 | | 99.6 | 97.9 | 68.9 |
| Apr-90 | 99.0 | 99.0 | 99.0 | | 99.0 | 97.7 | 68.8 |
| May-90 | 99.4 | 99.4 | 99.4 | | 99.4 | 97.9 | 68.9 |
| Jun-90 | 99.3 | 99.3 | 99.3 | | 99.3 | 98.2 | 69.1 |
| Jul-90 | 99.3 | 99.3 | 99.3 | | 99.3 | 98.0 | 69.0 |
| Aug-90 | 99.5 | 99.5 | 99.5 | | 99.5 | 98.3 | 69.2 |
| Sep-90 | 99.6 | 99.6 | 99.6 | | 99.6 | 98.5 | 69.4 |
| Oct-90 | 99.1 | 99.1 | 99.1 | | 99.1 | 97.8 | 68.9 |
| Nov-90 | 97.7 | 97.7 | 97.7 | | 97.7 | 96.6 | 68.1 |
| Dec-90 | 97.2 | 97.2 | 97.2 | | 97.2 | 96.0 | 67.6 |
| Jan-91 | 96.7 | 96.7 | 96.7 | | 96.7 | 95.5 | 67.2 |
| Feb-91 | 95.9 | 95.9 | 95.9 | | 95.9 | 94.8 | 66.8 |
| Mar-91 | 95.0 | 95.0 | 95.0 | | 95.0 | 94.4 | 66.5 |
| Apr-91 | 95.4 | 95.4 | 95.4 | | 95.4 | 94.6 | 66.6 |
| May-91 | 96.1 | 96.1 | 96.1 | | 96.1 | 95.6 | 67.3 |
| Jun-91 | 97.2 | 97.2 | 97.2 | | 97.2 | 96.5 | 68.0 |
| Jul-91 | 97.3 | 97.3 | 97.3 | | 97.3 | 96.5 | 68.0 |
| Aug-91 | 97.4 | 97.4 | 97.4 | | 97.4 | 96.7 | 68.1 |
| Sep-91 | 98.4 | 98.4 | 98.4 | | 98.4 | 97.5 | 68.7 |
| Oct-91 | 98.3 | 98.3 | 98.3 | | 98.3 | 97.3 | 68.5 |
| Nov-91 | 98.1 | 98.1 | 98.1 | | 98.1 | 97.2 | 68.4 |
| Dec-91 | 97.5 | 97.5 | 97.5 | | 97.5 | 96.9 | 68.2 |
| Jan-92 | 97.6 | 97.6 | 97.6 | | 97.6 | 96.4 | 67.9 |
| Feb-92 | 98.1 | 98.1 | 98.1 | | 98.1 | 97.0 | 68.3 |
| Mar-92 | 99.0 | 99.0 | 99.0 | | 99.0 | 97.8 | 68.8 |
| Apr-92 | 99.7 | 99.7 | 99.7 | | 99.7 | 98.5 | 69.3 |
| May-92 | 100.0 | 100.0 | 100.0 | | 100.0 | 98.8 | 69.6 |
| Jun-92 | 99.7 | 99.7 | 99.7 | | 99.7 | 98.9 | 69.6 |
| Jul-92 | 100.4 | 100.4 | 100.4 | | 100.4 | 99.7 | 70.2 |
| Aug-92 | 100.2 | 100.2 | 100.2 | | 100.2 | 99.2 | 69.9 |
| Sep-92 | 100.5 | 100.5 | 100.5 | | 100.5 | 99.5 | 70.0 |
| Oct-92 | 101.3 | 101.3 | 101.3 | | 101.3 | 100.2 | 70.5 |
| Nov-92 | 101.8 | 101.8 | 101.8 | | 101.8 | 100.6 | 70.8 |
| Dec-92 | 101.8 | 101.8 | 101.8 | | 101.8 | 100.6 | 70.9 |
| Jan-93 | 102.2 | 102.2 | 102.2 | | 102.2 | 101.2 | 71.2 |
| Feb-93 | 102.7 | 102.7 | 102.7 | | 102.7 | 101.5 | 71.5 |
| Mar-93 | 102.9 | 102.9 | 102.9 | | 102.9 | 101.5 | 71.5 |
| Apr-93 | 103.2 | 103.2 | 103.2 | | 103.2 | 101.8 | 71.7 |
| May-93 | 102.7 | 102.7 | 102.7 | | 102.7 | 101.4 | 71.4 |
| Jun-93 | 102.9 | 102.9 | 102.9 | | 102.9 | 101.7 | 71.6 |
| Jul-93 | 103.2 | 103.2 | 103.2 | | 103.2 | 102.1 | 71.9 |
| Aug-93 | 103.0 | 103.0 | 103.0 | | 103.0 | 102.1 | 71.9 |
| Sep-93 | 104.1 | 104.1 | 104.1 | | 104.1 | 102.6 | 72.3 |
| Oct-93 | 104.4 | 104.4 | 104.4 | | 104.4 | 103.4 | 72.8 |

**Figure 23a: Index of Industrial Production - Total Industry, Seasonally Adjusted**

| | December 5, 2000 Release | December 15, 2000 Release | January 17, 2001 Release | February 16, 2001 Release | Used in NBER November 26, 2001 Report | Re-scaled Current Series | Current Series |
|---|---|---|---|---|---|---|---|
| | [1] | [2] | [3] | [4] | [5] | [6] | [7] |
| Nov-93 | 104.9 | 104.9 | 104.9 | | 104.9 | 103.8 | 73.1 |
| Dec-93 | 105.7 | 105.7 | 105.7 | | 105.7 | 104.4 | 73.5 |
| Jan-94 | 105.9 | 105.9 | 105.9 | | 105.9 | 104.9 | 73.9 |
| Feb-94 | 106.2 | 106.2 | 106.2 | | 106.2 | 104.9 | 73.9 |
| Mar-94 | 107.1 | 107.1 | 107.1 | | 107.1 | 106.0 | 74.7 |
| Apr-94 | 107.6 | 107.6 | 107.6 | | 107.6 | 106.5 | 75.0 |
| May-94 | 108.5 | 108.5 | 108.5 | | 108.5 | 107.1 | 75.4 |
| Jun-94 | 109.0 | 109.0 | 109.0 | | 109.0 | 107.8 | 75.9 |
| Jul-94 | 109.6 | 109.6 | 109.6 | | 109.6 | 108.0 | 76.1 |
| Aug-94 | 110.0 | 110.0 | 110.0 | | 110.0 | 108.6 | 76.4 |
| Sep-94 | 110.2 | 110.2 | 110.2 | | 110.2 | 108.8 | 76.6 |
| Oct-94 | 110.7 | 110.7 | 110.7 | | 110.7 | 109.8 | 77.3 |
| Nov-94 | 111.5 | 111.5 | 111.5 | | 111.5 | 110.5 | 77.8 |
| Dec-94 | 112.6 | 112.6 | 112.6 | | 112.6 | 111.7 | 78.7 |
| Jan-95 | 113.3 | 113.3 | 113.3 | | 113.3 | 112.2 | 79.0 |
| Feb-95 | 113.2 | 113.2 | 113.2 | | 113.2 | 112.3 | 79.0 |
| Mar-95 | 113.4 | 113.4 | 113.4 | | 113.4 | 112.4 | 79.2 |
| Apr-95 | 113.1 | 113.1 | 113.1 | | 113.1 | 112.3 | 79.1 |
| May-95 | 113.6 | 113.6 | 113.6 | | 113.6 | 112.5 | 79.2 |
| Jun-95 | 114.0 | 114.0 | 114.0 | | 114.0 | 112.9 | 79.5 |
| Jul-95 | 113.6 | 113.6 | 113.6 | | 113.6 | 112.4 | 79.2 |
| Aug-95 | 115.1 | 115.1 | 115.1 | | 115.1 | 114.0 | 80.2 |
| Sep-95 | 115.7 | 115.7 | 115.7 | | 115.8 | 114.5 | 80.6 |
| Oct-95 | 115.3 | 115.3 | 115.3 | | 115.3 | 114.2 | 80.4 |
| Nov-95 | 115.7 | 115.7 | 115.7 | | 115.7 | 114.6 | 80.7 |
| Dec-95 | 115.9 | 115.9 | 115.9 | | 115.9 | 115.0 | 81.0 |
| Jan-96 | 115.6 | 115.6 | 115.6 | | 115.6 | 114.1 | 80.3 |
| Feb-96 | 116.9 | 116.9 | 116.9 | | 116.9 | 115.8 | 81.6 |
| Mar-96 | 116.8 | 116.8 | 116.8 | | 116.8 | 115.6 | 81.4 |
| Apr-96 | 118.1 | 118.1 | 118.1 | | 118.1 | 116.7 | 82.1 |
| May-96 | 119.0 | 119.0 | 119.0 | | 119.0 | 117.4 | 82.7 |
| Jun-96 | 120.0 | 120.0 | 120.0 | | 120.0 | 118.5 | 83.4 |
| Jul-96 | 119.9 | 119.9 | 119.9 | | 119.9 | 118.3 | 83.3 |
| Aug-96 | 120.6 | 120.6 | 120.6 | | 120.6 | 119.1 | 83.8 |
| Sep-96 | 121.2 | 121.2 | 121.2 | | 121.2 | 119.7 | 84.3 |
| Oct-96 | 121.2 | 121.2 | 121.2 | | 121.2 | 119.8 | 84.3 |
| Nov-96 | 122.4 | 122.4 | 122.4 | | 122.4 | 120.9 | 85.1 |
| Dec-96 | 122.9 | 122.9 | 122.9 | | 122.9 | 121.7 | 85.7 |
| Jan-97 | 123.5 | 123.5 | 123.5 | | 123.5 | 121.9 | 85.9 |
| Feb-97 | 124.8 | 124.8 | 124.8 | | 124.8 | 123.4 | 86.9 |
| Mar-97 | 125.0 | 125.0 | 125.0 | | 125.0 | 124.3 | 87.6 |
| Apr-97 | 125.8 | 125.8 | 125.8 | | 125.8 | 124.2 | 87.5 |
| May-97 | 126.2 | 126.2 | 126.2 | | 126.2 | 124.9 | 88.0 |
| Jun-97 | 126.9 | 126.9 | 126.9 | | 126.9 | 125.5 | 88.4 |
| Jul-97 | 127.7 | 127.7 | 127.7 | | 127.7 | 126.1 | 88.8 |
| Aug-97 | 128.8 | 128.8 | 128.8 | | 128.8 | 127.7 | 89.9 |
| Sep-97 | 129.5 | 129.5 | 129.5 | | 129.5 | 128.9 | 90.8 |
| Oct-97 | 130.3 | 130.3 | 130.3 | | 130.3 | 130.0 | 91.5 |
| Nov-97 | 131.1 | 131.1 | 131.1 | | 131.1 | 131.3 | 92.4 |
| Dec-97 | 131.5 | 131.5 | 131.5 | | 131.5 | 131.8 | 92.8 |
| Jan-98 | 132.0 | 132.0 | 132.0 | | 132.0 | 132.4 | 93.3 |
| Feb-98 | 132.0 | 132.0 | 132.0 | | 132.0 | 132.5 | 93.3 |
| Mar-98 | 132.4 | 132.4 | 132.4 | | 132.5 | 132.6 | 93.4 |
| Apr-98 | 133.1 | 133.1 | 133.1 | | 133.1 | 133.2 | 93.8 |
| May-98 | 133.6 | 133.6 | 133.6 | | 133.6 | 134.1 | 94.4 |
| Jun-98 | 132.7 | 132.7 | 132.7 | | 132.7 | 133.5 | 94.0 |
| Jul-98 | 132.5 | 132.5 | 132.5 | | 132.5 | 133.0 | 93.7 |
| Aug-98 | 135.3 | 135.3 | 135.3 | | 135.3 | 135.9 | 95.7 |
| Sep-98 | 134.9 | 134.9 | 134.9 | | 134.9 | 135.6 | 95.5 |
| Oct-98 | 135.5 | 135.5 | 135.5 | | 135.5 | 136.5 | 96.1 |
| Nov-98 | 135.0 | 135.0 | 135.0 | | 135.0 | 136.4 | 96.1 |
| Dec-98 | 135.1 | 135.1 | 135.1 | | 135.1 | 136.9 | 96.4 |
| Jan-99 | 135.9 | 135.9 | 135.9 | 135.9 | 135.9 | 137.7 | 96.9 |
| Feb-99 | 136.3 | 136.3 | 136.3 | 136.3 | 136.3 | 138.4 | 97.5 |
| Mar-99 | 137.3 | 137.3 | 137.3 | 137.3 | 137.3 | 138.7 | 97.6 |
| Apr-99 | 137.4 | 137.4 | 137.4 | 137.4 | 137.4 | 138.9 | 97.8 |
| May-99 | 138.4 | 138.4 | 138.4 | 138.4 | 138.4 | 140.0 | 98.6 |
| Jun-99 | 138.6 | 138.6 | 138.6 | 138.6 | 138.6 | 139.9 | 98.5 |
| Jul-99 | 139.7 | 139.7 | 139.7 | 139.7 | 139.7 | 140.8 | 99.2 |
| Aug-99 | 140.3 | 140.3 | 140.3 | 140.3 | 140.3 | 141.5 | 99.7 |

*Confidential*

**Figure 23a: Index of Industrial Production - Total Industry, Seasonally Adjusted**

| | December 5, 2000 Release | December 15, 2000 Release | January 17, 2001 Release | February 16, 2001 Release | Used in NBER November 26, 2001 Report | Re-scaled Current Series | Current Series |
|---|---|---|---|---|---|---|---|
| | [1] | [2] | [3] | [4] | [5] | [6] | [7] |
| Sep-99 | 140.4 | 140.4 | 140.4 | 140.4 | 140.4 | 141.0 | 99.3 |
| Oct-99 | 141.5 | 141.5 | 141.5 | 141.5 | 141.5 | 142.9 | 100.6 |
| Nov-99 | 141.9 | 141.9 | 141.9 | 141.9 | 141.9 | 143.8 | 101.3 |
| Dec-99 | 142.8 | 142.8 | 142.8 | 142.8 | 142.8 | 145.1 | 102.1 |
| Jan-00 | 143.6 | 143.6 | 143.6 | 143.6 | 143.6 | 145.2 | 102.2 |
| Feb-00 | 144.3 | 144.3 | 144.3 | 144.3 | 144.3 | 145.8 | 102.7 |
| Mar-00 | 145.2 | 145.2 | 145.2 | 145.2 | 145.2 | 146.4 | 103.1 |
| Apr-00 | 146.3 | 146.3 | 146.3 | 146.3 | 146.3 | 147.5 | 103.9 |
| May-00 | 147.2 | 147.2 | 147.2 | 147.2 | 147.2 | 148.0 | 104.2 |
| Jun-00 | 147.9 | 147.9 | 147.9 | 147.9 | 147.9 | 148.2 | 104.3 |
| Jul-00 | 147.6 | 147.6 | 147.6 | 147.6 | 147.6 | 147.7 | 104.0 |
| Aug-00 | 148.6 | 148.6 | 148.6 | 148.6 | 148.7 | 147.4 | 103.8 |
| Sep-00 | 149.0 | 149.1 | 149.0 | 149.0 | 149.0 | 148.0 | 104.2 |
| Oct-00 | 148.8 | 148.9 | 148.5 | 148.7 | 148.7 | 147.3 | 103.7 |
| Nov-00 | | 148.6 | 148.1 | 148.2 | 148.2 | 147.3 | 103.7 |
| Dec-00 | | | 147.3 | 147.4 | 147.3 | 146.7 | 103.3 |
| Jan-01 | | | | 147.0 | 146.0 | 145.7 | 102.6 |
| … | | | | | … | … | … |
| Sep-01 | | | | | 140.3 | 140.3 | 98.8 |

Sources:

[1] http://www.federalreserve.gov/releases/G17/g17rev.pdf (accessed May 22, 2007).
[2] http://federalreserve.gov/releases/g17/20001215/table5a.txt (accessed May 22, 2007).
[3] http://federalreserve.gov/releases/g17/20010117/table5a.txt (accessed May 22, 2007).
[4] http://federalreserve.gov/releases/g17/20010216/table11.txt (accessed May 22, 2007).
[5] http://www.nber.org/cycles/november2001/hall.xlw (accessed May 23, 2007).
[7] http://www.federalreserve.gov/releases/G17/ipdisk/ip_sa.txt (Series B50001, accessed May 23, 2007).

Notes:

[6] This series is the current data series from [6] rescaled to match the level of the "NBER November 2001" series at its end on September 2001.

*Confidential*

**Figure 24: Real Manufacturing and Trade Sales**



Sources: National Bureau of Economic Research website: http://www.nber.org/cycles/november2001/hall.xlw. Bureau of Economic Analysis website:
    http://www.bea.gov/national/nipaweb/nipa_underlying/SS_Data/Section0All_xls.xls (Table 2BU). Release dates from Survey of Current Business archive (http://bea.gov/scb/date_guide.asp)
    publications of "Real Inventories, Sales, and Inventory-Sales Ratios for Manufacturing and Trade." Websites accessed May 22 and 23, 2007.

**Figure 24a: Real Manufacturing and Trade Sales (Billions of Chained 2000 $)**

|  | October 2000 Release | January 2001 Release | Used in NBER November 26, 2001 Report | Current Series |
|---|---|---|---|---|
|  | [1] | [2] | [3] | [4] |
| Oct-96 | $740.10 |  | $738.21 |  |
| Nov-96 | $740.10 |  | $743.67 |  |
| Dec-96 | $740.10 |  | $738.32 |  |
| Jan-97 | $753.30 |  | $715.60 | $714.09 |
| Feb-97 | $753.30 |  | $725.23 | $726.32 |
| Mar-97 | $753.30 |  | $724.00 | $725.15 |
| Apr-97 | $760.70 |  | $729.13 | $729.51 |
| May-97 | $760.70 |  | $726.44 | $727.43 |
| Jun-97 | $760.70 |  | $733.93 | $735.95 |
| Jul-97 | $776.00 |  | $745.47 | $745.68 |
| Aug-97 | $776.00 |  | $739.27 | $740.93 |
| Sep-97 | $776.00 |  | $746.45 | $747.47 |
| Oct-97 | $781.60 |  | $746.29 | $746.92 |
| Nov-97 | $781.60 |  | $749.79 | $753.09 |
| Dec-97 | $781.60 |  | $753.91 | $752.78 |
| Jan-98 | $797.00 |  | $757.03 | $755.77 |
| Feb-98 | $797.00 |  | $764.37 | $765.47 |
| Mar-98 | $797.00 |  | $769.52 | $769.13 |
| Apr-98 | $806.00 |  | $769.38 | $770.19 |
| May-98 | $806.00 |  | $768.61 | $770.49 |
| Jun-98 | $806.00 |  | $769.38 | $769.44 |
| Jul-98 | $813.60 |  | $767.06 | $766.57 |
| Aug-98 | $813.60 |  | $771.93 | $773.22 |
| Sep-98 | $813.60 |  | $779.01 | $780.64 |
| Oct-98 | $830.70 |  | $786.09 | $787.20 |
| Nov-98 | $830.70 |  | $789.06 | $791.20 |
| Dec-98 | $830.70 |  | $798.88 | $797.09 |
| Jan-99 | $846.60 |  | $795.08 | $796.25 |
| Feb-99 | $846.60 |  | $806.44 | $809.55 |
| Mar-99 | $846.60 |  | $810.19 | $809.25 |
| Apr-99 | $859.10 |  | $806.17 | $807.33 |
| May-99 | $859.10 |  | $815.09 | $817.16 |
| Jun-99 | $859.10 |  | $816.86 | $817.88 |
| Jul-99 | $872.70 |  | $821.63 | $820.07 |
| Aug-99 | $872.70 |  | $827.51 | $825.39 |
| Sep-99 | $872.70 |  | $822.90 | $824.39 |
| Oct-99 | $886.30 |  | $827.81 | $828.83 |
| Nov-99 | $886.30 |  | $839.26 | $836.48 |
| Dec-99 | $886.30 |  | $847.55 | $840.26 |
| Jan-00 | $900.90 |  | $854.29 | $847.10 |
| Feb-00 | $898.30 |  | $844.40 | $834.98 |
| Mar-00 | $903.30 |  | $854.94 | $843.27 |
| Apr-00 | $900.30 |  | $853.62 | $846.80 |
| May-00 | $907.00 | $907.00 | $857.76 | $843.90 |
| Jun-00 | $911.50 | $911.50 | $859.47 | $848.46 |
| Jul-00 | $910.60 | $907.70 | $857.66 | $845.10 |
| Aug-00 |  | $915.40 | $860.39 | $844.81 |
| Sep-00 |  | $911.50 | $857.75 | $850.84 |
| Oct-00 |  | $909.40 | $856.75 | $846.20 |

**Figure 24a: Real Manufacturing and Trade Sales (Billions of Chained 2000 $)**

Sources:

[1]   http://bea.gov/bea/ARTICLES/NATIONAL/NIPAREL/2000/1000isr.pdf (Table 2, accessed May 22, 2007).

[2]   http://www.bea.gov/scb/pdf/2001/01January/0101isr.pdf (Table 2, accessed May 22, 2007).

[3]   http://www.nber.org/cycles/november2001/hall.xlw (accessed May 23, 2007).

[4]   http://www.bea.gov/national/nipaweb/nipa_underlying/SS_Data/Section0All_xls.xls (Table 2BU, Line 1, accessed May 23, 2007).

Notes:

[1]     Quarterly values are given for fourth quarter 1996 through fourth quarter 1999.

[1-2]   Amounts are stated in chained 1996 $.

[3]     The NBER series discontinuity at January 1997 may be due to a change in the basis for the series (chained 1996 $ to chained 2000 $).

[4]     Amounts are stated in chained 2000 $.

*Confidential*

**Figure 25: Total U.S. Non-Farm Employment, Seasonally Adjusted, Long-Term Perspective**



The latest employment situation release available prior to Oracle's 12/14/00 conference call was for November 2000 (available 12/8/00).

The January 2001 employment release (available 2/2/01) contained the latest data available prior to the end of Oracle's 3Q FY2001 on 2/28/01. February 2001 data were not released until March 9, 2001.

Sources: Bureau of Labor Statistics website: http://data.bls.gov/cgi-bin/surveymost?bls (Series CES0000000001), ftp://ftp.bls.gov/pub/news.release/History/empsit.12082000.news, and ftp://ftp.bls.gov/pub/news.release/History/empsit.02022001.news. Websites accessed May 22 and 23, 2007.

*Confidential*

**Figure 26: Total U.S. Non-Farm Employment, Seasonally Adjusted, Short-Term Perspective**



Notes: The National Nonfarm Payroll series converted to the NAICS classification system beginning with the release of May 2003 data (http://www.bls.gov/ces/cesnaics.htm).

Sources: Bureau of Labor Statistics website: ftp://ftp.bls.gov/pub/news.release/History/empsit.12082000.news (Table B-1), ftp://ftp.bls.gov/pub/news.release/History/empsit.02022001.news (Table B-1), ftp://ftp.bls.gov/pub/time.series/ee/ee.data.1.CurrentSeasAE (SIC Series EES00000001), and http://data.bls.gov/cgi-bin/surveymost?bls (NAICS Series CES0000000001). All accessed May 22 and 23, 2007.

**Figure 26a: Total Nonfarm Employment, Seasonally Adjusted (Thousands)**

| | December 8, 2000 Release | January 5, 2001 Release | February 2, 2001 Release | Current Series (SIC) | Current Series (NAICS) |
|---|---|---|---|---|---|
| | [1] | [2] | [3] | [4] | [5] |
| Nov-99 | 129,788 | | | 130,130 | 130,242 |
| Dec-99 | | 130,038 | | 130,406 | 130,536 |
| Jan-00 | | | 130,387 | 130,728 | 130,781 |
| Feb-00 | | | | 130,859 | 130,901 |
| Mar-00 | | | | 131,397 | 131,377 |
| Apr-00 | | | | 131,645 | 131,662 |
| May-00 | | | | 131,887 | 131,882 |
| Jun-00 | | | | 131,925 | 131,839 |
| Jul-00 | 131,607 | | | 131,827 | 132,015 |
| Aug-00 | 131,528 | 131,528 | | 131,777 | 132,004 |
| Sep-00 | 131,723 | 131,723 | 131,723 | 132,023 | 132,122 |
| Oct-00 | 131,800 | 131,789 | 131,789 | 132,018 | 132,110 |
| Nov-00 | 131,894 | 131,848 | 131,842 | 132,217 | 132,326 |
| Dec-00 | | 131,953 | 131,861 | 132,319 | 132,484 |
| Jan-01 | | | 132,129 | 132,382 | 132,471 |

Sources:

[1]   ftp://ftp.bls.gov/pub/news.release/History/empsit.12082000.news (Table B-1, accessed May 22, 2007).

[2]   ftp://ftp.bls.gov/pub/news.release/History/empsit.01052001.news (Table B-1, accessed May 22, 2007).

[3]   ftp://ftp.bls.gov/pub/news.release/History/empsit.02022001.news (Table B-1, accessed May 22, 2007).

[4]   ftp://ftp.bls.gov/pub/time.series/ee/ee.data.1.CurrentSeasAE (Series EES00000001, accessed May 23, 2007).

[5]   http://data.bls.gov/cgi-bin/surveymost?bls (Series CES0000000001, accessed May 23, 2007).

*Confidential*

**Figure 27: Unemployment Rate, Long-Term Perspective**



Notes: The unemployment rate is based on all civilian non-institutional workers of age 16 and older.

Sources: Bureau of Labor Statistics website: http://www.bls.gov/webapps/legacy/cpsatab1.htm (Unemployment Rates for All Workers, Series LNS14000000 and LNU04000000),
ftp://ftp.bls.gov/pub/news.release/History/empsit.12082000.news, ftp://ftp.bls.gov/pub/news.release/History/empsit.02022001.news, and
ftp://ftp.bls.gov/pub/news.release/History/empsit.03092001.news. All websites accessed May 22 and 23, 2007.

*Confidential*

**Figure 28: Unemployment Rate, Short-Term Perspective**



Notes: The unemployment rate is based on all civilian non-institutional workers of age 16 and older.

Sources: Bureau of Labor Statistics website: http://www.bls.gov/webapps/legacy/cpsatab1.htm (Unemployment Rates for All Workers, Series LNS14000000 and LNU04000000),
       ftp://ftp.bls.gov/pub/news.release/History/empsit.12082000.news, ftp://ftp.bls.gov/pub/news.release/History/empsit.02022001.news, and
       ftp://ftp.bls.gov/pub/news.release/History/empsit.03092001.news. All websites accessed May 22 and 23, 2007.

**Figure 28a: Unemployment Rate, Seasonally Adjusted (Civilian, Noninstitutional Workers Age 16 and Older)**

| | December 8, 2000 Release | January 5, 2001 Release | February 2, 2001 Release | Current Series |
|---|---|---|---|---|
| | [1] | [2] | [3] | [4] |
| Nov-99 | 4.1% | | | 4.1% |
| Dec-99 | | 4.1% | | 4.0% |
| Jan-00 | | 4.0% | 4.0% | 4.0% |
| Feb-00 | | 4.1% | | 4.1% |
| Mar-00 | | 4.0% | | 4.0% |
| Apr-00 | | 4.0% | | 3.8% |
| May-00 | | 4.1% | | 4.0% |
| Jun-00 | | 4.0% | | 4.0% |
| Jul-00 | 4.0% | 4.0% | | 4.0% |
| Aug-00 | 4.1% | 4.1% | | 4.1% |
| Sep-00 | 3.9% | 3.9% | 3.9% | 3.9% |
| Oct-00 | 3.9% | 3.9% | 3.9% | 3.9% |
| Nov-00 | 4.0% | 4.0% | 4.0% | 3.9% |
| Dec-00 | | 4.0% | 4.0% | 3.9% |
| Jan-01 | | | 4.2% | 4.2% |

Sources:

[1]    ftp://ftp.bls.gov/pub/news.release/History/empsit.12082000.news (Table A-1, accessed May 22, 2007).

[2]    ftp://ftp.bls.gov/pub/news.release/History/empsit.01052001.news (Table C, accessed May 22, 2007).

[3]    ftp://ftp.bls.gov/pub/news.release/History/empsit.02022001.news (Table A-1, accessed May 22, 2007).

[4]    http://www.bls.gov/webapps/legacy/cpsatab1.htm (Seasonally Adjusted Unemployment Rate for All Workers, Series LNS14000000, accessed May 23, 2007).

**Figure 28b: Unemployment Rate, Not Seasonally Adjusted (Civilian, Noninstitutional Workers Age 16 and Older)**

| | December 8, 2000 Release | January 5, 2001 Release | February 2, 2001 Release | Current Series |
|---|---|---|---|---|
| | [1] | [2] | [3] | [4] |
| Nov-99 | 3.8% | | | 3.8% |
| Dec-99 | | 3.7% | | 3.7% |
| Jan-00 | | | 4.5% | 4.5% |
| Feb-00 | | | | 4.4% |
| Mar-00 | | | | 4.3% |
| Apr-00 | | | | 3.7% |
| May-00 | | | | 3.8% |
| Jun-00 | | | | 4.1% |
| Jul-00 | | | | 4.2% |
| Aug-00 | | | | 4.1% |
| Sep-00 | | | | 3.8% |
| Oct-00 | 3.6% | | | 3.6% |
| Nov-00 | 3.8% | 3.8% | | 3.7% |
| Dec-00 | | 3.7% | 3.7% | 3.7% |
| Jan-01 | | | 4.7% | 4.7% |

Sources:

[1]   ftp://ftp.bls.gov/pub/news.release/History/empsit.12082000.news (Table A-1, accessed May 22, 2007).

[2]   ftp://ftp.bls.gov/pub/news.release/History/empsit.01052001.news (Table A-1, accessed May 22, 2007).

[3]   ftp://ftp.bls.gov/pub/news.release/History/empsit.02022001.news (Table A-1, accessed May 22, 2007).

[4]   http://www.bls.gov/webapps/legacy/cpsatab1.htm (Unadjusted Unemployment Rate for All Workers, Series LNU04000000, accessed May 23, 2007).

**Figure 29: Initial Claims for Unemployment Insurance as a Percent of Covered Employment, Seasonally Adjusted, Long-Term Perspective**



Notes: In recent years, unemployment insurance reports for a given week have been released approximately five days after the end of the week

Sources: Department of Labor, Employment and Training Administration websites: http://ows.doleta.gov/unemploy/claims.asp (National Level Data), http://www.dol.gov/opa/media/press/more-newsreleases.htm, and http://www.dol.gov/dol/media/press/archives.htm.

Websites accessed May 22 and 23, 2007.

**Figure 30: Initial Claims for Unemployment Insurance as a Percent of Covered Employment, Seasonally Adjusted, Short-Term Perspective**



Notes: Covered employment for a press release is based on the figure given in the press release, which is covered employment in the second most recent week of data. According to the press
releases and the most recent data, national covered employment varied by less than 1% during the period of time covered by the press releases above.
Sources: Department of Labor, Employment and Training Administration websites: http://ows.doleta.gov/unemploy/claims.asp (National Level Data),
http://www.dol.gov/opa/media/press/more-newsreleases.htm, and http://www.dol.gov/dol/media/press/archives.htm.
Websites accessed May 22 and 23, 2007.

**Figure 30a: Initial Claims for Unemployment Insurance, Seasonally Adjusted (Thousands)**

| | December 14, 2000 Release | December 21, 2000 Release | December 28, 2000 Release | January 4, 2001 Release | January 11, 2001 Release | January 18, 2001 Release | January 24, 2001 Release | February 1, 2001 Release | February 8, 2001 Release | February 15, 2001 Release | February 22, 2001 Release | Current Series |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] | [11] | [12] |
| 25-Nov-2000 | 361 | | | | | | | | | | | 356 |
| 2-Dec-2000 | 352 | 354 | | | | | | | | | | 338 |
| 9-Dec-2000 | 320 | 320 | 320 | | | | | | | | | 321 |
| 16-Dec-2000 | | 354 | 356 | 355 | | | | | | | | 354 |
| 23-Dec-2000 | | | 333 | 359 | 371 | | | | | | | 364 |
| 30-Dec-2000 | | | | 375 | 381 | 380 | | | | | | 353 |
| 6-Jan-2001 | | | | | 345 | 343 | 344 | | | | | 337 |
| 13-Jan-2001 | | | | | | 306 | 304 | 304 | | | | 318 |
| 20-Jan-2001 | | | | | | | 316 | 314 | 314 | | | 343 |
| 27-Jan-2001 | | | | | | | | 346 | 346 | 351 | | 362 |
| 3-Feb-2001 | | | | | | | | | 361 | 363 | 361 | 376 |
| 10-Feb-2001 | | | | | | | | | | 352 | 344 | 365 |
| 17-Feb-2001 | | | | | | | | | | | 348 | 358 |

Sources:

[1]    http://www.dol.gov/opa/media/press/eta/ui/archive/eta2000363.htm (accessed May 22, 2007).

[2]    http://www.dol.gov/opa/media/press/eta/ui/archive/eta2000373.htm (accessed May 22, 2007).

[3]    http://www.dol.gov/opa/media/press/eta/ui/archive/eta2000377.htm (accessed May 22, 2007).

[4]    http://www.dol.gov/opa/media/press/eta/ui/archive/eta2001003.htm (accessed May 22, 2007).

[5]    http://www.dol.gov/opa/media/press/eta/ui/archive/eta2001008.htm (accessed May 22, 2007).

[6]    http://www.dol.gov/opa/media/press/eta/ui/archive/eta2001017.htm (accessed May 22, 2007).

[7]    http://www.dol.gov/opa/media/press/eta/ui/eta2001030.htm (accessed May 22, 2007).

[8]    http://www.dol.gov/opa/media/press/eta/ui/eta2001034.htm (accessed May 22, 2007).

[9]    http://www.dol.gov/opa/media/press/eta/ui/eta2001039.htm (accessed May 22, 2007).

[10]    http://www.dol.gov/opa/media/press/eta/ui/eta2001042.htm (accessed May 22, 2007).

[11]    http://www.dol.gov/opa/media/press/eta/ui/eta2001048.htm (accessed May 22, 2007).

[12]    http://ows.doleta.gov/unemploy/claims.asp (National Level Data, accessed May 23, 2007).

Notes:    Data is for the weeks ending on the date given at left.  Covered employment for a press release is based on the figure given in the press release, which is covered employment in the second most recent week of data. According to the press releases and the most recent data, national covered employment varied by less than 1% during the period of time covered by the press releases above.

*Confidential*

**Figure 30b: Initial Claims for Unemployment Insurance as a Percent of Covered Employment, Seasonally Adjusted**

| | December 14, 2000 Release | December 21, 2000 Release | December 28, 2000 Release | January 4, 2001 Release | January 11, 2001 Release | January 18, 2001 Release | January 24, 2001 Release | February 1, 2001 Release | February 8, 2001 Release | February 15, 2001 Release | February 22, 2001 Release | Current Series |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | [1] | [2] | [3] | [4] | [5] | [6] | [7] | [8] | [9] | [10] | [11] | [12] |
| 25-Nov-2000 | 0.29% | | | | | | | | | | | 0.28% |
| 2-Dec-2000 | 0.28% | 0.28% | | | | | | | | | | 0.27% |
| 9-Dec-2000 | 0.25% | 0.25% | 0.25% | | | | | | | | | 0.25% |
| 16-Dec-2000 | | 0.28% | 0.28% | 0.28% | | | | | | | | 0.28% |
| 23-Dec-2000 | | | 0.26% | 0.28% | 0.29% | | | | | | | 0.29% |
| 30-Dec-2000 | | | | 0.30% | 0.30% | 0.30% | | | | | | 0.28% |
| 6-Jan-2001 | | | | | 0.27% | 0.27% | 0.27% | | | | | 0.27% |
| 13-Jan-2001 | | | | | | 0.24% | 0.24% | 0.24% | | | | 0.25% |
| 20-Jan-2001 | | | | | | | 0.25% | 0.25% | 0.25% | | | 0.27% |
| 27-Jan-2001 | | | | | | | | 0.27% | 0.27% | 0.28% | | 0.29% |
| 3-Feb-2001 | | | | | | | | | 0.28% | 0.29% | 0.28% | 0.30% |
| 10-Feb-2001 | | | | | | | | | | 0.28% | 0.27% | 0.29% |
| 17-Feb-2001 | | | | | | | | | | | 0.27% | 0.28% |

Sources:
[1]    http://www.dol.gov/opa/media/press/eta/ui/archive/eta2000363.htm (accessed May 22, 2007).
[2]    http://www.dol.gov/opa/media/press/eta/ui/archive/eta2000373.htm (accessed May 22, 2007).
[3]    http://www.dol.gov/opa/media/press/eta/ui/archive/eta2000377.htm (accessed May 22, 2007).
[4]    http://www.dol.gov/opa/media/press/eta/ui/archive/eta2001003.htm (accessed May 22, 2007).
[5]    http://www.dol.gov/opa/media/press/eta/ui/archive/eta2001008.htm (accessed May 22, 2007).
[6]    http://www.dol.gov/opa/media/press/eta/ui/archive/eta2001017.htm (accessed May 22, 2007).
[7]    http://www.dol.gov/opa/media/press/eta/ui/eta2001030.htm (accessed May 22, 2007).
[8]    http://www.dol.gov/opa/media/press/eta/ui/eta2001034.htm (accessed May 22, 2007).
[9]    http://www.dol.gov/opa/media/press/eta/ui/eta2001039.htm (accessed May 22, 2007).
[10]   http://www.dol.gov/opa/media/press/eta/ui/eta2001042.htm (accessed May 22, 2007).
[11]   http://www.dol.gov/opa/media/press/eta/ui/eta2001048.htm (accessed May 22, 2007).
[12]   http://ows.doleta.gov/unemploy/claims.asp (National Level Data, accessed May 23, 2007).  Data is for the weeks ending on the date given at left.

Notes:    Covered employment for a press release is based on the figure given in the press release, which is covered employment in the second most recent week of data. According to the press releases and the most recent data, national covered employment varied by less than 1% during the period of time covered by the press releases above.

*Confidential*

**Figure 31: Real Personal Income Less Transfers**



Sources: Conference Board website: http://www.conference-board.org/economics/bci/data_search.cfm?cid=1&o=2&s=BCI-10%20-
    %20Personal%20Income%20and%20Consumer%20Attitudes (Series A0M051, accessed May 8, 2007).  Release dates from the Bureau of Economic Analysis website:
    http://www.bea.gov/bea/newsrelarchive/2000/pi1000.htm, http://www.bea.gov/bea/newsrelarchive/2000/pi1100.htm,
    http://www.bea.gov/bea/newsrelarchive/2001/pi1200.htm, http://www.bea.gov/bea/newsrelarchive/2001/pi0101.htm (accessed May 22, 2007).

**Figure 31a: Real Personal Income Less Transfer Payments, Annual Rate (Billions of Chained 2000 $)**

| | November 30, 2000 Release | December 22, 2000 Release | February 1, 2001 Release | Used in NBER November 26, 2001 Report | Current Series |
|---|---|---|---|---|---|
| | [1] | [2] | [3] | [4] | [5] |
| May-00 | $6,691 | | | $6,717 | $7,298 |
| Jun-00 | $6,721 | $6,721 | | $6,745 | $7,329 |
| Jul-00 | $6,725 | $6,722 | $6,722 | $6,756 | $7,388 |
| Aug-00 | $6,746 | $6,750 | $6,750 | $6,781 | $7,410 |
| Sep-00 | $6,802 | $6,811 | $6,811 | $6,792 | $7,408 |
| Oct-00 | $6,774 | $6,790 | $6,784 | $6,826 | $7,420 |
| Nov-00 | | $6,799 | $6,790 | $6,856 | $7,413 |
| Dec-00 | | | $6,801 | $6,883 | $7,395 |

Sources:

[1]   http://www.bea.gov/bea/newsrelarchive/2000/pi1000.htm (Tables 1 and 2, accessed May 22, 2007).

[2]   http://www.bea.gov/bea/newsrelarchive/2000/pi1100.htm (Tables 1 and 2, accessed May 22, 2007).

[3]   http://www.bea.gov/bea/newsrelarchive/2001/pi1200.htm (Tables 1 and 2, accessed May 22, 2007).

[4]   http://www.nber.org/cycles/november2001/hall.xlw (accessed May 23, 2007).

[5]   http://www.conference-board.org/economics/bci/data_search.cfm?cid=1&o=2&s=BCI-10%20-%20Personal%20Income%20and%20Consumer%20Attitudes (Series A0M051, accessed May 9, 2007).

Notes:

[1-3]   Personal income less transfer payments (chained dollars) is calculated by subtracting transfer payments to persons from personal income on Table 1 and then applying the current dollars to chained (1996) dollars ratio from Table 2.

[5]   The most recent personal income series is expressed in chained 2000 dollars, while earlier series are in chained 1996 dollars.

*Confidential*

**Figure 32: University of Michigan Consumer Sentiment Index**



Notes:

i) The Index of Consumer Sentiment (ICS) is derived from the following five questions:

  1) "We are interested in how people are getting along financially these days. Would you say that you (and your family living there) are better off or worse off financially than you were a year ago?"

  2) "Now looking ahead--do you think that a year from now you (and your family living there) will be better off financially, or worse off, or just about the same as now?"

  3) "Now turning to business conditions in the country as a whole--do you think that during the next twelve months we'll have good times financially, or bad times, or what?"

  4) "Looking ahead, which would you say is more likely--that in the country as a whole we'll have continuous good times during the next five years or so, or that we will have periods of widespread unemployment or depression, or what?"

  5) "About the big things people buy for their homes--such as furniture, a refrigerator, stove, television, and things like that. Generally speaking, do you think now is a good or bad time for people to buy major household items?"

Sources: Federal Reserve website: http://research.stlouisfed.org/fred2/series/UMCSENT/downloaddata?.&rid=91&soid=14, University of Michigan Survey Research Center website: http://www.sca.isr.umich.edu/main.php. Accessed May 22 and 23, 2007.

*Confidential*

**Figure 32a: University of Michigan's Index of Consumer Sentiment**

| | December 8, 2000 Release | December 22, 2000 Release | January 22, 2001 Release | February 2, 2001 Release | February 20, 2001 Release | Current Series |
|---|---|---|---|---|---|---|
| | [1] | [2] | [3] | [4] | [5] | [6] |
| Nov-00 | 107.6 | 107.6 | | | | 107.6 |
| Dec-00 | 97.4 | 98.4 | 98.4 | | | 98.4 |
| Jan-01 | | | 93.6 | 94.7 | 94.7 | 94.7 |
| Feb-01 | | | | | 87.8 | 90.6 |

Sources:

[1]   "Consumer Sentiment Falls in December," Investor's Business Daily, December 11, 2000 at A11.

[2]   Investor's Business Daily, December 26, 2000 at A2, release date from
http://alfred.stlouisfed.org/series/downloaddata?seid=UMCSENT&cid=98 (accessed May 23, 2007).

[3]   "Long Treasuries Take A Beating; Consumer Gloom Props Up 2-Yrs," Investor's Business Daily, January 22, 2001 at A24.

[4]   Investor's Business Daily, February 5, 2001 at A1, release date from
http://alfred.stlouisfed.org/series/downloaddata?seid=UMCSENT&cid=98 (accessed May 23, 2007).

[5]   Investor's Business Daily, February 20, 2001 at A1.

[6]   http://research.stlouisfed.org/fred2/series/UMCSENT/downloaddata?&rid=91&soid=14 (accessed May 23, 2007).

Notes:

[3, 5]   The release date for the final consumer sentiment numbers was on or before the date that this information appeared in Investor's Business Daily.

*Confidential*

### Figure 33: The Conference Board's Consumer Confidence Indices



Notes: Initial releases for a given month's index occur in the final week of the month. Revised data for a month are a part of the release containing initial data for the following month.

Sources: Articles from *AFX News Limited* , *Agence France Presse* , *Associated Press* , *Cox News Service* , *Global News Wire* , *PR Newswire* , *The White House Bulletin* , *United Press International* , and *Xinhua General News Service* .

**Figure 33a: The Conference Board's Consumer Confidence, Present Conditions, and Expectations Indices**

| Announcement Date | For Month | Source | Analyst Forecast | Initial Release Consumer Confidence | Present Situation | Expectations | Revision of Previous Month's Data Consumer Confidence | Present Situation | Expectations |
|---|---|---|---|---|---|---|---|---|---|
| 6/27/2000 | Jun-00 | [1] | 140.0 | 138.8 | 180.2 | 111.2 | | | |
| 7/25/2000 | Jul-00 | [2] | 139.0 | 141.7 | 185.9 | 112.2 | 139.2 | 180.1 | 111.9 |
| 8/29/2000 | Aug-00 | [3] | 141.4 | 141.1 | 183.4 | 113.0 | 143.0 | 186.8 | 113.7 |
| 9/26/2000 | Sep-00 | [4] | 141.5 | 141.9 | 181.3 | 113.9 | 140.8 | | |
| 10/31/2000 | Oct-00 | [5] | 140.0 | 135.2 | 177.0 | 107.4 | 142.5 | 182.5 | 115.9 |
| 11/28/2000 | Nov-00 | [6] | 134.8 | 133.5 | 178.7 | 103.4 | 135.8 | 176.8 | 108.4 |
| 12/28/2000 | Dec-00 | [7] | 129.0 | 128.3 | 177.0 | 95.8 | 132.6 | 179.7 | 101.2 |
| 1/30/2001 | Jan-01 | [8] | 124.3 | 114.4 | 170.5 | 77.0 | 128.6 | 176.1 | 96.9 |
| 2/27/2001 | Feb-01 | [9] | 110.5 | 106.8 | 164.1 | 68.7 | 115.7 | 170.4 | 79.3 |
| 3/27/2001 | Mar-01 | [10] | 104.9 | 117.0 | 167.1 | 83.6 | 109.2 | 167.2 | 70.7 |
| 4/24/2001 | Apr-01 | [11] | 112.0 | 109.2 | 155.6 | 78.2 | 116.9 | 167.5 | 83.1 |
| 5/29/2001 | May-01 | [12] | 112.0 | 115.5 | 158.6 | 86.8 | 109.9 | 156.0 | 79.1 |
| 6/26/2001 | Jun-01 | [13] | 114.9 | 117.9 | 154.8 | 93.2 | 116.1 | 159.6 | 87.1 |
| 7/31/2001 | Jul-01 | [14] | 118.0 | 116.5 | 152.0 | 92.9 | 118.9 | 156.8 | 93.5 |
| 8/28/2001 | Aug-01 | [15] | 117.5 | 114.3 | 145.8 | 93.3 | 116.3 | 151.3 | 92.9 |
| 9/25/2001 | Sep-01 | [16] | 105.1 | 97.6 | 125.2 | 79.2 | 114.0 | 144.5 | 93.7 |
| 10/30/2001 | Oct-01 | [17] | 95.6 | 85.5 | 107.6 | 70.8 | 97.0 | 125.4 | 78.1 |
| 11/27/2001 | Nov-01 | [18] | 86.5 | 82.2 | 93.5 | 74.6 | 85.3 | 107.2 | 70.7 |
| 12/28/2001 | Dec-01 | [19] | 83.0 | 93.7 | 96.9 | 91.5 | 84.9 | 96.2 | 77.3 |

Sources:

[1] "Consumer Confidence Eases," United Press International, June 27, 2000.

[2] "US Consumer Confidence Rebounds in July After Drop," Agence France Presse, July 25, 2000.

[3] Lisa Singhania, "Consumer Confidence Dips in August Suggesting Some Cooling in Economy," The Associated Press, August 29, 2000 and "Consumer Confidence Retreats, The Conference Board Reports Today; A Cooling of Consumer Spending?," PR Newswire, August 29, 2000.

[4] "Consumer Confidence Rises in September," The White House Bulletin, September 26, 2000 and "Consumer Confidence Sinks 7.2 Percent," United Press International, October 31, 2000.

[5] "Consumer Confidence Sinks 7.2 Percent," United Press International, October 31, 2000.

[6] Amy Baldwin, "Consumer Confidence Drops in November," Associated Press Online, November 28, 2000.

[7] "US Consumer Confidence Falls Sharply in December," Agence France Presse, December 28, 2000, "Conference Board's Consumer Confidence Index Tumbles Third Straight Monthly Decline," PR Newswire, December 28, 2000, and "Confidence Falls to Lowest Level in Two Years," United Press International, December 28, 2000.

[8] Rob Lever, "US Consumer Confidence Plunges, Raising Recession Fears," Agence France Presse, January 30, 2001 and "Wall Street: Technology Shares Broadly Unchanged Midday; Investors Sidelined," AFX - Asia, January 30, 2001.

[9] Rob Lever, "US Consumer Confidence Tumbles, as Gloom over Economy Deepens," Agence France Presse, February 27, 2001 and Adam Geller, "Consumer Confidence Falls for Fifth Month in a Row to Lowest Level Since 1996," Associated Press Worldstream, February 27, 2001.

[10] "US Consumer Confidence Rebounds in March After a Five-Month Slump," Agence France Presse, March 27, 2001.

[11] "US Consumer Confidence Dips in April," Agence France Presse, April 24, 2001.

[12] Lisi de Bourbon, "Consumer Confidence Rises," Associated Press Online, May 29, 2001 and "Consumer Confidence Rebounds, The Conference Board Reports Today," PR Newswire, May 29, 2001.

[13] "Euro Holds Amid Heightened US Consumer Confidence," Agence France Presse, June 26, 2001.

[14] "Consumer Confidence Declines," United Press International, July 31, 2001.

[15] Derk Kinnane Roelofsma, "Global Impact News Analysis," United Press International, August 28, 2001.

[16] "Sharpest Fall in US Consumer Confidence Since Gulf War," Global News Wire - Business Times, Singapore, September 26, 2001, "US Consumer Confidence Dives After Atrocities," Global News Wire - The Times, September 26, 2001, and Lisi de Bourbon, "Consumer Confidence Drops," Associated Press Online, September 25, 2001.

[17] "US October Consumer Confidence Index 85.5 vs 97.0 in September - Conference Board," AFX - Asia, October 30, 2001 and "U.S. Stocks Rise in Early Trading," Xinhua General News Service, October 31, 2001.

[18] Lisi de Bourbon, "Consumer Confidence Falls for Fifth Consecutive Month, Raising Questions About Holiday Spending," The Associated Press, November 27, 2001 and Michael E. Kanell, "Consumer Confidence Falls Fifth Consecutive Month," Cox News Service, November 27, 2001.

[19] "The Conference Board's Consumer Confidence Index Jumps More Than Eight Points In December," PR Newswire, December 28, 2001 and "Consumer Confidence Jumps," United Press International, December 28, 2001.

*Confidential*

**Figure 34: The Conference Board's Leading, Coincident, and Lagging Economic Indicators**



Notes:

i)   The leading composite includes: average weekly hours, manufacturing workers; average weekly initial claims, unemployment insurance; manufacturers' new orders, consumer goods and materials (chained $); vendor performance, slower deliveries diffusion index; manufacturers' new orders, nondefense capital goods (chained $); building permits; stock prices, 500 common stocks; M2 money supply (chained $); interest rate spread, 10-yr. Treasury bonds less federal funds; index of consumer expectations (from U. of MI Survey Research Center).

ii)  The coincident composite includes: employees on non-agricultural payrolls; personal income less transfer payments (chained $); index of industrial production; and manufacturing and trade sales (chained $).

iii) The lagging composite includes: average duration of unemployment; ratio of manufacturing and trade inventories to sales; change in labor cost per unit of manufacturing output; average prime rate charged by banks; commercial and industrial loans outstanding (chained $); ratio of consumer installment credit to personal income; change in consumer price index for services.

iv)  The composite indicators for a given month are currently released roughly two to three weeks after the end of the month, but prior to a methodological revision in late 2000, indicators were released four to five weeks after the end of the month. See: "The Conference Board Announces Leading Economic Indicators Schedule for 2001 Releases will be Produced Two Weeks Earlier,"*PR Newswire*, November 9, 2000.

Sources:  Conference Board website: http://www.conference-board.org/economics/bci/data_search.cfm?cid=1&o=2&s=BCI-01A%20-%20Composite%20Indexes-Leading%20Economic%20Indicators and
          http://tcb-indicators.org/economics/bci/data_search.cfm?cid=1&o=2&s=BCI-01B%20-%20Composite%20Indexes-Coincident%20and%20Lagging%20Indicators (accessed May 14, 2007).  Contemporaneous releases from*PR Newswire*
          Press Releases: The Conference Board Announces Leading Economic Indicators Schedule for 2001 Releases will be Produced Two Weeks Earlier (Nov. 9, 2000). The Conference Board's Index of Leading Economic Indicators Declines
          Slightly (Dec. 4, 2000). The Conference Board's Index of Leading Economic Indicators Declines Slightly (Dec. 27, 2000).

**Figure 34a: The Conference Board's Leading Economic Indicator**

| | December 4, 2000 Release | December 27, 2000 Release | January 22, 2001 Release | February 22, 2001 Release | Current Series |
|---|---|---|---|---|---|
| | [1] | [2] | [3] | [4] | [5] |
| Jul-00 | 105.8 | | | | 115.1 |
| Aug-00 | 105.7 | 105.7 | | | 114.9 |
| Sep-00 | 105.7 | 105.8 | 109.8 | | 115 |
| Oct-00 | 105.5 | 105.5 | 109.4 | 109.4 | 114.5 |
| Nov-00 | | 105.3 | 109.0 | 109.1 | 113.9 |
| Dec-00 | | | 108.3 | 108.5 | 113 |
| Jan-01 | | | | 109.4 | 113 |

Sources:

[1]   "The Conference Board's Index of Leading Economic Indicators Declines Slightly," PR Newswire, December 4, 2000.

[2]   "The Conference Board's Index of Leading Economic Indicators Declines Slightly," PR Newswire, December 27, 2000.

[3]   "The Conference Board's Index of Leading Economic Indicators Declines For Third Consecutive Month," PR Newswire, January 22, 2001.

[4]   "The Conference Board's Index of Leading Economic Indicators Rises," PR Newswire, February 22, 2001.

[5]   http://www.conference-board.org/economics/bci/data_search.cfm?cid=1&o=2&s=BCI-01A%20-%20Composite%20Indexes-Leading%20Economic%20Indicators (Series G0M910).

Notes:

An annual revision that rescaled the existing index occurred between the December 27 and January 22 releases. This revision is mentioned in the January 22 release.

**Figure 34b: The Conference Board's Coincident Economic Indicator**

|  | December 4, 2000 Release | December 27, 2000 Release | January 22, 2001 Release | February 22, 2001 Release | Current Series |
|---|---|---|---|---|---|
|  | [1] | [2] | [3] | [4] | [5] |
| Jul-00 | 115.7 |  |  |  | 115.7 |
| Aug-00 | 115.9 | 116.0 |  |  | 115.7 |
| Sep-00 | 116.3 | 116.3 | 116.6 |  | 115.9 |
| Oct-00 | 116.2 | 116.2 | 116.4 | 116.4 | 115.8 |
| Nov-00 |  | 116.3 | 116.5 | 116.3 | 115.8 |
| Dec-00 |  |  | 116.6 | 116.4 | 115.8 |
| Jan-01 |  |  |  | 116.6 | 115.6 |

Sources:

[1]     "The Conference Board's Index of Leading Economic Indicators Declines Slightly," PR Newswire, December 4, 2000.

[2]     "The Conference Board's Index of Leading Economic Indicators Declines Slightly," PR Newswire, December 27, 2000.

[3]     "The Conference Board's Index of Leading Economic Indicators Declines For Third Consecutive Month," PR Newswire, January 22, 2001.

[4]     "The Conference Board's Index of Leading Economic Indicators Rises," PR Newswire, February 22, 2001.

[5]     http://tcb-indicators.org/economics/bci/data_search.cfm?cid=1&o=2&s=BCI-01B%20-%20Composite%20Indexes-Coincident%20and%20Lagging%20Indicators (Series G0M920).

Notes:

An annual revision that rescaled the existing index occurred between the December 27 and January 22 releases. This revision is mentioned in the January 22 release.

**Figure 34c: The Conference Board's Lagging Economic Indicator**

| | December 4, 2000 Release | December 27, 2000 Release | January 22, 2001 Release | February 22, 2001 Release | Current Series |
|---|---|---|---|---|---|
| | [1] | [2] | [3] | [4] | [5] |
| Jul-00 | 105.4 | | | | 116.8 |
| Aug-00 | 105.6 | 105.7 | | | 117.5 |
| Sep-00 | 105.6 | 105.8 | 106.4 | | 117.9 |
| Oct-00 | 105.6 | 106.1 | 107.1 | 107.3 | 118.7 |
| Nov-00 | | 106.4 | 107.5 | 107.8 | 119.6 |
| Dec-00 | | | 107.4 | 107.6 | 119.5 |
| Jan-01 | | | | 107.7 | 118.1 |

Sources:

[1]   "The Conference Board's Index of Leading Economic Indicators Declines Slightly," PR Newswire, December 4, 2000.

[2]   "The Conference Board's Index of Leading Economic Indicators Declines Slightly," PR Newswire, December 27, 2000.

[3]   "The Conference Board's Index of Leading Economic Indicators Declines For Third Consecutive Month," PR Newswire, January 22, 2001.

[4]   "The Conference Board's Index of Leading Economic Indicators Rises," PR Newswire, February 22, 2001.

[5]   http://tcb-indicators.org/economics/bci/data_search.cfm?cid=1&o=2&s=BCI-01B%20-%20Composite%20Indexes-Coincident%20and%20Lagging%20Indicators (Series G0M930).

Notes:

An annual revision that rescaled the existing index occurred between the December 27 and January 22 releases. This revision is mentioned in the January 22 release.

*Confidential*

**Figure 35: The Conference Board's Leading Economic Indicator - Current Series vs. Contemporaneous Releases**



Notes:

i)   The leading composite includes: average workweek, manufacturing production workers; average weekly initial claims,  unemployment insurance; manufacturers' new orders, consumer goods and materials (chained $); vendor performance, slower deliveries diffusion index; manufacturers' new orders, nondefense capital goods (chained $); building permits; stock prices, 500 common stocks; M2 money supply (chained $); interest rate spread, 10-yr. Treasury bonds less federal funds; index of consumer expectations (from U. of MI Survey Research Center).

ii)  The composite indicators for a given month are currently released roughly two to three weeks after the end of the month, but prior to a methodological revision in late 2000, indicators were released four to five weeks after the end of the month. See: "The Conference Board Announces Leading Economic Indicators Schedule for 2001 Releases will be Produced Two Weeks Earlier,"*PR Newswire*, November 9, 2000.

Sources:  Conference Board website: http://www.conference-board.org/economics/bci/data_search.cfm?cid=1&o=2&s=BCI-01A%20-%20Composite%20Indexes-Leading%20Economic%20Indicators (accessed May 14, 2007)*PR Newswire*  Press Releases: "The Conference Board Announces Leading Economic Indicators Schedule for 2001 Releases will be Produced Two Weeks Earlier," Nov. 9, 2000. "The Conference Board's Index of Leading Economic Indicators Declines Slightly," Dec. 4, 2000. "The Conference Board's Index of Leading Economic Indicators Declines Slightly," Dec. 27, 2000. "The Conference Board's Index of Leading Economic Indicators Declines For Third Consecutive Month," January 22, 2001. "The Conference Board's Index of Leading Economic Indicators Rises," February 22, 2001.

*Confidential*

**Figure 36: Consensus Forecasts of Real GDP Growth, 4Q CY2000 - 4Q CY2001**

| | *Report Date* | | |
|---|---|---|---|
| | **12/11/00** | **1/8/01** | **2/12/01** |
| 4Q 2000 Real GDP Consensus Forecast (*actual) | 2.8% | 2.2% | 1.4%* |
| 1Q 2001 Real GDP Consensus Forecast | 2.8% | 1.8% | 0.7% |
| 2Q 2001 Real GDP Consensus Forecast | 2.9% | 2.7% | 2.0% |
| 3Q 2001 Real GDP Consensus Forecast | 3.2% | 3.3% | 3.1% |
| 4Q 2001 Real GDP Consensus Forecast | 3.2% | 3.4% | 3.5% |
| 2001 Real GDP Consensus Forecast | 3.0% | 2.6% | 2.0% |
| Standard Deviation of 2001 Forecast | 0.2 | 0.4 | 0.5 |

Source: Consensus Economics reports released monthly from December 11, 2000 through February 12, 2001.

*Confidential*

**Figure 37: Blue Chip Forecasts of Real GDP Growth, 4Q CY2000 - 4Q CY2001**

|  | *Report Date* | | |
|---|---|---|---|
|  | **12/10/00** | **1/10/01** | **2/10/01** |
| 4Q 2000 Real GDP Consensus Forecast (*actual) | 2.9% | 2.2% | 1.4%* |
| 1Q 2001 Real GDP Consensus Forecast | 2.8% | 1.9% | 0.8% |
| Average of Highest Ten 1Q 2001 Forecasts | 3.7% | 2.8% | 2.1% |
| Average of Lowest Ten 1Q 2001 Forecasts | 1.8% | 0.7% | -0.4% |
| Difference | 1.9% | 2.1% | 2.5% |
| 2Q 2001 Real GDP Consensus | 2.8% | 2.5% | 2.0% |
| 3Q 2001 Real GDP Consensus | 3.2% | 3.1% | 3.0% |
| 4Q 2001 Real GDP Consensus | 3.4% | 3.5% | 3.5% |
| 2001 Real GDP Consensus Forecast | 3.1% | 2.6% | 2.1% |
| Standard Deviation of 2001 Forecast | 0.4 | 0.4 | 0.5 |

Source: Blue Chip Economic Indicators reports released monthly from December 10, 2000 through February 10, 2001.

**Figure 38: Comparison of Consensus Forecasts and Blue Chip Economic Indicators Forecasters, December 2000 - February 2001**

| Forecaster | December-00 Consensus Economics | December-00 Blue Chip | January-01 Consensus Economics | January-01 Blue Chip | February-01 Consensus Economics | February-01 Blue Chip |
|---|---|---|---|---|---|---|
| Banc of America Corp/Bank America Corp | | 1 | 1 | 1 | | |
| Bank One Corp | | 1 | 1 | 1 | 1 | 1 |
| Bear Stearns & Co., Inc | | 1 | | 1 | | 1 |
| Chase Securities, Inc | | 1 | | | | |
| Chicago Capital, Inc | | 1 | | 1 | | 1 |
| ClearView Economics | | 1 | | 1 | | 1 |
| Comerica | | 1 | | 1 | | 1 |
| Conference Board | 1 | 1 | | | 1 | 1 |
| Credit Suisse First Boston | 1 | 1 | | 1 | 1 | 1 |
| Daimler Chrysler | 1 | 1 | | 1 | 1 | 1 |
| Deutsche Banc/Deutsche Bank Securities | | 1 | | 1 | | 1 |
| Dun & Bradstreet | | 1 | | | | |
| DuPont | 1 | 1 | 1 | 1 | 1 | 1 |
| Eaton Corporation | 1 | 1 | 1 | 1 | 1 | 1 |
| Econoclast | | 1 | | 1 | | 1 |
| Economy.com | | | | | 1 | |
| Eggert Economic Enterprises, Inc | | 1 | | 1 | | 1 |
| Evans, Carroll & Assoc | | 1 | | 1 | | 1 |
| Fannie Mae | 1 | 1 | 1 | 1 | 1 | 1 |
| Federal Express Corp | | 1 | | 1 | | 1 |
| First Union Corp | 1 | 1 | 1 | 1 | 1 | 1 |
| Ford Motor Company | 1 | 1 | 1 | 1 | 1 | 1 |
| General Motors Corporation | 1 | 1 | 1 | 1 | 1 | 1 |
| Georgia State University | | 1 | | 1 | | 1 |
| Goldman Sachs & Co | 1 | 1 | 1 | 1 | 1 | 1 |
| Griggs & Santow | | 1 | | | | |
| Huntington National Bank | | | | 1 | | 1 |
| Inforum - Univ. of Maryland | 1 | 1 | 1 | 1 | 1 | 1 |
| J P Morgan | 1 | 1 | 1 | 1 | 1 | 1 |
| Kellner Economic Advisers | | 1 | | 1 | | 1 |
| LaSalle National Bank | | 1 | | 1 | | 1 |
| Macroeconomic Advisers, LLC | 1 | 1 | 1 | 1 | 1 | 1 |
| Merrill Lynch | 1 | 1 | 1 | 1 | 1 | 1 |
| Moody's Investors Service | | 1 | | 1 | | 1 |
| Morgan Stanley Dean Witter | | 1 | | | | 1 |
| Mortgage Bankers Assoc of America | 1 | 1 | | 1 | 1 | 1 |
| Motorola | | 1 | | 1 | | |
| Naroff Economic Advisors | | 1 | | 1 | | 1 |
| National Assn. of Home Builders | | 1 | 1 | 1 | | |
| National Assn. of Realtors | | 1 | | 1 | | 1 |
| National City Corporation | | 1 | | 1 | | 1 |
| Nomura Securities | | 1 | | 1 | | 1 |
| Northern Trust Company | | 1 | 1 | 1 | | 1 |
| Oxford Economics | 1 | | | 1 | 1 | |
| Perna Associates | | 1 | 1 | 1 | | 1 |
| Prudential Insurance Co | 1 | 1 | 1 | 1 | 1 | 1 |
| Prudential Securities, Inc | | 1 | | 1 | | 1 |
| Regional Financial Assocs | 1 | | 1 | | | |
| SOM Economics, Inc | | 1 | | | | 1 |
| Standard & Poor's | 1 | 1 | | | | 1 |
| Swiss Re | | | | | | 1 |
| Turning Points (Micrometrics) | | 1 | | 1 | | 1 |
| U.S. Trust Co | 1 | 1 | 1 | 1 | 1 | 1 |
| UCLA Business Forecasting Proj | | 1 | | 1 | | 1 |
| Univ of Michigan - RSQE | 1 | | 1 | | 1 | |
| US Chamber of Commerce | | 1 | | 1 | | 1 |
| Wayne Hummer Investments LLC | | 1 | | 1 | | 1 |
| WEFA Group | 1 | 1 | 1 | 1 | 1 | 1 |
| Wells Capital Management | 1 | 1 | 1 | 1 | 1 | 1 |
| | | | | | | |
| Total Number of Forecasters | 23 | 52 | 24 | 49 | 24 | 51 |
| Total Forecasters in One Report but not Other | 3 | 32 | 4 | 29 | 3 | 30 |
| **Total Forecasters in Common** | **20** | | **20** | | **21** | |

Sources: Consensus Economics reports released monthly from December 11, 2000 through February 12, 2001; Blue Chip Economic Indicators reports released monthly from December 10, 2000 through February 10, 2001.

*Confidential*

**Figure 39: NBER Business Cycle Dating Committee as of November 2001**

| Member Name | Committee Position | Other Post Held at the Time |
| --- | --- | --- |
| Robert Hall | Chair | Professor of Economics, Stanford University |
| Martin Feldstein | President, NBER | Professor of Economics, Harvard University |
| Ben Bernanke | Member | Professor of Economics, Princeton University |
| Jeffrey Frankel | Member | Professor of Capital Formation and Growth, Kennedy School, Harvard University |
| Robert Gordon | Member | Professor of the Social Sciences, Northwestern University |
| Victor Zarnowitz | Member | Professor Emeritus of Economics and Finance, University of Chicago Graduate School of Business |

*Confidential*

**Figure 40: Organizational Chart for Oracle's North American Sales Division: North American Sales (NAS)**



Note: Chart reflects divisions made in Oracle's internal NAS revenue forecasts as of the third fiscal quarter of 2001.
Source: Oracle Corp.'s 3Q FY2001 NAS subdivision forecasts; Quarterly Financial Reference Book Q3 FY2001, NDCA-ORCL 303832 – 303964 [NDCA-ORCL 303853].

**Figure 41: Upside Report Structure**



Sources: Upside Reports (12-11-00 shown), 4-21-05 Minton Deposition.

**Figure 42: Initial Upside Adjustments by Quarter, 2Q FY2000 - 3Q FY 2001**

| | | TOTAL REVENUE | TOTAL LICENSE REVENUE | OSI LICENSE REVENUE | NAS LICENSE REVENUE | OPI LICENSE REVENUE |
|---|---|---|---|---|---|---|
| | | Total Upside as a Percentage of Total Forecast | Total License Upside as a Percentage of License Forecast | OSI License Upside as a Percentage of OSI License Forecast | NAS License Upside as a Percentage of NAS License Forecast | OPI License Upside as a Percentage of OPI License Forecast |
| [1] | **1Q FY 1999** | 4% | 9% | --- | --- | --- |
| [2] | **2Q FY 1999** | 7% | 11% | --- | --- | --- |
| [3] | **3Q FY 1999** | 3% | 6% | --- | --- | --- |
| [4] | **4Q FY 1999*** | 7% | 15% | --- | --- | --- |
| [5] | **1Q FY 2000** | 10% | 27% | --- | --- | --- |
| [6] | **2Q FY 2000** | 7% | 14% | --- | --- | --- |
| [7] | **3Q FY 2000** | 7% | 19% | 27% | 35% | 30% |
| [8] | **4Q FY 2000** | 13% | 28% | 44% | 26% | 105% |
| [9] | **1Q FY 2001** | 10% | 33% | 162% | 47% | 45% |
| [10] | **2Q FY 2001** | 6% | 16% | 20% | 16% | 24% |
| [11] | **3Q FY 2001*** | 6% | 13% | 11% | 14% | 23% |

*Sources:*
[1]   Oracle Corp. 7/6/98 Upside Report
[2]   Oracle Corp. 9/28/98 Upside Report
[3]   Oracle Corp. 12/21/98 Upside Report
[4]   Oracle Corp. 3/15/99 Upside Report*
[5]   Oracle Corp. 7/12/99 Upside Report
[6]   Oracle Corp. 9/11/99 Upside Report
[7]   Oracle Corp. 12/13/99 Upside Report
[8]   Oracle Corp. 3/13/00 Upside Report
[9]   Oracle Corp. 6/15/00 Upside Report
[10]  Oracle Corp. 9/11/00 Upside Report
[11]  Oracle Corp. 12/11/00 Upside Report**

*Notes:*

   License Revenue forecasts in Upside Reports were not segmented into NAS, OSI and OPI license divisions until mid-way through 2Q FY2000.  All values are based on figures at constant exchange rate (vs. Actual) dollars, with the exception of the 2Q FY1999 total company Upside adjustment, which is based on Actual dollars because a value at constant exchange rate dollars was unavailable.

   *  Although a 3/8/1999 Upside Report exists in 4Q FY1999, its License Upside Adjustment is zero, suggesting it is incomplete and was only intended as a draft.  The next Upside Report in this quarter is therefore used.
   ** Although not the first Upside Report occurring in 3Q FY2001, this is the Report on which guidance was based.

**Figure 43: Oracle EPS by Quarter, Actuals and Analyst Forecasts, FY1995 - FY2002**



Source: Thomson IBES History Database
Note: Some observations for Mean Analyst Consensus EPS Forecast in First Month of Quarter were not found in database

*Confidential*

**Figure 44: Oracle's EPS Consensus Estimates, Guidance, Forecasts and Actuals, 4Q FY1999 - 4Q FY2001**



Notes:  All figures are at Actual (vs. constant exchange rate) dollars.  All EPS values have been adjusted for 1/18/2000 and 10/12/2000 two-for-one stock splits.  To conform to Thomson IBES
analyst consensus adjustments, the 3Q FY2000 actual EPS value excludes gains on the sale of existing shares in Liberate Technologies, the 4Q FY2000 actual EPS excludes investment
gains, and the 1Q FY2001 actual EPS is rounded to the nearest half-cent.  The 2/7/00 potential EPS value plotted excludes a large, one-time Upside adjustment in the form of a $341
million gain on the sale of Liberate and Redhat assets.

Sources: Forecast and Potential from Oracle Corp. Upside Reports, "Summary" tabs; consensus estimates from Thomson IBES as of first month of quarter (except in the case of 1Q FY2001
where there is a large intra-quarter change in the consensus estimate from $0.13 in June 2000 to $0.07 in July 2000, mostly likely an IBES data error); actuals from Oracle 10-Q and
10-K filings and trade press for 4Q FY2000 only, all verified using Thomson IBES.

*Confidential*

**Figure 45: Oracle's Forecasted EPS, 3Q FY2001**



Note:  All figures are at Actual (vs. constant exchange rate) dollars.
Sources:  Oracle Corp. 3Q FY2001 Upside Reports, "Summary" tabs.

*Confidential*

**Figure 46: Potential as a Percentage of Market Expectations, 3Q FY2001 vs. 3Q FY2000**

| 3Q FY2001 Date | 3Q FY2001 Actual EPS | 3Q FY2001 Consensus Estimate | 3Q FY2001 Guidance | 3Q FY2001 Forecast | 3Q FY2001 Potential | 3Q FY2001 Potential as a Percent of Consensus Estimate | 3Q FY2000 Date | 3Q FY2000 Consensus Estimate | 3Q FY2000 Potential | 3Q FY2000 Potential as a Percent of Consensus Estimate | 3Q FY2000 Actual as a Percent of Consensus Estimate |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/11/00 | 0.10 | 0.12 | 0.12 | 0.107 | 0.128 | 107% | | | | | |
| 12/12/00 | 0.10 | 0.12 | 0.12 | 0.107 | 0.128 | 107% | | | | | |
| 12/13/00 | 0.10 | 0.12 | 0.12 | 0.107 | 0.128 | 107% | 12/13/99 | 0.070 | 0.055 | 79% | 121% |
| 12/25/00 | 0.10 | 0.12 | 0.12 | 0.106 | 0.127 | 106% | | | | | |
| 1/15/01 | 0.10 | 0.12 | 0.12 | 0.106 | 0.121 | 101% | | | | | |
| 1/19/01 | 0.10 | 0.12 | 0.12 | 0.107 | 0.128 | 107% | | | | | |
| 1/22/01 | 0.10 | 0.12 | 0.12 | 0.107 | 0.121 | 100% | 1/24/00 | 0.070 | 0.062 | 89% | 121% |
| 1/29/01 | 0.10 | 0.12 | 0.12 | 0.107 | 0.116 | 97% | | | | | |
| 2/2/01 | 0.10 | 0.12 | 0.12 | 0.105 | 0.112 | 94% | | | | | |
| 2/5/01 | 0.10 | 0.12 | 0.12 | 0.105 | 0.113 | 94% | | | | | |
| 2/9/01 | 0.10 | 0.12 | 0.12 | 0.109 | 0.114 | 95% | 2/7/00 | 0.070 | 0.056 | 81% | 121% |
| 2/12/01 | 0.10 | 0.12 | 0.12 | 0.109 | 0.116 | 96% | 2/14/00 | 0.070 | 0.059 | 84% | 121% |
| 2/16/01 | 0.10 | 0.12 | 0.12 | 0.110 | 0.112 | 93% | 2/20/00 | 0.070 | 0.063 | 90% | 121% |
| 2/19/01 | 0.10 | 0.12 | 0.12 | 0.110 | 0.112 | 94% | 2/21/00 | 0.070 | 0.063 | 90% | 121% |
| 2/26/01 | 0.10 | 0.12 | 0.12 | 0.110 | 0.112 | 93% | 2/25/00 | 0.070 | 0.061 | 88% | 121% |
| 2/27/01 | 0.10 | 0.12 | 0.12 | 0.110 | 0.109 | 91% | 2/28/00 | 0.070 | 0.065 | 93% | 121% |
| 2/28/01 | 0.10 | 0.12 | 0.12 | 0.107 | 0.101 | 84% | 2/29/00 | 0.070 | 0.067 | 96% | 121% |

*Sources:*

Oracle Corp. 3Q FY2001 and 3Q FY2000 Upside Reports, "Summary" tabs; Thomson IBES History database; Oracle 3Q FY2000 10-Q.

*Notes:*

Consensus estimate refers to mean analyst estimate as of first month of fiscal quarter.  EPS values from 3Q FY2000 have been adjusted for 1/18/2000 and 10/12/2000 two-for-one stock splits.  To conform to Thomson IBES analyst consensus adjustments, the 3Q FY2000 actual EPS value excludes gains on the sale of existing shares in Liberate Technologies.  The 2/7/00 potential EPS value shown excludes a large, one-time Upside adjustment in the form of a $341 million gain on the sale of Liberate and Redhat assets.

*Confidential*

**Figure 47: Big Deals, 3Q FY2000 - 3Q FY2001**

| Date | Big Deals Closed | | | Unclosed Big Deals In Pipeline | | |
|------|-----------|-----------|------------------------------------------|-----------|-----------|------------------------------------------|
| | 3Q FY2000 | 3Q FY2001 | Growth from 3Q FY2000 to 3Q FY2001 | 3Q FY2000 | 3Q FY2001 | Growth from 3Q FY2000 to 3Q FY2001 |
| t - 5 | 73,000,000 | 145,000,000 | 99% | 630,000,000 | 618,000,000 | -2% |
| t - 4 | 76,000,000 | 191,000,000 | 151% | 629,000,000 | 635,000,000 | 1% |
| t - 3 | 73,000,000 | 213,000,000 | 192% | 521,000,000 | 621,000,000 | 19% |
| t - 2 | 177,000,000 | 229,000,000 | 29% | 477,000,000 | 591,000,000 | 24% |
| t - 1* | 334,000,000 | 332,000,000 | -1% | 126,000,000 | 218,000,000 | 73% |
| March 1 (t) | 366,000,000 | 420,000,000 | 15% | | | |

*Source:*
  Big Deal Status reports.

*Notes:*
  Numbers following "t -" refer to number of workdays prior to March 1.
 * This corresponds to 2/29/00 in FY2000 and 2/28/01 in FY2001.

*Confidential*

**Figure 48: Oracle EPS by Quarter, FY1995 - FY2002**



Source: Thomson IBES History Database

*Confidential*

**Figure 49: Oracle Year-Over-Year EPS Growth by Quarter**



Source: Thomson IBES History Database

*Confidential*

**Figure 50: Oracle's Pipeline Conversion Ratios by Week, 1Q FY2000 - 3Q FY2001**



Note:  Conversion Ratio is license revenues divided by Pipeline license revenues.  Week 6 in 3Q FY2001 is considered to correspond to the 1/15/2001 Upside Report for consistency with Oracle's "Historical Pipeline Conversion Trends" analysis.

Sources:  Oracle Total Company Pipeline Conversion Trends, "Pipe Trends" tab; Oracle Corp. Q3 FY01 Forecast, weekly Upside Reports, "License P&L" tabs.

*Confidential*

**Figure 51: Oracle's Pipeline Conversion Ratios by Week, 3Q FY2001 vs. Historical Average**



Note:  Conversion Ratio is license revenues divided by Pipeline license revenues.  Week 6 in 3Q FY2001 is considered to correspond to the 1/15/2001 Upside Report for consistency
with Oracle's "Historical Pipeline Conversion Trends" analysis.

Sources:  Oracle Total Company Pipeline Conversion Trends, "Pipe Trends" tab; Oracle Corp. Q3 FY01 Forecast, weekly Upside Reports, "License P&L" tabs.

*Confidential*

**Figure 52: Required Pipeline Conversion Ratios to Obtain $0.12 EPS Potential Forecast, 3Q FY2001**



Notes:   Conversion Ratio is license revenues divided by Pipeline license revenues.   Required end-of-quarter license revenues are derived by holding fixed all non-license revenues and expenses in a given Upside Report and adjusting license revenues in a manner such that each additional dollar of revenue contributes fifteen cents in additional costs, until an earnings per share level of $0.12 (or $0.115) is attained.  Week 6 in 3Q FY2001 is considered to correspond to the 1/15/2001 Upside Report for consistency with Oracle's "Historical Pipeline Conversion Trends" analysis.

Sources:  Oracle Total Company Pipeline Conversion Trends, "Pipe Trends" tab; Oracle Corp. 3Q FY2001 Forecast, weekly Upside Reports, "Summary," "Sum_BudRates", and "License" tabs.

*Confidential*

## Figure 53: Index of Oracle Upside Reports

| Date | NDCA Start Bates | NDCA End Bates |
|---|---|---|
| **Q1 1999** | | |
| 7/6/1998 | 1529443 | 1529451 |
| **Q2 1999** | | |
| 9/28/1998 | 1529708 | 1529709 |
| **Q3 1999** | | |
| 12/21/1998 | 1020514 | 1020554 |
| **Q4 1999** | | |
| 3/8/1999 | 1530826 | 1530834 |
| 3/15/1999 | 1530812 | 1530820 |
| 3/22/1999 | 1530802 | 1530811 |
| 4/5/1999 | 1046005 | 1046014 |
| 5/3/1999 | 1046060 | 1046071 |
| 5/10/1999 | 1046027 | 1046037 |
| 5/17/1999 | 1046038 | 1046048 |
| 5/24/1999 | 1046049 | 1046059 |
| 5/31/1999 | 1046072 | 1046082 |
| **Q1 2000** | | |
| 7/12/1999 | 1045557 | 1045564 |
| 7/26/1999 | 1532027 | 1532031 |
| 8/9/1999 | 1045488 | 1045493 |
| 8/23/1999 | 1045526 | 1045533 |
| 8/30/1999 | 1045534 | 1045541 |
| **Q2 2000** | | |
| 9/11/1999 | 1531532 | 1531538 |
| 9/13/1999 | 133559 | 133572 |
| 9/27/1999 | 1531591 | 1531596 |
| 10/11/1999 | 1045867 | 1045873 |
| 10/25/1999 | 1045684 | 1045690 |
| 11/4/1999 | 1045747 | 1045754 |
| 11/8/1999 | 1045638 | 1045648 |
| 11/15/1999 | 1045594 | 1045604 |
| 11/19/1999 | 1533922 | 1533932 |
| 11/22/1999 | 1045605 | 1045615 |
| 11/24/1999 | 1045616 | 1045626 |
| 11/29/1999 | 142228 | 142238 |
| 11/30/1999 | 1045627 | 1045637 |
| **Q3 2000** | | |
| 12/13/1999 | 1045768 | 1045778 |
| 1/24/2000 | 1045755 | 1045765 |
| 2/7/2000 | 1045835 | 1045846 |
| 2/14/2000 | 36249 | 36260 |
| 2/20/2000 | 1045799 | 1045810 |
| 2/21/2000 | 305208 | 305219 |
| 2/25/2000 | 1045823 | 1045834 |
| 2/28/2000 | 1045811 | 1045822 |
| 2/29/2000 | 40115 | 40126 |
| **Q4 2000** | | |
| 3/13/2000 | 1045933 | 1045944 |
| 3/27/2000 | 305247 | 305259 |
| 4/10/2000 | 305261 | 305274 |

*Confidential*

**Figure 53: Index of Oracle Upside Reports**

| Date | NDCA Start Bates | NDCA End Bates |
|---|---|---|
| 4/24/2000 | 305276 | 305289 |
| 5/8/2000 | 142373 | 142386 |
| 5/15/2000 | 305321 | 305334 |
| 5/24/2000 | 305306 | 305319 |
| 5/29/2000 | 305336 | 305350 |
| Q1 2001 | | |
| 6/15/2000 | 397856 | 397864 |
| 6/19/2000 | 440457 | 440472 |
| 7/3/2000 | 440509 | 440526 |
| 7/6/2000 | 6632 | 6644 |
| 7/17/2000 | 440473 | 440490 |
| 7/31/2000 | 440491 | 440508 |
| 8/7/2000 | 305409 | 305422 |
| 8/14/2000 | 440527 | 440543 |
| 8/15/2000 | 305425 | 305440 |
| 8/21/2000 | 440544 | 440560 |
| 8/24/2000 | 151461 | 151475 |
| 8/28/2000 | 440561 | 440577 |
| 8/29/2000 | 200804 | 200818 |
| 8/31/2000 | 200957 | 200971 |
| Q2 2001 | | |
| 9/12/2000 | 305491 | 305506 |
| 9/18/2000 | 1532594 | 1532609 |
| 10/9/2000 | 1532634 | 1532655 |
| 11/3/2000 | 1532701 | 1532717 |
| 11/13/2000 | 1532735 | 1532751 |
| 11/20/2000 | 1532752 | 1532768 |
| 11/27/2000 | 1532778 | 1532794 |
| 11/29/2000 | 210192 | 210208 |
| Q3 2001 | | |
| 12/5/2000 | 93035 | 93045 |
| 12/8/2000 | 92928 | 92943 |
| 12/11/2000 | 213091 | 213107 |
| 12/12/2000 | 212301 | 212315 |
| 12/13/2000 | 310 | 322 |
| 12/25/2000 | 1913695 | 1913711 |
| 1/15/2001 | 1913734 | 1913749 |
| 1/19/2001 | 1533506 | 1533522 |
| 1/22/2001 | 440127 | 440143 |
| 1/29/2001 | 1911875 | 1911891 |
| 2/2/2001 | 89120 | 89136 |
| 2/5/2001 | 1911892 | 1911908 |
| 2/9/2001 | 89241 | 89257 |
| 2/12/2001 | 1532826 | 1532842 |
| 2/16/2001 | 423 | 435 |
| 2/19/2001 | 1532874 | 1532890 |
| 2/26/2001 | 1532944 | 1532960 |
| 2/27/2001 | 440212 | 440228 |
| 2/28/2001 | 1533006 | 1533022 |
| Q4 2001 | | |
| 3/1/2001 | 107681 | 107696 |

*Confidential*

**Figure 53: Index of Oracle Upside Reports**

| Date | NDCA Start Bates | NDCA End Bates |
|---|---|---|
| 3/5/2001 | 1911948 | 1911962 |
| 3/10/2001 | 117378 | 117394 |
| 3/11/2001 | 107714 | 107731 |
| 3/26/2001 | 107825 | 107842 |
| 4/9/2001 | 107963 | 107979 |
| 5/7/2001 | 1533262 | 1533278 |
| 5/14/2001 | 1533302 | 1533319 |
| 5/21/2001 | 1533343 | 1533360 |
| 5/28/2001 | 1533384 | 1533401 |
| 5/31/2001 | 1533425 | 1533442 |
| | | |
| Note: Upside report dates were inferred from the face of the reports including footnotes, the date from the original filename, and Stratify timestamping. | | |