R11i Customer Information
As of 12/13/2000

| Customer | Go-live Date | Products | New/Upgrade | Source | Comments | Platform | Executive Sponsor |
|---|---|---|---|---|---|---|---|
| **11i Live Customers** | | | | | | | |
| Advanced Telecom Group | Live | AP, PO, GL | New | West | PA and FA to be live on 3/01 | | |
| Agilera | Live | GL, AP, AR | New | Marketing | Plans to go live on Sales OnLine, HR, Project Costing, Project Billing, and Self-Service Time and Expense by Mid November, 2000 | | |
| American Bureau of Shipping | Live | Financials, HR, OTA | New | West | PA - 3/01 | | |
| American Linen Supply | Live | GL, AP, AR, PO, INV | New | West | | | |
| Applied Digital Solutions | Live | Financials | New | East | OM, INV in Dec. | | |
| ATA | Live | HR, OTA, OAB | New | West | | HP | Summers |
| AT&T | Live | Financials | Upg | East | Live on Financials in Argentina | | Miranda |
| Atrion | Live | GL, AP, AR, FA and CE | New | Cons | Also looking at HRMS, Projects, and CRM | Hosted | |
| At Stake | Live | Financials | New | East | Working on Projects & HR | | |
| Bank First | Live | Financials, PO, HR | New | West | | | |
| Barclays UK | Live | Financials, iProcurement | New | EMEA | | Sun | |
| Belgacom | Live | iProcurement | New | EMEA | Belgium. Interconnect to SAP R/3 is next | | |
| Boeing | Live | iProcurement | New | West | | | |
| Broad Band | Live | Financials | New | Cons | Fast Forward Financials except for AR | Sun | |
| Cap Gemini | Live | Financials, PA | Upg | EMEA | UK | | Lowell |
| Carling Technologies | Live | GL, AP | New | Cons | | Sun | |
| CDMV (Quebec) | Live | GL, AP | New | Cons | | | |
| Center 7 | Live | Financials | New | Marketing | BOL | Hosted | |
| Chevron (RMX) | Live | AR, FA, CE, GL, AP, SSP | New | West | Planning go-live on iStore, Svc, OM, Cust Care on 12/4 | Hosted | |
| City3K | Live | Financials | New | EMEA | UK | | |
| Corrugated Services | Live | PO, Financials, OPM | Upg | West | From 11.0 | Sun | Souza |
| CyberSource | Live | Financials, PO, INV | New | West | | Sun | |
| Doral | Live | Financials | New | OCS | In Puerto Rico.  Implementing Treasury as part of second phase. | IBM | |
| EchoStar | Live | iProcurement (with 11.0) | New | West | | | |
| Edge Consultant Pte Ltd | Live | Financials | New | APAC | Singapore | | |
| eGarden.com | Live | Financials | New | OCS | | Sun | |
| eGreetings Network | Live | Financials, Projects, OM, PO | Upg | BOL | | Hosted | |
| Ensemble Communications | Live | GL, AP, FA, INV, BOM, PO, MRP, OM | New | West | Implementation SI is PwC | | |
| Entegra | Live | OM, Inv, PO, MRP, AR | Upg | East | Also has iStore | | |
| Expedient | Live | BOM, WIP, INV, SSP5 | New | East | OM live date is TBD | | |

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER    NDCA-ORCL 418888

R11i Customer Information
As of 12/13/2000

| Customer | Go-live Date | Products | New/Upgrade | Source | Comments | Platform | Executive Sponsor |
|---|---|---|---|---|---|---|---|
| Fidelity Employer Services Corp | Live | OAB | New | East | | | |
| Franke | Live | GL, AP, PO, FA | New | Cons | AR is scheduled for the end of October. | HP | |
| GiantLoop Network | Live | GL, AP, PO, FA, AR and CE | New | BOL | HR planned for Dec. Projects planned for Feb. | Hosted | |
| Guangzhou Zhujiang Brewery Group | Live | Financials | Upg | APAC | China.  OPM - May 01 | | |
| Hallmark | Live | GL, FA, PA | Upg | West | Upgrade from 10.7.  Go-live of 1/15/01 for AP/PO/Web Exp | | Miranda Lowell |
| Honeywell - corporate | Live | Financials, SSP5, SSE | Upg | West | | | |
| Hostcentric | Live | GL, AP , FA and HRMS | New | West | iPay, Service, Contracts, Cus Care, AR, INV,BOM to follow on 12/20 | Sun | |
| Hutchinson Telecom (UK) | Live | GL, AP, CE, FA, Web Expenses, HRMS | New | EMEA | | HP | |
| Industry Suppliers | Live | | New | EMEA | France. | | |
| Ingersoll Rand | Live | iProcurement | New | East | Also implementing ERP and CRM products | | |
| Inventec | Live | Financials, iProcurement | New | APAC | OM - Jan. 01 | IBM | |
| Legerity | Live | Financials, OM, HR | New | West | MRP to follow in Nov. | | |
| Loudcloud | Live | Financials, Mfg, SSE, HR, PA | New | West | | | |
| Ludwig Beck | Live | Istore | New | EMEA | | | |
| Lufthansa Airplus | Live | CRM - Customer care | New | EMEA | | Hosted | |
| Maple Networks | Live | Financials, PO | New | BOL | | | |
| Maritz Corporation | Live | AP,AR,GL | New | West | | | |
| MetalMaker | Live | iProcurement, PO, Supplier Portal | New | West | | Hosted | |
| MobShop.com | Live | GL, AR, AP , PO | New | West | | | |
| Mutual Materials | Live | GL, AP, AR, PO, CE | New | West | | | |
| Netpliance | Live | GL, AP, PO, INV, AR, OM, CRM | New | West | | Sun | |
| Network Access Solutions | Live | GL, AP, AR, CM, PO, FA, PA(costing), OM, Shipping,  BOM and Inventory | New | Cons | | | |
| New Zealand Dairy Board | Live | Financials, iProcurement | Upg | APAC | From 10.7 | | |
| Odwalla | Live | Financials (iProcurement, OPM, APS to be live later) | New | West | Live on Financials and SSE. iProcurement scheduled for 11/27 | HP | |
| PacWest | Live | FA, AP , GL, CE, PO, INV, HR. | New | West | OM, CRM - Sales Comp scheduled for later | Sun | |
| Papa Johns | Live | CRM | New | East | Go-live date is for Call Center and iStore. | | |
| Peace Computers | Live | Financials | New | APAC | | | |

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

NDCA-ORCL 418889

R11i Customer Information
As of 12/13/2000

| Customer | Go-live Date | Products | New/Upgrade | Source | Comments | Platform | Executive Sponsor |
|---|---|---|---|---|---|---|---|
| Pella Windows | Live | GL, AP, FA, PA, PO and I-Procurement | New | West | INV, AR - planned for Jan. | | |
| Portal | Live | Financials, PO, HR | New | West | Self-service apps planned live in November, PA live in December | | |
| Questlink | Live | GL, AP, AR, PO, CE | New | West | | | |
| RAF (UK) | Live | GL, AP, PO | Upg | EMEA | | Sun | |
| Red Herring | Live | Financials, SSE, SST | New | West | | | |
| Reed Personal | Live | Financials | New | EMEA | UK | | |
| Resolution/Reso Direct | Live | ERP | New | East | | | |
| Retek | Live | GL, AR, AP, FA, PO, Cash Mgmt | New | West | PA, HR, SS PO, SS Time, SS Exp, SS HR live in Jan | Sun | |
| Sageo | Live | | | West | | | |
| Satyam Infoway | Live | Customer Care | New | Marketing | India | | |
| Service Electronics | Live | Financials | New | West | OM live date is 2/1/01, Service live date is 3/1/01 | | Campbell |
| Silterra | Live | Financials, Inv, OM | New | APAC | Treasury planned for Dec. Mfg, CRM, APS, OSFM planned for 1/1/01 | Compaq | Jewell |
| Spancrete | Live | AR, AR, OM, Mfg, MRP | Upg | West | | | |
| TeleDenmark | Live | ERP | New | EMEA | | | |
| TeliaNet | Live | OM, GL,AP,AR, FA, HR, PA, INV | Upg | EMEA | Denmark 11.0.3 customer. | | |
| Tririga | Live | ERP | New | West | | | |
| Unilever Platform-1 | Live | iStore, INV, OM | New | EMEA | UK | | |
| VA Linux | Live | GL, AR, AP, FA, CE, OM, PO, Inventory, BOM, WIP, Engineering, Costing, and E-Commerce Gateway | New | West | First Linux platform | Linux | |
| Value Vision | Live | Financials, PO, OM, CRM | New | West | | IBM | |
| Vertex | Live | Assets, AP, GL, and Cash Management | New | East | Will go live on SSE soon. Future plans include OM, AR and CRM | Sun | |
| Vingage (iFramevideo.com) | Live | AP, AR,GL,FA,INV,OM, and PO | New | Cons | Fast Forward Distribution RPM, live in 10 weeks | | |
| Virtual Ink | Live | Financials, OM, INV, PO, HR, BIS | New | East | BOL | Hosted | |
| Vodafone (UK) | Live | Financials, HRMS | New | EMEA | Project with Deloitte. HRMS - Jan. 01 | | |
| Waitemata Health | Live | iProcurement, GL, AR, AP, FA, HR, OTA, Inv | Upg | APAC | Upgrade from 11.0. | Compaq | |
| Westpac Banking Corp | Live | Financials | Upg | APAC | Large volume GL user | NT | Miranda |
| Women.com | Live | Financials, PA | New | West | Implementation SI is PwC. Go-live for SSP is TBD | | |

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                                     NDCA-ORCL 418890

R11i Customer Information
As of 12/13/2000

| Customer | Go-live Date | Products | New/ Upgrade | Source | Comments | Platform | Executive Sponsor |
|---|---|---|---|---|---|---|---|
| YOU (Telpluss) | Live | GL, AR | New | EMEA | Norway Telecom, more modules later this year, PwC | | |
| ZapMedia | Live | Financials, OM | New | East | Working on CRM issues now | | |
| **Other Customers Plans** | | | | | | | |
| Aceva | 12/15/2000 | Financials | New | West | | | |
| ACT Manufacturing | On Hold | APS | New | East | APS is only 11i app. Using 11.0 for other apps. | | |
| Aero Fulfillment Services | TBD | ERP, CRM | New | East | | | |
| Agra | | PA | | Canada | | | Lowell |
| Airborne Express | Jul. 01 | ERP | New | West | | | |
| Airfreight Limited | 12/07/2000 | Financials | New | APAC | India | | |
| Alcoa | 06/01/2001 | Fin, Mfg, PA, OM | New | East | KPMG and OCS, multi-org, MLS, Euro, localizations; CRM to follow | | |
| Allegis Inc. | 01/01/2001 | ERP | Upg | East | | | |
| Amdahl | 04/18/2001 | Financials, PO, Mfg, OM, SSE | Upg | East | | | |
| American Power Corp. | 01/01/2001 | Financials, Discrete Mfg | Upg | East | | | Jewell |
| Asia Books Co | Mar. 2001 | Financials, iProcurement, OM | New | APAC | | | |
| Asian Development Bank | Jan. 2001 | HR, Pay | New | APAC | Financials - Jun. 01 | | |
| AT COMM | Nov. 2000 | ERP | New | Marketing | | | |
| Auckland Healthcare Services | Dec. 2000 | Financials, PO, INV | Upg | APAC | | | |
| Bank of Montreal | 01/31/2001 | iStore, iPayment | | East | | | |
| Beacon e-Commerce | TBD | PO, Ship | New | East | Want to test Patch set 1 | | |
| BellSouth Technology Services | 12/13/2000 | ERP, CRM | | East | | | |
| BellSouth Telecommunications | Late 2001 | PO, INV, FA, Network Logistics, Network Asset Tracking System, and Demand Planning | | East | | | |
| Biogen | 01/01/2001 | OM, GL, INV, AP, PO, CE | Upg | East | | | |
| Blue292 | 01/01/2001 | Financials, OM, INV, PO | New | East | | | |
| Blue Circle Phillippines | Jan. 2001 | GL, AP, FA | | APAC | AR, OM, INV - Apr. 01 | | |
| Blue Circle UK | Jan. 2001 | GL, AP, FA, CE | | EMEA | AR, OM, INV - Mar. 01 | | |
| Boral Bricks | 01/20/2001 | Financials | Upg | East | OPM to follow | | |
| Brock Tool | 02/01/2001 | ERP | | East | | | |
| Cal Tech | | Public Sector | | | | | Bishop |
| CAM | 12/11/2000 | Financials | | | | | |
| Cameraworld | 02/01/2001 | OM, CRM | New | West | | | |
| Canon USA | 02/15/2001 | OM | | East | | | |
| Canterbury Uni. | Dec. 2000 | Financials | Upg | APAC | | | |

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                           NDCA-ORCL 418891

R11i Customer Information
As of 12/13/2000

| Customer | Go-live Date | Products | New/Upgrade | Source | Comments | Platform | Executive Sponsor |
|---|---|---|---|---|---|---|---|
| Celulares Telefonica | 11/28/2000 | CRM | New | CRM | Latin America company | | |
| CH2M Hill | Early 2001 | Projects | | Dev | Construction company, many customizations, thought 11i install easier than 10.7 | | |
| Chick-Fil-A | 02/01/2001 | OM, Arq | Upg | East | OM upgrade, AR new | | |
| Chipotle | Jan. 2001 | Financials, HR, PA, Inv, PO | Upg | BOL | | Hosted | Hosted |
| China International Capital Corp | 01/01/2001 | Financials | Upg | APAC | | | |
| Citicorp | TBD | CRM | | East | | | |
| City of Chicago | TBD | Public Sector | New | West | | | Summers |
| City of Jacksonville | TBD | HR | Upg | East | | | |
| CJ Dreamsoft | Mar. 2001 | Financials, ABM | | APAC | | | |
| Clear | Mar. 2001 | Financials | Upg | APAC | | | |
| Color Line | 01/12/2001 | Marketing Online | | EMEA | | | |
| Compaq | Dec. 2000 | Iprocurement, PO | | West | | NT | |
| Coop | Jan. 2001 | Financials, HR, Pay | | EMEA | UK | | |
| CNLR | Jan. 2001 | Financials, Property Mgr | Upg | BOL | | Hosted | Hosted |
| Creative Labs | 01/02/2001 | GL, AR, OM, INV | | West | | | |
| Creative Technology | Jan. 2001 | Financials, OM | Upg | APAC | | | |
| CSC | Jan. 2001 | Financials | Upg | APAC | OM, Dist. - May 01, ERP - 1/1/01 | | |
| Curl Corporation | 12/15/2000 | CRM | | East | | | |
| Cyrk, Inc. | 02/01/2001 | OM | | East | | | |
| Darharnq Industry Co, Ltd | Mar. 2001 | Financials, OM, Mfg | | APAC | | | |
| Dialogic Corporation | Q2 2001 | OM | | East | | | |
| DRI | Feb. 01 | Financials | Upg | APAC | From 10.7 | | |
| Eastgate Technologies | Jan. 2001 | Financials, Mfg | New | APAC | | | |
| EdExcel | Jan. 2001 | Financials, HRMS | | EMEA | UK | | |
| Edinburgh University | Feb. 2001 | HR/Payroll | | EMEA | UK | | |
| Elecon Eng. | Dec. 2000 | Financials, Mfg, OM | New | APAC | CRM - Mar. 01 | | |
| Emulex | 01/29/2001 | ERP | | West | | | |
| Epicentre Technologies | Jan. 2001 | CRM | New | APAC | | | |
| Esco | 02/01/2001 | ERP (OM) | New | East | Partner with customer implementations | | |
| Exabyte | 03/31/2001 | Financials, Mfg, CRM | | West | | | |
| Exide Ltd | Jan. 2001 | Financials, OM, iStore | New | APAC | SAP Interconnect - Mar 01 | | |
| F5 | 01/02/2001 | Financials, PO, INV | New | West | UK | | |
| Ferro Fluidics | Feb. 2001 | ERP | New | East | BOL | | |
| FirePond, Inc. | 02/01/2001 | ERP | | East | | | |
| Ford Motor Company | 01/01/2003 | ERP, CRM | | West | | | Klaiss |
| Fosters | 01/01/2001 | Financials | Upg, New | APAC | OM - Apr. 01, APS, OPM - Aug. 01, CRM - Jul. 01 | | |
| Founders Electronics Co. | 01/03/2001 | Financials, iProcurement, OM | Upg, New | APAC | CRM - June 01 | | |

Ciena (handwritten annotation)

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER    NDCA-ORCL 418892

R11i Customer Information
As of 12/13/2000

| Customer | Go-live Date | Products | New/Upgrade | Source | Comments | Platform | Executive Sponsor |
|---|---|---|---|---|---|---|---|
| Franklin Covey | 01/15/2001 | iStore, GL, AR | New | West | | | |
| Friedkin/Toyota | 02/15/2001 | HR, Pay, FA, AP, PO, GL, AR | Upg | West | | | Summers |
| F&W Publications | 01/02/2001 | GL, FA, AP, PO | New | East | | NT | |
| GATI | Mar. 2001 | CRM | | APAC | | | |
| GCHQ | Jan. 2001 | HRMS | | EMEA | UK | | |
| GE Aircraft Engines | 04/01/2001 | ERP | Upg | East | Delayed go-live on APS. Working with development. APS (new) go-live in May | | Jewell Syed |
| GE Capital TIP | 01/01/2001 | ERP | Upg | East | | | |
| GE Corporate | TBD | iProcurement, Financials | Upg | Marketing | | | Miller |
| GE-India Technology Centre | 01/01/2001 | Financials, PO | New | APAC | | | |
| GE Power | | | | EMEA | Hungary | | Klaiss |
| Genlyte Group | Mar. 2001 | ERP, CRM | | East | | | |
| Getty Images | 02/01/2001 | GL, AP, AR, INV, OM | New | West | | | |
| Harvard | 10/01/2001 1/1/2002 | ERP - Fin, HR/Pay | | East | Fin - Oct, HR/Pay - Jan | | |
| Haworth | | ERP | New | West | Will use development Vision instance | | |
| Healthnet | | OAB | New | Dev | | | |
| Hitachi Data Systems | TBD | HR, Financials, SSP, SSE, SFA, Sales Online, Sales Comp, APS | New | Marketing | iStore, iMarketing, Time Mgt on top of HR in April | | Summers |
| Hong Kong Printing Services | Jan. 2001 | Financials | | APAC | | | |
| Humana | 01/30/2001 | OM | | East | | | |
| Imation | 01/01/2001 | Financials, OM | Upg | West, EMEA | Multi-lingual, multi-org, multi-currency. EMEA live is 1/1/01.  US live TBD. | | |
| Inchon International Airport | Dec. 2000 | Financials | | APAC | Korea. iProcurement - Mar 01 | | |
| Indiana Mills and Mfg | 02/26/2001 | ERP | New | East | | | |
| Intelitouch.com | | OM, Contracts, iSupport | | West | | | |
| Invensys | Apr. 01 | Financials | Upg | APAC | | | |
| IS Robotics | 01/02/2001 | ERP | | East | 7/01 AR, AP, GL, PO, PS Budgeting | | |
| I-stt.com Pte Ltd | 01/01/2001 | GL, AR | New | APAC | Other Fin apps - Mar. 01 | | |
| Kelly Services | 01/01/2001 | HR, Payroll | | West | | | |
| Kinetic Concepts | 02/01/2001 | | | West | | | |
| Kleinfelder | | HR, OTM | | West | | | |
| Jackson Laboratory | 01/01/2001 | OPM, Financials, Grant accounting, HR | New | East | | | |
| JDS Uniphase | TBD | ERP, CRM | Upg | Marketing | | | |
| LGIC | Jun-01 | Financials, Mfg, CRM | | APAC | Korea | | |

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER   NDCA-ORCL 418893

R11i Customer Information
As of 12/13/2000

| Customer | Go-live Date | Products | New/Upgrade | Source | Comments | Platform | Executive Sponsor |
|---|---|---|---|---|---|---|---|
| LG Nikko | Dec. 2000 | iProcurement | | APAC | Korea | | |
| LG Phillipse | Mar. 2001 | Financials, Mfg, OM | | APAC | | | Summers |
| Liberty Mutual | 01/01/2001 | HR, Pay | New | East | | | |
| Lite-ON Technology Corp | Mar. 2001 | Financials, Mfg, OM | Upg | APAC | From 10.7 | | |
| Livestock Improvement | 12/20/2000 | Financials | Upg | APAC | | | |
| Lucent Technologies | 10/01/2001 | | | East | | | |
| Marconi Fibreway | Dec. 2000 | Financials, CRM | | EMEA | UK | | |
| Matsushita Technology Pte Ltd | Jan. 2001 | Financials, Distribution | Upg | APAC | | | |
| MBNA | TBD | ERP - AP | Upg | East | AP Upgrade Issues | | |
| McData | 01/01/2001 | | | West | | | |
| Medison | Mar. 2001 | Financials, Mfg, OM | | APAC | | | |
| Meritor Automotive | 01/01/2001 | ERP | | West | | | |
| Millipore | Dec. 2000 | APS | Upg | East | OM scheduled for Feb. | | Campbell, Syed |
| Mindtree Consulting | Jan. 2001 | Financials, HR | New | APAC | | | |
| Minico | 01/02/2001 | Financials, PO, OM | | West | | | |
| Ministry of Education | Apr. 01 | Financials | Upg | APAC | | | |
| Minute Maid | | OPM | | | | | |
| mWeb | TBD | Financials, PO, Projects, Workflow and OM | Upg | EMEA | South Africa, Sales&Marketing, Service and Sales Comp are next | | Souza |
| mWeb Thailand | Jan. 2001 | Financials, iProcurement, OM | New | APAC | | | |
| Myfamily.com | 01/01/2001 | Financials, OM, PO, INV | New | West | | | |
| NCR | Late Fall | ERP, CRM | Upg | East | Contracts Brazil | | |
| Netcel360.com | Jan. 2001 | Financials, OM | New | APAC | | | |
| Network 10 | Feb. 01 | Financials | | APAC | | | |
| New Zealand Schools Trustees Association | Feb. 01 | Financials, iProcurement | New | APAC | | | |
| North American Mfg Co. | 01/01/2001 | AP, GL | New | East | PA - Feb. 1.   OM, Financials, Mfg - Mar. 1 | NT | |
| Ohio University | 02/01/2001 | | | West | | | |
| Okong | Jan. 2001 | Financials, Mfg, OM | | APAC | | | |
| Overseas Union Bank | Jan. 2001 | GL, AP | Upg | APAC | FA - Mar. 01 | | |
| Panasonic Industrial | Dec. 2000 | Financials | New | APAC | Thailand | | |
| Panduit | TBD | GL, AR, AP, FA, CE, HR, Pay | New | West | | | |
| Paxar | 02/02/2001 | Financials, OM, APS, MRP | New | East | | | Syed |
| Planet M | Jan. 2001 | Financials, OM, CRM | New | APAC | Supp. Sch. - Mar. 01 | | |

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                           NDCA-ORCL 418894

R11i Customer Information
As of 12/13/2000

| Customer | Go-live Date | Products | New/Upgrade | Source | Comments | Platform | Executive Sponsor |
|---|---|---|---|---|---|---|---|
| Poore Brothers | 01/02/2001 | | | West | | | |
| Portsmouth | Jan. 2001 | Financials | | EMEA | UK | | Wohl |
| Posco | Jun-01 | Financials, Mfg, iProcurement, CRM, OM, HR | | APAC | | | |
| President Enterprise Corp | Jan. 2001 | Financials | | APAC | OPM, OM - Sep. 2001 | | |
| Qlogic | 01/29/2001 | GL, AP, FA, AR, CE, PO, INV, BOM, Eng | New | West | | | |
| Ralston Purina | 03/01/2001 | Financials, OPM | | West | | | Souza |
| Rational Software | 04/15/2001 | Financials, PO, INV, WIP, BOM, MRP, OM, HR, OAB | Upg | West | | | |
| Reed Business Information | Dec. 2000 | Financials | | EMEA | | | |
| Resmed | Apr. 01 | Mfg, Flow, CRM | Upg | APAC | | | |
| Rockford | 02/01/2001 | AP, MRP, APS | | West | | | Syed |
| Royal Sun Alliance | Mar. 2001 | Financials | New | APAC | | | |
| Schmidt Scientific Taiwan Limited | Jan. 2001 | Financials, Mfg, OM | New | APAC | | | |
| Seagate | 01/01/2001 | ERP | Upg | West | From 10.7 | | |
| Seagate Thailand | Dec. 2000 | Financials | Upg | APAC | Thailand | | |
| Select Medical | 12/24/2000 | HR/Payroll | Upg | East | 1/1/01 - Financials - new, 2/1/01 - OAB | | |
| Siliconware Precision Industries | Mar. 2001 | Financials, APS, OM, Mfg | New | APAC | | | |
| Singapore Computer Systems | Mar. 2001 | Financials, OM, Mfg | Upg | APAC | | | |
| SKC&C | Mar. 2001 | Financials, iProcurement | Upg | APAC | | | |
| Smith International | 04/16/2001 | ERP | | West | | | |
| Southern Energy | 04/02/2001 | HRMS, Financials, PO | Upg, New | East | HRMS - New.  Other products upgrade from 10.7 | | |
| Specialized Bicycles | | CRM | | West | | | |
| SPI Electronic Co., Ltd | 01/07/2001 | Financials, Mfg, OM | | APAC | | | |
| State Library of New South Wales | Dec. 2000 | Financials | | APAC | | | |
| Sunsoft | 01/01/2001 | ERP | | West | | | |
| Suntory Water Group | 01/01/2001 | Financials | | East | OM, CRM - 4/01 | | |
| Synqor | 01/01/2001 | Financials, MRO | New | East | Mfg - 2/01 | | |
| Tata Teleservices | Dec. 2000 | Service, Cust Care | New | APAC | India | | |
| Thai Shell Exploration & Production | Dec. 2000 | Financials | New | APAC | Thailand | | |
| Timex | 03/01/2001 | Financials, OM | New | East | | | Campbell |

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                              NDCA-ORCL 418895

R11i Customer Information
As of 12/13/2000

| Customer | Go-live Date | Products | New/Upgrade | Source | Comments | Platform | Executive Sponsor |
|---|---|---|---|---|---|---|---|
| Telcordia | 05/01/2001 | ERP | Upg | East | | | |
| TMP Worldwide | 07/01/2001 | OM | New | East | | | |
| Tropicana Europe | | | | EMEA | | | Souza |
| Tube Investments India | Jun. 01 | Financials, Mfg, CRM | New | APAC | OM - Aug. 01. APS - Sep. 01 | | |
| U2U4 | Feb. 01 | Financials | | APAC | | | |
| University of Pittsburgh | 7/01/2001 11/1/2001 1/1/2002 | Fin, HR, Pay, OAB, SSHR | Upg | East | HR/Pay/OAB/SSHR new, Financials upg | | |
| UPS | 01/08/2001 | APS | New | | | | Syed |
| Upside Media | Dec. 2000 | OM, AR, AP, Sales | | West | | | |
| US Dept. of Defense | 01/01/2001 | CRM | New | East | | | |
| USWA | TBD | HR, Pay | | East | | | |
| Viant | 12/01/2000 | AP, iExp, AR, HR, OAB, OTA, PA, BIS | New | East | BOL | | |
| Victoria Uni | Apr. 01 | Financials | Upg | APAC | | | |
| Vodafone NZ | Jun. 01 | Financials | Upg | APAC | | | |
| Wang Federal Govt Services | 01/01/2001 | ERP, CRM | | East | | | |
| Web2Biz | Feb. 01 | Financials | | APAC | | | |
| WebLink Wireless | 06/01/2001 | Financials, INV, PO, OM, Service | | West | | | |
| Worldsource 360 | 01/01/2001 | Financials, OM, CRM | New | West | | | |
| Xerox | 04/01/2001 | ERP, CRM | | East | | | |
| Yale | 12/31/2000 | Public Sector: Financials, HR, Pay, PO, Grants, Labor Dist | Upg | East | | | Bishop |
| Yamaha | 01/01/2002 | GL, HRMS, PA, AR, OM, INV, PO, BOM, & CRM-Sales Comp. | New | West | | | |
| Zale Corporation | 02/01/2001 | Financials | Upg | West | | | |

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                                                                                         NDCA-ORCL 418896