R11i Customer Information
As of 02/08/2001

| Customer | Go-live Date | Products | New/ Upgrade | Source | Comments | Platform | Executive Sponsor |
|---|---|---|---|---|---|---|---|
| **11i Live Customers** | | | | | | | |
| ABIT Computer Corporation | Live | Financials, Mfg, PO | New | APAC | OM - TBD | | |
| Aceva | Live | Financials | New | West | | | |
| ACT Manufacturing | Live | APS | New | East | APS is only 11i app. Using 11.0 for other apps. | | |
| Advanced Telecom Group | Live | AP, PO, GL | New | West | PA and FA to be live on 3/01 | | |
| Aero Fulfillment Services | Live | ERP, CRM | New | East | | | |
| Agilera | Live | GL, AP, AR | New | Marketing | Plans to go live on Agilera.com on Sales OnLine, HR, Project Costing, Project Billing, and Self-Service Time and Expense by 1/17/01 | | |
| Airfreight Limited | Live | Financials | New | APAC | India | | |
| Airprime | Live | HR, Financials | New | West | | | |
| Airslide Ltd | Live | Service, Support | | EMEA | | | |
| American Bureau of Shipping | Live | Financials, HR, OTA | New | West | PA - 3/01 | | |
| American Linen Supply | Live | GL, AP, AR, PO, INV | New | West | | | |
| American Power Corp. | Live | Financials, Discrete Mfg | Upg | East | From 10.7 | | Jewell |
| Applied Digital Solutions | Live | Financials | New | East | OM, INV in Dec. | | |
| ATA | Live | HR, OTA, OAB | New | West | | HP | Summers |
| AT&T | Live | Financials | Upg | East | Live on Financials in Argentina. Other LA countries to follow in Dec. and Jan. | | Miranda |
| Atrion | Live | GL, AP, AR, FA and CE | New | Cons | Also looking at HRMS, Projects, and CRM | Hosted | |
| At Stake | Live | Financials | New | East | Working on Projects & HR | | |
| Auckland Healthcare Services | Live | Financials, PO, INV | Upg | APAC | | | |
| AXA | Live | | New | EMEA | France. | | |
| Bank First | Live | Financials, PO, HR | New | West | | | |
| Barclays UK | Live | Financials, iProcurement | New | EMEA | | Sun | |
| Beckman Coulter | Live | | | EMEA | CRM - 7/1/01. EDW Early Adopter also | | Robson |
| Beijing Zaccess Systems | Live | Financials | New | APAC | OM, Mfg - Feb. 01 | | |
| Belgacom | Live | iProcurement | New | EMEA | Belgium. Interconnect to SAP R/3 is next | | |
| BellSouth Technology Services | Live | ERP, CRM | New | East | | | |
| Biogen | Live | OM, GL, INV, AP, PO, CE | Upg | East | From 10.7 | | |
| Blue Circle UK | Live | AP | New | EMEA | GL - 1/24. FA, HR - week of 1/29. OM later. | | |
| Boeing | Live | iProcurement | New | West | BSC later | | Robson |
| Broad Band | Live | Financials | New | Cons | Fast Forward Financials except for AR | Sun | |
| BT Syntegra | Live | Financials, PA | Upg | EMEA | UK | | |
| Business Telecom | Live | Financials, Inv, PO | New | East | | | |
| Canterbury Uni. | Live | Financials | Upg | APAC | | | |



CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

R11i Customer Information
As of 02/08/2001

| Customer | Go-live Date | Products | New/ Upgrade | Source | Comments | Platform | Executive Sponsor |
|---|---|---|---|---|---|---|---|
| Cap Gemini | Live | Financials, PA | Upg | EMEA | UK | | Lowell |
| Carling Technologies | Live | GL, AP | New | Cons | | Sun | |
| CDMV (Quebec) | Live | GL, AP | New | Cons | | | |
| Celulares Telefonica | Live | iStore | New | LAD | Latin America company | | |
| Center 7 | Live | Financials | New | Marketing | BOL | Hosted | |
| Centerpoint Broadband | Live | OM, Ship. Pric, INV, CM, MRP, WIP, BOM, FA, AR, AP, GL, PO, Iprocurement and iExpense | New | West | | | |
| Chevron (RMX) | Live | AR, FA, CE, GL, AP, SSP, CRM | New | West | Planning go-live on iStore, Svc, OM, Cust Care on 12/4 | Hosted | |
| Chipotle | Live | Financials, HR, PA, Inv, PO | Upg | BOL | | Hosted | |
| City3K | Live | Financials | New | EMEA | UK | | |
| Color Line | Live | Marketing Online | | EMEA | | | |
| Compaq | Live | Iprocurement, PO | | West | | NT | |
| Coop CWS | Live | GL,AR, AP,PO, CE, iProc, iReceivables | | EMEA | UK | HP | |
| Corrugated Services | Live | PO, Financials, OPM | Upg | West | From 11.0 | Sun | Souza |
| Covisint | Live | Marketing Online, Marketing Encyclopedia, Sales Online, Contracts | | CRM | | | |
| Creative Labs | Live | GL, AR, OM, INV | New | West | | | |
| Creative Technology | Live | Financials, OM | Upg | APAC | | | |
| Curl Corporation | Live | Financials, PO, INV, HR | | East | CRM - 1/15/01 | | |
| CyberSource | Live | Financials, PO, INV | New | West | | Sun | |
| Digital Lighthouse | Live | Financials, Projects | New | West | | | |
| Doral | Live | Financials | New | LAD | In Puerto Rico. Implementing Treasury as part of second phase. | IBM | |
| Dutch Office Suppliers | Live | | | EMEA | Netherlands. | | |
| Eastgate Technologies | Live | Financials, Mfg | New | APAC | | | |
| EchoPass | Live | Financials | New | West | | | |
| EchoStar | Live | iProcurement (with 11.0) | New | West | | | |
| Edge Consultant Pte Ltd | Live | Financials | New | APAC | Singapore | | |
| eGarden.com | Live | Financials | New | OCS | | Sun | |
| Egreetings Network | Live | Financials, Projects, OM, PO | New | BOL | | Hosted | |
| EICN | Live | Financials | New | West | | | |
| Empirix | Live | AP,AR,GL,PO,OM,INV, HR,Benefits | New | BOL | ENG,WIP,BOM - 3/1 | Hosted | |



CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

R11i Customer Information
As of 02/08/2001

| Customer | Go-live Date | Products | New/ Upgrade | Source | Comments | Platform | Executive Sponsor |
|---|---|---|---|---|---|---|---|
| Ensemble Communications | Live | GL, AP, FA, INV, BOM, PO, MRP, OM | New | West | Implementation SI is PwC. OC brought in for issue resolution | | |
| Entegra | Live | OM, Inv, PO, MRP, AR | Upg | East | Also has iStore | | |
| Entel Bolivia | Live | Customer Care | | LAD | | | |
| EvoSource | Live | iProcurement | | EMEA | Germany | | |
| Expedient | Live | BOM, WIP, INV, SSP5 | New | East | OM live date is TBD | | |
| Fidelity Employer Services Corp | Live | OAB | New | East | | | |
| Firepond Europe | Live | | | EMEA | Netherlands. | | |
| Franke | Live | GL, AP, PO, FA | New | Cons | AR is scheduled for the end of October. | HP | |
| F&W Publications | Live | GL, FA, AP | New | East | PO Later | NT | |
| GCHQ | Live | HRMS | | EMEA | UK. CGEY. Financials, PA, and more HRMS for April | HP | |
| GE-India Technology Centre | Live | Financials, PO | New | APAC | India. PwC. | | |
| Getty Images | Live | GL, AP, AR, INV, OM | New | West | | | |
| GiantLoop Network | Live | GL, AP, PO, FA, AR and CE | New | BOL | HR planned for Dec. Projects planned for Feb. | Hosted | |
| Guangzhou Zhujiang Brewery Group | Live | Financials | Upg | APAC | China. OPM - May 01 | | |
| Hallmark | Live | GL, FA, PA | Upg | West | Upgrade from 10.7. Go-live of 1/15/01 for AP/PO/Web Exp | | |
| Hewlett-Packard Nederland | Live | CRM | New | EMEA | Netherlands. | | |
| Honeywell - corporate | Live | Financials, SSP5, SSE | Upg | West | | | Miranda Lowell |
| Hostcentric | Live | GL, AP, FA, HRMS, iPay, Service, Contracts, Cus Care, AR, INV,BOM | New | West | | Sun | |
| Hutchinson Telecom (UK) | Live | GL, AP, CE, FA, Web Expenses, HRMS, iProcurement | New | EMEA | | HP | |
| Imation | Live | OM | Upg | EMEA | Netherlands. Multi-lingual, multi-org, multi-currency. Financials - 1/12/01. US live 4/1/01. | | |
| Inchon International Airport | Live | Financials | | APAC | Korea. iProcurement - Mar 01 | | |
| Industry Suppliers | Live | | New | EMEA | France. | | |
| Ingersoll Rand | Live | iProcurement | New | East | Also implementing ERP and CRM products | | |
| Innogy | Live | HRMS | New | EMEA | UK | | |
| Intelitouch.com | Live | OM, Contracts, iSupport | New | East | | | |
| Inventec | Live | Financials, iProcurement, OM | New | APAC | | IBM | |
| I-stt.com Pte Ltd | Live | GL | New | APAC | Issues with SSL. Other Fin apps - Mar. 01 | | |
| Jackson Laboratory | Live | OPM, Financials | New | East | Grant accounting, HR later | | |



CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

R11i Customer Information
As of 02/08/2001

| Customer | Go-live Date | Products | New/ Upgrade | Source | Comments | Platform | Executive Sponsor |
|---|---|---|---|---|---|---|---|
| JDS Uniphase | Live | iStore | | CRM | | | |
| Kelly Services | Live | Payroll | Upg | West | | | |
| KEMA | Live | Financials, MRC/EFC, PA | | EMEA | Netherlands. | | |
| Kleinfelder | Live | HR | | West | OTM - 1/1/01. PA - 4/1/01 | | |
| Legerity | Live | Financials, OM, HR | New | West | MRP to follow in Nov. | | |
| LG Nikko | Live | iProcurement | | APAC | Korea | | |
| Liberty Mutual | Live | HR, Pay | New | East | | | Summers |
| Litton Tricare Management | Live | Customer Care | New | CRM | | | |
| Livestock Improvement | Live | Financials | Upg | APAC | From 10.7 | | |
| Lloyds | Live | iProcurement | | EMEA | UK. With 11 Financials | | |
| Loomis and Fargo | Live | Service, Contracts | New | CRM | | | |
| Loudcloud | Live | Financials, Mfg, SSE, HR, PA | New | West | | | |
| Ludwig Beck | Live | Istore | New | EMEA | | | |
| Lufthansa Airplus | Live | CRM - Customer care | New | EMEA | | | |
| Maersk Sealand | Live | | | EMEA | Denmark | | |
| Maple Networks | Live | Financials, PO | New | BOL | | Hosted | |
| Marconi Fibreway | Live | Financials, CRM | | EMEA | UK | | |
| Maritz Corporation | Live | AP,AR,GL | New | West | | | |
| Master Protection | Live | GL, AP, FA | | West | Payroll - mid--Jan. PO, INV, PA - 1/31. CRM, SSE - 4/1 | | |
| Matsushita Technology Pte Ltd | Live | Financials, Inv | Upg | APAC | PO, OM - end of Jan. | | |
| MetalMaker | Live | iProcurement, PO, Supplier Portal | New | West | | Hosted | |
| Millipore | Live | APS | Upg | East | OM scheduled for 2/10/01. | | Campbell, Syed |
| MobShop.com | Live | GL, AR, AP, PO | New | West | | | |
| MRF Limited | Live | Financials, OPM | New | APAC | Pilot site live now. | | |
| Mutual Materials | Live | GL, AP, AR, PO, CE | New | West | | | |
| MyFacilities.com | Live | iStore | New | CRM | Other CRM and ERP products later | | |
| Myfamily.com | Live | Financials, OM | New | West | | | |
| Netpliance | Live | GL, AP, PO, INV, AR, OM, CRM | New | West | | Sun | |
| Network Access Solutions | Live | GL, AP, AR, CM, PO, FA, PA(costing), OM, Shipping, BOM and Inventory | New | Cons | | | |
| New Zealand Dairy Board | Live | Financials, iProcurement | Upg | APAC | From 10.7. | | |
| North American Mfg Co. | Live | AP, GL | New | East | Mfg, OM, PA - Mar. 1 | NT | |



CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

R11i Customer Information
As of 02/08/2001

| Customer | Go-live Date | Products | New/ Upgrade | Source | Comments | Platform | Executive Sponsor |
|---|---|---|---|---|---|---|---|
| Odwalla | Live | Financials, iProcurement | New | West | OPM. APS later | HP | |
| Open Interactive | Live | iProcurement | | EMEA | UK. With 11 Financials. | | |
| OptiGlobe do Brasil | Live | Financials, PO | New | LAD | | Sun | |
| PacWest | Live | FA, AP, GL, CE, PO, INV, HR. | New | West | OM - end of Jan., CRM - Sales Comp scheduled for later | Sun | |
| Papa Johns | Live | CRM | New | East | Go-live date is for Call Center and iStore. | | |
| Parachute.net | Live | GL, AR, AP, CRM, OM, WSH, and INV | New | West | PO and FA to follow | | |
| Peace Computers | Live | Financials | Upg | APAC | | | |
| Pella Windows | Live | GL, AP, FA, PA, PO and I-Procurement | New | West | AR - planned for Feb. INV, OM later | | |
| PeoplePC | Live | Financials | New | West | | | |
| Penske Logistics | Live | | | EMEA | Netherlands. | | |
| Poore Brothers | Live | Financials, OM, INV, Mfg, PO | | West | | | |
| Portal | Live | Financials, PO, HR, OM | New | West | | | |
| Power Med | Live | Financials, OM, PO, Inv | New | Cons | BOL | Hosted | |
| Qlogic | Live | GL, AP, FA, AR, CE, PO, INV, BOM, Eng | New | West | | | |
| Questlink | Live | GL, AP, AR, PO, CE | New | West | | | |
| RAF (UK) | Live | GL, AP, PO | Upg | EMEA | | Sun | |
| RATP | Live | | | EMEA | UK | | |
| Red Herring | Live | Financials, SSE, SST | New | West | | | |
| Reed Executive | Live | Financials | New | EMEA | UK | | |
| Resolution/Reso Direct | Live | ERP | New | East | | | |
| Retek | Live | GL, AR, AP, FA, PO, Cash Mgmt | New | West | HR, PA, SSHR, SSE - 1/31/01 | Sun | |
| Sageo | Live | HR, AR, FA, PO, SS Expenses | New | West | | | |
| Satyam Infoway | Live | Customer Care | New | Marketing | India | | |
| Select Medical | Live | HR, Financials | Upg | East | From 10.7. 2/1/01 - OAB | | |
| Service Electronics | Live | Financials | New | West | OM live date is 2/17/01, Service, BOM, WIP live date is 3/17/01. iStore, iPayment, iSupport, Sales in June. Customer Care, Projects and HR later this year. | | Campbell |
| Silterra | Live | Financials, Inv, OM | New | APAC | Malaysia. Treasury - TBD. Mfg, APS, OSFM planned for Feb. 2001. CRM planned for Mar. 01 | Compaq | Jewell |
| Space4Rent.com | Live | Financials | New | West | | | |
| Spancrete | Live | AR, AR, OM, Mfg, MRP | Upg | West | | | |
| Suntory Water Group | Live | Financials, PO | New | East | Retail and Mfg - March, CRM - May | HP | |
| SynQor | Live | GL, AR, AP, PO | New | East | OM, Mfg - 3/01 | | |
| Talk2 | Live | Financials | New | West | | | |

R11i Customer Information
As of 02/08/2001

| Customer | Go-live Date | Products | New/ Upgrade | Source | Comments | Platform | Executive Sponsor |
|---|---|---|---|---|---|---|---|
| TeliaNet | Live | OM, GL,AP,AR, FA, HRMS, OTA, PA, INV, Payroll | Upg | EMEA | Denmark 11.0.3 customer. | | |
| TMP Worldwide Europe | Live | | | EMEA | Netherlands | | |
| Toshiba Medical Systems | Live | CRM | New | EMEA | Netherlands | | |
| Tririga | Live | ERP | New | West | | | |
| Tumbleweed | Live | Financials | New | West | | | |
| Unilever Platform-1 | Live | iStore, INV, OM | New | EMEA | UK | | |
| United Steel Workers | Live | Financials | Upg | East | HR, Pay - 1/1/02 | | |
| US Dept. of Defense | Live | CRM | New | East | | | |
| VA Linux | Live | GL, AR, AP, FA, CE, OM, PO, Inventory, BOM, WIP, Engineering, Costing, and E-Commerce Gateway | New | West | First Linux platform | Linux | |
| Value Vision | Live | Financials, PO | New | West | OM, CRM - 2/15 | IBM | |
| Vertex | Live | Assets, AP, GL, and Cash Management | New | East | Will go live on SSE soon. Future plans include OM, AR and CRM | Sun | |
| Vingage (iFramevideo.com) | Live | AP, AR,GL,FA,INV,OM, and PO | New | Cons | Fast Forward Distribution RPM, live in 10 weeks | | |
| Virtual Ink | Live | Financials, OM, INV, PO, HR, BIS | New | East | BOL | Hosted | |
| Vodafone (UK) | Live | Financials, HRMS | New | EMEA | Project with Deloitte. HRMS - Jan. 01 | | |
| Waitemata Health | Live | iProcurement, GL, AR, AP, FA, HR, OTA, Inv | Upg | APAC | Upgrade from 11.0. Payroll Oct. 01 | Compaq | |
| Well Logic | Live | Financials | New | West | Projects later | | |
| Western National | Live | Financials | | West | | | |
| Westpac Banking Corp | Live | Financials | Upg | APAC | Large volume GL user | NT | Miranda |
| Wincor-Nixdorf | Live | Financials, CRM, OM, INV | | CRM | Germany | | |
| Women.com | Live | Financials, PA | New | West | Implementation SI is PwC. Go-live for SSP is TBD | | |
| Worldsource 360 | Live | Financials, INV, PO, Payroll | New | West | Have OM issues. CRM to follow on 1/15/01 | | |
| Xerox Omni Fax | Live | GL, AP | | East | | IBM | |
| YOU (Telpluss) | Live | GL, AR | New | EMEA | Norway Telecom, more modules later this year, PwC | | |
| ZapMedia | Live | Financials, OM | New | East | Service - 12/29 | | |
| | | | | | | | |
| **Other Customers Plans** | | | | | | | |
| Accord | TBD | HR, Payroll | | West | | | |
| AGIS | 04/09/2001 | CRM | | EMEA | Netherlands | | |
| Agra | 03/01/2001 | PA | | Canada | | | Lowell |
| Airborne Express | Jul. 01 | ERP | New | West | | | |
| Airbus | | BSC | | | | | Robson |

R11i Customer Information
As of 02/08/2001

| Customer | Go-live Date | Products | New/ Upgrade | Source | Comments | Platform | Executive Sponsor |
|---|---|---|---|---|---|---|---|
| Alcoa | 06/01/2001 | Fin, Mfg, PA, OM | New | East | KPMG and OCS, multi-org, MLS, Euro, localizations; CRM to follow | | |
| Amdahl | 04/18/2001 | Financials, PO, Mfg, OM, SSE | Upg | East | | | |
| Amdahl Ireland | Feb. 2001 | GL, AP, PO, AR, PA, Web Expenses, iProcurement | Upg | EMEA | From 10.7 | | |
| Asia Books Co | Mar. 2001 | Financials, iProcurement, OM | New | APAC | | | |
| Asian Development Bank | Mar. 2001 | HR, Pay | New | APAC | Financials - Jun. 01 | | |
| Astra Credit Company | Feb. 01 | Financials | New | APAC | Indonesia | | |
| Astra IDL Limited | Feb. 01 | CRM | New | APAC | | | |
| AT COMM | TBD | ERP | New | Marketing | | | |
| Aventis | 01/01/2001 | CRM | | CRM | | | |
| Bank of Montreal | 03/19/2001 | iStore, iPayment | | East | | | |
| Beacon e-Commerce | TBD | PO, Ship | New | East | Want to test Patch set 1 | | |
| BellSouth Telecommunications | Late 2001 | PO, INV, FA, Network Logistics, Network Asset Tracking System, and Demand Planning | | East | | | |
| Bimbo Bakeries | 03/01/2001 | HR/Payroll | | West | | | |
| Blue292 | On Hold | Financials, OM, INV, PO | New | East | NT Pro C issues | | |
| Blue Circle Phillippines | Jan. 2001 | GL, AP, FA | | APAC | AR, OM, INV - Apr. 01 | | |
| Boral Bricks | TBD | Financials | Upg | East | OPM to follow. Go Live delayed due to NT problems - switched to Sun | Sun | |
| Brandt | 01/01/2001 | CRM | | CRM | | | |
| Brock Tool | 02/05/2001 | ERP | | East | | | |
| BT Cellnat | Mid March 01 | BOM, INV, GL, AP, iProcurment | | EMEA | UK | | |
| Cal Tech | | Public Sector | | | | | Bishop |
| Candescent Technologies | TBD | Financials, INV, BOM, PO, Cost, MRP, HR | | West | | | |
| Cameraworld | 10/01/2001 | OM, CRM | New | West | | | |
| Canon USA | 02/15/2001 | OM, CRM | | East | | | |
| Carulla-telleva.com | 12/19/2000 | CRM | | CRM | | | |
| CH2M Hill | Early 2001 | Projects | | Dev | Construction company, many customizations, thought 11i install easier than 10.7 | | |
| Chick-Fil-A | Aug. 2001 | OM, AR | Upg | East | OM upgrade, AR new | | |
| China International Capital Corp | 01/15/2001 | Financials | Upg | APAC | | | |
| Ciena | 04/01/2001 | Financials, Mfg, Dist, HR, PA | Upg | East | From 10.7 | | Klaiss |
| Citibank | 03/01/2001 | CRM | | CRM | | | |
| City of Chicago | 03/01/2001 | HR | New | West | Fin - 6/1. Grants - 9/1 | | |
| City of Jacksonville | TBD | HR | Upg | East | | | Summers |



CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

NDCA-ORCL 418635

R11i Customer Information
As of 02/08/2001

| Customer | Go-live Date | Products | New/ Upgrade | Source | Comments | Platform | Executive Sponsor |
|---|---|---|---|---|---|---|---|
| CJ Dreamsoft | Mar. 2001 | Financials, ABM | | APAC | | | |
| Clear | Mar. 2001 | Financials | Upg | APAC | | | |
| Cleardata | TBD | ERP | | West | | | |
| Clopay | TBD | OM | | East | | | |
| Conduit | Jan. 2001 | Financials, CRM | | EMEA | UK | | |
| Conley Canitano & Assoc | 01/31/2001 | CRM, Financials, PO, INV, OM | | CRM | | | |
| Covisint | TBD | CRM | | CRM | | | |
| CNLR | Mar. 2001 | Financials, Property Mgr | Upg | BOL | | Hosted | |
| CSC | Jan. 2001 | Financials | Upg | APAC | OM, Dist - May 01 | | |
| CSS | TBD | CRM | | CRM | | | |
| Cyrk, Inc. | 05/01/2001 | OM | | East | | | |
| Dantis | | Financials | | East | | | |
| Darharnq Industry Co, Ltd | Mar. 2001 | Financials, OM, Mfg | | APAC | | | |
| Dialogic Corporation | Q2 2001 | OM | | East | | | |
| DRI | Feb. 01 | Financials | Upg | APAC | From 10.7 | | |
| EdExcel | Jan. 2001 | Financials, HRMS | | EMEA | UK | | |
| Edinburgh University | Mar. 2001 | HR/Payroll | | EMEA | UK | | |
| Elecon Eng. | TBD | Financials, Mfg, OM | New | APAC | CRM - Mar. 01 | | |
| Electro Wire Products | 02/05/2001 | | | West | Fast Forward Plus Distrbution | | |
| Emulex | 04/02/2001 | Financials, OM, SSE, SSP | | West | | | |
| Epicentre Technologies | TBD | CRM | New | APAC | | | |
| Esco | | ERP (OM) | New | West | Partner with customer implementations | | |
| Exabyte | 05/01/2001 | Financials, Mfg, CRM | | West | | | |
| Exide Ltd | Mar. 2001 | Financials, OM, iStore, SAP Interconnect | New | APAC | | | |
| F5 | 02/01/2001 | Financials, PO, INV | New | West | | | |
| Ferro Fluidics | Feb. 2001 | ERP | New | East | BOL | | |
| FirePond, Inc. | 03/01/2001 | ERP | | East | | | |
| Ford Motor Company | 01/01/2003 | ERP, CRM | | West | | | Klaiss |
| Fosters | 03/12/2001 | Financials | Upg, New | APAC | OM - Apr. 01. CRM - Jul 01. APS, OPM - Aug. 01 | | Souza |
| Founders Electronics Co. | 01/15/2001 | Financials, iProcurement, OM | Upg, New | APAC | CRM - June 01 | | |
| Franklin Covey | 02/15/2001 | iStore, GL, AR | New | West | | | |
| Friedkin/Toyota | 05/16/2001 | HR, Pay, FA, AP, PO, GL, AR | Upg | West | | | Summers |
| FSA | Dec. 2000 | CRM | | CRM | | | |
| GATI | Mar. 2001 | CRM | | APAC | | | |
| GE Aircraft Engines | 04/01/2001 | ERP | Upg | East | Delayed go-live on APS. Working with development. APS (new) go-live in May | | Jewell Syed |
| GE Capital TIP | Mar/Apr. 2001 | ERP | Upg | East | MSOBA upgrade had internal issues, which caused delay | | |



CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

R11i Customer Information
As of 02/08/2001

| Customer | Go-live Date | Products | New/ Upgrade | Source | Comments | Platform | Executive Sponsor |
|---|---|---|---|---|---|---|---|
| GE Corporate | 02/07/2001 | iProcurement, PO | Upg | East | | | Miller |
| GE Medical | Apr-01 | CRM | | CRM | | | |
| GE Power | | | | EMEA | Hungary | | Klaiss |
| Genlyte Group | Mar/Apr. 2001 | ERP, CRM | | East | | | |
| Harmonics | 04/01/2001 | CRM, ERP | | West | | | |
| Harvard | 10/01/2001 1/1/2002 | ERP - Fin, HR/Pay | | East | Fin - Oct, HR/Pay - Jan | | |
| Haworth | | ERP | New | West | Will use development Vision instance | | |
| Healthnet | | OAB | New | Dev | | | Summers |
| Hines | 04/01/2001 | ERP | | West | | | |
| Hitachi Data Systems | TBD | HR, Financials, SSP, SSE, SFA, Sales Online, Sales Comp, APS | New | Marketing | iStore, iMarketing, Time Mgt on top of HR in April | | |
| Hong Hong Printing Services | Jan. 2001 | Financials | | APAC | | | |
| Huawei | Feb. 2001 | Financials, MRP, PO, OM | Upg | APAC | Performance issues | | |
| Hull City Council | TBD | CRM | | CRM | | | |
| Humana | May-July 01 | CRM | | East | | | |
| Hutchinson Whampoa | 01/02/2001 | Financials, Treasury | New | APAC | Hong Kong. | | |
| Intertek | 01/11/2001 | CRM | | CRM | | | |
| Indiana Mills and Mfg | 05/01/2001 | ERP | New | West | | | |
| Invensys | 04/14/2001 | Financials, CRM | Upg | APAC | From 10.7 | | |
| IS Robotics | 04/01/2001 | GL, AP, AR, PO, PS Budgeting | | East | | | |
| KEC | Apr. 2001 | OFSM, APS, Mfg, Fin, OM | | APAC | Korea | | |
| Kinetic Concepts | 02/01/2001 | | | West | | | |
| Knauss Foods | TBD | Financials, OPM, Inv | | East | | | |
| LGIC | Jun-01 | Financials, Mfg, CRM | | APAC | Korea | | |
| LG Innotek | Mar. 2001 | Mfg, OM | | APAC | Korea. Financials - May 01 | | |
| LG Phillipse | Mar. 2001 | Financials, Mfg, OM | | APAC | | | |
| Lightolier | 03/01/2001 | ERP | | East | | | |
| Lite-ON Technology Corp | 03/05/2001 | Financials, Mfg, OM | | APAC | | | |
| Lucent Technologies | 10/01/2001 | | Upg | East | | | |
| Magazine Luiza | 01/01/2001 | CRM | | CRM | | | |
| MBNA | Q3 2001 | ERP - AP | Upg | East | AP Upgrade Issues | IBM | |
| McData | 05/01/2001 | | | West | | | |
| Media Ventures | Mid Feb. 01 | CRM | | CRM | Netherlands | | |
| Medison | Mar. 2001 | Financials, Mfg, OM | | APAC | CRM - June 01 | | |
| Meritor Automotive | 08/01/2001 | ERP | | West | | | Campbell |
| Mindtree Consulting | TBD | Financials, HR | New | APAC | | | |
| Minico | 03/01/2001 | Financials, PO, OM | | West | | | |



CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

R11i Customer Information
As of 02/08/2001

| Customer | Go-live Date | Products | New/ Upgrade | Source | Comments | Platform | Executive Sponsor |
|---|---|---|---|---|---|---|---|
| Ministry of Education | Apr. 01 | Financials | Upg | APAC | | | |
| Minute Maid | | OPM | | | | | Souza |
| mWeb | TBD | Financials, PO, Projects, Workflow and OM | Upg | EMEA | South Africa, Sales&Marketing, Service and Sales Comp are next | | |
| mWeb Thailand | Jan. 2001 | Financials, iProcurement, OM | New | APAC | | | |
| NCR | Late Fall | ERP, CRM | Upg | East | Contracts Brazil | | |
| Netcel360.com | Jan. 2001 | Financials, OM | New | APAC | | | |
| Network 10 | Feb. 01 | Financials | | APAC | | | |
| New Zealand Schools Trustees Association | Feb. 01 | Financials, iProcurement | New | APAC | | | |
| Ohio University | 03/15/2001 | ERP | New | West | | | |
| Okong | Jan. 2001 | Financials, Mfg, OM | | APAC | | | |
| Overseas Union Bank | Jan. 2001 | GL, AP | Upg | APAC | FA - Mar. 01 | | |
| Panasonic Industrial | TBD | Financials | New | APAC | Thailand | | |
| Panduit | 03/01/2001 | GL, AR, AP, FA, CE, HR, Pay | New | West | | | |
| Paxar | 03/01/2001 | Financials, OM, APS, MRP | New | East | | | Syed |
| PCC Wyman Gordon | TBD | OM | | West | | | |
| Pioneer Standard Electronics | 02/03/2001 | Financials | New | East | | Compaq | |
| Planet M | Apr/May 01 | Fin., OM, CRM, Supp. Sch | New | APAC | | | |
| Plus Mark | 03/01/2001 | ERP | | East | | | |
| Polaris Pool | 02/02/2001 | Fin, Mfg, OM, Svc. | | West | | | |
| Portsmouth | Jan. 2001 | Financials | | EMEA | UK | | |
| Posco | Jun-01 | Financials, Mfg, iProcurement, CRM, OM, HR | | APAC | | | Wohl |
| President Enterprise Corp | Jan. 2001 | Financials | | APAC | OM - May 01, OPM - Sep. 2001 | | |
| Quadtel International Pty Ltd | Jan. 2001 | Financials | New | APAC | | | |
| Rajawali Citra Televisi Indonesia | Feb. 01 | Financials, Dist | New | APAC | Indonesia | | |
| Ralston Purina | 03/01/2001 | Financials, OPM | | West | | | Souza |
| Rational Software | 04/15/2001 | Financials, PO, INV, WIP, BOM, MRP, OM, HR, OAB | Upg | West | | | |
| Reed Business Information | Feb. 2001 | Financials | | EMEA | | | |
| Resmed | Apr. 01 | Mfg, Flow, CRM | Upg | APAC | | | |
| Rockford | 02/01/2001 | AP, MRP, APS | | West | | | Syed |
| Rocky Mountain HMO | 03/31/2001 | Financials, PO | | West | | | |
| Royal Sun Alliance | Mar. 2001 | Financials | New | APAC | | | |
| Salesforce.com | 02/28/2001 | | | | | | |



CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

R11i Customer Information
As of 02/08/2001

| Customer | Go-live Date | Products | New/ Upgrade | Source | Comments | Platform | Executive Sponsor |
|---|---|---|---|---|---|---|---|
| Schmidt Scientific Taiwan Limited | Jan. 2001 | Financials, Mfg, OM | New | APAC | | | |
| Seagate | 04/01/2001 | ERP, OM | Upg | West | From 10.7 | | |
| Seagate Thailand | TBD | Financials | Upg | APAC | Thailand | | |
| Semen Padang | Feb. 01 | Financials | New | APAC | Indonesia | | |
| SH China Spring Factory | Mar. 2001 | Financials, MRP | New | APAC | | | |
| Siliconware Precision Industries | Mar. 2001 | Financials, APS, OM, Mfg | New | APAC | | | |
| Singapore Computer Systems | Mar. 2001 | Financials, OM, Mfg | Upg | APAC | | | |
| SKC&C | Mar. 2001 | Financials, iProcurement | Upg | APAC | | | |
| Smith International | 04/16/2001 | ERP | | West | | | |
| Southern Energy | 04/02/2001 | HRMS, Financials, PO | Upg, New | East | HRMS - New. Other products upgrade from 10.7 | | |
| Specialized Bicycles | | CRM | | West | | | |
| SPI Electronic Co., Ltd | Jan. 2001 | Financials, Mfg, OM | | APAC | | | |
| State Library of New South Wales | TBD | Financials | | APAC | | | |
| Sunsoft | Fall 2001 | ERP | | West | | | |
| Tata Teleservices | Feb. 01 | CRM, OM | New | APAC | India | | |
| Thai Shell Exploration & Production | TBD | Financials | New | APAC | Thailand | | |
| Timex | 05/01/2001 | Financials, OM | New | East | | | Campbell |
| Telcordia | 05/01/2001 | ERP | Upg | East | | | |
| TMP Worldwide | 03/01/2001 | Financials | New | East | OM - 7/1/01 | | |
| TPI (Telefonica Publidad e Información | 02/12/2001 | CRM | | CRM | | | |
| Traq - Wireless | 01/05/2001 | Financials | | Cons | INV, OM, PO, CRM - 2/1/01 | | |
| Tricare Management Activity | TBD | CRM | | CRM | | | |
| Tropicana Europe | | | | EMEA | | | Souza |
| Tube Investments India | Jun. 01 | Financials, Mfg, CRM | New | APAC | OM - Aug. 01. APS - Sep. 01 | | |
| Tyco Submarine | 04/16/2001 | ERP | Upg | East | From 10.7 | | |
| U2U4 | Feb. 01 | Financials | | APAC | | | |
| University of Pittsburgh | 7/01/2001 11/1/2001 1/1/2002 | Fin, HR, Pay, OAB, SSHR | Upg | East | HR/Pay/OAB/SSHR new, Financials upg | | |
| UPS | Feb. 01 | APS | New | | OM AR MRP Ship PJM | | Syed |
| Upside Media | TBD | OM, AR, AP, Sales | | West | | | |
| Viant | TBD | AP, iExp, AR, HR, OAB, OTA, PA, BIS | New | East | Terminating BOL | | |
| Viasource Communcations | 02/19/2001 | | | East | | | |

R11i Customer Information
As of 02/08/2001

| Customer | Go-live Date | Products | New/ Upgrade | Source | Comments | Platform | Executive Sponsor |
|---|---|---|---|---|---|---|---|
| Victoria Uni | Apr. 01 | Financials | Upg | APAC | | | |
| Vodafone NZ | Jun. 01 | Financials | Upg | APAC | | | |
| Vodafone Network Pty Ltd | Apr. 01 | Financials, iProcurement, OM, CRM | New | APAC | | | |
| Wang Federal Govt Services | 01/01/2002 | ERP, CRM | | East | | | |
| Wardrop Technologies Inc. for Direct Focus | 01/29/2001 | CRM | | CRM | | | |
| Web2Biz | Feb. 01 | Financials | | APAC | | | |
| WebLink Wireless | 06/01/2001 | Financials, INV, PO, OM, Service | | West | | | |
| Xerox | Apr. 2001 | CRM, OM | | US | | | |
| XIC | 03/19/2001 | CRM, Workflow | | APAC | | | |
| Xinde Telcom | Mar. 2001 | Financials | New | APAC | | | |
| Xtreme Furniture | 02/01/2001 | PO, Financials, Cost, BOM, OM | | West | | | |
| Yale | 12/31/2001 | Public Sector: Financials, HR, Pay, PO, Grants, Labor Dist | Upg | East | | | Bishop |
| Yamaha | 01/01/2002 | GL, HRMS, PA, AR, OM, INV, PO, BOM, & CRM-Sales Comp. | New | West | | | |
| Zale Corporation | 02/01/2001 | Financials, PA, INV, PO | Upg | West | From 10.7 | | |
| Zhuhai Risco | Mar. 2001 | Financials, OM | New | APAC | Mfg, PO - Dec. 01 | | |



CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER