R11i Customer Information
Printed on 06/13/2001

| Customer | Go-live Date | Products | New/ Upgrade | Source | Comments | Platform | Dev. Sponsor | Upg From | Imple- mentor |
|---|---|---|---|---|---|---|---|---|---|
| 11i Live Customers As of 6/12/01 | | | | | | | | | |
| @ COMM | Live | CRM | New | West | | | | | |
| ABIT Computer Corporation | Live | Financials, Mfg, PO, OM | New | APAC | Taiwan | | | | OC |
| ACCA | Live | | | EMEA | UK | | | | |
| Aceva | Live | Financials, PO | New | West | Oracle.com | Hosted | | | |
| ACT Manufacturing | Live | APS | New | East | APS is only 11i app. Using 11.0 for other apps. | | | | |
| Advanced Telecom Group | Live | AP, PO, GL | New | West | PA and FA to be live on 3/01 | | | | |
| Aegon | Live | GL, AP, AR, AX, MRC | Upg | EMEA | Germany | | | 10.7 | OC |
| Aero Fulfillment Services | Live | ERP, CRM | New | East | | | | | |
| Agilera | Live | GL, AP, AR, HR | New | Marketing | Plans to go live on Agilera.com on Sales OnLine, Project Costing, Project Billing, and Self-Service Time and Expense later | | | | |
| Agility Communications | Live | Financials, HR, Dist, Mfg | New | East | | Sun | | | OC |
| AGIS | Live | CRM | | EMEA | Netherlands | | | | |
| Airfreight Limited | Live | Financials | New | APAC | India | | | | |
| Airprime | Live | HR, Financials | New | West | | | | | |
| Airslide Ltd | Live | Service, Support | | EMEA | Israel | | | | |
| Agra | Live | GL, AP  PA? | Ups | Canada | PA - mid May | Sun | Lowell | 11 | OC |
| Alcoa | Live | Financials | New | East | KPMG and OCS, multi-org, MLS, Euro, localizations; First site is in Europe. Mfg, PA, OM, CRM to follow | | | | OC |
| Amcon Solutions Pty Ltd | Live | Financials | New | APAC | Australia. | | | | |
| Amdahl Ireland | Live | GL, AP, PO, AR, PA, Web Expenses, iProcurement | Upg | EMEA | | | | 10.7 | OC |
| American Bureau of Shipping | Live | Financials, HR, OTA | New | West | PA - 3/01 | | | | |
| American Chemistry Council | Live | Financials, PO | | East | PA - later | | | | |
| American Linen Supply | Live | GL, AP, AR, PO, INV | New | West | | | | | |
| American Management Association | Live | GL, AP, PO, AR, iStore, and iPay | | East | AR, OE, INV, MRP, and BOM - 5/1/01 | | | | OC |
| American Power Corp. | Live | Financials, Discrete Mfg, OM, Planning | Upg | East | | | Jewell | 10.7 | |
| Ametek | Live | iProcurement | | East | Other apps are 11.0.3 | | | | OC |
| Applied Digital Solutions | Live | Financials, iStore | New | East | OM, INV in Dec. | | | | |
| Archon Group | Live | HRMS | Upg | | | | | | |
| Asia Books Co | Live | GL, AP | New | APAC | Thailand.  PO - Jul. 2001, OM - Jan. 2002 | | | | Self |
| Aspective | Live | | New | EMEA | UK | | | | |
| ATA | Live | HR, OTA, OAB | New | West | | | | | |
| AT&T | Live | Financials | Upg | East | Live on Financials in Argentina. Other LA countries to follow in Dec. and Jan. | HP | Summers Miranda | 10.7 | OC OC |
| Atrion | Live | GL, AP, AR, FA and CE | New | Cons | Also looking at HRMS, Projects, and CRM | Hosted | | | |
| At Stake | Live | Financials | New | East | Working on Projects & HR | | | | OC |

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

NDCA-ORCL 417620

R11i Customer Information
Printed on 06/13/2001

| Customer | Go-live Date | Products | New/ Upgrade | Source | Comments | Platform | Dev. Sponsor | Upg From | Implementor |
|---|---|---|---|---|---|---|---|---|---|
| Auckland Healthcare Services | Live | Financials, PO, INV | Upg | APAC | | | | 10.7 | OC, Partner |
| AXA | Live | PO, Self service suppliers | New | EMEA | France. | | | | |
| Bank First | Live | Financials, PO, HR | New | West | | | | | OC |
| Bank of Montreal | Live | AP, FA, PO, iExpenses, iProcurement, iStore (Payroll) | Upg | Canada | Oracle.com | Hosted | | 11 | OC |
| Bank West | Live | Financials, Dist | New | APAC | Australia. | | | | OC |
| Barclays UK | Live | Financials, iProcurement, Discrete Mfg, Supplier Portal, Fin Intelligence, InterConnect to SAP R/3 | New | EMEA | | Sun | | | OC |
| Batepro | Live | | | EMEA | ZA | | | | |
| Beacon e-Commerce | Live | PO, Ship | New | East | | | | | OC |
| Beaumont Hospitals | Live | Financials | | US | HR, Benefits later | | | | |
| Bechtel | Live | PO, Financials | Upg | East | | | | 10.7 | |
| Beckman Coulter | Live | GL, FA, PA | Upg | West | Adding HRMS, Payroll, OTA, AR, AP, PO, iProc, BOM and Inventory. The plan is to add CRM-Sales, Contracts and Service when ERP CRP is complete with hope of going live with all July 1. EDW Early | | Robson | | OC |
| Beijing Zaccess Systems | Live | Financials, OM, Mfg | New | APAC | China. | | | | Partner |
| Belgacom | Live | iProcurement | New | EMEA | Belgium. Interconnect to SAP R/3 is next | | Kruk | | OC |
| BellSouth Technology Services | Live | ERP, CRM | New | East | | | | | OC |
| Bimbo Bakeries | Live | HR/Payroll | | West | E&Y in Mexico, OC in US | | | | E&Y, OC |
| Biogen | Live | OM, GL, INV, AP, PO, CE | Upg | East | | | | 10.7 | |
| Blue Circle UK | Live | AP, GL, HR | New | EMEA | OM, Shipping, Mfg, EDI, Pricing, PO - 6/4 | HP | | | OC |
| Boeing | Live | iProcurement | New | West | iProcurement with R11.0.3 apps, upgrade to 11i planned next qtr -currently in testing | | Robson | | OC |
| Boral Bricks | Live | Financials, Discrete Mfg | Upg | East | OPM - June 4, 2001. Go Live delayed due to NT problems - switched to Sun | Sun | | 10.7 | OC |
| Bouwradius Facilities BV | Live | | | EMEA | Netherlands. | | | | |
| BP Arco | Live | Financials, HR, Dist, iProcurement | Upg | APAC | Indonesia | | | | Partner |
| Brightwater Care Group | Live | Financials, Dist, HR, Payroll | Upg, New | APAC | Australia. | | | | OC |
| British Columbia Ferry Corporation | Live | Financials | New | Canada | | Sun | | | |
| Broad Band | Live | Financials | New | Cons | Fast Forward Financials except for AR | Sun | | | |
| Broadnet | Live | Financials | New | EMEA | Belgium. | | | | OC |
| BT Cellnet | Live | BOM, INV, GL, AP, iProcurment, Supplier Portal | Upg | EMEA | UK | | | | |

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER          NDCA-ORCL 417621

R11i Customer Information
Printed on 06/13/2001

| Customer | Go-live Date | Products | New/Upgrade | Source | Comments | Platform | Dev. Sponsor | Upg From | Implementor |
|---|---|---|---|---|---|---|---|---|---|
| BTi | Live | ERP | | East | | | | | |
| BT Syntegra | Live | Financials, PO, HR | Upg | EMEA | UK | | | | OC |
| Business Telecom | Live | Financials, Inv, PO | New | East | | | | | |
| Canadian Union of Postal Workers | Live | Financials | | Canada | HR next | NT - | | | |
| Canterbury Uni. | Live | Financials | Upg | APAC | | | | 10.7 | OC |
| Cap Gemini | Live | Financials, PA | Upg | EMEA | UK | | Lowell | | OC |
| Carling Technologies | Live | GL, AP | New | Cons | | Sun | | | OC |
| Cbeyond Communications | Live | Financials, PO, iExpenses | New | East | | | | | |
| CDMV (Quebec) | Live | GL, AP | New | Canada | | HP | | | OTO |
| Celulares Telefonica | Live | iStore | New | LAD | Latin America company | | | | OC |
| Center 7 | Live | Financials | New | Marketing | Oracle.com | Hosted | | | |
| Centerpoint Broadband | Live | OM, Ship, Pric, INV, CM, MRP, WIP, BOM, FA, AR, AP, GL, PO, Iprocurement and iExpense | New | West | | | | | |
| Channel 10 | Live | Financials | | APAC | Australia. | | | | OC |
| Chevron (RMX) | Live | AR, FA, CE, GL, AP, SSP, CRM | New | West | Planning go-live on iStore, Svc, OM, Cust Care on 12/4 | Hosted | | | OC |
| China International Capital Corp | Live | Financials | Upg | APAC | China. | | | | Partner |
| Chipotle | Live | Financials, HR, PA, Inv, PO | Upg | | Oracle.com | Hosted | | | OC |
| Ciena | Live | Financials, PO, OM | Upg | East | | | Klaiss | 10.7 | OC |
| City3K | Live | Financials | New | EMEA | UK | | | | |
| Clarent | Live | Financials, OM, Mfg, ADP Interface for HR/Pay | New | West | | | | | |
| CNLR | Live | Financials, Property Mgr, PA | Upg | East | Oracle.com | Hosted | | | |
| Color Kinetics | Live | OM | | East | | | | | |
| Color Line | Live | Marketing Online | | EMEA | Norway | | | | OC |
| Compaq | Live | Iprocurement, PO | New | West | Re-implementation | NT | | | OC |
| Conduit | Live | Financials, AX | Upg | EMEA | Ireland | | | | |
| Conforama | Live | iProcurement | | EMEA | France. | | | | |
| Controlmatic Gesellschaft für Automation und Elektrotechnik mbH | Live | GL | | EMEA | Germany | | | | |
| Coop CWS | Live | GL,AR, AP,PO, CE, iProc, iReceivables | New | EMEA | UK. HR - Mar. 01 | HP | | | OC |
| Corrugated Services | Live | PO, Financials, OPM, OM | Upg | West | Live on OPM-OM integration | Sun | Souza | 11 | |
| Covisint | Live | Marketing Online, Marketing Encyclopedia, Sales Online, Contracts | | CRM | | | | | OC |
| Creative Labs | Live | GL, AR, OM, INV | New | West | | | | | |
| Creative Lab Incorp. | Live | Financials, OM | New | APAC | | | | | |
| Criminal Records Bureau | Live | CRM | | EMEA | UK | | | | OC |

Page 3

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER              NDCA-ORCL 417622

R11i Customer Information
Printed on 06/13/2001

| Customer | Go-live Date | Products | New/Upgrade | Source | Comments | Platform | Dev. Sponsor | Upg From | Implementor |
|---|---|---|---|---|---|---|---|---|---|
| CSC | Live | Financials, iProcurement | Upg | APAC | Australia. OM, Dist - 2002 | | | | OC |
| CSI Piemonte | Live | HRMS | Upg | EMEA | Italy | | | | |
| Curl Corporation | Live | Financials, PO, INV, HR | | East | CRM live - TBD | | | | |
| CyberSource | Live | Financials, PO, INV | New | West | | Sun | | | OC |
| DAKO A/S | Live | Financials, OPM, Sales, Mkting, Services | | EMEA | Denmark | | | | |
| Data Mart Consulting | Live | OFA, Sales, Sales Analyzer | Upg | EMEA | Germany | | | | |
| Dataplay | Live | AP,GL,COST,CASH,WIP,BOM, INV,MRP,PO,(HR Shared) | Upg | West | | | | | |
| Digital Lighthouse | Live | Financials, Projects | New | West | | | | | |
| Direct Focus | Live | iStore | | Canada | | NT | | | |
| Divelit | Live | Financials, Mfg, Payroll | New | EMEA | Czech | | | | |
| DMR Consulting | Live | GL, AP | New | West | | | | | |
| Doral | Live | Financials | New | LAD | In Puerto Rico. Implementing Treasury as part of second phase. | IBM | | | OC |
| Dowslake Microsystems | Live | Financials | New | West | | Sun | | | |
| DTI | Live | CRM | New | EMEA | UK | | | | |
| Dubai Internet City (DIC) | Live | Financials, AX | New | EMEA | Arabia. | | | | |
| Dutch Office Suppliers | Live | | | EMEA | Netherlands. | | | | |
| Eastgate Technologies | Live | Financials, Mfg | New | APAC | | | | | IOM |
| Eaton | Live | Financials, PO, PA, BOM, INV, HR | Upg | EMEA | European Shared Service Center | | | 10.7 | OC |
| Eaton Automotive | Live | Financials, AX, Cost, HR, PO | Upg | EMEA | Italy | | | 10.7 | |
| EBNA Services Limited | Live | Financials, iProcurement | | EMEA | UK | | | | |
| ECA | Live | Financials, Payroll | Upg | EMEA | Czech | | | 10.7 | |
| EchoPass | Live | Financials | New | West | | | | | |
| EchoStar | Live | iProcurement (with 11.0) | New | West | | | | | |
| Economical Mutual Insurance Company | Live | Financials | Upg | Canada | | IBM | | | |
| EdExcel | Live | Financials, HRMS | New | EMEA | UK | | | | |
| Edge Consultant Pte Ltd | Live | Financials | New | APAC | Singapore | | | | AA |
| eFlatbed.com | Live | Financials, PO, PA | New | East | | | | | |
| eGarden.com | Live | Financials | New | OCS | | Sun | | | OC |
| Egreetings Network | Live | Financials, Projects, OM, PO | New | | Oracle.com | Hosted | | | |
| EICN | Live | Financials | New | West | | | | | |
| Empirix | Live | AP,AR,GL,PO,OM,INV, HR,Benefits | New | | Oracle.com. ENG,WIP,BOM - 3/1 | Hosted | | | |

Page 4

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                    NDCA-ORCL 417623

R11i Customer Information
Printed on 06/13/2001

| Customer | Go-live Date | Products | New/ Upgrade | Source | Comments | Platform | Dev. Sponsor | Upg From | Implementor |
|---|---|---|---|---|---|---|---|---|---|
| Emulex | Live | Financials, OM, iExpenses, iProcurement | | West | | | | | OC |
| Ensemble Communications | Live | GL, AP, FA, INV, BOM, PO, MRP, OM | New | West | OC brought in for issue resolution | | | | PWC |
| Entegra/Tegrasis | Live | OM, Inv, PO, MRP, AR, Istore | Upg | East | Also has iStore | | | | |
| Entel Oracle Bolivia | Live | Customer Care | | LAD | Bolivia | | | | OC |
| E.ON Benelux NV (vh NV Electriciteitsbedrijf Zuid Holland) | Live | Financials, OM, iSupport | Upg | EMEA | Netherlands | | | | |
| Equator | Live | Financials, PO | New | West | Oracle.com. Fast Forward | Hosted | | | |
| Equifax Europe | Live | Financials | | EMEA | UK | | | | OC |
| ERGO | Live | iProcurement, iSupplier Portal | New | EMEA | Limited go-live. Full go-live on 5/23 | | | | |
| Essilor Italia | Live | | Upg | EMEA | Italy | | | | |
| Esteel.com | Live | AP, AR, HR | New | East | | | | | |
| ETrade Germany | Live | Financials | | EMEA | Germany | | | | |
| ETS | Live | Financials, Euro | | EMEA | Spain. | | | | |
| EvoSource | Live | iProcurement | | EMEA | Germany | | | | |
| Exodus | Live | Financials, AX | New | EMEA | Oracle.com | Hosted | | | Partner |
| Expedient | Live | BOM, WIP, INV, SSP5 | New | East | OM live date is TBD | | | | |
| F5 | Live | Financials, PO, INV | New | West | | | | | |
| Ferro Fluidics | Live | ERP | New | East | Oracle.com | Hosted | | | |
| Fidelity Employer Services Corp | Live | OAB | New | East | | Hosted | | | |
| Finisar | Live | ERP | | West | | | | | |
| FirePond, Inc. | Live | HR | | East | Other ERP modules - 3/1/01 | | | | OC |
| Firepond Europe | Live | | | EMEA | Netherlands. | | | | OC |
| Florida Housing Finance Agency | Live | Financials | Upg | East | | | | | |
| Ford Motor Company | Live | iProcurement, PO, Purchasing Intelligence | | West | Global rollout of other ERP and CRM products to be completed by 2003 | | Klaiss | | |
| Fosters | Live | Financials, OM, Dist | Upg, New | APAC | Australia. CRM - Aug 01. APS, OPM - 2002 | | Souza | | OC |
| Founder Electronics Co. | Live | Financials, OM | Upg, New | APAC | China. CRM - June 01 | | | | OC |
| Franke | Live | GL, AP, PO, FA | New | Cons | AR is scheduled for the end of October. | HP | | | OC |
| Franklin Covey | Live | iStore, iMarketing | New | West | Not upgrading Finapps yet. Putting enough of r11i finapps up to support iStore | | | | OC |
| Friedkin/Toyota | Live | HR, Pay, FA, AP, PO, GL, AR | Upg | West | | | Summers | | |
| Frontier Airlines | Live | Financials | New | West | PO, OFA by June | NT | | 11 | |

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER              NDCA-ORCL 417624

R11i Customer Information
Printed on 06/13/2001

| Customer | Go-live Date | Products | New/ Upgrade | Source | Comments | Platform | Dev. Sponsor | Upg From | Implementor |
|---|---|---|---|---|---|---|---|---|---|
| F&W Publications | Live | GL, FA, AP | New | East | PO Later | NT | | | |
| Gallup A/S | Live | Financials, AX, Localiz. | | EMEA | Denmark | | | | |
| Gatetrade.net | Live | | | EMEA | Denmark | | | | |
| Gaylord Entertainment | Live | Financials, PA, HR | Upg | East | | | | | |
| GCHQ | Live | HRMS, Financials, PO, INV, OM | | EMEA | UK. | HP | | | CGEY |
| GE Capital Ltd | Live | GL, AP, Cost, PO, INV | Upg | EMEA | Ireland | | | | |
| GE Capital TIP | Live | ERP | Upg | East | | | | | OC |
| GE Corporate | Live | iProcurement, PO | Upg | East | | | Miller | | OC |
| GE Medical Systems | Live | OM, Financials, Service, Customer Care, and Contracts, Mfg | Upg, New | East | Localizations and MRC | | | 11 | OC |
| GE Power | Live | Financials, Discrete Mfg, OM, Planning, Procurement | New | EMEA | Hungary | | Klaiss | | OC |
| GE-India Technology Centre | Live | Financials, PO | New | APAC | India. PwC. | | | | OC, PWC |
| Getty Images | Live | GL, AP, AR, INV, OM | New | West | | | | | |
| GiantLoop Network | Live | GL, AP, PO, FA, AR and CE | New | | Oracle.com. HR planned for Dec. Projects planned for Feb. | Hosted | | | OC |
| GKN | Live | iProcurement | New | EMEA | UK | | | | |
| Glaxo Wellcome | Live | Express Server, Sales Analyzer | | EMEA | France. | | | | |
| GlobalOne | Live | iExpenses | New | East | | Sun | | | |
| GM Saturn | Live | Configurator | New | US | | | | | |
| Guangzhou Zhujiang Brewery Group | Live | Financials | Upg | APAC | China.  OPM - May 01 | | | | OC |
| Halifax - E Shore | Live | | | EMEA | UK | | | | PwC |
| Hallmark | Live | GL, FA, PA | Upg | West | Go-live of 1/15/01 for AP/PO/Web Exp | | | 10.7 | OC |
| Hanhwa | Live | Financials, OM, Mfg, OPM | New | APAC | Korea | | | | Partner |
| Harmonic | Live | Discrete Mfg (ATO), Financials, OM | New | West | | | | | KPMG |
| Hertfordshire County Council | Live | CRM, INV, PO | New | EMEA | UK | | | | OC, Partner |
| Hewlett-Packard | Live | CRM | Upg | EMEA | Germany | | | | OC |
| Hibernian Group Plc | Live | | | EMEA | UK | | | | |
| Hines | Live | ERP | | West | | | | | |
| Honeywell - corporate | Live | Financials, SSP5, SSE, PO, PA | Upg | West | Upgrades for several sites to begin in May and continue through July.  Products added to include Discrete Mfg, Dist, and Inv. | | Miranda Lowell | | OC |
| Hong Hong Printing Services | Live | Financials, PA | | APAC | Malaysia. | | | | OC |

Page 6

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

NDCA-ORCL 417625

R11i Customer Information
Printed on 06/13/2001

| Customer | Go-live Date | Products | New/Upgrade | Source | Comments | Platform | Dev. Sponsor | Upg From | Implementor |
|---|---|---|---|---|---|---|---|---|---|
| Hostcentric | Live | GL, AP, FA, HRMS, iPay, Service, Contracts, Cus Care, AR, INV, BOM | New | West | Other CRM products - 6/15 | Sun | | | OC |
| House of Fraser (Stores) Ltd | Live | Financials, PO, AX | | EMEA | UK | | | | |
| Hudson Bay Company | Live | SSE | | Canada | | IBM | | | |
| Hutchinson Whampoa | Live | Financials, Treasury | New | APAC | Hong Kong. | | | | OC |
| Hutchinson Telecom (UK) | Live | GL, AP, CE, FA, PA, Web Expenses, HRMS, iProcurement | New | EMEA | UK | HP | | | OC |
| Hyperchip Inc. | Live | iStore | | Canada | Order by | Sun Hari | | | |
| Imation | Live | Financials, PO, OM, HRMS, INV, MRC | Upg, New | EMEA | Netherlands, UK. Europe - new, US - upgrade. Multi-lingual, multi-org, multi-currency. US live 8/1/01. | | | 10.7 | OC |
| Imation Ferrania | Live | Financials | Upg | EMEA | Italy | | | 10.7 | Self |
| Imco Recycling | Live | OPM, Financials, PO | Upg | | | | | 11 | OC |
| Inchon International Airport | Live | Financials, IProcurement | | APAC | Korea. | | | | |
| Industry Suppliers | Live | | New | EMEA | France. | | | | |
| Ingersoll Dresser Pumps | Live | Financials, Euro | | EMEA | Spain. | | | | OC |
| Ingersoll Rand | Live | IProcurement | New | East | Also implementing OM, AR, Inv, Service - 5/2/01. | | | | OC |
| Ingersoll Rand Thermo King Division | Live | OM, Financials, Advanced Supply Chain Planning, Purchasing, including Iprocurement, Costing, BOM, INV and FLOW | Upg | East | | | | 10.7 | OC |
| Iniciativas Mercados Interactivos | Live | Marketplace Exchange, Euro | | EMEA | Spain. | | | | |
| Innogy | Live | HRMS | New | EMEA | UK | | | | Partner |
| Innominate | Live | GL, AP, AR, AX | New | EMEA | Germany | | | | OC |
| Institute of Transfusion Medicine | Live | Financials, PO, HR | New | East | | | | | |
| Intelitouch.com | Live | OM, Contracts, iSupport | New | East | | | | | |
| Invensys | Live | Financials, CRM, OM, Mfg | Upg | APAC | New Zealand.   First Live NT MFG site globally | NT | | 10.7 | OC |
| Inventec | Live | Financials, iProcurement, Discrete Mfg, Supplier Portal, Fin Intelligence | New | APAC | | IBM | | | OC |
| iRobotics | Live | Financials, PA, PO, Mfg, SSE | | East | | | | | |
| Iron Mountain | Live | Financials, CRM | Upg | East | | | | | Partner |
| I-stt.com Pte Ltd | Live | GL | New | APAC | Singapore.  Other Fin apps - Mar. 01 | HP | | 11 | OC |
| Jackson Laboratory | Live | OPM, Financials, Grant Accounting | New | East | OM - 6/1 | | | | KPMG |
| JDS Uniphase | Live | iStore | New | CRM | Interface to ERP 11.0.3 | | | | OC |

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                                              NDCA-ORCL 417626

| Customer | Go-live Date | Products | New/Upgrade | Source | Comments | Platform | Dev. Sponsor | Upg From | Implementor |
|---|---|---|---|---|---|---|---|---|---|
| Kelly Services | Live | Payroll | Upg | West | | | | | OC |
| KEMA | Live | Financials, MRC/EFC, PA, PO | Upg | EMEA | Netherlands. | | | | OC |
| Kleinfelder | Live | HR, Financials, PA | New | West | | | | | |
| Last Mile Solutions | Live | Financials, PO | | EMEA | UK. | NT | | | |
| LBBD | Live | AP, GL, CE | New | EMEA | UK. PA, HR, Dist - later | | | | |
| Legerity | Live | Financials, OM, HR | New | West | MRP to follow in Nov. | | | | |
| Leviton | Live | ERP | | East | | | | | |
| LG Innotek | Live | Mfg, OM | Upg | APAC | Korea. Financials - 9/01 | | | 10.7 | Partner |
| LG Nikko | Live | iProcurement | | APAC | Korea | | | | Partner |
| Libertel BV | Live | | | EMEA | Netherlands. | | | | |
| Liberty Mutual | Live | HR, Pay | New | East | Canadian Payroll - May | Sun | Summers | | |
| Livestock Improvement | Live | Financials | Upg | APAC | | | | 10.7 | Partner |
| Lloyds | Live | iProcurement | | EMEA | UK. With 11 Financials | | | | |
| Logig AS | Live | iStore | | EMEA | | | | | |
| Loomis and Fargo | Live | Service, Contracts | New | CRM | | | | | OC |
| Loudcloud | Live | Financials, Mfg, SSE, HR, PA | New | West | | | | | OC |
| Ludwig Beck | Live | Istore | New | EMEA | Germany | | | | OC |
| Lufthansa Airplus | Live | CRM - Customer care | New | EMEA | | | | | OC |
| Lynx Consulting AG | Live | Financials, PO | | EMEA | Germany | | | | |
| Maersk Sealand | Live | Financials, PA | New | EMEA | Denmark | | | | OC |
| Manchester Police | Live | Financials | Upg | EMEA | UK | | | | Self |
| Maple Optical Systems | Live | Financials, PO, iProcurement and Internet Expenses | New | | Oracle.com | Hosted | | | |
| Marconi Fibreway /Ipsaris | Live | Financials, CRM | | EMEA | UK | | | | OC |
| Maritz Corporation | Live | AP,AR,GL | New | West | | | | | |
| Mastec | Live | Financials, PO, INV, OM | Upg, New | APAC | Financials - upgrade | | | 10.7 | |
| Master Protection | Live | GL, AP, FA | | West | Payroll - mid--Jan. PO, INV, PA - 1/31. CRM, SSE - 4/1 | | | | |
| Matsushita Technology Pte Ltd | Live | Financials, Inv, PO, OM | Upg | APAC | | | | | OC |
| McData | Live | Financials, Mfg, CRM, Configurator, BIS | New | West | | | | | OC |
| McDonalds | Live | INV, BOM | Upg | US | | | | 11 | |
| Medison | Live | Financials, Mfg, OM | | APAC | CRM - June 01 | | | | Partner |
| Mercury Computers | Live | GL, HR | New | East | Oracle.com. Rest of Financials - 10/01 | Hosted | | | |
| Meredith | Live | iExpenses, Financials, PO, HR | New | West | | | | | |
| MetalMaker | Live | iProcurement, PO, Supplier Portal | New | West | | Hosted | | | OC |
| Millipore (Mykrolis) | Live | APS | Upg | East | OM scheduled for mid-July. | | Campbell, Syed | 10.7 | OC |
| Milne Feeds/ Clover Meats | Live | Financials, OM, Dist | Upg | APAC | Australia. | | | | OC |

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

NDCA-ORCL 417627

R11i Customer Information
Printed on 06/13/2001

| Customer | Go-live Date | Products | New/Upgrade | Source | Comments | Platform | Dev. Sponsor | Upg From | Implementor |
|---|---|---|---|---|---|---|---|---|---|
| MindTree Consulting | Live | Financials, HR, PA | New | APAC | | | | | |
| Minico | Live | Financials, PO, OM | | West | | | | | Partner |
| MobShop.com | Live | GL, AR, AP, PO | New | West | | | | | OC |
| MRF Limited | Live | Financials, OPM | New | APAC | Pilot site live now. | | | | Partner |
| Mutual Materials | Live | GL, AP, AR, PO, CE | New | West | | | | | |
| MyFacilities.com | Live | iStore | New | CRM | Other CRM and ERP products later | | | | OC |
| Myfamily.com | Live | Financials, OM, Inv | New | West | | | | | OC |
| Nammo Raufoss AS | Live | Financials, AX | Upg | EMEA | Norway | | | | |
| National Audit Office | Live | Financials, Payroll | Upg | EMEA | UK | NT | | | CGEY |
| National Power | Live | HRMS | | EMEA | UK | | | | |
| National Transportation Exchange | Live | Financials, PO | Upg | West | | | | | |
| Net Business Systems | Live | iStore | New | EMEA | | | | | |
| Netcel360.com | Live | Financials, OM, PO, INV | Upg | APAC | Malaysia. | | | 11 | OC |
| Netpliance | Live | GL, AP, PO, INV, AR, OM, CRM | New | West | | Sun | | | OC |
| Network Access Solutions | Live | GL, AP, AR, CM, PO, FA, PA(costing), OM, Shipping, BOM and Inventory | New | Cons | | | | | OC |
| New Zealand Dairy Board | Live | Financials, iProcurement | Upg | APAC | | | | 10.7 | Self |
| New Zealand Schools Trustees Association | Live | iProcurement | New | APAC | New Zealand. | | | | OC, Partner |
| Nordstress Australia Ltd (Ansett Freight) | Live | Financials | | APAC | Australia. | | | | OC |
| North American Mfg Co. | Live | AP, GL | New | East | OM, CRM, Projects, Mfg, Rest of Fin. - July 01 | NT | | | Self |
| Nova Machine Products | Live | iStore | New | East | ERP - 6/1/01 | | | | |
| NS Stations BV | Live | Financials, PO, AX, NL local. | Upg | EMEA | Netherlands | | | | |
| Odwalla | Live | Financials, iProcurement | New | West | OPM. APS later | | | | OC |
| Old Mutual | Live | | | EMEA | ZA | | | | |
| OnsiteRX | Live | Financials, Dist | New | West | | | | | |
| Open Interactive | Live | iProcurement, Financials | | EMEA | UK. | | | | |
| Optical Micro Machines | Live | ERP | New | West | | | | | OC |
| OptiGlobe do Brasil | Live | Financials, PO | New | LAD, East | | Sun | | | OC |
| Organon | Live | Financials, MRC, Clinical, OM | Upg | EMEA | Netherlands. | | | | OC |
| Oslo Vann og Avløp | Live | Financials | Upg | EMEA | Norway | | | | |
| Overseas Union Bank | Live | GL, AP | Upg | APAC | Singapore. FA - End of Mar. 01 | | | | OC, AC |
| PacWest | Live | Financials, OM, PA | New | West | Sales Comp to go live 6/1/01 | Sun | | | OC |
| Panasonic Industrial | Live | Financials | New | APAC | Thailand | | | | OC |
| Panduit | Live | GL, AR, AP, FA, CE, HR, Pay | New | West | | | | | |
| Pantel | Live | Sales Online | New | EMEA | Hungary | | | | |

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                                    NDCA-ORCL 417628

R11i Customer Information
Printed on 06/13/2001

| Customer | Go-live Date | Products | New/Upgrade | Source | Comments | Platform | Dev. Sponsor | Upg From | Implementor |
|---|---|---|---|---|---|---|---|---|---|
| Papa Johns | Live | CRM | New | East | Go-live date is for Call Center and iStore. | | | | OC |
| Parachute.net | Live | GL, AR, AP, CRM, OM, WSH, and INV | New | West | Company no longer in business | | | | OC |
| Paradigm Wireless | Live | Fin, Mfg, OM | New | West | OC not involved in Fin. | Hosted | | | OC |
| Peace Computers | Live | Financials . | Upg | APAC | | | | | Partner |
| Pella Windows | Live | GL, AP, FA, PA, PO and I-Procurement | New | West | AR - planned for Feb.   INV, OM later | | | | |
| PeoplePC | Live | Financials | New | West | | | | | |
| Penske Logistics | Live | | | EMEA | Netherlands. | | | | |
| PharmasMarket.com | Live | CRM, OM, Inv, Financials, PO | | East | | | | | |
| Pioneer Standard Electronics | Live | Financials | New | East | | Compaq | | | |
| Plus Mark | Live | Financials, Dist, Discrete Mfg | Upg | East | | AIX | | 10.7 | KPMG |
| Poore Brothers | Live | Financials, OM, INV, Mfg, PO | New | West | | | | | OC |
| Portal | Live | Financials, PO, HR, OM, Iprocurement, PA, iExpenses | New | West | | | | | |
| Portsmouth City Council | Live | Financials, iProcurement | New | EMEA | UK | | | | OC |
| Posco | Live | OFA | New | APAC | HR - 6/1. Financials, Mfg, iProcurement, CRM, OM - End of June 2001 | | Wohl | | OC |
| Power Med | Live | Financials, OM, PO, Inv | New | Cons | Oracle.com | Hosted | | | |
| PPG Industries Deutschland GmbH | Live | BOM, PO, WIP, INV, CST | | EMEA | Germany | | | | |
| Proudfoot | Live | Financials | | West | | NT | | | |
| Qiangdao Green Mechanism Corp. | Live | Financials | New | APAC | China.  Mfg - 7/31/01, CRM 9/30/01. WIP, CE - 12/31/01 | | | | Partner |
| Qlogic | Live | GL, AP, FA, AR, CE, PO, INV, BOM, Eng | Upg | West | | | | 10.7 | OC |
| Qsent | Live | Financials | New | West | Also purchased CRM.  Customer went live in 6 weeks. | | | | |
| Questlink | Live | GL, AP, AR, PO, CE | New | West | | | | | |
| Radio Denmark | Live | Financials, PA, OM, Iprocurement, EDI | New | EMEA | Denmark | | | | |
| RAF (UK) | Live | GL, AP, PO | Upg | EMEA | | | | | OC |
| Rajawali Citra Televisi Indonesia | Live | Financials | New | APAC | Indonesia | Sun | | | Partner |
| Rational Software | Live | OM, AR, GL, AP, PO, FA | Upg | West | HR, OAB, SSB - 4/27 | | | | |
| RATP | Live | | | EMEA | UK | | | | OC |
| Redback Networks | Live | HR, Financials, Mfg, and iProcurement | New | West | | | | | KPMG |
| Red Herring | Live | Financials, SSE, SST | New | West | | | | | OC |
| Reed Business Information | Live | Financials, AX, Payroll | Upg | EMEA | UK | | | | OC |

Page 10

R11i Customer Information
Printed on 06/13/2001

| Customer | Go-live Date | Products | New/Upgrade | Source | Comments | Platform | Dev. Sponsor | Upg From | Implementor |
|---|---|---|---|---|---|---|---|---|---|
| Reed Personnel | Live | Financials, AX, HRMS | New | EMEA | UK | | | | OC |
| Reliable Software Consultancy | Live | Financials | | EMEA | Arabia. | | | | |
| Resolution/Reso Direct | Live | ERP | New | East | | | | | |
| Retek | Live | GL, AR, AP, FA, PO, Cash Mgmt, Payroll | New | West | | Sun | | | OC |
| Rexall Showcase | Live | Financials | Upg | East | | | | 10.7 | |
| Riso | Live | Eng, Financials, CRM | New | East | | | | | OC |
| Riverstone | Live | CRM | | East | | | | | |
| Rockford | Live | ERP, including APS | Upg | West | | | Syed | | |
| Sageo | Live | HR, AR, FA, PO, SS Expenses | New | West | | | | | OC |
| Salesforce.com | Live | Financials, PO, iExpense | | West | | | | | |
| Sampension | Live | Financials, AX, Localiz. | Upg | EMEA | Denmark | | | | |
| Sanford SA DE CV | Live | Financials, BOM, Eng., WIP, COST INV, OM, CRM | New | LAD | Mexico | HP | | | OC |
| Satyam Infoway | Live | Customer Care | New | Marketing | India | | | | |
| Schreiber Foods | Live | OPM | Upg | | | | | | |
| Scitex Digital Printing | Live | Financials, PO | Upg | East | | | | | OC |
| Seafresh | Live | Financials | New | APAC | OPM, BSC - May 2001 | | | | |
| Select Medical | Live | HR, Financials, OAB | Upg | East | | | | 10.7 | OC |
| Semen Padang | Live | Financials | New | APAC | Indonesia | | | | Partner |
| Service Electronics | Live | Financials, OM | New | West | Service, BOM, WIP live date is April. iStore, iPayment, iSupport, Sales in June. Customer Care, Projects and HR later this year. | | Campbell | | |
| Siemens AG ICN A BTS | Live | CRM | New | EMEA | Germany | | | | |
| Silterra | Live | Financials, Inv, OM, Treasury, Mfg, OSFM, iProcurement, PO, APS, Demand Planning | New | APAC | Malaysia. | Compaq | Jewell | | OC |
| Singapore American School | Live | Financials, HR/Pay | Upg | APAC | | | | | PWC |
| SKC&C | Live | Financials, iProcurement | Upg | APAC | | | | | OC |
| Skynet | Live | Financials | Upg | APAC | Australia. | | | | Partner |
| Soltre Technology | Live | CRM | New | West | | | | | |
| Sonus Networks | Live | Financials, Mfg, OM, PO, Service, HR | | East | | | | | |
| Sony Electronics | Live | Supply Chain Exchange | Upg | US | | | | 10.7 | |
| Southern Energy | Live | HRMS, Financials, PO | Upg, New | East | HRMS - New. | | | 10.7 | |
| Space4Rent.com | Live | Financials | New | West | | | | | |
| Spancrete | Live | AR, AR, OM, Mfg, MRP | Upg | West | | | | | OC |
| Sporting Index | Live | CRM | | EMEA | UK. | | | | |

Page 11

R11i Customer Information
Printed on 06/13/2001

| Customer | Go-live Date | Products | New/Upgrade | Source | Comments | Platform | Dev. Sponsor | Upg From | Implementor |
|---|---|---|---|---|---|---|---|---|---|
| State Library of New South Wales | Live | Financials | Upg | APAC | Australia. | | | | Partner |
| Suntory Water Group | Live | Financials, PO | New | East | Manufacturing, OM, Inventory, Planning - 6/1 | HP | | | OC |
| Synaxia Networks | Live | ERP | | West | | | | | |
| SynQor | Live | GL, AR, AP, PO, Inventory, Distribution, and MRP | New | East | | | | | |
| Tae Kwang | Live | Financials, Mfg, OM, APS | | APAC | Korea | | | | Partner |
| Talk2 | Live | Financials | New | West | | | | | |
| Tantivy Communications | Live | Financials, HR | New | | Oracle.com | Hosted | | | |
| Tata Home Finance | Live | Financials | | APAC | India | | | | Partner |
| Tata Teleservices | Live | CRM | New | APAC | India. OM - TBD | | | | OC |
| Telecom Italia Mobile Spa | Live | Marketing Online | | EMEA | Italy | | | | |
| Teleglobe Canada | Live | | Upg | Canada | | Sun | | 10.7 | |
| TeliaNet | Live | OM, GL,AP,AR, FA, HRMS, OTA, PA, INV, Payroll | Upg | EMEA | Denmark | | | 11 | OC |
| Thai Shell Exploration & Production | Live | Financials | New | APAC | Thailand | | | | Partner |
| The Ant Factory | Live | | | EMEA | UK | | | | |
| TMP Worldwide Europe | Live | | | EMEA | Netherlands | | | | Partner |
| Toshiba Medical Systems | Live | CRM | New | EMEA | Netherlands | | | | OC |
| TPI (Telefonica Publidad e Informacion | Live | CRM | | EMEA | | | | | OC |
| Tricare Management | Live | CRM | New | East | | | | | |
| Tririga | Live | ERP | New | West | | | | | |
| Tropian | Live | Financials | New | West | | | | | |
| Tropicana Europe | Live | OPM, Dist, Financials, PO, BOM, INV, OM | New | EMEA | Oracle.com | Hosted | Souza | | OC |
| Tumbleweed | Live | Financials | New | West | | | | | |
| Tyco Europe Security | Live | Financials, Sales Online, Mkt Online, Call Center | | EMEA | France. | | | | |
| Tyco Valves & Controls | Live | Intelligence, APS, Demand Planning, Fin. Intell, Purch. Intell | | EMEA | Germany. | | | | |
| Undenrigsministeriet | Live | | | EMEA | Denmark | | | | |
| Unilever Platform-1 | Live | iStore, INV, OM, Order Capture | New | EMEA | UK | | | | |
| United Construction | Live | Financials, Dist | Upg | APAC | Australia. | | | | OC |
| United Networks | Live | Financials | Upg | APAC | New Zealand. | NT | | | |
| United Steel Workers | Live | Financials | Upg | East | HR, Pay - 1/1/02 | | | | |
| Upside Media | Live | Sales | | West | OM, Financials? | | | | |
| UPS | Live | OM | New | East | AR MRP Ship PJM APS later | | | | |
| US Dept. of Defense | Live | CRM | New | East | | | Syed | | OC |

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                    NDCA-ORCL 417631

R11i Customer Information
Printed on 06/13/2001

| Customer | Go-live Date | Products | New/ Upgrade | Source | Comments | Platform | Dev. Sponsor | Upg From | Imple- mentor |
|---|---|---|---|---|---|---|---|---|---|
| VA Linux | Live | GL, AR, AP, FA, CE, OM, PO, Inventory, BOM, WIP, Engineering, Costing, and E-Commerce Gateway | New | West | First Linux platform | Linux | | | OC |
| Value Vision | Live | Financials, PO | New | West | OM, CRM - 8/1/01 | IBM | | | OC |
| Vertex | Live | Assets, AP, GL, and Cash Management | New | East | Will go live on SSE soon. Future plans include OM, AR and CRM | Sun | | | OC |
| Vertis | Live | Financials, MRC | | EMEA | Netherlands. | | | | |
| Viant | Live | AP, iExp, AR, HR, OAB, OTA, PA, BIS | New | East | | | | | |
| Viasource Communcations | Live | HR | | East | | | | | |
| Victoria University | Live | Financials | Upg | APAC | New Zealand. | | | | OC |
| Vingage (iFramevideo.com) | Live | AP, AR,GL,FA,INV,OM, and PO | New | Cons | Fast Forward Distribution RPM, live in 10 weeks | | | | OC |
| Virtual Ink | Live | Financials, OM, INV, PO, HR, BIS | New | East | Oracle.com | Hosted | | | OC |
| Vodafone (UK) | Live | Financials, HRMS | Upg | EMEA | Project with Deloitte. | | | | Deloitte |
| Vodafone Network Pty Ltd | Live | Financials | Upg | APAC | Australia.  OM - Aug. 01 CRM - Oct. 01 | | | | Partner |
| Waitemata Health | Live | iProcurement, GL, AR, AP, FA, HR, OTA, Inv | Upg | APAC | Payroll Oct. 01 | Compaq | | 11 | OC |
| Warwick International | Live | Financials, OPM, OM | New | EMEA | UK | NT | | | Partner |
| Web2Biz | Live | Financials | New | APAC | | | | | Partner |
| WebNeuron | Live | Financials | New | APAC | India. | | | | |
| WeightWatchers.com | Live | Financials | | East | | | | | |
| Well Logic | Live | Financials | New | West | Projects later | | | | OC |
| Wells Dairy | Live | Financials, OPM | Upg | US | | | | 10.7 | |
| Western National | Live | Financials | | West | | | | | |
| Westpac Banking Corp | Live | Financials | Upg | APAC | Large volume GL user | HP | Miranda | 10.7 | OC |
| WIFAS | Live | CRM | | EMEA | UK | | | | |
| Wincor-Nixdorf | Live | CRM, Pre-req ERP products | New | EMEA | Germany | | | | OC |
| Women.com | Live | Financials, PA | New | West | Implementation SI is PwC.  Go-live for SSP is TBD | | | | PWC |
| World Online Nacamar Deutschland | Live | GL, AP, AR, AX, PO | New | EMEA | Germany.  CRM - May 01 | | | | OC |
| Worldsource 360 | Live | Financials, INV, PO, Payroll | New | West | Have OM issues. CRM to follow on 1/15/01 | | | | |
| Xerox Omni Fax | Live | Financials, Telesales, Teleservice, Install Base, Field Service, Contracts, OM, Inv, Adv Pricing, Shipping, PO, INV | New | East | Phase 2 (iStore, Sales Online, Order Capture) is scheduled to go-live on August 3rd. | IBM | | | OC |
| Yahoo | Live | Financials | New | APAC | Australia. | | | | Partner |
| Yahoo (US) | Live | Financials | Upg | West | US is upgrade, Global is new w/ PwC | | | | OC |

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER          NDCA-ORCL 417632

R11i Customer Information
Printed on 06/13/2001

| Customer | Go-live Date | Products | New/ Upgrade | Source | Comments | Platform | Dev. Sponsor | Upg From | Implementor |
|---|---|---|---|---|---|---|---|---|---|
| YOU (Telpluss) | Live | Financials | New | EMEA | Norway Telecom, more modules later this year, PwC | | | | PWC |
| Zainal Mohebi Group | Live | Financials | New | EMEA | Arabia. | | | | |
| Zale Corporation | Live | FA, GL, AP, Inventory, and Projects | Upg | West | Adding OM, Shipping, BOM later | | | 10.7 | |
| ZapMedia | Live | Financials, OM | New | East | Service - 12/29 | | | | OC |
| Zeraim Gedera | Live | OM, PO, Bill, Cost, MRP, WiP, Quality, Financials | New | EMEA | Israel | | | | |
| **Other Customers Plans** | | | | | | | | | |
| A&P | TBD | HR, Mfg, Financials | New | | | | | | |
| ABT Associates | 07/01/2001 | PA, Projects, PO, HR, SSE, SSHR, iProcurement | Upg | East | | | | | |
| Access Graphics | 08/01/2001 | Financials, OM, PO, Service, INV, BOM | Upg | West | | | | | |
| Accord | 06/04/2001 | HR, Payroll, AP | | West | | | | | OC |
| Advantest | Apr. 2001 | ABM | | APAC | Korea | | | | OC |
| Agilent | 02/01/2002 | ERP | | West | | | | | |
| Airborne Express | Jul. 01 | ERP | New | West | | | | | |
| Airbus | | BSC | | | | | Robson | | |
| Airport Authority | Oct. 2001 | Financials | Upg | APAC | Hong Kong. | | | | OC |
| All Weather Windows Ltd | 06/07/2001 | OM, Flow | Upg | Canada | | IBM | | 11 | Partner |
| Amdahl | 06/01/2001 | Financials, PO, Mfg, OM, SSE | Upg | East | | | | | |
| Arima Communications Corp. | Jul. 01 | Financials, Mfg, OM | New | APAC | | | Campbell | | OC |
| ArvinMeritor | Aug. 2001 | ERP | | West | | | | | |
| Astra Credit Company | Apr. 2001 | Financials | New | APAC | Indonesia | | | | Partner |
| Barclaycard Barclays Bank (Germany) | Nov. 2001 | Financials | New | EMEA | Germany | | | | |
| BellSouth Telecommunications | 10/01/2001 | PO, INV, FA, Network Logistics, Network Asset Tracking System, and Demand Planning | | East | | | | | OC |
| Best Buy | 07/09/2001 | Financials, HR, iProcurement | | US | | | | | |
| Binggrae | 07/01/2001 | Financials, OM, Mfg | | APAC | Korea | | | | Partner |
| Blue292 | On Hold | Financials, OM, INV, PO | New | East | NT Pro C issues | | | | OC |
| Blue Circle Phillippines | Apr. 2001 | Financials, OM, INV | | APAC | | | | | OC |
| Bollinger Shipyards | 06/01/2001 | Financials, HRMS, Mfg, Dist | Upg | Marketing | | | | 11 | |
| Brock Tool | | Financials, Dist | New | East | | | | | |
| Brookfield Lepage Johnson Controls | 05/31/2001 | | Upg | Canada | | IBM | | 11 | Partner |
| Browning | Jul-01 | ERP | Upg | West | | | | | |

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER    NDCA-ORCL 417633

R11i Customer Information
Printed on 06/13/2001

| Customer | Go-live Date | Products | New/Upgrade | Source | Comments | Platform | Dev. Sponsor | Upg From | Implementor |
|---|---|---|---|---|---|---|---|---|---|
| Bticino | TBD | CRM | | EMEA | | | | | |
| Bull | 12/31/01 | CRM, Financials, PO, HR, Mfg | | EMEA | France | | | | |
| CalTech | | Public Sector | | | | | | | |
| Candescent Technologies | TBD | Financials, INV, BOM, PO, Cost, MRP, HR | | West | | | Bishop | | |
| Cameraworld | 10/01/2001 | OM, CRM | New | West | | | | | |
| Canon USA | TBD | OM, CRM | | East | | | | | |
| CEM | June '01 | Financials | Upg | APAC | Hong Kong. | | | | Self |
| CH2M Hill | Early 2001 | Projects | | Dev | Construction company, many customizations, thought 11i install easier than 10.7 | | | | OC |
| Chase Industries | 06/04/2001 | OM, INV, BOM, AR, GL, Configurator | New | East | | NT | | | |
| Chenbro Micom Co., Ltd. | Jun. 2001 | Financials, Mfg, OM | | APAC | Taiwan. | | | | Partner |
| Chick-Fil-A | 08/27/2001 | OM, AR | Upg | East | OM upgrade, AR new | | | | OC |
| Chubb Insurance of Canada | 04/15/2001 | CRM | | CRM | | | | | |
| Cielo Communications | 05/15/2001 | Financials, INV, PO, OM, WIP, BOM, MRP, Cost, OSFM, Quality | New | West | | | | | |
| City of Chicago | TBD | HR | New | West | Fin - 6/1.  Grants - 9/1 | | | | OC |
| City of Jacksonville | Apr. 2002 | HR/PAY/Advanced Benefits | Upg | East | | | Summers | | OC |
| City of Melbourne | 05/01/2001 | Financials, Dist | Upg | APAC | Australia. | | | | Self |
| City University | Jun. 2001 | Financials | Upg | APAC | Hong Kong. | | | | OC |
| CJ Dreamsoft | Mar. 2001 | Financials, ABM | | APAC | | | | | |
| Clear | TBD | Financials | Upg | APAC | | | | | |
| Clopay | TBD | OM | | East | | | | | |
| Computer systems Advisers | Apr. 2001 | Financials, OM, iProcurement | New | APAC | Malaysia. | | | | |
| CMGI | 05/31/2001 | Dist, HR | Upg | East | | | | | |
| Cognos | 08/01/2001 | | | Canada | | | | | |
| Credit Advantage | 07/11/2001 | CRM | New | APAC | Australia | | | | |
| CreoScitex | May '01 | CRM | | CRM | | | | | |
| Cyrk, Inc. | 10/01/2001 | OM | | East | | | | | OC |
| Daewoo Security | Apr. 2001 | Financials | | APAC | | | | | |
| Danka | May '01 | CRM | | EMEA | Germany | | | | |
| Dantis | | Financials | | East | | | | | |
| Decker Outdoor Furniture | 06/18/2001 | Dist, Financials, PO | | West | CRM later | | | | Partner |
| Denver & Ephrata Telephone and Telegraph | 06/22/2001 | Financials, OM, PO, INV | Upg | East | | | | | |
| Department of Human Services (Victoria Government) | 04/17/2001 | Financials | Upg | APAC | Australia. | | | | OC, Partner |

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER         NDCA-ORCL 417634

R11i Customer Information
Printed on 06/13/2001

| Customer | Go-live Date | Products | New/ Upgrade | Source | Comments | Platform | Dev. Sponsor | Upg From | Implementor |
|---|---|---|---|---|---|---|---|---|---|
| Department of Infrastructure (Victoria Government) | 04/26/2001 | Financials | Upg | APAC | Australia. | | | | OC, Partner |
| DFI | 06/30/2001 | Financials, Mfg, OM | | APAC | | | | | OC |
| Dialogic Corporation | Q2 2001 | OM | | East | | | | | |
| Dongbu Electronics | May '01 | OSFM, Mfg, Financials, APS | | APAC | Korea | | | | Partner |
| DragonAir | June '01 | Financials | Upg | APAC | Hong Kong. | | | | Self |
| DRI | Nov. 2001 | Financials | Upg | APAC | New Zealand. | | | 10.7 | OC |
| DSS Infotech | Jun. 01 | HR | | APAC | India | | | | Self |
| Edinburgh University | 06/11/2001 | HR/Payroll | | EMEA | UK | | | | |
| Ejiva | 06/18/2001 | CRM | New | East | | | | | |
| Elecon Eng. | 04/25/2001 | Financials, Mfg, OM, CRM | New | APAC | | | | | |
| Electro Wire Products | TBD | | | West | Fast Forward Plus Distribution | | | | OC |
| Elin | 05/25/2001 | CRM | | EMEA | Austria | | | | |
| Encad | 04/02/2001 | Sales Comp | | CRM | | | | | |
| Enigma Information Retrieval Systems, Inc. | 06/01/2001 | Financials, OM, INV, PO | Upg | East | CRM - 7/1/01 | | | | |
| Enlight | May '01 | CRM | Upg | APAC | Taiwan. | | | | Partner |
| Epicentre Technologies | 04/30/2001 | CRM | New | APAC | | | | | Partner |
| Equipment Maintenance Services | 06/18/2001 | Financials, PO, INV, OM, HR | Upg | West | | | | 10.7 | |
| Esco | 11/01/2001 | ERP (OM) | New | West | Partner with customer implementations | | | | OC |
| Exabyte | TBD | Financials, Mfg, CRM | | West | | | | | |
| Exide Ltd | 06/15/2001 | Financials, OM, iStore, SAP Interconnect | New | APAC | India | | | | Partner |
| Farmacologica S&B | 06/01/2001 | CRM | | LAD | | | | | |
| Fitel Lucent | 07/22/2001 | Financials, iExpenses, ENG, MFG, CRP, and Quality | | East | Going live on Northern European instance first [signature] UK | | | | OC |
| Formfactor Inc | 06/15/2001 | ERP | New | West | | | | | Partner |
| FSA | 06/01/2001 | CRM | | EMEA | | | | | |
| FT Energy | 06/01/2001 | Financials | | West | | | | | |
| Galgon | 12/31/2001 | ERP | | West | | | | | |
| GATI | 04/30/2001 | CRM | | APAC | | | | | |
| GE Aircraft Engines | 01/01/2002 | APS | New | East | | | Jewell Syed | | OC |
| GE Industrial | TBD | AP, GL, PO, iProcurement | Upg | | | | | 10.7 | |
| Genencor | 10/22/2001 | OPM, Financials | Upg | East | | | | | |
| Genlyte Group | 07/01/2001 | ERP, CRM | | East | | | | | |
| Goldstar Line | Apr. 2001 | Financials | Upg | APAC | Hong Kong. | | | | Self |
| Harvard | 10/01/2001 1/1/2002 | ERP - Fin, HR/Pay | | East | Fin - Oct, HR/Pay - Jan | | | | |
| Harvard Pilgrim | 07/01/2001 | Financials | New | East | | | | | |
| Haworth | | ERP | New | West | | | | | |
| Healthnet | | OAB | New | Dev | | | Summers | | |

Page 16

R11i Customer Information
Printed on 06/13/2001

| Customer | Go-live Date | Products | New/Upgrade | Source | Comments | Platform | Dev. Sponsor | Upg From | Implementor |
|---|---|---|---|---|---|---|---|---|---|
| Hitachi Amtrex Limited | June '01 | Financials, PA, Mfg, APS, OM | New | APAC | India. CRM - Aug. 01 | | | | |
| Hitachi Data Systems | 12/01/2001 | HR, Financials, SSP, SSE, SFA, Sales Online, Sales Comp, APS, Mfg | New | West | iStore, iMarketing, Time Mgt later | | | | OC |
| Hotai Motor Company | Sep. 2001 | Financials, OM | New | APAC | | | | | OC |
| Hotworx | 06/15/2001 | CRM | | CRM | | | | | |
| Huawei | Feb. 2002 | Financials, MRP, PO, OM | Upg | APAC | Performance issues | | | 10.7 | OC |
| Hull City Council | TBD | CRM | | CRM | | | | | OC |
| Humana | 06/30/2001 | CRM | | East | | | | | |
| Hyosung | 07/01/2001 | Financials, Discrete Mfg, OM | | APAC | Korea | | | | Partner |
| Intecom | 05/28/2001 | | Upg | West | | | | | |
| Intertek | 07/02/2001 | Dist, Financials, PA | New | East | | | | | |
| Inter-Tel | 05/28/2001 | iStore, Financials | Upg | West | | | | 10.7 | |
| Indiana Mills and Mfg | 06/28/2001 | Dist, Financials, EDI, Planning | New | West | | | | | Grant Thornton |
| Interlogix | 11/01/2001 | MRP, Supply Chain Planning, Configurator, Discoverer, EDI Gateway, Engineering, INV, iPayment, iSupport, iStore, OM, AP, PO, AR, Service and Shipping | Upg | West | Implementing ERP (upgrade from 10.7) and CRM (new) | | | 10.7 | OC |
| Jardine Fleming Holdings Ltd. | Apr. 2001 | Financials | Upg | APAC | Hong Kong. | | | | Self |
| JP Morgan Chase | 07/01/2001 | ERP | New | East | | | | | |
| John I. Haas | 06/22/2001 | Financials, OPM | Upg | West | Oracle.com | Hosted | | | OC |
| John Keells Computer Services | Apr. 2001 | Financials, HR/Pay | New | APAC | Singapore | | | | Self |
| Johnson Electronics | Dec. 2001 | Financials, APS, Mfg, OM, CRM | New | APAC | | | | | OC |
| Karsten | TBD | Financials | New | West | Phase 2 - CRM, Dist, Mfg | | | | OC |
| KEC | Aug. 2001 | OFSM, APS, Mfg, Fin, OM | | APAC | Korea | | | | Partner |
| Kinetic Concepts | 8/1/01 | | Upg | West | | | | | |
| King-Yuan Electronics Co | June '01 | Financials, Mfg, OM | New | APAC | Taiwan. | | | | Partner |
| Knauss Foods | 05/25/2001 | Financials, OPM, Inv | Upg | East | | | | | OC |
| Kyocera Mita America | 07/01/2001 | OM, CRM | New | East | | | | | |
| Lexmark | 10/01/2001 | CRM | | East | | | | | |
| LGIC | 07/04/01 | Financials, Mfg, CRM | | APAC | Korea | | | | OC |
| LG Phillipse | Jul. 01 | Financials, Mfg, OM | | APAC | | | | | Partner |
| Liberate Technologies | 06/01/01 | | | West | | | | | |
| Life Fitness | May-01 | OM, Shipping | | | | | | | |
| Lightoller | TBD | ERP | Upg | East | | | | | |
| Lite-ON Technology Corp | Jul-01 | Financials, Mfg, OM | | APAC | | | | | OC |

Page 17

R11i Customer Information
Printed on 06/13/2001

| Customer | Go-live Date | Products | New/Upgrade | Source | Comments | Platform | Dev. Sponsor | Upg From | Implementor |
|---|---|---|---|---|---|---|---|---|---|
| Lucent Technologies | 10/01/2001 | | Upg | East | | | | | OC |
| Macau Poly | June '01 | Financials | Upg | APAC | Hong Kong. | | | | Self |
| Mackie Designs | 08/05/2001 | ERP | New | West | | | | | OC |
| Magazine Luiza | TBD | CRM | | CRM | | | | | OC |
| Mavesa | TBD | CRM | | CRM | | | | | OC |
| MBNA | 10/22/2001 | ERP - AP | Upg | East | AP Upgrade Issues | IBM | | | OC |
| Media Ventures | 04/16/2001 | CRM | | CRM | Netherlands | | | | OC |
| Ministry of Education | Apr. 01 | Financials | Upg | APAC | | | | | OC |
| Minute Maid | | OPM | | | | | Souza | | |
| Motorola MCG | 08/01/2001 | Discrete Mfg, Financials | New | | | | | | |
| mWeb | TBD | Financials, PO, Projects, Workflow and OM | Upg | EMEA | South Africa, Sales&Marketing, Service and Sales Comp are next | | | | |
| mWeb Thailand | TBD | Financials, iProcurement, OM | New | APAC | | | | | |
| National Bank of New Zealand | Aug. 2001 | Financials, iProcurement, HR, Payroll | New | APAC | | | | | OC |
| National Institute of Education | Apr. 2001 | HR | New | APAC | Singapore | | | | PWC |
| National Instruments | 10/01/2001 | ERP | | West | | | | | |
| NCR | 11/01/2001 | ERP, CRM | New | East | Australia and New Zealand will be first, followed by APAC, Canada, and US. | | | | OC |
| Net.com | Jul. 01 | ERP, HR | Upg, New | West | | | | | |
| News America Marketing | May '01 | CRM | | CRM | | | | | |
| Now Foods | 07/01/01 | Financials, OM, OPM, CRM | New | West | HR - 7/1 | IBM | | | Partner |
| Nu Cam Corporation | Apr. 2001 | Financials, Mfg, OM | New | APAC | Taiwan. | | | | Partner |
| Office of the Auditor General | 06/01/2001 | | | Canada | | | | | |
| Ohio University | 06/01/2001 | ERP | New | West | | | | | |
| Okong | Apr. 2001 | Financials, Mfg, OM | | APAC | | | | | Partner |
| Pacific Finance | Apr. 2001 | Financials | Upg | APAC | Hong Kong. | | | | Self |
| Panasonic | 06/01/2001 | Mfg, APS | New | EMEA | | | | | |
| Paxar | 07/01/2001 | Financials, OM, APS, MRP | New | East | | | Syed | | OC |
| PCC Wyman Gordon | 07/02/2001 | Financials, Dist, BIS | New | West | | | | | |
| Pepsi | TBD | iProcurement | New | | | | | | |
| Pizza Hut | <06/19/2001 7/9 | AR, GL, INV, OM, BOM, Configurator, Advanced Pricing, CRM | New | West | | | | | Partner |
| Planet M | Apr/May 01 | Fin., OM, CRM, Supp. Sch | New | APAC | | | | | |
| Polaris Pool | TBD | Fin, Mfg, OM, Svc. | | West | | | | | |
| Polytechnic University | Aug. 2001 | Financials | Upg | APAC | | | | | OC |
| PPG Industries | TBD | OM | New | East | | | | | |

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

NDCA-ORCL 417637

R11i Customer Information
Printed on 06/13/2001

| Customer | Go-live Date | Products | New/Upgrade | Source | Comments | Platform | Dev. Sponsor | Upg From | Implementor |
|---|---|---|---|---|---|---|---|---|---|
| Praxair Surface Technology, Inc. | TBD | Financials, BOM, WIP, and OM | Upg | East | Needed to upgrade to 8.1.6.3 since 8.1.7.1 is not yet certified | HP | | 10.7 | OC |
| President Enterprise Corp | Jul. 2001 | Financials | | APAC | OM, OPM - Sep. 2001 | | | | OC |
| Propeller | 07/01/01 | Fin, Dist, CRM | New | West | Although existing apps user, doing reinstall rather than upgrade | | | | OC |
| Quadtel International Pty Ltd | TBD | Financials | New | APAC | Australia. | | | | |
| Qualcomm Inc. | 01/01/2002 | ERP | New | West | | | | | |
| Queensland Investment Corporation | Jun. 01 | Financials, HR | Upg | APAC | Australia. | | | | OC, Self |
| Ralston Purina | Jul '01 | OPM, Financials, PO, OM, QP | Upg, New | West | First live sites are in Europe with a new install.  US - upg from 10.7 planned to go live in November | | Souza | 10.7 | E&Y |
| Requisite Technology | 06/08/2001 | | | | | | | | |
| Resmed | Oct. 2001 | Mfg, Flow, CRM | Upg | APAC | | | | | OC |
| Rocky Mountain HMO | 08/01/2001 | Financials, PO | | West | | | | | |
| Roma Ceramic | 05/30/2001 | Financials, Mfg, OM | New | APAC | China | | | | Partner |
| Royal Sun Alliance | Apr. 2001 | Financials | New | APAC | New Zealand. | | | | Partner |
| Rural Traders Corporation | Apr. 2001 | Financials, OM, Dist | Upg | APAC | Australia. | | | | OC |
| Sandia Labs | 07/11/2001 | Financials, Mfg | | West | | | | | |
| SAS | 06/01/2001 | Financials | | East | | | | | |
| Schmidt | June '01 | Financials | Upg | APAC | Hong Kong. | | | | Self |
| Schmidt Scientific Taiwan Limited | May-01 | Financials, Mfg, OM | New | APAC | Taiwan. | | | | Partner |
| Seagate | 06/30/2001 | Mfg, HR, Financials | Upg | West | HRMS is global and new | | | | OC |
| Seagate Thailand | TBD | Financials | Upg | APAC | Thailand | | | 10.7 | Self |
| Shandong Triangle Tyre | June '01 | Financials, OM | New | APAC | China.  Mfg, PO - Aug. 01 | | | | Self |
| SH China Spring Factory | Mar. 2001 | Financials, MRP | New | APAC | | | | | Partner |
| Silgan Plastics | TBD | HR, Payroll | New | East | | | | | |
| Siliconware Precision Industries | Jul. 01 | Financials, OM, Mfg | New | APAC | Taiwan. | | | | OC |
| Singapore Computer Systems | Mar. 2001 | Financials, OM, Mfg | Upg | APAC | | | | | |
| Smith International | 07/16/2001 | ERP | Upg | West | | | | | Self |
| Sona Education & Training Systems | Jun. 01 | Financials, OM, PO, Mfg | New | APAC | India. | | | | Partner |
| SOS | Jul. 01 | Financials, HRMS upgrade | New | West | | | | | OC |
| Specialized Bicycles | TBD | CRM | | West | | | | | OC |
| SPI Electronic Co., Ltd | Jul. 01 | Financials, Mfg, OM | | APAC | | | | | OC |
| Staff Leasing | 06/11/2001 | Financials, HR, Payroll, PO, CRM | Upg | East | | HP | | | |
| Sun Hung Kai Properties Ltd - Construction | Apr. 2001 | Financials, PO | New | APAC | Hong Kong. | | | | Partner |
| Sunsoft | Fall 2001 | ERP | | West | | | | | |
| Tata Honeywell Limited | June '01 | Financials, PA, Mfg, OM | New | APAC | India.   CRM - Sept. 01 | | | | Partner |

Page 19

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                    NDCA-ORCL 417638

R11i Customer Information
Printed on 06/13/2001

| Customer | Go-live Date | Products | New/Upgrade | Source | Comments | Platform | Dev. Sponsor | Upg From | Implementor |
|---|---|---|---|---|---|---|---|---|---|
| Tektronics | 01/01/2002 | ERP | Upg | West | | | | | |
| Tele Denmark | 06/14/2001 | Financials, PO | | EMEA | Denmark | | | | |
| Temasek Polytechnic | Apr. 2001 | Financials | Upg | APAC | Singapore | | | | OC |
| Timex | Aug. 2001 | Financials, OM | Upg | East | | | Campbell | 10.7 | |
| Telcordia | TBD | ERP | Upg | East | | | | | |
| TMP Worldwide | 08/01/2001 | Financials, PA | New | East | OM - 7/1/01 | | | | OC |
| Tomax | 06/04/2001 | Financials | New | West | | | | | OC |
| TOPS | Apr. 01 | Financials | | APAC Cons | Indonesia | | | | Partner |
| Traq - Wireless | 01/05/2001 | Financials | | APAC | INV, OM, PO, CRM - 2/1/01 | | | | |
| Tube Investments India | Jun. 01 | Financials, Mfg, CRM | New | APAC | OM - Aug. 01.  APS - Sep. 01 | | | | Partner |
| Tyco Submarine | On Hold | ERP | Upg | East | | | | 10.7 | OC |
| U2U4 | TBD | Financials | | APAC | Korea | | | | Partner |
| Unisys | 09/03/2001 | OM, PO, Inv, Financials, OPA | Upg | East | | | | | |
| United AD Label | 07/02/2001 | Financials, Mfg, Dist | | West | | | | | |
| University of Pittsburgh | 2002 | Fin - 4/1, HR, Pay, OAB, SSHR | Upg | East | HR/Pay/OAB/SSHR new, Financials upg | | | | OC |
| USB Warburg | TBD | CRM | | CRM | | | | | |
| Viag | TBD | iProcurement | | EMEA | With 11.0.3 | | | | |
| Visa International | Aug. 2001 | Financials | New | West | | | | | KPMG |
| Vodafone NZ | 06/04/2001 | Financials, Property Mgr | Upg | APAC | | | | | Self |
| Vpacket Communications | Jul. 01 | CRM, Iprocurement, SSE, HR | New | West | | | | | Partner |
| Wang Federal Govt Services | 01/01/2002 | ERP, CRM | | East | | | | | OC |
| WebLink Wireless | 06/01/2001 | Financials, INV, PO, OM, Service | | West | | | | | |
| Wind River Systems | Jun. 01 | Financials, OM, Inv | Upg | West | | | | | |
| Woolworth Independent Financial Advisory Service | 04/06/2001 | CRM | | CRM | | | | | |
| Xerox GMO | 07/01/2001 | CRM, OM, Financials | New | East | | | Jewell | | |
| XIC | 06/15/2001 | CRM, Workflow | | APAC | | | | | |
| Xinde Telcom | June '01 | Financials | New | APAC | | | | | OC, Partner |
| Xtreme Furniture | TBD | PO, Financials, Cost, BOM, OM, iStore | | West | | | | | OC |
| Yale | 12/31/2001 | Public Sector: Financials, HR, Pay, PO, Grants, Labor Dist | Upg | East | | | Bishop | | |
| Yamaha | 01/01/2002 | GL, HRMS, PA, AR, OM, INV, PO, BOM, & CRM-Sales Comp. | Upg | West | | | | | OC |
| Zhuhai Risco | Jul-01 | Financials, OM | New | APAC | China. Mfg, PO - Dec. 01 | | | | Partner |
| Total Live | | 398 | | | | | | | |
| Total Upgrade | | 169 | | | | | | | |
| Total Live and Upgrade | | 104 | | | | | | | |

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

NDCA-ORCL 417639