**ORACLE**

News Release

Oracle Corporation
500 Oracle Parkway
Redwood Shores
California 94065

phone 650.506.7000
fax 650.506.7200

**For Immediate Release**

Contact:
Kevin McGuirk
Oracle Corp.
650/506-8273
kevin.mcguirk@oracle.com

Renée Edelman
PR21
917/532-2988
renee.edelman@pr21.com

## ORACLE: THE STATE OF E-BUSINESS IS STRONG

### Oracle Saved a Billion Dollars; Now its Customers Can Too

ORACLE APPSWORLD, NEW ORLEANS, Feb. 20, 2001 —

(http://www.oracle.com/tellmemore/?613181) Eight months after shipping its E-Business Suite, Oracle Corp., the largest provider of software for e-business, today announced that, just as it realized its own billion dollar savings by becoming an e-business, its customers and partners are realizing similar benefits by rapidly adopting the industry's first integrated suite of enterprise applications. Through new e-business offerings announced today, Oracle is setting the stage for additional large scale advances for customers and partners in the years ahead.

Already more than 180 customers have gone live with the Oracle E-Business Suite and more than 2,500 implementations are underway. These customers, including Compaq Computer Corporation, Hewlett-Packard and Staff Leasing, have realized increased efficiencies in their operations and more profitable relationships with their customers by making a commitment to e-business.

"By utilizing our own E-Business Suite, we are halfway towards our objective of saving two billion dollars, and we have increased our operating margins by more than 10 points. Now we have undertaken a new challenge—to save yet an additional billion dollars by the end of the next fiscal year. Our goal, of course, is to help our customers achieve similar savings," said Mark Jarvis, Oracle's chief marketing officer.

—more—

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

NDCA-ORCL 417086

The State of E-Business Is Strong						2-2-2-2-2-2

**ORACLE**     News Release     Oracle Corporation    phone    650.506.7000
500 Oracle Parkway    fax    650.506.7200
Redwood Shores
California 94065

**E-Business Pays Off for Customers**

Companies adopting e-business are doing a better job of running their businesses globally. Among the companies that have finished their implementations of the suite are Barclays Bank PLC, Compaq Computer Corporation, Hitachi Data Systems, HostCentric, Staff Leasing and Tropian. Compaq has completed the rollout of Oracle's Internet procurement solution to the first increment of its 3,000 employees in North America. When fully implemented, Compaq expects to save $48 million by the end of 2001.

"Oracle has been instrumental in helping Compaq implement our procurement solution, and more importantly, craft a strategy to encourage all Compaq employees to use the system," said Paul Box, director, General Procurement at Compaq. "We expect our savings to grow substantially as we complete the global rollout to our 68,000 employees."

**E-Business Pays off for Partners**

The rise of e-business has brought significant opportunities for ISVs and other partners in application hosting. To supplement its own Business OnLine applications hosting business, Oracle has signed several partners who also host the E-Business Suite as part of the Oracle Authorized Application Provider (OAAP) program.

The OAAP partners include such companies as Agilera, AppsAbility, Appshop, Avasta, BlueMeteor, Center 7, Exodus, Hencie Consulting, HostCentric, Interliant, Nupremis and RSL COM USA. These companies develop and sell value-added services that extend the use of the Oracle E-Business Suite, providing integration with legacy and custom-developed systems or expertise in business processes or vertical industries such as state and local governments and higher education.

"While other ISVs were thrown for a loop by the death of client/server, we've seen great opportunity from the rise of e-business," said Nicolas Colletti, director of strategic alliances, BlueMeteor inc. "The E-Business Suite has given us a great platform on which to build our

—more—

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER     NDCA-ORCL 417087

**ORACLE**          News Release    Oracle Corporation          phone   650.506.7000
                                    500 Oracle Parkway          fax     650.506.7200
                                    Redwood Shores
                                    California 94065

business model. By leveraging its capabilities, we are able to focus on what we do best—providing value-added hosting services."

**E-Business Means an End to Expensive, Lengthy Implementations**

The central advantages of e-business—integration of all applications across the extended enterprise, the use of Internet technology to make applications more collaborative and more accessible—are radically reshaping the software implementation services business. Not only does e-business integration obviate the need for the majority of software integration projects—which make up 50% of all IT consulting work—but also the very techniques of e-business are themselves transforming the way software consulting services are being designed and delivered.

Because Oracle's E-Business Suite provides complete integration out of the box, Oracle customers have not had to waste valuable time, budget and resources on the kinds of integration projects necessary when companies adopt a so-called "best of breed" approach.

To make implementations even faster and more predictable, Oracle has introduced more than a dozen FastForward fixed price, fixed scope implementation offerings targeted at the small-to-mid-sized markets respectfully. These offerings leverage the best practices expertise Oracle has gained performing thousands of implementations of its e-business software, so that each new customer can benefit from Oracle's experience with previous customers. Today Oracle introduced a new FastForward Advanced Planning and Scheduling program.

Oracle believes even more can be done to eliminate the nightmare of implementation problems while at the same time allowing customers to achieve a faster return on their software investments. Today Oracle announced Oracle E-Consulting, a major initiative that will transform how customers work with software implementation consultants. Oracle E-Consulting utilizes the Internet to rapidly deliver strategy, technology and implementation services.

Oracle E-Consulting will allow companies to begin their implementation work on the same day they purchase the software. These customers will be able to work online with a live copy of the Oracle E-Business Suite, utilizing a project framework based on best practice knowledge Oracle has gleaned from previous implementations, and collaborating with Oracle consultants in

—more—

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                             NDCA-ORCL 417088

The State of E-Business Is Strong　　　　　　　　　　　　　　　　　　　　　　　　4-4-4-4-4-4

**ORACLE**　　　　　　News Release　　Oracle Corporation　　phone　650.506.7000
　　　　　　　　　　　　　　　　　　　　　　500 Oracle Parkway　　fax　　650.506.7200
　　　　　　　　　　　　　　　　　　　　　　Redwood Shores
　　　　　　　　　　　　　　　　　　　　　　California 94065

real time. In many cases a customer—even a large, Fortune 500 business—will be able to finish their implementations in 90 days or less.

**E-Business Opportunities Expand as Oracle Expands its E-Business Suite**

The next frontier of B2B applications is online collaboration, through which companies reach beyond their firewalls to the extended enterprise, working in close conjunction with customers, suppliers and other partners over the Internet. Oracle today introduced its E-Business Hub, the industry's first collection of collaborative B2B applications. The Oracle E-Business Hub enables many businesses to work simultaneously on a wide range of business activities, from product development through supply chain planning to transportation logistics. By collaborating over these kinds of activities via the Internet, companies will be able to optimize their extended supply chains, improve their manufacturing quality, increase their customer service, work more closely with partners and improve their operating margins.

**About Oracle**

Oracle Corporation provides the software that powers the Internet.

For more information about Oracle, please call 650/506-7000.

### # #

**Trademarks**

Oracle is a registered trademark of Oracle Corporation. Other names may be trademarks of their respective owners.