**Subject:** 11i Issues for Discussion at the AMCM on 4/3
**Date:** Mon, 02 Apr 2001 20:36:03 -0800
**From:** Mary Ann Anthony <mary-ann.anthony@oracle.com>
**Organization:** Oracle Corporation
**To:** apps-dev-mc_us@oracle.com, "Dover, Christine" <CHRISTINE.DOVER@oracle.com>,
"Duda, Regina" <REGGIE.DUDA@oracle.com>,
"Ginsberg, Eric" <RIC.GINSBERG@oracle.com>,
"Campbell, Harold" <HAROLD.CAMPBELL@oracle.com>,
"Van Den Brand Horninge, Steve" <STEVE.VAN.DEN.BRAND.HORNINGE@oracle.co⌐
"Fletcher, Alan" <ALAN.FLETCHER@oracle.com>

Topics for discussion at the AMCM on 4/3:

New issues for this week:

- Consulting expressed the concern that 68% of OM TARs are bugged. This compares to 30% for all 11i products.
- There is currently no automated upgrade to the next version of iAS. Instead the customers on older versions of 11i must complete a long series of manual steps. Note that the version of iAS for the current 11i customers has been de-supported by the iAS team.
- We have 238+ live customers. Also, I am trying to get confirmation of another 20 who were supposed to go live this past weekend.

Open Issues from previous weeks:

- MetaLink note is still needed for the patches and init.ora changes required for 8.1.6.3.
- There are currently many escalated customers, including many who are trying to go live in the next couple of weeks. The account management team does not have enough bandwidth to be able to handle all these customers appropriately.
- 10.7 customers in the Euro zone in EMEA are still not upgrading to 11i. In addition, IBM and other consulting companies are indicating that they can make 10.7 Euro compliant.
- Communication is needed to customers and to support regarding de-support plans for Web Db.


- Mary Ann


Mary Ann Anthony <mary-ann.anthony@oracle.com>
Director of Product Planning
Applications Development

1

ORACLE CONFIDENTIAL

NDCA-ORCL 054443

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

**Subject:** 11i Issues for Discussion at the AMCM on 3/13
**Date:** Mon, 12 Mar 2001 18:18:43 -0800
**From:** Mary Ann Anthony <mary-ann.anthony@oracle.com>
**Organization:** Oracle Corporation
**To:** apps-dev-mc_us@oracle.com, "Dover, Christine" <CHRISTINE.DOVER@oracle.com>,
"Duda, Regina" <REGGIE.DUDA@oracle.com>,
"Ginsberg, Eric" <RIC.GINSBERG@oracle.com>,
"Campbell, Harold" <HAROLD.CAMPBELL@oracle.com>,
"Van Den Brand Horninge, Steve" <STEVE.VAN.DEN.BRAND.HORNINGE@oracle.co1
"Fletcher, Alan" <ALAN.FLETCHER@oracle.com>

Topics for discussion at the AMCM this week:

- In previous meetings, we have discussed the Support problem prevention analysis. Steve Van Den Brand Horninge has the latest top issues from that analysis, which he will present in the meeting.
- De-support issues:
    - Appropriate notice needs to be provided to 11i.1 customers regarding the de-support of the older tech stack components, such as the Web DB listeners. What are the latest plans for that de-support?
    - 8.0.6 is being de-supported on 9/30/01 and 8.1.6 on 10/31/01. Although 8.1.7.1 is just a few weeks away from being certified on 11i, no firm dates have been set for certification on 10.7 and 11. Our largest customers running mission-critical applications require several months for their planning, testing and upgrade cycles, even for a database upgrade. Examples:
        - GE Medical is running 8.1.6 and 11i with a go live planned for 4/20/01 and subsequent global rollouts through the end of September. They will not be able to start the database upgrade until after the 11i roll-out is completed.
        - Cisco wanted 10.7 apps to be certified with 8.1.7, but since it wasn't, they are in the process now of migrating their database to 8.1.6 and want an extension on the de-support of 8.1.6.
    Support would like to have dates from us for certification of 8.1.7.1 for 10.7, 11, and 11i. Support will also be asking the DB development group for extensions on the de-support dates for 8.0.6 and 8.1.6.
- MetaLink documentation is needed quickly regarding ST patches and init.ora changes that should be applied when upgrading to 8.1.6.3. What is the process for getting this information on MetaLink for future ST patches?
- >From Marketing: Information Week will publish an article slamming Oracle on Release 11i. Focusing on delayed product releases, failed implementations, and the like, InfoWeek will try to paint R11i as an example of Oracle's flawed e-business strategy. To counteract this, Oracle PR is looking for any and all information on R11i successes to be used in a media blitz following release of the InfoWeek article. Recent go-lives, rapid ROI, and any other R11i success stories are needed ASAP.
- Number of live 11i customers - 209+

- Mary Ann

ORACLE
CONFIDENTIAL

4/25/2002 11:15 AM

1 of 2

NDCA-ORCL 052405

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

Mary Ann Anthony <mary-ann.anthony@oracle.com>
Director of Product Planning
Applications Development

ORACLE
CONFIDENTIAL

4/25/2002 11:15 AM

NDCA-ORCL 052406

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER