# 11i Key Customer References
## As of 9/20/01

### General Manufacturing Customers

| Company Name | Compelling Facts | Development Contact |
|---|---|---|
| **The Boeing Company** | • The Boeing Company is the largest aerospace company in the world and is the largest manufacturer of commercial jetliners and military aircraft. The Boeing Company and its subsidiaries employ more than 198,000 people in 60 different countries, with customers in 145 countries. Boeing's revenues for 2001 are projected at $58 billion.<br>• Using Oracle 11i, Boeing consolidated 17 disparate systems into a single unified E-Business system providing paperless requisitioning and invoicing with global visibility and analysis capability for purchases of $3.5 -4 billion annually.<br>• Boeing has 10,000 users in 5 sites live on 11i iProcurement, processing 8,000 requisition lines per month. By the end of the year, Boeing expects to have 300 suppliers conducting 150,000 transactions a month.<br>• The software is 100% off the shelf - no customizations.<br>• On-line 7 months after contract was signed.<br>• "We didn't reengineer the software.   We reengineered our people, instead." | Kevin Miller |
| **Ford** | • Ford Motor started a manufacturing revolution with its mass production assembly lines in the early 1900s. Today Ford is firmly entrenched as the world's largest pickup truck maker and the #2 maker of cars and trucks.<br>• Oracle solution replaces 26 Ford Systems and 3 sets of manual processes with 1 integrated system<br>• Growing to 2400 users in US and EMEA.<br>• Live on iProcurement, Core Purchasing, Purchasing Intelligence, and Payables<br>• Rollout to 5,000 requisitioners by year-end. | Don Klaiss |
| **Honeywell International, Inc.** | • Honeywell, a $24 billion diversified technology and manufacturing company, serving customers worldwide with aerospace products and services, control technologies for buildings, homes and industry, automotive products, power generation systems, specialty chemicals, fibers, plastics, and electronic and advanced materials.<br>• Honeywell is live with Release 11i in approximately 30 factories and with 19,000 named users.<br>• They use Order Management, Procurement, Manufacturing, Planning and Financial products.<br>• Oracle's E-Business Suite allowed Honeywell to consolidate from 38 instances down to 8 global instances.<br>• The system was implemented with no customizations.<br>• Honeywell selected the Oracle E-Business suite to achieve the following goal<br>    • Improve overall supply chain execution speed & efficiency | Don Klaiss |

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

NDCA-ORCL 419000

| | | | Kevin Miller |
|---|---|---|---|
| | | <ul><li>Improve planner efficiency by reducing number of transactions</li><li>Improve ease of use</li><li>Reduce overall IT costs, (reduce duplication of data, simplify systems)</li><li>Global view of inventory and sourcing rules possibilities</li></ul><ul><li>Implementing constrained planning and global order promising will be the next project undertaken. Honeywell's global rollout of 11i continues.</li></ul> | |
| **GE Corporate** | | <ul><li>GE Corporate is one of the largest companies in the United States with 130 billion dollars in sales. GE has a total of 48 operating units including: aircraft engines, appliances, industrial products and systems, plastics, power systems, and technical products and services.</li><li>GE Corp. is currently live on a single global instance of iProcurement 11i, running in English, French & German.</li><li>34,000 users represent 7 separate businesses and 73 operating units using Global Procurement for Indirect Materials.  The 7 businesses include GE Capital, GE Aircraft Engines, GE Medical Systems, GE Plastics, GE Transportation, NBC, and GE Lighting.  The users purchase from 400,000+ approved contract/ catalog lines.</li><li>Oracle Internet Procurement is redefining how GE Corporate collaborates with suppliers and dramatically enhances their procurement processes in several areas:<ul><li>Managing operations globally</li><li>Reducing and controlling procurement costs</li><li>Simplifying and optimizing purchasing</li><li>Promoting and leveraging supplier efficiencies</li><li>Simplifying and automating procurement processes</li><li>Streamlining order placement to reduce procurement costs</li><li>Achieving complete integration</li><li>Using a technology platform that delivers high performance and scalability</li></ul></li><li>"We have already realized significant savings from implementing Oracle iProcurement 11i and anticipate more"</li></ul> | |

| **Imation** | | <ul><li>Imation is a $1.2 billion global company widely recognized as a leader in removable data storage and color image management.</li><li>Successfully upgraded to 11i with very minimal consulting assistance.  Migration was managed almost entirely by Imation with only minimal customization made to the 11i version.</li><li>Reduced customizations with upgrade from 10.7</li><li>Imation combined over 20 separate instances into a single instance for the EMEA 11i migration. Previously in Europe, there was one instance in each country.</li><li>US Status: Live 11i – Mfg., Financials, HR (except payroll), Order Mgmt (live as of mid-August)</li><li>EMEA Status: Live 11i – Financials, HR (except payroll), Order Mgmt (live as of January)</li><li>Live in EMEA on the Euro functionality since Jan. 1</li></ul> | Don Klauss |

Page 2

| Company | Description | Contact |
|---|---|---|
| **Sony PNC Division** | • Sony PNC Division manufactures the desktop and laptop lines that Sony retails in the US and abroad.<br>• Sony has deployed Supply Chain Exchange and Exchange Market place in conjunction with a R11 Oracle back-end system to improve revenue and reduce inventory by moving to a make-to-order model from its present make-to-forecast model. One of the most critical problems that Sony is faced with is short product life cycles in the consumer PC market. Sony will deploy Supply Chain Exchange to enable its customers to provide critical data such sell through information (point of sale information) as well as forecasts. This will enable Sony to reduce price erosion towards the tail-end of a product's life by ensuring the a retailer is not left with any excess inventory. Customers will also be able to make purchases off the Marketplace, allowing Sony to better serve them.<br>• Sony is currently live with Supply Chain Exchange but has not deployed the Exchange Marketplace to it's customers yet, pending the availability of PO change capability in Marketplace. This is slotted for the 6.2.2 release. | Nadeem Syed |
| **American Power Conversion Corporation** | • Founded in 1981, APC is a $1.5 Billion provider of global, end-to-end AC- and DC-based power protection products and services. With a worldwide installed base of more than ten million satisfied users, APC is known for **Legendary Reliability™** and sets the standard for quality, innovation and support for power protection solutions from desktop to data center to entire facilities.<br>• APC is live on R11i of the Oracle E-Business Suite including Order Management, Purchasing, Manufacturing, Planning, Financials, Human Resources and has plans to add Advanced Supply Chain Planning, Configurator modules and Mobile Supply Chain Applications.<br>• By using Oracle Supply Chain software APC is:<br>  • Running their entire business from one data center in Rhode Island, controlling 16 manufacturing and 22 distribution locations in Asia, Europe, and the US.<br>  • Able to fully integrate their manufacturing, procurement, financials, supply chain planning, order management and HR in a single global instance supporting 2800 users worldwide with no customization.<br>  • Linking their customers with their supply chain by matching customer requirements to current and future product and resource availability across the global supply chain.<br>  • Integrating order and shipping information to help reduce fulfilment cost and time, capturing demand from all customer interaction points including the Web, field sales, services and partners, and providing a flexible pricing and promotions strategy to win market share in specific markets and regions.<br>• They upgraded a global instance supporting over 2800 users worldwide from Release 10.7 to Release 11i. | Rick Jewell |
| **GE Industrial Systems** | • GE Industrial Systems(FW) is a combination of six GE businesses that manufacture equipment for the distribution and control of electrical power.<br>• Increased overall user satisfaction by 74%<br>• Decreased creation-to-approval cycle time<br>• Right tool for the right user | Kevin Miller |

Page 3

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

NDCA-ORCL 419002

| | | |
|---|---|---|
| | <ul><li>From resistance to change . . . to demand for access</li><li>Live 11i Financials, iProcurement, Purchasing</li></ul> | Kevin Miller |
| **Compaq** | <ul><li>Compaq Computer Corporation, an $80 Billion Fortune Global 100 company, is the largest supplier of computing systems in the world.</li><li>Compaq chose Oracle Procurement over SAP's B2B Procurement solution to manage its procurement volume of $32 billion total and $5.67 billion on indirect Goods and Services</li><li>There are 4,000 P-Card users on the system today with plans to grow to over 30,000 users.</li><li>Also available are 37,000 catalog items from 6 suppliers with 9 additional suppliers being added this year</li><li>Implementation of a single global instance was completed in 5 months.</li><li>With Oracle iProcurement, Compaq has reduced the amount of off-contract spending, enforced available discounts, systemically driven acquisitions to preferred suppliers, reduced the number of suppliers being dealt with, and moved transaction processing out of the procurement department, thereby allowing a more strategic focus by its purchasing professionals.</li><li>Compaq expects to realize near-term results in process savings such as a 50% reduction in the cost of processing POs amounting to more than $12 million.   Cost reductions resulting from enhanced supplier relationships may total more than $36 million.</li></ul> | |
| **Rockford Fosgate** | <ul><li>Rockford Fosgate is the largest maker of after-market, high end, mobile audio sound equipment, high performance source units, signal processors, amplifiers, speakers, and accessories for car audio systems.</li><li>Rockford's strategic focus is to develop new products that capitalize on improvements in digital technology.   Rockford's new product strategy requires the company to rapidly respond to market demands.   To accomplish this, Rockford has implemented Oracle's Demand Planning product and plans to implement Oracle's Advanced Supply Chain Planning product later this year.</li><li>Re-engineering world wide forecasting and supply chain processes using Oracle APS.   Rockford expects to significantly increase it responsiveness demand by decreasing the time required to fully replan the supply chain, from "Forecast to Ship".</li><li>Rockford believes reducing "days" from the planning cycle will result in superior customer service levels and reduced inventories. The right products will be in the right places at the right time.</li></ul> | Nadeem Syed |
| **Inventec** | <ul><li>Inventec is one of Malaysia's largest manufacturers of electronic goods including digital cameras, telephones, and PCAs with $1.4 billion in revenue. Inventec provides integrated solutions for telecommunication products, audio conferencing units, digital still cameras, computer and computer peripherals. Inventec is Taiwan's number one telephone exporter and has locations in Taiwan, mainland China, Malaysia, the United States, Scotland, Singapore, Japan, and South Korea.</li><li>Implementation completed in 6 months - 4 months ahead of schedule.</li><li>Implemented Oracle's full ERP suite - Financials, iProcurement, Discrete Manufacturing, Supplier Portal, Financials Intelligence.</li><li>With iProcurement, Inventec can support 300 major suppliers with over 1,000 PO lines per day</li></ul> | Don Klaiss |

Page 4

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

| | | |
|---|---|---|
| | compared to 168 suppliers and 600 purchase order lines per day previously. The results have been impressive: 1 second for data entry, 30 minutes for a full MRP run, PO imports from legacy systems to Oracle Procurement in under 10 minutes, and receipts sent in 5 seconds. | Don Klaiss |
| **Ametek** | • Ametek, Inc. is a global manufacturer of electronic instruments and electric motors, with operations in North America, Europe, Asia and South America. The Company operates 45 manufacturing plants worldwide and employees more than 8,000 people. In year 2000, Ametek had its seventh consecutive year of record earnings and had over $1 billion in annual sales where one third were outside of the US.<br>• Ametek is live on Oracle Internet Procurement Release 11i,<br>• No customizations.<br>• Ametek is currently also implementing Financials and Manufacturing 11i.<br>• AMETEK employees in over 40 locations worldwide will use the system to purchase direct and indirect items, gaining process efficiencies and leveraging corporate-wide buying power to obtain better prices from suppliers.<br>• Oracle iProcurement will replace a manually intensive, decentralized requisition and payment process that did not give the company visibility into its aggregate spending with suppliers.<br>• "We conservatively expect our Oracle Internet Procurement initiative to reduce our MRO spend by 10%, resulting in millions of dollars in savings and a substantial positive impact on earnings." | Don Klaiss |
| **Ingersoll Rand** | • Ingersoll Rand is a diversified, $9 billion multinational manufacturer of industrial and commercial equipment and components under its own name and other names.<br>• Relies on Oracle iProcurement to provide 500 users with self-service access to requisitions for a global spend of approximately $5.4 billion, with 59,000 supplier relationships and 15,000 requisition lines per month.  Of these, 5,000 requisition lines are processed through iCatalog where Req approval, PO creation, and PO delivery are done automatically with zero human intervention.<br>• Has 100,000 SKUs online in two catalogs.  Iprocurement will be rolled to 120 global sites, 5,000 users, covering all MRO and services, as well as most direct materials. | Don Klaiss |
| **AEROChain** | • AEROChain(TM), is a marketplace from Embraer, the world's fourth largest commercial aircraft manufacturer, and ATR, the largest aircraft manufacturer of 40 to 70 seat turboprops.<br>• AEROChain(TM) serves the spare parts and maintenance service needs of customers and suppliers to both companies and focus on inventory planning and maintenance collaboration across the supply chain. By allowing visibility up and down the supply chain, AEROChain(TM) is expected to increase efficiency and reduce costs for all participants in a market where procurement expenditures exceed U.S.$ 1.2 billion per year.<br>• Through AEROChain(TM), Embraer and ATR expect to gain an increased understanding of the performance of aircraft sold and to have more accurate tracking of fuel consumption, aircraft maintenance and durability. The access and visibility that Embraer and ATR will have to inventory levels and spare parts information will allow them to more rapidly and accurately develop detailed maintenance plans for their customers.  By understanding in real-time, the parts and services which | Nadeem Syed |

Page 5

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

NDCA-ORCL 419004

| | | |
|---|---|---|
| | are most in demand, and where they are needed, Embraer and ATR will be able to deliver unparalleled customer service levels.<br>• Embraer and ATR chose Oracle to power AEROChain(TM) because Oracle is the only software vendor that could provide a complete, integrated suite of 100% Internet-enabled applications which allowed them to go live in the same quarter that they purchased the software. The Oracle products on which AEROChain(TM) will rely include Marketplace Exchange, Supply Chain Exchange, Supply Chain Planning Applications, Financials and CRM Applications.<br>• AEROChain is live for spare parts trading, additional services will be implemented incrementally, and by the second quarter of 2002 AEROChain will be fully operational. | |
| **Korean Electronics Company, Ltd** | • Korean Electronics Corporation is one of Korea's leading general electronic component manufacturers with sales of over US$ .8 billion . Established in 1969 during the early years of the Korean electronics industry, KEC has continued to grow and expand with the industry. They have established themselves as a domestic leader in the non-memory semiconductor field while continuing to expand in the electronic component and product fields.<br>• Live on Oracle Applications R11.5.4, Discrete Manufacturing, Financial , Order Management , Purchasing , OSFM<br>• Competitive Win over SAP | Don Klaiss |
| **Equipment Maintenece Service (EMS)** | • EMS is a wholly-owned subsidiary of Dowding  & Mills, PLC, a British-based electrical and Mechanical rebuild company, publicly traded on the London Stock Exchange.<br>• Went live on July 23rd on an upgrade to 11i from 10.7 character<br>• Live on 11i with Receivables, Payables, General Ledger, Purchasing,  Inventory, Order Management (limited use),  Human Resources (shared modules only, not full product), Payroll (used in UK only)<br>• Also migrating a customized system built with Oracle tools | ? |

Page 6

NDCA-ORCL 419005

## Metals Manufacturing Customers

| Company Name | Compelling Facts | Development Contact |
|---|---|---|
| Alcoa | • Alcoa Inc. is the world's leading producer of aluminum, with vertically integrated operations including technology, mining, refining, smelting, fabricating, and recycling.<br>• Alcoa, with revenues of $24 billion, employs 142,000 people in 381 manufacturing plants and 500 total locations in 37 countries. The company's aluminum products and components are used worldwide in aircraft, automobiles, beverage cans, buildings, chemicals, sports and recreation, and in a wide variety of industrial and consumer applications, including Alcoa's own consumer brands such as Alcoa® wheels, Reynolds Wrap® aluminum foil, and Baco® household wraps.<br>• Alcoa Inc. has standardized on the Oracle E-Business Suite R11i to run its worldwide operations.<br>• Currently, 57 sites are running on Oracle Applications R11.<br>• Alcoa has begun the transition to R11i with 15 sites now live and plans to add 49 sites by the end of 2001. The remaining 325+ sites will be brought live over the next two of years.<br>• Alcoa's footprint includes Oracle Order Management, Supply Chain Planning, Procurement, Discrete and Process Manufacturing, Shop Floor Management, Financials, and Human Resource applications. Alcoa is implementing in two phases: Requisition-to-Pay and Order-to-Cash. They are implementing worldwide on 4 regional instances of the software.<br>• Alcoa has standardized on new Internet business practices across all locations, with a philosophy of no software customizations.<br>• The initial 11i implementation was achieved with 3 months of business process re-design and 96 days for software deployment.<br>• The result – reduced complexity, reduced cost, streamlined processes, and the infrastructure to absorb new acquisitions rapidly. | Steve Miranda |
| POSCO | • Established in 1968, Korea-based POSCO is the world's largest steel manufacturer. With an annual crude steel production capacity of 28 million tons, POSCO is considered by Morgan Stanley to be the most sustainable company in the steel industry.<br>• To facilitate their transition to an E-Business, POSCO has leveraged the Internet to extend their business processes to include customers and suppliers.<br>• POSCO has implemented the Oracle R11iII E-Business Suite for 7,500 registered users (2500 concurrent ERP) including Order Management, Manufacturing, iProcurement, Financials and CRM modules in a single "Big Bang" transformation.<br>• There are over 19,000 users for self-service expenses and HR. They manage 76,000 products with transaction volume of 30,000 orders per day, 50,000 work orders per day and over 1 million daily inventory / WIP transactions.<br>• POSCO estimates that the 36 tasks of their Process Innovation project will together add 4.7 trillion Won to their Corporate value over the next ten years. This sum, at an exchange rate of 1300 Won to the US$, is equivalent to US$3.6 billion. 2. (Breakdown of the US$3.6B, coming soon) | Don Klaiss |

NDCA-ORCL 419006

| | | Doug Souza |
|---|---|---|
| | • The benefits that POSCO have already realized, since going live on July 2nd 2001, are:<br>  • Reduced budgeting time from 110 days to the 30 days (allowing annual budgeting to be adjusted quarterly)<br>  • Reduced month-end closing time from six days to one day<br>  • Reduced standard costing time from 15 days to three days.<br>• Other benefits that POSCO hopes to realize in the future include:<br>  • Lead time for hot rolled steel from order entry or product delivery shortened from 30 days to 14<br>  • New product development reduced from 4 years to 1.5 years<br>  • Integrated sales & production plan dropping from 60 days to 15<br>  • ATP notification from 2–3 hours to less than 6 seconds<br>  • Delivery hit ratio improving from 82.7 % to 95%<br>  • Delivery dates reducing from 20–30 days to 7<br>  • Customer inventory days reducing from 30 days to less than 24<br>  • Capital investment project duration from 450 days to 220<br>  • Strategic MRO procurement ratio improving from 17% to 80%<br>  • Inventory turnover (raw materials) from 8.7 times to 12<br>  • Standardized item codes reducing from 193,000 codes to 43,500<br>  • Standardized item classification hierarchy reduced from 590,000 items to less than 280,000<br>  • Standardized commodity hierarchy from different codes for each division to a single enterprise-wide standardized code classification<br>  • Standardized quality specifications reducing from 5 quality design patterns to a single quality design pattern for the entire company | |
| Imco Recycling | • World's largest recycler of aluminum and zinc and operates 22 U.S. production facilities, in addition to a plant in the United Kingdom and a joint venture in Germany.<br>• Live on Oracle Process Manufacturing, Financials, and Purchasing<br>• Chose Oracle over SAP and Baan for its longevity and process industry fit<br>• 3 plants are currently using OPM, and they are planning to roll out to at least 10 more sites<br>• 11i upgrade project took about 4 months from planning through go live on 11i<br>• Main benefit of the Oracle implementation was to have a centralized database and set of applications which provide a unified view of financial figures, better business information, and standardization of business flows.<br>• For 11i, specifically, main benefit has been improved usability. | |

Page 8

NDCA-ORCL 419007

Financial Services Customers

| Company Name | Compelling Facts | Development Contact |
|---|---|---|
| **Westpac** | • Oldest financial-services institution in Australia, with $137 billion in assets and 33,000 employees worldwide.<br>• Largest single instance implementation of Oracle Financials General Ledger.<br>• Processes 8 million journal line items nightly – summarizing to 750,000 journal entries – then transmitting the results to 1,100 branches before 9.00am the next day | Steve Miranda |
| **Bank of Montreal** | • The Bank of Montreal is the largest bank in Canada, with 33,000 employees worldwide. Since its founding, the bank has grown to $238 billion in assets.<br>• One of the largest banks in North America<br>• By using Oracle's Procure to Pay applications, Bank of Montreal is re-engineering the methodologies it uses to purchase the (Cdn)$1.9 billion of goods and services it buys each year and reduce its procurement spend<br>• Hosted on Oracle.com - able to concentrate on value-added procurement tasks instead of IT infrastructure | Steve Miranda |
| **GE Capital** | • GE Capital offers a wide range of value-added financial products and services through a network of 28 specialized businesses in five core niches: Equipment Management, Customer Services, Specialized Financing, Mid-Market Financing and Specialty Insurance.<br>• Single Instance reference - multiple countries. GE Capital runs 75% of its 28 businesses on Oracle Financials with Oracle Financial Analyzer.<br>• 11i Live – Financials | Steve Miranda |
| **Overseas Union Bank** | • Overseas Union Bank (OUB) is the fourth largest bank and fifth largest commercial bank in ASEAN with total group assets of S$42 billion.<br>• OUB has achieved a more effective web-based consumer banking strategy. OUB's web-based consumer banking initiative accounted for a 45% increase in OUB's overall Customer Self-Service. OUB's website receives approximately 3 million hits a day and the bank handles 1,000 transactions a day.<br>• Lower Administrative Costs: By Offering Internet-based services and self-service capabilities to its staff and customers, the bank has realized significant savings in the overall administrative efforts. Today, the bank's phone banking services receives a remarkable 8,000 calls a day. Without compromising on the number of staff, OUB has experienced increased productivity by servicing more customers round-the-clock and faster turnovers because customers can make quicker decisions based on real-time information and effective services. | Steve Miranda |
| **Commercials Net Lease Realty, Inc (CNLR)** | • One of the nations largest real estate investment trusts.<br>• Achieving a 64% return on investment<br>• Hosted on Oracle.com | Steve Miranda |

Page 9

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

NDCA-ORCL 419008

|  |
| --- |
| • Recently upgraded Financials and Projects to 11i |
| • Implementing Property Manager |

## Public Sector Customers

| Company Name | Compelling Facts | Development Contact |
| --- | --- | --- |
| University of San Diego | • The University of San Diego is a private Catholic University with 6000 students, and 1200 employees<br>• Oracle's applications are being used for Oracle products used for Recruiting, Registering and Tracking retention of students.<br>• Go-live was on time and on budget with minimum OC support.<br>• USD went live in July on GL, AP, Purchasing and Project.<br>• Go-live for HR, Payroll, Advanced Benefits and Recruiting is targeted for October. | Steve Miranda |

Page 10

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

NDCA-ORCL 419009

## Services Customers

| Company Name | Compelling Facts | Development Contact |
|---|---|---|
| **Cap Gemini** | • Cap Gemini Ernst & Young is one of the largest management and IT consulting firms in the world. The new company combines the resources of Gemini Consulting, Cap Gemini IT Services and, following the recent acquisition from Ernst & Young LLP, Ernst & Young Consulting Services.<br>• Worldwide leader in management consultancy and IT services<br>• Using Financials and Projects | Jeanne Lowell |
| **Kelly Staff Leasing** | • Kelly Staff Leasing is a business unit of the Fortune 500 company, Kelly Services<br>• Using 11i Financials and HRMS<br>• Increased efficiencies by more than **60 percent**<br>• Implemented Oracle out of the box ahead of schedule and under budget<br>• Oracle Advanced Benefits allows them, right off the shelf, to offer new customers a greater breadth and complexity of benefits than could be offered before | Joel Summers |
| **TECHNIP** | • TECHNIP is the leading European engineering organization and one of the top 5 design and construction companies for petroleum and petrochemical facilitates.  They have about 10,000 employees and annual turnover of approx. 3 Billion Euros.<br>• TECHNIP designs and builds industrial and service facilities worldwide.  TECHNIP's primary fields of activity are oil and gas production, refining, and petrochemicals.   Clients include Shell, Exxon, and Chevron.<br>• TECHNIP works on projects that range from $500 Million to $2 Billion.  Of that cost, 70% is related to procurement.<br>• TECHNIP and JGC (Large Japanese Engineering and Construction  Company) have created a joint venture to create a "collaborative business place" for the trading community in their industry.<br>• TECHNIP purchased Oracle Exchange in December, 2000 and has implemented Oracle Exchange Marketplace R6.1 plus Oracle Portal to provide a procurement solution focusing on auctions and collaborative RFQ development for their industry.<br>• The "collaborative business place" reduces labor costs by facilitating collaboration using the Internet, but also reduces project risk through better communications of schedules and changes.  Reduction of project risk translates into increased profit or more competitive bids as project contingency components of project estimates can be reduced.<br>• TECHNIP is realizing 10% reduction in labor costs related to sourcing materials for projects, specifically around placement of RFQs and gathering responses.  As they roll out additional capabilities of Product Development Exchange and Oracle Exchange Marketplace, they expect to realize a 10% reduction of more project labor costs including engineering, procurement , and logistics<br>• TECHNIP and JGC plan to move to Oracle Exchange R6.2 in October to add more collaborative capabilities to this service. | Kurt Robson |

Page 11

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                    NDCA-ORCL 419010

| Agilera | • Agilera is an enterprise-class Application Service Provider (ASP) offering complete solutions for vertical markets, including retail, manufacturers and distributors, and financial services markets.<br>• Agilera employs more than 250 people and has offices in 8 states.<br>• Agilera, a full-service ASP, also hosts SAP, Peoplesoft, Ariba, and Seibel - but chose Oracle for Financials, Projects, and HR<br>• Has achieved significant return on investment shortly after implementation of Oracle E-Business Suite.<br>• Went live on first phase of financials implementation in 30 days<br>• Chose Oracle for integration, functionality, and ability to save time and money | |

Page 12

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

NDCA-ORCL 419011

## Consumer/Retail/Distribution Customers

| Company Name | Compelling Facts | Development Contact |
|---|---|---|
| **Best Buy** | • Best Buy has over 400 retail stores in 39 states and is the largest volume specialty retailer of consumer electronics, personal computers, entertainment software and appliances in the United States.<br>• The overall cycle time of completing HR transactions has reduced dramatically from the manual paper-based process by about 300%. A transaction that would have taken 2-3 weeks to process can now be done online.<br>• Implemented HR administration 100% vanilla.<br>• Live 11i Financials and HR (except payroll). | Joel Summers |
| **Service Electronics** | • Service Electronics Corporation has grown to be one of the largest re-marketing and service centers in the world for name brand personal computer products. Continually expanding their technical capability, their name has become synonymous with quality.<br>• Processing 4000 - 5000 orders/day, Service Electronics, uses the E-Business suite to improve service levels and fill rates to very demanding customers such as Sears, Wal-Mart, and others. | Drew Campbell |
| **Odwalla** | • Odwalla, Inc. is the leading branded super-premium beverage company in the U.S. Founded in 1980, Odwalla employs about 700 people nationwide. The Company's Odwalla and Samantha lines of more than 45 all natural juices, smoothies, dairy-free shakes, spring water, and natural food bars are sold in over 30 states through 5,000 retail locations including supermarkets, specialty retailers, natural food stores, warehouse outlets, convenience stores, on-line grocers and food service operators through its direct-store-delivery system. Annual sales at the California-based company total nearly $125 million.<br>• Live on Financials and Procurement. Oracle General Ledger, Assets, Accounts Payable and Purchasing help Odwalla integrate financial and manufacturing operations across the company and gain better insight into the marketplace and the competition.<br>• The implementation has :<br>  • Established a more effective distribution channel for Odwalla's highly perishable product line<br>  • Given the company an integrated, Web-based view of the entire business<br>  • Allowed the company to respond proactively to the marketplace<br>  • Streamlined mission-critical business operations across the enterprise<br>• Odwalla's Data Mart enables Odwalls to analyze its products and history and develop views of trends it can use for forecasting. Oracle's Self-service Purchasing enables Odwalls to centralize purchasing for its 250 trucks and drivers. As a next step, Odwalla plans to implement APS and Process Manufacturing. | Don Klaiss |
| **GlobalNetXchange (Sears)** | • GlobalNetXchange (GNX) is the leading operational global business-to-business retail online marketplace for both retailers and their suppliers. Forbes magazine named it one of the most | Kevin Miller |

Page 13

| | | Drew Campbell |
|---|---|---|
| | promising retail B2B companies. GlobalNetXchange was founded in February 2000 as a joint venture by Oracle Corporation and two of the world's largest retailers, Sears, Roebuck, & Co., a leading U.S. retailer, and Carrefour, the largest retailer in Europe and Latin America and the first international retailer in Asia.  Equity partners whose combined purchasing volume exceeds $400 billion now include many of the world's largest retailers: Kroger Co., the largest U.S. retail grocery chain; Metro AG, based in Germany and one of the world's largest retailers; J. Sainsbury Plc, one of the world's leading retailers and the United Kingdom's second largest food retailer; Coles Myer, the leading retailer in Australia; Pinault-Printemps-Redoute SA, the number one non-food retailer in Europe; and PricewaterhouseCoopers, the world's largest professional services organization. <br>• Powered by Oracle Exchange Marketplace, GNX has executed over one thousand transactions with a combined value in excess of $US 1 Billion in the company's first 15 months in operation. | |
| **Binggrae** | • Binggrae has been producing ice cream in Korea since 1967.  They are an innovative leader in their business and produce approximately 120 ice creams, 40 milk beverages, 18 ramens and 11 snacks. <br>• Binggrae is live on Oracle Order Management and process approximately 200,000 line items per day with a peak load of 40,000 line items in 1.5 hours. | |

Page 14

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

NDCA-ORCL 419013

## Process Manufacturing Customers

| Company Name | Compelling Facts | Development Contact |
|---|---|---|
| Wells Dairy | • Founded in 1913, Wells' Dairy Inc. is America's largest family-owned dairy. With its state-of-the-art production facilities, the company is cited by many experts as one of the most technically advanced in the industry, Wells' Dairy Inc. products are sold in 20 countries, including Latin America and the Pacific Rim. The company has co-branding licenses with Warner Bros. to make Looney Tunes treats as well as making Haagen-Dazs items for Pillsbury.<br>• Wells' Dairy's "Cow to Cash" implementation of Oracle's E-Business Suite has produced the following benefits:<br>  • Increased profits by capturing precise product costs<br>  • Reduced costs with efficient procurement management across the enterprise<br>  • Increased efficiency by matching inventory quality to customer specifications<br>  • Improved customer service with streamlined order fulfillment<br>  • Removed complexity and increased access with a standard browser<br>  • Utilization of new functionality, including workflow to allow for automation of key processes<br>  • The ability to utilize new vendor EDI processes<br>  • Use of an automated invoice upon receipt process (Pay on Receipt)<br>• Completed a successful upgrade to Release 11i from GEMMS 4.10.07 / GL and AP 11.0. | Doug Souza |
| Schreiber Foods | • Schreiber foods is a privately held $1.3 billion cheese manufacturer that is the largest consumer brand cheese company in the world.  The company was established in 1945 and is the national leader in providing natural, process, and substitute cheese products, as well as frozen food entrees.<br>• Schreiber is currently running Oracle Process Manufacturing Costing in 9 of its plants and is initiating projects to implement other OPM modules in all its manufacturing facilities.<br>• In July, Schreiber started projects to implement Order Management and Pricing, and Purchasing.<br>• Benefits include standardization of all of plants on one system, replacing a mix of purchased and custom software systems, including 5 inventory systems and a variety of order entry and other systems | Doug Souza |
| SICO Paints | • Sico is the largest Canadian manufacturer of architectural paints and industrial products with sales over $220 million. The company has nearly 800 employees in Canada and the United States operating four plants in Quebec, Ontario and Massachusetts (U.S.). These plants produce a range of latex and alkyd paints, along with stains, varnishes, caulking compounds, adhesives and other associated products. The company also has 8 warehouses and a distribution system with over 2,500 locations covering Canada and several U.S. states.<br>• Having used Oracle Financials and Process Manufacturing software since 1994, Sico chose to upgrade to Release 11i OPM including Regulatory Management, GL and AP.<br>• With the implementation of the 11i E-Business Suite, Sico has moved from a heterogeneous environment utilizing a multitude of forms and reporting tools to a standard user interface for all | Doug Souza |

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

NDCA-ORCL 419014

| | | |
|---|---|---|
| | applications.<br>• The 11i upgrade also enables future E-Business projects including the replacement of a legacy sales system with Oracle Order Management, leveraging Oracle Purchasing to buy goods and services and Advanced Supply Chain Planning, Warehouse Management, Human Resources and others. | |
| **John I. Haas** | • Headquartered in Washington, John I. Haas, Inc. is a privately owned agriculture company and is the premier producer of hops and advanced hop products used in the beer brewing process.  They also have worldwide sales and international corporate affiliations in Europe and Australia.  The company has associated farms in Australia and operates hop resin extraction plants, refinement plants and warehouses in Washington and Oregon.<br>• Used Oracle Consulting<br>• Upgraded the Oracle E-Business Suite, including Oracle Process Manufacturing, to R11i.<br>• Went live on June 22 on 11i Financials, iStore, iProcurement, iExpenses, Order Management, Process Manufacturing, Financial and Sales Analyzer<br>• John I. Haas has opted for the "software as a service" model and has their ERP applications hosted on Oracle.com. | Doug Souza |
| **Corrugated Services LP** | • Corrugated Services LP is an $80 million USD manufacturer of medium and liner paper for corrugated boxes.  With two paper mills that recycle 100% scrap paper, Corrugated Services LP is also the largest consumer of corrugated and mixed paper in Texas.<br>• After going live with OPM 11.0.3 on June 1, Corrugated began work on upgrading to the 11i E-Business Suite and earned the distinction of being the first OPM customer to go live on 11i in September 2000.<br>• With help from Andersen Business Consulting, Corrugated Services is managing its customers' supply chain with the Oracle E-Business Suite including Oracle Process Manufacturing, Order Management, Purchasing, Financials and iStore.<br>• Corrugated Services chose Oracle to provide decision-makers real-time visibility into vital operational information.<br>• The implementation has given Corrugated Services competitive advantage through better information, streamlined processes, and a system that is flexible enough to grow through expansion and acquisitions. | Doug Souza |
| **Colorcon** | • Colorcon is a global company that develops, manufactures and supplies specialty chemicals and excipients for the pharmaceutical industry. Their core business is the design and technical support of advanced coating systems for pharmaceutical dosage forms.  Colorcon is a member of the Berwind Pharmaceutical Group.  As a supplier to the pharmaceutical industry, they must operate in a regulated environment.<br>• Colorcon has upgraded to the 11i ERP suite with Oracle Financials and Process Manufacturing.<br>• One of the first OPM 11i live customers running a single, global instance from their headquarters in Pennsylvania. | Doug Souza |
| **Hanwha** | • Hanwha Chemical Corporation is one of the largest chemical producers in Korea with approximate | |

Page 16

NDCA-ORCL 419015

- revenue of 16 billion dollars
- After a conference room pilot and parallel test of Oracle Applications, Hanwha Chemical went live on July 3, 2001. Oracle Consulting in Korea helped implement: Oracle Process Manufacturing (Production, Formula Management, Planning, Financials and Inventory), Order Management, Oracle Purchasing, and Oracle Financials
- Hanwha Corporation, the parent company, went live on July 13 with: Oracle Financials, Order Management, Oracle Discrete Manufacturing (Bill of Material, Work in Process, Costing, Inventory and Planning), Oracle Purchasing
- Some of the benefits achieved through this implementation include:
  - Standard application throughout their facilities
  - Central inventory system
  - Replacement of legacy systems

Page 17

NDCA-ORCL 419016

## Semi-Conductor Manufacturing Customers

| Company Name | Compelling Facts | Development Contact |
|---|---|---|
| SilTerra | • SilTerra is Malaysia's leading semiconductor manufacturing company providing outsourced manufacturing services for some of the largest semiconductor companies in the industry across the globe.<br>• Implemented Oracle Financials, Inventory, Purchasing, Discrete Manufacturing, and iProcurement. It is also the first company to go live on Oracle Shop Floor Management.<br>• SilTerra has achieved instant tracking of WIP quantities and amount and ability to share WIP information with customers in close to real time.<br>• Oracle Shop Floor Management helps SilTerra gather critical business information such as work-in-process and cost analysis data instantly for internal controls, as well as valuable product tracking data for our customers.<br>• Quote: "Seamless integration through Oracle Shop Floor Management helps us gather critical business information such as work in process and cost analysis data instantly for internal controls, as well as valuable product tracking data for our customers." | Rick Jewell |
| Agere Systems, Inc. | • Agere Systems, Inc., formerly the Microelectronics division of Lucent Technologies, is the world leader in sales of communications components. Agere Systems, Inc. employees 12,000 people worldwide. For the fiscal year 2000, revenues reached $4.7 billion.<br>• Agere is currently live on R11i of Oracle's iProcurement and is in the process of implementing Advanced Supply Chain Planning.<br>• The company has also started a pilot with SupplyChain.Oracle.com, a shared, hosted supply chain collaboration tool.<br>• The company went live in 19 facilities around the world at one time.<br>• Using Oracle Shop Floor Management, Agere conducts 65,000 WIP transactions per day. The time from a transaction on the shop floor and the time it takes for the information to be registered in the database is 30 - 60 seconds. This means that plans have data that is no more than 60 seconds old.<br>• Agere has an aggressive acquisition strategy and sees the Oracle E-Business Suite as a tool to help integrate new businesses.<br>• Agere has been an active participant in Customer Advisory Boards for Advanced Planning, Shop Floor Management and Warehouse Management applications. | Don Klaiss |
| Xilinx | • With locations in San Jose, California; Boulder, Colorado; Albuquerque, New Mexico; Dublin, Ireland; and satellite offices throughout the world, Xilinx, Inc., is one of the fastest growing companies in the semiconductor industry and the leader in programmable logic.<br>• Xilinx chose Oracle Supply Chain Planning to optimize inventory turns and improve cycle time. | Nadeem Syed |

Page 18

## Transportation Customers

| Company Name | Compelling Facts | Development Contact |
|---|---|---|
| Cathay Pacific | • Cathay Pacific Airways is an international airline based in Hong Kong offering scheduled passenger and cargo services to 51 destinations around the world. The Company was founded in 1946 and is one of one of Asia's largest airlines. Cathay Pacific Airways considers itself to be "Asia's leading e-business airline".<br>• Implemented iProcurement in 60 days<br>• Consider themselves to be "Asia's leading e-business airline"<br>• Able to connect directly to their suppliers via the Internet to enhance coordination, relationships, and purchasing efficiency | Kevin Miller |
| American Trans Air | • World's largest charter airline<br>• One of Oracle's largest HRMS customers live on R11i<br>• Also using Benefits and the Training Administration module to manage the training of their pilots<br>• The reduction in paper forms and time consumed by administrative tasks will save the company millions of dollars over the next few years. | Joel Summers |

## Healthcare Customers

| Company Name | Compelling Facts | Development Contact |
|---|---|---|
| William Beaumont Hospital | • Michigan's William Beaumont Hospital includes a network of two hospitals with more than 10,000 employees and 1,400 private-practice physicians. Beaumont-Royal Oak is the second busiest hospital in the country for in-patient admissions.<br>• The hospital estimates savings of more than $10 million by selecting Oracle's enterprise resource planning (ERP) applications.<br>• The applications will automate the hospital's processes from consolidating financial information to procuring office supplies and medical equipment. This will enable the hospital staff to focus on what it does best–practicing innovative medicine and delivering quality patient care.<br>• "We evaluated other solutions and chose Oracle because its tightly integrated Internet architecture was unmatched by the competition" said Paul Peabody, Vice President and chief information officer at William Beaumont Hospital.<br>• Using only a standard Web browser, Oracle Applications will empower the hospital staff with timely and reliable access to information and the ability to make forecasting decisions based on Oracle's sophisticated BIS. | John Wookey |
| Select Medical | Select Medical Corporation is developing a national network of specialized, acute healthcare facilities and services including long-term acute care hospitals, inpatient and outpatient rehabilitation, and contract therapy services. | John Wookey |

Page 19

NDCA-ORCL 419018

- One of first live 11i HR/Payroll implementations.  Over 14,000 employees - Payroll Transactions: over 8,000 per week.
- 11i Live - Financials, Internet Expenses, HR, Payroll, Advanced Benefits.  8i Live - Database

Page 20

NDCA-ORCL 419019

Communications Customers

| Company Name | Compelling Facts | Development Contact |
|---|---|---|
| Korea Telecom | • Korea Telecom Corp. is the #1 state-controlled provider of telecommunications services in South Korea for communications services including local, long distance, Internet access, business and data, and satellite communications services.<br>• Korea Telecom has implemented Oracle Balanced Scorecard to help monitor its business execution and strategy.<br>• They have created 19 scorecards showing results on 258 KPI's.<br>• There are over 300 Balanced Scorecard covering 4 levels of management from President down to senior managers.<br>• Benefits to Korea Telecom include better C-level strategic decision making, support for performance evaluations, and better communication of strategic objectives.<br>• Korea Telecom also uses Oracle Financials, Financial Analyzer, and Projects.   They extract and transfer performance information from these applications as well as legacy applications to Oracle Balanced Scorecard.<br>• Korea Telecom chose Oracle Balanced Scorecard due to its flexibility to integrate with legacy applications, its Web Based user interface (for broadest possible deployment), and the issue tracking, analysis, and simulation features.<br>• Korea Telecom has over $10 billion in annual revenues and over 59,000 employees in the Asia Pacific region.<br>• In 1998 Korea Telecom undertook a significant corporate-wide restructuring, the largest by any company in Korea, to implement drastic reforms in their business strategy and organization by consolidating operations and reducing its workforce. | Kurt Robson |
| TeliaNet | • Telia is the leading Scandinavian Internet & Communication company. They provide IP, Capacity, Voice, Infrastructure services and carrier neutral colocation solutions. Telia is also the leading European carrier of transatlantic IP traffic to the USA. Operating from its position as the largest player in the expanding North European market, the firm has established a strong global presence with representation all over the world. The turnover of the company in 2000 was SEK 54,064 million. Telia employs 29,900 people.<br>• Telia Net was the first European company to upgrade to Oracle's completely web-based suite of business applications.<br>• The applications are used by 170 employees in Denmark and sister companies in the US.<br>• Telia upgraded their Oracle Applications 10.7 version of the software to the Oracle E-Business Suite R11i using our rapid implementation methodology in only 15 days.<br>• They are using the standard application with no customizations.   Telia Net changed their business methods not the software. | *illegible signature* |

Page 21

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

| | | Don Klaiss |
|---|---|---|
| **Redback Networks** | • Telia Net is live on Order Management, Financials, Financials & Sales Analyzers, Payroll, HR (Payroll, Training Administration), Discrete Manufacturing and Projects (Billing, Costing) | |
| | • Redback Networks Inc. is a provider of advanced networking systems that enable broadband service providers to rapidly deploy high-speed access to the Internet and corporate networks. Redback is also moving to a leadership position in the optical market with its highly dense and scalable multi-service optical platforms. Redback's multi-service platforms enable carriers to consolidate multiple network elements into a single, high-density device, and more efficiently and cost-effectively build out optical networks. With a powerful and comprehensive set of service management software solutions, Redback delivers advanced capabilities for the rapid evaluation, trial and deployment of next-generation optical and IP services. | |
| | • In less than 6 months with the assistance of KPMG as Systems Implementor, Redback transitioned from their BAAN ERP and implemented Oracle's full E-Business Suite with minimal customizations. | |
| | • Today 700 users access the ERP system that is hosted by a 3rd party ASP. | |
| | • As a result, Redback has streamlined its systems, reduced complexity, and redirected its resources to maximizing productivity and profitability. | |
| **Applied Digital Solutions** | • Applied Digital Solutions, Inc. is an information management technology company. The Company delivers intelligent integrated information solutions through what it calls the "I3 Services Platform." The Company's I3 Services Platform represents its next generation of CTII (computer, telephony and Internet integration). Applied digital Solutions delivers its solutions through three core business segments, Applications, Services and Advanced Wireless, which work together to achieve heightened efficiencies for Applied Digital and better offerings for its customers. The Company is also involved in the design, manufacture and support of satellite communication technology, including satellite modems, data broadcast receivers, and wireless global positioning systems for commercial and military applications. Applied Digital Solutions operates in the United States, which comprises the majority of its operations, Canada, and the United Kingdom. | Don Klaiss |
| | • Applied Digital Solutions selected the Oracle E-Business Suite over Siebel and are using Oracle Financials, Order Management, Inventory, and iStore. ADS has found that improved access to information has allowed them to find new sales channels. | |

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

NDCA-ORCL 419021