LATHAM & WATKINS LLP
  Peter A. Wald (SBN 85705)
  Michele F. Kyrouz (SBN 168004)
  Matthew D. Harrison (SBN 210981)
505 Montgomery Street, Suite 2000
San Francisco, California 94111-2562
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
E-mail: peter.wald@lw.com
        michele.kyrouz@lw.com
        matt.harrison@lw.com

LATHAM & WATKINS LLP
  Patrick E. Gibbs (SBN 183174)
  Matthew Rawlinson (SBN 231890)
140 Scott Drive
Menlo Park, California 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600
E-mail: patrick.gibbs@lw.com
        matt.rawlinson@lw.com

LATHAM & WATKINS LLP
  Jamie L. Wine (SBN 181373)
633 West Fifth Street, Suite 4000
Los Angeles, California 90071
Phone: (213) 485-1234
Fax: (213) 891-8763
E-mail: jamie.wine@lw.com

Attorneys for Defendants ORACLE CORPORATION, LAWRENCE
J. ELLISON, JEFFREY O. HENLEY, and EDWARD J. SANDERSON

ORACLE CORPORATION
  Dorian Daley (SBN 129049)
  James C. Maroulis (SBN 208316)
500 Oracle Parkway
Mailstop 5OP7
Redwood Shores, CA 94065
Telephone: (650) 506-5200
Facsimile: (650) 506-7114
E-mail: jim.maroulis@oracle.com

Attorneys for Defendant ORACLE CORPORATION

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION<br><br>_____<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Master File No. C-01-0988-MJJ (Consolidated)<br><br>**[CORRECTED] DECLARATION OF MATTHEW D. HARRISON IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

1    I, Matthew D. Harrison, declare as follows:

2         1.      I am an attorney duly licensed to practice before the courts of the State of

3    California.  I am an associate with the law firm of Latham & Watkins LLP, counsel of record for

4    defendants in the above-entitled action.  I have personal knowledge of the matters stated herein

5    and, if called upon, I could and would competently testify thereto.

6         2.      I submit this declaration (the "Harrison Declaration") in support of

7    Defendants' Motion for Summary Judgment.

8         3.      Attached hereto as Exhibit 41 is a true and correct of Oracle Corporation's

9    ("Oracle") Annual Report for Fiscal Year 2000, Bates Numbered NDCA-ORCL 141269-361.

10        4.      Attached hereto as Exhibit 51 is a true and correct copy of an Oracle Press

11   Release titled: *Oracle: The State of E-Business is Strong*, Bates Numbered NDCA-ORCL

12   417086-89

13        5.      Attached hereto as Exhibit 54 is a true and correct copy of Oracle's Form

14   10-K Fiscal Year 2001, Bates Numbered NDCA-ORCL 143910-80.

15        6.      Attached hereto as Exhibit 55 is a true and correct copy of Oracle's Form

16   10-K for Fiscal Year Ended May 31, 2006.

17        7.      Attached hereto as Exhibit 56 is a true and correct copy of a transcript of

18   Oracle's December 14, 2000 second quarter financial results conference call, Bates Numbered

19   NDCA-ORCL 003215-47.

20        8.      Attached hereto as Exhibit 57 is a true and correct copy of excerpts from

21   the transcript of the July 20, 2006 deposition of Safra Catz, who served as Oracle's Executive

22   Vice President of Global Business Practices during the relevant time period.

23        9.      Attached hereto as Exhibit 58 is a true and correct copy of a December 13,

24   2000 Email from S. Aas to L. Ellison and S. Catz, Bates Numbered NDCA-ORCL 025790-92.

25        10.     Attached hereto as Exhibit 59 is a true and correct copy of excerpts from

26   the transcript of the April 12, 2006 deposition of Nicholas Classick, who served as an Area Vice

27   President for Oracle's General Business West Division of North American Sales during the

28   relevant time period.

1          11.     Attached hereto as Exhibit 60 is a true and correct copy of excerpts from
2    the transcript of the May 26, 2006 deposition of David Winton, who served as a Senior Director
3    of Finance for Oracle's North American Sales Division during the relevant time period.

4          12.     Attached hereto as Exhibit  61 is a true and correct copy excerpts from the
5    transcript of the May 24, 2006 deposition of John Nugent, who served as Oracle's Senior Vice
6    President for the General Business Division of North American Sales during the relevant time
7    period.

8          13.     Attached hereto as Exhibit 62 is a true and correct copy of excerpts from
9    the transcript of the June 14, 2006 deposition of Sarah Kopp, who served as a Senior Finance
10   Director for the Oracle Service Industries Division during the relevant time period.

11         14.     Attached hereto as Exhibit 63 is a true and correct copy of excerpts from
12   the transcript of the July 26, 2006 deposition of Edward 'Sandy' Sanderson, Jr., who served as
13   Oracle's Executive Vice President for Oracle Product Industries ("OPI") and Latin America
14   Sales Divisions, and for Oracle's Americas Consulting Division, during the relevant time period.

15         15.     Attached hereto as Exhibit 64 is a true and correct copy of excerpts from
16   the transcript of the July 7, 2006 deposition of Jennifer Minton, who served as a Senior Vice
17   President and Oracle's Controller during the relevant time period.

18         16.     Attached hereto as Exhibit 65 is a true and correct copy of excerpts from
19   the transcript of the April 21, 2005 deposition of Jennifer Minton (Rule 30(b)(6) deposition of
20   Oracle Corporation), who served as a Senior Vice President and Oracle's Controller during the
21   relevant time period.

22         17.     Attached hereto as Exhibit 66 is a true and correct copy of excerpts from
23   the transcript of the July 25, 2006 deposition of Edward "Sandy" Sanderson, Jr., Oracle's
24   Executive Vice President for Oracle Product Industries ("OPI") and Latin America Sales
25   Divisions, and for Oracle's Americas Consulting Division, during the relevant time period.

26         18.     Attached hereto as Exhibit 67 is a true and correct copy of excerpts from
27   the transcript of the June 22, 2006 deposition of George Roberts, who served as Oracle's
28   Executive Vice President of North American Sales division during the relevant time period.

LATHAM&WATKINS<sup>LLP</sup>
ATTORNEYS AT LAW
SAN FRANCISCO

2

[CORRECTED] HARRISON DECLARATION IN SUPPORT OF
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
Master File No. C-01-0988-MJJ

19.     Attached hereto as Exhibit 68 is a true and correct copy of excerpts from the transcript of the September 25, 2006 deposition of Jennifer Minton, who served as a Senior Vice President and Controller of Oracle during the relevant time period.

20.     Attached hereto as Exhibit 69 is a true and correct copy of an internal Oracle chart of FY2001 US Weekly License Revenues, Bates Numbered NDCA-ORCL 315726.

21.     Attached hereto as Exhibit 70 is a true and correct copy of excerpts from the transcript of the November 30. 2005 deposition of Peter Donnelly, whom Plaintiffs have identified as their Confidential Witness 7, and who served as a Director of Corporate Financial Planning and Analysis at Oracle during the relevant time period.

22.     Attached hereto as Exhibit 71 is a true and correct copy of excerpts from the transcript of the November 16, 2006 deposition of Jeffrey Henley, who served as Oracle's Chief Financial Officer during the relevant time period.

23.     Attached hereto as Exhibit 72 is a true and correct copy of a December 12, 2000 Email from J. Henley to L. Ellison, copies to J. Minton, S. Catz, and S. Aas, Bates Numbered NDCA-ORCL 025768-69.

24.     Attached hereto as Exhibit 73 is a true and correct copy of A February 25, 2001 Email from G. Roberts to L. Ellison, J. Minton, D. Winton, J. Henley, S. Catz Regarding Forecast Reduction of 20mm, Bates Numbered NDCA-ORCL 300208.

25.     Attached hereto as Exhibit 74 is a true and correct copy of a February 26, 2001 email from D. Winton to J. Minton, copy to T. Jody Regarding Forecast Reduction of 20mm, Bates Numbered NDCA-ORCL 308454-56.

26.     Attached hereto as Exhibit 75 is a true and correct copy of A February 26, 2001 Email from J. Henley to J. Minton and S. Catz Regarding Forecast, Bates Numbered NDCA-ORCL 003457.

27.     Attached hereto as Exhibit 76 is a true and correct copy of a February 27, 2000 Email from S. Kopp to J. Minton Regarding Q3 License Status, Bates Numbered NDCA-ORCL 308491-509.

LATHAM&WATKINSᴸᴸᴾ
ATTORNEYS AT LAW
SAN FRANCISCO

3

[CORRECTED] HARRISON DECLARATION IN SUPPORT OF
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
Master File No. C-01-0988-MJJ

1    28.    Attached hereto as Exhibit 77 is a true and correct copy of a February 28,

2  2001 Oracle internal Upside Report, Bates Numbered NDCA-ORCL 1533006-22.

3    29.    Attached hereto as Exhibit 78 is a true and correct copy of excerpts from

4  the transcript of the July 27, 2006 deposition of Jeffrey Henley, who served as Oracle's Chief

5  Financial Officer during the relevant time period.

6    30.    Attached hereto as Exhibit 79 is a true and correct copy of a March 13,

7  2001 Email from J. Henley to L. Ellison, copies to S. Catz, J. Minton, S. Aas, and D. Cooperman

8  Regarding Q3 Conference Call, Bates Numbered NDCA-ORCL 298922-24.

9    31.    Attached hereto as Exhibit 80 is a true and correct copy of the Expert

10  Report of Christopher M. James, dated May 25, 2007.

11    32.    Attached hereto as Exhibit 81 is a true and correct copy Plaintiff SEIU's

12  Third Supplemental Responses to Defendants' Second Set of Interrogatories, dated January 31,

13  2007, which is substantively identical in all relevant respects to Plaintiffs' other responses of that

14  date.

15    33.    Attached hereto as Exhibit 82 is a true and correct copy of a September 5,

16  2000 Harvard Business School Case Study on Oracle Corporation, Bates Numbered NDCA-

17  ORCL 167133-54.

18    34.    Attached hereto as Exhibit 83 is a true and correct copy of a January 10,

19  2001 Solomon Smith Barney Analyst Report titled: *Oracle EVP Visist to SSB*, Bates Numbered

20  NDCA-ORCL 035470-3.

21    35.    Attached hereto as Exhibit 84 is a true and correct copy of a February 19-

22  23, 2001 Oracle AppsWorld New Orleans Welcome Kit, Bates Numbered NDCA-ORCL

23  315354-95.

24    36.    Attached hereto as Exhibit 85 is a true and correct copy of excerpts from

25  the transcript of the September 21, 2006 deposition of Lawrence J. Ellison, who was Oracle's

26  Chief Executive Officer during the relevant time period, and continues to be CEO.

27

28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4

[CORRECTED] HARRISON DECLARATION IN SUPPORT OF
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
Master File No. C-01-0988-MJJ

1      37.     Attached hereto as Exhibit 86 is a true and correct copy of a June 21, 2000

2  CIBC World Markets Report titled: *Oracle Corporation: Revised: Internet Drives Model; Strong*

3  *4Q00 Numbers*, Bates Numbered NDCA-ORCL 1051343-50.

4      38.     Attached hereto as Exhibit 87 is a true and correct copy a May 3, 2000

5  PeopleSoft Press Release titled: *PeopleSoft Acquires Advance Planning Solutions*.

6      39.     Attached hereto as Exhibit 88 is a true and correct copy of a March 14,

7  2000 J.D. Edwards Press Release titled: *J.D. Edwards Names Michael Schmitt to Lead New B2B*

8  *Business Unit*.

9      40.     Attached hereto as Exhibit 89 is a true and correct copy of a March 15,

10  2000 SG Cowen Analyst Report titled: *ORCL Strong Licenses and Tight Expenses Drive Q3*

11  *Upsdide and EPS Hike/Buy*, Bates Numbered NDCA-ORCL 023878-80.

12      41.     Attached hereto as Exhibit 90 is a true and correct copy of an April 11,

13  2000 UpsideToday Article titled: *Dogged By History*, Bates Numbered NDCA-ORCL 014914-

14  23.

15      42.     Attached hereto as Exhibit 91 is a true and correct copy of a May 12, 2000

16  Morgan Stanley Analyst Report titled: *Dinner With Ray Lane*, Bates Numbered NDCA-ORCL

17  006526-8.

18      43.     Attached hereto as Exhibit 92 is a true and correct copy of an April 5,

19  2000 Blair William & Co Analyst Report titled: *Report From Oracle Analyst Day*: Maintain Buy

20  Rating, Bates Numbered NDCA-ORCL 008975-8.

21      44.     Attached hereto as Exhibit 93 is a true and correct copy of an April 2,

22  2000 Deutsche Bank Analyst Report titled: *ORCL: Analyst Meeting Very Upbeat*, Bates

23  Numbered NDCA-ORCL 009001-4.

24      45.     Attached hereto as Exhibit 94 is a true and correct copy of a September 8,

25  2000 BlueStone Capital Analyst Report titled: *Oracle Corporation*.

26      46.     Attached hereto as Exhibit 95 is a true and correct copy of a July 2001

27  Summit Strategies Vendor Report titled: *Oracle's War on Complexity – And the E-Business*

28  *Status Quo*, Bates Numbered NDCA-ORCL 110538-41.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

5

[CORRECTED] HARRISON DECLARATION IN SUPPORT OF
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
Master File No. C-01-0988-MJJ

1   47.   Attached hereto as Exhibit 96 is a true and correct copy of a March 15,

2   2000 PaineWebber Analyst Report titled: *Oracle: Best Positioned for the Internet*, Bates

3   Numbered NDCA-ORCL 023898-900.

4   48.   Attached hereto as Exhibit 97 is a true and correct copy excerpts from the

5   transcript of the May 16, 2006 deposition of Gregory Seiden, who served as Oracle's Vice

6   President of Applications Integration (reporting up through the ERP division) during the relevant

7   time period.

8   49.   Attached hereto as Exhibit 98 is a true and correct copy of an October 19,

9   2000 First Security Van Kapser Analyst Report titled: *ORCL Reiterating Strong Buy*, Bates

10   Numbered NDCA-ORCL 420077-80.

11   50.   Attached hereto as Exhibit 99 is a true and correct copy of excerpts from

12   the transcript of the April 6, 2005 deposition of Alan Fletcher, who served as Oracle's Vice

13   President of Operations for CRM during the relevant time period.

14   51.   Attached hereto as Exhibit 100 is a true and correct copy of a November

15   16, 2000 Forbes.com Report titled: *Oracle's Second Act*, Bates Numbered NDCA-ORCL

16   141843-5.

17   52.   Attached hereto as Exhibit 101 is a true and correct copy of L. Ellison's

18   February 2001 Speech at Oracle AppsWorld, Bates Numbered NDCA-ORCL 306988-7021.

19   53.   Attached hereto as Exhibit 102 is a true and correct copy of the Expert

20   Report of Edward Yourdon, dated May 25, 2007.

21   54.   Attached hereto as Exhibit 103 is a true and correct copy of a September

22   14, 2000 AMR Email Alert Re: *Integrated Product Suites Versus Best of Breed Point Products*,

23   Bates Numbered NDCA-ORCL 167711-7.

24   55.   Attached hereto as Exhibit 104 is a true and correct copy of  April 11,

25   2001 Hurwitz Balanced View Bulletin titled: *Oracle's Suite 11i*, Bates Numbered NDCA-ORCL

26   442971-7.

27

28

LATHAM&WATKINS<sup>LLP</sup>
ATTORNEYS AT LAW
SAN FRANCISCO

6

[CORRECTED] HARRISON DECLARATION IN SUPPORT OF
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
Master File No. C-01-0988-MJJ

1          56.     Attached hereto as Exhibit 105 is a true and correct copy a PR Newswire

2  Article titled: *The Oracle E-Business Suite Wins the Intelligent Enterprise Reads Choice Awards*,

3  dated November 2, 2000.

4          57.     Attached hereto as Exhibit 106 is a true and correct copy of February 14,

5  2001 Lehman Brothers Analyst Report titled: *Oracle Corp. Trip to Paris for the Oracle*

6  *International User Conference*, Bates Numbered NDCA-ORCL 091477-79.

7          58.     Attached hereto as Exhibit 107 is a true and correct copy of a May 24,

8  2000 Oracle Press Release titled: *Oracle Ships 11i, Industry's First Integrated E-Business Suite*,

9  Bates Numbered NDCA-ORCL 027782-84.

10          59.     Attached hereto as Exhibit 108 is a true and correct copy of a July 2000

11  DataPro GartnerGroup Report titled: *Oracle Corp. Customer Relationship Management*

12  *Applications*, Bates Numbered NDCA-ORCL of 117404-16.

13          60.     Attached hereto as Exhibit 109 is a true and correct copy of a November

14  2000 Business 2.0 Article titled: *Dog Eats Dog Food and Damn if it Ain't Tasty*, Bates

15  Numbered NDCA-ORCL 003409-14.

16          61.     Attached hereto as Exhibit 110 is a true and correct copy of a May 23,

17  2000 Email from P. Heller to C. Sato, K. McGuirk, S. Torman, and S. Baker Regarding 11i –

18  What Shipped on May 19 – the answers!, Bates Numbered NDCA-ORCL 059800-04.

19          62.     Attached hereto as Exhibit 111 is a true and correct copy of excerpts from

20  the transcript of the March 23, 2006 deposition of Ronald Wohl, who served as Oracle's

21  Executive Vice President of Applications Development (ERP) during the relevant time period.

22          63.     Attached hereto as Exhibit 112 is a true and correct copy of a March 27,

23  2000 Gig Information Group Analyst Report titled: *Oracle Delays (Pieces of) CRM Release –*

24  *Early Buyers Beware*, Bates Numbered NDCA-ORCL 019758-59.

25          64.     Attached hereto as Exhibit 113 is a true and correct copy of a draft internal

26  Oracle Technical White Paper on *Customer Relationship Management*, print date February 6,

27  2001 Bates Numbered NDCA-ORCL 106680-728.

28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

7

[CORRECTED] HARRISON DECLARATION IN SUPPORT OF
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
Master File No. C-01-0988-MJJ

65.     Attached hereto as Exhibit 114 is a true and correct copy excerpts from the transcript of June 13, 2006 deposition of Bradford Scott, who served as Oracle's Group Vice President of CRM Consulting during the relevant time period.

66.     Attached hereto as Exhibit 115 is a true and correct copy of an Oracle Presentation titled: *Winning the War on Complexity*, Bates Numbered NDCA-ORCL 055803-32.

67.     Attached hereto as Exhibit 116 is a true and correct copy of a September 27, 1999 Oracle Press Release titled: *Oracle Announces Oracle Applications Release 11i*, Bates Numbered NDCA-ORCL 306807-10.

68.     Attached hereto as Exhibit 117 is a true and correct copy of a July 5, 2000 META Group Analyst Report titled: *Oracle 11i: The Holy Grail?*, Bates Numbered NDCA-ORCL 009736-38.

69.     Attached hereto as Exhibit 118 is a true and correct copy of an August 10, 2000 Bluestone Capital Analyst Report titled: *Oracle Corporation: Initiating Coverage With a 2-1*, Bates Numbered NDCA-ORCL 006338-39.

70.     Attached hereto as Exhibit 119 is a true and correct copy of A November 3, 2000 Goldman Sachs Analyst Report titled: *Oracle – Early Checks with Applications Customers*, Bates Numbered NDCA-ORCL 1051216-18.

71.     Attached hereto as Exhibit 120 is a true and correct copy of a July 10, 2000 GartnerGroup Analyst Report titled: *Orcle 11i CRM: Better but Not the Best*, Bates Numbered NDCA-ORCL 009364-65.

72.     Attached hereto as Exhibit 121 is a true and correct copy a Pacific Crest Analyst Report titled: *Oracle Corporation*, dated January 18, 2000.

73.     Attached hereto as Exhibit 122 is a true and correct copy of an April 5, 2000 Warburg Dillon Read Analyst Report titled: *ORCL Analyst Meeting*, Bates Numbered NDCA-ORCL 308701-03.

74.     Attached hereto as Exhibit 123 is a true and correct copy of a Blair William & Co. Analyst Report titled: *Report From Oracle Analyst Day: Maintain Buy Rating*, Bates Numbered NDCA-ORCL 308696-9.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

8

[CORRECTED] HARRISON DECLARATION IN SUPPORT OF
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
Master File No. C-01-0988-MJJ

1       75.     Attached hereto as Exhibit 124 is a true and correct copy of a May 12,
2000 Morgan Stanley Analyst Report titled: *Oracle – Dinner with Ray Lane Part 2*, Bates
Numbered NDCA-ORCL 308710-6.

       76.     Attached hereto as Exhibit 125 is a true and correct copy of an August 14,
2000 Morgan Stanley Analyst Report titled: *Dinner with Oracle's CFO*, Jeff Henley, Bates
Numbered MS 00014-21.

       77.     Attached hereto as Exhibit 126 is a true and correct copy of an October 4,
2000 First Albany Analyst Report titled: *ORCL: It Will Work; Give it Time*, Bates Numbered
NDCA-ORCL 006139-42.

       78.     Attached hereto as Exhibit 127 is a true and correct copy of a May 8, 2000
Business Week Online Article titled: *Oracle: Why It's Cool Again*, Bates Numbered NDCA-
ORCL 307328-35.

       79.     Attached hereto as Exhibit 128 is a true and correct copy of a January 18,
2000 Email from S. Aas to B. Modanlo Regarding Need Your Input on Financial Info in
Attached Draft Report – Due 1/28, Bates Numbered NDCA-ORCL 061424-59.

       80.     Attached hereto as Exhibit 129 is a true and correct copy of an October 19,
2000 SAP Press Release titled: *SAP Reports Third Quarter Results*, Bates Numbered NDCA-
ORCL 307474.

       81.     Attached hereto as Exhibit 130 is a true and correct copy of a January 23,
2001 SAP Press Release titled: *SAP Announces Strong Fourth Quarter and Full Year Results*,
Bates Numbered NDCA-ORCL 307611-14

       82.     Attached hereto as Exhibit 131 is a true and correct copy of an April 19,
2001 SAP Press Release titled: *SAP Achieves Strong First Quarter Results, Net Income Rises
Sharply*, Bates Numbered NDCA-ORCL 307748-52.

       83.     Attached hereto as Exhibit 132 is a true and correct copy of excerpts from
the transcript of the July 13, 2007 deposition of Randall Jensen, Plaintiffs' Rebuttal expert for
Suite 11i issues.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

9

[CORRECTED] HARRISON DECLARATION IN SUPPORT OF
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
Master File No. C-01-0988-MJJ

1     84.     Attached hereto as Exhibit 133 is a true and correct copy of excerpts from

2 the transcript of the April 7, 2006 deposition of Michael Rocha, who served as Oracle's

3 Executive Vice President of Global Support Services and Platform Technologies during the

4 relevant time period.

5     85.     Attached hereto as Exhibit 134 is a true and correct copy of: *Estimating*

6 *Software Costs: Bringing Realism to Estimating* (Second Edition, McGraw-Hill, 2007).

7     86.     Attached hereto as Exhibit 135 is a true and correct copy of excerpts from

8 the transcript of the April 11, 2007 deposition of Valerie Borthwick, who served as Oracle's

9 Senior Vice President of Global Consulting during the relevant time period.

10     87.     Attached hereto as Exhibit 136 is a true and correct copy of A June 16,

11 200 Email from Hannigan to C. Godwin, B. Bounds, and M. Bock Regarding 11i

12 Implementation, Bates Numbered NDCA-ORCL 057423-4.

13     88.     Attached hereto as Exhibit 137 is a true and correct copy of excerpts from

14 the transcript of the June 8, 2006 deposition of John Schindler, whom Plaintiffs have identified

15 as their Confidential Witness 17, and who was a Manager in Eaton Corporation's Global

16 Programs Office during the relevant time period.

17     89.     Attached hereto as Exhibit 138 is a true and correct copy of February 26,

18 2001 Morgan Stanley Analyst Report titled: *Oracle Apps World Feedback*, Bates Numbered

19 NDCA-ORCL 111278-82.

20     90.     Attached hereto as Exhibit 139 is a true and correct copy of a December

21 13, 2000 CIBC Analyst Report titled: *ORCL: Oracle Users Weigh In*, Bates Numbered NDCA-

22 ORCL 005916-24.

23     91.     Attached hereto as Exhibit 140 is a true and correct copy of a December 4,

24 2000 GartnerGroup Analyst Report titled: *An Oracle ERP Report Card*, Bates Numbered

25 NDCA-ORCL 009465-67.

26     92.     Attached hereto as Exhibit 141 is a true and correct copy of an April 20,

27 2000 Email from S. Adams to R. Wohl Regarding Release 11i Availability, Bates Numbered

28 NDCA-ORCL 307970-72.

LATHAM&WATKINS<sup>LLP</sup>
ATTORNEYS AT LAW
SAN FRANCISCO

10

[CORRECTED] HARRISON DECLARATION IN SUPPORT OF
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
Master File No. C-01-0988-MJJ

93.     Attached hereto as Exhibit 142 is a true and correct copy of excerpts from the transcript of the July 11, 2006 deposition of Mark Barrenechea, who served as Oracle's Senior Vice President of Applications Development (CRM) during the relevant time period.

94.     Attached hereto as Exhibit 143 is a true and correct copy of a May 1, 2000 AMR Research Analyst Report titled:  *Alert on Supply Chain Management*, Bates Numbered NDCA-ORCL 009518-22.

95.     Attached hereto as Exhibit 144 is a true and correct copy of a May 12, 2000 Email from L. Ellison to G. Roberts Regarding Firepond Approvals – nonstandard support, Bates Numbered NDCA-ORCL 034910-17.

96.     Attached hereto as Exhibit 145 is a true and correct copy of a December 15, 2000 Credit Suisse First Boston Analyst Report titled: *Picture Perfect: Q2:FY01 Should Convert Even the Skeptics*, Bates Numbered NDCA-ORCL 154522-31.

97.     Attached hereto as Exhibit 146 is a true and correct copy of a February 27, 20001 Email from S. Catz to J. Henley Regarding Morgan Stanley's Coverage of Apps World, Bates Numbered NDCA-ORCL 092885-89.

98.     Attached hereto as Exhibit 147 is a true and correct copy of a February 9, 2001 Morgan Stanley Analyst Report titled: *Getting Through Q3 in Good Shape*, Bates Numbered NDCA-ORCL 101611-16.

99.     Attached hereto as Exhibit 148 is a true and correct copy of excerpts from the transcript of the May 30, 2006 deposition of Mark Jarvis, who served Oracle's Chief Marketing Officer during the relevant time period.

100.     Attached hereto as Exhibit 149 is a true and correct copy of a November 8, 2000 Robertson Stephens Analyst Report titled: *Cautious Outlook on the Stock Following*, Bates Numbered NDCA-ORCL 419950-52.

101.     Attached hereto as Exhibit 150 is a true and correct copy of a December 15, 2000 Credit Suisse First Boston Analyst Report titled: *Picture Perfect Q2:FY01 Should Even Convert the Skeptics*, Bates Numbered NDCA-ORCL 420558-62.

1    102.    Attached hereto as Exhibit 151 is a true and correct copy of a February 7,

2    2001 Banc of America Report titled: *Oracle Corporation*, Bates Numbered BOA 01071-3.

3    103.    Attached hereto as Exhibit 152 is a true and correct copy of excerpts from

4    the March 4, 2005 deposition of Brett Fuller, Oracle's Rule 30(b)(6) deponent for data

5    management systems, who served as Oracle's Vice President of Applications IT during the

6    relevant time period.

7    104.    Attached hereto as Exhibit 153 is a true and correct copy of excerpts from

8    the transcript of the July 11, 2007 deposition of Alan Goedde, Plaintiffs' forecasting expert.

9    105.    Attached hereto as Exhibit 154 is a true and correct copy of  a February 21

10    2001 Deutsche Bank Analyst Report titled: *Comments from Oracle AppsWorld Conference –*

11    *Strong Buy*, Bates Numbered NDCA-ORCL 091462-65.

12    106.    Attached hereto as Exhibit 155 is a true and correct copy of a February 21,

13    2001 William Blair & Co. Report titled: *Highlights of AppsWorld Conference*, Bates Numbered

14    WBC 0012-13.

15    107.    Attached hereto as Exhibit 156 is a true and correct copy of a February 22,

16    2001 William Blair & Co. Report titled: *Oracle AppsWorld Update*, Bates Numbered WBC

17    0014-19.

18    108.    Attached hereto as Exhibit 157 is a true and correct copy of a February 14,

19    2001 Email from J. Henley to Corporate Broadcast Regarding Quiet Period, Bates Numbered

20    NDCA-ORCL 103890.

21    109.    Attached hereto as Exhibit 158 is a true and correct copy of excerpts from

22    the transcript of the September 8, 2006 deposition of Stephanie Aas Thill, who served as

23    Oracle's Director of Investor Relations during the relevant time period.

24    110.    Attached hereto as Exhibit 159 is a true and correct copy of a PowerPoint

25    Presentation given by Jeff Henley at Oracle AppsWorld, Bates Numbered 399565-89.

26    111.    Attached hereto as Exhibit 160 is a true and correct copy of Oracle's Form

27    10-Q Filed October 16, 2000, Bates Numbered NDCA-ORCL 024168-91.

28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

12

[CORRECTED] HARRISON DECLARATION IN SUPPORT OF
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
Master File No. C-01-0988-MJJ

1           112.    Attached hereto as Exhibit 161 is a true and correct copy of Oracle's form

2    10-Q Filed January 16, 2001, Bates Numbered NDCA-ORCL 143468-507.

3           113.    Attached hereto as Exhibit 162 is a true and correct copy of a December

4    14, 2000 Bloomberg Article titled: *Oracle Second Quarter Net Rises 62%; Applications Sales*

5    *Jump*, Bates Numbered NDCA-ORCL 141652-53.

6           114.    Attached hereto as Exhibit 163 is a true and correct copy of  December 15,

7    2000 R@dioWallStreet.com Article titled: *Oracle's VP/CFO Jeffrey Henley Will Discuss*

8    *Quarterly Results*, Bates Numbered NDCA-ORCL 141660-65.

9           115.    Attached hereto as Exhibit 164 is a true and correct copy of a December

10    15, 2000 Bloomberg Article titled: *Oracle Shares Rises After Reporting Higher 2nd Quarter*

11    *Profit*, Bates Numbered NDCA-ORCL 141658-59.

12           116.    Attached hereto as Exhibit 165 is a true and correct copy of a February 8,

13    2001 First Union Securities Analyst Report titled: *Management Indictes Final Weekds of*

14    *February Critical to Quarter*, Bates Numbered NDCA-ORCL 309120-22.

15           117.    Attached hereto as Exhibit 166 is a true and correct copy of a February 22,

16    2001 Blair, William & co Analyst Report titled: *Oracle AppsWorld Update*, Bates Numbered

17    NDCA-ORCL 091443-46.

18           118.    Attached hereto as Exhibit 167 is a true and correct copy of a December

19    15, 2000 Josephthal & Co. Report titled: *ORCL:  Raising Estimates, Reiterate Buy Rating*, Bates

20    Numbered NDCA-ORCL 308952-3.

21           119.    Attached hereto as Exhibit 168 is a true and correct copy of December 15,

22    2000 Banc of America Securities Report titled:  *Oracle Corporation*, Bates Numbered NDCA-

23    ORCL 308967-72.

24           120.    Attached hereto as Exhibit 169 is a true and correct copy of a December

25    15, 2000 Goldman Sachs Report titled:  *Oracle Reports Robust Apps Growth*, Bates Numbered

26    NDCA-ORCL 005851-2

27

28

LATHAM&WATKINS<sup>LLP</sup>
ATTORNEYS AT LAW
SAN FRANCISCO

13

[CORRECTED] HARRISON DECLARATION IN SUPPORT OF
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
Master File No. C-01-0988-MJJ

1       121.    Attached hereto as Exhibit 170 is a true and correct copy of December 15,

2  2000 Goldman Sachs Report titled: *Oracle Reports Robust Apps Growth*, Bates Numbered

3  NDCA-ORCL 005880-81

4       122.    Attached hereto as Exhibit 171 is a true and correct copy of December 15,

5  2000 William Blair & Co. Report titled: *Oracle Second Quarter 2001 Earnings Summary*, Bates

6  Numbered NDCA-ORCL 005866-68

7       123.    Attached hereto as Exhibit 172 is a true and correct copy of a December

8  15, 2000 Lehman Bros. Report titled: *Oracle's Application Business Leads Solid Quarter*, Bates

9  Numbered NDCA-ORCL 435064-64

10       124.    Attached hereto as Exhibit 173 is a true and correct copy of a December

11  15, 2000 Morgan Stanley Report titled: *Oracle: How Suite it is*, Bates Numbered NDCA-ORCL

12  023373-8

13       125.    Attached hereto as Exhibit 174 is a true and correct copy of a December

14  15, 2000 CIBC World Markets Report, titled: *ORCL: Apps Fly, Database Strong, Management*

15  *Okay for Now*, Bates Numbered NDCA-ORCL 016873-77

16       126.    Attached hereto as Exhibit 175 is a true and correct copy of a December

17  15, 2000 SoundView Report tilted: *Oracle Earnings Release*, Bates Numbered NDCA-ORCL

18  005807-09

19       127.    Attached hereto as Exhibit 176 is a true and correct copy of a February 8,

20  2001 SoundView Report titled: *Oracle:  Company Update*, Bates Numbered NDCA-ORCL

21  419979-80

22       128.    Attached hereto as Exhibit 177 is a true and correct copy of a February 8,

23  2001 Deutsche Banc Report titled: *Oracle:  Visit With Management – Strong Buy*, Bates

24  Numbered NDCA-ORCL 091536-38

25       129.    Attached hereto as Exhibit 178 is a true and correct copy of a February 22,

26  2001 Blair, William & co Analyst Report titled: *Oracle AppsWorld Update*, Bates Numbered

27  NDCA-ORCL 091443-46.

28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

14

[CORRECTED] HARRISON DECLARATION IN SUPPORT OF
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
Master File No. C-01-0988-MJJ

130.     Attached hereto as Exhibit 179 is a true and correct copy of a February 26, 2001 Morgan Stanley report titled: *Oracle AppsWorld Feedback*, Bates Numbered NDCA-ORCL 069397-401

131.     Attached hereto as Exhibit 180 is a true and correct copy of January 1, 2001 Saloman Smith Barney analyst report titled: *Oracle EVP to Visit SSB*, Bates Numbered NDCA-ORCL 078420-23.

132.     Attached hereto as Exhibit 181 is a true and correct copy of a January 11, 2001 Bloomberg News article titled: *Oracle CFO Says He Plans To Sell $ 33 MLN in Stock*, Bates Numbered NDCA-ORCL 419674-75.

133.     Attached hereto as Exhibit 182 is a true and correct copy of a January 20, 2001 TheStreet.com article titled: *The TSC Streetside Chat: Oracle's EVP Sandy Sanderson*, Bates Numbered NDCA-ORCL 419660-65.

134.     Attached hereto as Exhibit 183 is a true and correct copy of a February 13, 2001 TheStreet.com article titled: *Goldman Conference: It's Stock Weak, Oracle Talks Strong Business*, Bates Numbered NDCA-ORCL 141794-95.

135.     Attached hereto as Exhibit 184 is a true and correct copy of Adam Hahn's Motion for Protective Order, dated April 1, 2006.

136.     Attached hereto as Exhibit 185 is a true and correct copy of excerpts from the transcript of the October 21, 2005 deposition of Jo Ann Chard, whom Plaintiffs have identified as their Confidential Witness 1, and who served as an Oracle small business account manager during the relevant time period.

137.     Attached hereto as Exhibit 186 is a true and correct copy of excerpts from the transcript of the  September 29, 2005 deposition of Aaron Neal, whom Plaintiffs have identified as their Confidential Witness 4, and who served as an Oracle technical consultant during the relevant time period.

138.     Attached hereto as Exhibit 187 is a true and correct copy of excerpts from the transcript of the September 6, 2006 deposition of Philip Simon, Lawrence J. Ellison's personal financial advisor during the relevant time period.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

15

[CORRECTED] HARRISON DECLARATION IN SUPPORT OF
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
Master File No. C-01-0988-MJJ

1      139.    Attached hereto as Exhibit 188 is a true and correct copy of a January 24,

2   2001 Email from Philip Simon to Larry Ellison, Bates Numbered NDCA-ORCL 042822.

3      140.    Attached hereto as Exhibit 189 is a true and correct copy of the Court's

4   March 24, 2004 Order Granting Defendants' Motion to Dismiss.

5      141.    Attached hereto as Exhibit 190 is a true and correct copy of the Expert

6   Report of Brooks Hilliard.

7      142.    Attached hereto as Exhibit 191 is a true and correct copy of a March 12,

8   2001 InformationWeek article titled: *Apps Made Easy?*, Bates Numbered NDCA-ORCL

9   141685-7.

10     143.    Attached hereto as Exhibit 192 is a true and correct copy of June 18, 2001

11   Oracle press release titled: *Q42001 Earnings $0.15, Operating Margin 40%, FY 2001 Income*

12   *$11 Billion, Income Up 25%, Operating Margin 35%*, Bates Numbered NDCA-ORCL 419298-

13   308.

14     144.    Attached hereto as Exhibit 193 is a true and correct copy of excerpts from

15   the transcript of the May 18, 2006 deposition of Sukumar Rathnam, who served as Oracle's Vice

16   President of Development (CRM) during the relevant time period.

17     145.    Attached hereto as Exhibit 194 is a true and correct copy of a February 26,

18   2001 Morgan Stanley analyst report titled: *Oracle AppsWorld Feedback*, Bates Numbered

19   NDCA-ORCL 1055148-54.

20     146.    Attached hereto as Exhibit 195 is a true and correct copy of a March 1,

21   2001 internal Oracle document titled Product Revenue Reporting Package, Bates Numbered

22   NDCA-ORCL 110948-1032

23     147.    Attached hereto as Exhibit 196 is a true and correct copy of a June 19,

24   2001 Salomon Smith Barney report titled: *Oracle Corporation*, Bates Numbered NDCA-ORCL

25   430557-60.

26     148.    Attached hereto as Exhibit 197 is a true and correct copy of excerpts from

27   the transcript of the June 28, 2007 deposition of Brooks Hilliard, Plaintiffs' expert for Suite 11i

28   issues.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

16

[CORRECTED] HARRISON DECLARATION IN SUPPORT OF
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
Master File No. C-01-0988-MJJ

1      149.    Attached hereto as Exhibit 198 is a true and correct copy of Oracle's

2  December 15, 2000 Oracle 2nd Quarter Results call transcript, Numbered NDCA-ORCL 141654-

3  57.

4      150.    Attached hereto as Exhibit 199 is a true and correct copy of a February 13,

5  2001 Presentation by Sandy Sanderson at Goldman Sachs Conference, Bates Numbered NDCA-

6  ORCL 003281-3311.

7      151.    Attached hereto as Exhibit 200 is a true and correct copy of Expert

8  Rebuttal Report of Edward Yourdon, dated June 22, 2006.

9      152.    Attached hereto as Exhibit 201 is a true and correct copy of excerpts from

10 the transcript of the June 20, 2006 deposition of Donald Klaiss, who served as Oracle's Senior

11 Vice President of Manufacturing Supply Chain Products (ERP) during the relevant time period.

12     153.    Attached hereto as Exhibit 202 is a true and correct copy of excerpts from

13 the transcript of the February 28, 2006 deposition of Richard Sellers, who served as Oracle's

14 Group Vice President of Product Support for Oracle's Americas Division during the relevant

15 time period.

16     154.    Attached hereto as Exhibit 203 is a true and correct copy of excerpts from

17 the transcript of the March 21, 2006 deposition of Joel Summers, who served as Oracle's Vice

18 President of Human Resources Management Development (reporting up through the ERP group)

19 during the relevant time period.

20     155.    Attached hereto as Exhibit 204 is a true and correct copy of excerpts from

21 the transcript of the September 19, 2006 deposition of Kirsten Shaw, who served as Oracle's

22 Director and Senior Director of Triage (ERP) during the relevant time period.

23     156.    Attached hereto as Exhibit 205 is a true and correct copy of the transcript

24 of the March 16, 2006 Telephonic Hearing in this matter.

25     157.    Attached hereto as Exhibit 206 is a true and correct copy of a November 3,

26 2000 Goldman Sachs Report titled: *Oracle – Early Checks with Applications Customers*, Bates

27 Numbered GMS 00162.

28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

17

[CORRECTED] HARRISON DECLARATION IN SUPPORT OF
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
Master File No. C-01-0988-MJJ

1          158.     Attached hereto as Exhibit 207 is a true and correct copy of November 15,

2  2000 Article from Business Wire titled: *OAUG Offers Asia/Pacific Users Chance to Ask Oracle*.

3          159.     Attached hereto as Exhibit 208 is a true and correct copy of a Dec. 12,

4  2000, JP Morgan Report Securities, Inc. Report titled:  *Oracle Corporation:  Oracle's Second*

5  *Quarter Earnings*, Bates Numbered NDCA-ORCL 419976-8.

6          160.     Attached hereto as Exhibit 209 is true and correct copy of a December 26,

7  2000 Bloomberg News article titled:  *PeopleSoft CEO's Discipline Spurs Rebound at Software*

8  *Maker*.

9          161.     Attached hereto as Exhibit 210 is a true and correct copy of a February 23,

10  2001 CIBC Report titled:  *AppWorld:  Upbeat Conference, But No Cajun Spice*, Bates Numbered

11  NDCA-ORCL 309144-50.

12          162.     Attached hereto as Exhibit 211 is a true and correct copy of an October 1,

13  2000 eWeek Article titled:  *Oracle : Database giant is succeeding in e-business by doing things*

14  *on its own, but for how long?*, Bates Numbered NDCA-ORCL 307399-402.

15          163.     Attached hereto as Exhibit 212 is a true and correct copy of an October 30,

16  2000 ComputerWorld article titled: *Users Vent Frustration Over Oracle ERP/CRM Upgrades*,

17  Bates Numbered NDCA-ORCL 1054611-2.

18          164.     Attached hereto as Exhibit 213 is a true and correct copy of a February 21,

19  2001 Deutsche Banc Alex Brown analyst report titled: *Comments from Oracle's AppsWorld*,

20  Bates Numbered NDCA-ORCL 309133-6.

21          165.     Attached hereto as Exhibit 214 is a true and correct copy of an April 3,

22  2001 Morgan Stanley report titled: *Valuation Report*, Bates Numbered NDCA-ORCL 179622-

23  76.

24          166.     Attached hereto as Exhibit 215 is a true and correct copy of a December 6,

25  2000 AMR Research analyst report titled: *Alert on E-Business Technology*, Bates Numbered

26  NDCA-ORCL 009597-600.

27          167.     Attached hereto as Exhibit 216 is a true and correct copy of a February 7,

28  2000 InformationWeek Article titled: *Oracle's talking: Should you be listening?*.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

18

[CORRECTED] HARRISON DECLARATION IN SUPPORT OF
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
Master File No. C-01-0988-MJJ

1    168.    Attached hereto as Exhibit 217 is a true and correct copy of the

2  Declaration of Greg Myers dated June 6, 2006 ("Myers Declaration").  Exhibits 240 (Oracle

3  Transaction Register, NDCA-ORCL 049208-16, 050060), 241 (Account Analysis Report with

4  Payables Detail, NDCA-ORCL 300913-15) and 242 (Sales Journal by GL Account, NDCA-

5  ORCL 314105-15, 314324) to the Harrison Declaration are true and correct copies of Exhibits A,

6  B and C of the Myers Declaration, respectively.

7    169.    Attached hereto as Exhibit 218 is a true and correct copy of excerpts from

8  the transcript of the April 12, 2005 deposition of Greg Myers, who served as a Manager and

9  Senior Manager in Oracle's Accounts Receivable department during the relevant time period.

10    170.    Attached hereto as Exhibit 219 is a true and correct copy of the

11  Declaration of Michael Quinn, dated November 14, 2002.

12    171.    Attached hereto as Exhibit 220 is a true and correct copy of the Expert

13  Report of J. Duross O'Bryan.

14    172.    Attached hereto as Exhibit 221 is a true and correct copy of excerpts from

15  the transcript of the April 18, 2006 deposition of Michael Quinn, who served as Oracle's

16  Director of Revenue Accounting during the relevant time period.

17    173.    Attached hereto as Exhibit 222 is a true and correct copy of excerpts from

18  the transcript of the June 7, 2006 deposition of Thomas Williams, who is Oracle's former Chief

19  Accounting Officer.

20    174.    Attached hereto as Exhibit 223 is a true and correct copy of the criminal

21  complaint in the matter of *People v. Hahn*, filed December 19, 2005 in the Superior Court of

22  California, County of Sacramento.

23    175.    Attached hereto as Exhibit 224 is a true and correct copy of the Court's

24  Order Granting Adam Hahn's Motion for Protective Order, dated April 26, 2006.

25    176.    Attached hereto as Exhibit 225 is a true and correct copy of excerpts from

26  the transcript of the June 24, 2006 deposition of Cathy Orr, whom Plaintiffs have identified as

27  their Confidential Witness 36, and who worked for the third party recovery audit firm PRG

28  Shultz during the relevant time period.

LATHAM&WATKINSᴸᴸᴾ
ATTORNEYS AT LAW
SAN FRANCISCO

19

[CORRECTED] HARRISON DECLARATION IN SUPPORT OF
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
Master File No. C-01-0988-MJJ

1      177.    Attached hereto as Exhibit 226 is a true and correct copy of the Expert

2 Report of D. Paul Regan.

3      178.    Attached hereto as Exhibit 227 is a true and correct copy of excerpts from

4 the transcript of the July 9, 2007 deposition of D. Paul Regan, Plaintiffs' accounting expert.

5      179.    Attached hereto as Exhibit 228 is a true and correct copy of excerpts from

6 the transcript of the September 12, 2006 deposition of M. Laurentius Marais, Plaintiffs'

7 statistical expert, employed to conduct a statistical analysis to estimate the total sum of all

8 November 17, 2000 debit memos, based upon a limited sample of 760.

9      180.    Attached hereto as Exhibit 229 is a true and correct copy of an October 29,

10 2003 *Presentation to the SEC Staff on behalf of Oracle Corporation*, Bates Numbered NDCA-

11 ORCL 050209-55.

12      181.    Attached hereto as Exhibit 230 is a true and correct copy of an October 22,

13 2002 internal Ernst & Young memorandum titled: *Oracle – Agreed Upon Procedures*, Bates

14 Numbered EY 000143-46.

15      182.    Attached hereto as Exhibit 231 is a true and correct copy of excerpts from

16 the transcript of the September 21, 2006 deposition of Alexander Bender, third party Ernst &

17 Young LLP's Rule 30(b)(6) deponent, and a Senior Manager on the Ernst & Young LLP team

18 that reviewed the debit memos in 2002.

19      183.    Attached hereto as Exhibit 232 is a true and correct copy of the transcript

20 of the June 30, 2006 Telephonic Hearing Conference at the Hewlett Packard deposition.

21      184.    Attached hereto as Exhibit 233 is a true and correct copy of excerpts from

22 the transcript of the July 2, 2007 deposition of Bjorn Steinholt, Plaintiffs' market and loss

23 causation expert.

24      185.    Attached hereto as Exhibit 234 is a true and correct copy of the Expert

25 Rebuttal Report of J. Duross O'Bryan.

26      186.    Attached hereto as Exhibit 235 is a true and correct copy of excerpts from

27 the transcript of the July 12, 2007 deposition of J. Duross O'Bryan, Defendants' accounting

28 expert.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

20

[CORRECTED] HARRISON DECLARATION IN SUPPORT OF
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
Master File No. C-01-0988-MJJ

187.     Attached hereto as Exhibit 236 is a true and correct copy of excerpts from the transcript of the August 1, 2006 deposition of Gary Matuszak, third party Arthur Andersen LLP's lead audit partner for their Oracle engagement during the relevant time period.

188.     Attached hereto as Exhibit 237 is a true and correct copy of excerpts from the transcript of the June 28, 2006 deposition of Jason Sevier, third party Arthur Andersen LLP's Rule 30(b)(6) deponent, and Senior Manager of Andersen's Oracle Audit Team during the relevant time period.

189.     Attached hereto as Exhibit 238 is a true and correct copy of the September 20, 2001 Declaration of Stephanie Aas (the "Aas Declaration"). Exhibit 56 to the Harrison Declaration (December 14, 2000 Q2 Earnings Call Transcript) is a true and correct copy of Exhibit J to the Aas Declaration.

190.     Attached hereto as Exhibit 239 is a true and correct copy of the September 20, 2001 Declaration of Edward Burdine (the "Burdine Declaration"). Exhibit 101 to the Harrison Declaration (Larry Ellison February AppsWorld Speech) is a true and correct copy of Exhibit I to the Burdine Declaration.

191.     Attached hereto as Exhibit 240 is a true and correct copy of an excerpt of an Oracle's Transaction Register, Bates Stamped NDCA-ORCL 049208-16, 050060, which is a true and correct copy of Exhibit A to the June, 6 2006 Myers Declaration.

192.     Attached hereto as Exhibit 241 is a true and correct copy of an Oracle Account Analysis Report with Payables Detail, Bates Stamped NDCA-ORCL 300913-15, which is a true and correct copy of Exhibit B to the June 6, 2006 Myers Declaration.

193.     Attached hereto as Exhibit 242 is a true and correct copy of an excerpt of Oracle's Sales Journal by GL Account Report, Bates stamped NDCA-ORCL 314105-15, 314324, which is a true and correct copy of Exhibit C to the June 6, 2006 Myers Declaration.

194.     Attached hereto as Exhibit 243 is a true and correct copy of an Oracle Account Analysis Report, Bates Stamped 050356-60.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

21

[CORRECTED] HARRISON DECLARATION IN SUPPORT OF
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
Master File No. C-01-0988-MJJ

1    195.    Attached hereto as Exhibit 244 is a true and correct copy of a 2001 META

2  Group Analyst Report titled, *Evaluation of: Oracle Sales*, Bates Stamped NDCA-ORCL 009889-

3  93.

4    196.    Attached hereto as Exhibit 245 is a true and correct copy of a September

5  15, 2000 Deutsche Banc Report titled:  *ORCL – Solid F1Q*, Bates Stamped NDCA-ORCL

6  085850-53.

7    197.    Attached hereto as Exhibit 246 is a true and correct copy of excerpts from

8  the transcript of the August 8, 2006 deposition of George Roberts, who served as Oracle's

9  Executive Vice President of North American Sales division during the relevant time period.

10    198.    Attached hereto as Exhibit 247 is a true and correct copy of excerpts from

11  the transcript of the July 13, 2006 deposition of Lawrence Ellison, who was Oracle's Chief

12  Executive Officer, and continues to be CEO.

13    I hereby declare under penalty of perjury under the laws of the State of California that the

14  foregoing is true and correct and that this declaration was executed on August 8, 2006 in San

15  Francisco, California.

Matthew D. Harrison

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[CORRECTED] HARRISON DECLARATION IN SUPPORT OF
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
Master File No. C-01-0988-MJJ