```
          Message-ID: <3A382918.AD26F524@oracle.com>
                Date: Wed, 13 Dec 2000 17:57:44 -0800
                From: Stephanie Aas <stephanie.aas@oracle.com>
        Organization: Oracle Corporation
  X-Mozilla-Draft-Info: internal/draft; vcard=1; receipt=0; uuencode=0; html=0; linewidth=0
             X-Mailer: Mozilla 4.7 [en] (Win95; I)
    X-Accept-Language: en
        MIME-Version: 1.0
             Subject: Key data points for the earnings call
        Content-Type: multipart/mixed;boundary="------------5EA5784F84693F41B8FAE4C7"
    X-Mozilla-Status: 8001
   X-Mozilla-Status2: 00000000
```

Larry and Safra-

Attached and below are data points to use on the earnings call. All customers have been approved. Please note that HP and Compaq have both approved the language which provides the exact context of how the wins can be positioned.

**The quarter's financial performance marks a strong proof point of accelerating adoption of the Oracle e-business suite and Internet Platform:**
· Total Revenue up 15%
· Total Software sales up 25%
· Database software sales up 19%. Growth in first of 2001 Fiscal Year is 24%.
· Applications sales up 66%. Growth in the last 3 quarters since 11i launched was 59%.

**Oracle proved that it could exceed analyst expectations, in light of the currency impact from the Euro decline (-6.5 points). Local currency growth shows the extraordinary strength of the business:**
· Total revenue local currency growth, up 21%
· Total software local currency growth, up 32%
· Database local currency growth, up 24%
· Application local currency growth, up 73%

**Operating Margin improvement continues, a 10.8 point improvement vs a year ago:**
· This comes on top of the 6.2 points improvement in Q2 fiscal year 2000, resulting in a cumulative two year margin improvement of 17% points
· This is the fourth consecutive quarter in a row that we've increased operating margin as a percent of revenue by more than 10 percentage points year-over-year.

**Marquee customers have chosen to standardize on the e-business suite:**
· **JDS Uniphase:** this quarter they committed to a corporate agreement, spanning across the e-business suite: ERP, CRM, e-commerce, self service, HR, database.
· **American General:** Standardizing across entire company on the e-business suite.
· **Compaq:** Compaq has purchased all of Oracle's latest e-business products, including the Oracle E-Business Suite, Oracle9I, IAS and the Oracle9i database for internal corporate use. The e-business suite implementation starts in Jan. Compaq plans to begin using Oracle 9i Application Server, specifically the Oracle Portal and Oracle Caching services, company-wide in early 2001. *(Language approved by Compaq. Will not allow us to say that they may be replacing other vendors.)*

ORACLE CONFIDENTIAL

NDCA-ORCL 025790

**Oracle CRM wins in the quarter:**
· HP has already recognized significant benefits from its internal corporate implementation of Oracle CRM, specifically with the Sales On Line module, which for the first time, enables all of HP's North America sales forces to use a common funnel and sale forecasting tool.
  HP is expanding its internal use of Oracle CRM through the purchase of additional E-Business suite licenses of Oracle Marketing, Oracle Services and Oracle Call Center, to take the implementation worldwide. HP's plans to have worldwide internal implementation of the complete Oracle CRM by 12/31/01.*(Language approved by HP)*

· **Simplex:** Siebel win. Bought the entire CRM suite. Goal to increase productivity of field technicians. Products: Teleservice, Depot repair, mobile field service, contracts, marketing online, telesales, itore, call center, isupport
· **Finisar:** (Fiber optic systems co): Plans to replace manual and excel system with global internet commerce platform. Products: Sales online, incentive comp, Isupport, contracts, APS, Manufacturing.

**Oracle's R11i Supply Chain generates wins in competitive marketplace:**
· Over 25 new customers in the quarter: **Compaq, Sony Electronics, JDS Uniphase, Johnson Electric Group** (motor sytem manufacturer), **Boeing**
· 4 direct competitive wins against i2: **Qualcom, Teradyne, Haworth** (replacing an existing live i2 implementation)

**83 Live R11I customers (vs 15 announced on the Q1 call):**
· **Hitachi Data Systems:** e-business suite customer
· **Chevron, Mclane, Phillips Morris:** RetailersMarketExchange- Oracle exchange & istore
· **Bellsouth:** Live on back office, in the process of implementing the front office.
· **Tegrasis:** (engineering solutions provider): istore and configurator
· **Agilera:** (ASP):Live on the back office suite in only 30 days

· **In Q3 Oracle finalized a strategic technology and licensing agreement with COVISINT:**
 There are 3 license components to the deal:
1. Oracle e-business suite to manage Covisint's internal operations spanning from CRM, Financials to HR
2. Oracle Exchange Marketplace that will provide critical functionality to Covisint's exchange-- single sign on, registration, security & pricing capabilities.
3. Internet Platform (Database and application server)

**OracleSalesOnline.com is gaining significant traction since the launch on August 28.**
· Almost 10,000 distinct customer live
· Customer Ex: Siemens AG, Xerox, Omnifax, Viasource, General American Corp., Hospitality Enterprises

**Oracle Mobile**
· Oracle mobile hosted services began just 8 weeks ago -- already 12 hosting customers are in production including CMP publications, The Industry Standard, and Telcel (one of the largest carriers in Latin America).
· New Q2 partners include Sun, RIM, ZDNet, The Economist, Wall Street Journal, Vicinity, Telespatial, and MovieTickets.com.

**Oracle maintains the second largest application vendor ahead of Siebel on an annualized basis:**

ORACLE CONFIDENTIAL

9/6/2002 3:05 PM

NDCA-ORCL 025791

LICENSE REVENUE Latest Q Y-Y Growth  Last 4 Q's  Y-Y Growth

|  | Latest Q | Y-Y growth | Last 4 q's | Y-Y Growth |
|---|---|---|---|---|
| Oracle Applications | $279M | 66% | **$1,081M** | 54% |
| SAP | $457M | 53% | $2,109M | 32% |
| Siebel | $300M | 139% | **$904M** | 115% |
| i2 | $175M | 98% | $549M | 74% |
| Peoplesoft | $132M | 100% | $427M | 3% |
| JD Edwards | $137M | 36% | $419M | 34% |

Oracle Applications $279M 66%  $1,081M 54%
SAP  $457M 53%  $2,109M 32%
Siebel $300M 139%  $904M 115%
i2 $175M 98%  $549M 74%
Peoplesoft $132M 100%  $427M 3%
JD Edwards $137M 36%  $419M 34%

| Q201 KEYMESSAGES1.doc | **Content-Type:** application/msword;name="Q201 KEYMESSAGES1.doc"<br>**Content-Transfer-Encoding:** base64<br>**Content-Disposition:** inline;filename="Q201 KEYMESSAGES1.doc" |
|---|---|

**ORACLE CONFIDENTIAL**