Classick, Nicholas     4/12/2006
CONFIDENTIAL

```
 1            IN THE UNITED STATES DISTRICT COURT
 2              NORTHERN DISTRICT OF CALIFORNIA
 3
 4   In re ORACLE CORPORATION
     SECURITIES LITIGATION,
 5
 6   vs.                       Master File No.: C-01-0988-MJJ
 7   This Document Relates To:,
 8        ALL ACTIONS.
 9   _____/
10
11                       ---oOo---
12                      CONFIDENTIAL
13             DEPOSITION OF NICHOLAS CLASSICK
14               Wednesday, April 12, 2006
15                       ---oOo---
16
17             SHEILA CHASE & ASSOCIATES
                    REPORTING FOR
18              LiveNote World Service
             221 Main Street, Suite 1250
19          San Francisco, California 94105
                 Phone:  (415) 321-2311
20                 Fax:  (415) 321-2301
21
22   Reported by
     APRIL DAWN HEVEROH, CSR
23   CSR No. 8759
24
25
```

Classick, Nicholas
**CONFIDENTIAL**
4/12/2006

```
 1   that's been submitted or generated, as far as a
 2   compensation plan.
 3       Q.   As far as a compensation plan.
 4       A.   Correct.
 5       Q.   Okay.  You can put that document aside.
 6       A.   Okay.
 7       Q.   Okay.  Let's talk a little bit about the
 8   forecasting process for fiscal year 2001.  Was that the
 9   same as the budget, as the budgeting process?  You were
10   assigned a number and then --
11       A.   Totally different.
12       Q.   Totally different.
13            Explain how it was different.
14       A.   The budget is a number that is established in
15   the beginning of the year, in June.  That's our targets
16   for the year.
17            The forecast is a summary of the deals that we
18   are working on, so the budget really comes from the top
19   and comes down to the salespeople.  So John Nugent would
20   get a budget number, he would divide it among his
21   four areas, I would divide it among mine and that.
22            Forecasting, just opposite; that is, comes
23   from the salespeople to the regional manager.  Here are
24   the deals we're working on and the potential dollar
25   amounts, and when do I think they will close.  And then
```

```
 1   the regional manager would summarize those and give them
 2   to myself and I would take those up to John Nugent.
 3       Q.   So -- and it was different each quarter, so
 4   you would start each quarter with the number of deals
 5   that you had that you were working on that period of
 6   time?
 7       A.   Yes.
 8       Q.   Is that right?  Okay.
 9            Okay.  Did you -- you used a program
10   called OSO to manage the process?
11       A.   Yes.
12       Q.   Okay.  What is OSO?
13       A.   I think it was Oracle Sales Online.
14       Q.   Okay.  And how did Oracle Sales Online -- how
15   was that used in the forecasting process?
16            MS. KYROUZ:  Objection.  Vague.
17            THE WITNESS:  Salespeople would enter a deal,
18   so they would have the account name, the potential
19   dollar value, and then they would break it off by
20   product, so whether it's database or applications and
21   all that.  And then they would have also a potential
22   date that it would close.  So that's what a salesperson
23   would do.
24            Then a regional manager would -- he would have
25   view to those deals within his region.
```

```
 1           MR. BRITTON:  Q.  Okay.  And he would only be
 2   able to see what was in his region; is that right?
 3        A.   Correct.
 4        Q.   And you were only able to see what was in your
 5   region?
 6        A.   In our area, yes.
 7        Q.   In your area.
 8        A.   Correct.
 9        Q.   Okay.  The information that -- withdrawn.
10             OSO, did you access that electronically --
11   or withdrawn.
12             Could you access Oracle Sales Online
13   electronically?
14        A.   Yes.
15             MS. KYROUZ:  Objection.  Vague.
16             MR. BRITTON:  Q.  Did you access, during
17   fiscal year 2001, did you access Oracle Sales Online
18   electronically?
19             MS. KYROUZ:  Objection.  Vague.
20             THE WITNESS:  I did not.
21             MS. KYROUZ:  Q.  You did not.  Okay.
22             Now, the -- so you would use a hard copy
23   printout of OSO for a particular time period; is
24   that right?
25             MS. KYROUZ:  Objection.  Lacks foundation.
```

## REPORTER'S CERTIFICATE

I hereby certify that the foregoing is a true record of the testimony as reported to the best of my ability by me, a Certified Shorthand Reporter and a disinterested person, and was thereafter transcribed under my direction into typewriting by computer.

I FURTHER CERTIFY that I am not interested in the outcome of the said action and not connected with nor related to any of the parties in said action or their respective counsel.

Dated: 4-25-06

APRIL DAWN HEVEROH, CSR
CSR NO. 8759