```
 1                          Volume 1, Pages 1 - 275
 2                             Exhibits:  1 - 63
 3          UNITED STATES DISTRICT COURT     Certified Copy
 4           NORTHERN DISTRICT OF CALIFORNIA
 5    ------------------------------
 6    In Re:  Oracle Corporation
 7            Securities Litigation    Master File
 8    THIS DOCUMENT RELATES TO         C-01-0988-MJJ
 9    ALL ACTIONS
10    ------------------------------
11
12       *** TRANSCRIPT DESIGNATED CONFIDENTIAL ***
13
14       VIDEOTAPED DEPOSITION OF DAVID WINTON
15          Friday, May 26, 2006, 9:17 a.m.
16             Farmer Arsenault Brock LLC
17           50 Congress Street, Suite 415
18               Boston, Massachusetts
19
20
21       ---------- Janis T. Young, RDR, CRR ----------
                       Court Reporter
22       Farmer Arsenault Brock LLC, Boston, Mass.
                       REPORTING FOR
23                 LiveNote World Service
                     221 Main Street
24           San Francisco, California 94105
             415-321-2311    Fax 415-321-2301
25
```

1   Q.  -- says, "The proposed revenue target of
2   1" -- I guess that's 1 billion 368 million.  What is
3   that?
4          MS. KYROUZ:  Objection, vague.
5   A.  I assume that that's a target that we
6   received that I'm responding to here.
7   Q.  A target that you received from whom?
8          MS. KYROUZ:  Same objection, lacks
9   foundation.
10  A.  I'm responding to Larry Garnick, who worked
11  in Jennifer Minton's organization, so I assume he
12  sent the spreadsheet with targets.
13  Q.  So this would be the proposed revenue
14  target by Jennifer Minton's group?
15         MS. KYROUZ:  Objection, vague, lacks
16  foundation.
17  A.  Target from corporate.
18  Q.  From corporate?
19  A.  Yes.
20  Q.  Very good.  You can put that document
21  aside.
22         Now, the forecasting process for Oracle
23  was different than the budgeting process, right?
24  A.  It was a different process, yes.
25  Q.  Can you explain the forecasting process for

```
 1   me, please?
 2            MS. KYROUZ:  Objection, vague.
 3       A.   I can speak specifically to the forecasting
 4   process in North America sales at the time, as I
 5   recall it.
 6       Q.   Okay.
 7       A.   It was basically a bottoms-up review of
 8   opportunities in the pipeline.  It would start with
 9   each individual selling line of business, and they
10   would do that similar process up to their highest
11   executive, which would be, I think, an SVP at the
12   time, like a John Nugent or Mary Anne Gillespie.
13            Then those folks would have a similar
14   call with their boss, who in that case would be
15   George Roberts, to review their submission of the
16   forecast.  George Roberts would then combine that,
17   consolidate that, and submit it to corporate for the
18   North America sales.
19       Q.   What tool did you use -- withdrawn.
20            What tools did NAS use to do this
21   forecasting process?
22            MS. KYROUZ:  Objection, vague.
23       A.   So in that time period, we were using both
24   OSO, which was a system, and we were still weaning
25   ourselves off of Excel spreadsheets.
```

1    Q.  How did NAS use OSO in its forecasting
2  process?
3           MS. KYROUZ:  Objection, vague, lacks
4  foundation.
5    A.  That's a big question.  OSO was basically a
6  pipeline reporting tool.  I believe it was part of
7  the CRM suite, so it was an Oracle product.  And
8  again, its main intent was pipeline and forecast
9  repository.
10          So the intent was to move off of what
11  had been Excel-based spreadsheets that were sent
12  between a rep and his boss and up the chain to
13  consolidate; to move that data into a central
14  repository that could be shared across the company.
15  That's really what OSO was.
16          So we were in the process at that point
17  in '01 of still rolling it out, and that's why I
18  mentioned the Excel spreadsheets.  We never fully
19  abandoned the Excel spreadsheets.  But the intent
20  was for the account executive to maintain all the
21  detail of an individual opportunity or a deal in
22  OSO, and to get off of any side reporting on
23  spreadsheets.
24    Q.  Now, who entered the information into OSO
25  about particular deals?

```
 1            MS. KYROUZ:  Objection, speculation,
 2   vague.
 3        A.  I can't say that we always did, but the
 4   practice was to follow whatever the corporate
 5   calendar was in terms of forecasting.  We may have
 6   done forecasting on a week that wasn't required.
 7        Q.  Now, on the weeks that were required, did
 8   you print out the big deals for each call?
 9            MS. KYROUZ:  Objection, lacks
10   foundation, calls for speculation.
11        A.  Again, I can't confirm that we always did,
12   but that was the practice.
13        Q.  That was the practice.  So you'd want the
14   big deals on the call that you were discussing the
15   forecast on; is that fair?
16        A.  Yes; I would say at the time frame of
17   fiscal '01, we weren't far along with folks doing
18   this online, so we relied on those type of big-deal
19   printouts to actually have the call.
20        Q.  All right.  You can put Exhibit 6 aside.
21            Now, let's talk about those
22   forecasting -- well, before we get there, you had
23   talked about the pipeline, and I want to get an
24   understanding of what the pipeline meant to you.
25        A.  Okay.
```

```
 1            MS. KYROUZ:  Objection, vague.
 2       A.   So what it meant to me in terms of where it
 3   came from?
 4       Q.   What did the pipeline mean?  What's in the
 5   pipeline?
 6            MS. KYROUZ:  Same objection.
 7       A.   The pipeline, in the way we talked about
 8   it, was a summary of all of the opportunities.
 9   Again, we usually only talked about the current
10   quarter.  So all the opportunities within a current
11   quarter that were -- that something was happening
12   with.
13            So it could be a deal that had moved
14   over from the prior quarter and was ready to close
15   immediately on the one end of the scale, or it could
16   be an opportunity that we had just gotten a lead on,
17   that an AE said, there's a chance this could be a
18   very quick turnaround.  So that's why it's in the
19   pipeline for that period.
20            So I'm speaking in terms of pipeline in
21   the current quarter, but folks input deals all the
22   time for future quarters, so pipeline could also
23   include deals in future quarters as well.
24       Q.   So a Q3 pipeline may have deals for Q4?
25            MS. KYROUZ:  Objection, lacks
```

1  foundation.
2     A.  There should not be deals targeted for a
3  different quarter in the current quarter.  That's
4  not to say that a deal becomes a Q4 deal and then
5  moves out.  It's a constantly -- it's a very fluid
6  dynamic, so....
7     Q.  Right; okay.  What would cause the pipeline
8  during the quarter to increase?
9         MS. KYROUZ:  Objection, vague, lacks
10  foundation.
11     A.  There are multiple answers to that.
12         The pipeline could increase by obviously
13  adding net new opportunities in the current quarter.
14  It could increase if the deal size increases.  So if
15  it starts at a million dollars and suddenly there's
16  a five-million-dollar opportunity, the rep has the
17  responsibility to increase the amount.
18         Those are the two primary reasons why it
19  would go up in a quarter.
20     Q.  Any other reasons?
21     A.  Not that comes to mind.
22     Q.  What would cause a pipeline to fall during
23  a quarter?
24         MS. KYROUZ:  Same objection.
25     A.  Again, it would be a similar scenario going

1    in reverse.  So a deal could shrink, which could
2    happen; the original estimates may have been too
3    high or user counts come down.  Deals push to
4    quarters constantly, so the opportunity could not be
5    fully baked, and they say, okay, this is not a Q3
6    opportunity; it's a Q1-of-next-fiscal-year
7    opportunity.  So you'll see deals moving.
8         Q.  What about closed deals?  Does the value of
9    those deals stay in the pipeline?
10             MS. KYROUZ:  Objection, vague, lacks
11   foundation.
12        A.  I don't remember.  My understanding was,
13   when a deal was closed, I think it was flagged as
14   won, and I believe it dropped out of the
15   calculation, but I can't say for sure.
16        Q.  Who was responsible or what group was
17   responsible for taking deals and moving them from
18   one quarter to the next quarter?
19             MS. KYROUZ:  Objection, vague, lacks
20   foundation.
21        A.  Well, in my opinion, at the time it was the
22   account executive or sales rep's responsibility.
23        Q.  All right.  Let's talk about these
24   forecasting calls.  During fiscal year 2001, what
25   was the schedule for your forecasting calls for each

1   Q. So applications growth for Q1 '01 for NAS
2   was 59 percent?
3   A. That would be the calculation, yes.
4   Q. And then this total plan, all the way over
5   here, it says total year-over-year growth for NAS
6   was 57 percent; is that right?
7   A. That's what the calculation shows, yes.
8   Q. Now, does the 57 percent in the Total
9   column represent all of the revenue-generating
10  aspects of NAS, or just tech and apps?
11  A. Well, it's the entire revenues as reported
12  on the NAS report because the numbers are identical.
13  Q. So it would include human resources and iSD
14  and U.S. headquarters and Canada license?
15  A. Yes. As I look at the report, it's pulling
16  out those revenue results into this Q1 total.
17  Q. Okay. You can put that document aside.
18      Let's go to Exhibit 8, because it's a
19  little different. So Exhibit 8 is the George
20  Roberts forecast report for submission week 2; is
21  that right?
22      MS. KYROUZ: Objection, vague.
23  A. Well, that's what it's labeled. Again, I
24  can't confirm if this is a draft or the final
25  document.

1  Q.  What would be more reliable to go off of:
2  the date or the submission week?
3           MS. KYROUZ:  Objection, lacks
4  foundation.
5  A.  I couldn't say either one was better than
6  the next.  There could have been times where the
7  submission week wasn't changed, for example.  I
8  mean, this is all Excel spreadsheets, so there were
9  cases where we could have a week 3 with the same
10 date on it, for example.  It could happen.
11 Q.  So it could flip around; all right.
12          So let's look at these different
13 categories.  The far left, we have license revenue.
14 So Q1 budget represents the budget broken down by
15 division for the first quarter of fiscal 2001?
16 A.  Again, that should be -- the intent is to
17 show the final budget by line of business for the
18 quarter, yes.
19 Q.  Now, the Q1 Forecast column, what does that
20 represent?
21 A.  So that would represent what each of the
22 senior vice-presidents and their VPs and regional
23 managers had forecast in that reporting period as
24 their forecast.
25 Q.  If you look at the top row, for majors,

```
 1   underneath all the various divisions there's an
 2   "HQ/Management Judgment," and under the forecast
 3   negative 106.  Do you see where I'm reading?
 4       A.  Yes, I see that.
 5       Q.  What does that represent?
 6           MS. KYROUZ:  Objection, lacks
 7   foundation.
 8       A.  So I can't comment on what the 106 is made
 9   up of.  I can comment that there is management
10   judgment in the forecasting process to allow, at an
11   SVP level or even at a George Roberts level, to take
12   the submitted forecasts from below and apply
13   judgment plus or minus to the number.
14       Q.  And that's where it would show up, in that
15   HQ Mgmt column, or row?
16       A.  I could say that it should show up there.
17       Q.  Should?
18       A.  Yes.
19       Q.  All right.  Let's go to the next column
20   under License Revenue.  There's a percentage.  What
21   is that column intended to represent?
22       A.  The way I recollect this form, that is a
23   comparison of the forecast to the budget.
24       Q.  So at this point in time, for example, for
25   majors, their forecast was 85 percent of their
```

1  budget; isn't that right?
2      A.  Yes, on this report, that's how it reads,
3  yes.
4      Q.  All right.  And then the next column is
5  Forecast Variance.  What is that column intended to
6  represent?
7      A.  So that's the dollar difference between the
8  forecast and the budget by each of the groups.
9      Q.  So for majors, at this point in time, it
10 was, the forecast was $7.9 million below budget?
11     A.  Below what's showing as the Q1 budget, yes.
12     Q.  The next column, next large column, is Deal
13 Summary.  What is this column intended to represent?
14     A.  This column, or this block, I guess, was
15 two things.  One is, it showed the total pipeline
16 and what sort of coverage or ratio you had versus
17 your forecast.  So coverage would be, if you had a
18 one-to-one relationship, your forecast in pipeline
19 would be the same number, for example.
20              It also was an attempt to break out, on
21 a one-page summary, what management judgment was
22 within the forecast to the left.
23     Q.  So if you take the Forecast Deals column
24 and add it to the Management Judgment column, you
25 should get the Q1 Forecast column in the License

```
                                                            274
```

| | |
|---|---|
| 1 | CERTIFICATE OF COURT REPORTER |
| 2 | I, Janis T. Young, Registered |
| 3 | Professional Reporter and Certified Realtime |
| 4 | Reporter, do certify that the deposition of DAVID |
| 5 | WINTON, in the matter of In Re: Oracle Corporation |
| 6 | Securities Litigation, on May 26, 2006, was |
| 7 | stenographically recorded by me; that the witness |
| 8 | provided satisfactory evidence of identification, as |
| 9 | prescribed by Executive Order 455 (03-13) issued by |
| 10 | the Governor of the Commonwealth of Massachusetts, |
| 11 | before being sworn by me, a Notary Public in and for |
| 12 | the Commonwealth of Massachusetts; that the |
| 13 | transcript produced by me is a true and accurate |
| 14 | record of the proceedings to the best of my ability; |
| 15 | that I am neither counsel for, related to, nor |
| 16 | employed by any of the parties to the above action; |
| 17 | and further that I am not a relative or employee of |
| 18 | any attorney or counsel employed by the parties |
| 19 | thereto, nor financially or otherwise interested in |
| 20 | the outcome of the action. |
| 21 | |
| 22 | _/s/ Janis T. Young_ |
| 23 | Janis T. Young, RDR, CRR |
| 24 | |
| 25 | |