|  |  |
|---|---|
| 1 | CONFIDENTIAL |
| 2 | |
| 3 | IN THE UNITED STATES DISTRICT COURT |
| 4 | NORTHERN DISTRICT OF CALIFORNIA |
| 5 | SAN FRANCISCO DIVISION |
| 6 | - - - |
| 7 | In re ORACLE CORPORATION |
| 8 | SECURITIES LITIGATION |
| 9 | Master File No. C-01-0988-MJJ |
| 10 | This Document Relates To: |
| 11 | ALL ACTIONS. |
| 12 | - - - |
| 13 | Philadelphia, Pennsylvania |
|  | Wednesday, May 24, 2006 |
| 14 | |
|  | - - - |
| 15 | |
| 16 | Videotaped Deposition of JOHN |
| 17 | NUGENT, taken pursuant to notice, at the law |
| 18 | offices of Lerach, Coughlin, Stoia, Gellar, |
| 19 | Rudman & Robbins, 1845 Walnut Street, 23rd |
| 20 | Floor, on the above date, beginning at |
| 21 | approximately 9:11 a.m., before Debra Ann |
| 22 | Whitehead, an Approved Reporter of the United |
| 23 | States District Court and Notary Public. |
| 24 | |
| 25 | |

**Certified Copy**

```
 1      A.    No.
 2      Q.    Who would deliver the forecasts to
 3   you?
 4      A.    Finance.
 5      Q.    Now, the report that was handed to
 6   you, what information was contained in that
 7   report?
 8            MS. KYROUZ:  Objection.  Vague.
 9      A.    Regional forecast would have account
10   name, dollar amount, tech and apps, I believe
11   a probability factor.
12      Q.    And did it have a worst forecast and
13   best column?
14      A.    Yes.
15      Q.    Did it have kind of an entry for
16   management judgment?
17      A.    Yes.
18      Q.    The probability factor that you had
19   talked about, what was that?
20      A.    That was the probability of
21   successful close by the end of the quarter.
22      Q.    And who would enter that number?
23      A.    I don't know.
24      Q.    The worst forecast and best columns,
25   what did worst represent?
```

1      MS. KYROUZ: Objection. Vague.
2   Lacks foundation.
3      A.   The least amount of revenue we would
4   do for the quarter.
5      Q.   What about the forecast column?
6      A.   That represented our commit to our
7   upper-management team.
8      Q.   What do you mean by "commit"?
9      A.   That's what we were putting our name
10  on, that's what we were committing to.
11     Q.   So you're saying the commit number,
12  this is what we're going to be able to give
13  you by the end of the quarter?
14     A.   That's correct.
15     Q.   And then the best column, what did
16  that represent?
17     A.   That represented the inclusion of
18  up-side deals that were not including in our
19  commit, but they had strong up-side for the
20  quarter.
21     Q.   So are these separate deals?
22          So you had deals that were in the
23  commit column. And then if you had additional
24  deals that you thought would close, but
25  weren't sure, it would go into the best

```
 1  column?
 2              MS. KYROUZ:  Objection.  Vague.
 3  BY MR. BRITTON:
 4      Q.   Is that fair?
 5              MS. KYROUZ:  Misstates
 6      testimony and the documents.
 7      A.   Generally speaking.
 8      Q.   What about parts of a single deal?
 9           So if you had, say, a potential of a
10  $3 million deal, and you were committing 1
11  million, you know you are going to close 1
12  million of that, there is a potential for 2,
13  would that go into the best column, as well?
14      A.   Yes.
15      Q.   And then the management judgment
16  column, what did that represent?
17              MS. KYROUZ:  Objection.  Vague.
18      Lacks foundation.
19      A.   That would represent the owner of
20  the forecast's judgment on the forecast,
21  either negative or positive.
22      Q.   And you would enter a number either
23  above or below the number that was in the
24  forecast column, as your best estimate of what
25  was going to close in the quarter; is that
```

1   Q.   It did.
2        So you had a summary page, and then
3   on the back you had all the deals that were in
4   the pipeline for that quarter?
5   A.   Yes; yes.
6   Q.   Was it broken down between big deals
7   and smaller deals?
8   A.   Yes.
9   Q.   And what was the cutoff?  What
10  dollar value was the cutoff?
11  A.   I don't know.
12  Q.   Did you talk about the pipeline
13  during the forecast calls?
14  A.   Yes.
15  Q.   Did you talk about how big the
16  pipeline was to cover the forecast?
17           MS. KYROUZ:  Objection.  Vague.
18  Calls for speculation.
19  A.   Yes; but 90 percent of the time was
20  just going through the deals.
21  Q.   Were you concerned with a conversion
22  factor or coverage ratio?
23           MS. KYROUZ:  Objection.  Vague.
24  Lacks foundation.
25  A.   There are multiple elements in terms

```
 1  of forecasting; be it pipeline, size of deals,
 2  number of deals, et cetera.
 3          So all of those issues came to bear.
 4      Q.  Would you look at the coverage
 5  ratio, meaning the size of the pipeline to
 6  cover the budget for the quarter?
 7          MS. KYROUZ:  Objection.  Vague
 8      as to time.
 9      A.  Maybe at the beginning of the
10  quarter.  But, as the quarter went on, it was
11  just heads down on every one of these deals.
12      Q.  Now, were you doing your best to
13  present George Roberts with what you thought
14  your commit was going to be for the quarter?
15      A.  Oh, absolutely.
16      Q.  You didn't want any diversion?  It
17  was your commit was your word, and that's what
18  you were going to deliver on?
19      A.  Absolutely.
20      Q.  And that changed throughout the
21  quarter based upon events changing?
22          MS. KYROUZ:  Objection.
23  BY MR. BRITTON:
24      Q.  Is that right?
25          MS. KYROUZ:  Vague.  Misstates
```

1   testimony.  Lacks foundation as to
2   timing.
3       A.   If -- yes.
4       Q.   And that's every quarter in Fiscal
5   Year 2001?
6               MS. KYROUZ:   Same objections.
7       A.   That would be every quarter I was
8   with the company.
9       Q.   You were with the company.  Right.
10          So, just as a general proposition,
11  events that would occur during the quarter
12  could change your forecasts up or down?
13      A.   You have to define what "events"
14  would be.
15          An event is if we lost a big deal,
16  for example.
17      Q.   Any kind of event.
18      A.   Not any kind of event.
19          But a deal-associated event.
20      Q.   Okay.
21      A.   Because the forecast was -- and my
22  commit was predicated on the deal line items.
23          So if there was a deal-associated
24  event, that would force it up or down.
25      Q.   Did you talk about components of the

```
 1   BY MR. BRITTON:
 2       Q.   Okay, Mr. Nugent.  Exhibit 6 shows
 3   your total pipeline of 240.3 million; is that
 4   right?
 5            MS. KYROUZ:  Objection.  Vague.
 6       Lacks foundation.
 7       A.   Okay.  Yes.
 8       Q.   Okay.  Now, when we talked about the
 9   probability ranges on the reports that you
10   would get, what were the ranges of the
11   probabilities that you remember seeing?
12            MS. KYROUZ:  Objection.  Lacks
13       foundation.
14       A.   I believe it was zero to 100
15   percent, 50 percent, 70 percent, 80 percent.
16       Q.   Were there set definitions for those
17   percentages?
18       A.   I don't believe so.
19       Q.   30 percent means that a deal is in a
20   certain stage of the process?
21       A.   Correct.
22       Q.   Is that what that meant?
23       A.   It meant a certain stage of the
24   process, certain, you know -- our judgment on
25   when, if in fact, it is going to actually
```

1  close for that particular quarter, as well.
2      Q.   So a 30 percent win probability
3  would mean what for a particular deal closing
4  in a quarter?
5           MS. KYROUZ:  Objection.  Lacks
6      foundation.
7      A.   That would be relatively low at that
8  point in time.
9           You can go from 30 percent to 100
10 percent rather quickly, and you can go from
11 100 percent to 30 percent rather quickly.
12     Q.   So your pipeline here is 240.3
13 million; is that fair?
14     A.   Yes.
15     Q.   Now, does this represent all the
16 deals that are -- have a potential of closing
17 in the quarter?
18          MS. KYROUZ:  Objection.  Lacks
19     foundation.  Vague.
20     A.   Yes.
21     Q.   So it includes 10 percent deals and
22 90 percent deals?
23     A.   I believe so.
24     Q.   Were there any deals that were being
25 held off, not being put in the pipeline, that

1    you are aware of?
2            MS. KYROUZ:  Objection.  Lacks
3    foundation.
4    A.   No.
5    Q.   You can put that document aside.
6            (Document marked for
7    identification as Nugent Exhibit 7.)
8    BY MR. BRITTON:
9    Q.   I have placed in front of you what's
10   been marked as Plaintiff's Exhibit 7 -- excuse
11   me, Nugent Exhibit 7.  Take a moment to look
12   at this exhibit.
13           MR. BRITTON:  For the record,
14   Exhibit 7 is NDCA-ORCL 038353 through
15   038358.
16   BY MR. BRITTON:
17   Q.   Do you recognize Exhibit 7?
18   A.   Yes.
19   Q.   Is this a report that you received,
20   or a type of report that you received, in
21   Fiscal Year 2001?
22   A.   It would be a type of report.  It
23   looks like this is George Roberts, from him on
24   up.  But it is a type of report that I would
25   receive.

```
 1        Q.   Now, this report is dated July 10,
 2   2000; is that right?
 3        A.   Yes.
 4        Q.   And it represents Week 6 in the
 5   first quarter?
 6             MS. KYROUZ:   Same objection.
 7             Are you asking him just to read
 8        the document?
 9        A.   Are you asking me to read it?
10        Q.   That's what it says?
11        A.   Yes.
12        Q.   Now, your budget here is 103.5
13   million.
14             MS. KYROUZ:   Objection.  Vague
15        as to "your budget."
16   BY MR. BRITTON:
17        Q.   Well, the budget for general
18   business is 103.5 million?
19        A.   I am reading the report.
20        Q.   Yes.
21        A.   103.5, yes.
22        Q.   And the previous report, Exhibit 6,
23   has the same budget number?
24        A.   Yes.
25        Q.   All right.  Okay.  Now, if you look
```

```
 1            I HEREBY CERTIFY that the
 2    proceedings and evidence are contained
 3    fully and accurately in the stenographic
 4    notes taken by me upon the foregoing
 5    matter on Wednesday, May 24, 2006, and
 6    that this is a correct transcript of
 7    same.
 8
 9
10
11
12
13   _____
          Debra Ann Whitehead
14
15
16
17
18
19            (The foregoing certification of
20    this transcript does not apply to any
21    reproduction of the same by any means,
22    unless under the direct control and/or
23    supervision of the certifying reporter.)
24
25
```