1              IN THE UNITED STATES DISTRICT COURT
2                 NORTHERN DISTRICT OF CALIFORNIA
3                                              CERTIFIED COPY

                                          )
4    In re ORACLE CORPORATION             )
     SECURITIES LITIGATION                )  Master File No.
5    _____      )
                                          )  C-01-0988-MJJ
6    THIS DOCUMENT RELATES TO:            )
                                          )
7        ALL ACTIONS.                      )
     _____      )

8
9
10
11                        CONFIDENTIAL
12
13                        VOLUME II
14    VIDEOTAPED DEPOSITION OF EDWARD J. SANDERSON, JR.
15              Wednesday, July 26, 2006
16
17                     VIDEOTRACK LLC
                      Reporting For:
18
19                LiveNote World Service
                221 Main Street, Suite 1250
20           San Francisco, California  94105
                  Phone:  (415) 321-2300
21                 Fax:  (415) 321-2301
22
23
24   REPORTED BY: KAE F. GERNANDT
                  CSR No. 5342
25

1    Q.    This is what I'm asking.

2    A.    Yeah.

3    Q.    Because the top of the document begins

4    with the license line of the business.

5    A.    Right.

6    Q.    And then the second half is the

7    consulting line of business.  And then the large

8    deal impact kind of trails off at the end.  It

9    appears, logically, that it might relate to the

10   second half.

11   A.    It doesn't relate to Consulting.  And I

12   mean, it's not consulting as well.  If you notice

13   under "Consulting LOB," the very first bullet on

14   11/22, it says revenue forecast is 38 million.

15        If you see on November 10th revenue

16   forecast is 38 million.  We didn't even put judgment

17   against consulting because you can project out

18   billable hours and that kind of thing.  Where you

19   had the more -- you know, the -- where things were

20   less defined was on the sales side, and so, you

21   would track those deals.

22        I also tracked deals, what -- one of the

23   things I did when I took over OPI, I wanted to track

24   the deals in each month of the quarter.  And as you

25   can see, September, October, and November, I saw it

1    shows what deals we closed and what the trend is.

2                    And, not surprisingly, particularly in a

3    sales organization, you're closing more deals in the

4    last month of the quarter than you did in the first

5    month.

6            Q.    Okay.  Just going to 620717.

7            A.    New quarter.

8            Q.    Right, the beginning of the third

9    quarter, right?

10           A.    Correct.

11           Q.    It -- maybe about a quarter of the way

12   down the page, it has the pipeline.

13           A.    Uh-huh.

14           Q.    And it indicates that the pipeline is

15   down 33 million from last week, right?

16           A.    Correct.

17           Q.    But it doesn't offer reasons here?

18           A.    No.  But it was not unusual -- right

19   after a quarter starts, it's when the reps go back

20   and everybody starts focusing on that quarter, and

21   they look at which deals are going to happen this

22   quarter and which deals are going to happen next

23   quarter or not at all.  So, they're cleaning up

24   their pipeline for the new quarter.

25           Q.    Yesterday we talked a little bit about

1   reps updating the pipeline prior to, I think it was,

2   December 15th --

3        A.   At that point, we were -- as I recall,

4   we were implementing OSO internally, and Mark

5   Barrenechea was just simply putting a request out

6   that --

7        Q.   That people update.

8        A.   -- we make sure because the system was

9   going to be down for a period of time as we went to

10  the new application.

11       Q.   Right.  So, he wanted everyone to update

12  it before the system went down, right?

13       A.   Until the old system was -- was stopped

14  so that they could begin the preparation to

15  implement OSO, correct.

16       Q.   Do you think that this pipeline

17  reference is a number that's before or after it was

18  updated by the sales reps?

19       A.   I -- I don't recall.

20       Q.   Okay.  Going down to Consulting --

21       A.   Uh-huh.

22       Q.   -- looking at, I guess, the sixth or

23  seventh bullet point down, it has the utilization at

24  57 percent.

25       A.   Uh-huh.

1    impacting projected tech results in that segment."

2    You see that?

3         A.   Yes, I do.

4         Q.   Now, were you experiencing the same

5    issues in OPI that David Winton is articulating here

6    in or around January of 2001?

7         MR. GIBBS:  Objection.  Vague and compound.

8         THE WITNESS:  It's the question of what you

9    mean by saying -- we did not have any dot-coms in

10   OPI.  The way we structured it, the -- with General

11   Business took on the smaller businesses, and

12   dot-coms were John -- John Nugent's responsibility

13   and George's since John reported to George.  We

14   didn't have dot-coms, so I, to answer your question,

15   did not have the impact of dot-coms.

16   BY MR. WILLIAMS:

17        Q.   I'm actually talking about Consulting as

18   well.  OPI's License Sales and Consulting.

19        A.   I -- I don't recall an impact like they

20   were feeling here because of the dot-coms.  And as

21   you can see, six weeks before the quarter's over

22   they're highlighting this issue and building it into

23   their forecast.

24        Q.   Now, does -- withdrawn.

25             Would a softening pipeline in Majors and

1    General Business have an ultimate effect on

2    consulting sales?

3            A.   Would a softening in GB or Majors, is

4    that what you said --

5            Q.   Uh-huh.

6            A.   -- have an -- on their pipeline have an

7    impact on consulting?

8            Q.   Uh-huh.

9            A.   In the end, no.  What would impact

10   consulting is actually the number of deals and the

11   dollar value associated with it.  Again, in General

12   Business, it would tend to have less of an impact on

13   consulting because we probably did fewer of those

14   engagements than we did in national accounts or

15   major accounts and in OPI.

16           Q.   How about Majors?

17           A.   Majors and national -- Majors -- I said

18   national accounts or Majors.  Yeah, Majors, yeah.

19   It's not about the pipeline.  It's about what you

20   get across the finish line.

21           Q.   Okay.  Doesn't the company -- didn't the

22   company use the pipeline to forecast sales?

23           A.   When you say "company," what do you mean

24   by "company"?

25           Q.   Oracle.

```
 1        A.    But who?

 2        Q.    The company itself, Oracle.

 3        A.    No.

 4        Q.    Okay.

 5        A.    I mean, it -- what my -- I say "no."

 6   What I did in my business -- and I'm sure you can

 7   find out from Sergio and the others how they did

 8   it -- is you did it based on specific deals,

 9   knowledge of specific customers.  Pipeline was

10   interesting, and we paid attention to it.  But my

11   forecast, to answer your question, was based on

12   specific deals.

13        MR. WILLIAMS:  I'm going to ask the reporter

14   to mark this document as Sanderson No. 18 -- 19.

15   It's Bates numbered NDCA-ORCL 069368 through 386.

16        (Document titled "Financial Ops Reviews"

17   marked Exhibit 19 for identification.)

18        THE WITNESS:  Shawn, is this another document

19   you want me to look at the whole thing or do you --

20        MR. WILLIAMS:  Yeah, I think you should just

21   take a look at the whole thing, and then you can

22   just let me know when you're done.

23        THE WITNESS:  Okay.

24   BY MR. WILLIAMS:

25        Q.    Okay.  Do you recognize the document?
```

```
 1          A.    No.

 2          Q.    It appears to be a Financial Ops Review,

 3   right?  At least that's what it says on the first

 4   page.

 5          A.    Okay.

 6          Q.    And if you turn to the next page, ending

 7   369, the title is "EJS Q301 Ops Review," right?

 8          A.    Correct.

 9          Q.    And EJS, those are your initials?

10          A.    That's correct.

11          Q.    All right.  So, if anything, it would

12   mean or relate to either OPI and Consulting and

13   Latin America in 3Q '01, right?

14          A.    Right.

15          Q.    And are you able to tell from your brief

16   review of the document when it was created?

17          A.    I would say probably sometime -- I don't

18   know.

19          Q.    Okay.

20          A.    I don't know.

21          Q.    Okay.

22          A.    Since Q3 '01, it's giving an ops review

23   for Q3 '01, it would be sometime either during

24   Q3 '01 or, most likely, Q4 '01.

25          Q.    Well, if you go to the next page, ending
```

1    Specifically, Sanderson noted demand for ERP is

2    surprisingly robust, while advanced planning and

3    scheduling, CRM and SCM, products also are

4    performing well."  See that?

5         A.   Yes, I do.

6         Q.   Did you do a PowerPoint presentation?

7         A.   I -- I don't recall what I used for

8    the -- for my meeting there.

9         Q.   And when you told her that CRM and SCM

10   products are also performing well, did you mean that

11   they were selling well or they were functioning well

12   technologically?

13        MR. GIBBS:  Objection.  Lack of foundation.

14        THE WITNESS:  Those are her words, and that

15   was -- as I said, I don't ever remember seeing this

16   document.  I think you'd have to ask Gretchen what

17   she meant by those terms.

18   BY MR. WILLIAMS:

19        Q.   Well, she says that you noted "demand

20   for ERP is surprisingly robust, while advanced

21   planning and scheduling, CRM and SCM, products are

22   also performing well."

23        A.   I may have said that.  My only point is

24   this is not a direct quote from me.

25        Q.   Okay.

1          A.    This was Gretchen's interpretation of

2    what I said.

3          Q.    Okay.

4          A.    That's the only point that I'm making.

5          Q.    All right.  As you sit here today, do

6    you believe that she was incorrect here?

7          A.    You're asking me to recall something

8    from a long time ago and questioning, the way I

9    interpret is, Gretchen's veracity.  And I obviously

10   don't have any reason to -- on 787, it highlights

11   120 live customers, 1300 implementations in process,

12   3500 copies of the application shipped.  And that

13   must have been the basis for her making that

14   statement.

15         Q.    Well, what must have been the basis for

16   her making that statement?

17         A.    I'm sorry.  When you look at these

18   numbers, and this would be the kind of information

19   that I would walk in with into an analyst meeting.

20   And I -- I am speculating that from that kind of

21   information she would draw those conclusions.

22         Q.    You're not saying that you did not say

23   to her substantively, not quoting, that demand for

24   ERP is surprisingly robust, while advanced planning

25   and scheduling, CRM and SCM, products are also

1    performing well?

2         A.    My challenge, Shawn, is you're asking me

3    to recall something that happened five and a half

4    years ago.  And I just don't recall.

5         Q.    That's fair.  Do you know if she

6    e-mailed this report to you or anyone at Oracle?

7         A.    I don't recall.

8         Q.    It's fair to say --

9         A.    I don't recall receiving it.

10        Q.    Okay.  On 786 she writes again "Oracle

11   EVP Sandy Sanderson visited our offices on Tuesday.

12   Mr. Sanderson is responsible for Oracle Exchanges,

13   Oracle Product industries, Oracle Consulting, and

14   Latin America Division."  You see that?

15        A.    Yes, I do.

16        Q.    That's correct, right, at least at the

17   time?

18        A.    No.

19        Q.    No, it wasn't correct?

20        A.    The reason I say that is, as an example,

21   it's largely correct, Shawn.  But Oracle Consulting,

22   if you recall, I had Oracle Consulting for U.S.,

23   Canada, Latin America and OPI.  I did not have

24   worldwide consulting.  I mean, I didn't have

25   responsibility for consulting in AsiaPac, EMEA.  I

```
 1   Relations?

 2        Q.   Okay.

 3        A.   Was she?  If she was -- I can't remember

 4   if she was Investor Relations or PR.  I believe it

 5   was Investor Relations.

 6        Q.   Okay.

 7        A.   Okay.  And if that's the case, yes, it

 8   would have been her group.

 9        Q.   Okay.  And Miss Teagarden goes on to

10   write, "To recap, Oracle's 11i E-Business Suite

11   includes modules for traditional ERP (HR,

12   financials), CRM (sales and marketing),

13   eProcurement, supply chain management (SCM), and

14   exchanges.  Oracle reiterates two value propositions

15   for the suite solution versus the best-of-breed

16   approach."

17             Then for the bullet points, she writes,

18   "The suite provides a single view of the customer

19   across the enterprise by incorporating a single data

20   module."  See that?

21        A.   "Data model."

22        Q.   I'm sorry.  Data model.

23        A.   Correct.

24        Q.   And that's something that you told her,

25   right?
```

1          A.    Yes.   I mean, I say "yes," that was one

2    of our key messages around 11i, correct.

3          Q.    Okay.   And the next is that "The suite

4    is pre-integrated and fully interoperable out of the

5    box, helping to lower consulting costs and time to

6    value."

7               That's something that you would have

8    told her too, right?

9          A.    Along that line, what -- the message

10   that we had was that it was all about the Oracle

11   solution versus best-of-breed.   And if you use

12   best-of-breed, meaning that you would couple

13   together interface products from different vendors,

14   you would have to do that interfacing.

15               For example, if you were interfacing

16   Oracle -- Oracle financials to PeopleSoft's HR, what

17   we did with E-Business Suite is we did all of that

18   interfacing or integration already for the customer.

19         Q.    I understand.

20         A.    And that was a very distinct difference

21   to best-of-breed.

22         Q.    Sure.   I understand.   So -- so, where

23   she writes, "The suite is pre-integrated and fully

24   interoperable out of the box, helping to lower

25   consulting costs and time-to-value," that's

1   something that you would have indicated to her?

2          A.   No.  I would have -- to be -- if we're

3   going to get that specific, the suite is

4   pre-integrated, that's true.

5          Fully interoperable out of the box, I

6   wouldn't say that because you've got to -- it

7   implies if it's fully operable out of the box, you

8   take it out of the box and you put it on the table

9   and somehow it works.  It has to be put on the

10  customer's hardware, unless they were having a

11  hosted environment.  You've got to set the

12  parameters with the additional -- for each of the

13  applications specific to that customer, et cetera.

14         Q.   Okay.

15         A.   Now, helping to lower consulting costs

16  is true, because one of the things that we did in

17  Consulting that was counter to other consulting

18  businesses out there, many of the consulting

19  businesses, like Accenture or IBM Services

20  Consulting Services, wanted to maximize the amount

21  of consulting services.

22         At Oracle, our play was around the

23  product.  And so, the more that we could integrate

24  the product, the less consulting time that required.

25         Q.   Okay.  So, the section that says "fully

1          A.    She used to work for me.  She was in my

2    group, and then she -- she ran my applications

3    service line.  And then she had an opportunity to

4    have a promotion, and I believe that she went over

5    and ran the partnering program, I think, for the

6    company or for the Americas.  I think probably for

7    the -- I'm not sure, but she went into some

8    partnering role, but it was a promotion for her.

9          Q.    And that was similar to what Valerie

10   Borthwick was doing?

11         A.    Valerie's focus on partnering was

12   largely around the General Business space.  What

13   Renee, as I recall, was doing, was focusing on

14   partner programs in general, whether it applied to

15   Majors, whether it applied to OPI.

16              She would have relationships with

17   companies like Accenture, Deloitte.  I remember she

18   actually brought Deloitte into my office a couple of

19   times.  And it could be Price Waterhouse when --

20   before they became part of IBM Global Services,

21   those kinds of things.

22              So, she would have kind of the more

23   executive-level relationships, broad-based

24   relationships within those companies.  And in those

25   companies, they would typically have a Renee Ni-like

```
 1    person that she would connect with.

 2         Q.   Okay.  Let's take a look at page 11 --

 3         A.   Okay.

 4         Q.   -- and from line 12 down to 25.  If you

 5    can just read that to yourself.

 6         A.   Okay.

 7         Q.   Okay.  Here's what you're talking about,

 8    the E-Business Suite, right?

 9         A.    It is, but particularly a subset of the

10    E-Business Suite, and that is the one -- the concept

11    of one data model for all the applications.

12         Q.   Right.  And then you talk about that,

13    the single customer database.  And line 22, you say,

14    "Whether you're touching them there.  Whether you're

15    touching them through once you've taken the order,

16    through orders that once you capture that order,

17    that that impacts your manufacturing," et cetera,

18    are you referring to order management or supply

19    chain management there?

20         A.   What I'm talking about is, regardless of

21    the application, if -- within the E-Business Suite

22    or the module within the E-Business Suite, if it's

23    touching the customer, it's going to go to one

24    database.

25              So, to answer your question, if it's
```

```
 1    accounts receivable, if it's taking an order, if

 2    it's -- if it has something to do with manufacturing

 3    a product, a discrete product for a particular

 4    customer, that would all be captured in that single

 5    database.

 6         Q.   Okay.  So, you're not talking about a

 7    specific module in that section?

 8         A.   No.  It's actually a series of

 9    modules --

10         Q.   Okay.

11         A.   -- just showing that the architecture of

12    the product was that you had one database, which was

13    a real advantage over best-of-breed solution because

14    then everybody brings their own customer database

15    in, and that's when you have to do the interfacing.

16         Q.   Okay.  If you go to page 13 at the

17    bottom --

18         A.   Okay.

19         Q.   -- you -- looks like you're talking

20    about -- well, you say, "For example, in the sales

21    area, the sales automation area, I can now -- Larry

22    can look at, for example, our forecast on a global

23    basis, our forecast around the world up to the

24    minute at any level of detail you want to see.  You

25    can go down to that account rep in Hungary or you
```

```
 1    can look at it on a global around the world."  See
 2    that?
 3           A.   Yes, I do.
 4           Q.   And that's referring to Oracle
 5    SalesOnline there?
 6           A.   That would be -- yes.  At least -- I
 7    can't say it's only Oracle SalesOnline but, clearly,
 8    Oracle SalesOnline is the module that comes to my
 9    mind that does that.
10           Q.   Okay.  And that's what -- well,
11    withdrawn.
12                Then later on on page 14, you say, "Now
13    I can see every deal out there that my reps around
14    the world are working.  So, that's a significant
15    benefit."
16           A.   Yeah.
17           Q.   Still talking about Oracle
18    SalesOnline --
19           A.   Most likely, yes.
20           Q.   -- mostly?
21                On the bottom of page 15, you say, "It's
22    all about 11i.  That's our E-Business Suite.  Here's
23    the status of our internal rollout because we're
24    implementing these in Oracle."  Right?
25           A.   Uh-huh.
```

1        A.    Correct.

2        Q.    Okay.   And -- and would you -- you list

3    three things here.   "We have to have a great

4    product, mind share and a good go-to-market plan."

5    What's a good go-to-market plan?

6        A.    If you walked into a partner -- and

7    let's call it Acme Consulting as a name -- just

8    making it up.   And you say, "We want to partner with

9    you," they go "Great."

10            But then the question is, "How are we

11   going to go to market together?"   And you might look

12   at Acme Consulting and see that they work with a lot

13   of small discrete manufacturers, maybe making little

14   engineered products, for example.   And so, they've

15   done a lot of work with those kinds of customers.

16            So, we'll say, "We'll work with you to

17   help you be successful in that space.   Maybe you've

18   worked with aerospace discrete manufacturers, and

19   we're going to introduce you to defense

20   manufacturers that have that product."

21            So, you lay out specifically

22   geographically by product those -- by product,

23   meaning Oracle product, how you'd work together,

24   what kind of resources you'd put on it, what kind of

25   training you might give them, that kind of thing.

```
 1          Q.    Looking at page 29 --

 2          A.    Okay.

 3          Q.    -- you're asked a question by someone,

 4    and they say, "Sandy, I'm curious about this new

 5    sales forecasting you have.  How is that working?"

 6    I guess they were referring to Oracle SalesOnline?

 7          A.    That would be my guess.

 8          Q.    And you say it's working great.

 9          A.    Right.

10          Q.    The next question is, "As you get

11    together every week and sort of roll up your

12    numbers, the economy -- what's the sense, what are

13    you hearing from the field in terms of how -- the

14    economy and sales cycles, anything changing there?"

15    See that?

16          A.    Yes, I do.

17          Q.    And you respond by saying, "We're

18    actually -- I guess I'd start out by saying our

19    pipelines are -- at application and database have

20    never been stronger."  You see that?

21          A.    Yes, I do.

22          Q.    Isn't it true that prior to

23    February 17th -- prior to February 13th of 2001,

24    the application and database pipelines had been

25    stronger than they were as of February 13th?
```

1          A.    Ask that question one more time.  I'm

2     sorry.

3          Q.    Isn't it true that prior to

4     February 13th of 2001, the pipelines around

5     database and application had, in fact, been stronger

6     just weeks before?

7          A.    What's your basis for saying that?

8          Q.    That's a question.  I have a good-faith

9     basis for asking the question.

10          A.    Yeah, and I don't know the basis that

11     you're asking for.  And I don't recall.

12          Q.    So, your answer to that question is --

13          A.    I don't recall.

14          Q.    -- you don't recall?

15          Okay.  You did see the request for

16     admission that Oracle responded to, right?

17          A.    Right.  But your assumption is it went

18     from 52 to 34 percent and that it never went back up

19     again.

20          Q.    No, I'm not assuming that.

21          A.    Yeah.  Well, yeah -- it happened, but

22     any time during a quarter you're going to have

23     fluctuations in the growth of your pipeline.

24          Q.    I'm not assuming that.  I'm just asking

25     you a question.  And your answer is you don't

1   together.

2            For example, I remember we had an

3   alliance with Dell and the -- the world was moving

4   from mainframe computers to actually small servers,

5   given the power of PCs.  And so, we had an alliance

6   with Dell where we worked collaboratively together

7   so that our database worked on their product, and

8   alliances would help facilitate that.

9            Q.   Okay.  Could the reason that Michael

10  DeCesare capitalized "all" be that HP didn't intend

11  to use all of the licenses that it bought but only

12  some of them currently?

13           MR. GIBBS:  Objection.  Lack of foundation,

14  calls for speculation.

15           THE WITNESS:  It is speculation.  I can't

16  imagine a customer buying -- take a step back.

17  Remember I said in database we sold by seats,

18  typically, as the number of users.

19           MR. WILLIAMS:  Right.

20           THE WITNESS:  It's the same thing in

21  applications.  We just happen, instead of using

22  "seats," we said "users" for application side.  I

23  can't imagine a client, a customer, buying --

24  spending money for something they're not going to

25  use.

```
 1              On the other hand, what Oracle would do
 2    sometimes, if the customer came back and said, "You
 3    know, I'm going to need -- I'm going to need 100
 4    users for an application.  I want to pay for 100
 5    users."  But their plan is to roll it out to the
 6    entire company, and that means that there's going to
 7    be a thousand users in the end, what we would do, as
 8    any software company would do, is go back and say,
 9    "Okay.  If you buy 100 users, we'll give you a
10    10-percent discount.  If you buy a thousand users
11    now, we'll give you a 25-percent discount."
12              And so, companies would look at not only
13    what their current needs are but their projected
14    needs, and so, sometimes companies would buy on that
15    base.  It was a win for them; it was a win for us.
16    BY MR. WILLIAMS:
17         Q.   Now, in circumstances like you've
18    described where a customer might say, "Well, I have
19    need for 100 now, but I intend to roll out to the
20    entire company over the next couple of years, so I'm
21    going to buy 1,000 now," would Oracle recognize the
22    revenue, the license revenue, for the entire 1,000
23    on that sale up front?
24         MR. GIBBS:  Objection.  Lack of foundation.
25         THE WITNESS:  One, it goes through rev req.
```

```
 1    I mean, any deal --
 2    BY MR. WILLIAMS:
 3         Q.    What does that mean?
 4         A.    Any deal goes through revenue
 5    recognition.  It was a group in Finance that looked
 6    at the deal.  And if there was any questions, they
 7    went to our accountants, outside external
 8    accountants, to verify it.
 9              But if it was a legitimate license deal,
10    HP bought, you know, license from Oracle, and it was
11    a legitimate deal, which our deals were, then you
12    got to recognize that revenue.  That's standard
13    revenue-recognition practices.
14         Q.    Okay.  I kind of got lost there.
15         A.    Okay.
16         Q.    When you say it's a -- if it's a
17    legitimate deal --
18         A.    Yeah.
19         Q.    -- just based on my hypothetical, are
20    you saying that if a customer said that it was going
21    to implement 1,000 users two years from now but only
22    was going to roll out 100 now --
23         A.    Uh-huh.
24         Q.    -- but you told them 1,000 licenses now,
25    are you saying that Oracle could recognize the
```

```
 1    revenue on the -- on 1,000 licenses upon the sale?
 2         A.   Yeah, because that's what --
 3         MR. GIBBS:  Objection.  Lack of foundation.
 4         THE WITNESS:  Yeah, because that's what the
 5    customer bought.
 6    BY MR. WILLIAMS:
 7         Q.   Okay.  Even if they weren't going to use
 8    it for a couple years?
 9         A.   That's the customer's decision, but
10    that's what they bought from Oracle.
11         Q.   Okay.
12         A.   It's as if a company said to an
13    automobile dealership, "I only need one car now, but
14    I'm going to need ten in a year," and we say, "Okay.
15    We'll give you 10 percent on that one car.  We'll
16    give you 25 percent on all the ten."
17              They might buy the ten.  That dealer
18    recognizes the revenue on all ten cars, even though
19    their customer may only be using one initially.
20         MR. WILLIAMS:  I'm told that the tape has to
21    be changed --
22         THE WITNESS:  Okay.
23         MR. WILLIAMS:  -- so why don't we take five.
24         THE VIDEOGRAPHER:  Off the record at
25    3:34 p.m., and this marks the end of Tape 3 of
```

1    probability, correct?

2         A.    Correct.

3         Q.    When you were doing your forecasts that

4    you then sent up the organization, did you rely on

5    the win probabilities in the OSO database?

6         A.    I would -- I would look at them, but

7    where I really relied was on the spreadsheet that I

8    talked about where it extracted data out of OSO

9    and -- that I had for East, Central and West in

10   categories -- categorized in the three categories

11   that I just mentioned a few minutes ago.

12             And that's where I focused on most

13   likely -- you know, what was most likely going to

14   happen, for a couple reasons.  One is I -- as much

15   as I would ask the sales reps to update OSO and keep

16   it accurate or keep it current, by human nature, it

17   didn't always happen.

18             And it could be for different reasons.

19   Somebody could have a million dollar -- I mean,

20   sorry -- a 5-million-dollar deal, and they'll put it

21   in as a million dollars.  And the reason is, most

22   likely, the people above or they're going to, most

23   likely, get less phone calls around a million dollar

24   deal than they will a 5-million-dollar deal.  It's

25   just the nature of salespeople.

```
 1              Also, as you go through the quarter, and
 2    particularly towards the end of the quarter in the
 3    last month, last couple weeks, last week,
 4    particularly in the last couple of weeks, the sales
 5    reps are not, by nature, keeping OSO -- at least
 6    when I was there, keeping OSO current because they
 7    were putting their energy around the deal and what
 8    it took to -- you know, they were putting all their
 9    focus specifically on the deal and not coming back
10    and updating OSO.
11              Also, just on the question -- so, that
12    was one issue about not being able to rely on the,
13    to your question, the probability factor that was in
14    percentage of OSO.
15              The second thing, again, I used those
16    spreadsheets, the extracted data, now formatted in a
17    way that I use particularly towards the end of the
18    quarter.  I found that was the best tool for me to
19    manage the process.
20         Q.   So, how did you go about determining
21    which deals were likely to close and how likely they
22    were to close during the quarter?
23         A.   I would talk to the AVPs.  I'd talk to
24    the regional managers.  Oftentimes I was talking to
25    the customers.  The sales reps like it when you came
```

1    out and visited their customers, bringing an

2    executive out to the customer.  So, I'd hear it

3    directly from the account managers.  And the fact

4    that I visited the customer, I'd oftentimes get the

5    input of that.

6              So, I'd take that various input, and

7    that would triangulate to me whether it fell -- what

8    category of those three categories it fell into, a

9    deal fell into.

10        Q.   You referred, in addition to win

11   probability, to the deal value --

12        A.   Right.

13        Q.   -- field within OSO.  Did you rely

14   solely on the deal value within OSO to figure out

15   what potential deals were worth?

16        A.   No.  I mean, it would give me -- at

17   particularly the beginning of the quarter, it might

18   give me an idea if I wanted to go online to -- I

19   mean, look at OSO.  But, no, for the reason I just

20   cited, is that they -- the sales rep sometimes

21   would -- I think Shawn used the term yesterday

22   "sandbag."  And at times, they would sandbag, and

23   they wouldn't highlight the size of the deal.

24        Q.   So, how, in addition to OSO, would you

25   go about figuring out what potential deals were

1    worth?

2         A.   For the very same process that I just

3    described on -- I mean, the same sources of

4    information as I described on the percentage

5    probability for the deal.  Talking to the customer,

6    account reps and other people within the sales

7    organization.

8              MR. GIBBS:  That's all I have.  Are we done?

9              MR. WILLIAMS:  Yep.

10             THE VIDEOGRAPHER:  Off the record at

11   5:42 p.m., and this marks the end of this

12   deposition.

13             (Deposition adjourned at 5:42 p.m.)

14                 *   *   *   *   *

15        I declare under penalty of perjury that

16   the foregoing is true and correct; that I have read

17   my deposition and have made the necessary

18   corrections, additions or changes to my answers that

19   I deem necessary.

20             Executed on this _____ day of

21   _____, 2006.

22

23

24        _____

25             EDWARD J. SANDERSON, JR.

1

2

3                        REPORTER'S CERTIFICATE

4

5            I, KAE F. GERNANDT, a Certified Shorthand

6    Reporter for the State of California, do hereby certify:

7            That the witness in the foregoing deposition

8    was by me duly sworn; that the deposition was then taken

9    before me at the time and place herein set forth; that

10   the testimony and proceedings were reported by me

11   stenographically and were transcribed through

12   computerized transcription under my direction; and the

13   foregoing is a true and correct record of the testimony

14   and proceedings taken at that time.

15           IN WITNESS WHEREOF, I have subscribed my

16   name this 3rd day of August, 2006.

17

18

19

20   _____

21           Kae F. Gernandt, CSR No. 5342

22

23

24

25

568