```
 1              IN THE UNITED STATES DISTRICT COURT
 2                 NORTHERN DISTRICT OF CALIFORNIA
 3                           ---oOo---
 4
 5                                              CERTIFIED COPY
 6   In re ORACLE CORPORATION
     SECURITIES LITIGATION
 7                                   FILE NO. C-01-0988-MJJ
 8   This Document Relates To:
     _____/
 9
10
11                          CONFIDENTIAL
12                DEPOSITION OF JENNIFER MINTON
13                    Friday, July 7, 2006
14
15              SHEILA CHASE & ASSOCIATES
16                    REPORTING FOR:
17                 LiveNote World Service
18              221 Main Street, Suite 1250
19            San Francisco, California 94105
20                 Phone: (415) 321-2311
21                 Fax:   (415) 321-2301
22
23
24   Reported by:
25   ANDREA M. IGNACIO HOWARD, RPR, CSR NO. 9830
```

1    Q   Okay. Was that for every quarter that you
2    were involved?
3    A   I don't recall.
4    Q   Okay. Do you recall any quarters that you
5    missed that your estimate was further off than the
6    field estimate?
7    A   I don't recall missing. I don't recall my
8    forecast missing up until Q3 of fiscal 2001.
9    Q   Do you ever recall your forecast being much
10   higher than the actual results at any time between the
11   time you started in Q3 of 2001?
12   A   What I do recall, generally speaking, is that
13   my predictive forecast was much closer to what the
14   actual forecasts -- what the actual results would be
15   for a quarter.
16   Q   Whether it's higher or lower --
17   A   I don't recall --
18   Q   -- correct?
19   A   -- whether or not I was ever higher or lower.
20   I'm sure I wasn't spot on. So I'm sure that I was
21   possibly a little over or a little under, but for the
22   most part, pretty much on target.
23   Q   Okay. Okay. Five and six, this will be
24   Financial Report 12, and this one will be Financial
25   Report 13. Excuse me. The second one will be

1   Financial Report Exhibit 54.
2           (Document marked Exhibit No. 12 and 54B
3           for identification.)
4           BY MR. BRITTON:  Q.  Before we get to the
5   reports, was your forecast, the potential forecast in
6   your upside reports, your best estimate at the time of
7   where the quarter would come out?
8       A   Yes.
9       Q   You did the best job you could to figure out
10  where at the end you're going to -- Oracle was going
11  to come up?
12      A   That is correct.
13      Q   Okay.  Now, when you talk about your forecast
14  being more accurate than the field, are you referring
15  just in general, or is there any specific points in
16  time throughout the quarter that your forecast was
17  more accurate than the field's forecast?
18      A   Whenever I had prepared a forecast for the
19  quarter, my forecast for a quarter, irrespective of
20  the date within the quarter that I prepared them,
21  prior to Q3 of fiscal 2001 was much closer to our
22  actual results for the quarter than what was submitted
23  by the field -- the field sales organizations.
24      Q   Okay.  Take a look at Financial Report 12 and
25  Financial Report 54 for me.

1    MR. WALD:  54?

2    MR. BRITTON:  Yeah.

3    MR. WALD:  54.  Doug, which is which?

4    MR. BRITTON:  Financial Report 12 is the Q1
5  '01 upside report.

6    MR. WALD:  Okay.

7    MR. BRITTON:  And it has Bates ORCL 0001374
8  through 1385.

9    MR. WALD:  Thank you.

10   MR. BRITTON:  And then Financial Report 54
11 starts at Bates ORCL 0009424 and ends at 9548.

12   MR. WALD:  Doug, I'm --

13   THE WITNESS:  Is this the same report?

14   MR. BRITTON:  This looks like we have a copy
15 error here.  Exhibit or Financial Report 54 does start
16 at 9424 and ends at 9548, but I haven't included all
17 of the pages in this exhibit.  When we get to the
18 binders, every page will be in the binder.

19   MS. KYROUZ:  Do you want this as a different
20 designation then?

21   MR. BRITTON:  Well, I think it's fair to say
22 it's a different excerpt.  Why don't we go 54A --

23   MR. WALD:  A, B --

24   MR. BRITTON:  Okay.

25   MR. WALD:  Since it's not a big document,

| | |
|---|---|
| 1 | upside potential forecast in 12 was over $100 million |
| 2 | higher than the actuals for Q1 '01? |
| 3 |     A    I'm sorry.  Where are you looking now? |
| 4 |     Q    Comparing Financial Report 12 -- |
| 5 |     A    Yes. |
| 6 |     Q    -- 1376, with Financial Report 54, 9441. |
| 7 |     A    Right.  It looks to be like they added |
| 8 | 220 million to the upside. |
| 9 |     Q    Right. |
| 10 |          So the potential forecast in this report was |
| 11 | 89 million, and the actual results were seven -- it's |
| 12 | very hard to read -- but in the 700-million range, |
| 13 | 789, I think? |
| 14 |     A    That appears to be about correct. |
| 15 |     Q    Okay. |
| 16 |          MR. WALD:  What is the date, Doug, on FR12, |
| 17 | the date FR12 was prepared? |
| 18 |          MR. BRITTON:  June 19th. |
| 19 |          THE WITNESS:  It says June 28th on this. |
| 20 |          MR. BRITTON:  Yeah, if you look back to |
| 21 | page 12 of the document, 1385, there is a footer at |
| 22 | the bottom right.  It says "6/19 upside." |
| 23 |          MR. WALD:  Okay. |
| 24 |          BY MR. BRITTON:  Q.  And you don't know who |
| 25 | took over the responsibilities for preparing the |

```
 1   upside when you were gone?
 2       A   There were a number of people that came to my
 3   aide while I was gone.  So it could have been
 4   Larry Garnick, could have been Lia Burke, it could
 5   have been -- I'm not sure that Ivgen Guner was there
 6   at the time, so I really cannot testify as to who
 7   prepared this.
 8       Q   Okay.  Now, you mentioned earlier that the
 9   sales force "sandbagged."
10       A   That is correct.
11       Q   Okay.  What's your understanding of the --
12   that term, how it was used at Oracle?
13       A   That they would commit to numbers that were
14   significantly less than what they would actually
15   deliver.
16       Q   Okay.  Was this a source of contention with
17   Mr. Ellison?
18       A   Yes, it was.
19       Q   And you testified earlier you don't remember
20   him ever changing the parameters for the forecasts for
21   the commit numbers; is that right?
22       A   Excuse me?
23       Q   You don't remember Mr. Ellison changing the
24   parameters or the criteria for the forecast number for
25   the field?
```

```
 1        A    I don't understand your question.
 2        Q    All right.
 3             Maybe I'll give you some documents to help
 4   you.  Minton -- what's the next in order?
 5             THE REPORTER:  31.
 6             MR. BRITTON:  This will be 31A, and this one
 7   will be 31B.
 8             THE WITNESS:  Are we done with these
 9   documents?
10             (Document marked Exhibit No. 31A - 31B
11              for identification.)
12             BY MR. BRITTON:  Q.  Okay.  The court
13   reporter has placed in front of you what's been marked
14   as Minton Exhibits 31A and 31B.
15             MR. WALD:  Which is which, Doug?
16             MR. BRITTON:  31A starts at Bates 202815 and
17   ends at 202998.  31B -- pardon me -- 31B starts with
18   NDCA-ORCL 202995 and ends with 998.
19             MR. WALD:  I think you just misspoke
20   yourself.  31A is 202815 through 821.
21             MR. BRITTON:  Through 821.
22             MR. WALD:  Okay.
23             MR. BRITTON:  And then 31B is 202995 through
24   202998.
25             MR. WALD:  Okay.  Yeah, you just misspoke
```

CERTIFICATE OF REPORTER

I, ANDREA M. IGNACIO HOWARD, hereby certify that the witness in the foregoing deposition was by me duly sworn to tell the truth, the whole truth, and nothing but the truth in the within-entitled cause;

That said deposition was taken in shorthand by me, a Certified Shorthand Reporter of the State of California, and was thereafter transcribed into typewriting, and that the foregoing transcript constitutes a full, true and correct report of said deposition and of the proceedings which took place;

That I am a disinterested person to the said action.

IN WITNESS WHEREOF, I have hereunto set my hand this _____ day of _____ 2006.

_____
ANDREA M. IGNACIO HOWARD CSR No. 9830