```
1      AFTERNOON SESSION                    1:06 P.M.

2

3              EXAMINATION BY MR. BRITTON (RESUMED)

4              THE VIDEOGRAPHER:  Back on record.  The time is

5      1:06.

6              MR. BRITTON:  Q.  Good afternoon.  Can you

7      describe the forecasting process for me at Oracle during

8      the relevant period?

9          A.    Sure.

10             As I testified earlier, we submit a forecast

11     every other week in month one and month two of the

12     quarter, and then weekly in month three of the quarter.

13     The various field finance analysts would submit the

14     forecasts on behalf of the business units.  Each

15     business unit -- when I say "business unit," for now I

16     am just going to refer to sales, license sales.

17             Generally speaking, each of the business units

18     would hold a forecast call on a weekly basis and review

19     the deals that were in the pipeline.  And then based on

20     those meetings, they would submit their forecasts in

21     to -- or the field finance people would submit the

22     forecasts to OFA on their behalf.

23             THE REPORTER:  To who?  I'm sorry.

24             THE WITNESS:  The field forecast would submit

25     the forecasts --
```

1             THE REPORTER:  Submit the forecasts to?

2             THE WITNESS:  In to OFA on their behalf.  OFA

3    being Oracle Financial Analyzer.

4             We would then consolidate the forecasts.  The

5    forecast was always submitted in local currency, and

6    then we would convert it into constant dollars using,

7    generally, the -- was the budget rate.  And we would

8    also convert it into U.S. dollars based on the most

9    recent exchange rate at that point in time.

10            But when evaluating the forecasts and

11   discussing the forecasts at ET calls, as an example, on

12   Mondays, we would always be talking about the constant

13   dollars -- or constant dollar forecast numbers.

14            MR. BRITTON:  Q.  When you said "the budget

15   rate," what are you referring to?

16       A.   At the beginning of every year, we have to take

17   the -- we have to translate the local currency amounts

18   into U.S. dollars, so we usually use the rate at the

19   beginning of the fiscal year; and that rate is used

20   throughout the entire fiscal year when translating the

21   local currency forecast amounts into U.S. dollars, so

22   that you have it -- that's why we call it the constant

23   dollar rate.

24       Q.   Okay.

25       A.   And the reason why we do that is that we want

1    to be able to evaluate the underlying financial results,

2    excluding the effect of currency impact fluctuations.

3         Q.   Okay.  So once the field finance people put --

4    input the information into OFA, do you have the same

5    quality check -- forget what you referred to it as,

6    what -- the budgeting process where you compare the

7    numbers?

8         A.   The tie-out?

9         Q.   The tie-out.

10        A.   Yes, I believe so.

11        Q.   Okay.

12        A.   It wasn't actually at that level of detail, but

13   I'm pretty certain that there's some tie-out that's

14   done.  I'm not sure if it's done every forecast period.

15        Q.   The individuals from the field, the field

16   finance people that would input the forecast information

17   into OFA, were those the same individuals that we

18   discussed earlier with respect to the budget?

19        A.   It -- it -- more likely or not, it would have

20   been their staff.

21        Q.   Their staff.  Okay.

22             Okay.  And once in OFA you would consolidate

23   the field's forecast into a single forecast,

24   consolidated forecast.

25        A.   That is correct.

**4/21/2005  Minton, Jennifer 30(b)(6)**

```
 1        Q.    Okay.  And then what would you do with it?

 2        A.    Generate a report, which is an EC management --

 3   sorry, a management summary forecast report.  And we

 4   would then take that report and link it into an Excel

 5   spreadsheet.  And that -- that is called the upside

 6   report, which is really a misnomer.  It's really the

 7   true forecast report.

 8             So we would then take the sum of the field

 9   forecasts, we would make adjustments to the forecasts to

10   come up with what the real company consolidated forecast

11   was.

12        Q.    Okay.  And then what would happen?  What would

13   you do with that report?

14        A.    The report would be distributed to certain

15   members of the executive management committee on

16   Mondays, but not all.

17        Q.    But not all Mondays or not all members?

18        A.    Not all members.

19        Q.    And who was on the executive management

20   committee during the relevant period?

21        A.    Another teaser question.

22             Okay.  Larry Ellison, Safra Catz, Gary Bloom,

23   but not for the entire relevant period, I don't believe.

24   Jeff Henley, Jay Nussbaum, Sandy Sanderson, either

25   Pierre Carlo or Sergio Giacoletto.  I'm not sure.
```

**4/21/2005  Minton, Jennifer 30(b)(6)**

1           THE REPORTER:  I'm sorry.  Pierre?

2           THE WITNESS:  Either Pierre -- Pierre Carlo or

3     Sergio Giacoletto.  I'm not sure at what point Sergio

4     took over responsibilities for EMEA.  Derek Williams,

5     who ran Asia Pacific.

6           And on the development side, Ron Wohl.  I'm not

7     sure when Mark Barrenechea -- if he was on it or not.  I

8     don't recall.  And then Chuck Rozwat.

9           But, again, people have come and gone, but that

10    would generally be the cast of characters.

11          MR. BRITTON:  Q.  Okay.  When you said that not

12    all members would receive the upside report, which ones

13    were excluded?

14       A.   Why don't I answer it in just the reverse.

15       Q.   Okay.

16       A.   Larry Ellison, Safra Catz, and Jeff Henley, as

17    well as myself, would see the consolidated forecasts,

18    because it contained very sensitive financial

19    information that we wanted to keep under control.

20       Q.   Okay.  So Larry Ellison, Safra Catz,

21    Jeff Henley, and yourself, were those the only

22    individuals in Oracle that would review the upside

23    report?

24       A.   That wasn't the question.

25       Q.   I --

**4/21/2005  Minton, Jennifer 30(b)(6)**

1      A.    The question was who received it.

2            MR. RUBENSTEIN:   On the executive committee.

3            MR. BRITTON:  Q.  Ah, right.  On the executive

4      committee, who received it?

5      A.    Right.

6            It's possible, I don't recall as to whether or

7      not Gary Bloom was given access at that point in time.

8      Q.    Was the problem with my question reviewing

9      it --

10     A.    Yes.

11     Q.    -- versus receiving it?

12     A.    That is correct.

13     Q.    Okay.  Who had an opportunity to review the

14     upside report?

15     A.    Members of my staff, so Ivgen Guner and/or

16     Lia Burke and Roberta Ronsse.

17     Q.    Anybody else on the executive management

18     committee that would review it as opposed to receiving

19     it?

20     A.    I don't understand your question.

21     Q.    All right.  Withdrawn.

22           Now, the executive management committee

23     meetings, those were every Monday?

24     A.    They were standing meetings scheduled for every

25     Monday, but there were times when the meetings would be

1    cancelled.

2        Q.   Okay.  And what time of the day did these

3    meetings occur?

4        A.   They generally occurred somewhere between 11:30

5    and 2:00 or 3:00 o'clock.

6        Q.   Okay.  And how long do they usually last?

7        A.   Depends on the number of items on the agenda.

8        Q.   Was the upside report reviewed at the executive

9    management committee meetings?

10       A.   I would say that Safra and Jeff would flip

11   through the review, the report.  The way that Larry

12   conducted the EC meetings, he didn't necessarily refer

13   to the report.  He liked to hear directly from each of

14   his direct-reports with regards to the forecasts.  He

15   would ask them to talk about their forecasts.

16       Q.   Okay.

17       A.   Every EC meeting starts off with the review of

18   the forecast, or I should say a discussion of the

19   forecast.

20       Q.   Okay.  Were there any other reports distributed

21   or reviewed at the EC meetings on Mondays, other than

22   the upside report?

23       A.   During the relevant period?

24       Q.   Yeah.

25       A.   Not that I prepared.

1    organization.  They came up with their own forecasts and

2    had their own way of analyzing their forecast and

3    defining what number they wanted to commit to.

4        Q.    Okay.  Are you familiar with how the business

5    units would enter information into the pipeline for

6    their individual sales units?

7        A.    The license sales reps were responsible for

8    entering in the opportunity, "the opportunity" being

9    defined as a potential deal that had the opportunity to

10   close in the current quarter.

11       Q.    And how would you define "pipeline"?  What does

12   that word mean to you?

13       A.    The pipeline represents -- it's a -- it's a

14   comprehensive number -- let me -- it's a comprehensive

15   population of all potential deals that have an

16   opportunity to be closed in a given quarter.

17       Q.    And what system did -- withdrawn.

18            Did Oracle use one system for its pipeline in

19   terms of gauging at what stage of the sales process a

20   given deal was, how likely it was to close in the

21   current quarter?

22       A.    There were Excel spreadsheets, as an example,

23   and OSO had the capability as well.  When tracking large

24   deals, they would indicate whether it was one or

25   whether -- you know, what percentage of likelihood or

**4/21/2005  Minton, Jennifer 30(b)(6)**

1   probability that a deal might close.

2        Q.   Okay.  And was there a -- a guide or any

3   specific parameters that the sales representatives would

4   use in terms of gauging how likely a deal was to close

5   in the current quarter?

6        A.   That was their best judgment.

7        Q.   Was there any type of regression analysis

8   performed at Oracle to predict the likelihood or -- or

9   the potential that deals in the pipeline would close?

10       A.   "Regression analysis"?  I don't understand what

11   you mean by that.

12       Q.   An analysis to predict, you know, using

13   information historically to predict what the information

14   was likely to close in the current quarter.

15       A.   At -- at corporate we performed a license

16   pipeline conversion analysis.

17       Q.   Okay.  So let's go back to the -- the

18   forecasting process again.

19            We were at the -- the business unit level, and

20   then it would get put into OFA, and then a consolidated

21   report would be prepared; and then you would make your

22   adjustments on the upside report, and then that would go

23   up to certain members of the executive management

24   committee.  I want to talk to you a little bit about how

25   you -- how you performed the upside adjustments.

**4/21/2005  Minton, Jennifer 30(b)(6)**

1              Can you describe that process for me, please.

2      A.    Sure.

3              The upside adjustments were based on a variety

4     of factors:  One was the license pipeline conversion

5     analysis.  We would take a look at the pipeline for the

6     same corresponding prior year period, and look at what

7     actually closed as a percentage of that pipeline to come

8     up with a historical pipeline conversion ratio.  And we

9     would apply that to the current pipeline in order to

10    predict what we thought would be the actual conversion

11    or the actual -- the actual conversion of that pipeline

12    for the current quarter.  And we broke it down by

13    geography or business unit.  And it was in totality a

14    fairly good -- had proven to be a fairly good predictor

15    of what our true forecast and actual reports would be.

16             And in addition to that, we held in the

17    Americas, we held meetings on Thursday afternoons, and

18    we would review the Americas' forecast, which was

19    inclusive of LAD; and we would talk about large deals,

20    what the opportunities were.  Various folks would attend

21    those forecast calls; Jeff Henley, myself, my staff,

22    the -- the four EVPs, Frank Varsano, Jay Nussbaum,

23    Sandy Sanderson.  And sometimes Larry would join and

24    Safra would join.

25             And those calls -- again, we reviewed in more

**4/21/2005  Minton, Jennifer 30(b)(6)**

1    detail than we did in the EC meetings on Monday the

2    opportunities for the current quarter to determine what

3    the likelihood was that they were going to close.

4         Q.   And describe those calls for me.

5              What type -- what types of questions were being

6    asked and what types of answers were being given during

7    those calls?

8              MR. RUBENSTEIN:  Object to the form.

9              MR. BRITTON:  You can answer.

10             MR. RUBENSTEIN:  You can answer.

11             THE WITNESS:  Oh, okay.

12             MR. RUBENSTEIN:  I'm sorry.

13             THE WITNESS:  We would ask each business unit

14   leader whether -- what their forecast was.  They would

15   talk about their worst case, their best case, as well as

16   what their commit number was.

17             And, again, they would reveal -- or not reveal,

18   but they would review the status of certain large

19   transactions and at times would ask for executive

20   involvement to ensure that a deal progressed and -- and

21   closed during the course of a quarter.

22             MR. BRITTON:  Q.  How would the information

23   that you obtained on these Thursday calls affect the

24   upside adjustment in your upside reports?

25        A.   There were oftentimes large bi- -- large deals,

**4/21/2005  Minton, Jennifer 30(b)(6)**

 1    what I will refer to as a mega deal, that somebody may

 2    not want to put in their forecast, because it was

 3    binary, and they would talk about it on the call and --

 4    and refer to it as likely to close, but they didn't want

 5    to put it in their forecast yet, as an example.  So I

 6    would take information like that.

 7            I would also talk to the field finance folks

 8    reporting to me, or eventually reporting to me, and get

 9    their independent thinking as to whether -- whether or

10    not the forecast was a likely outcome or if there was

11    more upside to the forecast.

12            And based on all that input, including the

13    analysis of the historical conversion ratio, I would

14    make some upside adjustments to the submitted forecast

15    to come up with the company's consolidated forecast, and

16    that's the forecast that we always relied upon for

17    setting expectations.  That would be the potential

18    column in the upside reports.

19        Q.    Okay.  So this was for the Americas.

20            So let's -- what I'd like to do is -- is talk

21    about who the field finance folks that you were speaking

22    to for each of -- of the different units.  I know we

23    talked about at least one, the assistant, the one that

24    supported the business head.

25            Were there others that you would speak to for

1    OPI, OSI or NAS or LAD to get an indication about the

2    likelihood of potential deals closing?

3        A.   Again, I would speak to the key financial

4    person that was supporting the business unit leader.

5        Q.   So --

6        A.   So Sarah Kopp, David Winton, Jim English,

7    Cheryl McDowell, William Plant, Greg Davies, all the

8    names that I testified to earlier this morning.

9        Q.   And how would those individuals be in a

10   position to tell you the likelihood of a potential deal

11   or mega deal closing?  What was their knowledge source?

12       A.   They would participate in the weekly forecast

13   calls that the business unit leaders held with their

14   sales management, so they got to hear each of the sales

15   managers speak to all the deals in their pipeline.

16       Q.   Okay.

17       A.   These meetings could be like three-, four-hour

18   long meetings.

19       Q.   Okay.  And when you had your discussions with

20   the field finance individuals, were -- were your upside

21   adjustments based upon their opinion about the

22   likelihood of it closing, or would they describe where

23   that particular transaction was in the sales process?

24       A.   It wasn't necessarily on a transaction-by-

25   transaction basis.  It was based on their own

**4/21/2005  Minton, Jennifer 30(b)(6)**

```
1    developed is the upside report.

2         Q.   Right.

3         A.   And I did not use this to develop the upside

4    report.

5         Q.   The upside report, okay.  Okay.  Put that

6    aside.

7              Okay.  Now going back to the pipeline

8    calculation that you performed, or that you looked in

9    connection with the upside report, did you adjust that

10   conversion rate to take into account any external

11   factors that may cause one year's results to be

12   different than the prior year's results?

13        A.   No.

14        Q.   Any economic factors whatsoever?

15        A.   No.

16        Q.   No.  Okay.

17             So even though the market had changed

18   significantly in terms of like dot-com business, the

19   conversion rate, you didn't adjust for that at all when

20   you converted it over for purposes of making your upside

21   adjustments?

22             MR. RUBENSTEIN:  Object to the form.

23             THE WITNESS:  I did not consider any economic

24   factors when performing the license -- when we prepared

25   the license pipeline conversion package, it is solely
```

**4/21/2005  Minton, Jennifer 30(b)(6)**

1   based on applying the historical conversion rates for

2   the same prior year corresponding period to the current

3   pipeline to determine what the upside would be.

4          MR. BRITTON:  Q.  Okay.  And then you would

5   make your adjustments upward based upon that conversion

6   rate, plus talking to the financial heads in other

7   conversations that you had with business heads; is that

8   fair?

9       A.   Yes.  I would use a variety of data inputs to

10  come up with what I felt was the appropriate upside

11  number to get to the total consolidated forecast for the

12  quarter.

13      Q.   Did you ever adjust those numbers down based

14  upon the conversion rate and your conversations?  Did

15  you ever, in preparing the -- the consolidated upside

16  report, did you ever make adjustments downward to the

17  license revenues?

18      A.   Sure.

19      Q.   Okay.  And what circumstances would cause you

20  to make the adjustments down?

21      A.    In the event that the pipeline -- historical

22  pipeline conversion rate may have indicated a -- a lower

23  license forecast than what was submitted, that would be

24  one reason.  Another reason is there could have been an

25  error in the forecast submission that came to my

1    attention, and, therefore, I needed to adjust the

2    forecast down.

3              So, you know, it -- it -- the upside column was

4    not just, you know, to make changes based on upside

5    reports or other additional information that I received.

6    It was also used to reflect any errors -- any

7    corrections to errors that were made in the underlying

8    forecast that was originally submitted in OFA.

9       Q.    Okay.  So if, say, for example, Jay Nussbaum

10   submitted his forecast that said a million dollars for

11   the quarter, and that analysis was based upon deals that

12   were in the pipeline that were likely -- likely to

13   close, you would actually make an adjustment downward

14   for -- for the upside forecast if circumstances

15   warranted -- if circumstances warranted it?

16      A.    If -- if there was an error in the original

17   forecasts that were submitted, I would have adjusted it

18   downward.  If the historical pipeline conversion ratio

19   told me that his forecast did not seem achievable based

20   on his historical conversion trends for the like for

21   like periods, then I would adjust it down.

22      Q.    Now, did the business -- the individual

23   business units have access to their historical

24   conversion rates for them, those periods?

25      A.    Yes, they did.

1       Q.    And did they take those conversion rates into

2    consideration in preparing their forecasts?

3       A.    Again, I was not involved in developing their

4    forecasts.  That was done at my direct's level working

5    directly with the business unit, so -- everybody had

6    their own methodology for determining what their

7    forecast was going to be.

8       Q.    Okay.  I've read a lot about the term "hockey

9    stick," and I'm sure you are familiar with that term.

10          What does -- what does the hockey stick mean to

11   you?

12      A.    The hockey stick means that a large percentage

13   of the license revenues would be recorded at the end of

14   the last few days of a quarter rather than erratically

15   throughout the course of the quarter, if you are looking

16   at it on a quarterly basis.

17      Q.    Right.

18      A.    I would say the same would apply, even on an

19   annual basis.  We tend to record more license revenues

20   in the fourth quarter than any other prior quarter

21   because the sales comp plans during the relevant period

22   had accelerators, and so the sales force was more

23   incentive to close and increase their commission rates

24   in the fourth quarter.

25      Q.    Was the hockey stick effect also based upon the

1        MR. BRITTON:  Q.  So the more deals you put in,

2  the better your results have to be, okay.

3     A.  No, that's not what I said.

4        MR. RUBENSTEIN:  You can -- you can clarify.

5        MR. BRITTON:  Q.  Yeah, go ahead and clarify.

6     A.  Sure.

7        There was, particularly within the North

8  America sales organization, a certain, what I would call

9  forecasting style or personality whereby nobody wanted

10  to miss their commit forecast and they wanted to exceed

11  it, and as -- so I refer to that as sandbagging --

12     Q.  Okay.

13     A.  -- and there was pretty consistent behavior

14  where the gentlemen in question in North America

15  consistently exceeded their forecast, and therefore,

16  that's why the upside analysis was -- why the upside

17  adjustments were made, so that we could get to what we

18  really thought we were going to do in a given quarter.

19     Q.  The conversion rate, do you understand how --

20  what the calculation was to get to the conversion rate

21  for any particular quarter?

22     A.  Well, the license conversion rate represents

23  the amount of actual license revenue recognized as a

24  percentage of the total pipeline at any point in the --

25  in the quarter.

1      Q.   Okay.  So for purposes of your forecasting for

2   third quarter of 2001 --

3      A.   Uh-huh.

4      Q.   -- which -- at what point in time were you

5   looking at for the calculation the conversion rate from

6   the prior year, the last day of the quarter, middle,

7   beginning?

8      A.   Again, we would have a forecast process whereby

9   a forecast was submitted every other week in month one,

10   month two, and month three it was done weekly.

11      The prior year conversion rate was taking the

12   prior year's actual license revenues for the quarter, so

13   that was a constant, as a percent of the total pipeline

14   during week two, week four, week six, week eight, nine,

15   ten, eleven, and twelve during a quarter.

16      Do you understand?

17      Q.   Yeah.

18      A.   So the historical conversion rates for the same

19   prior year corresponding period during the forecast, you

20   know, during the current year's forecast, were applied

21   to the pipeline in the current year to estimate what we

22   thought would be the actual license revenue results for

23   the quarter.

24           (Whereupon, Plaintiffs' Exhibit 14 was

25           marked for identification.)

1           MR. BRITTON:  Q.  I placed in front of you

2      what's been marked as Exhibit 14.  Will you take a

3      moment to look at this exhibit.

4           And for the record, Exhibit 14 starts at Bates

5      040837 and ends at Bates 040841.

6      Q.   Okay.  Have you had an opportunity to look at

7      Exhibit 14?

8      A.   Yes, I have.

9      Q.   And do you recognize it?

10     A.   No, I do not.

11     Q.   Okay.  If you look at the third page --

12     A.   But can I clarify?

13     Q.   Sure.

14     A.   Corporate did a different pipeline analysis,

15     but this is a license pipeline conversion analysis.

16     And --

17          THE REPORTER:  This is a what?  I'm sorry.

18          THE WITNESS:  A license pipeline conversion

19     analysis.

20          Again, prepared at the divisional level,

21     obviously, for George Roberts.

22          MR. BRITTON:  Q.  So looking at this document,

23     can you tell if the calculations that are going on in

24     this document are the same ones that we were talking

25     about before in terms of taking the actuals against the

1      1 million, and dividing that by the pipeline for the

2      same period of 1.9.

3          Q.    Okay.

4          A.    And that gives you a forecast conversion ratio

5      of 53 percent.

6               So if you multiply the historical conversion

7      ratio of 53 percent by the current quarter's pipeline of

8      2.961, the -- the estimated license revenues for the

9      current quarter would be 1.7 million.

10         Q.    Okay.

11         A.    If you take the 1.7 million versus the forecast

12     of 1.25 million --

13         Q.    Yeah.

14         A.    -- for Q3 FY '01, you come up with your

15     estimated upside of roughly 510 million.

16         Q.    Okay.  And that -- that upside is not the

17     upside you were talking about before, the -- the -- the

18     best estimate upside?  This isn't your upside

19     adjustment?

20         A.    This is -- this is our forecast pipeline

21     conversion ratio analysis.  I'm sure you are going to

22     show me shortly one of our upside reports.

23         Q.    Yes.

24         A.    And it's not necessarily a hundred percent

25     going to equal this number.

**4/21/2005  Minton, Jennifer 30(b)(6)**

```
1          Q.    Okay.

2          A.    In fact, I would beg to differ that it ever

3    would.

4          Q.    Okay.

5          A.    Because, you know, they're -- they're round --

6    they're rounded.

7                The one -- the one thing that's really

8    interesting to note is that you could take -- you could

9    look at a geography, let's say Germany, and, you know,

10   if you were to apply their historical ratio, you may

11   come up with a number and they may not get that number.

12   They may not hit it at the end of the day.

13                But, you know, historically speaking, when you

14   looked at it in totality, we -- these were fairly

15   predictive tests of what the total consolidated license

16   revenue growth was going to be.

17         Q.    Okay.

18         A.    But we would not just throw this number in --

19   in the upside analysis --

20         Q.    Uh-huh.

21         A.    -- without also validating it by knowing that

22   there were large deals in the pipeline that weren't

23   forecasted by, you know, getting additional information

24   that made us comfortable with how we arrived at our

25   upside numbers.  It was more of an art than a science.
```

1       Q.    Okay.   Okay.   And then the last column,

2   "Potential Growth With Upside."

3       A.    Right.   That would say, assuming that the

4   historical conversion rate if applied to the current

5   pipeline, if that came true, that we would have a -- I

6   think that says 70 percent growth and -- is that 70, or

7   is that 30?

8       Q.    Looks like 70 to me.

9             MR. RUBENSTEIN:  Yeah, looks like 70.

10            THE WITNESS:  Doesn't quite look right to me.

11            MR. BRITTON:  Q.  Which two columns are giving

12  you this percentage here, whatever it is?

13      A.    This would be taking the one million seven.

14      Q.    Yeah.

15      A.    And it should be dividing it as a percent of

16  the one point -- of the actuals in the prior year, so it

17  is right.  Of 1 -- of 1,029,196 --

18      Q.    Oh, okay.

19      A.    -- to get to the 70 percent.

20      Q.    Okay.   Very good.   Thank you.

21            Now, the -- the copy that you were working off

22  of that was this size, was it clearer to read than this;

23  so if we got a better copy machine, would we be able to

24  see these numbers better?

25      A.    I don't know if this is an issue as to how it

1     A.   Not that I know of, because I don't know what

2     this is.

3               (Whereupon, Plaintiffs' Exhibit 18 was

4               marked for identification.)

5          MR. BRITTON:  Q.   The court reporter has placed

6     in front of you what's been marked as Exhibit 18.

7          For the record, Exhibit 18 starts with Bates

8     025049 and ends at 025067.

9          Can you take a quick look and let me know if

10    you recognize these documents.

11    A.   Yes, I do.

12    Q.   Okay.  It appears to me that this is and

13    accumulation of a number of different e-mails; is that

14    fair?

15    A.   It is up through 025054.  Which number am I

16    supposed to be going off, the MDCA or the CA?

17    Q.   Yes --

18    A.   So up to that point, it is.

19    Q.   Okay.

20    A.   And I don't know how this enters into this next

21    one, 02055.

22    Q.   Right.

23    A.   I don't know how it commits in this bucket

24    [sic].

25    Q.   Okay.

4/21/2005  Minton, Jennifer 30(b)(6)

1        A.   But then the remaining are -- the remaining are

2    the same e-mails.  So these are the flash reports that

3    we get towards the end of the quarter from Lauren Mahon.

4        Q.   Okay.  Now, when you -- when you said the

5    remainder, if you look at 25058 through 061 --

6        A.   No, 25056.

7        Q.   I have more than --

8             What -- what page does yours end?

9        A.   So there's just one --

10            MR. RUBENSTEIN:  Mine ends with 67.

11            MR. BRITTON:  Right.

12            THE WITNESS:  So there's just one page, 025055.

13            MR. BRITTON:  Q.  Right.

14        A.   That is not the same --

15        Q.   Not the same.

16        A.   -- as 025056 through --

17            MR. RUBENSTEIN:  What about 58 and 59?

18            MR. BRITTON:  Look at 58 through 61.

19            MR. RUBENSTEIN:  Through 61, right.

20            THE WITNESS:  No, those aren't either.

21            MR. RUBENSTEIN:  Okay.

22            MR. BRITTON:  Q.  So these --

23        A.   Those -- those -- I have no idea why -- why

24    025058 would be in the stack, or 02059.

25            MR. BRITTON:  Q.  Okay.  So let's focus on

1      the -- on the pages --

2          A.   Or 025060 --

3          Q.   Or 61.

4          A.   -- or 025061.

5          Q.   Let's focus on the pages that talk about the

6      big deal status.  Do you recognize --

7          A.   Big deal updates, yes.

8          Q.   Big deal updates.  You recognize these?

9          A.   Absolutely.

10         Q.   You referred to this as a flash report?

11         A.   This is the big -- this is the big deal update

12     report.

13         Q.   Okay.  And how often were these prepared?

14         A.   They were prepared like in the last week or so

15     of the quarter.  I have it here, if you can give me just

16     a minute so I can get back.

17              They were prepared essentially starting

18     somewhere around the last week of the quarter.

19         Q.   They'd be prepared daily?

20         A.   Yes, that's correct.

21         Q.   Okay.  Now, this -- this top e-mail talks about

22     this report only dealing with deals above $500,000,

23     unlike OSO, which includes all deals.

24              Does this refresh your memory on whether Oracle

25     was using OSO prior to the upgrade to 11i in December?

**4/21/2005  Minton, Jennifer 30(b)(6)**

```
1          A.   Again, I believe that OSO was used -- I don't

2     know when OSO was implemented.  I do believe that one of

3     the sales divisions used it first so that they could

4     help development to find additional features and

5     functionality.  This has nothing to do with OSO.

6          Q.   Right, right, right.  This was -- okay.

7               What -- what program did Ms. Maha -- Mahon use

8     to -- to create these flash reports?

9          A.   She used a report that was called Approvals

10    2000 Report.

11         Q.   Approvals 2000.

12              So is it fair to say that this is a subset of

13    the Approvals 2000 Report?

14         A.   It is a summary.

15         Q.   Summary of it, okay.

16              Who is Lauren Mahon?

17         A.   Lauren Mahon is currently my vice president

18    responsible for North America finance operations.

19         Q.   Okay.  And what was her position during the

20    relevant period?

21         A.   I do not recall what position.  She clearly had

22    responsibilities still, as she does today, for the

23    contract administration group.

24              So just to clarify, sometime between this

25    period in question, November 2000 and today, I have
```

**4/21/2005  Minton, Jennifer 30(b)(6)**

1    moved additional folks underneath her, so Sarah Kopp,

2    who used to report directly to me, now reports to

3    Lauren.

4        Q.   Okay.  How would you use the information that

5    is contained in these big deal status reports in your

6    forecasting for the upside adjustments?

7        A.   I didn't.

8        Q.   You didn't use them at all?

9        A.   No.

10       Q.   Okay.  Then what was the purpose of receiving

11   this information?

12       A.   What this report shows is the number of -- so

13   pipeline deals are -- I want to clarify from pipeline

14   versus contracts pipeline.

15            This represents a summary of deals in the

16   license pipeline that are actually being worked on by

17   the contracts admin organization, okay.

18            So if you refer to the second page, it says,

19   "Pipeline deals are deals where contracts are received

20   in approval form, a quote, or a contract draft has been

21   prepared, and the sales rep has indicated that the deal

22   still may close in November."

23            Okay?

24       Q.   Okay.

25       A.   So these are what I would call live deals.

**4/21/2005  Minton, Jennifer 30(b)(6)**

```
1        They're in the hopper.

2            Q.    Okay.  So there is a chance that it may not

3        close.

4            A.    There is a chance that it may not close, but

5        unlike, you know, unlike the sales pipeline that we have

6        been talking about before --

7            Q.    Uh-huh.

8            A.    -- these are deals where they've gotten so far

9        along in the sales process that they have actually begun

10       contract negotiations.

11           Q.    Okay.  So it's contract negotiations, not

12       contracts processing once a deal is signed; is that

13       right?  I'm trying to figure out at what point in time

14       they are still negotiating the contract, or the contract

15       has been negotiated, but there's still more left to be

16       done to get the deal closed.

17           A.    Well, closed deals are where they have received

18       the paperwork from the customer --

19           Q.    Uh-huh.

20           A.    -- and they are a hundred percent complete.

21           Q.    Okay.

22           A.    Whereas, the pipeline deals are contracts that

23       are still being worked on.

24           Q.    Okay.

25           A.    And I should also inform you that this is only
```

185

1     reporting on deals in the contracts queue for the

2     United States.

3          Q.    What do you mean by "contracts queue"?

4          A.    The contracts -- contracts that they're working

5     on.

6          Q.    Okay.

7          A.    She was America's revenue management

8     services -- he just pointed out -- at the time.  Lauren.

9               MR. RUBENSTEIN:  If you look on page two.

10              MR. BRITTON:  Oh, very nice.

11              THE WITNESS:  So she was in charge of contracts

12    OMS.

13              MR. BRITTON:  Q.  Okay.

14         A.    Order entry.

15              People move around a lot.

16         Q.    Okay.  Put that the aside.

17              (Whereupon, Plaintiffs' Exhibit 19 was

18               marked for identification.)

19              MR. BRITTON:  Q.  The court reporter has placed

20    in front of you what's been marked as Minton Exhibit 19.

21              For the record --

22              MR. RUBENSTEIN:  Ours is 20, I believe.

23              THE REPORTER:  Oh -- I have 19.

24              MR. BRITTON:  We have 19.

25              MR. RUBENSTEIN:  I stand corrected.

1      A.   Absolutely not.

2      Q.   It isn't?

3      A.   Absolutely not.

4      Q.   Absolutely not, okay.

5           We'll put that document aside.

6               (Whereupon, Plaintiffs' Exhibit 22 was

7               marked for identification.)

8           MR. BRITTON:  Q.  Okay.  The court reporter has

9      placed in front of you what's been marked as Minton

10     Exhibit 22.  Take a moment to look at this exhibit.

11     A.   I am familiar with it.

12     Q.   What's that?

13     A.   I -- I understand what it is.

14     Q.   Do you?  Yeah, let me identify it real quick.

15          For the record, Exhibit 22 starts with Bates

16     41923 and ends at 41939.

17          What is this report?

18     A.   As I testified earlier, when we were talking

19     about the e-mail notes that Lauren Mahon would send out

20     in the last week or so of the quarter of the big deal

21     update reports --

22     Q.   Uh-huh.

23     A.   -- this report was used to generate those

24     e-mail notes.  This report essentially is used by the

25     contracts organization in the United States to track the

**4/21/2005  Minton, Jennifer 30(b)(6)**

1    status of the contracts that they are working on during

2    the course of the quarter.

3        Q.    Okay.  You use this report for purposes of your

4    forecasting?

5        A.    Absolutely not.

6        Q.    Okay.  Put that document aside.

7              (Whereupon, Plaintiffs' Exhibit 23 was

8              marked for identification.)

9              MR. BRITTON:  Q.  Okay.  We have placed in

10   front of you what's been marked as Minton Exhibit 23.

11   Take a moment to review this exhibit.

12             And Exhibit 23 starts at 039448 and ends at

13   039477.

14       A.    Okay.

15       Q.    Do you recognize this exhibit?

16       A.    I may have seen a copy of this exhibit, but I

17   would not have used it.  This exhibit is the divisional

18   reporting package for OSI, similar to the divisional

19   reporting package that we talked about a few moments ago

20   for OPI.

21       Q.    Okay.  And where would this document be used in

22   the process?

23       A.    This document would be distributed to the area

24   VPs reporting to Jay Nussbaum so that they could discuss

25   the forecast, I am assuming, in their weekly forecast

1    calls.

2          Q.   On the Monday calls?  Or on Fridays?

3          A.   Or -- or whatever day they had them, yes.

4          Q.   Right.

5          A.   Some had them on Mondays; some had them on

6    Tuesdays; some had them, I think, on Fridays.

7          Q.   Okay.  Now, was there a -- a final version or

8    another version that OSI prepared after this that they

9    would use to put the information into OFA, or how did

10   that work -- from -- from the -- withdrawn.

11         From the Monday calls to the time that the

12   information went up into OFA, what happened in OSI?

13         A.   Let me step back for a moment, if I may.

14         The forecasts were due to be submitted into the

15   OFA system on, I believe, Wednesday evening.  And we

16   would solve the forecasts and prepare the upside report

17   for the EC meetings on Thursday.  It would take a while

18   to solve, since you are converting local currency into

19   constant U.S. dollars.

20         We would prepare the package.  I would look at

21   it on Friday, generally speaking; sometimes I would look

22   at it on Monday morning, make any adjustments to the

23   upside analysis before it was presented to Jeff Henley,

24   our CFO at the time, during the relevant period, and

25   before being presented to the executive management

**4/21/2005  Minton, Jennifer 30(b)(6)**

1    committee.

2           So going back to your question, if you could

3    rephrase it, I would appreciate it.

4       Q.   I was wondering if there was a subsequent

5    report prepared by -- withdrawn -- a subsequent forecast

6    prepared by OSI between the time of their Monday call

7    and the time that the information finally made its way

8    into OFA?

9       A.   So, again, as I just described the process, the

10   forecast submissions needed to get in by Wednesday.

11      Q.   Right.

12      A.   Right?

13      Q.   Right.

14      A.   And then the following week comes along, they

15   have their forecast meeting, my forecast that I'm done

16   using to create my EC upside reports is still; and so if

17   their forecast changed, I would learn about it during

18   the course of the EC meeting or through notification by

19   one of my directs that the forecast was changing --

20      Q.   Okay.

21      A.   -- so that I could change my upside numbers to

22   reflect any changes that may have taken place in the

23   submitted forecasts by the field.

24      Q.   Okay.  All right.  You can put that document

25   aside.

**4/21/2005  Minton, Jennifer 30(b)(6)**

```
1    et cetera.

2         Q.    Okay.  And who --

3         A.    We were protecting them from themselves.

4         Q.    Who was -- who was responsible for ensuring

5    that every report that was passed out was returned?

6         A.    Yours truly.

7         Q.    And you made sure every time that you had the

8    exact number of reports that were handed out?

9         A.    Jeff would keep his, and Safra at times would

10   keep hers.  Larry would never keep it.

11        Q.    Okay.  Okay.  You can put that document aside.

12              I want to talk briefly about Oracle's earnings

13   releases and SEC filings.

14              Were you involved at all in that process?

15        A.    Absolutely.

16        Q.    Okay.  Now, from a forecasting standpoint, can

17   you describe the process that Oracle employed to come up

18   with the guidance that Oracle gave to the street in

19   terms of earnings per share?

20        A.    It was no different than the weekly forecast

21   process, the beginning of -- you know, we would close

22   our books, and during the second week of the first

23   quarterly -- sorry, of the first month of the subsequent

24   quarterly, the field would submit their forecasts.  We

25   would review the pipeline conversion analyses.  Jeff and
```

1    I would meet with my directs and find out about, you

2    know, how the results were for the quarter, talked a bit

3    about the forecast, get their thoughts on it, and we

4    would, you know, formulate a -- we would produce an

5    upside report that was used to set expectations for the

6    street.

7        Q.   Okay.  And how -- from the time that Jeff

8    received the upside report, how did -- how did you or

9    how did Mr. Henley determine what was the guidance that

10   was going to be given to the street?

11       A.   Well, Jeff would have conversations and

12   dialogue again with my directs.  I'm sure he also had

13   conversations with the other sales EVPs, but, you know,

14   ultimately, I'm sure he also spoke with Larry and/or

15   Safra to talk about how they should set expectations for

16   the quarter based on the forecast that was prepared by

17   my group.

18       Q.   Okay.  Were you involved in any discussions in

19   what issues or what -- or what topics they discussed to

20   determine what to give to the street versus what was in

21   the upside report?

22       A.   I don't understand your question.

23       Q.   You testified that -- that Mr. Henley would

24   talk to Mr. Ellison, who would talk to Safra about

25   determining exactly what guidance to give to the street.

**4/21/2005  Minton, Jennifer 30(b)(6)**

1        Were you involved in any of those

2    conversations?

3        A.   He would have conversations directly with them.

4    I was not necessarily involved in those conversations.

5    I may have been at one point, but generally speaking,

6    when he spoke to Larry, he spoke to Larry one on one.

7        Q.   Can you explain the rounding process that

8    Oracle used for purposes of reporting to the street, his

9    expectations?

10        A.   There was no, quote, rounding process for

11    purposes of reporting expectations to the street.

12        Q.   Okay.  If -- if your upside report said that

13    the results were going to be 11.25, what would be the

14    number that Oracle would discuss with analysts or with

15    the street?

16        MR. RUBENSTEIN:  Object to the form.

17        MR. BRITTON:  Q.  You can answer.

18        A.   Generally speaking, the forecast that we

19    produced was the basis for determining what EPS numbers

20    that we would set for the street.

21        Q.   Okay.

22        A.   So if it was 11.25, more likely than not, we

23    would have used 11 cents.

24        Q.   You would have rounded down?

25        A.   Absolutely.

**4/21/2005  Minton, Jennifer 30(b)(6)**

1      Q.    Okay.  So it was --

2      A.    We would have been more conservative.

3      Q.    If it was 11.52, you would have rounded up?

4      A.    Not necessarily.  We may have been more

5   conservative.

6      Q.    And rounded down?

7      A.    That -- that's correct.

8            MR. BRITTON:  Okay.  Can we take a -- five

9   minutes real quick, and see if I have anything to follow

10   up with?

11           MR. RUBENSTEIN:  All right.  Yeah.  Let's --

12   let's try to --

13           MR. BRITTON:  -- let's not anybody go anywhere.

14           THE VIDEOGRAPHER:  Going off the record.  The

15   time is 5:27.

16               (Recess taken.)

17           THE VIDEOGRAPHER:  Going back on record.  The

18   time is 5:33.

19           MR. BRITTON:  Q.  When Oracle issues its

20   guidance to the street, it separates applications growth

21   from database growth; is that fair?

22      A.    You know, I -- I --

23           MR. RUBENSTEIN:  You are talking about during

24   the relevant period.

25           THE WITNESS:  During the relevant period, we