```
 1           IN THE UNITED STATES DISTRICT COURT
 2             NORTHERN DISTRICT OF CALIFORNIA
 3
                                    )           CERTIFIED COPY
 4   In re ORACLE CORPORATION       )
     SECURITIES LITIGATION          ) Master File No.
 5   _____  )
                                    ) C-01-0988-MJJ
 6   THIS DOCUMENT RELATES TO:      )
                                    )
 7        ALL ACTIONS.              )
     _____  )
 8
 9
10                        CONFIDENTIAL
11
12                        VOLUME I
13   VIDEOTAPED DEPOSITION OF EDWARD J. SANDERSON, JR.
14                  Tuesday, July 25, 2006
15
16                      VIDEOTRACK LLC
                        Reporting For:
17
18                  LiveNote World Service
                 221 Main Street, Suite 1250
19              San Francisco, California  94105
                    Phone:  (415) 321-2300
20                  Fax:    (415) 321-2301
21
22
23
24   REPORTED BY: KAE F. GERNANDT
              CSR No. 5342
25
```

1     A.    It's the --

2     Q.    -- are you talking about?

3     A.    -- forecasting information that we use
4  for OPI, for example.

5     Q.    That's what I'm trying to understand.
6  What type of information are you talking about that
7  was separate from OSO?

8     A.    Well, I know you have the documents for
9  OPI, so you have that information already. It's
10 information that shows, for example, worst case,
11 most likely and best case; information by client --
12 I mean, per customer, by region, by area.

13    Q.    Are you talking about some of the
14 documents that you may have seen yesterday?

15    A.    Yeah. And they are ones that I would
16 assume if I've seen them, you've seen them.

17    Q.    Okay. But I don't know what you looked
18 at yesterday.

19    A.    I just described one of the documents --

20    Q.    Okay.

21    A.    -- that shows worst case, most likely
22 and best case.

23    Q.    Okay. Did they have a name?

24    A.    They might. I -- if we look at one, I
25 can look at the top and see if there's a name there.

```
 1   But I just call them -- I mean, I referred to them
 2   as my forecast spreadsheets is how I remember them
 3   today.
 4        Q.   Okay.  But they're different from OSO?
 5        A.   Yeah.
 6        Q.   Who created them?
 7        A.   Some combination of the field and
 8   finance.
 9        Q.   When you say "the field," are you
10   referring to people in the sales organization --
11   your OPI sales, license sales?
12        A.   Yeah.
13        Q.   And would that be just regional
14   managers, AVPs?
15        A.   It was probably prepared by either
16   operations managers or finance people in the field
17   that would capture the information from the account
18   reps working with the regional manager, the AVP, and
19   would categorize or segment the deals in the three
20   categories that I just described.
21        Q.   Okay.  And it's kind of like in an
22   Excel-type spreadsheet?
23        A.   It was an Excel spreadsheet.
24        Q.   Were you the only person who those
25   documents rolled up to, or did all the AVPs and
```

```
 1   regional managers get the information that you're
 2   talking about?
 3          A.   They got it as well.
 4          Q.   Okay.  And it was circulated by, I
 5   guess, the -- I guess, field-level finance?
 6          A.   It was put together, and then the
 7   finance director that reported to me would take that
 8   information and consolidate it so that I would have
 9   forecast information for east, central and west
10   within OPI.
11          Q.   Was that Richard Blotner?
12          A.   No.  That was -- initially Ivgen Guner
13   and then Jim English.
14          Q.   And Jim English, okay.
15               So, they would gather that information
16   from the field, roll it up to you, and then you'd
17   circulate it back out to the field?
18          A.   Yes, but I'm not sure in the way you're
19   implying.  We would have them put it together, and
20   then when I was going to have either my biweekly or
21   weekly forecast call, that was the basis for the
22   discussion.
23          Q.   Okay.  And so -- and that -- so, the --
24   withdrawn.
25               So, your biweekly call or your weekly
```

```
 1   call would be initiated by whom?
 2        A.   We had standing day and time each
 3   week -- or, I mean, at the beginning of the quarter,
 4   it was biweekly, and then in the -- towards the end
 5   of the quarter, it was weekly.
 6             And they were standing dates and times
 7   that we did these, and they were published, and
 8   everybody understood what they were.  I say
 9   "published," I think knew, for example, Monday at
10   9:00 a.m. was going to be a forecast call.
11        Q.   And the people that would be
12   participating in the call would all get maybe an
13   e-mail with the spreadsheet that you're talking
14   about?
15        A.   I would -- you'd have to talk to Jim
16   English.  I don't know how it was distributed to
17   them.  I know that, in fact, that they had the
18   information 'cause we used that document to review
19   the forecasts on each forecast call.
20        Q.   And I just -- I'm pausing because I just
21   want to make sure I understand.
22             Are you saying that your people in OPI
23   did not use Oracle SalesOnline, OSO?
24        MR. GIBBS:  Objection.  Misstates the
25   testimony.
```

```
 1  know, for that week, for example.  And then Jim
 2  English would feed the Oracle applications that fed
 3  the information up to Henley and Jennifer Minton and
 4  Larry, Safra, that kind of thing.
 5       Q.   So, you got to bear with me because you
 6  were there.  I wasn't.  So, I'm trying to
 7  understand --
 8       A.   That's fine.
 9       Q.   -- how it worked.  Okay?
10       A.   I'll be glad to explain.
11       Q.   So, when you -- Jim English would feed
12  what application?
13       A.   I don't recall the names of the Oracle
14  applications specifically.
15       Q.   But you knew that after -- let me
16  withdraw.
17            So, Jim English would kind of, you know,
18  talk to the AVPs, the regional managers and people
19  in the field and put together a spreadsheet for you
20  based on that information?
21       A.   No.  It's not "kind of."  There was
22  never any "kind of" done.  What happened was the
23  regional -- the account -- the area vice presidents
24  would have their own forecast calls and get the
25  input -- I say "forecast calls."  I don't know
```

```
 1   exactly how they did it.  I don't recall that.
 2                  But they would talk with each of their
 3   account managers and regional managers and get their
 4   forecasts for their respective areas.  Either their
 5   operations manager or their finance person -- and I
 6   don't recall which -- would then take that
 7   information and put that into the spreadsheet -- the
 8   forecast spreadsheet.  And Jim English would
 9   capture -- take that information and then share it
10   with me, and then I would use that for the forecast
11   calls with the AVPs.
12        Q.   You recall being interviewed by Oracle's
13   special litigation committee a few years ago?
14        A.   Yes.
15        Q.   Okay.  And do you recall telling them
16   with regard to OPI forecasting that "The field
17   agents enter their data into Oracle SalesOnline
18   system, OSO, which is a data consolidation database.
19   Then the OPI regional managers, who each manage
20   several accounts, impose their judgment onto those
21   numbers to create a forecast.  The forecasting
22   numbers then travel up the ranks of the organization
23   from the area vice presidents to Sanderson, with
24   each manager's judgment being imposed at every
25   level.  Finally Sanderson made a final adjustment
```

```
 1   and substituted the OPI forecast" -- I'm sorry --
 2   "submitted the OPI forecast to Jennifer Minton, who
 3   would make her upside adjustment on the OPI number.
 4   Sanderson confirmed that he followed this practice
 5   during Q3 of fiscal 2001."
 6             Do you recall telling the members of the
 7   special committee that in sum and substance?
 8        A.   Yeah.  We've not talked about judgment.
 9   I think it's a good description.  The one thing you
10   said -- it's a small detail.  It was, like, the
11   second to last sentence.  Did you say "Sanderson
12   provided that to Jennifer Minton"?
13        Q.   It says, "Finally Sanderson made a final
14   adjustment and submitted the OPI forecast to
15   Jennifer Minton, who would make her upside
16   adjustments on the OPI number.  Sanderson confirmed
17   that he followed this practice during Q3 of fiscal
18   2001."
19        A.   The correction I would make there,
20   because I believe this is an attorney that is
21   interpreting my comments -- right?  As opposed to my
22   deposition.
23        Q.   Sure.
24        A.   So, it's an interview note.
25        Q.   Uh-huh.
```

1   A.  The one correction I'd make to all of
2   that, all of it is fine with the exception that
3   Sanderson didn't turn it -- give it to Jennifer
4   Minton.  Jim English would feed that information to
5   Jennifer Minton.
6   Q.  Okay.  Now --
7   A.  But I think the process you described
8   there is -- is as I recall.
9   Q.  Okay.  I didn't read or describe
10  anything about any Excel spreadsheets, though.
11  A.  It was -- the way that we capture
12  judgment, for example, use the term "judgment," I
13  would capture that in that spreadsheet.
14  Q.  Okay.
15  A.  That was one of the ways that I used
16  that spreadsheet.
17  Q.  Okay.  I think your testimony was -- and
18  correct me if I'm wrong -- that Jim English would go
19  out and get information from the field, put it into
20  an Excel spreadsheet, I guess show it to you, and
21  then that spreadsheet would be what you used for the
22  forecast calls.
23          And what the special committee recorded
24  from what you told them was that you explained that
25  the agents -- the field agents enter their data into

```
 1   Oracle SalesOnline.
 2        A.   Right.  Yeah.  And I'm trying to
 3   remember from a long time ago.  But the way you just
 4   described it in there is correct.  At some point,
 5   that -- the way you just read in that testimony,
 6   with that one clarification --
 7        Q.   Sure.
 8        A.   -- that I just made regarding Jennifer
 9   Minton and how she got the information.  The field
10   put the data into OSO, just as you described.  All
11   of that's correct.  That went to the regional
12   managers, and the regional managers would apply
13   judgment.  And then the AVPs would review it and
14   apply their judgment.
15             At some point in that process,
16   information was also put into the spreadsheet that I
17   used so that I could hold my weekly or biweekly
18   forecast calls.
19        Q.   Now, the judgment that the regional
20   managers would put in, was that in the -- in OSO?
21        A.   I don't recall.
22        Q.   And the judgment that the AVPs would
23   include, was that in OSO?
24        A.   I don't recall.
25        Q.   Now, did Jim English take the
```

REPORTER'S CERTIFICATE

I, KAE F. GERNANDT, a Certified Shorthand Reporter for the State of California, do hereby certify:

That the witness in the foregoing deposition was by me duly sworn; that the deposition was then taken before me at the time and place herein set forth; that the testimony and proceedings were reported by me stenographically and were transcribed through computerized transcription under my direction; and the foregoing is a true and correct record of the testimony and proceedings taken at that time.

IN WITNESS WHEREOF, I have subscribed my name this 2nd day of August, 2006.

Kae F. Gernandt, CSR No. 5342

Case:      In re Oracle Securities Litigation, Master File No. C-01-0988MJJ

Witness:   Edward J. Sanderson, Jr.

Date:      July 25, 2006 and August 7, 2006

Reporter:  Kae F. Gernandt, CSR No. 5342

I HAVE READ THE EXAMINATION AS REQUESTED. PLEASE NOTE THE FOLLOWING:

_____    No changes need to be made to the transcript.

__X__     Changes listed below.

_[signature: Edward Sanderson]_____         _9/3/06_____
WITNESS SIGNATURE                                DATE SIGNED

Note: Please check the appropriate column for add (+) or delete (-). If you wish to add anything to the deposition, use the exact words you want to add. If you wish to delete anything from the deposition, please use the exact words you want to delete. Thank you.

| Page Line | + | - | |
|---|---|---|---|
| 205:18 | | | Change "to" to "into" |
| 247:17 | | | Change "SalesOnline" to "Sales Online" |
| 248:1 | | | Change "SalesOnline" to "Sales Online" |
| 252:23 | | | Change "SalesOnline" to "Sales Online" |
| 255:17 | | | Change "SalesOnline" to "Sales Online" |
| 258:1 | | | Change "SalesOnline" to "Sales Online" |
| 266:23 | | | Change "SalesOnline" to "Sales Online" |
| 268:5 | | | Change "SalesOnline" to "Sales Online" |
| 268:23 | | | Change "SalesOnline" to "Sales Online" |
| 269:5 | | | Change "SalesOnline" to "Sales Online" |
| 269:15 | | | Change "SalesOnline" to "Sales Online" |
| 270:17 | | | Change "SalesOnline" to "Sales Online" |
| 275:25 | | | Change "SalesOnline" to "Sales Online" |
| 316:12 | | | Change "req" to "rec" |

SV\521217.1

Page 1 of 2

| | |
|---|---|
| 317:25 | Change "Caulter" to "Coulter" |
| 344:14 | Change "at" to "of" |
| 370:12 | Change "Tool" to "Tools" |
| 387:14 | Change "SalesOnline" to "Sales Online" |
| 403:19 | Change "SalesOnline" to "Sales Online" |
| 425:23 | Change "meet" to "mean" |
| 467:5, 7, 8, 18 | Change "SalesOnline" to "Sales Online" |
| 472:6 | Change "SalesOnline" to "Sales Online" |
| 499:25 | Change "req" to "rec" |
| 532:7 | Change "inversion" to "version" |
| 563:18 | Change "SalesOnline" to "Sales Online" |
| 43:10 | Change "MCKENZIE" to "McKinsey" |
| 43:09 | " " " " |
| 314:22 | Change "focus to book to bill" to "focus on book to bill" |
| 315:6 | Change "worthy of note" to "worthy to note" |