1              IN THE UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF ILLINOIS

2                      EASTERN DIVISION

3

       IN RE:  ORACLE CORPORATION      )

4                                      )

       SECURITIES LITIGATION           )

5                                      )

                                       ) Master File

6      This Document Relates To:       ) No. C-01-0988

                                       ) MJJ

7          ALL ACTIONS.                )

8

9                      CONFIDENTIAL

10

11          The videotaped deposition of

12     GEORGE J. ROBERTS, taken in the

13     above-entitled cause before Cheryl L.

14     Sandecki, a notary public within and for the

15     County of Lake and State of Illinois, taken

16     pursuant to the Federal Rules of Civil

17     Procedure for the United States District

18     Courts, at 203 East Wisconsin Avenue,

19     Milwaukee, Wisconsin, on the 22nd day of

20     June, A.D., 2006, commencing at 8:02 a.m.

21

22

23

24

Certified Copy

```
 1    some of other earliest 11i clients,

 2    especially CRM and Order Management, are

 3    exhausted from the effort of implementing the

 4    products."

 5        Q.   Okay.  What did you mean when you

 6    wrote that clients were, quote/unquote,

 7    exhausted from the effort of implementing the

 8    products?

 9        A.    That they want to get to production.

10    They have -- they have gone through an

11    implementation.  And implementation is,

12    frankly, whether -- any client when they get

13    into an implementation is a point in time

14    when there is the last ten percent, we just

15    want to get there.

16        Q.   Uh-huh.

17        A.    So in this case I'm saying that, you

18    know, they want to get there, they are almost

19    there, they are not there, but they are tired

20    of it and they want to get to production

21    because that's what it's all about.  I mean,

22    the timing -- the quicker you can get there,

23    the better everybody is.

24        Q.   Okay.  Was your -- is your opinion
```

```
1    that Paxar was almost there based on your

2    review of the documents that you -- the

3    entire document?

4            MS. KYROUZ:  Objection, vague as to

5    time.

6            THE WITNESS:  I can't tell you

7    whether they are almost there or not.

8    BY MR. WILLIAMS:

9        Q.    Okay.

10       A.    There is not enough data in here to

11   tell me.

12       Q.    Okay.  That's good.

13            Here you kind of mention escalate

14   again.  You said "Larry, you should be aware

15   of this one in case it continues to

16   escalate."

17       A.    Uh-huh.

18       Q.    And do you mean there in case it

19   just continues to be an issue that management

20   needs to deal with?

21       A.    If it -- if we were unable to

22   resolve the issues, it could continue to

23   escalate as a challenging account.  That's

24   all.  I mean, it says, as you know, some of
```

1    our earliest 11i, not all, but some had

2    issues.

3        Q.    Okay.

4        A.    You know, the other thing that I

5    think that is important to understand is when

6    people buy software, everybody wants to

7    implement it differently.  Sometimes they

8    want to implement it in ways it wasn't

9    designed to work.  And so because we are

10   having issues, you know, a lot of this stuff

11   is complicated.  It could be issues the way

12   they are doing it.  It could be issues on

13   again how they are trying to integrate it.

14   It could be issues with whoever the

15   implementator is.  It could be some product

16   issues because it was a new release.

17            And, you know, all software

18   companies when they release software, it's --

19   it's new.  And, in fact, in here -- I think

20   earlier in the E-mail it talked about how

21   Paxar knew they were buying the software --

22       Q.    Right.

23       A.    -- as an early release.  So those

24   are, you know, issues when you do that, you

```
 1    got to be aware of.
 2        Q.   Now, these 11i clients were --
 3    especially CRM and Order Management, were
 4    those some of the clients that were discussed
 5    during the executive committee meetings or
 6    was this just your proposal that we talk
 7    about this stuff during the next EC?
 8            MS. KYROUZ:  Objection, vague.
 9            THE WITNESS:  Yeah, you know, I
10    mean, sometimes we would talk about a
11    specific client during EC or something.  But
12    again, it just -- it depended on what the
13    topics were at the time, what was greater
14    priority, what was an issue.
15            So I don't know whether we talked
16    about Paxar at the EC or not.
17    BY MR. WILLIAMS:
18        Q.   Okay.
19        A.   We might have.
20        Q.   You were just proposing it then?
21        A.   Yeah, yeah.
22        Q.   That's fine.
23        A.   I am just saying, you know -- I am
24    just saying it may make sense to discuss this
```

1    and additional ones.

2        Q.   Okay.

3        A.   Don't know whether we did or not.

4        Q.   All right.  I am jumping around a

5    little bit.

6            MR. WILLIAMS:  I am going to ask the

7    reporter to mark this document as Roberts

8    No. 7.

9            MS. KYROUZ:  8.

10            MR. WILLIAMS:  I'm sorry, 8.

11            THE WITNESS:  Thank you.

12                        (Whereupon Roberts

13                        Deposition Exhibit No. 8

14                        was marked as

15                        requested.)

16    BY MR. WILLIAMS:

17        Q.   Just for the record, Roberts No. 8

18    is marked -- is Bates numbered NDCA-ORCL

19    612311.  And it had previously been marked as

20    a deposition in another case as Winton

21    No. 48.  I don't want you to be confused by

22    that.  I am marking it here in this

23    deposition as Roberts No. 8.  I will ask you

24    to take a look at it.  Let me know when you

1   analysis, he at least had some sort of view

2   of expectations for Q3 and Q4, right?

3       A.   Yes.

4       Q.   Okay.  Do you know if you responded

5   to this E-mail?

6       A.   I don't know whether I responded to

7   it or not.

8           MR. WILLIAMS:  Let me have this one.

9   It is over there.

10          I will ask the reporter to mark this

11  document as Roberts No. 14.

12                          (Whereupon Roberts

13                          Deposition Exhibit

14                          No. 14 was marked as

15                          requested.)

16  BY MR. WILLIAMS:

17      Q.   Roberts No. 14 is Bates numbered

18  NDCA-ORCL 052475 through 478.  And I think

19  that the document has a couple of pen marks

20  on them.  And I will let you know those are

21  mine.  So I will -- I will just focus you on

22  those sections when I get there.  But you can

23  read the whole thing.

24      A.   Okay.  I have got it in front of me

1    and reviewed it.

2        Q.   Do you recognize this as an E-mail

3    sent from Ron Wohl to Sandy Sanderson and

4    you?

5        A.   Yes.

6        Q.   Forwarding a bunch of other E-mails,

7    right?

8        A.   Yes.

9        Q.   On January 31st, 2001?

10        A.   Yes.

11        Q.   Are you familiar with a customer

12    Hudson's Bay?

13        A.   Yes.

14        Q.   And how are you familiar with that

15    customer?

16        A.   They were a customer of mine in

17    Canada.

18        Q.   Canada.  And that organization was

19    run by who?

20        A.   Bill Bergen.

21        Q.   All right.  And do you know -- do

22    you recall Hudson's Bay having difficulty in

23    implementing 11i in December, January 2001?

24        A.   You know, I don't -- I don't recall

```
1    them having a difficulty.  They might have

2    for a period of time.  All I know is they

3    were a happy customer -- I remember them

4    being a happy customer when I was calling on

5    them.

6        Q.   Do you know how long it took for

7    them to be a happy customer?

8        A.   No, I don't know.

9        Q.   Do you know between January 31, 2001

10   -- withdrawn.

11            So you don't know how long it took

12   after January -- bless you.

13       A.   Excuse me.

14       Q.   -- January 31st, 2001, for them to

15   become a happy customer, do you?

16       A.   It might have happened 30 days

17   later, don't know.

18       Q.   It might have happened nine months

19   later too, right?

20       A.   I doubt it.

21       Q.   Why?

22       A.   Because I don't think it took that

23   long.  I remember -- I just remember -- I

24   just remember having a good relationship with
```

 1    Hudson's Bay.

 2         Q.   Okay.

 3         A.   That's all.

 4         Q.   All right.

 5         A.   That's all.

 6         Q.   And do you know whether or not

 7    getting them to be a happy customer cost

 8    Oracle any additional money?

 9            MS. KYROUZ:   Objection, vague, lacks

10    foundation.

11            THE WITNESS:   I don't know.

12    BY MR. WILLIAMS:

13         Q.   Okay.

14         A.   I really don't.

15         Q.   Okay.  Do you know Sandy Moffat?

16         A.   I know the name.

17         Q.   Is he somebody in your organization

18    maybe?

19         A.   Don't -- no, sorry, Shawn, don't

20    know.

21         Q.   That's okay.  How about Mark Aboud?

22         A.   Yes.

23         Q.   Who is that?

24         A.   He worked for Bill Bergen in Canada.

1        Q.    Okay.

2        A.    In fact, now I know Sandy Moffat.

3   She was a sales rep.

4        Q.    In Canada?

5        A.    Yes.   For Hudson's Bay.

6        Q.    Okay.   Do you see where she writes

7   on I guess Bates ending 476 discussing

8   Hudson's Bay, "this is a disaster for the

9   project team, and the customer is extremely

10  angry.   We are currently engaged in a scoping

11  exercise for phase two of this project, which

12  is an implementation of 11i financials and

13  iProcurement.   Due to the fact that these

14  product issues have set them so far behind,

15  the customer is threatening to pull out SSE

16  due to product instability and look to Oracle

17  to recover product and implementation costs."

18  Do you see that?

19       A.    Yes.

20       Q.    What's SSE?

21            MS. KYROUZ:   Objection, lacks

22  foundation.

23            THE WITNESS:   I don't know.

24

1    30 percent brick and mortar.  The top reason

2    given by companies was capital preservation."

3        Q.   Now, when you say or when you write

4    that the mix of accounts was 70 percent new

5    economy and 30 percent brick and mortar, what

6    did you mean?

7        A.   It was -- what we mean is 70 percent

8    economy and, you know, technology-driven

9    businesses, dot-com, ASPs, things like that,

10   and 30 percent traditional, manufacturing,

11   service industries, things like that.

12       Q.   Okay.  And when you write the top

13   reason given by the companies was capital

14   preservation, what did that mean?

15       A.   That they got a freeze on their

16   budgets, that they weren't going to spend

17   capital.

18       Q.   Okay.  And when you wrote that --

19   well, withdrawn.

20            Below that you say "I spent the

21   weekend reviewing the numbers, pipeline and

22   upside deals to see if we can still find a

23   way to the 320 million."

24       A.   Yes.

1     Q.   Do you see that?  Now, do you know

2  when the forecast for NAS went from 346 down

3  to 320?

4         MS. KYROUZ:  Objection, vague.

5         THE WITNESS:  I don't -- I don't

6  have those documents in front of me, so I

7  don't remember when it went down.

8  BY MR. WILLIAMS:

9     Q.   Obviously, it was sometime before

10  February 25th?

11     A.   Yes.

12     Q.   When you said that you spent the

13  weekend reviewing the numbers in -- numbers,

14  pipeline and upside deals, were you -- what

15  were you reviewing when you referred to a

16  pipeline?

17         MS. KYROUZ:  Objection, vague.

18         THE WITNESS:  I was reviewing what

19  he had in OSO.

20  BY MR. WILLIAMS:

21     Q.   Oracle sales online.  And when you

22  say that you were reviewing upside deals,

23  what were you referring to?

24     A.   Deals in Oracle sales online that

```
 1    weren't forecasted but people felt there was

 2    a chance they could close them.

 3         Q.   Okay.  Now, in Oracle sales online,

 4    is there a field, so to speak, that is just

 5    for upside deals?

 6         A.   No.

 7         Q.   Okay.  Now --

 8         A.   Not that I'm aware of.

 9         Q.   But those deals are in all Oracle

10    sales online?

11         A.   Yes.

12         Q.   How do you recognize them as being

13    upside?

14         A.   You have a discussion during the

15    forecast call.  And you talk about the deals

16    they are forecasting, which are the ones they

17    have committed they are going to close.  And

18    you talk about what are the other

19    opportunities that can be upside to your

20    forecast.  That's how those deals are added

21    up.

22         Q.   I see.  But you are -- just looking

23    at OSO by itself, you can't necessarily tell

24    which ones are the upside?
```

```
 1      A.   Looking at OSO really doesn't -- I

 2   mean, that's not -- I mean you -- forecasting

 3   you got to do actively by talking to people

 4   and reviewing the opportunities and having

 5   discussions on where you are at on each key

 6   opportunity.

 7           And, you know, I mean, to give you

 8   an idea here, I mean on the 70 separate

 9   transactions slip, so you kind of divide 70

10   into ten million and you get an idea on the

11   average transaction size.

12      Q.   All right.  But I just need to get

13   an answer to that last question.  By looking

14   at OSO by itself, you can't tell which ones

15   -- which deals are in the upside?

16      A.   That's correct.

17      Q.   Okay.  Then you write the next

18   sentence "however, based on continual erosion

19   of the pipeline and forecast this quarter, I

20   am reducing my forecast by 20 million."

21      A.   Yes.

22      Q.   Do you see that?  What did you mean

23   when you wrote "based upon the continual

24   erosion of the pipeline"?
```

```
1        A.    That we have had more opportunities

2   that said they weren't going to make a

3   decision this quarter, so it shifts out to

4   the next quarter or next quarter whenever

5   they say their decision date is.

6        Q.    Okay.  But that had been occurring

7   as early as December and January; isn't that

8   fair?

9             MS. KYROUZ:  Objection, vague.

10            THE WITNESS:  I don't know.  I don't

11  see the numbers.  I mean, David comments

12  about how the pipeline eroded.  But I don't

13  have the numbers that show when or where.

14  BY MR. WILLIAMS:

15       Q.    Okay.  That's fine.  And --

16       A.    And by the way, it is not uncommon

17  to see pipelines shrink as the quarter goes

18  on.  Because as you get closer and closer to

19  your closing date, you know some of them are

20  not going to happen, so you move them out

21  anyways.

22       Q.    Okay.  Now, did -- if you recall,

23  did John Nugent call you and tell you about

24  this -- the 70 transactions or did he send
```

Roberts, George
**CONFIDENTIAL**

6/22/2006

1   you an E-mail?

2       A.   I believe he called me to talk to me

3   about it.

4       Q.   Okay.  Now, the next paragraph looks

5   like an E-mail or text that was written by

6   someone other than you --

7       A.   Yes.

8       Q.   -- right?  And who is that written

9   by?

10      A.   Nic Classick.

11      Q.   Okay.  And how did you get it into

12  this E-mail, did you copy and paste it or

13  something?

14      A.   You know, I don't know.  But I know

15  Nic wrote this E-mail.

16      Q.   Okay.

17      A.   And I know that I talked to Nic

18  about it that weekend.

19      Q.   Okay.  And why is it that you talked

20  to Nic that weekend about it?

21      A.   The same reason why when you go to

22  forecast calls and stuff you always want to

23  go down a level or two to talk to people

24  about the deal.  So Nic was having a shift in

```
 1    his -- in his forecasts and having to reduce

 2    his forecasts.  So he had a big -- big drop

 3    of ten million.  I wanted to get down and try

 4    and understand the issues and why it was

 5    occurring.  That is why I had him put the

 6    note together and explain was it one or two

 7    deals, was it -- as you can tell, he says it

 8    is 78 deals across 47 different reps that all

 9    of a sudden started to slide on him.

10            So it is trying to understand what

11    the issue is.

12      Q.   What do you mean when you say the

13    same reason when you go to forecast calls,

14    you always want to go down a level or two to

15    talk to people about deals?

16      A.   I always -- as I mentioned, you

17    know, you can't just look at OSO and then

18    project based on this this is what is going

19    to happen.  Because these things again -- a

20    customer either signs a contract or doesn't

21    sign a contract.  So during forecast calls,

22    which we held every quarter, I think it was

23    every other week for the first two months of

24    the quarter and then I think weekly the last
```

 1   month a quarter, they were -- the managers

 2   had to attend.  They were held I think maybe

 3   Tuesdays.  They would last maybe three hours

 4   long.  And you would bring in John Nugent and

 5   his -- John Nugent would talk to me.  And we

 6   would go down through the list of deals.  And

 7   Mary Anne and her managers would talk to me

 8   and we would go down through the list of

 9   deals.  And Hilarie would be on the calls and

10   we would talk about where she is.  And then

11   Ron Bunting would be on the calls and we

12   would talk about where his business was.

13           And so you would go down the list on

14   the key opportunities to say where are we on

15   this opportunity, have they made the

16   recommendation, are we in contracts, do they

17   have the contracts, where we are at in

18   negotiations, has the competition been sent

19   away, that whole ongoing conversation to

20   determine how you roll it up to make a

21   forecast.

22        Q.   Uh-huh.  Okay.

23        A.   And as -- and as you can see, when

24   you look at this, it was Sunday the 25th is

Roberts, George
CONFIDENTIAL

6/22/2006

1    when I sent the note.  And Nic talks about

2    how between his 2/16 and 2/23, so two days

3    later is when I heard that he was slipping

4    significantly.

5        Q.   Okay.  Now, did they --

6        A.   It gives you an idea on the time

7    frame.

8        Q.   Did they detail for you which

9    specific deals had sort of fallen through and

10   which representatives -- which sales reps he

11   was referring to that had issues with closing

12   the deals?

13       A.   Not in this E-mail.

14       Q.   Did you learn that at some point?

15       A.   I don't know.  At some point in time

16   there was a list of -- of deals that slipped.

17   I don't know where that is.  But whenever --

18   number one, I mean, when you are in sales,

19   this is a bad day.  All right.  This is a

20   real bad day.  In fact, I can tell you in

21   13 years at Oracle, the only other time I had

22   a day like this was back in 1990 when we had

23   a loss.  That was the only time Oracle ever

24   had a loss.

1    a key customer concern primarily due to OM

2    issues"?

3        A.   Uh-huh.

4        Q.   Was OM --

5        A.   Yes.  I should say yes.

6        Q.   -- an acronym for Order Management?

7        A.   I believe -- that's what it would

8    mean to me.

9        Q.   To you.  Based -- withdrawn.

10            In your organization, North American

11   sales, do you know whether at the end of Q2

12   the lack of integration between ERP and CRM

13   had become an issue communicated to you by

14   your -- by your staff of customers in that

15   organization or customers in that area?

16            MS. KYROUZ:  Objection, vague, lacks

17   foundation, misstates the document and prior

18   testimony.

19            THE WITNESS:  I get -- first of all,

20   when you talk integration, there is

21   integration in different levels between

22   application.  So when they say lack of

23   integration, I don't know what they mean or

24   how far they are, you know, defining that.

```
 1            And was, you know -- and we have

 2    seen some E-mails about certain clients that

 3    had concerns or issues that we were working

 4    with to resolve.

 5            But, you know, were there a hundred

 6    of those, not that I'm aware of.  Did I see a

 7    huge escalation of -- of support calls, no.

 8    We had -- we had our fair share from a new

 9    release that you always have any time you

10    have a new release.

11            But, you know, I didn't see a big,

12    you know, explosion of situations where we

13    had, you know, a hundred of them at one time.

14            So I mean if you look at the list of

15    names you have shown me, maybe there is a

16    dozen of them.  Maybe there are 25 or

17    something.  But, you know, compared to the

18    thousands of clients we have on applications

19    and everything else, I don't know that that's

20    an outrageous number based on a new release

21    of a product.

22    BY MR. WILLIAMS:

23        Q.   Okay.

24        A.   But, you know, is it painful at the
```

1    time when you have clients who are unhappy

2    about certain things?  Sure, it is.

3         Q.   I am going to ask you to turn to the

4    next page, 033449.  It looks like that is

5    kind of a continuance of Americas support

6    current top five issues.

7         A.   Right.

8         Q.   See the first bullet point where it

9    says "the current license forecast for Q3 and

10   Q4 shows softening, which would result in

11   lower first year support."  Do you see that?

12        A.   Yes.

13        Q.   And do you know whether at the end

14   of Q2 of '01 North American sales license

15   forecast for Q3 and Q4 had shown any

16   softening?

17             MS. KYROUZ:  Objection, lacks

18   foundation, vague.

19             THE WITNESS:  Not that I'm aware of.

20   I mean, at the end of Q2 we were on our

21   budget.  We had had a good Q2 or a good Q1, a

22   good Q2.  And Q3 we weren't forecasting

23   budget.  We never did during Q2.  We were

24   forecasting a revenue number but not the

1    interested in the outcome thereof.

2         I further certify that this

3    certificate applies to the original signed IN

4    BLUE and certified transcripts only.   I

5    assume no responsibility for the accuracy of

6    any reproduced copies not made under my

7    control or discretion.

8         IN TESTIMONY WHEREOF, I have hereunto

9    set my hand and affixed my notarial seal this

10   _23rd_ day of _June_____, 2006.

11

12

13   _Cheryll Sandecki_____

     Notary Public, Lake County, Illinois

14

15   My Commission Expires

16   June 13, 2007

17

18

19

20

21

22

23

24