**FY2001 US Weekly License Revenues**

| | Week1 | Week2 | Week3 | Week4 | Week5 | Week6 | Week7 | Week8 | Week9 | Week10 | Week11 | Week12 | Week13 | Week14 | Week15 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Q1FY01 | 732,498 | 41,774,507 | 2,807,728 | (32,369,352) | 3,832,199 | 7,169,126 | 14,812,965 | 5,295,860 | 41,095,374 | 39,377,678 | 17,287,447 | 9,991,730 | 28,413,775 | 184,483,378 | | 364,704,913 |
| Q2FY01 | (4,065,452) | 5,901,494 | 4,774,294 | 9,708,440 | 26,675,887 | 11,133,973 | (4,254,629) | 11,010,139 | 21,799,215 | 19,110,964 | 5,298,168 | 10,617,342 | 39,574,501 | 75,723,922 | 299,333,004 | 532,341,262 |
| Q3FY01 | (26,252,058) | 63,011,476 | 5,630,399 | 34,448,231 | 14,616,847 | (18,390,403) | 11,353,522 | 8,124,931 | 12,449,195 | 72,576,234 | 10,391,405 | 60,583,453 | 16,291,719 | 268,932,442 | | 533,767,393 |
| Q4FY01 | (3,895,027) | 18,957,817 | 14,799,365 | 6,846,499 | 25,584,393 | 4,420,468 | 4,802,611 | 25,234,307 | 21,368,566 | 68,946,740 | 24,271,237 | 48,670,855 | 142,339,493 | 451,482,699 | | 853,830,023 |

| | W1 | W2 | W3 | W4 | W5 | W6 | W7 | W8 | W9 | W10 | W11 | W12 | W13 | W14 | W15 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Q1FY01 | 0% | 11% | 1% | -9% | 1% | 2% | 4% | 1% | 11% | 11% | 5% | 3% | 8% | 51% | 0% | 100% |
| Q2FY01 | -1% | 1% | 1% | 2% | 5% | 2% | -1% | 2% | 4% | 4% | 1% | 2% | 7% | 14% | 56% | 100% |
| Q3FY01 | -5% | 12% | 1% | 6% | 3% | -3% | 2% | 2% | 2% | 14% | 2% | 11% | 3% | 50% | 0% | 100% |
| Q4FY01 | 0% | 2% | 2% | 1% | 3% | 1% | 1% | 3% | 3% | 8% | 3% | 6% | 17% | 53% | 0% | 100% |

US Weekly License Revenue Distribution

60%
50%
40%
30%
20%
10%
0%
-10%
-20%
W1 W2 W3 W4 W5 W6 W7 W8 W9 W10 W11 W12 W13 W14 W15
Q1FY01
Q2FY01
Q3FY01
Q4FY01

ORCL 0121978
ORACLE CONFIDENTIAL