UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE:

ORACLE CORPORATION SECURITIES )
LITIGATION                     )
                               )
                               )
                               ) No. C-01-0988-MJJ
                               )
THIS DOCUMENT RELATES TO:      )
                               )
     ALL ACTIONS               )
                               )

**ORIGINAL**

VIDEOTAPED DEPOSITION

OF PETER DONNELLY

San Francisco, California

Wednesday, November 30, 2005

Reported by:
TRACY L. PERRY
CSR No. 9577
JOB No. 66437

|  |  |
|---|---|
| | 1  looking forward to future quarters.  You take history of |
| | 2  Q1 and how did that look for the last five years:  How |
| | 3  are we tracking in the quarter from an actual standpoint, |
| | 4  how are we tracking against forecast, and how much of |
| | 5  that forecast do we typically get in in the unknown |
| | 6  period. |
| 09:59:41 | 7       Q   In that -- and you would help make these |
| | 8  assessments; is that right? |
| 09:59:50 | 9       A   People -- people on my team did.  I -- I didn't |
| | 10  do a lot of the detailed work in my group.  I was |
| | 11  responsible for my organization running effectively. |
| 10:00:03 | 12       Q   So how would -- how would you describe your role |
| | 13  compared to what you just described in terms of looking |
| | 14  at historical data, trying to see patterns? |
| 10:00:11 | 15       A   Review. |
| 10:00:12 | 16       Q   Review.  Okay. |
| 10:00:13 | 17           Did you -- did you consult and confer with |
| | 18  Ms. Minton about the data that was being provided or that |
| | 19  was being analyzed? |
| 10:00:23 | 20       A   Jennifer had an operating style that she |
| | 21  communicated directly with people in my group if needed |
| | 22  to.  So you'll have to ask her that question. |
| 10:00:34 | 23       Q   Well, I'm asking from your perspective.  Did you |
| | 24  confer or consult with her? |
| 10:00:40 | 25       A   I don't recall. |

| | | |
|---|---|---|
| 10:00:41 | 1 | Q  So -- well, let me take a step back.  Did you |
| | 2 | have regular meetings with Jennifer? |
| 10:00:45 | 3 | A  I had regular meetings with Jennifer, yes. |
| 10:00:47 | 4 | Q  Okay. |
| 10:00:48 | 5 | A  And we talked about a lot of different |
| | 6 | financial-related matters, project-related matters, and |
| | 7 | personnel/management-related matters during the course of |
| | 8 | my time in her group. |
| 10:00:59 | 9 | Q  What would -- |
| 10:01:01 | 10 | A  I don't recall any specific meetings or |
| | 11 | conversations regarding specific data in a forecast |
| | 12 | analysis. |
| 10:01:09 | 13 | Q  Do you recall observing any patterns with |
| | 14 | respect to Oracle's license sales during a particular |
| | 15 | quarter?  That is, was there any -- could you distill or |
| | 16 | determine, after looking at some period of previous |
| | 17 | quarters, when there was an up-tic or a downturn in |
| | 18 | sales, you know, during any particular quarter or any |
| | 19 | particular months during a quarter? |
| 10:01:37 | 20 | MS. WINKLER:  Objection; form. |
| 10:01:39 | 21 | THE WITNESS:  Yes. |
| 10:01:39 | 22 | BY MR. RUBIN: |
| 10:01:39 | 23 | Q  Okay.  And what do you recall about -- for |
| | 24 | example, whether there was any discernable or observable |
| | 25 | tendency during the third month of a quarter? |

10:01:54  1     A    There's something commonly known as the hockey
           2  stick effect in the software industry.
10:02:00  3     Q    And what is that?
10:02:01  4     A    Essentially customers know a software vendor
           5  needs to report their earnings for -- on a quarterly
           6  basis -- public software company needs to report earnings
           7  on a quarterly basis.  They -- vendors -- customers use
           8  this as an opportunity to extract a better price for
           9  software.  And therefore, deals can be pushed further and
          10  further back into the quarter, making -- making the final
          11  number difficult to determine exactly.
10:02:43 12          So there was -- but -- but over time -- Oracle's
          13  been in this business for 25 years.  You create patterns,
          14  and the forecast analysis that I gave you, mentioned to
          15  you tracked these patterns.  So there's a different
          16  pattern in Q1 then there was in Q4.
10:03:05 17     Q    And that had something to do with seasonality?
10:03:08 18     A    Seasonality.  And again, the larger hockey stick
          19  effect, the big quarter for most software companies is
          20  their fourth quarter.  There's a bigger hockey stick
          21  effect in that quarter.  We know that because we tracked
          22  that for the last X number of years, possibly 25.
10:03:27 23     Q    Were there -- did you also see the hockey stick
          24  phenomenon in quarters 1 through 3?
10:03:32 25     A    There's a hockey stick effect every quarter.

| | | |
|---|---|---|
| `0:03:36 | 1 | Q    Right.  And that was observed over time, |
| | 2 | correct? |
| 10:03:41 | 3 | A    That's correct. |
| 10:03:54 | 4 | Q    You indicated that this was a phenomenon in the |
| | 5 | software industry generally? |
| 10:03:59 | 6 | A    Correct. |
| 10:04:00 | 7 | Q    And was Oracle a part of that? |
| 10:04:02 | 8 | A    Given they're the second largest software |
| | 9 | company in the world, yes. |
| 10:04:05 | 10 | Q    So Oracle in that sense was no different than |
| | 11 | the industry-wide phenomenon? |
| 10:04:09 | 12 | A    It was an industry phenomenon, of which Oracle |
| | 13 | participates in the industry, yes. |
| 10:04:17 | 14 | Q    Do you remember any specific data on average |
| | 15 | during the time that you were working in this area in |
| | 16 | '90 -- I'm just going to use -- say '95 to '97, but I |
| | 17 | understand that's not a precise term.  We're estimating. |
| 10:04:32 | 18 | A    Sure. |
| 10:04:33 | 19 | Q    What percentage of Oracle sales occurred in the |
| | 20 | last couple weeks of a quarter over time? |
| 10:04:39 | 21 | MS. WINKLER:  Objection. |
| 10:04:39 | 22 | BY MR. RUBIN: |
| 10:04:39 | 23 | Q    Do you remember any percentage, like, you know, |
| | 24 | of the total amount of license sales, how much occurred |
| | 25 | in the last two weeks of the quarter? |

| | | |
|---|---|---|
| 11:01:33 | 1 | Q   Okay.  Do you remember whether there were any -- |
| | 2 | whether you observed any slow-down or economic issues |
| | 3 | affecting the company in the second quarter? |
| 11:01:49 | 4 | A   I don't recall. |
| 11:01:59 | 5 | Q   Do you remember any unusual hockey-stick-effect |
| | 6 | activity at the -- phenomenon in that quarter even |
| | 7 | compared to other quarters? |
| 11:02:10 | 8 | MS. WINKLER:  Objection; form. |
| 11:02:11 | 9 | THE WITNESS:  No. |
| 11:02:12 | 10 | BY MR. RUBIN: |
| 11:02:12 | 11 | Q   Going back to our original -- not original -- |
| | 12 | earlier conversation, do you remember any anxiety in the |
| | 13 | company about whether the company was going to make its |
| | 14 | quarter or not in the second quarter of 2001? |
| 11:02:24 | 15 | MS. WINKLER:  Objection to form. |
| 11:02:25 | 16 | THE WITNESS:  I think I stated there was anxiety |
| | 17 | every single quarter, as there is for any publicly traded |
| | 18 | software company. |
| 11:02:33 | 19 | BY MR. RUBIN: |
| 11:02:33 | 20 | Q   I had thought -- and maybe I misunderstood.  I |
| | 21 | thought you had said sometimes, you know, a few weeks |
| | 22 | out, because as the gap between the forecast and the |
| | 23 | actual performance starts to close, it becomes clear then |
| | 24 | in other quarters where the company is.  Whereas in other |
| | 25 | quarters, because of the hockey stick phenomenon and |

|   |    |   |
|---|---|---|
|            | 1  | other reasons, there are really still a lot of open sales |
|            | 2  | in the pipeline right at the end. |
| 11:02:56   | 3  | So I'm asking you do you have any specific |
|            | 4  | memory whether second quarter fell on one end of the |
|            | 5  | spectrum or the other? |
| 11:03:03   | 6  | MS. WINKLER: Objection to form. |
| 11:03:03   | 7  | THE WITNESS: I don't recall if the anxiety levels |
|            | 8  | were higher or more sustained in Q2 than they were in any |
|            | 9  | other period. |
| 11:03:21   | 10 | BY MR. RUBIN: |
| 11:03:21   | 11 | Q   Do you recall having any conversations at Oracle |
|            | 12 | during the second quarter of 2001 about to what extent, |
|            | 13 | if any, the economics -- the economic -- any economic |
|            | 14 | downturn in the economy generally was affecting Oracle's |
|            | 15 | performance? |
| 11:03:42   | 16 | MS. WINKLER: Objection; form. |
| 11:03:43   | 17 | THE WITNESS: Not at a professional level, no. |
| 11:03:46   | 18 | BY MR. RUBIN: |
| 11:03:46   | 19 | Q   When you say "not at a professional level" -- |
| 11:03:48   | 20 | A   Sorry. Not in the course of my responsibilities |
|            | 21 | at Oracle, but as an employee, as a holder of stock |
|            | 22 | options, as a monitor of stock price, as a monitor of the |
|            | 23 | NASDAQ and monitor of the economy, yeah. I mean we were |
|            | 24 | doing great. |
| 11:04:07   | 25 | Q   As of the second quarter? |

```
11:04:08   1        A    That's correct.  Yeah, we --
11:04:10   2        Q    Okay.  All right.  And so your -- in that role,
           3   your memory is you were very bullish about Oracle?
11:04:17   4        A    We seemed to be immune from the circumstances
           5   affecting other companies.  And there were lots of good
           6   reasons.
11:04:24   7        Q    And what were those?
11:04:25   8        A    Long-established company, product that's
           9   required by everybody, information needs gather -- you
          10   know, continuing to grow.  You know, this was why we were
          11   protected.
11:04:37  12        Q    And that was your view, as well?
11:04:42  13        A    After working eight and a half years at Oracle,
          14   you get to absorb the -- you get to be -- be a believer.
11:04:50  15        Q    Okay.  And did you -- okay.  Let me have the...
          16   Yeah, this one.  Okay.  I'm going to mark another
          17   document as Exhibit 2.
11:05:48  18             (Deposition Exhibit 2 was marked.)
11:05:58  19        THE WITNESS:  Do I read this?
11:05:59  20   BY MR. RUBIN:
11:05:59  21        Q    Yes.  So what I've marked as Exhibit 2 is a
          22   document with Bates stamp range -- with a Bates stamp
          23   range of NDCA-ORCL 503837 through 503839.
11:06:12  24             So, yeah, why don't you take a minute to look at
          25   this, and I'll just have a few questions for you.
```

| | | | |
|---|---|---|---|
| 11:07:46 | 1 | A | Okay. |
| 11:07:47 | 2 | Q | Okay. |
| 11:07:48 | 3 | A | Mm-hmm. |
| 11:07:49 | 4 | Q | Now, this is an e-mail from you to Jeff Henley; is that right? |
| 11:07:54 | 6 | A | Correct. |
| 11:07:56 | 7 | Q | Do you recognize the e-mail? |
| 11:07:57 | 8 | A | Yeah. Yes. |
| 11:07:59 | 9 | Q | Yeah, yes, that's okay. |
| 11:08:02 | 10 | | Now, as I understand it, this actually relates back to our earlier exchange about when you had called the class plaintiffs because you said you had some stock options but they hadn't been exercised, correct? |
| 11:08:16 | 14 | A | Correct. |
| 11:08:17 | 15 | Q | So at the beginning of the e-mail, is it accurate or is my understanding accurate -- excuse me -- that when you left the company, you had vested stock options that were going to expire on March 19th, which was 90 days after you left the company? |
| 11:08:33 | 20 | A | Correct. |
| 11:08:34 | 21 | Q | Right. Now, so I gather that at the time you left the company on approximately December 18th or 19th, you did not immediately exercise your stock options? |
| 11:08:45 | 24 | A | Not on that day, no. |
| 11:08:46 | 25 | Q | No. But -- and that soon after that, you sat |

| | | |
|---|---|---|
| .1:09:34 | 1 | Q   So you had sat down with your broker to come up |
| | 2 | with a schedule from the time you left through March 19th |
| | 3 | to sell your options? |
| 11:09:41 | 4 | A   I don't know if it -- |
| 11:09:41 | 5 | MS. WINKLER:  Objection to form. |
| 11:09:42 | 6 | THE WITNESS:  I don't know if it was through that |
| | 7 | particular date, but it was some date between the day |
| | 8 | that I met him and the end date of disposition.  So it |
| | 9 | wasn't necessarily March 19th was the last date, but that |
| | 10 | was -- |
| 11:09:55 | 11 | BY MR. RUBIN: |
| 11:09:55 | 12 | Q   And you -- and you -- right.  But at some |
| | 13 | point -- |
| 11:09:58 | 14 | A   Some point before they expired, I would have |
| | 15 | sold all of them. |
| 11:10:01 | 16 | Q   And did you have a particular date in mind about |
| | 17 | when you wanted to sell all of them before March 19th? |
| 11:10:07 | 18 | A   I had no date in mind.  My broker advised me to |
| | 19 | average cost selling -- whatever that term is, basically |
| | 20 | to even out the ups and downs. |
| 11:10:20 | 21 | Q   And you say you had a reasonable price target in |
| | 22 | the mid-30s? |
| 11:10:24 | 23 | A   Correct. |
| 11:10:25 | 24 | Q   So it would be fair to say when you were leaving |
| | 25 | Oracle, you did not expect any significant price change |

|  |  |  |
|---|---|---|
|  | 1 | in the stock between the time you left and March 19th? |
| 11:10:33 | 2 | A    Absolutely not. |
| 11:10:38 | 3 | Q    And am I correct that March 1st or February 28th |
|  | 4 | or 29th, depending on the year, would have been the end |
|  | 5 | of a third quarter of a fiscal year for Oracle? |
| 11:10:50 | 6 | A    Correct. |
| 11:10:50 | 7 | Q    So it would also be fair to say that you did not |
|  | 8 | expect any big price drop as of that date at the time you |
|  | 9 | left the company? |
| 11:10:58 | 10 | A    There was no anticipation of the stock going |
|  | 11 | down, if that's -- if that's your question. |
| 11:11:01 | 12 | Q    Yeah, that's my question. You did not |
|  | 13 | anticipate at the time you left the company that as of |
|  | 14 | March 1st, the stock would -- the stock would drop? |
| 11:11:08 | 15 | A    No. Business was good and there was a positive |
|  | 16 | buzz around how we were responding to the economy. So my |
|  | 17 | assumption was things were going to continue that way. |
| 11:11:22 | 18 | Q    And you didn't have any reason to anticipate |
|  | 19 | that Oracle would miss its projected -- projected market |
|  | 20 | guidance for the quarter? |
| 11:11:31 | 21 | MS. WINKLER:   Objection; form. |
| 11:11:32 | 22 | BY MR. RUBIN: |
| 11:11:32 | 23 | Q    As of the time you left? |
| 11:11:33 | 24 | A    As of the time I left, I had no specific |
|  | 25 | knowledge as to why they might miss. And subsequent to |

|  |  |  |
|---|---|---|
|  | 1 | leaving, I carefully followed the press and analyst |
|  | 2 | discussions and statements by the company as to how |
|  | 3 | business was going. |
| 11:11:50 | 4 | Q   Right. |
| 11:11:50 | 5 | A   I was a shareholder. |
| 11:11:51 | 6 | Q   But as of the time you left -- I'm speaking |
|  | 7 | about December 19th -- you had no anticipation that |
|  | 8 | Oracle would be unable to meet its guidance as of March |
|  | 9 | 1st? |
| 11:12:03 | 10 | MS. WINKLER:  Objection to form. |
| 11:12:04 | 11 | THE WITNESS:  No.  Too early in the quarter. |
| 11:12:07 | 12 | BY MR. RUBIN: |
| 11:12:07 | 13 | Q   And based upon everything else you said, you |
|  | 14 | were bullish about the company based on everything you |
|  | 15 | knew as of December 19th? |
| 11:12:13 | 16 | MS. WINKLER:  Objection to form. |
| 11:12:14 | 17 | THE WITNESS:  Yes. |
| 11:12:31 | 18 | BY MR. RUBIN: |
| 11:12:31 | 19 | Q   Now, did this actually -- were you able to get |
|  | 20 | the extension? |
| 11:12:35 | 21 | A   No. |
| 11:12:39 | 22 | Q   And you didn't end up vesting any of your -- you |
|  | 23 | had not -- I assume -- this is dated February 10th.  So |
|  | 24 | as of this e-mail, you had not exercised any of your |
|  | 25 | options? |

| | | |
|---|---|---|
| | 1 | going to make its quarter till the last couple days? |
| 11:35:45 | 2 | MS. WINKLER: Objection to form. |
| 11:35:46 | 3 | THE WITNESS: Yeah, I don't recall. |
| 11:35:49 | 4 | BY MR. RUBIN: |
| 11:35:49 | 5 | Q   Okay.  And what you just described, talking |
| | 6 | about sort of this last two weeks as having more |
| | 7 | information, having a better sense of information than |
| | 8 | before because of the progress of the quarter, do you |
| | 9 | recall conveying that to the investigator? |
| 11:36:03 | 10 | A   Yes. |
| 11:36:04 | 11 | Q   Do you recall ever using the benchmark of six |
| | 12 | weeks out? |
| 11:36:08 | 13 | MS. WINKLER: Objection to form. |
| 11:36:09 | 14 | THE WITNESS: I don't remember using the benchmark |
| | 15 | of six weeks out. |
| 11:36:12 | 16 | BY MR. RUBIN: |
| 11:36:12 | 17 | Q   And six weeks out, in fact, based upon your |
| | 18 | experience and knowledge, would be a long time out in |
| | 19 | terms of having reliable information, correct? |
| 11:36:18 | 20 | THE WITNESS: It would be -- |
| 11:36:19 | 21 | MS. WINKLER: Objection to form. |
| 11:36:20 | 22 | THE WITNESS: It would be more accurate than the |
| | 23 | beginning of the quarter, less accurate than the end of |
| | 24 | the quarter. |
| 11:36:26 | 25 | BY MR. RUBIN: |

| | | |
|---|---|---|
| 11:36:26 | 1 | Q    But would -- is it your testimony here today |
| | 2 | that in any particular quarter in which you worked at |
| | 3 | Oracle, the Oracle executives would have known six weeks |
| | 4 | out whether they were going to miss or make their |
| | 5 | quarter? |
| 11:36:38 | 6 | MS. WINKLER: Objection; form. |
| 11:36:39 | 7 | THE WITNESS: I don't think any company executive |
| | 8 | would know six weeks out to a -- to a, you know, hundred |
| | 9 | percent certainty. |
| 11:36:48 | 10 | BY MR. RUBIN: |
| 11:36:48 | 11 | Q    Right. |
| 11:36:49 | 12 | A    I mean, it's impossible. |
| 11:36:50 | 13 | Q    And, in fact, as you said, two weeks out you may |
| | 14 | know that a miss is possible, but you don't know -- there |
| | 15 | could be certain quarters you still don't know, given the |
| | 16 | amount of the pipeline and how close you are to the |
| | 17 | forecast, whether you're going to miss or make the |
| | 18 | quarter even two weeks out; is that correct? |
| 11:37:05 | 19 | MS. WINKLER: Objection; form. |
| 11:37:06 | 20 | THE WITNESS: So, again, I want to make sure I'm |
| | 21 | clear here. At some point in time in a quarter, you know |
| | 22 | you're going to miss. |
| 11:37:15 | 23 | BY MR. RUBIN: |
| 11:37:15 | 24 | Q    Sometimes that's not until the last two days, |
| | 25 | correct? |

PETER DONNELLY, NOVEMBER 30, 2005

```
11:37:17   1         MS. WINKLER:  Objection to form.
11:37:18   2         THE WITNESS:  Sometimes it's not then.  Sometimes it
           3   could be earlier.
11:37:21   4   BY MR. RUBIN:
11:37:21   5      Q   Right.
11:37:22   6      A   If you take a look at your actuals and your
           7   pipeline and they don't add up to a hundred percent, then
           8   you're going to miss.
11:37:30   9      Q   Can you --
11:37:30  10      A   And you can do that arithmetic on day one and
          11   say, "Okay.  I'm going to have to re -- I'm going to have
          12   to change guidance."  And the earnings call for the
          13   previous quarter.  You will guide down.  You will say,
          14   "My revenues will be lower."
11:37:46  15          So there's enough evidence at the beginning of a
          16   quarter to make a judgment call as to where you are going
          17   to be at the end.
11:37:55  18          As you progress through the quarter and you look
          19   at deals and you look at actuals and you look at
          20   pipeline, you will get closer and closer.
11:38:03  21      Q   Now, one of the things that -- that Oracle uses
          22   is something called a conversion ratio, correct?
11:38:08  23      A   Correct.
11:38:08  24      Q   And what is that?
11:38:11  25      A   I don't know the specific measures, but based
```

```
 1            STATE OF CALIFORNIA    )
                                   :  ss
 2            COUNTY OF CONTRA COSTA)

 3

 4            I, the undersigned, a Certified Shorthand
 5       Reporter of the State of California, do hereby
 6  certify:
 7            That the foregoing proceedings were taken
 8  before me at the time and place herein set forth; that
 9  any witnesses in the foregoing proceedings, prior to
10  testifying, were placed under oath; that a verbatim
11  record of the proceedings was made by me using machine
12  shorthand which was thereafter transcribed under my
13  direction; further, that the foregoing is an accurate
14  transcription thereof.
15            I further certify that I am neither
16  financially interested in the action nor a relative or
17  employee of any attorney of any of the parties.
18            IN WITNESS WHEREOF, I have this date
19  subscribed my name.
20
21       Dated: December 16, 2005
22
23
24            TRACY L. PERRY
              CSR NO. 9577
25
```