Return-Path: <Jeff.Henley@oracle.com>
Received: from oldmail.us.oracle.com (oldmail.us.oracle.com [130.35.62.15]) by
gmgw04.oraclecorp.com (8.8.8+Sun/8.8.8) with ESMTP id SAA26689;
Tue, 12 Dec 2000 18:26:23 -0800 (PST)
Received: from gmgw01.oraclecorp.com (gmgw01.us.oracle.com [130.35.61.190])
by oldmail.us.oracle.com (8.8.8+Sun/8.8.8) with ESMTP id SAA00939;
Tue, 12 Dec 2000 18:26:22 -0800 (PST)
Received: from oracle.com (jhenley-pc.us.oracle.com [144.25.176.109]) by
gmgw01.oraclecorp.com (8.8.8+Sun/8.8.8) with ESMTP id SAA20637;
Tue, 12 Dec 2000 18:26:22 -0800 (PST)
Message-ID: <3A36DE40.C128AB4B@oracle.com>
Date: Tue, 12 Dec 2000 18:26:09 -0800
From: Jeff Henley <Jeff.Henley@oracle.com>
Organization: Oracle Corporation
X-Mailer: Mozilla 4.7 [en] (Win95; I)
X-Accept-Language: en
MIME-Version: 1.0
To: lellison <lellison@us.oracle.com>
CC: jminton <jminton@us.oracle.com>, scatz <scatz@us.oracle.com>,
saas <saas@us.oracle.com>, jeff.henley@oracle.com
Subject: earnings call
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit
X-Mozilla-Status: 8001
X-Mozilla-Status2: 00000000

Here are some summary points/soundbites for Thursday's earnings calls:

1.  Both applications and server grew about as expected (we promised
apps would be much better in Q2 and server would fall back a bit).  It
was the second quarter in a row that constant dollar total license
growth exceeded 30% and the last 3 of 4 quarters it has exceeded 30%
(the last time we had two quarters in a row of more than 30% constant
dollar license growth was 3 1/2 years ago).  Based on strong
applications momentum 30% constant dollar total license growth seems
like a reasonable target for the second half (I'll give some targets for
apps and server like 75% apps and 20% database).  It's certainly
possible that applications growth will be even higher than Q2 now that
we're through the 11i "birthing" phase--our applications pipeline is
even better for Q3 than the past several quarters.  For server, our
toughest comparison for Fiscal 01 is Q3.

2.  Currency was more negative in Q2 than we've seen in some time at -7%
due to a falling Euro.  For Q3 at current exchange rates it looks like
-5% and for Q4 it looks like -3%.  We think eventually this will fade
away so this is why we always look at the real constant dollar growth
rate.  (We've now had 19 consecutive quarters of negative currency
impact so odds are the cycle will reverse at some point).

3.  Q2 operating margin jumped 10.8% points as a percent of revenue and
when you consider that for Q2 a year ago it also jumped 6.2% points you
realize that cumulatively for the 2 years we've boosted margins 17.0%
points, or nearly double what is was two years ago which at the time was
a record level.  Also, this is the fourth consecutive quarter in a row
that we've increased operating margin as a percent of revenue by more
than 10 percentage points year-over-year.  Our productivity improvement
program should continue as we complete our transformation by next

ORACLE CONFIDENTIAL

9/6/2002 2:47 PM

NDCA-ORCL 025768

summer.  While it will be harder to keeper margins growing as fast as last fiscal year and this, there is still opportunity plus better top line growth in next fiscal year will help keep EPS growth strong (we'll shift back to more of our traditional strong top line story and that trend you will see each quarter this fiscal year which should pave the way for the next couple of years if we're right about the 11i ebusiness suite and 9i).

4.  Constant dollar consulting/education growth moved up 8 percentage points to 1 percent growth.  This is after 9 consecutive quarters of declining growth rate (peaked at 54% growth in Q4 '99 all the way to the bottom in Q1 '01at neg 7%).  We expect this will grow again in Q3 to probably 10% constant dollar growth based on strong apps growth and a continued positive book to bill ratio.  Therefore, total services revenue including support should continue to bounce back as we forecast last quarter so that total revenue should be on its way well above 20% if our license growth remains strong.

5.  We seen no slowdown in our business to date.  Our current assumption is that while the U.S. economy is slowing down and while there are tech sectors like semiconductors, pc's, etc showing slowing demand, ebusiness software (database and apps) is a high priority for customers so this explains why our pipeline isn't slowing down.  We're in a strong sector of the tech market and also we believe we can take market share in both database/apps server and in applications across the board (ERP, supply chain, and CRM).  If anything our business may get stronger as the 11i ebusiness suite and 9i database and apps server reach maturity.

6.  The average split-adjusted EPS improvement for last 3 years from Q2 to Q3 was one cent per share.  We think that probably makes sense again this year.  Due to holidays Q3 is usually not much different than Q2 and then there is a spike in Q4.  We have no reason to believe that this year should be any different (keep expectations low enough to beat by a penny).

7.  We've had two 2-1 splits in the past 10 months so if when we beat our number in Q2 by a penny it's the same as beating it by 4 cents a year ago Q2.  The real way to look at how we did is to look at absolute performance in margin improvement, look at the % we beat the number (ie more than 10%) and look underneath revenue to see constant dollar license growth and realize it will drag up the services number on a lagged basis which is starting to happen.

**ORACLE CONFIDENTIAL**

9/6/2002 2:47 PM

NDCA-ORCL 025769