```
        Return-Path: <George.Roberts@oracle.com>
           Received: from oracle.com ([130.35.29.102])by gmgw01.oraclecorp.com (8.8.8□.8.8)
                     with ESMTP id WAA01200;Sun, 25 Feb 2001 22:58:06 -0800 (PST)
         Message-ID: <3A99FDF2.2B7F5C12@oracle.com>
               Date: Mon, 26 Feb 2001 00:55:46 -0600
               From: George Roberts <George.Roberts@oracle.com>
       Organization: Oracle Corporation
           X-Mailer: Mozilla 4.74 [en] (Win95; U)
  X-Accept-Language: en
       MIME-Version: 1.0
                 To: larry.ellison@oracle.com, jeff.henley@oracle.com,
                     jennifer.minton@oracle.com, safra.catz@oracle.com,
                     david.winton@oracle.com, george.roberts@oracle.com
            Subject: Forecast Reduction of 20mm
         X-Priority: 1 (Highest)
       Content-Type: multipart/mixed;boundary="------------8E8358182161C1A10651858A"
    X-Mozilla-Status: c005
   X-Mozilla-Status2: 00000000
```

On Friday John Nugent told me that he had 10mm of forecasted business fall out of the forecast in the West area. It was not one or two deals but over 70 separate transactions slipped. The mix of accounts was 70% new economy and 30% brick and mortar. The top reason given by the companies was capital preservation.

I spent the weekend reviewing the numbers, pipeline and upside deals to see if we could still find a way to the 320mm. However based on the continual erosion of the pipeline and forecast this quarter I am reducing my forecast by 20mm. This puts the forecast at 300mm with a best case of 305mm.

Below is the further detail I received this weekend

The past 6 business days our forecast has dropped to the point that I know that our organization will have put John, Oracle and yourself in a bad spot. As the information was coming in Thursday John and I had a preliminary discussion and he said he would alert you during Friday mornings meeting. I told John I would be getting the final numbers as well as info from the apps team as they return from New Orleans.Thursday afternoon it looked like our forecast would be in the low $60's m  . After netting everything thru Friday night we will off an addl $10m and are looking at a quarter number in the low 50's.  I am aware of the impact this news has to Oracle and I am sorry that we have created such a problem.  This is my organization and  I am responsible for a forecast to you--I failed. From the 2-16 forecast to the 2-23 forecast  we had 78 field deals, by 47 different reps totaling $14.9m move out of the quarter.  The last month of the quarter I go over deal , line by line item with the managers weekly.  This has been successful in the past as it gives me  the oppt to get accurate info to provide  upper management and build a  reliable forecast.  George, you have been a great supporter for my team and myself. In my 6 years with Oracle this is the most difficult news I have had to deliver as a forecast, especially this late in the quarter, is a personal commitment and I have let you and Oracle  down.  I am sorry.

ORCL 0111241
ORACLE CONFIDENTIAL

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 300208