[Fwd: [Fwd: Forecast Reduction of 20mm]]

      **Subject:** [Fwd: [Fwd: Forecast Reduction of 20mm]]
          **Date:** Mon, 26 Feb 2001 10:51:21 -0800
          **From:** David Winton <david.winton@oracle.com>
**Organization:** Oracle Corporation
             **To:** "Minton,Jennifer" <JENNIFER.MINTON@oracle.com>
             **CC:** "Terry,Jody" <JODY.TERRY@oracle.com>

```
Additional information on the Q3 GB West forecast drop and Q4
implications.
```

      **Subject:** Re: [Fwd: Forecast Reduction of 20mm]
         **Date:** Mon, 26 Feb 2001 09:35:51 -0600
         **From:** George Roberts <George.Roberts@oracle.com>
**Organization:** Oracle Corporation
           **To:** Nic Classick <Nic.Classick@oracle.com>
           **CC:** "Winton,David" <DAVID.WINTON@oracle.com>,
               "Nugent,John" <JOHN.NUGENT@oracle.com>,
               "Roselli,William" <WILLIAM.ROSELLI@oracle.com>,
               "Ellison,Lawrence" <LARRY.ELLISON@oracle.com>

```
Larry,

Here is some more detail around the situation

Nic Classick wrote:

> George -- RM feedback regarding the miss.  1. Conserve cash  2. Customer's
> buying production licenses just before they go live and using OTN Licenses for
> development  3. Clients thinking too much risk involve buying production
> licenses before they are required.  Postponement of projects and
> expansion--datawarehousing, capacity expansion or backup site expansion.  4.
> Perpetual licenses moving to term and shrinkage to iSD size 5. Some have been
> lost to Hosting providers  6. Postponed due to to Corporate consolidating and
> restructuring as business plans and budgets are being modified.  7.Funding
> delayed or denied at the last minute.    NET---- lost to competition 5%,
> firm q4 projects  25%, delayed until economic or business conditions are
> clearer  70%.  We had 5 POs  cut that Presidents pulled until April as they
> wanted to see what their q1 would look like. The uncertainty of their business
> and outlooks  for the year has caused many client to delay until they better
> understand what directions 2001 will take.  We can't commit this  70%  as April
> results and the business climate will have to determine.
>
> George Roberts wrote:
>
> > Your thoughts
> >
> >  -----------------------------------------------------------------------
> >
> > Subject: Re: Forecast Reduction of 20mm
> > Date: Mon, 26 Feb 2001 06:26:55 -0800
> > From: "Lawrence J. Ellison" <Larry.Ellison@oracle.com>
> > Organization: Oracle Corporation
> > To: George Roberts <George.Roberts@oracle.com>
> > References: <3A99FDF2.2B7F5C12@oracle.com>
> >
> > George, do you think that these deals have slipped into Q4 or have they have
> > simply disappeared?   larry
```

**ORACLE CONFIDENTIAL**

**CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER**    **NDCA-ORCL 308454**

[Fwd: [Fwd: Forecast Reduction of 20mm]]

```
> >
> > George Roberts wrote:
> >
> > > On Friday John Nugent told me that he had 10mm of forecasted business
> > > fall out of the forecast in the West area. It was not one or two deals
> > > but over 70 separate transactions slipped. The mix of accounts was 70%
> > > new economy and 30% brick and mortar. The top reason given by the
> > > companies was capital preservation.
> > >
> > > I spent the weekend reviewing the numbers, pipeline and upside deals to
> > > see if we could still find a way to the 320mm.  However based on the
> > > continual erosion of the pipeline and forecast this quarter I am
> > > reducing my forecast by 20mm. This puts the forecast at 300mm with a
> > > best case of 305mm.
> > >
> > > Below is the further detail I received this weekend
> > >
> > > The past 6 business days our forecast has dropped to
> > > the point that I know that our organization will have put  John, Oracle
> > > and yourself  in a bad spot.  As the information was coming in Thursday
> > > John and I had a preliminary discussion and he said he would alert you
> > > during Friday mornings meeting.  I told John I would be getting the
> > > final numbers as well as info from the apps team as they return from New
> > > Orleans.Thursday afternoon it looked like our forecast would be in the
> > > low $60's m  . After netting everything thru Friday night we will off
> > > an addl $10m and are looking at a quarter number in the low 50's.  I am
> > > aware of the impact this news has to Oracle and I am sorry that we have
> > > created such a problem.  This is my organization and  I am responsible
> > > for a forecast to you--I failed. From the 2-16 forecast to the 2-23
> > > forecast  we had 78 field deals, by 47 different reps totaling $14.9m
> > > move out of the quarter.  The last month of the quarter I go over deal ,
> > > line by line item with the managers weekly.  This has been successful in
> > > the past as it gives me  the oppt to get accurate info to provide  upper
> > > management and build a  reliable forecast.  George, you have been a
> > > great supporter for my team and myself. In my 6 years with Oracle this
> > > is the most difficult news I have had to deliver as a forecast,
> > > especially this late in the quarter, is a personal commitment and I have
> > > let you and Oracle  down.  I am sorry.
> >
> > -----------------------------------------------------------------
> >
> >    Lawrence J. Ellison <Larry.Ellison@oracle.com>
> >
> >    Lawrence J. Ellison
> >       <Larry.Ellison@oracle.com>
> >    Additional Information:
> >    Last Name      Ellison
> >    First Name     Lawrence
> >    Version        2.1
> >
> > -----------------------------------------------------------------
> >
> >    George Roberts <George.Roberts@oracle.com>
> >
> >    George Roberts
> >       <George.Roberts@oracle.com>
> >    Additional Information:
> >    First Name     George
> >    Version        2.1
>
> --
> Regards,
>
```

**ORACLE**
**CONFIDENTIAL**

ORCL 0045594

**CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER**

NDCA-ORCL 308455

[Fwd: [Fwd: Forecast Reduction of 20mm]]

> Nic Classick

George Roberts <George.Roberts@oracle.com>

David Winton <david.winton@oracle.com>

ORACLE
CONFIDENTIAL

ORCL 0045595

3 of 3

05/10/2001 1:49 PM

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 308456