forecast

**Subject:** forecast
**Date:** Mon, 26 Feb 2001 05:25:15 -0800
**From:** Jeff Henley <Jeffrey.Henley@oracle.com>
**Organization:** Oracle Corporation
**To:** "Minton,Jennifer" <JENNIFER.MINTON@oracle.com>,
"Catz,Safra" <SAFRA.CATZ@oracle.com>

In looking at the actuals for the first two months, the total operating expenses in actual dollars grew 3% while the forecast for the quarter shows 10% growth.

My guess is that we have some upside in expenses based on this unless there was something unusual a year ago that causes the growth rate to be distorted in month 3. If the expenses grow say 5% rather than 10%, the difference would be $80 million lower.

CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER

NDCA-ORCL 003457