LATHAM & WATKINS LLP
  Peter A. Wald (SBN 85705)
  Michele F. Kyrouz (SBN 168004)
  Rees Morgan (SBN 229899)
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-2562
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
E-mail: peter.wald@lw.com
         michele.kyrouz@lw.com
         rees.morgan@lw.com

LATHAM & WATKINS LLP
  Patrick E. Gibbs (SBN 183174)
  Matthew Rawlinson (SBN 231890)
140 Scott Drive
Menlo Park, CA 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600
E-mail: patrick.gibbs@lw.com
         matt.rawlinson@lw.com

LATHAM & WATKINS LLP
  Jamie L. Wine (SBN 181373)
633 West Fifth Street, Suite 4000
Los Angeles, CA 90071
Phone: (213) 485-1234
Fax: (213) 891-7863
E-mail: jamie.wine@lw.com

Attorneys for Defendants ORACLE CORPORATION, LAWRENCE J. ELLISON, JEFFREY O. HENLEY, and EDWARD J. SANDERSON

ORACLE CORPORATION
  Dorian Daley (SBN 129049)
  James C. Maroulis (SBN 208316)
500 Oracle Parkway
Mailstop 5OP7
Redwood Shores, CA 94065
Telephone: (650) 506-5200
Facsimile: (650) 506-7114
E-mail: jim.maroulis@oracle.com

Attorneys for Defendant ORACLE CORPORATION

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Master File No. C-01-0988-MJJ (JCS)<br>(Consolidated)<br><br>CLASS ACTION<br><br>**DECLARATION OF REES F. MORGAN IN SUPPORT OF DEFENDANTS' MOTION TO EXCLUDE REPORTS AND TESTIMONY OF BROOKS HILLIARD**<br><br>**Honorable Judge Martin J. Jenkins** |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

MORGAN DECLARATION ISO DEFENDANTS' MOTION TO
EXCLUDE REPORTS AND TESTIMONY OF BROOKS HILLIARD
Master File No. C-01-0988-MJJ (JCS)

I, Rees F. Morgan, declare as follows:

1. I am an attorney duly licensed to practice before the courts of the State of California. I am an associate with the law firm of Latham & Watkins LLP, counsel of record for defendants in the above-entitled action. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. I submit this declaration in support of Defendants' Motion to Exclude Declarations and Testimony of Brooks Hilliard.

3. Attached as Exhibit 1 is a true and correct copy of the May 25, 2007 Declaration of Brooks L. Hilliard ("Hilliard Report").

4. Attached as Exhibit 2 is a true and correct copy of excerpts from the transcript of the June 28, 2007 Deposition of Brooks L. Hilliard ("Hilliard Tr.").

5. Attached as Exhibit 3 is a true and correct copy of excerpts from the transcript of the July 13, 2007 Deposition of Randall W. Jensen ("Jensen Tr.").

6. Attached as Exhibit 4 is a true and correct copy of the May 25, 2007 Expert Report of Edward Yourdon ("Yourdon Report").

7. Attached as Exhibit 5 is a true and correct copy of the June 22, 2007 Rebuttal Declaration of Brooks L. Hilliard ("Hilliard Rebuttal").

8. Attached as Exhibit 6 is a true and correct copy of the June 22, 2007 Rebuttal Declaration of Randall W. Jensen ("Jensen Rebuttal").

9. Attached as Exhibit 7 is a true and correct copy of the June 22, 2007 Rebuttal Expert Report of Edward Yourdon ("Yourdon Rebuttal").

10. Attached as Exhibit 8 is a true and correct copy of the Revised Second Amended Complaint for Violations of the Federal Securities Laws, dated December 9, 2002.

11. Attached as Exhibit 9 is a true and correct copy of the 1199 SEIU Greater New York Pension Fund's Third Supplemental Responses to Defendants' Second Set of Interrogatories to Plaintiffs, dated January 31, 2007 ("Responses to Contention Interrogatories").

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

MORGAN DECLARATION ISO DEFENDANTS' MOTION TO
1   EXCLUDE REPORTS AND TESTIMONY OF BROOKS HILLIARD
Master File No. C-01-0988-MJJ (JCS)

12. Attached as Exhibit 10 is a true and correct copy of an article entitled "Study: Buggy software costs users, vendors nearly $60B annually," *Computerworld*, June 25, 2002, by Patrick Thibodeau.

13. Attached as Exhibit 11 is a true and correct copy of an article entitled "Supply Chain: Hershey's Bittersweet Lesson," *CIO Magazine*, November 15, 2002, by Christopher Koch.

14. Attached as Exhibit 12 is a true and correct copy of excerpts from the transcript of the July 3, 2007 Deposition of Edward Yourdon ("Yourdon Tr.").

15. Attached as Exhibit 13 is a true and correct copy of excerpts from the book *Estimating Software Costs: Bringing Realism to Estimating* (Second Edition, McGraw-Hill, 2007), by Capers Jones.

16. Attached as Exhibit 14 is a true and correct copy of an article entitled "Oracle: Why It's Cool Again," *Business Week*, April 28, 2000, by Steve Hamm, which is Bates stamped NDCA-ORCL 307328-307335.

17. Attached as Exhibit 15 is a true and correct copy of the Amended Order Setting a Discovery Plan, filed March 10, 2005.

18. Attached as Exhibit 16 is a true and correct copy of excerpts from the transcript of the March 23, 2006 Deposition of Ronald Wohl.

19. Attached as Exhibit 17 is a true and correct copy of excerpts from the transcript of the February 28, 2006 Deposition of Richard Sellers.

20. Attached as Exhibit 18 is a true and correct copy of excerpts from the transcript of the September 19, 2006 Deposition of Kirsten Shaw.

21. Attached as Exhibit 19 is a true and correct copy of a press release entitled "Oracle: The State of E-Business is Strong," *Oracle News Release*, February 21, 2000, which is Bates stamped NDCA-ORCL 102009-102012.

22. Attached as Exhibit 20 is a true and correct copy of a document entitled 11i Key Customer References as of October 09, 2001, which is Bates stamped NDCA-ORCL 131156-131175.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

MORGAN DECLARATION ISO DEFENDANTS' MOTION TO EXCLUDE REPORTS AND TESTIMONY OF BROOKS HILLIARD
Master File No. C-01-0988-MJJ (JCS)

23.    Attached as Exhibit 21 is a true and correct copy of an article entitled "Retailers Hit Installation Bumps With SAP Software," *Computerworld*, February 19, 2001, by Lucas Mearian and Marc L. Sogini.

24.    Attached as Exhibit 22 is a true and correct copy of an article entitled "Trash Haulers Are Taking Fancy Software to the Dump – Allied Waste, Following Waste Management, to Shed SAP's Costly R/3," *The Wall Street Journal*, June 9, 1999, by Jeff Bailey.

25.    Attached as Exhibit 23 is a true and correct copy of excerpts from the April 6, 2005 Deposition of Alan Fletcher.

26.    Attached as Exhibit 24 is a true and correct copy of excerpts from the May 16, 2006 Deposition of Gregory Seiden.

27.    Attached as Exhibit 25 is a true and correct copy of the Declaration of Alan Fletcher, executed on July 26, 2007.

28.    Attached as Exhibit 26 is a true and correct copy of an article entitled "Making The World Safe For Software," *Business 2.0*, June 1, 2003, by Kim Girard.

I hereby declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on July 26, 2007 in San Francisco, California.

_____
Rees F. Morgan

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

MORGAN DECLARATION ISO DEFENDANTS' MOTION TO
EXCLUDE REPORTS AND TESTIMONY OF BROOKS HILLIARD
Master File No. C-01-0988-MJJ (JCS)

3