CONFIDENTIAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

--oOo--

In re:  ORACLE CORPORATION          Master File No.
SECURITIES LITIGATION               C-01-0988-MJJ (JCS)
_____/  CLASS ACTION



-- TRANSCRIPT DESIGNATED AS CONFIDENTIAL --

Videotaped Deposition of

RANDALL W. JENSEN, PH.D.

_____

Friday, July 13, 2007

Reported by:
Leslie Rockwood

CSR No. 3462

Job No. 75321

CONFIDENTIAL

1   until my question is completely finished before you start

2   answering so the court reporter can take down everything

3   that's said here today.

4            Let me know if you ever want to take a break

5   at any time.  It's your choice.  We've started a little

6   late here today with the hope and expectation that we

7   don't need a full day, and I'll do my best to accomplish

8   that.

9            Let me ask you first about the case in which

10  you gave a deposition as an expert witness.  Your report

11  in this case, which we've had marked and placed in front

12  of you as Exhibit 1, says that you have not been retained

13  as an expert within the last four years; is that correct?

14       A.   That's correct.

15       Q.   When was that case in which you gave a

16  deposition --

17       A.   About the year 2000.

18       Q.   Okay.  Try to wait until I'm done with the

19  question.  I know that --

20       A.   I'm sorry.

21       Q.   2000.  And what was that case about?

22       A.   A contractor was suing the Air Force for work

23  they performed on a system development.  The system was

24  never delivered, and they were suing for five years of

25  wages or costs.  My service there was to estimate what

7

CONFIDENTIAL

```
 1   the cost of developing the system should have been.
 2        Q.   I see.  And this was custom-built software?
 3             MR. WILLIAMS:  Objection.  Form.
 4             THE WITNESS:  Yes, it was.  It's -- it was an
 5   avionics system.
 6        Q.  BY MR. GIBBS:  And did your testimony in any
 7   way bear on the quality of any software that the vendor
 8   had delivered?
 9             MR. WILLIAMS:  Objection.  Form.
10             You can answer the question.
11             THE WITNESS:  Okay.  Quality is a strange
12   word.  It means a lot of different things to different
13   people.  They never delivered a product.  So quality is
14   sort of a non-entity here.
15        Q.  BY MR. GIBBS:  "Here" meaning in that case
16   you testified?
17        A.   In that particular case.
18        Q.   Okay.  So did you offer an opinion on any
19   subject other than what it should have cost to deliver
20   the system?
21        A.   Yes, I did.  Besides what it should have
22   cost, I reviewed and analyzed their proposal that they
23   started the contract with and essentially pointed out
24   that they didn't have the technical capability to build
25   the system in the first place.
```

8

CONFIDENTIAL

```
 1          Q.   Any other subjects of testimony?

 2          A.   No.

 3          Q.   Any other opinions that you offered in that

 4     case, setting aside the testimony?

 5          A.   No.

 6          Q.   And that's the only other case besides this

 7     one in which you've been retained as an expert witness?

 8          A.   Yes, that's true.

 9          Q.   Let me ask you a little bit about your --

10     well, let me back up.

11               I'd like to try to reach agreement on some

12     terms that we'll be using here today.

13          A.   Okay.

14          Q.   Do you have an understanding of what

15     enterprise application software is?

16          A.   Yes, I do.

17          Q.   How would you describe that category of

18     software?

19          A.   It's a -- well, a product that's more than

20     just a core or an operating system.  It's a database.  It

21     has application packages attached to it.  I would equate

22     it to something maybe in a way like Microsoft Office,

23     where there's an underlying operating system database,

24     and attached to that are application packages which are

25     integrated with that.  That's a simple explanation.
```

9

CONFIDENTIAL

1      "implementation" to mean in the context of the

2      implementation of enterprise application software?

3          A.   Most of the enterprise application systems

4      I've dealt with involve taking a baseline product, like

5      11i would be an example, and customizing it to work

6      with -- I'll call it peculiar, not specifically Oracle

7      databases, applications that are not specifically Oracle.

8              So the software has to be customized to do it

9      at another job, basically.  The data formats are not the

10     same.  The needs are not exactly the same.  So that's

11     typically what implementation is to me.

12         Q.   Okay.  I think that's fair enough.

13             So having in mind your understanding of the

14     term, you've just described one project you worked on

15     last week involving a military project of implementing

16     some enterprise application software.  And my question

17     is:  Do you have any other work experience in

18     implementing enterprise application software?

19         A.   Other than projecting the work involved, how

20     much it will cost, how long it will take, that's pretty

21     much what we do.

22         Q.   Okay.

23         A.   Conversion, customization, interfaces.

24         Q.   And that's based on your -- your research

25     over many years in the estimating field?

15

1          A.  And experience, yeah.

2          Q.  Okay.  So in terms of the actual on-site work

3   doing the implementation, data conversion, working with

4   the interfaces, things like that, you haven't actually

5   done that kind of implementation work?

6          A.  No.

7          Q.  Okay.  You mentioned your estimating work.  I

8   want to mark and place in front of you a third exhibit

9   here.  It's actually something I think you're familiar

10  with.  It's Capers Jones' book, Estimating Software

11  Costs?

12         A.  Oh, yes.  Yes.

13              MR. GIBBS:  We're going to mark the whole

14  book as Exhibit 3.

15              (Exhibit 3 marked.)

16         Q.  BY MR. GIBBS:  First question, actually, is

17  about the very first page.  I promise we won't go through

18  page-by-page, but the about the author section starts

19  with a sentence that says, quote:  Capers Jones is a

20  leading authority in the world of software estimating,

21  measurement, metrics, productivity and quality," end

22  quote.

23              Do you have that language in front of you?

24         A.  Right there (indicating).

25         Q.  Do you agree with that?

16

CONFIDENTIAL

1          A.   Yes, he is.

2          Q.   And you've read his book, Estimating Software

3     Costs?

4          A.   Yes.

5          Q.   I see.  Okay.  How about Watts Humphrey; do

6     you know who he is?

7          A.   Yes, I do.  He's the -- well, I'll call it

8     the CMMI expert for the world.  He came from IBM, works

9     at Carnegie Mellon.

10         Q.   What's CMMI?

11         A.   Capability maturity model improved.

12         Q.   Have you ever heard Mr. Humphrey referred to

13    as the father of software quality?

14         A.   Do I need to answer that?

15              MR. WILLIAMS:  Yes.

16              THE WITNESS:  Yes, okay.  The reason I --

17    yes, I've heard him called that.

18         Q.   BY MR. GIBBS:  You agree or disagree with

19    that?

20         A.   From my estimating background, I disagree

21    with that.

22         Q.   Why is that?

23         A.   Claims for productivity improvement using

24    CMMI, I think, are exaggerated, my opinion.

25         Q.   CMMI is a methodology that he's developed,

17

1    and you believe that claims made about the productivity

2    increases that can be achieved using that method are

3    overstated?

4          A.   If you get your process down, people are

5    interchangeable.   I don't believe that.

6          Q.   Does he have expertise in software

7    development?

8               MR. WILLIAMS:   Objection.   Form.

9               THE WITNESS:   I don't know.   That's

10   outside --

11         Q.   BY MR. GIBBS:   Fair enough.   We've had your

12   report in this matter marked as Exhibit 1.   It's now

13   underneath the bound copy of Mr. Jones' book.

14         A.   Okay.

15         Q.   First question is:   How did you go about

16   determining what your assignment would be in this case?

17              MR. WILLIAMS:   Let me just object to the form

18   of the question.   And if your answer requires you to

19   testify as to conversations that you've had with any of

20   the lawyers in the case, I'd instruct you not to answer

21   the question.   But if you can answer it without doing so,

22   go ahead.

23              THE WITNESS:   I was asked to look at the Ed

24   Yourdon report and the rebuttal to that report and give

25   my opinion on some particular issues about the report in

18

1   point count; correct?

2         A.   That's true.   That's true.

3         Q.   If it does not, then it wouldn't be a useful

4   metric?

5              MR. WILLIAMS:   Objection.   Form.

6              THE WITNESS:   That's true.

7         Q.   BY MR. GIBBS:   Okay.   And you don't know

8   whether it does?

9         A.   Well, we're assuming in this, in the

10  analysis, that all of those functions were performed on

11  11i.

12        Q.   Understood.   But you don't know whether the

13  hours expended on all four of those hours of activities

14  are included in that 6 million staff hour count; is that

15  correct?

16        A.   That's true.

17        Q.   Let me ask you some questions generally about

18  software, and we'll particularize them if it's necessary

19  to answer the questions.

20             First of all, would you agree with me that

21  all commercial software has defects when it's released?

22        A.   Yes.

23        Q.   All right.   And would you agree with me that

24  the larger the software is, measured by some meaningful

25  metric, the more errors you would expect it to be

28

CONFIDENTIAL

1    released with?

2                   MR. WILLIAMS:  Objection.  Form.

3                   THE WITNESS:  Not necessarily.  It depends on

4    the process.  A well-run process like a CMMI level five

5    process, for example, would generate less errors than

6    a -- the old-fashioned code and test process.

7            Q.  BY MR. GIBBS:  Okay.

8            A.  So it's variable.

9            Q.  Let's assume you hold all factors constant

10   except for the size of the software.

11           A.  Okay.

12           Q.  In that instance, the size, I take it, would

13   affect the number of errors you would expect to see?

14           A.  That's true.

15           Q.  And so holding everything else constant, if

16   the software gets bigger, you would expect to see more

17   errors even after release; correct?

18           A.  That's true.

19           Q.  What about complexity?  I know there are a

20   number of different ways to measure software complexity,

21   but just generally speaking, again, if you hold

22   everything else about the project constant, would you

23   agree that the more complex the software is, the more

24   errors you would expect to see it released with?

25                   MR. WILLIAMS:  Objection.  Form.

CONFIDENTIAL

1          THE WITNESS:  Yes and no.  Now, that's a

2     terrible answer, I realize, but it is yes and no.  A very

3     complex piece of software developed by a team that's

4     developing non-complex software, same development method,

5     same development process would probably produce more

6     errors.  But people who develop very complex software

7     usually use smaller teams and take longer, and they don't

8     produce more errors.

9          Q.  BY MR. GIBBS:  Okay.  But I think your answer

10    has changed one of the variables.  But if you really

11    stick to my hypothetical, which I understand you may not

12    agree with, but if you hold everything constant, the more

13    complex it is, the more errors you would expect to see;

14    is that fair?

15         MR. WILLIAMS:  Objection.  Form, asked and

16    answered.

17         THE WITNESS:  You're asking me to make a

18    decision about the competence of the developer.  A

19    competent developer would have done it the way I

20    suggested.  So it didn't -- it didn't solve the problem.

21    If we've got a given developer who has a given set of

22    skills, complex software would take longer and use fewer

23    people and would have no more bugs than when it was not

24    complex.

25         Q.  BY MR. GIBBS:  Okay.  Let me ask you a

30

CONFIDENTIAL

1    slightly different question:   In your Conclusion

2    Number 2, you say, "Based on the source of Mr. Yourdon --

3    Y-o-u-r-d-o-n -- relied upon to determine the prevalence

4    of defects in ERP-type software, Mr. Yourdon had no

5    factual basis to state whether Oracle 11i defect levels

6    with high, low, or normal."

7              Now, first of all, before we get into the

8    actual conclusion, I want to ask you about the concept of

9    high, low, or normal as it's applied to defect levels in

10   software.   Again, I take it that implies there is some

11   level of defects that would be normal and expected for

12   various kinds of software.   Correct?

13        A.   Always.

14        Q.   And the level you would expect depends in

15   part on the type of software; correct?

16             MR. WILLIAMS:   Objection.   Form.

17             THE WITNESS:   That's true.

18        Q.   BY MR. GIBBS:   ERP being one category of

19   software?

20        A.   Not -- that doesn't necessarily lead you to

21   more or less errors.

22        Q.   Okay --

23        A.   ERP is a product type.

24        Q.   Would you -- just as a category, would you

25   expect a different normal level of defects, for example,

31

CONFIDENTIAL

1    in military software compared to commercial software?

2         A.   I would expect less.

3         Q.   Okay.  I would hope for less.

4         A.   Nuclear weapons.

5         Q.   Agreed.  Is it possible to know what would be

6    the normal and expected defect level without knowing the

7    size of a particular software program?

8              MR. WILLIAMS:  Objection.  Form.  Size.

9              THE WITNESS:  Read that again.

10        Q.   BY MR. GIBBS:  Sure.

11        A.   Try it one more time.

12        Q.   I will.

13             Is it possible to know what would be the

14   normal and expected defect level without knowing the size

15   of a particular software program?

16             MR. WILLIAMS:  Same objection.

17             THE WITNESS:  Size is definitely a factor.

18   But you're coming down to process now.  If I'm building

19   nuclear weapons, I have no errors, or very few.  There

20   are errors, but there are very few.

21             If I'm doing something in a commercial world,

22   I probably will have more because they're more

23   acceptable.

24        Q.   BY MR. GIBBS:  Okay.  Well, I take your point

25   that size is not --

32

CONFIDENTIAL

1      A.   And size is not really the issue.

2      Q.   It's not the only issue.

3      A.   Yeah.

4      Q.   But it's one factor that would affect what

5  you would expect to see.

6      A.   Oh, yeah.   Errors go up with size.

7      Q.   Okay.   Let me put it another way, then.

8  There are a variety of different factors that affect the

9  number of defects you would expect to see from a software

10 program.

11     A.   Yes, that's true.

12     Q.   And without knowing all of those different

13 things that affect expected defect levels, you can't say

14 what level of defects you would expect from a particular

15 program, can you?

16     A.   Not in general, but yes, you can, looking at

17 the industry or the product type as an average -- and

18 that's what Capers does -- you can project the range that

19 you would expect to see errors within.   You can't say

20 it's this number.   You can say it's probably between here

21 and here (indicating).

22     Q.   Okay.   So to understand what level of defects

23 you would expect to see for a particular software

24 product, you would want to look at other products in the

25 same category?

CONFIDENTIAL

1          A.   That's true.

2          Q.   And you would look for a range, not some

3   specific benchmark number?

4          A.   That's true.

5          Q.   There would be a range within which the

6   defect level would be reasonable; is that a fair way of

7   putting it?

8               MR. WILLIAMS:   Objection.   Form.

9               THE WITNESS:   Collecting sufficient data,

10  that's probably true.

11         Q.   BY MR. GIBBS:   Okay.   And outside those

12  ranges, the defect level would be unreasonable?

13              MR. WILLIAMS:   Objection.   Form.

14              THE WITNESS:   Depends.   Again, the range may

15  be this wide, but one contractor may have an error rate

16  that's down here or up here (indicating).   Another one

17  may be down here, but we're looking at collected data

18  from a lot of places.

19         Q.   BY MR. GIBBS:   Okay.   But if you had

20  sufficient data, a large data set, and you had data from

21  the relevant comparable products, if a particular product

22  had a defect rate that was well within the range of that

23  industry, that would be reasonable, wouldn't it?

24              MR. WILLIAMS:   Objection.   Form.

25              THE WITNESS:   It would be expected, you mean?

34

CONFIDENTIAL

1        A.   I haven't seen it.   I haven't used it.

2        Q.   Okay.   Okay.   Have you read any other

3   documents from this case in order to form your opinion?

4        A.   Just the -- the specific quotations, if you

5   will, out of the reports is how I formed the definition

6   of what a defect was.

7        Q.   And from those materials, you were unable to

8   determine how Oracle defines defect in that context?

9        A.   Yes.

10        Q.   Okay.   And I take it you were also not able

11   to come up with any definitive numbers showing how many

12   defects Suite 11i had?

13        A.   Well, using the information in the reports,

14   there are a couple of reports -- a couple of attempts

15   made at projecting defects.   I looked at both of them and

16   said they're not founded on anything solid.

17        Q.   Okay.   I'm not trying to get at what people

18   projected would be the likely or expected number of

19   defects.   I'm trying to get at whether you saw anything

20   that established for you the number of defects that were

21   actually observed in Suite 11i --

22        A.   No.

23        Q.   -- at any particular point in time.

24        A.   No, I did not, as a matter of fact.   And what

25   I read were projections of what the defect rate should

CONFIDENTIAL

1   be.  And the methods that I looked at to determine what

2   that rate should be were conflicting.

3        Q.  Okay.  So I take it from all of that, that

4   you don't have an opinion as to whether Oracle 11i defect

5   levels were high, low, or normal; correct?

6        A.  I don't.

7        Q.  You can't tell from the information you've

8   seen?

9        A.  No, I can't.

10       Q.  You can't tell from Mr. Hilliard's report?

11       A.  I don't think from any of the reports anyone

12  can form a definition of what a defect is or how many

13  there were.

14       Q.  And whether the defect rate was high, low, or

15  normal?

16       A.  Yeah.  Yes.  That's true.

17       Q.  Okay.  In this Conclusion Number 2, in your

18  first bullet point there, you refer to Mr. Yourdon's

19  paragraph 48.  Referring to normal defect level of one to

20  two defects per thousand lines of code, and you say,

21  "Mr. Yourdon does not know or state how many lines of

22  code Oracle 11i has."

23            I gather you don't know, either, how many

24  lines of code Oracle 11i had; correct?

25       A.  That's true.  And calculating the defects

CONFIDENTIAL

1    from that bullet, compared to the defects in the next

2    bullet were totally different.  They're off by better of

3    an order of magnitude.

4         Q.   What do you mean by that?

5         A.   Well, the first one, one to two defects per

6    thousand lines of code, we're having a hard time defining

7    how many function points there were in the system, and I

8    would have to convert function points to lines of code in

9    order to get to this number.

10        Q.   Which number?

11        A.   Well, one or two defects per thousand lines

12   of code, it's not one or two defects per function point;

13   right?  We're trying to count this system in size in

14   function points, not lines of code, and this metric is

15   for lines of code, which doesn't work.

16        Q.   Let me try to understand you.

17             I understood Mr. Yourdon to be saying

18   generally --

19        A.   Okay.

20        Q.   -- in software one would expect one to two

21   defects per thousand lines of code.  First of all, set

22   aside how many defects there were in Suite 11i.

23        A.   Okay.

24        Q.   As a general matter, would you agree that for

25   software generally, one could expect one to two defects

39

CONFIDENTIAL

1    disagreeing with the function point counts or averages

2    reflected in the chart on page 149 of Mr. Jones' book?

3          A.   I do not.   But nor would I use them.

4          Q.   Okay.   Do you know whether Suite 11i

5    contained each of the categories reflected in that chart

6    on page 149?

7                MR. WILLIAMS:   Objection.   Form.

8                THE WITNESS:   That's outside what I was -- I

9    don't know exactly what functions were included other

10   than ordering.

11         Q.   BY MR. GIBBS:   Do you know whether it had

12   more functions than the ones reflected on page 149?

13         A.   That's a lot of functions.

14         Q.   It is.   You don't know how many functions

15   Suite 11i had, do you?

16         A.   No, I do not.   No, it's outside what I looked

17   at.

18         Q.   Do you know how Mr. Jones derived the 250,000

19   function point average on 148 -- page 148 of his book?

20         A.   I would love to know how he did that.

21         Q.   Okay.   And at page 151, he reports a defect

22   removal efficiency before initial release of about

23   90 percent.

24              Do you see that?

25         A.   Uh-huh.

CONFIDENTIAL

1         Q.  Do you know how he derived that number?

2         A.  Same way he derived the other numbers.

3         Q.  And you don't know how he derived the other

4 numbers, do you?

5         A.  No.

6         Q.  Do you have any basis for disputing his

7 calculation of an average defect removal efficiency

8 before release of about 90 percent for ERP systems?

9         A.  That would be very good.  That would be a

10 very good number, 90 percent.  Most commercial software

11 goes out about 99 percent when it's finally released.  I

12 would think 85 percent wouldn't be bad for some of these

13 systems.

14         Q.  But -- well, let me ask you -- let me just

15 reask it because that was a different question I was

16 asking you.

17         Do you have any basis for disputing

18 Mr. Jones' calculation of an average or expected defect

19 removal efficiency before release of an ERP system of

20 90 percent?

21         A.  Depends on the product and it depends on who

22 built it.

23         Q.  Okay.  Have you ever studied the defect

24 removal efficiency of any specific ERP package?

25         MR. WILLIAMS:  Objection.  Form.

47

CONFIDENTIAL

```
1              THE WITNESS:  That's outside -- no, I
2    haven't.
3         Q.  BY MR. GIBBS:  So you don't know what defect
4    removal efficiency SAP has accomplished for any of its
5    ERP releases; correct?
6         A.  No.
7         Q.  And you don't know what defect removal
8    efficiency PeopleSoft ever achieved for any of its ERP
9    releases; correct?
10        A.  No.
11        Q.  What about his estimate that of the defects
12   still present at release, about a thousand would be high
13   severity defects?  Do you have any basis for disputing
14   Mr. Jones' calculation that you would expect to see about
15   a thousand high severity defects --
16        A.  What is --
17        Q.  -- on the release of an ERP system?
18        A.  What is a "high severity defect"?
19        Q.  Do you have a definition of "high severity
20   defect"?
21        A.  No.
22        Q.  Do you have any understanding of what that
23   term means?
24        A.  Yes, I do.
25        Q.  What do you understand it to mean?
```

48

CONFIDENTIAL

1          A.   From what I read in the reports that I looked

2     at, and from the comments, quotations in that, in those

3     reports, I would suspect that "high severity defect" was

4     in the eyes of the beholder.

5          Q.   Okay.  However that term is defined --

6          A.   I would usually define that as a show

7     stopper.

8          Q.   Okay.  Let's use that definition.

9               If you define high severity -- and let me

10    finish my question, please.  I know it's natural to try

11    to answer --

12         A.   Yes, I know.

13         Q.   -- but we need a clean transcript.

14              If you assume that "high severity defect"

15    means a show stopper, do you have any basis for disputing

16    Mr. Jones' calculation that one would expect about a

17    thousand high severity defects upon the release of an ERP

18    system?

19              MR. WILLIAMS:  Objection.  Form.

20              THE WITNESS:  Well, using his numbers, about

21    a hundred or 250,000 function points per system, those

22    numbers are low.

23         Q.   BY MR. GIBBS:  Why is that?

24         A.   Using his data, his numbers, six errors

25    per -- six defects per function point, and I could go

CONFIDENTIAL

1    through the calculations to show that we're talking like

2    much -- almost an order of magnitude larger.

3         Q.   Please do take me through the calculations.

4         A.   What?

5         Q.   Please do take me through the calculations.

6    I'd like to understand what you mean when you say that

7    his number is wrong by an order of magnitude.

8         A.   Well, you have to back up to the first

9    bullet.

10        Q.   Uh-huh.

11        A.   Mr. Yourdon states here that -- carrying on

12   from the first conclusion, there's about 13 and a half

13   million lines of code in this system.

14        Q.   Which system?

15             MR. WILLIAMS:  Watch out, if you pull back,

16   that might snap off.  So --

17             THE WITNESS:  I didn't.  I didn't.

18             MR. GIBBS:  Mr. Yourdon's report has been

19   marked Exhibit 2.  It should be right there in front of

20   you, if that's what you want to refer to.

21             MR. WILLIAMS:  No, I think he's looking at

22   his own report.

23             THE WITNESS:  All I'm doing is taking Capers

24   Jones' numbers for defect rates, and I come up with there

25   should be somewhere between 12 and 25,000 defects.

50

CONFIDENTIAL

1          Q.   BY MR. GIBBS:   Which numbers are you talking

2     about?

3          A.   Defects.

4          Q.   Which numbers from Mr. Jones' book?

5          A.   That's from his book.

6          Q.   Okay.  So his book says --

7               MR. WILLIAMS:   Can you just say a page so we

8     know?

9          Q.   BY MR. GIBBS:   At page 151, he says that in

10    the deployment of a typical ERP package, you would expect

11    to see about a thousand high severity defects, and you

12    have just claimed that using his own numbers, that

13    calculation is wrong, and I need you to walk me through

14    what numbers of his you're talking about.

15         A.   Six defects per function point.

16         Q.   Okay.  Where is that number reflected in his

17    book?

18         A.   Page 151, in the same paragraph.

19         Q.   Okay.

20         A.   That adds up to about 12 to 25,000 defects in

21    an ERP system.  I don't know if that's a realistic number

22    or not.  But he's talking about a total defect volume of

23    one and a half million defects, of which a thousand would

24    be high severity.  Now, 1,000 divided by one and a half

25    million is a very, very small number.

CONFIDENTIAL

```
 1              THE WITNESS:  I find it difficult to believe

 2      that something like 11i, which is managing entire

 3      companies, their order processing, their personnel, their

 4      accounting, everything, the whole company is sitting on

 5      this piece of software, and we're saying that, well,

 6      that's just MIS stuff, that's not really important.  I

 7      have a really stark disagreement about how reliable an

 8      ERP system has to be.

 9              Q.  BY MR. GIBBS:  Okay.  My question is just

10      whether you agree with me that Suite 11i is orders of

11      magnitude larger and more complex than a typical word

12      processing program.

13              MR. WILLIAMS:  Objection.  Form.  And

14      value --

15              THE WITNESS:  You're asking for something I

16      don't know the exact answers to.  However, Microsoft

17      Office is considered one of the largest pieces of

18      software in the world.

19              Q.  BY MR. GIBBS:  Okay.  Office is not just the

20      word processing software; correct?

21              A.  It's an ERP system of sorts, of sorts, not an

22      ERP system.  But it's a system, a package of applications

23      like an ERP system intended to support the office

24      environment.  Is that not an ERP system of sorts?  It's

25      different than an ERP system in a sense that you can't
```

69

CONFIDENTIAL

1    customize it like you can an ERP system, which makes an

2    ERP system very hard, very complex, and very difficult to

3    build because they're all custom.

4            Nowhere in any of things I read did anyone

5    talk about using 11i without modification.  I didn't find

6    it anywhere.

7        Q.  I want to take you back to Table 20-2 in

8    Estimating Software Costs.  I'm trying to remember what

9    page that was on.  488.  No, no, I'm sorry, that's the

10   wrong place.  I want to take you to page 149 of

11   Estimating Software Costs.

12       A.  Okay.

13       Q.  Can you tell me in that chart there that

14   lists various functions performed by ERP systems,

15   according to Mr. Jones, can you tell me which of those

16   functions Microsoft Office is capable of performing?

17           MR. WILLIAMS:  Objection.  Form.

18           THE WITNESS:  That's -- it's irrelevant to

19   me.  Yes, 11i does some of these things, but conceptually

20   it's the same as Office with all of its applications

21   working off of it.  The difference between Office and

22   this is it's not customizable.

23       Q.  BY MR. GIBBS:  Do you know what is the size

24   in function points or any other metric of Microsoft

25   Office?

70

CONFIDENTIAL

```
 1                MR. WILLIAMS:  Objection.  Form.

 2                THE WITNESS:  I don't think anybody's ever

 3      done it.

 4           Q.   BY MR. GIBBS:  So you don't know?

 5           A.   Personal opinion.  I do not know.  I don't

 6      think anybody really knows how big 11i is, based on what

 7      I've read.

 8           Q.   Let me ask you to take a look at your

 9      conclusion --

10           A.   Hold on a sec.  Let me finish answering that

11      question.

12                All of the reports I've read from Hilliard

13      and from Yourdon, both, they're not using actual sizes of

14      11i.  They're using information from Capers Jones because

15      they don't know, either.

16           Q.   Okay.  Is your answer complete?

17           A.   Done.

18           Q.   I want to turn to your Conclusion Number 3

19      which says, quote:  "The defect level that Mr. Yourdon

20      asserts was acceptable for Oracle 11i is much higher than

21      the true acceptable level for commercial software."

22                And my first question is:  Based on the text

23      below the conclusion, my understanding is that when you

24      say the defect level Mr. Yourdon says was acceptable is

25      much higher than the true acceptable level, you are
```

71

CONFIDENTIAL

1    and probably more; correct?

2          A.   To determine if -- yeah, if the errors -- the

3    defect rate was lower than expected.   Not necessarily

4    low, most likely, or high.   It's what was expected.

5          Q.   Okay.   And let's assume for present purposes

6    that there were 5,000 software patches in the first six

7    months.   And let's further assume, as you have, that all

8    of those 5,000 software patches were to correct some kind

9    of defect.   Without knowing how big or how complex the

10   software is and without knowing what defect removal

11   procedures were undertaken, how can you possibly have an

12   opinion as to whether 5,000 defects is higher than what

13   you would expect?

14               MR. WILLIAMS:   Objection.   Form.

15               THE WITNESS:   That does -- that requires

16   something that's beyond the material I had.

17         Q.   BY MR. GIBBS:   So you can't reach that

18   conclusion?

19         A.   No.

20         Q.   Now, I can't tell from the report, but you

21   seem to be comparing the 5,000 software patches to the

22   1,000 high severity defects referenced in Mr. Yourdon's

23   report; is that correct?

24         A.   No.   In his report, he talked about a

25   thousand of the defects would be high severity defects,

82

CONFIDENTIAL

1    quoting -- not anything other than quoting Capers Jones.

2    That's where he got his information.

3            Is 5,000 high?  Well, Capers Jones says a

4    thousand should be expected.  I don't think the software

5    patches that were put in those first six months were

6    cosmetic.

7        Q.  Do you have any basis for concluding that

8    every one of the 5,000 was a high severity defect?

9            MR. WILLIAMS:  Objection.  Form.

10           THE WITNESS:  That requires something that

11   nobody really knows.

12       Q.  BY MR. GIBBS:  Well, you don't know it.

13       A.  I don't know.  I don't think anyone else

14   does, either.

15       Q.  So would that be impossible to determine?

16           MR. WILLIAMS:  Objection.  Form.

17           THE WITNESS:  That's -- first there has to be

18   a definition of a high severity defect.  The trail that

19   the TARs went through, there was no apparent formal

20   process that said this is a bug and this isn't a bug.

21   It's what they felt like calling it at the time.  It's

22   not unusual and it's not non-standard practice to do

23   that.

24       Q.  BY MR. GIBBS:  Let me -- let's talk about the

25   TARs.  Do you understand TAR to mean a technical

83

CONFIDENTIAL

1    assistance request?

2          A.   Uh-huh.

3          Q.   And that's a term used at Oracle?

4          A.   That's what Oracle calls them.

5          Q.   And do you understand that that's a request

6    from a software user for some kind of assistance?

7               MR. WILLIAMS:   Objection.   Form.

8               THE WITNESS:   That's right.

9          Q.   BY MR. GIBBS:   It might include a report of

10   an error in the software?

11         A.   It might.

12         Q.   In your work in the software development

13   field, were you ever called upon to diagnose defects in

14   the software that you were either developing yourself or

15   overseeing the development of?

16         A.   Yes.

17         Q.   And I take it diagnosing a defect in the

18   software typically starts with a user reporting some kind

19   of error; correct?

20         A.   That's right.

21         Q.   Is the user's error report by itself

22   typically enough to know whether there is in fact a

23   defect in the software?

24         A.   Not initially, no.

25         Q.   Okay.   What else do you need to do after

1      receiving an error report to determine whether there is

2      in fact a defect in the software?

3                  MR. WILLIAMS:  Objection.  Form.

4                  Go ahead.

5                  THE WITNESS:  Go ahead.

6                  MR. WILLIAMS:  Yeah.

7                  THE WITNESS:  The -- typically a committee

8      gets together and says -- analyzes the problem and says

9      this is a problem with the software or it's a problem

10     with the user interface or it was an incorrect action by

11     the user or it's something that would be nice to have,

12     and they're categorized.

13                 And in a typical sense -- I don't say this

14     facetiously -- the ones that are called true errors are

15     minimized because you don't want a high error rate in

16     your software.  That's typical.  And I think this was

17     handled, from what I read, fairly typically.

18         Q.  BY MR. GIBBS:  But in your life as a software

19     developer and a manager of software development projects,

20     once you have a user reporting an error, before you can

21     conclude whether or not there is in fact a defect in the

22     software, you'd need to exclude other potential causes of

23     the error other than a defect in the software itself;

24     correct?

25             A.  Or -- or what you could do is say, yes, there

CONFIDENTIAL

1     Q.  Fair enough.

2         A.  You've got to have the best processes, the

3    best tools, the best management structure, the best

4    teaming.  I mean, there's a lot of things that go into a

5    productive organization and one that does its job real

6    well.

7         Q.  Okay.  In terms of commercial software, as

8    you understand that term, is it your opinion that if a

9    software vendor does not live up to that best-in-class

10   standard, across all those things you've just mentioned,

11   that its products are defective?

12        A.  Its products are less desirable.  That's not

13   defective.

14        Q.  Okay.  And if something falls short of best

15   in class in terms of defect removal efficiency, does that

16   preclude a suite of products from being integrated?

17            MR. WILLIAMS:  Objection.  Form.

18        Q.  BY MR. GIBBS:  Necessarily?

19        A.  Read me the first part of that again.  I want

20   to make sure I get this.

21        Q.  Let's assume you have a vendor that falls

22   short of best-in-class processes for defect removal.

23        A.  Okay.

24        Q.  Does that necessarily mean the products can't

25   be integrated?

92

CONFIDENTIAL

1          MR. WILLIAMS:  Objection.  Form.

2          THE WITNESS:  No.

3      Q.  BY MR. GIBBS:  And falling short of best in

4  class defect removal standards doesn't mean that the

5  software doesn't work; correct?

6      A.  It has more errors, more defects.  So it

7  doesn't work as well.  And in some cases, it doesn't work

8  at all.  It depends on the high severity errors that

9  you're getting to.

10     Q.  But even best-in-class software in terms of

11 defect removal efficiency might have unknown show

12 stoppers in it when it's released; correct?

13         MR. WILLIAMS:  Objects.

14         THE WITNESS:  All software has show stoppers.

15     Q.  BY MR. GIBBS:  When it's released?

16     A.  When it gets old and dies, there are probably

17 still things nobody has managed to trip over.

18     Q.  So the difference between -- in terms of how

19 many show stoppers are embedded in there, the difference

20 between best in class and just average is one of degree;

21 correct?

22         MR. WILLIAMS:  I'm just going to object --

23         THE WITNESS:  It's one of perception.  I

24 could have some software that had tons of bugs in it, had

25 a really great user interface, and did my job pretty

CONFIDENTIAL

1   efficiently, still had a lot of bugs, and I may prefer

2   that to something that has no bugs, but has a crummy

3   interface.  I mean, it comes to the quality issue.

4           When you look at -- I'll simplify this.  If

5   you put a Ferrari and a Toyota and a Rolls Royce side by

6   side, which one is the highest quality?  The Toyota has

7   less bugs.  The Ferrari has the most, and if it happens

8   to be a Mercedes, you have to carry a mechanic in the

9   back seat.  But they each have different views of

10  quality, and software is the same way.  It may be buggy.

11  It has cool interface.  It may play music while you're

12  working, I don't know.  But whatever it is, is what

13  people buy.

14          MR. WILLIAMS:  I'm sorry, I need to inject an

15  objection to the prior question just in the usage of the

16  phrase "best in class."  I think you had established

17  earlier that you were -- when you were referring to "best

18  in class," you were referring to a process, and then you

19  described software itself as being best-in-class

20  software.

21          So I'm just interposing an objection as to

22  form, vague.

23      Q.   BY MR. GIBBS:  Okay.  Let me follow up on

24  something you've alluded to just to clarify.

25          You mentioned that you might have a product

94

CONFIDENTIAL

1    feature because their environment is not triggering that

2    bug that's affecting the first user.   Is that right?

3         A.   It's not being triggered.

4              MR. WILLIAMS:   Objection.   Form.

5              THE WITNESS:   That's true.

6         Q.   BY MR. GIBBS:   So the fact that one customer

7    using a piece of software is encountering a particular

8    bug doesn't mean that every customer who uses that same

9    piece of software is going to encounter the same bug;

10   correct?

11        A.   That's part of the rationale that most

12   commercial organizations use to get their software what

13   we call it commercially viable or relatively bug free or

14   good.   I'll just call it good.   The alpha testers are

15   more stringent or they use the software differently than

16   the developers.   The alpha testers are high-risk people.

17   They just love to take chances and use software that

18   doesn't work.   And their purpose is to break the

19   software.

20             Beta users are more like real users, but

21   they're also signing up to a lot of risk because the

22   software isn't commercially viable yet.   And they'll use

23   it in different ways, which surfaces different bugs.

24             And finally, when they make it commercially

25   available, most of the weird things that people would

96

CONFIDENTIAL

1    come up with have been found, most of, not all of.

2          Q.   Okay.  But even after release, it's possible

3    that a bug could affect one customer in its environment

4    and not affect a customer using the very same feature of

5    the very same application in a different environment;

6    correct?

7                MR. WILLIAMS:  Objection.  Form.

8                THE WITNESS:  In a different way.

9          Q.   BY MR. GIBBS:  Are you familiar with the

10   concept of a bad fix injection rate?

11         A.   Oh, yes.

12         Q.   Okay.  What do you understand that phrase to

13   refer to?

14         A.   In a light way, a light way says any time you

15   repair an error, you introduce a new error.

16         Q.   And so the bad fix injection rate would refer

17   to the rate at which an intended fix introduces a new

18   error?

19         A.   Yeah.  And it happens.

20         Q.   It does happen?

21         A.   (Witness nods head.)

22         Q.   Mr. Jones, in various places in Estimating

23   Software Costs --

24         A.   He talks about that.

25         Q.   -- he talks about that.  Page 134, for

CONFIDENTIAL

1    example, he says about 7 percent of all defect repairs

2    will accidentally inject new defects.

3            A.   What page was that?

4            Q.   134.

5            A.   134?

6                 MR. WILLIAMS:  I want to object to the form.

7                 THE WITNESS:  Okay.

8            Q.   BY MR. GIBBS:  Do you have any disagreement

9    with his 7 percent number as a broad average?

10               MR. WILLIAMS:  Objection.  Form.

11               THE WITNESS:  I have to make a judgment on

12   that.  As with many of the other things in this book, he

13   got that number from somewhere.  I have no idea where it

14   came from, whether it's real or not.  7 percent?  I don't

15   know if -- I know some people who if they repaired

16   software that I had written would probably introduce two

17   bugs for every one that they fixed.  Depends on the

18   software, depends on the developer.  It's -- that's an

19   awfully -- seven is a good number to use because it's --

20   it's much like 42 is a good number.

21           Q.   BY MR. GIBBS:  What does that mean?

22           A.   42 is the prime number of the universe.

23           Q.   Okay.  I was told there would be no math.

24               Okay.  You don't have any other alternative

25   number as a broad average across --

98

CONFIDENTIAL

1          A.   No.

2          Q.   -- software development projects generally?

3          A.   No.  And this is, again, we're looking at a

4    universe that's this wide, and we're saying seven

5    (indicating).  That's what Capers does.  People use it as

6    a guideline, and it's a good guideline.  It gets you in

7    the ballpark, usually, but we're not talking about seven,

8    we're talking about this (indicating).  He's not saying

9    somewhere between 7 and 15 percent of all errors will --

10   see what I mean?

11         Q.   I do.  Let's turn to page 129 of Estimating

12   Software Costs.  He's got a paragraph there on bad fix

13   injection.

14         A.   Bad fix injection, yeah.

15         Q.   He says the U.S. average for bad fix

16   injection is about 7 percent.  I take your point,

17   assuming he means average, that's an average of numbers

18   that may range widely on either side of seven; correct?

19         A.   Of the data he collected.  Now, I don't know

20   what he collected.  I don't know if it's the whole U.S.

21   average.  That's what he said.  I don't believe that.  I

22   believe it's 7 percent of the projects he looked at.

23         Q.   Okay.  And my question is:  Do you know of

24   any other average that anyone else out there has

25   calculated?

99

CONFIDENTIAL

1          A.   I don't know anybody who keeps track of that.

2     We just know that it happens.

3          Q.   Does seven sound high to you?

4               MR. WILLIAMS:   Objection.   Form.

5               THE WITNESS:   Well, it's one of those things.

6     For every error you fix, there's two other errors.   One

7     is believing you fixed the error, and the other is the

8     new error you injected.   I mean, it's kind of a light

9     rule of thumb, but errors get put in, and 7 percent seems

10    a little light.   Isn't that terrible?

11         Q.   BY MR. GIBBS:   So you think the average in

12    reality may be higher than that?

13         A.   It may be higher than that.   I'm not saying

14    it is because I don't know.

15         Q.   Understood.

16         A.   But it's -- that's an awfully small number.

17    Here it says for every hundred bugs you fix, seven of

18    your fixes will introduce a new one.   Just seven?   I have

19    a hard time with that.

20         Q.   You think it would be more?

21         A.   I write a lot of software, and there's always

22    one more error.   That says if I have 100 bugs and I fix

23    them, now I've only got seven.   So if I fix all of those,

24    7 percent of those will introduce new errors.   I've

25    cleaned up my system because that's less than one.

100

1    That's illogical.

2        Q.  Let me turn back to your opinion, your

3    rebuttal report.  It should be Exhibit 1 for you.  We

4    talked a little bit about this 5,000 software patches

5    issue, and you told me that you believed it was likely

6    that if 5,000 patches were actually issued, they would

7    have been issued to fix defects not to, say, enhance

8    functionality.

9        A.  Not --

10           MR. WILLIAMS:  Objection.  Form --

11           Give me a chance to object and then answer

12   the question.

13           THE WITNESS:  I'm sorry.

14           MR. WILLIAMS:  That's okay.  You can go ahead

15   and answer the question.

16           MR. GIBBS:  I was just trying to get you

17   oriented.  So that's the subject matter I want to talk to

18   you about.

19           THE WITNESS:  Okay.

20       Q.  BY MR. GIBBS:  I understand your point on

21   that.  And my question is:  Do you have any reason to

22   believe or assume if 5,000 patches were issued in the

23   first six months that all 5,000 would have been to fix

24   show stoppers, as you've defined that term?

25       A.  I don't think fix show stoppers.  I think to

CONFIDENTIAL

1      Q.   And who would you want to talk to if you were

2    asked to reach a conclusion about whether it was stable?

3           MR. WILLIAMS:   Objection.   Form, beyond the

4    scope.

5           THE WITNESS:   Yeah, that's kind of -- that's

6    way outside of what I was doing.

7      Q.   BY MR. GIBBS:   Well, you said in Conclusion 4

8    that evidence of 5,000 patches strongly indicates that

9    the software was neither stable nor mature.   So I'm

10   really just trying to explore that --

11     A.   Yeah.

12          MR. WILLIAMS:   Hold on a second.   Objection.

13   Form.   He didn't say -- he didn't simply say that

14   evidence of 5,000 patches strongly indicates whether that

15   the software was stable, nor -- I think your question

16   ended there.

17          He said, in fact, I believe that the

18   existence of 5,000 patches and the continuing bugs during

19   the following months are evidence strongly indicating

20   that the 11i software was neither stable nor mature.

21          MR. GIBBS:   The point stands.   He's offering

22   an opinion about stability, and I'm exploring it.   I

23   think we're well within the scope of the report.

24     Q.   So let me ask you again --

25          MR. WILLIAMS:   I didn't instruct him not to

CONFIDENTIAL

1    answer.

2            MR. GIBBS:  But he objected and didn't answer

3    the question.

4            THE WITNESS:  No, I didn't, really.  This is

5    basically what I meant.  If you're putting out 5,000

6    patches in the first six months, that's not stable, in my

7    opinion.

8            Q.  BY MR. GIBBS:  Okay.  And my question is:

9    Well, you mentioned that you hadn't talked to anybody.

10   Who would you want to talk to if you wanted to reach a

11   broader conclusion as to whether Suite 11i was stable?

12           MR. WILLIAMS:  Objection.  Form.

13           THE WITNESS:  Oh, boy.  That's a whole new --

14   wow, what a task that would be, literally to do that, to

15   go through and talk to all the friends and foes of 11i to

16   determine if it was stable or not.

17           Q.  BY MR. GIBBS:  You'd have to talk to a large

18   cross section of users?

19           A.  I'd have to.

20           Q.  Okay.  And you'd have to factor in the degree

21   to which different customers customize the software?

22           A.  That's true.

23           Q.  Because without knowing that, you can't tell

24   whether the instability has been introduced by the

25   customization or was there to begin with; correct?

                                                        111

CONFIDENTIAL

```
1                  MR. WILLIAMS:  Objection.  Form.

2                  THE WITNESS:  That's true.

3          Q.  BY MR. GIBBS:  Now, you also mentioned that

4    you hadn't used Suite 11i.  If you were asked to opine in

5    absolute terms whether Suite 11i was acceptably stable,

6    would you want to use the software?

7                  MR. WILLIAMS:  Objection.  Form.

8                  THE WITNESS:  Yeah, 11i is not something I

9    would ever use.

10         Q.  BY MR. GIBBS:  Do you think you could reach a

11   fair conclusion about the relative stability of the

12   software without using it?

13                 MR. WILLIAMS:  Objection.  Form.

14         Q.  BY MR. GIBBS:  Or watching someone else use

15   it?

16                 MR. WILLIAMS:  Objection.  Form.  I'm not

17   sure what you're asking.

18                 If you can understand what he's asking, you

19   can answer.

20                 THE WITNESS:  It would take a good-sized

21   sample, a good cross section of the users pro and con.

22   It would be more interesting, and I can't do this because

23   I'm not -- I'm -- I don't want to say that.

24                 What would be interesting to see was what

25   some out-of-the-box 11i users had to say about that.  But
```

112

CONFIDENTIAL

1    I'm -- that's for someone else to do.  Please don't sign

2    me up to interview all these people.

3         Q.  BY MR. GIBBS:  And you don't know what's

4    typical in terms of stability for ERP release in its

5    first six months of general availability; correct?

6         A.  No.

7         Q.  Would you agree, though, that some level of

8    instability would be reasonable to expect?

9              MR. WILLIAMS:  Objection.  Form.

10             THE WITNESS:  There's always some instability

11   in the beginning.  This product was put right out on the

12   street, and I would expect there to be quite a bit of

13   instability in the beginning.  I would expect it.  I

14   don't know if there was, but I would expect it.

15        Q.  BY MR. GIBBS:  And do you think customers

16   would expect it?

17             MR. WILLIAMS:  Objection.  Form.

18             THE WITNESS:  That's an opinion.  I don't

19   know if they would.  I would expect it.  I don't know if

20   they would.

21        Q.  BY MR. GIBBS:  Do you think people with

22   knowledge of the enterprise application industry would

23   expect it?

24        A.  Apparently some of them did.  Some people

25   bought it.  A lot of people bought it.

CONFIDENTIAL

1          Q.   I thought you were saying you would there to

2    be some instability.

3          A.   I would expect there was some instability,

4    but you said would customers expect that.  They probably

5    did, but they knew what they were getting into and they

6    bought it.  So, yeah, it's -- they probably expect things

7    not to work quite -- I mean, they're alpha testers.

8          Q.   I meant customers after release of the

9    software, after it's generally available.

10              MR. WILLIAMS:  Objection.  Form.

11              MR. GIBBS:  Sorry --

12              THE WITNESS:  Were you asking me a question?

13         Q.   BY MR. GIBBS:  Yeah, I was intending to ask a

14   question for clarification.  Just to be clear, I was

15   referring to what customers buying the product after

16   general release would expect.  For that class of

17   customer, would you still believe the customers would

18   likely expect there to be some level of instability in a

19   newly released ERP package?

20              MR. WILLIAMS:  Objection.  Form.

21              THE WITNESS:  When I bought Windows XP --

22   again, I'm using analogies here -- it had been on the

23   market for a year, and I knew it wasn't going to work.

24   And I was justified.

25         Q.   BY MR. GIBBS:  But you bought it anyway?

114

CONFIDENTIAL

1        A.   Bought it anyway.   Mostly because my

2   applications wouldn't run without it.

3        Q.   Is it fair to say, then, that the customers

4   buying a newly released ERP system would expect at least

5   some level of instability?

6             MR. WILLIAMS:   Objection.   Form.

7             THE WITNESS:   It is software, yep.

8             MR. GIBBS:   I don't have anything else.

9             MR. WILLIAMS:   Okay.   Why don't you give me

10   ten minutes.

11             MR. GIBBS:   Uh-huh.

12             THE VIDEOGRAPHER:   We are now going off the

13   video record.   The time is 2:35 p.m.

14             (Recess.)

15             THE VIDEOGRAPHER:   We are now back on the

16   video record.   The time is 2:00 p.m.

17                  EXAMINATION BY MR. WILLIAMS

18        Q.   Mr. Jensen, you weren't asked to give or

19   offer an opinion on the overall quality of Suite 11i,

20   were you?

21        A.   No.

22        Q.   And other than the expert reports of

23   Mr. Yourdon and Mr. Hilliard, have you reviewed any of

24   the documents that were exchanged during discovery in

25   this case?

CONFIDENTIAL

1           A.   They're the only documents I have, I've seen.

2           Q.   Okay.  And you testified earlier, toward the

3   end of Mr. Gibbs' examination, that generally alpha

4   customers would expect a lot of bugs in the software.

5   When you were referring to alpha customers, were you

6   referring to customers who purchased after the general

7   release of 11i to the market or some other group of

8   customers?

9           A.   No.  Using Microsoft as an example again,

10  they do a fairly thorough test of the software before

11  they release it to the alpha testers.  Admittedly, it has

12  a higher bug rate than they would expect in the street.

13  But it has -- how can I say this?  The alpha testers use

14  the software in ways that are different than was

15  typically used in their formal testing.  Okay?  And they

16  know the system is going to break.  It's buggy software.

17          When they finally reach a certain level of

18  defects, they've reduced it to a certain level, hopefully

19  getting all of the big bugs out, all of the show

20  stoppers, then they release it to the first set of real

21  users, which are the beta testers.  They are committed.

22  They know under the agreement they have with Microsoft

23  that this software isn't clean and expect it to break,

24  expect it to take their system down.

25          But if you're willing to get some advanced

1    REPORTER'S CERTIFICATE

2        I certify that the witness in the forgoing

3    deposition,

4

5    was by me duly sworn to tell the truth, the whole truth

6    and nothing but the truth in the within-entitled cause;

7    that said deposition was taken at the time and place

8    herein named; that the testimony of said witness was

9    reported by me, a duly certified shorthand reporter and

10   a disinterested person, and was thereafter transcribed

11   under my direction into typewriting.

12       I further certify that I am not of counsel or

13   attorney for either or any of the parties to said

14   deposition, nor in any way interested in the outcome of

15   the cause named in said caption.

16       Dated        **JUL 1 6 2007**

17

18

19              _Leslie Rockwood_

20              Leslie Rockwood
                Certified Shorthand Reporter

21              State of California
                Certificate No. 3462

22

23

24

25