# Estimating SOFTWARE COSTS

## BRINGING REALISM TO ESTIMATING

### Second Edition

- Complete software projects on time and within budget
- Select the estimation applications and methods that fit your needs
- Use object-oriented, reusable components, and Java techniques
- Understand impact of Agile, Extreme (XP), and CMM on schedules and costs

**CAPERS JONES**

FOREWORD BY Doug Brindley, President, Software Productivity Research, LLC

---

*Estimating* **SOFTWARE COSTS**
BRINGING REALISM TO ESTIMATING

Second Edition    JONES    McGraw-Hill

---

### Deliver bug-free software projects on schedule and within budget

Get a clear, complete understanding of how to estimate software costs, schedules, and quality using the real-world information contained in this comprehensive volume. Find out how to choose the correct hardware and software tools, develop an appraisal strategy, deploy tests and prototypes, and produce accurate software cost estimates. Plus, you'll get full coverage of cutting-edge estimating approaches using Java, object-oriented methods, and reusable components.

- Plan for and execute project, phase, and activity-level cost estimations
- Estimate regression, component, integration, and stress tests
- Compensate for inaccuracies in data collection, calculation, and analysis
- Assess software deliverables and data complexity
- Test design principles and operational characteristics using software prototyping
- Handle configuration change, research, quality control, and documentation costs

"Capers' work offers a unique contribution to the understanding of the business of software production. It provides deep insights into why our advances in computing are not matched with corresponding improvements in the software dimension of it. This book is absolutely required reading for an understanding of the limitations of our technological advances."
—Paul A. Strassmann, former CIO of Xerox, the Department of Defense, and NASA

**ABOUT THE AUTHOR:**
Capers Jones is a leading authority in the world of software estimating. He was the founder and chairman of Software Productivity Research, where he currently serves as chief scientist emeritus.

SOFTWARE ENGINEERING

$75.00 USA
£42.99 UK
$99.95 CDN

**Osborne**
The McGraw-Hill Companies
www.osborne.com
OSBORNE DELIVERS RESULTS

ISBN-13: 978-0-07-148300-1
ISBN-10: 0-07-148300-4

customization, and training. Applying this rule of thumb to a feature set of 150,000 function points yields 15.5 calendar months.

What is somewhat surprising is that as large as they are, ERP applications do not really supply 100 percent of necessary business functions to run a large enterprise. The total quantity of function points found in large corporations' portfolios often exceeds 1,000,000. Thus it can be seen that as big as they are, ERP features comprise only about 25 percent of the capabilities needed to run a modern enterprise.

The main advantage of ERP applications is consistency in interfaces, and easy sharing of important data across many departments and organizations of large enterprises. Also, ERP packages are fairly cost-effective compared to attempting to build similar feature sets.

Typical ERP clients would have to spend perhaps $1000 per function point if they set out to build the most widely used ERP features for themselves. Assume a typical ERP installation that uses 150,000 function points. At a development cost of $1000 per function point, it would cost about $150,000,000 to replicate the ERP features. By contrast, the ERP package can be leased for less than $5 per function point.

Although ERP deployment can sometimes be lengthy and difficult, the schedules for building custom software are far longer. An approximate development schedule in calendar months can be calculated by taking the size of the desired application in function points and raising it to the 0.4 power. Thus, to build the features of a 150,000–function point ERP installation would take about 117 months or almost ten years. By contrast, most ERP packages can be fully deployed and operational in 16 months or less.

The generalized capabilities of ERP application suites often require significant tailoring for specific clients. The adjustments consist of modifications to ERP tables, and perhaps some custom code development.

As a provisional rule of thumb, assume that about 5 percent of the ERP features require tailoring for a specific client. Thus, for the 150,000–function point ERP installation discussed above, roughly 7500 function points would require modification or adjustment. Since ERP vendors provide tools and trained consultants, a rate of about 75 function points per staff month might be anticipated for the modifications and customization. That would imply about 100 staff months or 2,200 staff days of effort to tailor a 150,000 function point ERP installation and customize 7,500 function points. At a nominal cost of $2500 per day, customization of the ERP package would cost about $5,500,000. This may sound like quite a bit, but compared to the average development effort of ten function points per staff month for ordinary COBOL applications, it is rather efficient.

Most complex tools such as ERP applications require substantial training and sometimes consulting assistance to be used effectively.

A provisional rule of thumb is that every ERP user will need about five days of training to get up to speed on the new ERP way of doing business. Since a typical ERP deployment will have about 1000 users, the overall need for training adds up to about 5000 class days. At a nominal cost of $250 per student day, ERP training might cost $1,250,000. Training is usually spread over about a three-month calendar period.

Another way of understanding training is to interview some of the consulting companies that provide it. At a conference for the German ERP tool, SAP, about 25 training consultants were interviewed. The average response by the training partners was that SAP clients should expect to spend about $2 in training for every $1 of the first year lease. The range of responses ran from a low of $1.25 to a high of $5 although the high response also included some consulting.

A general rule of thumb for software training is that users of application packages need about one day of instruction for every 5000 function points in the package. Since users of ERP packages will typically use between 10,000 and 25,000 function points of ERP features in their normal jobs, somewhere between two days and five days of training per user should be anticipated.

One important topic that is not discussed as widely as it should be is the fact that ERP packages, like all other large software applications, contain defects or bugs. Typically, ERP packages start with defect potentials of about 6.0 per function point due to their large sizes. Defect-removal efficiency before their initial release is about 90 percent. Thus, for an ERP package of 250,000 function points the total defect volume would be 1,500,000 defects. At first deployment, as many as 150,000 defects would still be present. About 1000 would be high-severity defects, 20,000 would be medium-severity defects, and 129,000 would be low-severity defects.

Unfortunately, the bad-fix injection rate on such large and complex applications is about 7 percent, so secondary defects with ERP packages are an issue for several years.

However, after deployment latent defects will be found, reported by customers, and fixed at a rate of perhaps 40 percent per calendar year overall. The more critical high-severity defects will be found at a rate of about 70 percent during the initial year of deployment, and then about 60 percent per year after that. Thus, after several years of deployment and usage, the ERP packages achieve reasonable levels of stability.

Another fairly serious issue with ERP packages is that of "error-prone modules." It was discovered in the 1970s that large software applications have an unequal distribution of defects. About 5 percent of their modules typically contain about 50 percent of all reported defects. ERP applications are very large, and from customer reports, some of these may have error-prone modules.

Error-prone modules are the most expensive and troublesome entities in software. The bad-fix rate against error-prone modules can top 50 percent. In fact, they are often so complex that they become even worse as a direct result of trying to fix defects. Usually, isolation and redevelopment is the only effective solution for curing error-prone modules.

Once deployed, ERP packages need continuous maintenance and updates. As a result, users should expect to have about one full-time person for about every 50,000 function points of the ERP features that they use. This person will report bugs or defects to the vendor, and also install updates and defect repairs from the vendor.

Although this volume of defects may seem high, it is roughly in the same range as all other large software systems such as the operating systems that control our computers, the office suites that we use for word processing and spreadsheets, and many others. Overall, the volume of defects in ERP packages is somewhat lower than the numbers of defects in custom-built applications that provide the same features.

The overall impact that ERP packages are having on the business world is significant. What ERP has done is to create an integrated suite of powerful business applications that support all of the major operating units of typical companies—finance, sales, marketing, manufacturing, human resources, and so forth.

In a sense, the ERP vendors are doing for business operations what packages such as Windows XP and Microsoft Office have done for end-user applications: integrating all necessary features into a single cohesive whole that can share information among all components.

As ERP usage expands internationally, many questions have arisen as to how function point metrics can be used in ERP environments. Fortunately, exploring the economic advantages of packages such as ERP is one of the main reasons why function point metrics were originally developed.

In addition, questions have arisen as to whether software cost-estimating tools can handle the costs and schedules of building applications in ERP environments. Here, too, a number of commercial estimating tools can deal with building and maintaining applications in an ERP environment, and even with some of the expenses of acquiring and tailoring ERP applications themselves.

## Extreme Programming (XP)

Extreme programming is another variant on the Agile methods. It also includes aspects of object-oriented (OO) development. Extreme programming originated in the Chrysler Corporation in the early 1990s. It became popular after the 1999 publication of Kent Beck's book *Extreme Programming Explained* (Addison-Wesley, 2000). In 2003 Matt

Stephens and Douglas Rosenberg published *Extreme Programming Refactored* (Apress L.P.), which opposed some of the extreme programming concepts.

Extreme programming has some interesting characteristics that set it off from some of the other Agile approaches. Among these characteristics are

- Simplicity of design is a major objective.
- Plans are based on individual features rather than the full system.
- Test cases are written before the code.
- Unit tests are designed first and intended to be automated.
- Test cases are the primary method for defining requirements.
- Requirements are defined and implemented serially with direct user involvement.
- Programmers work in pairs and review each other's materials.
- Features are built individually in two-week time boxes.
- Integration is continuous and daily builds and releases can occur.
- Changes to previous releases are called "refactoring."

Following are some rules of thumb for XP:

- The average size of an XP application is about 300 function points or roughly 15,000 Java statements.
- A typical XP project will start with a one-week planning and organization period during which the team will come together and scope out the nature of the overall project. Then on average an XP project will have four iterations or releases at two-week intervals. Each increment will average about 75 function points or 3750 Java statements in size. There may be an additional week at the end for final testing, deployment, and user training.
- Historical data indicates fairly short schedules under XP methods. Raising the size of the application in function points to about the 0.25 power will yield an approximate schedule in calendar months from inception to delivery for projects smaller than 500 function points. (There is little data available for XP projects larger than 500 function points.) Raising 500 function points to the 0.25 power indicates a schedule of just over four calendar months from inception to delivery.
- A typical XP team will consist of three full-time personnel: a pair of programmers who work cooperatively, and a client representative. A technical writer might also be involved if needed.

contain only 40 bugs. Here, too, there are 20 defects per KLOC, but the total number of bugs is actually reduced by 80 percent.

In the preceding FORTRAN and C++ examples, both versions provide the same functions to end users, and so both contain the same number of function points. Assume both versions contain 100 function points.

When the newer defects per function point metric is used, the FORTRAN version contains 2.00 defects per function point, but the C++ version contains only 0.40 defects per function point. With the function point metric, the substantial quality gains associated with more powerful high-level languages can now be made clearly visible.

Another problem with LOC-metrics is the difficulty of measuring or exploring defects in non-code deliverables, such as requirements and specifications. Here, too, function point metrics have illuminated data that was previously invisible.

Based on a study published in the author's book *Applied Software Measurement* (McGraw-Hill, 1996, the average number of software errors in the United States is about five per function point. Note that software defects are not found only in code, but originate in all of the major software deliverables, in approximately the quantities shown in Table 9.14.

These numbers represent the total numbers of defects that are found and measured from early software requirements definitions throughout the remainder of the life cycle of the software. The defects are discovered via requirement reviews, design reviews, code inspections, all forms of testing, and user problem reports.

Unmeasured and practically unmeasurable in 2007 are defects found in test cases, in databases, and in web content. From the author's attempts to quantify these, some very preliminary numbers are now possible:

- Test case errors approximate 2.0 defects per function point.
- Database errors approximate 6.0 defects per function point.
- Web content errors approximate 4.0 defects per function point.

TABLE 9.14  U.S. Averages in Defects per Function Point Circa 2007

| Defect origins | Defects per function point |
| --- | --- |
| Requirements | 1.00 |
| Design | 1.25 |
| Coding | 1.75 |
| Documentation | 0.60 |
| Bad fixes | 0.40 |
| Total | 5.00 |

In other words, the volume of "invisible" defects that have not yet been measured because of a lack of suitable metrics is possibly more than twice as large as the volume of defects that are currently being measured.

U.S. averages using function points lend themselves to graphical representation. The graph in Figure 9.1 shows defect-potentials and defect-removal efficiency levels as the two axes. The graph also identifies three zones of some significance:

- The central zone of average performance, where most companies can be found.
- The zone of best-in-class performance, where top companies can be found.
- The zone of professional malpractice, where companies that seem to know nothing at all about quality can be found.

It is very revealing to overlay a sample of an enterprise's software projects on this graph. Note that the *defects per FP* axis refers to the total defect potential, which includes errors in the requirements, specifications, source code, user manuals, and bad fix categories.



Figure 9.1  U.S. software quality performance ranges.

**290**  Section 3:  Sizing Software Deliverables

Complementing the function point metric are measurements of defect-removal efficiency, or the percentages of software defects removed prior to delivery of the software to clients.

The U.S. average for defect-removal efficiency, unfortunately, is currently only about 85 percent, although top-ranked projects in such leading companies as AT&T, IBM, Motorola, Raytheon, and Hewlett-Packard achieve defect-removal efficiency levels well in excess of 99 percent on their best projects and average close to 95 percent.

All software defects are not equally easy to remove. Requirements errors, design problems, and bad fixes tend to be the most difficult. Thus, on the day when software is actually put into production, the average quantity of latent errors or defects still present tends to be about 0.75 per function point, distributed as shown in Table 9.15, which also shows approximate ranges of defect-removal efficiency by origin point of software defects.

Note that at the time of delivery, defects originating in requirements and design tend to far outnumber coding defects. Data such as this can be used to improve the upstream defect-prevention and defect-removal processes of software development.

The best results in terms of defect removal are always achieved on projects that utilize formal pretest inspections of design, code, and other major deliverables, such as user manuals, and even test cases.

It is obvious that no single defect-removal operation is adequate by itself. This explains why best-in-class quality results can be achieved only from synergistic combinations of defect prevention, reviews or inspections, and various kinds of test activities.

The best software projects within the organizations that constitute roughly the upper 10 percent of the groups that SPR has assessed have achieved remarkably good quality levels. Following are software quality targets derived from best-in-class software projects and organizations:

- Defect potentials of less than 2.5 defects per function point. (Sum of defects found in requirements, design, code, user documents, and bad fixes.)

**TABLE 9.15  Defect-Removal Efficiency by Origin of Defect**
(Expressed in defects per function point)

| Defect origins | Defect potentials | Removal efficiency | Delivered defects |
|---|---|---|---|
| Requirements | 1.00 | 77% | 0.23 |
| Design | 1.25 | 85% | 0.19 |
| Coding | 1.75 | 95% | 0.09 |
| Documentation | 0.60 | 80% | 0.12 |
| Bad fixes | 0.40 | 70% | 0.12 |
| Total | 5.00 | 85% | 0.75 |

Chapter 9:  Sizing Software Deliverables  **291**

- Cumulative defect-removal efficiency averages higher than 95 percent. (All defects found during development, compared to first year's customer-reported defects.)
- Average less than 0.025 user-reported defects per function point per year. (Measured against valid, unique defects.)
- Achieve 90 percent *excellent* ratings from user-satisfaction surveys. (Measured on topics of product quality and service.)
- Allow zero error-prone modules in released software. (Modules receiving more than 0.8 defects per function point per year.)
- Improve software quality via defect prevention and defect removal at more than 40 percent per year. (Baseline is the current year's volume of customer-reported defects.)

If your organization is approaching or achieving these results, then you are part of a *world-class* software production organization.

There are thousands of ways to fail when building software applications, and only a very few ways to succeed. It is an interesting phenomenon that the best-in-class companies in terms of quality all use essentially similar approaches in achieving their excellent results. The 12 attributes of the best-in-class quality organizations are listed in Table 9.16.

The similarity of approaches among such companies as AT&T, Bellcore, Hewlett-Packard, IBM, Microsoft, Motorola, Raytheon, and so forth is quite striking when side-by-side benchmark comparisons are performed.

The SEI maturity level concept is one of the most widely discussed topics in the software literature. SPR was commissioned by the U.S. Air Force to perform a study on the economic impact of various SEI capability maturity levels (CMM). Raw data was provided to SPR on levels 1, 2, and 3 by an Air Force software location.

**TABLE 9.16  Common Attributes Noted in Best-in-Class Software Organizations**

1. Effective quality and removal efficiency measurements
2. Effective defect prevention (i.e., JAD, QFD, etc.)
3. Automated defect and quality estimation
4. Automated defect tracking
5. Complexity analysis tools
6. Test coverage analysis tools
7. Test automation tools
8. Test library control tools
9. Usage of formal design and code inspections
10. Formal testing by test specialists
11. Formal quality-assurance group
12. Executive and managerial understanding of quality

## 292   Section 3:   Sizing Software Deliverables

In terms of quality, the data available indicated that for maturity levels 1, 2, and 3 average quality tends to rise with CMM maturity level scores. However, this study had a limited number of samples. By contrast, the U.S. Navy has reported a counterexample, and has stated that at least some software produced by a level 3 organization was observed to be deficient.

There is clearly some overlap among the various SEI levels. Some of the software projects created by organizations at SEI level 2 are just as good in terms of quality as those created by SEI level 3. Indeed, there are even good- to excellent-quality projects created by some SEI level 1 organizations. Table 9.17 shows some suggested quality targets for the five plateaus of the SEI capability maturity model.

Above level 3 these targets are somewhat hypothetical, but from observations of organizations at various CMM levels the results would seem to be within the range of current technologies through level 4.

For level 5, the hardest part of the target would be dropping the potential defect level down to 1 per function point. Achieving a 99 percent cumulative defect-removal efficiency level is actually possible with current technologies for projects using formal inspections, testing specialists, and state-of-the-art testing tools.

As can be seen, the combination of function point metrics and defect-removal efficiency metrics are beginning to clarify quality topics that have long been ambiguous and intangible. Some of the examples shown here are now standard features of software cost-estimating tools.

It cannot be overemphasized that quality estimates and cost estimates are closely coupled, because the costs and schedule time required for defect-removal operations make up the largest component of software expense elements.

Software quality measurement and estimation should not be limited only to source code. Every major software deliverable should be subject to careful quality analysis, including but not limited to software requirements, specifications, planning documents, and user manuals. However, the LOC-metrics is not effective in dealing with non-code software deliverables.

**TABLE 9.17   SEI CMM Software Quality Targets for Each Level**
(Expressed in defects per function point)

| SEI CMM levels | Defect potentials | Removal efficiency | Delivered defects |
|---|---|---|---|
| SEI CMM 1 | 5.00 | 85% | 0.75 |
| SEI CMM 2 | 4.00 | 90% | 0.40 |
| SEI CMM 3 | 3.00 | 95% | 0.15 |
| SEI CMM 4 | 2.00 | 97% | 0.06 |
| SEI CMM 5 | 1.00 | 99% | 0.01 |

## Chapter 9:   Sizing Software Deliverables   293

The combination of function point metrics coupled with direct measurement of defect-removal efficiency levels is making software quality results tangibly demonstrable. Now that software quality can be measured directly and predicted accurately, significant improvements are starting to occur.

### Sizing Test Cases

The effort, costs, and schedule time devoted to testing software can, in some cases, exceed the effort, costs, and time devoted to coding the software. This situation means that test case sizing and testing estimation are critical features of software cost-estimating tools.

Fortunately, the function point metric has made a useful contribution to the ability to predict test case volumes. Recall the fundamental structure of function points:

- Inputs
- Outputs
- Logical files
- Inquiries
- Interfaces

These factors are the very aspects of software that need to be tested and, hence, the function point metric is actually one of the best tools ever developed for predicting test case volumes, because derivation from function points is an excellent way of dealing with a problem that was previously quite difficult.

An emerging and very important topic in the context of test estimating is that of predicting the number of bugs or errors in test cases themselves. As many commercial software vendors have come to realize, the error density of software test cases may actually exceed the error density of the software being tested. As previously noted, the defect volume in test libraries approximates 2.0 defects per function point. This means that there may be more defects in test cases than in the code being tested!

Because function points can be derived during both the requirements and early design stages, this approach offers a method of predicting test case numbers fairly early. The method is still somewhat experimental, but the approach is leading to interesting results and its usage is expanding.

Table 9.18 shows preliminary data for 18 kinds of testing on the number of test cases that have been noted among SPR's clients, using test cases per function point as the normalizing metric.