```
 1            IN THE UNITED STATES DISTRICT COURT
 2              NORTHERN DISTRICT OF CALIFORNIA
 3                  SAN FRANCISCO DIVISION
 4
 5   In re ORACLE CORPORATION
 6   SECURITIES LITIGATION
 7                           Master File No. C-01-0988-MJJ
 8   This Document Relates To:
 9        ALL ACTIONS.
     _____/
10
11                         ---oOo---
12                       CONFIDENTIAL
13               DEPOSITION OF RONALD WOHL
14                         VOLUME I
15                THURSDAY, MARCH 23, 2006
16                         ---oOo---
17
                  SHEILA CHASE & ASSOCIATES
18
                       REPORTING FOR:
19
                     LiveNote World Service
20
                  221 Main Street, Suite 1250
21
                 San Francisco, California 94105
22
                    Phone:  (415) 321-2311
23
                    Fax:    (415) 321-2301
24   Reported by:
25   DIANA NOBRIGA, CSR 7071, CRR
```

```
 1   staff build new features.
 2           What Larry tried to do was encourage people
 3   not to do that and to rely on our development teams to
 4   offer sufficiently complete product, so that customers
 5   would have to do as little as possible customization of
 6   the software.
 7           In at least one of the times Larry said that,
 8   I think he said it in a way that implied or was -- that
 9   people inferred one way or the other, people inferred
10   from it that Larry had blamed problems on customers
11   customizing the software and didn't acknowledge that at
12   least some set of problems was due to flaws stemming
13   from Oracle development.
14      Q.   And so you recall some of that news concerning
15   that issue?
16      A.   Yes.
17      Q.   And would you -- how much -- withdrawn.
18           So some problems were caused by configuration
19   or customization and some were related to issues in
20   Oracle's development process; right?
21      A.   Some problems were caused by bad code.
22      Q.   Right.  That's in the development process;
23   right?
24      A.   Well, the underlying -- one wants a better
25   process so you have fewer problems in the code, but the
```

```
 1   problem itself is in the code.  If a customer
 2   experiences a problem, the problem is in the code.
 3        Q.   I don't think we're disagreeing.  The code was
 4   written by Oracle employees, and it was part of the
 5   process of developing the software?
 6        A.   Okay.
 7        Q.   How would you quantify, based on your
 8   experience, how much was related to customizations or
 9   configurations, and how much was related to the code?
10        A.   The majority of issues that customers reported
11   did not end up being code defects.
12        Q.   How do you come to that determination?
13        A.   We periodically would do some analyses looking
14   at the number of TARs reported by customers and seeing
15   what percent of those TARs ended up being converted to
16   bugs.  Then we would also periodically do some analysis
17   to see what percent of the bug reports that were made
18   indeed involved the requirement of changing code,
19   because sometimes when something is -- someone would
20   file a bug believing it was a bug, but it might be found
21   after further investigation that it was not a bug.  So
22   the significant majority of TAR reports did not result
23   in bugs.
24             Of bug reports, a portion of those were indeed
25   found to be defects requiring code change to repair the
```

```
 1   defect.
 2       Q.   Okay.
 3       A.   But a significant portion of those were also
 4   not defects.
 5       Q.   Okay.  So what would they be if they are not
 6   defects?
 7       A.   They could be misunderstandings, they could be
 8   configuration issues.  Same kind of things we went over
 9   before.  It could be that the support analyst had not
10   uncovered enough detail behind the issue, and that the
11   individual developer looking at it in more detail, you
12   know, one studying the problem at a greater level of
13   depth was able to uncover a more correct nature of the
14   problem.
15       Q.   So what you're saying is most of the problems
16   reported by customers indeed were either customizations
17   or some misunderstanding, rather than a code defect?
18       A.   No, that's not what I said.  What I said is
19   most of the technical assistance requests filed by
20   customers did not result in bugs.
21       Q.   Well, how does that compare with what I said,
22   so I understand exactly what you mean?
23       A.   Okay.  So the software is very complex.  It
24   was complex for Oracle to build, it was complex in some
25   cases for customers to make their configuration choices.
```

```
 1        Q.   Sure.
 2        A.   The functionality was sufficiently rich,
 3   sometimes it was complex for them to understand.
 4   Sometimes a customer would file a technical assistance
 5   request simply to explain a feature, not asserting that
 6   anything is wrong, but simply saying, "I don't
 7   understand, please help me."
 8             Sometimes they would file a request saying, "I
 9   think something is wrong, help me figure out what is
10   wrong."
11             Sometimes they would file a request saying,
12   "I'm pretty certain something is wrong.  Here is what I
13   think is wrong."
14             And, you know, any one of those could cause --
15   the underlying analysis of any one of those could be a
16   true code defect as specifically defined, could be a
17   configuration mistake.  You know, could be any of those
18   other categories of issues.
19             It could also be something I hadn't raised
20   initially, it could also be that the customer wrote some
21   custom piece of code, and the interaction of that custom
22   piece of code with the Oracle piece of code was
23   erroneous in some fashion.
24        Q.   And that's what I'm trying to understand.
25   What you just said to me, what I understand is that the
```

```
 1                CERTIFICATE OF DEPOSITION OFFICER
 2                I, DIANA NOBRIGA, hereby certify that the
 3    witness in the foregoing deposition was by me duly sworn
 4    to testify to the truth, the whole truth, and nothing
 5    but the truth in the within-entitled cause; that said
 6    deposition was taken at the time and place therein
 7    stated; that the testimony of said witness was reported
 8    by me, a Certified Shorthand Reporter and disinterested
 9    person, and was thereafter transcribed into typewriting,
10    and that the pertinent provisions of the applicable code
11    or rules of civil procedure relating to the notification
12    of the witness and counsel for the parties hereto of the
13    availability of the original transcript of the
14    deposition for reading, correcting and signing have been
15    met.
16                I further certify that I am not of counsel or
17    attorney for either or any of the parties to said
18    deposition, nor in any way interested in the outcome of
19    the cause named in said action.
20                In WITNESS WHEREOF, I have hereunto
21    subscribed by my hand this 31st day of March 2006.
22
23
24                                    _____
25                                 for DIANA NOBRIGA, CSR NO. 7071
```