1

UNTIED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

2

3

Certified Copy

IN RE:   ORACLE CORPORATION

4
         SECURITIES LITIGATION,

5

6   This Document Relates To:

Case No.
C-01-0988-MJJ
(Consolidated)

7   ALL ACTIONS

8

9   _____/

10

CONFIDENTIAL

11

12   VIDEOTAPED
     DEPOSITION OF:     RICHARD SELLERS

13

     DATE:             February 28, 2006

14

     TIME:             10:41 a.m. to 6:47 p.m.

15

     PLACE:            17260 Harbour Pointe Dr.

16                     Ft. Myers, Florida

17   PURSUANT TO:      Notice by counsel for Plaintiffs
                       for purposes of discovery, use at

18                     trial or such other purposes as
                       are permitted under the Federal

19                     Rules of Civil Procedure

20   REPORTED BY:      Aaron T. Perkins, RPR
                       Notary Public, State of

21                     Florida at Large

22                     Pages 1 to 279

23

24

25

1    issues in trying to implement their support center.

2    They had some bad customer satisfaction.  They had some

3    issues dealing with engineering.  Myself and my folks

4    had a good reputation with engineering, so Al asked me

5    if I would just take over all the product support, all

6    the telephone support business.  And I -- and he gave

7    Mike Mayfield the on-site business.

8         Q.   Okay.  Now, that -- when did that happen?

9         A.   Goodness.  That probably happened in the

10   spring of 2000.

11        Q.   And that -- did your geographical scope of

12   responsibilities broaden?

13        A.   Well, it did, because then I had all of -- all

14   of telephone support.

15        Q.   Okay.

16        A.   And in -- I didn't have any geographical

17   responsibility, per se, for the on-site piece then --

18        Q.   Okay.

19        A.   -- that I had had before.  Mike Mayfield took

20   the on-site piece, and I took the -- the big piece,

21   which was telephone support.

22        Q.   Okay.  Now, can you just describe for me what

23   telephone support is?

24        A.   Telephone support is a bank of expertise that

25   are ready and willing, 24 hours a day, seven days a

1    week, to answer customer requests.  At Oracle, those

2    requests are called T -- T --

3        Q.   T-A-R-s?

4        A.   T-A-R-s, TARs, yes.  Technical assistance

5    request.  Now, that technical assistant request can be

6    anything from how do you do this, how do I do that, how

7    do I do something else, all the way to essentially the

8    customer having found a bug in the software that can

9    only be repaired by a patch.

10       Q.   Okay.

11       A.   Many of the TARs are simply the customer

12   hasn't installed known patches that are there that they

13   haven't put in yet.  So they run the full gamut of

14   advice to, gee, you've actually unearthed a problem with

15   our code that has to be repaired.

16       Q.   Okay.  Now -- and this is all over the

17   telephone?

18       A.   This is all over the telephone, yes.

19       Q.   Okay.  So are you saying that TARs, or

20   T-A-R-s, would only be communicated over the telephone?

21       A.   Yes.  That's how they come in.  They come in

22   over the telephone.

23       Q.   Okay.

24       A.   On occasion, when we felt that the customer

25   was not managing their TARs, because they have to be

```
 1   managed -- and I'll touch on that in the next
 2   sentence -- we would put someone on-site to do that for
 3   them.  And most of those were occasions when we thought
 4   the customers was either not managing or over their
 5   head.
 6             And, you know, we could take the approach, you
 7   know, You should get smarter.  That would be one thing
 8   we could do.  Or we could say, They're never going to
 9   get smarter; let's go help them, because we're the one
10   that's suffering the brunt of them not understanding how
11   to operate the equipment.
12        Q.   Okay.
13        A.   And so on occasions that were real brutal or
14   if the customer just gave up in frustration, we would do
15   that.  Very common circumstances in those times when we
16   would put somebody on-site, the customer would have
17   employed either Oracle or, many times, another
18   consultant, like Deloitte & Touche or Andersen, to put
19   the software up for them.  We call that "going live."
20   They would buy the software, and going live is when it's
21   actually running whatever it's supposed to run.
22             Each one of these consultants will run around
23   calling the support center asking questions.  Every one
24   of those calls is a TAR.
25        Q.   All right.  So the sales consultants, the
```

REPORTER'S CERTIFICATE

STATE OF FLORIDA
COUNTY OF HILLSBOROUGH

    I, Aaron T. Perkins, Registered Professional Reporter, certify that I was authorized to and did stenographically report the deposition of RICHARD SELLERS; that a review of the transcript was requested; and that the transcript is a true and complete record of my stenographic notes.

    I further certify that I am not a relative, employee, attorney, or counsel of any of the parties, nor am I a relative or employee of any of the parties' attorney or counsel connected with the action, nor am I financially interested in the action.

    Dated this 5th day of March, 2006.

_____
Aaron T. Perkins, RPR