IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

---oOo---

**Certified Copy**

In re ORACLE CORPORATION
SECURITIES LITIGATION

        FILE NO. C-01-0988-MJJ

This Document Relates To:
_____/

CONFIDENTIAL

DEPOSITION OF KIRSTEN SHAW

Tuesday, September 19, 2006

SHEILA CHASE & ASSOCIATES

REPORTING FOR:

LiveNote World Service

221 Main Street, Suite 1250

San Francisco, California 94105

Phone: (415) 321-2311

Fax:   (415) 321-2301

Reported by:

ANDREA M. IGNACIO HOWARD, RPR, CSR NO. 9830

```
 1    Telcordia?
 2        A    No.
 3        Q    Do you have any recollection as to the issues
 4    they brought to Oracle's attention?
 5        A    No.
 6        Q    Who on your team was working on this issue?
 7        A    It looks like Sam Addison.
 8        Q    And you write to Ron in the middle of the
 9    e-mail, you said, "They're having problems with HP
10    install.  Frankly a lot of customers have had problems
11    with the HP install."
12             Do you recall which other customers had
13    problems with the HP install?
14        A    No, I don't.
15        Q    Do you know how many had problems with HP
16    install?
17        A    No.
18        Q    In the next paragraph you say, "However, part
19    of that issue is Bell South went ballistic over the
20    weekend too, and I think Support got dragged into that
21    instead."
22             Do you recall the issues about which
23    Bell South was complaining?
24        A    Yes.
25        Q    What were those issues involving?
```

```
 1      A   Well, to start off with, the complaints were
 2   not actually coming directly from Bell South.  They
 3   were coming from the CRM Development Group.  They were
 4   trying to do an installation at Bell South, and the
 5   issues they brought up, there were five bugs that they
 6   had logged as SEV1 bugs and, all of them turned out to
 7   be setup problems.
 8      Q   Okay.  And you indicate that you urgently
 9   need to talk with Ron about working with CRM.  Were
10   you having other problems with CRM, the CRM group, I
11   should say?
12      A   I was very disconcerted about how the
13   situation over the weekend had been handled.  They had
14   not used any forms of work processes which -- you
15   know, it's very difficult for me to engage without
16   support, because I want to make sure that we have
17   support business protections, and they were starting
18   to call people randomly at home to try and find out
19   what my phone number was so that they could call me,
20   and all they really needed to do is escalate it to
21   support, so that's what that was about.
22      Q   Okay.  Did you continue to have problems with
23   the way approaching -- did you have conflicts with CRM
24   about the way bugs and fixing bugs were approached on
25   the customer accounts?
```

```
 1          MR. HARRISON:  Objection; misstates
 2   testimony.
 3          THE WITNESS:  I didn't -- I mean, we didn't
 4   fix anything here, so there was no bug fixing issue
 5   here, and the situation got significantly better after
 6   that incident.
 7          MS. ANDERSON:  Okay.
 8      Q   So you didn't have problems with CRM
 9   development people after this incident?
10      A   Not really, no.
11      Q   Okay.  Do you recall who you were in contact
12   with from CRM?
13      A   For this particular situation or --
14      Q   Uh-huh.
15      A   -- in general?
16      Q   For this situation.
17      A   For this particular situation, I waited until
18   support called me.
19      Q   Do you recall working with an escalated
20   Oracle customer called Hostcentric?
21      A   No.
22      Q   Okay.  Mark this next in line, please.
23          (Document marked Exhibit No. 42
24           for identification.)
25          MS. ANDERSON:  Q.  For the record, this is an
```

CERTIFICATE OF REPORTER

I, ANDREA M. IGNACIO HOWARD, hereby certify that the witness in the foregoing deposition was by me duly sworn to tell the truth, the whole truth, and nothing but the truth in the within-entitled cause;

That said deposition was taken in shorthand by me, a Certified Shorthand Reporter of the State of California, and was thereafter transcribed into typewriting, and that the foregoing transcript constitutes a full, true and correct report of said deposition and of the proceedings which took place;

That I am a disinterested person to the said action.

IN WITNESS WHEREOF, I have hereunto set my hand this 2nd day of October 2006.

_____

ANDREA M. IGNACIO HOWARD CSR No. 9830