# LIVENOTE | World Service℠

*A new perspective on court reporting.*

## In the United States District Court
## Northern District of California

## CONFIDENTIAL

## Deposition of
## Alan Fletcher

## April 6, 2005

## In re: Oracle Corporation Securities Litigation



Fletcher, Alan  4/6/2005

1          IN THE UNITED STATES DISTRICT COURT

2          NORTHERN DISTRICT OF CALIFORNIA

3

         In re ORACLE CORPORATION

4       SECURITIES LITIGATION

                    Master File No. C-01-0988-MJJ

5       This Document Relates To:

6          ALL ACTIONS.

         _____/

7

8

9                    ---oOo---

10                  CONFIDENTIAL

11       30(b)(6) DEPOSITION OF ALAN FLETCHER

12           Wednesday, April 6, 2005

13                  ---oOo---

14

15       SHEILA CHASE & ASSOCIATES

             REPORTING FOR:

16       LiveNote World Service

         221 Main Street, Suite 1250

17       San Francisco California 94105

         Phone: (415) 321-2311

18          Fax: (415) 321-2301

19

20

21   Reported by:

     LORRIE L. MARCHANT, CSR, RPR

22   CSR No. 10523

23

24

25

Fletcher, Alan  4/6/2005

1    consultant implementing software from multiple vendors.

2        Q.   Well, tell me how -- how the E-Business Suite

3    was built that would support your belief that

4    integration would eliminate cost.

5        A.   The E-Business Suite was built based upon a

6    common database, a common data schema, a common set of

7    computer languages, and identifying business processes

8    that spanned multiple modules and then providing for

9    them.

10        Q.   I didn't get that last part and then what?

11        A.   Identifying business processes that spanned

12    multiple modules and then providing for them within the

13    software.

14        Q.   Which would -- withdrawn.

15            And would that require all the modules to

16    actually communicate with one another and share

17    information?

18        MR. KRISS:  Objection to the form of the

19    question.

20        THE WITNESS:  That would allow the modules to

21    communicate with one another and share information.

22        MR. WILLIAMS:  Q.  Okay.  I'm going to ask you

23    to go down to the next sentence -- actually, two

24    sentences down.  Do you see where it says

25            "This tight integration is also

Fletcher, Alan  4/6/2005

1        necessary to achieve a complete view."

2        Do you see that?

3        A.   Correct, yes.

4        Q.   Can you just read that sentence for me?

5        A.   "This tight integration is also necessary

6             to achieve a complete view of the impact

7             that customer-related -- -related activity

8             have throughout the enterprise."

9        Q.   What is meant by "tight integration"?

10       A.   Tight integration refers to the -- the level of

11   integration that exists within -- between modules within

12   the E-Business Suite.

13       Q.   So when you say "level," does that -- the level

14   of integration, does that mean -- withdrawn.

15           How do you measure the level of integration

16   between the modules?

17       A.   I know of no scientific way to measure the

18   level of integration.

19       Q.   So how does one determine whether integration

20   is "tight"?

21       A.   It's a relative scale, and this is saying

22   relative to software from disparate software vendors,

23   which you would integrate yourself.

24       Q.   And they're saying Oracle's -- the 11i Suite

25   had the integration between its modules in the suite

Fletcher, Alan  4/6/2005

1    with type?

2         A.  It is saying that the integration within the

3    E-Business Suite is tighter than the information would

4    be if you were to buy your applications from multiple

5    software vendors and integrate them yourself.

6         Q.  M-hm.  And did Oracle -- withdrawn.

7              Prior to May 24th, 2000, did Oracle test the

8    integration of the 11i modules internally at Oracle?

9         A.  Yes.

10        Q.  Okay.  And how was that testing done?

11        A.  I -- I don't recall specifics.

12        Q.  Was it -- well, generally how -- withdrawn.

13             You have approximately 20 years of software

14   experience, right?

15        A.  Correct.

16        Q.  Generally -- well, withdrawn.

17             And you've been at Oracle for what, almost

18   14 years, 15 years?

19        A.  15, 16 years.

20        Q.  Okay.  And generally can you explain to me how

21   testing of -- of 11i -- or withdrawn -- of software

22   integration is done.

23        A.  I'm not sure there's any general answer to

24   that.  I'm not sure how to answer you.  You need to ask

25   me something more specific.

Fletcher, Alan  4/6/2005

1    Q.   Well, you indicated earlier that it was your

2    belief that -- I guess Oracle's belief that the

3    integration of these modules eliminated costs based on

4    your 20 years or almost 20 years experience.

5        And I'm trying to understand how one would

6    test -- someone with -- withdrawn.

7        I'm trying to understand how someone with your

8    experience would test the integration of -- of modules.

9    A.   I would test the integration of modules by

10   installing the software, configuring the software, and

11   running through test cases which exercise those

12   integration points.

13   Q.   The last part?  Exercise what?

14   A.   Those integration points.

15   Q.   And was that what Oracle did with Suite 11i

16   in -- say, before May 24th, 2000?

17   A.   Can you repeat the question, please.

18       (Record read as follows:

19       "Q  And was that what Oracle did with Suite

20       11i in -- say, before May 24th, 2000?")

21   THE WITNESS:  Yes.

22   MR. WILLIAMS:  Q.  Okay.  Was that done

23   internally at Oracle?

24   A.   Yes.

25   Q.   Was it also done at customer sites before

*CONFIDENTIAL* depo of Alan Fletcher, 4/6/2005

CERTIFICATE OF DEPOSITION OFFICER

I, LORRIE L. MARCHANT, RPR, CSR NO. 10523, duly authorized to administer oaths pursuant to Section 8211 of the California Code of Civil Procedure, hereby certify that the witness in the foregoing deposition was by me sworn to testify to the truth, the whole truth and nothing but the truth in the within-entitled cause; that said deposition was taken at the time and place therein stated; that the testimony of said witness was reported by me and was thereafter transcribed by me or under my direction by means of computer-aided transcription; that the foregoing is a full, complete and true record of said testimony; and that the witness was given an opportunity to read and correct said deposition and to subscribe same.

I further certify that I am not of counsel or attorney for either or any of the parties in the foregoing deposition and caption named, nor in any way interested in the outcome of the cause named in said caption.

IN WITNESS WHEREOF, I have hereunto subscribed by my hand this 11th day of April, 2005,

LORRIE L. MARCHANT, RPR, CSR NO. 10523