```
 1                UNITED STATES DISTRICT COURT
 2               NORTHERN DISTRICT OF CALIFORNIA
 3                         - - -
 4   In re ORACLE CORPORATION     )
     SECURITIES LITIGATION,       )
 5                                )
                                  ) No. C-01-0988-MJJ
 6   This Document Relates To:    )
                                  )
 7        ALL ACTIONS.            )
                                  )
 8   _____)
 9
10
11              VIDEOTAPED DEPOSITION OF
12                   GREGORY SEIDEN
13              SAN FRANCISCO, CALIFORNIA
14                   May 16, 2006
15
16
17
18
19
20            SHEILA CHASE & ASSOCIATES
                  REPORTING FOR:
21              LiveNote World Service
             221 Main Street, Suite 1250
22          San Francisco, California 94105
                Phone: (415) 321-2311
23               Fax: (415) 321-2301

24   REPORTED BY:
25   RICHARD M. RAKER, CSR NO. 3445
```

**Certified Copy**

```
 1   and some of them were first introduced and bundled
 2   as CRM with release 11.0.
 3        Q.   And do you recall which CRM products
 4   preexisted Suite 11i, Version 11.0?
 5        A.   Certainly service existed, and I don't
 6   recall which ones were first introduced in 11.0.
 7        Q.   Okay.  And by "11.0," just to clarify,
 8   are you referring to the first release of Suite 11i?
 9        A.   No.
10        Q.   What are you referring to in 11.0?
11             MR. GIBBS:  Besides 11.0?
12             THE WITNESS:  Yeah.  It's 11.0.  There
13   is a -- a numbering convention for the different
14   versions of the software.  So 11.0 is the
15   predecessor to 11i.  Predecessor to 11.0 was
16   release 10.
17   BY MS. ANDERSON:
18        Q.   And when was 11.0 released?
19        A.   In '98 or '99.  Maybe earlier.
20        Q.   And -- and was Suite 11i the first
21   Oracle product that integrated CRM with ERP?
22        A.   No.
23        Q.   What other products accomplished that?
24        A.   There was a CRM 3.0 release, I
25   believe, against release 11.0.
```

1  Q. Okay. So what new functionality was
2  introduced with 11 point -- with 11i?
3  A. I don't know.
4  Q. Now, in the -- let me back up a little
5  bit. In the 2000-2001 time period, what was your
6  relationship with the CRM group?
7  MR. GIBBS: Objection; vague.
8  THE WITNESS: I was responsible for
9  releasing all of the software as I would receive
10 software from all the development groups.
11 BY MS. ANDERSON:
12 Q. And when you say "releasing," what do
13 you mean by that?
14 A. The packaging of the software,
15 creation of media, CDs, and the turnover of the
16 media masters to the distribution organization.
17 Q. And was part of that process the
18 integration testing?
19 A. Integration testing would happen as
20 part of the creation of any major release that we
21 were doing.
22 Q. For 11i, did you test -- were you in
23 charge of testing integration between CRM and ERP?
24 MR. GIBBS: Objection; vague.
25 THE WITNESS: We did some testing of

1   the integration between CRM and ERP, but ultimately
2   we were just an audit group. Testing was the
3   responsibility of the individual product
4   organizations.
5   BY MS. ANDERSON:
6        Q.   What type of testing did your group do?
7        A.   The integration testing as described,
8   we would -- we identified eighteen to twenty key
9   business flows and we would execute those.
10       Q.   Can you give me an example of a key
11  business flow that would run across CRM and ERP
12  products?
13            MR. GIBBS: Objection; asked and
14  answered.
15            THE WITNESS: To create a quote and
16  turn that into an order.
17  BY MS. ANDERSON:
18       Q.   Okay. And in May of 2001 when 11i came
19  out, did you conduct that type of testing? For
20  example, the creating a quote example?
21       A.   I believe that we did.
22       Q.   And how did that test go?
23       A.   By the time we released, we were able
24  to execute all of our key business flows.
25       Q.   What do you mean by "execute"?

1    A.    We were able to run the test as
2    defined.
3    Q.    What do you mean by "run the test as
4    defined"?
5    A.    Able to answer a quote and create an
6    order from that.
7    Q.    And what does -- what would it mean for
8    CRM and ERP to be integrated?
9         MR. GIBBS:  Objection; vague.
10        Answer if you can.
11        THE WITNESS:  The -- it would mean
12   that they're running off -- or that there's
13   communication at the data level between the
14   applications.
15        So in the case of the E-Business
16   Suite, it means that we're sharing the same schema
17   or the same definition of a customer, the same
18   definition of an order, the same data as opposed to
19   something that's not integrated where there needs
20   to be -- either there is no communication between
21   the programs or you have to do custom integration
22   and create programs to move data back and forth and
23   keep them synchronized.
24   BY MS. ANDERSON:
25   Q.    And when was Suite 11i integrated?

1     MR. GIBBS:  Objection; vague.
2     Answer if you can.
3     THE WITNESS:  It's integrated by
4  design.  It was -- it's never not integrated.
5  BY MS. ANDERSON:
6     Q.   When was it running as an integrated
7  product?
8     MR. GIBBS:  Objection; vague.
9     Answer if you can.
10    THE WITNESS:  Again, its -- its -- its
11 very nature is that it's integrated.  They share
12 the database.  They share, you know, the underlying
13 data structures and multiple underlying systems.
14 They can't not be integrated.
15 BY MS. ANDERSON:
16    Q.   So when Suite 11i was released in May of
17 2000, what was the level of integration between CRM
18 and ERP?
19    A.   Again, I don't really know how to
20 answer that.  They are integrated.  They can't be
21 not integrated.
22    MS. ANDERSON:  I think that we need to
23 change the tape, so let's go ahead and do that.
24    THE VIDEO OPERATOR:  This concludes
25 Videotape No. 1 of the May 16, 2006, deposition of

## REPORTER'S CERTIFICATE

I, RICHARD M. RAKER, CSR #3445, Certified Shorthand Reporter, certify:

That the foregoing proceedings were taken before me at the time and place therein set forth, at which time the witness was put under oath by me;

That the testimony of the witness and all objections made at the time of the examination were recorded stenographically by me and were thereafter transcribed;

That the foregoing is a true and correct transcript of my shorthand notes so taken.

I further certify that I am not a relative or employee of any attorney or of any of the parties, nor financially interested in the action.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated this 29th day of May, 2006.

_____
RICHARD M. RAKER, C.S.R. No. 3445