# BUSINESS 2.0
*The playbook for a new generation of leaders™*

- Try an Issue Free
- Magazine Customer Se
- Subscribe to Business 2.0

Search B2

SpringHill Suites Marriott

Spacious by design.℠ IT'S THE MARRIOTT WAY.℠
▶ Book Today    Click to find a participa
FREE INTERNET    FIND A HOT

| Home | Current Issue | Magazine Archive | Web Guide | Columns | B2Day Blog | Cheat Sheets | What Works |

**How to Land Your Dream Job & Who's Hiring Now**

**Top 20 Boom Towns**

**The B2100: The Fastest-Growing Tech Companies**

**· The Smart List**

**How to Make Money on the Net**
· 12 Hot Startups

**101 Dumbest Moments**

**The New Road to Riches**

**The Hot Technologies**

**Free Trial Offer**
Get a FREE Preview Issue of Business 2.0 Magazine
Name
Address
City
State/Prov  Zip/Postal
E-mail

[Continue >]

### WHAT WORKS
## Making the World Safe for Software
The ugly reality is that a lot of enterprise applications don't work. Mercury Interactive's testing tools help companies fix that.

◁ Talk Back
🖨 Format for Printing
✉ E-Mail This Article
📰 Subscribe to B2

*By Kim Girard, June 01, 2003*

Used to be that when Oracle (ORCL) released a new version of its 11i financial and human resources application, it was burnout time for its software-testing engineers. To check for bugs, testers had to read and run code not just for features added in the new version but also for the 10,000 features retained from previous ones. It was like reading *Moby Dick* hundreds of times. "You lost interest, and your testing tended to get lazy and sloppy," says Alan Fletcher, Oracle vice president for applications engineering. Then, 18 months ago, Fletcher's group began using Mercury Interactive (MERQ) software that automated the most tedious part of the work and freed his engineers to check just the new stuff. He believes that the smarter testing is one reason for a drastic reduction in help calls from customers related to 11i. "And happy customers," he notes, "buy more."

Mercury, based in Sunnyvale, Calif., is a company on the right side of current history in the software industry. Mercury creates tools that help debug big business software packages, everything from enterprise applications created by Oracle, SAP (SAP), and Siebel Systems (SEBL) to infrastructure software from BEA Systems (BEAS), IBM (IBM), and Sun Microsystems (SUNW). At a time when every other vendor of business software can't seem to give product away -- licensing revenues dropped 25 percent last year at Oracle and 35 percent at Siebel -- Mercury's sales grew 11 percent to $400 million and profits rose 90 percent to $65 million. The performance of its stock, compared with that of the software companies it sells to, is robust: up 100 percent since September 2002. "We're a good house in a bad neighborhood," says Ken Klein, the company's chief operating officer.

The primary reason is that Mercury addresses one of the most troubling problems in tech -- even as software grows more critical to corporations, it is becoming less reliable. The statistics are depressing: Last year only 34 percent of software projects succeeded, according to the Standish Group, a consultancy in West Yarmouth, Mass., that has tracked software reliability for nine years. One in six projects failed entirely, and the rest had some problem -- a cost or time overrun or the omission of promised features. The problems are so pervasive that companies have begun to use nightmare software projects as an excuse for earnings shortfalls, almost as if they were acts of God -- the way retailers blame bad numbers on the weather. To cite a recent example, Agilent (A), the testing equipment company, blamed problems with installing Oracle's order-and-accounting system for $105 million in lost revenue last year.

Software experts have proposed ways to standardize coding so that software is written with fewer flaws, but the underlying problem -- big software's inconceivable complexity -- isn't going away. SAP's R/3 software, which runs operations for everyone from Apple Computer (AAPL) to the United Nations, to take one example, contains more than 100 million lines of code. Watts Humphrey, a fellow at Carnegie Mellon's Software Engineering Institute, estimates that the typical professional coder makes 110 errors for every 1,000 lines of code; that means a typical complex enterprise system might be

**BUSI**
Digital
Now A

Get
wit
bus
asse

Financ
Custo
Manag
Supply



LORRIE L. MARCHANT
RPR, CSR No. 10533    FOR IDENTIFICATION
Exhibit: 4
Date: 10-2005
Witness: Fletcher
No. of Pages: 3

written with 11 million bugs. Most of them would be minor; even so, thousands upon thousands of flaws have to be found and fixed before the system can be shipped. To make matters worse, more bugs arise when IT departments and consultants customize the vendor's program to work with the company's legacy systems, as they inevitably do. Still others pop up when the vendor issues a new release and sends patches to correct the mistakes the release invariably introduces.



**The Case to Catching Bugs Early**

As software projects proceed from early development to implementation, the cost of fixing product flaws rises dramatically. Automated testing software increases the percentage of errors that are caught early in the process.

Errors caught: With automated testing / Without

| Stage | Early Development | | | | | Implementation |
|---|---|---|---|---|---|---|
| Cost to fix | 1x | 3-6x | 10x | 15-40x | 30-70x | 40-1,000x |

SOURCES: Mercury Interactive; Siebel Systems

It's a truism among IT managers that to stave off chaos, you must test, retest, and retest again. Which makes Mercury's products an extremely attractive proposition, especially in an era of drum-tight IT budgets. Software vendors ranging from Oracle and IBM to Checkpoint (CKP) and Citrix Systems (CTXS) use the tools to test their products as they're developed. Fixing bugs caught in the lab can cost a thousand times less than correcting those identified only after they've crashed some customer's critical data (see chart, above). In these austere times, then, Mercury software is a comparatively easy purchase to justify, especially at its typical price point of less than $100,000. That's one reason the company counts 75 percent of the Fortune 500 among its customers.

Continue

- advertisement -

webex
PHIL
PROJECT MANAGER
WEBEX FANATIC
Free trial. Click here.

Current Issue | Archive | Columns | Subscribe to Business 2.0
Advertise | Press Room | Customer Service | Privacy Policy | Terms of Service

©2005 Business 2.0 Media Inc. All rights reserved. Reproduction in whole or in part without permission is prohibited.