| | |
|---|---|
| 1 | LATHAM & WATKINS LLP |
| | Peter A. Wald (SBN 85705) |
| 2 | Michele F. Kyrouz (SBN 168004) |
| | Matthew D. Harrison (SBN 210981) |
| 3 | 505 Montgomery Street, Suite 2000 |
| | San Francisco, California 94111-2562 |
| 4 | Telephone: (415) 391-0600 |
| | Facsimile: (415) 395-8095 |
| 5 | E-mail: peter.wald@lw.com |
| | michele.kyrouz@lw.com |
| 6 | matt.harrison@lw.com |

LATHAM & WATKINS LLP
 Patrick E. Gibbs (SBN 183174)
 Matthew Rawlinson (SBN 231890)
140 Scott Drive
Menlo Park, California 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600
E-mail: patrick.gibbs@lw.com
 matt.rawlinson@lw.com

7  LATHAM & WATKINS LLP
    Jamie L. Wine (SBN 181373)
8  633 West Fifth Street, Suite 4000
    Los Angeles, California 90071
9  Phone: (213) 485-1234
    Fax: (213) 891-8763
10 E-mail: jamie.wine@lw.com

11 Attorneys for Defendants ORACLE CORPORATION, LAWRENCE
    J. ELLISON, JEFFREY O. HENLEY, and EDWARD J. SANDERSON
12
    ORACLE CORPORATION
13    Dorian Daley (SBN 129049)
      James C. Maroulis (SBN 208316)
14  500 Oracle Parkway
    Mailstop 5OP7
15  Redwood Shores, CA 94065
    Telephone: (650) 506-5200
16  Facsimile: (650) 506-7114
    E-mail: jim.maroulis@oracle.com
17
    Attorneys for Defendant ORACLE CORPORATION
18

## UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION

| In re ORACLE CORPORATION SECURITIES LITIGATION | Master File No. C-01-0988-MJJ (Consolidated) |
|---|---|
| This Document Relates To:<br><br>ALL ACTIONS. | [CORRECTED] DECLARATION OF MATTHEW D. HARRISON IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT |

VOLUME 2

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[CORRECTED] HARRISON DECLARATION IN SUPPORT OF
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
Master File No. C-01-0988-MJJ