Subject: Q3 License Status
Date: Tue, 27 Feb 2001 11:57:47 -0500
From: Sarah Kopp <sarah.kopp@oracle.com>
Organization: Oracle Corporation
To: Jennifer Minton <jennifer.minton@oracle.com>

Jennifer, updated with my projections

Here are the scenarios from my perspective at this point:

| Vertical | W... | Ups... | Projected Aggressive | S... | Comments |
|---|---|---|---|---|---|
| Federal | 15.6 | 38 | 40 | 40 | | 5.8M NAVAIR in commit |
| S & L | 9.0 | 35 | 38 | 38 | 12 | State of New York NOT in Projection |
| Higher Ed | 2.4 | 5 | 5 | 5 | | |
| Healthcare | 2.9 | 7 | 8 | 30 | 23 | HealthSouth (awaiting CIO signature today; otherwise CFO signature tomorrow) IN Projection |
| Fin Services | 4.1 | 13 | 18 | 14 | | 4.4M Upside Credit Suisse First Boston -plus- 0.5 Upside on Guardian deal CSFB NOT in Projection |
| Comms/Util | 21.8 | 57 | 60 | 116 | 36 / 17 / 6 / 15 | Lucent - IN Proj / Qwest - IN Proj / Sprint - IN Proj / Worldcom - NOT IN Proj |
| TOTAL OSI | 55.8 | 155 | 169 | 243 | 100 | |

Give me a call if you'd like to discuss further.

| | Name: Q3 L status 022701am.xls |
|---|---|
| Q3 L status 022701am.xls | Type: Microsoft Excel Worksheet (application/vnd.ms-excel) Encoding: base64 Download Status: Not downloaded with message |

ORCL 0126538
ORACLE CONFIDENTIAL

05/10/2001 1:49 PM

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 308491

Subject: [Fwd: Q3 License Status]
Date: Tue, 27 Feb 2001 17:58:40 -0500
From: Sarah Kopp <sarah.kopp@oracle.com>
Organization: Oracle Corporation
To: Jennifer Minton <jennifer.minton@oracle.com>

fyi. not good for s&l or federal.

---

Subject: Q3 License Status
Date: Tue, 27 Feb 2001 17:58:06 -0500
From: Sarah Kopp <sarah.kopp@oracle.com>
Organization: Oracle Corporation
To: Jay Nussbaum <Jay.Nussbaum@oracle.com>
CC: "Police, Ronald" <RON.POLICE@ORACLE.COM>

Jay, updated. Now includes my projections. We are booked at $61.2M

I understand HealthSouth will be picked up by Jeff Schimmelman at 8am tomorrow.
Federal has moved Army/USACE out to Q4; this was in their forecast, so they are down by $3.8M
In S&L, PG County Public Schools and Miami Dade moved out to Q4. In addition, Jose has reduced his committed deals under $500K by $3.0M so in total he's down by $5M.
On a positive note, in Fin Svc there is life at Fidelity -- Safra is involved and Tony is optimistic; I'm not putting it in my
 projection just yet but I've added it to the swing deals

| Vertical (iSD incl.) | Won | Fcst | Upside | My Projection (all inclusive) | Swing | Comments |
|---|---|---|---|---|---|---|
| Federal | 15.6 | 33 | 37 | 35 |  | USACE dropped |
| S & L | 10.2 | 27 | 31 | 30 | 12 | State of New York NOT in Projection |
| Higher Ed | 2.9 | 5 | 5 | 5 |  |  |
| Healthcare | 3.8 | 6 | 7 | 29 | 23 | HealthSouth IN Projection |
| Fin Services | 5.7 | 13 | 14 | 14 | 10, 4 | Fidelity back to life NOT in Projection; CSFB still unlikely NOT in Projection |
| Comms/Util | 23.0 | 57 | 60 | 112 | 36, 17, 6 | Lucent - IN Proj; Qwest - IN Proj; Sprint - NOT IN Projection |
| TOTAL OSI | 61.2 | 141 |  |  |  |  |

So, I'm not counting New York, Fidelity, CSFB or Sprint in my current projection. Of the total "swing" deals I am counting $76M of the $108M and have moved Worldcom out altogether.

Feel free to call me if you would like to discuss in more detail (note: mobile is 703-624-1066 should you need it)

ORCL 0126539
ORACLE CONFIDENTIAL

05/10/2001 1:49 P1

of 2

2

| 📎 Q3 L status 022701pm.xls | Name: Q3 L status 022701pm.xls<br>Type: Microsoft Excel Worksheet (application/vnd.ms-excel)<br>Encoding: base64<br>Download Status: Not downloaded with message |
|---|---|

Sarah Kopp, OSI Finance <sarah.kopp@oracle.com>
Senior Director
Finance
Oracle Service Industries

2 of 2

ORCL 0126540
ORACLE CONFIDENTIAL

05/10/2001 1:49 PI

3

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 308493

Subject: [Fwd: Q3 License Status]
Date: Wed, 28 Feb 2001 11:25:23 -0500
From: Sarah Kopp <sarah.kopp@oracle.com>
Organization: Oracle Corporation
To: Jennifer Minton <jennifer.minton@oracle.com>

Jennifer, fyi.

I have moved the more definite deals into the forecast from swing at this point.

I am starting to see some erosion in the core forecast for Comms/Util -- a few of the deals are shrinking in size. Further updates to follow.

Subject: Q3 License Status
Date: Wed, 28 Feb 2001 11:22:40 -0500
From: Sarah Kopp <sarah.kopp@oracle.com>
Organization: Oracle Corporation
To: Jay Nussbaum <Jay.Nussbaum@oracle.com>
CC: "Police, Ronald" <RON.POLICE@ORACLE.COM>,
Terry Ford <Terrence.Ford@oracle.com>

Jay, at this hour we are booked at $62.9

Latest update from Federal is that the 6M at Navy Medical is not going to happen, but many of their other outstanding deals are now booked.

| Vertical (ISO not.) | Wed | Fcst | Upside | My Projection (all inclusive) | Swing | Comments |
|---|---|---|---|---|---|---|
| Federal | 20.8 | 32 | 38 | 34 | | 3.6M at USACE alive again and in Upside |
| S & L | 11.7 | 27 | 31 | 28 | 12 | State of New York NOT in Projection |
| Higher Ed | 3.2 | 5 | 6 | 5 | | 1.5M at Howard Univ in Upside |
| Healthcare | 4.1 | 28 | 29 | 29 | | 23M at HealthSouth in Forecast |
| Fin Services | 5.9 | 23 | 25 | 23 | 4 | CSFB NOT in Projection / 1.1M at Prudential in Upside |
| Comms/Util | 22.2 | 75 | 80 | 111 | 36 | Lucent - IN Proj / 17M at Qwest in Forecast |
| TOTAL-OSI | 67.7 | 190 | 209 | 230 | | |

I am projecting if we get Lucent we'll be at $230, without CSFB or NY. I'm currently not counting all of the upside so if we were to bring everything in, including all of the upside, CSFB and NY we'd get to $261M.

Feel free to call me if you would like to discuss in more detail (note: mobile is 703-624-1066 should you need it)

ORCL 0126541
ORACLE CONFIDENTIAL

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 308494

vd: Q3 License Status]

| Q3 L status 022801 11am.xls | Name: Q3 L status 022801 11am.xls<br>Type: Microsoft Excel Worksheet<br>(application/vnd.ms-excel)<br>Encoding: base64<br>Download Status: Not downloaded with message |

Sarah Kopp, OSI Finance <sarah.kopp@oracle.com>
Senior Director
Finance
Oracle Service Industries

of 2

ORCL 0126542
ORACLE CONFIDENTIAL

5

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 308495

Subject: [Fwd: Q3 License Status]
Date: Wed, 28 Feb 2001 13:47:53 -0500
From: Sarah Kopp <sarah.kopp@oracle.com>
Organization: Oracle Corporation
To: Jennifer Minton <jennifer.minton@oracle.com>

Jennifer, $2M more booked; no other changes.

Subject: Q3 License Status
Date: Wed, 28 Feb 2001 13:46:46 -0500
From: Sarah Kopp <sarah.kopp@oracle.com>
Organization: Oracle Corporation
To: Jay Nussbaum <Jay.Nussbaum@oracle.com>
CC: "Police,Ronald" <RON.POLICE@ORACLE.COM>,
Terry Ford <Terrence.Ford@oracle.com>

Jay, at this hour we are booked at $69.6; we're holding at the same projection.

| Vertical (USD mil) | Wed | Feb | Upside | My Projection (all inclusive) | Swing | Comments |
|---|---|---|---|---|---|---|
| Federal | 21.2 | 32 | 38 | 34 | | 3.6M at USACE alive again and in Upside |
| S & L | 12.2 | 27 | 31 | 28 | 12 | State of New York NOT in Projection |
| Higher Ed | 3.8 | 5 | 6 | 5 | | 1.5M at Howard Univ in Upside |
| Healthcare | 4.0 | 28 | 29 | 29 | | 23M at HealthSouth in Forecast |
| Fin Services | 6.9 | 23 | 25 | 23 | 4 | CSFB NOT in Projection; 1.1M at Prudential in Upside |
| Comms/Util | 21.5 | 75 | 80 | 111 | 36 | Lucent - IN Proj; 17M at Qwest in Forecast |
| TOTAL OSI | 69.6 | 190 | 209 | 230 | | |

Let me know if you'd like to discuss in more detail.

| | Name: Q3 L status 022801 1pm.xls |
|---|---|
| Q3 L status 022801 1pm.xls | Type: Microsoft Excel Worksheet (application/vnd.ms-excel)<br>Encoding: base64<br>Download Status: Not downloaded with message |

ORCL 0126543
ORACLE CONFIDENTIAL

05/10/2001 1:30 P
6

1 of 2

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 308496

wd: Q3 License Status]

Sarah Kopp, OSI Finance <sarah.kopp@oracle.com>
Senior Director
Finance
Oracle Service Industries

ORCL 0126544
ORACLE CONFIDENTIAL

7

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 308497

Subject: [Fwd: Q3 License Status]
Date: Wed, 28 Feb 2001 16:00:50 -0500
From: Sarah Kopp <sarah.kopp@oracle.com>
Organization: Oracle Corporation
To: Jennifer Minton <jennifer.minton@oracle.com>

Jennifer, FYI. Don't shoot the messenger. The bank said NO on Lucent.

---

Subject: Q3 License Status
Date: Wed, 28 Feb 2001 15:59:25 -0500
From: Sarah Kopp <sarah.kopp@oracle.com>
Organization: Oracle Corporation
To: Jay Nussbaum <Jay.Nussbaum@oracle.com>
CC: "Police,Ronald" <RON.POLICE@ORACLE.COM>,
    Terry Ford <Terrence.Ford@oracle.com>

Jay, at this hour we are booked at $69.6.

- As you are aware, Lucent is out of the picture for Q3 (36M)
- American Electric Power has moved to Q4 (4M) out of Utilities
- CSFB in Fin Services is out (4M)
- Revenue reversal from December on S&L NYPD will NOT be added back; no PO by cob today (4M)

| Vertical (ISD incl.) | Won | Fcst | Upside | My Projection (all inclusive) | Swing | Comments |
|---|---|---|---|---|---|---|
| Federal | 21.9 | 32 | 36 | 34 | | 3.6M at USACE alive again and in Upside |
| S & L | 12.6 | 23 | 27 | 24 | 12 | State of New York NOT in Projection; Jose at client now; expect news shortly |
| Higher Ed | 3.8 | 5 | 6 | 5 | | 1.5M at Howard Univ in Upside |
| Healthcare | 4.0 | 28 | 29 | 29 | | 23M at HealthSouth in Forecast |
| Fin Services | 7.0 | 23 | 25 | 25 | | 4M CSFB Removed; 1.1M at Prudential in Upside |
| Comms/Util | 21.5 | 71 | 76 | 71 | | 36M Lucent Removed; 4M AEP Removed; 17M at Qwest in Forecast; looks good |
| TOTAL OSI | 70.9 | 182 | 195 | 188 | 32 | |

Let me know if you'd like to discuss in more detail.

ORCL 0126545
ORACLE CONFIDENTIAL

8    05/10/2001 1:53 P

1 of 2

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 308498

**Subject:** [Fwd: [Fwd: Q3 License Status]]
**Date:** Wed, 28 Feb 2001 16:25:08 -0500
**From:** Sarah Kopp <sarah.kopp@oracle.com>
**Organization:** Oracle Corporation
**To:** Jennifer Minton <jennifer.minton@oracle.com>

==Just got word that Cingular dropped out for another $10M off Comms.==

That brings Comms to $61M and my projection to $178M.

---

**Subject:** [Fwd: Q3 License Status]
**Date:** Wed, 28 Feb 2001 16:00:50 -0500
**From:** Sarah Kopp <sarah.kopp@oracle.com>
**Organization:** Oracle Corporation
**To:** Jennifer Minton <jennifer.minton@oracle.com>

==Jennifer, FYI. Don't shoot the messenger. The bank said NO on Lucent.==

---

**Subject:** Q3 License Status
**Date:** Wed, 28 Feb 2001 15:59:25 -0500
**From:** Sarah Kopp <sarah.kopp@oracle.com>
**Organization:** Oracle Corporation
**To:** Jay Nussbaum <Jay.Nussbaum@oracle.com>
**CC:** "Police,Ronald" <RON.POLICE@ORACLE.COM>,
Terry Ford <Terrence.Ford@oracle.com>

Jay, at this hour we are booked at $69.6.

==- As you are aware, Lucent is out of the picture for Q3 (36M)==
==- American Electric Power has moved to Q4 (4M) out of Utilities==
- CSFB in Fin Services is out (4M)
==- Revenue reversal from December on S&L NYPD will NOT be added back; no PO by cob today (4M)==

ORCL 0126546
ORACLE CONFIDENTIAL

1 of 3                                                          9      05/10/2001 1:53 PM

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER                                             NDCA-ORCL 308499

| Vertical (iSD incl.) | Won | Fcst | Upside | My Projection (all inclusive) | Swing | Comments |
|---|---|---|---|---|---|---|
| Federal | 21.9 | 32 | 36 | 34 | | 3.6M at USACE alive again and in Upside |
| S & L | 12.6 | 23 | 27 | 24 | 12 | State of New York NOT in Projection; Jose at client now; expect news shortly |
| Higher Ed | 3.8 | 5 | 6 | 5 | | 1.5M at Howard Univ in Upside |
| Healthcare | 4.0 | 28 | 29 | 29 | | 23M at HealthSouth in Forecast |
| Fin Services | 7.0 | 23 | 25 | 25 | | 4M CSFB Removed; 1.1M at Prudential in Upside |
| Comms/Util | 21.5 | 71 | 76 | 71 | | 36M Lucent Removed; 4M AEP Removed; 17M at Qwest in Forecast; looks good |
| TOTAL OSI | 70.9 | 182 | 199 | 188 | 12 | |

Let me know if you'd like to discuss in more detail.



Name: Q3 L status 022801 3pm.xls
Type: Microsoft Excel
  Worksheet (application/vnd.ms-excel)
Encoding: base64
Download Status: Not downloaded with message

Sarah Kopp, QSI Finance <sarah.kopp@oracle.com>
Senior Director
Finance
Oracle Service Industries

ORCL 0126547
ORACLE CONFIDENTIAL

05/10/2001 1:53 PM

of 3    10

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 308500

Sarah Kopp, OSI Finance <sarah.kopp@oracle.com>
Senior Director
Finance
Oracle Service Industries

ORCL 0126548
ORACLE CONFIDENTIAL

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 308501

Subject: [Fwd: Q3 License Status]
Date: Wed, 28 Feb 2001 18:12:13 -0500
From: Sarah Kopp <sarah.kopp@oracle.com>
Organization: Oracle Corporation
To: Jennifer Minton <jennifer.minton@oracle.com>

Here you go... State Street for 1.7 in Fin Svc may come back in to play.

Subject: Q3 License Status
Date: Wed, 28 Feb 2001 18:09:10 -0500
From: Sarah Kopp <sarah.kopp@oracle.com>
Organization: Oracle Corporation
To: Jay Nussbaum <Jay.Nussbaum@oracle.com>
CC: "Police,Ronald" <RON.POLICE@ORACLE.COM>,
    Terry Ford <Terrence.Ford@oracle.com>

Jay, at this hour we are booked at $72.9.

| Vertical (USD mil.) | Won | Fcst | Upside | My Projection (all inclusive) | Swing | Comments |
|---|---|---|---|---|---|---|
| Federal | 22.3 | 32 | 36 | 34 | | 3.6M at USACE in Upside |
| S & L | 13.2 | 23 | 27 | 24 | 12 | State of New York NOT in Projection; Jose at client now; expect news shortly |
| Higher Ed | 3.8 | 5 | 6 | 5 | | 1.5M at Howard Univ in Upside |
| Healthcare | 4.0 | 28 | 29 | 29 | | 23M at HealthSouth in Forecast |
| Fin Services | 8.2 | 20 | 22 | 22 | | 1.1M at Prudential in Upside |
| Comms/Util | 21.4 | 61 | 76 | 61 | | 17M at Qwest in Forecast; looks good  10M at Cingular back on life supports |
| TOTAL OSI $ | 72.9 | 169 | 196 | | | |

Let me know if you'd like to discuss in more detail.

| | Name: Q3 L status 022801 530pm.xls |
|---|---|
| Q3 L status 022801 530pm.xls | Type: Microsoft Excel Worksheet (application/vnd.ms-excel)  Encoding: base64  Download Status: Not downloaded with message |

ORCL 0126549
ORACLE CONFIDENTIAL

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 308502

Sarah Kopp, OSI Finance <sarah.kopp@oracle.com>
Senior Director
Finance
Oracle Service Industries

ORCL 0126550
ORACLE CONFIDENTIAL

05/10/2001 1:53 PM

13

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 308503

Subject: [Fwd: [Fwd: Q3 License Status]]
Date: Wed, 28 Feb 2001 18:56:37 -0500
From: Sarah Kopp <sarah.kopp@oracle.com>
Organization: Oracle Corporation
To: Jennifer Minton <jennifer.minton@oracle.com>

fyi: HealthSouth is booked.

---

Subject: [Fwd: Q3 License Status]
Date: Wed, 28 Feb 2001 18:12:13 -0500
From: Sarah Kopp <sarah.kopp@oracle.com>
Organization: Oracle Corporation
To: Jennifer Minton <jennifer.minton@oracle.com>

Here you go... State Street for 1.7 in Fin Svc may come back in to play.

---

Subject: Q3 License Status
Date: Wed, 28 Feb 2001 18:09:10 -0500
From: Sarah Kopp <sarah.kopp@oracle.com>
Organization: Oracle Corporation
To: Jay Nussbaum <Jay.Nussbaum@oracle.com>
CC: "Police,Ronald" <RON.POLICE@ORACLE.COM>,
     Terry Ford <Terrence.Ford@oracle.com>

Jay, at this hour we are booked at $72.9.

| Vertical (USD mil.) | Won | Fcst | Upside | My Projection (all inclusive) | Swing | Comments |
|---|---|---|---|---|---|---|
| Federal | 22.3 | 32 | 36 | 34 | | 3.6M at USACE in Upside |
| S & L | 13.2 | 23 | 27 | 24 | 12 | State of New York NOT in Projection; Jose at client now; expect news shortly |
| Higher Ed | 3.8 | 5 | 6 | 5 | | 1.5M at Howard Univ in Upside |
| Healthcare | 4.0 | 28 | 29 | 29 | | 23M at HealthSouth in Forecast |
| Fin Services | 8.2 | 20 | 22 | 22 | | 1.1M at Prudential in Upside |
| Comms/Util | 21.4 | 61 | 76 | 61 | | 17M at Qwest in Forecast; looks good. 10M at Cingular back on life supports |
| TOTAL | 72.9 | 169 | 196 | 175 | 12 | |

Let me know if you'd like to discuss in more detail.

ORCL 0126551
ORACLE CONFIDENTIAL

05/10/2001 1:53 PM

1 of 2

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 308504

| [Q3 L status 022801 530pm.xls] | Name: Q3 L status 022801 530pm.xls<br>Type: Microsoft Excel Worksheet<br>(application/vnd.ms-excel)<br>Encoding: base64<br>Download Status: Not downloaded with message |
|---|---|

Sarah Kopp, OSI Finance <sarah.kopp@oracle.com>
Senior Director
Finance
Oracle Service Industries

Sarah Kopp, OSI Finance <sarah.kopp@oracle.com>
Senior Director
Finance
Oracle Service Industries

2

/S     05/10/2001 1:53 PM

ORCL 0126552
ORACLE CONFIDENTIAL

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 308505

Subject: Re: [Fwd: Q3 License Status]
Date: Wed, 28 Feb 2001 12:01:28 -0500
From: Sarah Kopp <sarah.kopp@oracle.com>
Organization: Oracle Corporation
To: Jennifer Minton <Jennifer.Minton@oracle.com>

Poor choice of words on my part; What I meant is that it is a compliance issue -- not a new deal so much as getting them to pay for what they are using.

Jennifer Minton wrote:

> what do you mean it is an accounting issue

Sarah Kopp wrote:

>> Jennifer, I spoke with Perkins and he thinks Fidelity will come in; as
>> you may know it is an accounting issue -- Safra is involved and they owe
>> us the $$. Although not yet in my projections I'll probably move it in
>> later this morning.
>>
>> That would put me at a projection of $232M - although Lucent is making
>> me nervous at this point given negotiations continue today.
>>
>> Updates every two hours today.

---

Subject: Q3 License Status
Date: Wed, 28 Feb 2001 09:19:44 -0500
From: Sarah Kopp <sarah.kopp@oracle.com>
Organization: Oracle Corporation
To: Jay Nussbaum <Jay.Nussbaum@oracle.com>
CC: "Police,Ronald" <RON.POLICE@ORACLE.COM>, Terry Ford <Terrence.Ford@oracle.com>

Jay, updated. We are booked at $62.9

==Latest update from Fin Services indicates 1.7M in revrec at State Street will not happen for Q3. This== is tied to a FFP consulting project and the deliverable testing will not be complete in time to recognize.

I understand that Fidelity has gained momentum but am not yet including it in my projections.

ORCL 0126553
ORACLE CONFIDENTIAL

of 2

16

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 308506

| Vertical (ISD incl.) | Won | Fcst | Upside | My Projection (all inclusive) | Swing | Comments |
|---|---|---|---|---|---|---|
| Federal | 15.8 | 33 | 39 | 35 | | 6.0 Navy Medical in Upside |
| S & L | 11.0 | 27 | 31 | 28 | 12 | State of New York NOT in Projection |
| Higher Ed | 3.2 | 5 | 5 | 5 | | |
| Healthcare | 4.5 | 6 | 7 | 29 | 23 | HealthSouth IN Projection |
| Fin Services | 6.1 | 12 | 13 | 13 | 10 4 | Fidelity NOT in Projection; CSFB NOT in Projection; 1.1M at Prudential in Upside |
| Comms/Util | 22.3 | 57 | 60 | 112 | 36 17 6 | Lucent - IN Proj; Qwest - IN Proj; Sprint - NOT IN Projection |
| TOTAL OS | 62.9 | 140 | 155 | 222 | 108 | |

I'm still not counting New York, Fidelity, CSFB or Sprint in my current projection. I am counting $76M of the $108M in swing deals.

Feel free to call me if you would like to discuss in more detail (note: mobile is 703-624-1066 should you need it)

Sarah Kopp, QSI Finance <sarah.kopp@oracle.com>
Senior Director
Finance
Oracle Service Industries

ORCL 0126554
ORACLE CONFIDENTIAL

05/10/2001 1:50 PM

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 308507

Subject: [Fwd: Q3 License Status]
Date: Wed, 28 Feb 2001 09:22:22 -0500
From: Sarah Kopp <sarah.kopp@oracle.com>
Organization: Oracle Corporation
To: Jennifer Minton <jennifer.minton@oracle.com>

Jennifer, I spoke with Perkins and he thinks Fidelity will come in; as you may know it is an accounting issue -- Safra is involved and they owe us the $$. Although not yet in my projections I'll probably move it in later this morning.

That would put me at a projection of $232M - although Lucent is making me nervous at this point given negotiations continue today.

Updates every two hours today.

---

Subject: Q3 License Status
Date: Wed, 28 Feb 2001 09:19:44 -0500
From: Sarah Kopp <sarah.kopp@oracle.com>
Organization: Oracle Corporation
To: Jay Nussbaum <Jay.Nussbaum@oracle.com>
CC: "Police,Ronald" <RON.POLICE@ORACLE.COM>,
Terry Ford <Terrence.Ford@oracle.com>

Jay, updated. We are booked at $62.9

Latest update from Fin Services indicates 1.7M in revrec at State Street will not happen for Q3. This is tied to a FFP consulting project and the deliverable testing will not be complete in time to recognize.

I understand that Fidelity has gained momentum but am not yet including it in my projections.

| Vertical (SD Rel) | Won | Fcst | Upside | My Projection (all inclusive) | Swing Deals | Comments |
|---|---|---|---|---|---|---|
| Federal | 15.8 | 33 | 39 | 35 | | 6.0 Navy Medical in Upside |
| S & L | 11.0 | 27 | 31 | 28 | 12 | State of New York NOT in Projection |
| Higher Ed | 3.2 | 5 | 5 | 5 | | |
| Healthcare | 4.5 | 6 | 7 | 29 | 23 | HealthSouth IN Projection |
| Fin Services | 6.1 | 12 | 13 | 13 | 10, 4 | Fidelity NOT in Projection; CSFB NOT in Projection; 1.1M at Prudential in Upside |
| Comms/Util | 22.3 | 57 | 60 | 112 | 36, 17, 6 | Lucent - IN Proj; Qwest - IN Proj; Sprint - NOT IN Projection |
| TOTAL OSI | 62.9 | 140 | 155 | 222 | 108 | |

I'm still not counting New York, Fidelity, CSFB or Sprint in my current projection. I am counting $76M of the $108M in swing deals.

ORCL 0126555
ORACLE CONFIDENTIAL

18

of 2

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 308508

Feel free to call me if you would like to discuss in more detail (note: mobile is 703-624-1066 should you need it)

| | Name: Q3 L status 022801am.xls |
|---|---|
| Q3 L status 022801am.xls | Type: Microsoft Excel Worksheet (application/vnd.ms-excel) |
| | Encoding: base64 |
| | Download Status: Not downloaded with message |

Sarah Kopp, OSI Finance <sarah.kopp@oracle.com>
Senior Director
Finance
Oracle Services Industries

ORCL 0126556
ORACLE CONFIDENTIAL

19

2 of 2

**CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER**

**NDCA-ORCL 308509**