```
 1            IN THE UNITED STATES DISTRICT COURT
 2               NORTHERN DISTRICT OF CALIFORNIA
 3
 4   In re ORACLE CORPORATION              CERTIFIED COPY
     SECURITIES LITIGATION,
 5
 6   vs.                        Master File No.: C-01-0988-MJJ
 7   This Document Relates To:,
 8         ALL ACTIONS.
 9   _____/
10
11                        ---oOo---
12                       CONFIDENTIAL
13              DEPOSITION OF JEFFREY HENLEY
14                 Thursday, July 27, 2006
15                 VOLUME I, Pages 1 - 227
16                        ---oOo---
17
18              SHEILA CHASE & ASSOCIATES
19                     REPORTING FOR
                   LiveNote World Service
               221 Main Street, Suite 1250
20             San Francisco, California 94105
                  Phone:  (415) 321-2311
21                Fax:    (415) 321-2301
22
23   Reported by
     APRIL DAWN HEVEROH, CSR
24   CSR No. 8759
25
```

```
 1   company as well.
 2        Q.   Let's mark as the next exhibit a document
 3   produced by Defendants with the control numbers 092885
 4   through 889.
 5             (Whereupon, Plaintiff's Exhibit 21 was marked
 6             for identification.)
 7        MR. SOLOMON:  Q.  This is an e-mail dated --
 8   while you're looking at it, this is an e-mail dated
 9   Tuesday, February 27th, 2001, from Safra Catz to Jeff
10   Henley, and attaching an e-mail exchange from Stephanie
11   Aas, or a report, perhaps, by Stephanie Aas concerning
12   Morgan Stanley.
13        A.   Yes.
14        Q.   Do you see that?
15        A.   Yes.
16        Q.   Have you seen this before?
17        A.   Have I seen -- there are several parts of
18   this.  Have I seen the Morgan Stanley coverage?
19        Q.   Sure.
20        A.   I don't recall if I read it.  I'm sure I got
21   it.
22        Q.   Okay.
23        A.   Probably, but, I mean, I don't know if I read
24   it all.
25        Q.   Okay.
```

```
 1      A.   But there's a note above it from me, right?
 2      Q.   Yes.
 3      A.   Which -- I really don't think it related to
 4 this topic, but a separate thing.
 5      Q.   Okay.  It says, at the top, "From Safra Catz
 6 to Jeff Henley," and the re line is "forward Morgan
 7 Stanley's coverage of Apps World."
 8      A.   Yes.
 9      Q.   Doesn't that suggest, then, that these e-mails
10 would have been viewed by you?
11      A.   No, no, no, I -- I don't recall whether I got
12 it or read it, but it certainly is likely.  But this
13 note is really something different than Apps World.
14      Q.   It's about hiring Phillips, correct?
15      A.   Yes.  Exactly.  Right.
16      Q.   Looking at the report below that, it starts
17 off, "Great coverage from Chuck Phillips on Apps World.
18 See full reports below and attached."
19           Do you see that?
20      A.   Yes.
21      Q.   And then the first line item is "Pipeline" --
22 does that say "intact"?
23      A.   Intact, yes.
24      Q.   And it says, "After meetings with dozens of
25 integrators, Oracle partners, and Oracle sales and
```

```
 1  finance executives, we walked away thinking business
 2  still sounds pretty solid."
 3          Do you see that?
 4      A.  I do see that.
 5      Q.  Were you one of the finance executives who
 6  attended the Apps World conference?
 7      A.  Yes.
 8      Q.  And so this would reflect something that you
 9  had said to Chuck Phillips; is that fair?
10      A.  I think my modus operandi has been clear over
11  the years because as I testified earlier, I've done
12  many, many of these conferences over the years, and I've
13  always been very clear that I don't want to talk about
14  the quarter, per se.  I will talk about just business
15  trends and certainly at Apps -- particularly at Apps
16  World we were very intent on explaining where we were
17  with 11i and this process of stabilizing and growing
18  that business.  So that was the context in which I
19  helped to host this day, which was to present customers
20  and other things so they could get an independent view
21  from customers and partners about where they thought we
22  were.  But I was always clear not to get into talking
23  about the current quarter.
24      Q.  Okay.  So I'm looking at -- towards the end of
25  that first page it says, under "Applications Business
```

| | |
|---|---|
| 1 | Gaining Traction", it says, "Oracle's E-Business Suite |
| 2 | now has 180 customers live, 2,500 implementations |
| 3 | underway and 11,000 total applications customers." |
| 4 | Do you see that? |
| 5 | A.   Yes. |
| 6 | Q.   Was it true that Oracle's E-Business Suite, as |
| 7 | of February 27, 2001, had 180 customers live? |
| 8 | A.   I believe Chuck was pretty good at taking down |
| 9 | notes, and I'm sure we made -- again, the essence of |
| 10 | this was to try to give him a status report or a |
| 11 | snapshot of where we were at the time, so we had some |
| 12 | Powerpoints, and I don't know who presented it, but we |
| 13 | did present information about how many customers were |
| 14 | live, how many were being in the process of |
| 15 | implementation, and we routinely did that.  So yeah, I'm |
| 16 | assuming he copied those numbers down right. |
| 17 | Q.   And is it true that there were 2,500 |
| 18 | implementations under way at that stage? |
| 19 | A.   Again, if these are the numbers that we |
| 20 | represented, to the best of my knowledge this was |
| 21 | factual information; that's correct. |
| 22 | Q.   I'm looking at the second page of the |
| 23 | document, and I'm at the top of the page.  It says, "We |
| 24 | dropped in on the Big Easy to check on the Oracle |
| 25 | Applications user conference this past week.  After |

1    page, page No. 092888, and towards the bottom
2    "Consulting and Services."
3              Do you see that?
4        A.   Yes.
5        Q.   "Consulting services remains a drag on total
6    services and total revenue."
7              Do you see that?
8        A.   Yes.
9        Q.   Is that information that you provided?
10       A.   I don't recall what I said, or whatever, but I
11   do generally -- we had made a strategy change, and Larry
12   had talked about this several quarters earlier, about
13   trying to -- as part of this partner thing, which I
14   testified earlier, to not compete as much with our
15   partners, to try to encourage them to work with us.  So
16   we said that we would stand down and let partners take
17   more of our business if they would work with us and so
18   forth.
19             So I think this is what this comment that we
20   made was where we said that we were continuing to try to
21   deemphasize consulting, not maximize the growth, but
22   actually give more business to our partners, and I
23   believe that what that comment relates to, it says
24   "remains a drag."  This is something that we had been
25   working on for several quarters.  This is a specific

```
 1   strategy change that Larry had made.
 2        Q.   Now, this is -- February 27, 2001 is one day
 3   before the close of Q3 2001; is that right?
 4        A.   That's correct.  I don't think it was a leap
 5   year, so yeah.
 6        Q.   And at that stage you were aware that Oracle
 7   was going to miss its quarter; is that right?
 8        A.   No, I don't believe that.
 9        Q.   You weren't aware, then?
10        A.   No.  I don't believe I became aware we were
11   going to miss our quarter until the last afternoon of
12   the last day of the quarter.  So this was one day before
13   that.
14        Q.   Okay.  Were you of the view, in or around
15   March of 2001, that the 11i had proven difficult to
16   bring to the market with respect to stability and
17   delivery times?
18        A.   Again, I've testified as much as I know
19   earlier, so I can repeat what I said earlier about the
20   early stages and maturing the product and so forth.  I
21   don't have any other thing I could add.
22        Q.   Okay.  When did 11i become stable?
23        A.   I don't know the answer to that.  There's no
24   magic point, I think, but the history of this industry
25   is as products get -- stay around longer and they have
```

1   more and more users, more and more bugs get identified
2   and worked out, and eventually products get stable. I
3   have no idea. Different customers would tell you the
4   product was stable than other customers. It depended
5   upon their particular circumstance. So we had a number
6   of customers, actually, that I met in late 2000,
7   calendar 2000 that told me the product was fine. But I
8   was definitely aware there were other product customers
9   who didn't think the product was stable.
10          Q.   Who told you the product was fine?
11          A.   I don't remember the names, just like I don't
12  remember the names of some of the customers we had
13  problems with. But there were many, many products, and
14  some of the products were better than others, were more
15  stable and became stable. So there is no magic date I
16  could tell you the product became stable. It really
17  depended upon the circumstance for the particular
18  customer, when it would be so-called "stabilized".
19          Q.   Can you give me the number of any one customer
20  who, in Q3 '01 or before then, told you that the 11i
21  E-Business Suite was fine?
22          A.   No, I can't because I don't recollect.
23          Q.   Okay.
24          A.   But I do recollect there were customers that I
25  met in the early days that had been early beta customers

1  and so forth that were happy with the product. But, I
2  mean, to say that even they thought everything was
3  perfect, I'm sure they didn't. But they felt the
4  product was operable, and it wasn't that -- we had other
5  customers who were quite concerned. I was well aware of
6  that.
7       Q. And you can't recollect any of the companies'
8  names who said it was fine or any individuals --
9       A. No, I can't recollect, as I testified earlier,
10 of all the customers who -- some of the customers that
11 had problems, either.
12           MR. SOLOMON: Okay. Let's take a lunch break.
13           (Recess taken from 1:14 to 1:45 P.M.)
14           MR. SOLOMON: Q. Mr. Henley, you testified
15 earlier that it was on the afternoon of the last day of
16 the quarter of Q3 '01 that you first realized that
17 Oracle was going to miss its forecast for that
18 quarter; is that correct?
19      A. That we knew that -- we were certain we were
20 going to miss the quarter, yes.
21      Q. When did you first suspect that you might miss
22 it?
23           MR. WALD: Object to the form.
24           THE WITNESS: The last several days. Every
25 day the forecast kept dropping, so clearly, as it

1  dropped more and more, the chances of missing grew. But
2  as I testified earlier, we didn't get to the point till
3  the last -- literally the last day when the east coast
4  was kind of -- everybody knew what was left, that we
5  really missed. So certainly that we were -- the last
6  few days we were starting to get concerned that we might
7  miss.
8              MR. SOLOMON: Q. Okay. Now, as opposed to
9  missing the forecast, when were you first aware that the
10 company was being affected negatively by the state of
11 the economy?
12             MR. WALD: Object to the form, vague and
13 ambiguous.
14             THE WITNESS: I think until we missed the
15 forecast so badly that it really dawned on us that
16 clearly something was going on out there with customer
17 confidence, and it turned out to be, in hindsight, that
18 the U.S. was looking towards a recession.
19             MR. SOLOMON: Q. So is your answer that you
20 first became aware that the economy was having an
21 adverse impact on Oracle, that it was just the same as
22 when you realized you were going to miss the forecast?
23 Are you saying the two are the same; is that what you're
24 trying to say?
25       A.    Yeah, let me -- if I understand your question,

```
 1   yeah, I think so.  I think what I'm saying is that
 2   what -- and what we said on the calls after we missed
 3   the quarter was that there was a precipitous change at
 4   the executive levels in these companies where all of a
 5   sudden deals that had been promised to us weren't
 6   happening now.  And so I think that was because business
 7   confidence was changing very rapidly because people's
 8   own outlooks of where the economy was headed and their
 9   book of business was changing, and so all of a sudden
10   that changed their view as to whether they want to sign
11   a contract with us, and our competitors, as well.
12        Q.   You say deals that had been promised to you.
13   What deals are you talking about?
14        A.   On the conference call we pointed out that a
15   number of deals that our sales force had counted on in
16   their forecast, and in some cases, you know, usually you
17   work with a customer and say, "Can we get this
18   negotiated, signed and -- signed and finished by the end
19   of the quarter?"  We were assured that we could, and it
20   didn't happen.  And a lot of deals ended up just
21   slipping and not getting completed.
22        Q.   But you used the word "promise".  That's a
23   strong word, isn't it?
24        A.   Promise, sure, absolutely.  Many customers,
25   when you negotiate with them, you're saying, "Look" --
```

## REPORTER'S CERTIFICATE

I hereby certify that the foregoing is a true record of the testimony as reported to the best of my ability by me, a Certified Shorthand Reporter and a disinterested person, and was thereafter transcribed under my direction into typewriting by computer.

I FURTHER CERTIFY that I am not interested in the outcome of the said action and not connected with nor related to any of the parties in said action or their respective counsel.

Dated: August 1, 2006        *April D. Heveroh*

APRIL DAWN HEVEROH, CSR

CSR NO. 8759

LIVENOTE /WORLD SERVICE

ERRATA Sheet

CASE: *In re Oracle Securities Litigation*
Master File No. C-01-0988MJJ
DEPOSITION OF: Jeffrey Henley
DATE: July 27, 2006
REPORTER: April Dawn Heveroh, CSR No. 8759

I wish to make the following changes for the following reasons:

| Page | Line | Change | Reason |
|---|---|---|---|
| 10 | 6 | Change "is the Chief" to "as the Chief" | Typographical Error |
| 11 | 5 | Change "board" to "Board" | Typographical Error |
| 11 | 21 | Change "it has been – received" to "it has received" | Typographical Error |
| 13 | 13 | Change "10B5" to "10(b)(5)" | Typographical Error |
| 31 | 13 | Change "reference" to "referenced" | Typographical Error |
| 33 | 17 | Change "analyst day" to "Analyst Day" | Typographical Error |
| 34 | 10 | Change "analyst day" to "Analyst Day" | Typographical Error |
| 35 | 14 | Change "east" to "East" | Typographical Error |
| 38 | 23 | Change "kind of things over the" to "kinds of things" | Typographical Error |
| 38 | 24 | Change "years about what was going on." to "about what was going on." | Typographical Error |
| 41 | 17 | Change "things" to "thing" | |
| 41 | 23 | Change "say" to "said" | Typographical Error |
| 44 | 7 | Change "people" to "places" | Typographical Error |
| 48 | 14 | Change "speaking expressing" to "speaking about expressing" | Typographical Error |
| 56 | 20 | Change "customers mind" to "customers' minds" | Typographical Error |
| 61 | 4 | Change "northeast days, total southeast days," to "Northeast days, total Southeast days," | Typographical Error |
| 61 | 5 | Change "total north central days, total south central days" to "total North Central days, total South Central days" | Typographical Error |
| 69 | 20 | Change "2000." to "2000?" | |
| 69 | 25 | Change "valley" to "Valley" | Typographical Error |
| 99 | 19 | Change "west" to "West" | Typographical Error |
| 105 | 9 | Change "problem was getting" to "problem, getting" | Typographical Error |
| 110 | 21 | Change "out execute" to "out-execute" | Typographical Error |
| 111 | 13 | Change "go to" to "go-to" | Typographical Error |
| 115 | 5 | Change "analyst day" to "Analyst Day" | Typographical Error |
| 115 | 24 | Change "analyst day" to "Analyst Day" | Typographical Error |
| 116 | 23 | Change "analyst day" to "Analyst Day" | Typographical Error |
| 117 | 10 | Change "investor relations" to "Investor Relations" | Typographical Error |
| 117 | 23 | Change "tier one" to "tier-one" | Typographical Error |
| 119 | 17-18 | Change "top tier" to "top-tier" | Typographical Error |
| 119 | 19 | Change "top tier" to "top-tier" | Typographical Error |
| 119 | 22 | Change "top tier" to "top-tier" | Typographical Error |
| 122 | 15 | Change "certainly at Apps – particularly" to "certainly at Apps World – particularly" | Typographical Error |
| 122 | 17 | Change "and this" to "and with this" | |
| 124 | 24 | Change "business;" to "business," | Typographical Error |
| 124 | 25 | Change "we were, all" to "we were, and all" | Typographical Error |
| 126 | 10 | Change "said, or whatever, but I" to "said, but I" | Typographical Error |
| 128 | 4 | Change "stable than" to "stable sooner than" | Typographical Error |
| 130 | 3 | Change "east coast" to "East Coast" | Typographical Error |
| | | | Typographical Error |

SV\521859.1

038128-0025

Sep 18 2006 11:51AM   ORACLE FAX                                8058980489                P.1
SENT BY: ORACLE CORPORATION;           850 633 1930;      SEP-18-08  1:18PM;    PAGE 2/2

| Page | Line | Change | Reason |
|------|------|--------|--------|
| 130 | 5 | Change "So certainly that we were – the" to "The" | Typographical Error |
| 140 | 9 | Change "users are" to "users" | Typographical Error |
| 163 | 8 | Change "So that was my" and "So my" | Typographical Error |
| 174 | 23 | Change "was" to "way" | Typographical Error |
| 176 | 23 | Change "GRID" to "GSIAD" | Typographical Error |
| 207 | 8 | Change "our goal was to get" to "our goal – to get" | Typographical Error |
| 216 | 1 | Change "can by" to "can be" | Typographical Error |

I certify that my foregoing testimony is true and correct, with the exception of the corrections listed above.

Dated:

Signature: *[signed] Jeffrey Henley*

Print Name: Jeffrey Henley

BVIS21459.1

028128-0013