Q3 conference call

Return-Path: <Jeff.Henley@oracle.com>
Received: from mailsun2.us.oracle.com (mailsun2.us.oracle.com [130.35.61.114])by
gmgw02.oraclecorp.com (8.8.8□.8.8) with ESMTP id PAA22545;Tue, 13 Mar
2001 15:52:52 -0800 (PST)
Received: from gmgw01.oraclecorp.com (gmgw01.us.oracle.com [130.35.61.190])by
mailsun2.us.oracle.com (8.9.3/8.9.3) with ESMTP id PAA28123;Tue, 13 Mar
2001 15:52:52 -0800 (PST)
Received: from oracle.com (jhenley-pc.us.oracle.com [144.25.176.109])by
gmgw01.oraclecorp.com (8.8.8□.8.8) with ESMTP id PAA23093;Tue, 13 Mar
2001 15:52:51 -0800 (PST)
Message-ID: <3AAEB2DF.53F7C696@oracle.com>
Date: Tue, 13 Mar 2001 15:53:03 -0800
From: Jeff Henley <Jeff.Henley@oracle.com>
Organization: Oracle Corporation
X-Mailer: Mozilla 4.75 [en] (Windows NT 5.0; U)
X-Accept-Language: en
MIME-Version: 1.0
To: lellison <lellison@us.oracle.com>
CC: scatz <scatz@us.oracle.com>, jminton <jminton@us.oracle.com>,
saas <saas@us.oracle.com>, dcooperm <dcooperm@us.oracle.com>,
"Henley,Jeffrey" <JEFF.HENLEY@oracle.com>
Subject: Q3 conference call
Content-Type: multipart/mixed;boundary="-----------7C4B6CB3A257624AC952D6BD"
X-Mozilla-Status: 8001
X-Mozilla-Status2: 00000000

Here is some initial thoughts on what I will say on the call on Thursday:

1. **Despite the fact we saw numerous companies preannouncing in January and February citing a
sharp slowdown in the U.S. economy (including Sun, Cisco, EMC, etc) we were were still surprised
we missed the quarter**--we thought we had some cushion as we entered the quarter so we figured we
could absorb some downside if it developed.

Right to the end of the quarter we said we certainly had concerns but so far hadn't seen enough factual
evidence in our pipelines or heard of significant issues in regular conversations with the U.S. sales
management  All major enterprise software companies who reported in December (Siebel,  i2, Peoplesoft,
etc) said they felt they would do well in the coming quarter after reporting good quarters as we had said
after our November quarter so we felt like the enterprise software space for ebusiness leaders was more
recession resistant than other technology sectors were and this was supported by independent research that
ranked CIO spending intention by category--our stuff was top of the list.  Also, our Q3 pipeline reports
consistently showed good year over year growth right up to the last week of the quarter, and our first two
months months of actuals showed decent license growth as well (we weren't quite as back end loaded as
we've been in some quarters--nevertheless there's always a disproportionate amount to do in the last
month).

Beginning in early January we added a bullet point on the slides we used with investors stating that "the
economy is a wild card" and we added similar  narrative in Oracle's Q2 10Q. For sometime  we've also
included precautionary language in our risk factors section that points out that while we use our pipeline
system as the primary tool to forecast sales it doesn't always correlate to actual sales growth in a
quarter. For Q3 we added that "in particular, a slowdown in the economy may cause purchasing decisions

ORACLE
CONFIDENTIAL                          1                          ORCL 0069468

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

Q3 conference call

to be delayed, reduced in amount or cancelled which will therefore reduce the overall license pipeline conversion rates." Over the years, when asked by investors how a slowing economy would impact Ora : I've consistently stated that it's a function of the suddeness/steepness of the falloff pointing to Asia Pacific in 1997 as a good example of how demand can temporarily slow down dramatically. I specifically remember covering this at Oracle's last analyst day in October when asked the question about how a slowing economy might affect us.

Nevertheless, right to the last day we still thought we could get there. As I was boarding an afternoon plane to go to Miami on the afternoon of the last day of the quarter it was starting to look bad and when I landed and got an update we started scrambling to prepare a press release for the next day. Our 3 sales executives that run the Americas were to a person shell shocked as were Larry and I.

2. Looking at license growth for Q3, **all the damage was clearly in the Americas where growth was negative 4% vs. 34% growth in both Q1 and Q2.** The dot coms played a significant part in this but the problem was broader than just the very significant year over year comparison problem in dot coms. Since the **Americas represent over 50% of the ww license growth**, the impact on total company license grow was devastating. As Larry said on the March 1 conference call, the cracks started to appear in the last 4 business days on the quarter. At first it showed in our general business forecasts which came down each of the last 4 days but it also showed up in our other business units right at the end as contract after contract slipped as key executives delayed decisions that were presented to them for final signature.

Both EMEA and Asia Pacific had good license growth and played no role in the Q3 miss.

3. **Database growth was only 10%** and would have been worse had not EMEA had a strong quarter. Again, we knew we had a tough comparison in the Americas from the previous year due to booming dot com business the year before but, as stated before, things got a lot worse due to the economy. EMEA had an above average growth in the quarter at 42% local currency growth (probably a rebound after a disappointing first half--the numbers swing around quarter to quarter).

4. **Applications growth was only 25%.** Not only were we disappointed in the Americas with only 31% growth including a large order from Covisant mentioned on the Q2 conference call but EMEA had a very weak -1% apps growth after 104% and 92% local currency growth in Q1 and Q2 respectively. Because of this applications growth was a bigger surprise than anything. In fact when we announced preliminary results on March 1 we indicated that we thought we'd still do ww 50% apps growth based on overnight estimates that countries made. When we got the final numbers applications growth went down and database went up--particularly so in the major EMEA countries.

5. **Visibility for Q4 is obviously much more limited based on what happened in Q3.** Our Q4 pipeline shows initial growth for the quarter that is very good (remember it is a real time system that is constantly updated) . Unfortunately so did Q3 so at this point in the quarter and throughout. Therefore, we have to believe that until there is evidence that the U.S. economy is on the upswing and decisions are being made in a less constrained manner, we will probably convert less of the pipeline as was the case in Q3.

**Our current thinking is that people should assume zero license growth for Q4 but obviously we could be wrong as was the case in Q3. Obviously it could be better or it could be worse.**

Assuming that the growth is zero our assumption is that **net income would be flat to or slightly better than Q4 a year ago**, excluding the enormous gain we enjoyed on the secondary offering of Oracle Japan stock in April of last year. Our rationale for zero growth as opposed to the 6 percent we showed in Q3 is that the U.S. economy may weaken further or that it may leak into other international economies.

ORACLE
CONFIDENTIAL

ORCL 0069469

2

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

Q3 conference call

**We're not inclinced to speculate about Fiscal 02 until we see results from Q4 but we are making conservative expense assumptions at this point in order to guard against margin erosion. Eventually the economy will pick up and growth should get better. Unfortunately neither we nor anyone else knows when!**

Jeff Henley <Jeff.Henley@oracle.com>

ORACLE
CONFIDENTIAL

ORCL 0069470

3

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 298924