UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

———————————————————————)
IN RE ORACLE CORPORATION         )       MASTER FILE NO:
SECURITIES LITIGATION           )       C001-0988-MJJ
———————————————————————)

**EXPERT REPORT OF CHRISTOPHER M. JAMES**

# Expert Report of Christopher M. James

I.     Qualifications .......................................................................................................... 1

II.    Assignment ............................................................................................................. 1

III.   Summary of Opinions .............................................................................................. 2

IV.   Oracle and the Software Industry ........................................................................... 5

     A.   Oracle's Company Background ...................................................................... 5

     B.   Oracle's Suite 11i ........................................................................................... 6

V.     Summary of Allegations .......................................................................................... 8

VI.   Assessing the Materiality of Information on Oracle's Stock Price in an Efficient Market ... 9

     A.   The Role of Information on Stock Prices in Efficient Markets ....................... 9

     B.   Measuring the Materiality of New Information Using an Event Study ........ 10

VII.   Analysis of Market Awareness of Suite 11i Product Quality Issues ..................... 12

VIII.   Analysis of the Materiality of Alleged False and Misleading Statements ............ 28

IX.   Analysis of the Market's Response to Oracle's Announcement on March 1, 2001 ........... 30

     A.   The Information Content and Market Response to Oracle's March 1, 2001 Announcement ................................................................................................ 31

     B.   The 3QFY01 Pre-Announcement Was a Harbinger of the Deteriorating Industry Outlook ......................................................................................................... 37

X.     Analysis of the Market's Response to Oracle's Announcement on March 15, 2001 .......... 45

XI.   Analysis of Allegations that Oracle Saved $1 Billion Using E-Business Suite ................. 50

XII.   Analysis of Allegations that Oracle Falsely Reported 2QFY01 Earnings and Revenue ..... 51

## I. Qualifications

1.      I am the William H. Dial / SunBank Eminent Scholar in Finance and Economics and Professor of Finance at the University of Florida.  Prior to joining the faculty of the University of Florida, I taught at the University of Oregon and the University of Michigan.  I have also held positions at the Federal Reserve Bank of San Francisco, the Federal Deposit Insurance Corporation, and the Treasury Department.  My academic research has been in the areas of securities pricing, corporate finance, and financial institutions.  I have published numerous articles on the relationship between securities prices and financial and accounting information.  I served on the Board of Directors and the Advisory Board to SunTrust Bank of Florida between 1989 and 2005.  I also serve on the editorial boards of four scholarly journals including the *Journal of Financial Economics*.  I served as an associate editor of the *Journal of Finance* from 1988 through 2000 and as editor of the *Journal of Financial Intermediation* from 1988 through 1999.  I have also provided consulting services to a number of government agencies and corporate entities.  A copy of my curriculum vitae is attached as Exhibit 1.  A list of my deposition and trial testimony over the past four years is included in Exhibit 2.  I am being compensated for my time and services on an hourly basis.  I am charging my regular hourly rate of $700.

## II. Assignment

2.      I have been asked by counsel for Oracle Corporation ("Oracle") and Lawrence J. Ellison, Jeffrey O. Henley, and Edward J. Sanderson to examine Oracle's stock price behavior, particularly during the period from December 14, 2000 to March 1, 2001 ("Class Period"); to assess the materiality of alleged false and misleading statements identified in the Revised Second

Amended Complaint dated December 9, 2002 ("Complaint") and certain Second Supplemental

Responses to Defendants' Second Set of Interrogatories to Plaintiffs dated January 31, 2007

("Plaintiffs' Contention Responses");[1] to determine whether or not the market attributed Oracle's

earnings miss for its third quarter of its fiscal year 2001 ending February 28, 2001 ("3QFY01")

to allegations regarding the integration and interoperability of E-Business Suite Version 11i

("Suite 11i"); to determine whether Oracle's announcements on March 1, 2001 or March 15,

2001 revealed any new information related to the product quality of Suite 11i not previously in

the total mix of information; to determine whether Oracle's 3QFY01 earnings miss was related

to the alleged disclosure of information related to Oracle's savings from its use of E-Business

Suite; to determine whether Oracle's 3QFY01 earnings miss was related to the alleged false

earnings and revenue information Oracle reported for its second quarter of fiscal year 2001

ending November 30, 2000 ("2QFY01"); and to respond to opinions offered by Plaintiffs'

expert(s).  A list of documents I have relied upon in forming my opinions is attached hereto as

Exhibit 3.  My work in this matter is ongoing.


## III.    Summary of Opinions

3.      Below is a summary of my opinions in this matter.  The bases for each opinion

are detailed in the sections that follow.

a.  I understand that under Plaintiffs' theory of how the 3QFY01 earnings
miss relates to alleged Suite 11i shortcomings, potential Suite 11i
customers knew of the alleged shortcomings and decided on that basis

---

[1] Robert D. Sawyer's Second Supplemental Responses to Defendants' Second Set of Interrogatories to Plaintiffs dated January 31, 2007 is the exemplar response I use when citing paragraph numbers.  I understand that the significance of Plaintiffs' failure to identify these issues in their Complaint is a legal matter.  In addressing these unpled issues, I am expressing no opinion about the legal significance of Plaintiffs' failure to allege these issues in the Complaint.

not to purchase or to delay purchase, while financial market participants were not aware of these alleged shortcomings prior to March 1, 2001. I find that market participants, including the public press, financial analysts, industry analysts, and market analysts recognized that Oracle's "suite" strategy for competing in the enterprise software market was risky. Moreover, I find that market participants were aware that customers of Suite 11i experienced implementation-related difficulties and complained about "bugs" in Suite 11i and the number of patches needed to fix bugs or enhance functionality.

b. The Complaint and Plaintiffs' Contention Responses allege that certain statements were false and misleading. My event study revealed no statistically significant stock price increases associated with these statements. The lack of a significant stock price increase suggests that the statements identified by Plaintiffs were not considered as new or did not alter the total mix of information in such a way as to inflate the value of Oracle's stock as Plaintiffs allege.

c. On March 1, 2001, after the market closed, Oracle announced that it would miss financial analysts' earnings expectations for 3QFY01. On March 2, 2001 Oracle's stock price fell 21.05 percent. Oracle's stock price fell in reaction to its earnings and revenue miss for the quarter which had current and future cash flow implications. The evidence I have reviewed indicates that the market attributed Oracle's earnings miss to the impact of the economy-wide slowdown on the enterprise software sector. In my opinion, Oracle's miss provided the market with new material information about the impact of the economy on the enterprise software industry, and it was this news that caused the stock prices of Oracle and all of its industry peers to decline on March 2, 2001.

d. The market was aware that Oracle's license revenues were concentrated in the last few days of each quarter (back-end loaded). Given this pattern of revenues, investors knew that the difference between Oracle's guidance and the realized revenue or EPS numbers was very sensitive to Oracle's ability to convert leads into sales in the last days of the quarter. Analysts commented that the impact of the economy-wide slowdown on the enterprise software sector would not have been reflected in Oracle's revenues until the last few days of the quarter, or just prior to Oracle's March 1, 2001 announcement. Analysts did not attribute the earnings miss to flaws or shortcomings in Oracle's forecasting models.

e. Oracle was the bellwether, or leading indicator, of the enterprise software industry. Because of when Oracle's fiscal year ended, Oracle was the first firm among its industry peers to report financial results that included the critical month of February 2001, the month that ex-post showed the first evidence of the impact of the economy-wide slowdown on the enterprise software sector. Consistent with Oracle being a

bellwether of the sector, financial analysts revised their outlook for Oracle's competitors following Oracle's March 1, 2001 announcement. Moreover, up until late-February 2001, Oracle's competitors had been reporting positive earnings results. Following Oracle's earnings miss, many of its competitors experienced similar or worse earnings surprises. Furthermore, by the end of June 2001, nearly all competitors had negative earnings surprises.

f.  The evidence that I have reviewed supports the view that Oracle's earnings miss was a result of the sudden and sharp impact of the economic slowdown on the enterprise software industry.  The evidence does not indicate that the market considered Oracle's 3QFY01 earnings miss to have revealed any previously undisclosed problems with Suite 11i.  Like nearly all new enterprise software programs, Suite 11i had bugs, but this was widely known throughout the Class Period.  Financial analysts understood that Suite 11i was a new and bold product and did not attribute the earnings miss announced on March 1, 2001 to any integration or interoperability problems with Suite 11i or to any new information regarding product quality issues about Suite 11i that was not part of the total mix of information available to market participants prior to the March 1, 2001 announcement.

g.  In my opinion, Oracle's stock price decline on March 2, 2001 was not caused by the disclosure of information related to Oracle's savings from its use of E-Business Suite.  I find nothing in the March 1, 2001 or March 15, 2001 announcements that corrected any prior statements on such cost savings.  I also find no mention of a billion-dollar savings in any of the financial analyst reports or public press that I have reviewed in connection with Oracle's 3QFY01 earnings miss announced on March 1, 2001 and on March 15, 2001.

h.  In my opinion, Oracle's stock price decline on March 2, 2001 was not caused by the disclosure of information related to alleged accounting errors in 2QFY01.  I find no evidence supporting any argument advanced in the Complaint or Plaintiffs' Contention Responses that links the 3QFY01 miss in earnings and revenues or the stock price decline on March 2, 2001 to the alleged 2QFY01 overstatement of earnings and revenues.   I also find no mention of potentially erroneous revenues reported in 2QFY01 in any of the financial analyst reports or public press that I have reviewed in connection with Oracle's 3QFY01 earnings miss announced on March 1, 2001 and on March 15, 2001.  Thus, I find no evidence that the market viewed the 3QFY01 earnings miss as having anything to do with allegedly improper accounting reported in 2QFY01 results.

## IV.    Oracle and the Software Industry

### A.    *Oracle's Company Background*

4.      Prior to and during the Class Period, Oracle was a "leading supplier of software for information management."[2]  Oracle's software products include systems software and internet business applications software.[3]  Systems software includes database management software and development tools that allow users "to create, retrieve and modify the various types of data stored in a computer system."[4]  Internet business applications allow "users to access information or use the applications through a simple Internet browser on any client computer, and automates the performance of specific business data processing functions," including financial management, procurement, project management, human resource management, supply chain management, and customer relationship management.[5]

5.      During the Class Period, Oracle reported license revenues from systems software ("database revenue") and from business applications ("applications revenue").[6]  Prior to the Class Period, in its fiscal year 2000 ("FY00"), ending May 31, 2000, Oracle reported database revenue of $3.392 billion (79 percent of total license revenue) and applications revenue of $923 million (21 percent of total license revenue).[7]  Following the Class Period, in its fiscal year 2001 ("FY01"), ending May 31, 2001, Oracle reported database revenue of $3.562 billion (78 percent of total license revenue) and applications revenue of $1.022 billion (22 percent of total license

---

[2] Oracle 10-K for the year ending May 31, 2000 filed on August 28, 2000 ("2000 10-K").
[3] Ibid.
[4] Ibid.
[5] Ibid.
[6] Ibid.
[7] Oracle Corporation Q4 Fiscal 2001 Supplemental Analysis
(http://www.oracle.com/corporate/investor_relations/Q401AS.pdf).

revenue).  Between FY00 and FY01, database revenue grew by 5 percent and applications revenue grew by 11 percent.[8]

B.    *Oracle's Suite 11i*

6.    During the Class Period, Oracle offered Suite 11i.[9]  Oracle described Suite 11i as an integrated suite of Internet business applications.[10]  Suite 11i included a set of Enterprise Resource Planning ("ERP"), Supply Chain, and Customer Relationship Management ("CRM") software applications.[11]  On May 24, 2000, Oracle released the "entire E-Business Suite…adding Customer Relationship Management (CRM) and Order Management components to the already available 11i financials, human resources, manufacturing, procurement, projects and supply chain offerings."[12]

7.    Suite 11i was "the first applications suite in the industry that [supported] all key business functions across the extended enterprise."[13]  Certain industry experts viewed the integration of ERP and CRM as a significant step in improving organizational efficiency.[14]  The alternative concept was "to piece together 'best-of-breed' offerings from various vendors" of ERP and CRM applications.[15]  This alternative was viewed by some analysts as a complex, time-consuming, and expensive undertaking, as applications from disparate vendors often used different platforms and file structures, and to make these programs work together required that

---

[8] Ibid.
[9] 2000 10-K.  Oracle released updates of Suite 11i during the Class Period.  Collectively, I refer to these as Suite 11i.
[10] Ibid.
[11] Ibid.
[12] "Oracle Ships 11i, Industry's First Integrated E-Business Suite," Oracle Press Release, May 24, 2000.
[13] "The Oracle(R) E-Business Suite Wins the Intelligent Enterprise Readers' Choice Award," *PR Newswire*, November 2, 2000, 8:03 AM.  Unless specifically noted otherwise, all time stamps mentioned in this report are Eastern Time.
[14] "Oracle's 11i Claims Territory on ERP/CRM Integration," Gartner Dataquest, October 13, 1999.
[15] BlueStone Capital, September 8, 2000.

communications between the programs be in a form that each could understand.[16]  Generally, the trade-off, at least initially, was perceived to be that individual applications within Suite 11i may not offer as much functionality as did the prevailing "best-of-breed" applications, but that implementation costs would be reduced relative to implementing a comparable set of stand-alone applications.[17]

8.      With best-of-breed applications on one end of the product spectrum and suites on the other, Oracle positioned Suite 11i as a suite offering.  While it was not the only suite product on the market, Oracle positioned Suite 11i as the first "integrated and comprehensive suite of e-Business applications."[18]  Oracle claimed that "Oracle E-Business Suite 11i provides out-of-the-box integration of e-Business applications throughout the extended enterprise from customers and partners to suppliers."[19]  After its May 2000 release, analysts recognized Suite 11i as being firmly positioned among suite offerings.  For example, Gartner Research reported that Oracle "has the broadest and most tightly integrated front- to back-office offering."[20]  Analyst reports also indicated that both customers and analysts considered Suite 11i to be integrated and interoperable.  For example:

---

[16] "Integrated Suite vs. Best-of-Breed:  Oracle Says it Has the Answer," AMR Research, December 6, 2000 and BlueStone Capital, September 8, 2000.

[17] I note that there was disagreement among financial analysts in terms of the cost savings from the suite concept. For example, "Analysts acknowledge that 11i is comprehensive and well-integrated, but dismiss the notion that competing apps are necessarily more costly and time-consuming.  'If you aren't an existing Oracle customer, it's not clear that Oracle is offering a cheaper deal than assembling the same kind of result from various vendors' products that tie into what you already have,' Forrester Group analyst Laurie Orlov says….  Also, analysts say, Oracle 11i may not be more attractive for non-Oracle companies that would have to dump their back-office systems or for existing Oracle customers who would be forced to upgrade from an older version of Oracle software." ("Oracle Ships All-In-One E-Business Suite – But Applications May Not Necessarily Be the Answer For All Companies, " *Information Week*, May 29, 2000)

[18] "Oracle Ships 11i, Industry's First Integrated E-Business Suite," Oracle Press Release, May 24, 2000.

[19] Ibid.

[20] "Oracle 11i CRM:  Better But Not the Best," GartnerGroup, July 10, 2000.

**Goldman Sachs:**  Customers we are talking to like integration (one data model, one programming language, one vendor for support, one upgrade cycle, less integration work, quicker implementation, etc.)[21]

**Gartner:**  Oracle is focusing its marketing on synergies given by tight integration between its front-office modules and back-office applications.  This integration is because: 1) most code has been written in-house by the same developers, 2) the functionality acquired through acquisition has been reworked by Oracle into a single schema/data model and 3) the modules use a common workflow subsystem.[22]

## V.    Summary of Allegations

9.    Plaintiffs allege that Oracle's stock price was inflated because of alleged false and misleading statements related to:  (1) the integration and interoperability of Suite 11i; (2) guidance for 3QFY01; (3) earnings and revenues reported for 2QFY01; and (4) the effect of the economy on Oracle's business.[23]  Five of the dates listed in the Complaint relate to alleged false and misleading statements concerning Suite 11i (December 14, 2000, December 15, 2000, January 8, 2001, February 6, 2001, and February 21, 2001).[24]

10.    Plaintiffs' Contention Responses add new statements alleged to be false and misleading to those mentioned in the Complaint.[25]  Specifically, the Contention Responses identify three additional dates of alleged false and misleading statements during the Class Period (January 20, 2001, January 24, 2001, and February 13, 2001) and one prior to it (December 5, 2000).[26]

---

[21] Goldman Sachs, November 3, 2000, 9:31 AM.
[22] "Oracle 11i CRM:  Better But Not the Best," GartnerGroup, July 10, 2000.
[23] Complaint ¶¶35-75.
[24] Complaint ¶¶50, 51, 58, 63, and 68.
[25] There is one statement that the Complaint alleges to be false and misleading but which the Plaintiffs' Contention Responses do not identify.  See the alleged misstatement identified in the Complaint at ¶51 (December 15, 2000).
[26] Plaintiffs' Contention Responses, p. 7, ¶1, p. 9, ¶¶8, 10, and p. 11, ¶15.

11.     In addition to identifying alleged false and misleading statements, the Complaint alleges that Oracle knew that Suite 11i was "broken"[27] and "did not work."[28]  The Complaint alleges that the market learned the truth on March 1, 2001 and alleges there was a post Class Period admission on March 15, 2001.[29]

## VI.   Assessing the Materiality of Information on Oracle's Stock Price in an Efficient Market

12.     An event study is a widely used and objective methodology to determine whether a particular statement or disclosure is associated with a significant change in the total mix of information.[30]  In this section, I explain the theoretical underpinnings and my application of an event study in the present matter.

### A.     The Role of Information on Stock Prices in Efficient Markets

13.     In an efficient market, the price of a security reflects its fundamental value, that is, the present value of its expected future cash flows discounted at the appropriate risk adjusted rate.[31]  Moreover, in an efficient market, securities prices react quickly to new information that investors view as having a material impact on the value of a firm's stock.  New information is material if it leads to a significant revision in investors' expectations about future expected cash flows or risks associated with future cash flows.

---

[27] Complaint ¶72.
[28] Complaint ¶82.
[29] Complaint ¶¶74 and 76.
[30] Brealey, Richard A., Stewart C. Myers, and Franklin Allen, *Principles of Corporate Finance*, McGraw-Hill/Irwin 8th Ed., 2006, Chapter 13.  Brown, Stephen J. and Jerold B. Warner, "Using Daily Stock Returns:  The Case of Event Studies," *Journal of Financial Economics*, Volume 14, Issue 1, March 1985, pp. 3-31.  I have used event studies extensively in my own published research.
[31] Fama, Eugene F., *Foundations of Finance:  Portfolio Decisions and Securities Prices*, Basic Books, Inc. Publishers, June 1976, Chapter 5, pp. 133, 138.

14.     For information to affect stock prices in an efficient market, this information must be made available to market participants.  In the present matter, I found that financial analysts, the public press, and industry and market analysts developed independent analyses of Oracle's strategic positioning and its expected performance within the industry.  For example, during the Class Period, 31 separate financial analysts from different brokerage houses covered Oracle.[32] Oracle was mentioned in at least 3,021 articles covered by the Dow Jones News Wires, Bloomberg, and Reuters during the Class Period, a rate of almost 60 articles per trading day during the Class Period.  Oracle's products were also reviewed on multiple occasions by both industry and market analysts including AMR Research, BlueStone Capital, Forrester, Gartner Research, and Morgan Stanley.  The degree to which financial analysts, the public press, industry analysts, and market experts scrutinized Oracle suggests that any new information would have been quickly incorporated into the stock price.

B.     *Measuring the Materiality of New Information Using an Event Study*

15.     To assess the materiality of information, I reviewed the information contained in the alleged false and misleading statements and the information released on days in which Plaintiffs allege the market learned the truth in the context of the total mix of information available to the market and analyzed whether the information was material by examining the stock price response (stock return) when the information was released.  Because stock prices reflect market, industry, and company-specific information, it is necessary to extract the market- and industry-related portions of stock returns to isolate the part that may be related to new company-specific information.  Once the market and industry effects are controlled for, standard

---

[32] First Call reported 31 financial analysts or brokers in its calculation of its consensus forecasts on January 31, 2001.

statistical tests can be used to determine whether the remaining ("residual") return is significant. A significant residual return may indicate the arrival of new, material, company-specific information in the marketplace.

16.     To control for market and industry effects, the finance literature relies on a standard statistical methodology called regression analysis.  A regression allows the researcher to partition an individual stock return into three components:  (1) the part of the return associated with the movement in the market portfolio; (2) the part associated with the movement in the industry portfolio; and (3) the part not explained by either the market or industry return that may indicate the introduction of new firm-specific information.[33]

17.     Financial economists use the stock returns of a set of firms that market participants view as competitors or peers as one way to account for industry factors.  In the present matter, I identified competitors or peers of Oracle by reviewing reports covering Oracle or its industry of All-Star financial and industry analysts published from December 14, 2000 through March 2, 2001.[34]  Based on this review, I identified nine firms that All-Star financial analysts considered to be Oracle's industry competitors or peers:  Ariba, BEA Systems, Commerce One, IBM, i2 Technologies, Microsoft, PeopleSoft, SAP, and Siebel.  Using the stock prices of these firms, I constructed an equally-weighted index of stock returns, which I will refer to as the "Industry Index."

---

[33] That part not explained by the industry or market return may also reflect the impact of new market or industry information not captured by the historical covariation between these factors and the company's stock return.

[34] All-Star financial analyst reports are identified using *Institutional Investor's* All-Star financial analyst rankings for the period 1999 to 2001.

18.     Next, following the discussion outlined above I estimated a linear regression model relating Oracle's daily stock returns to daily returns of the Center for Research on Securities Prices (CRSP) market index and the Industry Index.  The CRSP market index is a value-weighted index constructed by CRSP at the University of Chicago and consists of all firms trading on the NYSE, AMEX, and NASDAQ markets.

19.     I estimated the regression model over the period from December 8, 1999 to December 8, 2000.  Using the parameter estimates from the model, I calculated Oracle's residual return on each day during the Class Period, as well as on March 2, 2001 and March 16, 2001. The event study model and the residual returns during the Class Period (including March 2, 2001 and March 16, 2001) are given in Exhibits 4 and 5.

20.     Finally, to determine whether or not a significant residual return relates to Plaintiffs' allegations, I considered the extent to which the alleged false and misleading statement or alleged corrective disclosure provided new information, if any, relative to the total mix of information available to the market, whether any additional news was released on the same day, and the extent to which the new additional information released, if any, relates to Plaintiffs' allegations.

## VII.    Analysis of Market Awareness of Suite 11i Product Quality Issues

21.     In the previous section, I described the role of information in determining Oracle's stock price in an efficient market.  I understand that one tenet of Plaintiffs' damage claims is that customers and potential customers were aware of alleged Suite 11i product quality issues.  Without awareness on the part of customers and potential customers, Suite 11i product

quality could not have contributed to the earnings miss announced on March 1, 2001 as alleged by Plaintiffs. However, if as Plaintiffs allege, Oracle's statements regarding Suite 11i artificially inflated Oracle's stock price, it must also be the case that the *market* was *unaware* of alleged product quality concerns.[35] According to Plaintiffs, the market did not become aware of these concerns until March 1, 2001, the day Oracle pre-announced its earnings miss for 3QFY01.[36]

22.     From this discussion, it is apparent that one must consider what information, if any, the market had regarding potential customer concerns about Suite 11i during the Class Period. Because financial, industry, and market analysts (collectively referred to as analysts) had the opportunity to interact with customers and potential customers (including at user group meetings) and given the recent launch of Suite 11i, I would expect analysts to discuss any significant product quality issues that were raised by customers and potential customers. Moreover, analysts had incentives to make additional independent inquiries to learn about customer experiences and potential customer plans regarding Suite 11i.

23.     My review of public press filings and analyst reports reveals substantial commentary about Suite 11i on a number of dimensions prior to and throughout the Class Period. Specifically, the public press, financial analysts, industry analysts, and market analysts (1) recognized that Oracle's strategic decision to compete in the enterprise software market by offering a suite of integrated back-office and front-office applications versus developing best-of-breed applications was visionary but risky; (2) attributed in part the implementation-related difficulties experienced by early adopters of Suite 11i to product quality problems; (3)

---

[35] Plaintiffs have articulated no theory of how potential customers could have become informed about alleged Suite 11i shortcomings without financial analysts and other stock market participants also finding out (prior to March 1, 2001).

[36] The term "pre-announcement" distinguishes Oracle's March 1, 2001 statements based on preliminary financial results from the announcement of actual financial results on March 15, 2001.

commented extensively on Suite 11i's functionality, quality, and Oracle's ability to attract referenceable customers and gain traction in the market; and (4) recognized that Suite 11i gained traction in the enterprise software market and generated significant revenues for Oracle prior to, during, and after the Class Period.  Overall my review indicates that market participants were aware of the product quality issues described in the Complaint and in Plaintiffs' Contentions Responses during the Class Period.

24.     The public press, financial analysts, industry analysts, and market analysts recognized that Oracle's strategic decision to compete in the enterprise software market by offering a suite of integrated back-office and front-office applications versus developing best-of-breed applications was visionary but risky.  In particular, the market interpreted the launch of Suite 11i ERP and CRM applications software as the culmination of at least two key strategic business decisions:  (1) the decision to compete in the enterprise software applications industry by offering a suite of products as opposed to competing with the best-of-breeds; and (2) the decision of the timing of the launch of Suite 11i.

25.     During a meeting of the Oracle Applications User Group ("OAUG") in September 1999, Oracle announced its vision of the Suite 11i applications it was developing.[37] Oracle stated that Suite 11i ERP applications would not be available until the first calendar quarter of 2000 and that its Suite 11i CRM applications would not be available until the second calendar quarter of 2000.[38]  Oracle also stated:

> **PR Newswire:**  Oracle Applications Release 11i also encompasses both Oracle's leading enterprise resource planning (ERP) and customer relationship

---

[37] "Oracle's 11i Claims Territory on ERP/CRM Integration," Gartner Dataquest, October 13, 1999.
[38] "Oracle Announces Oracle(R) Applications Release 11i," *PR Newswire*, September 27, 1999, 3:15 PM.

management (CRM) applications.  Unlike competing offerings, only Oracle Applications provides out-of-the-box integration between these application families.  This integration allows companies to manage the entire cycle from customer interactions, through order management, transaction and supply chain management, to fulfillment, billing and customer support.  Typically, users of other ERP and CRM systems must engage [in] extremely costly and lengthy implementation projects to achieve even a minimal degree of integration.  Projects such as these can often run into the millions and tens of millions of dollars. [39]

26.     As of the date of this announcement at the September 1999 OAUG meeting, Oracle's Suite 11i was not yet available to customers.  However, Oracle reported that "beta customers are responding enthusiastically to the advanced functionality and improved user interface in the upcoming Oracle Applications Release 11i."[40]  Following a subsequent OAUG meeting in April 2000, AMR Research reported that Oracle had nineteen "early adopter customers" utilizing certain Suite 11i applications in an Oracle-hosted environment.[41]

27.     Oracle released Suite 11i "six months later than its first projected release date of November 1999."[42]  On May 24, 2000, Oracle announced that it had shipped the first version of Suite 11i containing both ERP and CRM applications to customers.[43]

28.     Between September 27, 1999 and through the end of the Class Period, the public press, financial analysts, industry analysts, and market analysts commented extensively on Oracle's strategic decision to compete in the enterprise software market by offering a suite of integrated back- and front-office applications versus developing best-of-breed applications and on the product quality issues related to Suite 11i.  Exhibit 6 contains excerpts from the public press, financial analysts, industry analysts, and market experts related to Suite 11i.

---

[39] Ibid.
[40] "Oracle(R) Release 11i Wins Beta Customer Accolades," *PR Newswire*, September 27, 1999, 3:16 PM.
[41] "Oracle Users Meet and Consider Release 11i," AMR Research, May 1, 2000.
[42] "An Oracle ERP Report Card," Gartner, Inc., December 4, 2000.
[43] "Oracle Ships 11i, Industry's First Integrated E-Business Suite," Oracle Press Release, May 24, 2000.

29.     For example, following Oracle's announcement on September 27, 1999, a report by Gartner, Inc. Dataquest reported that Oracle had positioned Suite 11i as "a breakthrough in enterprise applications by offering tight ERP and CRM integration 'out of the box'."[44]  The report also stated that Oracle had never previously used the ERP/CRM integration message "as a loud, primary marketing message" and interpreted the message as a signal of Oracle's desire to be the "first to jump with both feet onto the integrated enterprise applications bandwagon."[45] The same report cautioned that while it gave Oracle the "thumbs-up for pouncing on an opportunity to present a clear message," it questioned Oracle's ability to deliver given its "somewhat less-than-sterling past performances."[46]

30.     Following the April 2000 OAUG meeting, AMR Research stated that Oracle's strategy in the applications software market was "to be the integrated suite for all your e-business needs."[47]  The same report also cautioned that Oracle's success in this strategy was not certain:

> **AMR Research:**  The reality is that this is the vision, but there are only a few vendors that have been successful at implementing it.  It is not easy to make this happen, which is why many times companies turn to the best-of-breed vendor. Users know best-of-breed vendors have the functionality they need and will be able to deliver a system that completely covers a particular business process.  As you look at the complexities of an organization today and the amount of money spent in the last few years on integration, it would seem that the world is ready for another integrated suite success story.  Oracle has the vision, the question yet to be answered is whether or not it will be able to deliver.[48]

31.     Analysts and the public press also shared concern for Oracle's ability to succeed in implementing its strategic decision to compete in the enterprise software market by offering a suite of products.  For example:

---

[44] "Oracle's 11i Claims Territory on ERP/CRM Integration," Gartner Dataquest, October 13, 1999.
[45] Ibid.
[46] Ibid.
[47] "Integrated Suite vs. Best-of-Breed:  Oracle Says It Has the Answer," AMR Research, December 6, 2000.
[48] Ibid.

**Morgan Stanley:**  Based on history, suites win if they provide 70% of the functionality of the best of breed products in each segment.  That's a big "if" and the suite has to evolve at a pace competitive with the overall market.  The suites need to lead one or two product segments to have a beachhead into accounts.  After that, the high cost of integration, volume pricing, common support, and a desire for consistent technology standards generally pushes buyers toward the suite if it starts to approach functional parity with the rest of the market.[49]

**Morgan Stanley:**  Oracle 11i is a new suite that combines the functionality of financials, HR and CRM with exchange infrastructure software.  Rather than going head-to-head with the competition on a feature list, Oracle is pitching the ease of implementation and time-to-market advantages of this suite.  This may be a winning strategy if the obstacles to integrating point products are significant.  No other company is taking this all-in-one approach and the barriers to entry are extremely high given the complexity of the software.[50]

**Computer Dealer News:**  According to one analyst, however, expecting global companies to move all their corporate information into one or two databases is unrealistic.

"Most global firms are built up through mergers and acquisitions. And in that sort of scenario, the type of data consolidation Oracle is propounding seems like a pipe dream," said Josh Greenbaum, a principal with Enterprise Application Consulting in [Berkeley], Calif.[51]

**Deutsche Banc:**  While its broad footprint and out-of-the-box integration are the keys to its positioning and message, we caution that some 11i modules still may fall short on functionality compared with best-of-breed rivals.  This could prove challenging in head-to-head competition.[52]

32.    In addition to recognizing that Oracle's new strategy would face competition from best-of-breed vendors, financial analysts also commented on other challenges that Oracle would encounter as a result of its strategic decision to compete in the enterprise software marketplace with a suite-based product.  For example, one financial analyst commented that the Suite 11i product launch faced significant execution risk as it would require Oracle to address concerns

---

[49] Morgan Stanley Dean Witter, May 12, 2000, 1:20 PM.
[50] Morgan Stanley Dean Witter, June 21, 2000.
[51] "E-Business Suite Mixes CRM, ERP," *Computer Dealer News*, Vol. 16, Issue 14, July 14, 2000.
[52] Deutsche Banc Alex. Brown, September 15, 2000, 6:03 AM.

"unique" to the enterprise business software market.[53]  The financial analyst went on to express

concern over (1) Oracle's ability to train its sales force for the unique challenges faced in selling

to the CEO and CFO as opposed to the IT professional; (2) Oracle's ability to develop

referenceable customers in order to drive sales force momentum; and (3) Oracle's ability to

deepen product functionality in order for the benefits of the suite concept to outweigh the

advantages of the best-of-breed approach.[54]

33.     Prior to and throughout the Class Period, the public press, financial analysts,

industry analysts, and market analysts reported on product quality issues related to Suite 11i and

their impact on the customer.  Published reports included statements regarding the number of

bugs found in various Suite 11i applications, the number of Suite 11i patches Oracle issued,

Suite 11i's stability, the degree of functionality of various Suite 11i applications compared to

best-of-breed applications, and the degree of difficulty customers experienced in implementing

and integrating Suite 11i applications into their businesses.

34.     For example, as early as the October 2000 OAUG meeting, customers commented

on the fact that the initial versions of Suite 11i required "a large number of patches," were

"buggy," and suffered "major problems."[55]  Customers also recounted the challenges they faced

in the upgrade process and what they perceived as a lack of support from Oracle during this

process. [56]  Many of these sentiments were repeated in an article published by *Computerworld* on

October 30, 2000 which also quoted an OAUG board member as saying the software "is not

---

[53] Robertson Stephens, November 8, 2000, 1:40 PM.
[54] Ibid.
[55] Transcript of October 24, 2000 OAUG Fall Conference Q&A Session.
[56] Ibid.

ready for prime time."[57]  This article also reported that "[s]everal attendees said Oracle has

released about 5,000 patches that for [*sic*] 11i."[58]  Notwithstanding these comments, the article

stated that "[n]ot all user experiences have been negative.  The new installations seem to be

going more smoothly than the upgrades, said observers."[59]

     35.    Prior to the end of the Class Period, the total mix of information included several

additional discussions of the functionality and quality of Suite 11i.  For example:

> **Gartner:**  Challenges:  [Suite 11i] does not have the deepest functions and has
> few references.  Despite significant improvements on CRM 3i, Oracle cannot
> claim to have the deepest functionality in any of its modules when compared with
> the best-of-breed vendors….  It is unlikely that Oracle will provide leading-edge
> functions within the next five years due to the slow speed of large-scale
> development….[60]

> **Deutsche Banc:**  While its broad footprint and out-of-the-box integration are the
> keys to its positioning and message, we caution that some 11i modules still may
> fall short on functionality compared with best-of-breed rivals. This could prove
> challenging in head-to-head competition.[61]

> **Paine Webber:**  And we've seen some anecdotal evidence of customers that
> could not see demonstrations of certain modules of the suite because of various
> reasons, such as that module had not yet been ported to a particular OS or simply
> because of bug fixes – not unusual occurrences in the introduction of a new
> software product….[62]

> **ZDWire:**  The company is going to wait until early next year before proceeding
> with the full installation of the 11i applications.  Having heard of other sites'
> implementation problems, such as multiple software patches and long processing
> times, Gordon opted to wait for the new package to work out the kinks.

> "It just makes sense to wait until it comes out," Gordon said. "It's common
> business sense to let others make the mistakes. Any new product is going to have
> its sets of glitches."

---

[57] "Users Vent Frustration over Oracle CRM/ERP Upgrades," *Computerworld*, October 30, 2000.
[58] Ibid.
[59] Ibid.
[60] "Oracle 11i CRM:  Better But Not the Best," GartnerGroup, July 10, 2000.
[61] Deutsche Banc Alex. Brown, September 15, 2000, 6:03 AM.
[62] Paine Webber, September 15, 2000.

…
Alliance Coal LLC, a mining company based in Tulsa, Okla., has also heard implementation horror stories and is waiting as long as it can to install 11i.  An Oracle shop since 1997 and among the first to use Oracle's payroll application, Alliance runs Version 10.7 of the application.

Geoff Goolsbay, ITS manager for application services at Alliance, said he would like to wait until the 11i suite stabilizes but is being pressed into installing it early next year.  The company uses the Oracle Payroll application, and Oracle has told Goolsbay there will be no end-of-year patches for the product next year.  That means Alliance must upgrade to 11i by December of next year, or it will be unable to produce such documents as W-2 tax forms.  That also means two major upgrades:  first to Version 11, then 11i.

"Oracle publishes a 10.7-to-11 change document, and an 11-to-11i change document, but what they don't give you is a 10.7-to-11i document.  That is amazing to me," Goolsbay said.[63]

**Goldman Sachs:**  First, we would like to address the substantive issues, putting Release 11i issues in perspective.  We believe the release was buggy, but consistent with other major new releases.  Oracle needs more reference accounts to help sell it, but there do not appear to be any 'show-stopper' issues surfacing at this point in our checkings.…

…We believe many customers will be influenced as more reference sites report back that the product works as advertised and bugs reports appear to be addressed by the minor new releases.[64]

**Business Wire:**  Quality was among the key issues voiced by participants.  Questions were posed about the testing process, as well as how regional problems were reported to Redwood Shores.…[65]

**Gartner:**  A primary source of Oracle's struggle to deploy r.11i has been product quality problems that appear worse than its competitors', because of Oracle's release deployment strategy....[66]

**Reuters:**  We believe Oracle's 11i e-business suite continues to have bugs, thereby limiting the number of notable customer references for the new product.[67]

**Bloomberg:**  Recently, Oracle rolled out software for managing sales and customer service operations; the software didn't work as well as the company

[63] "Oracle," eWeek from *ZDWire*, Vol. 1740, October 1, 2000.
[64] Goldman Sachs, November 3, 2000, 9:31 AM.
[65] "OAUG Offers Asia/Pacific Users Chance to Ask Oracle," *Business Wire*, November 15, 2000, 11:03 AM.
[66] "An Oracle ERP Report Card," Gartner, Inc., December 4, 2000.
[67] "USA:  Oracle Expected to Post Solid Q2 Results Thursday," *Reuters News*, December 12, 2000.

promised, said Rod Johnson, an analyst at AMR Research Inc. in Boston.  "They brought the product to market too soon," he said.  "There are significant quality issues."[68]

**Computerworld:**  OAUG users have been clamoring for support when upgrading to Oracle's new E-Business Suite 11i software from previous versions.

Rosentrater said that until her company can get 11i up and running safely, she "cannot reap the benefits of the 'new world' of e-business" that Oracle plans to showcase at AppsWorld.[69]

**Deutsche Banc:**  A few shortfalls of the 11i suite as noted by another Big Five consultant.  The first release of 11i was somewhat unstable with a large number of code patches required. 11i is now in release 3 (shipped at the end of January).  Also, a trade-off of purchasing a full suite is reduced leverage in price negotiations from engaging fewer vendors than in a comparable best-of-breed bake-off.[70]

**Punk, Ziegel:**  Another interesting observation that we have made has to do with the mixed perceptions of Applications 11i.  The Applications 11i suite was officially released several months ago, but software bugs hampered its adoption…. While we have not been able to check with all 180 of the live customers, we have spoken to four of them.  Of these four, three were integrator partners and one was a division of a large company.  All of these customers had severe difficulties with their implementations.  In fact, one of them was implementing 30 seats in one office on a Sun Solaris platform and they found Oracle's advice to be incorrect and had to work around the "fixes" that Oracle provided directly.  While this was the worst report, in our opinion, it gives us some cause for concern, especially where the Company is guiding analysts to 60-plus percent license revenue growth rates for the next few quarters.  However, to be fair, we did talk to a number of customers who are currently implementing the software and were making satisfactory progress by their own accounts.  On balance, the best we can say is that we are getting mixed signals on Applications 11i, which gives us another cause for caution.[71]

**CIBC:**  It appears that existing Oracle 10.7 customers are delaying their upgrade to 11i for two reasons:  1) the migration from 10.7 to 11i is a huge implementations effort and 2) the current version of 11i is noted to have many bugs (close to 5,000)....[72]

---

[68] "PeopleSoft CEO's Discipline Spurs Rebound at Software Maker," *Bloomberg News*, December 26, 2000, 9:55 AM.
[69] "Expectations Divided on Oracle's AppsWorld," *Computerworld*, February 19, 2001.
[70] Deutsche Banc Alex. Brown, February 21, 2001, 6:04 AM.
[71] Punk, Ziegel & Co., February 21, 2001, 8:56 AM.
[72] CIBC World Markets Corp., February 23, 2001, 7:36 AM.

**U.S. Bancorp:**  …[D]iscussions with customers and partners also highlighted the fact that product bugs and execution challenges remain, which will need to be overcome in order for Oracle to become an applications leader....[73]

**AMR Research:**  Oracle's application history has been checkered at best.  The company has a legacy of shipping software to early adopters and relying on them to shed the blood, sweat, and tears necessary to debug the system and make it reliable.  Examples of this can be found in each of Oracle's major application releases.  For instance, Oracle 11i was rushed to the market much later than promised, with many gaps and bugs in the code.  Newer applications, namely the SCP and CRM modules and the rewritten order-entry functions now encompassing greater functional scope and called order management, also exhibited poor quality.

…

After a 10-month struggle to get the application suite stable, Oracle is finally delivering a product that can be used as the backbone.  With more than 180 customers now live on the e-business suite and 2,500 ongoing implementations, Oracle clearly has sold its customers on the belief that it will indeed get it right.  Now the real work begins.

…

Customers must be aware that parts of the application suite are initial releases and come with all of the expected functional gaps and implementation issues….[74]

**SG Cowen:**  Even though Oracle developers have made some progress since the initial release of 11i, our channel checks suggest that gaps continue to exist in CRM, and that the software is very difficult to integrate, even with other Oracle applications.  Additionally, we have heard from numerous sources that certain modules are noticeably slow and riddled with error messages.…[75]

36.     The fact that the market was aware of the product quality concerns expressed by customers is not surprising given the role that information providers like financial analysts play in efficient markets.  According to *Institutional Investor*, investors value industry knowledge above all other attributes of a financial analyst:

**Institutional Investor:**  If an analyst doesn't know his stuff, who cares if he's readily accessible?  For the fourth year running, major institutions rate industry knowledge as the single most important attribute of an equity analyst.[76]

---

[73] U.S. Bancorp Piper Jaffray, February 23, 2001, 7:56 AM.
[74] "Alert on Enterprise Management," AMR Research, February 27, 2001.
[75] SG Cowen Securities Inc., February 28, 2001.
[76] "The All-America Research Team:  The Best Analysts of the Year," *Institutional Investor*, October 2001.

37.     Consistent with this idea, lead financial analysts following Oracle during the

Class Period visited trade shows.[77]  Financial analysts commented on feedback received from

customers and potential customers at OAUG meetings.  For example:

> **Computerworld:**  During sessions at the Oracle Applications Users Group
> (OAUG) conference here, attendees complained about a lack of reliable
> information about the status of the applications, a flurry of bug-fix patches,
> malfunctioning modules and the difficulty in getting help from Oracle Corp.'s
> customer service organization.  Several attendees said Oracle has released about
> 5,000 patches that for [*sic*] 11i.[78]

> **Computerworld:**  Expectations Divided on Oracle's AppsWorld
> …
> But if Oracle's European AppsWorld, held last week in Paris, is any indication,
> the show won't get high marks from Beth Barling, an analyst at AMR Research
> Inc. in Boston.
> …
> OAUG users have been clamoring for support when upgrading to Oracle's new E-
> Business Suite 11i software from previous versions.[79]

> **U.S. Bancorp:**  …[D]iscussions with customers and partners also highlighted the
> fact that product bugs and execution challenges remain, which will need to be
> overcome in order for Oracle to become an applications leader….

> …During the conference we heard complaints from customers regarding previous
> releases.  While the product will never be perfect, if there is not a highly satisfied
> group of early 11i reference customers, Oracle's momentum could be stopped in
> its tracks.[80]

38.     Financial analysts covering enterprise software companies also contacted

customers in order to better understand the companies they followed.[81]  Financial analysts

performed their own due diligence by contacting Suite 11i customers in order to better

---

[77] Ibid.
[78] "Users Vent Frustration over Oracle CRM/ERP Upgrades," *Computerworld*, October 30, 2000.
[79] "Expectations Divided on Oracle's AppsWorld," *Computerworld*, February 19, 2001.
[80] U.S. Bancorp Piper Jaffray, February 23, 2001, 7:56 AM.
[81] Ibid.

understand the degree of customer satisfaction with the product and thus the extent to which

Suite 11i was gaining traction.  For example:

>**Paine Webber:**  And we've seen some anecdotal evidence of customers that could not see demonstrations of certain modules of the suite because of various reasons, such as that module had not yet been ported to a particular OS or simply because of bug fixes – not unusual occurrences in the introduction of a new software product....[82]

>**Needham:**  Conversations with several (e.g.- dozens) of potential and current users of Oracle 11i [indicate] to us that time to market considerations have been an important selling point for 11i....[83]

>**Goldman Sachs:**  We have been checking with users and will not be done for another week or so, but on a preliminary basis it appears to us that there are no 'show stopper' issues.  The number of live sites is now reported to be 43, up from 27 at the analyst meeting a month ago.  We believe there are about 300 new customers and installed base users upgrading to Release 11i now.  There have been a lot of bugs reported, an issue raised at the recent user group meeting, but this does not appear to be different from other major releases of Oracle software.[84]

>**William Blair:**  Our field checks support this view.  We have spoken to representatives from the Big Five consulting firms who echo the view that Oracle's applications business is gaining momentum.  Specifically, they are seeing Oracle in the running for almost every big enterprise resource planning (ERP) deal, whereas in the past they saw only SAP (SAP $37.50) in the queue for every large deal -- Oracle is gaining share from SAP.  Interestingly, they also have seen some customers choose to put in Oracle and remove their SAP and Baan installations.  As for newer applications, the consulting firms have commented quite favorably on Oracle's e-procurement and field service applications.  On the subject of the stability of 11i, they say that the release is no more "buggy" than any other major product introduction (except for the order management module, which apparently has more bugs).[85]

>**CIBC:**  Our discussions with systems integrators indicated that customer[s] are delaying the upgrade from 10.7 to 11i, due to the scale of the conversion as well as the instability of early releases of 11i.  The company released a new version of

---

[82] Paine Webber, September 15, 2000.
[83] Needham & Co., September 15, 2000, 9:31 AM.
[84] Goldman Sachs, November 3, 2000, 9:31 AM.
[85] William Blair & Co., December 15, 2000.

the product, which addresses the stability issue.  However, we believe this to be a near-term risk in its application sales.[86]

**SG Cowen:**  Even though Oracle developers have made some progress since the initial release of 11i, our channel checks suggest that gaps continue to exist in CRM, and that the software is very difficult to integrate, even with other Oracle applications.  Additionally, we have heard from numerous sources that certain modules are noticeably slow and riddled with error messages.…[87]

39.     Because of the level of their understanding of the enterprise software market and Oracle's strategic position within this market, financial analysts also recognized and commented on the specific challenges that enterprise software companies like Oracle would face in an economic downturn.  Given that choosing Suite 11i might involve a substantial and discretionary outlay of money, some financial analysts viewed Oracle's applications business as very sensitive to the economy and its impact on the enterprise software sector.  For example:

**Dain Rauscher:**  Oracle's results reflect the continuing slowdown in IT spending and reflect the "buy only what you absolutely need now" mentality.  We believe that Oracle's Suite selling strategy fared poorly in this environment, since the Suite's high cost probably appeals more to a high IT spending environment.[88]

40.     Notwithstanding the concerns about Suite 11i that were known to the market prior to and during the Class Period, the market was also aware of favorable information about Suite 11i.  For example:

**PR Newswire:**  Oracle Corp.  (Nasdaq: ORCL), the largest provider of software for e-business, today announced that the Oracle(R) E-Business Suite has swept the 2000 Intelligent Enterprise Readers' Choice Awards.  Oracle received top honors from Intelligent Enterprise readers in the categories of CRM, ERP/Packaged Corporate Application and Supply Chain Management.  This year's awards marks Oracle's third consecutive and affirms Oracle's position as the leading provider of software for e-business.

---

[86] CIBC World Markets Corp., February 23, 2001, 7:36 AM.
[87] SG Cowen Securities, Inc., February 28, 2001.
[88] Dain Rauscher Wessels, March 2, 2001 (analyst report on BEA Systems).

"The clean sweep for the Oracle E-Business Suite in Intelligent Enterprise's prestigious Readers' Choice Award is a clear indicator that the market is looking for a complete suite of integrated applications," said Jeremy Burton, senior vice president, product and services marketing, Oracle.  "Only Oracle delivers a true e-business suite, and we are proud to be recognized for this unique and powerful offering by Intelligent Enterprise readers."[89]

**PR Newswire:**  Oracle Corp.  (Nasdaq: ORCL), the largest provider of software for e-business, has been awarded the "ERP Software Product of the Year" at the Data News Awards for Excellence, a top event in the information technology (IT) industry in Belgium.  Data News readers overwhelmingly recognized Oracle as the best enterprise resource platform (ERP) platform over both SAP and PeopleSoft.  The selection criteria was based on product innovation and the product vendor's ability to execute on its vision.  Oracle's(R) E-Business Suite 11i provides out-of-the-box integration of applications that allow e-businesses to easily connect with their customers, partners, and suppliers.  Companies can completely automate their enterprise, from marketing and Web selling, all the way through to procurement and the Internet supply chain.[90]

**PR Newswire:**  Oracle has been awarded the Info Exame Award for "The Product of the Year" in the application software category.  The Oracle(R) E-Business Suite was selected for its fully integrated suite of front-and back-end office applications. Info Exame is the largest IT publication in Brazil, and the Info Exame 2000 awards honors the top companies and products in 65 categories, including hardware, software, communications and the Internet, for their innovation in the age of the Internet.[91]

41.    Suite 11i also gained traction in the market.  The public press, financial analysts,

industry analysts, and market analysts commented on these gains.  For example:

**Salomon Smith Barney:**  However, over the past 6 months, the market is becoming slightly more competitive as offerings from Oracle (as part of its 11i suite), Clarify (FrontOffice version 9.0 was released in 2Q00 and a new release is scheduled for 4Q00) and Vantive (version 8.0 was released in 3Q00) are attempting to increase their traction in the market. As of 3Q00, Siebel commented

---

[89] "The Oracle E-Business Suite Wins the Intelligent Enterprise Readers' Choice Award," *PR Newswire*, November 2, 2000, 8:03 AM.
[90] "Oracle Outshines SAP and PeopleSoft in Data News Awards for Excellence 2000," *PR Newswire*, November 28, 2000, 11:51 AM.
[91] "Oracle Receives Info Exame 2000 Award for 'Product of the Year'," *PR Newswire*, December 27, 2000, 9:00 AM.

that it saw Clarify and Vantive in approximately 5% of deals, Oracle in 6% of its deals, and SAP in approximately 4% of its deals.[92]

**HSBC:**  Oracle sees no slowing in its business as its product cycle gets better (11i applications suite is finding acceptance in the market, also in the very high end of the market).[93]

**Deutsche Banc:**  Applications 11i Gaining Momentum.  Oracle's new 11i e-business suite appears to be gaining significant traction.  83 11i customers are live with roughly 100 in late-stage implementation.  We learned of several large (8-figure), marquee customer wins in the quarter including JDS Uniphase, Compaq, Sun Microsystems, and Agilent Technologies.[94]

**Banc of America:**  E-Business Suite 11i gaining traction.  Oracle's E-Business Suite 11i has established a foothold in the enterprise market....  In addition, 11i seems to now be reaching a critical mass of reference customers....[95]

42.     At the start of the Class Period, the fact that Suite 11i had had two quarters of significant sales since its introduction on May 19, 2000 was also part of the total mix of information regarding Suite 11i.  For example, the market knew that for its first quarter of fiscal year 2001 (1QFY01), ending on August 31, 2000, Oracle's applications revenue was $156 million, a 42 percent increase from the same quarter a year prior (1QFY00).[96]  Similarly, the market knew that for 2QFY01 (the quarter ending November 30, 2000), Oracle's applications revenue was $279 million, a 66 percent increase from the same quarter a year prior (2QFY00).[97]  Analysts commented directly on these gains in their reports.  For example:

**Lehman Bros.:**  Application license revenue, however, surprised to the upside, posting 66% year-over-year growth to $279 million, surpassing our 60% modeled

---

[92] Salomon Smith Barney, December 14, 2000 (analyst report on Seibel).
[93] HSBC Global Research, December 15, 2000 (analyst report on SAP).
[94] Deutsche Banc Alex. Brown, December 14, 2000.
[95] Banc of America Securities, December 15, 2000.
[96] "Oracle Reports Net Income Up 111%, Earnings Per Share $0.17," Oracle Press Release, September 14, 2000, 11:19 AM.
[97] "Oracle Net Income Up 62%, Earnings per Share $0.11; Application Sales Up 66%, Database Sales Up 19%," Oracle Press Release, December 14, 2000, 1:00 AM.

growth estimate while conquering the market skepticism about the merits of 11i….[98]

**Deutsche Banc:**  A key part of Oracle's strong F2Q was the strength of the applications business and, more importantly, marquee customer wins with the new 11i e-business suite.  Applications license growth of 66% solidly outpaced Street expectations in the 50-60% range.  The out performance should also allay concerns about the viability of Oracle's applications business and the relative immaturity of release 11i following last quarter's decent, but slightly disappointing 42% growth….[99]

**Salomon Smith Barney:**  Applications revenue exceeded our estimate of $258 million as a result of traction in the applications business occurring sooner than expected.[100]

## VIII.   Analysis of the Materiality of Alleged False and Misleading Statements

43.     Plaintiffs identify a number of dates on which they allege that Oracle made false and misleading statements.  I have analyzed Oracle's stock returns on these dates (as well as the stock prices of Oracle's industry peers) and find no statistically significant positive stock returns associated with the alleged false and misleading statements identified by Plaintiffs.  The lack of any statistically significant positive price movement indicates that the alleged misstatements did not significantly change the total mix of information and thus the market did not consider these statements to be material as alleged by Plaintiffs.

44.     The Complaint alleges that Oracle made false and misleading statements on approximately eleven separate dates.  These statements and other news released on these days are provided in Exhibit 7.  Five of the dates listed in the Complaint relate to alleged false and

---

[98] Lehman Brothers, December 15, 2000.
[99] Deutsche Banc Alex. Brown, December 15, 2000.
[100] Salomon Smith Barney, December 15, 2000.

misleading statements concerning Suite 11i (December 14, 2000, December 15, 2000, January 8, 2001, February 6, 2001, and February 21, 2001).[101]

45.    If, as the Complaint alleges, these statements were new and had a material impact on how investors valued Oracle, I would expect there to be positive and statistically significant stock returns on the days the statements were made.  My event study reveals no statistically significant positive stock return on any of the eleven dates listed in the Complaint.  The lack of any statistically significant positive price movement indicates that the alleged misstatements did not significantly change the total mix of information and thus the market did not consider these statements to be material as alleged by Plaintiffs.[102]

46.    In Plaintiffs' Contention Responses, Plaintiffs identify three additional dates during the Class Period on which they allege Oracle made false and misleading statements: January 20, 2001, January 24, 2001, and February 13, 2001.  Exhibit 7 also addresses these dates.  My event study reveals no statistically significant positive stock return on two of these three dates.  The February 13, 2001 statement is coincident with a positive and statistically significant residual return on February 14, 2001.  However, as I discuss in Exhibit 7, other news is more plausibly the cause of the positive return.  The observed returns and the information entering the market suggest that the alleged false and misleading statements identified in Plaintiffs' Contention Responses were not considered as new or did not significantly alter the

---

[101] Complaint ¶¶50, 51, 58, 63, and 68.
[102] I evaluated other news occurring on those dates to determine whether the alleged inflationary statements might have been made contemporaneously with offsetting bad news.

total mix of information in such a way as to inflate the value of Oracle's stock as Plaintiffs allege.[103]

## IX.     Analysis of the Market's Response to Oracle's Announcement on March 1, 2001

47.     As stated previously, Plaintiffs allege that Oracle's stock price was inflated due to the alleged false and misleading statements identified in the Complaint and Plaintiffs' Contention Responses.[104]  Oracle's stock price fell on March 2, 2001 in reaction to Oracle's 3QFY01 earnings and revenue miss, which had current and future cash flow implications.  The evidence I have reviewed indicates that investors attributed Oracle's earnings miss to a sudden and sharp slowdown in the economic conditions facing enterprise software firms.  In my opinion, Oracle's miss provided the market with new material information about the economic conditions facing enterprise software firms, and it was news about the economic conditions that caused the stock prices of Oracle and all of its industry peers to decline on March 2, 2001.  My analysis also reveals that Oracle was considered the bellwether, or leading indicator, of the enterprise software industry by the market.  Because of when Oracle's fiscal year ended, Oracle was the first firm among its peers to report financial results that included the critical month of February 2001, the month that Oracle said it witnessed a reduction in its conversion rate relative to historical rates and that marked the beginning of a series of disappointing financial results and subsequent stock price declines across Oracle and its peer firms.  I find no evidence that Oracle's announcement on March 1, 2001 revealed to the market any new information on the integration or interoperability of Suite 11i as alleged by Plaintiffs.  Moreover, financial analysts did not

---

[103] I evaluated other news occurring on those dates to determine whether the alleged inflationary statements might have been made contemporaneously with offsetting bad news.
[104] Complaint ¶¶35-75 and Plaintiffs' Contention Responses ¶¶2-24.

attribute the earnings miss announced on March 1, 2001 to any integration or interoperability problems or to any product quality problems with Suite 11i that were not already part of the total mix of information during the Class Period.

A.    *The Information Content and Market Response to Oracle's March 1, 2001 Announcement*

48.    On March 1, 2001, the day after its quarter ended, Oracle announced (after the market had closed) preliminary results for its 3QFY01, the quarter ending February 28, 2001. According to its press release, Oracle reported preliminary EPS of $0.10 for 3QFY01.[105]  Oracle also reported that license revenue grew at approximately 6 percent with applications revenue growth estimated at approximately 50 percent and database revenue growth estimated to be flat to slightly negative.  Prior to the announcement, Oracle had stated guidance ("3QFY01 guidance") for license revenue growth of 25 percent, applications revenue growth of 75 percent, database revenue growth of 15 percent, and EPS of $0.12.[106]

49.    Following this announcement, Oracle's stock price fell by 21.05 percent on March 2, 2001.  The residual return was –16.76 percent, as shown in Exhibit 5.  This residual return is statistically significant and is consistent with Oracle's announcement on March 1, 2001 being material to the market.  While the results were disappointing relative to market expectations, Oracle's revenues increased 9 percent and operating income increased 20 percent.[107]  As one financial analyst commented on March 2, 2001:

---

[105] "Oracle Announces Preliminary Third Quarter Earnings Results," Oracle Press Release, March 1, 2001, 6:00 AM.

[106] Oracle's 2QFY01 Conference Call Transcript, December 14, 2000, 5:30 PM

[107] Oracle's 3QFY01 Conference Call Transcript, March 1, 2001, 5:30 PM and  "Oracle Announces Preliminary Third Quarter Earnings Results," *PR Newswire*, March 1, 2001, 4:55 PM.

> **Morgan Stanley:**  It's a miss but not a financial disaster:
>
> - Oracle made $900 million in operating profits in the quarter.  This is a real business.
>
> - Revenue of $2.67 billion was 5% below our $2.75 billion estimate – not 25% below like some other pre-announcements.
>
> - The company booked $1.1 billion in license revenue instead of our $1.2 billion estimate – so most deals closed.[108]

50.     Oracle attributed the disappointments in EPS and the rate of growth in revenue relative to previous guidance to an unexpected decline in the conversion rate at the end of the quarter resulting from a downturn in the economic outlook for the enterprise software industry. The company reported that several of the deals that failed to convert were with telecommunication companies and dot-com companies, but that across the board companies were reluctant to close deals as the quarter ended.[109]  Oracle said that deals close to being signed were pushed off by high-level executives at customer firms.  Those executives decided to delay their IT spending due to their growing concerns over an impending slowdown in the U.S. economy.

> **PR Newswire:**  [A] substantial number of our customers decided to delay their IT spending based on the economic slowdown in the United States….[110]
>
> **Oracle's 3QFY01 Conference Call Transcript:**  And really what happened is all -- a bunch of deals were already approved at the mid-high level, you know, at the Vice President or Senior Vice President level.  Once it got up to the CFO, CEO level they were pushed off.[111]

51.     Several financial analysts reporting on Oracle also attributed the miss to an industry-wide downturn in the demand for enterprise software.  For example:

---

[108] Morgan Stanley Dean Witter, March 2, 2001, 8:19 AM.
[109] Oracle's 3QFY01 Conference Call Transcript, March 1, 2001, 5:30 PM.
[110] "Oracle Announces Preliminary Third Quarter Earnings Results," *PR Newswire*, March 1, 2001, 4:55 PM.
[111] Oracle's 3QFY01 Conference Call Transcript, March 1, 2001, 5:30 PM.

**CSFB:**  Although bad news for Oracle, we believe the announcement is a problem relating to the economy and not one inherent to the company.…  The software segment is the last of the Technology sectors to warn of lowered expectations and Oracle will not be alone.  It is interesting that it appears delays in spending are occurring at top corporate levels at this point and are not yet institutionalized.  It may also be a way for Oracle's customers to save earnings in what will turn out to be a weak quarter.…[112]

**Goldman Sachs:**  We believe this will be a negative catalyst for the broader software sector and have reduced ratings on a number of stocks as a result.  This follows estimate changes for a broad range of technology stocks earlier this week as evidence of a deteriorating economy continues to build.[113]

**Merrill Lynch:**  We believe that Oracle's difficulties could have a strong negative impact on the entire sector today, although general technology fears have driven many premium valuations lower in the space.  We believe it may take several months for investors to begin to anticipate improved growth in 2002, so the group may trade in line with the overall tech market over the near term.…[114]

**PMG Capital:**  Although some may doubt the validity of this explanation from management, we have noted that this is likely exactly the way a belt tightening would be executed.  There is little reason to believe senior management at customers would tip their hand to lower level employees regarding frozen IT budgets until the moment of truth when the contract has to be signed.[115]

**Needham:**  Following two above budget months, business simply did not close in February. Projects that had been approved at the Senior VP level were delayed when they reached the CFO or CEO's desk.  The response from the companies was that the firms wanted to wait to see what happened in the economy.

We believe these delays reflect the severity, breadth and depth of economic uncertainty in the United States.…

We do not believe ORCL's [results] were self-inflicted.  Oracle was truly on a roll.  Our field checks confirmed management's commentary that both December and January results were strong (and above budget).  The company's applications solution stack was maturing and appeared set to enter the tornado of growth.  Oracle did not lose these deals to competitors – the business was won, but the deals did not close.  It is all but impossible for this turn of events to be good news for other enterprise software firms.[116]

---

[112] Credit Suisse First Boston, March 5, 2001.

[113] Goldman Sachs, March 2, 2001, 7:38 AM.

[114] Merrill Lynch, March 2, 2001.

[115] PMG Capital, March 6, 2001, 7:35 AM.

[116] Needham & Co., March 2, 2001, 10:07 AM.

52.     If, as Plaintiffs allege, Oracle's miss was attributable, in part, to previously unknown integration or interoperability problems with Suite 11i, I would expect financial analysts and other market participants to discuss these problems in the context of the earnings and revenue miss.  None of the reports that I reviewed attributed the miss to any integration or interoperability problems with Suite 11i (as alleged in the Complaint) or to any new information regarding product quality issues related to Suite 11i (as alleged in the Complaint and Plaintiffs' Contention Responses) that were not part of the total mix of information during the Class Period. This finding is consistent with the evidence discussed in Section VII that the market was aware of potential customers' concerns regarding the product quality of Suite 11i prior to the announcement on March 1, 2001.

53.     Plaintiffs also allege that "it was known throughout the Company that sales were declining in the second half of 2000 due to the slowing economy,"[117] that "3Q01 [f]orecasts [w]ere [o]verstated,"[118] and that on March 15, 2001, Oracle "conveniently claimed that the 'cracks' did not really begin to show until the last four days of the quarter...."[119]  If Oracle's explanation that its earnings miss was not known or knowable until the very end of the quarter was as incredible as Plaintiffs allege, I would expect financial analysts to have questioned Oracle's forecasting methods following its announcement on March 1, 2001.

54.     I find no evidence that analysts questioned the integrity of Oracle's forecasting methods in my review of the market's response to Oracle's miss.  My review of public press filings and financial analyst reports reveals that the market perceived Oracle's license revenues

---

[117] Complaint ¶48.
[118] Ibid.
[119] Complaint ¶77.

as being concentrated in the last few days of each quarter (back-end loaded).  Given this pattern

of revenues, financial analysts knew that the differences between Oracle's guidance and the

realized revenue or EPS numbers were very sensitive to Oracle's ability to convert leads into

sales in the last days of the quarter.  As a result, financial analysts realized that the impact of the

economy-wide slowdown on the enterprise software sector would not be reflected in Oracle's

revenues until the last few days of the quarter, or just prior to Oracle's March 1, 2001

announcement.

     55.     The public press, financial analysts, and industry analysts commented on the fact

that the outcome of Oracle's financial results for a quarter was resolved only at the end of the

quarter prior to and following Oracle's March 1, 2001 pre-announcement.  For example,

> **Morgan Stanley:**  The pattern of spending in 2001 will be more **back end loaded** than this year.[120]
>
> **Deutsche Banc:**  PERSPECTIVE ON THE MACRO ENVIRONMENT. According to management, it has yet to see macro-related weakness in its business.  That said, **the full impact of the current macro environment may not be evident until the end of the quarter, as revenue is typically back-end loaded for Oracle.**[121]
>
> **First Union:**  While the sales pipeline apparently shows no signs of weakness at this point, **we note the next several weeks will be critical for the company as many potential customers will likely make decisions to buy or defer purchase during the activity-intense final weeks** of FQ3....[122]
>
> **William Blair:  Even so, Oracle still has business to close given the back-end-loaded nature of its business-it books between 50%-75% of its license revenue in the last month of the quarter (particularly in the last week).  We will continue to monitor the close of Oracle's quarter**.[123]

---

[120] Morgan Stanley Dean Witter, December 20, 2000 (emphasis added).
[121] Deutsche Banc Alex. Brown, February 8, 2001, 6:04 AM (emphasis added).
[122] First Union Securities, Inc., February 8, 2001, 9:36 AM (emphasis added).
[123] William Blair & Co., February 22, 2001, 8:01 AM (emphasis added).

**The Wall Street Journal:**  Q:  Several analysts downgraded their ratings on the stocks of certain software companies, saying their earnings were "back-end loaded."  What does this mean and why would it affect the stocks negatively?...
A:  **A company whose results are back-end loaded is one that generates most of its sales toward the end of a period.  This makes it difficult to get a sense of how a company is performing until the very end of its quarter, or its year.**  Such reduced predictability -- what Wall Street denizens call "visibility" -- is less of a concern when the economy is booming, but it can be worrisome when results begin to falter.

Companies that sell software to other companies are a prominent example.  Morgan Stanley analyst Chuck Phillips says "most of these companies make money about eight days a year."  That means that although salespeople work all quarter to sell software, they generally deal with midlevel executives at client companies.

Ultimately, however, most major purchases must be approved at a more senior level.  These approvals often happen at the end of a quarter.

Consider the world's second-largest software maker, Oracle, which warned recently that results for its quarter ended in February would fall below expectations.  Oracle Chairman Lawrence Ellison had predicted all quarter that Oracle's results would be spared the broader downturn.  His confidence presumably was based in part on the success his sales force was expecting on deals being negotiated with clients.  But when it came to signing off on those deals at the end of the quarter, Mr.  Ellison says many senior executives -- unsure of what the downturn meant for their own businesses -- balked.  Mr.  Ellison says he thinks those contracts will be signed -- but that they didn't happen in time for Oracle to include them in its most recent results.[124]

56.     In their response to Oracle's pre-announcement on March 1, 2001, financial analysts commented on the fact that the impact of the economy-wide slowdown on the enterprise software sector would not be reflected in Oracle's revenues until the last few days of the quarter. For example:

**Banc of America:**  Our Theme:  When Push Comes to Shove in an Uncertain Economy, Some Buyers Will Balk.  A great percentage of sales occur in the third month of each quarter, with a surprisingly high percentage in the final days.  Customer behavior is only revealed at the very end of each quarter, making forecasting results in this sector more difficult than many.  We continue to believe

---

[124] "Playing The Net," *The Wall Street Journal Sunday*, March 11, 2001 (emphasis added).

(and Oracle's shortfall seems to bear this out) that at the 11th hour, in an uncertain economy, some technology buyers will defer their purchases.  No one was ever fired (that we know of) for waiting an extra quarter to buy some software.  We believe this uncertainty will continue to [affect] enterprise software sector fundamentals and, correspondingly, stock prices therein.[125]

**Lehman Bros.:**  What about Other Software Companies?

Clearly, the magnitude of Oracles miss combined with its commentary that CEOs, CIOs and CFOs decided, at a minimum, to delay deals given the current state of economic uncertainty, casts a pretty big shadow over the health of the entire software industry.  Specifically, we believe that companies that sign very large deals, particularly at the end of quarters, are most at risk of facing very ugly surprises at the end of any given quarter.  In general, applications companies tend to rely most heavily on such transactions.  As a result, we would be most cautious on the enterprise applications software space as a whole….[126]

B.     *The 3QFY01 Pre-Announcement Was a Harbinger of the Deteriorating Industry Outlook*

57.     My analysis reveals that the market viewed Oracle's announcement on March 1, 2001 as a harbinger of the sudden deterioration in the economic conditions facing enterprise software companies.  This conclusion is based on the following facts:  (1) Oracle's February fiscal quarter resulted in Oracle being the first among its peers in the Industry Index to report results for this period; (2) the stock prices of other companies in the enterprise software industry declined in response to Oracle's announcement; (3) Oracle's announcement was followed by financial analysts revisiting their models and revising downward their earnings estimates of Oracle's industry peers; (4) in the quarter prior to Oracle's announcement, companies in the enterprise software industry generally reported earnings that exceeded market expectations and in some cases were record setting; and (5) in the quarter following Oracle's announcement, companies generally reported earnings that missed or just met market expectations.

---

[125] Banc of America Securities, March 2, 2001.
[126] Lehman Brothers, March 2, 2001, 7:15 AM.

58.     Oracle was the first company among its peers in the enterprise software industry to report the results of operations that included the critical month of February 2001, because of its particular fiscal year (see Exhibit 8).  The fact that Oracle was the first to report disappointing revenue and earnings was noted by financial analysts:

> **Salomon Smith Barney:**  If Oracle is seeing a deferral of this magnitude, we believe the Company's shortfall is an omen for other names in our universe.  **Given that Oracle has a February-quarter end, and the slow down only began to affect the company during the later portion of February, we believe other applications vendors may face difficulty in March and could have a hard time meeting expectations**.[127]

> **Banc of America:**  We believe this will bode poorly for Oracle shares and the software sector in today's trading and over the coming months.  With yesterday's announcement, <u>Oracle is the first enterprise software company since the economy weakened to report a shortfall or reduced guidance</u>.[128]

59.     In general, analysts interpreted Oracle's earnings miss as consistent with the view that the industry had taken a sudden and dramatic turn for the worse.  For example:

> **Banc of America:  Economic slowing has become an economic "shock"** *a la* **Y2K.**  To reiterate our point of view:  e-business software vendors are insulated but not at all immune from economic slowing, particularly as a rapid and volatile macroeconomic slowing such as we are now experiencing is perceived as a "shock" by Global 1000 executives.  Today's interruption of demand and buying [patterns] is reminiscent of the 1998-1999 impact of the Y2K effect.[129]

> **Morgan Stanley:**  This [downturn] is worse than past downturns **in the suddenness and severity**.  However we don't necessarily buy the argument this downturn will be short in duration.  A shock to the system of this magnitude is only repaired by time.  All software purchases are discretionary and managements will only regain confidence to buy technology products when they see stabilization and an upturn in their own business prospects.  Experience says recoveries take longer than we think, although the rewards on the other end can be substantial.[130]

---

[127] Salomon Smith Barney, March 2, 2001, 7:50 AM (emphasis added).
[128] Banc of America Securities, March 2, 2001 (emphasis in original).
[129] Banc of America Securities, March 2, 2001 (emphasis added).
[130] Morgan Stanley Dean Witter, March 2, 2001 (emphasis added).

**Morgan Stanley:**  Both the integrators and software sales reps are saying buyers were frozen like deer in headlights during February and March.  The rapidity of the decline in financial markets, the economy, and in the fundamentals of their own businesses startled even the most steel-nerved IT managers.  **Several CIOs who attended our CIO conference last year and heard our economists talk about the coming recession have since been called and said they still were surprised at the suddenness of the change**; all the gloomy talk didn't really resonate back in December at the conference, but it did by February.[131]

60.     I examined the stock price reaction of other companies in the enterprise software sector to Oracle's announcement to see if their stock price reaction was consistent with Oracle's statement that the earnings and revenue growth miss resulted from a sudden downturn in the economic conditions facing the enterprise software industry.  In particular, if Oracle's miss were attributable to company-specific product problems, then I would expect no significant negative stock price reactions among Oracle's competitors.[132]  If, on the other hand, Oracle's miss was viewed by the market as new evidence of a sudden and unexpected deterioration in economic conditions, then I would expect that Oracle's announcement would be associated with a decline in the stock prices of competing firms.

61.     Exhibit 9 shows the change in stock price of Oracle's competitors in the Industry Index.  As shown, all of Oracle's competitors' stock prices were down on March 2, 2001.  To put this in perspective, consider that, absent new, material news related to the market or the industry, the probability that all of Oracle's competitors' stock residual returns would be down on the same day is less than 1 percent.[133]  My analysis also reveals that 4 out of 9 of Oracle's competitors in the Industry Index experienced statistically significant negative residual returns

---

[131] Morgan Stanley Dean Witter, April 17, 2001 (emphasis added).

[132] Foster, George, "Intra-Industry Information Transfers Associated with Earnings Releases," *Journal of Accounting and Economics*, Vol. 3, December 1981, pp. 201-232.

[133] For this calculation, I assume that stock residual returns follow a random walk and may be up or down on any given day with equal probability.  See Brealey, Richard A., Stewart C. Myers, and Allan J. Marcus, *Principles of Corporate Finance*, McGraw-Hill/Irwin, 3rd Ed., p. 350.  The probability that 9 separate stocks are all down on the same day is equal to 0.20 percent: (0.5)* (0.5)*(0.5)*(0.5)*(0.5)*(0.5)*(0.5)*(0.5)*(0.5) equals 0.20 percent.

on March 2, 2001.[134] Additional analysis reveals that the Industry Index experienced a statistically significant residual return of –11.54 percent on March 2, 2001.[135]  These facts are consistent with Oracle's miss being viewed by the market as a harbinger of the effects of deteriorating economic conditions on the enterprise software industry.

62.     Exhibit 10 shows the change in the stock price of Oracle and the companies in the Industry Index between March 1, 2001 and April 3, 2001, a day following the earnings pre-announcements of several enterprise software firms with March fiscal quarters.  Following Oracle's announcement on March 1, 2001, its stock price continued to decline as did the stock prices of other companies in the Industry Index.  Between March 1, 2001 and April 3, 2001, Oracle's stock price declined 38.01 percent.  Over the same period, the stock price of the median firm in the Industry Index declined 44.11 percent.  Five firms (Ariba, BEA Systems, Commerce One, I2 Technologies, and Siebel) declined by more than Oracle.

63.     Because Oracle's pre-announcement served as a warning to the market, many financial analysts took the opportunity to review or update their models for other companies in the enterprise software industry.  For example:

> **Robertson Stephens:**  Oracle's Q3 (ending February) miss **supports our hypothesis that CY:Q1 is going to be a particularly weak quarter for enterprise software**….[136]
>
> **Robertson Stephens:**  While our checks indicate that sales pipelines continue to be relatively strong and many deals have even been committed to particular

---

[134] I estimate a market model using the value-weighted CRSP NYSE/AMEX/NASDAQ for each of Oracle's competitors over the period December 8, 1999 to December 8, 2000.  Using the parameter estimates from the model, I calculated residual returns for March 2, 2001.

[135] I estimate a market model using the value-weighted CRSP NYSE/AMEX/NASDAQ for each of Oracle's competitors over the period December 8, 1999 to December 8, 2000.  Using the parameter estimates from the model, I calculated residual returns for March 2, 2001.

[136] Robertson Stephens, March 2, 2001 (analyst report on Seibel) (emphasis added).

software vendors, **nervous executives are refusing to write the checks until they gain better insight about the economy and the prospects for their own businesses in 2001....**[137]

**Deutsche Banc:**  We are previewing 1Q earnings results for the enterprise software companies we follow.  Many software vendors with February quarter end (Oracle, TIBCO Software, and Cognos) have already pre-announced negative results.  **More importantly, we do not expect to see a quick recovery in IT spending in the month of March.  Many vendors are seeing heavily backend weighted quarters, and we believe probability for negative pre-announcements in the first week of April is high (particularly for companies with large deals and lengthy implementation cycles).  Other risks include downward revisions in estimates and deteriorating balance sheets.**[138]

**Robert Baird:**  Big deals are being deferred, pressuring average deal sizes lower.  **When push comes to shove, senior managements in a variety of industries have flinched on large multi-million dollar deals either opting to defer the capital expenditure or commit to a smaller and simpler installation.**  This phenomena became evident in February with Oracle (ORCL - $15.32) missing its 3Q01-Feb. and has spread across the entirety of the B2B space.  The reduction in average deal size will force software vendors to adjust their sales pitch towards small deals with rapid ROI with added pricing pressure due to intense competition.[139]

**UBS Warburg:**  When asked about the current quarter, i2 CEO Sidhu said the economic environment is getting increasingly difficult.  **This comes on the heels of reports from other software vendors in recent weeks, including Oracle, Ariba, and Commerce One, saying that business is more challenging.  We believe that this quarter may be more back-end loaded than usual for i2 as large IT deals are requiring approval from higher level management.**  Companies' CEOs and CFOs seem more focused on their current quarter's P&L and even high ROI software purchases are being scrutinized as to the immediate effect on current quarter earnings.[140]

64.     Moreover, the evidence I reviewed demonstrates that financial analysts generally revised downward their outlook for companies in the enterprise software industry in response to Oracle's announcement.  For example:

---

[137] Robertson Stephens, April 11, 2001 (emphasis added).

[138] Deutsche Banc Alex. Brown, March 17, 2001 (analyst report on Ariba) (emphasis added).

[139] Robert Baird, April 3, 2001 (footnote within quotation omitted) (analyst report on Ariba) (emphasis added).

[140] UBS Warburg, March 12, 2001 (analyst report on i2 Technologies) (emphasis added).

**Epoch:**  We are trimming our estimates for Ariba in the wake of Oracle's lackluster 3Q, which we see as a leading indicator of the difficulties that applications companies might face closing sales at the end of March….[141]

**Morgan Stanley:**  We are downgrading [BEA Systems] from Outperform to Neutral…The downgrade comes on the back of Oracle's negative preannouncement.[142]

**Deutsche Banc:**  We are downgrading our rating on Commerce One to Market Performer from Buy.  We have been cautious on Commerce One and others in the B2B software space over the past few months given the effects of the macroeconomic slowdown….

Overall, we believe recent shortfalls at B2B software leaders including Oracle, Ariba, and i2 bode poorly for Commerce One and the outlook for this space over the next several quarters.  Weak IT spending, delayed decisions and lengthening sales cycles are likely to impair visibility for the foreseeable future.[143]

**Epoch:**  We are trimming our estimates for [i2 Technology] in the wake of Oracle's lackluster 3Q, which we see as a leading indicator of the difficulties that applications companies might face closing sales at the end of March….[144]

**SG Cowen:**  We're trimming our estimates for [Microsoft's] F01-02 to reflect the increasing soft IT spending backdrop.  Recent misses by other industry leaders like Sun, Oracle, Intel, Yahoo! and Gateway reveal continued weakening in IT spending plans that will be hard for Microsoft to avoid….[145]

65.    In some cases, financial analysts commented on the need to reassess multiple

firms in the enterprise software industry in light of Oracle's 3QFY01 results:

**Morgan Stanley:**  [W]e have systematically lowered the ratings on all [14] of the remaining Outperform rated software companies to a Neutral rating.  Oracle's missed results is a clear indicator that software purchases will be dampened by the US economy and we have lowered our expectations for our coverage universe accordingly.[146]

**Robertson Stephens:**  With an increasingly challenging economic environment for enterprise software sales (highlighted by Oracle's FQ3:01 shortfall – where

---

[141] Epoch Partners, March 2, 2001 (analyst report on Ariba).

[142] Morgan Stanley Dean Witter, March 2, 2001 (analyst report on BEA Systems).

[143] Deutsche Banc Alex. Brown, April 3, 2001 (analyst report on Commerce One).

[144] Epoch Partners, March 2, 2001 (analyst report on i2 Technologies).

[145] SG Cowen Securities, Inc., March 12, 2001 (analyst report on Microsoft).

[146] Morgan Stanley Dean Witter, March 2, 2001, 8:19 AM.

the company posted only 25% yr/yr growth in applications as compared to its original guidance of 75% yr/yr growth), we believe that even the best positioned business software companies are increasingly vulnerable to a major retrenchment in IT spending.  As a result, we are taking a first cut at lowering earnings estimates for Ariba, Commerce One, and i2 – yet, are cognizant of the fact that, depending on the severity and duration of the current economic downturn, additional downward revisions may be in order.[147]

**Banc of America:**  Action:  Lowering pan-coverage estimates AND ratings as well.  For the second time this week we are lowering our coverage-wide 2001-2002 revenue estimates by 5-10%.  A comparable or slightly more modest reduction of earnings also results.  **More importantly, we are lowering the investment rating on most Strong Buy-rated stocks to Buy (Ariba, Aspen, Commerce One, Manugistics and Siebel) to pay further homage to the macroeconomic impairment**, and lowering Oracle from a Buy to a Market Performer Rating.  Oracle's CY01E earnings growth may slow to 0-15% yr/yr, meriting downgrade.[148]

**CSFB:**  Our new rating reflects how we would stratify the risk level associated with each of the company's estimates rather than an actionable recommendation.

We are lowering ratings on 12 companies - ACTU ($15 3/16) Buy from Strong Buy, ARTG ($28 5/16) Buy from Strong Buy, CMRC ($18 1/16) Buy from Strong Buy, DCTM ($22 1/2) Hold from Buy, EPNY ($16 11/16) Buy from Strong Buy, ITWO ($27 9/16) Buy from Strong Buy, ONXS ($9 3/8) Hold from Buy, PSFT ($34) Hold from Buy, RETK ($19 7/8) Buy from Strong Buy, SEBL ($44 5/8) Buy from Strong Buy, SLTC ($7 11/16) Buy from Strong Buy, VIGN ($6 3/8) Hold from Strong Buy.[149]

66.    These financial analysts foretold the outcome for those companies with March fiscal quarters.  In April 2001, Morgan Stanley "counted 54 negative software company preannouncements with an average revenue shortfall of 20%."[150]  (Oracle's revenue miss for 3QFY01 was 7.5 percent.)  In discussing the preannouncements that followed Oracle's March 1, 2001 announcement, the same analyst commented:

**Morgan Stanley:**  They call it Stormy Monday but Tuesday's just as bad.  At least that's how the famous blues song goes but let's hope for a little let up on

---

[147] Robertson Stephens, March 16, 2001 (analyst report on Ariba).
[148] Banc of America Securities, March 2, 2001 (emphasis added).
[149] Credit Suisse First Boston, March 2, 2001 (analyst report on Commerce One).
[150] Morgan Stanley Dean Witter, April 17, 2001.

Tuesday after a Bloody Monday of pre-announcements – a record 8 enterprise software companies in one day.  Including five companies that pre-announced last month, a total of 13 enterprise software companies have fallen on their swords. It's been that kind of party.

The maiden round of pre-announcements in the enterprise software sector saw a median revenue shortfall of 23%.…  Five of the 13 companies announced layoffs while the remainder left the option open as they replan their business.

The smallest miss was at i2 Technology (-1.9%) which came in better than investors had feared although posting the incremental revenue will make June that much more difficult.  Oracle had the second smallest revenue miss (-7.5%) but the smallest earnings miss and was by far the most profitable.  The largest miss was at Ariba which missed the top line by 38% compared to our estimate and 49% relative to company guidance.  The miss was expected but the magnitude more severe than consensus estimates.

Most of the shortfalls were expected given the environment.  Oracle had the misfortune of being the first large cap software company to pre-announce given its February quarter end.  Consequently many pointed to product transition issues, the absence of Ray Lane, and a host of other problems for the miss.  As the announcements start to mount, the economy seems to be taking over as the dominant factor in most cases.  In Ariba's case, there are market saturation questions that contributed to the size of the miss.[151]

67.     The fact that Oracle's announcement alerted market participants to the sudden change in the outlook for the industry is also evident when one considers the fact that (1) prior to Oracle's announcement on March 1 and as late as February 22, 2001, Oracle's peer companies generally reported earnings that not only met or exceeded the market's expectations but also were in several instances record-setting, and (2) following Oracle's announcement, peer companies generally reported earnings that were below the market's expectations or at best met the market's expectations.

68.     Exhibit 8 illustrates that out of nine companies in the Industry Index, eight companies reported earnings that exceeded market expectations for the quarter prior to Oracle's

---

[151] Morgan Stanley Dean Witter, April 3, 2001.

announcement on March 1, 2001.  Moreover, Oracle's competitors reported earnings or revenues that were record-setting as late as February 23, 2001.  For example:

> **Ariba Press Release:**  Ariba First Internet B2B to Report Profit[152]
>
> **i2 Technologies Press Release:**  i2 First e-Business Solutions Provider to Top $1 Billion in Annual Revenues with Announcement of Record Quarterly Revenues and Earnings[153]
>
> **Commerce One Press Release:**  Commerce One Reports Record Fourth Quarter and Full Year 2000 Results[154]
>
> **PeopleSoft Press Release:**  PeopleSoft Announces Record Financial Results[155]
>
> **BEA Systems Press Release:**  BEA Reports Record Fourth Quarter and Fiscal Year Financial Results[156]

69.    Exhibit 8 also reveals that five of the nine companies reported earnings that either were below or just met the market's expectation for the quarter following Oracle's March 1, 2001 announcement.  Finally, during the June 30, 2001 quarter, seven firms in the group missed the market's earnings expectations.

## X.    Analysis of the Market's Response to Oracle's Announcement on March 15, 2001

70.    The Complaint alleges that Oracle's March 15, 2001 announcement was a "post Class Period admission."[157]  On March 15, 2001, Oracle announced the final breakdown of revenue growth between database revenue and applications revenue that differed from the breakdown provided in the preliminary announcement on March 1, 2001.  My analysis reveals

---

[152] "Ariba First Internet B2B to Report Profit," Ariba Press Release, January 11, 2001.
[153] "i2 First e-Business Solutions Provider to Top $1 Billion in Annual Revenues with Announcement of Record Quarterly Revenues and Earnings," i2 Technologies Press Release, January 17, 2001.
[154] "Commerce One Reports Record Fourth Quarter and Full Year 2000 Results," Commerce One Press Release, January 18, 2001.
[155] "PeopleSoft Announces Record Financial Results," PeopleSoft Press Release, January 30, 2001.
[156] "BEA Reports Record Fourth Quarter and Fiscal Year Financial Results," BEA Systems Press Release, February 22, 2001.
[157] Complaint ¶76.

that following Oracle's announcement on March 15, 2001 (1) the market continued to view Oracle's miss as resulting from the sudden deterioration in the economic conditions facing the enterprise software industry, (2) some financial analysts expressed concern for Oracle's competitive position vis-à-vis other best-of-breed providers of enterprise software, and (3) financial analysts did not view the earnings or revenue miss as providing any new information regarding integration or interoperability or product quality issues about Suite 11i that had not been previously known to the market.  I find no evidence that the stock price reaction following the March 15, 2001 announcement resulted from new information entering the market regarding integration- or interoperability-related Suite 11i issues as alleged in the Complaint.

71.    After close of market on March 15, 2001, Oracle reported actual 3QFY01 EPS of $0.10 and revenues of $2.7 billion for 3QFY01.[158]  Actual EPS and total revenues released on March 15, 2001 were in line with the preliminary estimates issued on March 1, 2001.  Thus, Oracle also confirmed that EPS for the quarter was $0.10 and that license revenue grew 6 percent.[159]

72.    However, in contrast to the preliminary estimate provided in the prior announcement, Oracle reported that database revenues grew by 6 percent (compared to the preliminary flat growth or slight decline reported on March 1, 2001) and that applications revenues had grown by 25 percent (compared to preliminary growth of 50 percent reported on March 1, 2001).  As reported in the realized financials on March 15, 2001, database revenue was down 8 percent and applications revenue was down 29 percent from their respective 3QFY01 guidance.

---

[158] Oracle's 3QFY01 Conference Call Transcript, March 15, 2001, 5:30 PM.
[159] Ibid. and Oracle's 3QFY01 Conference Call Script, March 15, 2001.

73.     Following this announcement, Oracle's stock price fell by 4.26 percent on March 16, 2001, while the Industry Index fell by 3.86 percent.  The residual return from my event study was –0.18 percent.  This residual return was not statistically significant.  Taken as a whole, the March 15, 2001 announcement was not material to the market.  The fact that Oracle's stock return on March 15, 2001 was similar to the return of the Industry Index is inconsistent with Plaintiffs' argument in the Complaint that the March 15, 2001 announcement provided the market with new material information regarding integration, interoperability, or product quality problems pertaining to Suite 11i that were not previously known to the market.

74.     Following the March 15, 2001 announcement, many financial analysts stressed the continuing uncertainty regarding the current economic environment.[160]  A few financial analysts suggested that the earnings miss may have resulted in part from Oracle-specific factors.  These financial analysts attributed the disappointment in Suite 11i revenues to the desirability of the suite concept relative to the best-of-breeds and the deeper functionality of best-of-breeds relative to Suite 11i.  For example:

> **Banc of America:**  We continue to believe the economy is only one of several factors that are pressuring the company currently.  On the database side, we believe the economy explains perhaps 70-80% of the weakness, with the remainder due to company-specific woes (possible market share loss and dot-com impact?).  On the applications side, especially in light of Oracle's weaker than expected 3Q applications growth, we believe the economy may only explain 20-30% of the weakness.  **The rest, in our view, is a result of the product set not yet reaching a competitive level of functionality, relative to best-of-breed vendors.  The litmus test for Oracle's applications business is in 15-30 days when applications software companies report their March quarters.  If results are weak, it's probably good news for Oracle (Oracle's apps weakness**

---

[160] Even before Oracle's March 15 announcement, a Banc of America Securities financial analyst report from March 15, 2001 acknowledged the continuing deterioration in the economy: "Economic environment that hurt Oracle's February quarter in merely 'its final days' continues to worsen, prompting further trimming of [our] growth estimates [for Oracle revenues]."

is due more to industry weakness); if they're strong, it's bad news (apps business is losing share).[161]

**CIBC:**  On March 16, 2001, we are downgrading the shares of Oracle to Hold due to 1) the impact of the US economy, 2) concerns over acceptance of its e-business applications, and 3) management's lack of a proactive plan to get back on track.  We believe that the economy is only a partial explanation for their shortfall.

…The 25% growth in applications revenues was particularly disappointing as applications were expected to be a major growth driver for the company.

**…From our conversations, customers still desire best of breed solutions designed with the customer in mind verses a suite that may not be customizable or offering specific industry centric features.**
…
Applications not selling because of the product not the budget.…  [W]e believe that there are as many product issues slowing sales as economic factors.

In speaking with Oracle salespeople, we have heard repeatedly, that they are having difficulty competing with Siebel Systems for CRM and i2 Technologies for supply chain.  With that knowledge it becomes clear why Oracle does want to sell the suite because it is having a difficult time when you compare one of the modules to a company that specializes in that application like an i2.  Even at App[s]World, management stated, "**our [11i] application suite may not give you everything that you want, but it will give you everything you need."**

**This leads to our conclusion that people will continue to choose a best of breed [solution] over a suite even if the implementation is faster.  These solutions are critical and rapid implementation does not make them better products than their competitors.**[162]

75.     Some financial analysts suggested that the earnings miss resulted, in part, due to

the fact that purchases of suites of enterprise software faced heightened sensitivity to economic

downturns relative to purchases of best-of-breed applications.  According to some financial

analysts, the downturn in the economy revealed that high-level executives were more sensitive to

purchases of new large-ticket enterprise software solutions relative to smaller-ticket enterprise

solutions for legacy programs.  For example:

---

[161] Banc of America Securities, March 16, 2001 (emphasis added).  Exhibit 10 shows how competitors fared.
[162] CIBC World Markets Corp., March 16, 2001 (emphasis added).

**Josephthal:**  We have issues with their contention that the integrated suite strategy is a clear winner versus the best-of-breed approach.  Their contention should be viewed in light of the fact that many of their applications deals were deferred, while many best-of-breed vendors have performed well in recent quarters – as Verity has demonstrated, and as we expect Manugistics will do also.  **In our view, the strategy of selling large, integrated suites will meet with greater challenges in a troubled economy**, and may not track as well versus competitors such as i2, e.piphany, and Siebel Systems.  To put it plainly – high cost brings high level scrutiny.

We have further adjusted our estimates to a level that is inline with the guidance given.  It is our view that management has set guidance at a level that they are reasonably [confident] that they can meet or beat without great difficulty...[163]

**Morgan Stanley:**  In tougher times buyers gravitate to conservative IT investments which translate to smaller, incremental investments in existing infrastructure.  Upgrades, capacity expansions, and maintenance investments fit under the radar screen.  Companies like Veritas and Computer Associates selling additional capacity expansion for existing operational infrastructure (backup, job scheduling, etc) have an advantage.

At the other extreme, high profile new projects that involve more risk and uncertainty as to ROI and don't affect existing business critical applications can wait.  The payback on these new projects is normally over several years and waiting a month, a quarter, or several quarters doesn't impact the business materially.  Most software purchases are discretionary in the short term.  Software purchases are opportunistic in the sense that the customer is embarking on a new project with the goal of improving productivity, increasing efficiency, reducing costs, or some other laudable goal.  But the goal normally isn't to keep the lights on – that's done by legacy applications.  Ironically, only when new applications get into production and are well on their way to becoming legacy applications do they become mission critical. [164]

76.     Plaintiffs allege that Oracle's 3QFY01 disappointment showed investors that

Suite 11i was "broken" and "did not work."[165]  If such allegations were true, one would expect

Oracle's Suite 11i licensing revenues to plummet after the 3QFY01 miss was announced and the

---

[163] Josephthal and Co., March 16, 2001 (emphasis added).
[164] Morgan Stanley Dean Witter, April 3, 2001.
[165] Complaint ¶¶72, 82.

market became aware of this alleged fact.  In fact, in the following quarter (4QFY01), applications revenue grew by 36 percent to $338 million.[166]

## XI.    Analysis of Allegations that Oracle Saved $1 Billion Using E-Business Suite

77.    Plaintiffs allege that certain statements about cost savings Oracle enjoyed from implementing E-Business Suite were false and misleading.  For example, Plaintiffs allege the following statements were false and misleading:

> **Plaintiffs' Contention Responses:**  Using its own suite of e-business applications, Oracle beat the goal set by cofounder and CEO Lawrence J. Ellison – cut one billion in costs in one year – passing the billion dollar savings mark before the year was up.[167]

> **Complaint:**  We were the first Company to use this eBusiness suite and in the very first year we put it in, we saved $1 billion.[168]

78.    In my opinion, Oracle's stock price decline on March 2, 2001 was not caused by the disclosure of information related to Oracle's savings from its use of E-Business Suite.  I saw nothing in the March 1, 2001 or March 15, 2001 announcements that corrected any prior statements on such cost savings.  I also find no mention of a billion-dollar savings from the E-Business suite in any of the financial analyst reports or public press that I have reviewed in connection with Oracle's 3QFY01 earnings miss announced on March 1, 2001 and on March 15, 2001.

---

[166] Oracle Corporation Q4 Fiscal 2001 Supplemental Analysis
(http://www.oracle.com/corporate/investor_relations/Q401AS.pdf).
[167] Plaintiffs' Contention Responses, p. 7, ¶1.  This statement was issued *before* the Class Period.  The source cited in Plaintiffs' Contention Responses is "Find Out About Oracle Corporation's Billion Dollar Savings Story On The E-Business Network," Oracle Press Release, December 5, 2000.
[168] Complaint, ¶68.  The Complaint points to a February 21, 2001 statement by Larry Ellison at the New Orleans AppsWorld conference.  Since the statement is not in bold in the Complaint, it is not clear that Plaintiffs allege it to be false and misleading.  However, the Complaint ¶69 states, "In addition, Ellison claimed that the Company had saved $1 billion by implementing its own 11i software internally.  But, many witnesses…stated Ellison's claim was just a Wall Street marketing gimmick and that the 11i suite didn't work internally any better than externally.  Instead, these witnesses stated the major portion of the savings came from firing more than 2,000 employees."

**XII.    Analysis of Allegations that Oracle Falsely Reported 2QFY01 Earnings and Revenue**

79.      In my opinion, Oracle's stock price decline on March 2, 2001 was not caused by the disclosure of information related to alleged accounting errors in 2QFY01.  It is my understanding that Oracle has not announced any restatement of financial results or that it would be required to restate past financials to correct the alleged accounting errors.  In my review of analyst reports and public press, I have not seen any evidence of a disclosure during the class period related to alleged accounting errors during 2QFY01.

80.      The Complaint alleges that Oracle's announcement on December 14, 2000 of $2.66 billion in revenues and $0.11 per share for 2QFY01 was false and misleading.[169]  The Complaint alleges that Oracle overstated 2QFY01 revenues and earnings by executing "more than 46,000 sham invoice transactions" and consequently "improperly recognized [$228 million in] revenue from past customer credits and overpayments it had held in reserve without informing its customers."[170]  According to the Complaint, "the improper conversion of more than $228 million of customer cash 'On Account' to revenue" in 2QFY01 was done "to disguise the slowdown in product sales...and falsely report revenue and earnings growth and thus maintain its streak of 11 straight quarters of EPS growth."[171]  The Complaint alleges, "Without the sham revenues, however, Oracle would only have earned $0.085 per share" for 2QFY01.[172]

81.      Plaintiffs' Contention Responses also allege that "Oracle used customer overpayments and unapplied cash by, inter alia, improperly transferring the funds to a bad debt

---

[169] Complaint ¶35.  Plaintiffs' accounting allegations are in Complaint ¶¶8, 35-36.
[170] Complaint ¶8.
[171] Complaint ¶36.
[172] Complaint ¶8.

reserve account (which inflated revenue, net income and EPS) and various other revenue and expense accounts (which also inflated revenue, net income and EPS)."[173]  It is my understanding that the amount allegedly transferred improperly during 2QFY01 was approximately $20.1 million.

82.     I find no evidence supporting any argument advanced in the Complaint or Plaintiffs' Contention Responses that links the 3QFY01 miss in earnings and revenues or the stock price decline on March 2, 2001 to the alleged 2QFY01 overstatement of earnings and revenues.[174]  I also find no mention of potentially erroneous revenues reported in 2QFY01 in any of the financial analyst reports or public press that I have reviewed in connection with Oracle's 3QFY01 earnings miss announced on March 1, 2001 and on March 15, 2001.  Thus, I find no evidence that the market viewed the 3QFY01 earnings miss as having anything to do with allegedly improper accounting of 2QFY01 results.

---

[173] Plaintiffs' Contention Responses, p. 21.
[174] I understand that if the $20.1 million in transfers in 2QFY01 had not been made, then Oracle would have earned $0.1038/share, as opposed to $0.1060/share.  Of course, this presumes that the full $20.1 million in transfers was improper, which I do not understand to be the case.  In any event, even if Oracle had reported $0.10/share as opposed to $0.11/share, financial analysts would have calculated any change in earnings per share with greater precision than simply rounding to the nearest penny per share, and therefore would have viewed the difference in EPS as being $0.0022, and not $0.01/share.  See, for example, Table 1 in Banc of America Securities, December 15, 2000.

Executed on this _25th_ day of _MAY_ in 2007 in _GAINESVILLE, FL._ .

_____
Christopher M. James

# Exhibit 1
# CURRICULUM VITAE

**NAME:**                 Christopher M. James

**CURRENT**
**POSITION:**             William H. Dial/SunBank Eminent Scholar in Finance and Economics,
                          University of Florida

**ADDRESS:**              Department of Finance, Insurance, and Real Estate, Graduate School of
                          Business, University of Florida, PO Box 117168, Gainesville, FL 32611
                          E-mail: christopher.james@cba.ufl.edu

**TELEPHONE:**            Office:    352-392-3486
                          Home:      352-336-2765

**EDUCATION:**            B.A.       Michigan State University, 1973
                          M.B.A.     University of Michigan (Finance), 1977
                          Ph.D.      University of Michigan (Economics: Industrial Organization,
                                     Finance), 1978

**RESEARCH/**
**TEACHING**
**INTERESTS:**            Corporate Strategy, Corporate Finance and Financial Institutions

**TEACHING/**
**RESEARCH**
**EXPERIENCE:**           William H. Dial/SunBank Eminent Scholar in Finance and Economics,
                          University of Florida, 1989-present

                          Visiting Professor, University of New South Wales, 1995

                          U.S. Bank/ John B. Rogers Professor of Finance, University of Oregon,
                          1984-1989

                          Visiting Scholar, Federal Reserve Bank of San Francisco, 1987-1988

                          Visiting Professor of Finance, University of Michigan, 1986

                          Associate Professor of Finance, University of Oregon, 1982-1984

                          Assistant Professor of Finance, University of Oregon, 1978-80

                          Instructor, University of Michigan, 1978

                          Consultant, FDIC, 1988-1991

                          Senior Economic Advisor, Comptroller of the Currency, Department of
                          Treasury, 1980-1982

**PAPERS AND
PUBLICATIONS:**

"The Technology of Risk and Return, Comment," <u>American Economic Review</u>, June, 1981.

"Self-Selection and the Pricing of Bank Services, An Analysis of the Market for Bank Loan Commitments and the Role of Compensating Balance Requirements," <u>Journal of Financial and Quantitative Analysis</u>, December, 1981.

"An Analysis of Bank Loan Rate Indexation," <u>Journal of Finance</u>, June, 1982.

"An Analysis of the Impact of Deposit Rate Ceilings on the Market Values of Thrift Institutions," (with L.Y. Dann), <u>Journal of Finance</u>, December, 1982.

"Pricing Alternatives for Loan Commitments:  A Note," <u>Journal of Bank Research</u>, Winter, 1983.

"An Analysis of Intra-Industry Differences in the Effect of Regulation:  The Case of Deposit Rate Ceilings," <u>Journal of Monetary Economics</u>, August, 1983.

"Is Illiquidity a Bar to Buying Small Cap Stocks?" (with R.O. Edmister), <u>Journal of Portfolio Management</u>, Summer, 1983.

"The Relation Between Common Stocks Returns, Trading Activity and Market Value," (with R.O. Edmister), <u>Journal of Finance</u>, September, 1983.

"Regulation and the Determination of Bank Capital Changes:  A Note," (with J.K. Dietrich), <u>Journal of Finance</u>, December, 1983.

"An Analysis of the Effect of State Acquisition Laws on Managerial Efficiency:  The Case of Bank Holding Company Acquisitions," <u>Journal of Law and Economics</u>, April 1984, Abstracted in <u>Regulation</u> as "Do Corporate Takeovers Keep Managements Lean?" May/June, 1984.

"The Effect of Interest Rate Changes on the Common Stock Returns of Financial Institutions," (with M.J. Flannery), <u>Journal of Finance</u>, September, 1984.

"Market Evidence on the Effective Maturity of Bank Assets and Liabilities," (with M.J. Flannery), <u>Journal of Money, Credit and Banking</u>, November, 1984, Presented at the American Finance Association meetings in San Francisco, December, 1983.

"The Effects of Government Regulatory Agencies on Organizations in High Technology and Woods Products Industries," (with G. Ungson and B. Spicer), <u>Academy of Management Journal</u>, 1985.

"A VARMA Analysis of the Causal Relations Among Stock Returns, Real Output and Nominal Interest Rates," (with S. Koreisha and M. Partch), Journal of Finance, December, 1985.

"Access to Deposit Insurance, Insolvency Rules and the Stock Returns of Financial Institutions," (with J. Brickley), Journal of Financial Economics, July, 1986.

"The Takeover Market, Corporate Board Composition, and Ownership Structure:  The Case of Banking," (with J. Brickley), Journal of Law and Economics, April, 1987.

"Returns to Acquirers and Competition in the Acquisition Market:  The Case of Banking," (with P. Wier), Journal of Political Economy, April, 1987.

"An Analysis of FDIC Failed Bank Auctions," (with P. Wier), Journal of Monetary Economics, July, 1987.

"Some Evidence on the Uniqueness of Bank Loans," Journal of Financial Economics, December, 1987.

"The Use of Loan Sales and Standby Letters of Credits by Commercial Banks," Journal of Monetary Economics, November, 1988.

"Empirical Evidence on Implicit Guarantees of Bank Foreign Loan Exposure," Carnegie Rochester Conference Series on Public Policy, April, 1989.

"Heterogeneous Creditors and the Market Value of Bank LDC Loan Portfolios," Journal of Monetary Economics, December, 1990.

"Borrowing Relationships, Intermediation and the Cost of Issuing Public Securities," (with P. Wier), Journal of Financial Economics, November, 1990.

"The Losses Realized in Bank Failures," Journal of Finance, September, 1991.

"Relationship-Specific Assets and the Pricing of Underwriter Services," Journal of Finance, December, 1992.

"Management and Organizational Changes in Banking:  A Comparison of Regulatory Intervention with Private Creditor Actions in Nonbank Firms," (with J. Houston), Carnegie Rochester Conference Series on Public Policy, 1993.

"The Information Content of Distressed Restructurings involving Public and Private Debt Claims," (with D. Brown and B. Mooradian), Journal of Financial Economics, February, 1993.

"Asset Sales by Financially Distress Firms," (with D. Brown and R.M. Mooradian), Journal of Corporate Finance, April, 1994.

"When Do Banks Take Equity in Debt Restructurings?" <u>Review of Financial Studies</u>, Winter, 1995.

"CEO Compensation and Bank Risk:  Is Compensation Structured in Banking Structured to Promote Risk-Taking?" (with J. Houston), <u>Journal of Monetary Economics</u>, November, 1995.

"Bank Debt Restructurings and the Composition of Exchange Offers in Financial Distress," <u>Journal of Finance</u>, June, 1996.

"Bank Information Monopolies and the Mix of Private and Public Debt Claims," (with J. Houston), <u>Journal of Finance</u>, December, 1996.

"Capital Market Frictions and the Role of Internal Capital Markets in Banking," (with J. Houston and D. Marcus), <u>Journal of Financial Economics</u>, November, 1997.

"Do Bank Internal Capital Markets Promote Lending?" (with J. Houston), <u>Journal of Banking and Finance</u>, November, 1998.

"Where Do Merger Gains Come From?  Bank Mergers from the Perspective of Insiders and Outsiders," (with J. Houston and M. Ryngaert)**,** <u>Journal of Financial Economics</u>, May, 2001.

"Do Relationships Have Limits?   Banking Relationships, Financial Constraints and Investment," (with J. Houston), <u>Journal of Business</u>, July, 2001.

"Do Banks Provide Financial Slack?" (with C. Hadlock), <u>Journal of Finance</u>, June, 2002.

**"**What a Difference a Month Makes:  Stock Analyst Valuations Following Initial Public Offerings," (with J. Karceski and J. Houston), <u>Journal of Financial and Quantitative Analysis</u>, March 2006, Presented at Hong Kong Corporate Finance Conference, December, 2003.

"The Strength of Analyst Coverage Following IPO's," (with J. Karceski), forthcoming, <u>Journal of Financial Economics</u>, 2006, Presented at 2005 American Finance Association Meetings.

"Investor Monitoring and Differences in Mutual Fund Performance," (with J. Karceski), forthcoming, <u>Journal of Banking and Finance</u>, 2006, Presented at 2001 American Finance Association Meetings.

"Banks and Bubbles:  How Good are Bankers at Spotting Winners?" (with L. Gonzalez), forthcoming, <u>Journal of Financial Economics</u>, 2006.

**CURRENT
RESEARCH:**     "The Information Content of Bank Loan Covenants", With Cem Demiroglu work in progress.

"The Effects of Leverage on Operating Performance:  An Analysis of Firms' Responses to Poor Performance," (with M. Ryngaert and D. Brown), working paper.

**OTHER PAPERS AND
PUBLICATIONS:**     "Are Banks Still Special?  New Evidence in the Corporate Capital-Raising Process," (with D. Smith), Journal of Applied Corporate Finance, Winter, 2000.

"Why Are Value Enhancing Mergers In Banking So Hard to Find?  A Discussion of 'Is the Bank Merger Wave of the 90's Efficient?  Lessons from Nine Case Studies,'" Kaplan, Steven (ed.), Mergers and Productivity, University of Chicago Press, Chicago, IL, 1999.

"Comment on Esty, Narasimhan, and Tufano," Journal of Banking and Finance, 23, 1999, 286-290.

"Using Internal Capital Markets to Lower Capital Costs in Banking," (with J Houston), Journal of Applied Corporate Finance, Summer, 1998.

Discussion of  "Financial Institutions and Regulations:  The Dilemma in a Deregulated World," Proceedings from Riksbank Conference:  Forces for and Implications of Structural Changes in the Financial Sector, June, 1997.

"Evolution of Extinction:  Where are Banks Headed," (with J. Houston), Journal of Applied Corporate Finance, Summer, 1996.

"RAROC at Bank of America:  From Theory to Practice, Journal of Applied Corporate Finance, Summer, 1996.

"Bank Equity Positions in Distressed Firms," Saunders, Anthony and Ingo Walter (ed.), Universal Banking:  Financial System Design Reconsidered, (Irwin), 1996.

"The Use of Index Amortizing Swaps by Banc One," (with C. Smith), Journal of Applied Corporate Finance, Fall, 1994.

"Private Versus Public Creditor Experience in Distressed Firm Debt Restructurings," (with D. Brown and M. Mooradian), Altman, Edward (ed.), Bankruptcy and Distressed Restructurings:  Analytical Issues and Investment Opportunities, (Business One Irwin), 1994.

"Banc One's Index Amortizing Swap Strategy," (with C. Smith), Journal of Applied Corporate Finance, 1994.

"Studies in Financial Institution," (with C. Smith), Commercial Banks, 1994.

Statement of Christopher James, Professor, College of Business, The University of Florida at Gainesville at Hearing before the Senate Committee on Banking, Housing and Urban Affairs – 102nd Congress, 4/26/91 (BIF Recapitalization).

"Off-Balance Sheet Activities and the Under Investment Problem in Banking," Journal of Accounting, Auditing, and Finance, Spring, 1989.

"The Incidence of Mispriced Deposit Insurance," Presented at 1989 American Economic Association Meetings.

"Are Bank Loans Different? Some Evidence From the Stock Market," (with P. Wier), Journal of Applied Corporate Finance, Summer, 1988.

"Acquisitions in Banking," Weekly Letter, Federal Reserve Bank of San Francisco.

"Off-Balance Sheet Banking," Weekly Letter, Federal Reserve Bank of San Francisco.

"Are Bank Loans Special?" Weekly Letter, Federal Reserve Bank of San Francisco.

"Off-Balance Sheet Banking," Economic Review, Federal Reserve Bank of San Francisco, Fall, 1987.

Discussion of "The Search for Financial Stability:  The Past Fifty Years," Proceedings from the Federal Reserve Bank of San Francisco Conference on the Search for Financial Stability, June, 1985.

"An Analysis of FDIC Failed Bank Auction Procedures," (with P. Wier), Proceedings of a Conference on Bank Structure and Competition, May, 1985.

"Bank Holding Company Acquisitions and Managerial Efficiency," Proceedings of a Conference on Bank Structure and Competition, May, 1984.

"Market Based Measures of Risk for Banks and Savings and Loan Associations," Report prepared for the Federal Home Loan Bank Board, May, 1987.

"An Economic Analysis of Interindustry Acquisitions of Thrift Institutions," Report prepared for the Office of the Comptroller of the Currency, February, 1982.

"Loan Rate Indexation and the Allocation of Bank Credit," Proceedings of a Conference on Bank Structure and Competition, May, 1980.

**SERVICE**

**ACTIVITIES:**       Associate Editor:  Journal of Banking and Finance, 1999-2001.

Associate Editor:  Journal of Financial Economics, 1993-present.

Associate Editor:  Journal of Financial Services Research, 1989-present.

Associate Editor:  Journal of Managerial and Decision Economics, 1988-present.

Associate Editor:  Journal of Finance, 1988-2000.

Co-Editor:  Journal of Financial Intermediation, 1988-1999.

Associate Editor:  Journal of Financial and Quantitative Analysis, 1982-1984.

Academic Board:  Turnaround Management Association, 1990-2002.

Editorial Board:  Federal Reserve Bank of New York:  Economic Review, 1997-present.

Reviewer:  Journal of Finance; Journal of Money, Credit and Banking; Journal of Financial Economics; Journal of Financial Management; Journal of Banking and Finance; Journal of Business and Economics; Journal of Monetary Economics; American Economic Review; Journal of Political Economy; Review of Financial Studies; Journal of Corporate Finance; Journal of Law and Economics; Journal of Accounting and Economics.

Program Committee:  Financial Management Association, Western Finance Association, American Finance Association, and European Finance Association.

**CONSULTING/EXECUTIVE
EDUCATION ACTIVITIES:**

Board of Directors/Chairman, ID$^2$, Inc.

Advisory Board, SunTrust Bank.

Independent Distribution Consultant, Janus Funds

Consultant, Federal Reserve Bank of New York, 1997, 2004.

Consultant, Federal Reserve Board of Governors, 1995, 1998.

Research Director, Garn Institute of Finance, Salt Lake City, Utah, 1987-1989.

Board of Directors, SunTrust Banks, 1989-2001.

Instructor, Pacific Coast Banking School: Commercial Lending, Financial Markets, Workout Lending.

Instructor, Bank Board of Directors School: Workout Lending.

Instructor, Swiss National Bank, Gerzensee, Switzerland, Bank Safety and Soundness Regulation.

Executive Seminars on bank deregulation, valuation, venture capital, strategic management, lender liability, and asset and liability management.

Expert Witness: Cases involving antitrust, portfolio management, securities valuation, bank management, valuation, and regulatory matters.

Consultant: Product pricing, valuation, portfolio management, utilities regulation, valuation of securities, mergers and acquisitions, and risk management.

Consultant to the Office of the Comptroller of the Currency, 1982-1983: Bank and Thrift Mergers.

Consultant to the Investment Company Institute, 1983: Bank Offerings of Mutual Funds.

Consultant to the FDIC, Costs of Resolving Bank and Thrift Failures.

Recipient of a grant from MidAmerica Institute to study management compensation in banking, 1992.

Recipient of grant from Federal Home Loan Bank Board to study the information content of savings and loan accounting information.

Member: Research Committee: Garn Institute of Finance, 1989-1992.

Research Associate at the Business Regulation Study Center, 1980.

**AWARDS:**    Valedictorian, Michigan State University, 1973.

Harry R. Jacobs, Professional Service Award, University of Oregon, 1985.

Outstanding Teaching Award: MBA Association, University of Oregon, 1985.

Outstanding Teaching Award: MBA Association, University of Florida, 1994, 1996, 1998, 1999, 2000.

# Exhibit 2
# Prior Testimony of Dr. Christopher M. James
# In the Previous Four Years

*Sterling Savings Association, Sterling Financial Corporation v. United States of America*, No. 95-829C, United States Court of Federal Claims, deposition, 2001, 2002, and 2004

*KA Investments v. Number Nine Visual Technology Corp.,* No. 00 CV 10966 DPW, U.S. District Court, District of Massachusetts, deposition and trial testimony, 2003.

*In Re A.T. Cross Securities Litigation,* No. 00 203 ML, U.S. District Court, District of Rhode Island, deposition, 2003.

*Long Island Savings Bank, FSB, and The Long Island Savings Bank of Centereach FSB, v. United States of America*, No. 92-517C, United States Court of Federal Claims, deposition, 1999-2000, 2003.

*LaSalle Talman Bank, F.S.B., v. United States of America*, No. 92-652C, United States Court of Federal Claims, deposition and trial testimony, 1998-1999, 2004.

*Smith v. Arthur Andersen et al*., No. CIV-01-218-PHX-PGR, United States District Court for the District of Arizona, deposition, 2003.

*Land Development, Ltd. v. Arvida Managers-II, Inc*., No. 96-0062-CA-15-N, The Circuit Court in and for the Eighteenth Judicial Circuit, Seminole County, Florida, deposition, 2003.

*PSINet Consulting Solutions Holdings, Inc., et al*., No. 01-14916, United States Bankruptcy Court for the Southern District of New York, deposition, 2003, trial testimony, 2004.

*AT&T Corp. Securities Litigation*, No. 01-CV-1883, United States District Court for the District of New Jersey, deposition, 2004.

*RaboBank vs. Coopers & Lybrand*, No. 312318, Superior Court of the State of California County of San Francisco, deposition, 2004.

*Citizens Federal Bank, FSB, et al., v. United States*, No. 92-656C, United States Court of Federal Claims, deposition and trial testimony, 2004.

*Marriott International, Inc*., No. 50-T-168-00171-2, International Centre for Dispute Resolution American Arbitration Association, arbitration testimony, 2004.

*James Marcelli v. Bank One Trust Company,* AAA Case No. 77 148 00154 03 DEAR, arbitration testimony, 2004.

*Texas First National bank v. Kenneth Wu,* et al,. No. H-01-2661, United States District Court for the Southern District of Texas, Houston Division, deposition and trial testimony, 2004.

*Hechinger Investment Company of Delaware v. Chase Manhattan Bank*, No. 00-840-RRM, United States District Court for the District of Delaware, deposition, 2004.

*American Capital Corporation and Transcapital Financial Corporation*, v. *U.S*., No. 95-523C, United States Court of Federal Claims, deposition and trial testimony, 2004.

*Wyeth Pharmaceuticals*, No. C-1-01-704, United States District Court for the Southern District of Ohio Western Division, deposition, 2004.

*WorldCom Securities Litigation*, No. 02 Civ. 3288 (DLC), United States District Court Southern District of New York, deposition, 2004.

*Furstenau, et al. v. AT&T Corp., et al.,* No: 02-CV-5409, United States District Court for the District of New Jersey, deposition, 2005.

*Truserv Corporation v. Ernst & Young LLP*, No. 51-Y-181-01333-02, deposition, 2004, arbitration testimony, 2005.

*Allegheny Health, Education and Research Foundation v. PriceWaterhouseCoopers*, No. 00-684, United States District Court for the Western District of Pennsylvania, deposition, 2005.

*Torchmark Corporation, v. KPMG Peat Marwick LLP, et al.,* No. CV-03-3315, Circuit Court of the Tenth Judicial Circuit, in and for Jefferson County Alabama, deposition, 2005.

*Cisco Systems, Inc*., No. C-01-20418-JW(HRL), United States District Court Northern District of California San Jose Division, deposition, 2006.

*Williams Securities Litigation*, No. 02-CV-72-SPF-FHM, United States District Court for the Northern District of Oklahoma, deposition, 2006.

*Asche Transportation Services v. Ernst & Young, LLP*, No. 51-107-Y-01237 04, American Arbitration Association, arbitration testimony, 2006.

*Granite Management Corporation v. United States of America,* No. 95-515C, United States Court of Federal Claims, trial testimony, 2006.

*Adams Golf, Inc. Securities Litigation*, C.A. No. 99-371 KAJ, United States District Court District of Delaware, deposition, 2006.

*Enron Corporation Securities Litigation,* MDL Docket No. 1446, United States District Court, Southern District of Texas, Houston Division, deposition, 2006.

*Regents of the University of California, et al. vs. Parsons, et al.*, LA Super. Ct. No. BC293848,

2007.

*California Public Employees' Retirement System vs. AOL Time Warner, Incorporated*, Sacramento Super. Ct. No. 03AS04015, 2007.

*California State Teachers' Retirement System, vs.  AOL Time Warner, Incorporated*, S.F. Super. Ct. No. CGC-03-422609, 2007.

*Water and Power Employees' Retirement System, et al. v. AOL Time Warner Inc.*, et al., L.A. Super. Ct. No. BC346081, 2007.

*Ohio Public Employees' Retirement System, et al. vs. Richard D. Parsons, R.E. Ted Turner, et al.*, Case No. 03CVHO7-7932, 2007.

*J. Gregg Pritchard, as Trustee of the D.I.C. Creditors' Trust, vs. Ernst & Young LLP*, Case No. 71 107 Y 00572 05, 2007.

*AIG Retirement Services, Inc. (formerly known as SunAmerica Inc.), Plaintiff, vs. Altus Finance S.A., et al., Defendants*.  No. CV 05-1035-JRW (CWx), deposition, 2007.

*Barry Van Roden, et al. v. Genzyme Corporation, et al.*, No. 03 Civ. 4014 (LLS), United States District Court Southern District of New York, deposition, May 2007.

# Exhibit 3
# DOCUMENTS RELIED UPON

| Document Title / Source | Bates Numbers | Document Date |
|---|---|---|

### Legal Documents

| Revised Second Amended Complaint | | December 9, 2002 |
|---|---|---|
| Robert D. Sawyer's Second Supplemental Responses to Defendants' Second Set of Interrogatories to Plaintiffs | | January 31, 2007 |

### Academic Literature

Brealey, Richard A., Stewart C. Myers, and Allan J. Marcus, *Principles of Corporate Finance*, McGraw-Hill/Irwin, 3rd Ed., 2001

Brealey, Richard A., Stewart C. Myers, and Franklin Allen, *Principles of Corporate Finance*, McGraw-Hill/Irwin, 8th Ed., 2006

Brown, Stephen J. and Jerold B. Warner, "Using Daily Stock Returns:  The Case of Event Studies," *Journal of Financial Economics*, Volume 14, Issue 1, March 1985

Fama, Eugene F., *Foundations of Finance:  Portfolio Decisions and Securities Prices*, Basic Books, Inc. Publishers, June 1976

Foster, George, "Intra-Industry Information Transfers Associated with Earnings Releases," *Journal of Accounting and Economics*, Vol. 3, December 1981

### SEC Filings

Oracle 10-K for the year ending May 31, 2000
filed on August 28, 2000

Oracle Corporation Q4 Fiscal 2001 Supplemental Analysis
(http://www.oracle.com/corporate/investor_relations/Q401AS.pdf)

### Conference Call Transcripts

| Oracle's 2QFY01 Conference Call Transcript | *NDCA-ORCL 296261-93* | December 14, 2000 |
|---|---|---|
| Oracle's 3QFY01 Conference Call Transcript | *NDCA-ORCL 419609-26* | March 1, 2001 |

Exhibit 3

| Document Title / Source | Bates Numbers | Document Date |
| --- | --- | --- |
| Oracle's 3QFY01 Conference Call Script | *NDCA-ORCL 307101-10* | March 15, 2001 |
| Oracle's 3QFY01 Conference Call Transcript | *NDCA-ORCL 399179-218* | March 15, 2001 |
| **Analyst Reports** | | |
| Morgan Stanley Dean Witter | *NDCA-ORCL 308710-6* | May 12, 2000 |
| Morgan Stanley Dean Witter | *NDCA-ORCL 308754-9* | June 8, 2000 |
| Morgan Stanley Dean Witter | *NDCA-ORCL 1051488-91* | June 21, 2000 |
| BlueStone Capital | | September 8, 2000 |
| Deutsche Bank Alex. Brown | *NDCA-ORCL 420254-7* | September 15, 2000 |
| Goldman Sachs | *NDCA-ORCL 308839-41* | September 15, 2000 |
| Lehman Brothers | *NDCA-ORCL 420261-4* | September 15, 2000 |
| Needham & Co. | *NDCA-ORCL 420321-3* | September 15, 2000 |
| Paine Webber | *UBS 00053-5* | September 15, 2000 |
| Punk, Ziegel & Co. | *NDCA-ORCL 420299-300* | September 15, 2000 |
| Robertson Stephens | *NDCA-ORCL 308832-7* | September 15, 2000 |
| Montgomery Securities | *NDCA-ORCL 421238-9* | October 3, 2000 |
| Merrill Lynch | *NDCA-ORCL 421199-201* | October 4, 2000 |
| Goldman Sachs | *NDCA-ORCL 308851-3* | November 3, 2000 |
| Robertson Stephens | *NDCA-ORCL 419950-5* | November 8, 2000 |
| Salomon Smith Barney | *NDCA-ORCL 420037-9* | November 20, 2000 |
| Chase H&Q | *JPM 00026-35* | November 29, 2000 |
| Robertson Stephens | *NDCA-ORCL 420346-51* | December 6, 2000 |

Exhibit 3

| Document Title / Source | Bates Numbers | Document Date |
| --- | --- | --- |
| JP Morgan | *NDCA-ORCL 308880-2* | December 12, 2000 |
| Deutsche Banc Alex. Brown | | December 14, 2000 |
| Lehman Brothers | *NDCA-ORCL 005908-9* | December 14, 2000 |
| Banc of America Securities | *NDCA-ORCL 308967-72* | December 15, 2000 |
| Credit Suisse First Boston | *NDCA-ORCL 308895-900* | December 15, 2000 |
| Deutsche Banc Alex. Brown | *NDCA-ORCL 420587-9* | December 15, 2000 |
| FAC Equities | *NDCA-ORCL 308920-25* | December 15, 2000 |
| Goldman Sachs | *NDCA-ORCL 308884-5* | December 15, 2000 |
| JP Morgan | *NDCA-ORCL 420607-9* | December 15, 2000 |
| Lehman Brothers | *NDCA-ORCL 308916-8* | December 15, 2000 |
| Merrill Lynch | *NDCA-ORCL 308890-3* | December 15, 2000 |
| Morgan Stanley Dean Witter | *NDCA-ORCL 308902-10* | December 15, 2000 |
| Punk, Ziegel & Co. | *NDCA-ORCL 308887-8* | December 15, 2000 |
| Robertson Stephens | *NDCA-ORCL 420566-71* | December 15, 2000 |
| Salomon Smith Barney | *NDCA-ORCL 308931-4* | December 15, 2000 |
| William Blair & Co. | *WBC 0032-3* | December 15, 2000 |
| Credit Suisse First Boston | *CSFB 000078-81* | December 19, 2000 |
| Salomon Smith Barney | *NDCA-ORCL 309063-7* | January 10, 2001 |
| Merrill Lynch | | January 17, 2001 |
| Thomas Weisel Partners | *TWP 0072-9* | January 17, 2001 |
| William Blair & Co. | *NDCA-ORCL 309069-71* | January 17, 2001 |

Exhibit 3

| Document Title / Source | Bates Numbers | Document Date |
|---|---|---|
| Robertson Stephens | *NDCA-ORCL 005758-63* | January 18, 2001 |
| PNC Advisors | | January 23, 2001 |
| Banc of America Securities | *BOA 01071-4* | February 7, 2001 |
| SG Cowen Securities, Inc. | *SG 0170-93* | February 7, 2001 |
| U.S. Bancorp Piper Jaffray | | February 7, 2001 |
| Deutsche Banc Alex. Brown | *NDCA-ORCL 141791-3* | February 8, 2001 |
| First Union Securities, Inc. | *NDCA-ORCL 091531-3* | February 8, 2001 |
| Goldman Sachs | *NDCA-ORCL 309127-8* | February 8, 2001 |
| Goldman Sachs | | February 9, 2001 |
| Morgan Stanley Dean Witter | *NDCA-ORCL 430568-75* | February 9, 2001 |
| Lehman Brothers | | February 12, 2001 |
| Lehman Brothers | | February 14, 2001 |
| Banc of America Securities | *BOA 00105-8* | February 21, 2001 |
| Deutsche Bank Alex. Brown | *NDCA-ORCL 419986-9* | February 21, 2001 |
| Punk, Ziegel & Co. | *NDCA-ORCL 309130-1* | February 21, 2001 |
| Salomon Smith Barney | *NDCA-ORCL 091457-61* | February 21, 2001 |
| SG Cowen Securities, Inc. | *NDCA-ORCL 091454-6* | February 21, 2001 |
| William Blair & Co. | *NDCA-ORCL 419993-6* | February 22, 2001 |
| CIBC World Markets Corp. | *NDCA-ORCL 309144-50* | February 23, 2001 |
| U.S. Bancorp Piper Jaffray | *NDCA-ORCL 420004-6* | February 23, 2001 |
| Morgan Stanley Dean Witter | *NDCA-ORCL 277071-84* | February 26, 2001 |

Exhibit 3

| Document Title / Source | Bates Numbers | Document Date |
| --- | --- | --- |
| SG Cowen Securities, Inc. | | February 28, 2001 |
| Deutsche Banc Alex. Brown | | March 1, 2001 |
| Banc of America Securities | *BOA 02688-703* | March 2, 2001 |
| Credit Suisse First Boston | *NDCA-ORCL 091394-5* | March 2, 2001 |
| Goldman Sachs | *NDCA-ORCL 091368-9* | March 2, 2001 |
| Lehman Brothers | *NDCA-ORCL 091384-6* | March 2, 2001 |
| Merrill Lynch | | March 2, 2001 |
| Morgan Stanley Dean Witter | *NDCA-ORCL 091344-50* | March 2, 2001 |
| Needham & Co. | *NDCA-ORCL 309196-8* | March 2, 2001 |
| Salomon Smith Barney | *NDCA-ORCL 091361-3* | March 2, 2001 |
| UBS Warburg (US) | *NDCA-ORCL 309161-4* | March 2, 2001 |
| Credit Suisse First Boston | *CSFB 000075-7* | March 5, 2001 |
| PMG Capital | *NDCA-ORCL 309204-5* | March 6, 2001 |
| Banc of America Securities | *BOA 02704-8* | March 15, 2001 |
| A.G. Edwards & Sons, Inc. | *NDCA-ORCL 107520-2* | March 16, 2001 |
| Banc of America Securities | *BOA 02709-16* | March 16, 2001 |
| CIBC World Markets Corp. | *NDCA-ORCL 309244-54* | March 16, 2001 |
| Josephthal and Co. | *NDCA-ORCL 107465-7* | March 16, 2001 |
| Morgan Stanley Dean Witter | *NDCA-ORCL 147951-9* | March 16, 2001 |
| Banc of America Securities | | April 5, 2001 |
| Robertson Stephens | *NDCA-ORCL 107418-24* | April 11, 2001 |

Exhibit 3

| Document Title / Source | Bates Numbers | Document Date |
|---|---|---|
| Banc of America Securities | | May 30, 2001 |

**<u>Industry Reports</u>**

| Document Title / Source | Bates Numbers | Document Date |
|---|---|---|
| Morgan Stanley Dean Witter | | December 18, 2000 |
| Morgan Stanley Dean Witter | *NDCA-ORCL 308974-9049* | December 20, 2000 |
| Morgan Stanley Dean Witter (Enterprise Software – CIO Outlook 2001 – Conference Summary) | | December 21, 2000 |
| Morgan Stanley Dean Witter (Technology: Enterprise Software – Softnotes) | | December 21, 2000 |
| Morgan Stanley Dean Witter | | January 3, 2001 |
| Morgan Stanley Dean Witter (Technology: Enterprise Software – CIO Outlook for 2001 – Conference Summary) | | January 4, 2001 |
| Morgan Stanley Dean Witter (Technology: Enterprise Software – Software: What Happened & What to Do From Here) | | January 4, 2001 |
| Morgan Stanley Dean Witter (Enterprise Software – Summary of Internet, Software and Networking Conference) | | January 22, 2001 |
| Morgan Stanley Dean Witter (Enterprise Software Infrastructure – Internet, Software & Networking Conference) | | January 22, 2001 |
| Morgan Stanley Dean Witter | | February 9, 2001 |
| Salomon Smith Barney | *NDCA-ORCL 091488-92* | February 12, 2001 |
| Morgan Stanley Dean Witter | | February 21, 2001 |
| Morgan Stanley Dean Witter | | March 2001 |
| Morgan Stanley Dean Witter | *NDCA-ORCL 179622-75* | April 3, 2001 |
| Morgan Stanley Dean Witter | | April 17, 2001 |

**<u>Market Reports</u>**

| Document Title / Source | Bates Numbers | Document Date |
|---|---|---|
| Gartner Dataquest | | October 13, 1999 |

Exhibit 3

| Document Title / Source | Bates Numbers | Document Date |
| --- | --- | --- |
| AMR Research | | May 1, 2000 |
| GartnerGroup | *NDCA-ORCL 308584-5* | July 10, 2000 |
| AMR Research | *NDCA-ORCL 308590-5* | September 5, 2000 |
| Gartner, Inc. | | December 4, 2000 |
| AMR Research | | December 6, 2000 |
| AMR Research | *NDCA-ORCL 308619-24* | February 27, 2001 |
| Giga Information Group | | March 5, 2001 |
| Giga Information Group | | March 8, 2001 |
| Forrester Research, Inc. | | March 19, 2001 |
| Gartner, Inc. | | March 23, 2001 |

## Competitor Reports

| | | |
| --- | --- | --- |
| Chase H&Q (analyst report on PeopleSoft) | | December 13, 2000 |
| Salomon Smith Barney (analyst report on Seibel) | | December 14, 2000 |
| HSBC Global Research (analyst report on SAP) | | December 15, 2000 |
| CIBC World Markets (analyst report on Siebel) | | January 24, 2001 |
| Oppenheimer Research (analyst report on SAP) | | January 25, 2001 |
| Credit Suisse First Boston (analyst report on Commerce One) | | March 2, 2001 |
| Dain Rauscher Wessels (analyst report on BEA Systems) | | March 2, 2001 |
| Epoch Partners (analyst report on Ariba) | | March 2, 2001 |
| Epoch Partners (analyst report on i2 Technologies) | | March 2, 2001 |
| Morgan Stanley Dean Witter (analyst report on BEA Systems) | | March 2, 2001 |

Exhibit 3

| Document Title / Source | Bates Numbers | Document Date |
|---|---|---|
| Robertson Stephens (analyst report on Seibel) | | March 2, 2001 |
| U.S. Bancorp Piper Jaffray (analyst report on Seibel) | | March 2, 2001 |
| Robertson Stephens (analyst report on PeopleSoft) | | March 12, 2001 |
| SG Cowen Securities, Inc. (analyst report on Microsoft) | | March 12, 2001 |
| UBS Warburg (analyst report on i2 Technologies) | | March 12, 2001 |
| Robertson Stephens (analyst report on Ariba) | | March 16, 2001 |
| Salomon Smith Barney (analyst report on PeopleSoft) | | March 16, 2001 |
| Deutsche Bank Alex. Brown (analyst report on Ariba) | | March 17, 2001 |
| Deutsche Bank Alex. Brown (analyst report on Commerce One) | | April 3, 2001 |
| Robert Baird (analyst report on Ariba) | | April 3, 2001 |

## **Public Press**

*Institutional Investor* All-America Research Team publications for the years 1999 – 2002

| | | |
|---|---|---|
| "Oracle Announces Oracle(R) Applications Release 11i," *PR Newswire* | | September 27, 1999 |
| "Oracle(R) Release 11i Wins Beta Customer Accolades," *PR Newswire* | | September 27, 1999 |
| "The 1999 All-America Research Team," *Institutional Investor* | | October 1999 |
| "Oracle's Talking Should You Be Listening? -- The Company's Applications Strategy Almost Faltered, But Its Message Is Now Getting Through," *InformationWeek* | | February 7, 2000 |
| "Oracle Marketing on Tap," *InfoWorld* | | May 22, 2000 |
| "Oracle Ships All-In-One E-Business Suite -- But Applications May Not Necessarily Be the Answer for All Companies," *Information Week* | | May 29, 2000 |

Exhibit 3

| Document Title / Source | Bates Numbers | Document Date |
| --- | --- | --- |
| "Lend a Hand," Smart Partner from *ZDWire* | | June 19, 2000 |
| "Oracle Application Sales Up 61%, CRM Sales Up 161% Adjusted Net Income Up 76%, Operating Margin Reaches 41%," *PR Newswire* | | June 20, 2000 |
| "Applied Digital Solutions Selects Oracle Over Siebel for Customer Relationship Management Solution," *PR Newswire* | | June 22, 2000 |
| "System Integrators Applaud Oracle E-Business Suite," *PR Newswire* | | June 29, 2000 |
| "E-Business Suite Mixes CRM, ERP," *Computer Dealer News* | | July 14, 2000 |
| "Oracle Furnishes OfficeFurniture.com for E-Business Success," *PR Newswire* | | September 27, 2000 |
| "Oracle," eWeek from *ZDWire* | | October 1, 2000 |
| "The 2000 All-America Research Team," *Institutional Investor* | | October 2000 |
| "Oracle E-Business Suite Draws Cautious Interest -- Users Are Intrigued by the Package But Wary about Implementing It," *InformationWeek* | | October 16, 2000 |
| "I2's Third Quarter Revenues Grow 118 Percent to $320 Million," *Business Wire* | | October 17, 2000 |
| "IBM Announces Third-Quarter 2000 Results; 3Q00 EPS Increased 20%, Excluding 1999 Items," *Business Wire* | | October 17, 2000 |
| "PeopleSoft Announces Record Quarterly Revenue; License Revenues Increase 100 Percent," *Business Wire* | | October 17, 2000 |
| "Ariba Vows to Turn Profit as 4th-Quarter Core Results Top Estimates," *Dow Jones Business News* | | October 18, 2000 |
| "Microsoft Announces Strong Results Driven by Windows 2000 Professional and Windows Me," *PR Newswire* | | October 18, 2000 |
| "Commerce One Reports Record Third Quarter 2000 Results; Revenues Increase 987% To $112.7 Million; Net Operating Loss Per Share Of $0.09 Billioneats [sic] Estimates," *Business Wire* | | October 19, 2000 |
| "SAP Reports Third Quarter Results," *Business Wire* | | October 19, 2000 |

Exhibit 3

| Document Title / Source | Bates Numbers | Document Date |
| --- | --- | --- |
| "Oracle Applications Users Look for More Help on Upgrades," *InfoWorld Daily News* | | October 20, 2000 |
| "Siebel Systems Reports Revenue and Earnings for the Quarter Ended September 30, 2000; Q3 2000 Revenue Increases 131 Percent over Q3 1999," *Business Wire* | | October 24, 2000 |
| "Users Vent Frustration over Oracle CRM/ERP Upgrades," *Computerworld* | *NDCA-ORCL 141734-6* | October 30, 2000 |
| "The Oracle E-Business Suite Wins the Intelligent Enterprise Readers' Choice Award," *PR Newswire* | | November 2, 2000 |
| "Market Talk:  Oracle Talk Likely to Heat Up Down the Road," *Dow Jones News Service* | | November 6, 2000 |
| "BEA Systems' Third-Quarter Report Beats Forecast," *Reuters News* | | November 14, 2000 |
| "OAUG Offers Asia/Pacific Users Chance to Ask Oracle," *Business Wire* | | November 15, 2000 |
| "Oracle Outshines SAP and PeopleSoft in Data News Awards for Excellence 2000," *PR Newswire* | | November 28, 2000 |
| "Tales of the Tape:  Oracle To Speak; What Will It Say?" *Dow Jones News Service* | | December 4, 2000 |
| "Find Out About Oracle Corporation's Billion Dollar Savings Story on the E-Business Network," *PR Newswire* | | December 5, 2000 |
| "USA:  Oracle Expected to Post Solid Q2 Results Thursday," *Reuters News* | | December 12, 2000 |
| "USA: Oracle Expected to Post Solid Q2 Results Thursday," *Reuters News* | | December 12, 2000 |
| "Oracle 2nd-Qtr Net Rises 62%; Applications Sales Jump," *Bloomberg News* | | December 14, 2000 |
| "Oracle Corporation Executive to Interview on RadioWallStreet.com on December 15, 2000," *Bloomberg News* | | December 14, 2000 |
| "Oracle Net Income Up 62%, Earnings Per Share $0.11 Application Sales Up 66%, Database Sales Up 19%," *PR Newswire* | | December 14, 2000 |

Exhibit 3

| Document Title / Source | Bates Numbers | Document Date |
| --- | --- | --- |
| "Smartmoney.com:  The Next Big Thing in Tech?" *Dow Jones News Service* | | December 14, 2000 |
| "Artesyn Loses 34.05% on News of Earnings Warning," *CCN Disclosure* | | December 15, 2000 |
| "Oracle Corp. Cut To 'Market Perform' at Punk, Ziegel," *Bloomberg News* | | December 15, 2000 |
| "Oracle Shares Rises after Reporting Higher 2nd-Quarter Profit," *Bloomberg News* | | December 15, 2000 |
| "PeopleSoft CEO's Discipline Spurs Rebound at Software Maker," *Bloomberg News* | | December 26, 2000 |
| "PeopleSoft CEO's Discipline Spurs Rebound at Software Maker," *Bloomberg News* | | December 26, 2000 |
| "Oracle Receives Info Exame 2000 Award for 'Product of the Year'," *PR Newswire* | | December 27, 2000 |
| "Supply Strategy - What to Outsource and Where," *Irish Marketing Review* | | January 1, 2001 |
| "Oracle Charges Toward the Top of the Business Intelligence Rankings," *PR Newswire* | | January 2, 2001 |
| "UPDATE 2-SAP Surges After Better Than Expected Q4 Results," *Reuters News* | | January 8, 2001 |
| "Ariba First-Quarter Results Beat Forecasts," *Reuters News* | | January 11, 2001 |
| "Oracle CFO Says He Plans to Sell $33 Mln in Stock," *Bloomberg News* | | January 11, 2001 |
| "Oracle Japan's 1st-Half Profit Likely Rose as Sales Surged," *Bloomberg News* | | January 11, 2001 |
| "I2 Fourth Quarter Earnings Top Expectations," *Reuters News* | | January 17, 2001 |
| "IBM Fourth Quarter Earnings Beat Expectations," *Reuters News* | | January 17, 2001 |
| "Oracle Ups Capabilities In Marketplace Race," Interactive Week from *ZDWire* | | January 17, 2001 |

Exhibit 3

| Document Title / Source | Bates Numbers | Document Date |
|---|---|---|
| "Commerce One's 4th-Quarter Net Loss Widened But Revenue Soared," *Dow Jones Business News* | | January 18, 2001 |
| "Microsoft Q2 Earnings Meet Expectations," *Reuters News* | | January 18, 2001 |
| "The *TSC* Streetside Chat: Oracle's Executive Vice President Sandy Sanderson Jr.," *TheStreet.com* | | January 20, 2001 |
| "SAP Turns Corner With 4Q But US Still Troubled Patch," *Dow Jones International News* | | January 23, 2001 |
| "UPDATE 1-Siebel Q4 Earnings Jump As Revenues More Than Double," *Reuters News* | | January 23, 2001 |
| "Oracle CEO Ellison Loses Voice, Misses 2 Public Talks in a Week," *Bloomberg News* | | January 24, 2001 |
| "PeopleSoft Posts 4th-Quarter Earnings Above Analysts' Estimates," *Dow Jones Business News* | | January 30, 2001 |
| "Oracle Shares Fall on Concern Earnings Outlook May Turn Grim," *Bloomberg News* | | February 9, 2001 |
| "USA:  Oracle Shares Shed Value on Analyst Report," *Reuters News Service* | | February 9, 2001 |
| "Goldman Conference:  Its Stock Weak, Oracle Talks of Strong Business," *TheStreet.com* | | February 13, 2001 |
| "Goldman Survey:  IT Spending To Grow 5%-10% This Year," *Dow Jones News Service* | | February 13, 2001 |
| "Oracle Sales Team Sees No Slowdown," Market Watch | | February 13, 2001 |
| "Goldman Sachs Conference," *TheStreet.com* | | February 14, 2001 |
| "Expectations Divided on Oracle's AppsWorld," *Computerworld* | *NDCA-ORCL 307662-63* | February 19, 2001 |
| "Larry Ellison, Chairman and CEO, Oracle Corporation Keynotes and Press Q&A Oracle AppsWorld, New Orleans," *PR Newswire* | | February 21, 2001 |
| "Oracle AppsWorld:  Ellison Says Hands Off Our Apps," *InfoWorld Daily News* | | February 21, 2001 |
| "BEA Fourth Quarter Beats Wall Street Expectations," *Reuters News* | | February 22, 2001 |

Exhibit 3

| Document Title / Source | Bates Numbers | Document Date |
| --- | --- | --- |
| "Oracle Announces Preliminary Third Quarter Earnings Results," *PR Newswire* | | March 1, 2001 |
| "Playing The Net," *The Wall Street Journal* | | March 11, 2001 |
| "Apps Made Easy? -- Getting Enterprise Applications to Work Properly is Tough to Do.  Oracle's Been Part of the Problem–Now it's Pitching a Solution." *InformationWeek* | | March 12, 2001 |
| "Oracle's Third-Quarter Results Meet Expectations," *Reuters News* | | March 15, 2001 |
| "Ariba Warns of Q2 Loss, To Cut One-Third of Work Force," *Reuters News* | | April 2, 2001 |
| "UPDATE 1-Commerce One Lowers First-Quarter Outlook," *Reuters News* | | April 4, 2001 |
| "UPDATE 1-Commerce One Lowers First-Quarter Outlook," *Reuters News* | | April 4, 2001 |
| "UPDATE 2-Siebel Q1 Results Delight, Layoffs, Outlook Haunt," *Reuters News* | | April 18, 2001 |
| "UPDATE 2-Software Firm i2 First Quarter Meets Expectations," *Reuters News* | | April 18, 2001 |
| "IBM Stock Jumps after Solid Results, Steady Outlook," *Reuters News* | | April 19, 2001 |
| "Microsoft Posts 2.8% Increase in 3rd-Quarter Profit, Tops Revenue Estimates," *Dow Jones Business News* | | April 19, 2001 |
| "SAP Q1 Beats Expectations," *Reuters News* | | April 19, 2001 |
| "UPDATE 2-Commerce One Q1 Net Falls, Revenues Jump," *Reuters News* | | April 20, 2001 |
| "UPDATE 3-Ariba Loss Widens on Weaker IT Spending," *Reuters News* | | April 20, 2001 |
| "UPDATE 2-Peoplesoft Beats Street, Reiterates Forecast," *Reuters News* | | April 25, 2001 |
| "BEA Systems' 1st-Quarter Core Profit Beats Target, Revenue Soared 67%," *Dow Jones Business News* | | May 15, 2001 |

Exhibit 3

| Document Title / Source | Bates Numbers | Document Date |
|---|---|---|
| "Oracle Shares Surge 13% Following 4th-Quarter Results, Upbeat Outlook," *Dow Jones Business News* | | June 19, 2001 |
| "Commerce One Sees 2Q Rev $100m to $120m," *Dow Jones News Service* | | June 29, 2001 |
| "i2 Technologies Sees Worse-Than-Expected 2nd-Quarter Loss," *Dow Jones Business News* | | July 3, 2001 |
| "i2 Announces Second Quarter 2001 Results; First Half 2001 Total Revenues Grow 39% to $598 Million," *Business Wire* | | July 18, 2001 |
| "IBM Announces Second-Quarter 2001 Results - 2Q01 EPS Increased 8%," *Business Wire* | | July 18, 2001 |
| "Siebel Systems Reports Revenue and Earnings for the Quarter Ended June 30, 2001; Q2 2001 Revenues Increase 38 Percent over Q2 2000," *Business Wire* | | July 18, 2001 |
| "Ariba Beats First Call Revenue and Earnings Estimates," *PR Newswire* | | July 19, 2001 |
| "Commerce One Reports Second Quarter 2001 Results; Revenues Increase 61% Year over Year to $101 Million; Net Operating Loss Per Share of $.31," *Business Wire* | | July 19, 2001 |
| "Microsoft Issues 1st-Quarter Warning, Raises Fiscal 2002 Outlook," *Dow Jones Business News* | | July 19, 2001 |
| "SAP's 2nd-Quarter Net Profit Soared 78%, Topping Market Expectations," *Dow Jones Business News* | | July 19, 2001 |
| "PeopleSoft's 2nd-Quarter Net Income Tripled, Issues Positive Outlook," *Dow Jones Business News* | | July 24, 2001 |
| "The All-America Research Team: The Best Analyst of the Year," *Institutional Investor* | | October 2001 |

**Press Releases**

| | | |
|---|---|---|
| "Oracle Ships 11i, Industry's First Integrated E-Business Suite," Oracle Press Release | *NDCA-ORCL 306830-32* | May 24, 2000 |
| "Oracle Reports Net Income Up 111%, Earnings Per Share $0.17," Oracle Press Release | | September 14, 2000 |

Exhibit 3

| Document Title / Source | Bates Numbers | Document Date |
|---|---|---|
| "Find Out about Oracle Corporation's Billion Dollar Savings Story on the E-Business Network," Oracle Press Release | | December 5, 2000 |
| "Oracle Net Income Up 62%, Earnings per Share $0.11; Application Sales Up 66%, Database Sales Up 19%," Oracle Press Release | | December 14, 2000 |
| "Ariba First Internet B2B to Report Profit," Ariba Press Release | *NDCA-ORCL 307579-82* | January 11, 2001 |
| "i2 First e-Business Solutions Provider to Top $1 Billion in Annual Revenues with Announcement of Record Quarterly Revenues and Earnings," i2 Technologies Press Release | *NDCA-ORCL 307588-91* | January 17, 2001 |
| "Commerce One Reports Record Fourth Quarter and Full Year 2000 Results," Commerce One Press Release | *NDCA-ORCL 307607-09* | January 18, 2001 |
| "PeopleSoft Announces Record Financial Results," PeopleSoft Press Release | *NDCA-ORCL 307643-47* | January 30, 2001 |
| "BEA Reports Record Fourth Quarter and Fiscal Year Financial Results," BEA Systems Press Release | *NDCA-ORCL 307665-70* | February 22, 2001 |
| "Oracle Announces Preliminary Third Quarter Earnings Results," Oracle Press Release | | March 1, 2001 |

## Data Sources

Various company stock data, *CRSP*, 12/8/99 – 4/3/01

Various company stock data, *Bloomberg*, 12/7/99 – 4/3/01

Various company data, *First Call*, 7/31/00 – 7/24/01

## Miscellaneous

| | | |
|---|---|---|
| Transcript of OAUG Fall Conference Q&A Session | *NDCA-ORCL 308421-32* | October 24, 2000 |

# Exhibit 4
# Oracle Corporation
# Regression Model

[Oracle's Return] = 0.00 + 1.49 × (Market Return) + 0.30 × (Industry Index Return)

"Market" is the value weighted CRSP Index; index includes dividends.

"Industry Index" is an equal-weighted index of the companies listed as Oracle's competitors in analyst reports during the class period (12/14/00 – 3/2/01) by *Institutional Investor*'s "All Star" analysts from 1999 – 2001.  This includes reports from Morgan Stanley Dean Witter, Salomon Smith Barney, Merrill Lynch, Lehman Brothers, Goldman Sachs, Donaldson, Lufkin and Jenrette, PaineWebber, Credit Suisse First Boston, and Deutsche Bank Alex. Brown.  The index is composed of:  Ariba, BEA Systems, Commerce One, IBM, i2 Technologies, Microsoft, PeopleSoft, SAP, and Siebel Systems.

Oracle's Return was regressed on the Market Return and Industry Index Return during the period 12/8/99 – 12/8/00.

# Exhibit 5
# Oracle Corporation
# Regression Results
## 12/5/00, 12/14/00 – 3/2/01, 3/16/01

Source:  Plaintiffs' Revised Second Amended Complaint; Robert D. Sawyer's Second Supplemental Responses to Defendants' Second Set of Interrogatories to Plaintiffs dated January 31, 2007;  *CRSP*; *Bloomberg*

| Date[1] | Oracle Closing Stock Price | Oracle Volume | Oracle Return | CRSP Value-Weighted NYSE/ /AMEX/NASDAQ Index Return[2] | Industry Index Return[3] | Oracle Residual Return[4] |
|---|---|---|---|---|---|---|
| 12/5/00 †† | $31.50 | 61,097,198 | 11.75% | 4.53% | 18.08% | -0.68% |
| 12/14/00 | $27.50 | 46,970,309 | -3.08% | -1.69% | -4.50% | 0.61% |
| 12/15/00 † | $28.56 | 121,911,009 | 3.86% | -1.77% | -1.65% | 6.80% |
| 12/18/00 | $32.00 | 62,720,946 | 12.04% | 0.54% | -0.52% | 11.20% * |
| 12/19/00 | $30.63 | 59,781,543 | -4.30% | -1.59% | -7.73% | 0.22% |
| 12/20/00 | $28.50 | 55,415,847 | -6.94% | -3.52% | -12.97% | 2.04% |
| 12/21/00 | $29.50 | 47,469,153 | 3.51% | 0.54% | 1.80% | 1.96% |
| 12/22/00 | $31.88 | 35,981,206 | 8.05% | 3.02% | 12.54% | -0.44% |
| 12/26/00 | $30.94 | 20,932,080 | -2.94% | 0.55% | -1.43% | -3.52% |
| 12/27/00 | $30.69 | 26,881,968 | -0.81% | 1.39% | 4.92% | -4.57% |
| 12/28/00 | $31.06 | 25,472,874 | 1.22% | 0.94% | 3.09% | -1.31% |
| 12/29/00 | $29.06 | 32,581,781 | -6.44% | -1.13% | -6.61% | -2.95% |
| 1/2/01 | $26.38 | 47,962,262 | -9.25% | -3.43% | -14.40% | 0.03% |
| 1/3/01 | $32.00 | 77,869,344 | 21.33% | 5.29% | 18.94% | 7.51% * |
| 1/4/01 | $32.56 | 58,841,811 | 1.76% | -1.18% | -5.85% | 5.10% |
| 1/5/01 | $30.13 | 39,575,870 | -7.49% | -2.88% | -8.92% | -0.69% |
| 1/8/01 | $29.94 | 41,289,478 | -0.62% | -0.34% | 4.19% | -1.58% |
| 1/9/01 † | $31.50 | 47,108,840 | 5.22% | 0.49% | 3.41% | 3.26% |
| 1/10/01 † | $32.75 | 65,553,294 | 3.97% | 1.38% | 8.66% | -0.91% |
| 1/11/01 | $33.31 | 51,501,266 | 1.72% | 1.50% | 6.93% | -2.81% |
| 1/12/01 † | $32.31 | 40,596,412 | -3.00% | -0.35% | -5.65% | -0.96% |
| 1/16/01 | $31.81 | 31,526,839 | -1.55% | 0.62% | 0.27% | -2.75% |
| 1/17/01 | $33.25 | 52,914,600 | 4.52% | 0.45% | 4.13% | 2.40% |
| 1/18/01 | $33.81 | 34,575,809 | 1.69% | 1.23% | 1.49% | -0.78% |
| 1/19/01 | $34.56 | 50,477,762 | 2.22% | -0.41% | 5.34% | 1.01% |
| 1/22/01 †† | $31.81 | 61,727,046 | -7.96% | 0.03% | -0.15% | -8.15% * |
| 1/23/01 | $31.48 | 43,138,415 | -1.03% | 1.58% | 3.27% | -4.57% |
| 1/24/01 | $30.06 | 66,124,591 | -4.52% | 0.33% | 3.21% | -6.17% |
| 1/25/01 †† | $29.94 | 62,750,364 | -0.42% | -0.76% | -3.92% | 1.70% |
| 1/26/01 | $30.38 | 46,914,779 | 1.46% | -0.07% | 1.42% | 0.94% |
| 1/29/01 | $30.44 | 34,262,438 | 0.21% | 0.90% | 1.50% | -1.78% |
| 1/30/01 | $30.31 | 43,418,049 | -0.41% | 0.66% | -1.19% | -1.22% |
| 1/31/01 | $29.13 | 47,153,752 | -3.92% | -0.67% | -5.66% | -1.40% |
| 2/1/01 | $30.06 | 39,157,456 | 3.22% | 0.38% | 1.19% | 2.09% |

# Exhibit 5
# Oracle Corporation
# Regression Results
# 12/5/00, 12/14/00 – 3/2/01, 3/16/01

Source:  Plaintiffs' Revised Second Amended Complaint; Robert D. Sawyer's Second Supplemental Responses to Defendants' Second Set of Interrogatories to Plaintiffs dated January 31, 2007;  *CRSP*; *Bloomberg*

| Date[1] | Oracle Closing Stock Price | Oracle Volume | Oracle Return | CRSP Value-Weighted NYSE/ /AMEX/NASDAQ Index Return[2] | Industry Index Return[3] | Oracle Residual Return[4] |
|---|---|---|---|---|---|---|
| 2/2/01 | $27.75 | 39,123,588 | -7.69% | -1.86% | -5.85% | -3.34% |
| 2/5/01 † | $27.50 | 36,235,783 | -0.90% | 0.21% | 2.10% | -2.04% |
| 2/6/01 † | $27.63 | 29,071,945 | 0.45% | 0.05% | -0.22% | 0.25% |
| 2/7/01 † | $27.69 | 45,975,655 | 0.23% | -0.88% | -3.80% | 2.49% |
| 2/8/01 † | $27.13 | 42,658,386 | -2.03% | -0.65% | -3.57% | -0.17% |
| 2/9/01 † | $23.56 | 92,325,965 | -13.13% | -1.43% | -5.88% | -9.42% * |
| 2/12/01 | $23.00 | 52,556,111 | -2.39% | 1.04% | -0.46% | -3.98% |
| 2/13/01 †† | $22.56 | 44,856,655 | -1.90% | -0.87% | -3.44% | 0.24% |
| 2/14/01 | $25.00 | 41,747,072 | 10.80% | -0.01% | 5.45% | 8.97% * |
| 2/15/01 | $25.50 | 46,406,202 | 2.00% | 0.90% | 2.57% | -0.31% |
| 2/16/01 | $24.00 | 40,835,148 | -5.88% | -2.06% | -4.43% | -1.66% |
| 2/20/01 | $23.13 | 40,654,394 | -3.65% | -1.88% | -7.03% | 1.09% |
| 2/21/01 † | $23.00 | 58,267,759 | -0.54% | -1.84% | -1.03% | 2.31% |
| 2/22/01 † | $23.38 | 54,516,728 | 1.63% | -0.45% | -3.37% | 3.13% |
| 2/23/01 † | $22.00 | 73,446,841 | -5.88% | -0.39% | -2.03% | -4.88% |
| 2/26/01 | $23.19 | 46,023,689 | 5.40% | 1.92% | 5.61% | 0.64% |
| 2/27/01 | $21.69 | 41,995,218 | -6.47% | -1.14% | -9.85% | -1.97% |
| 2/28/01 | $19.00 | 62,821,560 | -12.39% | -1.37% | -3.42% | -9.50% * |
| 3/1/01 | $21.38 | 77,833,283 | 12.50% | 0.04% | 4.51% | 10.88% * |
| 3/2/01 | $16.88 | 225,557,425 | -21.05% | -0.49% | -12.35% | -16.76% * |
| 3/16/01 | $14.06 | 92,647,788 | -4.26% | -2.08% | -3.86% | -0.18% |

Note:

[1] A cross-mark (†) indicates the impact day of a complaint date.  A double cross-mark (††) indicates the impact day of a "contention response" date.

[2] Index includes dividends.

[3] The Industry Index is an equal-weighted index composed of: Ariba, BEA Systems, Commerce One, IBM, i2 Technologies, Microsoft, PeopleSoft, SAP, and Siebel Systems.

[4] Residuals obtained using the regression model: [Oracle Corp.'s Return] = 0.00 + 1.49 × (Market Return) + 0.30 × (Peer Index Return).  Regression period is 12/8/99 – 12/8/00.  A star (*) indicates that the residual return is significant at the 95% confidence level.

# Exhibit 6
# Selected Quotes Regarding Suite 11i
Source:  Public Press [1]; Financial Analyst Reports [2,3]; Industry Analyst Reports [4];
Market Analyst Reports [5]

And while Oracle wins points for the strategy it's set, Meta Group's Bonadio says the vendor has yet to deliver all that's needed.  "If you look behind the strategy and the vision and the marketing, you're going to find a good amount of holes in the products," he says.  Oracle simply may not have the maturity and depth of more-established CRM vendors such as Siebel and Clarify.  For instance, Oracle's call center is missing several key pieces, including blended call support and predictive dialing.  Other analysts say Oracle's marketing-campaign-management component is weak.  And Oracle needs to do a better job integrating the pieces of its CRM suite, many of which are the result of a 1999 buying spree.

Also, Oracle 11i's delivery date has slipped about six months to May or June because the CRM components aren't completed.  That date won't slip any further, promises senior VP Mark Barrenechea, Oracle's head of CRM development-June is the final deadline.  There had better not be any more delays-executing on Oracle 11i is vital if the company wants to prove that it's not all talk.  Oracle, says Bonadio, "has got so much riding on 11i that it's not even funny."

*InformationWeek*, Vol. 772, February 7, 2000 (public press)

Although industry observers applaud the business value of the 11i software, others say that a best-of-breed approach is still a viable option in lieu of evidence that Oracle's approach, which is to keep applications on a single server and provide users with Web access, can work.
…
Although Oracle is ahead of its ERP and CRM competitors as far as vision is concerned, the 11i suite, including Oracle Marketing, "hasn't been tested in the field yet," said Steve Bonadio, an analyst at Meta Group, based in Stamford, Conn.  The vendor has not been able to provide customer references for 11i in spite of a fairly persuasive business value proposition, Bonadio said.  "We're not convinced that it works," he said.

*InfoWorld*, Vol. 22, Issue 21, May 22, 2000 (public press)

Analysts acknowledge that 11i is comprehensive and well-integrated, but dismiss the notion that competing apps are necessarily more costly and time-consuming.  "If you aren't an existing Oracle customer, it's not clear that Oracle is offering a cheaper deal than assembling the same kind of result from various vendors' products that tie into what you already have," Forrester Group analyst Laurie Orlov says.

Also, analysts say, Oracle 11i may not be more attractive for non-Oracle companies that would have to dump their back-office systems or for existing Oracle customers who would be forced to upgrade from an older version of Oracle software.

*InformationWeek*, Vol. 788, May 29, 2000 (public press)

Based on history, suites win if they provide 70% of the functionality of the best of breed products in each segment.  That's a big "if" and the suite has to evolve at a pace competitive with

the overall market.  The suites need to lead one or two product segments to have a beachhead into accounts.  After that, the high cost of integration, volume pricing, common support, and a desire for consistent technology standards generally pushes buyers toward the suite if it starts to approach functional parity with the rest of the market.

Morgan Stanley Dean Witter, May 12, 2000, 1:20 PM (analyst report on Oracle)

Even for existing Oracle application customers, rolling out a new application across multiple modules and locations can be challenging.  Networks and databases have to be upgraded.  Tracking net changes across development, test, staging and production environments for a single application can be complex.  Marketers and developers tend to gloss over this unglamorous work but these features are critical to the user experience.

Morgan Stanley Dean Witter, June 8, 2000, 8:19 AM (analyst report on Oracle)

Oracle 11i is a new suite that combines the functionality of financials, HR and CRM with exchange infrastructure software.  Rather than going head-to-head with the competition on a feature list, Oracle is pitching the ease of implementation and time-to-market advantages of this suite.  This may be a winning strategy if the obstacles to integrating point products are significant.  No other company is taking this all-in-one approach and the barriers to entry are extremely high given the complexity of the software.

Morgan Stanley Dean Witter, June 21, 2000 (analyst report on Oracle)

"Applied Digital is growing rapidly and it will be critical for us to understand our customers and their entire set of needs without doubling or tripling our internal infrastructure," said Richard J. Sullivan, Chairman and CEO of Applied Digital.  "The Oracle E-Business Suite is allowing us to pull together our business units onto a single system that will enable us to operate with enhanced efficiency.  This will give us the ability to better service our customers, while increasing our profitability by clearly identifying cross-sell and up-sell opportunities."

*PR Newswire*, June 22, 2000, 12:16 PM (public press)

"The integration of Oracle's E-Business Suite 11i applications enables us to provide customers of every size with exceptional functionality for complete accelerated web-based solutions," said Richard Hymer, vice president, Cap Gemini Ernst & Young U.S., LLC.

"We fully embrace Oracle's comprehensive E-business Suite as it extends perfectly our own E-business strategy and vision for the future," said Aysin Nevill, managing director in charge, KPMG Consulting LLC.  "KPMG plans to advance our long-standing partnership with Oracle by expanding our existing practice areas to create a global Oracle E-business practice based on this technology."

"The new economy building up around emarkets and extended ERP will allow PricewaterhouseCoopers, as a leading implementor of Oracle Applications, to capitalize on the exciting potential of the Oracle 11i E-Business Suite," said Carlos Versteele, Global Leader, PricewaterhouseCoopers Oracle Practice.

*PR Newswire*, June 29, 2000, 12:16 PM (public press)

Challenges:  [Oracle 11i] does not have the deepest functions and has few references.  Despite significant improvements on CRM 3i, Oracle cannot claim to have the deepest functionality in any of its modules when compared with the best-of-breed vendors.  Functional gaps remain; for example, the ability to push Web pages to a customer will be in the next release and field sales functions use offline Web folders.  Moreover, there are some platform limitations in the use of CRM 11i…the most serious being that the CRM functions cannot yet be run independently of the traditional Oracle back-office….  It is unlikely that Oracle will provide leading-edge functions within the next five years due to the slow speed of large-scale development.  However, enterprises that are looking for a commodity front-office solution that is fully integrated with ERP will find Oracle to be a good option.

Gartner, Inc., July 10, 2000 (market report)

According to one analyst, however, expecting global companies to move all their corporate information into one or two databases is unrealistic.

"Most global firms are built up through mergers and acquisitions.  And in that sort of scenario, the type of data consolidation Oracle is propounding seems like a pipe dream," said Josh Greenbaum, a principal with Enterprise Application Consulting in Berekeley [*sic*], Calif.

Jarvis, however, said Oracle itself is implementing this consolidation strategy with great success.  "We initially had 43 data centers across the world.  We'll soon have just two:  in San Francisco and Colorado."

But cultural resistance to such consolidation can be huge.

"We actually had to send somebody to Canada, just to shut down the Canadian centre.  It was like we were closing the Queen's computers."

*Computer Dealer News*, Vol. 16, Issue 14, July 14, 2000 (public press)

Oracle CRM 11i Underscores Advantages of Integrated Front and Back Offices

…

Oracle Corporation's products don't always warrant the exclamation point the company sticks at the end of their titles.  Oracle left the gimmick off of its *CRM 11i* product, but it's one of the few times that the emphasis is deserved.  CRM is woven into the *Oracle 11i* product suite, which uses shared customer product, price, and order data.  Benefits are found throughout the system, bubbling up from sound fundamentals, including a customer model that understands not only business roles such as customer, distribution partner, and supplier but other entities as well.  The system tracks customer customer [*sic*] locations the way it does customers.  For example. a window manufacturer can market to the new owners of a house known to need replacement windows.

…

Installation has been designed with speed in mind:  The company claims the installation process

takes one hour if the customer has the entire planning process prepared for APS.  There is out-of-box integration with *Oracle 10.7* and *11.0* applications, but customers currently bear the burden to write their own integration routines to non-oracle applications.

AMR Research, September 5, 2000 (market report)

While its broad footprint and out-of-the-box integration are the keys to its positioning and message, we caution that some 11i modules still may fall short on functionality compared with best-of-breed rivals. This could prove challenging in head-to-head competition.

Deutsche Bank Alex. Brown, September 15, 2000, 6:03 AM (analyst report on Oracle)

We believe that this [1QFY01] growth rate reflects somewhat slower traction in the market for Oracle 11i applications, which may be due to the seasonally slow nature of the August quarter, time required to develop sales and marketing support, and training for its system integrator partners.  We believe it will be critical for Oracle to build a larger referenceable customer base (currently approximately 20 have gone live on release 11i) and secure support from the big five systems integrators to add sales leverage and convert its strong pipeline. Oracle's end-to-end, integrated product should offer strategic advantages over the long-term, but traction may take a bit longer and may imply that best-of-breed vendors such as i2, Siebel, CommerceOne, and Ariba may have longer to broaden their product lines before Oracle efforts to improve functionality and gain market traction materializes.

Goldman Sachs, September 15, 2000, 8:31 AM (analyst report on Oracle)

Applications Growth Disappointing, but Poised for Re-acceleration

Having expected 60+% growth, we were disappointed in the first quarter applications revenue, which only jumped 42%.  We believe it is important to emphasize, however, that Oracle's 11i product line is a new release and that such releases typically require up to six months to gain momentum in the marketplace.  This is rooted both in the length of the softwares sales cycle and the need to train both technical and sales people on the nuances of the new product.  Not all news on the applications side was bad and we expect a big second quarter as Oracle builds customer references, completes the retraining of its staff and capitalizes on a very strong pipeline.  We are encouraged that Oracle appears to be having success selling its entire e-business suite.  Customer wins during the quarter include Agilent Technologies, Viant, New America Marketing and MyFamily.com.  In addition, JDA Uniphase became an Oracle CRM customer during the quarter.  Already 20 firms are currently live on the 11i e-business suite and will likely serve as references that we expect to translate into significantly better results in the second quarter.  We are also encouraged to see name-brand companies like Booz Allen, McGraw Hill and GE Medical on the list of firms who are using the newly released OracleSalesOnline hosted SFA product.  Ironically, despite the first quarter shortfall, our confidence in Oracle's applications business has only improved.  As such, we are increasing our second quarter applications estimate….

Lehman Brothers, September 15, 2000, 6:43 AM (analyst report on Oracle)

We believe 2001 will be a great year for the firm.  The major new product release of 11i gives the firm virtually crystal clear visibility into earnings into May, in our view.  After May 2001, however, we believe Oracle will have to work a [*sic*] harder to maintain momentum.  Our reasoning is this. Conversations with several (e.g.- dozens) of potential and current users of Oracle 11i indicates [*sic*] to us that time to market considerations have been an important selling point for 11i.  Put simply, CIO's, whose jobs may be on the line if a project does not get up on time, are opting for the "safe" choice of Oracle because it can be installed quickly and the system is pre-tested to be stable. We believe the near panic state of demand will begin to diminish sometime around mid-2001.

Needham & Co., September 15, 2000, 9:31 AM (analyst report on Oracle)

But Oracle is putting its money where its mouth is, and raising applications expectations far the remainder of the fiscal year from 40% previously to 50%, and offers that upside could be as high as 100%.  The big picture, strategic-oriented sale of the 11i suite is vastly different than selling a point solution on a feature-by-feature basis.  And we've seen some anecdotal evidence of customers that could not see demonstrations of certain modules of the suite because of various reasons, such as that module had not yet been ported to a particular OS or simply because of bug fixes – not unusual occurrences in the introduction of a new software product.…

…Nevertheless, investors are apt to view with disappointment Oracle's applications performance, particularly against peers like Ariba, Siebel, and i2, which are seeing better growth and carry comparable valuations as Oracle.  The issue is not can Oracle grow the business, or can it compete, but can they grow as fast as investors expect in order to justify the stock's valuation – otherwise, investors are better off shifting their portfolios more in favor of a basket of B2B eCommerce stocks.  We continue to see Oracle as favorably positioned for the Internet, and see Oracle's applications business bouncing back behind the strength of the burgeoning market opportunity, but expect the stock to be under pressure near term as investors await visibility to the magnitude of the success of 11i.

Paine Webber, September 15, 2000 (analyst report on Oracle)

Since the release of Applications 11i tends to involve bigger engagements, it is experiencing longer sales cycles as it is a more strategic decision than past application cycles. And, the training of integrator partners took place in the first-quarter and is continuing into 42, which had a somewhat muting effect on these product sales because of the minimal number of people trained to implement the Suite. Nonetheless, reported license growth of 31%, 898, and 33% in the Americas, EMEA, and Asia/Pacific reflects growth rates with which we are comfortable. And, for the entire year, we are modeling application growth of 46%, which is slightly more conservative than Management's guidance for 50% growth.

Punk, Ziegel & Co., September 15, 2000, 8:52 AM (analyst report on Oracle)

Given the need to educate Oracle's sizable sales force, partner channel, and prospective customer base on 11i, we believe it will take time to generate sales momentum for the new product.  In addition, selling a broad suite of applications to high-level business buyers (CEOs, CFOs, and

COOs) is very complex and software businesses are typically characterized by back-end loaded, lumpy quarters as a result.

Robertson Stephens, September 15, 2000, 8:59 AM (analyst report on Oracle)

"The Oracle E-Business Suite is allowing us to operate quickly and effectively, making it possible for us to compete with large competitors," said Eric Wilson, chief technical officer of OfficeFurniture.com.  "Unlike the combination of PeopleSoft and Siebel, the flexibility of the integrated Oracle E-Business Suite allows us to modify the applications to conform to our business practices and our business needs.  And, the tight integration between front and back-office operations has allowed us to have better visibility into our operations and customer activities, which in turn allows us to better service our customers."

*PR Newswire*, September 27, 2000, 12:19 PM (public press)

In four months, Oracle was able to install Version 11.0.3 of its applications suite an interim stage on the way to 11i and the juice company went live with it in March, said Lee Gordon, IT manager for Nantucket.

The company is going to wait until early next year before proceeding with the full installation of the 11i applications.  Having heard of other sites' implementation problems, such as multiple software patches and long processing times, Gordon opted to wait for the new package to work out the kinks.

"It just makes sense to wait until it comes out," Gordon said. "It's common business sense to let others make the mistakes. Any new product is going to have its sets of glitches."
…
Alliance Coal LLC, a mining company based in Tulsa, Okla., has also heard implementation horror stories and is waiting as long as it can to install 11i.  An Oracle shop since 1997 and among the first to use Oracle's payroll application, Alliance runs Version 10.7 of the application.

Geoff Goolsbay, ITS manager for application services at Alliance, said he would like to wait until the 11i suite stabilizes but is being pressed into installing it early next year.  The company uses the Oracle Payroll application, and Oracle has told Goolsbay there will be no end-of-year patches for the product next year.  That means Alliance must upgrade to 11i by December of next year, or it will be unable to produce such documents as W-2 tax forms.  That also means two major upgrades: first to Version 11, then 11i.

"Oracle publishes a 10.7-to-11 change document, and an 11-to-11i change document, but what they don't give you is a 10.7-to-11i document.  That is amazing to me," Goolsbay said.

eWeek from *ZDWire*, Vol. 1740, October 1, 2000 (public press)

We continue to believe that Oracle's e-business suite approach will garner Oracle increasing success in the applications arena and help this line of business grow from a low -8% of revenue to -20% or more over the coming years.  Functionality in individual applications areas still lags most Tier 1 competitors such as Siebel and Ariba, for example, but (1) Oracle should

substantially narrow the spread over the coming quarters, (2) smaller Tier 2 applications vendors are showing signs of weakness and this bodes well for Oracle solidifying its place at the Tier 1 table, and (3) Oracle's e-business application suite approach will win favor with large segments of the market, we believe, just as Home Depot and Wal-Mart have succeeded with their one-stop-shopping strategies in their respective markets.

Montgomery Securities, October 3, 2000, 10:32 AM (analyst report on Oracle)

Applications 11i remained a primary focus of the meeting, although it contributes only 20% of current license revenues.  Investors view the applications business as a primary growth engine for future revenue acceleration, so it receives particular scrutiny despite its size.  We believe the applications suite is well positioned as a one-stop shop, but investors are waiting to assess the company's execution on the applications ramp-up, driven by increased sales training, improved demos of the new products and a build out of reference customers beyond the early adopters like Agilent.  We expect 11i revenue growth to be more pronounced in 2H FY0l as these drivers fall into place.

Merrill Lynch, October 4, 2000, 7:05 AM (analyst report on Oracle)

When Oracle E-Business Suite 11i finally rolled out in May after numerous delays, there was a surge of interest among IT departments across the nation-but interest and implementation don't always go hand in hand.  The prospect of adopting a set of linked online application modules from a single vendor that could knit together financials, databases, customer-relationship management, enterprise resource planning, supply-chain planning, and order management is both alluring and daunting.

As a result, companies are being cautious about implementing 11i. According to Gartner Group analyst Timothy Tow, only about 300 companies are implementing 11i right now, and many are doing partial upgrades from Oracle's earlier enterprise applications.
…
ZapMedia recently placed its first 11i financial apps online.  "We had a very aggressive timetable when we started this project, and our expectation was that there would be challenges with any big ERP package," Whitehead says.  "There have been issues, but we worked through them with Oracle-they've been very responsive."

Whitehead says phase two of the project is imminent.  "We have some further modules to implement that relate to our business processes, such as working with our business partners and paying them on a timely basis," he says.  But based on its experience so far, ZapMedia expects 11i to be fully online before the company's portal debut.

Just getting to the launching pad can be a painstaking process for some would-be 11i implementers, however.  John Parker, an independent Oracle consultant with the British Connection Ltd., is preparing well in advance of "11i-Day" at Merrill Corp., a printing and document services company in St. Paul, Minn.  "It's going to be a savage kind of approach-painful and fun all at once," he says of the company's upcoming rollout, which may not even start until January.

Already a longtime user of Oracle databases and financials applications, Merrill hopes to have parts of the 11i suite fully implemented within 12 to 18 months, although it may happen faster. Parker says Merrill will upgrade on the financials side and may be interested in some of 11i's self-service modules, a category that includes Oracle Web Customers, Oracle Web Employees, and Oracle Web Suppliers.  These modules permit authorized users-internal and external-to access data and functions within the company's system, and can be configured to automate processes such as order entry or checking benefits information.  "Our focus is the core financials at this point," he says, adding that "you always need to watch out for scope creep with something like this."

…

Tow does point out, though, that 11i's new supply-chain, order-management, and other E-business modules aren't quite as strong as competing standalone products.  "Oracle likes to claim that they do everything, but you have to look into detail as to what they really can do," he says. "The back-office suite is mature, but things like the sales-force automation tools are still new." For example, he cites 11i's weak links for mobile and wireless communications as compared with E-business products from rivals such as Clarify and Vignette Corp.

"Oracle isn't quite there yet," maintains Chuck Phillips, managing director of Morgan Stanley Dean Witter & Co.  "It will be hard to span all the categories from office to back office.

It's hard to be good at two or three of those, let alone all of them."

*InformationWeek*, Vol. 808, October 16, 2000 (public press)


Migration issues surrounding the new set of ERP (enterprise resource planning) and CRM (customer relationship management) applications that Oracle shipped earlier this year are expected to take center stage at next week's fall conference of the independent Oracle Applications Users Group (OAUG), which kicks off Sunday in Honolulu.

Oracle claims that its E-Business Suite Release 11i software, which became fully available in May, offers corporate users beefed-up applications for tasks such as processing orders and managing interactions with customers.  The Redwood Shores, Calif.-based company plans to stop providing free support for most of the earlier versions of its applications at the end of next year.

…

But according to officials at the Atlanta-based OAUG, some current users still on earlier greenscreen application releases are worried that they are not ready to make the leap to the Web-based 11i and want Oracle to lend a hand with their migrations.

Bugs in the 11i software will be a big issue for users attending next week's conference, said Karen Gilbert, an OAUG board member who works at Dallas-based consulting firm Computer Systems Authority.  Gilbert said she has two clients that have been unsuccessfully testing 11i's payroll application while casting wary eyes at the 2001 deadline.  "You can go live without a lot of things working, but not payroll," she noted.

Oracle and its business partners are offering 11i-bound users round-the-clock support and fixes to any bugs that might arise, said Allan Snyder, senior vice president of support at Oracle.  And users who do not complete moves to 11i in time will be able to buy continued support for Release 10.7 and below of the applications, he added.

Another key issue is training.  Mark Linton, another OAUG board member, said users are concerned that there are not enough resources coming from Oracle to help them learn all the nuances of Release 11i.

Gilbert agreed, claiming that even Oracle's own support staff isn't adequately trained on 11i. "Oracle is offering very little in classes for the new release," she said.

A third big issue is a new customer service model announced recently by Oracle that phases out the lowest and least expensive level of service that users could buy, called "bronze."  The cost for bronze-level users will now be higher, and that will cause a "nasty shock" to them when they have to renew their service contracts, Gilbert said.

*InfoWorld Daily News*, October 20, 2000, 8:03 PM (public press)


Users Vent Frustration Over Oracle CRM/ERP Upgrades

'Not ready for prime time' among complaints at conference

Oracle users last week expressed frustration over problems with upgrading to Oracle's new E-Business Suite 11i software.

During sessions at the Oracle Applications Users Group (OAUG) conference here, attendees complained about a lack of reliable information about the status of the applications, a flurry of bug-fix patches, malfunctioning modules and the difficulty in getting help from Oracle Corp.'s customer service organization.  Several attendees said Oracle has released about 5,000 patches that for [*sic*] 11i.

The software "is not ready for prime time," said Donna Rosenstrater, an OAUG board member who works at San Jose-based electronics contract manufacturer Sanmina Corp.
…
Karen Gilbert, an OAUG director who works at Dallas-based consulting firm Computer Systems Authority, said the general rule of thumb among users is that it takes about seven days to go live with 11i, whereas most companies typically have just a weekend to implement an upgrade.

Gilbert also claimed that Oracle's own support staff hasn't been properly trained on the workings of the 11i suite.

Oracle's applications unit needs to start performing triage by stopping new-product development work and focusing resources on helping users get through their upgrades, she said.

Not all user experiences have been negative.  The new installations seem to be going more smoothly than the upgrades, said observers.

For example, Pella Corp., a window and door manufacturer in Pella, Iowa, went live with 11i's financial modules after spending 17 weeks installing the software.

"Slowly but surely, we're rolling out 11i," said Pella Vice President and CIO Steve Printz.

Jeremy Burton, senior vice president of products and services at Oracle, said only 43 companies have gone live with 11i applications thus far.

But, he said, it doesn't take as long to implement the new Oracle applications as it does to install ERP systems from rival vendors.

*Computerworld*, October 30, 2000 (public press)

Oracle Corp.  (Nasdaq: ORCL), the largest provider of software for e-business, today announced that the Oracle(R) E-Business Suite has swept the 2000 Intelligent Enterprise Readers' Choice Awards.  Oracle received top honors from Intelligent Enterprise readers in the categories of CRM, ERP/Packaged Corporate Application and Supply Chain Management.  This year's awards marks Oracle's third consecutive and affirms Oracle's position as the leading provider of software for e-business.

"The clean sweep for the Oracle E-Business Suite in Intelligent Enterprise's prestigious Readers' Choice Award is a clear indicator that the market is looking for a complete suite of integrated applications," said Jeremy Burton, senior vice president, product and services marketing, Oracle. "Only Oracle delivers a true e-business suite, and we are proud to be recognized for this unique and powerful offering by Intelligent Enterprise readers."

*PR Newswire*, November 2, 2000, 8:03 AM (public press)

First, we would like to address the substantive issues, putting Release 11i issues in perspective. We believe the release was buggy, but consistent with other major new releases.  Oracle needs more reference accounts to help sell it, but there do not appear to be any 'show-stopper' issues surfacing at this point in our checkings.  There are now 43 live sites, up from 27 a month ago. Second [Oracle] will not overwhelm i2 or Siebel with this release, best of breed vendors are likely to continue to capture the high end of the market….  Oracle will see early success more in the mid-market, with several larger accounts as notable wins….

Perhaps the biggest substantive issue of controversy for Oracle is the market acceptance of the new release of its strategically important applications suite, Release 11i.  We have been checking with users and will not be done for another week or so, but on a preliminary basis it appears to us that there are no 'show stopper' issues.  The number of live sites is now reported to be 43, up from 27 at the analyst meting a month ago.  We believe there are about 300 new customers and installed base users upgrading to Release 11i now.  There have bean a lot of bugs reported, an issue raised at the recent user group meeting, but this does not appear to be different from other major releases of Oracle software.

HP is implementing Oracle's CRM product and will go into pilot in December, and are happy with the Release 2 of 11i, which fixed many of the bugs reported to date.  JDS Uniphase is

implementing the broader e-business suite, but will not implement much of 11i until it completes the rollout of 11.03 next year.  It does not require the features of Siebel or i2 at this time.  Other large customers expected to roll out Oracle applications include Lucent, Bell South, Agilent, and divisions of GE.  We expect that most of the early adopters of 11i will be mid-market vendors, customers that do not require the best of breed functionality and want quicker implementations associated with an integrated solution.

We believe that maybe 10% of Oracle's applications customers will upgrade to Release 11i by the end of the February quarter, with an accelerating rate of adoption to follow after it appears that most of the early bugs have been addressed with subsequent minor updates.  Customers we are talking to like integration (one data model, one programming language, on[e] vendor for support, one upgrade cycle, less integration work, quicker implementation, etc).  Oracle sells integration and flexible Internet architecture, and does not typically engage in a feature by feature comparison with the best of breed vendors.  We continue to believe the high end belongs to the best of breed vendors and it will take Oracle time to move up market, but not all of the high end requires best of breed.

We also note that much of Oracle's success with 11i has been leveraging off of its financials and related ERP suite, not lead by the CRM or SCM modules.  Release 11i integrates in these modules for the first time.  We believe there is the opportunity to pull along CRM and SCM solutions with the ERP modules and begin to position as a broader e-business suite vendor.

A large fruit juice vendor in the Northeast reports 6 month time implementing 11.0 and expects to take 2-3 months implementing 11i.  The vendor was aware of 11i upcoming functionality and Internet architecture in selecting Release 11 but will wait a while before implementing 11i.  We believe many customers will be influenced as more reference sites report back that the product works as advertised and bugs reports appear to be addressed by the minor new releases.

Goldman Sachs, November 3, 2000, 9:31 AM (analyst report on Oracle)

Although Oracle has an established franchise in the database market, we believe the company faces entrenched competition in the applications space, as well as a number of execution and product roll-out challenges associated with the June release of the 11i application suite.  We believe applications represent a unique market with different products, buyers, and competitors than in databases.  Over the next several quarters, Oracle must train the sales force to sell 11i applications, launch a new calling effort targeting different buyers (buyers of applications are business people, while databases are typically purchased by IT professionals), build the pipeline, win new business, develop 11i customer references, and deepen the product functionality.  We believe Oracle must execute well in these areas on an intensely competitive playing field where entrenched, best-of-breed vendors continue to capture significant market share, particularly in the areas of CRM, supply chain collaboration, and B2B eCommerce.  And Oracle will have to perform without the contribution of Ray Lane, who left the company in July.

Given the difficulty of executing on all of these fronts, the competitive nature of the applications space, and the company's relatively weak performance in applications to date, we believe there is more risk to F2001 numbers than there may appear….

Oracle faces significant execution risk as it launches a major new product cycle

We believe the recent release of the 11i application suite introduces significant execution risk over the next 3-4 quarters as Oracle addresses the challenges of a new product cycle, including the following:

 * Train sales force and build 11i pipeline although Oracle has an established franchise in the database market, applications represent a unique market with different products, buyers, and sales cycles and more entrenched competitors than in databases.  The company trained its sales people on 11i over the summer after the June release, indicating that the company is still in the early stages of the sales cycle, which typically lasts 6-9 months in the software industry.  In addition, the buyers of applications are different than buyers of databases (buyers of applications are business people, such as the CEO or CFO versus IT professionals who typically purchase databases) resulting in new calling efforts by the sales force.…

* Develop referenceable customers where Oracle will have to successfully implement a number of 11i customers in order to build a franchise in applications and drive sales growth moving forward.…

* Deepen product functionality where we believe Oracle must develop enough functionality in each application area for the benefits of an integrated suite to outweigh the advantages of best-of-breed solutions.  Today, software projects are typically awarded to vendors best suited to solving specific problems resulting in stronger performance from best-of-breed players, such as Siebel, Ariba, CommerceOne, and i2.  Although spending decisions have increasingly been elevated to senior management levels as software has become more strategic to the business, we believe it will take several more years before companies embrace the concept of a suite of applications particularly in the absence of a single vender providing robust functionality in all areas.…

Although Oracle articulates a powerful case for the application suite over best-of-breed solutions, we believe this vision will be difficult to achieve in the near future given the challenges of developing superior products in every applications area, staying ahead of the innovation curve, and ripping out existing systems.…

> Robertson Stephens, November 8, 2000, 1:40 PM (analyst report on Oracle)

Quality was among the key issues voiced by participants.  Questions were posed about the testing process, as well as how regional problems were reported to Redwood Shores.  Oracle offered assurances that the 11i product in particular goes through multiple "waves" of testing.  In addition Oracle confirmed that the company is its own customer, using the products across its own enterprise and is racing to make it better.

> *Business Wire*, November 15, 2000, 11:03 AM (public press)

As the eBuisness [*sic*] Suite is the main contributor to applications revenue going forward, we are still cautious about Oracle's new sales strategy as it relates to the applications division.  We are believers in the eBusiness Suite; however, we remain cautious regarding growth in the

applications division in the imminent quarter.  We believe the sales force will not be fully trained to effectively sell the eBusiness Suite until the latter portion of the year.

Salomon Smith Barney, November 20, 2000, 6:36 PM (analyst report on Oracle)

Oracle Corp.  (Nasdaq: ORCL), the largest provider of software for e-business, has been awarded the "ERP Software Product of the Year" at the Data News Awards for Excellence, a top event in the information technology (IT) industry in Belgium.  Data News readers overwhelmingly recognized Oracle as the best enterprise resource platform (ERP) platform over both SAP and PeopleSoft.  The selection criteria was based on product innovation and the product vendor's ability to execute on its vision.  Oracle's(R) E-Business Suite 11i provides out-of-the-box integration of applications that allow e-businesses to easily connect with their customers, partners, and suppliers.  Companies can completely automate their enterprise, from marketing and Web selling, all the way through to procurement and the Internet supply chain.

*PR Newswire*, November 28, 2000 (public press)

Demand for the new 11i applications business suite appears to be building on schedule as the company works out the bugs and issues patches that are the normal course of progress for a new release.  We talked to a number of customers currently running 11i and received positive reviews on its performance and functionality.  Given the building interest for 11i, as well as the run rate business for expansion of the current releases within the installed base, we feel that the company will report 52% or greater revenue growth in the applications business.

Chase H&Q, November 29, 2000 (analyst report on Oracle)

With release 11i, Oracle has shifted from a best-of-breed (BOB) to a "we can do it all" approach to both applications and infrastructure delivery for enterprise resource planning (ERP), ERP-complementary applications and e-business functionality.  At Gartner's U.S. Fall Symposium, we presented a report card on r.11i for ERP.  As of August 2000, Oracle received a grade of B+ for its vision and a D+ for execution.  The latter mark was upgraded to a B– in November 2000.

Execution:  The marks we gave Oracle in our August 2000 evaluation have improved since then; however, they still reflect Oracle's struggle to deliver Oracle Applications r.11i.  The mark of D+ for r.11i ERP execution (which we published in the August 2000 report card) reflected the following:  1) Oracle had released 11i six months later than its first projected release date of November 1999; 2) Oracle was not able to deliver any production references for 11i beyond the financial modules; and 3) the adoption of 11i was very slow, with all modules still not available.  We have since raised Oracle's execution score to B– overall, with marks of B+ for business execution and C– for product execution, as Oracle has delivered some limited production references for Oracle 11i and has released its FY00 financial results for its applications.  Oracle's applications business has grown by 42 percent year-over-year, showing strong growth in a weak ERP market.  Oracle has effectively leveraged its e-business message to consistently draw it into larger deals that once would have been SAP's exclusive territory.  In addition, r.11i's financial accounting modules have stabilized to the extent that we are comfortable recommending them to enterprises that match Oracle's functional capability and strategic direction.

Summarizing the November 2000 results, Oracle has received the following grades for its ERP applications:

Vision — B+

Execution — (C– and B+) = B–

…

On the product side, early reports from clients demonstrate that r.11i ERP components other than financials remain unproven. Components such as Manufacturing and Order Management have not been fully deployed (thus, there is no track record), often because the code has come with quality problems that have halted deployment progress. Client feedback has also revealed that, through at least September 2000, Oracle was consistently unable to demonstrate Oracle 11i in sales situations, because of technical difficulties. A primary source of Oracle's struggle to deploy r.11i has been product quality problems that appear worse than its competitors', because of Oracle's release deployment strategy. Gartner believes that the Oracle strategy relies on users performing stress testing during what Oracle considers "general availability," an exercise that Oracle's competitors perform as part of an extended beta or an early adopters program. Hence, until r.11i is more widely deployed, including by Oracle itself (Oracle will not fully move to r.11i internally until the end of 2000), 11i as a complete ERP suite remains suitable primarily for risk-tolerant, early-adopter-oriented enterprises.

Gartner, Inc. December 4, 2000 (market report)

There's also mounting concern that Oracle's much-touted e-business suite, 11i, which disappointed investors in the August quarter, may once again fail to live up to some high expectations. In recent research notes, several analysts have cautioned that, while many customers are evaluating 11i, it probably won't gain much traction in the marketplace for some time.

Ellison, who has been preaching the merits of a single, integrated suite of Web software that handles everything from human resources to e-marketplaces at every public appearance this year, is undaunted. "Even if individual (software) elements are fantastic, when you glue them together, you have a mongrel; a Frankenstein's monster – it's alive but not often," he said at the investor conference last week.

Henley took a somewhat different stance. While reiterating his prior guidance, he acknowledged "maybe we won't have the enormous success we think we'll have" with 11i, but Oracle will still compete with its niche rivals.

*Dow Jones News Service*, December 4, 2000, 7:00 PM (public press)

Although we believe Oracle could deliver solid November quarter results, we remain cautious on the stock based on company and market-related factors, including the following:

1) Limited track record and customer base in applications which will take several more quarters to build given that 11i was released in June and represents a major new product cycle in a market that is unique from the company's core database business. Over the next several quarters, Oracle

must train the sales force to sell 11i applications, launch a new calling effort targeting different buyers (buyers of applications are business people, while databases are typically purchased by IT professionals), build the pipeline, win new business, develop 11i customer references, and deepen the product functionality.  We believe Oracle must execute well in these areas on an intensely competitive playing field where entrenched, best-of-breed vendors continue to capture significant market share, particularly in the higher growth areas of CRM, supply chain collaboration, and B2B eCommerce.  We believe applications represent the next engine of revenue growth and margin expansion for the company marking a major transition in the business from databases to applications.

2) Seasonal weakness in the February quarter where it is more difficult to close deals in the first few months of the year in the software industry following seasonally stronger demand at year-end.  In addition, if additional economic data indicate slowing in 2001, we believe sales cycles could lengthen and spending soften for major software implementations potentially compounding the effects of seasonal weakness and impacting Oracle's ability to deliver on Street expectations, in our opinion.

Robertson Stephens, December 6, 2000, 12:37 AM (analyst report on Oracle)

We believe Oracle's 11i e-business suite continues to have bugs thereby limiting the number of notable customer references for the new product.  We continue to expect most large customers will wait another 2 quarters, or so, before purchasing the product, as confirmed by Oracle at its last analyst meeting.

JP Morgan, December 12, 2000, 8:17 AM (analyst report on Oracle)

"We believe Oracle's 11i e-business suite continues to have bugs, thereby limiting the number of notable customer references for the new product.  We continue to expect most large customers will wait another two quarters, or so, before purchasing the product, as confirmed by Oracle at its last analyst meeting," JP Morgan analyst William Epifanio wrote in a research note.

*Reuters News*, December 12, 2000, 11:24 PM (public press)

Many customers and integrators indicated that CRM remains the #1 priority for IT spending….

Applications 11i Gaining Momentum.  Oracle's new 11i e-business suite appears to be gaining significant traction.  83 11i customers are live with roughly 100 in late-stage implementation.  We learned of several large (8-figure), marquee customer wins in the quarter including JDS Uniphase, Compaq, Sun Microsystems, and Agilent Technologies.

Deutsche Bank Alex. Brown, December 14, 2000 (analyst report on Oracle)

However, over the past 6 months, the market is becoming slightly more competitive as offerings from Oracle (as part of its 11i suite), Clarify (FrontOffice version 9.0 was released in 2Q00 and a new release is scheduled for 4Q00) and Vantive (version 8.0 was released in 3Q00) are attempting to increase their traction in the market.  As of 3Q00, Siebel commented that it saw

Clarify and Vantive in approximately 5% of deals, Oracle in 6% of its deals, and SAP in approximately 4% of its deals.

> Salomon Smith Barney, December 14, 2000 (analyst report on Siebel)

E-Business Suite 11i gaining traction.  Oracle's E-Business Suite 11i has established a foothold in the enterprise market….  In addition, 11i seems to now be reaching a critical mass of reference customers….

> Banc of America Securities, December 15, 2000 (analyst report on Oracle)

The main risks we perceive in owning Oracle shares are:  1) license revenue growth has been very volatile (susceptible to large deals) and thus difficult to project accurately; 2) sales force closure rates have varied widely in the recent past; 3) execution in the applications business could depend upon continued rapid growth in Oracle's new front-office applications.

> FAC Equities, December 15, 2000, 8:25 AM (analyst report on Oracle)

Oracle sees no slowing in its business as its product cycle gets better (11i applications suite is finding acceptance in the market, also in the very high end of the market)…

> HSBC Global Research, December 15, 2000 (analyst report on SAP)

The company contributes the strength to the success of its ebusiness suite 11i versus best-of-breed competition.  Management believes customers are favoring the fully integrated suite, versus piecing together different systems from different vendors.  We remain skeptical of this assertion, especially at the high end of the market….

> JP Morgan, December 15, 2000, 8:27 AM (analyst report on Oracle)

The first version of 11i had the bugs that all new releases of this size usually have, but 11.03 was released in November to resolve those issues.

> Morgan Stanley Dean Witter, December 15, 2000 [repeated 12/21/00] (analyst report on Oracle)

We believe the build-out of the applications business represents a major transition for the company and carries a fair amount of near-term risk where the intensely competitive landscape, a major new product roll-out (the 11i application suite was released in June), Oracle's historically mediocre performance in this area, and recent management departures pose significant challenges for the company.

> Robertson Stephens, December 15, 2000, 8:36 AM (analyst report on Oracle)

We anticipate the applications division will continue to accelerate given that the company has exhibited significant traction since the release of Version 2 of its eBusiness Suite in October.  We are under the impression that the first version had considerable bugs and the most recent version is really gaining traction in only a matter of months.  The combination of referencable

[*sic*] customers from the newest version functional product dews and a sales force trained on the eBusiness Suite should propel growth in the applications division going forward.

Salomon Smith Barney, December 15, 2000, 7:58 AM (analyst report on Oracle)

This quarter's result indicates that Release 11i is gaining momentum in the marketplace. Our field checks support this view. We have spoken to representatives from the Big Five consulting firms who echo the view that Oracle's applications business is gaining momentum. Specifically, they are seeing Oracle in the running for almost every big enterprise resource planning (ERP) deal, whereas in the past they saw only SAP (SAP $37.50) in the queue for every large deal– Oracle is gaining share from SAP. Interestingly, they also have seen some customers choose to put in Oracle and remove their SAP and Baan installations. As for newer applications, the consulting firms have commented quite favorably on Oracle's e-procurement and field service applications. On the subject of the stability of 11i, they say that the release is no more "buggy" than any other major product introduction (except for the order management module, which apparently has more bugs).

William Blair & Co., December 15, 2000 (analyst report on Oracle)

Recently, Oracle rolled out software for managing sales and customer service operations; the software didn't work as well as the company promised, said Rod Johnson, an analyst at AMR Research Inc. in Boston. "They brought the product to market too soon," he said. "There are significant quality issues."

*Bloomberg News*, December 26, 2000, 9:55 AM (public press)

Oracle has been awarded the Info Exame Award for "The Product of the Year" in the application software category. The Oracle(R) E-Business Suite was selected for its fully integrated suite of front-and back-end office applications. Info Exame is the largest IT publication in Brazil, and the Info Exame 2000 awards honors the top companies and products in 65 categories, including hardware, software, communications and the Internet, for their innovation in the age of the Internet.

*PR Newswire*, December 27, 2000, 9:00 AM (public press)

A recent example is the enterprise-software market, where Oracle's decision to develop its own integrated e-business suite of applications has so far proved to be much more successful that SAP's strategy of outsourcing to 'best-in-breed' suppliers such as i2 for supply chain, Clarify for support, and Commerce One for exchanges….

*Irish Marketing Review*, Vol. 14, Issue 2, January 1, 2001 (public press)

The days are numbered for best of breed business intelligence solutions. Oracle's (Nasdaq: ORCL) integrated business intelligence solution based on Oracle9i(TM) is winning an ever-increasing group of admirers. In this year's DM Review 100, a reader-selected listing of the top vendors in the business intelligence industry, Oracle climbed to a No. 3 ranking from last year's No. 4 position.

*PR Newswire*, January 2, 2001, 8:00 AM (public press)

Oracle reiterates two value propositions for the suite solution versus a "best-of-breed" approach:

* The suite provides a single view of the customer across the enterprise by incorporating a single data model.

*The suite is pre-integrated and fully interoperable out of the box, helping to lower consulting costs and time-to-value.

Salomon Smith Barney, January 10, 2001 (analyst report on Oracle)

The features are aimed at presenting large corporations with a fully integrated offering that can be expanded as they move more of their operations online.  The focus on integration is also seen as a step by Oracle to stem some of the criticism it has faced over the lack of features and functionality in its e-procurement offering, as compared to the platforms of chief rivals Ariba and Commerce One.
…
Oracle's latest product releases are clearly aimed at showing it can play the integration game better than its competitors.

Interactive Week from *ZDWire*, January 17, 2001 (public press)

At Oracle's B2B Collaboration day yesterday, the company rolled out a line of four exchange applications (Exchange Marketplace, Product Development Exchange, Supply Chain Exchange and Transportation Exchange), introduced an Exchange Partner Initiative and highlighted its "eHub," or B2B architecture.  The company views the new technology as an extension of its 11i e-business suite.  Specifically, the new exchange apps are designed to provide collaborative environments outside the four walls of an enterprise, whereas 11i value is principally delivered inside the enterprise.  Value is derived from reduced product development cycle times, eliminated supply chain waste and reduced procurement and logistics costs.  The lack of integration required among Oracle applications was a theme highlighted by management and echoed by a moderated panel of three marketplace customers.

Thomas Weisel Partners, January 17, 2001 (analyst report on Oracle)

Reinforcing the Need for Integration

One-stop shopping and integration is a consistent theme in Oracle's product and sales strategy. Since the release of its 11i applications suite in May, Oracle has stressed the benefits of an integrated suite; that its individual application components all work together, eliminating the need for integration.  Oracle argues that it makes more sense to buy its suite than to purchase piece parts from other vendors and incur the time and cost of interconnecting them.

William Blair & Co., January 17, 2001, 10:47 AM (analyst report on Oracle)

The 11i application suite was launched only a few quarters ago and Oracle is still building the sales pipeline, implementing new customers, working to develop 11i customer references, and deepening the product functionality (the transportation exchange, for example, will not be released until the spring).  Although we were pleased that three companies participated in a customer panel at the B2B Collaboration event this week, they were relatively young businesses (each was founded in either 1999 or 2000).  Moving forward, we will be looking for enterprise-wide, Fortune 500-caliber customer implementations and references as evidence of Oracle s ability to gain significant traction with 11i.

Robertson Stephens, January 18, 2001, 12:28 AM (analyst report on Oracle)

ORCL's fully integrated e-commerce solution, encompassing database, application server, customer relationship, supply chain management, and enterprise resource planning software products, provides a compelling and cost-effective alternative to the array of best-of-breed competing point solutions available.

PNC Advisors January 23, 2001 (analyst report on Oracle)

We consider the 44% growth rate for the space forecasted by IDC from last year's $4.5 billion to $6.5 billion this year on target or perhaps a little high due to economic conditions.

CIBC World Markets, Corp., January 24, 2001 (analyst report on Siebel)

| Company | Product/Functionality | Comment |
|---|---|---|
| ... | | |
| Oracle (ORCL, Nasdaq) | Good ERP suite (#2 after SAP); CRM functionality. Stresses ability to offer an all-in one solution. | All-in-one solution should be available from end-Q1 2001 (at the earliest).  No joint development and no pre-configured solution. |
| SAP (SAPG, Deutsche Boerse) | Very strong ERP solution (market leader); a picking-up speed SCM solution (#2 after i2); a new CRM solution. | To combat shortcomings – reselling agreement with Clarify (CRM). Joint development with Commerce One (e-marketplaces) – a joint solution in the market since end Q3 2000. |
| ... | | |

Oppenheimer Research, January 25, 2001 (analyst report on SAP)

Mark Barrenechea, Oracle's Senior Vice President of CRM products, delivered a typically positive presentation at BAS' Tech conference today.  He continued to espouse the benefits of Oracle's suite-based product strategy over competitors' "best of breed" approach.  Oracle believes its suite-based approach will be more cost effective for companies than an integrated

"best of breed" approach, because it requires less integration work.

…

11i e-Business Applications Suite making progress.  Oracle's 11i e-Business Suite continues to make progress.  Version 3 is now generally available with version 4 "freezing code" this Friday and expected lo be released within the next 60 days.  The 11i suite now has roughly 200 live customers with 2,000 implementations underway.  Oracle itself is now running at least seven application modules from the 11i suite internally, including modules for marketing, sales, sales compensation, contracts, financials, telesales, and support.  Oracle believes its competitive advantages include integration, scalability, globalization, total cost of ownership, a unified data model, and the ability to manage integrated business flows.

Banc of America Securities, February 7, 2001 (analyst report on Oracle)

With the release of 11i, Oracle has promised a suite of products that the company claims will contend with best-of-breed enterprise software providers.  To date, progress has been mixed, as nearly two-thirds of the entire suite is new (CRM, SCM and procurement).  Thus, it could take some time before 11i gains traction because new product offerings typically take 6-18 months to generate market interest....

SG Cowen Securities, Inc., February 7, 2001 (analyst report on Oracle)

Oracle aggressively pushes the products in suite form, but will also sell applications as stand-alone components.  The Company's differentiable value proposition comes in being able to offer an integrated suite of products (versus stand-alone players such as Siebel, i2 and Ariba).  Benefits include lower near-term systems integration costs, a more fluid working unit of commonly architected applications, and reduced training, integration, and maintenance costs in the longer term.  Moreover the Company offers the applications server and database products that the other suite providers (SAP, PeopleSoft, and Lawson) cannot provide.

We are only cautiously optimistic that the suite approach will work in the near term.  Most companies have a number of disparate applications already in place and are only looking to add-on new functionality.  They do not want to scrap their millions of dollars invested in software and training (in some cases hundreds of millions of dollars) and replace them with a new product.  We believe the suite approach is a long-term vision and sales proposition that many companies may not pursue at this time.  Nonetheless, it is a compelling long-term solution, and a wise move for an existing Oracle customer or a new company starting out fresh.

U.S. Bancorp Piper Jaffray, February 7, 2001, 5:26 PM (analyst report on Oracle)

Oracle 11i continues to gain momentum despite the weakening macro environment.  Oracle got the message right – companies are responding to and intrigued by the one stop shopping and pre-integrated application suite.  The need to reduce complexity and accommodate change more easily argues for a unified application suite.  A number of early wins such as JDS Uniphase, GE Aircraft Engines, ACT Manufacturing, Rockford Inc, UPS, and Bellsouth are starting to go live with the product.  A few like JDS Uniphase have purchased the entire suite.  Millipore, Hitachi, and Cummings Engine are rolling out the advanced planning and scheduling projects.  The references are building but not without a lot of work.  The growing pains of a new code base are

evident in early bug counts and stability issues but the company seems to be working through these issues as expected.

… ERP is doing the best, as we expected, given the rebound in that market while supply chain is receiving surprising initial interest.  CRM is still bumping along but hasn't broken out yet from what we can tell – people are still demanding more features, better performance, and richer support for disconnected clients.

Morgan Stanley Dean Witter, February 9, 2001 (analyst report on Oracle)

Expectations Divided on Oracles' AppsWorld

But if Oracle's European AppsWorld, held last week in Paris, is any indication, the show won't get high marks from Beth Barling, an analyst at AMR Research Inc. in Boston.

"Oracle admitted that Paris was a dry run for New Orleans, and from our perspective, dry was the word," she said.  "[There was] little news or vision beyond a barrage of marketing messages that were already well known."
…
OAUG users have been clamoring for support when upgrading to Oracle's new E-Business Suite 11i software from previous versions.

Rosentrater said that until her company can get 11i up and running safely, she "cannot reap the benefits of the 'new world' of e-business" that Oracle plans to showcase at AppsWorld.

*Computerworld*, February 19, 2001 (public press)

We believe Oracle could have a compelling message if its applications can deliver functionality close to that of its best-of-breed competitors.  They are not there yet.

Banc of America Securities, February 21, 2001 (analyst report on Oracle)

A few shortfalls of the 11i suite as noted by another Big Five consultant.  The first release of 11i was somewhat unstable with a large number of code patches required. 11i is now in release 3 (shipped at the end of January).  Also, a trade-off of purchasing a full suite is reduced leverage in price negotiations from engaging fewer vendors than in a comparable best-of-breed bake-off.

Deutsche Bank Alex. Brown, February 21, 2001, 6:04 AM (analyst report on Oracle)

New Orleans – Stop modifying Oracle applications.  Stop complementing Oracle applications with third-party software.  Stop building applications in-house.  That's the message from Oracle's Chairman and CEO Larry Ellison to Oracle customers.

"Let us finish our software.  Don't do it for us," Ellison said during a keynote at the Oracle AppsWorld developer's conference here.
…
Describing a fundamental change for Oracle's relationship with its customers, Ellison said e-

business processes must become more standardized and simplified, and to do so customers should trust and rely on Oracle.

Business software patched together with applications from a variety of vendors will not work as well and is less cost-effective than using an integrated suite from a single vendor, such as Oracle's own 11i ERP (enterprise resource planning) suite, Ellison said.

Ellison said Oracle's 11i applications suite lets customers use the Internet to meet 70 percent to 85 percent of their business needs without the need to make software code changes.  Oracle's service crew can tweak and modify the applications to meet the rest of the customers' needs.

"It's a new way of working together, and it means we need to do a better job of understanding your business," Ellison said.

Businesses "are better off with an 80 percent solution in place in six months than fantasizing about a 100 percent solution complete in 2 years after writing a lot of code," Ellison said, referring to companies that build these applications in-house.

Customers get trapped behind old, heavily modified versions of Oracle software, making upgrades difficult, time-consuming, and expensive.  Ellison wants customers to rely on Oracle's services.

"We have more than 100 percent of what you need.  We don't have 100 percent of what you want," Ellison said.

*InfoWorld Daily News*, February 21, 2001, 9:27 PM (public press)

In a word, Oracle's message can be summed up as "integration."  This message continues to be popular and it is hitting two distinct types of customer audiences.

Large organizations, principally the Fortune 100 companies and certain parts of the federal government, are buying into the notion of using the Internet to streamline costs….  However, these large deals come and go if the economy stays uncertain, we believe these types of deals may sit on the horizon for a prolonged period.

Ironically, as Oracle is quick to point out, its software brings a high ROI, which would be of extreme interest to large companies during poor economic conditions.  As such, one might expect Oracle's application message to resonate even louder when times are bad.

Unfortunately, we believe the opposite is the case because implementation periods span multiple years….  However, it's a real lot of money that these Fortune 100 companies are looking at spending (upwards of $100 million in some cases) with Oracle and if the economic environment continues to be weak, we wouldn't be surprised to see some of these prospective customers wait a quarter or two (or more) before they get on board.  Even capital spending gets cut in bad environments.
…
Another interesting observation that we have made has to do with the mixed perceptions of

Applications 11i.  The Applications 11i suite was officially released several months ago, but software bugs hampered its adoption…. While we have not been able to check with all 180 of the live customers, we have spoken to four of them.  Of these four, three were integrator partners and one was a division of a large company.  All of these customers had severe difficulties with their implementations.  In fact, one of them was implementing 30 seats in one office on a Sun Solaris platform and they found Oracle's advice to be incorrect and had to work around the "fixes" that Oracle provided directly.  While this was the worst report, in our opinion, it gives us some cause for concern, especially where the Company is guiding analysts to 60-plus percent license revenue growth rates for the next few quarters…. On balance, the best we can say is that we are getting mixed signals on Applications 11i, which gives us another cause for caution.

Punk, Ziegel & Co., February 21, 2001, 8:56 AM (analyst report on Oracle)

[W]e believe certain pieces of the company's suite offering have gaps (mainly particular CRM modules) that need to be filled.  This should come as no surprise however, and is currently cause for little concern, as Oracle has typically marketed its software aggressively ahead of product functionality.

SG Cowen Securities, Inc., February 21, 2001, 8:55 AM (analyst report on Oracle)

Our discussions with systems integrators indicated that customer[s] are delaying the upgrade from 10.7 to 11i, due to the scale of the conversion as well as the instability of early releases of 11i.  The company released a new version of the product, which addresses the stability issue.  However, we believe this to be a near-term risk in its application sales.

…

It appears there is increasing customer interest in the benefits provided by Oracle's e-business suite of applications, 11i.  However, we think it is unlikely that enterprise customers will abandon the best-of-breed mentality.  Customers we surveyed find the value proposition of a suite intriguing since it promises lower integration and maintenance costs.  However, they are not willing to sacrifice incremental functionality in lieu of the "promised" lowered costs.  In addition, enterprise customers have already made major investments in e-business applications over the past year.  The majority of these customers are just beginning to implement and reap the benefits of these systems, and are unlikely to scrap their recent purchases in order to benefit from a suite.

…

Based on our discussions with SI's, we believe the upgrade cycle from version 10.7 to 11i could be delayed for roughly one quarter.  It appears that existing Oracle 10.7 customers are delaying their upgrade to 11i for two reasons:  1) the migration from 10.7 to 11i is a huge implementations effort and 2) the current version of 11i is noted to have many of bugs (close to 5,000).  Oracle has addressed the technical issues with release 3.0 of 11i, and SI's expect the upgrade cycle to ramp in the second half of the year as a result.  Another catalyst for an increase in the migration to 11i is the company's plan to stop support of version 10.7 starting in December 2002.  The second half ramp in application sales is consistent with management's previous comments.  We think that the delays in the upgrade cycle pose a near-term risk for application sales.

…

Management also provided further details on the progress of 11i.  Currently there are 180

customers are [*sic*] live on 11i with over 2,500 implementations in process.  The company continues its development efforts in delivering more robust product.  Approximately 45% of 11i is comprised of new modules.  Management also sees strong demand in the areas of CRM and SCM.

CIBC World Markets, Corp., February 23, 2001, 7:36 AM (analyst report on Oracle)

…[D]iscussions with customers and partners also highlighted the fact that product bugs and execution challenges remain, which will need to be overcome in order for Oracle to become an applications leader….

…During the conference we heard complaints from customers regarding previous releases.  While the product will never be perfect, if there is not a highly satisfied group of early 11i reference customers, Oracle's momentum could be stopped in its tracks.

U.S. Bancorp Piper Jaffray, February 23, 2001, 7:56 AM (analyst report on Oracle)

**11i Is Typical of Oracle Application Releases**

Oracle's application history has been checkered at best.  The company has a legacy of shipping software to early adopters and relying on them to shed the blood, sweat, and tears necessary to debug the system and make it reliable.  Examples of this can be found in each of Oracle's major application releases.  For instance, *Oracle 11i* was rushed to the market much later than promised, with many gaps and bugs in the code.  Newer applications, namely the SCP and CRM modules and the rewritten order-entry functions now encompassing greater functional scope and called order management, also exhibited poor quality.
…
The lack of referenceable customers has not lessened the demand for the new *11i* suite.  In fact, Oracle's application license business has grown impressively each quarter since the launch of *11i*.  Oracle's vision is compelling and deserves attention, but the company cannot continue to use its installed base as a step in its release testing process.  Users also suffered when they went looking for technical/functional documentation and support for the new application suite.  Frustration mounted when they found a lack of people knowledgeable about the new applications in the Oracle support organization.  But the holes are starting to get patched.  In late January, Oracle released the long-anticipated version *11i.3*.  Given the feedback from users and implementation partners this is the most stable and complete version of the application suite.  Most early adopters are opting to reinstall their current instances of *11i* and intend to roll out the *11i.3* as the production instance.  Companies getting the most success from their implementations are those that deploy on the Sun platform, the development box used by Oracle.

After a 10-month struggle to get the application suite stable, Oracle is finally delivering a product that can be used as the backbone.  With more than 180 customers now live on the e-business suite and 2,500 ongoing implementations, Oracle clearly has sold its customers on the belief that it will indeed get it right.  Now the real work begins.
…

Customers must be aware that parts of the application suite are initial releases and come with all of the expected functional gaps and implementation issues….

> AMR Research, February 27, 2001 (market report)

Even though Oracle developers have made some progress since the initial release of 11i, our channel checks suggest that gaps continue to exist in CRM, and that the software is very difficult to integrate, even with other Oracle applications.  Additionally, we have heard from numerous sources that certain modules are noticeably slow and riddled with error messages….

> SG Cowen Securities, Inc., February 28, 2001 (analyst report on Oracle)

Oracle's results reflect the continuing slowdown in IT spending and reflect the "buy only what you absolutely need now" mentality.  We believe that Oracle's Suite selling strategy fared poorly in this environment, since the Suite's high cost probably appeals more to a high IT spending environment….  [BEAS] products are less expensive and thus less likely to be impacted than large ticket items like Oracle's Suite….

> Dain Rauscher Wessels, March 2, 2001 (analyst report on BEA Systems)

…[It] seems particularly puzzling to attribute a $200M shortfall to the last couple of days of the quarter to a change in the economic environment.

…We also believe that the weakness in Oracle's applications business is because the company's applications are not yet ready for prime time.  At Oracle's applications conference last week, we learned that over 200 patches had been developed for the CRM product for the latest version.  Furthermore, many customers we have talked with indicated that although the CRM product showed promise, the SCM products are not even on the radar.  Although [f]eedback from these customers suggested that they were impressed with the idea of a fully integrated suite, we were unable to find any that had fully integrated and gone live on the suite….

> UBS Warburg (U.S.), March 2, 2001, 7:25 AM (analyst report on Oracle)

As for the lack of customer successes, we must consider the timing and stability of the software.  Oracle Applications Release 11i was announced for general availability in May 2000.  The 11i release includes certain functionality, such as self-service and financials globalization, that facilitates some of the savings opportunities discussed previously.  At the AppsWorld conference, Oracle reported 180 customers live on various components of 11i and another 1,500 customers in the process of implementing the software.  As the software rolled out last year, it became apparent the applications were buggy, delaying implementations until the software stabilized.  Customer experience indicates that the applications are more stable now and actual customer success stories are becoming more apparent.  Some early 11i success stories were offered at the conference, such as Compaq's initial rollout of e-procurement.

> Giga Information Group, March 5, 2001 (market report)

Oracle's momentum in selling its e-business application suite is slowing — and not just because of current economic conditions.  In Giga's opinion, the high growth that Oracle's applications business has experienced during the past year is not sustainable as its reputation and competitors catch up.

Oracle reported reduced preliminary earnings estimates on March 1 for its third quarter and attributed the reduction to a slowdown in the United States economy.  The economic conditions apparently resulted in deferred deals for both the database and applications products.  This announcement sent Oracle and other software stocks reeling the following day.  Oracle said its applications business grew in the third quarter at a rate of 50 percent — still substantial, but less than earlier predictions of 75 percent to 100 percent growth.

Oracle's 11i application products, announced in May 2000, are still maturing and stabilizing.  The company has been releasing patches to correct myriad bugs within the software, and some of the functionality promised in 11i is being released incrementally as minor upgrades.  Customer experience has been mixed, and only 180 out of thousands of customers are currently live with 11i products.  While Oracle is eager to tout its own success in deploying 11i, customer success stories are relatively scarce….  These issues may well be impacting the momentum of Oracle in the marketplace.

…While competitors have their own strengths and weaknesses, it is a stretch to argue that Oracle is the most complete and integrated product available.…

…Giga believes that Oracle will not sustain the current level of applications growth due to the aforementioned issues related to product stability, architecture and competition.

Giga Information Group, March 8, 2001 (market report)

PeopleSoft 8 represents a broad application suite – positioning the company squarely in the battle against Oracle and SAP, who recently launched similarly broad solutions (Oracle 11i and mySAP.com)….  Although we believe this concept will take time to gain traction in the market…it is likely to prove compelling among senior level executives (who are increasingly the key decision makers) longer term, in our opinion.

Robertson Stephens, March 12, 2001 (analyst report on PeopleSoft)

Earlier this year, Oracle delivered the third version of its 11i applications suite, known as 11.5.3, for Unix computers and for Windows.  Previous releases of the 10-month-old suite required a staggering 5,000 software patches-and an amazing degree of patience from early adopters.

…"No software is perfect in its early release, but it took seven months to resolve these problems," Young says.

Oracle officials don't deny there were bugs in 11i but contend bigger problems are caused when customers tinker with the apps.  "We've got some very large customers who are doing 11i implementations with a huge amount of modification, and they're horribly frustrated," Ellison said in his keynote address at the Oracle AppsWorld conference in New Orleans last month."

…
"But missing functionality and those software bugs in the first release of 11i and the subsequent 11.5.2 version could also be costing Oracle potential business.  Walter Stokes, lead database administrator for EDS's Oracle application service provider offering, is advising ASP clients not to upgrade to 11i until EDS can evaluate 11.5.3.  The earlier releases are "the buggiest software I've ever seen come out of Oracle," Stokes says.  Oracle's CRM module has been particularly problematic, he says, requiring up to 100 patches for one customer."
…
"Compaq isn't doing that.  It's integrating Oracle's iProcurement application with SAP financial and PeopleSoft HR apps.  Each excels at different things, Box says, with Oracle taking the lead in purchasing-intelligence capabilities for generating reports and analyses on spending."

*InformationWeek*, Vol. 828, March 12, 2001 (public press)


Only 25% growth [in applications] compared to guidance of 50-100% in an area that Oracle is pushing hard is a significant miss.  Yes, some of this is probably from economic pressures and budget constraints, but there also may be some backlash or saturation of customers that want a quick out-of-the-box software suite.  The problem here is that visibility continues to be very poor.

A.G. Edwards & Sons, Inc., March 16, 2001, 8:15 AM (analyst report on Oracle)


We continue to believe the economy is only one of several factors that are pressuring the company currently.  On the database side, we believe the economy explains perhaps 70-80% of the weakness, with the remainder due to company-specific woes (possible market share loss and dot-com impact?).  On the applications side, especially in light of Oracle's weaker than expected 3Q applications growth, we believe the economy may only explain 20-30% of the weakness.  The rest, in our view, is a result of the product set not yet reaching a competitive level of functionality, relative to best-of-breed vendors.  The litmus test for Oracle's applications business is in 15-30 days when applications software companies report their March quarters.  If results are weak, it's probably good news for Oracle (Oracle's apps weakness is due more to industry weakness); if they're strong, it's bad news (apps business is losing share).

Banc of America Securities, March 16, 2001 (analyst report on Oracle)


On March 16, 2001, we are downgrading the shares of Oracle to Hold due to 1) the impact of the U.S. economy, 2) concerns over acceptance of its e-business applications, and 3) management's lack of a proactive plan to get back on track.  We believe that the economy is only a partial explanation for their shortfall.

…The 25% growth in applications revenues was particularly disappointing as applications were expected to be a major growth driver for the company.

…From our conversations, customers still desire best-of-breed solutions designed with the customer in mind verses a suite that may not be customizable or offering specific industry centric features.

…Applications not selling because of the product not the budget.… [W]e believe that there are as many product issues slowing sales as economic factors.

In speaking with Oracle salespeople, we have heard repeatedly, that they are having difficulty competing with Siebel Systems for CRM and i2 Technologies for supply chain. With that knowledge it becomes clear why Oracle does want to sell the suite because it is having a difficult time when you compare one of the modules to a company that specializes in that application like an i2. Even at AppsWorld, management stated, "our [11i] application suite may not give you everything that you want, but it will give you everything you need."

This leads to our conclusion that people will continue to choose a best-of-breed solutions [*sic*] over a suite even if the implementation is faster. These solutions are critical and rapid implementation does not make them better products than their competitors.

CIBC World Markets, Corp., March 16, 2001, 7:36 AM (analyst report on Oracle)

We have issues with their contention that the integrated suite strategy is a clear winner versus the best-of-breed approach. Their contention should be viewed in light of the fact that many of their applications deals were deferred, while many best-of-breed vendors have performed well in recent quarters – as Verity has demonstrated, and as we expect Manugistics will do also. In our view, the strategy of selling large, integrated suites will meet with greater challenges in a troubled economy, and may not track as well versus competitors such as i2, e.piphany, and Siebel Systems. To put it plainly – high cost brings high level scrutiny.

We have further adjusted our estimates to a level that is inline with the guidance given. It is our view that management has set guidance at a level that they are reasonably confidant [*sic*] that they can meet or beat without great…

Josephthal and Co., March 16, 2001, 2:18 PM (analyst report on Oracle)

[C]onfirmation that the downturn was caused by the weak economy.

…The trade press continues to pick at Oracle's product rollout and bug fixes, but the patches and fixes are a necessary part of the process and no other vendors have rolled out a product of this magnitude in one product release.

Morgan Stanley Dean Witter, March 16, 2001 (analyst report on Oracle)

Oracle has stooped to a new low – blaming its unhappy 11i apps customers for doing too much customization. Meanwhile, sales are off and the 11i bug list has passed the 5,000-item mark. Forrester's recommendation? Less blame and more customer support.
…
Oracle backed itself into a defensive corner all last week: facing a class action shareholder lawsuit for overhyping [*sic*] its apps business, claiming surprise at its own weak apps sales growth, and warning that things could get worse before they get better.…

Forrester Research, Inc., March 19, 2001 (market report)

As many IT vendors have, Oracle blamed the economic slowdown in the United States for affecting its business, with many enterprises deferring purchases. However, several factors unique to Oracle — including database pricing, 11i quality and the suite approach to selling applications — may make recovery from the economic downturn more difficult.

…

Oracle 11i, the enterprise application suite, has seen limited adoption since its release in May 2000 due partly to inconsistent product quality and Oracle's emphasis on the application suite in its entirety.…

Gartner, Inc., March 23, 2001 (market report)

Lowering Estimates as Applications Software Market is Even Worse than We Thought.

Maintain Market Performer Rating.

Lowering Estimates As Apps Companies Hit the Wall. In light of the worst "preannounce season" the applications software market has seen, we're lowering our estimates for Oracle for F4Q01 (May) and FY02. Bear in mind that the shortfalls of applications companies signal tougher times for Oracle on two counts: (1) they demonstrate more difficult markets for Oracle's competitive applications and (2) they reflect a weaker database market as databases are sold with third-party applications 50% of the time.

…

Near-term factors should continue to constrain Oracle's growth. We believe several factors will continue to constrain Oracle's growth for the foreseeable future. These are outlined in Figure 1 below. The demise of the dot com generation (in addition to directly affecting software sales) has caused less urgency among Fortune 500 companies seeking to remain competitive on the Internet. In addition, the weakening economy will continue to generally cause delays/hesitation among corporate IT buyers.

…

Finally, Oracle's applications remain roughly 25% functionally competitive, overall, with best-of-breed applications. In our view, Oracle's suite-based product marketing message will really take hold (and Oracle's products will take share) only when Oracle's products offer at least 50% the functionality of best of-breed vendors. We believe Oracle's applications are not yet there.

Banc of America Securities, April 5, 2001 (analyst report on Oracle)

Applications vendors promoting non-Oracle databases. Oracle once promoted third-party software vendors such as i2 (whose product Oracle actually sold not too long ago) and PeopleSoft for the pull-through database revenues that application sales generate. Today, as it has for 1-2 years, Oracle competes and markets its own applications so vociferously that the worlds largest third-party e-business applications software vendors such as Siebel, SAP and i2 regularly "push" DB2 at the expense of Oracle. Given such third-party-related database revenues contribute up to 50% of Oracle's total, Oracle's own push into applications has impaired database growth on the margin.

…

Anniversary of the dot com bubble. Last year saw a frenzy of IT-centric capital spending as the

Fortune 500 sought to fend off the threat—real or imagined—of Internet startups.  The bursting of the Internet bubble caused only modest dot com revenue shortfalls *per se* for Oracle, but the resulting slowdown in spending by the Fortune 500 has been significant even prior to the current economic slowdown.  An example of this phenomenon can be seen with Charles Schwab, one of the financial sector's largest Oracle database users, who surely built up tremendous on-line trading and account access capacity in response to the threat from the likes of Datek, Ameritrade, E*Group, etc.  Irrespective of the sell-off in the NASDAQ or the slowing of the economy, Schwab surely has slowed its Oracle 7/8 database capacity growth with the progressive elimination of the Internet threat.

…

Oracle's e-business suite yet to gain full traction vs. best-of-breed.  Despite spot-on marketing and last year's Wall Street buy-in, Oracle's applications in critical areas including sales automation/customer management and supply chain management have yet to hold share versus best of- breed solutions.  We've estimated that once Oracle's applications in such areas achieve 50-75% functional equivalence with their best-of-breed competitors, Oracle will hold or gain market share, aided by the potency of their suite approach.  Although it's tough to quantify their competitiveness with precision, we still feel Oracle's applications away from core ERP areas have yet to achieve sufficient competitiveness.

Applications sector in general very tough of late.  Some 9 of 10 application software companies experienced the toughest deal-closing quarters in recent memory in February and March, with Oracle no exception.  While the environment appears somewhat better through parts of April and May (see our note from the AMR conference last week), we expect the coming final days of May to remain very challenging.

…

Suite approach ultimately will grow share.  We're convinced that a suite-approach to enterprise applications will ultimately sustain better market shares thanks to its many advantages, including unified data models, common architectures and most folks' simple preference for one-stop-shop solutions wherever possible.  As hosted business applications gain further technological viability (scalability, security, functionality, etc.) Oracle will make great headway.  We expect Oracle's progress in applications and e-business suites will surface within 1-2 years at the very most.  Moreover, Oracle's applications are steadily becoming more competitive in their own right.  We were recently impressed, for example, with Oracle's latest CRM product release, which appeared substantially improved and better embraced by mid-sized third-party systems integrators with whom we spoke.

Banc of America Securities, May 30, 2001 (analyst report on Oracle)

Note:
[1] Select Public Press
[2] Select Oracle Financial Analyst Reports
[3] Select Financial Analyst Reports from Oracle's Competitors
[4] Select Morgan Stanley Industry Analyst Reports
[5] Select Forrester Research, Giga Information Group, AMR Research, and Gartner Market Analyst Reports

# Exhibit 7
# Oracle Corporation
# Summary of Complaint and Contentions Days

1.     Complaint ¶¶35-75 comprise the statements during the Class Period that Plaintiffs allege to be false and misleading.  Plaintiffs have also put forth Second Supplemental Responses to Defendants' Second Set of Interrogatories to Plaintiffs ("Plaintiffs' Contention Responses").[1] Plaintiffs' Contention Responses add additional statements alleged to be false and misleading to those mentioned in the Complaint.  Specifically, the Contention Responses identify three additional dates of alleged false and misleading statements during the Class Period (January 20, 2001, January 24, 2001, and February 13, 2001) and one prior to it (December 5, 2000).

2.     In this exhibit, I consider each such statement and the market reaction, if any, to the statement.  Headings indicate the source and date(s) of the alleged misstatement(s) as well as provide a generalized characterization of the alleged falsity in the statement, e.g., whether the alleged misstatement(s) concern Suite 11i integration, guidance/economy/demand, or the accounting of 2QFY01 financial results ("2QFY01 accounting").

---

[1] Robert D. Sawyer's Second Supplemental Responses to Defendants' Second Set of Interrogatories to Plaintiffs dated January 31, 2007 is the exemplar response I use when citing paragraph numbers.  I understand that the significance of Plaintiffs' failure to identify these issues in their Complaint is a legal matter.  In addressing these unpled issues, I am expressing no opinion about the legal significance of Plaintiffs' failure to allege these issues in the Complaint.

**A.**     *Complaint Days*

**December 14-15, 2000 (Complaint ¶¶35, 45-50)**
**(2QFY01 accounting, guidance/economy/demand, Suite 11i integration)**

    3.     The Complaint points to a number of statements made by Oracle on December 14, 2000 after close of market and during trading hours on December 15, 2000.  In particular, the Complaint alleges that statements contained in Oracle's December 14, 2000 press release were false and misleading.[2]  This press release was made available to the market after close of trading on December 14.  The Complaint also identifies alleged misstatements made during Oracle's conference call with analysts on December 14 that began at 5:30 PM eastern time (after close of market) and several alleged misstatements quoted in the public press on the following day, December 15.[3]

    4.     The Complaint alleges that Oracle's press release contained false and misleading statements regarding its 2QFY01 financial results.[4]  (The Complaint uses boldface to indicate which parts of statements it alleges to be false and misleading.  The Complaint's use of boldface is reproduced in this exhibit.)

> 12/14/00:  *Oracle Net Income Up 62%, Earnings per Share $0.11; Application Sales up 66%, Database Sales Up 19%*…
>
> *Today, Oracle Corporation announced that second quarter net income increased 62% to $623 million, or $0.11 per share, while revenue grew to $2.7 billion.*[5]

---

[2] Complaint ¶35.

[3] "Oracle Net Income Up 62%, Earnings Per Share $0.11, Application Sales Up 66%, Database Sales Up 19%," *PR Newswire*, December 14, 2000, 4:05 PM.  Unless specifically noted otherwise, all time stamps mentioned in this report are Eastern Time.

[4] Complaint ¶35.

[5] Ibid.

5.      The Complaint also describes a number of Oracle's statements on December 14-15 as "false" in suggesting "the slowing of the overall economy would not hurt Oracle's third quarter financial results."[6]

> 12/14/00:  **At this point, we see no impact or slowing in our business.  We have seen no slowing of our business**.[7]
>
> 12/14/00:  **The economy is slowing…. It's just not having a negative impact on our business**.[8]
>
> 12/15/00:  **[T]he economy right now even though it's slowing doesn't seem to be affecting us.  We see no difference in demand for our upcoming third fiscal quarter**.[9]
>
> 12/15/00:  **The economic slowdown isn't hurting Oracle, said Oracle Chief Executive Larry Ellison, because the company has spent the past three years updating its product line to focus on software that helps companies use the Internet to cut costs and boost efficiency**.[10]

6.      The Complaint also alleges that statements made during the December 14 conference call relating to the 3QFY01 guidance were false and misleading.[11]

> 12/14/00:  [S]o the numbers I'm going to give you here, **for database**…we're thinking, you know, 15-to-20.  You'd have to add five points to that, in terms of real (constant) dollar growth, or **20-to-25**.  Applications, we're thinking **75, or potentially better**.  You'd have to add five points to that.
>
> \*   \*   \*
>
> **So I would assume, 12 cents would be a reasonable number at this point.  I don't think history is going to be a lot different, here.**

---

[6] Complaint ¶45.

[7] Ibid.

[8] Ibid.  This was reported in "Oracle 2nd-Qtr Net Rises 62%; Applications Sales Jump," *Bloomberg News*, December 14, 2000, 5:45 PM.

[9] Complaint ¶45.  According to the *Business Wire* article, "Oracle Corporation Executive to Interview on RadioWallStreet.com on December 15, 2000," December 14, 2000, 5:44 PM:  "Tomorrow, on RadioWallStreet.com, Oracle Corporation's (NASDAQ:ORCL) Executive Vice President/CFO Jeffrey Henley will be interviewed.  This event will be broadcast Friday, December 15, 2000 at 12:00 PM Eastern Standard Time."

[10] Complaint ¶45.  This was reported in "Oracle Shares Rises after Reporting Higher 2nd-Quarter Profit," *Bloomberg News*, December 15, 2000, 9:03 AM.

[11] Complaint ¶46.

\* \* \*

*The good news about applications, this quarter, is that every part of the little sub-markets that we're in, we're strong.  And every geography, (we're) strong, Europe, Asia, U.S.  So there's nothing that we–no weakness in our applications business and the pipelines at every one of these geographies looks astounding for this next quarter.*[12]

7.     Finally, the Complaint alleges two Oracle statements made on December 14-15 were false and misleading regarding Suite 11i.[13]

12/14/00:  *[Y]ou can buy our complete E-Business Suite, where all the pieces are designed and engineered to fit together, and no systems integration is required.  It's up and running in months.  You get the savings in months.  It costs you less, and it takes less time to install*.[14]

12/15/00:  *There's no systems integration required.  No software modifications required to use our E-Business Suite*.[15]

8.     In an efficient market as alleged in the Complaint, any new information in the statements cited above would have impacted Oracle's stock price on December 15.  Oracle's residual return of 6.8 percent on December 15 was not statistically significant.  The lack of a significant stock price increase suggests that the statements identified by Plaintiffs in the Complaint ¶¶35, 45-50 were not considered as new or did not significantly alter the total mix of information in such a way as to inflate the value of Oracle's stock as Plaintiffs allege.

9.     Further evidence that these statements were not viewed as new to the market results from the fact that prior to December 14 and 15, Oracle had repeatedly made statements regarding the integration of Suite 11i that were similar to those made on December 14 and 15.  For example, upon release, Oracle described Suite 11i as follows:

---

[12] Ibid.
[13] Complaint ¶¶50-51.
[14] Complaint ¶50.  This statement was made by Ellison in the conference call after close of market on December 14, 2000.
[15] Complaint ¶51.

> [T]he industry's first fully-integrated e-Business applications suite…Oracle E-Business Suite 11i provides out-of-the-box integration of e-Business applications throughout the extended enterprise from customers and partners to suppliers.  This allows companies to completely automate their e-Businesses from web selling and marketing, all the way through to Internet supply chain and procurement.[16]

10.     Statements regarding Suite 11i integration were repeated in the public press many times.  For example, on June 20, 2000 Larry Ellison is quoted as saying "[o]ur e-Business suite is the first complete and integrated set of applications that automate all aspects of a business…. [C]ustomers can buy the Oracle e-Business suite, where all the applications already work together – on the Internet."[17]  Again on June 15, 2000, Juliette Sultan, VP of Oracle's CRM Product Strategy, reportedly stated:

> [T]he newly introduced Oracle E-Business Suite is the company's first 100 percent ERP/CRM integrated suite of applications.  Sultan says the suite, 44 modules in all, gives customers soup-to-nuts integration of everything from the front office to a Web marketing plan.  'The main message we're trying to give people is that this is the same product, but totally integrated; the same technology stack, same organization, same database.'[18]

11.     Other news entering the market between close of market on December 14 and close on December 15 included Microsoft's announcement of missing earnings (news unfavorable to Oracle but captured to some extent in the Industry Index) and IBM's chairman and chief executive saying that the next wave of e-business is only beginning to gather force and everyone from traditional software makers like SAP and Oracle to relative newcomers like BEA Systems and Ariba will all gain from this new way of doing business (a statement that, if new information and if it had any effect on Oracle, would be favorable to Oracle).[19]  In addition,

---

[16] "Oracle Ships 11i, Industry's First Integrated E-Business Suite," Oracle Press Release, May 24, 2000.

[17] "Oracle Application Sales Up 61%, CRM Sales Up 161%, Adjusted Net Income Up 76%, Operating Margin Reaches 41%," *PR Newswire*, June 20, 2000, 8:25 PM.

[18] "Lend a Hand," Smart Partner from *ZDWire*, June 19, 2000, Vol. 0323.

[19] "Smartmoney.com:  The Next Big Thing in Tech?," *Dow Jones News Service*, December 14, 2000, 2:08 PM.

Oracle was downgraded to "market perform" from "buy" by analyst Gary E. Abbott at Punk, Ziegel & Company.[20]

12.     Setting aside the repeated statements regarding Suite 11i integration (which I conclude did not significantly alter the total mix of information), the remaining statements alleged to be false and misleading – Oracle's 2QFY01 results, Oracle's issuance of 3QFY01 guidance, and Oracle's guidance/economy statements – were not offset by notable bad news beyond the Microsoft earnings miss (the effect of which should be captured in the return of the Industry Index).

**January 8, 2001 (Complaint ¶58)**
**(Suite 11i integration, guidance/economy/demand)**

13.     The Complaint alleges Oracle repeated false and misleading statements on January 8, 2001 regarding Suite 11i.  These statements were reported to have been made to an analyst during an interview on January 9, 2001.[21]

> 1/9/01:  ***The suite is pre-integrated and fully interoperable out of the box***, helping to lower consulting costs and time-to-value.
>
> \*   \*   \*
>
> ***Oracle sees robust demand for both its database and applications business.*** Specifically, ***Sanderson noted demand for ERP is surprisingly robust*** while advanced planning and scheduling, CRM, and SCM products are also performing well.  ***Oracle says it is also seeing sustained demand for its database product, despite industry-wide concern over contracting IT budgets.  Sanderson noted two trends driving demand for databases is demand for the 11i applications that***

---

[20] "Oracle Corp. Cut To 'Market Perform' at Punk, Ziegel," *Bloomberg News*, December 15, 2000, 9:22 AM.  The analyst cited the weakening economy and strong competition (December 15, 2000 Punk Ziegel analyst report).
[21] A Salomon Smith Barney report on Wednesday, January 10, 2001 at 7:05 AM describes Sanderson's visit as happening "on Tuesday," which would be January 9, not January 8, as the Complaint ¶58 alleges.  In Plaintiffs' Contention Responses, p. 8, ¶7, Plaintiffs allege the date of the statement was January 9, 2001, which is consistent with what the Salomon Smith Barney report says.

*are typically bundled with the database as well as applications of other vendors that rely on the functionality of the Oracle database*.[22]

14.     Oracle had a residual return of 3.3 percent on January 9 (when the statements were reportedly made) and –0.9 percent on January 10, when the Salomon report published the statements.  Neither return is statistically significant.  Other news entering the market between close of market on January 8 and close on January 10 was either neutral or positive.  The lack of a significant stock price increase suggests that the statements identified by Plaintiffs in Complaint ¶58 were not considered as new or did not significantly alter the total mix of information in such a way as to inflate the value of Oracle's stock as Plaintiffs allege.

**January 11, 2001 (Complaint ¶60)
(guidance/economy/demand)**

15.     The Complaint alleges that on January 11, 2001, Oracle repeated a false statement that the economy was not affecting it.[23]  These statements were reported to the market after the close in a *Bloomberg News* article at 5:40 PM.[24]

> 1/11/01:  Company spokeswoman Stephanie Aas today said *Oracle has yet to see any signs that its business is being hurt by the economic slowdown* or reported cuts to information-technology budgets.
>
> "Obviously the economy is a wild card.  So if we went into a recession or there is a sharp downturn (in the economy), we could be impacted....  *But we're not seeing it now*."[25]

16.     Since this news was reported after market hours on January 11, I examined the stock price return on the next business day.  On January 12, Oracle's residual return of –1.0 percent was not statistically significant.  Other news entering the market between close of market

---

[22] Complaint ¶58.
[23] Complaint ¶60.
[24] "Oracle CFO Says He Plans to Sell $33 Mln in Stock," *Bloomberg News*, January 11, 2001, 5:40 PM.
[25] Complaint ¶60.

on January 11 and close on January 12 was either neutral or positive.  This news included that

Oracle's subsidiary in Japan would probably report rising profits for the first half of its fiscal

year.[26]  The lack of a significant stock price increase suggests that the statements identified by

Plaintiffs in Complaint ¶60 were not considered as new or did not significantly alter the total mix

of information in such a way as to inflate the value of Oracle's stock as Plaintiffs allege.


**February 6, 2001 (Complaint ¶63)**
**(Suite 11i integration)**

17.    The Complaint alleges Oracle made false and misleading statements "[o]n or

about February 6, 2001…specifically concerning Oracle's CRM module in its technical

WhitePaper written by Mark Barrenechea."[27]

> On or about 2/6/01:  ***Oracle's CRM suite is both complete and integrated....  No
> systems integration is required to install the Oracle CRM suite***.
>
> ***In fact, systems integration labor usually runs many times the cost of the
> software or the hardware needed to run the system - and the customer gets to
> pay for it.  To install the Oracle CRM suite, no systems integration is required.
> And because the CRM suite consists of true Internet applications, every
> application works in every country, every major language, and every major
> currency***.[28]

18.    I understand there is some dispute as to whether the white paper was actually

published or not.  In any event I cannot determine the exact timing that this information reached

the market (if it did so at all); therefore, I have examined the stock price return on February 6, as

well as the surrounding trading days, February 5 and February 7.  Oracle had residual returns of

–2.0 percent, 0.3 percent, and 2.5 percent on February 5, 6, and 7, respectively.  None of these

returns is statistically significant.  Other news entering the market between close of market on

---

[26] "Oracle Japan's 1st-Half Profit Likely Rose as Sales Surged," *Bloomberg News*, January 11, 2001, 9:05 PM.
[27] Complaint ¶63.
[28] Ibid.

Friday, February 2 and close on February 7 was either neutral or positive.  The lack of a significant stock price increase suggests that the statements identified by Plaintiffs in Complaint ¶63 were not considered as new or did not significantly alter the total mix of information in such a way as to inflate the value of Oracle's stock as Plaintiffs allege.

**February 7, 2001 (Complaint ¶65)**
**(guidance/economy/demand)**

19.     The Complaint alleges that "[o]n February 7, 2001, analyst First Union Securities, Inc. visited Oracle headquarters and met with Oracle Management, including defendant Henley. During that meeting, Henley falsely stated that:  (1) Oracle was not seeing the effects of the economy; (2) database revenue would grow 15%-20% year-over-year; (3) applications revenue would grow 75% year-over-year; (4) the applications sales and revenue pipeline were strong."[29]

> 2/8/01:  On February 7th, we met with management of Oracle, including CFO Jeff Henley at Oracle Headquarters.  We note the following points regarding our meeting:
>
> \*   \*   \*
>
> \* ***Oracle is not seeing the effects of a slowing economy at this point***, but next several weeks will be critical.
>
> \*   \*   \*
>
> \* ***Management reiterates guidance of 15-20% y/y database revenue growth and 75% y/y applications revenue growth for FQ301***.[30]

20.     The Complaint further alleges that "[o]n February 7, 2001, Deutsche Banc Alex. Brown also visited Oracle headquarters and spoke with defendant Henley and Oracle

---

[29] Complaint ¶65.
[30] Ibid.  This was reported in First Union Securities, Inc., February 8, 2001.

management for a mid-quarter update."[31]  During the meeting, Oracle allegedly made the following false statements:

> 2/8/01:  VISIT WITH MANAGEMENT.  Yesterday, we checked in with Oracle for a mid-quarter update with CFO Jeff Henley and VPs in the server and applications development organizations.
>
> PERSPECTIVE ON THE MACRO ENVIRONMENT.  *According to management, it has yet to see macro-related weakness in its business*....
>
> ... *Barring a severe economic downturn, management sees continued growth driven by strong demand* in key segments such as supply chain, customer relationship management and collaboration.
>
> NO CHANGE TO OUTLOOK, RECENT GUIDANCE.  *Mr. Henley reiterated that the company's outlook and guidance were unchanged for F3Q'O1 (Feb)*.[32]

21.     Oracle had a residual return of –0.2 percent on February 8.  This return is not statistically significant.  Other news entering the market between close of market on Wednesday, February 7 and close on February 8 was either neutral or positive.  The lack of a significant stock price increase suggests that the statements identified by Plaintiffs in Complaint ¶65 were not considered as new or did not significantly alter the total mix of information in such a way as to inflate the value of Oracle's stock as Plaintiffs allege.

**February 9, 2001 (Complaint ¶65)**
**(guidance/economy/demand)**

22.     The Complaint alleges that on February 9, 2001 Oracle issued an allegedly false and misleading statement "concerning the effect of the slowdown in the economy on Oracle projections conveyed to the market."[33]

---

[31] Complaint ¶65.
[32] Complaint ¶65.  This was reported in Deutsche Banc Alex. Brown, February 8, 2001.
[33] Complaint ¶65.

2/9/01:  Oracle is still upbeat about its prospects for earnings growth, which will be fueled by a new suite of Internet-friendly business software dubbed Oracle 11i spokeswoman Jennifer Glass said.

***"We haven't changed our projections at all," Glass said.  "This slowdown is going to provide new opportunities for Oracle as companies need to streamline and be more strategic about the technology they buy."***[34]

23.     Oracle had a residual return of –9.4 percent on February 9.  This return is statistically significant.  However, the stock movement is contrary to the Complaint's allegations regarding inflation.  Other news entering the market between close of market on February 8 and close on February 9 includes "investor concern that the…software maker's earnings could suffer as economic growth slows"[35] and news that "an analyst pared his third-quarter growth forecast for the database software giant's core business due to the demise of several Internet firms it supplied last year."[36]  The lack of a significant stock price increase suggests that the statements identified by Plaintiffs in Complaint ¶65 were not considered as new or did not significantly alter the total mix of information in such a way as to inflate the value of Oracle's stock as Plaintiffs allege.

## February 21, 2001 (Complaint ¶68)
## (Suite 11i integration)

24.     The Complaint alleges that on February 21, 2001 defendant Ellison gave a keynote address at the Oracle AppsWorld Conference in New Orleans in which he made alleged false statements "concerning the implementation and integration of the 11i suite."[37]

---

[34] Complaint ¶65.  This was reported in "Oracle Shares Fall on Concern Earnings Outlook May Turn Grim," *Bloomberg News*, February 9, 2001, 3:25 PM.

[35] "Oracle Shares Fall on Concern Earnings Outlook May Turn Grim," *Bloomberg News*, February 9, 2001, 3:25 PM.

[36] "USA:  Oracle Shares Shed Value on Analyst Report," *Reuters News Service*, February 9, 2001.

[37] Complaint ¶68.

2/21/01:  We were the first company to use this eBusiness suite and in the very first year we put it in, we saved $1 billion.

\* \* \*

In fact, we recommend that you start with, you try a component of the suite and then you add it in.  Now the nice thing is it's like Lego blocks.  Once you have one piece in, *the other pieces just snap together.  There's no systems integration required.  The key thing is, you can install just one piece and then again install another piece.  No systems integration.  You just basically turn it on or snap it together....  Plug and play.  It is absolutely, all the pieces within the suite are literally plug and play*.[38]

25.     Oracle had a residual return of 2.3 percent on February 21.  The return is not statistically significant.  Other news entering the market between close of market on February 20 and close on February 21 was either neutral or positive.  The lack of a significant stock price increase suggests that the statements identified by Plaintiffs in Complaint ¶68 were not considered as new or did not significantly alter the total mix of information in such a way as to inflate the value of Oracle's stock as Plaintiffs allege.

**February 21-23, 2001 (Complaint ¶¶70-71)**
**(Suite 11i integration, guidance/economy/demand)**

26.     The Complaint alleges, "On February 21-23, 2001, Ellison and Henley met with analysts, money and portfolio managers, institutional investors and large Oracle shareholders at the AppsWorld Conference in New Orleans, Louisiana to discuss Oracle's 3Q results, its business and its prospects."[39]  During these meetings, Oracle allegedly falsely stated that:

Oracle would report EPS for 3Q01 of $0.12.

Oracle would report Q3 revenue of $2.9 billion.

---

[38] Ibid.  Ellison's speech at AppsWorld was apparently given from 2:00-3:00 PM ET on February 21, 2001.  "Larry Ellison, Chairman and CEO, Oracle Corporation Keynotes and Press Q&A Oracle AppsWorld, New Orleans," *PR Newswire*, February 21, 2001, 8:02 AM.
[39] Complaint ¶70.

Oracle was not seeing an impact on its results due to the slowdown in the United States economy.[40]

27.     A Deutsche Bank report dated February 21, 2001 also included a statement the Complaint attributes to Henley:

> 2/21/01:  CFO Jeff Henley gave a brief presentation to the financial community, but offered no commentary on the current quarter (company is in its quiet period) and no change to guidance. ***Management still expects growth in the applications license revenue to accelerate in the second half of fiscal 2001 (May) above the 43% and 66% reported in the first two fiscal quarters***.[41]

28.     Oracle had a residual return of 2.3 percent, 3.1 percent, and –4.9 percent on 2/21/01, 2/22/01, and 2/23/01, respectively.  None of these returns are statistically significant. Other news entering the market between close of market on February 20 and close on February 23 was either neutral or positive.  The lack of a significant stock price increase suggests that the statements identified by Plaintiffs in Complaint ¶¶70-71 were not considered as new or did not significantly alter the total mix of information in such a way as to inflate the value of Oracle's stock as Plaintiffs allege.

**B.     *Plaintiffs' Contention Responses***

**December 5, 2000 (Plaintiffs' Contention Responses, p. 7, ¶1)**
**(cost savings related to Oracle's Suite 11i implementation)**

29.     In Plaintiffs' Contention Responses, Plaintiffs allege that a statement made by Glass and reported in Oracle's press release on December 5, 2000 (prior to the Class Period) was false and misleading.

---

[40] Ibid.
[41] Complaint ¶71.  This was reported in Deutsche Banc Alex. Brown, February 21, 2001.

Using its own suite of e-business applications, Oracle beat the goal set by cofounder and CEO Lawrence J. Ellison – cut one billion in costs in one year – passing the billion dollar savings mark before the year was up.[42]

30.     Oracle had a residual return of –0.68 percent on December 5.  The return is not statistically significant.  Other news entering the market between close of market on December 4 and close on December 5 was either neutral or positive.  The lack of a significant stock price increase suggests that the statements identified in Plaintiffs' Contention Responses, p. 7, ¶1 were not considered as new or did not significantly alter the total mix of information in such a way as to inflate the value of Oracle's stock as Plaintiffs allege.


**January 20, 2001 (Plaintiffs' Contention Responses, p. 9, ¶8)**
**(guidance/economy/demand)**

31.     In Plaintiffs' Contention Responses, Plaintiffs allege that a statement attributed to Sanderson and published on January 20, 2001 was false and misleading.

> 1/20/01:  You know, it's a big hill to climb.  Every year we climb that hill.  I expect we'll do it again.  Our pipelines are strong, and we're well-positioned from a products perspective, so it's all about execution.[43]

32.     Oracle had a residual return of –8.15 percent on January 22.  The return was statistically significant.  (From the context of the article, the interview may have happened on January 16, 2001, at Oracle's "B2B Day."  I was not able to identify any other press stories covering the interview.)  Other news entering the market between close of market on January 19 and close on January 22 was either neutral or positive.  I conclude that the published statement alleged in Plaintiffs' Contention Responses, p. 9, ¶8 did not materially alter the mix of information in the market as alleged by Plaintiffs.

---

[42] Plaintiffs' Contention Responses, p. 7, ¶1.  This was reported in "Find Out About Oracle Corporation's Billion Dollar Savings Story on the E-Business Network," *PR Newswire*, December 5, 2000, 9:30 AM.
[43] Plaintiffs' Contention Responses, p. 9, ¶8.  This was reported in "The *TSC* Streetside Chat: Oracle's Executive Vice President Sandy Sanderson Jr.," *TheStreet.com*, January 20, 2001, 8:30 AM.

**January 24, 2001 (Plaintiffs' Contention Responses, p. 9, ¶10)**
**(laryngitis)**

33.     In Plaintiffs' Contention Responses, Plaintiffs allege that a statement made by

Glass and reported in Bloomberg on January 24, 2001 was false and misleading.

> 1/24/01:  Oracle Corp. Chief Executive Larry Ellison canceled plans to appear on
> a PBS television program that was to be taped today, because he is suffering from
> severe laryngitis.[44]

34.     Oracle had a residual return of 1.70 percent on January 25.  The return is not

statistically significant.  Frankly, I do not see how this statement relates to the rest of Plaintiffs'

allegations.  The lack of a significant stock price increase suggests that the statements identified

in Plaintiffs' Contention Responses, p. 9, ¶10 were not considered as new or did not significantly

alter the total mix of information in such a way as to inflate the value of Oracle's stock as

Plaintiffs allege.


**February 13, 2001 (Plaintiffs' Contention Responses, pp. 11-12, ¶¶15-17)**
**(guidance/economy/demand)**

35.     In Plaintiffs' Contention Responses, Plaintiffs allege that certain statements made

by Oracle's Sandy Sanderson at the Goldman Sachs Technology Investment Symposium in La

Quinta, California on February 13, 2001 were false and misleading:

> 2/13/01:  (a) As an example, (Sanderson) said one recent deal he's involved in
> wasn't scheduled to close until Oracle's fourth quarter, which ends in May.
> Instead, that deal should now close shortly.
>
> (b) "I met with the COO and he decided he wanted to do it in February (instead of
> May)," Sanderson said.
>
> (c) Sanderson said its database and application software business are [*sic*] strong.

---

[44] Plaintiffs' Contention Responses, p. 9, ¶10.  This was reported in "Oracle CEO Ellison Loses Voice, Misses 2
Public Talks in a Week," *Bloomberg News,* January 24, 2001, 5:24 PM.

(d) "Actually, our pipelines around applications and database have never been stronger," Sanderson said.[45]

2/13/01:  For example, in the sales area, in the sales automation area, I can now – Larry can look at, for example, our forecast on a global basis, our forecast around the world up to the minute at any level of detail that you want to see.... And if we go back in five minutes later and look at what our forecast is, it's different. Because some rep around the world has changed the forecast.  Now I can see every deal out there that my reps around the world are working.[46]

2/13/01:  Q. Sandy, I'm curious about this new sales forecasting you have, how that's working.
A. It's working great.
Q. As you get together every week and sort of roll up your numbers, the economy – what's the sense, what are you hearing from the field in terms of how – the economy and sales cycles, anything changing there?
A. We're actually – I guess I'd start out by saying that our pipelines are – at application and database have never been stronger.  And that continues to be the case.[47]

36.      Oracle had a residual return of 0.24 percent on February 13, 2001, which is not statistically significant.  Other news entering the market on February 13 included information related to Oracle's hosting of AppsWorld Paris in France and Goldman Sachs released the results of an IT survey it had commissioned.  AppsWorld Paris received several favorable mentions in the public press late in the trading day on February 13, 2001.  The Goldman Sachs survey revealed IT managers showed continuing purchase interest for Oracle's software as well as for the enterprise software of certain Oracle competitors.[48]  The study concluded that "IT managers continue to buy from the recognized leaders."[49]  Thus, other news that entered the market between close of market on February 12 between close of market on February 13 was generally neutral or positive.  The lack of a significant stock price increase suggests that the statements

---

[45] Plaintiffs' Contention Responses, pp. 11-12, ¶15.  This was reported in "Goldman Conference:  Its Stock Weak, Oracle Talks of Strong Business," *TheStreet.com*, February 13, 2001, 6:44 PM.  The quotations in the article from *TheStreet.com* were taken from Sanderson's speech, which ended no later than 4:30 PM.
[46] Plaintiffs' Contention Responses, pp. 11-12, ¶16.
[47] Plaintiffs' Contention Responses, pp. 11-12, ¶17.
[48] "Goldman Survey:  IT Spending To Grow 5%-10% This Year," *Dow Jones News Service*, February 13, 2001, 9:29 PM.
[49] Ibid.

identified in Plaintiffs' Contention Responses, pp. 11-12, ¶¶15-179, were not considered as new or did not significantly alter the total mix of information in such a way as to inflate the value of Oracle's stock as Plaintiffs allege.

**Exhibit 8**
**Earnings Results vs. Analysts' EPS Consensus Mean Forecast**
Source: *Factiva;* First Call



7/1/00      9/30/00

February

ITWO: 2000:Q3; 10/17/00
IBM: 2000:Q3; 10/17/00
PSFT: 2000:Q3; 10/17/00
MSFT: 2001:Q1; 10/18/00
ARBA: 2000:Q4; 10/19/00
CMRC: 2000:Q3; 10/20/00
SEBL: 2000:Q3; 10/24/00

10/31/00

BEAS: 2001:Q3; 11/14/00

11/30/00

ORCL: 2001:Q2; 12/14/00

12/31/00

ARBA: 2001:Q1; 1/11/01
IBM: 2000:Q4; 1/17/01
ITWO: 2000:Q4; 1/17/01
MSFT: 2001:Q2; (12/15/00), 1/18/01
CMRC: 2000:Q4; 1/18/01
SEBL: 2000:Q4; 1/23/01
PSFT: 2000:Q4; 1/30/01

1/31/01

BEAS: 2001:Q4; 2/22/01

2/28/01

ORCL: 2001:Q3; (3/1/01), 3/15/01

3/31/01

ITWO: 2001:Q1; (4/2/01), 4/18/01
SEBL: 2001:Q1; 4/18/01
MSFT: 2001:Q3; 4/19/01
IBM: 2001:Q1; 4/19/01
ARBA: 2001:Q2; (4/2/01), 4/20/01
CMRC: 2001:Q1; (4/4/01), 4/20/01
PSFT: 2001:Q1; 4/25/01

4/30/01

BEAS: 2002:Q1; 5/15/01

5/31/01

ORCL: 2001:Q4; 6/18/01

6/30/01

ITWO: 2001:Q2; (7/3/01), 7/18/01
SEBL: 2001:Q2; 7/18/01
IBM: 2001:Q2; 7/18/01
MSFT: 2001:Q4; 7/19/01
ARBA: 2001:Q3; 7/19/01
CMRC: 2001:Q2; (6/29/01), 7/20/01
PSFT: 2001:Q2; 7/24/01

Beat EPS[1]
Met EPS[1]
Missed EPS[1]

5/31/00   6/30/00   7/31/00   8/31/00   9/30/00   10/31/00   11/30/00   12/31/00   1/31/01   2/28/01   3/31/01   4/30/01   5/31/01   6/30/01   7/31/01

Note: Dates in parentheses indicate that a company pre-announced on that date; all other dates are earnings announcements.  SAP's First Call EPS consensus data is not reliable and was excluded from this table.  Based on press reports, SAP missed EPS estimates for the quarter ending on 9/30/00 and beat EPS estimates for the following 3 quarters.
[1] For fiscal quarters ending before 3/1/01, actual results compared to analysts' EPS consensus mean forecast two months before the end of the fiscal quarter; for fiscal quarters ending after 3/1/01, actual results compared to analysts' EPS consensus mean forecast as of 1/31/01.  Data provided by First Call.

# Exhibit 9
# Competitors in the Industry Index
# Stock Price Return on 3/2/01

Source:  *CRSP*; *Bloomberg*; Analyst Reports

| Company | 3/2/01 Return |
|---|---|
| 1. Ariba | -14.65% |
| 2. BEA Systems | -16.02% |
| 3. Commerce One | -14.19% |
| 4. i2 Technologies | -10.66% |
| 5. IBM | -3.54% |
| 6. Microsoft | -4.50% |
| 7. PeopleSoft | -20.55% |
| 8. SAP | -7.95% |
| 9. Siebel | -19.08% |
| Median | -14.19% |
| Average | -12.35% |

# Exhibit 10
# Oracle Corporation
## Closing Stock Price vs. Industry Index[1]
### 3/1/01 – 4/3/01
Source: *CRSP; Bloomberg*



Note:

[1] The Industry Index is pegged to Oracle Corporation's closing stock price on 3/1/01, $21.375.  The Industry Index is an equal-weighted index composed of:  Ariba, BEA Systems, Commerce One, IBM, i2 Technologies, Microsoft, PeopleSoft, SAP, and Siebel Systems.