**Harvard Business School**                        N9-601-043

September 5, 2000

# Oracle Corporation

> *We successfully hijacked IBM's e-business advertising campaign in 1997.  IBM created the category "e-business", but they failed to explain what e-business was.  We defined it.*
>
> Mark Jarvis, SVP Worldwide Marketing, Oracle Corporation

Gary Bloom, executive vice president, hurriedly left the crowded and hot pressroom.  It was the summer of 2000, the Thursday before the long July 4th weekend, and everyone at the press conference was antsy to get a story and go.  He had just announced and demonstrated the new features of Oracle 8i, the company's flagship database technology.  He also reported new developments in their application software.  But, as he left the press room, Bloom was frustrated; the press was only interested in Oracle gossip: Larry Ellison's wealth, Ellison's new home, the rivalry with Microsoft, anything but Oracle's products.  He thought:

> The press just doesn't get it.  We've got two compelling stories here:  our internet-enabled complete product set and our own internal use of these products to save over a billion dollars.  Instead, they focus on the things that just don't matter.

Oracle developed and sold business-operations software.  Using its own products in order to gain operational efficiencies, Oracle was well on its way to realize over $1 billion in savings in under a year.  In addition, the very act of saving all of this money was prompting unprecedented interest in Oracle's products.  Revenues were up, expenses were down, and the press was interested in talking trash.[1]

## Company Background and History

In 1977, Larry Ellison, Robert Miner, Edward Oates and Bruce Scott founded Software Development Laboratories, Inc. which built a commercial database management system for IBM

---

[1] The first question at the June 2000 Oracle press conference to unveil the new line of Oracle products asked about Oracle's purported involvement in sifting through Microsoft's trash to uncover suspicious activity in the infamous anti-trust trial.

*Professor Frances Frei and Research Associate Hanna Rodriguez-Farrar prepared this case as the basis for class discussion rather than to illustrate either effective or ineffective handling of an administrative situation.*

Copyright © 2000 by the President and Fellows of Harvard College.  To order copies or request permission to reproduce materials, call 1-800-545-7685, write Harvard Business School Publishing, Boston, MA 02163, or go to http://www.hbsp.harvard.edu.  No part of this publication may be reproduced, stored in a retrieval system, used in a spreadsheet, or transmitted in any form or by any means—electronic, mechanical, photocopying, recording, or otherwise—without the permission of Harvard Business School.

NDCA-ORCL 167134

mainframe computers.[2]  The Central Intelligence Agency commissioned the project, which it had code-named Oracle, a name Software Development Laboratories assumed in 1982.  Upon completion of the project, Ellison and his partners realized the lucrative business opportunity in developing and distributing their database software.  In the early years of Oracle, software engineers Miner, Oates and Scott concentrated on developing the database, while Ellison, on the other hand, brought in clients and directed the vision of the company.  On March 15, 1986, Oracle went public, one day after Microsoft's IPO.  Oracle grew rapidly; its revenues surged from $55 million in 1986 to $584 million in 1989, making it one of the largest independent software companies in the world.[3]  By 1989, it employed over 4,000 people in 24 countries, with headquarters in Redwood Shores, California, off of Highway 101, near the heart of Silicon Valley.

Ellison explained Oracle's early success:

> We aggressively pursued the market and growth because we thought we had to get up to a certain scale to survive the shake-up in the computer industry.  We pursued growth relentlessly.  Growth was the center of our culture for a long time.[4]

In order to obtain that growth, Oracle studied and attacked its competition.  Mark Jarvis, senior vice president of worldwide marketing, added:

> We analyze our competitors probably even more than they analyze themselves.  We go aggressively after them.  For example, look at our first ad: It showed a biplane labeled "IBM" and a jet plane labeled "Oracle."  That was it.  To be aggressive is in our corporate culture.

The Oracle database software was the company's core product, and Oracle sold it through a direct sales force dealing mostly with corporate Information Technology managers and other IT staff.  Oracle's marketing department generated leads to hand off to the sales force.  As Jarvis explained:

> First, you buy a list from somebody else.  Create, print and mail the piece to that list.  On average, each direct mail piece costs $2, which includes postage, printing as well as the cost of obtaining the list.  You send to 100,000 people so you're looking at $200,000.  Typically, a direct mail piece will yield a 1.5% response rate, and about 20% of the people who respond will buy.

Pricing for the Oracle software depended on the anticipated number of concurrent or named users.  Jeremy Burton, senior vice president of product marketing, described this situation:

> When Oracle started, IT managers bought our software based on the number of concurrent or named users.  We would ask the IT manager or the Chief Information Officer how many users would be needed for the project.  They would tell us 1,000, and even if the IT manager or CIO only deployed the software to 500 users, we would still get our money for 1,000 users.

---

[2] The database was based on research by Dr. E. F. Codd, "A Relational Model of Data for Large Shared Data Banks," *Communications of the Association of Computing Machinery*, 1970, Volume 13, Number 6, pp. 377-387.

[3] Standard & Poor's Industry Survey defined an independent software company as selling software only, no hardware  (www.netadvantage.standardpoor.com/netahtml/IndSur/cos/cos_0300.htm accessed July 13, 2000).  At the end of the Oracle fiscal year ending May 31, 1989, Oracle was the third largest software vendor. See "Tools, Applications Hold Growth Promise for Oracle," *Software Magazine*, August 1989, pp. 76-81.

[4] Rich Karlgaard, "Larry Ellison," *Forbes*, June 7, 1993 (www.forbes.com/tool/html/98/sep/0930/side2.htm accessed September 5, 2000).

NDCA-ORCL 167135

Oracle sold two kinds of licenses: perpetual and term.  The perpetual license lasted as long as the accompanying Oracle support contract was maintained.  Term licenses, on the other hand, were renewed yearly.  Burton explained the benefit of perpetual licenses:

> If a company bought the perpetual license and maintained their support contract—which provides upgrades, support and service—all upgrades of the software were free.  So, there are customers who bought Oracle years ago, and because they maintained their support contract, they are getting Oracle 8*i* for free.

In the late 1980s and early 1990s, Oracle enjoyed tremendous growth in the marketplace and industry.  But everything changed in the third quarter of 1990; Oracle reported a $15 million loss on $240 million in revenues, and had to restate its earnings twice during fiscal year 1991.  Between 1990 and 1991, Oracle's stock plummeted (see **Exhibit 1** for Oracle's historic stock performance and **Exhibits 3** and **4** for recent financial performance).  In response, Oracle laid off 400 people in its United States operations and reorganized its senior management team.  Gary Bloom explained what had happened:

> Incredibly, we were growing 100% a year, and we planned our expenses with this growth in mind.  Then, we had one quarter when we didn't grow as planned.  At the same time, we delayed the delivery of product.  So our competition got a leg up on us for a small window of time.  That caused us to miss the quarter.  Once that happened, it became obvious that our internal systems were broken since our rapid growth distracted us from focussing on our internal operations and infrastructure.  It's your typical high-tech case of 'we ran up and hit the wall.'

By July 1991, however, Oracle was on the mend.  The company worked on a new version of its database software, Oracle 7, which Ellison insisted would put Oracle back on secure footing against its competition, namely IBM, Informix and Sybase.  Oracle 7 introduced the ability to manage text, video, audio, and other data through a set of loosely connected servers.  As Ellison stated, 'Quality is absolutely the right strategy to kill our competition.'[5]  Oracle had a renewed commitment to producing a higher quality product, which was more stable and more easily scalable.  Bloom described the effect of Oracle 7:

> What saved Oracle in 1991 was the release of Oracle 7, which was miles ahead of the competition.  Oracle 7 killed the competition; it became so easy to sell our software.  We joked that a dog could sell this software.  Put a purchase order in a dog's mouth, send it into a building, and it would return with a signature.

While Oracle improved financially, the use of the Internet had begun to explode, further increasing the need for database software.  By 1999, revenue from database sales was $8 billion with Oracle and IBM tied for the top spot in market share.  (Refer to **Exhibit 2** for database market share statistics).

## Oracle Reacts To A Changing Software Market

In the mid 1990s, changes in the database market forced Oracle to react.  According to market research firm Dataquest, in 1996 database sales grew 20%, but by 1997 growth had slowed to half that rate.  At the same time, Microsoft released its rival to Oracle's database, its SQL Server, which sold at a much lower cost compared to Oracle.  With a low-cost alternative, Microsoft began to eat into Oracle's database market share.

---

[5] Don Clark, 'Change of Heart at Oracle Corp.,' *The San Francisco Chronicle,* July 15, 1992, p. B1.

NDCA-ORCL 167136

While databases housed the data for businesses worldwide, other software manipulated that information to help companies become more effective and efficient. The ERP (enterprise resource planning) and CRM (customer relationship management) software markets were the two largest such markets and Oracle attempted to be a dominant player in each. ERP applications automated back-office functions such as accounting and human resource management. In the 1990s, ERP was the hottest thing in business application software. Companies such as SAP, Baan and PeopleSoft, all major ERP vendors, became huge software successes with revenue growth near 60%. According to AMR Research, the ERP market was $20 billion in 1999 and projected to be over $65 billion in 2003.[6] (See **Exhibit 5** for ERP market share and revenues.)

While ERP was used for back-office functions, CRM handled many front-office operations such as sales force automation and customer data management. Growth in CRM in 1999 was dramatic as it replaced ERP as the next hot business software product.[7] In the late 1990s, the largest player in CRM software was Siebel Systems, Inc., a company founded by Thomas Siebel, a former Oracle employee. Siebel left Oracle in 1990 and started his company on an idea Ellison had initially rejected. Ellison accused Siebel of stealing Oracle technology. From that point on, the competition between the two companies in the CRM market was intense. Oracle added 900 programmers, the equivalent of 40% of Siebel's entire work force, to develop its CRM software in the hopes of taking the top spot in CRM market share.[8] (See **Exhibit 6** for CRM market share and revenues.)

Ellison knew how important it was for Oracle to make a significant move in the ERP and CRM software markets. He described why these software markets were important for business leaders:

> CEOs have come to hate IT because they can't get what they want from it. Every CEO wants to understand profitability per customer and to be able to detect dissatisfaction before the customer leaves. ERP and CRM software allow CEOs to do just that by turning information stored in databases into knowledge about consumers.[9]

The need for the database was the first step for effective technology solutions, but applications that made that data more meaningful and informative to the company were required to impact business performance directly. Bloom explained that an important implication of these applications was the rise of consulting.

> In the mid 1990s, companies had the choice of a lot of products to run both back office and front office operations. While Oracle had a complete product set, there were many so-called 'best of breed' single software vendor solutions, such as Ariba and Commerce One for procurement, or i2 for supply-chain management. Companies had lots of products and lots of technology but none of it was integrated. It takes a lot of people, time, effort and money to integrate all the products to work together. That's why IBM has 135,000 consultants in its systems integration business.

---

[6] AMR Research, Inc. was a Boston-based consulting firm. See Standard & Poor's Industry Survey, March 2, 2000.

[7] AMR estimated the CRM market to be $4 billion in 1999 and over $16 billion by 2003, Standard & Poor's Industry Survey, March 2, 2000.

[8] Julie Pitta, "Grudge Match," *Forbes*, June 23, 2000, (www.forbes.com/forbes/99/0920/6407050a.htm) accessed June 23, 2000.

[9] "ERP RIP?" *The Economist*, June 26, 1999 (www.economist.com/editoral/justforyou/19990626/su2532.html accessed July 13, 2000).

NDCA-ORCL 167137

### ìOracle Software Powers the Internetî

In 1995, Larry Ellison and Microsoftís Bill Gates had pitted their opposing visions of computing at the European Information Technology Forum in Paris. Gates maintained the importance of the PC as a communication tool. His view was that PCs would remain the preeminent device that would be hooked into a unified network. Ellison, on the other hand, had a different view:

> We believe the world is moving from a desktop point of view to a network-centric point of view; you donít need a device as complicated as a PC. You can get a terminal for as much as $400 to $500. A PC is a ridiculous device; the idea is so complicated and expensive. What the world really wants is to plug into a wall to get electronic power and plug in to get data.[10]

With this pronouncement, Ellison made his personal competition with Bill Gates more explicit; but, more importantly, he committed Oracle to developing its software for the Internet. Jennifer Glass, vice president of public relations, described Ellisonís pronouncements, ìLarry placed all his bets on the Internet without a safety net.î In addition to halting production of all non-Internet enabled software, Oracle immediately began production on network computersóthus entering the hardware market. The idea was to have the network computer as a ìdumbî terminal; everything the user needed could be housed on a server accessible through an Internet browser. Ellisonís vision described a futureówithout Microsoftódependent on Oracle database technology. By 1996, Ellison previewed the network computers at a well-publicized demonstration.[11] While Oracleís network computers never took off,[12] the production of their internet-enabled software did. By 1999, Oracle 8i, Oracleís internet-enabled database product, was announced. Prudential analyst Douglas Crook called Oracle 8i ìthe standard for e-business.î[13] Along with the database product, Oracle developed new Internet-enabled versions of all of their key software.

Oracleís Internet Applications Server (Oracle iAS) was the software that ran the applications that pulled data from the database. For example, a company could store the names, addresses and telephone numbers of its employees on Oracle 8i. A developer in the companyís IT department would then write an application which would cull the database to produce a telephone directory organized alphabetically by surname or by department or by length of service. Oracle iAS served as ìmiddlewareî through which the application manipulated information stored in the database.[14]

Oracleís Internet Developers Suite (Oracle iDS) was a developerís tool, which aided in the writing of applications. Essentially, Oracle iDS increased the productivity of programmers by

---

[10] ìEllison, Gates Jockey for Position on Info Highway at IDCís European IT Forum,î *Business Wire,* September 5, 1995.

[11] Michael Meyer, ìIs your PC too complex?î *Newsweek,* Volume 126, Issue 19, November 6, 1995, p. 101. ìOracle provides worldís first preview of the network computers,î *M2 Presswire,* February 29, 1996, accessed via Dow Jones Interactive September 5, 2000.

[12] Oracleís network computers was spun off into a separately held company, Network Computer International (NCI). NCI became Liberate Technologies in July 1999. Having eschewed the NC in 1997, Oracle was again a pure software company .

[13] Sam Jaffe, ìOracle: A B2B Rebirth That Few Foretold,î *Businessweek Online,* (www.businessweek.com:/ebiz/0004/es0406.htm accessed September 5, 2000).

[14] The middleware sector of the software market was growing more than 62% annually in the late 1990s. International Data Corporation, a US market research company, predicted that it would be worth $11.3 billion by 2004. In the 1990s, IBM dominated the middleware market, generating about $10 billion annually in related sales (Tom Foremski, ìOracle Targets Middleware,î *Financial Times,* June 28, 2000, p. 34).

NDCA-ORCL 167138

simplifying programming with features such as drop-down menus and programming wizards. Developers could download Oracle iDS for free from Oracle.com. Burton explained:

> Developers donít buy software; their managers do. So, we decided to give the product away for free to the developers who are key influencers in a company. They take our software out for a test drive and then go to their managers endorsing our products. If the developers use our software and get value out of it, then their managers will come buy it from us.

If a company did not have the developer expertise to write applications, Oracle also sold a collection of applications in its Oracle e-Business Suite, which automated many common business functions. In particular, e-Business Suite had a collection of applications that companies could implement and start using immediately.

By 2000 with all Oracle software running on the Internet, firms could give access to the software to virtually all of their employees. While this was a potentially enormous benefit to the firm, it complicated Oracleís pricing strategy. Traditionally, Oracle (like most software firms) charged companies for the number of named users that would access their software. However, since access was now gained through the Internet, it was very difficult to tell who used the software at any given time. In response, Oracle changed its pricing strategy. Instead of selling licenses per end user of desktop machine, Oracle instituted Power Unit Pricing. Burton explained:

> Because it was hard to tell how many users accessed software on the Internet, we switched to Power Unit Pricing, which based the price of the software on the power of the machine where it will sit. Our customers paid a specified amount per power unit with the power unit being one megahertz. If a company wants to support a million users, it needed to put our software on a more powerful machine than a company with only ten users. The pricing model was almost value-based pricing in that the more value you got out of the software, the more it would cost. For our customers, this pricing scheme made things much easier since it is easier to know the processing power of a companyís computers than it was to figure out the number of potential users of the software. The Power Unit Pricing allowed us to move from being a premium-priced, low-volume supplier of technology to being a lower-priced, higher-volume supplier of technology.

Bloom clarified Burtonís point:

> Our Power Unit Pricing is a pay-as-you-go model, which eliminated the incentive for customers to buy more capacity than they needed up front. We had a lower priced starting point, which allowed us to reach a broader market. Before, our database was too expensive for start-ups or small businesses. These companies would opt for Microsoftís SQL Server, but then when they grew, Microsoftís products couldnít scale up with them. Then, the company would have to convert to Oracle. Now, any business of any size can begin with Oracle products, which can grow easily with the business.

Additionally, since all of the software ran on the Internet, firms now had a choice of hosting the software themselves or having Oracle host it for them. With Oracle Business OnLine, Oracle provided the software via its server, hosted its clientís database information, and managed it for the company. By June 2000, Business OnLine had just 100 customers; however, Oracle expected this number to grow rapidly. To prepare for rapid scaling of this service, Oracle standardized all configurations. As Burton explained:

> As the IT industry matures, there will be less choice. But the benefit to companies using Oracle Business OnLine will be better quality service that will cost

NDCA-ORCL 167139

less.  Eventually, companies wonít need any technology infrastructure in order to scale their business.

Oracleís software business was the heart-and-soul of the company.  But, services such as consulting, support and education still played a central role in the organization.  Burton explained the relationship between Oracle software and Oracle services:

> We need a services organization to execute.  Itís critical.  But we are a software company, and we use services to sell more software.  Other software companies use their software to sell services.

## Oracle University: A Microcosm of Oracle

The changes in Oracle University since January 1999 served as a microcosm of larger alterations made at the company generally.  All the modifications to Oracle University and Oracle Corporation were a direct result of the gauntlet thrown down by Larry Ellison: ìsave a billion dollars and save it quickly.î

Oracleís revenues came from two sources: licenses from software and services.  Oracleís services business included consulting, support and Oracle University.  Oracleís education offerings were a key component in the companyís strategy, as Burton explained:

> Why does Oracle need to provide education?  Oracle University cultivates the skilled professionals who will grow the Oracle Economy.  Like consulting, we have education to sell more software, to get more skilled Oracle people into the marketplace, and to satisfy the increased demand of our products.

As John Hall, senior vice president of Oracle University elaborated:

> The Oracle Economy is five to twenty times our $10 billion business.  In other words, it consists of the other consulting, upgrades, and applications that function on top of Oracle technology.  In addition, over 10,000 business partners bet their business on Oracle every day.  Our biggest competitor is SAP, and 80% of their customers run on Oracle.

Education was therefore a key component of Oracle services, because technology products required professionals for implementation, maintenance and service.  Along with the sales of its software, Oracle offered a set of courses both online, and in instructor-led classrooms, which led to certification of developers and programmers.

In 1999, Oracle combined the disparate parts of the company that provided courses and education materials, and renamed it Oracle University.  Total staff for Oracle University was 2,500 full-time employees (FTE) in 143 countries.  Approximately 500,000 students enrolled in Oracle University, which consisted of 750 instructors, 400 classrooms, and 400 different courses.

When Oracle University was created, Ellison indicated that he expected it to play an important roll in the future of Oracle.  John Hall, SVP of Oracle University recalled:

> When I started around January 1999, Larry met with me every Friday at 2:00 to discuss what I had done *that week* to change the business.  Larry was very personally involved in turning around this business; he believes that education is a core competency business for Oracle.  No one should do better support and education on Oracle products than Oracle itself.

NDCA-ORCL 167140

Hall realized that Oracle University had to expand the adoption of Oracle technology.   He articulated the mission:

> The mission doesnít talk about margins or revenues.  Our goal is to make the Oracle Economy larger.  Today, in technology delivery, we are second only to IBM, which is about 5% ahead of us.  Our approach and goal is to become the worldís leading learning organization.  I expect Oracle University to be a $1 billion learning organization in the next three to four years with 55% margins.  About $860 million with 50% margin will derive from traditional classroom delivery; $150 to $160 million will come from online classes, which have 80% margins.

The pressure to indicate progress and show results at these weekly meetings gave Hall the support needed to implement drastic and sometimes painful changes.  In order to improve margins in Oracle University, Hall made significant changes in both front office and back end operations.  As he described:

> The first thing we did was we laid off 10% of the staff.  In 1999 the business was fat, unfocussed and operationally inefficient.  Next, we aggressively changed our sales model.  We went from 100% direct sales model to 75% web/telesales and 25% direct.  Direct sales for Oracle meant a person making calls and contacting customers.  In a two-week period of time, Oracle let go of 75% of the sales force, keeping only the best 25% of the sales reps and shifted everything else related to sales to the web and telesales.

> A great example of how we changed our back-end operations is our student registration system.  Before our back-end reorganization, we had 40 different student registration systems.  Using an Oracle product, Oracle Training and Administration, OTA, which is based on Oracle 8*i* database, we streamlined the registration down to *one* system with *one* back-up.  This allowed us to get rid of all the operations and systems around the world, giving us *tremendous* savings.  But even more important long-term is that I can have a better overview of the entire business.

Hall also made changes to Oracle Universityís curriculum; he described the alterations and their effects:

> We improved our offerings by moving the people who worked on curriculum into the product groups.  The idea was if they were further upstream in the product development process, they would be able to write better education materials, earlier in the cycle.

The transformation of Oracle University curriculum was fast, as were the results.  From 1999 to 2000, growth went from negative 10% to plus 7%.  The changes were painful but Hall attributed the quick turnaround to Ellisonís pervasive leadership and vision:

> You need a strong directive from the senior management team to make change happen.  You canít take incremental steps; you have to be bold and aggressive.  Most of the changes in staffing and the sales model happened in three weeks.  When things are done quickly, there is no time for politics, rumors, positioning, speculation, or anything else.  You want to get through the ugly stuff as quickly as possible.  Never do two riffs.  If you think you need to lay-off 50 people, riff 100.  The worst thing you can do for morale is to go though repeated cut-backs.

In line with its Internet strategy, Oracle announced its Oracle Learning Network, OLN, a subscription-based online education resource in October 2000.  Oracle uploaded four to six hours of new educational content to OLN weekly.  A subscriber or student paid $1,000 per year for unlimited

NDCA-ORCL 167141

access to the site. Hall described OLN as a continuing education extension to Oracle's certification process. The site was powered by a new Oracle technology, *iLearning*, a learning management system. Hall explained:

> *iLearning* is a software technology platform, or an extension of the database technology, that can be used to host all sorts of educational materials such as PowerPoint presentations, streaming video, and student assessment, and deliver that content over the Internet. It is linked on the back end to our OTA registration system. Unlike Oracle 8*i* or the applications, *iLearning* will be a universal piece of application code that won't be delivered to customers as a product, but will only be available in a hosted environment. This way, we can update the software every night without having to distribute patches, and that makes it easier for our customers too. By hosting the software, the process is easy: a customer signs up; we send along a URL; and the whole thing is up and running almost immediately. Since the customer's site is simply a number of pointers to URLs, the customer keeps their data but runs it through Oracle software that we host. Like OTN (Oracle Technical Network), we will give the software for free. Only when customers use it in production, we'll charge them.

Education has become 'cool,' Hall acknowledged, and increasingly important to both Oracle University and by extension Oracle the company:

> Education is now strategic because of the leverage it has. With a more robust and integrated education component, support costs decrease. Each interaction with a customer can be an educational moment.

## A Billion Dollars in Savings

> *Are you building our products? Are you servicing our products? Are you selling our products? If the answer is no, no, and no tell me again, very slowly, what it is you do? We are going to try to automate you away.*[15]

In June 1999, Larry Ellison made a daring public announcement: Oracle would save a billion dollars by the end of 2000 by transforming itself into an e-business. With such an ambitious goal stated, analysts at Morgan Stanley Dean Witter described Ellison's pronouncement as an example from the Cortès school of management. When Hern n Cortès landed in the Americas in 1511, he burned his ships in the night in order to align his crew with his own goal of settling in the New World.[16] Ellison similarly removed all non-e-business options in the company's operations, effectively removing paper from routine internal processes, in order to make his company deliver on its promise. Analysts remained skeptical, even after Oracle began to show positive results as early as November 1999, only four months into the transformation. Analysts at Morgan Stanley Dean Witter applauded the move as heading in the right direction, but derided the goal as a public relations stunt.[17] Gary Bloom remembered their reactions:

---

[15] Larry Ellison to Oracle employees. Quoted in Michael Moeller's, 'Oracle: Practicing What it Preaches,' *BusinessWeek Online*, August 16, 1999 (www.businessweek.com/1999/99_33/b3642135.htm) accessed June 23, 2000.

[16] Morgan Stanley Dean Witter Analyst Report, July 15, 1999, p. 1.

[17] Morgan Stanley Dean Witter Analyst Report, November 18, 1999, p. 4.

NDCA-ORCL 167142

> I had presented to the analysts how we were going to get the predicted savings. Later, I asked them if this was in their models. They laughed, and said that my presentation was positive sentiment at best.

Bloom persevered and provided some additional context for the cost savings:

> In the past, Oracle didnít spend money well. That was fine when we were growing 50 to 100% a year. At certain points in the past, the executive team had noted the high margins at other software companies. We were a bigger software company growing faster, and yet, we only had 20% margins. We knew there was something wrong with this picture. Isolated attempts at improving the margin helped, but these efforts were not sustainable. Once we, as a company, focused on improving the margin, what we found was a lot of low-hanging fruit. So, we captured those cost-savings immediately, giving us results quickly.

(See **Exhibit 7** for selected financials of Oracle and competition.)

The billion dollars in savings came primarily from two moves: automating operational tasks and providing self-service options for both employees and customers. Bloom described the implementation of self-service for employees:

> The self-service model for employees was an important first step since it was so easy to implement, and our employees loved it. A simple example is the expense report. Before, a sales rep filled out expense report paperwork, sent it to headquarters, then prayed for the best. Now, that same sales rep simply completes the forms on the web where the report can be tracked. Streamlining the expense report process by putting it on the web has realized over $6 million in direct savings. And the sales reps benefited directly because the reports were easier to complete and were processed much faster.

Self-service for employees was only half the picture. Oracle also set out to create self-service solutions for customers. Bijon Modanlou, senior manager of investor relations, described how customers were directed to the self-service convenience of the Oracle web site:

> Before, if a customer wanted to demo our software, a sales rep would have to set an appointment to do the demo in person. Now, when a customer calls, the telephone sales rep will ask for access to the customerís browser and over the phone, can walk the customer through the demo over the browser through Oracle.com.

The key to the Oracle.com web site was that software orders had the same interface whether a customer or sales rep entered the sales order. The online store was connected to the order management system, which created the same experience for everyone ordering at Oracle.com. Oracle sales, however, continued to rely on a sales force with incentives to sell. Burton explained how Oracle avoided traditional channel conflict:

> The incentives for our sales force didnít change. Sales are broken out by region, and all sales in a region are credited to the rep whether it was on the web store or through the sales rep.

The web offered easy and intuitive ways for Oracle to implement these self-service changes. But, the Internet and Oracleís own rethinking of its internal operations began to reveal other possible changes. Bloom characterized the next steps after implementation of self-service:

> We began to look at the global nature of our company and began to set policies at the top. We pulled HR, legal, sales administration, marketing, everything

NDCA-ORCL 167143

out of each country office and centralized them here at Redwood Shores. Now, a country manager is only responsible for selling product and servicing product. We now have a single system that serves everything.

By June 2000, Oracle's marketing department completed its centralization process. Mark Jarvis recounted what this meant for Oracle:

> Large organizations usually have a number of marketing departments related to each product. In our case, products are the same in every country so there was actually no reason why we should have fragmented marketing organizations. Before, money was spent multiple times on the same thing. For example, a direct mail piece was created in Oracle UK, and then recreated in Oracle USA. The result was wasted money left, right, and center. In addition, these multiple marketing departments impacted our brand in a negative way. At one point, the web sites at Oracle UK, Oracle France, and Oracle Spain differed not only in language, but also in color and use of the Oracle logo. What we learned was when lots of departments did marketing in isolation, there was enormous potential to get the brand wrong, to forward the wrong message, and to waste a lot of money.

Oracle went from 63 company web sites throughout the world to 17 sites by June 2000. By August 2000, that number was down to one web site: Oracle.com

The centralization of Oracle as well as its automation of manual, paper-intensive tasks turned the company into an e-business. Bloom described what Oracle did:

> We provide e-business software, and that is our differentiator. We offer the entire stack, which no other company can claim. Using that stack ourselves, *we* became an e-business, which meant we used Internet technology to transform the way we operated and managed our business. By being an e-business, we gained efficiency and better information about the business and our customers, and all of this happened at a substantially lower cost.

The transformation of Oracle had its challenges, which Burton expanded upon:

> The biggest challenge in becoming an e-business is not technical; it's cultural. Larry drove all this and started to centralize the whole organization. To do this, the person at the top has to push it through the whole organization. As we centralized the organization, the IT systems also became centralized. Then, business decisions were made from the top down. What this effectively did was bleed all the mediation out of decision making by using computers. Only the CEO can make these kinds of radical changes in a company.

Bloom related another example of how Oracle changed the culture.

> Shifting the country managers' responsibility was a big change. Prior to the change, country managers ran the piece of Oracle as if it was their own company. As their incentives were based on revenue, we had to change the expectations. So we shifted their incentives to be based on margins rather than revenue. Accordingly, other changes in how each country business was run could happen. For example, around the world across over 50 countries we used to have 97 email servers with almost 120 databases. Each CEO had a choice: free email through Redwood Shores, or pay to service an email server, which would directly impact *their* margin and subsequently *their* variable pay.

As Bloom described, immediate results were very effective at overcoming the challenges of change: "With fast results, our goals received immediate validation, which lessened the pain and

NDCA-ORCL 167144

made moving forward easier for everyone here at Oracle.î  (See **Exhibit 8** for highlights of changes and results.)

While Oracleís e-business transformation resulted in a billion dollars of savings, it also created more ìpullî for Oracle, which Bloom explained:

> This is one of these rare times when your expenses are declining but you are getting more revenue because of it.  Itís a transformation of our business, which resulted in tremendous cost savings.  It also grew our customer base because we now have better information about our customers and our sales pipelines.  The pull came from the story of our change *in combination* with the credibility gained by doing this kind of transformation in such a public way.  Itís the combination that made it a pull strategy.

Glass provided an analogy to further describe the move from ìpushî to ìpullî:

> The shift from push to pull is similar to what happened with HBO and their hit series ìThe Sopranos.î  For years, HBO ran ads trying to entice people to subscribe.  With ìThe Sopranos,î everything changed as people began to call HBO for subscriptions in order to get access to this one show.

Bloom further delineated how the pull strategy manifested itself in Oracle sales:

> The e-business transformation created pull in the high-end market.  Before, a sales rep worked with an IT manager who then had to sell the CIO, CFO or even the CEO on Oracle technology.  Now, we have CEOs looking at our e-business transformation and saying, ìLetís get Oracle technology to transform *our* business.î  With the CEO on board, everything moves much faster.  Now Oracle sales reps spend less time completing sales and more time getting new accounts.

The increased pull had direct effects on Oracle sales and sales strategy.  Burton described the change:

> Rather than hiring more sales people to handle the increased demand, we created the online store.  With an online store, however, comes price transparency.  We had to move to lower-priced software, but we needed to increase the volume of sales.  One way we increased volume was counter-intuitive: by giving developers our software for free, they then created more pull for our software.  So our margins are going up, not only because we are selling more, but also because our costs are dramatically going down.

In conjunction with giving Oracle software away to developers, Oracle used conferences and trade shows to peak interest amongst developers and programmers.  Oracle Technical Network, OTN, served as an online community, which had close to one million registered users as of May 2000.  Burton explained the thinking behind OTN:

> Developers are easy to please: they want free software and they want to make more money.  Through OTN, they get our software.  They get more information from Oracle and other OTN users about our software; all online.  Then, they can turn up at one of our testing sites and get certified.  By adding the certification to their resume, they can make more money.

While Oracle pulled developers through OTN, Oracle pulled the general public through increased branding.  Burton explained:

NDCA-ORCL 167145

> We spent a lot of money on brand: Oracle equals the Internet.  We did this by highlighting companies such as eBay and Yahoo! in our ads, making us an Internet play.

Bloom succinctly explained the importance of the new marketing strategy: ìIt gave us the branding of ëcool.íî

As the $1 billion savings created pull for Oracle, marketing changed.  Jarvis explained some of the alterations:

> We donít do direct mail anymore.  Instead, we now email C level executivesómeaning CEOs, CTOs, COOsóand we have a 76% response rate.  Rather than having seminars in hotels, we now host online seminars, which cost $1.92 per participant.  Even better, the online seminars have no limit on the number of attendees.  In the past, marketingís success was measured by the number of leads we generated for the sales force.  Now, we deliver much higher quality leads to the sales force.  Ideally, we will deliver less leads, and instead, weíll mature the customer through the online marketing, leading that customer to buy online.  As of August 2000, we are generating 14,000 leads a week out of marketing.  Iíd like to see us turn over 500 high quality leads to the sales force, with the remainder being matured online.

To better track its online marketing campaigns, Oracle developed software to monitor response.  The marketing portal software was yet another software innovation responding to Oracleís transformation as an e-business.  Oracleís Marketing portal gave the company an unprecedented ability to track the effectiveness of their efforts, with very detailed real-time information, such as how well marketing campaigns were performing,  and which sites helped to generate the most traffic.  (Refer to **Exhibit 9** for screen shots of Oracle Marketing Portal.)

Burton explained why any business should consider becoming an e-business:

> Companies need to turn into e-businesses now because they need to be able to make business decisions faster.  The Internet forces the need for speed.  Quick decisions cannot be made in a widely-distributed company.

## From Databases to Applications to What?

As Bloom neared the exit, an errant reporter accosted him with the question: ìSay you save that $1 billion you keep talking about.  Then what?  Save another billion?  How is Oracle going to remain competitive after it has achieved better margins?î

Startled by the reporterís forwardness, Bloom stopped to reflect.  He responded:

> Well, first of all, we *are* going to save that $1 billion, and more.  In fact, we are probably going to save $2 billion, and you can quote me on that.  What you need to understand is that we improved our margins by lowering expenses, which also grew our revenues.  So, yes, we will keep selling more software; we will keep delivering more software; we will keep implementing more software; and our customer base will grow.  Oracle has created a blossoming economy, the Oracle Economy, all built upon and dependent upon Oracle technology.
>
> How are we going to remain competitive?  Well, currently our customers use our software in three ways.  They can buy Oracle products and do everything themselves.  They can run everything in the Oracle shop, through Oracle Business OnLine, meaning Oracle provides the people, software and implementation

NDCA-ORCL 167146

Oracle Corporation

methodology. Finally, between these two extremes, we run all the software, like Oracle Business OnLine, except now at the companyís location using its floor space and disk space. Essentially, the last two examples describe Oracle hosting the software for a business, either in Redwood Shores or at the company.

Hosting provides our customers with a solution to ITís most pressing problem, namely, the labor shortage. If a company runs our software, minimally, it needs a database administrator, a systems administrator and an application specialist. This staff of three doesnít even provide 7 by 24 operations. Oracle Business OnLine allows companies to concentrate on their core business not the support business of technology. I see hosting as the key to Oracleís success in the 21st century.

NDCA-ORCL 167147

**Oracle Corporation**                                                                                                601-043

**Exhibit 1**   Oracle Stock Price

**Exhibit 2**   Database Market Share

Source: Global One Source accessed September 5, 2000.

NDCA-ORCL 167148

**Oracle Corporation**

**Exhibit 3**    Oracle Financials FY 2000-1997 (Year Ending May 31st; $ millions)

|  | FY 2000 | FY 1999 | FY 1998 | FY 1997 |
|---|---|---|---|---|
| Licenses | 4,447 | 3,688 | 3,193 | 2,897 |
| Services | 5,683 | 5,139 | 3,950 | 2,788 |
| **Total Revenues** | **10,130** | **8,827** | **7,143** | **5,685** |
| Cost of Goods Sold | 2,943 | 3,064 | 2,273 | 1,551 |
| SG&A Expense | 3,097 | 3,049 | 2,740 | 2,279 |
| R & D | 1,010 | 841 | 719 | 556 |
| Unusual Inc/Exp | 0 | 0 | 167 | 37 |
| **Total Expenses** | **7,050** | **6,954** | **5,899** | **4,423** |
| Int. Expense, Non-operating | 0 | (21) | (17) | (7) |
| Other, net | 7,043 | 131 | 100 | 27 |
| **Pre-Tax Income** | **10,123** | **1,983** | **1,327** | **1,282** |
| Income Taxes | 3,827 | 692 | 514 | 462 |
| **Net Income** | **6,296** | **1,291** | **813** | **820** |

Source: Global One Source accessed September 5, 2000.

NDCA-ORCL 167149

**Exhibit 4**    Oracle Quarterly Financials 2000 and 1999 ($ millions)

| | 4Q 2000 | 3Q 2000 | 2Q 2000 | 1Q 2000 | 4Q 1999 | 3Q 1999 | 2Q 1999 | 1Q 1999 |
|---|---|---|---|---|---|---|---|---|
| Licenses | 1,841 | 1,071 | 902 | 632 | 1,512 | 826 | 767 | 582 |
| Services | 1,534 | 1,378 | 1,419 | 1,352 | 1,431 | 1,253 | 1,289 | 1,167 |
| **Total Revenues** | **3,375** | **2,449** | **2,321** | **1,984** | **2,943** | **2,079** | **2,056** | **1,749** |
| Cost of Goods Sold | 726 | 707 | 753 | 757 | 813 | 792 | 780 | 679 |
| SG&A Expense | 990 | 717 | 745 | 646 | 1,081 | 670 | 694 | 604 |
| R & D | 270 | 256 | 248 | 236 | 243 | 210 | 201 | 188 |
| Unusual Inc/Exp | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Total Expenses** | **1,986** | **1,680** | **1,746** | **1,639** | **2,137** | **1,672** | **1,675** | **1,471** |
| Int. Expense, Non-operating | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Other, net | 6,570 | 440 | 16 | 18 | 21 | 37 | 30 | 22 |
| **Pre-Tax Income** | **7,958** | **1,209** | **592** | **364** | **827** | **444** | **411** | **300** |
| Income Taxes | 3,046 | 446 | 207 | 128 | 300 | 151 | 137 | 105 |
| **Net Income** | **4,912** | **763** | **384** | **237** | **527** | **293** | **274** | **195** |

Source: Global One Source accessed September 5, 2000.

NDCA-ORCL 167150

**Exhibit 5**    ERP Revenues (Market Share) [Revenue in $ millions]

|              | 1999          | 1998          | 1997          |
|--------------|---------------|---------------|---------------|
| SAP          | 5,439 (44%)   | 5,842 (51%)   | 3,430 (46%)   |
| Oracle       | 2,657 (20%)   | 2,090 (19%)   | 1,510 (20%)   |
| PeopleSoft   | 1,222 (13%)   | 1,314 (14%)   | 933 (13%)     |
| J. D. Edwards| 991 (10%)     | 979 (7%)      | 703 (9%)      |
| Baan         | 640 (5%)      | 732 (4%)      | 680 (9%)      |

Source: Brown Brothers Harriman & Co.; AMR Research Inc via Global One Source accessed September 5, 2000.

**Exhibit 6**    CRM Software Revenues (Market Share) [Revenue in $ millions]

|          | 1999        | 1998       | 1997       |
|----------|-------------|------------|------------|
| Siebel   | 791 (19%)   | 392 (17%)  | 208 (15%)  |
| Oracle   | 358 (10%)   | 120 (5%)   | 0 (0%)     |
| Clarify  | 231 (6%)    | 131 (6%)   | 88 (6%)    |
| Vantive  | N/A (5%)    | 163 (7%)   | 117 (8%)   |

Source: AMR Research via Global One Source accessed September 5, 2000.

NDCA-ORCL 167151

**Oracle Corporation**                                                                       601-043

**Exhibit 7**   Comparison of Gross Margins and Operating Margins

|  | FY 2000 | FY 1999 | FY 1998 | FY 1997 | FY 1996 | FY 1995 |
|---|---|---|---|---|---|---|
| **Oracle[18]** | | | | | | |
| Gross Margin | 71% | 65% | 68% | 73% | 74% | N/A |
| Operating Margin | 30% | 21% | 20% | 23% | 23% | N/A |
| **Microsoft[19]** | | | | | | |
| Gross Margin | 87% | 86% | 84% | 82% | 76% | N/A |
| Operating Margin | 48% | 50% | 44% | 41% | 34% | N/A |
| **SAP AG[20]** | | | | | | |
| Gross Margin | N/A | 58% | 45% | 51% | 48% | 61% |
| Operating Margin | N/A | 16% | 21% | 26% | 24% | 23% |
| **Computer Associates International[21]** | | | | | | |
| Gross Margin | 95% | 94% | 95% | 95% | 95% | N/A |
| Operating Margin | 45% | 47% | 48% | 40% | 36% | N/A |
| **IBM[22]** | | | | | | |
| Gross Margin | N/A | 37% | 38% | 39% | 40% | 42% |
| Operating Margin | N/A | 14% | 11% | 12% | 11% | 13% |

Source:  Global One Source accessed September 5, 2000.

**Exhibit 8**   Some Examples of Oracle Savings

| Business Area | Before | After |
|---|---|---|
| Email Operations | Worldwide:97servers, 120 databases, 500 employees | Worldwide: 2 servers, 4 databases, 100 employees; $11 million saved |
| Oracle ERP | 22 Databases | 3 Databases; $12 million saved |
| Oracle CRM | 60 legacy custom applications for sales, support and education | Global CRM implementation of Oracle Store, Telesales, Field Sales and Sales Compensation; $18 million saved |
| Desktop Support | 500 Desktop Support Staff | 100 Desktop Support Staff; $60 million saved annually |
| Employee Self-Service: eTravel | $41/non-web transaction; 200,000 transactions/year | $13/web transaction; $5.6 million saved |

Source: Company Information

---

[18] Oracle fiscal year ends May 31st.

[19] Microsoft fiscal year ends June 30th.

[20] SAP AG fiscal year ends December 31st.

[21] Computer Associates International fiscal year ends March 31st.

[22] IBM fiscal year ends December 31st.

NDCA-ORCL 167152

Oracle Corporation

**Exhibit 9**  Screen shots of Oracle Marketing Portal.

NDCA-ORCL 167153

**Oracle Corporation**                                                                                     **601-043**

**Exhibit 9**    (continued)

NDCA-ORCL 167154