ORACLE APPSWORLD (2/2001)
Literature & Welcome Kit

ORACLE
CONFIDENTIAL

ORCL 0046205

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 315354

TO INDEX PAGE

# ORACLE CORPORATION
## Oracle AppsWorld

**Feburary 19-23, 2001
New Orleans, LA**

ORACLE
CONFIDENTIAL

ORCL 0046206

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 315355

BACK TO COVER

# Table of Contents

Welcome Letter

OAW Schedule at a Glance

E-Business - How It Transforms A Typical
Business Into A Global and Profitable Competitor

Suite vs. Kit: What is the Difference?

Oracle Applications Facts - Highlighting Oracle
Applications Customers

How "Suite" It Is - Oracle's Billion Dollar
Saving Story

Recent Key Applications Announcements

Success Stories - From Dotcoms to Traditional
Businesses
- Drugemporium.com
- Cisco Inc.
- Oracle Cop.

Forrester Brief - Oracle Set to Out-Perform
Competition

Appendix A:
- Frequently Asked Questions
- Contact Page

Appendix B:
- Oracle at a Glance
- Oracle History
- Executive Bios

ORACLE
CONFIDENTIAL

ORCL 0046207

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

BACK TO INDEX PAGE

# Welcome Letter

Dear Journalist,

Welcome to New Orleans—the "Big Easy," the "city that care forgot" – considered one of most exuberant and memorable places to visit in the United States, and host of this year's Oracle AppsWorld (OAW), the first Oracle E-business applications conference, and the only applications conference supported by Oracle.

To assist you in getting the most out of your visit and the conference, Oracle has prepared this "welcome kit" to share with you our e-business story, why "the software powers the Internet," and why Oracle is the world's second-largest and fastest-growing supplier of applications software.

In addition, to provide you with an APAC-specific view of the landscape and to answer regional-related questions, there will be a mandatory meeting on Monday, February 19, from 3:00 p.m. to 4:00 p.m. at the W Hotel. A team of APAC PR staff and executives will provide you with an overview of the conference, daily arrangements, transportation and other conference logistics.

It is strongly recommended that you attend the executive keynotes and press conference sessions to obtain an in-depth understanding of Oracle and its announcements. I have included the list of executive keynotes / press conferences / Q&As at OAW for your reference. In addition, there will be four executive media roundtables available for you to interact with senior executives from Oracle Corporation. These roundtables are similar to the press conferences where you will have the opportunity to ask key Oracle executives questions pertaining to OAW-specific announcements and other applicable media related questions. Please find the schedule for the roundtables in the pages to follow. If you have additional questions pertaining to the media roundtables, please contact one of the APAC PR staff members as needed.

The APAC PR staff members will serve as your on-site support. In addition, Stacey Collins from Applied Communications, Oracle's public relations agency, will be available to answer any media-specific questions as appropriate. Contact information can be located at the end of this kit.

I hope you will enjoy your visit and maximize the opportunity to network and build resources with attending customers, executives, partners and colleagues. Again, I welcome you to OAW 2001 and colorful New Orleans.

Sincerely,

Ms. Manjit Kour
Senior Director, Global Communication Strategies, Oracle Corporation
manjit.kour@oracle.com

**ORACLE CONFIDENTIAL**

ORCL 0046208

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 315357

BACK TO INDEX PAGE

# OAW Schedule At-A-Glance

| | |
|---|---|
| 3:00 p.m. - 4:00 p.m.<br>**Location:**<br>Studio 1, 2nd floor, W Hotel | **APAC Welcome Session***<br>Chris Hummel, Vice President, Marketing & Business Development,<br>Oracle Asia Pacific Division<br>Dennis Jolluck, Vice President, E-Business Suite,<br>Oracle Asia Pacific Division<br>* *This meeting is mandatory for all APAC attendees* |
| 5:00 p.m. - 6:00 p.m.<br>**Location:**<br>Hall F, Convention Center | **Opening Keynote**<br>Bill Clinton, Former President of the United States |
| 6:00 p.m. - 9:00 p.m. | OAW Welcome Reception |

| | |
|---|---|
| 9:00 a.m. - 10:00 a.m. | **Opening Session (Launch of myoracle.com)**<br>Mark Jarvis, Senior Vice President & Chief Marketing Office, Worldwide Marketing, Oracle Corporation |
| 2:00 p.m. - 3:00 p.m.<br>**Location:**<br>Room 274, Convention Center | **APAC Press Roundtable #1**<br>Gary Roberts, Senior Vice President Global Information Technologies,<br>Oracle Corporation |
| 3:30 p.m. - 4:30 p.m.<br>**Location:**<br>Hall F, Convention Center | **Keynote**<br>Larry Ellison, Chairman and Chief Executive Officer, Oracle Corporation |
| 4:30 p.m. - 5:30 p.m.<br>**Location:**<br>#338-339 | **Press Q&A**<br>Larry Ellison, Chairman and Chief Executive Officer, Oracle Corporation |
| 6:00 p.m. - 7:00 p.m. | **Keynote session**<br>Mark Jarvis, Senior Vice President & Chief Marketing Office, Worldwide Marketing, Oracle Corporation |
| 7:30 p.m. - 10:30 p.m. | **Oracle AppsNet Appreciation Event** |

| | |
|---|---|
| 9:00 a.m. - 10:00 a.m.<br>**Location:**<br>Room 274, Convention Center | **APAC Press Roundtable #2**<br>Tim Chou, President, BusinessOnLine, Oracle Corporation |
| 11:30 a.m. - 12:30 p.m.<br>**Location:**<br>Room 274, Convention Center | **APAC Press Roundtable #3**<br>Mark Jarvis, Senior Vice President & Chief Marketing Office, Worldwide Marketing, Oracle Corporation |
| 1:00 p.m. - 2:00 p.m.<br>**Location:** | **Keynote session**<br>Ron Wohl, Executive Vice President of |

**ORACLE CONFIDENTIAL**

ORCL 0046209

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

| | |
|---|---|
| Hall F, Convention Center | Applications Development, Oracle Corporation<br>Mark Barrenechea, Senior Vice President, Customer Relationship Management Product Development, Oracle Corporation |
| 2:30 p.m. -3:30 p.m.<br>Location:<br>338-339 | **E-Business Suite Press Conference**<br>Mark Jarvis, Senior Vice President & Chief Marketing Office, Worldwide Marketing, Oracle Corporation<br>Ron Wohl, Executive Vice President of Applications Development,<br>Oracle Corporation<br>Mark Barrenechea, Senior Vice President, Customer Relationship Management Product Development, Oracle Corporation |
| 6:00 p.m. - 7:00 p.m. | **Keynote session**<br>Jeremy Burton, Senior Vice President, Worldwide Marketing, Oracle Corporation |
| 7:30 p.m. - 12:00 a.m. | **Oracle AppsWorld Appreciation Event** |
| 9:00 a.m. - 11:00 a.m.<br>Location:<br>Flannery O'Connor Room,<br>Sheraton Hotel | **APAC press conference**\*<br>Derek Williams, Executive Vice President, Oracle Corporation<br>Other Oracle APAC senior executives |
| 1:30 p.m. - 2:30 p.m.<br>Location:<br>Room 274, Convention Center | **APAC Press Roundtable #4**<br>Sandy Sanderson, Executive Vice President, Oracle Corporation |
| 3:30 p.m. - 4:30 p.m. | **Keynote session**<br>Sandy Sanderson, Executive Vice President, Oracle Corporation |
| 9:45 a.m. - 10:30 a.m. | **Keynote session**<br>Tim Chou, President, Business Online, Oracle Corporation |

**ORACLE
CONFIDENTIAL**

ORCL 0046210

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

BACK TO INDEX PAGE

# E-Business

## How It Transforms A Typical Business Into A Global and Profitable Competitor

### What is "e-business?"

The term "e-business" is heard and seen everywhere, from TV to magazines; but an e-business is more than a business with an "e" in front of its name. A true e-business is a business that utilizes the full power of the Internet to make its operations dramatically more efficient, less expensive and more flexible than ever before.

By using Internet technology, organizations are transforming into e-businesses and completely redefining business as we know it. As an e-business practically every aspect of the operations crucial to your business is going to change — from your business culture to the technology you use to the entire structure of the company.

Features of an e-business include:
- Entire organization is integrated and streamlined — from the store to the call center, from the warehouse to the suppliers. Business partners, employees, customers and suppliers are online and sharing the latest information.
- It has a 360 degree view of its organization and a comprehensive view of its customers, ultimately, improving decision-making and competitiveness.
- Lowers operating costs and improves accuracy of its data by providing self-service applications to customers and employees
- Works online with its suppliers facilitating supplier-managed inventory and providing products and services faster and cheaper than ever before
- Expands its marketplace globally

Following are different ways e-business can increase a company's bottom line:
- Improved Customer Service,
- Increased Customer Satisfaction
- Greater Customer Retention

As an e-business you're able to offer outstanding personalized service to each and every customer. Customers easily interact with your business 24x7x365 using self-service applications over the Web. And, as a completely integrated organization, you increase customer satisfaction with faster and cheaper delivery of products and services. Since customers are satisfied, this translates into greater customer retention.

### Lower Operating Costs and Better Quality Products/Services

Taking full advantage of the Internet (i.e. facilitating self-service for your customers, employees, and business partners) you will significantly cut costs in every area of your business. You have improved customer intelligence—so you know what your customers' want, and you have access to suppliers around the world who bid for your business—allowing you to pick and choose based on quality, price, date of delivery, etc. And, because you work online with suppliers, this translates into faster and cheaper delivery.

**ORACLE
CONFIDENTIAL**

ORCL 0046211

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

**Greater Business Efficiency**

As an e-business your entire organization becomes more efficient. Your systems are integrated, processes streamlined, and everyone is sharing the same accurate, timely information. You realize greater business efficiency because you: implemented 100% Internet technology, integrated all of your systems to create one comprehensive, connected value chain, consolidated your data and data centers and streamlined your administrative processes using self-service applications.

**More Competitive/Better Business Intelligence**

You are operating in a global economy; therefore, you are providing personalized products and services at the lowest possible price because you are accessible 24x7x365. You have the business intelligence to make accurate, timely decisions and the ability to monitor its impact across the enterprise. Your employees are focused on relationship building, improving service, and benefiting the company. You are more competitive than ever before.

Your supply chain, operations, and customer-facing systems are electronically connected giving you a new extended enterprise supported by suites of integrated, internet-enabled applications. You now employ the information generated by these systems to more efficiently run your operations and more effectively capture and retain customers. You can deliver insight throughout the organization, discover opportunities quickly, better understand business risks, and better align operations with corporate objectives.

**Broader Market Coverage**

When your home page is on the Internet, you have a global audience. No matter where your headquarters is located, your company is now accessible to the entire world.

**Fewer Administrative Errors**

As an e-business, your employees, customers and suppliers all perform transactions themselves using Web-based self-service applications. Self-service eliminates intermediaries and delays and significantly reduces administrative errors. No more lost paperwork.

## The Oracle E-Business Suite 11*i*

Businesses can now become e-businesses with Oracle E-Business Suite 11i, the latest version of Oracle's integrated front and back office enterprise applications. Oracle is the only company to offer a fully integrated E-Business Suite for enterprise-wide manufacturing and supply chain management, financial, project, human resource management as well as marketing, sales and service. This integrated suite, which also is available on a component basis, provides integrated enterprise information so that companies can get a full 360 degree view of their entire business including customers, partners and suppliers. With complete information—from initial contact with prospects through planning, production, and delivery, to post-sale service and support—the Oracle E-Business Suite 11i allows companies to better align strategic and tactical goals across the entire organization. More than 8,500 customers in 76 countries use Oracle Applications. Available in 29 languages, Oracle Applications allows companies to operate in multiple currencies and languages, supports local business practices and legal requirements, and handles business-critical operations across borders.

**ORACLE
CONFIDENTIAL**

ORCL 0046212

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 315361

BACK TO INDEX PAGE

# Suite vs. Kit

## What's the Difference?

When it comes to choosing enterprise applications, businesses must make a critical decision: integrated suite or "best-of-breed" solution?

Although some vendors argue the only way to benefit from a "best-of-breed" solution is to combine applications from several different vendors, Oracle believes a company's IT staff should not have to struggle to keep all the kit-style components together. What businesses many times underestimate is the time and cost of integrating these different applications.

Oracle created the E-Business Suite 11i to combat loss of efficiency and possible loss of revenue that many face while trying to assemble different technologies that are not meant to work together. Choosing between a unified suite of applications or a multiple-vendor approach is not simply a matter of software strategy. It's not just about how well your software works together. It's about how well your organizations work together. Sharing information is key to eliminating duplication of effort. Sharing information is key to achieving specialization and economies of sale. Sharing of information is key to standardizing business processes and implementing best practices. Sharing information between employees, distribution partners, and customers has already helped Oracle save over a billion dollars.

Oracle's approach to helping companies streamline their business is to provide customers with one integrated solution whereby they can benefit from having all application in one complete suite. Built on a single technology stack, Oracle's E-Business Suite 11i is designed to function seamlessly. With the E-Business Suite 11i, businesses receive the benefit of implementing the suite in as few as 90 days compared to the 9-12 month implementation cycle which is typical for many integrators.

Using Oracle's approach, businesses will see higher productivity, higher efficiency and lower administrative costs. Oracle's E-Business Suite 11i answers many problems faced by today's companies ready to become e-businesses tomorrow.

ORACLE
CONFIDENTIAL

ORCL 0046213

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 315362

BACK TO INDEX PAGE

# Oracle Facts

Highlighting Oracle Applications Customers

## Oracle Customers Top the Charts

**The Fortune 500:**
Communications: **10 of the Top 10**
Financial Services: **10 of the Top 10**
Manufacturing: **10 of the Top 10**
Pharmaceutical: **10 of the Top 10**
Healthcare: **9 of the Top 10**
Transportation: **9 of the Top 10**
High-Tech: **8 of the Top 10**
Specialty Retailers: **8 of the Top 10**

**And . . .**
88% of the 50 Companies Who "Get the Net"
94% of the Fortune e-50
87% of the USA Today Internet 100
7 of the Top 10 B2B Companies in the Forrester
Power Rankings

## Oracle Applications

Application Sales Up **66%** in Q2 FY01
Applications Business Generated in
FY00: **$2.69 Billion**
Applications Customers Installed:
**8,500+**
Applications-Dedicated Employees:
**10,000+**
FY00 Applications-related R&D:
**$336.6 Million**
Countries where Applications are
installed: **99**
Languages: **29**

**ORACLE
CONFIDENTIAL**

ORCL 0046214

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 315363

## Oracle E-Business Suite Successes

Covisint
Screaming Media
Output Technology
RxMarketplace
Vingage
Kingston Upon Hull City Council
Nupremis
Rapidigm
FerrousExchange
Acorn Paper Products
BULL
Chevron RMX
Fosters Brewing Company
HostCentric
JDS Uniphase
Papa John's International
Staff Leasing
ZapMedia.com
Agilera
MapInfo
NTT DoCoMo
MedChannel
Burlington Coat Factory
@Comm
Chipotle Mexican Grill
OfficeFurniture.com
AMETEK, Inc.
Tavolo
U.S. Department of Veterans Affairs
Akerlund & Rausing
Hellenic Post
Sallie Mae
Eve.com
Hostcentric
Applied Digital Solutions
Nantucket Nectars
Bollinger Shipyards
Hewlett-Packard
US Small Business Association
... and many more

**ORACLE CONFIDENTIAL**

ORCL 0046215

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 315364

Stock Performance

## Oracle Software Powers...

**Education** - 49 of the top 50 U.S. universities run Oracle
**Financial Services** - 10 of the top 10 financial services companies run Oracle
**Health & Pharmaceutical** - 10 of the top 10 health and pharmaceutical companies run Oracle
**High Technology** - 8 of the top 10 high tech manufacturers run Oracle
**Manufacturing** - 10 of the top 10 manufacturing companies run Oracle
**Media & Entertainment** - 9 of the 9 media companies on the standard 100 run Oracle
**Retail** - 8 of the top 10 Fortune 500 specialty retailers run Oracle
**System Integration** - 8 of the 10 i-builders on the standard 100 run Oracle
**Telecommunications** - 10 of the top 10 telecommunications companies run Oracle

Transportation - 9 of the top 10 transportation companies run Oracle
88% of the 50 Companies Who "Get the Net"
94% of the Fortune e-50
87% of the USA Today Internet 100
7 of the Top 10 B2B Companies in the Forrester Power Rankings
98% of the Fortune 100 use Oracle for e-business
10 of the World's Largest Websites - from Amazon to Yahoo - rely on the Oracle Database
9 of the World's Top 10 B-to-B e-businesses
93% of all Internet IPOs
Oracle Powers 75% of all Independent Internet Exchanges

**ORACLE
CONFIDENTIAL**

ORCL 0046216

**CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER**

NDCA-ORCL 315365

BACK TO INDEX PAGE

# How "Suite" It Is

## Oracle's Billion Dollar Saving Story

Last Year, Oracle Saved $1 Billion Dollars – This Year It Is Challenged to Repeat The Victory

In this era of surging corporate growth, organizations have responded by increasing the size and the complexity of their client/server infrastructure and by adding more information-technology (IT) personnel to handle the corresponding increase in maintenance. However, a distributed client/server IT model creates expensive redundancy, uncontrolled spending, and productivity inefficiencies. In addition, IT maintenance spending increases. Oracle Corporation is using a centralized e-business model to consolidate and collapse its IT infrastructure, allowing the company to reduce costs, maximize productivity, and provide vastly improved IT service. Oracle's results serve as a model to other organizations wishing to transform their own IT operations to the new e-business model. Last year, using this centralized e-business architecture, Oracle saved $1 billion. What's more is that Oracle plans to save another $1 billion this year.

At the end of the fiscal year 1999, Larry Ellison, chairman and CEO of Oracle Corporation, announced to a room of 50 journalists, that he wanted to cut Oracle's operating expenses by $1 billion. He pointed to Gary Roberts, senior vice president, global information technologies, and said, "make it happen." Roberts was assigned the unthinkable – transform a $9 billion behemoth into a lean, mean e-business machine.

A review had indicated that Oracle was spending $600 million annually on global IT operating and supporting costs for its 1,500 IT employees. Convinced this scenario would improve by making Oracle the best example of its own e-business solutions, Ellison and Roberts guided Oracle through a revolutionary change. By using a centralized e-business model to consolidate and collapse its IT infrastructure, Oracle was able to reduce costs, maximize productivity and provide vastly improved and efficient IT service. The transformation led to a massive reconstruction not only of its internal data management, including sales leads, expense reports and technical support, but also of its product development process. Oracle's 43,000 employees had now become expert beta testers of their newest products.

Oracle's e-business transformation continues on into the coming year, with Larry Ellison's extended promise to save another $1 billion during fiscal year 2000. Oracle was able to assemble all of its IT operations in 100-plus offices, in 58 countries into just three data centers, located in the United States, United Kingdom and Singapore. This year, Oracle will become a leaner, meaner e-business machine.

**ORACLE**
**CONFIDENTIAL**

ORCL 0046217

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

BACK TO INDEX PAGE

# Recent Key Applications Announcements

Below is a summary and selection of 13 of the most significant application announcements made by Oracle over the last six months. All these releases are available in Oracle's web press room at
http://www.oracle.com/corporate/pressroom/html/

## Oracle Teams With Wells Fargo for Business-to-Business Financial Services
### January 29, 2001

Oracle Corp. today announced that it is working with Wells Fargo & Co. to integrate Oracle's B2B Exchange software with Wells Fargo's financial services for e-marketplaces. Integration is expected to provide Oracle Exchange users with a range of Internet-enabled B2B commerce services including credit, electronic payment and settlement, and digital certificate-based trust services.

## Major Expansion of Oracle ® E-business suite signals next phase of B2B Collaboration
### January 16, 2001

Oracle announced the immediate availability of a complete offering of applications that enables online collaboration between all of a company's employees, customers, partners and suppliers. Recognizing that the power of exchanges goes far beyond procurement marketplaces, these new applications extend the capabilities of the Oracle ® E-Business Suite to collaborative functions that enable all business partners to interact and collaborate on key business activities over the Internet. The new collaborative suite includes Oracle Supply Chain Exchange, Oracle Transportation Exchange, Oracle Product Development Exchange and Oracle Exchange Marketplace, enabling a many-to-many collaborative environment. Oracle Supply Chain Exchange connects trading partners with disparate enterprise systems to enable real time inter-enterprise event management, collaboration, performance measurement, and synchronized planning and optimization. Oracle Transportation Exchange will help shippers and transportation providers to better communicate, collaborate and plan their transportation requirements. Oracle Product Development Exchange addresses every area of collaborative product development, including product information management, document management, project collaboration and product development intelligence. Oracle Exchange Marketplace supports design, planning and logistics throughout the business process lifecycle.

**ORACLE CONFIDENTIAL**

**ORCL 0046218**

## Oracle® Supply Chain Exchange Now Available
## January 16, 2001

Oracle announced the immediate availability of Oracle Supply Chain Exchange, a highly customizable B2B solution that provides users with advanced capabilities for collaborating, planning and optimizing supply and demand across their extended supply chain. OSCE complements Oracle's existing supply chain management applications including Oracle Supply Chain Planning and Advanced Planning and Scheduling. Oracle Supply Chain Exchange, the central part of the Oracle Exchange platform of products and services, connects trading partners with disparate enterprise systems to enable real time inter-enterprise event management, collaboration, performance measurement and synchronized planning and optimization. Oracle Supply Chain Exchange, designed for low-cost Internet deployment, was developed on an open architecture platform based on industry standards (XML, OAG) and features open API's for integration with legacy ERP and APS systems, private or public exchange environments.

## New Oracle ® Offering Brings B2B Collaboration Online for Shipping and Transportation Operations
## January 16, 2001

Oracle unveiled Oracle Transportation Exchange, the latest collaborative business to business (B2B) application of the Oracle E-Business Suite. Oracle Transportation Exchange will help companies that distribute goods (shippers) and transportation providers to better communicate, collaborate and plan their transportation requirements. By moving business operations to an online, collaborative model, shippers and transportation providers can significantly reduce delivery lead times and respond quickly to changing market conditions. Oracle Transportation Exchange offers complete capabilities to manage logistics operations, include: Transportation Souring, Transportation Execution and Supply Chain Collaboration.

## More than 30 Companies join launch of Oracle ® Exchange Partner Initiative
## January 16, 2001

Oracle announced the Oracle Exchange Partner Initiative (OEPI), a comprehensive partnership program for online business-to-business collaboration. Oracle Exchange Partners will provide a range of integrated value-added services for Oracle Exchange operators, suppliers and buyers worldwide. The services offered by these partners, who range from independent software censors and content providers to financial institutions and transaction delivery companies, will be integrated into the Oracle Exchange platform. More than 30 companies have already joined the program and are participating in its launch. Partners will offer four types of services that encompass a broad range of B2B business processes, including: Commerce Services, Enablement Services, Business Services and Portal Services.

**ORACLE**
**CONFIDENTIAL**

ORCL 0046219

**CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER**

## Oracle Q2 Customer Additions Drive Growth in Applications and Database Software
### December 14, 2000

Oracle announced the addition of several applications and database software customers during the second quarter of its fiscal year 2001. The following customers purchased the Oracle E-Business Suite during Q2: American General Corporation, Compaq Computer Corporation, JDS Uniphase Corporation and Leitch Technology Corporation. [During the quarter, Oracle registered strong revenue growth for its E-Business Suite and Internet Platform Software. The company continues to build momentum as savvy businesses from across the globe choose Oracle software to help transform their businesses into true e-businesses.

## Oracle E-Business Suite Provides Access to Dun & Bradstreet's Global Business Information
### December 13, 2000

The integration of Dun & Bradstreet's intelligent business information with the Oracle ® E-Business Suite was announced by Oracle. The offering will enable companies to quickly access customer information from Dun & Bradstreet's database of more than 60 million businesses worldwide to reduce transaction costs, remove redundancies and build profitable, quality business relationships with customers and business partners. The Dun & Bradstreet (D&B) database is the world's largest and most comprehensive global business information repository. By embedding D&B information with Oracle Receivables, data is obtained and maintained directly in the application database, without the need to install additional software or fire integration consultants. The combined offering of Dun & Bradstreet and the Oracle E-Business Suite consists of two components: an online component and a batch load component, both of which are seamlessly integrated in Oracle's E-Business Suite.

## Covisint and Oracle Ink Landmark B2B Agreement
### December 13, 2000

Oracle and Covisint have finalized a strategic technology and licensing agreement. Under the terms of the agreement, Oracle will provide Covisint with the business-to-business (B2B) software necessary to support and manage the company's B2B activities. Covisint will implement the Oracle ® E-Business Suite, Oracle Exchange Marketplace, Oracle technology platform (including the Oracle database and application server) and Oracle Internet Developer Suite, following Oracle's vision of building a complete B2B 'e-hub' infrastructure. As part of the agreement, Oracle receives an equity position in Covisint, LLC. This transaction was closed in early December and will be recognized as revenue in Oracle's fiscal third quarter, which closes February 28, 2001. In addition to implementing the Oracle Exchange Marketplace, Covisint has licensed and standardized on the Oracle E-Business Suite to run all internal business operations.

**ORACLE**
**CONFIDENTIAL**

ORCL 0046220

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 315369

## Oracle Continues to Drive Its E-Business Transformation, Live on Oracle® Internet Marketing Applications
### December 4, 2000

Oracle announced that Oracle ® Marketing Online, a complete set of marketing automation, analysis and multi-channel execution tools, is now being used by its global marketing organization in 58 countries worldwide. This demonstrates Oracle's continued move towards becoming a complete e-business by leveraging its own E-Business Suite. The deployment of Oracle Marketing online will allow Oracle to leverage a single, global system for worldwide marketing initiatives for consistent and effective marketing communications. Oracle Marketing Online will allow Oracle to budget, design and execute consistent marketing campaigns across all channels, including the web, e-mail, direct mail, advertising, public relations, and in all region around the world. Oracle Marketing Online integrates with other parts of the E-Business Suite, such as Oracle Sales Online, Oracle Telesales, Oracle iStore, and Oracle Order Management, to allow the marketing team to follow leads as they are processed through the application and are followed up by the sales force.

## Hitachi Data Systems Embraces Oracle® E-Business Suite
### November 15, 2000

Hitachi Data Systems (HDS), a wholly owned subsidiary of Hitachi, Ltd., is deploying key components of the Oracle E-Business Suite to bring its core business functions to the Internet. The comprehensive Oracle implementation will streamline and transform HDS supply chain optimization, human resources and customer relationship management processes. With assistance from Oracle Consulting, HDS is deploying Oracle Advanced Planning and Scheduling to enable collaborative supply chain optimization. Specifically, Oracle Advanced Planning and Scheduling will allow HDS to share critical information with suppliers and customers such as demand forecasts, material and capacity availability and production schedules, globally and in real-time.

## Oracle and Citigroup Announce Global Alliance for B2B Commerce
### November 14, 2000

Oracle announced the signing of a multi-faceted strategic alliance agreement with Citigroup, the premier global financial services company. Citigroup provides some 100 million customers, corporations, governments and institutions in 100 countries with a broad range of financial products. Citigroup intends to integrate Citibank's payment and settlement capabilities into Oracle's market exchange. In addition, Citigroup intends transact internal spending through Oracle's open marketplace OracleExchange.com, as well as implement the Oracle ® Internet Procurement solution worldwide and market OracleExchange.com services to its corporate client base. An additional significant aspect of this agreement is that Citigroup will market Oracle's exchange services to its global supplier and corporate customer base via the Oracle/Citigroup co-branded Web site, thereby extending efficiencies and benefits to its global corporate and financial institution customers.

**ORACLE CONFIDENTIAL**

ORCL 0046221

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

NDCA-ORCL 315370

## Oracle Delivers Powerful E-Business Solutions to Q1 Customers Around the World
### September 14, 2000

Oracle announced key customer wins signed during the first quarter of its fiscal year ending August 31. New customers of select Oracle E-Business Suite applications include Agilent Technologies, Dataram Corporation, Diversified Computer Consultants, Envera, Intelitouch.com, Inc., Intertek Testing Services NA, Inc., JDS Uniphase, myFaciliites.com, New America Marketing, Outpost.com and Stagecoach Holdings Plc. Oracle continues to build momentum as businesses around the world choose Oracle ® Internet software to operate at unprecedented levels of speed and efficiency. Increasingly, businesses are looking for an end-to-end integrated solution to automate all of their business practices on the Internet.

## Oracle Teams Up with GE Capital Commercial Services to Assure Timely Payment to B2B Exchange Suppliers
### September 6, 2000

GE Capital Commercial Services, a global provider of working capital and accounts receivable services, will offer payment protection and billing services to suppliers on Oracle® powered industry and private exchanges to streamline the payment and collection process. GE Capital's international Exchange Payment Facility will help manage the financial risks of suppliers on OracleExchange.com, an open, horizontal marketplace and other affiliated exchanges, built on the Oracle Exchange Platform, by assuring that sellers will receive timely payments consistent with the terms of each invoice. The agreement with GE Capital Commercial Services signifies the first of many partnerships in the area of financial services for the Oracle Exchange platform.

## OracleSalesOnline.com Explodes Out of the Gate with over 400 Live Customers
### August 28, 2000

Oracle announced today that over 400 large to medium enterprise in over 15 countries are actively managing their sales activities with OracleSalesOnline.com, the new, free online service that provides businesses with immediate access to Oracle's enterprise-strength sales automation products. OracleSalesOnline.com appeals to companies of all sizes, from start-ups to Fortune 500's and from all sectors of the market, including financial services, telecommunications, consumer-packaged goods, consulting services and technology. OracleSalesOnline.com delivers Oracle's sales automation applications via the online model using the same enterprise application traditionally delivered on a CD.

**ORACLE**
**CONFIDENTIAL**

ORCL 0046222

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 315371

BACK TO INDEX PAGE

# Success Stories

## From Dotcoms to Traditional Businesses

DrugEmporium.com
http://www.drugemporium.com

"Combine that kind of product granularization with some kind of user profile, and you can really begin to target and narrow the potential set of products for individual consumers, allowing them to get where they want to go very quickly." —Jim Schanzenbach, Director of IS, DrugEmporium.com

DrugEmporium.com is a leading deep-discount retailer of brand-name health and beauty items, over-the-counter medications, prescription drugs, greeting cards, cosmetics, vitamins, and consumable products. The first Drug Emporium store opened in Columbus, Ohio, in 1977. Today, the company operates 141 Drug Emporium, F&M, and Vix drugstores and franchises an additional 52 Drug Emporium stores. The combined revenues of its franchise and corporate markets exceed $1.3 billion.

DrugEmporium.com expects its Oracle/Sun solution to keep pace with multiple parallel inquiries from potentially hundreds of thousands of simultaneous users and help the company offer the lowest-possible price, best selection of products, and same-day shipping that will position DrugEmporium.com for online success.

Source: "The Product is the Service," Oracle Magazine Traditional Business Success Story

Cisco Systems, Inc.
http://www.cisco.com

Cisco Systems, whose revenues now exceed $10 Billion, is the worldwide leader in networking products, including routers, LAN and ATM switches, dial-up-access servers, and network-management software. These products, integrated through the Cisco IOS software, link geographically dispersed LANs, WANs, and IBM networks.

Cisco has used Oracle Applications such as Oracle Manufacturing and Oracle Financials to support its major business initiatives, improve time-to-market for its products, manufacture new products faster, and ramp up production.

Source: "Cisco Systems: Mapping the E-Commerce Route" Oracle Magazine, May 1999

**ORACLE
CONFIDENTIAL**

ORCL 0046223

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

Success Story - Oracle Corporation
http://www.oracle.com

Company Description:
Oracle Corporation, headquartered in Redwood City, California, is the world's second-largest software company and the number-1 supplier of software for enterprise information management. It has over 41,000 employees worldwide.

To maintain its fast-paced business operations, Oracle runs its multibillion dollar enterprise with its own products. With a peak usage of 2,500 concurrent users-and a total user population of more than 22,000-Oracle currently has one of the world's largest Release 11 implementations. The solution enabled Oracle to save $1 billion in information-technology costs by consolidating operations in 58 countries into three regional data centers. In addition, Oracle has streamlined its business processes using Oracle Self-Service Web Applications and shortened the close cycle through the use of a global consolidation transaction-approval system.

Click here to read the white paper and find out why Oracle switched from a distributed client/server model, with its many inefficiencies, to the vastly more productive and cost-effective e-business model. Statistics, test cases, and a wealth of technical information round out this informative study.

**ORACLE**
**CONFIDENTIAL**

ORCL 0046224

**CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER**

NDCA-ORCL 315373

BACK TO INDEX PAGE

# Oracle Set to Out-Perform Competition

Click to view Forrester Brief

ORACLE
CONFIDENTIAL

ORCL 0046225

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 315374

## FORRESTER    THE   FORRESTER   BRIEF



DECEMBER 15, 2000

# Oracle Set To Outperform Competition

While the Nasdaq drops to an all-year low, Oracle is reporting remarkable results. The software vendor's bet on two horses -- applications and databases -- paid off. This all-integrated approach will make Oracle outperform any best-of-breed technology vendor in the long run.

**By Charles Homs**

With Julie Meninger

**European Research Center**

Forrester Research B.V.

Emmaplein 5

1075 AW Amsterdam

Netherlands

Tel: - 31 20 305 43 00

Fax: + 31 20 305 43 33

With application sales up 66% and overall revenue up 62% for its second quarter, compared with the second quarter of last year, Oracle is destined to outperform SAP within two years. And its sturdy database business still outperforms any competitor. Even with Oracle doubters like former Intel CEO Andy Grove voicing their lack of confidence, Larry Ellison, Oracle's CEO, is on track to become the richest man in the world. How?

- **An all-integrated apps approach will always win over best-of-breed.** Although no one can downplay the results of Siebel -- customer relationship management champion and Oracle's fiercest competitor -- all-integrated vendors like SAP and Oracle will catch up by offering solid functionality. And although Oracle may not necessarily offer top-notch functionality today, enterprises require integrated solutions to participate in eBusiness networks. Last year's online Christmas sales in the US prove that selling online with a disconnected supply chain environment leads to unhappy customers (see the December 29, 1999 Forrester Brief "Users Face Gaps In Holiday Shopping Experience"). Companies should not be attracted by sexy stand-alone applications that create integration nightmares (see the April 2000Forrester Report "eMarketplace Hype, Apps Realities").

- **Real transaction processing beats TPC benchmarks.** Microsoft is the only vendor to tune its office apps completely to its operating system, Windows. Similarly, Oracle is the only software vendor that can tune its enterprise app to the Oracle database, thereby outperforming any database vendor in real -- not laboratory -- transaction throughput. Although theoretical Transaction Processing Council measures make Microsoft the temporary winner in the speed game, it will

**ORACLE CONFIDENTIAL**                    **ORCL 0046226**

Headquarters: Forrester Research, Inc., 400 Technology Square, Cambridge, MA 02139 USA 617/497-7090 Fax: 617/613-5000

Atlanta • Amsterdam • Chicago • London • New York • San Francisco

www.forrester.com  Email: forrester@forrester.com

**CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER**

**NDCA-ORCL 315375**

only be a matter of time before Oracle9*i* catches up -- and no other enterprise vendor comes close to tuning its apps to databases.

With B2B eCommerce set to hit $4.4 trillion by 2004, firms need massive investments in both enterprise applications and databases (see the February 2000 Forrester Report "eMarketplaces Boost B2B Trade" and see the December 1999 Forrester Report "Europe: The Sleeping Giant Awakens"). Transaction volume will overflow and companies will end up with bigger databases to analyze eBusiness trends on the fly -- and Oracle will be able to supply the total environment for that.

**ORACLE CONFIDENTIAL**

© 2000, Forrester Research, Inc. All rights reserved. eBusiness Voyage, Forrester, Forrester eResearch, Netquity, PowerRankings, Technographics, and Voyage Advisor are trademarks of Forrester Research, Inc. All other trademarks are the property of their respective companies. Forrester clients may make one authorized copy or slide of each figure contained herein. Additional reproduction is strictly prohibited. For additional reproduction rights and usage information, go to www.forrester.com. Information is based on best available resources. Opinions reflect judgments at the time and are subject to change.

*11387*

**ORCL 0046227**

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

**NDCA-ORCL 315376**

BACK TO INDEX PAGE

# Frequently Asked Questions

**Q: What is the Oracle Applications World (OAW)?**
A: OAW is the first annual e-business applications conference dedicated to e-business applications, strategy and technology. The event provides attendees the opportunity to:

- UNCOVER the winning strategies of today's top e-business performers
- EXPLORE industry trends and opportunities
- REVEAL state-of-the-art e-business technology & applications
- PARTICIPATE from more than 500 different educational sessions, exhibits, and product demonstrations, as well as a wide variety of tracks and special networking events
- NETWORK with peers at special evening events

The event is being held at the Ernest N. Morial Convention Center, New Orleans, Louisiana. For more information on OAW, please visit the following Web site:
http://www.oracle.com/appsworld

**Q: What will this year's OAW cover?**
A: In addition to meeting industry visionaries and Oracle senior executives, you can choose from six unique tracks to create your own conference experience. These sessions will provide a comprehensive roadmap to implement e-business strategies. In addition, they will cover tips, techniques, and best practices on how industry leaders are using, implementing, and profiting from e-business.

E-Business Strategies
E-business leaders will demonstrate to executives how to create, employ, and sustain an e-business strategy that's right for their company and their business space. The focus will be on investing in the right software and services, overcoming cultural concerns, recognizing and deflating potential barriers, reaping the huge savings and return on investment, and building for the future.

E-Business Inside
Optimize every link in the e-business chain from Financials to Human Resources to strategic enterprise management. Presenters will share their real life experiences on the business issues and operational effectiveness of all modules in Oracle's E-Business Suite.

Just B2B
Become a part of the B2B revolution. Learn how to leverage exchanges, supply chain management and other technology crucial to B2B management including Internet Procurement, Order Management, Agile Manufacturing, and Advanced Planning and Scheduling.

Think Customers
How do you transform your business from a collection of discrete information pods to one integrated, interactive, customer-centric profit center? Learn how Oracle's E-Business Suite can help you build a seamless system, capturing

**ORACLE**
**CONFIDENTIAL**            ORCL 0046228

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

critical information utilizing customer-facing products such as Marketing, Sales, Service, and Interaction Center.

Online E-Business Services
Joining the Application Service Provider (ASP) revolution may be the most critical business decision of the decade. Today, instead of purchasing hardware and software, small and mid-sized companies purchase and utilize online hosting services. But concerns are inevitable. Will my data be secure? Are the systems reliable? Will my business have the functionality it needs? Skilled ASP experts will explain why the answer in each case is a resounding "Yes!" by presenting essential information about the technology, hosting services, and resources that make it possible.

E-Business Technology
Technology is not only changing the face of business; it's changing the roles and responsibilities of the people who keep e-businesses up and running. Experienced professionals will address DBA and developer issues. They will explain how to build and manage integrated e-business systems, addressing manageability, administration, upgrading, and other technology issues using the entire Oracle E-Business Suite of products and services.

**Q: Where is the hotel and how do I get there from the airport?**
A: During your visit at New Orleans, you will be staying at the Sheraton New Orleans Hotel. The hotel is approximately 30-40 minutes away from the New Orleans International Airport. Taxicabs: A cab ride costs $24.00 from the airport to the Central Business District (CBD) for one person and $10.00 (per passenger) for three or more passengers. Pick-up is on the lower level, outside the baggage claim area. There may be an additional charge for extra baggage. Airport Shuttle: Shuttle service is also available from the airport to the hotels in the CBD for $10.00 (one-way, per person). Three bags per person. You can call (504) 465-9780 for more details.

**The information on the hotel is as follows:**
**Sheraton New Orleans Hotel**
500 Canal Street
New Orleans, Louisiana 70130
Tel: (504) 525-2500
Fax: (504) 561-0178
URL: http://www.sheraton.com/neworleans

Check out time: at/before 12:00 Noon. Please note that in the event you are checking out after 12:00 Noon, the hotel will charge this as an additional day.

**Q: How far is the Convention Center from the Hotel?**
A: The hotel is less than a mile away from the Convention Center and approximately a 15-minute walk to the convention center.

**Q: I understand there will be an introductory meeting for all APAC journalists, when and where will this take place?**
A: To assist you in getting acquainted with other Asia-Pacific press attendees, there will be a mandatory meeting on Monday, February 19th, from 3:00 p.m. to 4:00 p.m. at the W Hotel. This meeting will be hosted by Chris Hummel, Senior Vice President and Dennis Jolluck, Vice President, Oracle Asia Pacific. In addition to this insightful meeting, there will be a APAC press Q&A session with Derek Williams, Executive Vice President, Oracle Asia Pacific and other

**ORACLE**
**CONFIDENTIAL**

ORCL 0046229

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

key executives from Oracle Asia Pacific on Thursday, February 22nd, from 9:00 AM to 11:00 AM at Sheraton Hotel. So please mark your calendar and be sure to attend.

**Q:  Do I need to register for OAW?  Where should I go to pick up my registration?**
A:  All incoming journalists from Asia Pacific will be "block registered" via your local country PR manager.  If you are a foreign correspondent stationed in the U.S., you need to register yourself by completing the registration form online at http://www.oracle.com/appsworld/us/registration/.   If you have any questions, please contact Aparna Choudhari, Applied Communications, 415-365-0222, x257 or email at achoudhari@appliedcom.com

You will need to be accompanied by an Oracle PR representative when you pick up your Oracle APAC registration pack at the convention center on Monday, February 19th.  If you have any questions, please contact your local PR manager.

**Q: Who are the keynote speakers this year?**
A: This year's keynote speakers include the following industry visionaries:

* Bill Clinton, Former President of the United States
* Larry Ellison, CEO, Oracle Corporation
* John Chambers, CEO, Cisco Corporation
* Marc Andreessen, Chairman and Co-Founder, Loudcloud
* Michael Winkler, Executive Vice President, Global Business Units, Compaq Computer Corporation
* Douglas McCracken, CEO, Deloitte Consulting
* Grady Means, Global Leader Strategy Consulting, PricewaterhouseCoopers Management Consulting.

In addition, the following Oracle executives are also speaking at the conference:
* Ron Wohl, Executive Vice President, Applications Development
* Sandy Sanderson, Executive Vice President
* Mark Barrenechea, Senior Vice President, CRM Products
* Mark Jarvis, Senior Vice President and Chief Marketing Officer
* Jeremy Burton, Senior Vice President, Product and Services Marketing
* Tim Chou, President, Business Online

For a complete listing of conference sessions, please visit the following Web site: http://openworld.oracle.com/oowdba-wwwprd-apps/plsql/oow_user.show_public?p_event=4&p_type=schedule

**Q: Will I have an opportunity to interview Oracle executives?**
A:  There will be four executive roundtables hosted by Oracle senior executives. Below is the proposed schedule.

**Tuesday, February 20th**
2:00 p.m. -3:00 p.m.
APAC Roundtable #1 with Gary Roberts, Senior Vice President, Global Information Technologies

**Wednesday, February 21st**
9:00 am -10:00 am
APAC Roundtable #2 with Tim Chou, Online Services/BOL

**ORACLE CONFIDENTIAL**

ORCL 0046230

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

NDCA-ORCL 315379

11:30 a.m. -12:30 p.m.
APAC Roundtable #3 with Mark Jarvis, Chief Marketing Officer

**Thursday, February 22nd**
1:30 p.m. - 2:30 p.m.
APAC Roundtable #4 with Sandy Sanderson, Executive Vice President

**Q: What are the hours for the exhibits?**
A:  The Exhibit Hall will be open during the following dates and hours:
Tuesday, February 20th, from 5:30 PM to 8:00 PM
Wednesday, February 21st, from 10: 30 AM to 5:00 PM
Thursday, February 22nd, from 10:30 AM to 5:00 PM
Friday, February 23rd, from 10:30 AM to 2:30 PM

For a complete listing of exhibitors, please visit the following Web site:
http://www.oracle.com/appsworld/us/howtoexhibit/index.html?exhibitorlist
ing.html

**Q: Can I meet with Larry Ellison during OAW?**
A: Mr. Ellison is scheduled as a keynote speaker on Tuesday, February 20th,
from 3:30 p.m. - 4:30 p.m.  Immediately following his keynote, there will be a
press Q&A to answer any questions.  Due to number of press attendees and
requests for briefings, there are no current appointments available with Larry.
However, we encourage you to take advantage of the Press Q&A session hosted
by Larry, and availability of other Oracle executives/spokespeople and meet
with them throughout the conference.

**Q: Can you tell me what announcements will be issued during OAW?**
A:  Number of significant announcements will be issued during this year's
Oracle AppsWorld.   While we cannot disclose the nature of these
announcements at this time, please stay tune and in contact with your local
country PR manager for additional information.

**Q: How large is the press contingent for Asia Pacific?**
A:  There will be 28 journalists from 11 APAC countries attending Oracle
AppsWorld this year.  You will have the opportunity to meet them during the
APAC welcome session.

**Q:  Whom should I contact if I have additional questions regarding my visit
during Oracle AppsWorld?**
A: Please contact your local country PR manager for additional questions.

**Q: What should I know about New Orleans?**
A: Here are some important things to know for your visit to New Orleans:

**Electrical Current**
The electrical current in the US is 110 volts A/C (the plugs are flat). It is
recommended that you buy a converter before entering the country.

**Bills, Coins, ATMs**
US currency comes in bills worth $1, $5, $10, $20, $50 and $100, plus various
larger (and rarer) denominations. Confusingly, all are the same size and same
green color, making it necessary to check each bill carefully. The dollar is made
up of 100 cents in coins of 1¢ (known as a penny), 5¢ (a nickel), 10¢ (a dime) and
25¢ (a quarter). Very occasionally you might come across JFK half-dollars (50¢),

**ORACLE
CONFIDENTIAL**

ORCL 0046231

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

Susan B. Anthony dollar coins, a gold dollar, or a two-dollar bill. Change (quarters are the most useful) is needed for buses, vending machines and telephones, so always carry plenty.

Each of the two main ATM networks operates a toll-free line to let customers know the location of their nearest machine; Plus System is 1-800/THE-PLUS and Cirrus is 1-800/4CIRRUS.

**Exchange Offices**
American Express (Please ask hotel concierge)
Thomas Cook (Please ask hotel concierge)

**Postal Rates**
Standard domestic postage is 34 cents for a first-class letter and 20 cents for a postcard. The rate for an international standard air mail letter weighing up to one ounce is 52 cents to Canada 46 cents to Mexico and 90 cents to all other countries. Postcards to Canada are 40 cents and to Mexico are 35 cents. Postcards to all other countries are 50 cents.

**Telephones**
When calling from one area code to another in the U.S., dial 1, followed the area code and 7-digit telephone number. When dialing outside of the U.S. dial 011, country code and then the number. The hotel will have a detailed account of how to make long distance calls directly from your hotel room.

**US Measures**
1 foot = .3 meter
1 mile = 1.6 kilometers
1 pound = .45 kilograms
1 gallon = 3.784 liters

**Climate - Average Temperatures (February)**
Fahrenheit          Celsius
64-45               18-7

**What to Pack**
Unlike what you might believe the weather in "The South" to be, New Orleans can get extremely chilly during the month of February.  Plan on packing a variety of jackets, jeans and long sleeve shirts.

**Tipping**
A gratuity charge is not automatically included in the bill at restaurants and other establishments, unless it is noted on the check. Tipping is voluntary, but adding 15% to 20% for restaurant and taxi service is customary.

**Smoking and Drinking**
Smoking is not allowed in most public buildings, including restaurants. A growing number of restaurants have set up outdoor seating areas, and some of those accommodate smokers.
The minimum age for purchasing alcohol is 21. Proof of age is often required. Liquor may not be purchased, served or consumed in public establishments between 2 am and 6 am.

**ORACLE
CONFIDENTIAL**

ORCL 0046232

# Contact Page

## On-site Support

Stacey Collins, Senior Account Executive
Applied Communications (Oracle's public relations agency)
Cell:   415/310-9767
Email:  scollins@appliedcom.com

Ada Fong, PR manager, Oracle Singapore
Cell:   To be provided onsite
Email:  ada.fong@oracle.com

Kevin Lee, PR Manager, Oracle Korea
Cell:   To be provided onsite
Email:  KyoHyun.Lee@oracle.com

Monica Li, Oracle Taiwan
Cell:   To be provided onsite
Email:  monica.li@oracle.com

Chantaporn Niyompeetikul, PR and Marketing Program manager,
Oracle Thailand
Cell:   01-621-6438
Email:  chan.niyompeetikul@oracle.com

Helen Selvanathan, Senior Executive, Corporate Communications,
Oracle Malaysia
Cell:   60-12-333-0606
Email:  helen.selvanathan@oracle.com

Patti Vernon, Manager, Public Relations, Oracle Corporation Australia
Cell:   0404-819-406
Email:  patti.vernon@oracle.com

Vivian Wong, Senior Marketing Communications Manager,
Oracle Hong Kong
Cell:   To be provided onsite
Email:  vivian.wong@oracle.coms

## San Francisco/Off-site Support

Aparna Choudhari, Account Coordinator
Office Phone: 415/365-0222, x257
Email:        achoudhari@appliedcom.com

Katie Huang, Account Manager
Office phone: 415/365-0222, x282
Cell phone:   415/810-7066
Email:        khuang@appliedcom.com

ORACLE
CONFIDENTIAL

ORCL 0046233

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

# Oracle at a Glance

Oracle Corporation (Nasdaq: ORCL) is the world's leading supplier of software for information management, and the world's second largest independent software company. With annual revenues of more than $10.1 billion, the company offers its database, tools and application products, along with related consulting, education, and support services, in more than 145 countries around the world.



Headquartered in Redwood Shores, California, Oracle is the first software company to develop and deploy 100 percent internet-enabled enterprise software across its entire product line: database, server, enterprise business applications, and application development and decision support tools.

Oracle is the only company capable of implementing complete global e-business solutions that extend from front office customer relationship management to back office operational applications to platform infrastructure.

Oracle software runs on PCs, workstations, minicomputers, mainframes and massively parallel computers, as well as on personal digital assistants and set-top devices. As more and more companies transform themselves into e-businesses, Oracle's internet-enabled solutions provide a cost-effective way to expand market opportunities, improve business process efficiencies, and attract and retain customers. By replacing expensive, unwieldy client/server

**ORACLE CONFIDENTIAL**

**ORCL 0046234**

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

computing models with the efficiency and reach of the Internet, companies can deploy a wealth of innovative applications that can be accessed with a Web browser.

The only software company to offer a full suite of e-business products, Oracle provides:

- An internet-ready platform for building and deploying Web-based applications
- A comprehensive suite of internet-enabled business applications
- Professional services for help in formulating e-business strategy, as well as in designing, customizing, and implementing e-business solutions

**ORACLE
CONFIDENTIAL**

**ORCL 0046235**

**CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER**

**NDCA-ORCL 315384**

# Oracle History

### 1977

Larry Ellison, Bob Miner and Ed Oates found Software Development Laboratories. Inspired by a research paper written in 1970 by an IBM researcher titled "A Relational Model of Data for Large Shared Data Banks" the three decide to build a new type of database called a relational database system.

Their original project is for the government and is titled Oracle. The founders believe that Oracle, meaning source of wisdom, would be an appropriate name for their project and receive permission from the CIA to use it.

### 1978

Software Development Laboratories move from their office in Santa Clara to a new one on Sand Hill Road in Menlo Park, the heart of Silicon Valley.

In an attempt to explain what their company does, Software Development Laboratories changed their name to Relational Software Inc., or RSI.

RSI ships its first commercial SQL database- V2 (there was no V1).

### 1982

RSI changes its name to Oracle Systems Corporation, which later becomes Oracle Corporation. Naming the company after the product helps the company gain recognition.

### 1983

Company decides to make RDBMS portable. Oracle introduces V3- the first portable database to run on PCs, minicomputers and mainframes.

### 1984

Revenue = $12.7 million
Oracle moves to an eighty-four-thousand-square-foot building at 20 Davis in Belmont.
Introduce Portable Toolset.
Oracle Canada
Oracle Netherland
Oracle UK Limited

### 1985

Revenue = $23 million
Oracle Austria
Oracle Germany
Oracle Japan
Oracle Sweden
Oracle Switzerland

### 1986

Revenue = $55 million

**ORACLE
CONFIDENTIAL**

ORCL 0046236

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 315385

Initial Public Offering on March 12, 1986. The stock opens at a price of $15 and closes at $20.75. Introduce First client/server database.
Oracle Australia
Oracle Finland
Oracle France
Oracle Systems Hong Kong Limited
Oracle Norway
Oracle Spain

**1987**
Revenue = $131 million
Oracle officially becomes world's largest DBMS software company.
Oracle enters into enterprise applications forming the Applications division with seven employees and two products.
Oracle starts its consulting and support business as a way of helping customers make good use of their software.
Today, Oracle consulting is the fourth largest consulting division in the world.
Integrated Case and 4GL Toolset is introduced.
Oracle Mexico

**1988**
Revenue = $282 million
Oracle is the fourth largest software company in the world.
Oracle releases V6 of database.
Oracle releases Unix Relational Financial Applications.
Oracle Brasil
Oracle China
Oracle Cyprus
Oracle Malaysia
Oracle New Zealand

**1989**
Revenue = $571 million
Oracle moves its headquarters to Redwood Shores, where today there are six towers and numerous neighboring buildings creating a campus atmosphere.
Oracle sets transaction processing performance records on IBM mainframes, DEC and UNIX minicomputers and OS/2 PCs.
OLTP support is introduced.
Oracle Chile
Oracle Greece
Oracle Korea
Oracle Portugal
Oracle Turkey
Oracle Venezuela
Oracle Taiwan
Oracle now sells products in 86 countries around the world.

**1990**
Revenue = $916 million
Oracle Belgium
Oracle Argentina
Oracle Colombia
Oracle Costa Rica
Oracle Philippines

**ORACLE
CONFIDENTIAL**

**ORCL 0046237**

**CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER**

**NDCA-ORCL 315386**

**1991**
Revenue = $1,028 million
Jeff Henley is hired as Chief Financial Officer.

**1992**
Revenue = $1,179 million
Raymond Lane is hired as Chief Operating Officer.
Oracle7 database is released.

**1993**
Revenue = $1,503 million
Cross GUI Toolset is introduced.

**1994**
Revenue = $2,001 million
Multi-media Server Database is released.

**1995**
Revenue = $2,967 million
Larry Ellison announces the concept of the network computer, an internet appliance with its own local memory, a fast microprocessor, and no disk drive.

Oracle Corp. announces Discoverer/2000, a suite of query and analysis tools that enables end-users to access and analyze their enterprise data, such as data found in corporate data warehouses. Discoverer/2000 displays the data in an easy-to-understand, highly-intuitive format which can be leveraged by any end-user throughout the corporation, regardless of their level of technical expertise.

**1996**
Revenue = $4,223 million
Network Computer Inc., an affiliate of Oracle Corp., is created to market the network computer. Oracle7.3 released- Universal Server

**1997**
Revenue = $5,684 million
Oracle announces Version 2.1 of Oracle Designer/2000 and Oracle Developer/2000, enabling dramatically increased productivity for the database application developer.

Oracle ships Oracle8, its next-generation database for Network Computing that dramatically reduces an organizations computing costs and empowers a new era of low-cost, personalized information access.

With Oracle Applications R10.7, Oracle brings applications to the Web: Oracle Applications for the Web provide users within and beyond the enterprise the ability to access and act upon corporate information, as well as to perform critical business transactions utilizing the familiar, easy-to use Web browser interface.

**1998**
Revenue = $7,144 million

**ORACLE
CONFIDENTIAL**

ORCL 0046238

**CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER**

NDCA-ORCL 315387

Oracle ships Release 11 of Oracle Applications. The client server version is abandoned. Release 11 only internet and new improved functionality across the manufacturing & supply chain, financials, human resources, and Customer Relationship Management families.

Oracle introduces Business Intelligence System with Oracle Applications Release 11. The Business Intelligence System is an easy-to-use intranet application that finds and delivers information from Oracle Applications to provide fast answers to the tough questions facing business managers and executives as they run their organizations.

### 1999
Revenue = $8,827 million
Oracle Delivers Oracle8i: the world's first Internet database and centerpiece of Oracle's Internet Platform for business innovation. The new database delivers critical economies of scale for Internet applications based on Oracle's low-cost infrastructure.

**ORACLE
CONFIDENTIAL**

**ORCL 0046239**

**CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER**

**NDCA-ORCL 315388**

# Executive Biographies

Biography:

# Mark Barrenechea

### Senior Vice President,
### Customer Relationship Management Products,
### Oracle Corporation

Mark Barrenechea is the Senior Vice President of Customer Relationship Management (CRM) Product Development at Oracle Corporation, where he is responsible for Oracle Call Center, Sales, Marketing, Customer Care and Service, electronic commerce and mobile applications.

Prior to joining Oracle, Mark was the Vice President of the development division for Scopus Technology, where he developed and defined the Front Office suite of applications, including world-class Call Center and Customer Care solutions. Those designs and architecture are currently being used by over 500 Fortune 5000 companies worldwide. Mark has also led HR/Payroll/Benefits application development for Tesseract and Ceridian corporations.

In addition, Mark has been quoted, interviewed, and has authored various articles that have appeared in Fortune, Barron's, InformationWeek and other leading industry trade publications.

Biography:

# Jeremy Burton

### Senior Vice President,
### Worldwide Marketing,
### Oracle Corporation

Jeremy Burton is responsible for global marketing of all Oracle's software products. This ranges from technology, which includes the market leading Oracle8i database, to business applications in the form of Oracle's E-Business Suite. In addition, Jeremy drives marketing for Oracle's services business from the traditional support, education and consulting to Oracle's own ASP business - Business OnLine.

Jeremy graduated from the University of Surrey in Guildford, England in June 1990 with a B.S. in Information Systems Engineering. After working as a

**ORACLE CONFIDENTIAL**

ORCL 0046240

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 315389

development programmer on UNIX and Windows systems for International Computers Limited, he joined Oracle UK in April 1993. Following positions in customer support, and pre-sales, Mr. Burton moved to Oracle's headquarters in Redwood Shores to take a position in product management.

In December of 1997 Jeremy was promoted to Senior Director of development for iDeveloper, Oracle's leading Java development tool, and then to Vice President of Tools marketing the following year. In 1999 he took responsibility for marketing Oracle's server products - Oracle8i and Oracle Application Server, together comprising the Oracle Internet Platform. At the same time he re-invigorated Oracle's developer program, Oracle Technology Network (OTN), growing it from zero to over 1 million members today. This combined with the massive iDevelop program, Oracle's biggest ever marketing initiative, drove Oracle8i to become the most rapidly adopted Oracle product ever. Jeremy was promoted to Senior Vice President of Product & Services Marketing in July of 2000.

Biography:

# Tim Chou

### President and Chief Executive Officer,
### Business Online,
### Oracle Corporation

Timothy Chou is President and CEO of Oracle Business OnLine, the world's leading Application Service Provider. Timothy is responsible for the overall revenue, business strategy and development, and growth of Oracle Business OnLine.

Prior to joining Oracle, Timothy was Chief Operating Officer and Chief Technical Officer at Reasoning, Inc., where he drove the company's rapid growth and expansion into new markets and innovative services, increasing company revenues ten-fold in a period of three years.

Prior to Reasoning, Timothy was the Vice President at Oracle responsible for server products on Unix and Windows NT. He has also spent nearly 15 years at Tandem Computer Incorporated holding a wide range of responsibilities including strategic planning, business development, product management and product marketing.

Timothy holds a Bachelor of Science degree in Electrical Engineering from North Carolina State University and a Masters of Science and Ph.D. in Computer Engineering from the University of Illinois at Urbana-Champaign. From 1981 to 1998 he was a lecturer at Stanford University's Computer Science Department.

ORACLE
CONFIDENTIAL

ORCL 0046241

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

Biography:

# Larry Ellison

### Chairman and Chief Executive Officer,
### Oracle Corporation

Larry Ellison has been CEO of Oracle Corporation since he founded the company in 1977.

Larry has received numerous honors and awards, including Entreprenuer of the Year from the Harvard School of Business. Larry sits on the board of Apple Computer, Inc. and the Diane Fossey Gorilla Fund.

Biography:

# Mark Jarvis

### Senior Vice President,
### Chief Marketing Officer,
### Oracle Corporation

Mark Jarvis is the Senior Vice President and Chief Marketing Officer of Worldwide Marketing at Oracle Corporation. He is head of corporate marketing, advertising, public relations, events and Oracle.com, as well as product marketing of the Oracle Internet Platform and Oracle E-Business Suite. He oversees E-Business Network, Oracle Technology Network, and drives Oracle's e-Business marketing. Mark joined Oracle in 1989 as a developer and has held various development and marketing positions since. He serves on the company's Product Development Management Committee under Chairman and Chief Executive Officer Lawrence J. Ellison and is also an advisor to the Oracle Venture Fund. Mark was selected as the "Marketer of the Year" in Marketing Computers magazine in 2000. In his spare time, he climbs mountains and rocks, races cars, and has a passion for movies.

**ORACLE
CONFIDENTIAL**

ORCL 0046242

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 315391

Biography:

# Gary Roberts

### Senior Vice President,
### Global Information Technologies,
### Oracle Corporation

Gary Roberts is senior vice president of Global Information Technologies at Oracle Corporation. Gary is responsible for directing and implementing Oracle's internal technology strategies. This includes responsibility for leading the change in infrastructure to enable Oracle's transformation to an e-Business.

Since assuming his role at Oracle, Gary has successfully lead efforts to consolidate Oracle's worldwide IT organizations and services, resulting in reduced costs while increasing reliability, accuracy and efficiency. Gary serves as a member of both Oracle's Product Development Management Committee and Business On-Line Planning Committee. Additionally, he serves on the Board of Directors of The Roberts Institute, a non-profit organization focused on helping victims of child abuse.

Prior to joining Oracle, Mr. Roberts was CIO of Seagate Software, CIO & VP of Information Systems for Skyway Freight Systems, a subsidiary of Union Pacific Corporation, and has held senior management positions at Amdahl Corporation, American Express Corporation and Bank of America.

Gary earned a degree in business management from St. Mary's College.

Biography:

# Sandy Sanderson

### Executive Vice President,
### Oracle Corporation

Edward "Sandy" Sanderson is Executive Vice President of Oracle Corporation, responsible for Oracle Exchanges, Oracle Product Industries (OPI), Oracle Consulting and the Latin America Division. His Exchanges responsibilities include strategic planning, business development and sales. Sandy OPI responsibilities include strategic planning, marketing, direct sales, consulting, and business operations for industries including automotive, electronics, aerospace, chemicals, energy, retail, consumer products, packaged goods, pharmaceutical, materials and industrials. Sandy sits on Oracle's executive and management committees.

Under Sandy leadership, Oracle Consulting and Latin America have experienced strong, double-digit, top and bottom line growth. During his

**ORACLE
CONFIDENTIAL**

ORCL 0046243

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 315392

tenure, Oracle has launched numerous innovative industry and middle market offerings, leveraging Oracle products and services. In addition, Sandy personally spearheads account activities at some of Oracle's most significant clients.

Prior to joining Oracle, Sandy held several positions at companies including Unisys, McKinsey & Company, and Andersen Consulting. At Unisys, Sandy was President of Worldwide Information Services, responsible for 5,000 consulting professionals operating in more than 30 countries. Sandy was a partner at McKinsey & Company working with Fortune 100 companies on major strategy and reengineering initiatives. As a partner with Arthur Andersen (now Andersen Consulting) Sandy led major systems strategy and integration engagements for both commercial and government clients. He also served on a number of leadership boards and committees for the firm. Recently Sandy was named one of the industry's top 25 consultants by Consulting Magazine.

Sandy holds a bachelor's degree from the U.S. Naval Academy and a master's degree in business administration from George Washington University.

Biography:

# Ronald Wohl

### Executive Vice President,
### Applications Development,
### Oracle Corporation

Ronald A. Wohl is Executive Vice President of Applications Development at Oracle Corp. He is responsible for the development of Oracle's applications line, including Oracle's manufacturing, financials, distribution, business productivity, human resources and government financials applications.

Previously at Oracle, Ronald served as Chief Quality Officer and Assistant General Manager of the System Product Division. In that role, he worked with Lawrence J. Ellison to manage the development and positioning of Oracle's complete product line.

Before joining Oracle in 1986, Ronald was a consultant with the management-consulting firm Boston Consulting Group. Ronald received a bachelor's degree in physics and master's of Business Administration from Harvard University.

Ronald received a master's of business administration and a bachelor's degree in physics, both from Harvard University.

ORACLE
CONFIDENTIAL

ORCL 0046244

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 315393

# APAC Executive Biographies

Biography:

# Derek Williams

### Executive Vice President, Oracle Corporation, Asia pacific Division

Derek Williams is Executive Vice President of Oracle Corporation, Asia Pacific Division.

Based in Singapore, Derek oversees Oracle's operations in 28 countries in Asia Pacific.

In 1995, Derek was awarded an Honorary Professorship from Shanghai Textile University, in recognition of his contribution to the development of the Chinese software industry.

He was appointed in 1998 to the APEC Business Council's Board of Governors. In addition, he serves on the boards of the Pacific Basin Economic Council (PBEC) and Pacific Economic Cooperation Council (PECC). Derek also sits on Oracle Japan's Board of Directors.

Biography:

# Chris Hummel

### Vice President, Marketing & Business Development, Oracle Corporation, Asia Pacific Division

Christopher (Chris) Hummel is Vice President for Marketing & Business Development of Oracle Corporation, Asia Pacific Division.

Based in Singapore, Chris manages Oracle's full range of marketing activities and country marketing organizations across the Asia Pacific region.

**ORACLE CONFIDENTIAL**

ORCL 0046245

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Chris joined Oracle in 1994 where he has held several management positions in Europe and Asia, including Vice President for B2B Exchanges, Vice President/Director for Public Services (including government, education and health) and Managing Director for Russia and the CIS. (What is the CIS?)

Before joining Oracle, Chris worked for technology companies including Apple Computer, AT&T and Lotus Development Corporation to drive their marketing and sales efforts. Chris has also held research positions at the Edward R. Murrow Center of Public Diplomacy (USA), Radio Free Europe/Radio Liberty (Germany) and the office of Senator John F. Kerry (USA).

Chris holds a Bachelor of Arts degree from Tufts University (USA) and a Master of Arts in Law and Diplomacy from the Fletcher School of Law and Diplomacy (USA).

Biography:

# Dennis Jolluck

**Vice President,
E-Business Suite
Oracle Corporation,
Asia Pacific Division**

Dennis Steven Jolluck is Vice President for e-Business Suite of Oracle Corporation, Asia Pacific Division.

Based in Singapore, Dennis oversees all activities surrounding Oracle's e-Business Suite products business across the Asia Pacific region.

Dennis has more than 17 years of experience in Asia Pacific, including postings in Hong Kong, Korea, The Philippines, Thailand and Singapore.

Prior to his current position, Dennis was the Practice Director of Oracle Korea, where he was responsible for establishing Oracle's consulting practice to introduce Oracle Applications software to the Korean market.

Before joining Oracle, he was the Director for Ross Systems in Asia Pacific. He also managed Application Software projects for Bank of America and Levi Strauss & Co.

Dennis holds a Masters in Business Administration (Finance) and a Bachelor in Business Administration (Accounting) from Cleveland State University (USA).

**ORACLE
CONFIDENTIAL**

ORCL 0046246

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 315395