IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**Certified Copy**

In re ORACLE CORPORATION

SECURITIES LITIGATION.

Master File No. C-01-0988-MJJ

This Document Relates To:

ALL ACTIONS.

_____   _____/

---oOo---

CONFIDENTIAL

VIDEOTAPED DEPOSITION OF LAWRENCE ELLISON

Volume II

Thursday, September 21, 2006

---oOo---

SHEILA CHASE & ASSOCIATES
REPORTING FOR:
LiveNote World Service
221 Main Street, Suite 1250
San Francisco, California 94105
Phone: (415) 321-2300
Fax: (415) 321-2301

Reported by:
RACHEL FERRIER, CSR
CSR No. 6948

```
 1    of our applications, not our applications beginning

 2    at 11i.

 3              So I think sometimes I'm not terribly

 4    clear, you know.  To me, when I say E-Business Suite,

 5    I mean our applications.

 6       Q    Okay.  So you are in agreement with that

 7    first sentence; is that fair or not?

 8              MR. LINDSTROM:  Objection; mischaracterizes

 9    his testimony.

10              THE WITNESS:  Yeah.  I'm in agreement with

11    the second half of the sentence starting "because."

12    BY MR. SOLOMON:

13       Q    Okay.  And tell me where you disagree.

14       A    I don't believe I ever made the claim that

15    we transformed ourself with the 11i versions of our

16    applications only.

17       Q    Okay.

18       A    I believe I made the claim we had

19    transformed ourself with our applications and

20    sometimes -- and I sometimes described those

21    applications as E-Business Suite.

22       Q    Okay.

23       A    But that includes Version 11 as well as

24    11i.

25       Q    Okay.  You haven't clarified this, have
```

1    you?

2         A     No.

3         Q     And why not?

4         A     Well, one, I didn't notice it until you

5    just pointed it out.  But I didn't try to -- I didn't

6    try to rewrite the book.  You know, I thought I had a

7    limited number of footnotes that I could put in, and,

8    you know, I wanted to pick my spots, and I didn't

9    think it was a major issue.

10        Q     Was there an agreement there would be a

11   limited number of footnotes?

12        A     Was there an agreement.  I don't expect --

13   I don't believe you need the footnotes to be larger

14   than the book itself.  Plus it takes a long time to

15   write the footnotes, so I just didn't correct every

16   single thing.  I didn't parse every single paragraph

17   very carefully and write -- write down something I

18   thought, you know, was slightly off or, you know,

19   needed clarification.  I didn't do that every single

20   time.  That would have been --

21        Q     Okay.

22        A     -- that would have required a lot of

23   footnotes.

24        Q     Okay.  It goes on to say, "The software

25   that Oracle used to turn itself into an e-business

1    was, in fact, a combination of modules from Release

2    11.0, which shipped in late" 1988 -- "1998," excuse

3    me, "and a number of customized prototype

4    applications that were global, Internet-based

5    systems."

6            Do you agree with that sentence?

7        A    Yeah.

8        Q    Okay.  It goes on to say, "A key element of

9    the E-Business Suite, however, was missing: the

10   underlying information architecture, including the

11   vital shared data schema that were the basis for

12   Oracle's claims about the tight integration of all

13   the applications."

14           Is that true?

15           MR. LINDSTROM:  Objection; compound.

16           THE WITNESS:  Now, this is referring to in

17   the past, so they are saying the key element was

18   missing prior -- prior to the E-Business Suite.

19           MR. SOLOMON:  Okay.

20           THE WITNESS:  Just as I'm reading this,

21   prior to the E-Business Suite, the data-sharing

22   schema did not exist.  If that's what it's -- I

23   believe that's what I'm agreeing to.  Before the --

24   what the E-Business Suite brought -- excuse me.  Let

25   me stop using the term "E-Business Suite."

1          What Version 11i brought was a much more

2     tightly integrated data schema, and before 11i, we

3     didn't have that tightly integrated data schema.

4     BY MR. SOLOMON:

5          Q     Okay.  And that what is called "vital

6     schema" -- it says here that schema was the basis or

7     were the basis for your claims about the tight

8     integration of all the applications; right?

9          A     Yeah, and it existed in 11i, but did not

10    exist in 11o.

11         Q     Okay.  And then it goes on to say, "Ellison

12    says, 'That's absolutely right.  The software that

13    saved Oracle a billion dollars in the first year was

14    a combination of our standard applications product

15    plus prototype applications that had not yet been

16    integrated into the E-Business Suite. . . rewritten

17    and integrated into what would become the E-Business

18    Suite."

19         Do I read that right?

20         A     Yes.

21         Q     And do you agree with that?

22         A     Yes.

23         Q     Okay.  Now, if you go to the bottom of 183,

24    it reads as follows, in part:  "But in one sense, the

25    marketing claims were misleading.  The reassuring

```
 1   message to prospective customers was that Oracle had

 2   been successfully running the same E-Business Suite

 3   that they would buy for at least a year."

 4              Do you agree with that?

 5        A    No.

 6        Q    But you didn't clarify it, did you?

 7        A    No.

 8        Q    And you didn't correct it?

 9        A    That's correct.

10        Q    That was -- reading on:  "That was very far

11   from the case.  Not for the first time in Oracle's

12   history, early guinea-pig customers would pay a price

13   for taking too much on trust."

14              Do you agree with that?

15        A    The price they paid was more than offset by

16   the benefits, so early adopters of any software

17   product discovered more bugs and had more problems

18   than people who wait.  The advantage of being an

19   early adopter -- and the reason there are early

20   adopters of software products -- is they get the

21   benefit sooner, so it's more costly, but you get the

22   benefits earlier.

23        Q    Okay.  But the question was --

24        A    And the net is you save.

25        Q    The question was:  Do you agree with that
```

```
1    sentence?

2        A     Which sentence?

3        Q     Starting with, "Not for the first time,"

4    ending in "trust"?

5        A     No.

6        Q     Okay.  But you didn't clarify or correct

7    it, did you?

8        A     No.

9              MR. SOLOMON:  Have marked as the next

10   exhibit another excerpt from the book Softwar.

11             (Exhibit No. 88 was marked for

12             identification.)

13   BY MR. SOLOMON:

14       Q     And I'm going to draw your attention to --

15   toward the bottom of the page.

16             MR. LINDSTROM:  Which page?

17             THE WITNESS:  191?

18             MR. SOLOMON:  That's correct, 191.

19       Q     And I'm going to read the following

20   language:  "'I had already delayed the 11i release

21   date, and that forced our customers to revise their

22   implementation plans.  There was tremendous pressure

23   not to delay again.  Our customers had their

24   resources all lined up and were ready to install our

25   software as soon as we released it.  It was a bit
```

1  like the beginning of World War I:  once the troop

2  mobilizations began, there was no turning back.'"

3        Do you see that?

4   A    I do.

5   Q    Is that your language?

6   A    Yes.

7   Q    Okay.  Would you agree now that it's -- the

8  more appropriate analogy would be with Don Kirk

9  (phonetic) in World War II?

10  A    No.

11       MR. SOLOMON:  Mark as the next exhibit

12  another excerpt from Softwar.

13       (Exhibit No. 89 was marked for

14       identification.)

15 BY MR. SOLOMON:

16  Q    And just while we are having the exhibit

17 marked, Mr. Ellison, the chapter is -- that we are

18 looking at is headed "Ready or Not."

19       Do you have an understanding what "Ready Or

20 Not" refers to?

21  A    I do.

22  Q    And is it 11i?

23  A    Yes.

24  Q    Okay.  I'm looking at page 192, and I'm

25 looking at the language quarter of the way down the

1      Q      Okay.   Then it goes on in the text:   "And

2    Larry, knowing we can't place an order, not knowing

3    when we would be able to place an order, and knowing

4    that once we turned off the old bespoke system that

5    there was no going back. . . 'We are going live

6    anyway.   I need a forcing function, so off we go.'

7    So we upgraded, and Oracle went down.   We were down

8    for fourteen days.   For fourteen days that January,

9    Oracle could not place a single order."

10           Is it true that for the 14 days he refers

11   to that Oracle could not place a single order?

12     A      I think I said "Nonsense," you know.   No.

13     Q      So your -- your clarification or your

14   asterisk and your "Nonsense" doesn't just refer to

15   the sentence where the asterisk is; it continues,

16   does it?

17     A      Well, I don't think -- I don't think we

18   were down for 14 -- I'm not sure.   I don't recall

19   exactly how many days we were down.   But even when we

20   were down, we had ways to work around the system and

21   place orders.

22           So the -- the sys -- there's no question

23   the system -- you know, when we put the new system

24   in, we were out, and that happens with almost every

25   release:   When you put in a new system, you are out

1    some number of days, and there were some number of

2    days we were definitely out of service, putting the

3    new system in.

4            But we solved the problems, got the system

5    up and running, and we were fine.

6        Q    Okay.  And when you were -- when you were

7    down, do you know if that was before you sold your

8    stock at the end of January?

9        A    I have no recollection.

10       Q    Okay.  It goes on to say, "It was

11   frightening.  But we got it to work.  Larry was

12   right.  It was a great forcing function.  At that

13   point I became acutely aware of the customer

14   dissatisfaction and immediately started drilling down

15   into the implementations we were doing."

16           Do you see that?

17       A    I do.

18       Q    Now, were you aware at that time that Mark

19   had become -- Mark Barrenechea had become acutely

20   aware of customer dissatisfaction?

21       A    I would have hoped he would have been aware

22   before then.  I mean, we were having -- you know, I

23   asked that we go over all of the dissatisfied

24   customers and keep -- you know, keep track of them.

25       Q    Were you acutely aware of customer

1    dissatisfaction at that time?

2        A    I think I've said before that we have -- we

3    had several customers that were having problems, and

4    we monitored them closely and made them successful.

5            MR. SOLOMON:  Okay.  We will have marked as

6    the next exhibit further excerpts from the book

7    Softwar.

8            (Exhibit No. 91 was marked for

9            identification.)

10   BY MR. SOLOMON:

11       Q    Okay.  On page 193, at the top, Ron Wohl,

12   referring, I believe, to the order management system,

13   is quoted as saying, "'Technically, we really had to

14   include it to fulfill the objective of the E-Business

15   Suite.  If it had the flexibility to meet modern

16   e-business practices, you're in great shape; if it

17   doesn't, you don't really have an E-Business Suite.'"

18           Do you see that?

19       A    I do.

20       Q    Is that factually accurate?

21       A    No.

22       Q    And you didn't clarify or dispute it,

23   though, did you?

24       A    Well, I mean, initially, if you recall our

25   five steps, we were going to include the old version

1    of the order management system, so I think you had --

2    you know, certainly you are more competitive if you

3    have the most modern -- you know, even better version

4    of order management, you are more competitive than if

5    you have an older version -- you know, not as capable

6    version as order management.

7              But as long as all the pieces are

8    integrated together -- all E-Business Suite means,

9    you got all the major functions covered, and they are

10   all integrated out of the box by engineering.

11        Q    Okay.  Down at the bottom of the page, it

12   says, "Even with Oracle's vaunted rapid

13   implementation procedures for installing 11i, it

14   would be at least three or four months before any

15   significant 'go-lives' -- the moment when a business

16   switches its operations to new software."

17             Do you see that?

18        A    I do.

19        Q    And is that factually accurate?

20        A    I believe what it's saying is, from the

21   time someone buys the software, it will take us --

22   even though we have a rapid implementation technique,

23   rapid means we can't get them running in less than

24   three or four months, and that's how I read that, and

25   that's reason -- yeah, that's correct.  Four months

1        Q       Okay.  Let me just read it into the record.

2        A       Okay.

3        Q       "The idea that there was a trade-off

4    between getting 10.7 Smart Client right and Oracle

5    being first to the Internet is not one that Lane has

6    much time for.  He claims that when the Internet

7    version of 10.7, known as 10.7 NCA," and in parens,

8    "(network computing architecture), came out in early

9    1998, it wasn't any better than the client/server

10   release that had been rolled out five months earlier.

11   He says, 'NCA wasn't what it was sold as.  We said it

12   was browser-based, but you had to have Java code

13   running on the client or it wouldn't work.'"

14           Do you see that?

15       A       I do.

16       Q       Okay.  Do you agree with what Mr. Lane is

17   saying there?

18           MR. LINDSTROM:  The quote?

19           MR. SOLOMON:  Yes.

20           THE WITNESS:  Complete nonsense.

21           MR. SOLOMON:  Okay.  Okay.  That's fine.

22           Mark another excerpt from the book marked

23   as an exhibit.

24           (Exhibit No. 102 was marked for

25           identification.)

```
 1   BY MR. SOLOMON:

 2       Q    And I'm looking halfway down the page, the

 3   language that reads:  "Lane's version of the episode

 4   is at odds with Ellison's.  He says that the issue of

 5   moving away from client/server had not been that

 6   important.  'It was the same old story that the

 7   applications didn't work and they weren't competitive

 8   and how Ron Wohl was a joke.'"

 9            Do you see that?

10       A    I do.

11       Q    I assume that you are going to disagree,

12   but tell me if you will:  Do you agree or disagree

13   with the quotation it was the same old story that the

14   applications didn't work and they weren't

15   competitive?

16       A    It's just astonishing to me that people say

17   the applications don't work.  I mean, it's very glib

18   and easy to say -- we are the second-largest

19   applications company in the world.  We were at the

20   time, the second-largest applications company in the

21   world.  It didn't mean our applications were

22   flawless.  They certainly had a lot of bugs.  It's a

23   tough business.  They are complicated -- they are

24   very complicated pieces of engineering, but they did

25   work.  We had lots of happy customers.  The happy
```

 1    customers outnumbered the unhappy customers by a huge

 2    margin.    Ron Wohl had built those applications.   He

 3    was not a joke.  He wasn't perfect.  You know, I

 4    mean, but.

 5         Q     You took exception to him being called a

 6    joke; right?  You entered a footnote here?

 7         A     Oh, I did.  There's a whole -- I should

 8    just refer to my footnote.

 9               MR. LINDSTROM:  You are remarkably

10    consistent.

11    BY MR. SOLOMON:

12         Q     And let me read you footnote --

13         A     But people do use language like that.  They

14    do use, you know, this doesn't work; that doesn't

15    work.  I mean, that kind of hyperbole, you know, is

16    just --

17         Q     And some people say it works; it's

18    integrated; just snap it together?

19         A     It is --

20               MR. LINDSTROM:  Argumentative.

21               THE WITNESS:  The -- that is a

22    simplification, certainly.

23    BY MR. SOLOMON:

24         Q     You say, "calling Ron Wohl a 'joke' is as

25    unprofessional and unfair as it is factually

1    inaccurate."

2        A     Yeah.

3        Q     "The applications that Ron Wohl built run

4    nearly fifteen thousand companies around the world,

5    second in success only to SAP."

6              Are you still second in success to SAP?

7        A     Unfortunately, yep.  Yep, after all these

8    years, still second.  But we are a lot closer to them

9    and -- and business is good.

10       Q     Okay.  The book describes -- I'll

11   paraphrase, but it seems to describe that you

12   orchestrated secretly, for quite some time, the

13   firing of Ray Lane; is that fair?

14       A     Well, it's not clear I had the authority to

15   fire Ray Lane, so when someone that senior in the

16   company is being fired -- one of my direct reports

17   is -- leaves -- I really have to go get support of

18   the board of directors or I can't do it.

19       Q     Okay.  But you talked about putting in

20   shadow management team sort of while he was still

21   there, but you had already decided he had to leave,

22   did you not?

23       A     I'm not sure shadow management team.  I

24   certainly started thinking about what it would mean

25   if -- what it would mean if Ray left, and how we

1    would organize the company after Ray left.  And I

2    started acquainting myself with some of the things

3    that he was doing.

4        Q    Okay.

5        A    And thought about replacing -- you know,

6    new jobs for other people if he were to leave,

7    because I was certainly lobbying the board for him

8    being dismissed, that's right.

9        Q    Okay.  And in the context of orchestrating

10   his departure, you described yourself as not

11   confron -- not confrontational but calculating; is

12   that fair, carefully calculating?

13       A    Yeah.  I certainly plan -- I certainly

14   think it's my responsibility to plan for what happens

15   after he leaves.

16       Q    Okay.

17            MR. LINDSTROM:  Counsel, are you going to

18   be on this topic much longer?  Because, again, I

19   don't see the relevance of this to the litigation.

20            MR. SOLOMON:  That's fine.  It will emerge.

21       Q    Would you describe yourself as carefully

22   calculating generally about business?

23       A    I think I plan in advance.

24       Q    Okay.  Would you describe yourself as a

25   hyperquant?

1       Q       Okay.  At the time that Cisco preannounced,

2   do you recall being concerned that Oracle might not

3   make its numbers?

4       A       No, because we -- you know, we had signed

5   the largest -- you know, we had signed the largest

6   deal in our history, and we had a strong pipeline.

7   We were in good shape in the quarter.

8       Q       Okay.

9       A       This was written in hindsight, of course,

10  just looking at the graphs.

11          MR. SOLOMON:  Okay.  Let's go off the

12  record for a couple seconds to organize some

13  documents.

14          THE VIDEOGRAPHER:  Off the record at 3:16.

15          (Recess taken.)

16          THE VIDEOGRAPHER:  On record at 3:30.

17          MR. SOLOMON:  Have marked as the next

18  exhibit a document produced by the defendants in this

19  litigation with the control numbers 034669 and 670.

20          (Exhibit No. 107 was marked for

21          identification.)

22  BY MR. SOLOMON:

23      Q       When you have had a chance to view it, let

24  me know if you recognize it, please.

25      A       Okay.  I've read the whole thing.

1       Q      Okay.

2       A      But still not quite sure what it's about.

3    Go ahead.

4       Q      Okay.  You will see that it's dated the

5    11th of January 2000 and that you are an addressee?

6       A      Yes.

7       Q      Okay.  And it's Larry -- to Larry, Jeff,

8    Ray and Safra.  "I wanted to let you know where we

9    are in analyzing the effect of the changes we made

10   yesterday to the conversion ratios and in analyzing

11   the effect of the pricing changes on the Q3

12   pipeline."

13              Do you see that?

14      A      I do.

15      Q      Do you have any idea what the reference is

16   to the changes being made to the conversion ratios?

17      A      A conversion ratio means the number of

18   the -- percentage of the deals in the pipeline that

19   will become sales.  That's conversion ratio.  And the

20   pricing changes are referring to changing in price in

21   our products.  So there are two things.

22      Q      Right.

23      A      -- that will change the forecast.  One is

24   if the -- the product -- if we decrease the price of

25   the product, and the other would be if we increased

1    or decreased the conversion ratio.

2        Q     Okay.

3        A     But I don't know what it's specifically

4    about.

5        Q     Okay.

6        A     I don't know what price changes they are

7    talking.

8        Q     And you don't know what prompted the

9    changes reflected here in the conversion ratios?

10       A     I would be guessing, but, no, I don't know.

11       Q     Okay.  And what is your guess?

12             MR. LINDSTROM:  Objection; calls for

13   speculation, no foundation.

14             THE WITNESS:  My guess is we were looking

15   at lowering prices.  We virtually never raise prices.

16   We were looking at lowering prices and how that would

17   affect -- we tend to test a price change against an

18   existing forecast, and we will take it out several

19   quarters.  And then sometimes there's an elasticity

20   change, so if the price goes down, people buy more.

21   So they buy more frequently, so the conversion ratio

22   might go up.  But, again, I don't know specifically

23   what this experiment was.

24             MR. SOLOMON:  Okay.  Have marked as the

25   next exhibit another document produced in the

1           MR. LINDSTROM:  Objection; vague and

2    ambiguous as to "involved."

3           THE WITNESS:  Yeah.  Again, I don't -- I'm

4    not sure what you mean by "involved."  I'm certainly

5    part -- I certainly helped maintain our relationship

6    with Hewlett-Packard.

7           MR. SOLOMON:  Okay.

8           THE WITNESS:  But I'm not sure that we had

9    a -- I mean, I'm taking your word for it that we had

10   a transaction in the second fiscal quarter.

11   BY MR. SOLOMON:

12       Q    But you don't remember it?

13       A    I don't remember it.  In 1999 -- in other

14   words, in 1999.  Second fiscal quarter would be -- of

15   2000 will be in 1999.

16       Q    I'm sorry if I said 2000.  I meant second

17   fiscal quarter of 2001.

18       A    2001.

19       Q    Yes.

20       A    So in 2000?

21       Q    Correct.

22       A    I don't know.  I don't know when the big --

23   what quarter the big HP deal was in.

24       Q    Okay.  Do you recall what the deal was?

25       A    We sold them a lot of CRM software.  They

1    were going to standardize on our CRM products, or at

2    least make broad use of our CRM products, and we were

3    going to use HP hardware in our engineering

4    organization and our production -- and for our

5    production database servers for -- and in a number of

6    areas.

7        Q      Okay.  Was it a swap transaction?

8            MR. LINDSTROM:  Objection; asked and

9    answered, calls for a conclusion.

10           THE WITNESS:  "Swap transactions" is an

11   accounting term, and I don't know what's -- I don't

12   know -- we looked at -- you know, our accountants

13   looked at this transaction very, very carefully.

14   They were aware that they were -- you know, we were

15   buying hardware; HP was buying software, and we

16   believe we have accounted for it properly.

17           MR. SOLOMON:  I've marked as the next

18   exhibit a document produced by the defendants --

19   excuse me, produced by Hewlett-Packard with the

20   control numbers 00061263.

21           We will mark this a little later.

22       Q      Okay.  So you don't have any recollection

23   right now of the last day of being involved in an HP

24   transaction on the last day of the second fiscal

25   quarter of 2001?

1      A      I said I don't remember what day -- what

2    day the HP transaction was.

3      Q      Okay.

4      A      I didn't say I didn't have any recollection

5    of it; I just don't know what the date was.

6      Q      Okay.  Regardless of the date, were you

7    involved in closing that deal?

8      A      What do you mean by close?  Again, I'm not

9    trying to be cute here, but I certainly had

10   discussions with Hewlett-Packard.  You know, I'm the

11   one -- I'm the only one who can commit our company to

12   use Hewlett-Packard gear on the engineering side of

13   our business.  I run engineering directly at Oracle,

14   have from the beginning.

15            So in the sense that I said, yes, we would

16   use Hewlett-Packard gear underneath our -- our

17   main -- what's called global single systems, our main

18   production systems, and use it in our development

19   organization, I made those decisions, so certainly

20   involved in making those decisions, but actually, you

21   know, shaking hands, signing the contract, you know,

22   hammering out the terms and conditions, negotiating

23   the terms and conditions, I don't do.

24     Q      Okay.  Do you recall whether you felt

25   confident or not on the last day of the fiscal

```
1              CERTIFICATE OF DEPOSITION OFFICER

2          I, RACHEL FERRIER, CSR, CSR No. 6948, duly

3      authorized to administer oaths pursuant to Section

4      8211 of the California Code of Civil Procedure,

5      hereby certify that the witness in the foregoing

6      deposition was by me sworn to testify to the truth,

7      the whole truth and nothing but the truth in the

8      within-entitled cause; that said deposition was taken

9      at the time and place therein stated; that the

10     testimony of said witness was reported by me and was

11     thereafter transcribed by me or under my direction by

12     means of computer-aided transcription; that the

13     foregoing is a full, complete and true record of said

14     testimony; and that the witness was given an

15     opportunity to read and correct said deposition and

16     to subscribe same.

17         I further certify that I am not of counsel or

18     attorney for either or any of the parties in the

19     foregoing deposition and caption named, nor in any

20     way interested in the outcome of the cause named in

21     said caption.

22         IN WITNESS WHEREOF, I have hereunto subscribed

23     by my hand this 28th day of September, 2006.

24

25     _____
                 RACHEL FERRIER, CSR No. 6948
```

560