

*Equity Research*

## Enterprise Software

**Melissa Eisenstat**     **(212) 667-4665**
**Scott Phillips**       **(212) 667-4451**
**Jeff Burnett**        **(212) 667-7990**
**Ed Maguire**         **(212) 667-8627**

June 21, 2000

# Oracle Corporation
**REVISED: Internet Drives the Model; Strong**
**4Q00 Numbers**

## Investment Conclusion

- Oracle's 4Q00 EPS result of $0.31 beat our $0.27 estimate and the consensus $0.25. The result was driven by strong applications revenues and very strong operating cost control.

- Revenues of $3.37B were slightly below our forecasted $3.45B and were affected primarily by slower growth in database revenues of 12% vs. our forecasted 20%, especially in Europe. Conversely, applications growth of 61% this quarter exceeded expectations, particularly in the new e-business applications suite.

- We think the company's unwillingness to grant last minute discounts hurt this quarter's results, but pushed some deals into the new year, improving first quarter visibility. The company could also benefit from the fact that by keeping sales territories intact this year, sales people held back on some deals they could work on going into the new year.

- Operating margin was the highlight of the quarter as margin expanded to 41% vs. our 36% estimate. It appears that the use of its own technology continues to benefit the model. While we do not consider the 40% area sustainable, we do think margins will expand more than previously expected.

- The sale of 12% of its stake in Oracle Japan resulted in an increase to cash by $6.5B. At this point, the only concrete initiative for the use of that cash is to repurchase stock, a bullish sign for the outlook. We think there could also be some acquisitions, although nothing specific was mentioned.

- We are raising our EPS estimates from $0.83 and $1.05 to $0.90 and $1.12 based on better operating margin assumptions. We value the stock by applying a 23X multiple to CY01 revenues to arrive at our new price target of $104.

**Rating: BUY**

| | |
|---|---|
| ORCL-OTC (6/20/2000): | $86 |
| 52-week Range: | $90-16 1/2 |
| Shares Outstanding: | 3 Billion |
| Float: | 2.5 Billion Shares |
| Market Capitalization: | $258 Billion |
| Dividend/Yield: | Nil/Nil |
| Fiscal Year Ends: | May |
| Book Value: | $2.15 per Share |
| FY 2001E ROE: | 35.0% |
| LT Debt: | $299 Million |
| Preferred: | Nil |
| Common Equity: | $6.5 Billion |

| Earnings per Share | Prior | Current |
|---|---|---|
| FY 2000 | $0.65 | $0.68 |
| FY 2001E | $0.83 | $0.90 |
| FY 2002E | $1.05 | $1.12 |
| **P/E Ratio** | | |
| FY 2000 | NM | NM |
| FY 2001E | NM | 95.6X |
| FY 2002E | 81.9X | 76.8X |

melissa.eisentat@us.cibc.com

**Company Description:**
*Oracle is the second largest software company. It dominates the enterprise software industry, selling a broad range of products including databases, tools and applications.*

**00-5570** © 2000

CIBC World Markets Inc., P.O. Box 500, 161 Bay Street, BCE Place, Toronto, Canada M5J 2S8 • (416) 594-7000
CIBC World Markets Corp., One World Financial Center, New York, NY 10281 • (212) 667-7000 (800) 999-6726

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER     NDCA-ORCL1051343

CIBC World Markets                                                                                    **Oracle Corporation**

## Oracle Reports Strong 4Q00 Results

Oracle reported strong 4Q00 results, with EPS of $0.31 handily beating our $0.27 estimate and the Street estimate of $0.25. This figure excludes approximately $6.5 billion in extraordinary gains from a public offering of equity for Oracle Japan. Revenues came in at $3.37 billion, increasing 15% over the year-ago period. This was slightly lower than our $3.45 billion forecast based on a 17% growth rate assumption, and was powered by stronger than expected applications revenues and slower than expected database results. On the bottom line, operating margin of 41% exceeded our 36% estimate. This resulted net income of $926 million, exceeding our $827 million estimate due to increased operating efficiencies.

License revenues grew 22% to $1.84 billion, which was slightly below our forecast of 24% growth to $1.88 million. Databases represented the bulk of the company's product mix, comprising 67% of this quarter's license revenues, down from 72% in 4Q99. Within licenses, Oracle's database revenues grew 12% to $1.2 billion, lower than our forecasted 20% growth to $1.65 billion. Management implied that this apparent softness in database revenues is a unique result of two changes in sales force strategies intended to eliminate "sweeping the table" at the end of the fiscal year. First, Oracle eliminated its traditional June territory restructuring, which causes sales reps to close as much business as possible before being reassigned another territory. Second, the company has tightened deal approval to eliminate end of period discounts that lead to hockey-stick quarters and erode margins. This suggests to us that the quarter was not especially back-end loaded and that there is good visibility going into the traditionally weak first fiscal quarter. Management cited three large deals pushed out into the new fiscal year because it refused to authorize eleventh-hour discounts, and implied that had it more aggressively pursued those deals, it would have been able to show database revenue growth at the expected 20% rate. We think the pressure is on to show good growth in the next couple of quarters.

CIBC World Markets Corp., or one of its affiliated companies, makes a market in the securities of this company.

This report is issued by (i) in the US, CIBC World Markets Corp., a member of the NYSE and SIPC, (ii) in Canada, CIBC World Markets Inc., a member of the IDA and CIPF, and (iii) in the UK, CIBC World Markets International Ltd. or CIBC World Markets plc, each of which is regulated by the SFA. Any questions should be directed to your sales representative.

Every state in the United States, province in Canada and most countries throughout the world have their own laws regulating the types of securities and other investment products which may be offered to their residents, as well as the process for doing so. As a result, some of the securities discussed in this report may not be available to every interested investor. Accordingly, this report is provided for informational purposes only, and does not constitute an offer or solicitation to buy or sell any securities discussed herein in any jurisdiction where such would be prohibited. No part of any report may be reproduced in any manner without the prior written permission of CIBC World Markets.

The information and any statistical data contained herein have been obtained from sources which we believe to be reliable, but we do not represent that they are accurate or complete, and they should not be relied upon as such. All opinions expressed and data provided herein are subject to change without notice. A CIBC World Markets company or its shareholders, directors, officers and/or employees, may have a long or short position or deal as principal in the securities discussed herein, related securities or in options, futures or other derivative instruments based thereon. A CIBC World Markets company may have acted as initial purchaser or placement agent for a private placement of any of the securities of any company mentioned in this report, may from time to time solicit from or perform financial advisory, investment banking or other services for such company, or have lending or other credit relationships with the same. The securities mentioned in this report may not be suitable for all types of investors; their prices, value and/or income they produce may fluctuate and/or be adversely affected by exchange rates. Since the levels and bases of taxation can change, any reference in this report to the impact of taxation should not be construed as offering tax advice; as with any transaction having potential tax implications, clients should consult with their own tax advisors. Past performance is no guarantee of future results.

For private clients in the UK: Investors should seek the advice of an investment advisor if they have any doubts about the suitability of an investment.

Although each company issuing this report is a wholly owned subsidiary of Canadian Imperial Bank of Commerce ("CIBC"), each is solely responsible for its contractual obligations and commitments, and any securities products offered or recommended to or purchased or sold in any client accounts (i) will not be insured by the Federal Deposit Insurance Corporation, the Canada Deposit Insurance Corporation or other similar deposit insurance, (ii) will not be deposits or other obligations of CIBC, (iii) will not be endorsed or guaranteed by CIBC, and (iv) will be subject to investment risks, including possible loss of the principal invested. The CIBC trademark is used under license.

© 2000 CIBC World Markets Corp. and CIBC World Markets Inc. All rights reserved.

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER                                    NDCA-ORCL1051344

The remainder of license revenues were derived from applications and tools which reflected roughly 25% and 6% of the product mix.  During the quarter, Oracle's overall applications grew 61% to $447 million, which far exceeded the $373M we had forecasted.  Driving applications were CRM revenues, which came in at $113 million, implying a 161% increase.  Other areas of growth included I-procurement, which grew 110% to $67 million, and the company's Supply Chain Management with advanced planning functionality, which accounted for $26 million in revenues in its first quarter of release.  Tools and traditional ERP application growth were relatively flat as expected, and comprised the remaining $241 million in applications revenues.

Service revenues grew 7% to $1.53 billion this quarter, slightly lower than our 10% forecast to $1.57 billion.  Over the past several quarters, Oracle has increasingly been outsourcing its service obligations in an effort to build its relationships with consulting partners, leading the company's revenue mix has been increasingly tilting away from services towards higher-margin licenses.   This quarter saw licenses and services in a 55-45% split, roughly reversing the 44-56% split in the previous quarter.

Operating margin ended the quarter at a robust 41%, five hundred basis points above our 36% estimate.  Because the fourth quarter tends to be the seasonal high in terms of operating margin, we do not consider this a sustainable margin level, but we do expect healthier margins overall.  Driving this quarter's margin expansion was lower than expected sales and marketing expenditures, which came in at $726 million or 22% of sales compared with our $1.0 billion estimate at 29% of sales.  Management indicated that a primary reason for the decline in costs has been headcount, which has declined from 43,800 in 4Q99 to 41,230 this quarter.  Additionally, the company indicated that it was deriving operating benefits from the use of its Internet based applications inside the company, something it has been touting for several quarters.  The company is conducting more of its sales and support activities online, replacing costly hotel events with Internet seminars, for instance.  Oracle's margin expansion benefits are an example of the company "drinking its own Kool-Aid", and we believe that these demonstrable benefits are provide a compelling argument for its applications.

Oracle's balance sheet benefited from the equity sale of 12% of Oracle Japan, which netted roughly $6.5 billion pretax.  On the call, the company indicated that it had no current plans for the $7.8 million in cash on the balance sheet, other than its intention to continue repurchasing shares.  Revenue visibility is improving, with unearned revenues increased to $1.1 billion from $1 billion in the last quarter.  DSO remained steady at 68.5 days.

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER                      NDCA-ORCL1051345

## Outlook

We believe the company remains on a roll, with applications driving growth more than we thought. We heard enormous confidence in the sales pipeline, and Oracle's sales force compensation structure ensures a Darwinian selection in which winners are highly compensated and laggards are quickly weeded out. While the database business during the quarter came in below our expectations, the increased margins suggest that management's strategy to eliminate last minute discounts will have beneficial long-term impact. The benefits of strategy can also be seen in the reduced number of very large deals (over $5 million) where discounts are more prevalent; these represented 18% of revenues in the quarter as opposed to 24% a year ago. Overall, the company is reporting more deals of a smaller size with fewer price concessions, which we believe benefits both margins and consistency of revenues. Management did state that about 10% of its deals are coming from pure dot.com business, a number we do not think puts the company at risk in terms of doing too much business with a group of companies that appears to be more sensitive to capital spending.

We think Oracle is well positioned to reap the benefits from the growth of e-business, and that it will continue to capitalize on synergies from its broad product line. We also believe Oracle's product offering represents a portfolio-type strategy that helps to diversify revenue risks. Thus, if one area is slightly weaker than expected, there is enough diversification in the product portfolio that another can offset it. With the database as the foundation of e-commerce, Oracle 8i remains the go-to solution for any company implementing an e-business initiative. Additionally, we think the company's processor-based pricing structure, introduced at the beginning of the calendar 2000, simplifies the purchasing process.

The recent release of the 11I applications suite represents the company's broadest offering to date. The company's forays into I-procurement, Supply Chain Planning and CRM position the company in high growth opportunities, while the ERP solutions represents steady, if somewhat static revenues. While Oracle's integrated product suite is not best-of-breed, its message promises faster ROI in an e-commerce driven world. The company's value proposition is clearly resonating with businesses who wish to dispense with integration hassle and expense and speed deployment time.

Overall, we remain bullish on Oracle's prospects, and view the company as a core technology holding in an Internet-driven era.

## Changes to the Model

We have adjusted our model for the next two years (FY 2001-2002) to account for slightly slower revenue growth and higher operating margins. We have lowered our revenue growth assumption for this year from 20% to 19% and have maintained our FY 2002 growth assumption at 22%. We have also reduced operating expenses, resulting in margins of 33% and 34% over the next two years rather than our previous 31% and 32% assumptions. These changes increase our FY 2001-2002 EPS estimates from $0.83 and $1.05 to $0.90 and $1.12.

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER NDCA-ORCL1051346

## Revenues

We have reduced our revenue forecast from $12.2B and $14.9B in FY 2001-02 to $12.1B and $14.7B. Most of this decrease has occurred in licenses, where we have trimmed databases. Specifically, we have shifted the mix in license revenues to favor the faster growing applications over databases. We now forecast applications growth of 35% to $1.24B in FY 2001 vs. our previous 33% to $1.13B. We expect most of this increase to occur in CRM, where the business is clearly on fire. We have trimmed our database forecast from 22% growth or $4.0B in revenues down to 20% growth or $3.7B in revenues. This shift results in licenses revenues of $5.4B vs. our previous $5.5B.

In FY 2002, we have maintained our previous growth assumptions, which results in a slightly lower revenue total given the cuts in our FY 2001 forecast.

## Expenses

We have reduced operating expenses primarily in the areas of sales and marketing and cost of services. Whereas we had previously expected sales and marketing expenses to remain flat as a percentage of revenues, we now expect them to decrease as the company wrings more efficiency out of the sales organization in particular. Our new sales and marketing expense estimates of $3.0B and $3.5B over the next two years compare to our previous $3.3B and $3.9B, and represent 25% and 24% of revenues vs. 27% for both years. In consulting, we think margins will benefit from the fact that consulting engagements are shorter and more focused on specific implementation projects. Also, it appears the implementation process for Internet-based applications requires less customization, a primary resource user in olden days. We now expect cost of consulting to go from 54% in FY 2000 to 49% next year rather than to 50%. The following year, we have maintained our previous assumption of 48% cost of services.

## Other Items

We have increased FY 2001-02 interest income from $83M and $88M to $247M and $261M. We assume an average of about $6B will remain on the balance sheet as the company uses cash to repurchase stock and possibly to make acquisitions.

We have increased our tax assumption from 35% to 35.5% over the next two years.

We have reduced our share count slightly to reflect the likelihood that the company will repurchase stock, particularly earlier on in this fiscal year.

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER                          NDCA-ORCL1051347

CIBC World Markets                                                                                    **Oracle Corporation**

## Valuation

We have based our valuation of Oracle on a market-cap to revenues comparison of comparable industry leaders.  Oracle trades at a  premium valuation which we believe is merited by its dual leadership position in databases and e-business applications.  We have included the dominant players in I-procurement (Ariba and Commerce One), CRM (Siebel), Supply Chain Management (i2 Technologies) and platforms (Microsoft).

Our comparables appear in Exhibit 1 below:

**Exhibit 1: Market Cap to Revenue Comparisons**

| Company | Calendar Revenues | | Market Cap/ Revenues | |
|---|---|---|---|---|
| | E2000 | E2001 | CY2000 | CY2001 |
| Ariba | $207.7 | $346.8 | 77.7x | 46.5x |
| Commerce One | $216.4 | $403.5 | 30.1x | 16.1x |
| i2 Technologies | $826.5 | $1,102.3 | 27.8x | 20.8x |
| Microsoft | $24,561.3 | $28,827.0 | 16.9x | 14.4x |
| Oracle | $10,941.3 | $13,592.5 | 23.6x | 19.0x |
| Siebel | $1,450.2 | $1,941.3 | 28.0x | 20.9x |
| | | Average | 34.0x | 23.0x |
| | | Target Market Cap | | $312,141 |
| | | Target Share Price | | $104 |

Source: ILX, Company Data, CIBC World Markets estimates

Based on an average multiple of 23X CY01 revenues for the group, we arrive at a target market capitalization of $312 billion.  Applied to our CY01 revenue forecast of $13.5 billion this results in our new target price of $104.

6

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER                    NDCA-ORCL1051348

**Oracle Corporation**

CIBC World Markets

**Our quarterly EPS estimates are shown below.**

|  |  | 1 Qtr. | 2 Qtr. | 3 Qtr. | 4 Qtr. | Year |
|---|---|---|---|---|---|---|
| FY 2000 | Prior | $0.08A | $0.13A | $0.17A | $0.27E | $0.65E |
| FY 2000 | Actual | $0.08 | $0.13 | $0.17 | $0.31 | $0.68 |
| FY 2001E | Prior | $0.11E | $0.17E | $0.21E | $0.35E | $0.83E |
| FY 2001E | Current | $0.13E | $0.19E | $0.22E | $0.37E | $0.90E |
| FY 2002E | Prior | --- | --- | --- | --- | $1.05E |
| FY 2002E | Current | --- | --- | --- | --- | $1.12E |

**Stock Prices (as of 6/20/00) of Other Companies Mentioned in This Report:**

| Company | Ticker | Exchange | Price | Rating |
|---|---|---|---|---|
| Ariba | ARBA | OTC | $89.94 | Strong Buy |
| Commerce One | CMRC | OTC | $42.94 | Buy |
| i2 Technologies | ITWO | OTC | $129.94 | Buy |
| Siebel Systems | SEBL | OTC | $165.06 | Strong Buy |
| Microsoft | MSFT | OTC | $74.88 | Hold |

CIBC World Markets Corp., or one of its affiliated companies, makes a market in the securities of Ariba, i2 Technologies, Microsoft and Oracle. The CIBC World Markets analyst(s) who covers Microsoft has a position in its shares.

REVISED:  Contains revised model.

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

NDCA-ORCL1051349

CIBC World Markets                                                                    Oracle Corporation

## ORACLE CORPORATION - Earnings Model (in $Millions, except EPS)

| | FY99 | 8/99 | 11/99 | 2/00 | 5/00 | FY00 | 8/00E | 11/00E | 2/01E | 5/01E | FY01E | FY02E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Licenses | 3,688.4 | 632.2 | 902.6 | 1,071.4 | 1,840.6 | 4,446.8 | 762.1 | 1,067.1 | 1,200.3 | 2,344.7 | 5,374.2 | 6,442.3 |
| Services | 5,138.5 | 1,352.3 | 1,419.3 | 1,378.0 | 1,533.7 | 5,683.3 | 1,471.7 | 1,625.9 | 1,657.5 | 1,931.4 | 6,686.5 | 8,289.4 |
| Total Revenues | 8,827.3 | 1,984.5 | 2,321.9 | 2,449.4 | 3,374.3 | 10,130.1 | 2,233.7 | 2,693.0 | 2,857.8 | 4,276.1 | 12,060.6 | 14,731.7 |
| Cost of services | 3,064.1 | 756.8 | 753.2 | 707.3 | 852.2 | 3,069.4 | 751.7 | 815.9 | 815.6 | -908.1 | 3,291.4 | 3,949.7 |
| S&M | 2,622.4 | 538.4 | 631.4 | 594.7 | 725.5 | 2,490.1 | 553.3 | 606.0 | 646.0 | 1,203.0 | 3,008.3 | 3,488.0 |
| R&D | 841.4 | 235.9 | 248.2 | 255.6 | 270.2 | 1,009.9 | 279.2 | 309.7 | 321.5 | 352.8 | 1,263.2 | 1,612.9 |
| G&A | 426.4 | 107.5 | 113.1 | 122.2 | 137.9 | 480.7 | 117.3 | 127.3 | 121.5 | 136.8 | 503.5 | 633.2 |
| Total Operating Exp. | 6,954.4 | 1,638.7 | 1,745.8 | 1,679.7 | 1,985.8 | 7,050.0 | 1,701.5 | 1,859.5 | 1,904.6 | 2,600.7 | 8,066.4 | 9,683.8 |
| Operating Income | 1,872.9 | 345.9 | 576.1 | 769.7 | 1,388.5 | 3,080.2 | 532.3 | 833.4 | 953.2 | 1,675.3 | 3,994.3 | 5,047.9 |
| Acquired techology | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Interest & other | 109.2 | 18.3 | 15.5 | 7.8 | 48.4 | 89.9 | 60.0 | 61.2 | 62.4 | 63.7 | 247.3 | 261.1 |
| EBT w/acctg change | 1,982.1 | 364.2 | 591.5 | 777.5 | 1,436.9 | 3,170.1 | 592.3 | 894.6 | 1,015.6 | 1,739.0 | 4,241.5 | 5,309.0 |
| Taxes | 695.3 | 127.5 | 207.0 | 279.9 | 511.0 | 1,125.4 | 210.3 | 317.6 | 360.5 | 617.3 | 1,505.8 | 1,884.7 |
| Tax Rate | 35% | 35% | 35% | 36% | 36% | 35% | 36% | 36% | 36% | 36% | 36% | 36% |
| EAT | 1,286.8 | 236.7 | 384.5 | 497.6 | 925.9 | 2,044.7 | 382.0 | 577.0 | 655.1 | 1,121.7 | 2,735.8 | 3,424.3 |
| EPS ex/charges | $0.43 | $0.08 | $0.13 | $0.17 | $0.31 | $0.68 | $0.13 | $0.19 | $0.22 | $0.37 | $0.90 | $1.12 |
| EPS w/charges | | | | | $1.63 | | | | | | | |
| Shares outstanding | 2,968.4 | 2,982.4 | 3,006.3 | 2,998.2 | 3,004.8 | 2,997.9 | 3,012.3 | 3,019.8 | 3,027.4 | 3,035.0 | 3,023.6 | 3,050.2 |
| Calendar Revenues | | | $9,328.6 | | | | | $10,750.4 | | | $10,750.4 | $13,385.6 |
| Calendar EPS | | | $0.48 | | | | | $0.79 | | | $0.79 | $0.99 |

### MARGIN ANALYSIS

| | FY99 | 8/99 | 11/99 | 2/00 | 5/00 | FY00 | 8/00E | 11/00E | 2/01E | 5/01E | FY01E | FY02E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Licenses | 42% | 32% | 39% | 44% | 55% | 44% | 34% | 40% | 42% | 55% | 45% | 44% |
| Services | 58% | 68% | 61% | 56% | 45% | 56% | 66% | 60% | 58% | 45% | 55% | 56% |
| Total Revenues | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% |
| Cost of services | 60% | 56% | 53% | 51% | 56% | 54% | 51% | 50% | 49% | 47% | 49% | 48% |
| S&M | 30% | 27% | 27% | 24% | 22% | 25% | 25% | 23% | 23% | 28% | 25% | 24% |
| R&D | 10% | 12% | 11% | 10% | 8% | 10% | 13% | 12% | 11% | 8% | 10% | 11% |
| G&A | 5% | 5% | 5% | 5% | 4% | 5% | 5% | 5% | 4% | 3% | 4% | 4% |
| Operating Margin | 21% | 17% | 25% | 31% | 41% | 30% | 24% | 31% | 33% | 39% | 33% | 34% |

### YEARLY GROWTH

| | FY99 | 8/99 | 11/99 | 2/00 | 5/00 | FY00 | 8/00E | 11/00E | 2/01E | 5/01E | FY01E | FY02E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Licenses | 15% | 9% | 18% | 30% | 22% | 21% | 21% | 18% | 12% | 27% | 21% | 20% |
| Services | 30% | 16% | 10% | 10% | 7% | 11% | 9% | 15% | 20% | 26% | 18% | 24% |
| Total Revenues | 24% | 13% | 13% | 18% | 15% | 15% | 13% | 16% | 17% | 27% | 19% | 22% |
| Cost of services | 36% | 11% | -3% | -11% | 5% | 0% | -1% | 8% | 15% | 7% | 7% | 20% |
| S&M | 10% | 6% | 7% | 5% | -24% | -5% | 3% | -4% | 9% | 66% | 21% | 16% |
| R&D | 17% | 26% | 24% | 22% | 11% | 20% | 18% | 25% | 26% | 31% | 25% | 28% |
| G&A | 16% | 14% | 11% | 18% | 9% | 13% | 9% | 13% | -1% | -1% | 5% | 26% |
| Total Operating Expenses | 21% | 11% | 4% | 0% | -7% | 1% | 4% | 7% | 13% | 31% | 14% | 20% |
| Operating Income | 33% | 24% | 51% | 89% | 72% | 64% | 54% | 45% | 24% | 21% | 30% | 26% |
| Net income | 58% | 21% | 42% | 70% | 76% | 59% | 61% | 50% | 32% | 21% | 34% | 25% |
| EPS (ex charges) | 35% | 19% | 39% | 69% | 73% | 57% | 61% | 49% | 30% | 20% | 33% | 24% |

### BALANCE SHEET

| Assets | | | | |
|---|---|---|---|---|
| Cash & ST Invests. | 2,721.7 | 2,133.8 | 2,767.6 | 7,762.0 |
| Trade receivables, net | 1,514.1 | 1,768.9 | 1,848.7 | 2,534.0 |
| Prepaid & refund. income taxes | 296.5 | 229.3 | 240.9 | 212.8 |
| Other current assets | 304.2 | 267.9 | 288.1 | 374.6 |
| Total Current Assets | 4,836.5 | 4,399.9 | 5,145.4 | 10,883.3 |
| LT cash investments | 208.5 | 193.5 | 120.0 | 110.0 |
| Property & equip. | 966.1 | 966.4 | 966.7 | 934.5 |
| Capitalized Software | 99.2 | 99.3 | 99.2 | 94.6 |
| Other assets | 469.1 | 717.2 | 1,018.1 | 1,054.4 |
| Total Assets | 6,579.4 | 6,376.2 | 7,349.4 | 13,076.8 |
| | | | | |
| Liabilities & Equity | | | | |
| Notes payable | 3.6 | 3.2 | 2.2 | 2.7 |
| A/P | 255.4 | 244.7 | 224.7 | 287.5 |
| Income taxes | 157.3 | 111.9 | 270.2 | 2,821.8 |
| Unearned revenues | 1,089.7 | 925.1 | 1,019.6 | 1,133.5 |
| Other accrued liabilites | 1,043.4 | 1,185.8 | 1,292.7 | 1,616.8 |
| Total Current Liabilities | 2,549.3 | 2,470.7 | 2,809.4 | 5,862.2 |
| LT Debt | 300.8 | 300.7 | 304.8 | 298.8 |
| LT liabilities | 71.2 | 73.7 | 72.6 | 188.2 |
| Deferred Income Taxes | 157.6 | 130.6 | 178.3 | 266.1 |
| Stockholders' Equity | 3,500.5 | 3,400.6 | 3,984.3 | 6,461.5 |
| Total Liabilities & Equity | 6,579.4 | 6,376.2 | 7,349.4 | 13,076.8 |
| | | | | |
| Working Capital | $2,287.2 | $1,929.1 | $2,336.0 | $5,021.1 |
| DSO | 69 | 69 | 68 | 68 |
| ROA | 20% | 23% | 22% | 16% |
| ROE | 38% | 42% | 41% | 32% |
| BV/share | $1.17 | $1.13 | $1.33 | $2.15 |
| Cash/share | $0.98 | $0.77 | $0.96 | $2.62 |

Source: Company data, CIBC World Markets estimates.

8

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

NDCA-ORCL1051350