## PeopleSoft Acquires Advance Planning Solutions

Already a world leader in analytic applications, PeopleSoft Inc bolstered its Enterprise Performance Management (EPM) product offering by acquiring Advance Planning Solutions Inc (APS) in a cash transaction. The acquisition will enrich enterprise-wide, Internet-based business modeling software for budgeting, planning and forecasting in PeopleSoft's end-to-end suite of eBusiness applications.

PeopleSoft also inherits a talented staff with tremendous experience in building state-of-the-art, Internet-based analytic applications. APS CEO Chuck Teller joins PeopleSoft as general manager of PeopleSoft EPM, PeopleSoft's analytics product group, and Chief Technology Officer Marshall Miller joins as vice president of development for Advance, APS's product platform.

The transaction, which has been approved by the boards of both companies, is subject to customary closing conditions, including compliance with applicable regulatory requirements. The merger closed on April 30, 2000. Further terms were not disclosed.

Though focused primarily on the United States market, APS also delivers products to customers in Canada, the United Kingdom and Japan.

Today's announcement gives PeopleSoft customers access to a best-of-breed business modeling application that focuses on business planning, financial analysis and econometric modeling. By using APS's Advance, companies can quickly and easily align all business activities to corporate strategy, "closing the loop" between planning and operations. When incorporated with a company's enterprise management solutions, Internet-based analytic products help more people in the organization make decisions faster.

"PeopleSoft's integrated suite of eBusiness applications offers our customers immediate access to rich, mission-critical data that every business needs to not only survive but also to grow and prosper," said Craig Conway, president and CEO at PeopleSoft. "By linking APS's strategic planning platform to PeopleSoft eBusiness applications, we are now the only eBusiness solutions provider giving our customers the ability to maximize the value of their data." Teller Joins as GM of EPM. Former APS CEO Chuck Teller brings to PeopleSoft a proven track record of developing powerful analytic applications and the vision that will drive PeopleSoft's EPM product line to be the market leader. While at APS, Teller led the development of analytic applications that address a wide spectrum of business and economic analyses, including strategic planning, budgeting, project management, activity based costing, cash flow analysis, financing, valuation, and demographic forecasting. Before joining APS, Teller was a vice president at Economic and Planning Systems Inc, a nationally recognized economic consulting firm. During his career, he has directed more than 150 assignments for private and public sector clients.

## Miller Joins as VP of Development for Advance

Marshall Miller, co-founder and eight-year CTO of APS, joins PeopleSoft as the vice president of development in charge of Advance. While at APS, Miller was the architect and a principal implementer of the Advance analytic application platform, evolving Advance from a desktop modeling environment into a sophisticated, Web-enabled analytic engine for enterprise planning and analysis. He brings with him extensive experience as a financial analyst, a background that gives Miller insight into the complex, real-world requirements that financial analysts demand from analytic applications.

## Exploding Need for Analytics

The acquisition comes as analytic applications move to the forefront of companies' needs. As businesses leverage their investment in enterprise systems, executives, managers and analysts are demanding powerful, simple and flexible analytic applications, thereby driving tremendous growth in the EPM marketplace. IDC estimates the market for analytic applications will double in three years, growing to $4.0 billion in annual revenues by 2002.

"The advent of eBusiness has created a high-pressure environment in which companies must make faster, wiser decisions to better compete," said Teller. "Through this merger, we enable PeopleSoft customers to link strategy to action by providing Web-based planning and analysis applications that are integrated with the broadest set of eBusiness solutions."

## About PeopleSoft

PeopleSoft is a worldwide leader in eBusiness solutions offering Customer Relationship Management, Supply Chain Management, Human Resource Management, Financial Management, Professional Services Automation, and Learning Solutions for a range of industries. PeopleSoft supplies eBusiness applications, consulting and education for large and medium-size enterprises that desire flexibility, speed, and lower cost of ownership in the Internet economy. With more than 4,000 customers and 7,000 employees, including 2,400 consultants and products installed in more than 90 countries, PeopleSoft leads its customers in achieving the highest value from eBusiness solutions.

Contact PeopleSoft Inc, Jeanette Valentine 925-694-3264 jeanette_valentine@peoplesoft.com.