# Press Release: J.D. EDWARDS NAMES MICHAEL SCHMITT TO LEAD NEW B2B BUSINESS UNIT

**J.D. EDWARDS NAMES MICHAEL SCHMITT TO LEAD NEW B2B BUSINESS UNIT**

Release Date: 16 March 2000

Visionary to Drive J.D. Edwards' Development, Sales and Trading Community Integration Efforts to Power J.D. Edwards as the Leader in The New Economy

J.D. Edwards, a leading supplier of e-business software solutions that deliver speed and agility, today announced that Michael Schmitt, former senior vice president of worldwide sales and marketing will lead a new business unit within the company, solely focused on the Company's efforts to become a market leader in business to business (B2B) trading communities.

In his new role as senior vice president of J.D. Edwards' new B2B e-commerce business unit, Schmitt will lead the efforts to develop and sell B2B solutions to traditional and non-traditional markets. The new organisation will leverage the B2B strengths of J.D. Edwards' integrated ActivEra(tm) solutions, including Active Supply Chain, Active Marketplace and Active CRM offerings, as well as its partnership with Ariba. J.D. Edwards will also increase its development organisation's emphasis on solution integration and interoperability as critical components of successful B2B relationships.

"Schmitt's background in creating competitive differentiation for our OneWorld enterprise software and demonstrated success in fuelling our sales efforts with his talents in supply chain and e-business initiatives makes him uniquely qualified to lead this aggressive effort," said Doug Massingill, president and CEO of J.D. Edwards. "Now that OneWorld has become a leading enterprise software package for fulfilment and e-business, we believe that he is the right person to lead our next strategic move into the new economy with aggressive new trading community initiatives."

"We believe that J.D. Edwards is an e-business visionary," said Bobby Lent, senior vice president of new opportunities at Ariba. "This new trading community business unit led by Michael Schmitt illustrates their commitment to emerge as a leader in this area."

Schmitt has spent the past seven years with the Company supporting supply chain, logistics, fulfilment and e-business initiatives in various leadership positions. Schmitt was senior vice president of Open Systems, spearheading J.D. Edwards' entry into the open systems marketplace with its flagship OneWorld(tm) enterprise software. He also led the charge to launch OneWorld in competitor SAP's primary European territory as vice president and general manager for Central Europe. Schmitt also served as general manager and director of sales for the Company's western area, before accepting responsibility for worldwide sales and marketing where he led the efforts to launch J.D. Edwards Idea to Action(tm) competitive positioning and its e-business and end-to-end supply chain solutions.

Schmitt will develop the new business unit's strategy by combining the Company's robust customer fulfilment capabilities, its market-leading supply chain collaboration capabilities from its acquisition of Numetrix, with Ariba's B2B marketplace solution for trading communities to deliver integrated, scalable e-business solutions for B2B trading communities.

"The strength of the vision is not in the individual support for collaboration and trading exchanges, but by marrying these capabilities into an integrated suite," said Rod Johnson, senior analyst at AMR Research.

About J.D. Edwards

J.D. Edwards provides Idea to ActionTM software for managing the virtual enterprise and supply chain. The Company's integrated applications deliver agile E-Business solutions that give customers control over their front office, manufacturing, supply chain, logistics/distribution, human resources and finance processes for the consumer products, industrial and services industries. J.D. Edwards enables Idea to Action with ActivEraTM, a collection of tools and technologies that extend J.D. Edwards' OneWorld TM and WorldSoftware TM enterprise business software and its active supply chain planning solutions. ActivEra allows customers to change their software quickly and easily during and after implementation. The Company's solutions operate in multiple computing environments, including Windows NT(r), UNIX (r) and OS/400(r), and are JavaTM and HTML enabled.

Founded in 1977, J.D. Edwards is headquartered in Denver and posted fiscal 1999 revenues of $944.2 million. Additional information can be obtained by contacting the Company at 01189 091 516, or via the Internet at www.jdedwards.com.

Copyright(c) J.D. Edwards World Source Company, 2000. J.D. Edwards is a registered trademark of J. D. Edwards & Company. The names of all other product and services of J.D. Edwards used herein are trademarks and registered trademarks of J.D. Edwards World Source Company. . All other product names used herein are trademarks or registered trademarks of their respective owners. The historical results stated above are not necessarily indicative of the results of any future period.

*Source: Sourcewire*