```
08:06am EST 15-Mar-00 SG Cowen Securities Inc. (BROSSEAU, ANDREW 617-946-3936)
ORCL/STRONG LICENSES AND TIGHT EXPENSES DRIVE Q3 UPSIDE AND EPS HIKE/BUY

SG Cowen
Drew Brosseau
617-946-3700
March 15, 2000

                        Oracle: (ORCL: $77)
                     Rating: Maintain 2 (buy) rating
         STRONG LICENSES AND TIGHT EXPENSES DRIVE Q3 UPSIDE AND EPS HIKE
=================================================================================
        EPS (FY May)     Cal.     Quarterly EPS
        Old      New     P/E      Q1      Q2      Q3      Q4
1998A   $0.32   $0.32             $0.06   $0.06   $0.07   $0.13
1999A    0.44    0.44              0.06    0.10    0.10    0.18
2000E    0.58    0.63    104X      0.08A   0.13A   0.17A   0.25
2001E    0.73    0.85     80X      0.23    0.33    0.34    0.56
Mkt Cap  $230B
=================================================================================
Key Points:
1.   Strong license sales drove upside in Q3, with revenues of $2.45B
     (+18%) and EPS of 17> vs. our 13> est.
2.   Improving revenue mix (more licenses and higher Internet mix) and cost
     controls are key drivers of earnings
3.   We're raising F00-01 EPS by 5> and 12> to 63> and 85> on slightly
     higher revenues and lower expenses
4.   Maintain buy rating with upside tied to earnings growth and potential
     estimate increases

Investment Thesis:
Oracle is a leading supplier of enterprise DBMS, development tools and
applications software.  The company is an leading force in the enterprise
software market that should continue to benefit from the transition to
Internet computing.  In particular, further advances in Oracle 8i, new
applications in areas like customer relationship management and procurement
and new B2B initiatives like Oracle Exchange, should steadily expand to
offset sluggish growth in the traditional businesses.  This, along with
further margin expansion from cost-cutting initiatives, should support 25-
30% EPS growth over the next few years.  Although the valuation is quite
high, investor enthusiasm for large cap technology and e-commerce plays
will likely keep ORCL in favor.

Discussion:

Q3 SHOWS SOLID UPSIDE IN REVENUES AND EPS - Q3 rvenues of $2.45B (+18% and
+20% ex currency) finished $40MM ahead of our estimate, and further tight
expense controls drove 4> upside in operating EPS to 17> (vs. 10>).  The
strength in revenues came entirely from licenses, which rebounded sharply
against a relatively easy compare.  Total licenses of $1.07B (+30%) beat
our estimate by $86MM due primarily to significant upside in server
revenues of $778MM (+32%).  Applications sales were $199MM (+35%) and tools
sales were $66MM (-2%).  Within applications, CRM generated $49MM (+179%
Y/Y and flat Q/Q) and internet procurement generated $26MM (+231% Y/Y and
+73% Q/Q).  In contrast, services fees continued to slow with the company's
de-emphasis of consulting.  Overall services revenues slowed to $1.38B
(+10%) on consulting revenues of just $624MM (-7%) and support/training
fees of $754MM (+29%).  Geographically, Americas (+24% and 59% of total)
lead the way, beating our estimate by $100MM.  Asia/Pacific (+33% and 12%
of total) remained strong, but EMEA (+2% and 29% of total) was weak.

As in Q1 and Q2, expense controls remained the key driver of earnings
growth.  Both headcount (+1%) and expenses (flat) grew more slowly than
expected, driving further expansion in operating margin to over 31% from
20% last year and 25% last quarter.  Once again, most of the margin
increase came from a shift towards higher-margin license revenue and an
improvement in services margins, which rose from 37% last year and 47% last
quarter to nearly 49% in Q3 as a result of the use of Internet-based self-
```

NDCA-ORCL 023878

service support and education and improvements in consulting utilization. Encouraged by these gains, management reiterated its goal to drive further margin expansion with a eye towards 40% operating margins. The balance sheet remained healthy. Cash rose $634MM Q/Q to $2.8B. Accounts receivable DSOs were flat at 69 days. Deferred revenues rose $95MM Q/Q to $1.02B and grew 25% Y/Y, slightly faster than overall revenue growth.

IMPROVING REVENUE MIX AND COST CONTROLS ARE THE DRIVING THEMES - As we've described in detail before, Oracle's operating prospects stem from two primary themes: an improving revenue mix tied to its Internet initiatives and expanding margins from cost controls.

Finding Growth In DBMS - Oracle is looking to drive growth in its traditional DBMS on several fronts. First, it sees some opportunity for strong growth from packaged applications as the Y2K drag eases. Second, the move to e-business and its power unit pricing model offers strong in-situ growth opportunities tied to the growth of on-line business. Thrid, database options (now 15% of total DBMS revenues) continue to provide follow-on revenue sources. Fourth, the mid-market is showing better growth and could get a boost with BOL and other internet initiatives. Fifth, the Oracle Tech Network of developers continues to grow at 30,000 new members per month and now has almost 600,000 total members - all of whom are building applications that could pull-through Oracle technologies. Finally, its Portal-to-Go (Oracle Mobile) effort is extending its solutions to wireless devices and expanding Oracle's solutions to new applications and markets.

Push Towards Internet Applications - In applications, most of Oracle's effort is focused on Internet applications like CRM, Procurement and supply chain management. These products rose over 200% in Q3 and will be the key engines of applications growth in the future. Having produced a full suite of such applications, Oracle is attacking the market with an integrated solution vs. the best-of-breed point solutions from players like Siebel, Ariba and i2. The company will release release the fully-Internet enabled version of all its applications (11i) in the spring, with ERP products slated for March and CRM products scheduled for May. In the traditional ERP markets, Oracle hopes to see a rebound in growth tied to post-Y2K spending, the mid-market and a few verticals. It will also face easier compares in a few quarters as the impact of 3rd-party products that it resold a year ago disappear.

New Software Services - Finally, one of the most compelling areas of opportunity for Oracle is its new software services businesses: Business OnLine (BOL) and Oracle Exchange. BOL has grown modestly to about 50 companies, but management claims that this is due to supply constraints (i.e., operations and scalability) rather than demand constraints. Given the healthy demand we're seeing in other ASP markets, we see plenty of opportunity here. Meanwhile, Oracle Exchange has captured the attention, as both an exchange for B2B procurement and as a technology and hosting platform to enable industry supply chain leaders to establish vertical exchanges as value-added services for their industries. Witness Ford/GM/Chrysler, Sears/Carrefour, etc. Given the huge momentum building around such exchanges in the market, this could become a lucrative business for Oracle over coming years. However, the business model remains unclear, and we caution investors from building up expectations of meaningful revenues any time soon. Indeed, while we see good opportunity for technology and hosting fees, we're skeptical that technology suppliers will garner significant transaction fees from these exchanges.

Driving Up Margins Via Tight Cost Controls - On the cost front, the company continues to make great strides in driving up margins. The approach is focused on growing expenses more modestly and driving higher revenue productivity by running as an e-business. Oracle's goal is to use this effort to both improve its own bottom line and to become a "poster child" for e-business, providing an example to its customers and its prospects for using Oracle technology to improve their own businesses. It's been a great success, with operating margins up 10%-points Y/Y and now surpassing the company's 30% goal. As noted earlier, most of the success has stemmed from a shift in revenue mix and services margins. To get to the new target of

40%, Oracle will have to push services margins over 50%, and find additional cost savings in sales and marketing.

RAISING EPS ESTIMATES ON MORE POSITIVE REVENUE MIX AND LESS EXPENSE - Encouraged by the strength of the Q3 results, we raising our F00-01 estimates to reflect a stronger mix of licenses and more modest spending. For Q4, we raised our revenue estimate by $45MM to $3.46B (+18%) and added a penny to EPS, bringing our full-year estimates to $10.2B (+16%) in revenues and 63> (vs. 43> and 5> higher than before) in EPS. For F01, we've raised our overall revenue estimate by $200MM and have shifted the mix to reflect stronger licenses and less services revenues. For the year, we now look for total revenues of $12.2B (+19%) on license fees of $5.5B (+24%) and services fees of $6.7B (+16%). At the same time, we've trimmed our expenses by over $350MM to reflect the lower mix of services fees, better services margins, lower prior-year expenses and lower headcount growth than before. We now have overall operating expenses rising 12% for the year to $8.3B. The savings will fall directly to operating income, boosting operating margin to nearly 33% vs. an expected 28% in F00 and our previous estimate of 29%.

MAINTAIN 2 (BUY) RATING - Oracle has re-emerged as one of the premier technology stocks that should continue to garner investor favor as long as it continues to execute and expand its presence in the e-commerce arena. As shown in the following table, the stock is now valued at mulitples that are near the top of a peer group of industry leaders like Cisco, EMC, Sun and Microsoft. At 21X 2000 revenues, 80X calendar 2001 EPS, and 2.7X its EPS growth rate, the stock seems fully-valued based on current estimates. Assuming that technology stocks remain in favor, ORCL should provide further gains from simply riding earnings growth and the ongoing opportunity for modest upside surprise in results. That said, there remains a fair amount of market and sector risk in the stock that investors will have to weigh against it.

SG Cowen Securities Corporation makes a market in ORCL securities.
SG COWEN SECURITIES CORPORATION   BOSTON (617) 946-3700  NEW YORK (212) 495-6000  (212) 278-6000 SAN FRANCISCO (415) 646-7200  CHICAGO (312) 704-7400  ALBANY (518) 463-5244  CLEVELAND (216) 621-8300  DAYTON (937) 226-4800  HOUSTON (713) 652-7100  PHOENIX (602) 840-0951  LONDON 44-171-710-0900  GENEVA 41-22-707-6900 PARIS 331-4244-1740  TOKYO 813-3503-0371 TORONTO (416) 362-2229 ZURICH 41-1-225-2040

Further information on any of the above securities may be obtained from our offices. This report is published solely for information purposes, and is not to be construed as an offer to sell or the solicitation of an offer to buy any security in any state where such an offer or solicitation would be illegal. The information herein is based on sources we believe to be reliable but is not guaranteed by us and does not purport to be a complete statement or summary of the available data. Any opinions expressed herein are statements of our judgment on this date and are subject to change without notice. Portions of this report may have been previously disseminated by our affiliated companies in the Societe Generale Group. SG Cowen Securities Corporation, or one or more of its employees, including the writer of this report, may have a position in any of the securities discussed herein. The contents and appearance of this report are Copyrightc and TrademarkT SG Cowen Securities Corporation 2000. All rights reserved.

AB 3873
]

EON

ORACLE CONFIDENTIAL

NDCA-ORCL 023880