

**Dogged by History**
by David Orenstein
April 11, 2000

In the scheme of technology, ERP companies are old, so they are remarkably steeped in history.

The Y2K problem that initially boosted them: history.
The client/server architecture they advanced: history.
Applications that cannot extend outside a single enterprise: history.
The phenomenal growth these bygone forces produced: history.

> The ERPs will hang on, if not as the avant garde, then at least the avant rear guard.

While ERP companies have learned these history lessons, they nonetheless lag behind companies who saw the future of enterprise applications years ago. ERP is now in the fight of its life to catch up.

You can think of the Big Five of ERP as the British Empire circa the early 1940s or IBM in the early 1990s. They are in that era-ending process of getting shocked by a swifter foe, assessing the damage, and emerging from the ordeal not crumbled but certainly humbled.

Britain and IBM both recaptured a respectable fraction of their respective glories, but the future of the ERP vendors is less clear. In analysts☐ eyes, only **Oracle** (ORCL) is on safe footing, followed closely by **SAP** (SAP) as a probable survivor. The prognoses for **PeopleSoft** (PSFT) and **J.D. Edwards** (JDEC) are still serious, while **Baan** (BAANF) isn't likely to survive independently.

"It's really not about ERP anymore," says analyst Rod Johnson of AMR Research. It is about companies -- many of which have already implemented ERP -- jumping at the chance to find quicker and bigger returns than are produced by ERP's mammoth efforts to automate basic business functions.

No one believes that new application areas -- customer relationship management, supply-chain management, and e-commerce -- are beyond the market purview of the ERP vendors. Their problem is that by not laying claim to them early, they may never be able to.

**To grow again**
Analysts point out that the aforementioned applications involve how companies can actually make money from the terabytes piling up in their ERP systems. "Scalable back-office infrastructure is key, but it is a cost of doing business," Johnson says. Front-office, supply-chain, and e-commerce applications put companies in touch with customers and partners, while ERP does not extend outside a company.

PeopleSoft CEO Craig Conway notes that people like himself and Oracle chairman Larry Ellison are used to winning. The only way to restore growth rates for their like-minded investors is to become vendors of high ROI products. The problem, of course, is that they are far behind the companies that already knew this years ago.

ORACLE
CONFIDENTIAL

NDCA-ORCL 014914

Tom Siebel knows this because the sales-force automation product that Larry Ellison declined to sell a decade ago has spawned a company with a market value more than three times greater than that of PeopleSoft: **Siebel Systems** (SEBL) (see "The King of CRM"). Supply chain trend-setter **I2 Technologies** (ITWO) celebrated this success during its stock's run-up of 556 percent last year.

This was reinforced for **CommerceOne** (CMRC) when its head-start in procurement forced PeopleSoft to share the spoils of a new apparel trading exchange with clothier **Guess** (GES). For these smaller companies, there was a clear opportunity to do what even a large ERP vendor, caught flat-footed, could not do alone.

Both Siebel's CRM software and SAP were in place at computer retailer**CompUSA** (CPU) when CIO Honorio Padron arrived two years ago. At that time, he says, he never heard a peep about SAP's CRM strategy.

Although Padron is now rolling out SAP Retail and its CRM module to automate much of the company's back-office and call center operations, that will not necessarily mean Siebel Systems' demise at the retailer.

Padron is currently evaluating how or whether Siebel and SAP will fit together. "I think in our business model we see opportunity for both of them," he says. He regards Siebel's product as far better, and far more forgiving when it comes to integration with other products.

**Sharing the market**
The ERP giants must get used to sharing the market, but make no mistake -- they will share it. SAP and Oracle in particular are far from dead, as was sometimes glibly assumed at the end of last year. They still have armies of smart developers and coffers full of cash. If they can use those resources to produce good products in the next year or two, the more patient members of their vast, loyal customer bases will stick with them.

The ERPs will hang on, if not as the avant garde, then at least the avant rear garde. As such, they can swing the gate shut and perhaps lock out of the enterprise applications market any more upstarts.

The larger of these players are the "best of breed" in their niches: Siebel and **E.piphany** (EPNY) in CRM; CommerceOne and **Ariba** (ARBA) in procurement; and I2 and **Manugistics** (MANU) in supply-chain management. Their early vision and good execution allowed them to rush in while the gate was still wide open and the guards were asleep.

The ERP companies are merely beginning to give chase, Johnson says, rather than taking the inadvertent business advice of hockey great Wayne Gretzky: Skate to where the puck is going to be, not to where it is.

**The Y2K hangover**
In 1999, the ERP vendors were slipping rather than skating. Until sales hit the Y2K rocks last year, PeopleSoft, for example, had been on a decade-long streak of 80 percent annual revenue growth. The big ERP companies that had been booming were no longer making their numbers, says analyst David DuChene of Soundview Technology.

ORACLE
CONFIDENTIAL

> "[ERPs] thought they had it all figured out when they put a Web browser on the front end."

As the hiccough of Y2K slowed cash flows to a relative trickle, ERP companies were still only beginning to solve their real problem: software confined to their customers' proverbial four walls. Corporate buyers wanted applications that would put them in close, efficient touch with their suppliers and customers. Replacing client/server architecture with an HTML interface was literally a faḍe.

"They thought they had it all figured out when they put a Web browser on the front end," says George Gilbert, vice president of business-to-business equity research at Credit Suisse First Boston in San Francisco. But really rearchitecting applications for inter-enterprise data sharing and communication means bringing companies closer to partners and customers, he says. That takes a little more work -- feverish work.

That work produced an average 32.5 percent increase among SAP, PeopleSoft, and J.D. Edwards in development spending. SAP added 700 developers to its previous regimen of 6,800 codesmiths, says Chris Larsen, president of SAP America.

Under financial pressure, Baan consolidated its development operations, which resulted in an 11 percent drop in spending. Oracle's applications development spending could not be separated out from its other divisions.

**PeopleSoft's predicament**
"We didn't sit around and just twiddle our thumbs in 1999 when we were all impacted," Conway says, insisting that the work has been productive. The company invested 25 percent more in product development in 1999 than in 1998.

Toward the end of 1999, it began rolling out the new Internet architecture of PeopleSoft 8, which among other things features a new HTML client and revamped server-side guts. It also struck a partnership with CommerceOne and shelled out $433 million in stock for CRM vendor **Vantive (VNTV)** and its 850 customers.

Nevertheless, PeopleSoft revenues declined $45.6 million in 1999, and restructuring moves left the company with 9.2 percent fewer workers and a $177 million net loss for the year. "We're happy to have 1999 behind us," Conway told analysts during the company's fourth quarter earnings conference call in February.

PeopleSoft now hopes to fully integrate Vantive and make a strong approach to mid-sized businesses with an application service provider play.

**SAP upgraded**
The company's third quarter results were so discouraging that CEO Hasso Plattner stated, "Even though we are in a difficult market environment, we are still disappointed by these results."

Its fourth quarter was redeeming enough, though, that SAP shook off some hold ratings it had merited while sales grew more slowly. The company's revenues rose 18 percent for the year, but mostly because that fourth quarter produced a jump in license revenues of 45 percent, compared to the same quarter in 1998.

ORACLE
CONFIDENTIAL

NDCA-ORCL 014916

The company credits early adoption of its mySAP Internet software. "The aircraft carrier made a right turn," Larsen says.

SAP's year-end recovery inspired Coleen Kaiser and Daud Khan at Merrill Lynch to report, "The growth of SAP's Internet business has shown strong roots in the fourth quarter. We believe SAP is a must-own stock in the business-to-business space." In particular, they were inspired that about $129 million, or one sixth of the quarter's licensing revenue, came from customers who will migrate to mySAP.com, which extends R/3 to the Web by linking users in a community of marketplaces.

SAP's fourth quarter also convinced DuChene that the company has a good enough base to build on, and that he, too, should let go of his hold rating. "SAP has not had a lot of success with its front-office product yet," he says. "[But] they're able to throw money at it and they've got a lot of people to throw at it. They'll work to win back the minds of customers."

Despite the optimism, analysts don't think mySAP is the whole cure to SAP's problems. AMR warned that mySAP marketing costs would drag down SAP's profits in the first half of this year. And while Gartner Group's Bruce Bond predicted that mySAP would meet the needs of many SAP customers, it will not on its own reproduce the explosive growth rate of 40 percent that SAP saw in 1998.

Some SAP customers have been slow to warm up to mySAP, too. If it fails, SAP could end up consigned to big-system legacy oblivion with companies like **Burroughs** and **Sperry**, he says.

MySAP is a 1.0 release, analysts add, meaning it could be buggy and lack important features. Larsen counters that it was tested at 50 customer sites before being rolled out late in 1999.

### Oracle on a roll
Like SAP, Oracle applications grew in 1999 at an 18 percent pace. Application and services revenues grew each quarter. In the 12 months ending November 30, applications and services sales rose to $2.52 billion. But analysts praised Oracle in 1999 because, unlike its competitors, the company had already demonstrated a thorough understanding of what Internet-exploiting enterprise applications are all about.

**ORACLE
CONFIDENTIAL**

NDCA-ORCL 014917

> As hopeful as business seemed at the end of 1999 for Oracle and SAP, it was just as bleak for Baan.

"Of all the ERP vendors, Oracle is the one who's had its act together the most," AMR's Johnson says. "The important thing about Oracle is they really have embraced the Internet companywide." The company's ERP and newer applications have been infused with Larry Ellison's big-server, small-client zeal.

The flagship example of this is Oracle 11i, which after a delay from the end of 1999 is due out in the first half of this year. It culminates the company's efforts since 1996 -- "when most people thought we were crazy" -- to make a completely Internet-based suite of applications, says Ron Wohl, vice president of applications development. Wohl says the software provides a global view of data from a centralized store accessible from anywhere.

Credit Suisse's Gilbert says he was already impressed with Oracle's procurement and supply chain products in version 11. He says they are about as competitive with best-of-breed products as an ERP vendor's applications had yet been.

Meanwhile, Oracle claims its CRM product grew 248 percent in 1999. With the financial backing of a cash-cow database division, Gilbert added, there is good reason to be optimistic about Oracle's onward march into battle with Siebel and the other upstarts.

**Baan voyage**

As hopeful as business seemed at the end of 1999 for Oracle and SAP, it was just as bleak for Baan. The company's sales dropped to $635 million for the year compared to $736 million the year before.

As if the sudden resignations of CEO Mary Coleman and CFO James Mooney at the beginning of 2000 weren't startling enough, the company announced a net loss of $281 million in the fourth quarter of 1999, with only $197 million in cash and securities. The company cut four percent of its workforce and closed 14 offices.

Only an equity funding commitment of $215 million from Fletcher International is keeping the cash shortage from becoming an immediate concern, analysts say.

"We don't think they'll survive, not in their current form," says Gartner's Bond. Johnson was more direct about the paradox that many analysts see. "Their products have never been healthier," he says, but "the perception is that most CIOs in their right mind would not buy Baan."

The company's broad and functional technology portfolio is in large measure the product of a shopping spree in which Baan bagged at least 10 major companies in three and a half years, including four in 1999 alone. But much of the acquired product and talent, from companies such as **Aurum Software** and **Caps Logistics**, was not sufficiently integrated to give Baan any advantage.

"It's hard to sell [the group of products] as one package," Gilbert says.

Baan revised its integration approach at the end of last year to address exactly those concerns, according to Katrina Roche, Chief Marketing Officer for the company. The

NDCA-ORCL 014918

company sped up the effort by using XML to markup the data exchanged among the applications. An integrated package of ERP, CRM, and supply-chain applications shipped in January, she says.

It may be too late for Baan to recover, even with great products, analysts warn.

### Survival strategies

Aware of the huge financial challenge it faces, Baan in February hired the investment bank Lazard Fr□s to explore ways to repair its balance sheet. Within weeks the company had already sold its CODA accounting business to a partner for $50 million, raising a net $30 million for Baan.

Baan's preference, Roche says, is to continue operating independently and perhaps to raise more revenue by licensing its technology. At the end of the day, Roche says, the quality of the company's products will allow them to persist, regardless of whether the company persists.

"There is no question in our customers' minds," Roche says, "that Baan in one form or another will be a supplier of enterprise applications."

On the day in February that it announced its fourth quarter losses, its biggest customer Boeing offered a statement of reassurance: Baan would continue to meet its commitments to the company despite its troubled financials.

If Baan's survival requires a wholesale sale, Bond says, then PeopleSoft may be one of the best candidates to be a buyer. Conway did not dispute that, noting that Baan's strength in manufacturing and overseas would shore up his company in areas where it is relatively weak.

"It's hard for me to understand how they will survive without the action of somebody like PeopleSoft," Conway says. "There are some parts that I'm sure will interest somebody."

Analysts say Conway is smart to be tentative about swallowing a $1.5 billion company in a highly competitive market. Soundview's DuChene adds, "It's an expensive company. I'd imagine that there are companies that are looking at this, but with that kind of a price tag you'd have to be really convinced."

### J.D. Edwards tackles the mid-market

Compared to Baan and PeopleSoft, J.D. Edwards' experience escaped 1999 in good shape, but its milder troubles nevertheless showed that the higher growth market of mid-sized companies still could not shield a company from the year's ravages.

ORACLE
CONFIDENTIAL

NDCA-ORCL 014919

> SAP and Oracle are churning out software rather than taking Baan's approach of trying to buy it all.

Despite having a sharper focus than other vendors on that segment, the company saw revenues only inch up during the year to $944 million, up just 1.1 percent. Meanwhile, J.D. Edwards lost $39.2 million. The consensus estimate for the last three months of 1999 was that the company will lose a little more.

Nevertheless, analysts are cautiously optimistic that the company will resume its growth because of its ongoing investment in the development of its core products. "They went through a five-year rewrite of their application suite and it's flexible and modern," says analyst Chuck Phillips of Morgan Stanley Dean Witter. "It is the newest suite on the market."

### The joys of owning the platform

Regardless of what shape an ERP giant is in, analysts say, it has a couple of ingrained advantages to exploit. It has a big installed base and it can integrate better than anyone else with that installed base's IT backbone.

For that reason, vendors such as SAP and Oracle are churning out software rather than taking Baan's approach of trying to buy it all. Oracle used to rely on partnerships with best-of-breed or "bolt-on" vendors, but not anymore, Bond noted. When possible, customers prefer one vendor.

"They've realized that integration is something people don't want to have to deal with," he says. "The problem with the bolt-ons is you've got to bolt them on. People prefer to have one throat to choke."

The challenge for the ERP vendors, at least in maintaining their hold on their installed base, is to develop products that are eventually comparable to the best-of-breed vendors, and good enough in the interim to keep customers hanging on, DuChene says.

Conway agreed: "Historically, when product categories were large enough for large [customers] to standardize on, they looked to large [vendors]." If the large ERP vendors can match their upstart competitors' features, then the tide will turn. "In a tie, we win."

DuChene says SAP scored an early victory along these lines in 1998. Simply by announcing its supply-chain management product, APO, it succeeded in freezing the market that its customers would have provided for supply-chain specialist Manugistics, he says.

The loyalty of each vendor's customer base has certainly been tested by the legendary pain of an ERP rollout. CIOs live in fear that they could be hit by system failures like the notorious one at **Hershey Foods (HSY)** last year.

For two quarters in a row, Hershey blamed a chunk of its sales and profit declines on problems with its newly installed order fulfillment and customer service modules. The backbone of the system was SAP R/3, but Siebel and Manugistics software were also installed.

The cost of the glitches was an unwelcome add-on to the $112 million Hershey was

**ORACLE CONFIDENTIAL**

NDCA-ORCL 014920

already paying for the software, but observers say that neither the ERP concept nor the vendor's software is usually to blame in these instances.

"Its failures have been well publicized," Bond says. "[But] the reasons for the failures had nothing to do with ERP per se. It had to do with [internal] project management."

DuChene added that ERP is a requirement of enterprise computing: "It's your price of admission to do anything else. The demand for these systems is not going to go away." He predicts that the ERP market will resume growing this year at a modest 15 to 20 percent pace.

The salvation of ERP companies will not be simply avoiding blame for sporadic failures at customer sites or by recovering moderate growth for its back-office applications, analysts say. They need the new markets in which they have fallen behind.

The scary part for SAP in the Hershey example, therefore, is that the candy company looked as well to Siebel and Manugistics. Even where the ERP partnerships are intentional, as in Guess' venture with PeopleSoft and CommerceOne, or a joint sale by J.D. Edwards and Ariba to **Cargill** in February, the ERP vendors are sharing a pie that they would rather eat themselves.

J.D. Edwards, however, had little other choice than to partner with Ariba for procurement, **Tradex** for marketplaces, Siebel for CRM, and **Numetrix** for supply-chain management, says Phillips at Morgan Stanley.

"It would clearly be better if they had these applications for themselves, but given that they are somewhat unique in this approach ... it is translating to greater opportunity than they would have had by waiting three years to get an application out in these areas," he notes. "Having Siebel and Ariba recommending your product can't be all bad."

J.D. Edwards is even willing to part with services revenue to gain the recommendations of the Big 5 integration firms in partnership deals, added analyst Douglas Crook of Prudential Securities.

> The survey found ERP to be the lowest or second-lowest priority for 26 of the 50 respondents.

Other than PeopleSoft in its partnership with CommerceOne, the other vendors haven't been as willing to cede revenues to the best-of-breed companies. Where they have not been willing or able to develop their own technology, they have sought and bought.

**Acquisitions not a magic bullet**

Acquisitions, however, have proven tricky. Baan took two years to successfully integrate the Aurum CRM technology it bought in 1997.

AMR analyst Johnson has identified smooth integration of Vantive as a top priority for PeopleSoft. If they do it, they have a strong front-office product to sell to their 4,000 customers.

But, he says, "Their history of integration acquisitions is not good." In fact, in the fourth quarter of 1998 the company took a $13.9 million charge to write down the value of development efforts it acquired when it bought Intrepid Systems. Intrepid provides

NDCA-ORCL 014921

merchandise management and supply-chain decision support to retailers.

While the ERP vendors have all recognized how to revamp their products to take advantage of the Internet's power to facilitate supplier and customer relationships, they have still not done enough. Once they have developed competitive products, which will mean hitting the moving targets that are the best-of-breed companies, they must convince customers.

At the most, Bond gives SAP two more years to whip its product line in to shape. But Gilbert suggested a little more urgency: "They got blindsided, though, so they'd better hurry."

**Cold comfort customers**
So far many users do not look at their ERP vendor as the supplier of the new breed of enterprise applications. Therefore, every quarter is another one in which the upstarts blaze

In a quarterly survey of corporate IT buying preferences released last December, Salomon Smith Barney predicted weak sales for ERP vendors over the next 12 months. The 50 large-enterprise IT executives who responded to the survey rated their likelihood of buying from each vendors on a scale of -10 to +10.

The best performer was Siebel with a 5.6 rating, compared to a 4.0 for Oracle, 1.6 for PeopleSoft, and ☐0.7 for SAP. No one planned to buy J.D. Edwards software, although a handful had declared such plans a quarter before. Even worse for the sector was that the survey found ERP to be the lowest or second-lowest priority for 26 of the 50 respondents.

The silver lining was that supply-chain and front-office automation appeared to be low priorities as well, leaving the ERP vendors more time to improve their products.

**What really counts when**
Ultimately, CompUSA CIO Padron tells the whole story: To protect his SAP rollout from Hershey-style problems, he is taking great care not to do too much customization or integration of third-party products. That means SAP's nascent CRM product will be used in areas where reliability and high-performance integration are imperative, such as in the company's order-taking call center.

"I'm an agent on the phone and you are giving me five minutes to do an order for you," Padron offers as an example. "I've got to err on the side of performance and integration. As long as I have the minimum food and shelter functionality in SAP, I'd rather have the integration than have Siebel, with all the extra bells and whistles."

Where functionality is more crucial, however, such as in the company's help-desk outsourcing centers, "Siebel wins hands down," Padron says. "I wouldn't dream of going with SAP in that situation. ... [Siebel] is an excellent product. It's hands down better than what SAP is going to have for the next couple of years." So SAP must share the market with Siebel, even if that means sharing the same customers.

That will likely happen time and time again in the enterprise applications business, where evolving needs are compelling customers to look beyond their ERP software.

ORACLE
CONFIDENTIAL

NDCA-ORCL 014922

If the ERP vendors do their jobs really well, then the customers will ultimately find them again. But right now their glory is past and their goal is to recapture their empires.

Home | **NEWSROOM** | **MONEY** | Opinion | Magazine | Books | Events | About Upside | Classifieds

Feel free to contact us: Magazine Ad Sales, Online Ad Sales, Editorial, Feedback.
For UPSIDE Magazine subscriptions: Questions, Back Issues. Change of address. Renewals.
Subscribe to UPSIDE Magazine today! Copyright ©1997-1999 Upside Media Inc. All rights reserved.

**ORACLE CONFIDENTIAL**