http://www.firstcall.com/links/71/713414...5998/7901015891299783942l/327191340.html

01:20pm EDT 12-May-00 Morgan Stanley\DW (Phillips, Charles E. 212-761-4450) ORC
ORACLE: ORACLE - DINNER WITH RAY LANE P2

Oracle said it talks to the outside world from its exchanges through
webMethods, which it believes has become the industry standard transport
product for exchanges. Oracle says all the exchanges' platforms except
Commerce One use webMethods (although Commerce One and webMethods recently
announced an alliance so that could change). Oracle says its exchange
platform is open to third party services, which can be plugged in via defined
interfaces. Custom-developed services by the exchange members can be plugged
in as well, which provides the answer on how suppliers and buyers can
customize the platform for their needs while distributing the major cost of
the infrastructure.

Oracle sees the market moving quickly toward e-hubs that sport a wide range
of value added services such as trading community news, supply chain
services, collaborative development, personalized news, content, events,
business intelligence, industry specific, financial services, logistics and
transportation, as well as customer relationship management.

The industry-sponsored exchanges aren't applicable to all industries. Telcos
and banks won't be getting together like the auto industry because the
buyers, who are largely consumers, can't drive it. Those firms are also more
worried about disintermediation, while other industries view exchanges as a
mechanism for linking buyers and suppliers.

Exchanges: Competitive Update

Oracle doesn't see the Ariba-i2 relationship lasting. The company believes
i2 is working to replace Ariba's products already and should succeed over
time. Consequently, Oracle thinks i2 is its long-term competitor. Oracle
doesn't understand why IBM is avoiding creating the intellectual property
associated with exchanges and is content to provide services behind Ariba and
i2. Oracle believes IBM's assumption that consulting will control the
customer relationship is simply wrong -- it's intellectual capital. Relative
to i2, Oracle doesn't believe this competitor can run their software as a
service yet.

Oracle is positioning itself as the time-to-market leader. It took the
retail industry exchange live in 14 days and put that guarantee in writing.
Also, Oracle doesn't ask for equity and prefers software license fees or a
revenue-sharing arrangement. Lastly, the terms are flexible with the
software and hosting charges being skewed toward high value added services
while discounting simple procurement and catalog orders.

In the short time from the announcement of auto-xchange to today, things have
changed. Now major corporations are announcing exchanges without talking to
the technology suppliers. The model of taking 50% of revenue is ending.
Oracle doesn't want equity. It is happy to sell software licenses or share
revenue. It doesn't own something illiquid and it can sell to multiple
exchanges in the same industry.

Value for core exchange technology is going down and Oracle will give it away
in some cases to get the hosting service. It will charge for the supply
chain piece. Oracle can get away with single-digit revenue sharing or
ownership plus sell them some software. Others are asking for much more
because they don't have the follow-on backend services to charge for.

Right now paying for the software is the most popular model the equity deals
are shrinking. Oracle doesn't want to own 50% positions in 30 exchanges
anyway since it isn't sure what to do with those investments. Moreover, by
not taking equity and being a simply a technology supplier, it can sell to
multiple exchanges in the same industry. The pricing is designed to force
the value equation to the backend.

08/03/2001 5:56 PM

NDCA-ORCL 006526

The software as a service model is allowing Oracle to introduce new functionality into its exchanges every two weeks.  That's the beauty of a hosted model and customers are pleasantly surprised.

Auctioning Services Ready

Oracle can establish a walk up auction for a business in ten minutes and doesn't think the auctioning process is that difficult.  The company has built in several choices of auctioning techniques despite comments to the contrary for competitors.  Oracle believes the technology behind auctions is quite simple and users will get more accustomed to conducting auctions on their own.  Customers are telling Oracle that their auctioning capability is ready for prime time.  The company claims it wrote everything CommerceOne has in four months.  The hard part is the supply chain management.

A Prettier Procurement Application

Oracle sent a new version of Internet procurement to General Electric for beta testing.  They believe this release goes toe to toe with Ariba's user interface, which has been the best in the industry for e-procurement applications.  GE is saying good things about the new release and the GA release should be out shortly.  Oracle was adamant that this technology isn't difficult and plans to compete more aggressively with Ariba and Commerce One.  Of course, those companies are scrambling to add more features as well and it will come down to execution -- no one can stand still.

Oracle 11i -- It's a Suite Thing

Oracle 11i is Oracle's next generation application suite that ships later this month.  The product suite addresses an opportunity that Oracle believes is five times the size of the database market.  The product suite connects CRM all the way through the supply chain, enabling a build-to-order environment.  They see CRM as a piece of an exchange.

Release 11i is also based on an internet services platform which will be required to scale to the transaction volume Oracle expects to see in industry sponsored exchanges.  The number of transactions is huge when you count the number of relationships in a given industry.

Oracle is betting on the value of an integrated suite across multiple application areas.  The company has a credible offering in all the major segments of horizontal applications including backoffice (human resources, finance, manufacturing), supply chain, frontoffice (sales and marketing, call center, field support, email management, services management) and e-business (electronic storefronts and exchanges).

The suite strategy provides both a functional and technical benefit for the customer.  Business process for most companies flows through all these areas and doesn't fit neatly into product silos constructed by software vendors.  The ability to provide a holistic view of the flow of commerce and business processes within and between enterprises via a common application platform has value.  Simple things such as a common definition and structure for a customer record across all products can provide insight into the business that is illusive to companies that accommodate a wide diversity of technology standards.

The suite also provides a technical benefit by eliminating the never-ending integration tasks between products.  A best of breed approach usually creates an integration project for the customer who is tasked with stitching together products not designed to interoperate.  Oracle displayed a list of dozens of companies that span the product categories Oracle covers and talked about how customers spend years building the links.  Oracle tried to build links to key partner products in its consumer packaged good vertical, which pretty much ended in disaster because the products were never in sycn.

NDCA-ORCL 006527

Even more intimidating is the requirement to keep the integration links up to date. The speed of product innovation and intensity of competition means the product components are forever changing at an accelerating pace. Each of the best of breed vendors is interested in evolving their products as quickly as possible and won't slow that process down to synchronize integration with actual or perceived partners. In fact some competitors break the links purposely to get an edge and offer their own suite. Hence, the delicate links between dissimilar products get broken easily and often. If anything, the problem will get worse as product cycles speed up with hosted applications.

Based on history, suites win if they provide 70% of the functionality of the best of breed products in each segment. That's a big "if" and the suite has to evolve at a pace competitive with the overall market. The suites need to lead one or two product segments to have a beachhead into accounts. After that, the high cost of integration, volume pricing, common support, and a desire for consistent technology standards generally pushes buyers toward the suite if it starts to approach functional parity with the rest of the market.

Near-Term Business Trends

The pipeline is up sharply. We think Oracle can hit its numbers with normal close rates and isn't counting on a miracle close. Europe is doing better. Most of Europe did well last quarter but the UK had a shortfall because of management turnover and a change of business process. Oracle thinks those issues are behind them now and the UK is reporting a healthy pipeline and tracking fine quarter to date.

                    (PLEASE SEE PART 3)
First Call Corporation, a Thomson Financial company.
All rights reserved.  888.558.2500
]

EON

08/03/2001 5:56 PM

NDCA-ORCL 006528