10:46am EDT  5-Apr-00 Blair, William & Co. (Laura Lederman) ORCL
Report From Oracle's Analyst Day; Maintain Buy Rating

William Blair & Company, L.L.C.          Laura Lederman (312) 364-8223

                    ORACLE CORPORATION (ORCL)

| Price 4/5 | Earnings Per Share | | | P/E Ratio | | Div. | Yield | LTGR | Rating |
|---|---|---|---|---|---|---|---|---|---|
| $75 15/16 | 5/99 | 5/00E | 5/01E | 5/00E | 5/01E | $0.00 | 0.0% | 25% | "2" |
| ($10-$90) | $0.44 | $0.63 | $0.79 | NM | 96.1x | | | | |

Oracle's analyst day on Tuesday contained few news flashes, but served as a
useful business and strategy update.

Highlights
* Oracle financial and sales management feel very good about their current
pipeline of business.  They commented that their pipeline has at least the same
momentum as last quarter.
* Management is very bullish on database growth. Several Oracle managers
commented that 20% growth is doable looking forward.  In contrast, most analysts
are modeling less than 20% growth for the coming year. We are modeling 20% for
the fourth quarter and 18% for fiscal 2001. Supporting the expectation for
better-than-expected growth, the Internet does benefit Oracle's database
business; every net application generates data, and Oracle's database is the
clear winner in the space. Management did quell their enthusiasm somewhat by
saying they do worry about the law of large numbers, or the sheer size of the
database business.  We would like to see a few more quarters of consistent
database growth before we raise our numbers.
* Oracle's applications business presents the most upside in terms of growth
potential. Oracle, with the shipment of Release 11i, should have the strongest
applications suite and market position in the company's history. With the
release, the company has a full e-business applications suite, including
marketing software, electronic store, salesforce automation, call center, supply
chain, e-procurement and back-end ERP (including accounting, manufacturing, and
human resources).  Other companies offer best-of-breed solutions in each of
these categories, while Oracle is the only one that offers an integrated suite.
Management thinks that 11i could cause applications growth to come in well
above what analysts have in their models. That said, they suggested that
analysts not raise their applications growth numbers and instead wait a few more
quarters to see how well the product is accepted. That said, they were very
bullish about the product's prospects.
* Oracle does not plan to make any changes to the sales channel during the
fiscal first quarter (November).  Leaving the sales channel alone should
increase the odds that Oracle reports good first-quarter results.  This is a
change from Oracle's usual practice of tinkering with the salesforce in the
first quarter, which tends to destabilize sales in an already weak period.
Salespeople tire themselves out in the fourth quarter to make quotas, always
putting the first period at risk.  Last year, management also promised to leave
the channel alone and changed its mind in the last minute.  Hopefully this year
it will keep its promise.
* The market has started to question the exchange revenues Oracle, Ariba (ARBA
$105 5/8), and Commerce One (CMRC $116 9/16) will be able to derive from their
exchange partners.  Today, Oracle executives voiced different views on the
subject.  A number of executives stated that Oracle's goal in winning exchange
partners is to sell their software suite into the supply chains of the
participants and that transaction revenues would be minimal.  In contrast,
Oracle's sales management commented that the exchanges could lead to tens of
millions or hundreds of millions in revenues for Oracle.  IT comment that the
original deal struck with Ford (F $49 1/8) is not reflective of the deals it can
strike going forward.  That said, management is not seeing a pushback in

http://www.firstcall.com/links/93/9310607041993886855/16267708999178688700/318990...  3/8/2002

NDCA-ORCL 008975

getting 8%-10% revenue splits for providing the technical basis for future exchanges. Oracle's exchange pipeline is robust; there is a veritable feeding frenzy of companies looking to enter the exchange market that are interested in using Oracle's software as their enabling technical backbone.

Rating
We maintain our Buy, or "2," rating on Oracle shares. Oracle's product portfolio and market position have never been stronger. Management has set the right product course and is reaping the benefit. Oracle not only continues to dominate the database arena (its traditional market), it is clearly gaining share in applications with its broad product suite. The company has also made aggressive and successful initial forays into the B2B exchange and ASP (application service provider) markets.

We do worry about Oracle's valuation, but its strong product and margin momentum should help it maintain its premium when compared with the lower valuations assigned in the past. One also wonders if Oracle can continue to accelerate its revenue to support the stock price. Our sense is that it can, given the Internet is driving Oracle's database and applications businesses. We have learned the hard way that few franchises in software are sustainable and remain strong over time, but Oracle is one of the few.

Cool New Products
New products are Oracle's lifeblood; below we outline a few.

* Walk-in Exchanges: Oracle will offer walk-in OracleExchange.com, which allows non-Oracle customers to access its B2B exchange. The service is like eBay (EBAY $164 5/8), but for businesses wanting to buy or sell products online.
* 8i Appliance: Oracle has worked with hardware companies and independent software developers to create an appliance tuned to run databases and associated applications. The product will feature a built-in database failover and recovery. The product is available from Hewlett-Packard (HWP $140 3/8) and Intel (INTC $131 9/16) today, and Siemens (SMAWY $132), Compaq (CPQ $27 3/16), and Dell (DELL $53) have products coming shortly.
* Icache: Oracle is creating caches within its database to store frequently used information. The product will be available next month.

Themes
A number of themes struck us as particularly important.

* The Advantage of Being Big: Oracle is using its size and power as a competitive weapon. It frequently cannot match the best-of-breed functionality of smaller software players, but it can offer a broad set of products that work together. Its software suite provides one major advantage--integration. Customers that chose a best-of-breed approach somehow have to link together the disparate software solutions they have chosen. In contrast, Oracle offers out-of-the-box integration. Management says "We're big; we do it all." Not all customers will choose this one-stop-shopping approach, but many will. By selling "solutions," Oracle has been selling higher into client organizations, increasingly at the CEO level. One reason Oracle is has been so successful in the nascent B2B exchange market (in additional to its breath of products) is its size and perceived safety.
* Eating Your Own Cooking: Companies are looking at Oracle as an e-business advisor. Oracle itself has cut $1 billion in costs by becoming an e-business and implementing its own software; customers are fascinated by what Oracle has achieved. They are asking Oracle to help them draft similar plans and provide the needed technology.
* Evolving the Salesforce: Oracle is focused on selling a suite of products, yet its salesforce is still geared to sell individual ones. Similarly, Oracle's value proposition really appeals to executives, yet its sales team reaches CIOs

NDCA-ORCL 008976

and their technical staff. To more effectively sell one-stop-shopping and gain access to executives, Oracle plans to make a number of changes to its sales organization. First, it is training its sales reps to sell on a consultative basis. Along those lines, it developed an "evaluator" that sales people can use to help customers determine how far along they are in turning themselves into an e-business. Oracle also plans on layering additional vertical market expertise into the sales organization to increase their knowledge can credibility in key vertical markets.

* A Cohesive Story: Until about a year ago, Oracle was company that excelled in technology, but had relatively weak marketing and failed to tell a cohesive story. Now the whole company has rallied around the Internet, a theme that works beautifully given the current worldwide obsession. This focus is helping Oracle build name recognition, brand awareness, and market share. It has been telling customers that its software suite will allow them to efficiently and effectively get on the Web. As the tag line Oracle uses in its new TV ad states, "Oracle software powers the Internet."

* Vision, Luck, or Good Timing: Five years ago, Oracle management decided to refocus the company on the Internet. It was motivated by two factors. First, Oracle felt it could not compete with Microsoft (MSFT $86 1/4) in the PC world, so it decided to build their business around the Internet as the basic platform for computing. The company believed the Net would forever change the world. Clearly this decision was the right one, and it is reaping the benefits today. The other enterprise software companies--such as SAP (SAP $53 3/8) and PeopleSoft (PSFT $18 5/16)--are scrambling to catch up.

* Increasing the Linearity of Revenues: Over time, Oracle believes it can smooth out its back-end quarterly revenue load. One method is through moving to standard pricing. If it can wean customers from wheeling and dealing at the quarter's end to get a better price, it should improve linearity. Unfortunately, this process could take years, as customers are in the habit of exacting pricing concessions at quarter-end. Stronger sales momentum also should help; sales reps are less likely to cut deals if they are making their numbers. Installing salesforce automation also should help by giving management access to up-to-the-minute forecast data. The software should be up and running by year-end.

* The Next 10 Points of Margin Improvement: When Oracle set out a year ago to cut $1 billion in costs and post a commensurate 10-percentage-point margin improvement, no one really believed it. The company reached its 30% operating margin target in less than a year, much faster than the 18 months originally envisioned. The company reached their goal in the third quarter, posting a 31.4% operating margin. All told, Oracle has posted seven consecutive quarters of margin improvement. Margins have benefited from improved service costs (as Oracle increases its staff utilization), a mix shift to license revenues, beating top-line forecasts, controlling expense/head count growth, and cost-savings. Actually, most of the benefits from Oracle's cost-cutting efforts have yet to hit the bottom line. Oracle is using its own software to turn itself into an e-business that conducts its operations over the Internet. CEO Larry Ellison has personally taken control of the corporatewide cost-cutting effort and "Webification" of Oracle. After reaching the 30% margin goal ahead of plan, Mr. Ellison promptly set his sights even higher, a 40% operating margin. Now, in total, Oracle plans to cut $2 billion from its cost-structure. The first session of today's analyst meeting outlined how Oracle plans to reach this goal. Breaking out the total $2 billion in cost-savings into its components (these are management's rough calculations), some $1.450 billion is expected from Oracle's cutting costs out of its sales organization. By selling over the Internet, it expects to reach a broader number of customers at a lower cost. Oracle will install its own sales and support software around the world by the end of calendar 2000. Adding to the $2 billion total, Oracle plans to cut an additional $200 million by consolidating its IT infrastructure. The company is moving to a single corporate data center from some 70 regional sites. The related IT cost-savings come from decreasing the needed personnel, consolidating

http://www.firstcall.com/links/93/93106070419938868554/1626770899917868870/318990... 3/8/2002

NDCA-ORCL 008977

sites, and decreasing the amount of hardware used and bought. Another $200 million should come from taking costs of the "buy side"--buying things more efficiently by using Oracle's own e-procurement software. Lastly, the company plans to cut another $100 million by streamlining internal operations, placing such functions as expense reporting onto the Internet.
* Business Online: Management believes that over time, software will be increasingly managed as a service. It fundamentally believes it is better positioned to manage its own applications than the burgeoning list of ASPs. Since Oracle develops the software, it should be better at hosting it. Also, Oracle has restructured its applications to make them easier to host. Now that it has learned the hosting business, it plans to scale it up. This quarter, Oracle intends to double the number of customers that it hosts.

Additional information is available upon request. William Blair & Company, L.L.C. maintains a market in the common shares of Oracle Corporation. Copyright 2000 by William Blair & Company, L.L.C.
]

EON

NDCA-ORCL 008978