```
04:43am EDT  5-Apr-00 Deutsche Banc Alex. Brown (J. Moore/S. Kong) ORCL
ORCL: Analyst Meeting Very Upbeat -- Fundamental Outlook Remains He-Strong Buy

Moore, James A. 415-617-4269                                  04/05/2000
Kong, Seihun 415-617-3323
Deutsche Banc Alex. Brown
-----------------------------------------------------------------------------
                    ORACLE CORPORATION (ORCL) "STRONG BUY"
Analyst Meeting Very Upbeat -- Fundamental Outlook Remains Healthy -- Reiterate
                      STRONG BUY Investment Rating
-----------------------------------------------------------------------------

Date:           04/04/2000    EPS:         1999A       2000E       2001E
Price:          75.94         1Q           0.07        0.08        0.12
52-Wk Range: 90 - 11          2Q           0.09        0.13        0.17
Ann Dividend:0.0              3Q           0.10        0.17A       0.19
Ann Div Yld: 0.00%            4Q           0.18        0.26        0.32
Mkt Cap (mm):227,683          FY(May)      0.43        0.63        0.80
3-Yr Growth: 25%              FY   P/EPS   NM          NM          94.9X
                              CY   EPS     0.49        0.72        0.85
Est. Changed No               CY   P/EPS   NM          NM          89.3X
-----------------------------------------------------------------------------
Industry:   INTERNET & ENTERPRISE SOFTWARE
Shares Outstanding(Mil.):  2998.2
Return On Equity (1999) :    54.0%
-----------------------------------------------------------------------------
```

HIGHLIGHTS:
--Oracle held its Spring 2000 analyst meeting on Tuesday April 4 at its Redwood
Shores, California headquarters. The Company reviewed its e-business strategy
and demoed several new products including the recently released R11i e-Business
Suite of applications.

--Oracle's initiatives to drive out operating costs and transform itself into
an e-business are resulting in not only exceptional margin expansion and EPS
growth but also a powerful sales/marketing message and deeper access to
customer executives. Management believes it is on track to reach its goal of
40%+ operating margins and is still in the early stages of its efforts.

--The Company is leveraging a new product cycle that includes enhancements to
virtually every product family, including its core database and application
software and newer areas such as CRM, iProcurement/OracleExchange, Supply Chain
Management and Business OnLine (BOL).

--Management believes that its fundamentals remain very strong in F4Q (May)
with a growing pipeline, continued strength in the Americas and a solid
recovery in the EMEA region.

--Reiterate our STRONG BUY investment rating.


DETAILS:
--ANALYST MEETING VERY UPBEAT
Oracle hosted an very upbeat Spring 2000 Analyst Day at its corporate
headquarters in Redwood Shores on Tuesday. Management reviewed ongoing
initiatives to transform itself into an e-business and demoed several new
products (including the R11i e-Business Suite, OracleExchange, Supply Chain
Management, BOL and Oracle 8i Appliance). While the Company did not reveal any
significant surprises, management remains very confident in its fundamentals
and stressed its ability to provide an end-to-end solution consisting of an

http://www.firstcall.com/links/14/14268074570520827141/79995050829035788870/3189127...  3/8/2002

NDCA-ORCL 009001

integrated suite of products and bundled services as a significant competitive advantage.

--F4Q (MAY) UPDATE
Following its announcement of better than expected F3Q results three weeks ago, management remained bullish and upbeat on its prospects in F4Q. The Company cited 1) a growing pipeline of new business, 2) continued strength in the Americas especially in the mid-market which is expected to grow 100% y/y in F4Q (currently about 15% of revenue) and 3) a solid recovery in the EMEA region particularly the UK and Netherlands which underperformed in F3Q. The key areas of database and applications are showing very positive trends as Oracle leverages significant new product releases including R11i and Oracle 8i Release 2. Newer areas such as B2B applications (supply chain planning, CRM, iProcurement and OracleExchange) appear to be gaining traction and should be significant growth drivers as these products mature. BOL is also showing significant momentum and management continues to be bullish on its prospects in F4Q and beyond.

--E-BUSINESS BLUEPRINT: ROADMAP TO $2B OF COST SAVINGS
Oracle remains confident in its ability to remove up to $2B of costs from its operating structure and drive higher revenue growth through the adoption of its own e-business software. Since the Company first announced this ambitious goal in mid-1999, Oracle has experienced accelerating operating margin expansion including a 1.5% increase in F1Q'99, a 6.2% increase in F2Q and a 11.8% rise in the following quarter. CEO Larry Ellison recently revised his target to a 40% operating profit goal after achieving 31.4% operating margin in F3Q (despite three consecutive quarters of declining headcount). The Company highlighted four major areas of improvement: consolidation of IT expense, improved sell-side activities, improved buy-side activities and more efficient internal operations. A summary of goals is given below:

|                | Previous $1B Goal | New $2B Goal |
|----------------|-------------------|--------------|
| Consolidate IT | $200M             | $250M        |
| Sell-side      | $550M             | $1,450M      |
| Buy-side       | $150M             | $200M        |
| Internal       | $100M             | $100M        |
| Total Savings  | $1,000M           | $2,000M      |

Source: Oracle Corporation

On the IT side, consolidation of Oracle's data and data centers is expected to help drive its global IT budget down from $600M a year ago to $400M by the end of F'01. Sales/support activities are expected to generate the bulk of cost savings as the Company moves its customer calls to self-service Web pages (30-40% of customer requests are currently handled via the Web), adopts paperless Internet marketing practices, funnels sales through iStore ($70M of orders came over iStore in F3Q), beefs up a more cost-effective telesales force and consolidates internal and external training over the Internet. Buy-side initiatives include the adoption of iProcurement and OracleExchange internally (requisition costs have already fallen from $25 to $10/order. Internally, the Company has rolled out self-service applications for expense reports, HR and other functions and intends to roll this out globally.

While these cost savings are expected to drive significant earnings power over the next several years, we believe another meaningful impact of its e-business efforts is the high level of interest it has generated among existing and potential customers. Oracle has become a sterling showcase of its software

NDCA-ORCL 009002

solutions, and its tangible financial results are a powerful sales/marketing tool. The Company is finding that its message has opened a doorway to the higher levels of customer management that are looking not only for a technology solution but also advice on the cultural and structural changes that large organizations must undergo to effect e-business changes.

--REVIEW OF NEW AND UPCOMING PRODUCTS
Oracle is leveraging a significant new product cycle that includes its core database and application products as well as newer offerings such as BOL, CRM and iProcurement/OracleExchange. The Company provided the following highlights:

+Database: Since the Company revamped and standardized its pricing structure in December, Oracle has seen accelerated demand for its Oracle 8i offering. The latest Release 2 of this product introduces key enhancements to data warehousing and analytics, and provides upgrade capabilities for enterprise management, parallel processing support and partitioning.

+ERP Applications: Following an extensive beta test cycle, Oracle recently released Phase 1 of its new R11i integrated suite of products which includes financials, HR, project management, manufacturing and supply chain planning capabilities. The Company expects R11i to accelerate its applications business ahead of the ERP pack which it led in 1999 with 28% growth versus 2% for SAP, -15% for JD Edwards, -39% for Baan and -54% for PeopleSoft.

+CRM Applications: Phase 2 of R11i that includes CRM components is on track to be released in May. Key CRM functionality includes enhanced marketing, sales, service and email automation. While it does not expect to be the number one player in these individual CRM subsectors, the Company believes the value proposition of this integrated foundation outweighs the richer functionality typically found in best-of-breed solutions.

+iProcurement/OracleExchange: Oracle is attacking both the indirect and direct procurement opportunity with enhancements to its iProcurement and OracleExchange offerings. Self-Service Procurement has been updated with a new interface, procurement intelligence to negotiate better deals and improved integration capabilities. OracleExchange, which has been selected to power seven B2B marketplaces to date, will add Walk-in OracleExchange.com later this month. The "Walk-In" capability will enable users to quickly sign up, control how items are bid and select partners using only a browser interface.

+BOL: Oracle believes it has conquered the learning curve for BOL and has aggressively engaged its sales force to begin selling its online hosted application services beginning in F4Q. In the most recent quarter, the Company doubled the number of BOL customers from 25 to 50 and intends to ramp this quickly over the next several quarters.

--REITERATE OUR STRONG BUY INVESTMENT RATING
Oracle's Internet vision and Internet-centric product strategy have become a clear competitive differentiator that should act as a key growth driver for the Company. Although it is not necessarily a leader in CRM, SCM, B2B procurement or application outsourcing, Oracle has been quick and savvy enough to leverage these rapidly growing, emerging markets and become a tier-one player on all these fronts. Meanwhile, its core markets, databases and packaged applications, are showing signs of a positive inflection point. We regard Oracle's stock as a core technology holding and an attractive play on our eProcess/eHub theme. We reiterate our STRONG BUY investment rating on the shares.

Additional Information Available Upon Request

NDCA-ORCL 009003

Case 3:01-cv-00988-SI  Document 1196-18  Filed 10/09/07  Page 4 of 4
Case 3:01-cv-00988-SI  Document 1196-18  Filed 10/09/07  Page 4 of 4

Deutsche Bank Securities Inc. maintains a net primary market in the common stock of Oracle Corporation.
The following stock(s) is (are) optionable: Oracle Corporation.
One or more authors of this comment have a long position in the common shares of Oracle Corporation.
First Call Corporation, a Thomson Financial company.
All rights reserved.  888.558.2500
]

EON

NDCA-ORCL 009004