September 8, 2000
Jean W. Orr, CFA
212.850.0566/jorr@bluestonecapital.com
Matthew L. Norton
212.850.9469/mnorton@bluestonecapital.com
*All research is available on www.TRADE.COM.™*
*TRADE.COM™ is a service of BlueStone Capital Partners, L.P.*



# Oracle Corporation
**(ORCL-NASDAQ $89.25)**
Industry: Software

**Rating Change**
**Rating: 3-1**

---

**INVESTMENT RATING**

| | | |
|---|---|---|
| Intermediate Term (<12 months): | 3–Underperformer | Target Price: $84.00 |

*Common stock is expected to provide a total return that is more than 5 percentage points below that of the S&P 500 Index or Nasdaq Composite.*

| | | |
|---|---|---|
| Long Term (>12 months): | 1–Outperformer | Target Price: $95.00 |

*Common stock is expected to provide a total return that is more than 10 percentage points greater than that of the S&P 500 Index or Nasdaq Composite.*

| | | |
|---|---|---|
| 52-Week Range | | $92.94- $19.94 |
| S&P 500 | | 1509.84 |
| Market Cap | | $268.1 billion |
| Current Shares Outstanding | | 3.004 billion |
| Avg. Daily Trading Volume (20 days) | | 14.4M |
| Suitability | | Good Quality |

| EPS | 2000A | 2001E | 2002E | 2003E |
|---|---|---|---|---|
| Q1 | $0.08 | $0.13 | $0.16 | $0.17 |
| Q2 | $0.13 | $0.18 | $0.22 | $0.25 |
| Q3 | $0.17 | $0.21 | $0.26 | $0.29 |
| Q4 | $0.31 | $0.33 | $0.41 | $0.49 |
| | **$0.69** | **$0.85** | **$1.05** | **$1.19** |
| P/E | 129.3x | 105.0x | 85.0x | 75.0x |

| | |
|---|---|
| Est. 3-Yr. EPS Growth | 19.9% |
| Book Value 2001E (per share) | $2.73 |
| Tangible Bk Value 2001E | $2.73 |
| Cash Flow 2001E (per share) | $0.99 |
| ROE 2001E | 34.7% |
| Total Debt/Capitalization | 3.4% |
| Insider Holdings | 23.9% |
| Institutional Holdings | 42.0% |
| Dividend/Yield | N.A. / N.A. |
| Fiscal Year-End | May 31 |



*Source: Bloomberg.*

Corporate Headquarters       Redwood City, CA
*A = Actual; E = Estimate      All prices the close of September 6, 2000.*

## Investment Summary

We initiated coverage of Oracle Corporation on August 10 with a 2-1 (market perform-outperform) investment rating. Since then the stock price has increased 10%, exceeding our near-term target, and we are changing our rating to 3-1 (underperform-outperform). Oracle is a leading provider of database management software, enterprise software applications and development tools. The company has aggressively transitioned its database and applications business to an integrated, Internet-based architecture.

Oracle has recorded steady earnings and revenue growth over the past four years, and we expect earnings growth to continue at 20% per year over the next few years. Revenues for fiscal 2000 were $10.13 billion, up 15% from the previous year, and net income was $2.1 billion, up 37% from the year earlier. Operating margins improved to 30.4% in fiscal 2000 from 21% in fiscal 1999 due to a lower percentage of revenues from services; the internal implementation of the company's E-Business Suite; more use of the Internet for sales, support and distribution; and consolidation of some operations. We expect to see more modest increases in the operating margins during the next three years.

At $89.25 per share, Oracle shares are trading at 105.0 times our fiscal 2001earnings per share estimate of $0.85, and 85.0 times our 2002 estimate of $1.05.

## Key Points

**Database software leadership.** Oracle is the world's leading database software vendor, with 31% of the overall database management system (DBMS) market. The company's share of the relational DBMS market, the bulk of database software sales, is 42%. The current version of the database is Oracle 8i, which was first shipped in March 1999.

**E-Business Suite.** Oracle's business applications are written to run on the Internet and allow easy integration with each other. Late in the fourth quarter of fiscal 2000 Oracle added customer relationship management and order management programs to create the first complete, fully integrated e-business suite. The alternative to Oracle's e-business suite is disparate applications from various vendors integrated by the customer. Application license revenue increased 42% in fiscal 2000 compared with fiscal 1999.

**Application Service Provider.** Oracle has entered the young, rapidly growing market for application service providers (ASPs). Customers have the choice of running Oracle applications themselves or paying Oracle to run them. The company will also run complementary software from other vendors through its application hosting program. The ASP market is expected to grow 65% per year from 2000 to 2004.

SECURITIES RESEARCH



## COMPANY SNAPSHOT
### Profile
With over $10 billion in revenue, Oracle is the world's second largest independent software company behind Microsoft. The company is the largest worldwide vendor of database management software (33.5% of Oracle's total revenues), an $11 billion market according to research firm International Data Corp. (IDC). In fiscal 2000, 43% of revenues came from license fees, while 57% came from consulting, support and educational services. Of the license revenue, 79% was from database licenses and 21% from applications. Oracle has a strong international presence with 41% of revenue from outside of the Americas.

### Strengths
Oracle has a solid foundation in database management software and related maintenance and services businesses. Twenty years after releasing it's first relational database management system (RDBMS) software product, Oracle continues to be the leading database software vendor. According to IDC, Oracle's share of the worldwide RDBMS market in 1999 was 42.4%, more than double the share of it's nearest competitor, IBM.

Oracle's E-Business Suite is the first set of integrated applications that combine ERP, supply chain management, and procurement, or "back-office" applications, with sales, marketing, call center and other customer relationship management (CRM) or "front-office" systems on a single platform. In addition, it is designed to run over the Internet, administrable from one central location. The alternative is to piece together "best-of-breed" offerings from various vendors, requiring a significant commitment of resources from the customer.

### Risks
Oracle's applications face tough competition from large vendors including SAP, Peoplesoft, Baan, Siebel Systems, as well as a host of other enterprise and e-business companies that have one or two strong applications. These "best-of-breed" applications have not been part of integrated solutions in the past, but vendors are building suites to be more competitive with Oracle's E-Business Suite.

Oracle's growth could be negatively affected by an economic slowdown, particularly in the U.S. or Europe, cushioned by the recurring revenue stream of maintenance and service fees. International revenues have been unfavorably affected by the strengthening of the dollar against certain major foreign currencies in 1999 and 2000. With over 40% of revenues coming from overseas, this continued trend could remain a negative factor.

Database management software and enterprise application markets have not been particularly price sensitive in the past, and we do not foresee any substantial change in this. However, if price competition were to become significant, Oracle's growth could be impaired.

By entering the applications and ASP markets, Oracle has become a competitor to many of its best customers. There is a risk that these vendors will de-emphasize the Oracle database in favor of competitive products causing Oracle's growth to slow, though we have not seen this occur to any large extent to date.

## FINANCIAL HIGHLIGHTS

**Quarterly Revenue, 2000-2001 ($MM)**

| Quarter | 2000A | 2001E | % Change |
|---|---|---|---|
| 1Q | $1,984.5 | $2,225.0 | 12.1% |
| 2Q | $2,321.9 | $2,650.0 | 14.1% |
| 3Q | $2,449.4 | $2,850.0 | 16.4% |
| 4Q | $3,374.3 | $3,750.0 | 11.1% |
| Full Year | $10,130.1 | $11,475.0 | 13.3% |

*Source: Company reports and BlueStone Capital Partners, L.P.*

**Quarterly Net Income, 2000-2001E ($000s)**

| Quarter | 2000A | 2001E | % Change |
|---|---|---|---|
| 1Q | $236.7 | $388.8 | 64.2% |
| 2Q | $384.5 | $550.9 | 43.3% |
| 3Q* | $512.0 | $629.5 | 22.9% |
| 4Q* | $926.8 | $978.0 | 5.5% |
| Full Year* | $2,055.3 | $2,547.1 | 23.9% |

*\*Excludes extraordinary gains*
*Source: Company reports and BlueStone Capital Partners, L.P.*

**Margins, 1999-2001E (%)**

|  | 1999A | 2000A | 2001E |
|---|---|---|---|
| Operating Margin | 21.2% | 30.4% | 30.5% |
| Pretax Margin* | 22.5% | 31.5% | 34.4% |
| Net Margin* | 14.6% | 20.3% | 22.2% |

*\*Excludes extraordinary gains*
*Source: Company reports and BlueStone Capital Partners, L.P.*

**Balance Sheet Summary, 2000-2001E ($ millions)**

| Quarter | 2000A | 2001E |
|---|---|---|
| Assets | $13,076.8 | $12,981.5 |
| Total Liabilities | $6,615.3 | $4,773.0 |
| Total Stockholders' Equity | $6,461.5 | $8,208.5 |
| Return on Avg Equity (%) | 40.5% | 34.7% |

*Source: Company reports and BlueStone Capital Partners, L.P.*

**Valuation**

| Quarter | 2001E | 2002E |
|---|---|---|
| P/E | 105.0x | 85.0x |
| P/E Relative to Peers | 260% | 260% |

*Source: Company reports and BlueStone Capital Partners, L.P.*



## BACKGROUND

Chairman and CEO Larry Ellison co-founded Oracle Corporation in 1977. Two years later the company shipped its first product, the Oracle relational database management system (RDBMS), the first commercially available relational DBMS. IBM, where the relational model was developed, did not ship its first relational database until 1982. Oracle became a public company with an initial public offering of stock in March of 1986.

Database management software is basically a filing system for data on a computer. The major suppliers of database management systems are Oracle, IBM, Microsoft, Informix, and Sybase. The database stores information which can be accessed by other computer programs called applications. Applications are generally written to work with data stored in a database from a specific vendor, though applications can be modified to work with other databases. Of the two main types of DBMS (hierarchical and relational), relational is more flexible, scalable and easy to use and administer. Accordingly, over 75% of database software sales are in that segment.

The term enterprise resource planning (ERP) was coined in the early 1990s for software that evolved from materials requirement planning (MRP) and production planning system (PPS) software. While MRP and PPS only handle the control and efficiency of manufacturing systems, ERP integrates other areas of business functionality including financial operations and human resources. Supply chain management (SCM) systems assist in the procurement and delivery of materials.

Customer relationship management (CRM) or e-business relationship management (ERM) are broad terms associated with software that helps manage all aspects of a customer, or potential customer, relationship. This includes sales, marketing, post-sale support and service. E-commerce applications provide the means to transact business over the Internet. The most recent trend has been to integrate all of these applications to automate many business functions.

Integration of applications is a complex, time-consuming and expensive undertaking. Applications from disparate vendors are often written in different languages and use different platforms and file structures. To make these programs work together requires that communications between the programs be in a form that each can understand. There are various ways to do this including transport engines and transformation engines. Integration is much simpler when the applications use the same platform and are written in the same language.

## PRODUCTS
### ORACLE8I RELEASE 3

The company designed Oracle8i as a foundation for Internet-based application development and deployment. Utilizing Java and other standards for use over the Internet, this database is the centerpiece of the company's E-Business Suite and Internet platform. Oracle8i allows the storing, manipulating and retrieval of relational, object-relational, multi-dimensional and other types of data.

Since March of 1999 over 25,000 customers have licensed Oracle 8i, and application developers have downloaded over 1.3 million copies. First shipments of the most current version, Release 3, occurred this summer. Release 3 has additional security enhancements, the latest Java and XML technologies, as well as transactional and messaging capabilities with Oracle Internet Application Server 8i.

### Oracle E-Business Suite Release 11i

Oracle's E-Business Suite is the first fully integrated e-business applications suite. The May 2000 release added customer relationship management and order management components to the already integrated 11i financials, human resources, manufacturing, procurement, projects, and supply chain offerings. The suite is built on the Oracle8i database and runs on the Oracle Internet Application Server (iAS). The following are the major application components to the suite, which are also available as stand-alone products from Oracle.

### CRM
### Sales 11i

Oracle's sales products provide real-time inventory, sales, product and customer/account information. The application's set of reporting capabilities allows users at all levels of the firm to analyze this data and tailor it to their needs.

### Marketing 11i

Oracle's Marketing 11i is a set of products that help businesses plan, manage, execute and analyze their marketing campaigns. Able to manage multiple, simultaneous programs, these products can be used for targeting traditional media as well as execution online.

### Service 11i

Along with Interaction Center 11i, Oracle's set of multi-media call center support and management applications, Service 11i is designed to be a fully featured customer service and support suite. Combined, the applications help manage all areas of customer service and support from the initial customer contact through field service dispatch.

### E-Commerce 11i

E-Commerce 11i is a package of integrated applications specifically for web-based sales, marketing and customer service and support. Capabilities include website and



webstore development, product catalogue creation and secure payment processing.

## ERP
### Manufacturing 11i
The manufacturing module provides planning and management for project, process and discreet manufacturing. This software helps manufacturers plan production, raw materials, inventory, labor and costs. Tied into supply chain, procurement, human resources and financials, requirements and costs on the production floor are updated in all areas of the firm where the information is needed.

### Financials 11i
Oracle Financials automates and synchronizes the entire transaction and money-management chain of an enterprise. Companies utilize this financial program for budgeting and forecasting; general ledger, managing payments and accounts receivable; project management, to track labor, materials and project profitability; and treasury services, including risk, hedging and managing cash operations across a global enterprise. Available for all major languages and currencies, data from international branches can be automatically collected via the Internet and converted for management at a single location.

### Human Resources 11i
Oracle Human Resources tracks and manages a firm's workforce. Two key components are information management and information access. The volumes of information recorded from employee records, benefits, reviews, compensation information, expense reimbursements, etc. need to be organized and kept up to date in an efficient manner. In addition, that information must be accessed in different ways. For instance, a project manager requires access to information regarding employee skill sets, labor costs, etc. for a particular project, while another manager may query the database to see what employees are up for review or promotion.

### Procurement 11i
Oracle Procurement helps automate and centralize enterprise-wide purchasing functions. By connecting with suppliers electronically, a company's orders are processed more accurately, efficiently, and at a lower cost than traditional paper-based and enterprise software system solutions. Also, with greater access to information about purchasing across the entire enterprise, companies can take advantage of economies of scale and group discounts.

## SCM
### Supply Chain Management 11i
Oracle Supply Chain Management (SCM) is used for the effective management of an enterprise's information and resources to manage supply and demand. SCM is composed of demand planning to anticipate market demand, supply planning for the optimal positioning of enterprise resources to meet demand, and fulfillment for the efficient meeting of demand as it is realized.

### Oracle Exchange
The Oracle Exchange solutions take e-procurement and supply chain management one step further, providing the architecture, technology and expertise to create online marketplaces for groups of companies or entire industries. This technology allows potentially hundreds of companies in any given industry to buy and sell products from each other electronically. With access to a broader base of products, services and information, savings can be realized through economies of scale, comparing prices, or by identifying a few strategic suppliers that previously were unknown or unreachable. Sellers benefit by reaching new potential customers, eliminating excess inventory at the best price and bidding on contracts previously unavailable or unknown to them.

Oracle offers this solution in three different ways. Oracle Industry Exchange focuses on servicing a specific industry, in which the members agree on initial common standards. Thereafter, any company in the industry can tie into that network. Oracle Branded Exchanges integrate the buying and selling of a specific group of customers, such as GE and it's suppliers and vendors. Oracleexchange.com is a broad-based, online trading community developed by Oracle. It serves multiple industries; companies can directly access hundreds of suppliers and customers through a standard web browser.

### Oracle Internet Application Server 8i
On June 30 Oracle announced the availability of its new Oracle Internet Application Server 8i (Oracle iAS). Oracle iAS is based on the popular open source Apache Web Server platform, currently the leader in Web servers with an approximate 60% market share. Completely Java based, iAS has a unique feature called Oracle 8i Cache, which stores the most frequently retrieved data on the server, speeding up delivery times and freeing up the database. Oracle iAS is used to build and run the E-Business Suite as well as database-driven, custom web applications such as online catalogues. The Wireless Edition includes Oracle Portal-to-Go, which enables users to access web and database content from wireless PDAs and the latest generation of mobile phones equipped with browsers.



### Oracle Internet Developer Suite

The Oracle Internet Developer Suite is a collection of products and technologies that allow programmers to develop and adapt customized applications for use on the Internet. The suite also includes business intelligence and enterprise portal tools for collection and analysis of enterprise data for use in queries and reports.

### Oracle BusinessOnline

Oracle BusinessOnline is the company's ASP service, which consists of Oracle-only application implementation, hosting, training, service and support. It offers companies of any size rapid implementation of one or all of Oracle's applications. The time required to implement an application can range from five days, for pre-configured solutions, to several months for applications with substantial customization. The applications are delivered to the end user on a standard web browser through the Internet. BusinessOnline will host applications from other vendors that are complementary to the Oracle applications, but the company does not take responsibility for implementation, training or support of these products.

Oracle has positioned BusinessOnline as a service for its customers. The applications and database must be licensed by the user regardless of where the application will be installed. Unlike other ASPs, which amortize the initial cost of the software over the life of the contract with the customer, Oracle is paid the licensing fees upfront.

### MARKETS AND COMPETITION

In the database management software arena, Oracle's largest competitors are IBM and Microsoft. The company also competes against independent database software management companies Sybase and Informix These database providers have generally focused on large customers and depended on major application suppliers, such as PeopleSoft, SAP and Baan, to generate demand. Progress Software, also a relational database management software supplier, is more focused on the small and mid-sized business market where these competitors have had considerably less impact.

The majority of databases sold today are relational; this market is estimated by IDC to have revenues of more than $11 billion in 2000. The largest segment of the market is databases on UNIX systems; Oracle has about 60% of this market. The fastest-growing segment of the database market is on Windows NT. Oracle has about 47% of the NT market; Microsoft is the second largest in this segment with about 30% of the total. The RBDMS market is expected to grow from $11.1 billion in 1999 to $25.7 billion in 2004.

**Exhibit 1. Database Software Market Share, by Vendor 1998-1999**





*Source: Dataquest*

In the enterprise application/e-business space, Oracle competes with large suppliers PeopleSoft and SAP and to a lesser extent Baan and J. D. Edwards. The company also competes against dozens of application suppliers that specialize in one segment of the market, such as Broadvision in e-commerce or Ariba in procurement. Listed in Exhibit 2 are Oracle's top competitors in each of its applications. Although Oracle's individual applications are not considered "best-of-breed", they do have the advantage of working together as an integrated suite.

Customers are demanding integrated systems leading many enterprise and e-business application providers into partnerships to offer customers complete solutions. Also, software suppliers are acquiring and developing additional products. PeopleSoft bought Vantive Corporation (developer of CRM software) and plans to ship an integrated suite of products in September. SAP and J.D. Edwards have added CRM capabilities to their ERP suites to be more competitive.



Sales of Oracle's applications increased 42% in fiscal 2000 as the company took advantage of its position as the only integrated suite provider. However, the competition in this business is moving to application suites and will likely be more effective as these products enter the market.

**Exhibit 2. Oracle's Competition in E-business Applications**

| | |
|---|---|
| Accounting | Peoplesoft, SAP |
| E-Commerce | Broadvision, IBM |
| Exchanges | Ariba, i2, Commerce One |
| Human Resources | Peoplesoft, SAP |
| Manufacturing | SAP, J.D. Edwards |
| Marketing | Broadvision, Ephiphany |
| Procurement | Ariba, CommerceOne |
| Sales Force Automation | Siebel, Clarify* |
| Supply Chain Mgmt. | i2, SAP |
| Support | Siebel, Clarify |

*\* A division of Nortel Networks*
*Source: Company reports*

The overall market for enterprise applications is substantial and expected to continue to show strong growth. AMR Research forecasts that the Enterprise Applications Market (EAM) will increase from $27 billion in 1999 to $78 billion in 2004, a 24% compound annual growth rate. Within this broad category, AMR predicts the CRM market will grow 36% per year over the next four years, reaching $21 billion in 2004. E-commerce applications are expected to grow from $1.7 billion in 1999 to $16 billion in 2004, 56% per year.

Application service providers are creating a new industry that is expected to record revenues of $3.5 billion in 2000, more than triple the 1999 revenues. The growth rate from 2000 through 2004 is projected to be at least 65%. Right now there are a number of business models for ASPs but, as the market develops, application software companies appear to be well positioned to participate in this growth.

## RECENT MANAGEMENT CHANGES

Raymond Lane, who had been President and Chief Operating Officer of Oracle since 1992, recently left the company. Mr. Lane joined Oracle at a time when changes were required at the company. He imposed a needed discipline on Oracle's management that had not in place prior to his arrival, and we believe that he was a key reason the company performed as well as it did during his tenure. We were disappointed to see him leave.

During the past year, as Oracle has adopted the e-business model internally, the company has streamlined its management structure. As part of this realignment, a number of managers who had reported to Mr. Lane started reporting directly to Mr. Ellison. No replacement has been named for Mr. Lane. It is important, in our opinion, that the discipline and focus that Mr. Lane brought to the company not be lost now that he is gone.

## FINANCIAL RECORD AND EARNINGS OUTLOOK

Oracle's growth throughout the decade of the nineties has been impressive. During the last five years, fiscal 1995 through fiscal 2000, the company's revenues have increased at a compound annual growth rate of 28% while net income, excluding extraordinary gains and charges, has increased at a 36% rate. During this period, service revenues have been a significant part of the growth, increasing at a rate of 34% per year. Service revenues were 44% of Oracle's total revenues in fiscal 1995 and increased to 56% of the total in fiscal 2000.

Service revenues have a substantially lower gross margin than license revenues and, as service became a larger percentage of the company's overall revenues, some pressure was put on the operating profit margin. In fiscal 2000, Oracle de-emphasized its consulting business, actually reducing revenues from this segment 6.5% from the year earlier. The gross margin on service revenues increased from 40.4% in fiscal 1999 to 48.2% in fiscal 2000.

The operating profit margin in fiscal 2000 also increased as a result of sales and marketing expenses declining as a percentage of revenues from 29.7% in 1999 to 25.8% in fiscal 2000. The company's implementation of the E-Business Suite and greater use of the Internet for sales and support accounted for the lower costs.

**Exhibit 3. Oracle Corp. Annual Revenues Fiscal 1991-2000**



*Source: Company reports*



### Exhibit 4. Oracle Corp. Quarterly Revenues Fiscal 1997-2000



*Source: Company reports*

### Exhibit 5. Oracle Corp. Annual Operating Margin Fiscal 1991-2000*



*Excludes extraordinary gains or charges*
*Source: Company reports*

### Exhibit 6. Oracle Corp. Quarterly Operating Margin Fiscal1997-2000*



*Excludes extraordinary gains or charges*
*Source: Company reports*

### Exhibit 7. Services Revenues as a Percentage of Total Revenues

|  | 2000 | 1999 | 1998 |
|---|---|---|---|
| Consulting | 22% | 27% | 25% |
| Support | 29% | 27% | 25% |
| Education | 5% | 5% | 6% |

*Source: Company reports*

### Exhibit 8. Year-to-Year Growth Rates of Service Revenue and Service Gross Income



*Source: Company reports*

### Exhibit 9. Growth Indices for Service Revenue and Service Gross Income



*Source: Company reports*



Looking at the next three years, we expect revenue growth to continue in the 13% per year range. Major contributors to this growth will be application license sales and BusinessOnline. We have assumed modest additional cost savings, though we note that management has more aggressive goals. Our detailed earnings models are presented in Exhibits 13-15.

## STOCK PERFORMANCE AND VALUATION

Historically, Oracle's stock has traded in a P/E range of 30 to 50 times trailing 12-month earnings. However, during calendar 1999, as enthusiasm for Internet-related companies increased, Oracle was recognized as an Internet foundation business, and the stock was revalued. In 2000, the stock has been selling for 100 to 140 times trailing 12-month earnings.

**Exhibit 10. Oracle Corp. Historic Earnings\* and P/E, January 1995 -Present**



*\*Excludes extraordinary gains and charges*
*Source: Bloomberg and company reports*

While we believe that Oracle is well positioned to participate in the growth of Internet-based applications and services, we think that the stock is fully valued at current prices and has little room for appreciation in the foreseeable future. At these multiples, any failure of the company to meet expectations would likely result in a significant stock price decline.  Thus, we rate Oracle stock 3-1.

**Exhibit 11. Oracle Corp. Stock Price Performance, January 1999-present**



*Source: Bloomberg and company reports*

**Exhibit 12. Oracle Corp. Relative Stock Price Performance, January 1999-present**



*Source: Bloomberg and company reports*



**Exhibit 13. Oracle Corp. Competitor Analysis**

| Ticker | Company | Price 9/6/00 | Shares Out (mil) | Market Cap ($mil) | EPS* 1999A | EPS* 2000E | EPS* 2001E | Revenues (MM)** 1999A | Revenues (MM)** 2000E | Revenues (MM)** 2001E | Price/Earnings 1999A | Price/Earnings 2000E | Price/Earnings 2001E | Mkt Cap/Rev 1999A | Mkt Cap/Rev 2000E | Mkt Cap/Rev 2001E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ORCL & | Oracle Corporation | $ 89.25 | 3,004.0 | 268,107.0 | 0.44 | 0.69 ^ | 0.85 | 8,827.3 | 10,130.1 ^ | 11,475.0 | 202.8 | 129.3 | 105.0 | 30.4 | 26.5 | 23.4 |
| MSFT | Microsoft Corp. | $ 69.44 | 5,262.4 | 365,408.2 | 1.39 | 1.71 ^ | 1.89 | 19,747.0 | 22,956.0 ^ | 27,120.3 | 50.0 | 40.6 | 36.7 | 18.5 | 15.9 | 13.5 |
| IBM | IBM Corporation | $ 131.44 | 1,760.7 | 231,422.7 | 3.72 | 4.43 | 5.02 | 87,548.0 | 92,985.0 | 100,777.3 | 35.3 | 29.7 | 26.2 | 2.6 | 2.5 | 2.3 |
| SYBS | Sybase | $ 28.38 | 89.0 | 2,525.9 | 0.71 | 1.01 | 1.18 | 871.6 | 953.6 | 1,087.6 | 40.0 | 28.1 | 24.0 | 2.9 | 2.6 | 2.3 |
| IFMX | Informix | $ 6.13 | 284.0 | 1,739.2 | 0.42 | 0.19 | 0.34 | 871.5 | 1,067.7 | 1,255.5 | 14.6 | 32.2 | 18.0 | 2.0 | 1.6 | 1.4 |
| PRGS & | Progress Software | $ 13.00 | 35.6 | 463.3 | 0.89 | 0.94 | 1.19 | 286.1 | 282.5 | 333.0 | 14.6 | 13.8 | 10.9 | 1.6 | 1.6 | 1.4 |
| PSFT | PeopleSoft | $ 33.50 | 279.7 | 9,368.7 | 0.10 | 0.26 | 0.55 | 1,429.1 | 1,658.7 | 2,001.1 | 335.0 | 128.8 | 60.9 | 6.6 | 5.6 | 4.7 |
| SAP | SAP AG | $ 63.88 | 315.5 | 20,154.5 | 0.39 | 0.52 | 0.92 | 5,146.0 | 6,419.3 | 7,864.4 | 163.8 | 122.8 | 69.4 | 3.9 | 3.1 | 2.6 |
| JDEC | J.D. Edwards | $ 25.00 | 109.3 | 2,731.5 | (0.07) | (0.02) | 0.37 | 944.2 | 981.5 | 1,100.5 | NA | NA | 67.6 | 2.9 | 2.8 | 2.5 |
| BAANF | Baan AG | $ 2.38 | 198.5 | 471.5 | (0.54) | NA | NA | 619.1 | NA | NA | NA | NA | NA | 0.8 | NA | NA |
| MANU | Manugistics | $ 90.06 | 28.5 | 2,566.8 | (1.56) | (0.33) ^ | (1.56) | 177.6 | 152.4 ^ | 211.9 | NA | NA | NA | 14.5 | 16.8 | 12.1 |
| QADI | QAD, Inc. | $ 3.44 | 33.4 | 114.7 | (0.65) | (0.46) ^ | NA | 193.3 | 239.3 ^ | NA | NA | NA | NA | 0.6 | 0.5 | NA |
| SYMX | Symix | $ 7.63 | 7.5 | 57.2 | 0.67 | (0.86) ^ | NA | 129.1 | 129.0 ^ | NA | 11.4 | NA | NA | 0.4 | 0.4 | NA |
| SEBL | Siebel Systems | $ 182.56 | 208.3 | 38,029.4 | 0.53 | 0.87 | 1.17 | 790.9 | 1,582.2 | 2,232.3 | 344.5 | 209.8 | 156.0 | 48.1 | 24.0 | 17.0 |
| EPNY | Epiphany | $ 104.88 | 32.4 | 3,393.5 | (1.08) | (0.91) | (0.22) | 19.2 | 112.9 | 238.0 | NA | NA | NA | 176.7 | 30.1 | 14.3 |
| BVSN | Broadvision | $ 35.56 | 267.2 | 9,500.6 | 0.07 | 0.16 | 0.24 | 115.5 | 388.8 | 578.2 | 508.0 | 222.3 | 148.2 | 82.3 | 24.4 | 16.4 |
| ITWO | i2 Technologies | $ 160.00 | 198.1 | 31,699.4 | 0.18 | 0.42 | 0.63 | 571.1 | 1,018.0 | 1,478.1 | 888.9 | 381.0 | 254.0 | 55.5 | 31.1 | 21.4 |
| ARBA | Ariba | $ 156.31 | 240.6 | 37,611.1 | (0.21) | (0.20) | (0.07) | 45.4 | 244.7 | 550.5 | NA | NA | NA | 828.4 | 153.7 | 68.3 |
| CMRC | Commerce One | $ 62.69 | 162.0 | 10,155.5 | (0.33) | (0.41) | (0.13) | 33.6 | 267.8 | 450.5 | NA | NA | NA | 302.2 | 37.9 | 22.5 |
| USIX & | USinternetworking | $ 9.75 | 96.9 | 944.4 | (1.95) | (1.90) | (1.92) | 35.5 | 117.0 | 235.0 | NA | NA | NA | 26.6 | 8.1 | 4.0 |

*Based on First Call consensus estimates
** Based on IBES consensus estimates
& Based on BlueStone Capital Partners estimates
NA= Not Available



Exhibit 14
Oracle Corporation
QUARTERLY INCOME STATEMENT (1999-2000)
($ in 000's, except per-share data)

| | 1999 | | | | | 2000 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 1Q | 2Q | 3Q | 4Q | Year | 1Q | 2Q | 3Q | 4Q | Year |
| Fiscal year ends May 31 | | | | | | | | | | |
| **INCOME STATEMENT** | | | | | | | | | | |
| **Revenue** | | | | | | | | | | |
| Licenses and other | $ 582,464 | $ 767,428 | $ 825,738 | $ 1,512,735 | $ 3,688,366 | $ 632,181 | $ 902,632 | $ 1,071,373 | $ 1,840,609 | $ 4,446,795 |
| Services | 1,166,646 | 1,288,516 | 1,253,181 | 1,430,543 | 5,138,886 | 1,352,336 | 1,419,251 | 1,378,045 | 1,533,701 | 5,683,333 |
| **Total revenue** | **1,749,110** | **2,055,944** | **2,078,919** | **2,943,278** | **8,827,252** | **1,984,517** | **2,321,883** | **2,449,418** | **3,374,310** | **10,130,128** |
| Operating Expenses | | | | | | | | | | |
| Sales & Marketing | 510,076 | 591,754 | 566,756 | 953,792 | 2,622,379 | 538,426 | 631,433 | 594,696 | 852,194 | 2,616,749 |
| % of revenue | 29.2% | 28.8% | 27.3% | 32.4% | 29.7% | 27.1% | 27.2% | 24.3% | 25.3% | 25.8% |
| Cost of services | 679,290 | 779,847 | 792,023 | 812,988 | 3,064,148 | 756,750 | 753,170 | 707,261 | 725,498 | 2,942,679 |
| % of services revenue | 58.2% | 60.5% | 63.2% | 56.8% | 59.6% | 56.0% | 53.1% | 51.3% | 47.3% | 51.8% |
| Research & Development | 187,623 | 200,678 | 209,798 | 243,307 | 841,406 | 235,941 | 248,160 | 255,552 | 270,229 | 1,009,882 |
| % of revenue | 10.7% | 9.8% | 10.1% | 8.3% | 9.5% | 11.9% | 10.7% | 10.4% | 8.0% | 10.0% |
| General & Administrative | 94,284 | 101,598 | 103,663 | 126,892 | 426,438 | 107,537 | 113,055 | 122,188 | 137,878 | 480,658 |
| % of revenue | 5.4% | 4.9% | 5.0% | 4.3% | 4.8% | 5.4% | 4.9% | 5.0% | 4.1% | 4.7% |
| Acquired in-process R&D | - | - | - | - | - | - | - | - | - | - |
| Total operating expenses | 1,471,273 | 1,673,877 | 1,672,240 | 2,136,979 | 6,954,371 | 1,638,654 | 1,745,818 | 1,679,697 | 1,985,799 | 7,049,968 |
| **Operating profit (loss)** | **277,837** | **382,067** | **406,679** | **806,299** | **1,872,881** | **345,863** | **576,065** | **769,721** | **1,388,511** | **3,080,160** |
| Operating profit margin | 15.9% | 18.6% | 19.6% | 27.4% | 21.2% | 17.4% | 24.8% | 31.4% | 41.1% | 30.4% |
| Interest & Other Income (Expense) | | | | | | | | | | |
| Net invest. gains related to mktble sec. | - | - | - | - | - | - | - | 415,459 | 6,521,496 | 6,936,955 |
| Other income (expense), net | 22,166 | 28,654 | 37,656 | 20,721 | 109,197 | 18,347 | 15,450 | 24,150 | 48,372 | 106,319 |
| **Pretax income** | **300,003** | **410,721** | **444,335** | **827,020** | **1,982,078** | **364,210** | **591,515** | **1,209,330** | **7,958,379** | **10,123,434** |
| Pretax margin | 17.2% | 20.0% | 21.4% | 28.1% | 22.5% | 18.4% | 25.5% | 49.4% | 235.9% | 99.9% |
| Provision for income taxes | 105,001 | 136,645 | 151,074 | 299,600 | 692,320 | 127,474 | 207,031 | 446,154 | 3,045,972 | 3,826,631 |
| Effective tax rate | 35.0% | 33.3% | 34.0% | 36.2% | 34.9% | 35.0% | 35.0% | 36.9% | 38.3% | 37.8% |
| **Net income** | **$ 195,002** | **$ 274,076** | **$ 293,261** | **$ 527,420** | **$ 1,289,758** | **$ 236,736** | **$ 384,484** | **$ 763,176** | **$ 4,912,407** | **$ 6,296,803** |
| EBITDA | $ 359,243 | $ 470,925 | $ 506,053 | $ 912,045 | $ 2,248,265 | $ 440,984 | $ 672,487 | $ 1,286,672 | $ 8,007,897 | $ 3,471,085 |
| EPS -- Basic | $ 0.07 | $ 0.09 | $ 0.10 | $ 0.18 | $ 0.45 | $ 0.08 | $ 0.13 | $ 0.27 | $ 1.74 | $ 2.22 |
| EPS -- Diluted | $ 0.07 | $ 0.09 | $ 0.10 | $ 0.18 | $ 0.43 | $ 0.08 | $ 0.13 | $ 0.25 | $ 1.63 | $ 2.10 |
| EPS before extraordinary -- Diluted | $ 0.07 | $ 0.09 | $ 0.10 | $ 0.18 | $ 0.43 | $ 0.08 | $ 0.13 | $ 0.17 | $ 0.31 | $ 0.69 |
| Shares outst. (000's) – basic | 2,918,682 | 2,891,520 | 2,880,704 | 2,873,796 | 2,891,176 | 2,860,920 | 2,858,890 | 2,818,939 | 2,818,928 | 2,839,419 |
| Shares outst. (000's) – diluted | 2,967,447 | 2,949,810 | 2,990,922 | 2,965,618 | 2,968,450 | 2,982,402 | 3,006,300 | 2,998,189 | 3,004,793 | 2,997,921 |
| **YEAR-OVER-YEAR CHANGE** | | | | | | | | | | |
| Revenue | 27.8% | 27.4% | 18.9% | 22.0% | 23.6% | 13.5% | 12.9% | 17.8% | 14.6% | 14.8% |
| License and other | (9.7)% | (0.9)% | (33.6)% | (52.6)% | 15.5% | 8.5% | 17.6% | 29.7% | 21.7% | 20.6% |
| Services | 20.5% | 32.3% | 7.1% | (63.8)% | 30.1% | 15.9% | 10.1% | 10.0% | 7.2% | 10.6% |
| Sales & Marketing | 24.9% | 24.8% | 12.2% | 6.4% | 15.7% | 14.1% | 11.3% | 17.9% | 8.7% | 12.7% |
| General & Administrative | 17.5% | 9.5% | 14.0% | 26.6% | 17.0% | 25.8% | 23.7% | 21.8% | 11.1% | 20.0% |
| Research & Development | 467.3% | 40.5% | 27.8% | 33.3% | 50.5% | 24.5% | 50.8% | 89.3% | 72.2% | 64.5% |
| Operating income | 467.3% | 40.5% | 27.8% | 33.3% | 50.5% | 24.5% | 50.8% | 89.3% | 72.2% | 64.5% |
| Pretax income | 237.3% | 42.5% | 34.3% | 33.4% | 49.3% | 21.4% | 44.0% | 172.2% | 862.3% | 410.7% |
| Net income | 2202.0% | 46.3% | 36.4% | 30.9% | 58.5% | 21.4% | 40.3% | 160.2% | 831.4% | 388.2% |
| EPS | 2241.8% | 50.1% | 35.6% | 31.4% | 60.1% | 20.8% | 37.6% | 159.6% | 819.3% | 383.4% |

E = Estimate; N.A. = Not available
Sources: Company reports and BlueStone Capital estimates



Exhibit 15
Oracle Corporation
QUARTERLY INCOME STATEMENT (2001E-2002E)
($ in 000's, except per-share data)

|  | 2001E | | | | | 2002E | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
|  | 1Q | 2Q | 3Q | 4Q | Year | 1Q | 2Q | 3Q | 4Q | Year |
| Fiscal year ends May 31 | | | | | | | | | | |
| **INCOME STATEMENT** | | | | | | | | | | |
| **Revenue** | | | | | | | | | | |
| Licenses and other | $ 825,000 | $ 1,100,000 | $ 1,250,000 | $ 2,000,000 | 5,175,000 | $ 980,000 | $ 1,275,000 | $ 1,450,000 | $ 2,300,000 | 6,005,000 |
| Services | 1,400,000 | 1,550,000 | 1,600,000 | 1,750,000 | 6,300,000 | 1,600,000 | 1,750,000 | 1,825,000 | 1,975,000 | 7,150,000 |
| **Total revenue** | **2,225,000** | **2,650,000** | **2,850,000** | **3,750,000** | **11,475,000** | **2,580,000** | **3,025,000** | **3,275,000** | **4,275,000** | **13,155,000** |
| **Operating Expenses** | | | | | | | | | | |
| Sales & Marketing | 607,425 | 675,750 | 698,250 | 975,000 | 2,956,425 | 663,060 | 750,200 | 792,550 | 961,875 | 3,167,685 |
| % of revenue | 27.3% | 25.5% | 24.5% | 26.0% | 25.8% | 25.7% | 24.8% | 24.2% | 22.5% | 24.1% |
| Cost of services | 728,000 | 798,250 | 832,000 | 883,750 | 3,242,000 | 848,000 | 875,000 | 908,850 | 977,625 | 3,609,475 |
| % of services revenue | 52.0% | 51.5% | 52.0% | 50.5% | 51.5% | 53.0% | 50.0% | 49.8% | 49.5% | 50.5% |
| Research & Development | 278,125 | 304,750 | 319,200 | 337,500 | 1,239,575 | 330,240 | 338,800 | 356,975 | 376,200 | 1,402,215 |
| % of revenue | 12.5% | 11.5% | 11.2% | 9.0% | 10.8% | 12.8% | 11.2% | 10.9% | 8.8% | 10.7% |
| General & Administrative | 115,700 | 127,200 | 139,650 | 157,500 | 540,050 | 136,740 | 145,200 | 153,925 | 171,000 | 606,865 |
| % of revenue | 5.2% | 4.8% | 4.9% | 4.2% | 4.7% | 5.3% | 4.8% | 4.7% | 4.0% | 4.6% |
| Acquired in-process R&D | - | - | - | - | - | - | - | - | - | - |
| Total operating expenses | 1,729,250 | 1,905,950 | 1,989,100 | 2,353,750 | 7,978,050 | 1,978,040 | 2,109,200 | 2,212,300 | 2,486,700 | 8,786,240 |
| **Operating profit (loss)** | **495,750** | **744,050** | **860,900** | **1,396,250** | **3,496,950** | **601,960** | **915,800** | **1,062,700** | **1,788,300** | **4,368,760** |
| Operating profit margin | 22.3% | 28.1% | 30.2% | 37.2% | 30.5% | 23.3% | 30.3% | 32.4% | 41.8% | 33.2% |
| Interest & Other Income (Expense) | | | | | | | | | | |
| Net invest. gains related to mktble sec. | - | - | - | - | - | - | - | - | - | - |
| Other income (expense), net | 107,000 | 110,000 | 115,000 | 120,000 | 452,000 | 125,000 | 130,000 | 135,000 | 140,000 | 530,000 |
| **Pretax income** | **602,750** | **854,050** | **975,900** | **1,516,250** | **3,948,950** | **726,960** | **1,045,800** | **1,197,700** | **1,928,300** | **4,898,760** |
| Pretax margin | 27.1% | 32.2% | 34.2% | 40.4% | 34.4% | 28.2% | 34.6% | 36.6% | 45.1% | 37.2% |
| Provision for income taxes | 213,976 | 303,188 | 346,445 | 538,269 | 1,401,877 | 258,071 | 371,259 | 425,184 | 684,547 | 1,739,060 |
| Effective tax rate | 35.5% | 35.5% | 35.5% | 35.5% | 35.5% | 35.5% | 35.5% | 35.5% | 35.5% | 35.5% |
| **Net income** | **$ 388,774** | **$ 550,862** | **$ 629,456** | **$ 977,981** | **2,547,073** | **$ 468,889** | **$ 674,541** | **$ 772,517** | **$ 1,243,754** | **3,159,700** |
| EBITDA | $ 598,840 | $ 852,340 | $ 974,390 | $ 1,514,940 | 3,940,510 | $ 725,850 | $ 1,044,890 | $ 1,196,990 | $ 1,927,790 | 4,895,520 |
| EPS -- Basic | $ 0.14 | $ 0.20 | $ 0.22 | $ 0.35 | 0.90 | $ 0.16 | $ 0.24 | $ 0.27 | $ 0.44 | 1.11 |
| EPS -- Diluted | $ 0.13 | $ 0.18 | $ 0.21 | $ 0.33 | 0.85 | $ 0.16 | $ 0.22 | $ 0.26 | $ 0.41 | 1.05 |
| Shares outst. (000's) – basic | 2,819,000 | 2,820,000 | 2,820,000 | 2,820,000 | 2,819,750 | 2,850,000 | 2,850,000 | 2,850,000 | 2,850,000 | 2,850,000 |
| Shares outst. (000's) – diluted | 3,005,000 | 3,006,000 | 3,006,000 | 3,006,000 | 3,005,750 | 3,010,000 | 3,010,000 | 3,010,000 | 3,010,000 | 3,010,000 |
| **YEAR-OVER-YEAR CHANGE** | | | | | | | | | | |
| Revenue | 12.1% | 14.1% | 16.4% | 11.1% | 13.3% | 16.0% | 14.2% | 14.9% | 14.0% | 14.6% |
| License and other | 30.5% | 21.9% | 16.7% | 8.7% | 16.4% | 18.8% | 15.9% | 16.0% | 15.0% | 16.0% |
| Services | 3.5% | 9.2% | 16.1% | 14.1% | 10.9% | 14.3% | 12.9% | 14.1% | 12.9% | 13.5% |
| Sales & Marketing | 7.6% | 12.5% | 14.3% | 14.2% | 12.4% | 18.2% | 14.2% | 10.2% | 8.6% | 12.4% |
| General & Administrative | 17.9% | 22.8% | 24.9% | 24.9% | 22.7% | 18.7% | 11.2% | 11.8% | 11.5% | 13.1% |
| Research & Development | 43.3% | 29.2% | 11.8% | 0.6% | 13.5% | 21.4% | 23.1% | 23.4% | 28.1% | 24.9% |
| Operating income | 43.3% | 29.2% | 11.8% | 0.6% | 13.5% | 21.4% | 23.1% | 23.4% | 28.1% | 24.9% |
| Pretax income | 65.5% | 44.4% | (19.3)% | (80.9)% | (61.0)% | 20.6% | 22.5% | 22.7% | 27.2% | 24.1% |
| Net income | 64.2% | 43.3% | (17.5)% | (80.1)% | (59.5)% | 20.6% | 22.5% | 22.7% | 27.2% | 24.1% |
| EPS | 63.0% | 43.3% | (17.7)% | (80.1)% | (59.7)% | 20.4% | 22.3% | 22.6% | 27.0% | 23.9% |

A = Actual; E = Estimate
Sources: Company reports and BlueStone Capital estimates



Exhibit 16
Oracle Corporation
ANNUAL INCOME STATEMENT (1997-2003E)
($ in 000's, except per-share data)

| Fiscal year ends May 31 | 1997 | 1998 | 1999 | 2000 | 2001E | 2002E | 2003E |
|---|---|---|---|---|---|---|---|
| **INCOME STATEMENT** | | | | | | | |
| **Revenue** | | | | | | | |
| Licenses and other | $ 2,896,696 | $ 3,193,490 | $ 3,688,366 | $ 4,446,795 | $ 5,175,000 | $ 6,005,000 | $ 6,750,000 |
| Services | 2,787,640 | 3,950,376 | 5,138,886 | 5,683,333 | 6,300,000 | 7,150,000 | 8,000,000 |
| **Total revenue** | **5,684,336** | **7,143,866** | **8,827,252** | **10,130,128** | **11,475,000** | **13,155,000** | **14,750,000** |
| Operating Expenses | | | | | | | |
| Sales & Marketing | 1,970,394 | 2,371,306 | 2,622,379 | 2,616,749 | 2,956,425 | 3,167,685 | 3,461,500 |
| % of revenue | 34.7% | 33.2% | 29.7% | 25.8% | 25.8% | 24.1% | 23.5% |
| Cost of services | 1,550,466 | 2,273,607 | 3,064,148 | 2,942,679 | 3,242,000 | 3,609,475 | 4,027,100 |
| % of services revenue | 55.6% | 57.6% | 59.6% | 51.8% | 51.5% | 50.5% | 50.3% |
| Research & Development | 555,476 | 719,143 | 841,406 | 1,009,882 | 1,239,575 | 1,402,215 | 1,581,000 |
| % of revenue | 9.8% | 10.1% | 9.5% | 10.0% | 10.8% | 10.7% | 10.7% |
| General & Administrative | 308,215 | 368,556 | 426,438 | 480,658 | 540,050 | 606,865 | 677,400 |
| % of revenue | 5.4% | 5.2% | 4.8% | 4.7% | 4.7% | 4.6% | 4.6% |
| Acquired in-process R&D | 36,800 | 167,054 | - | - | - | - | - |
| Total operating expenses | 4,421,351 | 5,899,666 | 6,954,371 | 7,049,968 | 7,978,050 | 8,786,240 | 9,747,000 |
| **Operating profit (loss)** | **1,262,985** | **1,244,200** | **1,872,881** | **3,080,160** | **3,496,950** | **4,368,760** | **5,003,000** |
| Operating profit margin | 22.2% | 17.4% | 21.2% | 30.4% | 30.5% | 33.2% | 33.9% |
| Interest & Other Income (Expense) | | | | | | | |
| Net invest. gains related to mktble sec. | - | - | - | 6,936,955 | - | - | - |
| Other income (expense), net | 20,542 | 83,619 | 109,197 | 106,319 | 452,000 | 530,000 | 660,000 |
| **Pretax income** | **1,283,527** | **1,327,819** | **1,982,078** | **10,123,434** | **3,948,950** | **4,898,760** | **5,663,000** |
| Pretax margin | 22.6% | 18.6% | 22.5% | 99.9% | 34.4% | 37.2% | 38.4% |
| Provision for income taxes | 462,070 | 514,124 | 692,320 | 3,826,631 | 1,401,877 | 1,739,060 | 2,010,365 |
| Effective tax rate | 36.0% | 38.7% | 34.9% | 37.8% | 35.5% | 35.5% | 35.5% |
| **Net income** | **$ 821,457** | **$ 813,695** | **$ 1,289,758** | **$ 6,296,803** | **$ 2,547,073** | **$ 3,159,700** | **$ 3,652,635** |
| EBITDA | $ 1,527,758 | $ 1,572,763 | $ 2,248,265 | $ 3,471,085 | $ 3,940,510 | $ 4,895,520 | $ 5,612,960 |
| EPS -- Basic | $ 0.28 | $ 0.28 | $ 0.45 | $ 2.22 | $ 0.90 | $ 1.11 | $ 1.26 |
| EPS -- Diluted | $ 0.27 | $ 0.27 | $ 0.43 | $ 2.10 | $ 0.85 | $ 1.05 | $ 1.19 |
| EPS before extraordinary -- Diluted | $ 0.28 | $ 0.33 | $ 0.43 | $ 0.69 | $ 0.85 | $ 1.05 | $ 1.19 |
| Shares outst. (000's) – basic | 2,952,591 | 2,932,798 | 2,891,176 | 2,839,419 | 2,819,750 | 2,850,000 | 2,900,000 |
| Shares outst. (000's) – diluted | 3,027,885 | 2,999,176 | 2,968,450 | 2,997,921 | 3,005,750 | 3,010,000 | 3,060,000 |
| **YEAR-OVER-YEAR CHANGE** | | | | | | | |
| Revenue | NA | 25.7% | 23.6% | 14.8% | 13.3% | 14.6% | 12.1% |
| License and other | NA | 10.2% | 15.5% | 20.6% | 16.4% | 16.0% | 12.4% |
| Services | NA | 41.7% | 30.1% | 10.6% | 10.9% | 13.5% | 11.9% |
| Sales & Marketing | NA | 19.6% | 15.7% | 12.7% | 12.4% | 12.4% | 11.6% |
| General & Administrative | NA | 29.5% | 17.0% | 20.0% | 22.7% | 13.1% | 12.8% |
| Research & Development | NA | (1.5)% | 50.5% | 64.5% | 13.5% | 24.9% | 14.5% |
| Operating income | NA | (1.5)% | 50.5% | 64.5% | 13.5% | 24.9% | 14.5% |
| Pretax income | NA | 3.5% | 49.3% | 410.7% | (61.0)% | 24.1% | 15.6% |
| Net income | NA | (0.9)% | 58.5% | 388.2% | (59.5)% | 24.1% | 15.6% |
| EPS | NA | 0.0% | 60.1% | 383.4% | (59.7)% | 23.9% | 13.7% |

*E = Estimate; N.A. = Not available*
*Sources: Company reports and BlueStone Capital estimates*



Exhibit 17
Oracle Corporation
ANNUAL STATEMENT OF CASH FLOW (1997-2003E)
($ in 000's, except per-share data)

| Fiscal year ends May 31 | 1997 | 1998 | 1999 | 2000 | 2001E | 2002E | 2003E |
|---|---|---|---|---|---|---|---|
| **OPERATING ACTIVITIES** | | | | | | | |
| Net income | $ 821,457 | $ 813,695 | $1,289,758 | $ 6,296,803 | $ 2,547,073 | $ 3,159,700 | $ 3,652,635 |
| Adjust. to reconcile net income (loss) to cash: | | | | | | | |
| Depreciation and amortization | 238,243 | 286,318 | 319,823 | 314,315 | 361,704 | 441,704 | 521,704 |
| Amortization of purchase price in excess of net ta | 26,530 | 42,245 | 55,561 | 76,610 | 81,856 | 85,056 | 88,256 |
| Write-off of acquired in-process R&D | 36,800 | 167,054 | - | - | - | - | - |
| Provision for doubtful accounts | 92,635 | 106,915 | 96,989 | 135,312 | 183,141 | 209,954 | 235,410 |
| Gain on sale of marketable securities | - | - | (24,457) | (6,936,955) | - | - | - |
| Total noncash adustments | $ 394,208 | $ 602,532 | $ 447,916 | $ (6,410,718) | $ 626,701 | $ 736,714 | $ 845,370 |
| Changes in operating assets and liabilities: | | | | | | | |
| Decrease (increase) in trade receivables | (628,025) | (464,994) | (486,431) | (421,513) | (499,177) | (608,954) | (672,410) |
| Decrease in pre-paid and refundable income ta | (102,864) | 10,370 | (39,683) | 87,398 | (98,774) | (144,615) | (211,731) |
| Decrease (increase) in other current assets | (8,893) | (52,301) | (62,856) | (27,578) | (539,869) | (1,318,039) | (3,217,868) |
| Increase (decrease) in current liabilities | 554,621 | 705,277 | 658,395 | 3,399,172 | (1,662,238) | 588,000 | 644,000 |
| Net changes in working capital | $ (185,161) | $ 198,352 | $ 69,425 | $ 3,037,479 | $ (2,800,058) | $(1,483,607) | $(3,458,008) |
| Net cash from operating activities | $ 1,030,504 | $ 1,614,579 | $1,807,099 | $ 2,923,564 | $ 373,716 | $ 2,412,807 | $ 1,039,997 |
| **INVESTING ACTIVITIES** | | | | | | | |
| Purchases of cash investments | (524,313) | (1,196,066) | (1,250,501) | (886,571) | (4,757,208) | (800,000) | 500,000 |
| Proceeds from maturities of cash investments | 252,077 | 803,402 | 1,055,938 | 1,470,375 | - | - | - |
| Capital expenditures | (390,741) | (328,358) | (346,592) | (263,443) | (461,857) | (514,082) | (553,416) |
| Capitalization of computer software developmen | (28,064) | (38,079) | (32,855) | - | (5,703) | 9,647 | 41,475 |
| Proceeds from sale of marketable securities | - | - | 24,969 | 7,047,298 | - | - | - |
| Increase in other assets, net of cash acquired fron | (86,340) | (163,420) | (253,203) | (474,602) | (220,932) | (250,655) | (286,095) |
| Net cash for investing activities | $ (777,381) | $ (922,521) | $ (802,244) | $ 6,893,057 | $ (5,445,700) | $(1,555,091) | $ (298,036) |
| **FINANCING ACTIVITIES:** | | | | | | | |
| Net borrowings (payments) under notes payable a | 298,321 | 3,862 | 792 | (4,757) | (180,078) | - | - |
| Payments of capital leases | (1,316) | (1,177) | (775) | - | - | - | - |
| Proceeds from common stock issued | 138,184 | 204,292 | 306,422 | 941,597 | 400,000 | 600,000 | 700,000 |
| Proceeds from subsidiaries' stock offerings | - | - | - | 186,695 | - | - | - |
| Proceeds from sale of call options | - | - | 295,801 | - | - | - | - |
| Proceeds from sales of warrants | 35,898 | - | - | - | - | - | - |
| Repurchase of common stock | (528,209) | (489,823) | (1,086,953) | (5,306,771) | (1,200,000) | (1,300,000) | (1,400,000) |
| Net cash from (for) financing | $ (57,122) | $ (282,846) | $ (484,713) | $ (4,183,236) | $ (980,078) | $ (700,000) | $ (700,000) |
| Effect of exchange rate changes on cash | (21,581) | (25,693) | (8,108) | 10,106 | - | - | - |
| Net change in cash | $ 174,420 | $ 383,519 | $ 512,034 | $ 5,643,491 | $ (6,052,061) | $ 157,716 | $ 41,960 |
| Cash and cash equivalents at beg of year | - | 890,162 | 1,273,681 | 1,785,715 | 7,429,206 | 1,377,145 | 1,534,860 |
| Cash and cash equivalents at year-end | 890,162 | 1,273,681 | 1,785,715 | 7,429,206 | 1,377,145 | 1,534,860 | 1,576,821 |
| Cash flow/share | $ 0.36 | $ 0.38 | $ 0.56 | $ 2.23 | $ 0.99 | $ 1.22 | $ 1.39 |
| Free cash flow/share | NA | $ 0.54 | $ 0.75 | $ 3.10 | $ 0.47 | $ 1.63 | $ 2.30 |

*E = Estimate; N.A. = Not available*
*Sources: Company reports and BlueStone Capital estimates*



Exhibit 18
Oracle Corporation
ANNUAL BALANCE SHEET (1997-2003E)
($ in 000's, except per-share data)

| Fiscal year ends May 31 | 1997 | 1998 | 1999 | 2000 | 2001E | 2002E | 2003E |
|---|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | | |
| Cash and equivalents | 890,162 | 1,273,681 | 1,785,715 | 7,429,206 | 1,377,145 | 1,534,860 | 1,576,821 |
| Short-term investments | 323,028 | 645,518 | 777,049 | 332,792 | 2,200,000 | 2,000,000 | 1,500,000 |
| Accounts receivable | 1,540,470 | 1,857,480 | 2,238,204 | 2,533,964 | 2,850,000 | 3,249,000 | 3,686,000 |
| Inventories | 168,469 | 207,544 | 240,792 | - | - | - | - |
| Prepaid and refundable income taxes | 274,366 | 260,624 | 299,670 | 212,829 | 311,603 | 456,218 | 667,949 |
| Other current assets | 74,601 | 78,203 | 105,844 | 374,543 | 914,412 | 2,232,450 | 5,450,318 |
| Total current assets | $ 3,271,096 | $ 4,323,050 | $ 5,447,274 | $ 10,883,334 | $ 7,653,159 | $ 9,472,529 | $12,881,087 |
| Long-term cash investments | 116,337 | 186,511 | 249,547 | 110,000 | 3,000,000 | 4,000,000 | 4,000,000 |
| Property, net | 868,948 | 934,350 | 987,482 | 934,455 | 1,034,608 | 1,106,986 | 1,138,698 |
| Software development costs, net | 98,981 | 99,012 | 98,870 | 94,609 | 100,312 | 90,665 | 49,190 |
| Other assets | 268,953 | 276,088 | 476,481 | 1,054,381 | 1,193,457 | 1,359,056 | 1,556,895 |
| Total assets | $ 4,624,315 | $ 5,819,011 | $ 7,259,654 | $ 13,076,779 | $12,981,536 | $ 16,029,236 | $19,625,871 |
| **LIABILITIES AND STOCKHOLDERS EQUITY** | | | | | | | |
| Notes payable and current portion of long-term | 3,361 | 2,924 | 3,638 | 2,691 | - | - | - |
| Accounts payable | 185,444 | 239,698 | 283,896 | 287,495 | - | - | - |
| Income taxes | 203,646 | 181,354 | 277,700 | 2,821,776 | - | - | - |
| Accrued compensation and related benefits | 394,153 | 541,809 | 693,525 | 725,860 | - | - | - |
| Customer advances and unearned revenues | 602,862 | 877,087 | 1,007,149 | 1,133,482 | - | - | - |
| Value added tax and sales tax payable | 121,914 | 119,600 | 128,774 | 165,304 | - | - | - |
| Other accrued liabilities | 410,759 | 521,693 | 651,741 | 725,630 | - | - | - |
| Total Current liabilities | $ 1,922,139 | $ 2,484,165 | $ 3,046,423 | $ 5,862,238 | $ 4,200,000 | $ 4,788,000 | $ 5,432,000 |
| Long-term debt | 300,836 | 304,337 | 304,140 | 300,770 | 298,000 | 298,000 | 298,000 |
| Other long-term liabilities | 24,226 | 57,095 | 77,937 | 186,178 | 75,000 | 75,000 | 75,000 |
| Deferred income taxes | 7,402 | 15,856 | 135,887 | 266,130 | 200,000 | 200,000 | 200,000 |
| Total Liabilities | $ 2,254,603 | $ 2,861,453 | $ 3,564,387 | $ 6,615,316 | $ 4,773,000 | $ 5,361,000 | $ 6,005,000 |
| Shareholders' Equity: | | | | | | | |
| Common stock | 696,018 | 976,275 | 1,475,763 | 3,112,126 | - | - | - |
| Retained earnings | 1,686,170 | 2,023,056 | 2,266,915 | 3,343,857 | - | - | - |
| Accumulated foreign currency translation adjus | (12,476) | (41,773) | (47,411) | 5,480 | - | - | - |
| Total stockholders' equity | 2,369,712 | 2,957,558 | 3,695,267 | 6,461,463 | 8,208,536 | 10,668,236 | 13,620,871 |
| Total liabilities and stockholders' equity | $ 4,624,315 | $ 5,819,011 | $ 7,259,654 | $ 13,076,779 | $12,981,536 | $ 16,029,236 | $19,625,871 |
| Book Value/Share | $ 0.78 | $ 0.99 | $ 1.24 | $ 2.16 | $ 2.73 | $ 3.54 | $ 4.45 |
| **RATIO ANALYSIS** | | | | | | | |
| **RETURN ON INVESTMENT** | | | | | | | |
| Return on average assets | NA | 15.6% | 19.7% | 61.9% | 19.5% | 21.8% | 20.5% |
| Return on average common equity | NA | 30.5% | 69.8% | 194.9% | 62.1% | 59.2% | 53.6% |
| **FINANCIAL CONDITION** | | | | | | | |
| Current ratio | 1.70 | 1.74 | 1.79 | 1.86 | 1.82 | 1.98 | 2.37 |
| Current assets/Total assets | 70.7% | 74.3% | 75.0% | 83.2% | 59.0% | 59.1% | 65.6% |
| Long-term debt to total capitalization | 11.1% | 9.1% | 7.2% | 4.2% | 3.4% | 2.7% | 2.1% |
| Long-term debt to equity | 12.7% | 10.3% | 8.2% | 4.7% | 3.6% | 2.8% | 2.2% |
| **ASSET MANAGEMENT/ASSET TURNOVER** | | | | | | | |
| Receivables/Sales | 27.1% | 26.0% | 25.4% | 25.0% | 24.8% | 24.7% | 25.0% |
| Working capital/Sales | 23.7% | 25.7% | 27.2% | 49.6% | 30.1% | 35.6% | 50.5% |
| Working capital | 1,348,957 | 1,838,885 | 2,400,851 | 5,021,096 | 3,453,159 | 4,684,529 | 7,449,087 |
| Change in working capital | NA | 489,928 | 561,966 | 2,620,245 | (1,567,937) | 1,231,369 | 2,764,559 |

E = Estimate; N.A. = Not available
Sources: Company reports and BlueStone Capital estimates



**Exhibit 19. Companies Mentioned in This Report**

| Company | Ticker | Exchange | Price 09/06/00 | Rating | Company | Ticker | Exchange | Price 09/06/00 | Rating |
|---|---|---|---|---|---|---|---|---|---|
| Ariba | ARBA | NASDAQ | $ 156.31 | NR | Microsoft Corp. | MSFT | NASDAQ | $ 69.44 | NR |
| Baan AG | BAANF | NASDAQ | $ 2.38 | NR | Nortel Networks | NT | NYSE | $ 77.38 | NR |
| Broadvision | BVSN | NASDAQ | $ 35.56 | NR | Oracle Corporation | ORCL | NASDAQ | $ 89.25 | 2-1 |
| Commerce One | CMRC | NASDAQ | $ 62.69 | NR | PeopleSoft | PSFT | NASDAQ | $ 33.50 | NR |
| Epiphany | EPNY | NASDAQ | $ 104.88 | NR | Progress Software | PRGS | NASDAQ | $ 13.00 | 1-1 |
| General Electric | GE | NYSE | $ 59.00 | NR | QAD, Inc. | QADI | NASDAQ | $ 3.44 | NR |
| i2 Technologies | ITWO | NASDAQ | $ 160.00 | NR | SAP AG | SAP | NASDAQ | $ 63.88 | NR |
| IBM Corporation | IBM | NYSE | $ 131.44 | NR | Siebel Systems | SEBL | NASDAQ | $ 182.56 | NR |
| Informix | IFMX | NASDAQ | $ 6.13 | NR | Sybase | SYBS | NASDAQ | $ 28.38 | NR |
| J.D. Edwards | JDEC | NASDAQ | $ 25.00 | NR | Symix | SYMX | NASDAQ | $ 7.63 | NR |
| Manugistics | MANU | NASDAQ | $ 90.06 | NR | USinternetworking | USIX | NASDAQ | $ 9.75 | 2-1 |

*NR= Not Rated*
*Source: Bloomberg and BlueStone Capital Partners L.P. estimates*



**BLUESTONE CAPITAL PARTNERS, L.P.**
575 Fifth Avenue, New York, NY 10017  Toll Free: 800.236.0835  Local: 212.850.0500
Research Fax: 212.681.8291  Institutional Fax: 212.850.9430

| Research | | Institutional Sales | |
|---|---|---|---|
| ***Director of Research*** | | ***Head of Institutional Sales*** | |
| Frank J. Prezelski, CFA | 212.834.0877 | Christopher J. Fiore | 212.850.9481 |
| Samia Bali | 212.850.9477 | Maurice Batista | 212.834.0851 |
| ***Applied Technologies*** | | Rick Beston | 212.850.0571 |
| Stephen Loewengart | 212.834.0870 | Thomas R. Byrne | 212.850.9406 |
| ***Computer Software and IT Services*** | | Carlo Corvaja | 212.834.0867 |
| Jean W. Orr, CFA | 212.850.0566 | Thomas Healy | 212.834.0839 |
| Matthew L. Norton | 212.850.9469 | Juerg Kobler | 212.834.0838 |
| ***e-Commerce and Retail*** | | Yves Lefebvre | 212.850.0551 |
| Kathleen Heaney | 212.850.9411 | Christopher O. Mantle | 212.834.0837 |
| Olga Urgiles | 212.834.0863 | Theodore J. Marolda | 212.850.0512 |
| ***Industrial Technologies and Services*** | | Takashi Mori | 212.834.0812 |
| Jeffrey L. Evans, CFA | 212.834.0879 | Remo Oswald | 212.850.9492 |
| Walter V. Nasdeo | 212.850.9437 | Joe O. Vianna | 212.850.9473 |
| Diane Griffin Wilmot | 212.834.0842 | | |
| Albert Lee | 212.850.9443 | | |
| ***Medical Technologies and Life Sciences*** | | | |
| Scott A. Baily | 212.850.0558 | | |
| Caroline Y. Goodman | 212.834.0840 | | |
| ***Telecommunications*** | | | |
| Susan B. Kalla | 212.834.0850 | | |

| Editorial/Production | | Trading | |
|---|---|---|---|
| Mary S. Hahn | 212.850.0502 | ***Head of Trading*** | |
| **Syndicate** | | Dick Prieto | 212.850.0513 |
| Jeffrey D. Evans | 212.834.0895 | Charles Ciaccio | 212.850.0513 |
| | | Cristy McDonough | 212.850.0513 |
| | | Dominik Mitarotondo | 212.850.0513 |
| | | Mercedes Perez | 212.850.0513 |

**BlueStone Capital Partners, L.P. Branch Offices**

| **Boca Raton, FL** | **Edison, NJ** | **Garden City, NY** | **Trade.com** |
|---|---|---|---|
| 225 NE Mizner Blvd | 399 Thornall Street | 1325 Franklin Avenue | 59 Maiden Lane |
| Suite 730; 7th Floor | 8th Floor | Suite 250 | 36th Floor |
| Boca Raton, FL 33432 | Edison, NJ 08818 | Garden City, NY 11530 | New York, NY 10038 |
| 800.929.4521 | 800.354.3987 | 800.315.3696 | 212.993.9600 |

This report has been prepared from original sources and company data that we believe to be reliable, but make no representation as to its accuracy or completeness. This report is published solely for informational purposes and is not to be construed as an offer to sell, a solicitation of an offer to buy any security, or the provision of or an offer to provide investment services in any state where such an offer, solicitation, or provision would be illegal. Any opinions expressed herein are statements of our judgment on this date and are subject to change without notice. BlueStone Capital Partners L.P. (BSCP), its affiliates, its subsidiaries, and/or its officers and employees may from time to time acquire, hold, or sell a position in the securities mentioned herein. Additional information on subjects in this report is available upon request. Member NASD, SIPC, and ISMA. All rights reserved by BSCP. BSR-00-245