

# Vendor Report

## Oracle's War on Complexity— And the E-Business Status Quo

**VENDOR INITIATIVE**—Over the past three decades, companies have automated their business processes by selecting best-of-breed applications from different vendors and weaving them into the fabric of their corporate computing environments. This approach, of course, has had both advantages and disadvantages for IT organizations. On the plus side of the ledger, integrating best-of-breed solutions allows IT organizations to tap into the most innovative solutions available in the industry. On the minus side, it requires them to fund ongoing systems integration projects to customize each solution to the company's unique business processes and then connect it to other corporate systems. Each round of application upgrades spawns a new and costly round of integration activity. The result? According to a recent study from Meta Group, many companies spend up to 25 percent of their IT budgets trying to integrate (and re-integrate) their business systems.

Unfortunately, the e-business era hasn't changed this fundamental IT equation. As Internet ready e-business applications hit the market, companies are faced with new, costly integration projects to connect these applications to existing business applications and legacy systems. This has, of course, resulted in boom times for Web integrators, systems integrators and management consultants. However, it has also put new strains on IT organizations, and stretched already slim IT budgets.

In April, Oracle declared war on business as usual in the computer industry and launched a comprehensive campaign to change the way companies deploy e-business solutions. The heart of Oracle's campaign includes the company's: War on Complexity marketing campaign, E-Business Suite 11i products, new FastForward Flows consulting programs and Business Flows that reinvent and automate e-business processes. If successful, this new strategy could represent a windfall for Oracle. As important, it could change the way customers view, buy and implement applications software.

### An E-Business Epiphany Takes Flight

Oracle's War on Complexity's roots date back to 1997 when Larry Ellison had an epiphany about e-business—and about Oracle's opportunity to dominate the software industry in the future. First, he realized that companies could never achieve e-business success by throwing new applications at old business processes. He recognized that e-business success would require companies to reinvent their business processes to meet new customer expectations. And, as important, that companies would need to gain a "global" look at their business information and to integrate corporate-wide business processes that were typically disconnected or stopped at the walls of each line-of-business operation.

To complicate the issue, Oracle's flagship product, the database, was being relegated to the equivalent of IT plumbing by competitors. Applications vendors were writing robust applications on top of the Oracle database, and reaping billions of dollars in revenues.

These realizations led Larry Ellison to a singular conclusion. Oracle's future revenue growth and account control would require the company to move beyond its database roots and become a supplier of integrated e-business applications.

### Oracle Defines the Battleground

Larry Ellison's vision of Oracle's future led to the development of the Oracle E-Business Suite 11i, an integrated package of ERP, supply-chain management and database applications built for the Internet. These products upped the ante for a literal who's who of competitors, from traditional ERP and CRM giants, such as SAP, PeopleSoft and Siebel, to dotcom upstarts, such as Commerce One, i2 and Ariba.

Of course, taking on the industry's glitterati created a major problem for Oracle: How could Oracle differentiate its offerings from those being offered by its well-entrenched competitors? To achieve this objective, and gain the immediate attention of buyers, Oracle did two things.

- First, it ate its own proverbial dog food and became the first user of its full E-Business Suite. Then, it announced the results through a worldwide marketing campaign, claiming that Oracle had saved $1 billion in 2000 by using its E-Business Suite 11i—and planned to save $2 billion in 2001. (Not surprisingly, Oracle's claims are being questioned publicly by its arch rival Microsoft, and are currently the subject of an independent class action suit on behalf of Oracle stockholders.) and;

- Second, Oracle launched its War on Complexity marketing campaign in April 2001 to convince customers that

An unbiased, independent analysis
www.summitstrat.com

1

July 2001

NDCA-ORCL 110538

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

# Vendor Report

buying a pre-integrated Oracle E-Business Suite solution that addresses 80 percent of their needs "out of the box" today is better than integrating multiple applications from different vendors and (perhaps) achieving 100 percent of requirements sometime in the distant future.

> *Oracle declared war on business as usual in the computer industry and launched a comprehensive campaign to change the way companies deploy e-business solutions*

## Waging War, Oracle Style

Oracle began delivering on its War on Complexity campaign in April 2001 with the announcement of new FastForward Flows offerings for the CRM portions of its E-Business Suite 11i. FastForward Flows deliver complete solutions to customers on a fixed price, fixed time basis provided they don't customize the software to fit individual requirements. The fixed price includes an Oracle-hosted development environment and all consulting, support and training services needed to get the customer up and running. Oracle applications software licenses are priced separately. Once the system is operational, customers can either transfer their application to their own internal systems; contract with Oracle or its partners to host the solution; or, under a newly announced program, buy and house their own pre-configured server, but retain Oracle to remotely manage the database and the application.

The first program using FastForward Flows is Oracle's Global CRM in 90 Days initiative. This program allows customers to buy pieces of a CRM solution based on their current pain point and the specific end-to-end business process they are trying to achieve. These business processes typically cross departmental boundaries and require the interaction of multiple application modules. Oracle calls these end-to-end business processes "Business Flows." Each Business Flow is built around at least two, and as many as seven, pre-bundled and pre-integrated Oracle applications.

Nine CRM Business Flows and one e-Procurement Business Flow have been announced, although only three are currently available. Pricing starts at $150,000 per Business Flow and can climb as high as $395,000. Currently announced Business Flows include:

**CRM Business Flows:**

**Marketing Flows**

- **Plan to Campaign** (Announced, not available): This Flow is targeted at marketing departments that need to plan, segment, score and select prospects, and then measure and analyze marketing campaign effectiveness. It includes Oracle Marketing Online, Oracle Marketing Intelligence and Oracle Discoverer.

- **Campaign to Results** (Announced, not available): This Flow allows marketing departments to deliver personalized campaigns to attract visitors to a Web store, track buying preferences and analyze Website performance. It includes Oracle Marketing Online, Oracle iStore, Oracle Marketing Intelligence, Oracle Sales Intelligence, Oracle Discoverer, Oracle Telesales and Oracle Scripting.

**Sales Flows**

- **Click to Order** (Announced, not available): This Flow is a customizable e-commerce solution (including online marketing, selling and payment processing functionality) that allows companies to implement an online storefront in 90 days. It includes Oracle iStore and Oracle Customer Intelligence.

- **Call to Order** (Announced, not available): This Flow automates telesales activities, including order booking and sales analysis. Its goal is to shorten sales cycles by increasing telesales productivity. The Flow includes Oracle Telesales, Oracle Sales Intelligence and Oracle Scripting.

- **Opportunity to Global Forecast** (Available): This Flow allows a sales organization to manage sales opportunities, forecast sales globally and increase visibility to close deals faster. It includes Oracle Sales Online and Oracle Sales Intelligence.

**Customer Service Flows**

- **Call to Resolution** (Available): This Flow allows customer service representatives to handle customer calls and queries by providing access to customer profiles, interaction histories and problem resolution facilities—including escalation and knowledge-base services. It includes Oracle TeleService, Oracle Contracts and Oracle Customer Intelligence.

- **Click to Resolution** (Announced, not available): This Flow provides personalized self-service capabilities, including the ability for Website visitors to review product and industry news, access online knowledge bases and create service requests. It includes Oracle iSupport, Oracle Customer Intelligence and Oracle Contracts.

- **Contract to Renewal** (Announced, not available): This Flow allows users to author and manage contracts through their life cycles, including the ability to send alerts to customer support representatives and salespeople. It includes Oracle Contracts, Oracle Order Capture and Oracle Order Management.

NDCA-ORCL 110539

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

# Vendor Report

- **Contact to Resolution** (Announced, not available): This Flow allows companies to interact with customers via the Web, phone and e-mail. It includes Oracle *i*Support, Oracle TeleService, Oracle eMail Center, Oracle Customer Intelligence, Oracle Contracts, Oracle Advanced Inbound and Oracle Call Center Intelligence.

**e-Procurement Business Flows**

- **Procure to Pay in 30 Days** (Available): This program promises to lower customer procurement costs by linking Oracle's e-procurement applications with online catalogs provided by Atlanta-based WorldCrest (a professional sourcing company), and give customers access to WorldCrest's pre-negotiated contracts with indirect goods suppliers. The typical Procure-to-Pay program is priced at $235,000 for the first year, which includes access to Oracle's e-procurement application, consulting services, support, training and up to 5,000 procurement transactions. In addition to application costs, Oracle will charge a fixed fee for access to the service and an additional $5 per line item transaction (after 5,000 transactions have been exceeded).

Companies that want to purchase direct goods, or buy products other than those provided by WorldCrest, must buy Oracle's e-procurement application that does not qualify for Oracle's 30-day deployment guarantee. Direct goods procurement (which requires more complex capabilities, such as demand forecasting) is not available as a Business Flow.

No definite dates have been set for supply chain-related Business Flows. Oracle plans to complete and test the current CRM-related Business Flows before announcing its supply chain Business Flow offerings.

## Sizing Up the Strategy

We think that Oracle's War on Complexity and FastForward and Business Flows will hit plenty of hot buttons in customer accounts—and for good reason. These programs propose to help customers achieve something close to IT nirvana. In a world where companies are struggling to understand and define new e-business processes, Oracle is suggesting that it has cracked the code with 11i—and has already embedded these new business processes into the products. In an era where Internet time is money, Oracle promises to deliver an operational e-business solution at a fixed price within 90 days. Oracle also promises not to bog down a customer's internal IT staff with more development work and to eliminate the need to hire a cadre of consultants to study—and then reinvent—a company's business processes. Finally, Oracle removes the need for companies to buy capital equipment while a solution is under development. In fact, a company can bypass capital equipment outlays altogether if they opt for a long-term hosting relationship with Oracle or one of its partners.

However, the real method behind this story lies in Oracle's Business Flows. Through these offerings Oracle is sending a new message to customers: Stop thinking about buying and installing discrete applications and start thinking about enabling end-to-end business processes. By encapsulating these business processes in easy-to-understand and easy-to-digest Business Flows, Oracle is also sending a message to customers that the real road to e-business success is paved with highly focused bite-sized solutions that deliver fast payoffs and demonstrable return on investments (ROI), not with monolithic projects that require years to complete and keep a sea of consultants employed. It also proposes that customers should be able to start their e-business journey at any business pain point and then move on to fix other bite-sized chunks of an e-business process. The only catch, according to Oracle, is that customers must make sure all of these bite-sized solutions are designed to fit together. In Oracle's vernacular, that means 11i.



**Vendor Initiative Success Rating**

Categories: Import of Market/Technology; Vendor Strengths/Credibility; Timing of Initiative; Clarity of Initiative; Products, Services and Technology; Marketing, Education and Evangelism; Partnerships and Ecosystems; Strength vs. Challengers

Oracle's Average 8.78

0–3 At Risk | 4–6 Competitive | 7–10 Trendsetter

Source: Summit Strategies, Inc.
www.summitstrat.com

NDCA-ORCL 110540

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

# Vendor Report

And what do customers give up to achieve this zen-like approach to e-business development? First and foremost, companies must change their business processes to conform to Oracle's software. Companies must also agree not to customize the application during development. In fact, Oracle argues that customers shouldn't customize its integrated solutions at all. Finally, companies must accept that Oracle's product strategy will never be based on playing well with others. Oracle's entire proposition is based on the efficiencies to be gained through a fully integrated system that interoperates seamlessly across the organization. Promoting links to other systems—or integration projects—doesn't fit into the equation.

With all of this e-business nirvana floating around, where are the cracks in Oracle's strategy? Not surprisingly, there are several that are big enough to drive a Mack truck through.

Most pressing are the political battles that Oracle will engender in customer accounts based on its new approach to e-business computing. One flashpoint is Oracle's assertion that companies should consolidate and centralize all data to gain efficient access to worldwide operational information. While this is a noble cause, and clearly the most efficient way to create and manage a global view of business operations, it is also certain to create screams of outrage and resistance from IT organizations that will accurately see this as an Oracle ploy to gain total control over the company's database operations. As important, IT managers seldom buy more products from vendors who are promoting their demise.

Another political battle that Oracle faces is its not so subtle argument that companies should standardize on Oracle's E-Business Suite 11i to optimize all of their e-business operations. This, of course, flies in the face of reality in large companies that deliberately pursue heterogeneous environments as a way to keep vendors honest and ensure that they receive the most competitive prices and the best service and support. By presenting its products as a total pre-integrated solution—and as the vanguard of Oracle's aggressive campaign against best-of-breed solutions and multivendor integration—Oracle is essentially backing itself into an "all or nothing" corner. This is certain to give some major companies pause when considering a Business Flow to address even the most pressing e-business problem.

In fact, the penchant for large companies to keep vendors honest lies at the heart of our next issue: How Oracle's Business Flow strategy addresses the company's most thorny problem—its product prices. Oracle's sky-high prices are currently a flashpoint for many customers and its products are considered by many to be the priciest offerings in the IT industry. In the face of this problem, Oracle's strategy to entice customers to focus on addressing business processes, rather than buying a complete application suite, gives the company the ability to price its E-Business Suite in more palatable pieces. As important, bundling Business Flows with consulting and implementation services allows the company to argue that its pre-integrated solutions will actually cost the customer less than integrating multiple competitive offerings. To prove its point, Oracle stresses Meta Group's study that asserts that many companies spend a quarter of their IT budgets on business system integration.

Which brings us to the final point. Given the challenges Oracle faces, what is the likely impact on competitors? From our perspective, the long-term impact could be significant. First, Oracle is avoiding taking on entrenched competitors head on by proposing that customers address small pieces of their e-business processes, rather than buy the entire 11i suite or discrete modules. This strategy will allow Oracle to gain an important beachhead in accounts and, based on its FastForward successes, convince customers that its bite-sized, pre-integrated solution approach is a better answer to their e-business problems than a competitor's monolithic solution or best-of-breed alternatives that require costly integration. The company also tries to make its Business Flow solutions more palatable to customers by positioning them as evolutionary, rather than revolutionary. More important, Summit Strategies believes that Oracle has introduced a new and very powerful way to position and sell applications software. Oracle's Business Flows fit how customers view their business problems, and how they would prefer to view the applications that solve them. Also, these Business Flows allow customers to solve bite-sized portions of their e-business processes quickly and at a predictable cost. As such, Oracle's FastForward Flows program and Business Flows allow customers to embark on e-business projects that will deliver organizational benefits quickly and, more importantly, demonstrate measurable return on investments to increasingly impatient CEOs. Given today's tough economic times—and the consistent pressure on corporations to quickly morph into extended enterprises—Oracle's strategy and messages are likely to resonate most effectively with executives at the top of many corporations.

—*Marty Gruhn*
*Vice President and Practice Director*
*mgruhn@summitstrat.com*

© 2001 Summit Strategies. Unauthorized use or sharing of this document is strictly forbidden.

4

For subscriptions call Billie Farmer at (703) 897-5188 or bfarmer@summitstrat.com

**NDCA-ORCL 110541**

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER