```
06:32am EST 15-Mar-00 PaineWebber (Buttigieg, Kevin M. 212-713-3818) ORCL
Oracle: Best Positioned for the Internet

        Enterprise Software                              PaineWebber
        Kevin Buttigieg                                  RESEARCH NOTE
        212-713-3818/kbuttigieg@painewebber.com
                                                         March 15, 2000

Oracle Systems Corp                                 Rating:  Attractive
(ORCL-$77.00)(2)
Oracle: Best Positioned for the Internet
KEY POINTS

* Oracle reported blowout results after the close last night with EPS of $0.17
  against ours and Street consensus of $0.13.  Software licenses grew 29.6%
  versus our estimate of 18.9% while operating margins of 31.4% beat our
  expectations of 25.1%.

* License upside came mostly from database, which grew 32%---albeit against an
  easy comparison, but still the best database performance in three years, as
  Oracle sees its core business accelerate as a result of an Internet-driven
  demand for databases and capitalizes on its superior technology and Internet
  positioning.  And applications licenses were better than expected, even ahead
  of the important version 11i release later this month.

* Operating margins improved more from mix shift away from lower-margin
  consulting services and headcount reductions; efficiencies from the company's
  Information Technology consolidation strategy and pushing more sales over the
  Internet are yet to be realized.

* Oracle is the best-positioned enterprise software stock for the Internet, in
  our opinion.  The company is seeing an acceleration in growth in both major
  businesses---database and applications---and this acceleration is occurring
  even faster than we expected.  Oracle's breadth of software, including CRM,
  ERP, Procurement, Supply Chain, and database---all integrated---is unmatched
  in the industry, and competitors are hastily banding together in an attempt
  to match the Oracle strategy.  Raising estimates, and price target from $95
  to $105.
```

| Key Data | | Quarterly Earnings Per Share (fiscal year ends May) | | | | | |
|---|---|---|---|---|---|---|---|
| | | | 1999A | 2000E | Prev | 2001E | Prev |
| 52-Wk Range | $84-11 | 1Q | $0.07 | $0.08A | | $0.10 | $0.11 |
| Eq.Mkt.Cap.(MM) | $217,256 | 2Q | 0.10 | 0.13A | | 0.17 | 0.16 |
| Sh.Out.(MM) | 2,821.5 | 3Q | 0.10 | 0.17A | 0.13 | 0.20 | 0.16 |
| Float | 77% | 4Q | 0.18 | 0.25E | 0.22 | 0.33 | 0.28 |
| Inst.Hldgs. | 46.5% | Year | $0.43 | $0.63 | $0.56 | $0.80 | $0.71 |
| Av.Dly.Vol.(K) | 31,820 | FC Cons.: | $0.43 | $0.57 | | $0.72 | |
| Curr. Div./Yield | None/NA | Revs.(MM): | $8,827 | $10,093 | | $11,903 | |
| Sec.Grwth.Rate | NA | P/E: | 179.1x | 122.2x | | 96.3x | |
| 12-mo. Tgt Price | $105.00 | | | | | | |
| 12-mo. Ret. Pot'l | 36.4% | | | | | | |
| Convertible? | No | | | | | | |
| 12-mo. PricePerf. | 243.0% | | | | | | |
| PE/Growth | 3.7x | | | | | | |
| P/E Rel. to S&P | 2.9x | | | | | | |
| Book Value/Share | $2.46 | | | | | | |

BLOWOUT QUARTER

Oracle reported blowout fiscal third quarter results after the close last night
with EPS of $0.17 against ours and Street consensus of $0.13.  Upside came from
both software licenses (up 29.6% versus our estimate of 18.9%) and lower
expenses (with operating margins of 31.4% versus our expectations of 25.1%).

License upside came mostly from database, which grew 32%---albeit against an
easy comparison but still the best database performance in three years as
Oracle sees its core business accelerate as a result of an Internet-driven
demand for databases and capitalizes on its superior technology and Internet
positioning.  Applications license revenues grew 35% to $199 million, about $10

NDCA-ORCL 023898

million better than our estimate, even ahead of the important version 11i release expected at the end of this month. Oracle's message of an integrated set of Internet-based applications covering a breadth of functionality is resonating with customers, and the 11i version takes integration to a new level while adding key functionality depth as well. Consulting & education revenues fell more than we expected (to $624 million versus our estimate of $642 million) despite the strong license sales as Oracle continues to push more integration work to its services partners, mostly the Big 5 consulting firms. Support revenues came in slightly ahead of our estimate ($754 million versus $741 million) as better license demand drove better maintenance revenues enough to offset the lower consulting revenues, so services revenues overall were in line with our projection of 10% growth. Overall, revenue growth of 17.8% compared against our 13.5% estimate. Geographically, license growth was driven by the U.S. (up 46%), and Asia-Pacific (up 32%), while EMEA lagged considerably (up just 3%). The balance sheet was clean, with receivable days about flat sequentially at 69 days while Oracle built deferred revenues by nearly $100 million sequentially.

EPS upside also came from better operating margins---part of Oracle's $1 billion savings push. Sales and marketing expenses of 24.3% were over $20 million better than we expected, as Oracle's headcount declined for the third straight quarter and a greater mix of sales is done over the Internet. Oracle's iStore Internet sales were 7% of license revenues in 3Q and projected to grow to 80% of license revenues by the end of calendar 2000. And services margins improved to 48.7% - the lowest they've ever been primarily due to a mix shift away from lower margin consulting (20% margins) to higher margin support and upgrade rights. The overall improvement in operating margins comes without much of the benefit of Oracle's internal information technology consolidation plan in effect---so there is still room for more margin improvements. Our new model incorporates FQ4 2001 (August 2001) operating margins of around 36% versus 31% this quarter and 21% in fiscal 1999.

Big deals likely played a prominent role in the quarter, providing a bulk of the upside, but weren't necessary to carry the day. Oracle reported just one "monster deal" in the quarter, defined as deals greater than $20m. But large deals (those greater than $500 thousand) were still 46% of revenues, up from 39% in the November 1999 quarter and 40% in the February quarter last year despite a surge in smaller deals this quarter from Oracle's lowered and standardized pricing for deals less than $500k. Standardized pricing should eventually help smooth out Oracle's quarters -- but probably not enough anytime soon.

Business Online (Oracle's application service provider business) appears to be off to a somewhat slower than expected start. Oracle added just 20 customers here, the same as in the November quarter. Oracle appears to be going through a learning process to determine just how far it can scale and what level of service it can provide. And market demand here still appears to be developing more slowly than some expected, although Y2k rollover may have hurt customers' move to the ASP model. Oracle has moved to correct the model and added incremental sales incentives in the current quarter in an effort to get the sales force to generate more interest in BOL, so Q4 will likely be a telling quarter for ORCL's ASP business.

Yet despite its slow start, we would note that competitors continue to endorse the ORCL ASP model. A few months ago, ORCL was the only software vendor that chose to host its own applications while competitors chose to outsource the service portion to third parties -- a move we thought risked shifting customer relationships from the software vendor to the service provider and potentially commoditizing the software. But now Peoplesoft and most recently SAP have likewise chosen to host their own applications, following in Oracle's footsteps.

In the same vein, Oracle applications competitors (I2, Ariba, IBM, Aspect Development) appear to be endorsing the Oracle strategy of breadth and integration. ==Customers are choosing Oracle applications even when they are not best of breed because Oracle has a complete product line up that can be more easily integrated compared to the alternative of attempting to bridge products from multiple vendors.== Responding to this customer vote, Oracle's competitors are attempting to combine their products but will likely face integration

NDCA-ORCL 023899

challenges.

Looking ahead, Oracle continues to see a strong pipeline, which our survey of Computer Intelligence data supports. Our data reveals Oracles 12-month pipeline in February 2000 was up 17% from January and at its highest point in the last nine months (see First Call note dated March 13). And release 11i is an important catalyst to applications growth, while Oracle's database technology product cycle remains ahead of IBM suggesting normal closure rates in the near term. At the same time, there is still a substantial amount of operating margin efficiencies that Oracle can gain. So with strong fundamentals and more exchange deals likely coming---which highlight Oracle's Internet positioning and serve as catalysts on the stock -- we are raising our estimates (see table) and our price target on Oracle to $105 (based on our sum of the parts analysis of our new estimates).

Risks: Investing in Enterprise Software shares involves a high degree of risk due to intense competition, technological change, high operating leverage, and a tendency for a substantial percentage of revenues to be booked late in the quarter.

Additional information available upon request.

2. PaineWebber Incorporated makes a market in this security.

The information contained herein is based on sources we believe to be reliable, but its accuracy is not guaranteed. PaineWebber Incorporated and/or Mitchell Hutchins Asset Management Inc., affiliated companies and/or their officers, directors, employees or stockholders may at times have a position, including an arbitrage or option position, in the securities described herein and may sell or buy them to or from customers. These companies may from time to time act as a consultant to a company being reported upon. Copyright (c) 2000 by PaineWebber Incorporated, all rights reserved

First Call Corporation, a Thomson Financial company.
All rights reserved.  888.558.2500
]

EON

ORACLE
CONFIDENTIAL