```
 1                 UNITED STATES DISTRICT COURT
 2                NORTHERN DISTRICT OF CALIFORNIA
 3                           - - -
 4   In re ORACLE CORPORATION   )
     SECURITIES LITIGATION,     )
 5                              )
                                ) No. C-01-0988-MJJ
 6   This Document Relates To:  )
                                )              Certified Copy
 7        ALL ACTIONS.          )
                                )
     _____)
 8
 9
10
11               VIDEOTAPED DEPOSITION OF
12                   GREGORY SEIDEN
13               SAN FRANCISCO, CALIFORNIA
14                    May 16, 2006
15
16
17
18
19
                  SHEILA CHASE & ASSOCIATES
20                    REPORTING FOR:
                   LiveNote World Service
21              221 Main Street, Suite 1250
                San Francisco, California 94105
22                 Phone: (415) 321-2311
                    Fax: (415) 321-2301
23
24   REPORTED BY:
25   RICHARD M. RAKER, CSR NO. 3445
```

1   the integration between CRM and ERP, but ultimately
2   we were just an audit group. Testing was the
3   responsibility of the individual product
4   organizations.
5   BY MS. ANDERSON:
6        Q.   What type of testing did your group do?
7        A.   The integration testing as described,
8   we would -- we identified eighteen to twenty key
9   business flows and we would execute those.
10       Q.   Can you give me an example of a key
11  business flow that would run across CRM and ERP
12  products?
13            MR. GIBBS:  Objection; asked and
14  answered.
15            THE WITNESS:  To create a quote and
16  turn that into an order.
17  BY MS. ANDERSON:
18       Q.   Okay. And in May of 2001 when 11i came
19  out, did you conduct that type of testing? For
20  example, the creating a quote example?
21       A.   I believe that we did.
22       Q.   And how did that test go?
23       A.   By the time we released, we were able
24  to execute all of our key business flows.
25       Q.   What do you mean by "execute"?

1       A.      We were able to run the test as
2  defined.
3       Q.      What do you mean by "run the test as
4  defined"?
5       A.      Able to answer a quote and create an
6  order from that.
7       Q.      And what does -- what would it mean for
8  CRM and ERP to be integrated?
9               MR. GIBBS:  Objection; vague.
10              Answer if you can.
11              THE WITNESS:  The -- it would mean
12 that they're running off -- or that there's
13 communication at the data level between the
14 applications.
15              So in the case of the E-Business
16 Suite, it means that we're sharing the same schema
17 or the same definition of a customer, the same
18 definition of an order, the same data as opposed to
19 something that's not integrated where there needs
20 to be -- either there is no communication between
21 the programs or you have to do custom integration
22 and create programs to move data back and forth and
23 keep them synchronized.
24 BY MS. ANDERSON:
25      Q.      And when was Suite 11i integrated?

1           MR. GIBBS: Objection; vague.
2           Answer if you can.
3           THE WITNESS: It's integrated by
4  design. It was -- it's never not integrated.
5  BY MS. ANDERSON:
6      Q.   When was it running as an integrated
7  product?
8           MR. GIBBS: Objection; vague.
9           Answer if you can.
10          THE WITNESS: Again, its -- its -- its
11 very nature is that it's integrated. They share
12 the database. They share, you know, the underlying
13 data structures and multiple underlying systems.
14 They can't not be integrated.
15 BY MS. ANDERSON:
16     Q.   So when Suite 11i was released in May of
17 2000, what was the level of integration between CRM
18 and ERP?
19     A.   Again, I don't really know how to
20 answer that. They are integrated. They can't be
21 not integrated.
22          MS. ANDERSON: I think that we need to
23 change the tape, so let's go ahead and do that.
24          THE VIDEO OPERATOR: This concludes
25 Videotape No. 1 of the May 16, 2006, deposition of

```
 1   Greg Seiden.  We're going off the record at 11:04.
 2              (Break taken.)
 3              THE VIDEO OPERATOR:  This begins
 4   Videotape No. 2 of the May 16, 2006, deposition of
 5   Greg Seiden.  We're going on the record at 11:09.
 6   BY MS. ANDERSON:
 7        Q.    Okay.  Did the integration testing team
 8   participate in the preproduct release test of
 9   Suite 11i?
10        A.    Yeah, by definition, what they were
11   doing was preproduct release testing.
12        Q.    And did they participate in that product
13   testing for each release?  Release 1, Release 2?
14        A.    Yes.
15        Q.    And what types of tests did they -- you
16   described one where the -- the key business flows.
17        A.    Correct.
18        Q.    And is that -- what other types of tests
19   would they conduct?  Would they conduct, like,
20   installation tests?
21        A.    No.
22        Q.    Okay.
23        A.    The only other testing that they would
24   do we refer to sometimes as "monkey testing."  They
25   just get on and start keying in transactions,
```

```
 1        A.    The -- via the bug database, it would
 2   log a bug.
 3              (Interruption)
 4              THE WITNESS:  The tester would log a
 5   bug.
 6   BY MS. ANDERSON:
 7        Q.    What do you mean by "the bug database"?
 8        A.    There is a central database used by
 9   Oracle for -- it's called the bug database, but
10   really it's -- it's a work queue for developers, so
11   anything --
12        Q.    I'm sorry.  A what for developers?
13        A.    A work queue.
14        Q.    Work queue.
15        A.    So anything that might require a
16   developer to take action will go into the bug
17   database.  So enhancements, requests for
18   information and product detection are all logged in
19   the bug database.  They get a unique ID and contain
20   information, and then that's visible to all
21   interested parties.
22        Q.    Is the bug database the same as the TARs
23   database, or is that different?
24        A.    No.  The TARs database is used by
25   support TARs, technical assistance request, and
```

```
 1   that tracks any interaction with the customer via
 2   telephone or electronic means.
 3          Q.    So were problems logged in the bug
 4   database defects?
 5          A.    Can I turn that around and say defects
 6   are logged in the bug database?
 7          Q.    Sure.  What other types of things would
 8   be logged in the bug database?
 9          A.    As I said, it becomes sort of a work
10   queue for the development team, so there might be a
11   request in the bug database to refresh a database
12   or to -- to add a new enhancement, a new feature to
13   the product.
14                Also, even of the bugs that are
15   logged, they aren't necessarily code defects.
16   Basically it's just a request for development to
17   get involved.  So a large percentage of what gets
18   logged in the bug database gets closed out to a
19   status that says that it's not a bug.
20                (Interruption)
21                THE WITNESS:  I'm sorry.  A large
22   percentage of what gets entered into the bug
23   database turns out to not be a code defect and not
24   result in a code fix.
25   BY MR. ANDERSON:
```

1    Q.    Were some of the problems that the
2 Mercury Interactive tool detected entered into the
3 bug database?
4    A.    Some of them would be, yes.
5    Q.    And were some of them code defects?
6    A.    Sure.
7    Q.    And what do you mean by "enhancement"?
8    A.    A customer may want a feature in the
9 product that doesn't exist there today.  It wasn't
10 designed -- that they want the product to do
11 something it wasn't originally designed to do.
12    Q.    So that's a customer request for
13 additional functionality; is that accurate?
14    A.    Yes.
15    Q.    So what other problems detected during
16 testing?  Like, for instance, the Mercury Interactive
17 tool would be logged in the bug database.
18    A.    In anything -- the point that I was
19 making earlier was that you may have problems
20 running the Mercury Interactive tool that don't
21 have anything to do with code defects.  It may be
22 that the test definition has an inherent flaw.
23 That might be logged as a bug if there is a third
24 party running the test.  Or if it's the tester
25 running their own test, they wouldn't bother

1      A.   No.

2      Q.   Did Ron Wohl report the progress of your

3 organizations at these meetings?

4      A.   Very little, if anything, in my

5 organization was of any interest at this level of

6 staff meeting.

7      Q.   What was usually discussed at these

8 staff meetings in the 2000-2001 time period?

9      A.   Product direction, product strategy,

10 new features.  It was very often used as a sounding

11 board for demos, especially around the daily

12 business intelligence product.

13     Q.   What's a daily business intelligence

14 product?

15     A.   It's -- that was our name for it.  Now

16 you'll see them referred to as CEO dashboards.

17 It's the concept of being able to extract realtime

18 information, business-oriented information from

19 your transaction-oriented system without having to

20 use a data warehouse.

21     Q.   Was that part of Suite 11i in the

22 2000-2001 time period?

23     A.   Yes, it was.

24     Q.   And were customer complaints discussed

25 at this meeting?

```
 1          A.   Only if they were highly escalated.  I
 2   don't recall -- I don't recall any in particular.
 3          Q.   Other than the weekly -- or ostensibly
 4   weekly, as you said, meetings with Larry Ellison, did
 5   you communicate with Mr. Ellison in any way?
 6          A.   No.
 7          Q.   What about with Jeff Henley?
 8          A.   No.
 9          Q.   With Sandy Sanderson?
10          A.   No.
11          Q.   And any communication with George
12   Roberts?
13          A.   No.
14          Q.   We've talked quite a bit about
15   integrated, and I was wondering if you -- what's your
16   understanding of the term "fully integrated"?
17          MR. GIBBS:  Objection; vague.
18          Answer if you can.
19   BY MS. ANDERSON:
20          Q.   As it was used in Oracle in the
21   2000-2001 time period.
22          MR. GIBBS:  Same objection.
23          THE WITNESS:  Fully integrated, to me,
24   implies that you don't need to write any software
25   to stitch the applications together, in contrast
```

1   with the best-of-breed approach where you would
2   have to write interface programs to interface your
3   procurement system to your financial system or your
4   sale system to your order entry system; that the
5   Oracle applications all shared the same database
6   and used the same data definitions, so that wasn't
7   necessary.
8   BY MS. ANDERSON:
9         Q.   Do you draw any distinction from
10  integrated versus fully integrated?
11        A.   No.
12        Q.   And what's your understanding of the
13  term "preintegrated" as it was used at Oracle in the
14  2000-2001 time period?
15        A.   Again, I think that's just synonymous
16  with "integrated." It implies that you don't need
17  to do integration.
18        Q.   And what's your understanding of the
19  term "interoperable"?
20        A.   "Interoperable" as we used it within
21  development referred to the technology stack. So
22  we would produce patches -- we would call
23  interoperability patches -- if we were to change
24  the underlying database version or if -- and it
25  required a change to the Oracle applications, or if

```
 1   you changed your hardware operating system and we
 2   needed to make a change to the applications, that
 3   would be an interoperability patch.  So that's --
 4        Q.   Can you give me an example -- a layman's
 5   example of an interoperability patch, when you would
 6   use that?
 7        A.   Okay.  I just gave two, but I'll try
 8   again.
 9        Q.   I'm -- maybe they'll be similar.
10        A.   I'll just start at the beginning.
11        Q.   Okay.
12        A.   So the customer has installed the
13   Oracle applications and they're running, and the
14   initial releases of Oracle application is used in
15   8i version of the database.
16        Q.   Okay.
17        A.   Subsequent to our releasing the
18   applications on database version 8i, the database
19   group separately came out with version 9i of the
20   database.  So customers would see that there are
21   exciting new features in 9i and would want to then
22   run their Oracle applications on the latest version
23   of the database.
24             So Glenn Ong, whom I referred to
25   earlier, is in charge of doing database
```

1  unrelated to the upgrade itself that may cause it
2  to fail.  You could run out of room in your
3  database.  You can run out of room in your file
4  system.
5              You could -- you know, any of a
6  variety of things could go wrong, so you run
7  through and you test it, resolve anything, take
8  notes on any sorts of process changes that you
9  would make next time, and then you run it again and
10 then do that until you're comfortable that you
11 can -- you can execute it successfully and you can
12 do it in a timely way.
13      Q.    And how long did that process take?
14      A.    Again, we ran it twelve or thirteen
15 times.  I don't remember when we started or when we
16 finished, so I couldn't tell you how long it took.
17      Q.    And at a customer's site, would it need
18 to be run that many times?
19      A.    We -- as part of any training that we
20 would give, we would advise them, yes, that you
21 need to run it until you're comfortable that it
22 works.  And, you know, you should expect to run it
23 at least five or six times before -- before your
24 actual conversion weakened.
25      Q.    So five or six times would be sort of

```
 1   what you would recommend as --
 2           A.    As a minimum.
 3           Q.    You would advise as a minimum.
 4                 And do you know what modules Oracle
 5   initially went live on?
 6           A.    Oracle is a big Financials user.
 7   Oracle doesn't use the manufacturing modules
 8   outside of inventory and order management.  And we
 9   were not using -- I don't recall what the CRM
10   upgrade schedule was.
11                 We -- in the course of upgrading,
12   we -- there are a lot of things going on all at
13   once.  We were consolidating data centers,
14   consolidating instances of the Oracle applications
15   and bringing everything together to run in what we
16   called one global single instance.
17                 And that was a multiphase,
18   multifaceted process where we started out with
19   eighty different systems and eventually got down to
20   just a handful.  At one point CRM and ERP were
21   separate, and since then we've merged ERP and CRM,
22   but I don't remember the dates of those timelines.
23           Q.    Do you know approximately when CRM and
24   ERP were merged in the Oracle internal
25   implementation?
```

1     A.    No.

2     Q.    Do you know how many months after the
3  initial implementation that was done?

4     A.    No.

5     Q.    Was it a matter of months or a matter of
6  years?

7     A.    I believe it was months, but I don't
8  know the dates.

9     Q.    And do you know why that wasn't done at
10 the initial implementation?

11    A.    Because we were coming from eighty
12 different databases that all had different sets of
13 data, different -- there is a lot of -- there is a
14 lot of legwork in merging instances, taking all the
15 data from one system and putting it into another.
16 You have to clean up the data, make sure that
17 things are represented in one or the same things
18 are represented in another.

19    Q.    And until such time that the ERP and the
20 CRM were merged, were they able to share information?

21    A.    Yes, they were.  I'm not sure how they
22 divided them between -- between the instances, but
23 to share information between those databases, they
24 had to write custom programs to move data back and
25 forth.

## REPORTER'S CERTIFICATE

I, RICHARD M. RAKER, CSR #3445, Certified Shorthand Reporter, certify:

That the foregoing proceedings were taken before me at the time and place therein set forth, at which time the witness was put under oath by me;

That the testimony of the witness and all objections made at the time of the examination were recorded stenographically by me and were thereafter transcribed;

That the foregoing is a true and correct transcript of my shorthand notes so taken.

I further certify that I am not a relative or employee of any attorney or of any of the parties, nor financially interested in the action.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated this 29th day of May, 2006.

_____
RICHARD M. RAKER, C.S.R. No. 3445

FROM LATHAM & WATKINS-LLP Fax Machine #2 (WED) 7. 5 06 9:32/ST. 9:30/NO. 4861909527 P 3
Case 3:01-cv-00988-SI Document 1196-22 Filed 10/09/07 Page 17 of 20

page 1 of 3

# ERRATA Sheet

**Deposition of:** Gregory Seiden, May 16, 2006  In re: Oracle Corporation Securities Litigation

I wish to make the following changes for the following reasons:

| Page | Line | Change | Reason |
|---|---|---|---|
| 7 | 4 | change: "1215 U Street"<br>to: "1215 Yew Street" | spelling correction |
| 13 | 20 | change: "senior staff manager"<br>to: "senior staff, manager" | these are two different titles |
| 16 | 10 | change: "platforms. So they're"<br>to: "platforms, other" | transcription error |
| 16 | 22 | change: "sequence"<br>to: "Sequent" | transcription error |
| 17 | 5 | change: "pyramid"<br>to: "Pyramid" | company name, proper noun |
| 17 | 8 | change: "IBM VMS"<br>to: "IBM MVS" | transcription error |
| 20 | 8 | change: "Lilly Chang"<br>to: "Lily Chang" | spelling correction |
| 41 | 21 | change: "upgrade is a self-code"<br>to: "upgrade is itself code" | transcription error |
| 52 | 10 | change: "a current version"<br>to: "the current version" | transcription error |
| 64 | 4 | change: "Customer relations management"<br>to: "Customer Relationship Management" | transcription error |
| 69 | 5 | change: "answer a quote"<br>to: "enter a quote" | transcription error |
| 80 | 23 | change: "Internet"<br>to: "intranet" | transcription error |
| 100 | 17 | change: "Ash"<br>to: "Ashok" | transcription error |
| 102 | 11 | change: "database client's"<br>to: "database client" | transcription error |
| 109 | 20 | change: "any when"<br>to: "any. Then" | transcription error |

Witness Signature/Date _____ *[signature]* 6/30/06

FROM LATHAM &WATKINS LLP Fax Machine #2    (WED) 7. 5'06 9:32/ST. 9:30/NO. 4861909527 P  4
Case 3:01-cv-00988-SI    Document 1196-22    Filed 10/09/07    Page 18 of 20

page 2 of 3

# ERRATA Sheet

Deposition of: <u>Gregory Seiden, May 16, 2006  In re: Oracle Corporation Securities Litigation</u>

I wish to make the following changes for the following reasons:

| Page | Line | Change | Reason |
|---|---|---|---|
| 124 | 9 | change: Rick Jewel"<br>to: "Rick Jewell" | spelling correction |
| 124 | 10 | change: Rick Jewel"<br>to: "Rick Jewell" | spelling correction |
| 126 | 11 | change: "Alvin Russel, R-u-s-s-e-l"<br>to: "Alvin Roussel, R-o-u-s-s-e-l" | transcription error |
| 134 | 24 | change: "Glenn Ong"<br>to: "Glen Ong" | spelling correction |
| 156 | 5 | I don't know what I said here, but transcript doesn't make sense. | |
| 219 | 21 | change: "created in Vision demo"<br>to: "created, and the Vision demo" | transcription error |
| 221 | 14 | change: "apple top"<br>to: "APPL_TOP" | apple top is the pronounciation - the spelling is still properly APPL_TOP |
| 221 | 14<br>23 | change: "apple top"<br>to: "APPL_TOP" | spelling correction |
| 222 | 25 | change: "apple top"<br>to: "APPL_TOP" | spelling correction |
| 223 | 5 | change: "and laid down"<br>to: "and lay down" | transcription error |
| 227 | 14 | change: "apple top"<br>to: "APPL_TOP" | spelling correction |
| 227 | 15 | change: "apple top"<br>to: "APPL_TOP" | spelling correction |
| 227 | 17 | change: "apple top"<br>to: "APPL_TOP" | spelling correction |
| 231 | 24 | change: "weakened"<br>to: "weekend" | spelling correction |
| 235 | 21 | change: "division demo database"<br>to: "Vision demo database" | transcription error |

Witness Signature/Date   6/30/06

FROM LATHAM &amp; Case 3:01-cv-00988-SI Document 1196-22 Filed 10/09/07 Page 19 of 20 (WED) 7. 5 06 9:33/ST. 9:30/NO. 4861909527 P 5

page 3 of 3

# ERRATA Sheet

Depostion of: Gregory Seiden, May 16, 2006 In re: Oracle Corporation Securities Litigation

I wish to make the following changes for the following reasons:

| Page | Line | Change | Reason |
|---|---|---|---|
| 237 | 24 | change: "apple top" to: "APPL_TOP" | spelling correction |
| 244 | 21 | change: "documentation library, CD" to: "documentation library CD" | transcription error |
| 246 | 15 | change: "Rick Jewel" to: "Rick Jewell" | spelling correction |
| Exhibit 6 | N/A | please note that exhibit 7 was appended to exhibit 6, and all subsequent tabs are incorrect | production issue |

Witness Signature/Date _____ [signature] _____ 6/30/06

```
 1  STATE OF CALIFORNIA    )
 2                         ) ss.
 3  COUNTY OF SAN FRANCISCO )
 4
 5
 6
 7       I, the undersigned, declare under penalty of
 8  perjury that I have read the foregoing transcript,
 9  and I have made any corrections, additions, or
10  deletions that I was desirous of making; that the
11  foregoing is a true and correct transcript of my
12  testimony contained therein.
13       EXECUTED this 16th day of June,
14  2006, at Redwood City,        CA      .
15            (City)              (State)
```

GREGORY SEIDEN

6/30/06