04:00pm EDT 19-Oct-00 First Security Van Kasper (Rob Tholemeier 941-505-5583)
ORCL: Reiterating Strong Buy Rating; Raising Estimate

```
FIRST SECURITY VAN KASPER                                   ROB THOLEMEIER
RESEARCH REPORT                                             (941) 505-5583
OCTOBER 19, 2000                              BUSINESS INTELLIGENCE SOFTWARE
```

ORACLE CORPORATION
(ORCL - $33 9/16)
Good Vibes From the Users; Reiterating Strong Buy Rating; Raising Estimate
Part I of II

| EPS | | | | | REVENUES (MM) | | | |
|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| Fiscal Year: | 01/00 | 02/01 | | 01/00 | | | | |
| May | 2000A | 2001E | Change | 2002E | Change | | 2000A | 2001E | Change |

| | 2000A | 2001E | Change | 2002E | Change | | 2000A | 2001E | Change |
|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| Q1 | $0.04 | $0.09A | 125.0% | $0.09 | 0.0% | Q1 | $1,984.5 | $2,261.9A | 14.0% |
| Q2 | $0.06 | $0.10 | 66.7% | $0.12 | 20.0% | Q2 | $2,321.9 | $2,649.6 | 14.1% |
| Q3 | $0.08 | $0.11 | 37.5% | $0.14 | 27.3% | Q3 | $2,449.4 | $2,855.0 | 16.6% |
| Q4 | $0.16 | $0.19 | 18.7% | $0.24 | 26.0% | Q4 | $3,374.3 | $3,989.5 | 18.2% |
| Year | $0.33 | $0.49 | 48.5% | $0.60 | 20.0% | Year | $10,130.1 | $11,756.0 | 16.0% |

P/E 101.7x 68.5x  56.4x  Mkt Cap/Revs 19.0x 17.1x

| | | | |
|-----|-----|-----|-----|
| 52-Week Range: | $46 15/32-10 1/2 1/2 | Next EPS Report: | November 2000 |
| Market Cap. (B): | $201.0 | Projected 1-Year EPS: Growth: | 48.5% |
| Shares Out. (MM): | 5643.3 | Dividend/Yield: | NA |
| Estimated Float (MM): | 2158.5 | Book Value/Share (5/00): | $1.15 |
| Est. Insider Holdings: | 25.0% | Operating Margin (TTM): | 30.4% |
| Est. Institutional Holdings: | 48.2% | Company HQ: | Redwood Shores, CA |
| 10-Day Average Volume (MM): | 37.3 | Web Address: | Www.oracle.com |

With more than 30% market share, Oracle Corporation is the number one database
management software company. The company is also a provider of ERP, CRM, and
e-commerce applications. Oracle distinguishes itself as the only vendor with a
complete suite of core business applications and platform technologies (i.e.,
databases and tools) for e-business. With more than 20,000 consultants and
system integrators, the company is also one of the top five computer service
companies.

INVESTMENT CONCLUSION
We are reiterating our Strong Buy rating on the shares of Oracle Corporation and
raising our FY01 EPS estimate by $0.04 to $0.49 (2-to-1split on October 13,
2000). We are establishing a preliminary EPS estimate of $0.60 for FY02. Our
target revenue growth for this year is 16%, versus 14.8% last year and 19.6%
next year. More importantly, we project a big jump in license growth next year
to over 26%. The license-to-service mix is also shifting toward a more favorable
license heavy model. We also expect the company to reverse the intentional
decline in consulting revenue by adding $65.4 million to the category over the
next two years. The increase in consulting will tend to be high margin,
fix-price application implementation projects-not lower-margin,
time-and-materials integration projects.
The big jump in license growth and license-to-service mix is due to the natural
arithmetic progression inherent over time when a smaller component of a
company's revenue grows at a rate significantly faster than the company's
overall growth rate. In our model, the driver for overall growth acceleration is
our forecast for applications license growth of 50% this year and next (well
within company guidance of 50-100%).
IT spending to accelerate this year. The main reason we continue to like Oracle
is the secular growth in IT spending and the shift in spending towards
application solutions and platforms. Our estimate for total worldwide IT
spending is in the range of $500 billion and $1 trillion depending on how you
account for employees, temporary workers, and IT spending within the IT vendors.
We expect a modest improvement in total worldwide IT spending, which over the
last two to three years has been 7-8%. For the second half of this year and
next, we expect IT spending growth to hit double digits. A ten percent increase
in IT spending means $50-100 billion in new spending or roughly 50-110% of IBM's
approximate run rate of $90 billion.

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                    NDCA-ORCL 420071

IBM vs. Oracle. This raises the central point in any discussion or analysis of Oracle Corporation. For all the noise about Oracle versus Microsoft, Oracle database versus IBM database, Oracle versus Siebel, Oracle versus Ariba, E.piphany, etc., we think that the real battle is between Oracle and IBM for overall IT spending. IBM's $90 billion in revenues are mostly derived from applications integration consulting, proprietary hardware, and associated proprietary software and support. Oracle's $10 billion in revenues are derived mostly from open and portable database software, business applications software, and closely related services. The real issue for investors: can Oracle take a relatively small piece of the expanding pie and/or shift a small part-about 1%-of IT spending away from hardware and consulting and into business applications and database over the next two to three years? We think that the potential for this shift in spending is very strong.

It's a business proposition. We also notice that a lot of folks who are negative about Oracle are hung up on technical differences between Oracle's products and those of its competitors. Oracle sells a suite of integrated business applications. The competitors that are most often compared to Oracle sell best-of-breed point solution application products. We think that it is rather clear that some percentage of potential customers will buy the best-of-breed solutions. For example, a Ph.D. in planning and forecasting may tend to select i2's Supply Chain Management software over Oracle's planning and analysis modules. But if a company only needs to do a reasonable amount of planning and does not have a requirement for state-of- the-art technology, it is more likely to choose a product that is pre-integrated with the ERP, procurement, and CRM systems. Oracle is the only vendor with such a product so far.

Integration costs. IT department managers and their senior colleagues in business management are well aware that the real expense of an application is its installation, integration, and operating costs over the total life of the capital investment-not the original cost of the software. Indeed, integration of separate applications can cost as much as ten times the actual price of the software packages being integrated. Avoiding integration costs is an obvious budgetary objective with solid short and long-term payback. So, while each department head may lobby the executive operating committee of a company for capital budget allocations to buy and integrate best-of-breed products for his/her department, astute corporate management executives should question these expenditures. Of course, if the integrated suite simply does not have the required functionality, the user will bite the bullet and add integration fees into the total project budget.

Note that this is not the first time that users have had a choice between an integrated suite of business applications and best-of-breed solutions. We cite SAP R/3 ERP as a good example of an integrated suite of average but integrated applications, which defeats independent point solutions in General Ledger, Accounts Payable/Receivable, Inventory, and MRP, etc. In fact, the market for each of these individual applications has all but disappeared

ENTERPRISE APPLICATION INTEGRATION SOFTWARE: AN ALTERNATIVE?
In the early 1990s, a new class of software appeared on the scene that intended to address the requirements of integrating different applications packages from different vendors. These software products are normally referred to as Enterprise Applications Integration (EAI) solutions. For almost a decade, EAI software products have been touted by some as a silver bullet in the battle to stitch applications from different vendors together. We think that current failure of this software to live up to expectations should not change in the future for the following reasons:
ú Software helps only a little. Application integration is certainly assisted by software, but the real challenge is in defining the business operations that need to be integrated (i.e., if you fire a sales manager in the PeopleSoft HR system, how does a transaction get issued to transfer his accounts and pipeline to Seibel's Sales Force Automation application and also to delete his purchasing authorities in Ariba's internet procurement application, etc.?). Moreover, who defines the business operations that are affected, and who prioritizes the business operations and the order in which they get automated?
ú A second question. Which software system is responsible for maintaining these "integration" rules and initiating the transactions that update the other application systems? Some EAI vendors contend that functional applications are

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

NDCA-ORCL 420078

responsible; others contend that there needs to be a central repository of the business rules and transactions, and, consequently, a centralized system for executing these transactions.
ú In more technical terms. In other words, is it better to expose and generalize a short list of interface transactions inside a particular application? Or, is it better to create a long list of very specific transaction sets? In either case, does a central server manage the "integrated transaction" rules, or are the rules distributed (i.e., hub-and-spoke or point-to-point)?
ú Huge issues with both. Modifying applications to create a lot of transactions seems like a huge and risky effort. However, a centralized server could quickly become more complex and prone to failure than any or all of the applications combined. There really isn't a "good" way for users to perform wholesale application integration.
Oracle proposes an integration-less society. Oracle proposes a single complete suite of pre-integrated business applications. In the above example, if a company purchases Oracle's sales, HR, and procurement system for the series of transactions that need to commence with firing a sales manager, the necessary actions would automatically execute at virtually the same time with no user intervention and no pre-programming. Oracle is able to do this because all of its applications share a common employee database, while each of the non-integrated applications has its own employee database.
While Oracle is years away from delivering a complete solution, the extent to which a user can buy integrated business functionality from Oracle significantly reduces the IT burden on application integration. In fact, because each application must be integrated with every other application, six independent business applications must have six-times-six or thirty-six separate potential integration points. If the user replaced three best-of-breed solutions with one Oracle application, the number of integration points is four-times-four or 16 (one Oracle application plus the three remaining best-of-breed solutions times four). We know this is not an exact science, but it is clear that the number of moving parts that the user must deal with increases the cost of integration and support dramatically.
Of course applications integration will never go away completely. Users will buy point solutions in some situations. Oracle will never meet 100% of a user's applications needs, especially in vertical niches. The installed base of applications already in use will not be tossed out pell-mell. IT managers are likely to buy some software, especially lower-level technical products, to assist in implementation of integration. And some users may even buy software to help them design interfaces and operations. However, EAI is mostly a labor-intensive activity that most users will try to avoid, once they feel more comfortable with the prospect of integrated suites. We are very confident that reduction of the application integrating load is a compelling message and Oracle's singularly focused billion dollar R&D force is up to the task of eventually delivering on the promised functionality.

Investments made through First Security Van Kasper: (1) are not insured by the FDIC; (2) are not deposits or other obligations of, or guaranteed by, FSVK, First Security Bank or any of its affiliates; (3) are not guaranteed by any Federal governmental agency (excluding U.S. Government and federal agency securities); and (4) are subject to investment risks, including possible loss of principal amount invested.
The study on these pages is not a complete analysis of every material fact regarding any company, industry or security. The opinions expressed herein reflect the judgment of the author at this date and are subject to change without notice. Facts have been obtained from sources considered reliable, but are not guaranteed. First Security Van Kasper, its directors and employees and their families may have a position in the securities of the companies described herein, and may make purchases or sales while this report is in circulation. Additional information is available upon request.
First Security Van Kasperú600 California Street Suite 1700úSan Francisco CA 94108-2704ú(800) 652-1747
First Call Corporation, a Thomson Financial company.
All rights reserved.  888.558.2500
]

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

NDCA-ORCL 420079

EON

08/03/2001 5:17 PM

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

NDCA-ORCL 420080