# LIVENOTE | World Service℠

*A new perspective on court reporting.*

In the United States District Court
Northern District of California

CONFIDENTIAL

Deposition of
Alan Fletcher

April 6, 2005

In re: Oracle Corporation Securities Litigation



Fletcher, Alan 4/6/2005

1  IN THE UNITED STATES DISTRICT COURT
2  NORTHERN DISTRICT OF CALIFORNIA
3
   In re ORACLE CORPORATION
4  SECURITIES LITIGATION
              Master File No. C-01-0988-MJJ
5  This Document Relates To:
6     ALL ACTIONS.
   _____/
7
8
9              ---oOo---
10             CONFIDENTIAL
11   30(b)(6) DEPOSITION OF ALAN FLETCHER
12        Wednesday, April 6, 2005
13             ---oOo---
14
15        SHEILA CHASE & ASSOCIATES
              REPORTING FOR:
16          LiveNote World Service
          221 Main Street, Suite 1250
17        San Francisco California 94105
             Phone: (415) 321-2311
18           Fax: (415) 321-2301
19
20
21  Reported by:
    LORRIE L. MARCHANT, CSR, RPR
22  CSR No. 10523
23
24
25

Fletcher, Alan  4/6/2005

1    subsequently addressed.

2         MR. WILLIAMS:  Q.  What do you mean by

3    "issues"?

4         A.  So customers encountered issues implementing

5    the software where the behavior of the software did not

6    tie exactly to the documented behavior, for which we

7    issued a patch.

8         Q.  Okay.  So you -- your testimony -- withdrawn.

9              So you believed that -- at the time you

10   believed that it functioned in the way that it was

11   represented in the reference material but later

12   understood that it did not?

13        MR. KRISS:  Objection to the form of the

14   question.

15        THE WITNESS:  Can you read the question back.

16        (Record read as follows:

17        "Q  So you believed that -- at the time you

18        believed that it functioned in the way that

19        it was represented in the reference

20        material but later understood that it did

21        not?")

22        THE WITNESS:  We later understood that there

23   were some issues, which were addressed as patches.

24        MR. WILLIAMS:  Q.  Okay.  Issues with regard to

25   functionality?

Fletcher, Alan  4/6/2005

1    A.  Correct.

2    Q.  I'm going to ask you to go to the next

3  sentence.  See where it says

4       "This integration not only eliminates

5     cost and risk but also provides much better

6     information with which to run a business."

7     Do you see that sentence?

8    A.  M-hm.  Yes.

9    Q.  What is meant that -- where it says "This

10  integration not only eliminates costs"?

11    A.  It is talking about reducing or eliminating the

12  cost associated with taking applications from multiple

13  software vendors and integrating them.

14    Q.  Okay.  Do you know if the integration that

15  Oracle provided in the Oracle 11i business suite, in

16  fact, eliminated those costs?

17    A.  I know that the integration within the

18  E-Business suites eliminated significant cost versus

19  taking software from multiple vendors and integrating it

20  yourself.

21    Q.  And how do you know that?

22    A.  I know that through my experience of software

23  over the last 18, 20 years; I know that from the -- just

24  the way the E-Business Suite was built, and I know that

25  from -- I know that from what it would take as a

Fletcher, Alan 4/6/2005

1  consultant implementing software from multiple vendors.

2    Q. Well, tell me how -- how the E-Business Suite

3  was built that would support your belief that

4  integration would eliminate cost.

5    A. The E-Business Suite was built based upon a

6  common database, a common data schema, a common set of

7  computer languages, and identifying business processes

8  that spanned multiple modules and then providing for

9  them.

10    Q. I didn't get that last part and then what?

11    A. Identifying business processes that spanned

12  multiple modules and then providing for them within the

13  software.

14    Q. Which would -- withdrawn.

15    And would that require all the modules to

16  actually communicate with one another and share

17  information?

18    MR. KRISS: Objection to the form of the

19  question.

20    THE WITNESS: That would allow the modules to

21  communicate with one another and share information.

22    MR. WILLIAMS: Q. Okay. I'm going to ask you

23  to go down to the next sentence -- actually, two

24  sentences down. Do you see where it says

25    "This tight integration is also

Fletcher, Alan 4/6/2005

1 our software does. So if it is a future piece of

2 functionality, by definition the Vision system cannot do

3 it.

4    Q. I see. So that helps me.

5       So the Vision system is as if Oracle

6 implemented 11i into an environment and people could

7 come and see how it works?

8    A. Yes.

9    Q. So, for example, if there was a module in, say,

10 August of 2000 that had not been actually released or at

11 the stage of release, that it may not be in Vision

12 system and you couldn't show it in Vision system; you

13 might have to show it in some other format?

14    A. Anything that hadn't been released would not be

15 in Vision system. Things that were released may be in

16 Vision system.

17    Q. You indicated that you might have been present

18 during, you know, some demo -- demonstrations at Oracle.

19 Were you -- were you ever present at a demonstration at

20 a customer site during 2000/2001?

21    A. I don't think so, no. I don't recall any

22 occasion where I was.

23    Q. Do you know how demonstrations of 11i are

24 carried out or were carried out at the customer site

25 as -- as opposed to at Oracle using Vision system?

Fletcher, Alan 4/6/2005

1        MR. KRISS: Objection. No foundation.

2        THE WITNESS: I was never present at one; so I

3    don't know the specifics.

4        MR. WILLIAMS: Q. Can you describe for me what

5    the difference is between an upgrade to 11i and a new

6    installation of 11i?

7        A. An upgrade to 11i would be if you are an

8    existing customer of Oracle applications from one of our

9    releases before 11i. A new installation would be when

10   you are installing Oracle applications for the first

11   time.

12       Q. M-hm. And what is the process of implement --

13   implementation for an upgrade to 11i? So, for example,

14   if someone had Oracle 10.7, what would that person need

15   to do or that entity need to do to upgrade to 11i, the

16   suite?

17       A. Um -- so when a -- when a customer upgraded

18   from 10.7 to 11i, they would first determine --

19   determine what additional business processes they wanted

20   to implement since the functionality of 11i was

21   sufficiently more than the functionality of 10.7. They

22   would build a plan for those business processes, which

23   were mapped to how they performed business in -- in

24   those areas.

25           There would be a technical upgrade, which would

Fletcher, Alan  4/6/2005

1   involve creating the 11i technology stack, creating the

2   11i database, creating the 11i applications code. There

3   would be a series of scripts to migrate data from the

4   10.7 schema to the 11i schema. Then there would be an

5   implementation -- a set of implement steps, during which

6   the implementation team would configure 11i to operate

7   according to the desired business processes.

8      Q.  Do you know what the -- I guess the

9   difference -- the functionality difference between 10.7

10  and 11i was?

11     A.  It's -- it's massive.

12     Q.  In terms of -- it's massive in terms of

13  offerings or capability?

14     A.  Both. Many new products. Much of CRM was new

15  in 11i compared to 10.7. Every module had significant

16  new functionality. You'd need to really compare the

17  user documentation for 11i with the user documentation

18  for 10.7 to get the difference.

19     Q.  Was 10.7 an Internet capable -- I don't know --

20  was it a suite?

21     A.  Which question?

22     Q.  I -- I was going to say was -- was 10.7 an

23  Internet capable suite, but I don't know if 10.7 was a

24  suite.

25     A.  Okay. 10.7 was still a suite of applications

Fletcher, Alan 4/6/2005

1   but it was not as tightly integrated as 11i.

2   Q.  What do you mean by "it was not as tightly

3   integrated"?

4   A.  It means that the business processes that

5   spanned multiple modules may have not been as integrated

6   to the same depth or degree as those business processes

7   were interested in 11i.

8   Q.  So is it fair to say that the business

9   processes or modules or application in 11i could share

10  more information than those in 10.7?

11      MR. KRISS:  Objection to the form of the

12  question.

13      THE WITNESS:  Yeah.  More information was

14  shared between modules of 11i than it was in 10.7.

15      MR. WILLIAMS:  Q.  And I don't know if you

16  answered the second part of my question.

17      Was 10.7 Internet capable?

18  A.  10.7 was available in -- there was a 10.7

19  Internet capable version, yes.

20  Q.  What was that called?  Do you know?

21  A.  I believe -- I believe we called it 10.7 NCA.

22  Q.  NCA.

23      Just out of curiosity, was the popular?  I

24  don't recall ever seeing 10.7 NCA.  I'm just curious.

25  A.  We still have more than a thousand customers

Page 123

Fletcher, Alan 4/6/2005

1     MR. WILLIAMS: Can you read that answer back

2 for me, please.

3     (Record read as follows:

4     "A It would be a -- a database used within

5     Oracle's own implementation cycle for -- of

6     the E-Business Suite.")

7     MR. WILLIAMS: Q. What do you mean by Oracle's

8 own implementation cycle?

9     A. Oracle ran its own business using its software.

10     Q. Oh, okay. So that would relate to -- an

11 upgrade or implementation internally, not for a

12 customer?

13     A. Correct.

14     Q. And what type of information would be in that

15 database?

16     A. I -- I don't know the exact contents of that

17 specific database.

18     Q. Okay. Would -- is there a separate database

19 for -- that houses bugs or TARs that relate to Oracle's

20 own internal implementation?

21     A. Oracle's own internal implementation did not

22 use TARs but would have logged bugs.

23     Q. Okay. And do you know where -- where -- where

24 there they would have been logged in what database?

25     A. They would be logged in the bug database.

Page 137

Fletcher, Alan 4/6/2005

1    Q. In the same bug database?

2    A. Correct.

3    Q. How is one -- how can one differentiate the

4    bugs that were experienced by Oracle in its own

5    implementation from bugs that were being experienced by

6    customers?

7    A. Within the bug database, there's a field where

8    we capture the customer name. We would have used

9    "Oracle internal" or something along those terms.

10   Q. M-hm. How is -- if one were to review the --

11   the bug database, which seems like the primary database

12   where problems with the software are housed, how would

13   one determine whether a bug or type of bug impacted the

14   integration of the applications or modules in the

15   11i suite?

16       MR. KRISS: Could I have that read back,

17   please.

18       (Record read as follows:

19       "Q How is -- if one were to review the --

20       the bug database, which seems like the

21       primary database where problems with the

22       software are housed, how would one

23       determine whether a bug or type of bug

24       impacted the integration of the

25       applications or modules in the 11i suite?")

Page 138

Fletcher, Alan  4/6/2005

1      THE WITNESS:  So there was no structured way

2  where integration-related issues were characterized.

3  You would need to search through the narrative within

4  the bugs for a specific term, such as integration or

5  review each bug one at a time.

6      MR. WILLIAMS:  Q.  M-hm.  And, say, after --

7  say, between May 2000 and May of 2001, did you have

8  access to the bug database?

9      A.  Yes.

10     Q.  And would you characterize -- withdrawn.

11         Would you say that there were, you know,

12  thousands or millions of bugs for that period of time in

13  the bug database?

14     A.  Not millions, maybe thousands.

15     Q.  Maybe thousands?

16     A.  I don't know.

17     Q.  Okay.  Can you tell -- can you describe for me

18  what is meant when Oracle says that the 11i E-Business

19  Suite or -- yeah, the 11i E-Business Suite was based on

20  a single schema?

21     A.  Yes.  The -- all of the modules of the

22  E-Business Suite share a common integrated schema.

23     Q.  What is a schema?

24     A.  A schema is the -- is the -- this is, kind of,

25  hard to explain.  A schema is the representation of all

Page 139

Fletcher, Alan 4/6/2005

1  of the data objects required to fulfill the business

2  functionality supported by the E-Business Suite.

3      Q.  Is -- is -- is a -- well, withdrawn.

4         The basis of 11i being on a single schema --

5  was that different from software applications that are

6  typically made by other companies?  I'm trying to

7  differentiate between Oracle being on a single schema

8  and other providers doing something different.

9      A.  Yes.

10     Q.  What -- are other software companies, at least

11  at the time, writing software on multiple different

12  schemas?

13     A.  Yes.

14     Q.  What is a -- a single instance?

15     A.  A single instance refers to a single instance

16  of the database supporting a company's entire global

17  business operations.

18         MR. WILLIAMS:  Can you read that back, please.

19         (Record read as follows:

20         "A  A single instance refers to a single

21         instance of the database supporting a

22         company's entire global business

23         operations.")

24         MR. WILLIAMS:  Q.  You used the term "single

25  instance" in there, and I still don't understand what

Fletcher, Alan 4/6/2005

1  single instance means?

2  A. "Single" meaning one.

3  Q. What's an "instance"?

4  A. An occurrence. So a single occurrence of the

5  database.

6  Q. So if -- if a customer is going live on a

7  single instance of 11i, what does that mean?

8  A. It means that that customer will be running the

9  entire scope of their implementation in one database.

10  Q. Are you familiar with the acronym BOL?

11  A. Yes.

12  Q. What is that?

13  A. Business Online.

14  Q. Okay. Can you tell me what a "hot patch" is?

15  A. A hot patch, we -- I don't know of any formal

16  definition of a hot patch, but generally that term

17  applies to a patch that can be implemented on a system

18  while that system is running certain business processes.

19  Q. So is it fair to say that -- other types of

20  patches, a business would have to, kind of, bring down

21  their system or, kind of, shut down the system to apply

22  a patch and then bring it up again?

23  A. Some patches.

24  Q. Some patches?

25  A. Yes.

CONFIDENTIAL depo of Alan Fletcher, 4/6/2005

```
 1              CERTIFICATE OF DEPOSITION OFFICER
 2        I, LORRIE L. MARCHANT, RPR, CSR NO. 10523, duly
 3   authorized to administer oaths pursuant to Section
 4   8211 of the California Code of Civil Procedure, hereby
 5   certify that the witness in the foregoing deposition
 6   was by me sworn to testify to the truth, the whole truth
 7   and nothing but the truth in the within-entitled cause;
 8   that said deposition was taken at the time and place
 9   therein stated; that the testimony of said witness was
10   reported by me and was thereafter transcribed by me or
11   under my direction by means of computer-aided
12   transcription; that the foregoing is a full, complete
13   and true record of said testimony; and that the witness
14   was given an opportunity to read and correct said
15   deposition and to subscribe same.
16        I further certify that I am not of counsel or
17   attorney for either or any of the parties in the
18   foregoing deposition and caption named, nor in any way
19   interested in the outcome of the cause named in said
20   caption.
21        IN WITNESS WHEREOF, I have hereunto subscribed
22   by my hand this 11th day of April, 2005,
23
24        _____
          LORRIE L. MARCHANT, RPR, CSR NO. 10523
25
```


Fletcher, Alan 4/6/2005

1   CERTIFICATE OF WITNESS

2

3   I, the undersigned, declare under penalty of

4   perjury that I have read the foregoing transcript, and I

5   have made any corrections, additions, or deletions that

6   I was desirous of making; that the foregoing is a true

7   and correct transcript of my testimony contained

8   therein.

9

10  EXECUTED this __23rd__ day of __June__,

11  20_06_, at __Redwood Shores__, __CA__.
            (City)           (State)

12

13

14

15  _A. Fletcher_
    ALAN FLETCHER

16

17

18

19

20

21

22

23

24

25

# ERRATA

Deposition of: __Alan Fletcher__

I wish to make the following changes for the following reasons:

| Page | Line | | |
|---|---|---|---|
| 35 | 17 | Change: | Change "Williams" to "Kriss" |
| | | Reason: | Reporter Error |
| 61 | 25 | Change: | Change "Discounted" to "Documented" |
| | | Reason: | Reporter Error |
| 67 | 1 | Change: | Change "with type" to "were tight" |
| | | Reason: | Reporter Error |
| 81 | 8 | Change: | Change "times" to "types" |
| | | Reason: | Reporter Error |
| 116 | 11 | Change: | Delete "use" |
| | | Reason: | Reporter Error |
| 131 | 8 | Change: | Change "A business" to "E business" |
| | | Reason: | Reporter Error |
| 166 | 20 | Change: | Change "maxtrix" to "metrics" |
| | | Reason: | Reporter Error |
| 215 | 24 | Change: | Change "P4" to "P3" |
| | | Reason: | Witness mis-spoke |

Signed: _A. Fletcher_

Date: _6/23/06_