# Forbes.com

Dow 9866.64 -116.11
Nasdaq 1913.92 -27.31
Forbes 40 2130.72 -39.61
11/27/2001 11:18:00 AM - EST

Search | Adv
○ Forbes.com

- FORBES TODAY | MAGAZINES | COLUMNISTS | INVESTING | COMPANIES

Home > Management & Trends

Management & Trends
## Oracle's Second Act
Lisa DiCarlo, Forbes.com, 11.16.00, 12:20 PM ET

**Related quotes**

| | | |
|---|---|---|
| IBM | 98.94 | - 0.44 |
| ITWO | 135.27 | - 4.67 |
| MSFT | 70.33 | + 0.27 |
| ORCL | 29.12 | + 0.25 |
| SAP | 42.69 | - 2.38 |
| SEBL | 98.69 | - 3.31 |

11/16/00 12:25:00 PM ET

get quotes

**Related stories**

Transmeta Defies Bad News

News Scan P.M.: Oct. 25, 2000

Trader Wrapup: Microsoft Programs A Tech Rally

**Also featured today**

Forbes Faces: Nina Wang

Focus On The Forbes 500s: AT&T Sets Liberty Free

MP3.com Gets Back To Business

Ten O' Clock Tech: A Touch Of Biometrics

NEW YORK - **Oracle** Chief Executive **Larry Ellison** gets a lot of credit for dumping static software in favor of code that runs dynamically over the Web. And he should. Oracle is now synonymous with e-business.

Its sales have grown an average of about 20% a year since fiscal 1997, to $10 billion, and its stock has ballooned almost 400% to a thrice split-adjusted $29. But the shift to Webified software is nothing compared to the metamorphosis Oracle (nasdaq: ORCL) is trying to pull off now. And it won't be nearly as smooth.

"We want to be the **IBM** of the Net era," says Jeremy Burton, 33, a senior vice president at Oracle in Redwood Shores, Calif.

That means taking a one-stop-shop approach to software development and packaging. So instead of living off the proceeds of its flagship database software, Oracle is building a suite of enterprise e-business applications for finances, human resource management, customer relationship management, services, sales force automation and supply chain management. The applications run best on Oracle's database, of course.

This is a huge shift for the company and far more perilous than the move to the Web. When you consider that the Internet's impact had become obvious by 1995, Ellison's Web epiphany seems like a no-brainer.

==To say that it's difficult to build these types of applications and get them to work together as a single package is the grossest of understatements. In fact, Oracle started talking about integrated suites several years ago, but just delivered the first real tangible product in May, called 11i.==

Oracle's application sales are growing respectably--up 61% to $447



NDCA-ORCL 141843

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

- Trader Forecast: It's Not The Fed's Fault
- News Scan A.M.: Nov. 16, 2000
- Stock Focus: Takeover Candidates
- Small Business Short: Elan Buys Dura
- Liquidation Lotto
- Trader Wrapup: Rally Evaporates
- News Scan P.M.: Nov. 15, 2000





million last quarter--but Betsy Burton of the Gartner Group says customers are flocking to the financials component of the suite and not much else.

"We don't know of any customers using anything but the financials component. Other parts [of the suite] have not been adopted," she says.

In fiscal 2000, application sales were $923 million, less than 10% of revenue. Last quarter's growth dwarfed that of the database business, and Burton says application sales will grow at least 50% a year.

But it's questionable whether large customers even want to buy applications this way. After all, Oracle may want to be the IBM (nyse: IBM) of the Net age, but remember that customers eventually rebelled against the model of buying everything from one vendor, partly because they tend to lose negotiating leverage.

For customers, taking the Oracle route means ripping out the applications they already have, which is a costly and risky endeavor. So Oracle's customers will be small startups like Agilera, a private two-year-old application service provider.

Robert Unger, president and chief operating officer of Agilera, says it would have been a lot harder to go with Oracle's applications suite if they had been a more established company with previous technology investments.

"We were coming with no baggage, starting from scratch. We didn't have a lot of pieces of the pie, so it was easy for them to give us everything," says Unger, adding that Agilera likes the approach because it alleviates the number of relationships they must manage.

In pursing an all-in-one strategy, Oracle is pitting itself against best-of-breed companies like Siebel Systems (nasdaq: SEBL), i2 Technologies (nasdaq: ITWO), Clarify and SAP America (nyse: SAP), turning them into enemies rather than allies.

"Siebel, PeopleSoft and SAP have made announcements with Microsoft and IBM [to support their databases] over the last few years. They're clearly looking for alternatives," says Gartner's Burton.

No skin off Oracle's nose. The way they see it, they're saving customers the time of testing competitor's products by selling the whole suite of applications that could put a dent in the sales of other companies--not to mention the integration business.

"Systems integration is a fascinating industry," Ellison said in a Nov. 13 speech in Las Vegas. "You buy all these things and you call IBM and they show up with their glue guns and try to put it together. But who is responsible for making sure all these things work together? It's you, the customer, because you bought all the parts."

That's a fair enough argument, but can Oracle make it all work together? Its expertise is in back office database development and administration, not front office applications and integration.

Oracle also runs the risk of being perceived as pursuing strategies helpful in its slugfest with Microsoft (nasdaq: MSFT), but which may not jive with the best interest of its customers. Anyone who has ever

NDCA-ORCL 141844

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

heard Ellison speak can see that crushing Microsoft motivates him and therefore, his company.

With $23 billion in sales, Microsoft is more than twice Oracle's size. Oracle isn't likely to replace Microsoft as the top dog. But if it continues at its current growth rate, it could overtake IBM's slumbering software group--$12.7 billion in sales--as the No. 2 software company as early as next year.

Oracle is hoping that the e-business applications suite will help get it there and in the process become the most important software company in the world.

Is it hype? To a degree, yes. Oracle has a longstanding reputation for over-promising on depth of software functions and especially on delivery dates. Evan Quinn of the Hurwitz Group says there is already a credibility gap. That's because "several years ago they said they would have an integrated suite of applications, and they didn't produce it" until very recently.

And six months after its release, Oracle still has a long way to go before it can claim full integration of its e-business applications. It will be at least a few years before the market can tell whether this enormously ambitious plan will pay off.

1 of 1

Send comments                                      E-mail story

Request a reprint                                   Print story

CONTACT US        ABOUT US        SITEMAP        HELP

Reprints / Permissions    Subscriber Services    Ad Information    Privacy Statement
© 2000 Forbes.com™        Terms, Conditions and Notices


Powered by TIBCO

Market data provided by Reuters.
Stock quotes are delayed 15 minutes for Nasdaq, 20 minutes or more for NYSE/AMEX.
U.S. indexes are real-time.
Forbes 40 Index powered by Telemet.
News may include latest headlines from Reuters.

http://www.forbes.com/2000/11/16/1116oracle.html                    4/25/2002

NDCA-ORCL 141845

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER