| | |
|---|---|
| 1  LATHAM & WATKINS LLP<br>   Peter A. Wald (SBN 85705)<br>2     Michele F. Kyrouz (SBN 168004)<br>   Matthew D. Harrison (SBN 210981)<br>3  505 Montgomery Street, Suite 2000<br>   San Francisco, California 94111-2562<br>4  Telephone: (415) 391-0600<br>   Facsimile: (415) 395-8095<br>5  E-mail: peter.wald@lw.com<br>          michele.kyrouz@lw.com<br>6          matt.harrison@lw.com | LATHAM & WATKINS LLP<br>   Patrick E. Gibbs (SBN 183174)<br>   Matthew Rawlinson (SBN 231890)<br>140 Scott Drive<br>Menlo Park, California 94025<br>Telephone: (650) 328-4600<br>Facsimile: (650) 463-2600<br>E-mail: patrick.gibbs@lw.com<br>         matt.rawlinson@lw.com |

7  LATHAM & WATKINS LLP
     Jamie L. Wine (SBN 181373)
8  633 West Fifth Street, Suite 4000
   Los Angeles, California 90071
9  Phone: (213) 485-1234
   Fax: (213) 891-8763
10 E-mail: jamie.wine@lw.com

11 Attorneys for Defendants ORACLE CORPORATION, LAWRENCE
   J. ELLISON, JEFFREY O. HENLEY, and EDWARD J. SANDERSON
12
   ORACLE CORPORATION
13    Dorian Daley (SBN 129049)
      James C. Maroulis (SBN 208316)
14 500 Oracle Parkway
   Mailstop 5OP7
15 Redwood Shores, CA 94065
   Telephone: (650) 506-5200
16 Facsimile: (650) 506-7114
   E-mail: jim.maroulis@oracle.com
17
   Attorneys for Defendant ORACLE CORPORATION
18

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION

| | |
|---|---|
| In re ORACLE CORPORATION<br>SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Master File No. C-01-0988-MJJ<br>(Consolidated)<br><br>**[CORRECTED] DECLARATION OF<br>MATTHEW D. HARRISON IN SUPPORT<br>OF DEFENDANTS' MOTION FOR<br>SUMMARY JUDGMENT** |

VOLUME 3

LATHAM•WATKINS
ATTORNEYS AT LAW
SAN FRANCISCO

[CORRECTED] HARRISON DECLARATION IN SUPPORT OF
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
Master File No. C-01-0988-MJJ