| Time Code | | Notes |
|---|---|---|
| | Please welcome, Chairman and CEO, Oracle Corporation, Larry Ellison. | |
| 13:09:05 | Thank you.  Thank you very much. Well it's been about, what is it, been eight months since we released Version 11i of our applications, the eBusiness suite and I thought I'd take a bit of time to give you a report card.  How we've done in our first eight months.  And we have literally dozens, actually more than a hundred customers live on 11i but I'm going to highlight some of the, I'm going to start with some very, very large companies and then I'll talk about other companies, that are just about to go live with the suite. | |
| 13:09:48 | Maybe the most interesting, maybe the most interesting, we're talking about the world's largest steel company that will be going live this year on the eBusiness suite.  The, one of the world's, one of the world's, you know, largest technology, technology companies going live on the complete suite.  But perhaps the single most interesting company is General Electric.  General Electric in many ways is a very, it's a very, it's a very unusual company.  It's got many different divisions.  They're in the finance business.  They've got GE Capital. | |
| 13:10:32 | They're in the aerospace and defense business.  They make jet engines. And actually they've got a division called GE Power where they make power generating equipment and it's a $22 billion business.  And it turns out we signed a contract for the eBusiness suite with General Electric Power in November, in November and they will have completely re-engineered their business, that is redefined all of their business processes, simplified their business processes and moved those processes to the Internet and bring, and bring a new plant live in five months.  In | |

ORCL 0122992
ORACLE CONFIDENTIAL

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 306988

AppWorld 2001
Larry Ellison Keynote

| Time Code | | Notes |
|---|---|---|
| | five months. | |
| 13:11:32 | They will have completed a complete re-engineering of all 20 plants around the world in 18 months.  The first plant goes live next month, in March.  What's most interesting about this, I think, is anyone want to guess how many changes they made to our software?  None.  Not one. Anyone want to guess how much third party software there is in addition to the eBusiness suite that was integrated with the eBusiness suite? None. | |
| 13:12:25 | So General Electric, maybe the world's most respected company, has re-engineered their second most profitable business in five months and then automated, will finish automating that entire, that entire $22 billion division in 18 months. All over the world.  22 plants around the world.  Now that's simply astonishing.  That's never been done before.  To quote GE, Jack Wells at GE said you know, we're in a lot of different businesses at General Electric.  But we don't think we should finish, we don't think GE should finish Oracle's software for them.  We think the right, the right company to finish Oracle software is Oracle. | |
| 13:13:38 | They don't want to make any modifications to our software at all and they didn't.  The relationship between application suppliers and companies who use those applications is going to fundamentally change starting now.  It used to be, it used to be we had large teams of consultants that would go out and work with, work with our customers. And the questions we'd always ask is what you know, how do you want to change our software to fit your business?  And people would look at | |

ORCL 0122993
ORACLE CONFIDENTIAL

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 306989

AppWorld 2001
Larry Ellison Keynote

| Time Code | | Notes |
|---|---|---|
| | how do you, [I need] to ask, so companies would ask, how am I doing business?  How have I been doing business for the last 20 years?  And all the middle managers in that company would write down their business processes. | |
| 13:14:42 | And then we'd hire consultants, Oracle consultants, IBM consultants, Anderson consultants, and they'd come in and change our software to make, to automate your company just like you'd been running that company for the last 20 years.  The thing is I don't think you want to keep running your company like you've been running it for the last 20 years.  At least General Electric doesn't.  The question is not can we change our software to run those same business processes that you've been running forever?  The question is, can you change your business processes to take advantage of the Internet? | |
| 13:15:37 | And if you don't ask that question, don't bother to put in any new software.  It's a waste of time and a waste of money.  The great thing about putting in new automation software is it gives you, the managers of these business, businesses, a chance to change the way you're doing business.  Don't automate the way you've been doing it.  Figure out how that process of billing customers should change now that there's this thing called the Internet.  Think about how that process of marketing should change now that there's the Internet.  How the process of selling and servicing your customers must change because there's an Internet.  How you do accounting and billing, everything. All of those processes can be simplified.  All of those processes can be made more efficient if you | |

ORCL 0122994
ORACLE CONFIDENTIAL

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 306990

AppWorld 2001
Larry Ellison Keynote

| Time Code | | Notes |
|---|---|---|
| | take advantage of the Internet. | |
| 13:16:51 | And when you redefine those processes, when you simplify those processes, and here's a very important one, when you standardize those processes all over the world, GE is not going to have one way of billing customers in Canada and a different way of billing customers in the United States and a different way of billing customers in Mexico. There's going to be one way of billing customers.  They're not going to let every country, every group make little changes to business processes all over the world. | |
| 13:17:37 | It's called the world wide Web, not the Canada wide Web, not the American wide Web or the Mexican wide Web or the Japanese wide Web or the French wide Web or the British wide Web. It's called the world wide Web and if you don't have global business processes, then you're missing a huge opportunity to become more efficient. If you have different processes in every country, that means everyone in every country has to invent those processes.  That means you need different software in every country to automate those processes. Different databases in every country to keep track of those processes. And that's a huge mistake. | |
| 13:18:28 | It's costly and you lose information. The old way of doing business of our consultants talking to your, your IT people, our consultants talking to your IT people is going to change. The old approach of us, the people in the software industry, never really understanding your business has got to change, is changing.  At General Electric, the way we worked for the first six or eight weeks, now keep in mind that whole re-engineering process at GE Power started in | |

ORCL 0122995
ORACLE CONFIDENTIAL

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 306991

AppWorld 2001
Larry Ellison Keynote

| Time Code | | Notes |
|---|---|---|
| | November and the first plant comes up in March with all the new business processes. We didn't have a lot of time. | |
| 13:19:19 | We had five months. It took two months to re-engineer the company, eight weeks. But we couldn't do it by talking to a hundred separate little middle managers. We talked to the senior executives at General Electric Power, including the head of the company. Because we had to, in a very short time, agree on a new simplified, standardized set of processes that take advantage of the Internet. We had to agree on a standardized set of processes that would work in France and Belgium and Germany and the UK and the United States. We had to standardize our processes. We had to move the processes to the Internet and the only people who could tell us, not how have you worked in the last 20 years, but how do you want to work in the next 20 years. | |
| 13:20:20 | How do you want to take advantage of the Internet? The only people who could tell us were the people who were running the business. Not the IT people, though the IT people were there. Not the middle managers, though the middle managers were there. The senior people in the company who were going to move, help to redefine those processes and help us move those processes to the Internet. The other thing that was, that went on is that the people that the senior managers of General Electric were talking to were not our consultants, not our salespeople, but the engineers who built the eBusiness suite. | |
| 13:21:11 | Because the fact is the eBusiness suite does not have everything that GE wants. We admit the eBusiness | |

ORCL 0122996
ORACLE CONFIDENTIAL

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 306992

AppWorld 2001
Larry Ellison Keynote

| Time Code | | Notes |
|---|---|---|
| | suite does not have everything that our customers want.  But we have 80 percent or 85 percent or 86 percent. And an 85 percent solution in five months is better than 100 percent solution that you dream about happening in two years or three years after you heavily modify our software. | |
| 13;21:57 | So GE decided that the right thing to do was get to an 80 percent solution as quickly as possible.  Get the advantages of an 80 percent solution in five months.  Get the savings. Get the productivity improvements and get the understanding that you get by running a complete eBusiness suite on the Internet.  At the same time GE needed to communicate to us what was missing.  Now they couldn't communicate that to our consultants, usually what was missing, you know, you tell the consultants and the consultants would program it for you. Consultants would finish our software for you. | |
| 13:22:45 | Or Anderson consultants would finish it.  Or IBM's consultants would finish it.  It's a bad idea.  It's a very bad idea.  We have a hard time finishing our software.  It's difficult.  You shouldn't try to finish it for us.  But it's important that you explain to us what's missing.  It's important that we understand your business well enough so we knew, know, we understand that other 20 percent that we didn't put in.  Because a year from now we'll have a new version of the eBusiness suite that will take you from an 80 percent solution to an 85 percent solution or an 86 percent solution. | |
| 13:23:32 | We'll keep getting closer and closer because we're going to get smarter about taking advantage of the Internet and you're going to get | |

ORCL 0122997
ORACLE CONFIDENTIAL

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

AppWorld 2001
Larry Ellison Keynote

| Time Code | | Notes |
|---|---|---|
| | smarter about taking advantage of the Internet. Now there's this interesting notion of this 80 percent solution that we're not going to accept, companies, you know, an executive says we're not going to accept an 80 percent solution, we want 100 percent solution. | |
| 13:24:00 | Well, that's interesting. Do you think any company really knows the optimal, the perfect way to run the business? Do you think any company can write down a specification describing exactly how they want to run? I don't think so. We can't. We've never met a client who really could. But you could write down a specification and it might be close but I guarantee you, a year from now you'll be smarter than you are now about taking advantage of the Internet and figuring out how you want to change and improve something. So let's get to an 80 percent solution as quickly as possible. We'll get smarter, you'll get smarter. | |
| 13:24:46 | Now if you don't modify our software, if you don't make our software better, something interesting happens. A year from now when we come out with a new version of our software, you can actually use it. If you make our software better, if you make a bunch of changes to our software, if you hire consultants to put in special things just for you, when we come out with a new version of our software, you can't use it unless you call all those consultants back up, have them come out again and convert. Convert you from the custom system you have right now to the new version of our software. If you customize our software heavily, you trap yourself in an old version. | |
| 13:25:56 | And it's almost impossible to | |

ORCL 0122998
ORACLE CONFIDENTIAL

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 306994

AppWorld 2001
Larry Ellison Keynote

| Time Code | | Notes |
|---|---|---|
| | upgrade. I would also argue, we'll have a new version complete, we will finish a new version of our software before you finish making the old version better. You will still have consultants working on that version of the software, not yet implemented in your company, when we release the next version of our software. Be kind of funny won't it? We'll have all these new features and functions and say here, use it and you'll say sorry, I can't. I can't. I haven't finished modifying your old version yet. | |
| 13:26:41 | And we see that all the time. So what you're really saying when you hire these consultants to make our software better, you're saying Oracle, I'm going to take this one version from you and I'm going to stay on this version for a very, very, very long time and all those improvements that you're going to make over the next several years, I don't want them. Now, I understand up until now, no company has offered you a complete suite of software to run your business. Everything. Marketing, sales, service, supply chain automation, manufacturing, accounting, human resources, all as a single integrated system. | |
| 13:27:37 | In fact, my industry has always been a parts and labor industry. Since no one was providing a complete set of software to run your business, you have had up until now, no choice but to shop for parts. You buy a marketing system from Epiphany. You buy a sales system from Siebel. You buy an accounting system from SAP. You buy a supply chain from I2. Parts, parts. And then labor, lots of labor, lots of labor. You pay far more, you pay far more for hiring consultants who then put these pieces | |

ORCL 0122999
ORACLE CONFIDENTIAL

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

AppWorld 2001
Larry Ellison Keynote

| Time Code | | Notes |
|---|---|---|
| | together to run your business. | |
| 13:28:30 | To attach the Epiphany marketing system to the Siebel sales automation system.  To attach the Siebel automation system to the BroadVision Web store.  To attach the BroadVision Web store to the accounting system from SAP, and so on.  My industry is so immature, the software industry has been so immature that if this was the automobile industry, what we'd be selling, we wouldn't sell cars.  We would sell fuel injection pumps and engine blocks and catalytic converters and wheels and windshields and then you would put them together. | |
| 13:29:19 | Well, you wouldn't put them together. You'd hire mechanics.  IBM Mechanics, Inc.  Anderson Mechanics.  You'd hire a lot of mechanics to assemble the engine and the wheels and the body and the windshield into, I love the name, into a best of breed car.  And you might make a few changes on your own.  You might take the BMW 12 cylinder engine or, and add two more cylinders, have a 14 cylinder engine. Better, you know, [inaudible] better. I'm sure the IBM mechanics would be happy to take the BMW engine, add more cylinders.  How many cylinders do you want?  20 cylinders would be nice. | |
| 13:30:13 | And you would have the deep satisfaction of knowing that your company and your company alone, had this kind of car.  There was no other car like it in the world.  It was truly unique.  Imagine getting on an airplane where someone said to you, you know, you should be very proud sir or miss, this airplane has been especially for you.  There's not another one like in the entire world. Me, I would drive.  But that's what we do with our computer systems.  Our computer systems are made up of a | |

ORCL 0123000
ORACLE CONFIDENTIAL

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 306996

AppWorld 2001
Larry Ellison Keynote

| Time Code | | Notes |
|---|---|---|
| | bunch of parts we bought.  A lot of labor we hired.  Our own ideas to make it better. | |
| 13:31:02 | And they're unique inside of our business.  We've never had a choice because no one made airplanes, no one made cars, people just gave us parts and labor.  And we've worked very hard, we've worked very hard to be the first car company.  We don't want to sell parts and labor.  We would like to sell you a car.  We think it's cheaper, more reliable, upgradeable, it's predictable, you can install it quickly and maybe it's not as perfect as that car you dream of, I mean you can always imagine a car that's better than the best Mercedes.  You look at the best Mercedes or the best Porsche and you say if it only had the Ferrari front end, I love the way that, you know. You got to imagine this is the perfect version, how we would just change it slightly.  But we don't, you know, we just look at the best car we can find and buy the best car. The car we like we like the most. | |
| 13:32:07 | We don't kind of take one part and glue it onto another.  We don't try to implement our fantasy in an automobile, but we do on our computer systems.  So we think that's over. We think that whole notion of parts and labor is over.  But it does mean a totally different relationship between a software supplier and the consumer of technology.  It means for the first time we have to deeply understand your business.  Because we know the cars we're making right now are not perfect.  But they're better than anything else you can buy.  All the pieces fit together. | |
| 13:32:53 | And we can install it in a matter of months, in a matter of months, and give you benefits in a matter of | |

ORCL 0123001
ORACLE CONFIDENTIAL

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

AppWorld 2001
Larry Ellison Keynote

| Time Code | | Notes |
|---|---|---|
| | months, in a short period of time. And then as we do that you will get smarter about using the Internet to make your business better, we will get smarter about your business. We'll learn more about your business and we'll figure out that the next version of our car, the next version the eBusiness suite will have a few more important features for you and because you haven't modified our software, you'll be able to install the new version of our software and make your business better. | |
| 13:33:31 | It's a long term relationship.  Us learning about your business, understanding your business.  Us making our software better.  You taking and installing the latest version of our software quickly and taking advantage of that.  Oracle was the first company to use this eBusiness suites.  We were the first company to use this eBusiness suite and in the very first year we put it in, we saved $1 billion.  In other words, our profit margins went from 20 percent to 30 percent.  In this, we're now finishing our second year of the eBusiness suite and we will save $2 billion in our second year. | |
| 13:34:11 | Easy to remember.  Year one, $1 billion in savings.  Year two, $2 billion in savings.  Year three, and I'll say it now, I believe we'll save $3 billion.  It's hard to believe. It's hard to believe.  The Internet allows us to be so much more efficient than we were before.  By the way, while doing all of this we have cut our IT budget in half. Everyone tells you well, if you want it, go to the Internet.  If you want to take advantage of all this great new stuff, you have to spend more on IT.  I don't think so.  In fact, the more you spend on IT, the worse your | |

ORCL 0123002
ORACLE CONFIDENTIAL

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 306998

AppWorld 2001
Larry Ellison Keynote

| Time Code | | Notes |
|---|---|---|
| | information gets. | |
| 13:35:00 | It's true.  Let me tell you why.  Our IT systems are so fragmented.  We have so many IT systems.  Everyone says hey, let's put that great new Siebel system in for sales automation.  That will cost a lot of money.  That must be good.  We'll be spending more on IT.  That will make the board happy.  Let's put that great new Web store in from BroadVision.  That will, that's good.  The trouble is the BroadVision system is separate from the Siebel system.  You are fragmenting your information.  You have too many IT systems.  You're spending too much money on IT because you have too many separate systems.  Every time you build another separate system, you still further fragment your information. | |
| 13:36:02 | Some of your data is in the Epiphany marketing system.  Some of your data is in the Siebel system.  Some of your data is in the SAP system.  Some of your data is in a PeopleSoft system.  Some of your data is in an I2 system.  Some of your data is in a BroadVision system.  No wonder you can't see what's happening in your business.  Your data is chopped up into too many separate systems, too many separate databases. | |
| 13:36:32 | The more you spend, the worse it gets.  Every time you put in another brand new separate system, you take another little piece of your data and hide it in another place.  You implement another separate set of processes.  But, of course, people tell you and I'll pick on IBM.  IBM tells you this is not a problem.  We can help you.  We can glue all of these separate systems together.  We can glue them all together.  And it's a process we call systems integration.  Great word, systems | |

**ORCL 0123003**
**ORACLE CONFIDENTIAL**

**CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER**

AppWorld 2001
Larry Ellison Keynote

| Time Code | | Notes |
|---|---|---|
| | integration. | |
| 13:37:23 | IBM has 300,000 consultants that are eager to help you with your problems. All they want to do is help.  And they do this thing called systems integration.  And IBM actually how now, they've now made, they now have alliances.  Partnerships with 500 separate software companies to give you a large menu of choices to choose from and once you choose, they will, they have guys with glue guns come and glue it all together for you.  And that's IBM's business, right now. | |
| 13:38:12 | IBM's software business is actually getting smaller but IBM's labor business is getting bigger.  What is systems integration anyway?  What does it mean to attach the Epiphany system to the Siebel system, to the BroadVision system, the SAP system, to the I2 system, to the CommerceOne system?  What is it, what does that mean?  How do they do it?  What do those 300,000 people do all day?  Well, let's look at a normal day in the life of a company. | |
| 13:38:54 | One of the things companies like to do is sell their stuff.  Got to find people who are interested in buying your stuff.  So it's called marketing.  So we want to, let's say we want to use, let's say, and let's say we're using the Internet.  We want to use the Internet and we want to send electronic mail to tens of thousands of prospective customers. How do we do that?  Well, we bought this Epiphany system over here for marketing so we have to load the Epiphany database with the names and addresses of these thousands and thousands of people we want to send an e-mail to.  That's what the Epiphany system does.  It's an, it's an, it's an Internet marketing system. | |

ORCL 0123004
ORACLE CONFIDENTIAL

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 307000

AppWorld 2001
Larry Ellison Keynote

| Time Code | | Notes |
|---|---|---|
| 13:39:36 | So we've got to load up this database with those names and addresses.  And us being a modern Internet kind of company, we want those people to either go to our Web site or call us on the phone if they're interested, after they get the e-mail.  Visit our Web site, call on the phone.  The problem is, that Web site is run by the software we bought from BroadVision.  So we need to move that, the names of those companies out of the Epiphany system over to the BroadVision system over here, just in case someone visits our Web site.  That's systems integration. Writing that program to move data out of your BroadVision database into the, oh, excuse me, out of the Epiphany data, customer database, into the BroadVision database. | |
| 13:40:24 | That's systems integration, that's what those guys do.  But what if they call on the phone after visiting the Web site?  It's not a problem.  There are 300,000 of these guys.  So they also write a program to move the data out of the BroadVision system and the Epiphany system into the Siebel sales system.  You see, Siebel has a customer database and BroadVision has a customer database and the Epiphany has a customer database and the databases have to agree.  If you're moving data back and forth, marketing campaign at Epiphany.  Visit the Web store at BroadVision.  Call on the phone, Siebel system. | |
| 13:41:05 | You've got to move the data.  It's great, things are going well, okay.  Now, one of the customers decides to actually buy something of, darn.  Let's see, now we've got to move the data from the sales system, by the way, they can buy on the Web or they can buy on the phone so you've got to move data from the Web system, from | |

ORCL 0123005
ORACLE CONFIDENTIAL

NDCA-ORCL 307001

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

AppWorld 2001
Larry Ellison Keynote

| Time Code | | Notes |
|---|---|---|
| | BroadVision into the SAP accounting system and we've got to move data from the Siebel sales system also into the accounting system over here. Because they're going to buy something. They've just bought something and we've got to bill them. | |
| 13:41:43 | Okay. And then they call for support. This is bad. Now we've got to move the data out of the accounting system, the customer data out of the accounting system and into the support system. And that's just in France. Because the French system's different from the British system and the German system and it's crazy. It gets worse because there's suddenly an announcement that Siebel comes out with a brand new version. | |
| 13:42:19 | Fabulous. It's not a problem. They get the new Siebel version comes out. You call IBM back up. They unplug, they unplug the Siebel call center from BroadVision and they plug in the new one, they unplug the Siebel call center from Epiphany and they plug in the new one. You know, systems integration is the gift that keeps on giving. Fantastic. It's a lifetime, it's a lifetime commitment to your system integrator. You might as well marry them. | |
| 13:42:55 | It's really quite a remarkable business. It's like you drive your Porsche in, you know, you're tired of this, you've had a Porsche for a while and you're kind of tired of having a Porsche and you'd like to now, you got married and you got kids so you got to get a larger car, and what, then the first thing you do is you change your Porsche engine for a Volvo engine. It's the first step on the way to a sedan. | |
| 13:43:26 | But that's what you do. And it's not your fault. It's our fault. Because my industry is so young, the software | |

ORCL 0123006
ORACLE CONFIDENTIAL

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

AppWorld 2001
Larry Ellison Keynote

| Time Code | | Notes |
|---|---|---|
| | industry is so young.  It's so immature.  We've never offered you cars.  All we offer you are parts and labor.  And that's why we built the eBusiness suite.  We wanted to be the first car manufacturer.  We wanted to redefine the relationship between the software industry and its customers. | |
| 13:43:55 | We wanted to give you a system that was complete, that required no systems integration.  One that you could install quickly.  And inexpensively, by the way.  One of the problems, if you look at Oracle's business, if you look IBM's business, it's very interesting.  IBM's consulting revenue is going up.  There software revenue is going down.  Oracle's software revenue is going up.  We only have one business that's getting smaller.  Our consulting business.  Why is our consulting business getting smaller? | |
| 13:44:26 | See, the problem with installing that system in GE in five months is we can't charge very much.  We only, it was only five months of work.  So the cost of installing the software is a tiny fraction of installing all these best of breed systems.  There is very little labor.  You don't modify the software, you don't do systems integration.  It takes a matter of months.  It's cheap.  Our consulting business is getting smaller where our software business is getting bigger.  IBM, other way around.  Software business getting smaller.  Consulting business getting bigger. | |
| 13:45:08 | The question is what do you want to do, what do you want to do with your money?  Do you want to buy labor or cars?  The whole world, I think, is about to change because of this thing called the Internet.  We're becoming vastly more productive, vastly more efficient and my industry's going to | |

ORCL 0123007
ORACLE CONFIDENTIAL

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 307003

AppWorld 2001
Larry Ellison Keynote

| Time Code | | Notes |
|---|---|---|
| | have to change along with it.  We have to stop treating our customers like they're hobbyists, like you love buying these parts and hiring people to glue them together.  We have to deliver complete and running systems and that's what the eBusiness suite is.  The very first of them. | |
| | Thank you.  And I will do my best to answer whatever questions you might have about anything at all.  I think we have open microphones, is that right?  The gentleman over here. | |
| | I'm sorry, I'm having trouble hearing. | |
| 13:46:37 | Are you going to be working for us?  Well, no.  Because we can't afford to pay you.  No, you're not going to be working for us.  We're going to be working for you.  You know, unlike, unlike the old days where you take most of your money and give it, you know, and pay for the 300, lots and lots of consulting.  Hopefully, your software costs you much less, again, we cut our IT budget in half.  We re-engineered our business completely, saved a billion dollars.  We cut our IT budgets in half so the message is you can get your processes to the Internet while spending less on IT. | |
| 13:47:21 | You can sell to your customers on the Internet more efficiently, you can service your customers, you can do your accounting, manage your human resources, all much more efficiently and cut your IT budgets while doing it.  So, no, It's not a matter well, you'd be working for us.  We'll be working for you.  Yes, sir. | |
| | [inaudible question] | |
| 13:48:00 | Yeah, the question was okay, we'll be implementing an 80 percent, not 100 percent solution.  Of course, I'd argue you never, there, no one ever implemented 100 percent solution, they just fantasized about it.  And | |

ORCL 0123008
ORACLE CONFIDENTIAL

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 307004

AppWorld 2001
Larry Ellison Keynote

| Time Code | | Notes |
|---|---|---|
| | customers are going to get smarter and can our customers, can our software engineers keep up with our customers and the answer is not really.  So we'll keep making our software better and you'll keep having good ideas. | |
| 13:48:26 | So we'll always be trailing your good ideas.  We'll never be able to implement the software fast enough that you'll have all of your good ideas on the machine.  And that's a good thing.  That's, you know, that's [inaudible] the human experience. You keep getting smarter, we keep, and we're engineering.  We're just slightly behind your creative ideas. However, that's the right model.  You guys understand your business.  You guys understand your business and how to make your business better.  We're pretty good at writing software.  And the only thing I'm really saying is our specialty is writing software, that's what we should do. | |
| 13:49:05 | If you do it for us, if you finish our product for us, there is something very wrong with the industry at large.  I mean think about it.  What other industry sells you stuff that you finish for them? You don't finish your Sony TV, do you?  Comes or excuse me, your Philips TV, I'm sorry.  You don't, you know, you don't finish, you know, the Mercedes or a Peugeot or, I mean it comes finished.  Back here. | |
| | [inaudible question] | |
| 13:49:56 | Absolutely, absolutely.  But the key thing here is Volvo is responsible for delivering you a complete car with a stereo in it and, which is very different than you, you know, and sure, in fact, some of our tax software we did not write ourselves. But you're unaware of that.  We integrate that tax software with our | |

ORCL 0123009
ORACLE CONFIDENTIAL

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

AppWorld 2001
Larry Ellison Keynote

| Time Code | | Notes |
|---|---|---|
| | accounting software and you don't know that we didn't write that software ourselves.  It looks like, but we're responsible for, but if that tax software breaks you bring it to us. | |
| 13:50:27 | You don't have to add that tax software.  You don't have to hire IBM or Anderson or to glue that tax software into our system.  We did all that for you.  We integrated it.  We tested it.  We support it and it's part of the overall package.  So sure, we could work with other software companies and we could acquire some technology that we put into our eBusiness suite, in fact, it's our intent to do that.  But, from the point of view of the consumer of that technology, our customers, all the pieces are there. All the pieces are integrated and the package is fully supported by us. | |
| 13:51:05 | Not by you because an interesting thing happens when you finish the software, when you modify the software.  You own it.  It's yours. If it breaks, who fixes it?  When you hire a bunch of consultants to make the software better and that software breaks, who fixes it?  It's unlike software anyplace else in the world. It's only, that software exists only one place in the world.  I'm sorry, I can't see all the way back there, yeah. | |
| | [inaudible question] | |
| 13:52:08 | There's, by the way, I'm, there's plenty of room for consultants in terms of figuring out these new great business processes.  I mean, I'm not saying you know, we're going to do all the creative work or all the consulting work or all the business process re-engineering.  I'm just saying that you know, that the actual computer programming is, we should | |

ORCL 0123010
ORACLE CONFIDENTIAL

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 307006

AppWorld 2001
Larry Ellison Keynote

| Time Code | | Notes |
|---|---|---|
| | do.  The question was about mobile. We believe, well, we believe the mobile Internet will just create still more Internet users.  You'll expense reports on, you know, on the computer that's not, that is not wired to the Internet but has a mobile connection. | |
| 13:52:47 | You'll make hotel reservations. You'll buy things.  Pretty much, eventually, anything you can do on the internet with a wire connection, you'll be able to do with a mobile connection.  So we just see the mobile, you know, three, you know, either GPRS, you know, 2.5G or 3G mobile connection just increasing the number of Internet users and increasing the usage.  In other words, they'll be using the Internet wherever they are. | |
| 13:53:17 | All of our applications, 100 percent of our applications are mobile enabled.  And in the 11i suite there is nothing, nothing that you should be, you should be able to do on a wire line that you can't also do on a mobile connection.  We believe every single thing you can do on it with a wire line, you should also be able to do with a mobile connection.  Plus, lots of different device support. Everything from you know, wandering around in a warehouse taking inventory to configuring a complex system.  Whatever our software does, you should be able to do it on a mobile or wireless connection as well as a wired connection.  Yes, sir. | |
| | [inaudible question] in Information Week about the fact that because of the increase in devices and the number of transactions and stuff [inaudible] businesses in the future as a result of that, that business should be able to be more intelligent than it is in the sense that you | |

ORCL 0123011
ORACLE CONFIDENTIAL

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 307007

AppWorld 2001
Larry Ellison Keynote

| Time Code | | Notes |
|---|---|---|
| | know, his analogy was if you run upstairs, your heart rate increases, you take on more oxygen.  You don't send a message to your heart to increase, you don't you know, tell yourself to breathe more.  It happens automatically.  Do you believe that business automation's going to happen because of the Internet? | |
| 13:55:00 | Well, try not to chuckle.  The, but [Lou's] comments.  The IB, I believe the biggest problem we have right now with information, Lou's saying the information is there and that it automatically gets transferred and we adapt automatically.  So there's two problems that we need to solve.  One is to actually have the information that I need more oxygen.  Just get the information first.  And then, rather than a human being intervening, just automatically that information gets transferred and I mean a simple example in computer science, you suddenly discover you need more disk drive and automatically an order goes out to your disk drive supplier to bring over more disk drives.  You anticipate you're going to need it or you're running out of space. | |
| 13:55:53 | Okay, we are so far away from that, I mean that's an interesting notion, we are so far away from that, we can't even keep track, we don't even know where our disk drives are.  We are so far from that it's hilarious.  How many databases do you have in your company?  How many separate systems do you have in your company?  Oracle had 400 customer databases.  When we were selling to Michelin in France and selling to Michelin in Germany, Michelin, you know, Oracle France and Oracle Germany didn't cooperate because they were totally on separate systems and they were totally unaware | |

ORCL 0123012
ORACLE CONFIDENTIAL

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 307008

AppWorld 2001
Larry Ellison Keynote

| Time Code | | Notes |
|---|---|---|
| | that there was a German team selling to Michelin and a French team selling to Michelin because they were working on two totally separate systems. | |
| 13:56:47 | By the way, in North America we had no idea this was going on.  That there was a big sales situation going on with Michelin, we were servicing a Michelin, you know, we had some service problems at Michelin.  I mean we were unaware that a large transaction was occurring either in France or Germany.  We had no idea. Because our support database was separate from our sales database.  So we had a support database in the United States.  It kept track of Michelin. We had a German sales database that kept track of Michelin. We had a French database that kept track, selling to Michelin and they didn't communicate at all. | |
| 13:57:19 | You know, if our bodies worked like our computer systems, we'd all be dead.  The biggest problem we have right now are all of these separate systems, all of these separate databases.  We're in the business of selling databases and I'm telling you you have too many of them.  You should have one customer database globally.  One customer database. The problem is you can never get that with best of breed systems.  Because Siebel has a customer database.  They keep track of customers you sell to. BroadVision has a customer database to keep track of customers that visit your Web site. | |
| 13:58:03 | Epiphany has customer database to keep track of customers you marketed to.  SAP has a customer database to keep track of customers you bill to. And then you put a separate SAP accounting system in every country, a separate BroadVision system in every country, a separate Siebel sales | |

ORCL 0123013
ORACLE CONFIDENTIAL

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 307009

AppWorld 2001
Larry Ellison Keynote

| Time Code | | Notes |
|---|---|---|
| | system in every country or one for Europe and one for South America and one for Japan. You have so many separate databases, you don't know that you need more oxygen. All you know is this finger needs more oxygen in one database. In a separate brain, one brain. | |
| 13:58:34 | Another brain would say well, no, this, you know, your wrist needs more oxygen. You knee needs more oxygen. You have, your information is so broadly fragmented, you don't know you're supposed to start breathing heavily. One of the things that we did when we implemented the eBusiness suite, whether it's a General Electric or Oracle is we went to a global customer database. One customer database. When you market to a customer, what customer database do you use? Well, you only have one. When you sell to the customer in France what customer database do you use? Well, you only have one. What if you sell to a customer in Japan? It's the same database. When [inaudible] to bill the customer, well the information is there. It's in the same database. What if you need a sales forecast for Germany? Well, it's in the database. What about the world? It's in the same database. | |
| 13:59:45 | The world wide Web is remarkable because everyone in the world shares the same network. All your employees. All your customers. All your suppliers. One network, but y'all (that's a Southern expression in the United States), you got one network and hundreds of databases. It's a fundamental error in your computing architecture. You have to move your information into fewer and fewer databases until eventually you have all your customer information in | |

ORCL 0123014
ORACLE CONFIDENTIAL

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

AppWorld 2001
Larry Ellison Keynote

| Time Code | | Notes |
|---|---|---|
| | one place.  All your product information in one place. | |
| 14:00:29 | I'll tell you a story about Oracle. It used to be, it used to be, in fact, it's still true.  I chair the thing called the pricing committee. We set prices at how much our database cost and how much the, how much our different products costs. And I would make this decision, and we have all these very smart people in California kind of looking at the competition, looking at pricing all over the world, doing all this analysis and we would decide that the database costs, pick a number.  $100 a power unit.  Just pick a number. $100.  $100 U.S. dollars.  Then of course, we'd convert that Deutch Marks or Euros or what, you know, whatever we had to convert it to, Yen, and publish that all over the world.  You know, we'd send that out to everybody.  The first thing that we do is go across the hall, from my office, to what was called the Global Sales, Global Sales Management. They, of course, would immediately throw away all the work we had done and say well, these people know nothing about pricing.  We in sales know about pricing.  And they'd redo all the work. | |
| 14:01:36 | And then they'd send that work to our European headquarters in Geneva, Switzerland and, of course, the people in Geneva knew that Americans knew nothing about European market conditions so they threw away all that work and they did, then they did the European wide pricing you know, for the EU and then they sent it out to Germany and to France.  Well, of course, of course in Munich we knew, they knew the people in Geneva knew nothing about German market conditions so they threw out all that | |

ORCL 0123015
ORACLE CONFIDENTIAL

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 307011

AppWorld 2001
Larry Ellison Keynote

| Time Code | | Notes |
|---|---|---|
| | work and then they published their price in Germany. | |
| 14:02:14 | So Germany had one price, France had another price, the Japanese had another price, the Americans had another price, we had people all over the world trying to figure out what the right price was for the, in every country.  And everyone published their price in their country database.  Lots of different, you know, lots of different prices.  Now what happens is the pricing committee sets a price, it goes into our global Web store and within five minutes of the price being set, every customer in every country in the world knows what the new price is. | |
| 14:02:53 | We used to have over 200 people involved in setting prices around the world, now we have six.  And we're the same price all over the world.  Every country used to invent its own way of billing customers, its own way of filing expense reports and they kept it in their own private databases.  They had their own business processes, their own databases.  The duplication of effort was unbelievable.  Everyone inventing separate processes for separate, in every country in every division.  Different marketing processes.  Different support processes.  Different support policies.  Different contracts. Everyone invented it over and over again. | |
| 14:03:37 | And every country had their own automation system.  We had 97 e-mail systems, for God sakes.  We had an e-mail system in France.  We had an e-mail system in Switzerland.  We had one in Germany.  We had one in Liechtenstein, for God sakes.  We had, everyone had an e-mail system.  Now we have one.  We have one global e-mail system.  We had 97 computers | |

ORCL 0123016
ORACLE CONFIDENTIAL

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

AppWorld 2001
Larry Ellison Keynote

| Time Code | | Notes |
|---|---|---|
| | doing e-mail.  97 teams of people doing e-mail.  97 groups of people backing up data, installing new software.  Now we have two computers in our primary data center and a back up computer and a back up data center.  Three computers doing e-mail for the world.  We've cut our e-mail costs by 90 percent.  Performance is up, reliability is up, security is up.  It's the Internet. | |
| 14:04:29 | We have one customer database.  We have one way of billing a customer. We have one set of support processes. We have one way of filling out expense reports.  All of our information is in one database.  We know exactly how much we have sold in the last hour around the world and we're paying less to know more. We're paying less to know more.  The more money you spend on IT, the less you know.  Every time you put in another system, you further fragment your data.  You duplicate effort. | |
| 14:05:14 | So, as far as Lou Gerstner's comments, I don't know where to start.  I think, I think the answer is yes we will you know, automatically, automatically respond to conditions without human intervention but it won't come from IBM.  The fact, let me, let me be as harsh as I can.  No one is doing more than IBM to hide information, to fragment data, to implement more and more discretely different systems in more discretely different places. That's why their software business is getting smaller and their labor business is getting larger. | |
| | [inaudible] | |
| | Yes, there's a quote of you about eMarket places that says that there's only going to be a few left and Oracle Exchange.com is going to be one of them.  I'd like to know why | |

ORCL 0123017
ORACLE CONFIDENTIAL

NDCA-ORCL 307013

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

AppWorld 2001
Larry Ellison Keynote

| Time Code | | | Notes |
|---|---|---|---|
| | are you so confident about that? | | |
| 14:06:20 | Well, actually, I think there'll be lots and lots of exchanges because almost every large company will have one.  So there are two kinds of exchanges.  One is you know, first of all the word exchange has many meanings so let me define, let's see if we get agreed upon definition, then I'll respond.  If an exchange is a market place where people go to buy and sell things and amongst the other ways you buy and sell is to have auctions.  If that's what you mean by an exchange where we compete with commerce, CommerceOne and Ariba and some other companies.  I believe they'll be, you know, they'll be a lot of company-owned exchanges.  You know, Sony will have an exchange you know, in fact, they do have an exchange.  They have an Oracle exchange. | | |
| 14:07:01 | There will be lots of company, large, lot of large companies will have their own exchange for their company. And then there will be, on top of that, there will be some industry exchanges.  But I don't think there will be, and there will be one or two major exchanges per industry, probably one.  You know, per industry.  So I think you have two kinds of exchanges.  Marketplaces, those dedicated to large companies and then those dedicated to industries and I think that's how it will map out.  But I know at one point there was the notion that these exchanges would have enormous value. I know we were, we are a part of an exchange called Covasent, which is an exchange that is jointly owned Ford Motor Company, General Motors and Daimer-Chrysler are all the three participants in Covasent and there was an estimate when there was just | | |

ORCL 0123018
ORACLE CONFIDENTIAL

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 307014

AppWorld 2001
Larry Ellison Keynote

| Time Code | | Notes |
|---|---|---|
| | two companies, when it was just Ford and GM, that the exchange alone would be worth $40 billion. | |
| 14:08:05 | Now this, of course, was before the dotcom crash.  In other words they said the exchange would be worth more at the time the total value of General Motors.  Now, the question is do I believe that General Motors can take its purchasing department public and that purchasing department would be worth more than the car company? No.  I also don't believe that selling kitty litter on the Web is a technology business.  The dotcoms, there have been lot of, there's been a lot of insanity around the Internet.  I think the Internet is the most important new technology since the industrial revolution. | |
| 14:08:48 | So I think the Internet is a very big deal.  But there's been a lot of insanity around the Internet, too. Pets.com.  Petsmarts.com.  Pettopia; and people thinking that selling kitty litter was a phenomenal business.  Kitty litter translates, does that translate?  Cat food, cat gravel.  Selling that on the Internet, if you sold that in a store, that was considered a bad business.  But if you bought a $3,000 Dell computer and had a Web site suddenly, it was a great technology business.  Okay. | |
| 14:09:38 | These exchanges themselves being worth huge amounts of money, I, you know, not sure that the exchange, the purchasing department should be worth more than the company that owned the, that uses the purchasing department, it just seems strange to me.  So I think it's important.  I think big exchanges are important.  It's a more efficient way of buying.  It's a more efficient way of consumer and supplier communicating and planning | |

ORCL 0123019
ORACLE CONFIDENTIAL

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

AppWorld 2001
Larry Ellison Keynote

| Time Code | | Notes |
|---|---|---|
| | together, share engineering, we've expanded the notion of what an exchange is. We don't think an exchange is just a place you go to place an order or run an auction, we think an exchange is a place where a buyer and a seller get, or a supplier and a buyer get together and share engineering plans so that if you're a car company and designing a new seat belt, you can jointly engineer that new seat belt using our product design exchange for engineering. | |
| 14:10:37 | We think you're manufacturing, when you're a manufacturer and you know what your demand looks like going forward, you can share that demand information so not only with your own company but also with your suppliers so they can lower their or raise their inventories, as necessary, thereby making themselves more efficient. Thereby, you know, being a better supplier to you. So we think there are a whole bunch of things that the exchange technology brings. Joint engineering, joint supply chain planning as well as auctions. | |
| 14:11:08 | And we think that has real value but I don't think, I don't think that many of these are businesses unto themselves. Not many of them. But I think there are, I mean there's already one great exchange, called Ebay. So, and I think that's a very valuable property and there will be a few others, but not a lot. Yes, sir. | |
| | Excuse me, do you have any comments on your stocks value? | |
| 14:11:44 | Should be much higher. Should be much higher. Needs to go up. You know, well, it's been very interesting that at first, anything associated with the Internet just went up. You know, kitty litter, sock puppets, anything. Now, | |

ORCL 0123020
ORACLE CONFIDENTIAL

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 307016

AppWorld 2001
Larry Ellison Keynote

| Time Code | | Notes |
|---|---|---|
| | anything associated with the Internet just goes down.  So eventually I think we'll figure this out.  I do think that in general in March of last year two things happened.  Not only did the dotcom market, which really affected my country, not only the dotcoms crater but the telephone companies also came down dramatically.  So while we were crazed about dotcoms in the United States, there was also a lot of, a lot of people, perhaps overly excited with 3G.  I mean I think, I think wireless Internet's a very big deal. I'm not, a very big deal. | |
| 14:12:43 | Huge, we're big supporters of it but the stock market had just delivered these huge values to the phone companies.  Huge values to anyone associated with the Internet, including us and Cisco and others. So I think there was so much excitement, I think the English language word is frothy, the market was so excited about the Internet and now people have kind of standing back and being a little bit more realistic about things you know, it will take 3G a little bit longer than we thought to come out. | |
| 14:13:17 | It will be a little bit more expensive to put all the, you know, put all the transmitters and receivers and all over Europe and all over Asia where they're going to go in before they go in in the United States.  Not every dotcom will be successful but I think, in the end, you'll see companies like Cisco and Oracle come back strong.  You'll see you know, the great, you know Deutsch Telecom and British Telecom and the other phone companies come back.  But right now, the, we're kind of, we've overreacted, we overreacted on the way up and now we're overreacting on | |

ORCL 0123021
ORACLE CONFIDENTIAL

AppWorld 2001
Larry Ellison Keynote

| Time Code | | Notes |
|---|---|---|
| | the way down. But the Internet is a good place, I think the internet, it's a good time to invest. All of you, ORCL on NASDQ. I'm sorry, I could not hear. Could you give him the microphone? | |
| | What would the traditional company need in order to succeed in the new economy? | |
| 14:14:22 | I think, again, traditional companies, it's through traditional companies who will make the most use of the Internet. There will be very few new companies born because of the Internet. So when you say traditional company, that's almost everyone who will take advantage of the Internet. I think it is a myth, another myth, that somehow the Internet will give birth to these new companies that did not exist before and they will drive the traditional companies out of business. That is not, I don't believe that at all. | |
| 14:14:52 | I believe that one group of traditional companies will quickly take advantage of the Internet and that group of traditional companies will put tremendous competitive pressure on other traditional companies who are slow to take advantage of the Internet. So I think there will be very few new companies that come into existence because of the Internet. Let me prove it to you. How many new companies came into existence because of the PC? Microsoft, Dell, Compaq, you could say Intel if you want to, though they've been around for a while. The PC, the most important new technology in the last 25 years gave birth to what, four companies. I'm missing somebody? Apple? Sorry, I'm on the board of Apple. And they started it all. Five. But here's the most important new technology in | |

ORCL 0123022
ORACLE CONFIDENTIAL

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 307018

AppWorld 2001
Larry Ellison Keynote

| Time Code | | Notes |
|---|---|---|
| | the last 20, you know, I think the Internet's even more important, so maybe it will give birth to ten companies.  But not very many.  Not very many. | |
| 14:16:14 | Now the interesting thing I was talking with Michael Dell a while ago at my house, he came over for dinner, and I said Michael, there must have been 50 PC companies in the United States alone.  And he said 500.  When the PC industry started there were 500 companies, when it started.  But only two of importance survived. Dell and Compaq.  I mean IBM makes PCs but they've been around for a while and HP makes PCs.  But in terms of creating new companies, very few. There will be very few new Internet companies.  But the companies, the banks, automobile companies, insurance companies, retailers, who take advantage of the Internet will have a huge competitive advantage over those banks, insurance companies, automobile companies, and retailers who don't take advantage of the Internet. | |
| 14:17:10 | We were able to lower our expenses in two years by $2 billion.  Now, in the software industry, that's interesting.  In the retail industry, if your competitor lowers their expenses by 5 percentage points, they can lower their prices and drive their competitors out of business. You will see companies like General Electric, Citibank, other companies who are moving quickly to the Internet, put tremendous competitive pressure on other businesses with whom they compete.  A lot of cases they'll end up buying those businesses.  The businesses slow to the Internet will disappear but they won't, they won't lose out to some new dotcom.  They'll lose out to the | |

ORCL 0123023
ORACLE CONFIDENTIAL

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 307019

AppWorld 2001
Larry Ellison Keynote

| Time Code | | Notes |
|---|---|---|
| | old traditional business across the street who moved quickly to lower their expenses and improve the quality of their information.  Yes, sir. | |
| | [inaudible question] | |
| 14:18:45 | Technology tends to oscillate.  I would say that what we're marching to right now is the elimination of complexity.  And I think we're, we are, first we had to get computing, make it less expensive and when we went from mainframes to PCs we made it less expensive.  We improved going from mainframes to PCs, we made computers, we created a better use experience.  And moving to the Internet, literally everybody will have a connection to the Internet. Whether it's your cell phone or a computer at work.  Virtually everybody in the west, in the western world, will have a connection to the Internet. | |
| 14:19:33 | And what's going on with this notion of moving from client server to the Internet, it's, the Internet's just much simpler.  Complexity with compliance server meant every computer desktop, if you wanted to have a new application program, you had had to have a floppy disk and install that application on your PC. You kept data on your PC.  You had to back up your PC.  You had, what's best described as a distributed complexity model.  And what the Internet did, it said no, the data doesn't belong on desktops.  The data belongs on servers.  Applications that manage shared data, they don't belong on desktops, they belong on servers.  Centralized complexity. Distribute information.  Distribute information but centralize complexity.  The Internet does that beautifully.  It does that | |

ORCL 0123024
ORACLE CONFIDENTIAL

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 307020

AppWorld 2001
Larry Ellison Keynote

| Time Code | | Notes |
|---|---|---|
| | inexpensively.  It does that globally.  So it's a kind of a battle against complexity.  It really is a battle against complexity.  That's what this integration, the reason you can put the Oracle eBusiness suite in a matter of months is because it's not complex. | |
| 14:20:44 | I don't know if you've seen IBM's new commercials but it's all about warning you, it tell, [inaudible] one company A is merging with company B and they're saying my God, when this merger is done, we'll have seven server farms and five platforms but IBM keeps on telling you how complex it is.  And their solution, now it's time, now you know it's time for IBM.  IBM says boy, are things complex and we'll fix you know, so you better let us handle it because you're not smart enough to.  So that's what their ad's saying right.  Let us do it. | |
| 14:20:25 | The whole beauty of the eBusiness suite is it's simple.  It's not complex.  It doesn't require systems integration.  The Internet is simple, you know, get the complexity off the desktop, stop doing systems integration, start buying cars, stop buying parts and labor, make it simple and then you can get, then you can get to all of the business advantages that will allow you to take over your competitor rather than the other way around. | |
| | Thank you very much. | |
| | [end of tape] | |

ORCL 0123025
ORACLE CONFIDENTIAL

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER