**From:** AMR_Alerts
**Sent:** Thu, 14 Sep 2000 21:54:07 GMT
**To:** AMR_Alerts
**CC:**
**BCC:**
**Subject:** The AMR Research SAP Advisory Alert for September 14, 2000

The AMR Research SAP Advisory Alert for September 14, 2000

---------------------------------------------------------

AMR OUTLOOK: INTEGRATED PRODUCT SUITES VERSUS BEST-OF-BREED
POINT PRODUCTS

The value propositions for integrated e-commerce product
suites and best-of-breed point products are equally
compelling, so the selection should be driven by fundamental
business strategies, not by technological details.

Read below or visit
http://www.amrresearch.com/sap/alerts/000914sapstory1.asp
for more details

----------------------------------

SAP PUBLIC SECTOR AND EDUCATION AWARDED ESSENTIAL FACTS II
CERTIFICATION

SAP Public Sector and Education was awarded the essential
FACTS II designation as a recognized supplier in the public
sector. But it won't be clear sailing--beyond the
certification lies significant competition.

Read below or visit
http://www.amrresearch.com/sap/alerts/000914sapstory2.asp
for more details

----------------------------------

QWEST CYBER.SOLUTIONS--THE SUPERSTORE OF THE ENTERPRISE
APPLICATION MARKET

QCS developed solid traction in a short period. AMR
Research predicts continued traction, yet there are signs
that QCS must not ignore if it is to become a dominant force
in the enterprise ASP market.

NDCA-ORCL 167711

Read below or visit
http://www.amrresearch.com/sap/alerts/000914sapstory3.asp
for more details

-----------------------------------

---------------------------------------------------
AMR OUTLOOK: INTEGRATED PRODUCT SUITES VERSUS BEST-OF-BREED
POINT PRODUCTS
---------------------------------------------------

The Issue: E-commerce software choices should be based on
business strategy, not technological details.

The value propositions for integrated e-commerce product
suites and best-of-breed point products are equally
compelling, so the selection should be driven by fundamental
business strategies, not by technological details.

Integrated packages show good benefits.

Oracle, IBM, and other vendors have done an excellent job of
presenting the value proposition for integrated suites of
e-commerce products. These benefits include less product
set fragmentation, greater product set completeness and
simplicity, greater ease of product administration, better
communication between members of product sets, and unified
management of customization for geographical regions and
locals. Such benefits translate into lower lifecycle costs
for product maintenance, upgrades, customization, and
administration as well as better communication and
collaboration between suppliers and customers.

Best-of-breed applications also have value.

Equally compelling but different arguments have been made
for best-of-breed point products, especially for category
leaders that support front-end Web processes. For example,
BroadVision is widely perceived as having defined a new
software market category called "personalization" and is
creating the first killer application to address it.
Benefits of this application include the ability to
implement one-to-one marketing and merchandising campaigns,
marketing and merchandising to micromarket segments, and a
new way to build repeat business and customer loyalty.
These benefits translate into higher margins per repeat
customer and greater revenue per micromarket segment.

Category killer applications are so compelling to many
companies launching e-commerce initiatives that their entire
value proposition is based on using the applications.
Amazon.com's early recognition and success depended heavily
on using personalization tools. Hyundai, Toro, and

NDCA-ORCL 167712

Honeywell Bendix King now use e-commerce channel management software to give dealers and distributors personalized or customized views of content.

Business goals dictate which software to choose.

Integrated product suites have never been known for containing category killers. Instead, they contain more mature technologies. This can make it hard for companies to gain first-mover advantage in new market segments.

A business strategy intended to gain first-mover advantage by changing the rules of the game in a target market cries out for the innovation captured in best-of-breed point products. The rules can be changed by introducing products, processes, and services that offer buyers less risk and greater convenience, greater product simplicity, more buyer productivity, and enhanced environmental friendliness. Offering strategic pricing designed to build barriers to entry while building profits can also change how a market functions.

On the other hand, a business strategy intended to achieve ambitious cost targets cries out for implementation of integrated suites, which are designed to minimize the cost of maintaining, upgrading, and administering products. If integrated product suites are designed with components and standards in mind so that customers can buy only the components that they want and connect to best-of-breed point products, customers can implement innovative business strategies and ambitious cost targets at the same time.

Recommendations

*

If trying to manage costs, complexity, and ease of administration, choose integrated product suites to implement your e-commerce initiatives.

*

If you want to gain first-mover advantage in a new market segment, choose category killer applications or best-of-breed point products to implement your e-commerce initiatives.

*

When shopping for best-of-breed e-commerce point products, look for leading software application companies in each of the major categories of e-commerce software; namely, personalization, order management, channel management, and configuration management.

*

NDCA-ORCL 167713

Look for integrated suites of products that are modularized
and designed with industry standards in mind so that
best-of-breed point products can be added to them as needed
to implement business strategy.--Randy Covill

---------------------------------------------------
SAP PUBLIC SECTOR AND EDUCATION AWARDED ESSENTIAL FACTS II
CERTIFICATION
---------------------------------------------------

SAP Public Sector and Education, Inc., (PS&E) the public
sector subsidiary of SAP America, has obtained from the
Joint Financial Management Improvement Program (JFMIP), the
essential Federal Agencies' Centralized Trial-Balance System
II (FACTS II) certification of its industry-specific core
financial module. FACTS II requires agencies to submit a
single set of accounting data that fulfills the needs of the
SF 133 Report on Budget Execution and requires data
agreement with the President's Budget. More important to
SAP, it allows SAP to be a valid player in the federal
space.

In late 1997, SAP America established SAP PS&E as a wholly
owned subsidiary. Since then, SAP PS&E has made substantial
progress establishing itself as a potential force in the
education and public markets. The business unit is
headquartered in Washington, D.C., where it has also
established a development center to customize the system to
meet the requirements of these markets. Besides the federal
government, SAP PS&E is targeting state and local
governments, utilities, public authorities, and school
systems grades K-12. Higher education is also a target
market, as are nonprofit organizations.

But is it clear sailing ahead? This market segment offers
significant revenue potential for SAP, because it is
relatively virgin territory for enterprise applications.
There are, however, formidable obstacles. Most elements of
this market are nonprofit organizations and, as such, will
have to see real value to invest scarce resources in
enterprise applications. However, some elements of this
segment--notably, higher education--are becoming
increasingly competitive. Enterprise systems can help
colleges and universities reduce costs and add value to
their support structure. Federal, state, and local
governments will always be under pressure to reduce costs
and reinvent government. Another reality of this market is
relatively long sales cycles.

Many federal government officials are looking to the private
sector for lessons on how to energize their business: they
want to become e-businesses, focusing on improving end-user

NDCA-ORCL 167714

access via customer portals to all the data contained inside
these federal systems. This goes beyond baseline financials
and e-procurement, directly into the realm of mySAP.com and
workplace portals.

Given that SAP is a relative newcomer to this market, it
faces serious competition from several other major software
firms, such as American Management Systems, Inc., Oracle
Corporation, PeopleSoft, and SCT Corporation. Several
participants, notably AMS, PeopleSoft, and SCT, have had
years of experience in this market. AMS, for example, has
been in the complex federal government custom system
implementation and integration business for decades.

To the extent that SAP can successfully position itself as
an experienced and long-term player with an e-government
product, they will gain mind and market share. Expect a
real battle in the public sector market as these titans go
head to head.--David Boulanger


--------------------------------------------------
QWEST CYBER.SOLUTIONS--THE SUPERSTORE OF THE ENTERPRISE
APPLICATION MARKET
--------------------------------------------------

Qwest Cyber.Solutions (QCS) was born a year ago as the
offspring of a joint venture between two firms: data, voice,
and Internet communications vendor Qwest Communications and
global professional service systems integration firm KPMG
Consulting. On paper, QCS has access to resources that most
enterprise ASPs can only dream about:


*
The string of Qwest international data centers called
Cybercenters

*
Qwest's global communications infrastructure

*
KPMG's team of strategy and implementation specialists,
bringing industry expertise and best practices

*
KPMG's implementation templates for technology systems like
SAP, PeopleSoft, and Oracle


In reality, early feedback suggests that KPMG has had little
practical involvement in QCS unless it is the systems
integrator.

NDCA-ORCL 167715

QCS has picked up momentum in the past five months with ASP products targeting early adopter industries of Financial Services, Telecommunications, Health Care, and Professional Services. Its Enterprise Freedom system is designed to help companies at various stages in their applications lifecycle. QCS has targeted a wide range of leading software applications designed to meet the functional needs of its focused verticals. The applications include systems from Ariba, expense vendor Captura, Oracle, PeopleSoft, SAP, and Siebel Systems. Partnering with three Enterprise Resource Planning (ERP) vendors, Oracle, PeopleSoft and SAP, can be a blessing and a curse. While QCS can offer its clients the freedom of choice, the burden of building economies of scale for each product will hamper the profitability and scalability of the business. And, in CRM, the PeopleSoft-Vantive, SAP-Clarify, and Siebel's partnerships add to the complexity.

QCS, itself, has launched an aggressive partnership program, adding smaller, vertically focused and regional systems integrators to its growing list of partners. What is not clear is how some of these partnerships benefit QCS. The ASP market as a whole is suffering from too many partnerships and too few client references. These partnerships can create valuable leads for the ASP. Without a rock-solid partnership strategy, the ASP can find itself with too few leads to support its diverse offerings. Despite the cautions, QCS has signed some impressive deals, such as the one with debis Capital Services, the financial services unit of DaimlerChrysler AG. QCS will be managing its SAP FI/CO and Business Information Warehouse (BW) implementation.

If pursuing enterprise ASPs with actual live customers, QCS is one to keep in mind. In the coming months, AMR Research expects general-purpose venture capital funded ASPs will continue to bite the dust, but QCS should emerge as a strong long-term vendor.--David Boulanger & Kate Murphy

-----------------------------------

The SAP Advisory Alert is a weekly bulletin that offers AMR Research Analysis of industry events. This is a news-driven publication. If you want to talk further about any item in this Alert, please call your Client Research Manager at AMR Research to schedule a discussion with the appropriate analyst.

-----------------------------------

(c) 2000 AMR Research, Inc. All rights reserved. Published in the U.S.A. Contents may not be reproduced in whole or in part without written permission of the

NDCA-ORCL 167716

publisher.

Two Oliver Street, Fifth Floor, Boston, MA 02109
Telephone: +1-617-542-6600
Fax: +1-617-542-5670

Offices in Irvine, CA and London, U.K.
---------------------------------

NDCA-ORCL 167717