

Hurwitz BalancedView
Bulletin

# Oracle's E-Business Suite 11i

## Summary

▶ Oracle's E-Business Suite 11i is one of the largest, best integrated, and most comprehensive business applications ever deployed.

▶ Oracle's E-Business Suite 11i gives customers a "best of both worlds" selection, not just a choice between a "best-of-breed" or full suite implementation.

▶ Oracle sensibly advocates that customers evaluate its E-Business Suite 11i business processes for suitability before jumping into expensive customizations.

▶ Oracle advocates rapid, simplified implementation methodologies to help reduce costs of consulting, customization, and other implementation service fees.

Oracle has taken a lot of heat for Larry Ellison's widely misunderstood keynote address at Oracle AppsWorld. Careful analysis of his remarks, coupled with even a basic understanding of the enterprise software industry and its history, leads one to conclude that Mr. Ellison is once more thinking ahead of the rest of us. Rather than complaining about the unfairness of Oracle's advice, many users would do well to heed it. And rather than fear the breadth of Oracle's E-Business Suite 11i, we should cheer for the vision that has given users a choice in how to deploy their business applications — best-of-breed or, for the first time, a truly comprehensive suite of integrated applications.

111 Speen Street
Framingham, MA 01701
T 508 872 3344
F 508 873 3355
www.hurwitz.com

## Customer Relationship Management

NDCA-ORCL 442971

Hurwitz BalancedView April 11, 2001

## The Big Picture

Oracle's recent tagline "Big Business, Small Business, All Business" makes the plan pretty clear. And it's quite a plan. What almost any other company might consider presumptuous hype is well within the bounds of possibility for Oracle. Oracle's development team has reworked each application to utilize a single common data model. The team has also developed a streamlined implementation methodology that allows customers to get up-and-running quickly. It created an architecture that allows unprecedented flexibility in deploying applications. This is a powerful combination and a compelling story for virtually any size company.

Virtually all of Oracle's applications have sufficient breadth and depth to compete in the "best-of-breed" arena. Each of its applications is capable of running "stand-alone", integrated with another company's application, or with the other Oracle applications.

A combination of all the applications results in an application of staggering proportions and staggering power. Oracle basically introduced an application that covers the functionality of at least five (ERP, CRM, SCM, HRMS, Service) enterprise class applications. This resulted in a substantial number of bug reports, but probably on par with the total number that would be found in any five such applications. Oracle's vocal customers also offer praise for Oracle's response to resolving such issues when they are found.

## Oracle's Integration Strategy

Over the last two years, Oracle's development teams have been busy designing a single data model that would be utilized and shared by all the applications that make up E-Business Suite 11i. This was no easy project. Never mind the pride of ownership each team undoubtedly felt for the design of its individual data models, there was also the more complex question of what the ideal data model should really look like.

Imagine designing a customer table. The fundamental question "What is a customer?" needs to be answered first. That table is a whole lot easier to design when you can define a customer narrowly. For example, if a customer is "an entity that directly buys stuff from us," then the customer table can be designed to include only information related to the direct purchase of goods. When you expand the definition to include "an entity that buys through distributors" or "an entity we ship stuff to, or an entity who pays us for stuff we ship, or an entity who asks questions **before** buying stuff, or an entity that asks questions **after** they buy stuff, or an entity that requires services," and on and on, the data model needs to include a lot

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                    NDCA-ORCL 442972

more information. If you then incorporate the "multis" (i.e., languages, localities, currencies, addresses, contacts, etc.), the data model design becomes even more complex.

Once finished with the data model, each of the previously individual Oracle applications had to be retrofitted to utilize the new data model design. Again, this could not have been an easy task. In fact, this had to be nearly equivalent to writing and testing the applications all over again and it sure doesn't sound like fun. So, why would Oracle want to do this?

The answer is brilliantly simple. This is the *only* way to achieve Oracle's long-term vision. The vision calls for a broad suite of applications covering nearly every business process an enterprise needs to carry out its operations. These applications must provide for the **fast flow of information** to each information stakeholder, and they must provide **flexible and configurable** processes to enable the users of the software to respond to changing business conditions. The applications must also be deployable in an environment uncomplicated enough to be managed by small businesses, and flexible enough to meet the needs of the largest global enterprise.

Each Oracle application stands alone. Each Oracle application is integrated with every other Oracle application. Customers can choose to run the entire suite, if that's what meets their needs. They can run parts of it today and add more in the future if needs change. They can run individual applications, either stand-alone or interfaced to another software company's business applications. They can interface another software company's application to take the place of an Oracle application if that approach, once known as "best-of-breed", suits their needs better. Customers have been given unprecedented flexibility.

## Oracle's Implementation Strategy

### Functionality and Customization

Much has been made of Larry Ellison's keynote address at Oracle AppsWorld. Those who claim that his remarks were intended to shift the blame for unhappy customers onto the customers themselves show an abysmal lack of knowledge about the software world, as well as the actual words that were spoken and the context in which they were said.

What Mr. Ellison actually said was that he has observed that customers who have modified their business applications are generally unhappier than customers who have not modified their applications. One of the reasons for this unhappiness is that modifying the standard code generally prevents, or at least substantially delays, the adoption of new releases of the

© 2001 Hurwitz Group, Inc. Reproduction without permission strictly forbidden   3

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

NDCA-ORCL 442973

standard software while the IT staff reviews and reinserts the custom code. Often, custom code has been written in a way that precludes the adoption of new features in the software. Sometimes, this custom code reproduces functionality that has now been added to the standard code but may approach the process in a different fashion. Often, it is deemed that reintroducing the custom code is more expensive than the new release warrants and so the company opts to remain on an older version of the software. Sometimes, the custom code is not well documented and the original authors are no longer available so the company is unable to reintroduce the code into the new release, even if it wanted to. Whatever the reason, the net result is that companies are now trapped on older releases of software that cannot grow and change as their business grows and changes.

Another problem with the customization of packaged software is that the developers may not understand the entire functionality of the package as well as its original authors. Sometimes, they insert business processes that disrupt the functioning of the standard code. They also don't have the benefit of hundreds of user companies offering input on best practices. Users don't always realize that things they find irritating may not be the fault of the software company.

This phenomenon is by no means confined to Oracle customers. It has been axiomatic in the midmarket for at least 15 years or more and accounts for the midmarket's staunch belief in implementing "vanilla" software.

Part of the reason for customization is also the way that users have been "taught" by the software industry to select software. Typically, users form a team to develop an RFP (request for proposal) of all desired functionality. This RFP may not reflect the way business processes are carried out in an organization, nor does it usually reflect well-thought-out, new business processes. Frequently, it's a wish list or a user's interpretation of the best way to maximize the performance of his or her area. It is common that software products typically match only about 75% to 80% of the functionality found in these documents.

Oracle executives freely admitted this truth at AppsWorld. Their suggestion was that unless it is a core business differentiator that is unsupported in the current software release, the company should consider waiting for the functionality to be added by the software's authors. It was further suggested that rather than jump into customizing software to match existing or idealized business processes, that companies scrutinize the business processes that are available in the software to see why they cannot be used. Furthermore, modern software usually contains many options and preferences for tweaking the way the software performs.

 © 2001 Hurwitz Group, Inc. Reproduction without permission strictly forbidden

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

NDCA-ORCL 442974

It takes time, knowledge, and experience to determine the best settings for all available options in a particular environment. After evaluation, if the unsupported process is a core business process or a differentiating process, and there is a valid business reason why the software can't be used as is with any option settings, then obviously the code needs to be modified or a different package selected.

This approach is also axiomatic in the midmarket. Frequently, midmarket vendors recommend implementing "vanilla" and running the software "as is" for several months while the users get accustomed to the new processes. If at the end of that time the conclusion is that the company cannot continue to operate in the supported manner, then modification should be considered.

Larry Ellison was by no means attempting to cast the blame for unhappy customers onto those customers. He was commenting on observed phenomena and inviting customers to take advantage of this hard won wisdom. Just because what he suggested may be good for Oracle doesn't mean it wouldn't be equally beneficial for its customers.

## Consulting Revenue

One of the advantages of this new evaluative approach to implementing software is cost savings for customers. If it's no longer necessary to design, develop, and deploy custom code as part of the implementation, then customers will realize a very real cost savings in reduced consulting and customization fees. This also results in a faster implementation timeframe. Since speed is of the essence in business today, this is no small benefit for the customers who choose this approach. They achieve a faster ROI along with the benefits of streamlined, integrated software with proven "best practice" functionality. Observation also shows that they'll be happier customers in the long run — it's a win for the customers.

To achieve these benefits for customers, Oracle had to train its inhouse consulting staff to think differently and to use a streamlined implementation methodology. The consulting staff is no longer focused on finding long-term engagements. Their focus is now on getting the customer up-and-running as fast as possible. This has resulted in a reduction in consulting service revenue at Oracle. This reduction in revenue was planned and supports Oracle's larger strategy. The health of a packaged software company should be judged by new license revenue, not services revenue.

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                    NDCA-ORCL 442975

# Oracle's Release Process

With an application this vast, getting each development schedule aligned for annual releases could be close to impossible. Yet, Oracle has told us that it is keenly aware that customers need and want new functionality as soon as possible.

Here again, Oracle has considered the customer's need and desire for new functionality. Rather than make customers wait for a year or more to get new functionality as part of a major new release, Oracle has allowed each application area to release new functionality on a frequent (usually quarterly) basis along with bug fixes and statutory requirement changes. Customers can decide to deploy new functionality at any time during the release cycle. They are not required to deploy each quarterly update, since each one incorporates all prior updates. They can evaluate each "mini-release" on its own merits and deploy the ones that make sense for them when it makes sense for them. Oracle will periodically synch up all the separate applications and this will result in a new release number of the entire E-Business Suite.

# Vision or Vaporware?

The software industry is ripe with hype. How else to explain the origin of the term "vaporware," which refers to software that's been announced but not yet written, never mind tested or deployed? The difference, however, between vaporware and vision is clear. Early announcements of pending features and late delivery of new releases are not unique to Oracle or even to the software industry in general. These habits are key contributors to the dwindling product life cycles that the entire high tech world laments so often.

Customers can be easily confused about what's available in a current release, what's in the works for the next release or two, and what is "painting a vision." That's one reason that software has become such a strongly "reference dependent" business. If a software company can't get several references to speak on its behalf, prospects should run, not walk, to the nearest exit. And if a sales rep can't be made to differentiate released software from vision, prospects should be more than wary of buying the product.

Yet shouldn't a company's CEO be articulating the company's vision? Absolutely, and that is something at which Larry Ellison excels. Oracle's vision was clearly articulated at AppsWorld, and on many other occasions.

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER   NDCA-ORCL 442976

Oracle has stated that it has over 200 customers live on E-Business Suite 11i and over 3,000 more in the process of implementing the suite. Several of these customers have spoken out to the press and analyst community on Oracle's behalf. This would lead one to believe that Oracle's E-Business Suite 11i is a real world manifestation of the Oracle vision, perhaps not without problems in certain environments, but working and available today.

## Hurwitz Group's Analysis

Oracle's vision is compelling and the company has gone a long way to fulfilling it. This is bound to incite a backlash from competitors. Tarnishing the vision makes for good press, far more interesting reading than analyzing the thought behind the vision, and certainly an easier article to write. Nonetheless, careful and balanced analysis of Oracle's E-Business Suite 11i and the vision that gave rise to it can only lead to the conclusion that Oracle is once again ahead of the pack.

*Sharon Ward*
*Director*
*sward@hurwitz.com*

BULCRM-041101-215

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER   NDCA-ORCL 442977