```
HD     The Oracle(R) E-Business Suite Wins the Intelligent Enterprise Readers'
Choice Award

WC     236 words
PD     Nov. 2, 2000
ET     08:03
SN     PR Newswire
SC     PRN
CY     (Copyright (c) 2000, PR Newswire)

LP            Oracle Wins Prestigious Readers' Choice Award 3 Years in a Row

    REDWOOD SHORES, Calif., Nov. 2 /PRNewswire/ -- (
http://www.oracle.com/tellmemore/?395525 ) Oracle Corp. (Nasdaq: ORCL), the
largest provider of software for e-business, today announced that the Oracle(R)
E-Business Suite has swept the 2000 Intelligent Enterprise Readers' Choice
Awards. Oracle received top honors from Intelligent Enterprise readers in the
categories of CRM, ERP/Packaged Corporate Application and Supply Chain
Management.  This year's awards marks Oracle's third consecutive and affirms
Oracle's position as the leading provider of software for e-business.

TD     "The clean sweep for the Oracle E-Business Suite in Intelligent
Enterprise's prestigious Readers' Choice Award is a clear indicator that the
market is looking for a complete suite of integrated applications," said Jeremy
Burton, senior vice president, product and services marketing, Oracle. "Only
Oracle delivers a true e-business suite, and we are proud to be recognized for
this unique and powerful offering by Intelligent Enterprise readers."

    The Oracle E-Business Suite 11i is the first applications suite in the
industry that supports all key business functions across the extended
enterprise.  It enables companies to automate all key business functions, from
manufacturing to marketing and sales, through order processing, fulfillment and
customer service.

       About Oracle

    Oracle corp. provides the software that powers the Internet.  For more
information about Oracle, please call 650-506-7000.

       Trademark

    Oracle Corp. is a registered trademark of Oracle corporation.  Other names
may be trademarks of their respective owners.

CT     /CONTACT:  Jenny J. Song of Oracle Corp., 650-506-6649, or
jennyjsong@oracle.com/    08:01 EST

CO     ORCL
CMP    ORCLE:ORCL|Oracle Corp.~~
MS     TEC NND
IN     SOF IARP ICPM CPR
ICS    I330202:COMPUTER SOFTWARE PUBLISHERS I3302:COMPUTER SYSTEMS AND SOFTWARE
I3302021:APPLICATIONS SOFTWARE PUBLISHERS~~
PR     DCO DCS
NS     PR PREL WEI SCMT MNT ENGL CNT GEN
RE     CA USCA NME NAM PRM US USA USW NAMZ PACRMZ

DMS    Technology; Newswire End Code
DIN    Software; allComputing: Software, Enterprise Resource Planningall;
Computing: Software, Sales Automation; Computers
DPR    Computer Hardware; Computer Software
```

```
DNS    PR Newswire; Press Release Wires; Dow Jones Total Market Index;
Management: Supply Chain Management; Management Issues; English language
content; Contests & Awards; General News
DRE    California; United States - California; North America; North America
(Regional Focus); Pacific Rim; United States; United States; Western U.S.; North
American Countries; Pacific Rim Countries
AN     PRN0030700175
```