```
07:20am EST 14-Feb-01 Lehman Brothers (Herman, Neil 212-526-6093) ORCL
Oracle Corp: Trip to Paris for the Oracle International User Conference

Today's Date:    02/14/01
  Ticker:        ORCL                   Fiscal Year:      5/31
  Price:         22.5625                52wk Range:       47 - 21
  Rank(New):     1 - Strong Buy         Target(New):      50
  Rank(Old):     1 - Strong Buy         Target(Old):      50
-------------------------------------------------------------------------------
  EPS 2000         2001                       2002                   %Change
       Act.    Old    New    St.Est    Old     New    St.Est        2001/2002
  1Q   0.04   0.09A  0.09A   0.09A    - -E    - -E    0.10E   125      - -
  2Q   0.06   0.11A  0.11A   0.11A    - -E    - -E    0.13E    83      - -
  3Q   0.08   0.12E  0.12E   0.12E    - -E    - -E    0.15E    50      - -
  4Q   0.15   0.21E  0.21E   0.20E    - -E    - -E    0.25E    40      - -
-------------------------------------------------------------------------------
  Yr. 0.34    0.52E  0.52E   0.51E   0.67E   0.67E    0.62E    53       29
  P/E                43.4                    33.7
-------------------------------------------------------------------------------
MARKET DATA                            FINANCIAL SUMMARY
Shares OutStanding (MM)    5,875.0     Revenue (B)                  11.8
Mkt Capitalization (B)     132.6       Five-Year EPS CAGR           25.0 %
Dividend Yield             - -         Return On Equity (2001)      - -
Convertible                No          Current Book Value           0.84
Float                      - -         Debt To Capital              - - %
                                       Disclosure(s)                C
-------------------------------------------------------------------------------
INVESTMENT CONCLUSION
* We attended the Oracle International User Conference this week in Paris and
  will be attending the one next week in New Orleans.
SUMMARY
* According to Oracle, its partners and the many consultants and SIs with whom
  we spoke, software spending in Europe appears quite robust with no signs of
  a slowdown ahead.  The pipeline of ERP implementations appears very
  healthy, dominated by SAP and Oracle.
* Although the jury is still out, Europe appears to favor the comprehensive
  suite approach over best of breed, which, in our view, augurs well for
  Oracle, in particular.
* While SAP is clearly the reigning king in Europe, Oracle appears to be
  narrowing the gap somewhat from a customer mind-share perspective,
  primarily driven by its superior marketing message.  We note, however, that
  SAP is not standing still and appears to be making progress selling its
  mySAP initiative.
-------------------------------------------------------------------------------
** Software Spending in Europe Appears to be Very Healthy
```

According to the sources that we spoke with at the conference, overall IT software spending and spending with ERP vendors in the European region as a whole appears quite robust, which is in marked contrast to the overall IT spending environment in the U.S.  This feedback is actually quite consistent with Sun Microsystems' recent comments suggesting that the European Market is in fact quite strong.  The consultants with whom we spoke indicated that their pipelines particularly with respect to ERP implementation are indeed quite full.  Now that Y2K is well behind us and the conversion to the Euro has largely been handled, European corporations apparently are looking back to the ERP vendors to help them move their businesses to the Internet.  Not only are the consultants upbeat about current conditions, but just as importantly, they are upbeat about the prospects for the rest of 2001.

NDCA-ORCL 091477

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

**\*\*SAP is European King, But Oracle Appears to be Gaining Ground**

While SAP, by far, commands the greatest installed base of ERP users in Europe, it appears that Oracle may be shrinking this large gap. The conference turnout appeared substantial (Oracle claims that 4,000 pre-registered). While the exposition floor was not crowded, some of the breakout and education sessions were packed (e.g., Upgrading to Release 11i Technical details was standing room only and we could not even get into a particular CRM customer presentation breakout). Furthermore, the consultants we spoke with talked of a growing Oracle European presence as the company clearly outshines its competition from a marketing standpoint. From a technology perspective we heard mixed views. European ERP customers appear to want to buy Oracle products and apparently find the integrated suite proposition quite compelling. The European installed base, however, predominantly belongs to SAP and we did hear from multiple sources that SAP is finding success moving its historic base to its newer products. Deals we heard of in the pipeline include one for each. Oracle apparently has signed on Sainsbury, one of the largest grocery chains in the UK for its e-business offerings. On the other hand, SAP appears to have landed Air Liquide as a back-office customer which, more importantly, according to a consultant familiar with the project, may have been a historic Oracle application customer.

**\*\*The Integrated Suite Message Plays Well in Europe**

European customers apparently find solace in the idea of a suite of back- and front-office applications that integrate well together. We heard of a few instances where customers, not prepared to buy the whole e-business suite, looked to Oracle for an initial one or two pieces (likely financials or HR) with intentions of adding other components later with the belief that integration will be a snap. While SAP also pushes the notion of an integrated suite, the contacts with whom we spoke believe that the German giant trails Oracle significantly from this perspective. Particularly regarding CRM, according to our sources, SAP looks rather weak from both an overall functionality standpoint as well as from an integration viewpoint. Oracles CRM is thought of as better but still could use some work deepening its functionality, according to a couple consultants with whom we spoke. Apparently, the integrated suite idea only goes so far, as Siebel continues to find significant mind-share in Europe. Furthermore, we note neither Oracle nor SAP appears to be finding any success selling their CRM applications outside of their respective installed base.

**\*\*Oracle Gaining Steam but SAP Remains Powerful in Europe**

Oracle appears to be generating increased mind-share in Europe and the integrated suite sale seems welcomed by European corporations. SAP, on the other hand, commands a tremendous installed base of European users and appears to be making some progress moving those clients to mySAP.com products. We were rather surprised to feel the somewhat positive vibes surrounding SAP from the consultants with whom we spoke as this was an Oracle event and we would expect (and often see at similar company sponsored conferences) a rather Oracle-biased environment. Overall, however, we believe Oracles products are finding homes in Europe but SAP is not standing still and has seen some recent success upgrading its customers to its newest versions.

---

Company Description : Oracle is the leading vendor of relational database management software with secondary businesses in development tools and

http://www.firstcall.com/links/88/88900508772714900100/56662891255326810980/41759... 2/27/2002

NDCA-ORCL 091478

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

```
client/server applications.

David Lehmann    (1.212.526.5996) - dlehmann@lehman.com
William T. Warren (1.212.526.5977) - wwarren@lehman.com
Sam Pattanayak   (1.212.526.8706) - sambit.pattanayak@lehman.com

---------------------------------------------------------------------
Disclosure Legend:  A-Lehman Brothers Inc. managed or co-managed within the
past three years a public offering of securities for this company.  B-An
employee of Lehman Brothers Inc. is a director of this company.  C-Lehman
Brothers Inc. makes a market in the securities of this company.
This document is for information purposes only. We do not represent that this
information is complete or accurate and it should not be relied upon as such.
All opinions are subject to change. The securities mentioned may not be
eligible for sale in some states or countries. This document has been prepared
by Lehman Brothers Inc., Members SIPC.
First Call Corporation, a Thomson Financial company.
All rights reserved.  888.558.2500
]

EON
```

http://www.firstcall.com/links/88/88900508772714900100/56662891255326810980/41759... 2/27/2002

NDCA-ORCL 091479

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER