**Datapro**

Enterprise Class Applications | **3210** | **1**

Product Reports

# Oracle Corp. Customer Relationship Management Applications

### Datapro Summary

With its mid-2000 11i release, Oracle introduced the fourth version of its Front Office applications, offering a full-featured set of applications for its Customer Relationship Management (CRM) suite. The portfolio consists of software for sales, marketing, call center, and customer service functions, as well as the e-commerce-based activities related to each of these functions. Oracle also provides a strong set of analysis and business intelligence tools to facilitate reporting and performance evaluation. Unlike some niche players in the CRM market segment, Oracle can tout its value in offering not only an integrated set of CRM applications, but also the integration of this offering with the vendor's full suite of back-office applications, providing a centralized view of the enterprise, consistent data presentation, and enhanced productivity.

*--By Gerald Arcuri*

*Analytical Source: Daniel B. Stang*

**Corporate Headquarters**
Oracle Corp.
500 Oracle Parkway
Redwood Shores, CA 94065, U.S.A.
Tel: +1 650 506 7000
Fax: +1 650 506 7200
Internet: //www.oracle.com

## Overview

The message disseminated by Oracle relative to its E-Business suite is that its applications transform a business into an e-business by putting customer relations, supply chain management, and all other back-office functions online. Oracle's recently expanded CRM product line gives customers the opportunity to do that with a comprehensive software set consisting of five groups of applications designed to satisfy nearly all facets of CRM. Oracle categorizes its CRM products into Sales (including inside sales and WG3 storefront), Marketing, Interaction Center, Service, and E-Commerce. The Sales software provides tools for field sales, distributors, resellers, and sales executives to obtain detailed information about customers at

**Ⓖ GartnerGroup**

Entire contents © July 2000 Datapro Information Services, a subsidiary of Gartner Group, Inc. All rights reserved.

**ORACLE CONFIDENTIAL**

NDCA-ORCL 117404

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

each stage of the sales process. Software is also available to satisfy order capture, real-time product configuration, telesales, and sales compensation. The Marketing applications support marketing management functions, such as campaign and list management. A Marketing Encyclopedia complements the base application by enabling information distribution to employees and business partners. Reporting and decision-support capabilities are provided through 200 out-of-the-box reports allowing managers to analyze campaign results and market segments. The Interaction Center software handles all call center activities, including inbound/outbound call routing, e-mail distribution, and agent scripting. The Service component supports activities related to customer management and support, field service, spare parts management, and depot repair functions. Four e-commerce related applications are provided to support Web-based marketing, the development of an electronic storefront, an application to handle electronic payment processing via the Internet, and an application to accommodate self-service support via the Internet.

## Oracle CRM Applications: Features & Functions

### Specifications

| | |
|---|---|
| Servers | Almost all of the platforms that support the Oracle8i database (more than 80 different computing platforms). |
| | High-end systems include IBM and compatible mainframes and Unisys 2200. |
| | Midrange systems include Digital Equipment VAX, Hewlett-Packard HP-UX, IBM RS/6000, Data General AViiON, and Sun. |
| Clients | The system is 100% Internet-based and only requires an Internet browser such as Netscape or Microsoft Internet Explorer. |
| Databases | A runtime version of an Oracle database. |

### Interaction Center

| | |
|---|---|
| | A suite of applications designed to change call centers in multichannel selling and service environments. Channels supported include Web and e-mail. |
| | The products that make up Interaction Center include the following: |
| | • Advanced Inbound |
| | • Advanced Outbound |
| | • Interaction Blending |
| | • Scripting |
| | • eMail Center |
| | The applications provide agents with access to customer data from both front or back-office systems. |
| | The product incorporates a set of applications including Connectors, Multi-Channel Manager, and Universal Work Queue. |
| Connectors | The module contains packaged middleware that integrates with third-party telephony software. |
| | Connectors are available for Intel/Dialogic's CT Connect CTI middleware, Alcatel/Genesys, Aspect Prospect, and Cisco/GeoTel products. |
| | The Connectors telephony-enable the Oracle Applications by providing out-of-the-box CTI functions. |
| | The application enables preview dialing to allow agents to review customer information before dialing the number. It also supports progressive dialing to deliver call and call information to the agent after completing the call. |
| Multi-Channel Manager | Integrates CTI functions for Automatic Number Identification and Dialed Number ID Service-based screen pops into other Oracle applications. |
| | The Universal Work Queue module functions as a planning tool by providing call center agents with a view of work assignments across all customer channels. |
| Advanced Inbound | Advanced Inbound helps identify, classify and prioritize customers. Its routing methods deliver interactions to the best-qualified agent in the enterprise. |
| | The application tracks every customer contact point and interaction outcome. |
| | It supports multimedia routing, call rerouting, and queue overflow. |

**GartnerGroup**

Entire contents © July 2000 Datapro Information Services, a subsidiary of Gartner Group, Inc. All rights reserved.

ORACLE CONFIDENTIAL

NDCA-ORCL 117405

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

**Datapro**

Enterprise Class Applications | 3210 | 3
Product Reports

| | |
|---|---|
| Advanced Outbound | The Outbound application supports predictive dialing, list execution and management, screen pops, and real-time analysis of demographics that respond best to specific offers. It ensures that agents are not connected to answering machines or busy signals. Agents have the opportunity to select the most appropriate response, and also edit if necessary. The application integrates with Oracle Marketing Online in order to facilitate the identification of targeted market segments, and create an outbound call list. An intelligent recycling algorithm helps manage the best time to call. A Stop List capability provides a tool that the Interaction Center can use to comply with U.S. Federal Telephone Consumer Protection Act (TCPA) legislation. A dynamic scoring capability lets call center managers use calls from lists that are outperforming other lists. Managers can dynamically define a filter to concentrate on list records and optimize performance. The application provides real-time graphical reports that can identify hourly calling trends by list or by lead activity within lists. The module provides more than 60 pre-built and customizable reports. The application generates reports based on call center metrics such as average talk time, time on hold, and call-abandonment rates. It provides business metrics such as revenue per agent, profitability per agent, agent performance, regional performance, and campaign results. |
| eMail Center | The application is integrated with the Oracle Interaction Center application and Oracle's e-Business suite of applications. It manages inbound customer oriented e-mail interactions and outbound sales and marketing oriented e-mail processing. The application handles free-form e-mail either through user-defined rules applied via a workflow modeling interface or through an automated classification function. Automated intent extraction and response selection functions are implemented through the interMedia Text linguistics processing engine. E-mails can be routed based on information in the e-mail, or from information derived from a CRM database. The application integrates with Oracle Marketing Online to compose personalized e-mails as part of a marketing campaign. |
| Scripting | The module guides agents through interactions with customers and prompts them with targeted cross-sell and up-sell suggestions. The software provides scripted text that branches based on customer response. When a call is completed, a fulfillment feature generates follow up materials and sends them via a workflow-routed fax or e-mail to the fulfillment center. |
| Interaction Blending | The module lets organizations combine voice calls and e-mails between inbound and outbound agents to produce a multimedia, multichannel customer service center. It enables the Interaction Center to maintain targeted customer service levels to increase agent productivity. If a service level for a queue drops below a defined target, the application moves underutilized agents to the queues requiring resources. |
| Banking Center | This module is designed for call centers in the retail banking market, giving banks the opportunity to evolve call centers to a revenue-generating sales channel. |
| TeleSales Center | This module supports call centers focused on generating sales in telesales environments. Response Center interface assists high-volume inside sales reps, engaging in repeated customer interactions. Sales Center interface supports strategic account management. |
| Customer Support | The module is designed to enable service agents to perform a variety of functions from a single screen, including logging service requests, assigning tasks, and taking sales orders. |
| Collections Center (not currently available) | This module will integrate with the Receivables application to facilitate collections on past-due payments. |

**GartnerGroup**

Entire contents © July 2000 Datapro Information Services, a subsidiary of Gartner Group, Inc. All rights reserved.

ORACLE CONFIDENTIAL

NDCA-ORCL 117406

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

**Datapro**

Enterprise Class Applications | **3210** | **4**

Product Reports

## Marketing

| | |
|---|---|
| Marketing Online | Provides Internet-architected marketing management functions via workflow-driven functions. |
| | Marketing campaign attributes can be defined, such as start/end dates, budget source/amount, message, tasks, etc. |
| | Performance metrics can be defined to measure effectiveness. |
| | Marketing managers can generate campaign-specific target lists from multiple data sources based on user-defined criteria. |
| | A history of past events is provided for analysis. |
| | The application supports controls and procedures to conduct ROI analysis. Also a budget hierarchy is supported to accommodate multiple sub-budgets. |
| Marketing Encyclopedia | The module uses push technology to enable information dissemination to employees, business partners, and customers, inside and outside the organization. Information can include product pricing, competitive data, industry news, and sales presentations, among other types. |
| | It is integrated with Oracle Sales Online and telesales Marketing Online applications. |
| | A search capability enables users to search for data using metadata, such as author, keyword, or title. |
| | A central repository supports data formats that can include HTML, digital video, and PowerPoint. |
| Marketing Intelligence | Marketing intelligence provides more than 200 out-of-the-box reports, enabling managers to analyze campaigns, market segments, and execution channels. |

## Sales

| | |
|---|---|
| Sales Online | The application is designed for field sales reps, distributors, reseller and sales executives. |
| | It provides sales staff with prospect information at each stage of the sales process beginning with lead creation. |
| | The application lets sales organizations create forecasts at the deal and at the product level. Managers can adjust forecasts based on experience. |
| | The global orientation of the product allows consolidation of divisional forecasts within multiple currencies, providing a global view of revenue forecasts. |
| | Sales forecasts can be rolled up across geographic regions, languages, currencies, sales organizations, and product lines. |
| Telesales | A call-center-enabled application for inside-sales reps, distributors and resellers, and sales executives to track the customer sales cycle. |
| | It enables sharing of opportunities and forecasts across multiple sales channels. |
| | Features with Release 11i include lookup management to let sales reps create lookup lists based on their selection criteria; personal productivity tools such as scheduling and calendar features, and work queues to manage to-do lists and personalization for caller information and profile sections. |
| | Two user interfaces are provided for different sales roles. The Response Center interface is used for sales reps whose tasks are determinate. It includes multitab capabilities to enable fast drill downs for task completions. The Sales Center interface is designed for sales reps that need flexibility in managing a more compact sales cycle. |
| Field Sales for Mobile Devices | Options are available for laptops and for mobile handheld devices running the Palm operating system. |
| | Field Sales for Laptops provides real-time customer information to sales reps in the field. |
| | The applications use the Mobile Device Gateway to synchronize data with the corporate database. |
| Sales Compensation | It enables global compensation management by matching incentives to business objectives. |
| | Managers can use internal and external sources to develop formulas to calculate commissions and bonuses. Multiple input parameters can be used to create complex formulas. |
| | The application supports a variety of sales relationships and alternate sales channels. |
| Sales Intelligence | The application generates real-time views of sales for senior executives, sales managers and analysts, to assess performance and attainment of business goals. |
| | The Performance Measurement Framework helps set target values for performance measures including bonus, commission, gross margins, sales cycle, win/loss ratio, etc. |
| | Strategic-level reports let managers evaluate sales-force turnover and help evaluate the effectiveness of the organization's compensation plans. |
| Order Capture | The application executes order requests from other applications such as TeleSales or Sales Online. |
| | It also supports requests for non-product items such as services, seminars, service support agreements, renewals, and marketing collateral. |

**GartnerGroup**

Entire contents © July 2000 Datapro Information Services, a subsidiary of Gartner Group, Inc. All rights reserved.

ORACLE CONFIDENTIAL

NDCA-ORCL 117407

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

**Datapro**  Enterprise Class Applications  **3210**  **5**

Product Reports

| | |
|---|---|
| Configurator | The application offers guided selling and configuration capabilities for selling complex and custom products and services. |
| | As part of Release 11i, the application is offered as an add-on product to Oracle's Order Management, Sales Online, and TeleSales applications. |
| | The application supports configuration rules written against model structures provided by Oracle Bills of Material and provides an automatically derived runtime user interface for product option selection and validation. |
| | A real-time interactive configuration engine provides instant feedback about selection impact. |
| | A non-linear feature/option selection feature lets users explore what-if scenarios. |
| | Constraint-based reasoning is used to ensure that each configuration results in a valid order. |

## Service

| | |
|---|---|
| | This application suite supports customer management and support, field service, depot repair functions, and customer management. |
| | It enables customer service reps to identify and send expiring contracts and other opportunities into the Sales and Marketing applications. |
| Service Billing | The application enables the billing for services in response to support requests, filed service requests, or depot repairs. |
| | It consolidates labor, material and expenses incurred during remote support, field service and depot repair into one charge. |
| | It uses transaction types, such as repair, replace, travel, material, labor, etc. to determine the impact of each charge line. |
| Spares Management | The application uses Oracle Inventory application to maintain information on parts used for service requests. |
| | It tracks parts across multiple external and in-house locations. |
| | Depot Repair service manages the repair of damaged products returned by customers. |
| Dispatch Center | The application is CTI enabled and lets a customer enter information via an integrated voice response application, which is passed to an agent in the form of a service request pop. |
| Customer Support | The application provides tools to customer care reps to help resolve customer problems. It can track service and has difficult management and tracking capacity. |
| | It is integrated with the call center. |
| Configurable Contact Center | The function provides customer service reps with a customer profile, product and interaction history, and transactional information. |
| | It provides the opportunity for the rep to access events and promotional information; to order, renew, and terminate service; and create and maintain product and customer information. |
| Configurable Customer Profile | The function lets the service rep add indicators to a customer profile indicating the value of the customer to the organization. |
| Task Management | The feature enables tasks to be assigned, managed, and sorted. All tasks inherit the prioritization assigned by the agent. |
| Agent Profile | The information on the agent can help to select agents or specific tasks and to verify agent-specific information. |
| | Drill down capabilities into employee profile are available to get contact information on the task owners. |
| Contracts | The application lets organizations custom design any contracted-business process. It automates the entitlement processing and contract enforcement process in order to ensure compliance with all contractual terms. |
| | It links with Oracle front- and back-office applications. |
| Offering Management | The feature lets users define standard sets of templates to create contracts for common agreements. |
| Contract Authoring and Pricing | The feature lets users create service contract quotes from an offering. It also enables the rep to obtain customer approval on pricing and other terms defined in the quote. |
| | Multiple contract types can be created, and contract price can be adjusted based on usage. |
| Automated Entitlement Processing | The feature helps determine the level of service the customer is entitled to based on the contents of the service contract. It also calculates the billable amount after service delivery. |
| Contract Billing | The feature helps manage financial details of contracts. |
| | The application calculates amounts based on the billing cycle, and generates invoices through a Receivables system. |
| | Billing transactions are calculated for time and material services. |

**GartnerGroup**

Entire contents © July 2000 Datapro Information Services, a subsidiary of Gartner Group, Inc. All rights reserved.

ORACLE CONFIDENTIAL

NDCA-ORCL 117408

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

| | |
|---|---|
| Contract Renewal and Contract Termination | The feature considers termination terms defined in the contract to help determine termination credit or penalties. |
| Field Service | The product offers a complete closed-loop field service solution with scheduling, dispatch and tracking capabilities. |
| | It is integrated with Spares and Depot Repair functionality to enable businesses to optimize their operations. |
| Mobile Field Service | This is a stand-alone wireless connectivity application that provides field service engineers with real-time access to information. |
| | The application supports transmission of service requests to the field service engineer via radio-frequency modems, via satellite, and via LAN/WAN connections. The field engineer returns the service debrief using the same medium. |
| | The application uses push and pull methods for real-time communication. |
| | E-mail communication with the mobile worker is supported. |
| | The application integrates with Oracle Service's billing functions, and labor and material usage can be included in the service debrief for billing calculations. |
| | The application can update the status of service requests and their actions. |
| | The application integrates with third-party mapping tools to help deploy and locate field engineers and to locate customer sites and to calculate distances. |
| Maintenance, Repair and Overhaul (MRO) | The application provides planning and decision- support tools to support the entire MRO cycle. |
| Inspection Workbench | The application guides the user through the disassembly process based on the required service level. It also confirms the unit configuration of the product being serviced. It guides the technician on parts disposition such as replace, repair, and reuse. It shows all valid alternate parts and guides the user through the selection of parts that have superseded previous versions. |
| Master and Unit Configuration Workbenches | The application can be used to create a master configuration, based on the Master Parts Catalog, for a product. |
| Route Management Workbench | Shows the sequence of operations performed (the routes) as part of maintenance, repair, and overhaul processes; it also maintains the service routes required for all repair, maintenance, and overhaul services. |
| Scheduler | The application schedules field service engineers and aids in the planning of calls. It is integrated on the field service product. |
| Customer Intelligence | The application functions as a Web-based customer-information viewer and portfolio analyzer by enabling the analysis of customer acquisition, retention, profitability, and loyalty. |
| | A Performance Measurement Framework lets marketing managers set up target values for key customer measures such as retention rate, profitability, satisfaction index, and loyalty index. |
| Interaction History | The application is a foundation component that provides all Oracle CRM applications with a framework to access and capture data associated with customer interactions. It is not a stand-alone business component. It functions as a central repository and provides a consistent API to track customer interactions. |

## E-Commerce

| | |
|---|---|
| iMarketing | The application supports web-based marketing and personalized content delivery to a company's web store or affiliate sites. |
| | It provides personalized display of targeted offers, ads, notifications, etc. on a Web storefront. |
| | The application is integrated with Net Perceptions recommendation engine, which infers customer shopping preferences through shopping behaviors. |
| | It enables merchants to define rules that dynamically select content related to the product a customer is viewing. |
| | The application can be used to display personalized content on any customer-facing interface of other Oracle e-commerce applications. |

**Datapro**                                     Enterprise Class Applications   **3210**                    7

Product Reports

| | |
|---|---|
| iStore | The application enables organizations to build and manage an electronic storefront.<br>It supports Web-based order taking, order management, and inventory management.<br>A Store Manager interface lets organizations manage product catalogs, which are based on the inventory system, but which also can be different from inventory hierarchy in the ERP system.<br>The application supports both B2B and B2C processing.<br>The application is integrated across all sales channels including Web, call centers, and traditional sales channels.<br>A self-registration process lets merchants define which users will have automatic store access and which need to be approved through a workflow-based process.<br>The application permits ATP checks by users, and can show alternative products. |
| iPayment | The application is an electronic payment processing solution to help payment-enable Internet applications.<br>The application routes payments to multiple payment-processing systems based on merchant-defined rules.<br>It also supports out-of-the-box integration with third-party back-end payment systems.<br>The application is pre integrated with CyberCash, VeriFone and CheckFree.<br>The application lets businesses deploy predefined risk instruments to verify customer identity and assess credit. |
| iSupport | The application provides customer service and support in a self-service environment.<br>The application is linked with the Interaction Center for Web call backs or with eMail Center for e-mail responses.<br>A knowledge management module uses the Oracle interMedia technology to let customers search for solutions to known problems.<br>Customers can access transaction status information on orders, shipments, invoices, payments, service requests, and their entitlement. |

# Analysis

Oracle Interaction Center, an important component of the vendor's eBusiness applications, is a combination of integrated applications that accommodate not only multichannel call center functions (such as voice, Internet and e-mail), but also inbound/outbound call routing, e-mail routing, agent scripts, and decision support. The Call Center application, discussed in more detail below, forms the basis of the Interaction Center and manages all customer interactions. The Call Center software can be enhanced by adding a series of other applications that enrich the call center functions and streamline the customer management processes. For example, the eMail Center option gives call center managers the opportunity to employ e-mail as an important inbound customer communication vehicle and also as an outbound sales and marketing tool. The eMail Center application can handle both structured and unstructured incoming customer e-mails and can fashion an appropriate automated response without agent intervention (for an incoming structured message) or suggest responses to an agent (for unstructured incoming e-mails). For outbound e-mails, the application can generate personalized single and bulk mailings, in conjunction with the Oracle Marketing Online application, and can track and respond to messages received from the marketing campaign. Oracle Scripting, another option for the Interaction Center, provides scripts to guide call center agents through customer interactions. Workflow techniques guide the agents through multiple Oracle applications based on the specific transaction engaged in, thus obviating the need for the agent to understand how to launch and access multiple applications. Oracle's Interaction History is another element of the Interaction Center and an important management tool that captures and stores all interaction data associated with a customer contact. As part of the Interaction History application, a GUI is provided to facilitate searching the history database. The Interaction Center Intelligence product adds decision-support capabilities to the Interaction Center by providing a customized desktop, which Oracle calls a Personal Home Page. The desktop provides a portal view for reports and performance measures that are automatically updated at user-specified times.

   Oracle's Advanced Inbound (f.k.a. Telephony Manager and Universal Work Queue) now includes Connectors and Multi-Channel Manager, which form the heart of Oracle's Interaction Center. In combination, these applications give organizations a variety of ways to manage customer relationships. Interaction Center, as discussed above, consists of an integrated set of modules that support customer

**GartnerGroup**                              Entire contents © July 2000  Datapro Information Services,<br>a subsidiary of Gartner Group, Inc. All rights reserved.

ORACLE CONFIDENTIAL

NDCA-ORCL 117410

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

interaction through multiple channels including call centers, e-mail, and the Internet. The Advanced Inbound component of the Interaction Center uses CTI middleware, provided by the Oracle Connectors application, to telephony-enable the Oracle applications by linking them to PBXs and automated call distributors (ACDs) through CTI middleware.

The Multi-Channel Manager (MCM), another major component of Advanced Inbound as well as the Advanced Outbound product, functions as the processing platform for all other Interaction Center modules, such as Inbound/Outbound Calling, e-Mail Center, and Interaction Blending. MCM essentially functions as a hub that controls all inbound/outbound telephone calls, all inbound Web calls and e-mail transactions, and routes all calls to the appropriate agent. The MCM also uses a Call and Data Transfer capability to enable agents to transfer a call, together with all caller contact and call data, to another agent. The Interaction Blending product is an important productivity aid that lets organizations integrate voice calls and e-mail among agents. It can serve as a tool to let organizations evolve toward a multichannel customer service center, so that agents can handle any combination of e-mail interactions, or inbound/outbound calls as traffic patterns dictate.

As a result of its acquisition of Concentra Corp. in late 1998, Oracle now offers respectable configuration software solutions with Release 11i that use the Concentra SellingPoint technology. Oracle's Configurator solution set consists of a suite of guided selling and configuration products sold as add-on product modules to complement Oracle's CRM, supply chain, and manufacturing applications, depending on the specific customer requirements. The base Oracle Configurator is sold as an add-on product for Order Management, Sales Online, iStore, and TeleSales applications, and allows users to capture specific customer requirements during an interactive selling session. It supports configuration rules based on model structures that reside in the Bills of Material application. Pricing for the specific configuration and available options are provided, together with other discounts or pricing rules that may apply to items in the configuration. ATP dates can also be estimated based on material and resource constraints. An Internet Edition of the Configurator is a second product option offered as an add-on module to Oracle's iStore application or as a stand-alone toolkit to incorporate configuration functions into a Web-based host application. Both options support self-service buying of custom products over the Internet. A Configurator Developer Edition is also offered and uses a drag-and-drop-modeling environment to build configuration models. This edition gives developers a full range of capabilities, including building guided selling flows, structuring feature/option relationships, and designing custom interfaces.

Oracle also developed a series of sales applications, for both field sales and telesales staff, as part of its Customer Relationship Management suite. Its Sales Online application is designed so that field sales reps, distributors, resellers, and sales executives can have a view of all customer touch points. It provides views of customer data, such as service requests, inbound/outbound calls made to the customer, marketing material sent, etc. Another important feature of the application for global companies is its capability to consolidate divisional forecasts within multiple currencies so sales executives have a global view of revenue forecasts. A Sales Intelligence application provides a real-time enterprise view of sales so that sales managers and executives can track performance and make adjustments as necessary. For the inside sales staff, Oracle developed a call-center-enabled TeleSales application. Field Sales Support, TeleSales, and Webstore can work together as one sales team. As part of its Release 11i, several new features were added to TeleSales to enhance sales performance. For example, a lookup management feature now lets sales reps create lookup lists based on their defined criteria, and personal productivity aids were provided to improve self management.

**GartnerGroup**

Entire contents © July 2000 Datapro Information Services, a subsidiary of Gartner Group, Inc. All rights reserved.

ORACLE CONFIDENTIAL

NDCA-ORCL 117411

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

# Pricing

**Price List: Oracle CRM Applications**

| Description | Price (US$) |
|---|---|
| Unified Agent | This is a bundled license of Oracle Sales and Service products. It includes Oracle Service, Customer Care, TeleSales, Field Sales, and Mobile Sales.<br>5,995: Application User: perpetual license<br>2,098: Application User: 2-year license<br>3,59 : Application User: 4-year license |

## Marketing Applications

| | |
|---|---|
| Marketing | 24,995: Application User: perpetual license<br>8, 48: Application User: 2-year license<br>14,99 : Application User: 4-year license<br>249,995: Module: perpetual license<br>8 ,498: Module: 2-year license<br>149,99 : Module: 4-year license |

## Sales Applications

| | |
|---|---|
| TeleSales | 2,995: Application User: perpetual license<br>1,048: Application User: 2-year license<br>1, 9 : Application User: 4-year license |
| Field Sales | 2,995: Application User: perpetual license<br>1,048: Application User: 2-year license<br>1, 9 : Application User: 4-year license |
| Mobile Sales | 995: Application User: perpetual license<br>348: Application User: 2-year license<br>59 : Application User: 4-year license |
| Sales Compensation | 495: Application User: perpetual license<br>1 3: Application User: 2-year license<br>29 : Application User: 4-year license |

## Service Applications

| | |
|---|---|
| Service | 2,995: Application User: perpetual license<br>1,048: Application User: 2-year license<br>1, 9 : Application User: 4-year license |
| Mobile Field Service | 1,995: Application User: perpetual license<br>698: Application User: 2-year license<br>1,19 : Application User: 4-year license |
| Scheduler | 695: Application User: perpetual license<br>243: Application User: 2-year license<br>41 : Application User: 4-year license |
| Customer Care | 2,995: Application User: perpetual license<br>1,048: Application User: 2-year license<br>1, 9 : Application User: 4-year license |
| Contracts | 1,495: Application Read Only: perpetual license<br>523: Application Read Only: 2-year license<br>89 : Application Read Only: 4-year license<br>9,995: Application User: perpetual license<br>3,498: Application User: 2-year license<br>5,99 : Application User: 4-year license |

**GartnerGroup**

Entire contents © July 2000 Datapro Information Services, a subsidiary of Gartner Group, Inc. All rights reserved.

ORACLE CONFIDENTIAL

NDCA-ORCL 117412

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

**Datapro**  Enterprise Class Applications  **3210**  **10**

Product Reports

| | |
|---|---|
| MRO | 3,995: Application Read Only: perpetual license |
| | 1,398: Application Read Only: 2-year license |
| | 2,39 : Application Read Only: 4-year license |
| | 9,995: Application User: perpetual license |
| | 3,498: Application User: 2-year license |
| | 5,99 : Application User: 4-year license |

### Call Center Applications

| | |
|---|---|
| Advanced Inbound | 995: Workstation: perpetual license |
| | 348: Workstation: 2-year license |
| | 59 : Workstation: 4-year license |
| Advanced Outbound | 1,195: Workstation: perpetual license |
| | 418: Workstation: 2-year license |
| | 1 : Workstation: 4-year license |
| Interaction Blending | 995: Workstation: perpetual license |
| | 348: Workstation: 2-year license |
| | 59 : Workstation: 4-year license |
| Email Center | 99,995: Module: perpetual license |
| | 34,998: Module: 2-year license |
| | 59,99 : Module: 4-year license |
| | 995: Workstation: perpetual license |
| | 348: Workstation: 2-year license |
| | 59 : Workstation: 4-year license |
| Scripting | 495: Workstation: perpetual license |
| | 1 3: Workstation: 2-year license |
| | 29 : Workstation: 4-year license |

**GSA Pricing**
Yes.

# Competitors

The CRM market is expected to reach $40 billion by 2004, and Oracle and a cadre of other major participants want their share of this exploding market. The leader by far in the CRM space is Siebel Systems. And despite Siebel's undisputed success in the CRM market, it is one of the few major players that ironically does not offer back-office applications as an integral part of its comprehensive CRM product offering, although it does provide links to back-office ERP products. ike Oracle, other major ERP vendors are also adding and integrating CRM applications to their back-office suite. Most notable in these endeavors are PeopleSoft, SAP, and Baan. PeopleSoft acquired Vantive in December 1999 and began integrating the applications with its own back-office software. The combination of PeopleSoft's front-office CRM and its back-office applications will present a considerable threat for Oracle. Baan also has had for a few years a comprehensive set of CRM applications as a result of its acquisition of Aurum, but Baan's serious financial difficulties and subsequent acquisition by Invensys puts the vendor in a transitional state with no definitive CRM strategy until the details are sorted out. SAP, a leader in the ERP market segment, has been slower than its competitors to enter the CRM market segment. It is relying on a series of partnerships, in combination with its mySAP.com portal and Business Framework architecture, to pursue the CRM market. Because of its size and reputation in the ERP market, it will likely be a serious threat. Unlike PeopleSoft and Baan (which own their CRM product lines), J.D. Edwards has employed a partnering strategy to enter the CRM market. J.D. Edwards developed a strategic partnership with Siebel to integrate and sell Siebel's full suite of CRM applications, including marketing, sales, call center, customer service, field services, and channel management applications. By year-end 2000, J.D. Edwards anticipates completing the integration of the Siebel products with its OneWorld ERP suite. Clarify is another CRM vendor that may limit Oracle's penetration of the CRM market. Clarify, which Nortel Networks acquired in March 2000, also markets a suite of CRM applications serving marketing, sales, service, and e-business

**GartnerGroup**

Entire contents © July 2000 Datapro Information Services, a subsidiary of Gartner Group, Inc. All rights reserved.

ORACLE CONFIDENTIAL

NDCA-ORCL 117413

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

**Datapro**  Enterprise Class Applications | **3210** | **11**

Product Reports

transactions. Although Clarify does not offer the integration to back-office software like Oracle and the other ERP vendors, it does have the financial backing and marketing support of multibillion dollar parent, Nortel. In addition, it can leverage Nortel's communications infrastructure and integrate its CRM software with technology such as voice over IP and advanced telephony services.

### Siebel Systems

Siebel Systems has been the leader in the CRM market space since the introduction of its Sales Enterprise product in 1995. Through a series of internal development, acquisitions and partnerships, it has enhanced its software suite and expanded its distribution channels. As a result, today it has one of the most comprehensive and integrated CRM offerings on the market. Siebel's products support call center, sales, service, and marketing management, in addition to Internet sales and service functions, and a series of vertical market applications to satisfy specific CRM requirements for a variety of industries. To complement its CRM applications, Siebel also links to back-office ERP products. The vendor also provides a rich array of analysis and business intelligence tools that enable users to integrate, analyze, and distribute data from its own applications and third-party content sources. It also plans to incorporate i2 Technologies' optimization capabilities to its customer management software. To enhance its channel strategy, particularly in the mid-market, Siebel partners with companies such as Qwest, J.D. Edwards, and Great Plains Software.

### PeopleSoft (Vantive)

PeopleSoft acquired Vantive in December 1999 and although the CRM vendor was struggling before its acquisition, it appears the fortunes of both companies are improving. In first quarter 2000, PeopleSoft recovered from a disappointing 1999 with a 7.2 percent revenue increase and a return to profitability. The vendor also reported that demand for its CRM products has been increasing. PeopleSoft integrated the Vantive applications with its own back-office suite through its Open Integration Framework, which enables enterprise application integration and allows real-time communication between Vantive and PeopleSoft applications. Vantive's product suite is as comprehensive as Oracle's and includes applications for support, sales, marketing, field service, help desk, and a series of e-business applications that let users employ a variety of channels of communication, including the Internet, call center, or e-mail. It uses a common data model among all of its CRM applications and uses a synchronization engine to apply incoming changes from the remote user database to the corporate database and a rules-based data synchronization function to determine which specific information is sent to each mobile worker.

### SAP

SAP is a worldwide leader in the ERP market segment, but it was late in recognizing the importance of e-commerce and entering the CRM market (as demonstrated by the departure of key executives in 1999, some of whom are now with Siebel). However, SAP started shipping CRM products in late 1999, and will still pose a threat to Oracle because of its large installed base and recognition in the market. SAP is relying on its mySAP.com portal in combination with its Internet Business Framework to pursue the CRM market; its mySAP.com portal is a mechanism to maintain close customer contact and to provide a collaborative business environment for the Internet economy. The Internet Business Framework is an integration framework that supports all of its applications and is the driver for its mySAP.com collaborative environment. In December 1999, SAP began delivering CRM applications through its mySAP.com portal. These applications include business scenarios for Internet sales, customer self-service, field sales/service, and business partner collaboration. Through a partnership with Recognition Systems Group, SAP also plans to offer Recognition's Protagona campaign management and marketing planning software as part of its CRM line. Protagona provides segmentation tools that facilitate planning, execution, monitoring, and analysis of marketing campaigns. Supply chain management with mySAP.com includes functions for collaborative planning, forecasting and replenishment, Internet-enabled vendor-managed inventory, promise-to-be-available, and shipment tendering.

**GartnerGroup**  Entire contents © July 2000 Datapro Information Services, a subsidiary of Gartner Group, Inc. All rights reserved.

ORACLE CONFIDENTIAL

NDCA-ORCL 117414

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

# Strengths

**Comprehensive Line**

To take advantage of the explosive growth in the CRM market, Oracle added a comprehensive line of CRM applications designed to rival its competition. Oracle's CRM products offer a rich variety of functions to satisfy the customer service, sales, and marketing automation functions for most organizations. Customer service functions are handled through its Interaction Center, which supports the operation of a multimedia and multichannel call center and associated applications that route incoming and outgoing e-mail, integrate voice and e-mail transmissions, and enable the creation of agent scripts. The Sales component provides field sales and telesales reps with customer and product information and links to Oracle's Order Management and Configurator software, which allows sales reps to use current inventory and pricing information to create customer quotes and to place orders. The Marketing applications support standard marketing management functions such as campaign and list management, but also offer personalized content delivery via the Internet to more effectively target customers. Its Service applications support service delivery through field service and depot repair organizations.

**Integrated Product Line**

Oracle has done a decent job of integrating not only all of the applications in its CRM suite, but also integrating the CRM applications with Oracle's other back-office products, particularly its supply chain management, manufacturing, and financials applications. For example, the Interaction Center functions, including call center, e-mail, inbound/outbound call routing, are integrated with Oracle's other CRM applications for Marketing, Sales, and e-commerce. This gives, for example, customer service reps and marketing and sales staff an enterprise view of the customer to aid in answering customer questions, planning targeted marketing campaigns, or more effectively organizing corporate information for presentation to customers or prospects. The integration of Sales Online with Oracle Manufacturing enables sales reps to pass data such as product volume and ship date information to the MRP system and to link ship dates to opportunity line items and then communicate those dates to the MRP system. The integration of Sales Online with Order Capture and Configuration enables sales reps to configure products, price them, and order them at the customer site. The integration of the Service applications with front- and back-office applications enables consistent data sharing across the enterprise.

**Good E-Commerce Products**

In keeping with its Internet-based architecture and its strategy to enable organizations to operate in an e-business environment with a self-service orientation, Oracle developed a good set of electronic commerce products as part of its CRM offering. Its e-commerce products satisfy marketing, customer support, payment processing, and electronic storefront creation. Oracle's iMarketing application supports the creation of Internet-based personalized one-to-one marketing campaigns, rules-based content presentation, and the display of personalized content on affiliate sites. The iStore application enables the creation of personalized storefronts that support B2B and B2C transactions and real-time ATP capabilities to help organizations enter and sustain their presence in the e-commerce market. As a complement to its iStore, Oracle's iPayment application enables organizations to add payment capabilities to both Internet and client/server applications. The application routes payments to multiple payment-processing systems based on merchant-defined rules. Finally, the iSupport product is a strong self-service customer support application allowing customers to submit service requests online, but also links to the Interaction Center to establish a closed-loop customer support environment.

NDCA-ORCL 117415

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

## imitations

### Late to Market
Oracle planned to release its 11i CRM applications toward the end of 1999, but pushed off delivery until mid-2000. Although the product line is comprehensive and does an excellent job of integrating with the Oracle back-office product, it still faces serious competition from market leader Siebel and PeopleSoft's Vantive product line, both of which have a head start on Oracle. In addition, although J.D. Edwards is not developing its own CRM product line, it has been selling Siebel software and will complete integration of the Siebel applications with its OneWorld back-office ERP software by year end 2000.

### Oracle Database Required
Oracle Supply Chain management applications (in fact all Oracle applications) require a runtime version of the Oracle RDBMS. While this is actually a strength for any enterprise standardized on Oracle (because the Oracle applications are optimized to run on its database), some companies may find the "all or nothing" approach restrictive. Most of Oracle's applications' competitors provide multiple database support. Organizations that are interested in Oracle applications, but that have invested in competitive databases-- such as Sybase SQ  Server, CA-OpenIngres, or INFORMIX On ine--would incur the added expense of acquiring, installing, and administering Oracle8i.

## Datapro Insight

With Release 11i of its CRM product line, Oracle markets a suite of applications that rival all other players in the CRM space. Not only has it developed a comprehensive line supporting all areas of CRM (i.e., sales, marketing, service, customer support), but those applications are Internet-based and accommodate self-service business needs. A rich set of business intelligence tools is also available to help evaluate performance. Oracle complements this rich array of applications by integrating the software with its back-office portfolio to provide a thorough view of the enterprise from all functional areas of the business. In combination, Oracle's E-Business Suite poses a serious threat to its competitors.

Entire contents © 2000 Datapro Information Services, a subsidiary of Gartner Group, Inc. All rights reserved. Reproduction of this publication in any form without prior written permission is forbidden. The information contained herein has been obtained from sources believed to be reliable. Datapro disclaims all warranties as to the accuracy, completeness or adequacy of such information. Datapro shall have no liability for errors, omissions or inadequacies in the information contained herein or for interpretations thereof. The reader assumes sole responsibility for the selection of these materials to achieve its intended results. The opinions expressed herein are subject to change without notice.

**GartnerGroup**  Entire contents © July 2000 Datapro Information Services, a subsidiary of Gartner Group, Inc. All rights reserved.

**ORACLE CONFIDENTIAL**

NDCA-ORCL 117416

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER