

**Features**    eCompany

### Dog Eats Dog Food. And Damn if It Ain't Tasty.
By: G. Christian Hill
Issue: November 2000
WebFile | Print Article | Email This Article

**Oracle Chow, for bloated corporations. Directions: Take hard look at own company. Use own product. Save $1 billion.**

Larry Ellison, the second-richest person on earth, has just been presented with an economy-size can of Alpo, along with the suggestion that he eat it, or at least pretend to, in front of a photographer. The idea is to illustrate his oft-repeated boast that his company, Oracle, has become the very model of a new kind of super-efficient, Internet-driven corporation by "eating our own dog food," or using its own software.

Ellison had been looking a little jaded, going through the motions of yet another photo shoot. But now his usually sardonic face lights up with that excited wide-eyed look that little boys get when they see a chance to show off. "I can do that! I can do that!" he burbles. Standing with him in the lobby of Oracle's headquarters south of San Francisco is a horrified entourage of his top aides and handlers.

One of them, executive vice president Safra Catz, rushes over to Ellison. "You can't do this," she hisses. When he still seems prepared to spoon into the Alpo, Catz marches him out of sight behind a wall. Sternly attired in a dark dress, black stockings, and black shoes, she resembles a teacher taking the class cutup to the cloakroom. A chastened Ellison returns. "She won't let me do it," he says sheepishly. A few minutes later, Catz explains that it wouldn't be dignified for the CEO of "one of the top 10 companies in the world" to pose eating out of a can of dog food. Ellison's image must be protected.

But which image is that, exactly? For years, Ellison has relished the role of bad boy and playboy: chasing women, racing Ferraris and expensive sailboats, flying a defanged Italian jet fighter, once buzzing defeated yacht-race rivals in another plane, and, lately, spending $40 million to re-create a Japanese manor at his estate in the Silicon Valley hills. All the while, he has publicly mocked his business competitors, especially his bjte noire, the richest person on earth, Microsoft chairman Bill Gates. The day before the photo shoot, the 56-year-old Ellison held a press conference to defend as a public service his hiring of private detectives to investigate Microsoft's lobbying practices, an effort that included an attempt to rummage through the garbage of a suspected Microsoft ally.

Back in the beginning, 1977, Ellison had gotten Oracle off and running by writing what became one of the most successful software products of all time, a relational database that allowed corporations to store and analyze much of their most important data on any kind of computer system. But Ellison became increasingly distracted by his extracurricular activities, and Oracle nearly foundered in 1990 when auditors discovered that its sales force had been concocting sales in pursuit of commissions. After Oracle had to restate reported earnings to a loss, its stock plunged nearly 80 percent.

Ellison got involved again, firing some miscreants and later hiring Ray Lane, a former Booz-Allen & Hamilton consultant, to help run day-to-day operations. Lane, later named president, got much of the credit for the company's subsequent recovery. Eventually, Ellison went back to spending a lot of his time wearing $3,000 suits, squiring long-legged women, playing tennis, and tweaking Gates. He made so many claims about unsuccessful plans to unseat Microsoft with "network computers" or by taking over

CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER

NDCA-ORCL 003409

Apple Computer, or whatever, that he became known as a chronic exaggerator. Once, when asked by a *Fortune* reporter if he is a liar, he replied, "Does anyone tell the truth all the time?"

Truth be told, Ellison is more candid about personal matters than most CEOs. Again, it's the little-boy desire to shock and titillate. In 1993, he was sued by Adelyn Lee, an Oracle manager who alleged she was fired after having an affair with him. (Ellison acknowledged the affair but denied firing her because of it; she would eventually be convicted of, among other things, falsifying e-mail to support her claim.) Before the case went to court, Ellison was asked if it were not poor management policy to sleep with subordinates. He agreed, at first, that it was. "I'll never do that again," he said. There was a brief pause. "Well, let's just say I probably won't do it again." There was a longer pause. "Oh hell, I probably *will* do it again."

That was vintage Ellison, disarming and unrepentantly irresponsible. But it is said, far too often, that the Internet changes everything, and starting about three years ago, it changed Ellison's career in a profound way. The balance of power in software, and in computing, began to shift from desktop computers linked by small servers (Microsoft's market) to giant servers and databases that run the Internet and the electronic-commerce platforms being built on it (Oracle's market). Ellison and his long-held vision of network computing are finally ascendant, and Gates is suddenly an underdog again, regardless of the outcome of Microsoft's antitrust litigation with the federal government. Ellison feels good about this. "I actually believe now we will pass Microsoft," he says in a recent interview. "I think they are so late."

But watching Bill Gates squirm isn't what most pleases Ellison about the Web. What really makes him giddy is a different Internet phenomenon: the newfound ability to track, analyze, and, most important, control the behavior of each unit and employee, globally and in real time, by forcing them to do their work via the Internet. Just as the Internet can eliminate the middleman between buyers and suppliers, it also can eliminate the layers of management that stand between a CEO and his troops. Although much has been written about the Internet bolstering individual freedom, the global network also represents a major advance in corporate command and control.

Which, in Oracle's case, means more power for Ellison. For example, those unruly sales managers who got him into so much trouble in 1990 can no longer cut backroom deals with customers or strike private compensation agreements with salespeople in faraway Munich or Boston, secure in their knowledge that headquarters won't have a clue. All the terms, including sales contracts and commissions, are spelled out in a single global database, and all the deals must be reported into it, to be easily tracked by Ellison and his aides via browser. In other words, Ellison can now manage by the numbers. Since he's a self-described "hyperquant," that has enormous appeal to him. So much appeal that during the past several years he took control of the company again, to the point that Ray Lane had little left to do, which led to his abrupt resignation in June. "I love running the business now," Ellison says. "I love getting involved in every detail of the business. I was never interested in the sales force before. Now we control the sales force or choreograph the sales force by using computers. It's all programmed."

Ellison discovered one other important thing about the Web. By centralizing information and automating relationships with employees and customers, he could cut out a huge amount of costs. In April 1999, he told his board that Oracle would chop expenses by $500 million dollars in one year. After he saw some early results, he upped the ante to $1 billion, equal to about 10 percent of Oracle's revenue.

In June, Oracle reported that profits for the fiscal year ending May 31 had jumped a stunning 61 percent, to $2.1 billion, far outpacing its 15 percent revenue growth. Its operating expenses were, indeed, nearly $1 billion below where they would have been if they had grown at the same rate as sales. How did this happen? "This is where we come back to the dog food," says Ellison, beaming as he sprawls on a sofa chair in his headquarters suite. "We make premium dog food, and it tastes great. I saved a billion dollars and I think we'll save another billion this fiscal year and, you know, the stock is up 400 percent."

News flash: Ellison may be exaggerating a bit about the billions. But let's start at the beginning, when Ellison first tried to eat his own dog food -- and found it revolting.

In 1997, Ellison decided to spend a few months finding out why Oracle's applications business, mainly accounting, ordering, and sales software that ran on its own databases, was having problems. He didn't understand at the time, he admits, because he had never used his own applications. "The earliest revelations were that I've never even seen the applications, because the applications don't provide any information," he says. The purchasing system, for example, couldn't identify who the best suppliers were by price, quality, and other metrics. That information was scattered among 70 different computer

systems and 70 databases in 70 different countries. Ditto for human-resources and sales data. Ellison remembers trying to find out how many people work at Oracle. Because the data was scattered around, he says, the answer was simple: "Like, I don't know. How much did we sell to Michelin last year? Well, I don't know."

Ellison found these knowledge gaps galling. "I'm the CEO of the number one company in the world providing technology to manage information," he says. "I said, 'Well, this is insane. We've got to build a global system, we've got to unfragment our data.'"

But building global real-time systems to tie together corporate data was very hard to do with the network architecture of the day, way back in 1997. Applications had to reside on both desktop machines and servers. Such systems became hideously complex and glacially slow as they were expanded. To replace or change an application at Oracle, for example, the information-technology staff had to tinker with each of the company's 40,000 desktops.

For this sad state of affairs, Ellison blames -- as usual -- Bill Gates. "He was distributing complexity," Ellison says of the Windows operating system; his tone could hardly be more indignant if Gates were distributing crack cocaine. Ellison had long preached that information processing would be far cheaper and more efficient if a few giant servers ran all the applications, zapping the resulting data to hordes of simple desktop terminals. But he couldn't get over some obstacles, including the lack of a common language uniting computer systems around the globe and the lack of high-speed connections to quickly provide the data being processed by applications residing on the big servers.

The Internet came to Ellison's rescue. "It's an incredibly low-cost form of global communication that allows you to centralize complexity but distribute the information all over the world," he observes. Ellison saw the Internet as salvation, and immediately ordered the company to rewrite its databases and software-development tools to run on the global network. Oracle's first Internet-ready database, 8i, was shipped in March 1999, and became the standard for running big websites and corporate intranets.

But in delving into his applications business, he made another disturbing discovery: Oracle didn't even have some of the applications needed to run electronic commerce. "We discovered that there were huge holes in our applications," he recalls. Oracle didn't have marketing, supply-chain, or logistics systems, among other things. As a result, its sales force -- sort of on its own -- decided to resell products from other companies to offer a complete suite of the software needed to run an online business.

To Ellison, this strategy wasn't likely to produce the ultimate payoff promised by e-commerce, which is to automate most of a corporation's transactions. In his vision, an online marketing application would deftly identify and sell to a potential customer, which would then send the order on to accounting, manufacturing, forecasting, logistics, and shipping, usually without much, if any, human intervention. This kind of automation and seamless integration would allow corporations to work at maximum efficiency, with the lowest IT costs, the fewest employees, the greatest market intelligence, and the maximum speed.

==Ellison argues that stitching together applications from half a dozen vendors "can't possibly work," because so many moving parts have to be constantly upgraded and integrated, always by consultants.== "The equivalent would be you want a best-of-breed car, and you really love the Honda suspension system, and the Mercedes engine, the BMW exhaust system, and the General Motors air-conditioning, and the Ford brakes, and you bought all of these different parts, and then it's your job to put them together into a car. Unless you're an engineer, you've got a problem. You can hire an engineering firm to do it, and that's exactly how companies run right now. They buy marketing from BroadVision and sales from Siebel and service from Clarify, accounting from SAP and supply chain from i2. And IBM is going out and saying, 'We have 130,000 consultants to help you put it together.'"

Ellison believed companies would realize that this "Frankenstein" approach to e-commerce involves "a lot of pain, a lot of time, a lot of uncertainty. So about three years ago," he says, "it was very clear to me that we had to build a complete suite of applications; we had to build a sales system, a marketing system; we had to build it such that it is a global system, put it on the Internet. And then we had to roll it out inside of Oracle."

The first step was to dismantle the fiefdoms. Each of Oracle's country managers had their own e-mail, human-resources, and financial-reporting systems, supported by 43 data centers scattered around the world. "Not only did we have 70 separate accounting systems in 70 different countries, but all of those countries hired IT departments to change them in different ways," Ellison says. He decreed that there

CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER

NDCA-ORCL 003411

would be two data centers, one at headquarters and a backup in Colorado Springs, Colo., and one global database for each major function, such as sales and accounting. But knowledge is power, and Ellison was asking his managers to give it up. Passive resistance broke out everywhere. "We had to make numerous management changes. I mean, we had to send a Navy Seal team in to blow up the Canadian data center," Ellison recalls, laughing.

To reduce the resistance, Ellison consolidated all of Oracle's e-mail systems first. The performance of e-mail was highly visible. When the global e-mail system went live at Oracle's headquarters data center last spring, the managers saw the light. Ellison says the managers would say, "Wow, that was easy -- and it's better?" And he would tell them, "Oh, it's a lot better, and a lot cheaper." Oracle then rolled out other global Internet-based applications that allowed both customers and employees to access information from a single database through an Internet browser, and to do transactions on their own. Eventually, Oracle lumped applications into 11 "modules"; each module has a specific function -- order management, for instance, or Internet-based procurement. The 11 modules were integrated into a single suite called 11i, which Oracle began selling in May.

Gary Roberts, Oracle's senior vice president, ticks off the tangible benefits his company has reaped from all this centralization: 250 fewer IT staffers; 2,000 fewer servers (which will be auctioned off using Oracle's business-exchange software); an 80 percent reduction in leased space for computer operations by the time Oracle switches over to the two data centers in December. Last fiscal year, he estimates, Oracle saved $200 million in IT costs. "That's the equivalent of a company producing $1 billion of sales at a 20 percent operating margin," he notes. Other savings from consolidating global operations amounted to $50 million. Roberts thinks he can squeeze spending down to $300 million this year compared with $600 million two years ago. One big cut: By the end of the year, when all employees are up and running on 11i, he plans to slash the U.S. staff that supports Oracle's desktop computers from 450 to 50.

The largest savings are coming from the self-service nature of the Internet applications. Ellison claims that Oracle pared the cost of supporting customers by $550 million in the last fiscal year. Several global databases let "customers do everything for themselves," observes Oracle's marketing chief, Mark Jarvis. "We make our customers enter their own bug reports [on problems with software]. That saves us money because we don't have people sitting by telephones." Using the global-sales database, says Jarvis, "customers buy Oracle products themselves by going online. That improves the accuracy of everything we do and lowers our costs." How much lower? Oracle estimates that each customer call handled by an employee costs about $350 to process. A call handled by its website costs $20, and is twice as likely to be resolved without more follow-up. "So we increase the chance of solving the problem by 100 percent, and reduce our cost by a factor of 17," Jarvis says.

Employees are going through the same changes. They file expense reports online, reducing the cost of each report to $10 from $60. Expected savings this year: $11 million. Oracle says such self-service helped cut employee costs by $150 million in the last fiscal year. Putting customer-training seminars online dropped Oracle's cost per attendee to about $2; on average, it cost Oracle $250 a head to train customers at old-fashioned seminars at hotels or conference centers. Oracle's margins on its education segment jumped to 41 percent last year from 17 percent. Not everyone was happy. The manager of the education business had argued that 13 percent was a more reasonable margin goal. "We moved the business to a different manager," Ellison says.

The grand total savings for fiscal year 2000 -- $1 billion -- is a suspiciously round number. And then there is Ellison's track record for blowing smoke. So what's the proof? Well, Ellison points to Oracle's operating expenses: They were nearly flat last year. If they had risen at the same 15 percent rate as revenues, they would have been up an additional $948 million. And Oracle's operating margin was accelerating as the year went on, rising almost on a straight line from a 1.5-percentage-point increase in the first quarter to a 13.8-point jump in the final period. More evidence: Head count fell by nearly 2,500 to 41,320. Overall, the productivity of Oracle's employees, measured by sales, rose 22 percent last year.

Analysts say Ellison probably is overstating his progress somewhat by crediting the entire margin gain to the Internet. Charles Phillips, who covers Oracle for Morgan Stanley Dean Witter, says at least one-third of the margin improvement comes from a shift in the sales mix to higher-margin software products from less profitable consulting services, and from the layoff of a bunch of consultants as major software installations for customers came to an end last year. But Ellison argues that demand for Oracle's integrated, Internet-based applications is the driving force behind the sales shift, and lessens the need for consultants. Application sales jumped 61 percent in the fourth quarter to $447 million, while consulting revenue fell. And even two-thirds of $1 billion in operating-cost reduction is pretty impressive for a company that reported $10.1 billion in revenue for the fiscal year. "The numbers they've given us,

and what we've measured on our own, suggests it's real," says Phillips.

Ellison's net worth is about $55 billion. Yet he has long felt that being the CEO of a global company is like being the general in the Joseph Heller novel, *Catch 22:* Every time the general issued an order, it was countermanded on the whim of the clerk-typist in charge of sending the messages. "Executives. We sit up here in our fancy suites and think very hard on something, tell people to do something," Ellison says. "But as these orders go out through many layers of bureaucracy, they change and change and change." He learned that the hard way in 1990, when his auditors finally caught up with his wheeling-and-dealing sales staff. Internet-based applications can make global management more of a science, a fact that fascinates Ellison as much as the potential for profit.

For example, Ellison is the chairman of Oracle's all-powerful pricing committee, which sets prices worldwide for all of the company's products. Or "so I thought," Ellison says. But what actually happened was different: A product price went for more review to another headquarters group once headed by Ray Lane, which might change it, then to the European division, which might change it again. But even they didn't have any real power, Ellison says, "because then it goes to Germany and they have to decide what they're going to do. They say, 'No, we're not going to sell it for this. In fact, we're not going to roll it out for another six months.' " Oracle's prices varied all around the world, making sales all the more difficult to predict from one quarter to the next.

How does pricing get done now? "We have a single global Web store," Ellison says. Prices "go directly from me to the customer. The interesting thing about the Web is that you can make it policy and it really is policy." Oracle used to have 250 people whose sole job was to review requests for discounts. "Now we have four," says Ellison.

Of course, many Oracle salespeople didn't like the concept. A lot of them didn't want Oracle to publish prices at all. "They love the idea of being asked, 'How much is this Oracle product?' and saying, 'How much you got?' I don't want the field spending time wheeling and dealing. This is ridiculous. That's not their job. Their job is to understand our products in-depth and understand where our technology can be applied with a good return for a client." If that tramples on the salesperson's art, so be it. "A lot of the creativity is gone," Ellison says. "We don't want to be creative. You want to be creative? Write a novel."

Oracle's salespeople also used to waste vast amounts of time trying to cut their own compensation deals. "The French would have one plan, the Japanese another," Ellison says. This year, Oracle headquarters decreed what the compensation plans would be, and distributed them via the Internet. The initiative did not go over well. The day before the interview, Ellison received a report showing that about two-thirds of his salespeople still don't have a compensation plan -- because sales managers hadn't approved them. Ellison says, "I said, 'The managers don't have to approve them. We can bypass the managers.' "

Ellison became so enthused about the rewards of management-by-computer that he eliminated Lane's $100 million headquarters budget last year, wiped out most of its functions, and distributed some others to division heads. And you wondered why Lane quit? (Lane declines to comment on his departure.)

Oracle's competitors dismiss Ellison's claims as so much marketing hype -- just Larry, at it again. Craig Conway, PeopleSoft's CEO and many years ago a top Oracle executive, has climbed all over his former boss in recent months, telling the world that Ellison runs "a sociopathic company" addicted to "lying." Conway says Oracle's 11i isn't really an Internet-based suite, alleging it still requires some application code to reside on desktops, while PeopleSoft's own newly shipped suite is a generation ahead.

Others simply doubt the integrated approach will work at all. They argue that, because so many other tech companies are attacking each segment of e-business with new products, no suite can ever keep up with the best innovations. "You can't build (integrated) packaged software because too many pieces are changing all the time," says Marc Andreessen, one of the co-founders of Netscape and now chairman of Loudcloud, which provides infrastructure software services. And financial analysts doubt Ellison's assertion that he can squeeze another $1 billion of costs out of Oracle. That would require the company to have a 40 percent operating margin for the full year, compared with about 30 percent last year. "It's a stretch goal," says Morgan Stanley's Phillips.

But Oracle's one-stop-shopping approach appears to have strong appeal, at least to startup and middle-market companies, because of that tantalizing prospect of more seamless automation. Hostcentric, a Web-hosting company in Houston, bought 11i last spring and is working its way through the modules, installing them one by one. Doug Allen, Hostcentric's CIO, says the suite's up-front cost wasn't any less than buying the pieces from different software providers. "But it's the ongoing cost of

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

NDCA-ORCL 003413

ownership, when you don't have to manage different releases from different vendors, that is going to make us more successful." Allen thinks Ellison's vision of automating most of a company's customer interaction isn't a pipe dream. "If we can automate 85 percent, that would be pretty good," he says, adding that he expects to achieve that goal next year.

In mid-September, Oracle reported another unexpectedly huge jump in net income for the first quarter, to $501 million. It was a performance again driven by a double-digit increase in the company's operating margin. In the analyst conference after that earnings report, Ellison was full of his usual bravado. "We're in the middle of signing a huge number of application deals," he said. To pique interest in the suite, Oracle began giving away one module, Oracle Sales Online, on the Internet on Aug. 28. The results, Ellison says, are "most stunning." In a little more than two weeks, 3,000 companies with 100,000 users signed up for the product. "This is the easiest thing I've ever sold," he tells *eCompany Now*, adding, "We'll get another billion out in 2001. I mean, I'm as close to guaranteeing it as the SEC will allow me to do before they put me in jail."

Would someone please pass the Alpo?

For additional information about Larry Ellison and Oracle, check out the Web file, a collection of links about this story.

Return to Web Version

About Us | Advertise | Press Room | Contact Us | Customer Service | Privacy Policy | Terms of Servi
©2002 Business 2.0 Media Inc. All rights reserved. Reproduction in whole or in part without permission is p

CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER

NDCA-ORCL 003414