```
       Return-Path: <pheller@us.oracle.com>
          Received: from usmail04.us.oracle.com (usmail04.us.oracle.com [130.35.60.81])by
                    mailsun3.us.oracle.com (8.8.8☐.8.8) with ESMTP id MAA19781for
                    <storman.oramail@mailsun3.us.oracle.com>; Tue, 23 May 2000 12:12:34 -0700
                    (PDT)
          Received: from us.oracle.com (dhcp-5op9-5op10-east-144-25-198-245.us.oracle.com
                    [144.25.198.245])by usmail04.us.oracle.com (8.8.8☐.8.8) with ESMTP id
                    MAA16090;Tue, 23 May 2000 12:12:34 -0700 (PDT)
        Message-ID: <392AD81F.4C81CF06@us.oracle.com>
              Date: Tue, 23 May 2000 12:12:32 -0700
              From: Peter Heller <pheller@us.oracle.com>
      Organization: Oracle Corporation
          X-Mailer: Mozilla 4.51 [en] (Win95; U)
 X-Accept-Language: en
      MIME-Version: 1.0
                To: csato@us.oracle.com, kmcguirk@us.oracle.com, storman@us.oracle.com,
                    sdbaker@us.oracle.com
           Subject: [Fwd: [Fwd: 11i - What shipped on May19 - the answers!]]
      Content-Type: multipart/mixed;boundary="------------1C86F8239FA3448F39080E69"
   X-Mozilla-Status: 8001
  X-Mozilla-Status2: 00000000
```

```
in case you are interested in what actually shipped with R11i -- I
know that this is too much detail for you  ;-)

--
Peter Heller
Senior Director, Applications Marketing
Oracle Corporation

Voice:  +1 (650) 506-2065
  Fax:  +1 (650) 506-7814

Official Corporate Disclaimer
The statements and opinions expressed here are my own and do not
necessarily represent those of Oracle Corporation.
```

```
       Return-Path: <dmahloy@us.oracle.com>
          Received: from us.oracle.com (rocivep-ppp-12.us.oracle.com [144.25.234.66])by
                    usmail04.us.oracle.com (8.8.8☐.8.8) with ESMTP id MAA09397for
                    <PHELLER@US.ORACLE.COM>; Tue, 23 May 2000 12:05:31 -0700 (PDT)
        Message-ID: <392AD604.2188A08A@us.oracle.com>
              Date: Tue, 23 May 2000 15:03:32 -0400
              From: Dave Mahloy <dmahloy@us.oracle.com>
      Organization: Oracle Corporation
          X-Mailer: Mozilla 4.51 [en] (Win95; U)
 X-Accept-Language: en
      MIME-Version: 1.0
                To: "Heller,Peter" <PHELLER@us.oracle.com>
           Subject: [Fwd: 11i - What shipped on May19 - the answers!]
      Content-Type: multipart/alternative;boundary="------------73F83DA626FD01D9D356F0DC"
```

**ORACLE CONFIDENTIAL**

NDCA-ORCL 059800

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

Peter:

It worked! The list is below. Thanks,

Dave

-------- Original Message --------
**Return-Path:** <dmahloy@us.oracle.com>
**Received:** from usmail04.us.oracle.com (usmail04.us.oracle.com [130.35.60.81])by
mailsun1.us.oracle.com (8.8.8+Sun/8.8.8) with ESMTP id KAA26552for
<ecpo.oramail@mailsun1.us.oracle.com>; Tue, 23 May 2000 10:32:10 -0700 (PDT)
**Received:** from us.oracle.com (rocivep-ppp-12.us.oracle.com [144.25.234.66])by
usmail04.us.oracle.com (8.8.8+Sun/8.8.8) with ESMTP id KAA12828;Tue, 23
May 2000 10:32:06 -0700 (PDT)
**Message-ID:** <392AC026.DFBD4ADB@us.oracle.com>
**Date:** Tue, 23 May 2000 13:30:14 -0400
**From:** Dave Mahloy <dmahloy@us.oracle.com>
**Organization:** Oracle Corporation
**X-Mailer:** Mozilla 4.51 [en] (Win95; U)
**X-Accept-Language:** en
**MIME-Version:** 1.0
**To:** ecpo@us.oracle.com
**CC:** "Akram,Nadeem" <NAKRAM@us.oracle.com>, David
<DMAHLOY@us.oracle.com>
**Subject:** 11i - What shipped on May19 - the answers!
**Content-Type:** multipart/mixed;boundary="------------1701013679C7974588790AA2"

Team:

There have been some emails attempting to identify which modules under 11i actually shipped last week. Well, here is the answer, direct off the Oracle Store. These shipped on Sun Solaris, Compaq Tru64, HP/UX, and IBM AIX.

**Oracle Applications Release 11i CD Pack v1**

<u>Category / Product</u>
**Financials Applications:**
    Financials
    Self-Service Expenses
    Financials Intelligence
    Treasury
    Property Manager

**Projects Applications:**
    Projects
    Project Billing
    Self Service Time
    Project Connect for Microsoft Project
    Project Analysis Collection Pack

**ORACLE CONFIDENTIAL**

NDCA-ORCL 059801

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

**Purchasing Applications:**
    Purchasing
    Supplier Scheduling
    Self-Service Purchasing
    Purchasing Intelligence
    Self-Service Suppliers
    Purchasing Connect for TPN Register

**Order Management Applications:**
    Order Management
    Product Configurator
    SellingPoint
    SellingPoint Internet Edition
    SellingPoint Developer
    Supply Chain Planning Applications
    Advanced Supply Chain Planning
    Constraint Based Optimization
    Global ATP Server
    Demand Planning

**Manufacturing Applications:**
    Discrete Manufacturing
    Flow Manufacturing
    Project Manufacturing
    Manufacturing Scheduling
    Operations Intelligence
    Process Manufacturing
    Process Manufacturing Regulatory Management
    Process Manufacturing Intelligence

**HR Applications:**
    Human Resources
    Self-Service Human Resources
    HR Intelligence
    Payroll
    Time Management
    Training Administration
    Advanced Benefits

**Other Applications:**
    EDI Gateway
    Report Manager
    Public Sector and Federal Applications:
    Public Sector Financials
    Public Sector Purchasing

**Marketing Applications:**
    Marketing Online

**Sales Applications:**

ORACLE CONFIDENTIAL

7/13/2002 2:58 PM

NDCA-ORCL 059802

CONFIDENTIAL-PURSUANT TO PROTECTIVE ORDER

       Sales Compensation

**Service Applications:**
       Service
       Field Service
       Mobile Field Service
       Scheduler
       Depot Repair
       Contracts

**Call Center Applications:**
       Advanced Inbound
       Advanced Outbound
       Interaction Blending
       eMail Center
       Scripting

**eCommerce Applications:**
       iStore
       iMarketing
       iPayment
       iSupport

**Communications/Utilities Applications:**
       Service for Communications
       CRL Network Logistics
       SDP Provisioning
       SDP Number Portability

**Architecture and Tools:**
       CRM Foundation

---

Peter Heller <pheller@us.oracle.com>
Senior Director
Applications Marketing
Oracle Corporation

ORACLE CONFIDENTIAL

NDCA-ORCL 059803

CONFIDENTIAL-PURSUANT TO PROTECTIVE ORDER

**ORACLE CONFIDENTIAL**

NDCA-ORCL 059804

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER