# LIVENOTE | **World Service**℠

*A new perspective on court reporting.*

Certified Copy

In The United States District Court
Northern District of California
San Francisco Division

**CONFIDENTIAL**

**Deposition**

**Of**

**Ronald Wohl**

**Volume I**

**March 23, 2006**

In re: Oracle Corporation Securities Litigation

*A LiveNote World Service Transcript.  Reported by CLSP, Sheila Chase & Associates*
*LiveNote Inc. • 221 Main Street, Suite 1250, San Francisco, California 94105 • 1-800-LIVENOTE*

```
 1           IN THE UNITED STATES DISTRICT COURT
 2             NORTHERN DISTRICT OF CALIFORNIA
 3                 SAN FRANCISCO DIVISION
 4
 5   In re ORACLE CORPORATION
 6   SECURITIES LITIGATION
 7                      Master File No. C-01-0988-MJJ
 8   This Document Relates To:
 9       ALL ACTIONS.
     _____/
10
11                   ---o0o---
12                 CONFIDENTIAL
13            DEPOSITION OF RONALD WOHL
14                   VOLUME I
15             THURSDAY, MARCH 23, 2006
16                   ---o0o---
17
             SHEILA CHASE & ASSOCIATES
18
               REPORTING FOR:
19
             LiveNote World Service
20
             221 Main Street, Suite 1250
21
           San Francisco, California 94105
22
               Phone:  (415) 321-2311
23
               Fax:  (415) 321-2301
24   Reported by:
25   DIANA NOBRIGA, CSR 7071, CRR
```

1   compromised?

2           MR. GIBBS:  Objection; compound.

3           THE WITNESS:  Are you asking did I feel my

4   credibility was compromised by what?

5           MR. WILLIAMS:  Q.  I'll withdraw the question

6   and ask it again, because it was a little complicated.

7           Did you at any time feel your credibility was

8   compromised by representations that may have been made

9   to a customer that product could do X, but it couldn't

10  because of lack of development or lack of communication

11  between CRM and ERP?

12      A.   I felt that as an officer of Oracle, you know,

13  my credibility was compromised, if you want to say, any

14  time there was a bug in Oracle's products.  And that's

15  one category of bug.  That's one type of bug that

16  occurred.

17      Q.   And is it your -- did you feel as though that

18  one type of bug that occurred may not have occurred had

19  the correct or -- or had there been better communication

20  between the ERP development and CRM development, or you

21  and Mr. Barrenechea?

22          MR. GIBBS:  Objection; compound.

23          THE WITNESS:  So, if you're asking -- you're

24  asking in retrospect now, what do I believe now?  Or

25  what are you --

1          MR. WILLIAMS:  Q.  I'm asking -- if you can

2     answer what you believe now, you can answer that

3     question.

4          A.   Okay.  What I believe now is we had too many

5     bugs in the ERP side of things, and there were flaws in

6     the development processes within my team that we learned

7     of, and we learned how to improve.

8               Let me elaborate on that comment when I say

9     there are too many flaws.  In retrospect we had built

10    this enormous product that was vastly bigger than

11    anything we built before.  It was a scope of products

12    that involved thousands of people to build what's an

13    integrated, highly integrated product.  It was much more

14    complex than the prior version of our applications.

15              I forgot what measure we used, but I recall at

16    one point, I think, if I'm remembering right, describing

17    to customers how 11i was three times more complex,

18    judged by the number of man-months or person-months put

19    into it.

20         Q.   I think you said man-years.

21         A.   Man-years.  I'm glad you read my

22    presentations.

23         Q.   It was thousands; I saw it the other day.

24         A.   So we had a much more complex product.  And

25    what we realized in retrospect is our development

1    approach, our testing approach, the whole process we

2    hadn't scaled adequately with the increased scale of

3    complexity.

4           We applied similar testing methodologies to

5    what we had done very successfully in prior releases.

6    But those didn't work well enough with the increased

7    complexity of 11i.

8           So that affected things totally within my

9    domain.  There were some things within Mark's domain

10   that in retrospect, you know, I certainly questioned

11   some of the decisions he made.  And at the time I

12   probably knew only about a subset of those decisions.

13   And I probably questioned some of those at the time.

14          In terms of the interaction between the

15   groups, clearly in retrospect as well, just as there

16   should have been more testing of the ERP product

17   stand-alone, there should have been more testing of the

18   CRM product stand-alone, there should have been more

19   testing of the boundary points between ERP and CRM, and

20   there should have been better -- there should have been

21   better coordination of processes.

22       Q.   But at the time -- just talk about after, you

23   know, after May of 2000, I mean, you knew that this

24   product was complex, right?  And it was more complex

25   that anything that Oracle had actually developed or --

```
 1        A.    Yes, I did.

 2        Q.    -- or introduced before; right?

 3              You know, the team knew that.  I say the team,

 4    your development team knew that; right?  So you knew it

 5    would require necessarily more testing, fair to say,

 6    than what had previously been released by Oracle before?

 7              MR. GIBBS:  Objection; argumentative.

 8              THE WITNESS:  We did more testing than what

 9    had previously been released.

10              MR. WILLIAMS:  Q.  Okay.

11        A.    But we used a similar approach.  What we

12    learned in retrospect was that dealing with the level of

13    complexity that 11i was, we had to get more

14    sophisticated about our testing approaches, not just

15    doing, you know, more of the same.  We had to get more

16    sophisticated.

17              And let me also say, since I think you did

18    make an argumentative question, that we were the first

19    to innovate in this kind of an area.

20        Q.    I understand.

21        A.    So it's not as if, you know, we could point --

22    you know, we could look at other approaches that have

23    been done successfully and magically say, "Oh, that's

24    what we want to do, just like that."

25        Q.    My intent isn't to be argumentative, so --
```

1        A.    Okay.

2        Q.    At the time Oracle had not -- I'm still

3    referring to May 2000 and, you know, through the

4    remainder of 2000, early 2001, Oracle had not sold CRM

5    on the scale that 11i would include CRM; is that right?

6        A.    I think you're asking a question which may not

7    make sense.  So could you clarify, please?

8        Q.    Prior to the release of 11i, had Oracle sold

9    CRM applications?

10        A.    Yes.

11        Q.    And had Oracle sold the number of CRM

12    applications that were included in 11i prior to 11i's

13    release?

14        A.    There were more CRM applications in 11i than

15    were in the prior releases.

16        Q.    A lot more; is that fair?

17        A.    I believe so.

18        Q.    Okay, that's what I was getting at.

19              Now, you -- after the release of 11i in May of

20    2000, you -- did you continue to test the, at least for

21    your division, ERP applications?

22        A.    Are you asking did we continue to test ERP

23    applications?

24        Q.    Um-hum.

25        A.    Yes.  The development process is a continuous

1    process.  So we were -- we were fixing bugs, we were

2    testing those bug fixes, we were packaging incremental

3    releases.  Those releases could include those bug fixes,

4    they could also include incremental new features that

5    customers request.

6        Q.   But that was part of the process?

7        A.   Continuous part of the process; that's right.

8        Q.   Did you communicate with the CRM development

9    staff for those bugs that impacted both ERP and CRM?

10       A.   I generally didn't communicate personally

11   about individual bugs.  I would have expected the

12   appropriate teams to communicate.

13       Q.   And do you know whether or not they did?

14       A.   I believe they did.

15       Q.   And were you -- during that testing, you were

16   still -- one of the things you evaluated was bug counts;

17   is that fair to say?

18       A.   That is correct.

19       Q.   All right.  And how was it that you determined

20   whether, you know, a certain bug count was acceptable

21   for a patch or a new release?

22       A.   It's a judgment call.  It is very tricky to

23   figure out a good way to do it, because the only way you

24   really have not a single bug report is if not a single

25   customer uses your product.  Obviously you want a lot of

1    changed over time, so customers receiving the

2    documentation at different points in time might get

3    different versions.

4         Q.   Right.

5         A.   Also the case -- to be complete in answering

6    your question, most customers got the documentation in

7    English, a subset of our documentation was translated in

8    different languages.  And, you know, so clearly people

9    who requested a different language version of the subset

10   of documentation available would get something

11   different.  They would get that language version of it.

12        Q.   Well, I'm just saying, for example, say, for

13   instance, on one day in December of 2000, 30 customers

14   purchased 11i.2 or 3, whichever one was available at the

15   time, and they were all English, they would all get the

16   same documentation; is that fair?

17        A.   I believe so.  I believe that's correct.

18        Q.   Okay.  And some of those customers might have

19   difficulty doing or -- withdrawn.

20             Some customers may recognize a lack of

21   functionality that's documented, and another customer

22   may not recognize a lack of functionality for the same

23   issue?

24        A.   Let's separate two different issues:  What a

25   customer encounters and what they recognize.

1           You know, you can have two different customers

2    using the same products, that because they have

3    configured the products differently, one of them will

4    think the software runs perfectly and there are no

5    problems whatsoever, another one of them could hit some

6    bug that they consider an egregious bug.

7        Q.   And it's due to configuration?

8        A.   The variability is due to configuration.

9    Clearly our goal was, you know, to test as many

10   configurations as we could.  There is a near infinite

11   number of configurations, so it's not possible to test

12   every possible permutation of the software.

13       Q.   What about customers who just, you know, say,

14   implemented 11i in sort of a vanilla form out of the

15   box?

16       A.   There is almost no meaning to that, because

17   customers -- there is a meaning to implementing vanilla.

18   What we usually meant by the term vanilla is customers

19   using the functionality we provided and not feeling the

20   need to write additional software code and not writing

21   additional functionality that way.  But they would still

22   configure the software, meaning they would choose

23   exactly how they wanted each module set up.

24           As an example, in the general ledger system,

25   it was possible in our system to have a very simple

1    general ledger account structure with two or three

2    segments or a really complicated one with 30 segments

3    and all kind of rules enforcing, you know, if a value

4    was something in segment 13, you know, did that depend

5    on what the value was in segment 10 or so.  So there are

6    a lot of choices about how the software would be

7    configured that was entirely independent of a customer

8    writing additional code.

9         Q.   Just to understand that a little bit better,

10   would you say then that customers that encountered

11   problems with 11i were encountering problems because of

12   the way they configured the software generally?

13        A.   Sometimes that would occur.  But I would never

14   want to blame a customer for configuring the software in

15   some funny fashion.

16             Several things -- there would be several

17   possibilities.  Either, you know, the configuration the

18   customer was intending was something that we intended to

19   work and should have worked and didn't and, hence, was a

20   bug, pure and simple functionality bug in the product,

21   or, perhaps the customer was trying a configuration that

22   was never intended to work because they messed up their

23   configuration.

24             Configuration was -- could, depending on what

25   a customer was trying to do, could be easy or could be

1   business."

2       Q.   Order management, that was one of the modules

3   in your division?

4       A.   Yes.

5       Q.   And who among your staff was responsible for

6   the order management module?

7       A.   Don Klaiss.

8       Q.   Don Klaiss; okay.  Had you been aware, at

9   least as of January 24th, 2001, that customers had been

10  complaining about Oracle's order management module?

11          MR. GIBBS:  Objection; vague.

12          Answer if you can.

13          THE WITNESS:  The order management module in

14  11i was one of the ones that had the greatest amount of

15  new capability in it.  Unfortunately, it was also

16  probably the module on my side of things, of the ERP,

17  that was the weakest in terms of quality.  So, yes,

18  there were complaints.

19          MR. WILLIAMS:  Q.  And had you known about

20  them at least as of January 24th, 2001?

21      A.   I'm assuming I -- again, I don't remember

22  timing going back then.  But I'm sure I must have known

23  about them.

24      Q.   Did you learn about --

25      A.   It's not obvious to me at all from the context

1   of this note that Sharon's note is referring to any

2   limitations in the product at all or if it was purely

3   about the internal implementation.

4        Q.   Had you learned at all about the inability of

5   order management to produce certain reports that would

6   have allowed at least in Sharon Prosser's instance her

7   division to get add-on business or track compliance?

8        A.   Again, I suspect the reason I was asking for

9   more information, because the information -- the report

10  she's asking for here would need to have information

11  from a lot more than order management, so it appears to

12  me likely that these were not product reports, but were

13  reports that she wanted that were some mix of

14  information across various systems within Oracle.

15            MR. WILLIAMS:  He's got to change the tape.

16            VIDEOGRAPHER:  Going off the videotape record,

17  the time is 4:28.  This is the end of tape number three.

18            (Recess, 4:27 p.m. - 4:48 p.m.)

19            VIDEOGRAPHER:  We are back on the videotape

20  record.  The time is 4:48, and this is the beginning of

21  tape number four.

22            MR. WILLIAMS:  Q.  You testified earlier --

23  well, withdrawn.  Did Oracle upgrade to suite 11i

24  internally in 2000?

25       A.   Yes.

1        Q.    And do you recall when in 2000 that occurred?

2        A.    At the time Oracle had multiple instances of

3    its applications, based on history there was in many

4    cases separate instances by country, sometimes the

5    instances were organized regionally.  If I remember

6    correctly, we were pretty pleased that the first

7    instances went up sometime over the summer, I believe,

8    quickly.

9        Q.    When you say the first instances, what do you

10   mean?

11       A.    Again, Oracle had multiple copies of

12   applications.  So one copy for the U.S., one copy for

13   the UK, one copy for Japan, et cetera, et cetera.

14            I don't remember how many we had at the time.

15   We had decided to convert them all, but that was a

16   multi-year process.  So we upgraded them individually.

17            So the first ones we upgraded were either --

18   I'm not sure if it was all or the part of Latin America,

19   if I remember correctly, over the summer of 2000.  And

20   then the U.S. instance, which was the largest one, and

21   most complex by far, we upgraded over Christmas or New

22   Year's.

23       Q.    Now, internally when Oracle upgraded to 11i,

24   what was -- withdrawn.

25            Internally when Oracle updated to 11i, what

1    were the modules that were upgraded or implemented?

2         A.    That would depend on the country.

3         Q.    United States.

4         A.    The United States had the most modules.  So

5    what was upgraded was everything that -- I believe was

6    everything that had been running in the 11.0 environment

7    was then running in the 11i environment.

8         At the time I believe there were -- I'm

9    referring here primarily to the ERP products.  I don't

10   remember what happened to the CRM products back then,

11   because Oracle was running fewer of them and Mark

12   Barrenechea was managing them.

13        So the instance I'm thinking of was mostly the

14   ERP products.  And it involved financials, HR.  I

15   believe we were running our own payroll back then, if

16   I'm remembering right.  Order management, inventory,

17   manufacturing, the project accounting products for

18   consulting.  I'm sure I'm forgetting some.  But that is

19   a good start.

20        Q.    So the implementation or the upgrade that

21   occurred in the United States in, say, December of 2000

22   was not CRM?

23        A.    I don't remember what of CRM was a part of it

24   and what was not.  Because what I was focused on was ERP

25   at the time.

1    Q.   Right.  And some of those documents that you

2    refer to -- you're referring to would have been

3    circulated to you as well?

4    A.   Probably.

5    Q.   I'm just trying to figure out how I can -- how

6    I can find out what CRM modules --

7    A.   If you want a list of modules that were

8    upgraded --

9    Q.   Yes.

10   A.   -- there might be something in my e-mail.  I

11   don't know if there would be or not.  I don't know.

12   Q.   Did you define for me earlier, I don't think

13   you did, what a show stopper bug was?

14   A.   I don't think I defined that for you.

15   Q.   What is that?  What is a show stopper bug?

16   A.   A very important bug that will stop the show.

17   I mean, something that needs to be fixed in order to

18   move forward to the next step.

19   Q.   Would that be -- would a show stopper bug also

20   be characterized as a severity 1 or priority 1 bug?

21   A.   Probably.

22   Q.   Or is it more severe than that?

23   A.   No.  A show stopper was an informal term.

24   There was no formal definition of show stopper.  So

25   someone would use it as an informal term, saying this is

 1    a show stopper, it's got to be fixed for the show to

 2    move on.

 3         Q.    In December of 2000, Oracle internally would

 4    be -- well, they upgraded to, what, 11i.3?  Is that

 5    fair?

 6         A.    I -- I don't know.  But I think you showed me

 7    an earlier note today saying 11i.3 came out in January.

 8    So I'm guessing Oracle would have upgraded to 11i.2.

 9         Q.    I was thinking that Oracle probably had the

10    most recent version before the release of 3.

11         A.    It would have depended on the exact timing.

12    If 3 came out in late January, as one of those notes

13    said, then the IT organization would also have to

14    stabilize their environment in order to go live.  They

15    wouldn't want to take a brand new set of code at the

16    last minute and say, "We're flipping the switch

17    tomorrow," on a brand new set of code that they just got

18    from the development group.

19         Q.    Was it as simple as that, flipping the switch

20    for the upgrade to 11i --

21         A.    No.

22         Q.    -- internally --

23         A.    No.  Oracle --

24         Q.    -- for the U.S.?

25         A.    Oracle for the U.S. was a very complex

1    customer of our own products, so it -- you know, Oracle

2    had a lot of testing to go through.  As part of the

3    upgrade, if I'm remembering right, Oracle also converted

4    some number of custom systems, threw them away and began

5    using products.  And at least one case the fit was a

6    little bit tight, you know, the product versus the old

7    custom system, and that needed a lot of work.  So it was

8    a substantial effort to upgrade.

9         Q.    Was it a customization?

10        A.    Was what a customization?

11        Q.    The upgrade.

12        A.    No.

13        Q.    Let me back up.  I will withdraw the question.

14             The upgrade of 11i in December of 2001 and

15   2000 in the United States, was it an out-of-the-box

16   upgrade?

17        A.    No.  Oracle like, you know, most of Oracle's

18   customers was in 11.0 running mix of product code and

19   some custom code.  One of the explicit objectives of

20   upgrade was to use the new functionality in 11i to run

21   on a greater proportion of product code and to be able

22   to throw out some good chunk of the custom code.

23             So a lot had to be done as part of the upgrade

24   process.  It wasn't just testing out the, you know, the

25   upgraded product functionality.  But a lot of custom

1   functionality had to be analyzed to figure out, one, was

2   it still needed by the business or did the business no

3   longer need that bit of functionality.  If it was

4   needed, did Oracle -- did the Oracle product have the

5   right capability that could replace it?  If it did have

6   the right capability that could replace it, was any data

7   migration needed from whatever the old custom stuff was

8   to the new product stuff?  So a lot of work went into

9   that.

10       Q.   And when did the process begin?  You said the

11  upgrade occurred in say December of 2000?

12       A.   Right.

13       Q.   When did the process begin?

14       A.   Oh, I don't remember when it began.  Because

15  the IT group was busy doing a lot of different things

16  including merging instances.  So the IT group would have

17  begun assigning, you know, some people to it before the

18  release of 11i, and would have put more people on it and

19  sort of made it a major project afterwards, I think.

20  But again, I'm not sure.

21       Q.   Now, the upgrade in the United States had some

22  impact on the business in other countries; right?

23       A.   What kind of impact are you referring to?

24       Q.   Well, would it have any impact?  Say for

25  instance the upgrade in the United States once it was

1      A.    The last bullet point is a little confusing,

2   because it does say U.S., but it also says 11.0.3, which

3   refers to the prior version.

4      Q.    Which is where I was going.  My question is,

5   as of February 22, 2001, Oracle had upgraded to 11.i or

6   the GSI single incidence; right?

7      A.    That's correct.

8      Q.    And this number, the third bullet point on the

9   bottom of the page, 1116879, is that a bug number, do

10   you know?

11      A.    Let me read it again.  It is either a bug

12   number or an Isis ticket number.

13      Q.    And it says, "The United States accounts

14   payable trial balance not reporting correct data in

15   11.0.3."  What does that mean, if you know?

16      A.    I'm not sure.  I don't know.

17          VIDEOGRAPHER:  Going off the videotape record,

18   the time is 5:43.

19              (Recess, 5:43 p.m. - 5:48 p.m.)

20          VIDEOGRAPHER:  We are back on the videotape

21   record.  The time is 5:48 p.m.

22          MR. WILLIAMS:  Q.  Still working with Wohl 15,

23   is it fair to say you understood this communication when

24   you got it back in 2001?

25      A.    I doubt if I would have understood the

1    details.   I forwarded it to Steve Miranda, who was

2    responsible for the financial products, with the intent

3    that he would ensure that whatever needed to happen

4    happened.

5         Q.   But you don't write -- or withdrawn.

6              You don't express any confusion as to why this

7    Isis ticket is discussing 11.0.3?

8         A.   No.   I appear to forward this very simply to

9    Steve with no note.

10        Q.   Can you speculate as to why the United States

11   trial balance would not be reporting correct data?

12             MR. GIBBS:   I have to object.   Calls for

13   speculation.

14             MR. WILLIAMS:   That's okay.

15             MR. GIBBS:   I understand.

16             THE WITNESS:   I don't know if that statement

17   is correct.

18             MR. WILLIAMS:   Q.   Maybe it is a typo; right?

19        A.   I doubt if it is a typo.   It may have been an

20   old piece of information.   Maybe it didn't work at one

21   point in 11.0.3, and the ticket number was reopened in

22   11i.   Maybe it refers to a system -- maybe the U.S.

23   piece is wrong.   I don't know.

24        Q.   What does it mean when a TAR is bugged?   Do

25   you know what that means?

1      A.   I believe what it means is -- the TAR is the

2  technical assistance request, is judged or determined by

3  a support analyst to be a likely product defect, and

4  that that support analyst then logged a bug report.

5      Q.   Okay.  So a TAR doesn't always mean a bug?

6      A.   That's correct.

7      Q.   Did you have -- did you understand what

8  escalated customers were?

9      A.   Oh, in what context?

10      Q.   Well, customers who had purchased 11.i and

11  their issues were escalated, do you know what that

12  means?

13      A.   That meant they were important to resolve.

14      Q.   That meant that they were important to

15  resolve?

16      A.   If you have something you want to show me --

17      Q.   This has nothing to do with what I'm -- I'm

18  going to show you what I want to show you.

19      A.   Okay.

20      Q.   I want to understand if you have an

21  independent understanding of what escalated customers

22  meant when you were at Oracle?

23      A.   Customers needing some particular amount of

24  attention to resolve some issues.  Maybe they had just

25  gone live and had some issues they needed corrected

1    quickly.  Maybe they were somewhere in the process of

2    implementation and had some stumbling blocks.  For one

3    reason or another they needed special attention.

4         Q.    So special attention is not just a customer

5    that is implementing that has a problem?

6         A.    That might -- that was often a typical cause

7    of why someone would need special attention.

8         Q.    I see.

9         A.    But not necessarily the only cause.

10        Q.    And did you -- did you do any customer

11   interfacing?

12        A.    Of course.

13        Q.    And -- but you weren't doing sales though?

14        A.    I was not directly responsible for sales, but

15   I clearly would participate in some sales cycles.

16        Q.    In what aspects?

17        A.    As we were trying to persuade customers to buy

18   our products rather than a competitor's, the customers

19   would want to know details about the product, would want

20   to meet the people behind the product.  And as the

21   leader of the development group they would often want to

22   meet me.

23        Q.    So you could have involvement at any stage; it

24   wasn't defined when you might get involved?

25        A.    That's correct.

1          MR. WILLIAMS:  Let's ask the reporter to mark

2     this document as Wohl 16.

3                    (Exhibit 16 marked for

4                     identification.)

5          MR. WILLIAMS:  Q.  It's Bates numbered

6     NDCA-ORCL 094109.  Let me know when you've taken a look

7     at that.

8          A.  Okay.

9          Q.  You recognize Wohl 16?

10         A.  It is a note from Mark Barrenechea to Larry

11    Ellison, Safra Catz, George Roberts and me, where he

12    appears to be describing a customer situation where in

13    order to meet the needs of that customer he wanted some

14    of my teams to develop four new features in the

15    products.

16         Q.  Okay.

17         A.  That he appears to describe to be of value not

18    just to that customer, but to a particular set of

19    similar customers as well.

20         Q.  How can you tell from the document that they

21    wanted new features?

22         A.  The third paragraph of his -- of his document

23    says, "These features are needed for a variety of B2C

24    call centers in a variety of industries.  Per George's

25    and mine discussions with you, you have stated this

CERTIFICATE OF DEPOSITION OFFICER

1
2          I, DIANA NOBRIGA, hereby certify that the
3 witness in the foregoing deposition was by me duly sworn
4 to testify to the truth, the whole truth, and nothing
5 but the truth in the within-entitled cause; that said
6 deposition was taken at the time and place therein
7 stated; that the testimony of said witness was reported
8 by me, a Certified Shorthand Reporter and disinterested
9 person, and was thereafter transcribed into typewriting,
10 and that the pertinent provisions of the applicable code
11 or rules of civil procedure relating to the notification
12 of the witness and counsel for the parties hereto of the
13 availability of the original transcript of the
14 deposition for reading, correcting and signing have been
15 met.

16          I further certify that I am not of counsel or
17 attorney for either or any of the parties to said
18 deposition, nor in any way interested in the outcome of
19 the cause named in said action.

20          In WITNESS WHEREOF, I have hereunto
21 subscribed by my hand this 31st day of March 2006.

22
23
24
25                    DIANA NOBRIGA, CSR NO. 7071