IDEABYTE


Giga Information Group®
YOUR e-BUSINESS ADVISOR

IdeaByte

# Oracle Delays (Pieces of) CRM Release — Early Buyers Beware

March 27, 2000

Erin Kinikin

## Catalyst

New information about Oracle CRM schedule

## Question

What does Giga recommend to clients who are considering Oracle's 11i for CRM?

## Answer

Oracle confirmed this week that it will delay several modules of its long-awaited CRM 11i release, a caution flag to companies with pressing customer relationship management (CRM) needs that are considering Oracle. The two modules (Oracle Telesales and Oracle Web Sales) will be controlled release, subject to installation restrictions and additional handholding. While Oracle emphasizes that only two of 63 CRM modules are affected by the slip, Giga notes that business-to-business (B2B) companies will have great difficulty establishing customer relationships without a way to sell products and manage accounts (Mobile Sales was initially controlled release as well, but has now been added to the general availability list). Oracle's plan to release several industry-specific CRM modules (banking, utilities, telecommunications) concurrent with base CRM functionality also points to significant release cycle compression and added risk and will likely result in additional delays. (Siebel and SAP ship industry-specific functionality at least a quarter after the base product.) Giga reiterates our position that Oracle will not deliver a robust enterprise CRM suite until the end of 2000, and urges companies to proceed with caution. There are three factors that greatly increase the risk of Oracle's 11i release:

- **Many complex dependencies:** Oracle 11i depends on new Oracle underlying technology, including Oracle Tools 6i and Oracle IAS, as well as enterprise resource planning (ERP)-managed components such as the sales configurator. Several of the dependent products have not yet shipped, indicating that early customers will be faced with instability at several levels, decreasing quality and increasing complexity. All the Oracle-acquired components get a new data model as well, requiring significant rework of existing code.
- **Limited real-world testing:** Oracle appears to have greatly reduced the 11i beta program (mostly performed by bringing customers into Oracle labs), again potentially reducing release quality. Oracle was not able to produce any beta customers to speak about their 11i experiences. Oracle's own internal 11i implementations also appear to be delayed: only two components, Web Sales and iStore (both of which Oracle had previously implemented with 3i) will migrate to 11i in the next several months. (Oracle hopes to have implemented more modules by the fall.)
- **A huge amount of new functionality:** Oracle 11i is one of the largest single application releases ever (2.5 years, four product acquisitions, close to 1,000 developers on two continents), exacerbating the usual major release glitches.

A huge release, plus many complex dependencies, plus limited real-world testing, equals significant

**ORACLE CONFIDENTIAL**

Giga Information Group
139 Main Street
5th Floor
Cambridge, MA 02142, USA
Tel (1) (617) 949-4900
www.gigaweb.com

IdeaByte

Erin Kinikin
3/27/2000
Ver: 4 RIB-032000-00304
Page 1 of 2

© 2000 Giga Information Group
All rights reserved. Reproduction or redistribution in any form without the prior permission of Giga Information Group is expressly prohibited. This information is provided on an "as is" basis and without express or implied warranties. Although this information is believed to be accurate at the time of publication, Giga Information Group cannot and does not warrant the accuracy, completeness or suitability of this information or that the information is correct.

NDCA-ORCL 019758

Giga Information Group                                                                 www.gigaweb.com

challenges ahead for early 11i customers.

Recommendation

Giga's advice: wait until next year. Oracle has a solid CRM vision, and will be a formidable competitor once its offerings have a chance to mature. However, a product always looks the best before it is released, and we believe that Oracle may flag additional functionality (if not whole components) for controlled release as it performs additional testing during the next few months. Use caution when comparing 11i with competitors' shipping products, especially if required functionality cannot be demonstrated out in the field (as opposed to in the Oracle labs). Despite the fact that some Oracle CRM modules have been available before, Giga believes that the size and scope of Oracle 11i CRM justify treatment as a "Release One" product, suitable primarily for early adopters with high tolerance for risk and additional expense.

Companies who elect to begin 11i implementation in 2000 should consider risk mitigation and "risk sharing" strategies that make Oracle responsible for implementation success, such as Oracle's Business OnLine (hosting) or Oracle Fast Forward (fixed time, fixed implementation price).

Follow Oracle's internal lead when selecting modules for early implementation. Oracle's initial 11i implementation targets (iStore and Web Sales, followed by iSupport) are all Oracle-developed (as opposed to products Oracle acquired) and on at least their second release. Companies should delay broad implementation and rollout until 2001 to give new modules and vertical offerings time to mature.

B2B companies requiring strong sales functionality, as well as business-to-consumer (B2C) companies building the contact center, should stay with proven alternatives from Siebel, Clarify and others, and continue to emphasize business fit and hands-on usability testing.

© 2000 Giga Information Group

IdeaByte — Oracle Delays (Pieces of) CRM Release — Early Buyers Beware
Erin Kinikin
3/27/2000          Ver: 4   RIB-032000-00304
Page 2 of 2

ORACLE CONFIDENTIAL

NDCA-ORCL 019759