IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

---oOo---

**Certified Copy**

In re ORACLE CORPORATION

SECURITIES LITIGATION

                          FILE NO. C-01-0988-MJJ

This Document Relates To:

_____/

CONFIDENTIAL

DEPOSITION OF W. BRADFORD SCOTT

Tuesday, June 13, 2006

SHEILA CHASE & ASSOCIATES

REPORTING FOR:

LiveNote World Service

221 Main Street, Suite 1250

San Francisco, California 94105

Phone: (415) 321-2300

Fax:  (415) 321-2301

Reported by:

ANDREA M. IGNACIO HOWARD, RPR, CSR NO. 9830

1    A    Yeah, I think that's probably a fair
2  statement.
3    Q    Okay.  Which applications in the CRM were
4  part of those end-to-end business flows?
5    A    I think they pretty much touched them all.
6    Q    Okay.  So there was overlap in the -- in the
7  products that Mr. Davis and Ms. Heinrich were working
8  with and the end-to-end business flows; is that fair?
9        MR. GIBBS:  Objection; vague.
10       Answer, if you can.
11       THE WITNESS:  Well, the business flows
12  were -- would span -- application development is, you
13  know, kind of very siloed, a bunch of silos.
14  Businesses don't work that way.  They work on very
15  broad business prospects across the parts.
16       The -- Todd and Noreen had experts in those
17  application silos, but they were also trained on the
18  business droves that traversed the predominant areas
19  of their expertise.
20       Keever's focus was on, you know, the
21  broad-based, which actually crossed into ERP as well.
22  You know, these broad-based business flows.  So they
23  were complimentary in terms of what they were doing,
24  but the -- our -- our people and Todd's and Noreen's
25  area became experts in the business flows --

```
 1       Q    Okay.
 2       A    -- around their areas.
 3       Q    Okay.  And are you familiar with the term
 4  "integration" as it's used in the applications
 5  software industry?
 6       A    Yes, I'm familiar with it.
 7       Q    And what's your understanding of that term?
 8       A    Well, it takes place in different levels.  I
 9  think the most fundamental capability around
10  integration is data integration.
11       Q    Okay.
12       A    And if you look at what happens in a lot of
13  companies, you know, they'll have a hodgepodge of
14  systems, and so they'll have a marketing system that
15  has a definition of customer which is different than
16  the sales definition -- sales system, which is
17  different than the order of management, which is
18  different than their accounts receivable.
19            And so these systems integrators have to go
20  out and work with these customers to write all this
21  stuff.
22            To my knowledge, 11i was the first commercial
23  application that ever had a single schema, which means
24  a single definition of customer.  So when a marketing
25  system defined customer, the sales system sought and
```

1  could add information to it.
2       The order of management system could take an
3  order for that customer, and the accounts receivable
4  system could build that customer. And so when you
5  hear a lot of discussion around integration, probably
6  the hardest problem was this common definition and the
7  common use of the same data across an application
8  suite, and that's -- I mean, even Siebel have multiple
9  customer definitions. PeopleSoft, SAP, all multiple
10 schemas.
11      We, I believe, are the first -- I think still
12 today -- the only one in the e-business suite of our
13 business to have a single schema application.
14    Q  Now, this integration, as you described it to
15 me, is that what Mr. Keever was working on with this
16 sort of horizontal affect from the end-to-end business
17 flows?
18    A  Well, no. I think that our development
19 organization was working on that.
20    Q  Okay. I'm just trying to get an
21 understanding.
22    A  I think he was configuring. When you --
23 applications come with many switches, which are
24 options.
25    Q  Okay.

1    A    Some are driven by data, some are driven by
2    configurations.
3         What Mark was working on was
4    preconfigurations across the suite of these major
5    business flows to ensure our customer -- our
6    consultants knew how to activate it properly and had
7    the collateral to successfully deliver it into -- into
8    our customer base.
9    Q    Okay.  And Mr. Keever -- if I understand your
10   testimony correctly -- Mr. Keever was attempting to do
11   that for all of the applications within CRM and also
12   if they connect to ERP?
13   A    That is correct.  That is correct.
14   Q    Okay.  Could you explain.  I'm still having a
15   little bit of trouble with this concept.
16        If there's integration, this shared data
17   among certain modules, then what type of
18   preconfiguration is necessary in addition to that
19   integrated schema?
20        MR. GIBBS:  Objection; vague.
21        Answer it, if you can.
22        THE WITNESS:  This goes back to that point
23   about having all these switches.
24        MS. ANDERSON:  Right.
25        THE WITNESS:  So, for example --

```
 1   BY MS. ANDERSON:
 2       Q    Again, bear with me.
 3       A    -- so, for example, you may have a business
 4   practice that on your invoicing requires three-way
 5   matching.
 6       Q    Okay.
 7       A    That's an option.
 8       Q    Okay.
 9       A    You have to flip that on.
10       Q    Okay.
11       A    You know, there's a -- there's a variety
12   of -- in the ordering cycle, you may have a business
13   rule that says available to promise, which means it
14   goes out and checks to see if the inventory is
15   available so you can promise it as part of the order.
16       Q    Okay.
17       A    That's an option.
18       Q    Okay.
19       A    So basically for these business flows, we
20   would configure to the prevalent options.
21       Q    Okay.  And so you would work with customers
22   to find out sort of what their business needs are
23   and --
24       A    Bring in the experts, customers, yeah.  Our
25   consultants had a lot of this experience.
```

```
 1       Q    Okay.  Now, you also mentioned that
 2  Mr. Keever was in charge of the program office, and I
 3  know that you mentioned that that involved a
 4  conference call.
 5            Did that -- did that refer exclusively to the
 6  conference call, or what do you mean by a "program
 7  office"?
 8       A    Well, there was more than just a conference
 9  call.  I mean, we were tracking projects.
10       Q    Okay.
11       A    Ultimately, I think, Mark Barrenechea took
12  that over.
13       Q    Do you know when?
14       A    No, I don't have the date on that.  It could
15  have been in this time period.  He tried to get his
16  development leads to attend those calls, and then
17  ultimately start to run some of them to make sure that
18  his developers were personally engaged.  It was mostly
19  his directs.
20       Q    Okay.  I have several other questions about
21  that, but I do know that you wanted to get on a call.
22       A    Conference.
23       Q    So we can take a quick break.
24       A    That would be probably good, unless --
25       Q    Okay.
```

1  A    That we were -- you know, we were getting
2  a -- more successful customer implementations.
3     Q    Okay.  And -- compared to less successful
4  customer implementations around this time?
5     A    Well, at this time, a lot of our customers
6  were still on 11.5 or 11.0 or 10 -- 10.7 or something
7  like that.
8     Q    Okay.
9     A    And so this was just saying that, you know,
10 they're cutting over and being successful.  This is
11 during a large -- what was going on at the time was a
12 lot of our customers were starting to do their
13 upgrades to 11i.
14    Q    Okay.
15    A    So that's kind of what that's --
16    Q    Now --
17    A    -- indicating.
18    Q    Okay.  It mentions CRM live customers.  It
19 lists Bell South and Franklin-Covey.  Were those the
20 only two customers live on CRM 11i?
21    A    I don't think so.  These were probably --
22 again, the audience here was -- was OPI.  You know
23 what, I don't know.  I don't know.  I think we
24 probably had more, but that's....
25    Q    Do you recall any additional ones other than

Scott, W. Bradford                                                6/13/2006
**CONFIDENTIAL**

```
 1   Bell South and Franklin-Covey?
 2        A    You know, I don't know what releases they
 3   were on, so they may have been 3.0 customers.  I don't
 4   know.
 5        Q    Okay.  And do you know what modules
 6   Bell South was live on at the time of this
 7   presentation?
 8        A    I don't remember.  Bell South I was not
 9   involved in --
10        Q    Okay.
11        A    -- so I don't remember too well.
12        Q    Okay.  And what -- what do you mean by
13   "live"?
14        A    It means that they're running business, a
15   portion of business through the system.
16        Q    Does that mean live on the entire suite, or
17   live on a single module?
18        A    Could be live on just a single module.
19        Q    Okay.  And do you know whether Bell South was
20   live on just a single module?
21        A    No.
22        Q    Okay.  And what about Franklin-Covey?  Do you
23   know what modules Franklin-Covey was live on at this
24   time?
25        A    I probably did, but I don't remember now.
```

```
 1      Q   Okay.  Do you recall any problems with the
 2   implementation at Bell South?
 3      A   Yeah.
 4      Q   What types of problems were encountered
 5   there?
 6      A   Again, I wasn't directly involved, so it's
 7   all hearsay, but my understanding is we had a lot of
 8   functionality that we were trying to incrementally
 9   deliver to them, and the project had a ton of custom
10   situations in it.
11      Q   Okay.  And how did you learn about these
12   issues occurring at Bell South?
13      A   Conversationally, you know, they'd come up.
14      Q   Was somebody on your team --
15      A   No.
16      Q   -- reporting with you with respect to these
17   issues?
18      A   I'd just hear some of Mark's directs talking
19   about it.
20      Q   Okay.  Could this have come up at
21   Mark Barrenechea's weekly meetings?
22      A   Yeah.  There were probably some discussions
23   around Bell South there.
24      Q   Okay.  And do you know anybody who was closer
25   to the Bell South implementation who would have more
```

CERTIFICATE OF REPORTER

I, ANDREA M. IGNACIO HOWARD, hereby certify that the witness in the foregoing deposition was by me duly sworn to tell the truth, the whole truth, and nothing but the truth in the within-entitled cause;

That said deposition was taken in shorthand by me, a Certified Shorthand Reporter of the State of California, and was thereafter transcribed into typewriting, and that the foregoing transcript constitutes a full, true and correct report of said deposition and of the proceedings which took place;

That I am a disinterested person to the said action.

IN WITNESS WHEREOF, I have hereunto set my hand this 22 day of June 2006.

_____

ANDREA M. IGNACIO HOWARD CSR No. 9830