

ORACLE
CONFIDENTIAL

NDCA-ORCL 055803

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

ORACLE
CONFIDENTIAL

NDCA-ORCL 055804

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

# Winning the
# War on Complexity

ORACLE

ORACLE
CONFIDENTIAL

NDCA-ORCL 055805

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

# Market Conditions

Difficult Macro-Economic Climate

- Focus On Lowering Operational Costs
- Lower Tolerance For Uncertainty
- Rapid Return On Investments
- Agility In Application Upgrades

**ORACLE**

ORACLE
CONFIDENTIAL

NDCA-ORCL 055806

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

# E-Business: Down but Hardly Out!

**In today's economy, there's a new rallying cry:
"Spend to Save."**

**It's a management strategy that
General Electric CEO Jack Welch is applying.
"You won't see one ounce of slowdown in tech spending
from us; we are driving the hell out of IT spending. "**

**Time Magazine - 9 April 2001**

**ORACLE**

ORACLE
CONFIDENTIAL

NDCA-ORCL 055807

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER



ORACLE
CONFIDENTIAL

# <u>We</u>

# Implement Globally

# <u>They</u>

# Implement Locally

NDCA-ORCL 055808

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

ORACLE
CONFIDENTIAL

NDCA-ORCL 055809

CONFIDENTIAL–PURSUANT
TO PROTECTIVE ORDER

# Consolidate Your Business Information

## Better Information, Lower Cost



**100 Fragmented Systems**

**1 Global System**

ORACLE

ORACLE
CONFIDENTIAL

NDCA-ORCL 055810

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

# We

# Implement Business Flows

# They

# Implement Point Products

ORACLE
CONFIDENTIAL

NDCA-ORCL 055811

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

# Simplify & Modernize Business



- Adopt Best Practices Worldwide
- Create Simpler Internet Business Processes
- Change Processes, Not Software

ORACLE

NDCA-ORCL 055812

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

# Business Flow: Campaign To Order

ORACLE
CONFIDENTIAL



ORACLE
CONFIDENTIAL

NDCA-ORCL 055813

CONFIDENTIAL–PURSUANT
TO PROTECTIVE ORDER

# <u>We</u>

# Use Integrated Suite

# <u>They</u>

# Use Parts & Labor

ORACLE
CONFIDENTIAL

NDCA-ORCL 055814

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

# Develop & Deploy with Oracle 9i

| | | | |
|---|---|---|---|
| bea | $35,000 | Java | $21,000 |
| SAP | $35,000 | Forms | $21,000 |
| ACTUATE | $30,000 | Reports | $21,000 |
| BUSINESS OBJECTS | $14,750 | Query | $21,000 |
| TimesTen | $20,000 | Data Cache | $21,000 |
| Inktomi | $24,000 | Web Cache | $21,000 |
| plumtree | $50,000 | Portal | $ 3,500 |
| | **$208,750** | | **$129,500** |

SOFTWARE POWERS THE INTERNET

- An integrated platform for developing & deploying ebusiness applications
- Will run your website up to three times faster than other technologies
- Unique market-leading Oracle 9i Database with Real Application Clusters

**ORACLE**

*All Prices For 50 Users / Pentium 700 MHz PC

ORACLE
CONFIDENTIAL.

NDCA-ORCL 055815

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

# Or Implement a Business Solution
# Your Choice of Software

‘Ebusiness’ Components

Ebusiness Suite

 Financials

 HR

 Supply Chain

Requisitions

 Exchanges

   Marketing

 Sales

 Service

 E-mail Mgmt.

 Web Store



 ORACLE

ORACLE
CONFIDENTIAL

NDCA-ORCL 055816

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

# Conventional Approach, Component Assembly



*These systems were never designed to work together!*

ORACLE

ORACLE
CONFIDENTIAL

NDCA-ORCL 055817

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

# ...And Then There Are Upgrades!



*Install, integrate, implement, new version, install, disintegrate, reintegrate, implement, repeat!*

ORACLE

ORACLE
CONFIDENTIAL

NDCA-ORCL 055818

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

# Bad News For Customers

# "50% Of My IT Budget Is Spent On Interfacing"

**CIO, Major Insurance Company**
**Forrester Research**

ORACLE

ORACLE
CONFIDENTIAL

NDCA-ORCL 055819

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

# Global Operation, Complexity Worsens



US

France

Germany

**ORACLE**

ORACLE
CONFIDENTIAL

NDCA-ORCL 055820

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

# New Version, Complexity Worsens

**V1.0**

**V2.0**

**V3.0**



- No Way To Manage Customization
- Costs Increase As Complexity Increases



# <u>We</u>

# Simplify

# <u>They</u>

# Customize

ORACLE
CONFIDENTIAL

NDCA-ORCL 055821

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER



*E-Business software designed & engineered to work together*

# Oracle E-Business Suite, the Elegant Alternative

ORACLE
CONFIDENTIAL

NDCA-ORCL 055822
CONFIDENTIAL–PURSUANT
TO PROTECTIVE ORDER

ORACLE
CONFIDENTIAL

NDCA-ORCL 055823

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

# One Single Instance Worldwide -Accessed From Your Browser



Marketing
SOFTWARE POWERS THE INTERNET

HR
SOFTWARE POWERS THE INTERNET

Procurement
SOFTWARE POWERS THE INTERNET

Sales
SOFTWARE POWERS THE INTERNET

Order Mgmt
SOFTWARE POWERS THE INTERNET

Supply Chain
SOFTWARE POWERS THE INTERNET

Service
SOFTWARE POWERS THE INTERNET

Financials
SOFTWARE POWERS THE INTERNET

Sellside            Inside            Buyside

*Oracle EBusiness Suite - the cost-cutting engine*

ORACLE

ORACLE
CONFIDENTIAL

NDCA-ORCL 055824

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

# Beware Of "Suite" Imitations!



Source: Oracle Quarterly Reporting

# Customer Integration Blues

## • IBM Services Revenue Growth



ORACLE

ORACLE
CONFIDENTIAL

NDCA-ORCL 055825
CONFIDENTIAL—PURSUANT
TO PROTECTIVE ORDER

ORACLE
CONFIDENTIAL

NDCA-ORCL 055826

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

# Rapid Implementation - Fast ROI



ORACLE
CONFIDENTIAL

NDCA-ORCL 055827

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

# Oracle Corporation: Time To Business Impact

- ## 10 Point Margin Improvement In One Year



*Rapid Implementation = ROI*

ORACLE
CONFIDENTIAL

NDCA-ORCL 055828
CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

# Oracle Ranked #1 in Ebusiness Capability



Source: Competitiveness Fitness of Global Firms 2001

ORACLE
CONFIDENTIAL

NDCA-ORCL 055829

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

# Oracle - Winning the War on Complexity



# It's Night **And Day** Diff**erent**

| | |
|---|---|
| Global | **Local** |
| Integrated Suite | **Parts & Labor** |
| Business Flows | **Point Products** |
| Simplify | **Customize** |

ORACLE
CONFIDENTIAL

NDCA-ORCL 055830

CONFIDENTIAL–PURSUANT
TO PROTECTIVE ORDER

ORACLE CONFIDENTIAL

NDCA-ORCL 055831

CONFIDENTIAL-PURSUANT TO PROTECTIVE ORDER

# Oracle Corporation



c.$11Bn Reveues

32%  Margin

Global - 145 Countries

250,000 Customers

41,000 Employees

20,000 Partners

2 Product Families:

Oracle 9i

Oracle EBusiness Suite

ORACLE



ORACLE
CONFIDENTIAL

NDCA-ORCL 055832
CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER