**For Immediate Release**

Contacts:    Carol Sato                          Steve Astle
             Oracle Corporation                  Applied Communications
             650/633-5551                        415/365-0205
             csato@us.oracle.com                 sastle@appliedcom.com

## ORACLE ANNOUNCES ORACLE® APPLICATIONS RELEASE 11i

### First True Global Enterprise Applications Suite Tightly Integrates ERP and CRM

ORLANDO, Fla., September 27, 1999—At the Oracle Applications User Conference, Oracle Corp., the number one choice for e-business, today announced Oracle® Applications Release 11i, the industry's first truly global Internet enterprise applications suite. This new global suite allows companies to run their entire worldwide operations from a central site, significantly lowering costs and providing unified enterprise information. This represents a significant advantage over competing offerings, which are based upon multiple local or regional systems.

Additionally, as a 100 percent Internet applications suite, Oracle Applications Release 11i leverages new Internet business practices that allow customers to put their entire supply and demand chains online. These new business practices have emerged as the key to e-business success, allowing customers to leverage the Internet to expand their markets, retain customers and increase business efficiency.

Oracle Applications Release 11i also encompasses both Oracle's leading enterprise resource planning (ERP) and customer relationship management (CRM) applications. Unlike competing offerings, only Oracle Applications provides out-of-the-box integration between these application families. This integration allows companies to manage the entire cycle from customer interactions, through order management, transaction and supply chain management, to fulfillment, billing and customer support. Typically users of other ERP and CRM systems must engage is extremely costly and lengthy implementation projects to achieve even a minimal

—more—

ORACLE
CONFIDENTIAL

**ORCL 0111259**

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 306807

degree of integration.  Projects such as these can often run into the millions and tens of millions of dollars.

"Oracle has done a good job of defining how the Internet is changing business practices for both CRM and ERP, and how its applications and technology can leverage the Internet for global companies," said Joshua Greenbaum, head of Enterprise Applications Consulting in Berkeley, California.  "Integrated CRM and ERP applications like Oracle's can allow customers to manage the e-commerce supply chain from customer and order management to product manufacturing and delivery."

**Only True Global System**

Oracle Applications Release 11*i* meets all the requirements of global operations and access. Unlike competitive offerings that have been positioned as "global," Oracle Applications Release 11*i* is the only applications suite that runs from a single code base, including localizations, currencies, languages (whether single or double byte) and other specialized enhancements, thereby eliminating integration issues between different versions of the applications that other vendor applications require be run in each geography.  This unified single instance of Oracle Applications is unique in the industry and is the key to enabling true global operations. Additionally, Release 11*i* extensively leverages the parallel server capabilities of the Oracle8*i*™ Internet platform to deliver the higher scalability and reliability essential for global businesses.

**Unprecedented Integration Between ERP and CRM makes Truly Enterprise-Wide Transactions and Business Intelligence Available for the First Time**

Oracle Applications Release 11*i* offers further integration between Oracle's ERP and CRM applications.  Unlike competitive offerings that entail costly and time-consuming integration between ERP systems and niche CRM applications, Oracle Applications Release 11*i*'s tight integration between ERP and CRM applications comes out-of-the-box.  This integration makes key processes much simpler, for example, turning a sales quote into an order that updates available-to-promise totals in inventory.  Such a thorough integration is also necessary to achieve a complete view of the impact that customer-related activities have throughout the enterprise.

—more—

ORACLE
CONFIDENTIAL

**ORCL 0111260**

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 306808

Out-of the-box integration between CRM and ERP applications also gives customers the ability to directly configure and place orders, as well as enter, review and modify service requests and check order status information through an Internet storefront. The integration allows the order placement information to be directed through to the inventory and manufacturing applications in addition to the billing and payment applications as well. The integrated enterprise system also allows customer care representatives to have immediate access to information needed to resolve numerous customer service issues on one call. By being able to handle order status, billing and product availability questions immediately, the representative can eliminate customer frustration and increase the likelihood of closing add-on sales immediately.

**New Look and Feel**

Oracle Applications Release 11*i* also boasts a new user interface that combines an Internet "look and feel" with "enterprise portal" access to self-service applications and analytic information. Standard applications include self-guiding entry screens, graphical representations of complex business processes, and informative charts for tracking performance statistics. A new ERP enterprise portal lets each user personally configure their homepage, and provides an easy-to-use Internet search capability to locate desired application information. A new CRM Customer Information portal gives customers a single customizable homepage to view their account information including service requests, invoices, order history and support. A new Sales portal give sales people an integrated view of current opportunities, pipeline analysis, sales forecasting, customizable news and customer history.

**Underlying Technology**

The foundation of Oracle Applications Release 11*i* is built on the Oracle Internet Platform, including Oracle8*i*, Oracle Application Server, and Oracle Developer Server, to offer high reliability, availability, and scalability essential for all e-business solutions. In addition, Release 11*i* leverages Oracle's Internet Business Intelligence Tools—Oracle Reports, Oracle Discoverer, and Oracle Express—enabling every user in a corporation to answer any question about their business using all available data.

—more—

ORACLE
CONFIDENTIAL

**ORCL 0111261**

**CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER**

**NDCA-ORCL 306809**

Oracle Announces Oracle® Applications Release 11*i*                           4-4-4-4-4

## Availability

Oracle Applications Release 11*i* ERP's financial, human resource, projects and manufacturing applications will be available in the first quarter of 2000.  A new Order Management application and Oracle Applications Release 11*i* CRM will be available in the second quarter of 2000.

Oracle Corporation is the world's leading supplier of software for information management, and the world's second largest software company.  With annual revenues of more than $9.1 billion, the company offers its database, application server, tools and application products, along with related consulting, education, and support services, in more than 145 countries around the world.

For more information about Oracle, please call 650/506-7000.  Oracle's World Wide Web address (URL) **http://www.oracle.com/.**

# # #

## Trademarks

Oracle is a registered trademark and Oracle8i is a trademark or registered trademark of Oracle Corporation.  Other names may be trademarks of their respective owners.

ORACLE
CONFIDENTIAL

**ORCL 0111262**

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 306810