Application Delivery Strategies  META Group

Date: 5 July 2000     File: 883
Author: Steve Bonadio

**Oracle 11i: The Holy Grail?** While Oracle attempts to deliver a comprehensive suite of enterprise applications in its upcoming 11i release, Global 2000 companies should proceed slowly and compare Oracle's new first-generation components to best-in-class alternatives (with associated high integration costs).

*META Trend: During 2000/01, enterprise CRM initiatives will be frustrated by application piece-part diversity across operational, analytical, and collaborative CRM, which necessitate customization and handcrafted EAI infrastructure. By 2002, process-centric organizations will focus on the intersection of CRM, SCM, e-business, and product life-cycle management. By 2003/04, the increasing complexity and scope of leading CRM, SCM, and ERP suites will drive a need for multiple, coexisting application infrastructure backbones.*

Enterprise resource planning (ERP) suites have emerged within many organizations as the de facto backbone for *intra*-enterprise process automation. Beyond the firewall, the holy grail concept of a single-sourced *inter*-enterprise backbone, which runs the gamut of customer relationship management (CRM), ERP, supply chain management (SCM), and e-business functions, is appealing. However, no ERP provider can yet provide functionally superior applications across all these domains. Oracle is pushing this one-stop-shop concept with its upcoming 11i release (see Figure 1 in Addendum). During 2000/01, we believe Oracle will be the first Tier 1 ERP vendor to deliver integrated *inter*-enterprise functionality across core application domains with 11i and subsequent point releases. However, we believe best-in-class alternatives in key application domains (e.g., CRM, SCM, sell-side/buy-side e-commerce) will continue to be functionally superior to Oracle's through 1H02, thereby forcing organizations to consider building and integrating multiple, interlocking application backbones to support their internal and external functions/processes. By 2003/04, organizations with significant investments in Oracle ERP and infrastructure products will standardize on the Oracle stack for their application needs (though still relying on third-party components/applications if specific functionality is required that Oracle does not support), and non-Oracle shops will continue to pursue aggressive application/backbone integration strategies.

Oracle's application strategy centers around enabling e-business transformation across four domains:

- *Technology* transformation pertains to a centralized Internet architectural model for both internal and inter-enterprise applications (server-centric, thin-client-based)
- *Process* transformation pertains to a broad adoption of self-service business processes for increased productivity, accuracy, and efficiency (e.g., customer/employee self-service, e-procurement)
- *Structure* transformation pertains to administration and organizational infrastructure adaptations required to conduct e-business
- *Culture* transformation pertains to adaptations in business practices due to globalization and the increased speed at which e-business transactions are executed

Oracle's application strategy also focuses on simplicity (e.g., semi-unified architecture and application data model) and integration of application components within the suite, which is critical for ensuring a seamless ETFS (engage, transact, fulfill, service) customer life cycle. Although we believe Oracle's strategy is

**Business Impact**

Although a single application backbone is theoretically desirable, Global 2000 organizations must continue to develop interlocking backbones to achieve business value throughout the extended enterprise.

Copyright © 2000 META Group Inc. APPLICATION DELIVERY STRATEGIES is published by META Group Inc., 208 Harbor Drive, P.O. Box 120061, Stamford, CT 06912-0061. Phone: (203) 973-6700. Fax: (203) 359-8066. Web: metagroup.com. This publication may not be reproduced in any form or by any electronic or mechanical means, including information storage and retrieval systems, without prior written permission. All rights reserved. Reprints are available.

NDCA-ORCL 009736

straightforward versus competitive ERP vendor strategies, most Global 2000 organizations will be challenged both culturally and politically to instantiate an application strategy based on Oracle's view of the world. Our research reveals some of these challenges will be mitigated through the establishment of an enterprise program management office, which coordinates and manages application initiatives throughout the enterprise.

We also believe Oracle's application delivery mechanism (e.g., sales, support, consulting, implementation services) will be challenged throughout 2000/'01 to adapt to (and advocate on behalf of) Oracle's new strategy. Issues such as implementation methodologies, application packaging, and migration strategies require further depth and clarity, so organizations should expect near-term challenges when working with Oracle. In fact, several META Group clients are having difficulties understanding how their existing application functions map to discrete 11i application components and functions within the new packaging model. However, Oracle has taken a major step forward by making its pricing publicly available (Oraclestore.com).

Oracle's application portfolio in 11i expands beyond core ERP to include CRM, SCM/planning, buy/sell-side e-commerce, analytics/business intelligence, and support for creating Web-based trading exchanges. In addition, Oracle is releasing a major upgrade to its order management (OM) capability that includes a more flexible and simplified data model as well as enhanced workflow capabilities. However, organizations must pilot and test Oracle OM extensively before going live. Oracle's lack of a comprehensive external beta program (beta testing of 11i occurred internally, with users running scripts and testing 11i applications using dummy data) is somewhat worrisome, and OM is one area that cannot be taken for granted. Users must approach the newer applications cautiously, because many have not been field tested in real-world scenarios. For mission-critical applications, we recommend users wait at least six months after the release of 11i to purchase/implement Oracle's newest applications.

Architecturally, Oracle's Internet Computing Architecture (ICA) is on its third major release with 11i. Within 11i, applications are served up via two distinct methods. For internal users, application access is granted through a full Java user interface being served via Oracle's traditional forms-based architecture. For external or casual users (e.g., customers, partners) utilizing Oracle's e-commerce/self-service applications, Hypertext Markup Language (HTML) pages are served via WebDB, though Oracle has two ways of painting the HTML screens. For human resource self-service applications, page composition is driven by Procedural Language to SQL (PL/SQL) stored in the database, but some of the newer e-commerce applications such as Procurement use Java Server Pages (JSPs) residing on the middle tier to paint the screens. Although Oracle will continue to move toward JSPs, users can expect application management challenges, especially between the disparate form-based and WebDB-based architectures. To create self-service applications, for instance, users reuse forms-based PL/SQL to rewrite HTML applications in WebDB. Although there is reuse, there is little abstraction, which means users should expect significant customer programming efforts. We believe Oracle's eventual migration to a common architectural bus via Business Objects for Java (via JDeveloper) will mitigate some of these challenges, yet we believe it will be a year or more before Oracle can execute.

Although 11i represents a leap for Oracle, we believe best-in-class alternatives will continue to dominate within their respective niches through 2002, because of their maturity and functional depth. We believe this is especially true within CRM (e.g., Clarify, Siebel), SCM (e.g., i2, Manugistics), procurement (e.g., Ariba, Commerce One), and sell-side e-commerce (e.g., BroadVision, Vignette). However, organizations with significant investments in Oracle applications (e.g., ERP) and infrastructure (e.g., databases, tools) must weigh the value of integration versus functionality and adjust their decision-making processes appropriately. Although we do not believe most existing Oracle customers will immediately gravitate to Oracle's newer applications (in fact, we do not expect this to happen until 1H02), our research reveals roughly 60% of the cost to implement enterprise applications centers around integration.

**Bottom Line**

**Although Oracle has made significant headway with 11i, organizations must conduct careful due diligence and reference checks, given Oracle's lack of field-testing of many of the newer applications within the suite. Organizations must also weigh the impact of integration versus functional depth and continue making significant investments in application integration technologies.**

Copyright © 2000 META Group Inc.  ADS 5 Jul 00.883

INsights  Business-Focused Analysis

NDCA-ORCL 009737