http://www.firstcall.com/links/49/498960...10548/8076791636985441213/350951420.html

```
09:58am EDT 10-Aug-00 BlueStone Capital (Jean W.Orr, CFA 212.850.0566) ORCL
Oracle Corporation: Initiating Coverage with a 2-1 (Market Perform-Outperform)

BlueStone Capital Research
Jean W. Orr, CFA
212.850.0566/jorr@bluestonecapital.com
```

RESEARCH NOTE

| | | | |
|---|---|---|---|
| Company: | Oracle Corporation | Symbol (NASDAQ): | ORCL |
| Industry: | Software | Price (08/09/00): | $81.38 |
| Intermed. Rating: | 2 | Intermed. Pr Target: | $84.00 |
| Long-term Rating: | 1 | L-term Price Target: | $95.00 |
| Risk Profile: | Good Quality | Market Cap: | $244.5B |

Oracle Corporation: Initiating Coverage with a 2-1 (Market Perform-Outperform) Rating

| | | | |
|---|---|---|---|
| Est.3-yr. Ann. EPS Growth | 20% | Shares Outstanding | $3.004B |
| 2001E EPS | $0.85 | 52 Week Range | $90-$17.34 |
| 2002E EPS | $1.05 | Avg Daily Vol. | 18.0M shares |
| 2001E PE Ratio | 95.7x | Inst. Hldgs | 42.0% |
| 2002E PE Ratio | 77.5x | Insider Hldgs | 23.9% |
| Cur. Bk. Value/shr | $2.15 | 2001E Cash Flow/Shr | $0.85 |
| Ann. Dividend/Yield | Nil. | FY ends: | May |
| 2001E ROE | 32.9% | Next Reporting Date | Sept |

HIGHLIGHTS

*   We are initiating coverage of Oracle Corporation with a 2-1 (Market Perform-Outperform) rating. Our intermediate and long-term price targets are $84 and $95, respectively, representing 80 times fiscal (May) 2002 and 2003 estimated earnings. Over the next three years, we expect the company's earnings to grow at a compound annual rate of 20%.

*   Oracle has adopted a new business model, using Internet e-business applications, reducing operating costs and improving profit margins. The operating profit margin increased from 27.4% in the fourth quarter of fiscal 1999 to 41.1% in the fourth quarter of fiscal 2000.

*   Applications are showing strong growth, with revenues increasing 42% in fiscal 2000 compared with fiscal 1999. Oracle is the only company offering an integrated suite of applications to automate all aspects of business.

*   Through its Oracle Business OnLine unit, the company has entered the fast growing market for application service providers (ASPs) and offers complete services for Oracle and non-Oracle applications.

*   The Oracle database has been enhanced with Internet capabilities. The most recent release, Oracle 8i Release 3, has added new Java services, new security features, and enhanced XML support.

INVESTMENT SUMMARY

Oracle is the world's leading provider of relational database management software (RDBMS) and the second largest independent software company. Most major applications requiring a relational database are written to run on the Oracle database, which has versions to run on the UNIX, Windows 2000, and Linux operating systems. Earnings in the fiscal year ended May 31, 2000, increased 58% over the prior year; the company's compound annual earnings growth rate for the last five years, excluding non-recurring items, is 36%.

In addition to database management software, Oracle provides a suite of application software programs. The company's competition in the application software area is largely with companies that are also its database customers including PeopleSoft (PSFT-NASDAQ-$24.81-Not Rated), Siebel (SEBL-NASDAQ-$165.31-Not Rated), SAP AG (SAP-NYSE-$57.56-Not Rated), etc. Each

08/03/2001 5:39 PM

NDCA-ORCL 006338

http://www.firstcall.com/links/49/498960...10548/8076791636985441213/350951420.html

of these companies has developed specific applications, such as manufacturing or human resources, that use the Oracle database as a foundation. Over the last several years, Oracle has built a suite of applications that encompass virtually all of these application sectors. ==Although Oracle's programs are not necessarily the "best of breed" for each application, they have the advantage of being easily integrated with each other, greatly simplifying the problem of having one application work with another.==

Oracle has been a leading proponent of the use of the Internet for years and has enhanced its database and applications to run on the Web. The company has taken a leadership position with startup dot.com companies as well as more established companies building Internet applications. Internally, Oracle has made the Internet part of its business model resulting in improved profitability. The company has also entered the ASP market through its Business OnLine division, which runs applications purchased by customers for a fee.

Oracle appears to us to be well positioned to participate in the growth of the Internet, ASPs and applications. However, this has already been recognized in the market with the stock currently selling for 95.7x our fiscal 2001 estimate and 77.5x our fiscal 2002 forecast. In our opinion, the shares are fully valued intermediate term, and although we would like to own the stock longer term, we would prefer to buy it on weakness.

| EPS FY May* | 1999A | 2000A | 2001E | 2002E | 2003E |
|---|---|---|---|---|---|
| Q1 | $0.07 | $0.08 | $0.13 | $0.16 | $0.17 |
| Q2 | 0.09 | 0.13 | 0.18 | 0.22 | 0.25 |
| Q3 | 0.10 | 0.17 | 0.21 | 0.26 | 0.29 |
| Q4 | 0.18 | 0.31 | 0.33 | 0.41 | 0.49 |
| Year | $0.43 | $0.69 | $0.85 | $1.05 | $1.19 |
| Consens. | | | $0.91 | $1.11 | NA |

| REV (000) | 1999A | 2000A | 2001E | 2002E | 2003E |
|---|---|---|---|---|---|
| Q1 | $1,749.1 | $1,984.5 | 2,225.0 | 2,580.0 | 2,850.0 |
| Q2 | $2,055.9 | $2,321.9 | 2,650.0 | 3,025.0 | 3,350.0 |
| Q3 | $2,078.9 | $2,449.4 | 2,850.0 | 3,275.0 | 3,700.0 |
| Q4 | $2,943.3 | $3,374.3 | 3,750.0 | 4,275.0 | 4,850.0 |
| Year | $8,827.3 | $10,130.1 | $11,475.0 | $13,155.0 | $14,750.0 |

*Third and fourth quarter and fiscal 2000 results exclude one-time gains of a total of $6.9 billion, or $1.41 per share, related to the sale of 12% of the company's holdings in Oracle Japan and other securities.

This report has been prepared from original sources and company data we believe to be reliable, but make no representation as to its accuracy or completeness. This report is published solely for information purposes and is not to be construed either as an offer to sell or the solicitation of an offer to buy any security or the provision of or an offer to provide investment services in any state where such an offer, solicitation or provision would be illegal. Any opinions expressed herein are statements of our judgment on this date and are subject to change without notice. BlueStone Capital Partners L.P. (BSCP), its affiliates and subsidiaries and/or their officers and employees may from time to time acquire, hold, or sell a position in the securities mentioned herein. Additional information on subjects in this report is available upon request. Member NASD, ISMA, and SIPC. All rights reserved by BSCP. BSR-00-204
First Call Corporation, a Thomson Financial company.
All rights reserved.  888.558.2500
]

EON

08/03/2001 5:39 PM

NDCA-ORCL 006339