```
09:31am EST  3-Nov-00 Goldman Sachs (Rick G. Sherlund) ORCL
Oracle - Early checks with applications customers.

              Goldman, Sachs & Co. Investment Research

           Oracle - Early checks with applications customers.

***********************************************************************
* Investor sentiment on Oracle has been more negative over the past 6 *
* weeks since the report of slower than expected applications growth in*
* the August quarter.  This, combined with a difficult tech tape, has *
* caused a number of issues to surface and fuel greater controversy in the*
* name.  We are holding a call with investors today at 10:00 am EST to *
* sort out the substantive issues from the rumors and review some of our *
* early checkings with applications customers and consultants on the new *
* release (11i) of Oracle's strategically important applications products.*
* We believe this new release has some issues with bugs, but no 'show  *
* stopper' issues.  We maintain estimates and buy rating on Oracle shares.*
***********************************************************************

     Rick G. Sherlund (New York) 1 212-902-6790  - Investment Research
     Lilly Bahramipour (New York) 1 212-902-4605  - Investment Research
       Nils Tristan (New York) 1 212-902-4077  - Investment Research

===================  NOTE  9:11 AM  November 03, 2000  ===================

                        Stk  Latest  52 Week   Mkt Cap    YTD Pr   Cur
                        Rtg  Close   Range     (mm)       Change   Yield
                        ---  ------  -------   -------    ------   -----
Oracle Corp.            RL   29.56   47-13     165474.    6%       0.0%

              ---------------Earnings Per Share---------------
ORCL (US$)       Aug     Nov     Feb     May     FY       CY
    2002 FY      0.10    0.13    0.15    0.26    0.64
    2001 FY      0.09A   0.10    0.12    0.20    0.50     0.54
    2000 FY(A)   0.04    0.07    0.09    0.16    0.34     0.42

                 -Abs P/E on-    -Rel P/E on--   EV/NxtFY  LT EPS
                 Cur     Nxt     Cur     Nxt     EBITDA    Growth
                 -----   -----   -----   -----   --------  ------
ORCL      FY     59.1X   46.2X   2.3X    1.9X    NA        25%
          CY     54.7            2.1
```

==========================================================================
* Investors can listen to our comments and ask questions by dialing (877)
  502-9273, (913)981-5582, in the UK 80077771111.

* Oracle's stock is always vulnerable to negative speculation as it nears
  the end of the quarter, but the rumors have started early this quarter
  with speculation that the CFO was departing, the CEO Larry Ellison was
  departing, and more.  These are all false and denied by management.  We
  believe the speculation may intensify near the end of the November
  quarter and the stock's high valuation may subject it to some additional
  vulnerablitiy, particularly in the environment of Regulation FD where
  companies are less likely to comment to investors and analysts.  We like
  the stock and this might represent a buying opportunity.

* First, we would like to address the substantive issues, putting Release
  11i issues in perspective.  ==We believe the release was buggy, but
  consistent with other major new releases.==  Oracle needs more reference
  accounts to help sell it, but there do not appear to be any 'show
  stopper' issues surfacing at this point in our checkings.  There are now
  43 live sites, up from 27 a month ago.  Second, Oralce will not
  overwhelm i2 or Siebel with this release, best of breed vendors are
  likely to continue to capture the high end of the market (and both of

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER                 NDCA-ORCL1051216

these stocks remain on our recommended for Purchase List, along with
Oracle).  Oracle will see early success more in the mid-market, with
several larger accounts as notable wins.  Third, we believe Oracle will
emerge through this product release transition as a strong vendor with
accelerating top line growth in applications and also in the database
business.  Oracle's database business should be pulled along by its own
applications business, but more importantly from the success of the
broader applications market which still deploys largely on Oracle
databases.

==========================================================================

Perhaps the biggest substantive issue of controversy for Oracle is the
market acceptance of the new release of its strategically important
applications suite, Release 11i.  We have been checking with users and will
not be done for another week or so, but on a preliminary basis it appears
to us that there are no 'show stopper' issues. The number of live sites is
now reported to be 43, up from 27 at the analyst meeting a month ago.  We
believe there are about 300 new customers and installed base users
upgrading to Release 11i now.  There have been a lot of bugs reported, an
issue raised at the recent user group meeting, but this does not appear to
be different from other major releases of Oracle software.

HP is implementing Oracle's CRM product and will go into pilot in December,
and are happy with the Release 2 of 11i, which fixed many of the bugs
reported to date.  JDS Uniphase is implementing the broader e-business
suite, but will not implement much of 11i until it completes the rollout of
11.03 next year.  It does not require the features of Siebel or i2 at this
time.  Other large customers expected to roll out Oracle applications
include Lucent, Bell South, Agilent, and divisions of GE.  We expect that
most of the early adopters of 11i will be mid-market vendors, customers
that do not require the best of breed functionality and want quicker
implementations associated with an integrated solution.

We believe that maybe 10% of Oracle's applications customers will upgrade
to Release 11i by the end of the February quarter, with an accelerating
rate of adoption to follow after it appears that most of the early bugs
have been addressed with subsequent minor updates.  Customers we are talking
to like integration (one data model, one programming language, on vendor
for support, one upgrade cycle, less integration work, quicker
implementation, etc).  Oracle sells integration and flexible Internet
architecture, and does not typically engage in a feature by feature
comparison with the best of breed vendors.  We continue to believe the high
end belongs to the best of breed vendors and it will take Oracle time to
move up market, but not all of the high end requires best of breed.

We also note that much of Oracle's success with 11i has been leveraging off
of its financials and related ERP suite, not lead by the CRM or SCM
modules.  Release 11i integrates in these modules for the first time.  We
believe there is the opportunity to pull along CRM and SCM solutions with
the ERP modules and begin to position as a broader e-business suite vendor.

A large fruit juice vendor in the Northeast reports 6 months time
implementing 11.0 and expects to take 2-3 months implementing 11i.  The
vendor was aware of 11i upcoming functionality and Internet architecture in
selecting Release 11 but will wait a while before implementing 11i.  We
believe many customers will be influenced as more reference sites report
back that the product works as advertised and bugs reports appear to be
addressed by the minor new releases.

Important Disclosures (code definitions attached or available upon request)
ORCL       : CS, M, SP1, SP2
First Call Corporation, a Thomson Financial company.
All rights reserved.  888.558.2500
]

08/03/2001 5:14 PM

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER                                    NDCA-ORCL1051217

EON

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

NDCA-ORCL1051218