Events, E-10-9104  
E. Thompson

**Research Note**  
10 July 2000

## Oracle 11i CRM: Better but Not the Best

**Oracle's fifth application release for customer relationship management offers one of the broadest ranges of CRM functions on the market. However, the depth is uneven.**

**Core Topic**  
Business Applications: CRM Vendors, Markets and Project Management

**Key Issue**  
Which vendors will thrive, despite market turmoil, to emerge as front office suite leaders by 2004?

**Strategic Planning Assumptions**  
By year-end 2001, Oracle's Internet-based customer service capabilities will be similar to offerings from the front-office vendors, but lagging on functionality from the stand-alone e-service providers (0.6 probability). Through 2005 Oracle will not match the functionality of best-of-breed CRM software vendors (0.8 probability).

The European Oracle Application Users Group Conference was held in Paris on 20-21 March 2000. Oracle announced customer relationship management (CRM) v.11i with 44 modules (priced per module) for building marketing, sales, customer service, call center and e-commerce solutions (see Note 1). CRM 11i includes six upgraded customer service modules from CRM 3i (customer support, field service, scheduler, spares management, depot repair and contracts), upgrades for three other modules (iMarketing, iStore and iPayment) and three new product additions (Customer Intelligence, iSupport, and eMail Center). Oracle started shipping CRM 11i in the United States in June 2000 and promises a further release by year-end 2000. However, experience suggests it will not arrive until 2Q01 (0.6 probability). In this *Research Note*, we examine whether Oracle is now a serious contender in CRM software.

**Strengths: CRM 11i is one of the broadest and most tightly integrated suites.** Behind Siebel, Oracle has the broadest CRM offering on the market. Its CRM product line includes support for telesales, order entry, sales compensation, forecasting, marketing campaigns, knowledge base, marketing encyclopedia, list management and e-commerce capabilities, Internet self-service and ERMS. The modules are not equally proficient. More than 800 developers are working on the CRM modules. This is the largest development organization for CRM software — double that of SAP and outstripping even Siebel.

Since mid-1998, Oracle has promoted five generations of CRM software aided by several acquisitions (e.g., Concentra, Tinoway and Versatility). The early use of the underlying ICA and browser interface gives Oracle a short-term lead over many front-office players that are only now moving toward Web-based (most are Web-enhanced) architectures. Oracle is focusing its marketing on synergies given by tight integration between its front-office modules and back-office applications. This integration is

**GartnerGroup**

Entire contents © 2000 by Gartner Group, Inc. All rights reserved. Reproduction of this publication in any form without prior written permission is forbidden. The information contained herein has been obtained from sources believed to be reliable. GartnerGroup disclaims all warranties as to the accuracy, completeness or adequacy of such information. GartnerGroup shall have no liability for errors, omissions or inadequacies in the information contained herein or for interpretations thereof. The reader assumes sole responsibility for the selection of these materials to achieve its intended results. The opinions expressed herein are subject to change without notice.

NDCA-ORCL 009364

**Note 1**
**Oracle's History in Delivering Applications for the Front Office**
*Release 10.7 — October 1997*
- Oracle Service
- Oracle Web Customers
- Oracle Sales and Marketing (OSM)

*Release 11 Series new products — December 1997*
- Oracle Sales Compensation

*Release 3.0 new products — August to November 1998*
- Oracle Contracts
- Oracle Marketing (list and campaign management)
- Oracle Field Sales On-Line
- Oracle Call Center (telephony products)
- Oracle Internet Commerce Server 2.0
- Oracle Web Customers 3.0
- Palm Pilot and Windows CE support for OSM

*Release CRM 3i new products — May 1999*
- Oracle Mobile Field Service
- Oracle Customer Care
- Oracle Selling Point (based on Concentra's sales configurator)
- Oracle Maintenance, Repair and Overhaul (MRO)
- Oracle Telesales (for inbound calls only)
- Oracle TeleBusiness for Financial Services (based on Versatility)
- Oracle Call Center Intelligence
- Oracle Field Sales
- Oracle Field Sales for Palm Devices
- Oracle iStore (rebranded Internet Commerce Server)
- Oracle iPayment
- Oracle iBill & Pay
- Oracle iMarketing
- Oracle Depot Repair

*Release CRM 11i — June 2000*
- Oracle Customer Intelligence
- Oracle eMail Center
- Oracle iSupport

**Note 2**
**Platform Specifications**
All the modules will run only on the Oracle8i database and support the HP-UX, Solaris, Windows NT and Linux operating systems.

**Note 3**
**Back-Office/Front-Office Independence**
Oracle's June 2000 CRM functions are r.11.03, but the database being promoted now is a version of 3i with different schema. Back- and front-office applications must be running on the same release (e.g., 11i to get the latest functions) to work together effectively and for the front-office functions to be fully independent of the back-office. This will not happen until late 2000.

**Acronym Key**
**ERMS**  E-mail response management system
**ERP**  Enterprise resource planning
**ICA**  Internet computing architecture

---

because: 1) most code has been written in-house by the same developers, 2) the functionality acquired through acquisition has been reworked by Oracle into a single schema/data model and 3) the modules use a common workflow subsystem.

**Challenges: It does not have the deepest functions and has few references.** Despite significant improvements on CRM 3i, Oracle cannot claim to have the deepest functionality in any of its modules when compared with the best-of-breed vendors. Functional gaps remain; for example, the ability to push Web pages to a customer will be in the next release and field sales functions use offline Web folders. Moreover, there are some platform limitations in the use of CRM 11i (see Note 2), the most serious being that the CRM functions cannot yet be run independently of the traditional Oracle back-office (see Note 3). It is unlikely that Oracle will provide leading-edge functions within the next five years due to the slow speed of large-scale development. However, enterprises that are looking for a commodity front-office solution that is fully integrated with ERP will find Oracle to be a good option.

The bigger challenges for Oracle lie in delivery. First, customer references remain scarce. Despite claims of 650 CRM customer shipments worldwide with 250 in Europe (including previous releases), we have found less than 100 clients worldwide in production with at least one CRM module in any of the five releases. Second, although Oracle's consulting organization gives it a large, ready-made implementation channel, there are issues of channel conflict. There are now more than 400 CRM Oracle consultants in the United States and 300 in Europe. However, they are seen as unnecessary potential competition by independent system integrators and consultants such as Andersen Consulting, PricewaterhouseCoopers and KPMG. These are funding Siebel practices, which will hurt Oracle's CRM business.

**Bottom Line:** Oracle will be the most viable ERP vendor selling CRM by year-end 2000 and a major force in the CRM software markets by 1H02 due to its financial, R&D and distribution resources. Already it has the broadest and most tightly integrated front- to back-office offering. The benefits of integration are strong for startups, existing Oracle back-office application customers and existing or potential Oracle iStore users. However, users with different back-office applications and/or those looking for best-of-breed will be disappointed. Depth of functionality has improved significantly since 3i, but Oracle will lag the best-of-breed vendors though 2005. However, Oracle's greatest challenges will be: 1) educating its sales force in selling CRM and 2) attracting independent consultants as partners. Users should review each module based on its own merits and ask for more references.

---

GartnerGroup RAS Services
Copyright © 2000
E-10-9104
10 July 2000

NDCA-ORCL 009365