


# Oracle Corporation

Rating: BUY

Symbol: ORCL
FY: May

Last trade: $33.25

52 Week Range:
$21.50-$46.47

Book Value: $0.84

Dividend: none

Shares Out: 5.87B
Market Cap: $186B

November 30, 2000
Current Assets: $6.8B
Total Assets: $8.9B
Equity: $4.9B

Analyst:
Brendan Barnicle
bbarnicle@pacific-crest.com
206/ 689-5611

January 18, 2000

**Summary & Recommendation**

Oracle controls over 42% of the database market, and it is now in a position to leverage its database strength to sell e-business applications to its customers, as well. With the introduction of its new e-business suite, Oracle 11*i*, Oracle can offer a company everything that it needs for enterprise and Internet computing, including customer relationship management (CRM), supply chain management (SCM), enterprise resource planning (ERP), procurement and online exchanges. Oracle 11*i* posted 66% growth last quarter. Oracle is also scheduled to release its newest database product, Oracle 9*i*, in spring 2001. Oracle 9*i* is specifically designed to meet the needs of web hosted applications. We are projecting earnings of $0.52, $0.58 and $0.64 in FY2001, CY2001 and FY2002, respectively, and a price target of $42.

- **Product Cycle Play.** Oracle controls 42% of the database market, followed by IBM with 20% and Microsoft with 8%, and Oracle is positioned to expand its market share with the release of Oracle 9*i* in the spring of 2001. Oracle 9*i* takes the standard features for Oracle 8*i*, its most popular database product, and adds the functionality necessary to support web-hosted applications. In addition, Oracle just launched its e-business applications suite, Oracle 11*i*, in May 2000.

- **Not Just Databases.** Oracle's new e-business applications suite, Oracle 11*i*, is demonstrating strong initial growth. Last quarter, its sales grew by 66% year-to-year and 78% quarter-to-quarter. We are forecasting growth of 50% through the remainder of FY2001 and FY2002. Despite slowing IT spending, Oracle 11*i* will continue to grow because it offers real cost savings to organizations. By offering CRM, SCM, ERP and other applications in a single software suite, Oracle 11*i* reduces software integration costs. In addition, several of the individual software modules, like CRM and SCM, actually reduce operating expenses by reducing headcount, consolidating data centers and reducing procurement costs. In addition, recent financial results from SAP (26% revenue increase) and Oracle Japan (60% pre-tax income increase) show continued IT spending for enterprise software.

- **36% Discount to the S&P 500.** Oracle currently trades at a 57 P/E ratio and a 2.3 PEG ratio for CY2001. The S&P 500 trades at a 3.6 PEG ratio for CY2001. Therefore, we are setting a price target for Oracle of $42. At $42, Oracle will trade at a 2.9 PEG ratio for CY2001. In addition, there could be potential upside surprises related to Oracle 11*i*, Oracle 9*i* and additional operating leverage that could move the stock even higher.

- **Still Room for Margin Improvement.** Oracle has improved operating margins for the last 10 quarters from 15.84% in FY1Q1999 to 35.56% in FY2Q2001, its most recent quarter. We are forecasting a 0.6% improvement to operating margins in FY2002. Oracle CEO Larry Ellison has also suggested that Oracle will save an additional $1B in operating expenses, but the company has provided no guidance on where or when those saving will occur.

**Investment Thesis**

Oracle controls over 42% of the database market, and it is now in a position to leverage its database strength to sell e-business applications to its customers, as well. Oracle 11$i$, the company's new e-business suite, is early in its product cycle and receiving increasing traction, with 66% year-to-year growth and 78% quarter-to-quarter growth during the last quarter. As adoption continues to grow, Oracle's e-business software suite could be as large as its database products.

In addition, Oracle remains very strong in database software, and it is likely to increase its database market share with the release of Oracle 9$i$ in the spring of 2001. Oracle 9$i$ utilizes several significant advances in caching technology that make it particularly well suited for the web hosted applications market. With its database products, Oracle sells the operating system for the Internet and with 11$i$, it is now selling the applications as well. Ultimately, Oracle is well position to have the kind of market leadership position in enterprise computing and Internet computing that Microsoft has demonstrated in personal computing.

**Company Description**

Oracle Corporation, based in Redwood Shores, CA, is the second largest software company in the world, producing database and e-business applications software. Its database software products include database management systems and development tools that enable users to create, retrieve and modify various types of data stored on a computer system. The e-business applications software products automate the performance of various business data processing functions, including customer relationship management (CRM), supply-chain management (SCM), financial management, procurement, project management, financial management and human resources management. Oracle's software products run on a broad range of computer hardware, including mainframes, minicomputers, workstations, personal computers and information applications, and operate with more than 85 different operating systems, including UNIX, Windows, WindowsNT, OS/390 and Linux.

**Applications Opportunity-Introduction of Oracle 11$i$**

In May 2000, Oracle introduced a broad suite of Internet-based e-business applications in its newest product, Oracle 11$i$ applications suite. Oracle 11$i$ provides an integrated e-business suite that includes software modules for customer relationship management (CRM), supply chain management (SCM), enterprise resource planning (ERP), online requisitions, Internet exchanges, financial management and human resources. 11$i$ challenges the idea that an enterprise needs to purchase several different software components to handle its various tasks. Rather, Oracle 11$i$ provides a single product that fully integrates all of these software needs.

The largest cost in integrating new software into an enterprise is not the actual cost of licensing the software, but the cost of integrating that software into the enterprise, so that it communicates and operates with the enterprise's existing software. Integration costs can be five to ten times the cost of the actual licenses. Because Oracle 11$i$ has so many of the necessary software modules integrated, the enterprise installation and integration for Oracle 11$i$ is much easier, faster and cheaper than attempting to integrate several different software components within one enterprise. Consequently, Oracle 11$i$ produces real cost savings for organizations.



### Oracle 11*i* Traction, Sales up 66% last quarter

Oracle 11*i* grew by 43% in FY1Q and by 66% in FY2Q. Our model projects 50% growth through the remainder of FY2001 and FY2002. At the end of FY2Q, 11*i* was live with 83 organizations, including Compaq (CPQ), JDS Uniphase (JDSU) and American General (AGC). It is in the process of going live in over 100 additional organizations, replacing several of its competitors, including Siebel Systems and i2 Technologies.

### Database Roots & New Product Prospects-Oracle 9*i*

With over 42% market share, Oracle is the leading supplier of database software for Internet commerce and Web-based applications. While the database market has been maturing for Oracle, we believe that Oracle could see an increase in database growth in FY2002 with the launch of a new database product, Oracle 9*i*. Oracle introduced Oracle 9*i* in October 2000, but will not be releasing the product until spring 2001. Oracle 9*i* utilizes several significant advances in caching technology that make it particularly well suited for the web hosted applications market. In addition, we believe that Oracle will be supported by continued growth in the database industry. According to Dataquest, the database market is projected to continue to grow, reaching $12.7B by 2004, a 50+% increase over 1999.



Source: IDC-May 2000

**Continued Margin Improvement**
Oracle's operating margins were 35.6% in the last quarter, which was a 1.1% point increase over the previous quarter. More importantly, operating margins have consistently improved over the last ten quarters. Oracle claims to have saved over $1B in operating expenses, at least partially because of its own implementation of 11$i$. More conservative estimates put the actual cost savings at $400M and attribute the other $600M to enhanced revenues with enhanced margins. Our model forecasts additional margin improvements in FY2002, with a 0.6% point improvement in operating margins and a 1.21% point improvement in pre-tax income margins. Oracle CEO Larry Ellison has also loosely suggested that Oracle will save an additional $1B in operating expenses. Since Oracle has not provided specific guidance on where or when these saving will occur, we have not reduced operating expense estimates in our model for FY2002 dramatically. However, Oracle's cost-cutting initiative could provide upside to earnings in FY2002.



**Leading the Offering of Applications Online**
Rather than simply licensing its software, Oracle has launched a new initiative called Business OnLine that delivers enterprise applications and technology to customers across a network that is hosted and managed by Oracle. Customers can access these applications by using a standard Internet browser. At this time, Oracle does not break out revenues from this segment, but it represents the move towards viewing software as a service rather than a product. Similarly, last year, Oracle launched oraclesalesonline.com, which offers Oracle's sales force automation software for free as a web-based service. Ultimately, Oracle will be able to charge customers a storage fee for use of its web-based services. It is still too early to tell how large an opportunity is available for web-based applications, but Oracle is well positioned if this much discussed paradigm shift becomes a reality.

**Strong Balance Sheet**
Oracle has a 6.1% long-term debt-to-total-capital ratio, with $4.4B in cash and short-term investments. Cash decreased by $1.4B from $5.1B at the end of FY1Q2001 because of Oracle's stock buy back program. Last quarter, Oracle bought $1.4B of its stock, purchasing 44M shares at an average price of $32.68 per share. Oracle will not release any of the details of their buy

back program, but indicated that they plan to continue buying back stock indefinitely. Long-term debt remained $301M, compared to $301M at the end of FY1Q2001. DSO continues to be well managed at 66 days, down from 67 in FY1Q2001.

**Investment Risks**
**Slowed IT Spending**
This past quarter has witnessed a marked decline in PC sales and corporate IT spending. Because Oracle 11*i* is still relatively new and replaces so many other software components, Oracle claims that it has not seen an impact on sales from the broader decline in IT spending. We also believe that the law of small numbers is working in Oracle's favor and that it should be able to meet our expectations despite a cooling global economy. Oracle 11*i* provides demonstrable cost savings to organizations. Oracle claims to have reduced its operating expenses over $1B. We believe that a cost savings of $400M is more likely. Nevertheless, these savings are largely the result of putting 11*i* in place. Finally, recent reports from The Gartner Group; recent financial results SAP and Oracle Japan; and channel checking with consultants and CIOs indicate that enterprise software remains a top IT spending priority in 2001. Therefore, we believe that Oracle's products are less likely than other software offerings to be impacted by reductions in IT spending. Taking these changes into consideration, our model forecasts database growth at 12% through the next two quarters and 11% thereafter, as opposed to management's guidance of 15%. Our model forecasts applications growth at 50% through the next six quarters, as opposed to management's guidance of 75% for next quarter.

**Continued 11*i* growth**
While 11*i* is off to a promising start, it must continue to demonstrate strength and begin to approach the size of database sales before we can be completely comfortable that it will become a standard application for e-business solutions.

**Competition**
Oracle competes against a number of very strong, smaller companies that produce best-of-breed products, including Siebel, i2, Ariba and Commerce One. Increasingly, these companies are banding together and working with other major industry players, like Microsoft, SAP and IBM, to challenge 11*i*.

**Management Turnover**
Oracle has lost two key executives over the last 12 months. In June 2000, Ray Lane, Oracle's President and Chief Operating Officer, abruptly left Oracle after 8 years to join the venture capital firm Kleiner Perkins Caufield & Byers. Lane had harsh criticisms of Oracle CEO Larry Ellison. Lane claimed that Ellison's domineering style was not allowing Oracle to develop the independent managers that it will need in the future. In addition, he expressed skepticism about the willingness of the Global 2000 to embrace Oracle 11*i* because it will require them to place so many business critical functions with a single vendor.

In December 2000, Gary Bloom, Oracle's Executive Vice President, left Oracle after 14 years to become the CEO of storage software maker Veritas Software. Bloom's departure was far more amicable than Lane's departure. Oracle and Veritas have a long history of working together, and presumably, that relationship will continue under Bloom's leadership.

**Microsoft**
Microsoft has 13% of the database market, and it increased its market share by 2% between 1998 and 1999. Oracle increased its market share by 1% during the same period. Microsoft's growth has resulted largely from the success of its SQL Server 7.0. Microsoft is also preparing to release

its SQL Server 2000, which will offer enhanced data mining and storage, but will not offer the all of the caching advances in Oracle 9i.

Microsoft does not offer e-business applications, like CRM, SCM and ERP. But, in December 2000, Microsoft acquired ERP software maker Great Plains Software. Great Plains has primarily focused on small and medium sized organizations, and it has developed an outstanding reseller channel to sell to those organizations. It is likely that Microsoft will leverage the Great Plains resellers to sell additional Microsoft products to small and medium sized organizations, rather than launch a larger initiative into the ERP market. Microsoft has identified small and medium sized organizations as one of its key strategic focuses.

**Valuation**
Oracle is currently 37% off of its 52-week high. At a 64 and 57 P/E ratio for FY2001 and CY2001, respectively, its P/E ratio is higher than that of Microsoft and the S&P 500, but lower than its peers. In addition, its 2.6 and 2.3 PEG ratios for FY2001 and CY2001, respectively, are significantly lower than the average 3.6 PEG ratio of the S&P 500.

At a $42 target price, Oracle would have a 81 and 72 P/E ratio and a 3.2 and 2.9 PEG ratio for FY2001 and CY2001, respectively, which are still significantly lower than the 3.6 PEG ratio of the S&P 500 for CY2001. We believe that the various upside potentials of Oracle 11i, Oracle 9i and Oracle's additional cost cutting could lead to upside EPS and upside to our target price.

### ORACLE Relative Valuation - PEG Basis

| Performance Management Company | Ticker | 1/17/01 Price | Market Cap | 2001 P/E | 2002 P/E | Estimated Growth** | 2001 PEG | 2002 PEG |
|---|---|---|---|---|---|---|---|---|
| Microsoft | MSFT | 52 15/16 | 282B | 28.2x | 23.0x | 16% | 1.8 | 1.4 |
| Siebel Systems | SEBL | 75 7/16 | 32.4B | 112.6x | 83.8x | 47% | 2.4 | 1.8 |
| SAP | SAP | 43 7/8 | 55.5B | 63.6x | 47.7x | 22% | 2.9 | 2.2 |
| i2 Technologies | ITWO | 53 7/8 | 21.5B | 158.5x | 103.6x | 45% | 3.5 | 2.3 |
| Ariba | ARBA | 35 7/8 | 9B | 119.6x | na | 67% | 1.8 | na |
| CommerceOne | CMRC | 21 15/16 | 4.2B | 1096.9x | 42.2x | 61% | 18.0 | 0.7 |
| S&P 500 | | | | 21.6x | 19.1x | 6% | 3.6 | 3.2 |
| Average | | | | 263.2x | 60.1x | 43.0% | 5.1 | 1.7 |
| Oracle | ORCL | 33 1/4 | 186B | 57.3x | 50.4x | 25% | 2.3 | 2.0 |

**Recent Financial Results**
Oracle reported a solid fiscal second quarter, reporting EPS of $0.11, beating consensus estimates by $0.01. In addition, Oracle reported revenue of $2.7B, which was consistent with consensus revenue estimates.

More importantly, Oracle saw an impressive 66% increase in Applications sales, as a result of increased sales of Oracle 11i. Applications sales are critical to Oracle's long-term growth. They grew by a disappointing 32% in FY1Q2001, which fell below consensus estimates. This past quarter's success allayed some concerns about Applications growth, but Oracle will need to continue to post 50+% growth in order to remove skepticism about the growth of Oracle 11i.

In addition, Oracle saw a 19% increase in sales of its database software, which was ahead of consensus estimates. Total software license revenues was up 25% to $1.1B, while total service revenue increased 9% to $1.5B for the quarter.

Oracle also demonstrated continued margin improvements. Operating margins for FY2Q2001 were 35.6%, which was a 1.1% improvement over the previous quarter. This was Oracle's 10th quarter of margin improvement. Oracle claims to saved over $1B in operating expenses (although $400M is more realistic), and it is now striving to reduce operating expenses by an additional $1B. Oracle is achieving these impressive results by implementing its own software to consolidate its IT data centers, reduce customer support headcount and achieve efficiencies through web-based procurement.

### Revenue Sources

Oracle's revenue is broadly derived from four categories: Applications Licenses, Database Licenses, Support and Consulting & Education. The table below outlines the historical and forecasted growth of these various revenue categories.

| | FY 1999A | FY 2000A | FY 2001E | FY 2002E | Explanation |
|---|---|---|---|---|---|
| **Revenues** | | | | | |
| Applications Licenses | 651 | 923 | 1,404 | 2,106 | Continued Growth of Oracle 11i |
| % of Revenue | 7% | 9% | 12% | 15% | |
| DB Server Licenses & Tools | 2,940 | 3,392 | 3,860 | 4,323 | Introduction of Oracle 9i |
| % of Revenue | 35% | 33% | 33% | 31% | |
| Support | 2,346 | 2,978 | 3,669 | 4,552 | Annuity, Annual Contract Renewals |
| % of Revenue | 27% | 29% | 31% | 32% | |
| Total Product Revenues | 5,937 | 7,293 | 8,933 | 10,981 | |
| % of Revenue | 69% | 72% | 76% | 79% | |
| Consulting & Education | 2,793 | 2,705 | 2,672 | 2,859 | Oracle 11i reduces integration costs |
| % of Revenue | 32% | 27% | 23% | 20% | |
| Other | 97 | 132 | 156 | 200 | |
| | | | | | |
| Total License Revenue | 3,688 | 4,447 | 5,420 | 6,729 | |
| % of Revenue | 42% | 44% | 46% | 48% | |
| Total Service Revenue | 5,139 | 5,680 | 6,341 | 7,411 | |
| % of Revenue | 58% | 56% | 54% | 52% | |

### Revenue Growth & Composition

We believe that Applications Licenses will have the largest year-to-year growth, growing by 52% and 50% in FY2001 and FY2002, respectively. We believe that it will have the largest growth as a percentage of revenue, growing from 9% of total revenue in FY2000 to 15% of total revenue in FY2002. Applications Licenses growth will be dependent on the success of Oracle 11i. Applications Licenses growth will help to diversify Oracle's revenue stream and reduce its dependence on its database products.

Database Licenses will also continue to grow. We are forecasting growth of 14% and 16% in FY2001 and FY2002, respectively. While Database Licenses will continue to be 33% of total revenue in FY2001, as they were in FY 2000 and FY1999, they will drop to 31% of total revenue in FY2002. Database Licenses growth will be dependent on the continued success of Oracle 8*I* and the success of Oracle 9*i*.

Support will have the largest growth in absolute dollars, growing by $691M and $883M in FY2001 and FY2002, respectively. We believe that Support will grow by 23% and 24% in FY2001 and FY2002, respectively. It will show a modest increase as a percentage of total revenue, growing from 29% of total revenue in FY2000 to 32% of total revenue in FY2002. Support growth will be dependent on the success of Oracle's licensed products. Customers typically purchase support on an annual contract at the same time that they license the software. The contract price is based on the level of support services provided and the number of users. Once established, customers typically renew these contracts.

Consulting & Education is the only revenue category forecast to decline. We believe that Consulting & Education will decline by $28M in FY2001, but increase by $187M in FY2002. These changes represent a 1% decrease and 7% increase in FY2001 and FY2002, respectively. But, Consulting & Education will be a declining portion of total revenue, declining from 27% in FY2000 to 20% in FY2002. These revenues will decline largely because Oracle 11$i$ does not require the same level of integration and training that historically has been required with other Oracle products.

**Applications Licenses**
Oracle's primary applications software is Oracle 11$i$, which Oracle introduced in May 2000. Oracle 11$i$ provides an entire suite of e-business software applications, including 50 integrated software modules for core business functions, such as customer relationship management (CRM), supply chain management (SCM), enterprise resource planning (ERP), procurement and online exchanges. The integrated software suite produces real savings for organizations that implement Oracle 11$i$.

The largest cost in integrating new software into an enterprise is not the actual cost of licensing the software, but the cost of integrating that software into the enterprise, so that it communicates and operates with the enterprise's existing software. Integration costs can be five to ten times the cost of the actual licenses. Oracle 11$i$ provides over 50 business software modules in one fully integrated suite. Because all of the software modules have been integrated, Oracle 11$i$ dramatically reduces the costs that have historically been associated with integrating the functionality of these various software modules. In addition, it can be integrated into an enterprise far more rapidly than other software packages. As a result, it has had a warm reception from the Global 2000. It has been purchased and installed at Compaq Computer Corporation (CPQ), JDS Uniphase Corporation (JDSU), American General Corporation (AGC), The Hewlett-Packard Company (HWP), Qualcomm, Inc. (QCOM) and many more. There are also over 100 additional companies that are in the process of installing it.

Oracle 11$i$ not only offers ease of integration. Several of the software modules, like CRM, SCM and procurement, actually reduce an organization's operating expenses by reducing headcount, consolidating data centers and reducing procurement costs. Oracle attributes a large part of its $1B reduction in its operating expenses to its adoption of Oracle 11$i$.

Oracle's CRM applications allow the complete management of customer relations and the integration of services through the Internet, call centers and sales force. Specifically, Oracle's CRM applications offer 35 integrated software modules designed to improve marketing, sales, service and e-mail automation. Oracle's CRM software competes with Siebel Systems, Epiphany, Kana, Broadvision and eGain.

Oracle's Internet Supply Chain Applications provide software modules for planning, scheduling, order management, procurement, manufacturing and logistics. These applications produce

reduced procurement costs, specialized products and enhanced distribution efficiency. Oracle's SCM software competes with i2 Technologies, J.D. Edwards and Manugistics.

Business applications accounted for 9% of revenues at the end of FY2000 and we estimate that they will account for 12% of revenues at the end of FY2001.

Oracle has just introduced 11*i*, so there are no market share numbers at this point. In addition, because 11*i* competes in so many different markets, we will ultimately have to look at is market share in each sub-market (i.e. CRM, SCM, ERP, etc.).

**Database Licenses**
Oracle's core database systems product is Oracle8*i*, the most popular database system in the industry. Oracle is also preparing to release its new database product in spring 2001, Oracle9*i*.

Oracle 8*i* is a relational database management system designed specifically as a foundation for Internet development and deployment. It enables the storage, manipulation and retrieval of relational, object-relational, multi-dimensional and other types of data. In addition, it enables data management, transaction processing and data warehousing, particularly for an Internet environment.

In August 2000, Oracle released Oracle 8*i* (Release 3), which is its "terminal" version of Oracle 8*i*. As the "terminal" version, Release 3 has been more thoroughly tested than prior versions, and it will be supported longer than prior versions. Most importantly, it has also been introduced with several attractive new features, including new Java services, additional security features, enhanced XML support, PL/SQL gateway for HTTP and Oracle HTTP listener powered by Apache.

Oracle has also introduced Oracle 8*i* Lite, which was designed to enable wireless communications devices and runs primarily on laptops and information appliances, like PDAs. Oracle 8*i* Lite is a mobile database that requires not administration, and it can be used to temporarily store data and applications to be replaced by 8*i*.

Oracle 9*i* is Oracle's newest database product. It is scheduled for launch in the spring 2001. It has been specifically designed to address the needs of the emerging hosted application market on the Internet. As software moves from being a product to a hosted service, there will be an increased demand for database products like Oracle 9*i*. Oracle 9*i* offers transparent, rapid-growth clustering, enhanced personalization, powerful and cost-effective security measures, zero-data loss safeguards and real-time business intelligence.

Oracle 9*i*'s rapid-growth clustering is the result of advances in caching technology, including Oracle's Cashe Fusion architecture, which is the result of 5 years of development and 9 patents, with 18 additional patents pending. Cashe Fusion allows transparent application scalability by quickly and effectively sharing cluster-wide caches for coordinated data access. This need arises when multiple servers are trying to access the same data at once. If a user on one server is trying to access or change the same data while another user on another server is also trying to access or change the same data, there can be inconsistencies. Cashe Fusion provides the functionality and intelligence to prevent such inconsistencies with no apparent reduction in speed.

Database products accounted for 33% of revenues at the end of FY2000, and we estimate that they will account for 33% of revenue at the end of FY2001. Oracle prices its database products

using Power Unit Pricing. The licensing price charged to the customer is based on the processing power of the hardware that the customer is using to run the database products.

According to IDC, Oracle had 42.4% market share in the database market in May 2000, followed by 20.4% by IBM and 7.8% by Microsoft. Oracle's database products have achieved customer retention of 85%, the highest in the industry, and customer attrition of 5%, the lowest in the industry. Oracle's database software competes with IBM, Microsoft, Informix and Sybase.

**Support**
Oracle sells technical support along with all of its software licenses. Customers typically purchase support on an annual contract at the time that they purchase the software. The contract price is based on the level of support services provided and the number of users of the software. Once established, customers typically renew these contracts annually.

**Consulting & Education**
Oracle derives revenues from consulting, education and systems integration services in support of its products. In addition, Oracle has introduced Business OnLine which offers a hosting services that delivers enterprise applications and technology across a network that can be accessed using any standard Internet browser. Oracle does not break out revenue from Business Online. But, total services revenue accounted for 56% of total revenues in FY2000, and we estimate that they will account for 44% of revenues at the end of FY2001. The decline of services as a percentage of revenue is attributable to the increase in Applications Licenses revenue, particularly the growth of Oracle 11$i$.

**Market Overview**
Oracle competes in two primary markets, business applications and database software. Business applications includes software solutions that automate specific business data processing needs, including CRM, SCM, ERP and e-commerce applications. Database software is broadly defined to include relational database management systems and online analytical processing.

**Business Applications Software**
Business applications software consists of four main categories: customer relationship management (CRM), supply-chain management (SCM), Enterprise Resource Planning (ERP) and e-commerce applications.

**Customer Relationship Management (CRM)**
CRM software includes marketing, sales, service and e-mail automation. With the rise of the Internet as a distribution and communications channel for large and small companies, there has been an overwhelming increase in the demand for CRM software. The CRM market is largely fragmented. There has been a significant amount of partnering within the industry, and we believe that there will also be significant consolidation within the industry. It is projected to grow at a CAGR of 42%, reaching $11B by 2003, up from $2.7B in 1999. (Source: IDC)

**Supply-Chain Management (SCM)**
SCM software enables enhanced collaboration between customers and suppliers which reduces costs through improved production planning and supply-chain optimization. One of the greatest benefits of the increase in business-to-business transactions on the Internet has been the rapid growth in SCM software. The SCM industry is projected to grow at a CAGR of 15%, reaching $26B by 2003, up from $13B in 1999. (Source: IDC)

**Enterprise Resource Planning (ERP)**

ERP software has historically automated internal back-office processes, such as inventory management, manufacturing, finance and human resources. But, with the rise of the Internet, there has been an introduction of ERP applications that run on the Internet within an enterprise and between enterprises.

**E-Commerce Applications**
E-Commerce applications broadly defined can include everything from transaction processing to auctions to procurement. Oracle offers a procurement application and a trading exchange application, which includes transaction processing and auctions for the enterprise market. Procurement applications are projected to grow at a CAGR of 23%, reaching $5B by 2004, up from $1.5B in 2000. Trading exchange applications are projected to grow at a CAGR of 87%, reaching $2.8B by 2004, up from $0.4B in 2000

**Relational Database Management Systems (RDMS)**
Historically, RDMS have focused on managing internal enterprise data. But, with the rise of the Internet and increased communication and collaboration between enterprises, there is a new need for RDMS that are suited for the Internet. As a result, the worldwide database industry is projected to grow at a CAGR of 10%, reaching $12.7b by 2004, up from $8B in 1999. (Source: Dataquest)

**Online Analytical Processing (OLAP)**
Online Analytical Processing is commonly referred to as business intelligence. It allows companies to analyze data to optimize their business operations The OLAP industry is projected to grow at a CAGR of 23%, reaching $4B by 2002, up from $2.5B in 1999. (Source: The OLAP Report)

**Competition**
Oracle's product offerings are so broad that it faces a variety of competitors, particularly with Oracle 11*i*, which competes with the various best-of-breed software components.

**CRM: Siebel Systems, Broadvision, Epiphany, Kana, eGain**
Oracle faces its largest number of competitors in the CRM market. To date, the CRM market has been dominated by a "best-of-breed" approach, where companies selected the best software available for each portion of their CRM needs. Oracle has taken a new approach by providing a fully integrated suite of e-business applications which includes all the various CRM functions in a single software package. Siebel Systems also offers a suite of CRM software, but its suite only includes CRM functions. In marketing automation, Oracle competes with E.piphany and Prime Response. In sales automation, Oracle competes with Siebel Systems and Broadvision. In service automation, Oracle competes with Clarify and Kana. In e-mail automation, Oracle competes with Kana and e-Gain. Increasingly, these CRM providers are working with other software providers, like Microsoft and IBM, to provide a more integrated software solution.

**SCM: i2, Manugistics, Vitria**
SCM is one of the most rapidly growing segments of the e-business software market. Industry leaders like i2 have been quick to adapt their traditional SCM software to the Internet. While none of them provide an integrated suite of products, i2 has formed an aggressive partnership with Ariba and IBM that has dramatically broadened its offerings and reduced the integration burden.

**ERP: SAP, PeopleSoft, Baan, J.D. Edwards**

Oracle has integrated is ERP software with its entire e-business suite and Internet-enabled its solutions. Its primary competitors are traditional ERP software providers who historically have operated within a single enterprise. They are challenged with adapting their traditional products to the needs of the Internet. Some, like SAP, have formed alliances with other e-business solutions providers to adapt their product to the Internet. SAP has an alliance with CommerceOne, and they have introduced an Internet solution that is more comprehensive than what either company previously offered to customers.

**Procurement:** CommerceOne, Ariba

Oracle 11$i$ offers a wide range of procurement functionality, including purchase order processing, RFQ functionality and business rules. These same functions are offered by CommerceOne and Ariba. Ariba has won a significant number of the Global 2000 accounts, while CommerceOne has won many of the major industry consortia exchanges. In addition, Ariba has partnered with i2 and IBM, and CommerceOne has partnered with SAP in order to offer broader and more fully integrated software products that will better compete with Oracle 11$i$.

**Exchanges:** CommerceOne, Ariba, Clarus

Oracle 11$i$ also offers the many necessary functions to support an online exchange, including auctions, dynamic pricing, XML tagging, supplier availability and an open platform. Oracle faces many competitors in this segment, including CommerceOne, Ariba and Clarus. None of these competitors offer an integrated solution.

**DMBS:** IBM, Microsoft, Informix, Sybase

Oracle has 42.4% of the DMBS market. IBM and Microsoft have 20.4% and 7.8%, respectively. In addition, the release of IBM's DB2 7.1 and Microsoft's SQL 2000 could threaten to take additional market share away from Oracle. Oracle will rely on its substantial installed base, the additional advances that it has made to Oracle 8$i$ in Release 3, and the launch of Oracle 9$i$ to improve its market share in 2001. (Source: Dataquest)

**OLAP:** Hyperion, Cognos, Microsoft, MicroStrategy

Oracle had only 11% of the 1999 OLAP market, losing 7% basis point during 1999. However, the OLAP industry leader, Hyperion, also lost market share, losing 4% basis points during the same period. Hyperion and Oracle lost market share to their smaller competitors, including Cognos, MicroStrategy, Microsoft and Business Objects. (Source: Dataquest).

## RECOMMENDATION

We are initiating coverage of Oracle Corporation with a rating of **Buy (2)**.

Oracle controls over 42% of the database market, and it is now in a position to leverage its database strength to sell e-business applications to its customers, as well. With the introduction of its new e-business suite, Oracle 11*i*, Oracle can offer a company everything that it needs for enterprise and Internet computing, including CRM, SCM, ERP, procurement and online exchanges. The product is early in its product cycle and receiving increasing traction, with 66% year-to-year growth last quarter and 78% quarter-to-quarter growth last quarter. As adoption continues to grow, Oracle's e-business software suite could be as large as its database products.

In addition, Oracle remains very strong in database software, and it is likely to increase its database market share with the release of Oracle 9*i* in the spring of 2001. Oracle 9*i* utilizes several significant advances in caching technology that make it particularly well suited for the web hosted applications market. With its database products, Oracle sells the operating system for the Internet and with 11*i*, it is now selling the applications as well. Ultimately, Oracle is well position to have the kind of market leadership position in enterprise computing and Internet computing that Microsoft has demonstrated in personal computing. We are projecting earnings of $0.52 and $0.64 in FY2001 and FY2002, respectively, and a price target of $42.

**Rated – Buy (2).**

Oracle

| | | Aug | Nov | Feb | May | | Aug | Nov | Feb | May | | Aug | Nov | Feb | May | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | FY 1999A | 1Q 2000A | 2Q 2000A | 3Q 2000A | 4Q 2000A | FY 2000A | 1Q 2001A | 2Q 2001A | 3Q 2001E | 4Q 2001E | FY 2001E | 1Q 2002E | 2Q 2002E | 3Q 2002E | 4Q 2002E | FY 2002E |
| **Revenues** | | | | | | | | | | | | | | | | |
| Applications Licenses | 151 | 109 | 168 | 199 | 447 | 923 | 156 | 279 | 299 | 671 | 1,404 | 234 | 419 | 448 | 1,006 | 2,106 |
| % of Revenue | 1% | 5% | 7% | 8% | 13% | 9% | 7% | 10% | 10% | 17% | 12% | 9% | 13% | 13% | 21% | 13% |
| DB Server Licenses & Tools | 2,540 | 494 | 709 | 844 | 1,345 | 3,392 | 616 | 814 | 937 | 1,493 | 3,860 | 690 | 912 | 1,049 | 1,672 | 4,323 |
| % of Revenue | 30% | 25% | 31% | 34% | 40% | 33% | 27% | 31% | 33% | 38% | 33% | 26% | 29% | 31% | 35% | 31% |
| Support | 2,346 | 667 | 720 | 754 | 837 | 2,978 | 838 | 873 | 927 | 1,030 | 3,669 | 1,032 | 1,074 | 1,159 | 1,287 | 4,552 |
| % of Revenue | 27% | 34% | 31% | 31% | 25% | 29% | 37% | 33% | 32% | 26% | 31% | 38% | 34% | 34% | 27% | 32% |
| Total Product Revenues | 5,037 | 1,270 | 1,597 | 1,797 | 2,629 | 7,293 | 1,611 | 1,966 | 2,163 | 3,193 | 8,933 | 1,956 | 2,404 | 2,656 | 3,965 | 10,981 |
| % of Revenue | 67% | 64% | 69% | 73% | 78% | 72% | 71% | 74% | 74% | 80% | 75% | 72% | 75% | 77% | 82% | 78% |
| Consulting & Education | 2,793 | 685 | 899 | 624 | 697 | 2,705 | 616 | 669 | 655 | 732 | 2,672 | 669 | 716 | 701 | 783 | 2,859 |
| % of Revenue | 32% | 35% | 30% | 25% | 21% | 27% | 27% | 25% | 23% | 18% | 23% | 25% | 22% | 20% | 16% | 20% |
| Other | 97 | 20 | 25 | 28 | 49 | 132 | 26 | 25 | 45 | 62 | 158 | 75 | 75 | 75 | 75 | 300 |
| **Total License Revenue** | 3,688 | 633 | 902 | 1,071 | 1,841 | 4,447 | 808 | 1,116 | 1,280 | 2,213 | 5,420 | 909 | 1,405 | 1,572 | 2,753 | 6,729 |
| % of Revenue | 42% | 32% | 39% | 44% | 54% | 44% | 36% | 42% | 45% | 56% | 46% | 37% | 44% | 45% | 57% | 48% |
| **Total Service Revenue** | 5,139 | 1,352 | 1,419 | 1,378 | 1,534 | 5,683 | 1,455 | 1,542 | 1,583 | 1,761 | 6,341 | 1,691 | 1,790 | 1,860 | 2,070 | 7,411 |
| % of Revenue | 58% | 68% | 61% | 56% | 45% | 56% | 64% | 58% | 55% | 44% | 54% | 63% | 56% | 54% | 43% | 52% |
| **Total Revenues** | 8,827 | 1,985 | 2,321 | 2,449 | 3,375 | 10,130 | 2,263 | 2,660 | 2,863 | 3,975 | 11,761 | 2,600 | 3,195 | 3,432 | 4,823 | 14,140 |
| **Total Operating Expenses** | | | | | | | | | | | | | | | | |
| S&M | 2,622 | 538 | 631 | 595 | 852 | 2,616 | 573 | 641 | 650 | 920 | 2,784 | 600 | 720 | 770 | 1,060 | 3,150 |
| % of Revenue | 30% | 27% | 27% | 24% | 25% | 26% | 25% | 24% | 23% | 23% | 24% | 23% | 23% | 22% | 22% | 22% |
| Cost of Services | 3,064 | 757 | 753 | 707 | 726 | 2,943 | 674 | 685 | 712 | 793 | 2,874 | 846 | 895 | 884 | 983 | 3,607 |
| % of Revenue | 30% | 38% | 32% | 29% | 22% | 29% | 30% | 26% | 25% | 20% | 24% | 31% | 28% | 26% | 20% | 26% |
| R&D | 841 | 236 | 246 | 258 | 270 | 1,010 | 251 | 266 | 292 | 320 | 1,129 | 296 | 350 | 365 | 375 | 1,386 |
| % of Revenue | 10% | 12% | 11% | 10% | 8% | 10% | 11% | 10% | 10% | 8% | 10% | 11% | 11% | 11% | 8% | 10% |
| G&A | 427 | 108 | 113 | 122 | 138 | 481 | 106 | 112 | 118 | 122 | 458 | 112 | 116 | 125 | 128 | 482 |
| % of Revenue | 5% | 5% | 5% | 5% | 4% | 5% | 5% | 4% | 4% | 3% | 4% | 4% | 4% | 4% | 3% | 3% |
| Total Headcount | 43,800 | 43,093 | 42,682 | 41,917 | 41,320 | 42,253 | 41,170 | 42,002 | 42,755 | 42,755 | 42,171 | 42,146 | 42,842 | 43,610 | 43,610 | 43,052 |
| **Total Operating Expenses** | 6,954 | 1,639 | 1,745 | 1,680 | 1,986 | 7,050 | 1,604 | 1,714 | 1,772 | 2,155 | 7,245 | 1,853 | 2,081 | 2,145 | 2,546 | 8,625 |
| **Operating Income** | 1,873 | 346 | 576 | 769 | 1,389 | 3,080 | 659 | 946 | 1,091 | 1,820 | 4,516 | 837 | 1,114 | 1,288 | 2,277 | 5,515 |
| Operating Margin | 21% | 17% | 25% | 31% | 41% | 30% | 29% | 36% | 38% | 46% | 38% | 31% | 35% | 38% | 47% | 39% |
| Net Investment Gains related to marketable securities | 24 | (1) | (5) | 424 | 6,521 | 6,937 | 15 | (13) | | | | | | | | |
| Other Income | 85 | 23 | 21 | 16 | 46 | 106 | 103 | 33 | 50 | 75 | 261 | 100 | 100 | 100 | 100 | 400 |
| **Pretax Income** | 1,982 | 364 | 592 | 1,209 | 7,956 | 10,123 | 777 | 966 | 1,141 | 1,895 | 4,777 | 937 | 1,214 | 1,388 | 2,377 | 5,915 |
| Taxes | 692 | 127 | 207 | 446 | 3,046 | 3,826 | 276 | 343 | 405 | 673 | 1,697 | 332 | 431 | 493 | 844 | 2,100 |
| **Net Income** | 1,290 | 237 | 385 | 763 | 4,912 | 6,297 | 501 | 623 | 736 | 1,222 | 3,082 | 604 | 783 | 895 | 1,533 | 3,815 |
| Shares Outstanding, Diluted | 2,968 | 5,965 | 6,013 | 5,996 | 6,010 | 5,996 | 5,875 | 5,875 | 5,880 | 5,885 | 5,879 | 5,885 | 5,875 | 6,000 | 6,000 | 6,007 |
| EPS | $0.43 | $0.04 | $0.06 | $0.13 | $0.82 | $1.05 | $0.09 | $0.11 | $0.13 | $0.21 | $0.52 | $0.10 | $0.13 | $0.15 | $0.26 | $0.64 |
| EPS with charges | | | | | | $0.34 | | | | | | | | | | |
| | | | | | | | | | | consensus $ | 0.51 | | | | consensus $ | 0.62 |
| **Operating Statistics** | | | | | | | | | | | | | | | | |
| Operating Margin | 21% | 17% | 25% | 31% | 41% | 30% | 29% | 36% | 38% | 46% | 38% | 31% | 35% | 38% | 47% | 39% |
| Pretax Margin | 22% | 18% | 26% | 49% | 236% | 100% | 34% | 36% | 40% | 48% | 41% | 35% | 37% | 40% | 49% | 42% |
| Effective Tax Rate | 35% | 35% | 35% | 37% | 38% | 38% | 35% | 35% | 36% | 35% | 36% | 36% | 36% | 36% | 36% | 36% |
| Net Margin | 15% | 12% | 17% | 31% | 146% | 62% | 22% | 23% | 26% | 31% | 26% | 22% | 25% | 26% | 32% | 27% |
| **Year-to-Year Change** | | | | | | | | | | | | | | | | |
| Revenue | NM | NM | NM | NM | NM | 14.76% | 14.01% | 14.61% | 16.90% | 17.77% | 16.10% | 14.87% | 20.11% | 19.86% | 21.33% | 20.23% |
| Operating Income | NM | NM | NM | NM | NM | 64.44% | 90.46% | 64.24% | 41.84% | 31.04% | 46.62% | 26.94% | 17.76% | 18.05% | 25.07% | 22.12% |
| Pretax Income | NM | NM | NM | NM | NM | 410.75% | 113.46% | 63.16% | -5.64% | -76.16% | -52.81% | 20.54% | 25.67% | 21.64% | 25.40% | 23.82% |
| Net Income | NM | NM | NM | NM | NM | 388.14% | 111.33% | 61.82% | -3.56% | -75.11% | -51.05% | 20.58% | 25.66% | 21.64% | 25.40% | 23.78% |
| EPS | NM | NM | NM | NM | NM | 141.63% | 114.63% | 65.62% | -1.66% | -74.59% | -50.08% | 20.37% | 25.69% | 19.21% | 23.00% | 21.13% |

|  | Nov 2Q 2000A | Feb 3Q 2000A | May 4Q 2000A | Aug 1Q 2001A | Nov 2Q 2001A |
|---|---|---|---|---|---|
| **Assets** | | | | | |
| Cash & Equivalents | 2,134 | 2,788 | 7,762 | 5,063 | 4,356 |
| A/R | 1,769 | 1,849 | 2,534 | 1,696 | 1,936 |
| Other | 497 | 529 | 587 | 500 | 531 |
| Total Current Assets | 4,400 | 5,146 | 10,883 | 7,259 | 6,823 |
| Long-term Investments | 194 | 120 | 110 | 70 | 30 |
| PP&E, Net | 966 | 966 | 934 | 937 | 942 |
| Net Software Development Costs | 99 | 99 | 95 | 89 | 0 |
| Other | 717 | 1,018 | 1,054 | 1,158 | 1,129 |
| Total Assets | 6,376 | 7,349 | 13,076 | 9,513 | 8,924 |
| **Liabilities & Shareholders' Equity** | | | | | |
| A/P | 245 | 225 | 290 | 257 | 286 |
| Current Portion of Long-term Debt | 3 | 3 | 0 | 0 | 0 |
| Income Taxes Payable | 112 | 270 | 2,822 | 517 | 526 |
| Unearned Revenues | 925 | 1,020 | 1,133 | 1,270 | 1,054 |
| Other | 1,186 | 1,291 | 1,617 | 1,263 | 1,302 |
| Total Current Liabilities | 2,471 | 2,809 | 5,862 | 3,307 | 3,168 |
| Long-term Debt | 301 | 305 | 301 | 301 | 301 |
| Deferred Taxes | 130 | 178 | 266 | 356 | 338 |
| Other | 73 | 73 | 188 | 178 | 191 |
| Total Liabilities | 2,975 | 3,365 | 6,615 | 4,142 | 3,998 |
| Total Shareholders' Equity | 3,401 | 3,984 | 6,461 | 5,371 | 4,926 |
| Total Liabilities & Shareholders' Equity | 6,376 | 7,349 | 13,076 | 9,513 | 8,924 |
| **Ratios** | | | | | |
| Current Ratio | 1.78 | 1.83 | 1.86 | 2.20 | 2.15 |
| Quick Ratio | 1.58 | 1.64 | 1.76 | 2.04 | 1.99 |
| Net Working Capital | 1,929 | 2,337 | 5,021 | 3,952 | 3,655 |
| Long-term Debt to Equity | 8.85% | 7.66% | 4.66% | 5.60% | 6.11% |
| A/R DSO | 60 | 58 | 57 | 57 | 55 |
| ROE | 18.32% | 18.47% | 18.92% | 11.25% | 15.90% |
| ROA | 9.77% | 10.01% | 9.35% | 6.35% | 8.77% |
| ROS | NM | NM | NM | 62.16% | 63.04% |
| Book Value Per Share | $ 0.58 | $ 0.68 | $ 1.10 | $ 0.91 | $ 0.84 |
| Cash Per Share | $ 0.36 | $ 0.47 | $ 1.32 | $ 0.86 | $ 0.74 |

**Income Statement Highlights**

|  | Nov 2Q 2000A | Feb 3Q 2000A | May 4Q 2000A | Aug 1Q 2001A | Nov 2Q 2001A |
|---|---|---|---|---|---|
| Total Revenues | 2,660 | 2,863 | 3,975 | 2,690 | 3,195 |
| Net Income | 623 | 736 | 1,222 | 604 | 783 |
| Shares Outstanding | 5,875 | 5,880 | 5,885 | 5,885 | 5,875 |