```
07:56am EDT  5-Apr-00 Warburg Dillon Read (Andrew Roskill) ORCL SILK KANA EGAN
ORCL: ANALYST MEETING

*******************************************************************
Warburg Dillon Read, LLC                              April 5, 2000
Andrew Roskill    +1 212 821 2220
Constance Cocroft +1 212 821 5504


Oracle Corp. (ORCL - NASDAQ) - Buy
US Technology, Software
-------------------------------------------------------------------
Price:        75.94   Div:        Nil  Mkt Cap:       226.5b  Est Debt/TC:  N/A
Price Tgt:   100.00   Yld:        Nil  Shrs O/S:        3.0b  ROE:          NMF
52 Week:      88.44 - 5 yr EGR:   25%  Avg Vol(000):   17926  Ent Val:    223.9b
              10.72                    Est BV/Shr:      1.56  Cvt Secs:      No
-------------------------------------------------------------------
FISCAL YEAR QUARTERLY ESTIMATES - EPS    FISCAL YEAR ESTIMATES - EPS
        1stQ    2ndQ    3rdQ    4thQ           Prior   EPS    P/E     Rev(M)
05/99   0.07A   0.09A   0.10A   0.18A    F99A          0.43   NMF      8827
05/00   0.08E   0.13E   0.17E   0.26E    F00E          0.63   NMF     10151
05/01   0.09E   0.17E   0.20E   0.35E    F01E          0.81   93.8    11890
05/02                                    F02E          1.00   75.9    13005
```

ORCL: ANALYST MEETING

**ORCL 0005374 B**

SUMMARY:
The rocky tech tape didn't keep attendees away from ORCL's Analyst meeting this year. Indeed, it appears that the company has perhaps outgrown its 160+ seat conference center. While the meeting was certainly filled with loud chest pounding, it seems that Oracle remains very well positioned in terms of new products and general marketing momentum. Further, our sense is that business trends remain strong; it's early on but Q4 seems to be well on track and the company is focused on minimizing changes and disruption in Q1.

HIGHLIGHTS:
* COMPETITION. As expected, Ellison and crew did a fair amount of competition-bashing, although Microsoft was hardly mentioned. The focus is on one-stop shop e-business solutions, particularly on "completeness and simplicity". While management conceded that some point solutions might have minor functional advantage, it does not outweigh their breadth of product. "We're big, we can do it all, they can't" pretty much sums up their view. The application, release 11i presentation took aim at virtually every e-business applications vendor, including eGain, Silknet/Kana, Clarify, i2, Commerce One, Ariba, e.piphany, among others. Regarding ERP gorilla SAP, Ellison commented that "we are always trying to kill our competitors, and they beat us to it," implying that SAP is "committing suicide" through a series of "horrible missteps." He believes that SAP's CRM efforts were not working, and that the company was looking into a deal with Norteland their recent Clarify CRM acquisition. Predictable bluster aside, it is clear that SAP and ORCL are locked head-to-head for the foreeable future.

*NEW PRODUCTS. The company is putting the final touches on a new database version - Oracle 8i Release 2 - that will make the new parallel server function more usable. Ellison also indicated that the somewaht delayed iFS product (Internet File System) would be out in April. A new database function "iCache" was also discussed to be released in May, iCache will beef up web server replication and will improve reliability and scalability. Finally, there is the new applications release 11i, which has been continually rumored to be delayed again. On paper, the changes to the 11i suite close the functional gap significantly, although at this point we're basing our always cynical optimism on power point slides and canned demos, and reserve judgement until we get more

http://www.firstcall.com/links/96/96822045279542416277/11472086077809902872/318950... 3/8/2002

**CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER**

NDCA-ORCL 308701

reference accounts.

ANALYSIS:
* B2B EXCHANGES. Adding to the controversy of late regarding the ability to attract large transaction revenues, Oracle outlined three alternative pricing strategies: (1) buy the software period; (2) pay less up front, but share in transaction revenues; (3) form a joint equity venture. Ellison believes that the barriers to entry are not that significant, and indicated that they built auction software in 70 days. Taking aim at CMRC and ARBA, Ellison joked that "we sell software in exchange for money, and the money that comes in should be more than the money that goes out." In addition to the six B2B exchange initiatives underway, Oracle outlined plans for "walk-in Oracle exchange.com" which was positioned as an open e-Bay for small businesses.

* FINANCIAL OUTLOOK. Q4 (May) is typically a strong quarter for Oracle, and althought it is way too early to get an accurate pulse on the quarter, it seems that results will be solid. The issue that investors seem concerned about is the subsequent Q1 (Aug.) period, which has been problematic for Oracle in the past. Ellison addressed this issue quite directly: All merger pricing changes were behind them in Q3, and to minimize disruption in Q1, there would be no major changesto organization, territories, comp plans or quotas. The result was applause.

-------------------------------------------------------------------------------
-------------------------------------------------------------------------------

Warburg Dillon Read LLC usually makes a market in the securities of this company.
This report has no regard to the specific investment objectives, financial situation or particular needs of any specific recipient. This report is based on information obtained from sources believed to be reliable but no independent verification has been made, nor is its accuracy or completeness guaranteed. This report is published solely for informational purposes and is not to be construed as a solicitation or an offer to buy or sell any securities or related financial instruments. Opinions expressed herein are subject to change without notice and the division, subsidiary or affiliate of UBS AG ("UBS") identified in this report is under no obligation to update or keep current the information contained in this report. UBS and/or its directors, officers and employees may take positions in, and may make purchases and/or sales as principal or agent or act as market-maker in the securities or related financial instruments discussed herein. Furthermore, UBS may provide corporate finance services to or serve as directors of the companies referred to in this report. UBS accepts no liability for any loss or damage of any kind arising out of the use of this report. UK: This report has been issued by UBS AG, acting through its investment banking division Warburg Dillon Read, regulated in the UK by the Securities and Futures Authority and a member of the London Stock Exchange, for distribution in the UK to persons who are not private customers. US: This report is being distributed to US persons by either (i) Warburg Dillon Read LLC ("WDR LLC"), a subsidiary of UBS AG; or (ii) by another division or affiliate of UBS AG to major US institutional investors only. WDR LLC accepts responsibility for the content of a report prepared by another division or affiliate of UBS AG only when distributed by WDR LLC to US persons. Canada: Bunting Warburg Dillon Read Inc. will provide upon request a statement of its financial condition and a list of its directors and senior officers. For transactions, please contact your local sales representative. Additional information will be made available upon request.

(c) 2000. All rights reserved. This report may not be reproduced or distributed in any manner without the permission of UBS.
First Call Corporation, a Thomson Financial company.
All rights reserved.  888.558.2500
]

ORCL 0005375 B

http://www.firstcall.com/links/96/968220452795424162771/11472086077809902872/318950... 3/8/2002

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 308702

EON

ORCL 0005376 B

http://www.firstcall.com/links/96/968220452795424l6277/11472086077809902872/318950... 3/8/2002

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 308703