```
01:20pm EDT 12-May-00 Morgan Stanley\DW (Phillips, Charles E. 212-761-4450) ORC
ORACLE: ORACLE - DINNER WITH RAY LANE P1
```

North America: United States of America
Technology: Enterprise Software

May 12, 2000
Company Update
Oracle
(NASDAQ: ORCL, Bloomberg: ORCL US)
Oracle - Dinner with Ray Lane

---

Charles E. Phillips
(chasp@ms.com)   (212) 761-4450

---

-ORACLE BELIEVES B2B MARKET MOVING THEIR WAY
 B2B exchange market is moving toward more complex services centered on
 fulfillment.

-PAYING FOR SOFTWARE IS THE MOST POPULAR EXCHANGE MODEL
 The model of taking 50% of revenue or large equity stakes is ending.

-ORACLE HAS ANNOUNCED 8 INDUSTRY EXCHANGES
 The company recently closed another large deal that will be announced
 shortly.  There are 250 more deals in the pipeline.

-ORACLE 11I TO SHIP LATER THIS MONTH
 This is Oracle's most important product to date.  11i integrates CRM, supply
 chain and exchange tools.

---

OUTPERFORM

Price (May 11, 2000):            $ 72.38
Price Target:                         NA
52-Week Range:              $ 88.44 - 11.50

---

Price: Abs. and Rel. To Market & Industry

The PDF versions of the complete document including these graphics or tables
are available to Morgan Stanley Dean Witter clients through Research Link at
www.msdw.com, contact your sales representative for access information.

Company Description

Oracle is the world's leading supplier of software for information
management, and the second-largest software company. Oracle's products
include the Oracle8 database, and an integrated family of horizontal
application products.

---

| FY ending May 31:        | 1999A    | 2000E | 2001E | 2002E |
|---|---|---|---|---|
| EPS ($)                  | 0.44     | 0.64  | 0.80  | --    |
| P/E                      | 164.5    | 113.1 | 90.5  | --    |
|                          |          |       |       |       |
| Market Cap ($ m)         | 216,994  |       |       |       |
| L-T EPS Grth. ('yy - 'yy) (%) | 20.0 |       |       |       |
| P/E to Growth            | 8.22     |       |       |       |

ORCL 0005293 B

http://www.firstcall.com/links/72/720381142178832488893/47666463629962406051/327191...   3/8/2002

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 308710

Shares Outstanding (m)      2,998.2

| Q'trly EPS | 1999A actual | 2000E curr | prior | 2001E curr | prior |
|---|---|---|---|---|---|
| Q1 | 0.07 | 0.08A | -- | 0.10 | -- |
| Q2 | 0.09 | 0.13A | -- | 0.17 | -- |
| Q3 | 0.10 | 0.17A | -- | 0.20 | -- |
| Q4 | 0.18 | 0.26E | -- | 0.33 | -- |

E = Morgan Stanley Dean Witter Research estimate.

Oracle - Dinner with Ray Lane

Highlights

Last night we hosted a dinner for clients in New York with Ray Lane, President and Chief Operating Officer of Oracle Corporation.

Key comments from Mr. Lane's presentation include:

- Oracle believes the B2B exchange market is moving in their direction -- toward more complex services that relate to fulfillment.

- Oracle has announced 8 industry exchanges -- including an unannounced major win two days ago. We should hear something shortly on that front. The company has a pipeline of 250 opportunities.

- Oracle doesn't see the Ariba-i2 relationship lasting. The company believes i2 is working to replace Ariba's products already and will succeed over time.

- Major industry participants are announcing exchanges without talking to the technology suppliers. The model of taking 50% of revenue is ending and large equity stakes will become rare exceptions.

- The value of core exchange technology is going down and Oracle will give it away in some cases to win the hosting service.

- Right now paying for the software is the most popular model and equity deals are declining. Oracle doesn't want to own 50% positions in 30 exchanges anyway since it isn't sure what to do with those investments and limit Oracle's freedom to build other exchanges that might compete.

- Oracle sent a new version of Internet procurement to General Electric for beta testing. It believes this release goes toe to toe with Ariba's user interface, which has been the best in the industry for e-procurement applications.

- Oracle 11i is Oracle's next generation application suite that ships later this month. The product suite addresses an opportunity that Oracle believes is five times the size of the database market. The company believes this product is more important than Oracle7, which saved the company. Oracle is making a big bet on the value of an integrated suite across multiple application areas. The company is banking on customers' distaste for ongoing integration costs between dissimilar products.

Value Added Services for the E-hub

ORCL 0005294 B

Oracle believes the B2B exchange market is moving in their direction -- toward more complex services around fulfillment. Oracle has built a constraint-based system that optimizes fulfillment to build only what is

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 308711

being ordered. Over time, the order becomes the forecast as guesswork and inventory are eliminated.

Oracle thinks it can help supply chains synchronize their manufacturing and planning systems. Supply chains haven't evolved as rapidly as other areas of commerce and Oracle believes there is a lot of low-hanging fruit. Most suppliers don't have good information about production plans and end-market demand, so they compensate by building excess inventory. Conversely, most manufacturers don't have good information about product availability and alternatives and resort to double ordering. Both situations lead to inventory bloat. Oracle believes that only ten companies in the world have technology that's even relevant to the problem but Oracle is the only Tier 1 supplier that spans all segments with a Web-hostable solution. Oracle is willing to sell a supply chain service and believes i2 is still trying to extract upfront software license fees because of their historical model.

Similarly, the product design process can be synchronized on line as well. Oracle first worked with MatrixOne and has since switched to Parametric Technology (with its Windchill product) as a partner in this area. Services in this area aren't as far along but will evolve over time.

Oracle Exchange Capabilities

- Registration, security, profiles, and billing

- Catalog management and hosting

- Public sourcing and spot purchasing

- Auctions & Online Quoting

- Supply Chain Management

- XML Transaction Delivery

Supply Chain Planning

- Single Platform to connect all trading partners

- Real-time collaboration

- Planning and Scheduling

- Internet based; thin client

Product Development Exchange

- Streamlines product development

- Facilitates global collaboration

- Manages intellectual capital; encourage innovation

- Broadcasts project performance

- Enables e-commerce

ORCL 0005295 B

Oracle is also marketing an Internet Portal -- a private label exchange service. Suppliers in the auto exchange for instance, could host their own exchange for their suppliers that looks custom to their company. The private

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 308712

label exchange service allows suppliers to participate in a larger industry exchange without sacrificing the ability to run their own exchange for other relationships.

Oracle has announced 8 industry exchanges -- including an unannounced major win two days ago. We should hear something shortly on that front. So far, all of these industry-sponsored exchanges have opted to let Oracle host the exchange. The company has a pipeline of 250 opportunities. Some of the recent wins are in more exciting areas that people can identify with such as electronics, banks, and airlines. The company has signed 75 deals to date including private label exchanges, private markets, and public markets.

(PLEASE SEE PART 2)
]

EON

ORCL 0005296 B

http://www.firstcall.com/links/72/72038114217883248893/47666463629962406051/327191... 3/8/2002

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 308713

01:20pm EDT 12-May-00 Morgan Stanley\DW (Phillips, Charles E. 212-761-4450) ORC
ORACLE: ORACLE - DINNER WITH RAY LANE P2

Oracle said it talks to the outside world from its exchanges through webMethods, which it believes has become the industry standard transport product for exchanges. Oracle says all the exchanges' platforms except Commerce One use webMethods (although Commerce One and webMethods recently announced an alliance so that could change). Oracle says its exchange platform is open to third party services, which can be plugged in via defined interfaces. Custom-developed services by the exchange members can be plugged in as well, which provides the answer on how suppliers and buyers can customize the platform for their needs while distributing the major cost of the infrastructure.

Oracle sees the market moving quickly toward e-hubs that sport a wide range of value added services such as trading community news, supply chain services, collaborative development, personalized news, content, events, business intelligence, industry specific, financial services, logistics and transportation, as well as customer relationship management.

The industry-sponsored exchanges aren't applicable to all industries. Telcos and banks won't be getting together like the auto industry because the buyers, who are largely consumers, can't drive it. Those firms are also more worried about disintermediation, while other industries view exchanges as a mechanism for linking buyers and suppliers.

Exchanges: Competitive Update

**ORCL 0005290 B**

Oracle doesn't see the Ariba-i2 relationship lasting. The company believes i2 is working to replace Ariba's products already and should succeed over time. Consequently, Oracle thinks i2 is its long-term competitor. Oracle doesn't understand why IBM is avoiding creating the intellectual property associated with exchanges and is content to provide services behind Ariba and i2. Oracle believes IBM's assumption that consulting will control the customer relationship is simply wrong -- it's intellectual capital. Relative to i2, Oracle doesn't believe this competitor can run their software as a service yet.

Oracle is positioning itself as the time-to-market leader. It took the retail industry exchange live in 14 days and put that guarantee in writing. Also, Oracle doesn't ask for equity and prefers software license fees or a revenue-sharing arrangement. Lastly, the terms are flexible with the software and hosting charges being skewed toward high value added services while discounting simple procurement and catalog orders.

In the short time from the announcement of auto-xchange to today, things have changed. Now major corporations are announcing exchanges without talking to the technology suppliers. The model of taking 50% of revenue is ending. Oracle doesn't want equity. It is happy to sell software licenses or share revenue. It doesn't own something illiquid and it can sell to multiple exchanges in the same industry.

Value for core exchange technology is going down and Oracle will give it away in some cases to get the hosting service. It will charge for the supply chain piece. Oracle can get away with single-digit revenue sharing or ownership plus sell them some software. Others are asking for much more because they don't have the follow-on backend services to charge for.

Right now paying for the software is the most popular model the equity deals

http://www.firstcall.com/links/34/34129505708256799891/82809783830087162823/327191... 3/8/2002

**CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER**

**NDCA-ORCL 308714**

are shrinking. Oracle doesn't want to own 50% positions in 30 exchanges anyway since it isn't sure what to do with those investments. Moreover, by not taking equity and being a simply a technology supplier, it can sell to multiple exchanges in the same industry. The pricing is designed to force the value equation to the backend.

The software as a service model is allowing Oracle to introduce new functionality into its exchanges every two weeks. That's the beauty of a hosted model and customers are pleasantly surprised.

Auctioning Services Ready

Oracle can establish a walk up auction for a business in ten minutes and doesn't think the auctioning process is that difficult. The company has built in several choices of auctioning techniques despite comments to the contrary for competitors. Oracle believes the technology behind auctions is quite simple and users will get more accustomed to conducting auctions on their own. Customers are telling Oracle that their auctioning capability is ready for prime time. The company claims it wrote everything CommerceOne has in four months. The hard part is the supply chain management.

A Prettier Procurement Application

Oracle sent a new version of Internet procurement to General Electric for beta testing. They believe this release goes toe to toe with Ariba's user interface, which has been the best in the industry for e-procurement applications. GE is saying good things about the new release and the GA release should be out shortly. Oracle was adamant that this technology isn't difficult and plans to compete more aggressively with Ariba and Commerce One. Of course, those companies are scrambling to add more features as well and it will come down to execution -- no one can stand still.

ORCL 0005291 B

Oracle 11i -- It's a Suite Thing

Oracle 11i is Oracle's next generation application suite that ships later this month. The product suite addresses an opportunity that Oracle believes is five times the size of the database market. The product suite connects CRM all the way through the supply chain, enabling a build-to-order environment. They see CRM as a piece of an exchange.

Release 11i is also based on an internet services platform which will be required to scale to the transaction volume Oracle expects to see in industry sponsored exchanges. The number of transactions is huge when you count the number of relationships in a given industry.

Oracle is betting on the value of an integrated suite across multiple application areas. The company has a credible offering in all the major segments of horizontal applications including backoffice (human resources, finance, manufacturing), supply chain, frontoffice (sales and marketing, call center, field support, email management, services management) and e-business (electronic storefronts and exchanges).

The suite strategy provides both a functional and technical benefit for the customer. Business process for most companies flows through all these areas and doesn't fit neatly into product silos constructed by software vendors. The ability to provide a holistic view of the flow of commerce and business processes within and between enterprises via a common application platform has value. Simple things such as a common definition and structure for a customer record across all products can provide insight into the business that is illusive to companies that accommodate a wide diversity of technology

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 308715

standards.

The suite also provides a technical benefit by eliminating the never-ending integration tasks between products.  A best of breed approach usually creates an integration project for the customer who is tasked with stitching together products not designed to interoperate.  Oracle displayed a list of dozens of companies that span the product categories Oracle covers and talked about how customers spend years building the links.  Oracle tried to build links to key partner products in its consumer packaged good vertical, which pretty much ended in disaster because the products were never in sycn.

Even more intimidating is the requirement to keep the integration links up to date.  The speed of product innovation and intensity of competition means the product components are forever changing at an accelerating pace.  Each of the best of breed vendors is interested in evolving their products as quickly as possible and won't slow that process down to synchronize integration with actual or perceived partners.  In fact some competitors break the links purposely to get an edge and offer their own suite.  Hence, the delicate links between dissimilar products get broken easily and often.  If anything, the problem will get worse as product cycles speed up with hosted applications.

Based on history, suites win if they provide 70% of the functionality of the best of breed products in each segment.  That's a big "if" and the suite has to evolve at a pace competitive with the overall market.  The suites need to lead one or two product segments to have a beachhead into accounts.  After that, the high cost of integration, volume pricing, common support, and a desire for consistent technology standards generally pushes buyers toward the suite if it starts to approach functional parity with the rest of the market.

Near-Term Business Trends

The pipeline is up sharply.  We think Oracle can hit its numbers with normal close rates and isn't counting on a miracle close.  Europe is doing better. Most of Europe did well last quarter but the UK had a shortfall because of management turnover and a change of business process.  Oracle thinks those issues are behind them now and the UK is reporting a healthy pipeline and tracking fine quarter to date.

(PLEASE SEE PART 3)
First Call Corporation, a Thomson Financial company.
All rights reserved.  888.558.2500
}

EON

ORCL 0005292B

http://www.firstcall.com/links/34/34129505708256799891/82809783830087162823/327191...   3/8/2002

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 308716