## MORGAN STANLEY DEAN WITTER

Comment | Page 1

### Equity Research
North America

| United States of America | # Oracle |
| --- | --- |
| Technology: Enterprise Software | Reuters: ORCL.O  Bloomberg: ORCL  NASDAQ: ORCL |

Charles E. Phillips
212 761 4450
charles.phillips@msdw.com

**Company Update**  August 14, 2000

## *Dinner with Oracle's CFO, Jeff Henley*

**OUTPERFORM**

| Price (August 9, 2000): | $73.13 |
| --- | --- |
| Price Target: | NA |
| 52-Week Range: | $88.44-17.72 |

- **Pipeline remains solid**
  Oracle's pipeline looks solid, with database deals carried over from F4Q00 and strong growth in the applications business.

- **Goal is margin expansion to 40%**
  The company is targeting 40% operating margins for the end of this year, driven by revenue acceleration and productivity gains.

- **Outlook**
  With no sales force reorganization, a new product cycle, a solid pipeline, and margin expansion, Oracle is positioned to deliver, in our view.

**Price: Abs. and Rel. To Market & Industry**



| FY ending Dec 31: | 2000A | 2001E | 2002E | 2003E |
| --- | --- | --- | --- | --- |
| EPS ($) | 0.69 | 0.90 | 1.11 | – |
| P/E | 106.0 | 81.3 | 65.9 | – |
| Market Cap ($ m) | 219,726 | | | |
| L-T EPS Grth. (%) | 20.0 | | | |
| P/E to Growth | 5.30 | | | |
| Shares Outstanding (m) | 3,004.8 | | | |

| Q'rtly EPS | 2000A actual | 2001E curr | 2001E prior | 2002E curr | 2002E prior |
| --- | --- | --- | --- | --- | --- |
| Q1 | 0.08 | 0.12 | – | 0.15 | – |
| Q2 | 0.13 | 0.18 | – | 0.22 | – |
| Q3 | 0.17 | 0.22 | – | 0.28 | – |
| Q4 | 0.31 | 0.38 | – | 0.46 | – |

*E = Morgan Stanley Dean Witter Research Estimates*

**Company Description**
Oracle is the world's leading supplier of software for information management and the second-largest software company. Oracle's products include the Oracle8 database and an integrated family of horizontal application products.

**MS 00014**

Please refer to important disclosures at the end of this report.

# Dinner with Oracle's CFO, Jeff Henley

**Summary and Investment Conclusion**

We can sum up Oracle's message at the dinner using the opening line from CFO Jeff Henley's presentation:

"If you liked last year, you're going to love this year."

Oracle definitely has its swagger back, in our view. Management believes this year is a pivotal departure point for Oracle. The release of Oracle Applications 11i represents an opportunity to leapfrog competitors with an end-to-end, Internet-enabled suite. If it nails the technology this time and has at least an adequate feature set, the company should enjoy its first applications technology lead. The company continues to think investors have underestimated the potential for 11i to change the enterprise applications landscape. We believe investors are in show-me mode and want to see a couple of quarters of consistently high growth before buying into that argument.

**Bullish on the Applications Business**

In past years, the company was late to client/server and late to applications in general. With its combination of a strong product set and an audience pre-conditioned to hear an Internet message, Oracle, in our view, could hit the sweet spot for several quarters if 11i delivers. Management appears to be looking at the opportunity as a multi-year run with the potential to consolidate the enterprise applications market the way Microsoft consolidated the desktop applications market. That is an ambitious goal in our view, given the number of tough competitors in each of the packaged applications subsectors. However, we believe there is an opening for Oracle to redefine the scope of the applications suite and a segment of the market appears to be open to that message.

The company has shipped about 50 copies of 11i. In the Customer Relationship Management (CRM) space, Oracle is now putting the finishing touches on the final modules of 11i, which is expected be in full form at the end of this year. Sales force automation (SFA) is just coming to market, and the call center module is under development.

**License Revenue Breakout**

The company broke out licensing revenue distribution over the last four quarters: 44% Enterprise Resource Planning (ERP), including financials, human resources, industry, and other applications; 26% CRM; 17% Supply Chain; and, 13% iProcurement. For the fiscal year 2000 just ended, total applications grew 42%. Year-over-year growth rates by product line were 456% Advanced Planning, 194% CRM, 137% iProcurement, and 4% ERP. Drivers of the application growth include 11i (Oracle's Global eBusiness Suite — Order Management, Supply Chain, iProcurement, Exchanges, and CRM), Fast Forward Solutions, mid-market opportunity, and Business Online (BOL).

**CRM and Supply Chain Market Share**

The debate about Oracle's CRM and supply chain market share lingers on. While Oracle's numbers look impressive, competitors in this area do not see the company often in head-to-head evaluations. We think a couple of factors may help to explain the discrepancy. Oracle is getting a lot of uncontested sales as part of a suite because it has a large installed base. Furthermore, compared to other enterprise software companies, Oracle has a product line that spans more areas and, therefore, it may be classifying more functions as part of the CRM and supply chain buckets..

For instance, Oracle's CRM numbers include things such as service contract management, which is a function that touches customers frequently but not one that most CRM vendors have in their bag. Of course, there's nothing that says Oracle has to use a competitor's definition of CRM and of course it doesn't. In the areas of sales force automation and call centers, which is what many people think of when they picture CRM, Oracle's presence is much smaller. Competitors and partners alike do not see them much in mobile SFA deals, although that could change as the rest of the CRM suite hits the market this fall.

**Database Pipeline**

In the fourth quarter of fiscal 2000, the company reported sub-par database licensing revenue of 12%. As the company stood its ground on price at the end of the quarter, customers tried to call their bluff, but Oracle didn't budge. Now, the company appears to be approaching the first quarter of the year with an unseasonably robust pipeline. The deals from the prior quarter have been carried over and the company has started to train customers on its new forward selling policy. Many of these deals will likely be smaller than the steeply discounted, end-of-quarter, multi-

*Oracle – August 14, 2000*

**MS 00015**

Please refer to important disclosures at the end of this report.

year deals of the past; but thatis a good thing, in our view, as these should be more profitable deals.

The company expects licensing revenue to revert to the mean of 15–20% growth this year. The drivers of database growth are the new power unit pricing; the Oracle Technology Network (OTN); Data Warehousing; Business Intelligence; expanded core database advantages such as the J-Server Platform architecture, iFS Directory, Security Services, Parallel Server, Enterprise Manager and Partitioning; Internet Application Server (iAS) with iCache; and, a mid-market attack that has produced 70% growth in the last four quarters.

**Market Share**

Since Oracle 8i was released, the company has made solid strides in capturing mindshare among developers. Through the client/server era, Microsoft developed what we view as excellent developer programs around Windows that Oracle has emulated around Java. Over the last couple of years, Oracle has grown the Oracle Technology Network (OTN) from 50,000 to 900,000 members.

In its June 2000 study of the $11.1 billion worldwide database market in 1999, IDC reported Oracle as the clear leader with a 42% share. Among Oracle's competitors, IBM accounted for 20% and Microsoft 8% of the market, which grew at 17%, according to IDC. Nonetheless, both Microsoft and IBM are pressing hard in the database area with newly published, powerful performance benchmarks that surpass Oracle's by a wide margin. Most customers have made database design decisions and are unlikely to be swayed by benchmarks; but for new customers, we believe this could make a difference. We are watching things closely in this segment, although in the near term, database business for Oracle is improving.

**What About Ray Lane?**

**Predictably, the company received quite a few questions about President Ray Lane's departure.** We were big fans of Mr. Lane and believe he was a strong customer advocate and one of the best deal closers in the business because of his credibility with customers. Mr. Henley said as much and added that there is no replacing someone like Mr. Lane; however, other executives will have to step up and provide that customer relationship role. Since Mr. Lane left at a time when the products and demand environments were both strong, the company does not expect to see an impact on financial results. Our guess is that Oracle loses something in the exchange area, where Mr. Lane was especially effective in recent months.

**Operating Margins**

Management said it can clearly see another year of margin improvement. We are looking for a 400 basis point gain to 34% operating margins. CEO Larry Ellison threw out a stretch goal of 40% publicly, but we believe that can happen only with significant revenue upside, which is possible.

IT efficiencies are another source of margin improvement. Oracle is consolidating 200 databases into one massive CRM information source. This will be the information warehouse for all 60 countries around the world to access client information. This is only now made possible by improvements in scalability and bandwidth.

Oracle continues to market itself to customers as "eating its own dog food and getting results!" The company has an entire campaign around how it saved $1 billion in the last year through technology, process, and structural changes built using Oracle technology. The message appears to be validated by the company's own margins rising while its competitors' margins were flat or declining. Oracle sends out its quarterly earnings press releases to prospects and basically says, "this could be you."

Exhibit 1
**Overall eBusiness Savings**

| Source of Savings | Current $1 Billion (Goal in $ Million) | $2 Billion (Goal in $ Million) |
|---|---|---|
| Consolidated IT | $200 | $250 |
| CRM | $550 | $1,450 |
| Procurement | $150 | $200 |
| Employee Self Service | $100 | $100 |
| Total | $1,000 | $2,000 |

*Source: Company data, based on Oracle estimate.*

If Oracle manages to achieve 30% productivity gains from these technologies, headcount should either remain unchanged or drop by year-end.

**ASP Business**

The ASP business is currently a small portion of revenue, amounting to no more than $2–3 million. In a year or so, the size of this channel should be large enough, and hopefully profitable enough, for Oracle to see some traction. The pricing model is based on upfront licensing fees and a continued hosting fee that can be paid on a monthly basis. The company said it decided to avoid a rental model, as that

tends to cause conflict with sales reps. Examples of hosting include the eTravel site and various other branded exchanges. We expect to hear an announcement on the CRM front shortly.

**Making Strides**

*Consulting Business* — Consulting revenue bottomed in the fourth quarter, in our view. We believe that it will still be down in 1Q but less so than last quarter, turning positive in 2Q. The slowdown, in our view, was a function of the ERP meltdown, special upgrades from Y2K, the fast forward program (rapid implementations for solution with minimal customization), and a shift to third-party consultants at the margin.

**Breadth of Competition**

The company lists the following as its major competitors:

- *Database* — IBM and Microsoft
- *Enterprise Application Integration (EAI)* — IBM, BEA Systems, and Microsoft
- *ERP* — SAP
- *Supply Chain* — i2 Technologies
- *Procurement* — Ariba and Commerce One
- *CRM* — Siebel, Broadvision, E.piphany, Kana, and Clarify

**Outlook**

Our view of the near-term outlook for Oracle is:

- Oracle's database has become the industry standard for eBusiness.
- The company is now releasing its most significant application release.
- The margin expansion opportunity continues.
- Incremental revenue opportunity from the company's recently launched Internet Application Server (iAS).
- No sales force reorganization.
- Solid pipeline.
- Easy year-over-year comparisons.
- Starting to see services pick up.

**Please refer to important disclosures at the end of this report.**

Exhibit 1
## Oracle Sales and Earnings Summary

*($ Millions, Except Per-Share Data)*

| | 2000 | | | | | 2001E | | | | | 2002E | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 8/99 | 11/99 | 2/00 | 5/00 | FY00 | 8/00E | 11/00E | 2/01E | 5/01E | FY01E | 8/01E | 11/01E | 2/02E | 5/02E | FY02E |
| **Total Revenue** | 1985 | 2322 | 2449 | 3374 | 10130 | 2310 | 2700 | 2900 | 3975 | 11885 | 2726 | 3186 | 3422 | 4651 | 13985 |
| *% Growth (y/y)* | *13.5%* | *12.9%* | *17.8%* | *14.6%* | *14.8%* | *16.4%* | *16.3%* | *18.4%* | *17.8%* | *17.3%* | *18.0%* | *18.0%* | *18.0%* | *17.0%* | *17.7%* |
| Americas | 1124 | 1262 | 1450 | 2077 | 5913 | 1315 | 1476 | 1697 | 2430 | 6919 | 1539 | 1727 | 1985 | 2843 | 8095 |
| EMEA | 618 | 756 | 707 | 902 | 2983 | 710 | 869 | 813 | 1038 | 3431 | 817 | 999 | 935 | 1193 | 3945 |
| Asia/Pac | 243 | 304 | 292 | 395 | 1234 | 284 | 355 | 390 | 507 | 1536 | 370 | 459 | 501 | 614 | 1944 |
| **Total Services Revenue** | 1352 | 1419 | 1378 | 1534 | 5683 | 1510 | 1653 | 1657 | 1821 | 6642 | 1790 | 1961 | 1968 | 2131 | 7850 |
| *y/y % growth* | *15.9%* | *10.1%* | *10.0%* | *7.2%* | *10.6%* | *11.7%* | *16.5%* | *20.3%* | *18.8%* | *16.9%* | *18.5%* | *18.6%* | *18.7%* | *17.0%* | *18.2%* |
| Support | 667 | 720 | 754 | 837 | 2979 | 810 | 943 | 945 | 1091 | 3790 | 1062 | 1208 | 1213 | 1357 | 4841 |
| *% Growth (y/y)* | *27.2%* | *27.2%* | *29.3%* | *24.8%* | *27.0%* | *21.4%* | *30.9%* | *25.3%* | *30.5%* | *27.2%* | *31.1%* | *28.1%* | *28.4%* | *24.4%* | *27.7%* |
| Consulting & Training | 685 | 699 | 624 | 697 | 2704 | 700 | 710 | 712 | 730 | 2852 | 728 | 753 | 755 | 774 | 3009 |
| *% Growth (y/y)* | *6.7%* | *-3.2%* | *-6.9%* | *-8.3%* | *-3.2%* | *2.2%* | *1.6%* | *14.2%* | *4.7%* | *5.5%* | *4.0%* | *6.0%* | *6.0%* | *6.0%* | *5.5%* |
| **Total License Revenue** | 632 | 903 | 1071 | 1841 | 4447 | 800 | 1047 | 1243 | 2154 | 5243 | 936 | 1225 | 1454 | 2520 | 6135 |
| *% Growth (y/y)* | *8.5%* | *17.6%* | *29.7%* | *21.7%* | *20.6%* | *26.5%* | *16.0%* | *16.0%* | *17.0%* | *17.9%* | *17.0%* | *17.0%* | *17.0%* | *17.0%* | *17.0%* |
| Other licenses | 30 | 25 | 28 | 49 | 132 | 25 | 25 | 25 | 25 | 100 | 25 | 25 | 25 | 25 | 100 |
| Product Licenses | 603 | 877 | 1043 | 1792 | 4315 | 775 | 1022 | 1218 | 2129 | 5143 | 911 | 1200 | 1429 | 2495 | 6035 |
| **Revenue by Product Category** | | | | | | | | | | | | | | | |
| Database Servers | 443 | 651 | 778 | 1228 | 3100 | 570 | 757 | 893 | 1469 | 3688 | 656 | 876 | 1029 | 1660 | 4223 |
| Development Tools | 50 | 59 | 66 | 116 | 292 | 55 | 55 | 65 | 100 | 275 | 55 | 55 | 65 | 100 | 275 |
| Applications | 109 | 168 | 199 | 447 | 923 | 150 | 210 | 260 | 560 | 1180 | 198 | 269 | 335 | 735 | 1537 |
| **Expenses** | | | | | | | | | | | | | | | |
| Sales/Mkt Exp. | 536 | 631 | 595 | 852 | 2617 | 635 | 650 | 650 | 900 | 2835 | 724 | 735 | 735 | 1017 | 3210 |
| Cost of Services | 757 | 753 | 707 | 725 | 2943 | 740 | 810 | 812 | 893 | 3254 | 877 | 961 | 945 | 1023 | 3805 |
| Total Rev. Cost | 1295 | 1385 | 1302 | 1578 | 5559 | 1375 | 1460 | 1462 | 1793 | 6089 | 1601 | 1695 | 1679 | 2040 | 7015 |
| Research | 236 | 248 | 256 | 270 | 1010 | 275 | 289 | 292 | 305 | 1161 | 314 | 329 | 333 | 348 | 1324 |
| Corp G&A | 108 | 113 | 122 | 138 | 481 | 124 | 130 | 136 | 140 | 530 | 143 | 150 | 156 | 161 | 610 |
| **Total Expense** | 1639 | 1746 | 1680 | 1986 | 7050 | 1774 | 1879 | 1890 | 2238 | 7780 | 2057 | 2174 | 2168 | 2549 | 8948 |
| **Operating Income** | 346 | 576 | 770 | 1389 | 3080 | 536 | 821 | 1010 | 1737 | 4105 | 669 | 1012 | 1254 | 2102 | 5036 |
| *Operating Margin* | *17.4%* | *24.8%* | *31.4%* | *41.1%* | *30.4%* | *23.2%* | *30.4%* | *34.8%* | *43.7%* | *34.5%* | *24.5%* | *31.8%* | *36.6%* | *45.2%* | *36.0%* |
| Net Interest | 18 | 15 | 24 | 48 | 106 | 40 | 42 | 43 | 44 | 169 | 44 | 44 | 44 | 44 | 176 |
| Special charges | - | - | 415 | 6521 | 6937 | - | - | - | - | 0 | - | - | - | - | 0 |
| **Pretax Income** | 364 | 592 | 794 | 1437 | 3186 | 576 | 863 | 1053 | 1781 | 4274 | 713 | 1056 | 1298 | 2146 | 5212 |
| *Pretax Margin* | *18%* | *25%* | *32%* | *43%* | *31%* | *25%* | *32%* | *36%* | *45%* | *36%* | *26%* | *33%* | *38%* | *46%* | *37%* |
| Taxes | 127 | 207 | 286 | 511 | 1131 | 205 | 306 | 374 | 632 | 1517 | 253 | 375 | 461 | 782 | 1850 |
| *Tax rate* | *35%* | *35%* | *36%* | *36%* | *36%* | *36%* | *36%* | *36%* | *36%* | *36%* | *36%* | *36%* | *36%* | *36%* | *36%* |
| Net Income | 237 | 384 | 508 | 926 | 2055 | 372 | 557 | 679 | 1149 | 2756 | 460 | 681 | 837 | 1364 | 3362 |
| Avg. Shrs. - Basic | 2861 | 2859 | 2819 | 2819 | 2839 | 2925 | 2925 | 2925 | 2925 | 2975 | 2925 | 2925 | 2925 | 2925 | 2983 |
| Avg. Shares - FD | 2982 | 3006 | 2998 | 3005 | 2998 | 3010 | 3020 | 3030 | 3040 | 3025 | 3040 | 3040 | 3040 | 3040 | 3040 |
| EPS Operating - Basic | 0.08 | 0.13 | 0.18 | 0.33 | 0.72 | 0.13 | 0.19 | 0.23 | 0.39 | 0.93 | 0.16 | 0.23 | 0.29 | 0.47 | 1.13 |
| **EPS Operating - FD** | **0.08** | **0.13** | **0.17** | **0.31** | **0.69** | **0.12** | **0.18** | **0.22** | **0.38** | **0.90** | **0.15** | **0.22** | **0.28** | **0.46** | **1.11** |
| *EPS Growth* | *14.3%* | *44.4%* | *70.0%* | *72.2%* | *56.8%* | *50.0%* | *38.5%* | *29.4%* | *22.6%* | *30.4%* | *25.0%* | *22.2%* | *27.3%* | *21.1%* | *23.3%* |
| EPS Reported | 0.08 | 0.13 | 0.25 | 1.63 | 2.10 | 0.12 | 0.18 | 0.22 | 0.38 | 0.90 | 0.15 | 0.22 | 0.28 | 0.46 | 1.11 |

*E = Morgan Stanley Dean Witter Research Estimate.*

*Oracle – August 14, 2000*

**Please refer to important disclosures at the end of this report.**

MS 00018

Exhibit 2
## Oracle Financial Statistics and Ratios

| | 2000 | | | | | 2001E | | | | | 2002E | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 8/99 | 11/99 | 2/00 | 5/00 | FY00 | 8/00E | 11/00E | 2/01E | 5/01E | FY01E | 8/01E | 11/01E | 2/02E | 5/02E | FY02E |
| **Growth Y/Y %** | | | | | | | | | | | | | | | |
| Oracle Americas | 12.1 | 12.5 | 24.5 | 17.8 | 17.0 | 17.0 | 17.0 | 17.0 | 17.0 | 17.0 | 17.0 | 17.0 | 17.0 | 17.0 | 17.0 |
| Oracle Eur./ME/Afr. | 9.4 | 6.5 | 2.0 | 1.7 | 4.5 | 15.0 | 15.0 | 15.0 | 15.0 | 15.0 | 15.0 | 15.0 | 15.0 | 15.0 | 15.0 |
| Oracle Asia/Pacific | 33.8 | 35.3 | 32.7 | 34.9 | 34.2 | 17.2 | 16.5 | 33.6 | 28.4 | 24.5 | 30.1 | 29.5 | 28.6 | 21.1 | 26.6 |
| Database Servers | 8.2 | 17.2 | 32.1 | 12.5 | 17.2 | 28.6 | 16.3 | 14.7 | 19.6 | 19.0 | 15.4 | 15.7 | 15.3 | 13.0 | 14.5 |
| Development Tools | 0.7 | -4.6 | -1.5 | 1.8 | -0.5 | 9.5 | -6.3 | -2.0 | -14.0 | -5.7 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Applications | 11.3 | 30.6 | 34.9 | 61.4 | 41.8 | 37.4 | 25.1 | 30.8 | 25.2 | 27.8 | 32.0 | 28.1 | 28.8 | 31.3 | 30.3 |
| Product Licenses | 8.5 | 17.6 | 29.7 | 21.7 | 20.6 | 26.5 | 16.0 | 16.0 | 17.0 | 17.9 | 17.0 | 17.0 | 17.0 | 17.0 | 17.0 |
| Product Licenses (seq %) | -59.4 | 45.6 | 18.9 | 71.8 | - | -56.8 | 31.9 | 19.2 | 74.8 | - | -57.2 | 31.7 | 19.1 | 74.6 | - |
| Service Sales | 15.9 | 10.1 | 10.0 | 7.2 | 10.6 | 11.7 | 16.5 | 20.3 | 18.8 | 16.9 | 18.5 | 18.6 | 18.7 | 17.0 | 18.2 |
| Total Revenue | 13.5 | 12.9 | 17.8 | 14.6 | 14.8 | 16.4 | 16.3 | 17.8 | 17.8 | 17.3 | 18.0 | 18.0 | 18.0 | 17.0 | 17.7 |
| Sales/Mkt Exp. | 5.6 | 6.7 | 4.9 | -10.7 | -0.2 | 17.9 | 2.9 | 9.3 | 5.6 | 8.3 | 14.0 | 13.0 | 13.0 | 13.0 | 13.2 |
| Cost of Services | 11.4 | -3.4 | -10.7 | -10.8 | -4.0 | -2.2 | 7.5 | 14.8 | 23.0 | 10.6 | 18.5 | 18.6 | 16.3 | 14.6 | 16.9 |
| Research | 25.8 | 23.7 | 21.8 | 11.1 | 20.0 | 16.6 | 16.5 | 14.3 | 12.9 | 15.0 | 14.0 | 14.0 | 14.0 | 14.0 | 14.0 |
| Corp G&A | 14.1 | 11.3 | 17.9 | 8.7 | 12.7 | 15.3 | 15.0 | 11.3 | 1.5 | 10.3 | 15.0 | 15.0 | 15.0 | 15.0 | 15.0 |
| Total Expenses | 11.4 | 4.3 | 0.4 | -7.1 | 1.4 | 8.3 | 7.6 | 12.5 | 12.7 | 10.4 | 16.0 | 15.7 | 14.7 | 13.9 | 15.0 |
| Total Expenses (seq %) | -23 | 7 | -4 | 18 | - | -11 | 6 | 1 | 18 | - | -8 | 6 | 0 | 18 | - |
| Operating Profit | 24 | 51 | 89 | 72 | 64 | 55 | 43 | 31 | 25 | 33 | 25 | 23 | 24 | 21 | 23 |
| Pretax Income | 21 | 44 | 79 | 74 | 61 | 58 | 46 | 33 | 24 | 34 | 24 | 22 | 23 | 20 | 22 |
| Net Income | 21 | 40 | 73 | 76 | 59 | | | | | | | | | | |
| **% of Sales** | | | | | | | | | | | | | | | |
| License Sales | 30.4 | 37.8 | 42.6 | 53.1 | 42.6 | 33.5 | 37.9 | 42.0 | 53.5 | 43.3 | 33.4 | 37.7 | 41.8 | 53.6 | 43.2 |
| Service Sales | 68.1 | 61.1 | 56.3 | 45.5 | 56.1 | 65.4 | 61.2 | 57.1 | 45.8 | 55.9 | 65.7 | 61.5 | 57.5 | 45.8 | 56.1 |
| Selling/Marketing | 27.1 | 27.2 | 24.3 | 25.3 | 25.8 | 27.5 | 24.1 | 22.4 | 22.6 | 23.9 | 26.6 | 23.1 | 21.6 | 21.9 | 23.0 |
| Service margin | 44.0 | 46.9 | 48.7 | 52.7 | 48.2 | 51.0 | 51.0 | 51.0 | 51.0 | 51.0 | 51.0 | 51.0 | 52.0 | 52.0 | 51.5 |
| Total Cost of Revenue | 65.3 | 59.6 | 53.2 | 46.8 | 54.9 | 59.5 | 54.1 | 50.4 | 45.1 | 51.2 | 58.7 | 53.2 | 49.1 | 43.9 | 50.2 |
| Services | 38.1 | 32.4 | 28.9 | 21.5 | 29.0 | 32.0 | 30.0 | 28.0 | 22.5 | 27.4 | 32.2 | 30.2 | 27.6 | 22.0 | 27.2 |
| Research | 11.9 | 10.7 | 10.4 | 8.0 | 10.0 | 11.9 | 10.7 | 10.1 | 7.7 | 9.8 | 11.5 | 10.3 | 9.7 | 7.5 | 9.5 |
| Corp G&A | 5.4 | 4.9 | 5.0 | 4.1 | 4.7 | 5.4 | 4.8 | 4.7 | 3.5 | 4.5 | 5.2 | 4.7 | 4.6 | 3.5 | 4.4 |
| Op Margin | 17.4 | 24.8 | 31.4 | 41.1 | 30.4 | 23.2 | 30.4 | 34.8 | 43.7 | 34.5 | 24.5 | 31.8 | 36.6 | 45.2 | 36.0 |
| **Selected Ratios and Balance Sheet Highlights** | | | | | | | | | | | | | | | |
| Book Value/shr | 1.17 | 1.13 | 1.33 | 2.15 | - | - | - | - | - | - | - | - | - | - | - |
| Cash/shr | 0.91 | 0.71 | 0.92 | 2.58 | - | - | - | - | - | - | - | - | - | - | - |
| Sales/Shr | 3.04 | 3.10 | 5.52 | 3.37 | - | - | - | - | - | - | - | - | - | - | - |
| Total Cash | 2722 | 2134 | 2768 | 7762 | - | - | - | - | - | - | - | - | - | - | - |
| Total Debt | 304 | 304 | 307 | 301 | - | - | - | - | - | - | - | - | - | - | - |
| TotalEquity | 3500 | 3401 | 3984 | 6461 | - | - | - | - | - | - | - | - | - | - | - |
| Total Assets | 6579 | 6376 | 7349 | 13077 | - | - | - | - | - | - | - | - | - | - | - |
| Rec Days Outst | 69 | 69 | 68 | 68 | - | - | - | - | - | - | - | - | - | - | - |
| Receivables | 1514 | 1769 | 1849 | 2534 | - | - | - | - | - | - | - | - | - | - | - |
| Deferred Revenue | 1090 | 925 | 1020 | 1133 | - | - | - | - | - | - | - | - | - | - | - |
| % of LTM sales | 12.0% | 9.9% | 6.2% | 11.2% | - | - | - | - | - | - | - | - | - | - | - |
| Cash from Operations | 656.1 | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Capital Expenditures | 259.0 | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Headcount | 43093 | 42682 | 41917 | 41320 | - | - | - | - | - | - | - | - | - | - | - |
| Capitalized Software | 3.8 | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Amortized Software | 3.5 | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| LTM Sales | 9063 | 9329 | 16542 | 10130 | - | 10456 | 10834 | 11284 | 11885 | - | 12301 | 12787 | 13309 | 13985 | - |
| LTM EPS | 0.45 | 0.49 | 0.92 | 0.69 | - | 0.73 | 0.76 | 0.83 | 0.90 | - | 0.93 | 0.97 | 1.03 | 1.11 | - |

*E = Morgan Stanley Dean Witter Research Estimate.*

*Oracle – August 14, 2000*

Please refer to important disclosures at the end of this report.

MS 00019

Please refer to important disclosures at the end of this report.

# *MORGAN STANLEY DEAN WITTER*

| The Americas | Europe | Japan | Asia/Pacific | |
|---|---|---|---|---|
| 1585 Broadway<br>New York, NY 10036-8293<br>Tel: (1) 212 761-4000 | 25 Cabot Square, Canary Wharf<br>London E14 4QA, England<br>Tel: (44 20) 7513 8000 | 20-3, Ebisu 4-chome Shibuya-ku,<br>Tokyo 150-6008, Japan<br>Tel: (81) 3 5424 5000 | Three Exchange Square<br>Hong Kong<br>Tel: (852) 2848 5200 | 4th Floor Forbes Building<br>Charanjit Rai Marg Fort<br>Mumbai 400 001, India<br>Tel: (91 22) 209 6600 |
| BCE Place, 181 Bay Street,<br>Suite 3700<br>Toronto, Ontario M5J 2T3,<br>Canada<br>Tel: (1) 416 943-8400 | AB Asesores<br>Plaza de la Lealtad, 3<br>Madrid 28014, Spain<br>Tel: (34 91) 580 11 00 | | 23 Church Street<br>#16-01 Capital Square<br>Singapore 049481<br>Tel: (65) 834 6888 | The Chifley Tower, Level 33<br>2 Chifley Square<br>Sydney NSW 2000, Australia<br>Tel: (61 2) 9770 1111 |

The information and opinions in this report were prepared by Morgan Stanley & Co. Incorporated ("Morgan Stanley Dean Witter"). Morgan Stanley Dean Witter does not undertake to advise you of changes in its opinion or information. Morgan Stanley Dean Witter and others associated with it may make markets or specialize in, have positions in and effect transactions in securities of companies mentioned and may also perform or seek to perform investment banking services for those companies. This memorandum is based on information available to the public. No representation is made that it is accurate or complete. This memorandum is not an offer to buy or sell or a solicitation of an offer to buy or sell the securities mentioned.

Morgan Stanley & Co. Incorporated, Dean Witter Reynolds Inc. and/or their affiliates make a market in the securities of Oracle.

Morgan Stanley & Co. Incorporated, Dean Witter Reynolds Inc. and/or their affiliates or their employees have or may have a long or short position or holding in the securities, options on securities, or other related investments of issuers mentioned herein.

The investments discussed or recommended in this report may not be suitable for all investors. Investors must make their own investment decisions based on their specific investment objectives and financial position and using such independent advisors as they believe necessary. Where an investment is denominated in a currency other than the investor's currency, changes in rates of exchange may have an adverse effect on the value, price of, or income derived from the investment. Past performance is not necessarily a guide to future performance. Income from investments may fluctuate. The price or value of the investments to which this report relates, either directly or indirectly, may fall or rise against the interest of investors.

To our readers in the United Kingdom: This publication has been issued by Morgan Stanley Dean Witter and approved by Morgan Stanley & Co. International Limited, regulated by the Securities and Futures Authority Limited. Morgan Stanley & Co. International Limited and/or its affiliates may be providing or may have provided significant advice or investment services, including investment banking services, for any company mentioned in this report. Private investors should obtain the advice of their Morgan Stanley & Co. International Limited representative about the investments concerned.

This publication is disseminated in Japan by Morgan Stanley Dean Witter Japan Limited and in Singapore by Morgan Stanley Dean Witter Asia (Singapore) Pte.

To our readers in the United States: While Morgan Stanley Dean Witter has prepared this report, Morgan Stanley & Co. Incorporated and Dean Witter Reynolds Inc. are distributing the report in the US and accept responsibility for it contents. Any person receiving this report and wishing to effect transactions in any security discussed herein should do so only with a representative of Morgan Stanley & Co. Incorporated or Dean Witter Reynolds Inc.

To our readers in Spain: AB Asesores Morgan Stanley Dean Witter, SV, SA, a Morgan Stanley Dean Witter group company, supervised by the Spanish Securities Markets Commission (CNMV), hereby states that this document has been written and distributed in accordance with the rules of conduct applicable to financial research as established under Spanish regulations.

To our readers in Australia: This publication has been issued by Morgan Stanley Dean Witter but is being distributed in Australia by Morgan Stanley Dean Witter Australia Limited A.B.N. 67 003 734 576, a licensed dealer, which accepts responsibility for its contents. Any person receiving this report and wishing to effect transactions in any security discussed in it may wish to do so with an authorized representative of Morgan Stanley Dean Witter Australia Limited.

To our readers in Canada: This publication has been prepared by Morgan Stanley Dean Witter and is being made available in certain provinces of Canada by Morgan Stanley Canada Limited. Morgan Stanley Canada Limited has approved of, and has agreed to take responsibility for, the contents of this information in Canada.

**Additional information on recommended securities is available on request.**

MS 00021

© 2000 Morgan Stanley Dean Witter