LATHAM & WATKINS LLP
  Peter A. Wald (SBN 85705)
  Michele F. Kyrouz (SBN 168004)
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-2562
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
E-mail: peter.wald@lw.com
        michele.kyrouz@lw.com

LATHAM & WATKINS LLP
  Patrick E. Gibbs (SBN 183174)
  Matthew Rawlinson (SBN 231890)
140 Scott Drive
Menlo Park, CA 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600
E-mail: patrick.gibbs@lw.com
        matt.rawlinson@lw.com

LATHAM & WATKINS LLP
  Jamie L. Wine (SBN 181373)
633 West Fifth Street, Suite 4000
Los Angeles, CA 90071-2007
Telephone: (213) 485-1234
Facsimile: (213) 891-8763
E-mail: jamie.wine@lw.com

Attorneys for Defendants ORACLE CORPORATION, LAWRENCE J. ELLISON, JEFFREY O. HENLEY, and EDWARD J. SANDERSON

ORACLE CORPORATION
  Dorian Daley (SBN 129049)
  James C. Maroulis (SBN 208316)
500 Oracle Parkway
Mailstop 5OP7
Redwood Shores, California 94065
Telephone: (650) 506-5200
Facsimile: (650) 506-7114
E-mail: jim.maroulis@oracle.com

Attorneys for Defendant ORACLE CORPORATION

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Master File No. C-01-0988-MJJ (JCS) (Consolidated)<br><br>CLASS ACTION<br><br>**DECLARATION OF HOLLY J. TATE IN SUPPORT OF DEFENDANTS' *DAUBERT* MOTION TO EXCLUDE EXPERT REPORTS AND TESTIMONY OF BJORN I. STEINHOLT**<br><br>Honorable Judge Martin J. Jenkins<br>Hearing Date: September 24, 2007<br>Time: 9:30 a.m.<br>Courtroom: 11 |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DECLARATION OF H. TATE ISO DEF's *DAUBERT* MOTION TO EXCLUDE STEINHOLT REPORTS AND TESTIMONY
Master File No. C-01-0988-MJJ (JCS)

I, Holly J. Tate, declare as follows:

1. I am an attorney duly licensed to practice before all the courts of the State of California. I am an associate with the law firm of Latham & Watkins LLP, counsel of record for Defendants in the above-entitled action. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. I submit this declaration in support of Defendants' *Daubert* Motion to Exclude Expert Reports and Testimony of Bjorn I. Steinholt in connection with the matter entitled *In re Oracle Corporation Securities Litigation*, Master File No. C-01-0988-MJJ.

3. Attached hereto as Exhibit A is a true and correct copy of the May 25, 2007 Expert Report of Bjorn I. Steinholt.

4. Attached hereto as Exhibit B is a true and correct copy of the June 22, 2007 Rebuttal Report of Mr. Steinholt.

5. Attached hereto as Exhibit C is a true and correct copy of the transcript of the July 2, 2007 deposition of Mr. Steinholt.

6. Attached hereto as Exhibit D is a true and correct copy of the May 25, 2007 Expert Report of Professor Christopher M. James.

7. Attached hereto as Exhibit E is a true and correct copy of the June 22, 2007 Rebuttal Report of Professor James.

I hereby certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on July 26, 2007 in San Francisco, California.

_____
Holly J. Tate

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

DECLARATION OF H. TATE ISO DEF's *DAUBERT* MOTION TO EXCLUDE STEINHOLT REPORTS AND TESTIMONY
Master File No. C-01-0988-MJJ (JCS)