http://www.firstcall.com/links/50/506649...18766/27417989295781863226/376487280.html

```
09:13am EDT  4-Oct-00 FAC\Equities (Mark Murphy 212-273-7165) ORCL
It Will Work; Give It Time

October 4, 2000 Previous Research Flash: 09/15/2000

FAC/Equities
A division of First Albany Corporation

INSTITUTIONAL EQUITY RESEARCH FLASH
Meeting

Oracle Corporation
(ORCL)

Primary Analyst
  Mark Murphy - (212) 273-7165

Secondary Analyst
  Jeff Corfman - (212) 273-7172

Rating
Strong Buy

FY May
Price $69 1/2
52-Wk Range $92 15/16-$21
Shares Out. 2966 mil.
Avg.Dly. Vol. 21096244
Market Cap. $206,137.0 mil.
Debt/Capital 8.8%
Div. Yield 0.0%
3-Yr EPS Gr. 35%

Earnings per Share                                          P/E    Rev
        Q1($)  Q2($) Q3($) Q4($) Yr($)  Prev($) Ratio  ($mil)
1999    0.07   0.09  0.10  0.18  0.43           N/M    8827.3
2000    0.08   0.13  0.17  0.31  0.68           N/M    10130.1
2001E   0.17A  0.21  0.24  0.38  0.99           70.2x  11962.7
2002E   0.20   0.27  0.30  0.42  1.19           58.4x  13828.9
```

It Will Work; Give It Time
--Yesterday we attended the Oracle OpenWorld user conference and analyst day in San Francisco.
--Significant new releases of Oracle database (9i, available mid-2001) and Oracle Internet Application Server (currently available; we reviewed it in detail in our August 19 research note).
--Continuous availability, instantaneous response were central themes.
--Advanced features target the ASP market.
--Integrated, full e-business suite remains the key to success.
--No change in financial guidance.
--EVPs stepped up to fill the Ray Lane void.
--Oracle very defensive regarding IBM DB2.
--We continue to rate Oracle shares Strong Buy, although the shares are already pricing in a lot of success.


Yesterday we attended the Oracle OpenWorld user conference and analyst day in San Francisco. Highlights of the meeting are as follows:

Significant new releases of Oracle database (9i, available mid-2001) and Oracle Internet Application Server (currently available; we reviewed it in detail in our August 19 research note). Similar to the way Microsoft (OTC: MSFT-$56 9/16) continually tries to expand its footprint buy building incremental functionality into its Windows NT and Windows 2000 operating systems, Oracle is pulling a bevy of features into its core database product. These features

http://www.firstcall.com/links/50/506649...18766/27417989295781863263/376487280.html

include, but are not limited to: 1) Oracle 9i Real Application Clusters -- allows an Oracle customer to plug in a new server to a cluster, yielding improved performance and reliability without having to re-write the application (this is a big deal); 2) Oracle 9i Application Server Cache -- pulls hot data from the database server into the application server, resulting in faster throughput; 3) Oracle 9i Flashback -- can restore accidentally-deleted data (can handle not only technology failure, but human error); 4) Oracle 9i Integrated Business Intelligence -- will provide clickstream analysis out of the database.

Continuous availability, instantaneous response were central themes. As companies move from having only back-office functions running online, to having the entire business process running online, continuous availability and instantaneous response times become more critical. For example, if a financials package crashes, a company may need to wait an hour to calculate a general ledger item -- but if a customer-facing system crashes, the company cannot take orders. Business grinds to a halt. This is a significant difference and it means that fault-tolerance and scaleability become crucial. Oracle has always been the market leader in these areas, but it appears to be pulling even further ahead with the coming release of the Oracle 9i database and coming iAS features which were demonstrated live at the user conference. Specifically, Oracle intends to develop its database to support millions of hits per second on a Web site. The company also unveiled the new oracle.com Web site and demonstrated it to be the fastest Web site on the Internet (because -- surprise -- it uses the Oracle 9i Internet application server), according to a Keynote (OTC: KEYN-$22 1/2) software testing demonstration which compiles site response statistics from 35 global access points. In our view, Chairman Ellison's strategy is to show the world how it is done by making Oracle the poster-child for its own technology. "Look - we saved $1 billion using our own e-business software suite. Look - we made the fastest Web site in the world using our own Internet application server."

Advanced features target the ASP market. Oracle believes in the software-as-services (or ASP) business model. Therefore, it has designed the new database and application server with the unique needs of the ASP market in mind. ASPs will offer services to tens of thousands of companies simultaneously - placing high demands on the database server and application server tiers. Hard drives break and CPUs break -- it is inevitable. Therefore, fault tolerance becomes mission-critical for ASPs. Oracle has designed its database and application server to function flawlessly throughout these kinds of unavoidable breakages; there is no single point of failure. For example, a four-server cluster from Oracle enables each server to have equal access to 100% of the underlying data in the database. A Microsoft cluster allows each server access to 25% of the data in the database. If one server fails, the whole application will crash. Not so with Oracle.

Integrated, full e-business suite remains the key to success. Oracle ran through numerous presentations that detailed progress being made in all of the major application areas. Furthermore, the company disclosed a large number of reference accounts in application areas including 11i Order Management, 11i Advanced Planning, 11i iProcurement, and Oracle Shop Floor Management. The vision, which we think makes perfect sense in the long run, is that engineering integration should be done by the software vendor, rather than after-the-fact software integration being done by each customer. While we think Oracle is exceptionally well positioned to emerge as the premier vendor of a full e-business software suite, we think it will take at least 5 to 10 years for the software industry to go through such a major procedural and philosophical change.

No change in financial guidance. An erroneous report has stated that Oracle lowered and/or postponed its guidance for database growth. What was actually said is "expect higher license growth than FY00 (during FY01) for both database and applications; database lower than Q1; applications higher than Q1." This is consistent with what the company said during its last conference call. The company has set an expectation that year/year database revenue growth will oscillate in a range of 15% to 25%. This is lower than the Q1 result of 32%

NDCA-ORCL 006140

http://www.firstcall.com/links/50/506649...18766/27417989295781863626/376487280.html

(which was aided by Q4 overflow), but is not a material change from the recent four-quarter moving average growth rate.

EVPs stepped up to fill the Ray Lane void. This was the first Oracle analyst meeting to serve as a test of life after Ray Lane. The consensus opinion seemed to be that all of the presenting EVPs did a solid job.

Oracle very defensive regarding IBM DB2. Several presentations made a point of defending Oracle's positioning in the database market relative to IBM's (see our "DB2 Torpedoes Aimed at Oracle", META FACts, 9/13/00).

First, Oracle cited a recent Dataquest survey that indicates Oracle has 63% market share on UNIX, versus 12% for Informix (OTC: IFMX-$3 7/8-Neutral), 10% for IBM (NYSE: IBM-$110 9/16), 6% for Sybase (OTC: SYBS-$22 15/16-Neutral), and 3% for NCR (NYSE: NCR-$38 3/8). The survey also indicates Oracle has 40% market share on the Microsoft NT platform, versus 35% for Microsoft, 15% for IBM, and 3% for Sybase.

Second, Oracle cited a recent AMR Research publication that called the Ariba (OTC: ARBA-$112 31/64) - i2 (OTC: ITWO-$152-Buy) - IBM alliance "...a fragile relationship and a pile of technology that won't easily be integrated by the vendors or users."

Third, Oracle cited a recent INPUT publication that indicates Oracle8i supports 60% more users at 28% lower overall cost than IBM DB2.

Fourth, Oracle cited a recent AMR Research publication that shows Oracle has much larger market share in the major application categories (e.g. Oracle has 49% market share in ERP versus 18% for IBM; Oracle has 45% market share in supply chain management versus 18% for IBM).

Finally, Oracle cited a recent Gartner Group (NYSE: IT-$12 5/16-Neutral) publication that lists Oracle as the database of choice for various packaged applications (e.g., Oracle has 74% market share on SAP (NYSE: SAP-$59 1/2-Neutral), Oracle has 75% market share on Siebel, Oracle has 90% market share on Ariba).

However, the best defense of Oracle database versus DB2 was made by Oracle EVP Gary Bloom, who urged the audience to "think about who is winning in the server marketplace and in the storage marketplace" and to keep in mind 1) Oracle's partnerships with those vendors, and 2) the fact that IBM competes for the hardware sale. The bottom line is that the customer decides which database to run, rather than the software vendor deciding.

We continue to rate Oracle shares Strong Buy. We view Oracle as a core long term technology holding despite the high valuation the stock currently enjoys. Although the shares are already pricing in a lot of success, Oracle has the only complete e-business suite available today. The company's operating margin expansion is producing considerable year/year earnings growth and the company has solidified its market leadership position in the database industry.

First Albany Corporation and/or an affiliate may make a market in any or all of the above securities, may have been an underwriter and/or placement agent of these companies' securities within the past three years, may hold a position, long or short, or in aggregate over 5% of the outstanding shares, and may have an employee who is on the board of directors of any of these companies. In addition, the analysts covering these companies may have investment positions in them and options may also be available.

More information is available on request. First Albany makes a market in shares of this stock. Blue Sky Exception in VI. The material herein, while not guaranteed, is based on information believed reliable and accurate. It is not to be deemed an offer or solicitation on our part with respect to sale or purchase of any securities. Our corporation or its officers, directors, or stockholders, or members of their families, may at times have a position in the securities mentioned and may make purchases or sales of these securities while this report is in circulation. Due to differing disciplines and criteria utilized, our quantitative and fundamental analysts may have differing opinions on these securities. Should you have any specific investment questions, please contact your First Albany Financial Consultant. Our main office is located in

NDCA-ORCL 006141

http://www.firstcall.com/links/50/506649...18766/27417989295781 86326/376487280.html

Albany, NY.First Albany Corporation, Member New York Stock Exchange, Inc. and other principal exchanges.  Copyright c 2000.
]

EON

NDCA-ORCL 006142