**THE BEST-RUN E-BUSINESSES RUN SAP**

Search | Country Sites

Solutions    Services    Education    Partners    Company    Con·

You Are Here: SAP.com > Company > Press Room > Press Room - SAP REPORTS THIRD QUARTER RESULTS

## SAP REPORTS THIRD QUARTER RESULTS

*Revenues Up 27%*
*Operating Income (excluding STAR) Up 89%*
*mySAP.com Revenue Share Up to 61%*

WALLDORF, Germany - October 19, 2000 - SAP AG (NYSE: SAP), the leading provider of collaborative e-business software solutions, today announced its results for the quarter ended September 30, 2000. In the third quarter, revenues rose 27% over the same period last year to EUR 1.42 billion (1999: EUR 1.12 billion). Operating income before charges for the employee stock appreciation rights program (STAR) was up 89% to EUR 202 million (1999: EUR 107 million). Pre-tax profit excluding STAR increased 100% to EUR 208 million (1999: EUR 104 million); pre-tax profit including STAR increased 95% to EUR 154 million (1999: EUR 79 million). Net income in the quarter increased 96% to EUR 88 million (1999: EUR 45 million). Third quarter earnings per share increased 100% to EUR 0.28 per share (1999: EUR 0.14).

Sales of mySAP.com, SAP's leading e-business platform, accelerated to EUR 294 million in the quarter or 61% of total license revenues, compared to 47% in the second quarter. New customers accounted for 49% of mySAP.com sales.

"In the third quarter, mySAP.com established itself as the leading e-business platform," said Hasso Plattner, Co-Chairman and CEO of SAP AG. "The market clearly understands the power of our new solutions and the number of installed supply chain, customer relationship management and business intelligence systems is growing rapidly. We are going to capitalize on this deepened understanding to speed acceptance of our new technology."

In the third quarter, product revenues increased to EUR 913 million (1999: EUR 611 million). License revenues, which are comprised of mySAP.com sales as well as component based software sales, rose 53% to EUR 480 million (1999: EUR 314 million). Consulting revenues increased 2% to EUR 404 million (1999: EUR 398 million). Training revenues grew 6% to EUR 9! million (1999: EUR 90 million).

In the third quarter, SAP's operating margin (before STAR) improved to 14% from 10% in last year's third quarter. STAR expenses for the quarter increased 116% to EUR 54 million (1999: EUR 25).

"We had a very good third quarter as mySAP.com awareness grew and our US organization continued to rebuild," said Henning Kagermann, Co-Chairman and CEO of SAP AG. "Moving into the fourth quarter, we expect demand to keep growing. While the fourth quarter of 1999 was extremely strong, we still expect solid top line improvement for the fourth quarter of 2000."

**Nine Months Results**

Sales for the first nine months of 2000 grew 19% to EUR 4.1 billion from EUR 3.46 billion in the same period last year. Pre-tax profit in the first nine months before charges for STAR were up 60% to EUR 830 million (1999: EUR 520 million); pre-tax profi including STAR decreased 11% to EUR 442 million (1999: EUR 499 million). Net income in the first nine months fell by 9% to EUR 260 million (1999: EUR 285).

**Highlights in the Quarter**

- New mySAP.com customers in the 3rd quarter include: in the Americas, Exxon Mobil, Molex, Interconnect Technologies Division; in Europe, Air Liquide, Eggsbenefit.com, Usinor; in Asia/Pacific, Cheil Jedang, Kyushu Electric Power Company, Singapore Airlines, Tokyo Broadcasting System.

- SAP AG unveiled a wide-ranging, global advertising and promotional awareness campaign designed to build upon its

ST&B 008293

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 307474