SAP - Press Release                                                                                                                                           Page 1 of 4



**THE BEST-RUN E-BUSINESSES RUN SAP**

Search | |          Country Sites

Solutions     Services      Education      Partners           Company        Contact SAP 

You Are Here: SAP.com > Company > Press Room > Press Release

**SAP Press Room**

## SAP Announces Strong Fourth Quarter And Full Year Results
*E-business software sales surpass EUR 1.3 billion in first full year of mySAP.com*

- 2000 revenues up to EUR 6.27 billion
- Full year license revenues top EUR 2.46 billion
- mySAP.com over 50% of license revenues

Overview
June '00
July '00
August '00
September '00
October '00
November '00
December '00
January '01
February '01
March '01
April '01
May '01 June '01

WALLDORF, Germany -- January 23, 2001 -- SAP AG (NYSE: SAP), the leading provider of e-business software solutions, today announced its preliminary results for the fourth quarter and year ended December 31, 2000.

In the fourth quarter, revenues increased 31% over the same period last year to EUR 2.164 billion (1999: EUR 1.651 billion). Fourth quarter operating income before charges for the employee stock appreciation rights program (STAR) rose 51% to EUR 659 million (1999: EUR 436 million), putting operating margins at approximately 30%. Pre-tax profit including STAR was up 21% to EUR 583 million (1999: EUR 481 million). Net income in the quarter increased 16% to EUR 366 million (1999: EUR 316 million). Earnings per share increased 15% to EUR 1.16 (1999: EUR 1.01).

Sales of mySAP.com, SAP's leading e-business platform, grew 412% to EUR 661 million (1999: EUR 129 million) in the fourth quarter. mySAP.com revenues represented 63% of total license revenues in the quarter, compared to 61% in the third quarter. Over the full year, e-business sales grew to EUR 1.3 billion, or 53% of license revenues.

"These results confirm SAP's leadership in providing complete e-business solutions that companies want," said Henning Kagermann, Co-Chairman and CEO of SAP AG. "Our organization is focused and energized. When you combine this with the growing customer understanding of the power of mySAP.com and our strong pipeline, 2001 looks like another very good year for SAP."

Product revenues in the quarter were up 35% to EUR 1.524 billion (1999: EUR 1.132 billion). License revenues, which are comprised of mySAP.com sales as well as component based software sales, grew 30% to EUR 1.056 billion (1999: EUR 811 million). Consulting revenues rose 27% to EUR 517 million (1999: EUR 408 million). Training revenues increased 25% to EUR 111 million (1999: EUR 89 million).

In the fourth quarter, revenues in the Europe, the Middle East and Africa (EMEA) region increased 42% to EUR 1.136 billion (1999: EUR 800 million) and in the Asia-Pacific region (APA) revenues were up 38% to EUR 231 million (1999: EUR 167 million). Revenues in the Americas region rose 17% to EUR 797 million (1999: EUR 684 million). Americas' growth was paced by a strengthened US organization, which grew revenues 23% to EUR 593 million.

**Full Year Results**

For 2000, sales grew 23% over 1999 to EUR 6.266 billion (1999: EUR 5.110 billion). Operating income before charges for STAR were up 32% to EUR 1.235 billion. Pre-tax

http://www.sap.com/company/press/01_2001/01_13.asp                                                                        11/7/2002

ST&B 009055

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 307611

profit before charges for STAR was up 31% to EUR 1.466 billion (1999: EUR 1.120 billion); pre-tax profit including STAR grew 5% to EUR 1.025 billion (1999: EUR 980 million). Net income for the year increased 4% to EUR 626 million (1999: EUR 601 million). Earnings per share excluding charges for the STAR program rose 31% to EUR 2.86 (1999: EUR 2.19); earnings per share including STAR were up 4% to EUR 2.00 (1999: EUR 1.92). EPS calculations reflect the 3-for-1 stock split which occurred during 2000.

mySAP.com accounted for 53% or EUR 1.3 billion of license revenues for 2000, which rose 27% to EUR 2.46 billion (1999: EUR 1.932 billion). Consulting revenues grew 6% to EUR 1.646 billion (1999: EUR 1.547 billion) and training revenue increased 2% to EUR 401 million (1999: EUR 395 million).

Total operating expenses excluding STAR rose 21% in 2000 to EUR 5.031 billion (1999: EUR 4.174 billion); operating margin excluding STAR was 20%. An overall tax rate of 38.0% is anticipated, as opposed to 38.4% in 1999.

"All of the pieces of our e-business strategy are in place -- people, products, marketing and commitment to win -- and we have the customer wins and win-backs to prove that we successfully reinvented SAP," commented Hasso Plattner, Co-Chairman and CEO of SAP AG. "There is no other business software vendor with the product depth, industry knowledge and global reach of SAP."

**Outlook**

SAP expects revenue growth through the first half of 2001 to slightly exceed the rate it achieved in its 2000 fiscal year. As a consequence, the Group's three-year target of doubling 1998 revenues will take one quarter longer to achieve than originally thought. The company also expects to enhance its operating profit margin before STAR in the first half 2001 to roughly match the improvement seen in 2000.

As permitted under the Shareholder resolution of January 18, 2000, the Executive Board has decided to repurchase SAP Preference Shares during the period of January 24, 2001 until June 30, 2001. The Company intends to purchase its preference shares from the market in an amount not to exceed 1.5% of the total preference shares outstanding.

The purchase price paid by the company for each SAP AG preference share shall not be more or less than 10% of the average market price of the preference share over the five trading days before such purchase. The average market price is calculated based upon SAP AG preference share closing prices in the Frankfurt Stock Exchange XETRA trading system.

**2000 Highlights**

- **mySAP.com emerges as the leading e-business platform**: SAP's e-business software sales topped EUR 1.3 billion over FY 2000, of which 51% were achieved in the fourth quarter alone. Compared to the fourth quarter 1999, SAP grew mySAP.com sales by 412% in the fourth quarter 2000. New customers include McCormick & Company, NASA, Warner Brothers, Heineken, Philips Lighting, Kowloon Canton Railway and Asia Pulp and Paper.

- **SAPMarkets and Commerce One created a successful alliance** to jointly develop MarketSet and Enterprise Buyer, the next-generation e-business offerings that combines Commerce One's leading e-marketplace infrastructure with e-procurement, supply chain, product planning and analysis applications from SAP and SAPMarkets.

- **SAP AG broadly realigned its global development force** of almost 6,000 people worldwide. SAP established six General Business Units (GBUs) to manage its applications development activities; seven Industry Business Sectors, responsible for the development of mySAP.com industry solutions; and three additional GBUs, responsible for particular technologies. The changes are creating a more nimble organization, enabling SAP to better respond to the fast-changing needs of its customers and the overall market.

- **SAP welcomed more than 21,000 conference attendees** to its SAPPHIRE

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

ST&B 009056

NDCA-ORCL 307612

customer conferences in Berlin and Las Vegas. At the events, SAP showcased continued delivery and strong customer acceptance of mySAP.com. At the European conference, SAP unveiled a new program to provide a clear path for current customers to upgrade to mySAP.com as well as a comprehensive integration strategy that will open mySAP.com to third-party solutions, giving customers greater choice and flexibility. At SAPPHIRE Las Vegas, SAP AG, SAPMarkets, the SAP subsidiary dedicated to deliver mySAP.com marketplaces, and Commerce One announced a preliminary agreement to jointly deliver the next-generation e-business marketplace solution for the Internet economy.

- **SAP AG unveils global advertising and promotional awareness campaign** designed to build upon its success as the world's leading provider of e-business solutions. The announcement was made in September at the Indianapolis Motor Speedway, site of the SAP United States Grand Prix Formula One race, one of the most famous racing venues in the world. The campaign includes print and television advertisements to be run in more than 25 countries.

**Conference Call and Webcast**

SAP senior management will host a conference call today at 5:00 PM (CET) / 4:00 PM (GMT) / 11:00 AM (Eastern) / 8:00 AM (Pacific). The conference call will be webcast live at http://www.sap.com/company/investor and will be available for replay purposes as well.

**Key figures at a glance (in EUR millions)**

**SAP Group**

|                         | 4Q 2000 | 4Q 1999 | Change | % Change |
|-------------------------|---------|---------|--------|----------|
| Revenues                | 2,164   | 1,651   | 513    | 31       |
| License revenues        | 1,056   | 811     | 245    | 30       |
| mySAP.com revenues      | 661     | 129     | 532    | 412      |
| Income before taxes     | 583     | 481     | 102    | 21       |
| Net income              | 366     | 316     | 50     | 16       |
| Headcount(December 31)  | 24,178  | 21,504  | 2,674  | 12       |

**Revenue by Region (in EUR millions)**

|              | Revenue 4Q 2000 | Revenue 4Q 1999 | License Revenues 4Q 2000 | License Revenues 4Q 1999 |
|--------------|-----------------|-----------------|--------------------------|--------------------------|
| EMEA         | 1,136           | 800             | 592                      | 386                      |
| Asia Pacific | 231             | 167             | 97                       | 86                       |
| Americas     | 797             | 684             | 367                      | 339                      |

Any statements contained in this document that are not historical facts are forward-looking statements as defined in the U.S. Private Securities Litigation Reform Act of 1995. Words such as "believe," "estimate," "intend," "may," "will," "expect," and "project" and similar expressions as they relate to the Company are intended to identify such forward-looking statements. The Company undertakes no obligation to publicly update or revise any forward-looking statements. All forward-looking statements are subject to various risks and uncertainties that could cause actual results to differ materially from expectations. The factors that could affect the Company's future financial results are discussed more fully in the Company's filings with the U.S. Securities and Exchange Commission (the "SEC"), including the Company's Annual Report on Form 20-F for 1999 filed with the SEC on April 7, 2000. Readers are cautioned not to place undue reliance on these forward-looking statements, which speak only as of their dates.

http://www.sap.com/company/press/01_2001/01_13.asp

11/7/2002

ST&B 009057

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 307613

SAP AG preference and common shares are listed on the Frankfurt Stock Exchange as well as a number of other exchanges. In the US, SAP's American Depositary Receipts (ADRs), each worth one-fourth of a preference share, trade on the New York Stock Exchange under the symbol 'SAP'. SAP is a component of the DAX, the index of 30 German blue chip companies.

Information on the SAP AG preference shares is available on Bloomberg under the symbol SAP3 GR, on Reuters under SAPG_p.F or DE and on Quotron under SAGVD.EU. Information on the SAP common shares is available on Bloomberg under the symbol SAP GR, on Reuters under SAPG.F and on Quotron under SAGR.EU. Additional information is available on SAP AG's home page: http://www.sap.com

**Additional Information**

Full Press Release including Income and Balance Sheets
(PDF, 41 KB)

Financial Data
(Excel File, 45 KB)

Presentation
(PDF, 3.2 MB)

**Want to learn more?** Contact SAP for additional information.

Tell a Friend
Print View

Questions or comments about the Web site? Contact the webmaster@sap.com.        © 2002   Privacy Statement   Impressum

http://www.sap.com/company/press/01_2001/01_13.asp                                                  11/7/2002

ST&B 009058

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 307614