**SAP**

**THE BEST-RUN E-BUSINESSES RUN SAP**

Search | Country Sites

Solutions   Services   Education   Partners   Company   Con

You Are Here: SAP.com > Company > Press Room > Press Room - SAP Achieves Strong First Quarter Results; Net Income Rises Sharply

Press Room

## SAP Achieves Strong First Quarter Results; Net Income Rises Sharply

- Revenues up 29% to €1.5 billion
- Software revenues up 24% to €458 million *Operating margin improves significantly*

Press Room
PR Contacts
Press Fact Sheets
SAP INFO Magazine
Headquarters Images

WALLDORF, Germany - April 19, 2001 - SAP AG (NYSE: SAP), the leading provider of e-business software solutions, today announced its results for the quarter ended March 31, 2001.

In the first quarter of 2001, revenues increased 29% over the same period last year to €1.5 billion (2000: €1.2 billion). Earnings before interest, taxes, depreciation and amortization ("EBITDA") rose to €259 million (2000: €-62 million). First quarter 2001 operating income before charges for stock-based compensation programs (STAR and LTI) rose 82% to €233 million (2000: €128 million), resulting in an improvement of the respective operating margin to about 15%, up from 11% in the first quarter of 2000. Net income for the first quarter 2001 grew 109% to €117 million (2000: €56 million). Earnings per ordinary share for the quarter was €0.36 (2000: €0.18).

"SAP's product offering is broader and more functional than ever before. Our focused e-business strategy is paying off as we continue to expand our technological and market leadership," said Hasso Plattner, Co-Chairman and CEO of SAP AG. "Matched with our unique industry knowledge, customers receive the best return ever on their software investment."

In the quarter, revenues in Europe, the Middle East and Africa (EMEA) region increased 31% to €796 million (2000: €608 million) and in the Asia-Pacific region (APA) revenues were up 28% to €178 million (2000: €139 million). Revenues in the Americas region rose 26% to €550 million (2000: €436 million). At constant currency rates, revenues in the Americas rose 20%.

"SAP is extremely well positioned to compete in a more complex and challenging software sales environment," said Henning Kagermann, Co-Chairman and CEO of SAP AG. "We've become more efficient, and our sales force is better equipped to demonstrate the competitive advantages offered by our e-business solutions. Our geographic strength is reflected in the balanced nature of our sales figures."

Although the current environment is challenging, SAP remains confident about expectations for its operations through the first three quarters of this year. For the nine months ending September 30, 2001, the company expects that revenue will slightly exceed the 23% growth rate achieved in fiscal year 2000. Operating margins (before stock-based compensation programs and acquisition-related charges) for the nine months are expected to increase by 1-2 percentage points over the 14% reached over the first nine months of 2000.

==Product revenues in the first quarter rose 27% to €943 million (2000: €742 million). License revenues grew 24% to €458 million (2000: €369 million).== Consulting revenues increased 38% to €458 million (2000: €332 million). Training revenues were up 15% to €109 million (2000: €95 million).

ST&B 008286

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 307748

The number of full-time equivalent employees at March 31, 2001, was 25,218, a 14% increase over the number at March 31, 2000. Since December 31, 2000, SAP has added more than 1,000 new employees.

For the first time, the company has provided additional information on revenues from certain specific software solutions. In the first quarter of 2001, software revenues related to mySAP CRM (Customer Relationship Management) reached roughly €67 million, while mySAP SCM (Supply Chain Management) related revenues totaled around €103 million. These figures include revenues from designated solution contracts, as well as figures from integrated solution contracts which are allocated based on usage surveys.

**First Quarter Highlights**

- **mySAP.com contracts in the quarter** include Globe & Mail, Molson and City of Ottawa in the Americas; Agfa-Gevaert, Cable & Wireless, Akzo Nobel, and Vivendi Universal in EMEA; and Yamaha, CLP Power Hong Kong and Samsung in Asia/Pacific.

- **SAP announced plans to merge its two share classes** to create a one-share/one-vote structure, which will improve transparency and offer SAP greater flexibility. Under the plan, preference shares would be converted on a 1-to-1 basis into fully voting ordinary shares. The plan requires approval at the Annual General Meeting in May.

- **SAP announced to acquire TopTier Software**, an SAP partner that has market leading technologies and know-how in creating enterprise portals. TopTier has development labs in Tel Aviv, Israel and San Jose, California.

- **SAP will create a new company, SAP Portals**, dedicated to developing and marketing comprehensive, open-enterprise portal and business intelligence products. SAP Portals will be a global company with headquarters in Palo Alto, Calif. and will initially employ more than 700 people. SAP Portals will combine TopTier Software with SAP's existing efforts in enterprise portals. The mySAP Workplace, SAP's enterprise portal offering, integrates mySAP e-business solutions and non-SAP components to deliver up-to-date, role-based information, applications and services that people need to perform their everyday jobs. One of the first assignments of SAP Portals will be to create a portal for the new joint venture between SAP and Yahoo!

**Conference Call/Webcast/Supporting Slides**

SAP senior management will host a conference call today at 5:00 PM (CET) / 4:00 PM (GMT) / 11:00 AM (Eastern) / 8:00 AM (Pacific). The conference call will be web cast live at http://www.sap.com/investor and will be available for replay purposes as well. Slides related to today's announcement will be used during the conference call and are also available on the SAP website.

Any statements contained in this document that are not historical facts are forward-looking statements as defined in the U.S. Private Securities Litigation Reform Act of 1995. Words such as "believe," "estimate," "intend," "may," "will," "expect," and "project" and similar expressions as they relate to the Company are intended to identify such forward-looking statements. The Company undertakes no obligation to publicly update or revise any forward-looking statements. All forward-looking statements are subject to various risks and uncertainties that could cause actual results to differ materially from expectations. The factors that could affect the Company's future financial results are discussed more fully in the Company's filings with the U.S. Securities and Exchange Commission (the "SEC"), including the Company's Annual Report on Form 20-F for 2000 filed with the SEC on March 28, 2001. Readers are cautioned not to place undue reliance on these forward-looking statements, which speak only as of their dates.

SAP AG preference and common shares are listed on the Frankfurt Stock Exchange as well as a number of other exchanges. In the US, SAP's

ST&B 008287

http://www.sap.com/company/press/press.asp?pressID=310          10/2/2002

**CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER**

NDCA-ORCL 307749

The number of full-time equivalent employees at March 31, 2001, was 25,218, a 14% increase over the number at March 31, 2000. Since December 31, 2000, SAP has added more than 1,000 new employees.

For the first time, the company has provided additional information on revenues from certain specific software solutions. In the first quarter of 2001, software revenues related to mySAP CRM (Customer Relationship Management) reached roughly €67 million, while mySAP SCM (Supply Chain Management) related revenues totaled around €103 million. These figures include revenues from designated solution contracts, as well as figures from integrated solution contracts which are allocated based on usage surveys.

**First Quarter Highlights**

- **mySAP.com contracts in the quarter** include Globe & Mail, Molson and City of Ottawa in the Americas; Agfa-Gevaert, Cable & Wireless, Akzo Nobel, and Vivendi Universal in EMEA; and Yamaha, CLP Power Hong Kong and Samsung in Asia/Pacific.

- **SAP announced plans to merge its two share classes** to create a one-share/one-vote structure, which will improve transparency and offer SAP greater flexibility. Under the plan, preference shares would be converted on a 1-to-1 basis into fully voting ordinary shares. The plan requires approval at the Annual General Meeting in May.

- **SAP announced to acquire TopTier Software**, an SAP partner that has market leading technologies and know-how in creating enterprise portals. TopTier has development labs in Tel Aviv, Israel and San Jose, California.

- **SAP will create a new company, SAP Portals**, dedicated to developing and marketing comprehensive, open-enterprise portal and business intelligence products. SAP Portals will be a global company with headquarters in Palo Alto, Calif. and will initially employ more than 700 people. SAP Portals will combine TopTier Software with SAP's existing efforts in enterprise portals. The mySAP Workplace, SAP's enterprise portal offering, integrates mySAP e-business solutions and non-SAP components to deliver up-to-date, role-based information, applications and services that people need to perform their everyday jobs. One of the first assignments of SAP Portals will be to create a portal for the new joint venture between SAP and Yahoo!

**Conference Call/Webcast/Supporting Slides**

SAP senior management will host a conference call today at 5:00 PM (CET) / 4:00 PM (GMT) / 11:00 AM (Eastern) / 8:00 AM (Pacific). The conference call will be web cast live at http://www.sap.com/investor and will be available for replay purposes as well. Slides related to today's announcement will be used during the conference call and are also available on the SAP website.

Any statements contained in this document that are not historical facts are forward-looking statements as defined in the U.S. Private Securities Litigation Reform Act of 1995. Words such as "believe," "estimate," "intend," "may," "will," "expect," and "project" and similar expressions as they relate to the Company are intended to identify such forward-looking statements. The Company undertakes no obligation to publicly update or revise any forward-looking statements. All forward-looking statements are subject to various risks and uncertainties that could cause actual results to differ materially from expectations. The factors that could affect the Company's future financial results are discussed more fully in the Company's filings with the U.S. Securities and Exchange Commission (the "SEC"), including the Company's Annual Report on Form 20-F for 2000 filed with the SEC on March 28, 2001. Readers are cautioned not to place undue reliance on these forward-looking statements, which speak only as of their dates.

SAP AG preference and common shares are listed on the Frankfurt Stock Exchange as well as a number of other exchanges. In the US, SAP's

ST&B 008287

**CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER**

NDCA-ORCL 307750



**SAP** — **THE BEST-RUN E-BUSINESSES RUN SAP**

Search | Country Sites

Solutions    Services    Education    Partners    Company    Con

You Are Here: SAP.com > Company > Press Room > Press Room - SAP Achieves Strong First Quarter Results; Net Income Rises Sharply

Press Room

## SAP Achieves Strong First Quarter Results; Net Income Rises Sharply

- Revenues up 29% to €1.5 billion
- Software revenues up 24% to €458 million *Operating margin improves significantly*

Press Room
PR Contacts
Press Fact Sheets
SAP INFO Magazine
Headquarters Images

WALLDORF, Germany - April 19, 2001 - SAP AG (NYSE: SAP), the leading provider of e-business software solutions, today announced its results for the quarter ended March 31, 2001.

In the first quarter of 2001, revenues increased 29% over the same period last year to €1.5 billion (2000: €1.2 billion). Earnings before interest, taxes, depreciation and amortization ("EBITDA") rose to €259 million (2000: €-62 million). First quarter 2001 operating income before charges for stock-based compensation programs (STAR and LTI) rose 82% to €233 million (2000: €128 million), resulting in an improvement of the respective operating margin to about 15%, up from 11% in the first quarter of 2000. Net income for the first quarter 2001 grew 109% to €117 million (2000: €56 million). Earnings per ordinary share for the quarter was €0.36 (2000: €0.18).

"SAP's product offering is broader and more functional than ever before. Our focused e-business strategy is paying off as we continue to expand our technological and market leadership," said Hasso Plattner, Co-Chairman and CEO of SAP AG. "Matched with our unique industry knowledge, customers receive the best return ever on their software investment."

In the quarter, revenues in Europe, the Middle East and Africa (EMEA) region increased 31% to €796 million (2000: €608 million) and in the Asia-Pacific region (APA) revenues were up 28% to €178 million (2000: €139 million). Revenues in the Americas region rose 26% to €550 million (2000: €436 million). At constant currency rates, revenues in the Americas rose 20%.

"SAP is extremely well positioned to compete in a more complex and challenging software sales environment," said Henning Kagermann, Co-Chairman and CEO of SAP AG. "We've become more efficient, and our sales force is better equipped to demonstrate the competitive advantages offered by our e-business solutions. Our geographic strength is reflected in the balanced nature of our sales figures."

Although the current environment is challenging, SAP remains confident about expectations for its operations through the first three quarters of this year. For the nine months ending September 30, 2001, the company expects that revenue will slightly exceed the 23% growth rate achieved in fiscal year 2000. Operating margins (before stock-based compensation programs and acquisition-related charges) for the nine months are expected to increase by 1-2 percentage points over the 14% reached over the first nine months of 2000.

Product revenues in the first quarter rose 27% to €943 million (2000: €742 million). License revenues grew 24% to €458 million (2000: €369 million). Consulting revenues increased 38% to €458 million (2000: €332 million). Training revenues were up 15% to €109 million (2000: €95 million).

ST&B 008286

http://www.sap.com/company/press/press.asp?pressID=310

1 ι

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 307751

American Depositary Receipts (ADRs), each worth one-fourth of a preference share, trade on the New York Stock Exchange under the symbol 'SAP'. SAP is a component of the DAX, the index of 30 German blue chip companies.

Information on the SAP AG preference shares is available on Bloomberg under the symbol SAP3 GR, on Reuters under SAPG_p.F or DE and on Quotron under SAGVD.EU. Information on the SAP common shares is available on Bloomberg under the symbol SAP GR, on Reuters under SAPG.F and on Quotron under SAGR.EU. Additional information is available on SAP AG's home page: http://www.sap.com

**Additional Informations**

Full Press Release including Income and Balance Sheets (PDF, 39KB)
Financial Data (Excel File, 45 KB)
Presentation (PDF, 1.3 MB)

**About SAP**

SAP is the world's leading provider of e-business software solutions. Through the mySAP.com® e-business platform, people in businesses around the globe are improving relationships with customers and partners, streamlining operations, and achieving significant efficiencies throughout their supply chains. Today, more than 13,000 companies in over 100 countries run more than 30,000 installations of SAP® software. With subsidiaries in over 50 countries, the company is listed on several exchanges including the Frankfurt stock exchange and NYSE under the symbol "SAP." (Additional information at http://www.sap.com)

---

Any statements contained in this document that are not historical facts are forward-looking statements as defined in the U.S. Private Securities Litigation Reform Act of 1995. Words such as "believe," "estimate," "intend," "may," "will," "expect," and "project" and similar expressions as they relate to the Company are intended to identify such forward-looking statements. The Company undertakes no obligation to publicly update or revise any forward-looking statements. All forward-looking statements are subject to various risks and uncertainties that could cause actual results to differ materially from expectations. The factors that could affect the Company's future financial results are discussed more fully in the Company's filings with the U.S. Securities and Exchange Commission (the "SEC"), including the Company's Annual Report on Form 20-F for 2000 filed with the SEC on March 28, 2001. Readers are cautioned not to place undue reliance on these forward-looking statements, which speak only as of their dates.

Copyright © 2001 SAP AG
SAP, the SAP logo, mySAP.com, mySAP and all other SAP products or services mentioned herein are trademarks or registered trademarks of SAP AG in Germany and several other countries. Other product or service names mentioned herein are the trademarks of their respective owners.

**Want to learn more?** Contact SAP for additional information.

Tell a Friend

Print View

Questions or comments about the Web site? Contact the webmaster@sap.com.    © 2002   Privacy Statement

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 307752