CONFIDENTIAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

--oOo--

In re:  ORACLE CORPORATION          Master File No.
SECURITIES LITIGATION               C-01-0988-MJJ (JCS)
_____/        CLASS ACTION



-- TRANSCRIPT DESIGNATED AS CONFIDENTIAL --

Videotaped Deposition of

RANDALL W. JENSEN, PH.D.

_____

Friday, July 13, 2007

Reported by:
Leslie Rockwood

CSR No. 3462

Job No. 75321

CONFIDENTIAL

 1    "implementation" to mean in the context of the

 2    implementation of enterprise application software?

 3         A.  Most of the enterprise application systems

 4    I've dealt with involve taking a baseline product, like

 5    11i would be an example, and customizing it to work

 6    with -- I'll call it peculiar, not specifically Oracle

 7    databases, applications that are not specifically Oracle.

 8         So the software has to be customized to do it

 9    at another job, basically.  The data formats are not the

10    same.  The needs are not exactly the same.  So that's

11    typically what implementation is to me.

12         Q.  Okay.  I think that's fair enough.

13         So having in mind your understanding of the

14    term, you've just described one project you worked on

15    last week involving a military project of implementing

16    some enterprise application software.  And my question

17    is:  Do you have any other work experience in

18    implementing enterprise application software?

19         A.  Other than projecting the work involved, how

20    much it will cost, how long it will take, that's pretty

21    much what we do.

22         Q.  Okay.

23         A.  Conversion, customization, interfaces.

24         Q.  And that's based on your -- your research

25    over many years in the estimating field?

15

CONFIDENTIAL

1      A.  And experience, yeah.

2      Q.  Okay.  So in terms of the actual on-site work

3  doing the implementation, data conversion, working with

4  the interfaces, things like that, you haven't actually

5  done that kind of implementation work?

6      A.  No.

7      Q.  Okay.  You mentioned your estimating work.  I

8  want to mark and place in front of you a third exhibit

9  here.  It's actually something I think you're familiar

10  with.  It's Capers Jones' book, Estimating Software

11  Costs?

12      A.  Oh, yes.  Yes.

13      MR. GIBBS:  We're going to mark the whole

14  book as Exhibit 3.

15      (Exhibit 3 marked.)

16      Q.  BY MR. GIBBS:  First question, actually, is

17  about the very first page.  I promise we won't go through

18  page-by-page, but the about the author section starts

19  with a sentence that says, quote:  Capers Jones is a

20  leading authority in the world of software estimating,

21  measurement, metrics, productivity and quality," end

22  quote.

23      Do you have that language in front of you?

24      A.  Right there (indicating).

25      Q.  Do you agree with that?

16

CONFIDENTIAL

1          A.   Yes, he is.

2          Q.   And you've read his book, Estimating Software

3     Costs?

4          A.   Yes.

5          Q.   I see.  Okay.  How about Watts Humphrey; do

6     you know who he is?

7          A.   Yes, I do.  He's the -- well, I'll call it

8     the CMMI expert for the world.  He came from IBM, works

9     at Carnegie Mellon.

10          Q.   What's CMMI?

11          A.   Capability maturity model improved.

12          Q.   Have you ever heard Mr. Humphrey referred to

13     as the father of software quality?

14          A.   Do I need to answer that?

15          MR. WILLIAMS:  Yes.

16          THE WITNESS:  Yes, okay.  The reason I --

17     yes, I've heard him called that.

18          Q.   BY MR. GIBBS:  You agree or disagree with

19     that?

20          A.   From my estimating background, I disagree

21     with that.

22          Q.   Why is that?

23          A.   Claims for productivity improvement using

24     CMMI, I think, are exaggerated, my opinion.

25          Q.   CMMI is a methodology that he's developed,

17

CONFIDENTIAL

1      Q.  BY MR. GIBBS:  And the usefulness of staff

2  hours as a cross-check would also be affected by which

3  development activities are included in the number of

4  staff hours; correct?

5      A.  Yes.  That's true.

6      Q.  As much as possible, you would want the

7  activities included in that 6 million number to be the

8  same types of activities that were included in the study

9  that yielded the 1.96?

10      MR. WILLIAMS:  Objection.  Form, calls for

11  speculation.

12      MR. GIBBS:  Let me finish my question,

13  please.

14      Q.  That's good enough, if you can answer it.

15      A.  The 1.96 assumes there was an analysis -- you

16  have to remember these four things.  Analysis, there was

17  a design, they were coded, if you want to call it that,

18  in whatever language that 11i is, and they were tested.

19  And I assumed with the 1.96, as did Capers, that those

20  four activities were included.  That's what the 80,000

21  function points meant.

22      Q.  Understood.  But in order to make that

23  comparison that you've just described, you would want to

24  know whether the 6 million hours includes the same four

25  categories as the study that yielded the 1.96 function

CONFIDENTIAL

1    point count; correct?

2        A.  That's true.  That's true.

3        Q.  If it does not, then it wouldn't be a useful

4    metric?

5            MR. WILLIAMS:  Objection.  Form.

6            THE WITNESS:  That's true.

7        Q.  BY MR. GIBBS:  Okay.  And you don't know

8    whether it does?

9        A.  Well, we're assuming in this, in the

10   analysis, that all of those functions were performed on

11   11i.

12       Q.  Understood.  But you don't know whether the

13   hours expended on all four of those hours of activities

14   are included in that 6 million staff hour count; is that

15   correct?

16       A.  That's true.

17       Q.  Let me ask you some questions generally about

18   software, and we'll particularize them if it's necessary

19   to answer the questions.

20           First of all, would you agree with me that

21   all commercial software has defects when it's released?

22       A.  Yes.

23       Q.  All right.  And would you agree with me that

24   the larger the software is, measured by some meaningful

25   metric, the more errors you would expect it to be

28

CONFIDENTIAL

1   released with?

2                   MR. WILLIAMS:  Objection.  Form.

3                   THE WITNESS:  Not necessarily.  It depends on

4   the process.  A well-run process like a CMMI level five

5   process, for example, would generate less errors than

6   a -- the old-fashioned code and test process.

7          Q.  BY MR. GIBBS:  Okay.

8          A.  So it's variable.

9          Q.  Let's assume you hold all factors constant

10  except for the size of the software.

11         A.  Okay.

12         Q.  In that instance, the size, I take it, would

13  affect the number of errors you would expect to see?

14         A.  That's true.

15         Q.  And so holding everything else constant, if

16  the software gets bigger, you would expect to see more

17  errors even after release; correct?

18         A.  That's true.

19         Q.  What about complexity?  I know there are a

20  number of different ways to measure software complexity,

21  but just generally speaking, again, if you hold

22  everything else about the project constant, would you

23  agree that the more complex the software is, the more

24  errors you would expect to see it released with?

25                  MR. WILLIAMS:  Objection.  Form.

CONFIDENTIAL

1          THE WITNESS:  Yes and no.  Now, that's a

2    terrible answer, I realize, but it is yes and no.  A very

3    complex piece of software developed by a team that's

4    developing non-complex software, same development method,

5    same development process would probably produce more

6    errors.  But people who develop very complex software

7    usually use smaller teams and take longer, and they don't

8    produce more errors.

9          Q.  BY MR. GIBBS:  Okay.  But I think your answer

10   has changed one of the variables.  But if you really

11   stick to my hypothetical, which I understand you may not

12   agree with, but if you hold everything constant, the more

13   complex it is, the more errors you would expect to see;

14   is that fair?

15          MR. WILLIAMS:  Objection.  Form, asked and

16   answered.

17          THE WITNESS:  You're asking me to make a

18   decision about the competence of the developer.  A

19   competent developer would have done it the way I

20   suggested.  So it didn't -- it didn't solve the problem.

21   If we've got a given developer who has a given set of

22   skills, complex software would take longer and use fewer

23   people and would have no more bugs than when it was not

24   complex.

25          Q.  BY MR. GIBBS:  Okay.  Let me ask you a

30

CONFIDENTIAL

```
 1    slightly different question:   In your Conclusion
 2    Number 2, you say, "Based on the source of Mr. Yourdon --
 3    Y-o-u-r-d-o-n -- relied upon to determine the prevalence
 4    of defects in ERP-type software, Mr. Yourdon had no
 5    factual basis to state whether Oracle 11i defect levels
 6    with high, low, or normal."
 7              Now, first of all, before we get into the
 8    actual conclusion, I want to ask you about the concept of
 9    high, low, or normal as it's applied to defect levels in
10    software.   Again, I take it that implies there is some
11    level of defects that would be normal and expected for
12    various kinds of software.   Correct?
13         A.   Always.
14         Q.   And the level you would expect depends in
15    part on the type of software; correct?
16              MR. WILLIAMS:   Objection.  Form.
17              THE WITNESS:   That's true.
18         Q.   BY MR. GIBBS:   ERP being one category of
19    software?
20         A.   Not -- that doesn't necessarily lead you to
21    more or less errors.
22         Q.   Okay --
23         A.   ERP is a product type.
24         Q.   Would you -- just as a category, would you
25    expect a different normal level of defects, for example,
```

31

CONFIDENTIAL

1    in military software compared to commercial software?

2            A.   I would expect less.

3            Q.   Okay.   I would hope for less.

4            A.   Nuclear weapons.

5            Q.   Agreed.   Is it possible to know what would be

6    the normal and expected defect level without knowing the

7    size of a particular software program?

8            MR. WILLIAMS:   Objection.   Form.   Size.

9            THE WITNESS:   Read that again.

10           Q.   BY MR. GIBBS:   Sure.

11           A.   Try it one more time.

12           Q.   I will.

13               Is it possible to know what would be the

14   normal and expected defect level without knowing the size

15   of a particular software program?

16           MR. WILLIAMS:   Same objection.

17           THE WITNESS:   Size is definitely a factor.

18   But you're coming down to process now.   If I'm building

19   nuclear weapons, I have no errors, or very few.   There

20   are errors, but there are very few.

21               If I'm doing something in a commercial world,

22   I probably will have more because they're more

23   acceptable.

24           Q.   BY MR. GIBBS:   Okay.   Well, I take your point

25   that size is not --

32

CONFIDENTIAL

1        A.  And size is not really the issue.

2        Q.  It's not the only issue.

3        A.  Yeah.

4        Q.  But it's one factor that would affect what

5    you would expect to see.

6        A.  Oh, yeah.  Errors go up with size.

7        Q.  Okay.  Let me put it another way, then.

8    There are a variety of different factors that affect the

9    number of defects you would expect to see from a software

10   program.

11       A.  Yes, that's true.

12       Q.  And without knowing all of those different

13   things that affect expected defect levels, you can't say

14   what level of defects you would expect from a particular

15   program, can you?

16       A.  Not in general, but yes, you can, looking at

17   the industry or the product type as an average -- and

18   that's what Capers does -- you can project the range that

19   you would expect to see errors within.  You can't say

20   it's this number.  You can say it's probably between here

21   and here (indicating).

22       Q.  Okay.  So to understand what level of defects

23   you would expect to see for a particular software

24   product, you would want to look at other products in the

25   same category?

CONFIDENTIAL

1          A.  That's true.

2          Q.  And you would look for a range, not some

3   specific benchmark number?

4          A.  That's true.

5          Q.  There would be a range within which the

6   defect level would be reasonable; is that a fair way of

7   putting it?

8              MR. WILLIAMS:  Objection.  Form.

9              THE WITNESS:  Collecting sufficient data,

10  that's probably true.

11         Q.  BY MR. GIBBS:  Okay.  And outside those

12  ranges, the defect level would be unreasonable?

13             MR. WILLIAMS:  Objection.  Form.

14             THE WITNESS:  Depends.  Again, the range may

15  be this wide, but one contractor may have an error rate

16  that's down here or up here (indicating).  Another one

17  may be down here, but we're looking at collected data

18  from a lot of places.

19         Q.  BY MR. GIBBS:  Okay.  But if you had

20  sufficient data, a large data set, and you had data from

21  the relevant comparable products, if a particular product

22  had a defect rate that was well within the range of that

23  industry, that would be reasonable, wouldn't it?

24             MR. WILLIAMS:  Objection.  Form.

25             THE WITNESS:  It would be expected, you mean?

34

CONFIDENTIAL

1          A.   I haven't seen it.  I haven't used it.

2          Q.   Okay.  Okay.  Have you read any other

3    documents from this case in order to form your opinion?

4          A.   Just the -- the specific quotations, if you

5    will, out of the reports is how I formed the definition

6    of what a defect was.

7          Q.   And from those materials, you were unable to

8    determine how Oracle defines defect in that context?

9          A.   Yes.

10         Q.   Okay.  And I take it you were also not able

11   to come up with any definitive numbers showing how many

12   defects Suite 11i had?

13         A.   Well, using the information in the reports,

14   there are a couple of reports -- a couple of attempts

15   made at projecting defects.  I looked at both of them and

16   said they're not founded on anything solid.

17         Q.   Okay.  I'm not trying to get at what people

18   projected would be the likely or expected number of

19   defects.  I'm trying to get at whether you saw anything

20   that established for you the number of defects that were

21   actually observed in Suite 11i --

22         A.   No.

23         Q.   -- at any particular point in time.

24         A.   No, I did not, as a matter of fact.  And what

25   I read were projections of what the defect rate should

CONFIDENTIAL

1  be.  And the methods that I looked at to determine what

2  that rate should be were conflicting.

3          Q.  Okay.  So I take it from all of that, that

4  you don't have an opinion as to whether Oracle 11i defect

5  levels were high, low, or normal; correct?

6          A.  I don't.

7          Q.  You can't tell from the information you've

8  seen?

9          A.  No, I can't.

10          Q.  You can't tell from Mr. Hilliard's report?

11          A.  I don't think from any of the reports anyone

12  can form a definition of what a defect is or how many

13  there were.

14          Q.  And whether the defect rate was high, low, or

15  normal?

16          A.  Yeah.  Yes.  That's true.

17          Q.  Okay.  In this Conclusion Number 2, in your

18  first bullet point there, you refer to Mr. Yourdon's

19  paragraph 48.  Referring to normal defect level of one to

20  two defects per thousand lines of code, and you say,

21  "Mr. Yourdon does not know or state how many lines of

22  code Oracle 11i has."

23          I gather you don't know, either, how many

24  lines of code Oracle 11i had; correct?

25          A.  That's true.  And calculating the defects

CONFIDENTIAL

1    from that bullet, compared to the defects in the next

2    bullet were totally different.  They're off by better of

3    an order of magnitude.

4        Q.  What do you mean by that?

5        A.  Well, the first one, one to two defects per

6    thousand lines of code, we're having a hard time defining

7    how many function points there were in the system, and I

8    would have to convert function points to lines of code in

9    order to get to this number.

10       Q.  Which number?

11       A.  Well, one or two defects per thousand lines

12   of code, it's not one or two defects per function point;

13   right?  We're trying to count this system in size in

14   function points, not lines of code, and this metric is

15   for lines of code, which doesn't work.

16       Q.  Let me try to understand you.

17            I understood Mr. Yourdon to be saying

18   generally --

19       A.  Okay.

20       Q.  -- in software one would expect one to two

21   defects per thousand lines of code.  First of all, set

22   aside how many defects there were in Suite 11i.

23       A.  Okay.

24       Q.  As a general matter, would you agree that for

25   software generally, one could expect one to two defects

Esquire Deposition Services
800.770.3363

CONFIDENTIAL

1   per thousand lines of code?

2           MR. WILLIAMS:  Objection.  Form.

3           THE WITNESS:  No.

4       Q.  BY MR. GIBBS:  Why not?

5       A.  Again, we come back to how big it is.  You'll

6   have a higher defect density the larger the system is.

7   Some developers will have a higher defect density than

8   other developers because of their process.  Complexity

9   has an effect on that, the defect rate.

10          So just saying it's one or two defects per

11  thousand lines of code is not enough information to

12  determine what that rate should be.

13      Q.  What about just broad averages?

14          MR. WILLIAMS:  Objection.  Form.

15      Q.  BY MR. GIBBS:  Do you have a view as to

16  whether on average for some category of software, one to

17  two bugs per thousand lines of code would be normal or

18  expected?

19      A.  I wouldn't stake my reputation on it, on

20  one -- the defects rates can be one to two errors per

21  thousand lines of code.

22          As an example:  What if my development

23  process was very weak on test.  I'd have a whole lot more

24  defects per thousand lines of code than a process that

25  was very stable -- stable like CMMI level five.  I would

                                                          40

CONFIDENTIAL

1          Q.   Fair enough.

2          A.   You've got to have the best processes, the

3    best tools, the best management structure, the best

4    teaming.  I mean, there's a lot of things that go into a

5    productive organization and one that does its job real

6    well.

7          Q.   Okay.  In terms of commercial software, as

8    you understand that term, is it your opinion that if a

9    software vendor does not live up to that best-in-class

10   standard, across all those things you've just mentioned,

11   that its products are defective?

12         A.   Its products are less desirable.  That's not

13   defective.

14         Q.   Okay.  And if something falls short of best

15   in class in terms of defect removal efficiency, does that

16   preclude a suite of products from being integrated?

17              MR. WILLIAMS:  Objection.  Form.

18         Q.   BY MR. GIBBS:  Necessarily?

19         A.   Read me the first part of that again.  I want

20   to make sure I get this.

21         Q.   Let's assume you have a vendor that falls

22   short of best-in-class processes for defect removal.

23         A.   Okay.

24         Q.   Does that necessarily mean the products can't

25   be integrated?

92

CONFIDENTIAL

1          MR. WILLIAMS:  Objection.  Form.

2          THE WITNESS:  No.

3     Q.  BY MR. GIBBS:  And falling short of best in

4  class defect removal standards doesn't mean that the

5  software doesn't work; correct?

6     A.  It has more errors, more defects.  So it

7  doesn't work as well.  And in some cases, it doesn't work

8  at all.  It depends on the high severity errors that

9  you're getting to.

10    Q.  But even best-in-class software in terms of

11  defect removal efficiency might have unknown show

12  stoppers in it when it's released; correct?

13         MR. WILLIAMS:  Objects.

14         THE WITNESS:  All software has show stoppers.

15    Q.  BY MR. GIBBS:  When it's released?

16    A.  When it gets old and dies, there are probably

17  still things nobody has managed to trip over.

18    Q.  So the difference between -- in terms of how

19  many show stoppers are embedded in there, the difference

20  between best in class and just average is one of degree;

21  correct?

22         MR. WILLIAMS:  I'm just going to object --

23         THE WITNESS:  It's one of perception.  I

24  could have some software that had tons of bugs in it, had

25  a really great user interface, and did my job pretty

CONFIDENTIAL

1    efficiently, still had a lot of bugs, and I may prefer

2    that to something that has no bugs, but has a crummy

3    interface.  I mean, it comes to the quality issue.

4              When you look at -- I'll simplify this.  If

5    you put a Ferrari and a Toyota and a Rolls Royce side by

6    side, which one is the highest quality?  The Toyota has

7    less bugs.  The Ferrari has the most, and if it happens

8    to be a Mercedes, you have to carry a mechanic in the

9    back seat.  But they each have different views of

10   quality, and software is the same way.  It may be buggy.

11   It has cool interface.  It may play music while you're

12   working, I don't know.  But whatever it is, is what

13   people buy.

14             MR. WILLIAMS:  I'm sorry, I need to inject an

15   objection to the prior question just in the usage of the

16   phrase "best in class."  I think you had established

17   earlier that you were -- when you were referring to "best

18   in class," you were referring to a process, and then you

19   described software itself as being best-in-class

20   software.

21             So I'm just interposing an objection as to

22   form, vague.

23        Q.  BY MR. GIBBS:  Okay.  Let me follow up on

24   something you've alluded to just to clarify.

25             You mentioned that you might have a product

94

CONFIDENTIAL

1    all the way at the end of its life that's still got show

2    stoppers down in it that no one's ever tripped on.  I

3    want to explore that concept a little bit.  I take it

4    from that, that there are bugs in software that may never

5    affect anybody?

6         A.  That's true.

7         Q.  And that's -- the larger the software, the

8    more likely that may be the case; correct?

9         MR. WILLIAMS:  Objection.  Form.

10         THE WITNESS:  There's certainly more

11    potential to hide bugs.

12         Q.  BY MR. GIBBS:  And is it also true that

13    different customers using the same software program in

14    different environments may experience bugs differently?

15         MR. WILLIAMS:  Objection.  Form.

16         THE WITNESS:  Yeah.

17         Q.  BY MR. GIBBS:  Okay.  And that wasn't a very

18    concrete question so let me make it a little more

19    concrete.

20         It's possible that you could have two people

21    trying to use the same computer program in different

22    environments.  One of them might encounter a bug and be

23    unable to use a particular feature of the program; the

24    other one, using the same program in a different

25    environment, may have no trouble using that very same

CONFIDENTIAL

1    feature because their environment is not triggering that

2    bug that's affecting the first user.  Is that right?

3           A.  It's not being triggered.

4              MR. WILLIAMS:  Objection.  Form.

5              THE WITNESS:  That's true.

6           Q.  BY MR. GIBBS:  So the fact that one customer

7    using a piece of software is encountering a particular

8    bug doesn't mean that every customer who uses that same

9    piece of software is going to encounter the same bug;

10   correct?

11          A.  That's part of the rationale that most

12   commercial organizations use to get their software what

13   we call it commercially viable or relatively bug free or

14   good.  I'll just call it good.  The alpha testers are

15   more stringent or they use the software differently than

16   the developers.  The alpha testers are high-risk people.

17   They just love to take chances and use software that

18   doesn't work.  And their purpose is to break the

19   software.

20              Beta users are more like real users, but

21   they're also signing up to a lot of risk because the

22   software isn't commercially viable yet.  And they'll use

23   it in different ways, which surfaces different bugs.

24              And finally, when they make it commercially

25   available, most of the weird things that people would

96

CONFIDENTIAL

1   come up with have been found, most of, not all of.

2       Q.   Okay.  But even after release, it's possible

3   that a bug could affect one customer in its environment

4   and not affect a customer using the very same feature of

5   the very same application in a different environment;

6   correct?

7           MR. WILLIAMS:  Objection.  Form.

8           THE WITNESS:  In a different way.

9       Q.   BY MR. GIBBS:  Are you familiar with the

10  concept of a bad fix injection rate?

11      A.   Oh, yes.

12      Q.   Okay.  What do you understand that phrase to

13  refer to?

14      A.   In a light way, a light way says any time you

15  repair an error, you introduce a new error.

16      Q.   And so the bad fix injection rate would refer

17  to the rate at which an intended fix introduces a new

18  error?

19      A.   Yeah.  And it happens.

20      Q.   It does happen?

21      A.   (Witness nods head.)

22      Q.   Mr. Jones, in various places in Estimating

23  Software Costs --

24      A.   He talks about that.

25      Q.   -- he talks about that.  Page 134, for

97

CONFIDENTIAL

1        Q.  And who would you want to talk to if you were

2   asked to reach a conclusion about whether it was stable?

3              MR. WILLIAMS:  Objection.  Form, beyond the

4   scope.

5              THE WITNESS:  Yeah, that's kind of -- that's

6   way outside of what I was doing.

7        Q.  BY MR. GIBBS:  Well, you said in Conclusion 4

8   that evidence of 5,000 patches strongly indicates that

9   the software was neither stable nor mature.  So I'm

10  really just trying to explore that --

11       A.  Yeah.

12             MR. WILLIAMS:  Hold on a second.  Objection.

13  Form.  He didn't say -- he didn't simply say that

14  evidence of 5,000 patches strongly indicates whether that

15  the software was stable, nor -- I think your question

16  ended there.

17             He said, in fact, I believe that the

18  existence of 5,000 patches and the continuing bugs during

19  the following months are evidence strongly indicating

20  that the 11i software was neither stable nor mature.

21             MR. GIBBS:  The point stands.  He's offering

22  an opinion about stability, and I'm exploring it.  I

23  think we're well within the scope of the report.

24       Q.  So let me ask you again --

25             MR. WILLIAMS:  I didn't instruct him not to

110

CONFIDENTIAL

1    answer.

2            MR. GIBBS:  But he objected and didn't answer

3    the question.

4            THE WITNESS:  No, I didn't, really.  This is

5    basically what I meant.  If you're putting out 5,000

6    patches in the first six months, that's not stable, in my

7    opinion.

8        Q.  BY MR. GIBBS:  Okay.  And my question is:

9    Well, you mentioned that you hadn't talked to anybody.

10   Who would you want to talk to if you wanted to reach a

11   broader conclusion as to whether Suite 11i was stable?

12           MR. WILLIAMS:  Objection.  Form.

13           THE WITNESS:  Oh, boy.  That's a whole new --

14   wow, what a task that would be, literally to do that, to

15   go through and talk to all the friends and foes of 11i to

16   determine if it was stable or not.

17       Q.  BY MR. GIBBS:  You'd have to talk to a large

18   cross section of users?

19       A.  I'd have to.

20       Q.  Okay.  And you'd have to factor in the degree

21   to which different customers customize the software?

22       A.  That's true.

23       Q.  Because without knowing that, you can't tell

24   whether the instability has been introduced by the

25   customization or was there to begin with; correct?

111

CONFIDENTIAL

1          MR. WILLIAMS:  Objection.  Form.

2          THE WITNESS:  That's true.

3      Q.  BY MR. GIBBS:  Now, you also mentioned that

4  you hadn't used Suite 11i.  If you were asked to opine in

5  absolute terms whether Suite 11i was acceptably stable,

6  would you want to use the software?

7          MR. WILLIAMS:  Objection.  Form.

8          THE WITNESS:  Yeah, 11i is not something I

9  would ever use.

10      Q.  BY MR. GIBBS:  Do you think you could reach a

11  fair conclusion about the relative stability of the

12  software without using it?

13          MR. WILLIAMS:  Objection.  Form.

14      Q.  BY MR. GIBBS:  Or watching someone else use

15  it?

16          MR. WILLIAMS:  Objection.  Form.  I'm not

17  sure what you're asking.

18          If you can understand what he's asking, you

19  can answer.

20          THE WITNESS:  It would take a good-sized

21  sample, a good cross section of the users pro and con.

22  It would be more interesting, and I can't do this because

23  I'm not -- I'm -- I don't want to say that.

24          What would be interesting to see was what

25  some out-of-the-box 11i users had to say about that.  But

112

CONFIDENTIAL

1    I'm -- that's for someone else to do.  Please don't sign

2    me up to interview all these people.

3          Q.   BY MR. GIBBS:  And you don't know what's

4    typical in terms of stability for ERP release in its

5    first six months of general availability; correct?

6          A.   No.

7          Q.   Would you agree, though, that some level of

8    instability would be reasonable to expect?

9               MR. WILLIAMS:  Objection.  Form.

10              THE WITNESS:  There's always some instability

11   in the beginning.  This product was put right out on the

12   street, and I would expect there to be quite a bit of

13   instability in the beginning.  I would expect it.  I

14   don't know if there was, but I would expect it.

15        Q.   BY MR. GIBBS:  And do you think customers

16   would expect it?

17              MR. WILLIAMS:  Objection.  Form.

18              THE WITNESS:  That's an opinion.  I don't

19   know if they would.  I would expect it.  I don't know if

20   they would.

21        Q.   BY MR. GIBBS:  Do you think people with

22   knowledge of the enterprise application industry would

23   expect it?

24        A.   Apparently some of them did.  Some people

25   bought it.  A lot of people bought it.

113

CONFIDENTIAL

1    Q.  I thought you were saying you would there to
2  be some instability.
3    A.  I would expect there was some instability,
4  but you said would customers expect that.  They probably
5  did, but they knew what they were getting into and they
6  bought it.  So, yeah, it's -- they probably expect things
7  not to work quite -- I mean, they're alpha testers.
8    Q.  I meant customers after release of the
9  software, after it's generally available.
10    MR. WILLIAMS:  Objection.  Form.
11    MR. GIBBS:  Sorry --
12    THE WITNESS:  Were you asking me a question?
13    Q.  BY MR. GIBBS:  Yeah, I was intending to ask a
14  question for clarification.  Just to be clear, I was
15  referring to what customers buying the product after
16  general release would expect.  For that class of
17  customer, would you still believe the customers would
18  likely expect there to be some level of instability in a
19  newly released ERP package?
20    MR. WILLIAMS:  Objection.  Form.
21    THE WITNESS:  When I bought Windows XP --
22  again, I'm using analogies here -- it had been on the
23  market for a year, and I knew it wasn't going to work.
24  And I was justified.
25    Q.  BY MR. GIBBS:  But you bought it anyway?

114

CONFIDENTIAL

1          A.  Bought it anyway.  Mostly because my

2     applications wouldn't run without it.

3          Q.  Is it fair to say, then, that the customers

4     buying a newly released ERP system would expect at least

5     some level of instability?

6               MR. WILLIAMS:  Objection.  Form.

7               THE WITNESS:  It is software, yep.

8               MR. GIBBS:  I don't have anything else.

9               MR. WILLIAMS:  Okay.  Why don't you give me

10     ten minutes.

11               MR. GIBBS:  Uh-huh.

12               THE VIDEOGRAPHER:  We are now going off the

13     video record.  The time is 2:35 p.m.

14               (Recess.)

15               THE VIDEOGRAPHER:  We are now back on the

16     video record.  The time is 2:00 p.m.

17               EXAMINATION BY MR. WILLIAMS

18          Q.  Mr. Jensen, you weren't asked to give or

19     offer an opinion on the overall quality of Suite 11i,

20     were you?

21          A.  No.

22          Q.  And other than the expert reports of

23     Mr. Yourdon and Mr. Hilliard, have you reviewed any of

24     the documents that were exchanged during discovery in

25     this case?

115

CONFIDENTIAL

1      A.   They're the only documents I have, I've seen.

2      Q.   Okay.  And you testified earlier, toward the

3  end of Mr. Gibbs' examination, that generally alpha

4  customers would expect a lot of bugs in the software.

5  When you were referring to alpha customers, were you

6  referring to customers who purchased after the general

7  release of 11i to the market or some other group of

8  customers?

9      A.   No.  Using Microsoft as an example again,

10  they do a fairly thorough test of the software before

11  they release it to the alpha testers.  Admittedly, it has

12  a higher bug rate than they would expect in the street.

13  But it has -- how can I say this?  The alpha testers use

14  the software in ways that are different than was

15  typically used in their formal testing.  Okay?  And they

16  know the system is going to break.  It's buggy software.

17      When they finally reach a certain level of

18  defects, they've reduced it to a certain level, hopefully

19  getting all of the big bugs out, all of the show

20  stoppers, then they release it to the first set of real

21  users, which are the beta testers.  They are committed.

22  They know under the agreement they have with Microsoft

23  that this software isn't clean and expect it to break,

24  expect it to take their system down.

25      But if you're willing to get some advanced

1                    REPORTER'S CERTIFICATE

2        I certify that the witness in the forgoing

3   deposition,

4

5   was by me duly sworn to tell the truth, the whole truth

6   and nothing but the truth in the within-entitled cause;

7   that said deposition was taken at the time and place

8   herein named; that the testimony of said witness was

9   reported by me, a duly certified shorthand reporter and

10  a disinterested person, and was thereafter transcribed

11  under my direction into typewriting.

12       I further certify that I am not of counsel or

13  attorney for either or any of the parties to said

14  deposition, nor in any way interested in the outcome of

15  the cause named in said caption.

16       Dated          **JUL 1 6 2007**

17

18

19                    _Leslie Rockwood_
                      Leslie Rockwood
20                    Certified Shorthand Reporter
                      State of California
21                    Certificate No. 3462

22

23

24

25