```
 1                IN THE UNITED STATES DISTRICT COURT
 2                  NORTHERN DISTRICT OF CALIFORNIA
 3                      SAN FRANCISCO DIVISION
 4                                                    CERTIFIED COPY
 5   In re ORACLE CORPORATION
 6   SECURITIES LITIGATION.
 7                             Master File No. C-01-0988-MJJ
 8   This Document Relates To:
 9
10       ALL ACTIONS.
11   _____/
12
13                           ---oOo---
14                         CONFIDENTIAL
15                  DEPOSITION OF MICHAEL ROCHA
16                     FRIDAY, APRIL 7, 2006
17                           ---oOo---
18
19                  SHEILA CHASE & ASSOCIATES
                         REPORTING FOR:
                       LiveNote World Service
20                 221 Main Street, Suite 1250
21                 San Francisco, California 94105
                      Phone:  (415) 321-2311
22                     Fax:   (415) 321-2301
23
     Reported by:
24   DIANA NOBRIGA, CSR, CRR
     LICENSE NO. 7071
25
```

Rocha, Michael
CONFIDENTIAL
4/7/2006

1     Q.     Do you recall that customer?

2     A.     No, I do not.

3     Q.     Do you recall issues that San Diego County was having implementing Suite 11i?

5     A.     I was not in charge of the implementation, and I don't remember. In most cases, particularly during implementation, if there was Oracle consulting involved, the Oracle consulting side would tend to manage the account until the go-live, and then --

10     Q.     Do you have any -- I'm sorry.

11     A.     And then Oracle support would take over. So pretty much the domain of consulting would be managing through these implementations, and we would support them.

15     Q.     Do you recall any problems San Diego County had after implementation?

17     A.     I do not.

18     MS. WINKLER:    Q.    I'm going to ask the court reporter to mark NDCA-ORCL 121288 through 294 as Rocha Exhibit 38.

21                 (Exhibit 38 marked for
22                    identification.)

23     THE WITNESS:    Okay.

24     MS. WINKLER:    Q.    Do you recognize this document?

Rocha, Michael
CONFIDENTIAL
4/7/2006

1     A.   Yes.
2     Q.   Does this document refresh your recollection
3  as to the problems that San Diego County was having with
4  Suite 11i?
5     A.   I really do not remember the specific
6  escalation at all.
7     Q.   Okay.
8     A.   Just so that, you know, this bears to stating.
9  We had -- we had a lot -- we have a lot of -- we had a
10 lot of customers all of which were going to be upgraded
11 on a lot of software.  We're sort of picking, you know,
12 a couple customers here inside of a big customer base.
13 So it's hard to sort of take one situation and draw
14 conclusions from it in the general case.  You know, I
15 wouldn't -- these are a handful of cases.
16    Q.   Did you receive e-mails like this on a regular
17 basis in 2001?
18    A.   I received e-mails like this on a regular
19 basis until I left.  You know, the bottom line is, there
20 is -- the software has a lot -- this -- there is a lot
21 of software that's going in.  These are big, long
22 implementation projects.  There is a lot of moving parts
23 to them.  And there is a lot of things that can go
24 wrong.  Some of it is in the software; some of it is in
25 the implementation; some of it is in just the business

1  practices that the customer implements. It's -- you
2  know, when you receive e-mails like this, it's
3  impossible to look at the account and go, you know,
4  "It's that bug." And it's -- I mean, that's just not
5  practical and certainly not what we do in the industry.
6       And so what we tried to do in all of these
7  cases is put the best people we could on the account to
8  make sure that the customer -- you know, that the
9  customer -- we were managing the customer through the
10 escalation and we were doing everything we could to get
11 the implementation back on track.
12      But you can't tell whether CSC -- you know, I
13 had a customer one time who implemented fixed assets on
14 a train system. You know, I mean, you're sitting there
15 going, "Well, what part of fixed assets did you not
16 understand?" That's just the way the industry works.
17 We had -- we had -- we were rolling out a lot of
18 software; there were a lot of implementations; the
19 implementations are a lot of times very ambitious. And
20 it was our job to sort of see the customer through them
21 the best we could.
22      Q.  If somebody wanted to find out today using
23 San Diego County as an example, what problems San Diego
24 County really was having with the software, where would
25 they look?

Rocha, Michael
CONFIDENTIAL
4/7/2006

1         MR. HARRISON: Objection; calls for
2  speculation and lacks foundation.
3         THE WITNESS: You would have -- I mean, you
4  would have to put a very senior team on the account to
5  look at implementation, implementation methodology,
6  business practices, training of the group that was --
7  you know, that installed the software and was going to
8  use the software. It is not something that you can just
9  sort of say, let's drop somebody in when they missed the
10 go-live, and in two weeks let's determine what the
11 situation is.
12        MS. WINKLER: Q. I guess what I'm searching
13 for is a record of what happened at that customer.
14    A. And as I said, I just don't think those
15 records exist.
16    Q. Okay.
17    A. I think that there are a lot of -- there are a
18 lot of moving parts in these accounts. The programs are
19 very ambitious. There are a lot of -- you know, there
20 are a lot of things that can go wrong.
21    Q. Would the people who worked directly with each
22 account know better the specific circumstances?
23        MR. HARRISON: Objection; calls for
24 speculation.
25        THE WITNESS: The people that worked -- worked

```
 1   on the account would know their specific circumstances
 2   very well.  That doesn't mean that, you know, that they
 3   can attribute a missed go-live to a bug.
 4          That is -- you are talking about a software
 5   suite that is just massive, and to just sit there and
 6   go, "It's that one bug was the whole reason why we
 7   missed an implementation," it just doesn't work that
 8   way.
 9          MS. WINKLER:  Q.  The questions I'm asking,
10   I'm not trying to get you to tell me that it was bug A
11   or bug B.  I'm just trying to get you to -- to see if
12   you have a general recollection of the problem that the
13   customers were having.
14       A.  I have a general recollection, and the general
15   recollection was there was bugs just like every software
16   that's ever gone out of a software lab.  There were
17   problems with implementation, just like most large
18   implementations I ever saw.  There were problems with
19   support, you know, people not being responsive or maybe
20   not having technical background to do their jobs.
21          I mean, in each case, there was something
22   different, and it's just -- you know, we did the best we
23   could to sort of marshal the customer through that.  And
24   I don't think -- I don't think you could sort of sit
25   back and go, "It was this problem in general."
```

Rocha, Michael
CONFIDENTIAL
4/7/2006

1    Q.   Okay.
2    A.   That's my -- that's my analysis of 11i.
3         And by the way, I do believe that if you
4    looked at closed data on TARs and things like that,
5    you'd come to the same conclusion.  The software was
6    heavily -- the implementation -- customers are
7    customizing their own software, putting it inside of
8    Oracle.  They got their own data inside of Oracle.  You
9    know, they've got configuration setup issues, which can
10   be contributed to consulting.  I mean, there is -- you
11   know, if you kind of looked at the amount of issues we
12   saw versus the amount of defects we saw, you know, there
13   was a wide range by account, and in almost every account
14   the ratio of issues to bugs was -- issues were much
15   higher, like 10 to 1.
16   Q.   Do you recall there being any issues with
17   customers being concerned about when Oracle was going to
18   stop supporting 10.7?
19   A.   Yes.
20   Q.   What were those issues?
21   A.   You just said -- I mean, in many --
22   customers -- 10.7 was going to be de-supported, and
23   there were a lot of reasons for that.  And customers,
24   you know, ultimately had to set their implementation
25   schedule, right, so they could be concerned about the

```
 1   resources they have to spend on the implementation, the
 2   time frame by which they had to do it; the support for
 3   sort of things like payroll and taxes implications.  So
 4   I think by and large, customers were both concerned
 5   about being forced to go to an upgrade, as well as the
 6   time frame in which we were sort of forcing them to do
 7   this.
 8        Q.   Did you have an opinion about whether the
 9   de-support date was too early?
10        A.   I had an opinion.
11        Q.   What was your opinion?
12        A.   I've always believed that, you know, forward
13   migration is a good thing, because I think it is very
14   hard to support multiple code lines.  You know, I've --
15   you know, I wasn't responsible for the products, so I
16   was not in the best position to assess, you know,
17   whether that -- you know, whether there was time for
18   customers to upgrade or not.  But the people -- I had
19   great confidence in the people that were.  So they are
20   in the best position.  I think it was probably the right
21   decision.
22             I do not think -- and let me state for the
23   record, I don't think that it was -- I don't think it
24   was support's job, nor should it be.  They are not the
25   experts in how the software was put together, to decide
```

```
 1              CERTIFICATE OF DEPOSITION OFFICER
 2              I, DIANA NOBRIGA, hereby certify that the
 3   witness in the foregoing deposition was by me duly sworn
 4   to testify to the truth, the whole truth, and nothing
 5   but the truth in the within-entitled cause; that said
 6   deposition was taken at the time and place therein
 7   stated; that the testimony of said witness was reported
 8   by me, a Certified Shorthand Reporter and disinterested
 9   person, and was thereafter transcribed into typewriting,
10   and that the pertinent provisions of the applicable code
11   or rules of civil procedure relating to the notification
12   of the witness and counsel for the parties hereto of the
13   availability of the original transcript of the
14   deposition for reading, correcting and signing have been
15   met.
16              I further certify that I am not of counsel or
17   attorney for either or any of the parties to said
18   deposition, nor in any way interested in the outcome of
19   the cause named in said action.
20              In WITNESS WHEREOF, I have hereunto
21   subscribed by my hand this 14th day of April 2006.
22
23
24
25                              DIANA NOBRIGA, CSR NO. 7071
```