```
 1   IN THE UNITED STATES DISTRICT COURT
     NORTHERN DISTRICT OF CALIFORNIA              CERTIFIED COPY
 2
     Master File No. C-01-0988-MJJ
 3   _____
 4   VIDEO DEPOSITION OF VALERIE ANN BORTHWICK
                                      April 11, 2006
 5   _____
 6   In re ORACLE CORPORATION
 7   SECURITIES LITIGATION
 8
     This Document Relates To:
 9
     ALL ACTIONS.
10   _____
11   APPEARANCES:
12       LERACH COUGHLIN STOIA GELLER RUDMAN &
         ROBBINS LLP
13            By Shawn A. Williams, Esq.
                  and
14              Monique C. Winkler, Esq.
                100 Pine Street, Suite 2600
15              San Francisco, California  94111
                (415) 288-4545
16              swilliams@lerachlaw.com
                moniquew@lerach.com
17                Appearing on behalf of Plaintiff.
18       LATHAM & WATKINS LLP
              By Matthew D. Harrison, Esq.
19              505 Montgomery Street, Suite 1900
                San Francisco, California  94111-2562
20              (415) 395-8202
                matt.harrison@lw.com
21                Appearing on behalf of Defendants
                  and deponent.
22
         Also Present:  William O. Pace, CLVS
23
24
25
```

```
 1   levels"?
 2      A    Uh-huh.
 3      Q    Correct me if I'm wrong, I think you
 4   indicated earlier that Kevin Glynn was managing the
 5   professional communities from the ERP side; is that
 6   right?
 7      A    That's correct.
 8      Q    But he had access to the information
 9   concerning CRM?
10           MR. HARRISON:  Objection, calls for
11   speculation.
12      A    That's correct.
13      Q    (By Mr. Williams)  All right.  Did you
14   know, in October of 2000, that Chuan Yew had been
15   critical of CRM?
16      A    I don't recall.
17      Q    Okay.  Can you read that next line for me
18   beginning with "He"?
19      A    "He has a couple of gem quotes 'CRM is
20   broken' is a favorite."  If you know Kevin, he's kind
21   of saying -- he's, you know, kind of whining here and
22   embellishing the -- you know, he's -- that's
23   what he's -- that's what Kevin is saying here,
24   that -- that Chuan is sort of -- you know, has
25   this --
```

```
 1      Q      One of these --
 2      A      -- his need to kind of, you know,
 3   embellish things.
 4      Q      Uh-huh.
 5      A      That's what he's saying.
 6      Q      Is that based on your personal knowledge
 7   of Kevin?
 8      A      Uh-huh, uh-huh.
 9      Q      Because when I read that --
10      A      I know.  It's based on --
11      Q      -- I can't tell it's an embellishment.
12      A      It's based -- no, it's based on my
13   personal knowledge of -- of Kevin --
14      Q      Okay.
15      A      -- and what he's saying here.
16      Q      Do you know whether -- well, it looks like
17   Kevin is quoting that CRM is broken.  Had Chuan
18   communicated to you, in any form, that CRM was
19   broken?
20      A      The only thing I can derive from what
21   Chuan said is what he's written here.
22      Q      Okay.  You don't know if prior to October
23   23rd you had gotten any communications --
24      A      I don't recall getting any, no.
25      Q      -- saying it was broken?
```

```
 1              Can you read the next line for me, "His
 2   team."
 3       A     "His team really is out on the cutting
 4   edge" --
 5       Q     Uh-huh.
 6       A     -- "they were the 2nd live 11i client, and
 7   will be one of the first live on Treasury."  Treasury
 8   was a new product at the time.
 9       Q     Uh-huh.
10       A     "Plus they were implementing Shop Floor
11   Management."  So they are really a true early adopter
12   here, from what he's saying.
13       Q     Uh-huh.  Now, is -- but he's a -- Chuan
14   was an Oracle employee, right?
15       A     True.
16       Q     So when you say he was an "early adopter,"
17   what do you mean?
18       A     His client --
19       Q     Okay.
20       A     -- whichever client --
21       Q     All right.
22       A     -- he's referring to is an early adopter.
23   To be the second client on a product is really
24   bleeding/leading edge.
25       Q     Cutting edge or leading edge?
```

```
 1      A      Well -- well, cutting edge.
 2      Q      Okay.
 3      A      They were, you know, an early adopter.
 4      Q      See where he writes, in the next
 5   sentence -- I think the previous sentence ended,
 6   "Shop Floor Management, CRM, and APS," right?
 7      A      Oh, sure, uh-huh.
 8      Q      See where he says, "In other words, he is
 9   seeing it all"?  Yes, is that --
10      A      I see that.
11      Q      Do you understand what he meant, what
12   Kevin meant by that sentence?
13      A      I believe he meant that they are seeing
14   all the new products --
15      Q      Uh-huh.
16      A      -- the newest products that are out.
17      Q      Okay.  Can you read the next two sentences
18   for me?
19      A      "His staff is strong, but not gurus.  In
20   other words if they are struggling so hard, the rest
21   of the world is also in deep pain."
22      Q      Okay.  Did -- do you know what he meant
23   when he said -- well, do you know what Kevin meant
24   when he wrote, "His staff is strong, but not gurus"?
25             MR. HARRISON:  Objection, calls for
```

```
 1    speculation.
 2        A     I can't -- I can't say what he meant
 3    there.
 4        Q     (By Mr. Williams)  Okay.  Did you -- do
 5    you know if you responded to Kevin's e-mail to you?
 6        A     I don't know.  I doubt that I did.  He
 7    sort of made the point, and I'm not sure what I would
 8    have added at that point.
 9        Q     Okay.  Just going down to Paul Pinn's
10    e-mail to you on the 21st, it's on the same page --
11        A     Uh-huh, uh-huh.
12        Q     -- did you -- you indicated that it wasn't
13    unusual for Paul Pinn to communicate with you, right?
14        A     Sure.
15        Q     Do you see where he writes, "Chuan Yew
16    is" -- "is the SPD of Malaysia"?
17        A     Uh-huh.
18        Q     Do you know whether there was only one SPD
19    for Malaysia?
20        A     I don't recall.
21        Q     Okay.  See where he writes, "He really
22    knows his stuff and one of his key customers is on
23    the bleeding edge with 11i"?  Do you see that?
24        A     I do see that.
25        Q     Do you know what he meant by "bleeding
```

```
 1   edge" there "with 11i"?
 2           MR. HARRISON:  Objection, calls for
 3   speculation.
 4       A    I don't know exactly what -- what he
 5   meant.  I think that's a term that -- that, you know,
 6   historically is meant to be, you know, he's --
 7   he's -- he's, you know, an early adopter.
 8       Q    (By Mr. Williams)  Bleeding edge means
 9   early adopter?
10       A    Yeah, you're -- you're out there on -- you
11   know, you're taking something on before other
12   people --
13       Q    Okay.
14       A    -- you know, are -- are taking it on.
15   There always has to be some customer that's willing
16   to adopt --
17       Q    Go first.
18       A    -- the first release of a product and help
19   work through, you know, the -- the bugs that will be
20   there.  Oracle can't test every combination and
21   permutation of a product until -- because there's so
22   many setups and so many different combinations until
23   they get it out to the field.  So customers know that
24   when they take an early product that they're going to
25   have to help, you know, with some of those --
```

```
 1   those -- those bugs.
 2       Q     Okay.  Let's go down -- go to the -- well,
 3   before I go there, when you got this -- when you got
 4   information like what's communicated in Borthwick
 5   No. 5, was this the type of information that you
 6   would use to continue the development of your
 7   process, the processes in your organization?
 8             MR. HARRISON:  Objection, vague.
 9       A     In any software company, in any product
10   implementation, you're always looking for ways to
11   improve the process and to ensure that the client is
12   successful.  You know, as we received feedback from
13   customers and our consultants in the field, we, you
14   know, would liaise with development and support to
15   ensure that we were getting fixes to problems, that
16   TARs were visible, that we were doing all the things
17   that we needed to do to support those field teams,
18   because at the end of the day, it was about making
19   the customer successful with the product.
20       Q     (By Mr. Williams)  Okay.  But in October
21   of 2000, when you would get information about CRM,
22   necessarily, who would you forward that to, if
23   anyone?
24       A     Well, all of the CRM pieces that I dealt
25   with, I would, you know, work directly with Brad and
```

```
 1   his team.
 2       Q    Right.  Okay.
 3       A    Kevin was also copied on those.  After I
 4   had both teams, I was trying to ensure tight
 5   coordination across all of those -- those -- those
 6   teams and those people.
 7       Q    Okay.  The only reason I ask, with respect
 8   to this document, is because I don't see Brad Scott.
 9       A    This was October of 2000.  That was before
10   Brad was part of that -- that team.  So this was a
11   correspondence between, primarily, Kevin, who was
12   responsible for the professional community in
13   Asian -- you know, in ERP's systems and -- and my
14   team.
15       Q    Okay.  So that will help me clarify when
16   Brad was part of the team.  I under -- correct me if
17   I'm wrong, I understood your testimony to be that
18   Brad Scott, prior to your taking over the CRM
19   consulting business --
20       A    Uh-huh.
21       Q    -- was reporting to Craig Brennan.
22       A    Right, right.
23       Q    And the CR --
24       A    And -- and there may have been -- I don't
25   -- I'm only speculating here.
```

```
1      A      We all -- every organization used Oracle's
2   internal systems --
3      Q      (By Mr. Williams)  Right.
4      A      -- self-service.  I mean, all the systems
5   for, you know, time and expense entry to, you know,
6   other -- you know, sales obviously used it for order
7   management and -- and those things.
8      Q      The reason I ask is that, was it only sent
9   to Sandy's directs and Jay Nussbaum's directs?
10     A      It looks like Safra Catz was copied on it,
11  Jeff Henley.
12     Q      Okay.
13     A      You know, I don't know who it was dis --
14  and obviously I can't say who it was distributed
15  to --
16     Q      Okay.
17     A      -- outside of this organization.  Sarah
18  worked in -- in Jay's organization but also did some
19  support for Keith's organization, so that's probably
20  why she's copied.
21     Q      But she was part of a consulting
22  organization?
23     A      She was actually part of an operations
24  group, accounting operations group.
25     Q      Okay.
```

```
 1      A     One of, you know, Larry's philosophies was
 2   that we can't expect our customers to run our
 3   applications unless we're using them internally as
 4   well.  And Oracle's systems internally were very --
 5   like any other customer, they were customized.  They
 6   were complex.  And, you know, we switched over to the
 7   new applications like every other customer does.
 8           And we had, you know, performance issues
 9   and bug issues and other things that we had to deal
10   with in the process of running our business.  And so
11   this call was about, okay, where are the issues?
12   What are we going to do to fix them and to get the
13   product up and running?  And Mike was in the Oracle
14   IT, internal IT --
15      Q     Mike Moran you're referring to?
16      A     Uh-huh -- organization.  One of his, you
17   know, closing comments here on the last page, we "Now
18   fully expect to be able to run the full suite of
19   applications together on Friday," so this was a
20   status update alerting us, in the field, where
21   problems were occurring with the -- with the cutover.
22      Q     Now, do you recall that there was a
23   conference call, or was this just a written update,
24   if you remember?
25      A     I can't say for certain.
```

```
 1        Q    Okay.
 2        A    For certain.
 3        Q    Okay.  And if you go through the document,
 4   it outlines the different areas of the software and
 5   the respective performance during, I guess, that day.
 6        A    Oh, it's -- it may be not that day.  It
 7   may have been that point in time --
 8        Q    Okay.
 9        A    -- since the cutover.
10        Q    Okay.
11        A    It says, "Notes from today's status.  I
12   don't know whether that's the status meeting, a
13   status call.
14        Q    Okay.  And prior to the upgrade to 11i,
15   Oracle was using different versions of 11.0; is that
16   right?
17        A    And some custom -- and some custom apps,
18   very, you know, heavily customized for our business.
19   And we decided to switch over to say we can run our
20   products -- if we can run our products, then you can
21   run our products.
22        Q    Okay.
23        A    It was -- it was a -- it was a company
24   philosophy.
25        Q    Okay.
```

```
1    STATE OF COLORADO)
2                     )  ss.    REPORTER'S CERTIFICATE
3    COUNTY OF DENVER )
4              I, Alan E. Bjork, do hereby certify that I
5    am a Certified Shorthand Reporter and Notary Public
6    within the State of Colorado; that previous to the
7    commencement of the examination, the deponent was duly
8    sworn to testify to the truth.
9              I further certify that this deposition was
10   taken in shorthand by me at the time and place herein
11   set forth, that it was thereafter reduced to
12   typewritten form, and that the foregoing constitutes a
13   true and correct transcript.
14             I further certify that I am not related to,
15   employed by, nor of counsel for any of the parties or
16   attorneys herein, nor otherwise interested in the
17   result of the within action.
18             In witness whereof, I have affixed my
19   signature and seal this 19th day of April, 2006.
20             My commission expires July 8, 2007.
21             _____
               Alan E. Bjork, CSR
22             216 - 16th Street, Suite 650
               Denver, Colorado  80202
23
24
25
```