**Subject:** 11i Implementation
**Date:** Fri, 16 Jun 2000 19:38:11 -0700
**From:** sherry@portal.com
**To:** MELANIEJBOCK@cs.com, bbounds@us.oracle.com, cgodwin@us.oracle.com

To all concerned,

It has been brought to my attention that a communication regarding the status of Portal's implementation of Oracle Applications Release 11i was sent to an unknown number of individuals outside of our company. I want to emphasize in the strongest terms possible that this was not an official communication from Portal Software.

When we agreed to participate in the R11i Early Adopter program we knew that it would be a challenge. R11i is a new release and we expected to encounter various issues related to the functionality and technology. While it has been frustrating at times, we have never wavered in our commitment to seeing this process through to a successful conclusion. Oracle 11i continues to be a critical milestone for the company.

Early in the program we met with MaryAnn Anthony, Gordon Roberts and Jerome Labatt to understand the guidelines and work out the kinks. We have been positively responded to when there have been issues and worked through them together. We were given the right people to help us through this program. Our current status is that we have what we consider to be two 'show-stoppers' that Oracle Development is currently working on; unable to post from all sub-ledgers to GL, unable to load Vertex values from the interface tables into the application. We have also made progress with the Project Accounting module but still have some outstanding issues which we are working through with Oracle. However, we do not expect that the status of Project Accounting will stop us from going live in August.

I also want to commend Oracle Support and Applications Development for the amount of effort they have expended in being our partners in this process. We have daily - and sometimes hourly - conversations with key people in both organizations to facilitate the resolution of our issues. In particular, Gordon Roberts and members of his staff have gone beyond the call of duty in responding to our needs, and we certainly want to commend them for that.

We are looking forward to Portal going live on Oracle Applications R11i in August.

Regards,

Sherry Hannigan


**ORACLE
CONFIDENTIAL**

Sherry Hannigan
IT Senior Director,
Global Business Systems
Portal Software, Inc.

NDCA-ORCL 057423

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

408.572.3605 office
408.590.9594 cellphone
sherryh@portal.com

**ORACLE
CONFIDENTIAL**

NDCA-ORCL 057424

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER