CONFIDENTIAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

IN RE ORACLE CORPORATION ) No. C-01-0988-MJJ
SECURITIES LITIGATION ) (Consolidated)
)
)
)

**CERTIFIED COPY**

**CONFIDENTIAL**

CONFIDENTIAL TRANSCRIPT

VIDEOTAPED DEPOSITION OF JOHN SCHINDLER

San Diego, California

Thursday, June 8, 2006

Reported by:
ANELA SHERADIN, RPR
Certified LiveNote Reporter
CSR NO. 9128
JOB NO. 69299

|  |  |
|---|---|
|  | 1   component where you can call in to the vendor and |
|  | 2   receive support for issues that you are working through |
|  | 3   as well as an update component where you're entitled to |
|  | 4   future releases of the modules that you originally |
|  | 5   purchased. |
| 13:07:27 | 6   Q   Do you know if Eaton ever upgraded to Suite |
|  | 7   11i? |
| 13:07:32 | 8   A   I don't know that specifically, no. |
| 13:07:38 | 9   Q   Were you ever involved in any discussions |
|  | 10  internally at Eaton regarding an upgrade to Suite 11i |
|  | 11  while you were there? |
| 13:07:47 | 12  A   Yes, there was some planning discussions that |
|  | 13  at some point they were going to need to move to that |
|  | 14  release. |
| 13:07:54 | 15  Q   When did those discussions take place? |
| 13:07:57 | 16  A   Probably late in 2000, early 2001. |
| 13:08:09 | 17  Q   Do you recall who was involved in those |
|  | 18  discussions? |
| 13:08:13 | 19  A   It would have been a lot of people. |
| 13:08:16 | 20  Q   A lot of people at Eaton? |
| 13:08:18 | 21  A   At Eaton.  This would have been an internal |
|  | 22  discussion at Eaton. |
| 13:08:21 | 23  Q   Including yourself? |
| 13:08:22 | 24  A   Yes. |
| 13:08:22 | 25  Q   Was it just one meeting? |

| | | |
|---|---|---|
| 13:08:24 | 1 | A   Boy, I don't recall.  I would say there was |
| | 2 | definitely more than one.  I don't know how many. |
| 13:08:31 | 3 | Q   Do you recall whether there was a discussion of |
| | 4 | why Eaton needed to upgrade to Suite 11i? |
| 13:08:40 | 5 | A   The -- well, my perspective and my discussions |
| | 6 | with Eaton were centered around the total cost of |
| | 7 | ownership.  The ability to roll out an application at an |
| | 8 | Internet level was a much more cost-effective, technical |
| | 9 | solution than a two-tiered solution.  So there was a lot |
| | 10 | involved with it but, in essence, it was the reduction |
| | 11 | of total cost of ownership. |
| 13:09:03 | 12 | Q   So your position in these discussions was that |
| | 13 | it would be beneficial for Eaton to upgrade, from a |
| | 14 | financial standpoint, to the Suite 11i? |
| 13:09:11 | 15 | A   When it was ready, yes. |
| 13:09:13 | 16 | Q   What do you mean when it was ready? |
| 13:09:17 | 17 | A   In my career in IT, I don't tend to like to be |
| | 18 | an early adopter of things.  You tend to get yourself |
| | 19 | burned by -- meaning you typically take risks that you |
| | 20 | don't necessarily have to take.  I like to let other |
| | 21 | people be the first ones out of the gate.  Let them |
| | 22 | shake it out and then I'll follow after it's more |
| | 23 | stable. |
| 13:09:39 | 24 | Q   Is it typical in your experience, a long career |
| | 25 | in IT, that early releases of software are typically |

92

CONFIDENTIAL

|  |  |  |
|---|---|---|
|  | 1 | buggy and less stable? |
| 13:09:48 | 2 | A   That's -- |
| 13:09:49 | 3 | MR. BRITTON:  Objection to form. |
| 13:09:50 | 4 | THE WITNESS:  That's typically pretty true, |
|  | 5 | yes. |
| 13:09:52 | 6 | BY MR. HARRISON: |
| 13:09:53 | 7 | Q   And you said you didn't like to be an early |
|  | 8 | adopter of software.  Are you aware of other companies |
|  | 9 | in the -- that purchase large enterprise software that |
|  | 10 | do take on the role of early adopters with early |
|  | 11 | releases? |
| 13:10:10 | 12 | MR. BRITTON:  Objection to form; vague as to |
|  | 13 | time, foundation. |
| 10:14 | 14 | THE WITNESS:  I don't know offhand of anybody |
|  | 15 | who chooses to do that, no. |
| 13:10:18 | 16 | BY MR. HARRISON: |
| 13:10:18 | 17 | Q   Do you know -- what do you mean by using the |
|  | 18 | term "early adopter"? |
| 13:10:23 | 19 | A   Typically, if a company is looking to make a |
|  | 20 | decision, they may elect to take a product early even |
|  | 21 | prior to it being -- I think Oracle's term was generally |
|  | 22 | available, GA.  I don't know what -- I forget what their |
|  | 23 | term is. |
| 13:10:39 | 24 | But typically, the software is made available |
|  | 25 | to a limited number of people before the general |

93

CONFIDENTIAL

|  |  |
|---|---|
|  | 1   availability to the consumer-installed base.  So an |
|  | 2   early adopter might be somebody who would agree to do |
|  | 3   that and, typically, there may be some exchange where |
|  | 4   they get some additional benefit from being in that |
|  | 5   program early. |
| 13:11:01 | 6               They get on it early, maybe it provides them a |
|  | 7   competitive advantage.  Maybe they -- they like to be a |
|  | 8   glutton for punishment.  I'm not sure why they do some |
|  | 9   of that.  Certainly, in my career, I choose not to do |
|  | 10  that these days.  It's -- I don't need anymore gray |
|  | 11  hair. |
| 13:11:20 | 12       Q    And earlier you used the term that some |
|  | 13  companies -- that you avoided being an earlier adopter |
|  | 14  because you didn't want to get burned, correct? |
| 13:11:31 | 15       A    Correct. |
| 13:11:32 | 16       Q    What did you mean by that? |
| 13:11:33 | 17       A    I mean these systems are -- ERP systems in |
|  | 18  general are very encompassing.  You really are betting |
|  | 19  the business when you make a move to an application like |
|  | 20  this.  I liken it to open heart surgery.  When you put |
|  | 21  one of these systems in, it can be very impactive to a |
|  | 22  business.  So, to make a decision to move a business on |
|  | 23  to an application like this, it's a very large |
|  | 24  commitment. |
| 13:12:00 | 25              It also can tend to be some pretty high risks |

Esquire Deposition Services
800.770.3363

```
 1   if you are not prepared properly, so you really need to
 2   look at -- if you are going to be an early adopter, you
 3   really need to look into a risk assessment as to whether
 4   or not that is something you really have the stomach
 5   for.
```

13:12:39
```
 6        Q   Now, when you discussed or you testified about
 7   discussions regarding the planning around possibly
 8   upgrading the Suite 11i, did you have any
 9   decision-making authority as to whether or not Eaton
10   could upgrade to Suite 11i at that time?
```

13:12:57
```
11        A   No, we weren't in the decision-making stage.
12   This was strictly an informational-gathering
13   communications internally about what the potential
14   advantages were in having the teams look at -- looking
15   at what the potential capabilities were.  I mean this
16   was very early on in the process.  Again, it was a --
17   11i was a -- what I would call a dot zero release.  I
18   mean it was the first release of this Internet-based
19   solution, so we were -- from experience we were treading
20   lightly.
```

13:13:38
```
21            I mean we were looking at it.  We were going to
22   watch what happened in the industry, but we weren't
23   making a commitment and it wouldn't have been my
24   individual decision.  It would have been at a group
25   level as to when they were ready to make that decision
```

```
 1
 2
 3
 4            I, the undersigned, a Certified Shorthand
 5   Reporter of the State of California, do hereby
 6   certify:
 7            That the foregoing proceedings were taken
 8   before me at the time and place herein set forth; that
 9   any witnesses in the foregoing proceedings, prior to
10   testifying, were placed under oath; that a verbatim
11   record of the proceedings was made by me using machine
12   shorthand which was thereafter transcribed under my
13   direction; further, that the foregoing is an accurate
14   transcription thereof.
15            I further certify that I am neither
16   financially interested in the action nor a relative or
17   employee of any attorney of any of the parties.
18            IN WITNESS WHEREOF, I have this date
19   subscribed my name.
20
                           JUN 1 9 2006
21   Dated: _____
22
23
                    [signature: Anela Sheradin]
24              ANELA SHERADIN
                CSR No. 9128
25
```