05:27pm EST 13-Dec-00 CIBC World Markets Corp. (M. Eisenstat 212-667-4665) ORCL
ORCL: Oracle Users Weigh In P2-3

Part 2 of 3

which is a positive for Oracle and for Microsoft.

High level of interest in 9i database
There appears to be a high level of customer interest in Oracle's new 9i
database, expected to start shipping in the first half of 2001.  Customers
also expressed skepticism of the likelihood that the launch would be on time.
We concur that Oracle rarely launches a product on time and it is likely that
Oracle's 9i will not be available until later in the year.  We also expect
that customers would prefer not to be among the early adopters, waiting until
some of the initial bugs get worked out of the software, which may take a
quarter or so.  One particular DBA with whom we spoke was under the opinion
that Oracle tended to rush products to market, resulting in a disproportionate
amount of glitches in the early versions.  We were left with the distinct
impression that this customer was definitely in a "wait and see" mode.

Strong interest in backup and recovery solutions
The discussion for the entire morning session focused on data backup and
recovery, indicating the high priority that companies have placed on
uninterrupted systems accessibility.  Judging from the level of interest of
the attendees, we think the need for solutions that provide failover
capabilities and prompt recovery is universal.  A hot topic for the DBA's was
maintaining the integrity of the data during backup and how to avoid data
corruption in the event of systems failure.  We believe the emphasis on these
issues indicates that demand for storage management solutions should remain
strong, which we think is a positive for both Veritas and Legato.  One
individual even mentioned using products from Legato and Veritas concurrently,
with Legato providing tape backup functions and Veritas providing the failover
functions.  After further discussion with this customer, our impression was
that this individual planned to place more of his storage budget on Veritas
than Legato.

Strong demand for performance monitoring solutions
The afternoon session was devoted to performance monitoring and management
solutions, indicating that demand for these products remains strong.  Specific
references were made to Precise Software (Precise SQL), Savant (QDiagnostics),
Quest Software (I/Watch), BMC Software (Patrol) and Oracle (Enterprise
Manager).  Of these vendors, Precise was the most popular by a wide margin,
followed by Savant and Quest.  Customers specifically mentioned that Savant
had an excellent user-interface that made the product easy to use.  We have
previously written that Precise's acquisition of Savant is a positive
development as Savant's technology in performance monitoring complements
Precise's product line of performance management applications.  Based on
feedback from numerous sources, customers generally agree.  Some customers
mentioned reservations about BMC's Patrol, commenting that it required a lot
of fine tuning.  More specifically, these customers indicated that once Patrol
was implemented, the DBA's were overwhelmed with e-mail alerts on system
performance.  Further discussion revealed that the default thresholds were set
too low and it took a long time to tune Patrol to the proper sensitivity
level.

SQL Server gaining ground at low end
We also gained some color on Microsoft, but we recognize that the people with
whom we were speaking are primarily Oracle users.  Some customers mentioned
that Oracle's power-unit pricing structure is strengthening Microsoft's
competitive position at the lower end of the market.  It appears that one of

NDCA-ORCL 005916

the unintended consequences of Oracle's power-unit pricing structure is that Microsoft is being considered for more of the lower-end duties due to its lower price point. Customers are definitely looking at SQL Server at the lower end, but don't seem to view Microsoft as a direct replacement to Oracle in the higher-end production databases. We also heard that the combination of SQL Server and BizTalk are gaining traction at the lower end of the market, which confirms similar feedback we received from Comdex.

Strong demand for Windows 2000 on the desktop
It also appears that demand for Windows 2000 on the client side is particularly strong as the vast majority of the attendees mentioned plans to put Windows 2000 on the desktop next year. As most of the DBA's were focused on Unix and legacy applications, they were not directly involved with the implementation of Windows 2000 on the server side. However, our sense is that there is a lot of demand for Windows 2000 in small and medium sized companies, and to some extent in larger companies. No matter what is being used in the back end, this group has good sense of what will be used on the front end and our impression is that adoption of Windows 2000 on the desktop will be strong.

Implications for stocks
As we have previously written, we think that all of the corporate purchasing of Web-enabled applications that occurred this year will drive increased demand for databases to support those applications. Initial indications support that conclusion and it appears that the budgets are in place to enable increased purchases of database technology. While there is still the risk that budgets may be subsequently cut if the economy continues to weaken, at this point it appears that demand for database applications will remain strong. We think that this bodes well for Oracle as well as for Microsoft. Based on the overwhelming interest in performance management and storage management, we also think that vendors of those solutions will benefit from increased demand. Stocks we highlight in this group are Veritas in storage management and Precise, Quest and Mercury Interactive in monitoring and performance management.

Our quarterly EPS estimates are shown below.

|                  | 1 Qtr. | 2 Qtr. | 3 Qtr. | 4 Qtr. | Year   |
|------------------|--------|--------|--------|--------|--------|
| FY 2000 Actual   | $0.04  | $0.06  | $0.08  | $0.15  | $0.34  |
| FY 2001E Current | $0.08A | $0.09E | $0.12E | $0.19E | $0.49E |
| FY 2002E Current | $0.09E | $0.12E | $0.14E | $0.25E | $0.60E |

===========================================================================

This report is issued by (i) in the US, CIBC World Markets Corp., a member of the NYSE and SIPC, (ii) in Canada, CIBC World Markets Inc., a member of the IDA and CIPF, and (iii) in the UK, CIBC World Markets International Ltd. or CIBC World Markets plc, each of which is regulated by the SFA. Any questions should be directed to your sales representative.

Every state in the United States, province in Canada and most countries throughout the world have their own laws regulating the types of securities and other investment products which may be offered to their residents, as well as the process for doing so. As a result, some of the securities discussed in this report may not be available to every interested investor. Accordingly, this report is

http://www.firstcall.com/links/47/47681391476876631450/53728071514256034351/39847... 2/27/2002

NDCA-ORCL 005917

provided for informational purposes only, and does not constitute an offer or solicitation to buy or sell any securities discussed herein in any jurisdiction where such would be prohibited. No part of any report may be reproduced in any manner without the prior written permission of CIBC World Markets.

The information and any statistical data contained herein have been obtained from sources which we believe to be reliable, but we do not represent that they are accurate or complete, and they should not be relied upon as such. All opinions expressed and data provided herein are subject to change without notice.

A CIBC World Markets company or its shareholders, directors, officers and/or employees, may have a long or short position or deal as principal in the securities discussed herein, related securities or in options, futures or other derivative instruments based thereon. A CIBC World Markets company may have acted as initial purchaser or placement agent for a private placement of any of the securities of any company mentioned in this report, may from time to time solicit from or perform financial advisory, investment banking or other services for such company, or have lending or other credit relationships with the same. The securities mentioned in this report may not be suitable for all types of investors; their prices, value and/or income they produce may fluctuate and/or be adversely affected by exchange rates.

Since the levels and bases of taxation can change, any reference in this report to the impact of taxation should not be construed as offering tax advice; as with any transaction having potential tax implications, clients should consult with their own tax advisors. Past performance is no guarantee of future results.

For private clients in the UK: Investors should seek the advice of an investment advisor if they have any doubts about the suitability of an investment. Although each company issuing this report is a wholly owned subsidiary of Canadian Imperial Bank of Commerce ("CIBC"), each is solely responsible for its contractual obligations and commitments, and any securities products offered or recommended to or purchased or sold in any client accounts (i) will not be insured by the Federal Deposit Insurance Corporation, the Canada Deposit Insurance Corporation or other similar deposit insurance, (ii) will not be deposits or other obligations of CIBC, (iii) will not be endorsed or guaranteed by CIBC, and (iv) will be subject to investment risks, including possible loss of the principal invested. The CIBC trademark is used under license.
( 1999 CIBC World Markets Corp. and CIBC World Markets Inc. All rights reserved.
more to follow...Part 2 of 3

First Call Corporation, a Thomson Financial company. All rights reserved. 888.558.2500
]

NDCA-ORCL 005918

EON

NDCA-ORCL 005919