COM-12-2782
B. Bond, B. Burton

**Research Note**
4 December 2000

## Commentary

### An Oracle ERP Report Card

**Release of Oracle Applications r.11i has prompted inquiries about its robustness. At Gartner's U.S. Fall Symposium, we reported on the application's progress, including its ERP capabilities. Here, we provide the rationale for the rating.**

With release 11i, Oracle has shifted from a best-of-breed (BOB) to a "we can do it all" approach to both applications and infrastructure delivery for enterprise resource planning (ERP), ERP-complementary applications and e-business functionality. At Gartner's U.S. Fall Symposium, we presented a report card on r.11i for ERP. As of August 2000, Oracle received a grade of B+ for its vision and a D+ for execution. The latter mark was upgraded to a B- in November 2000.

**Vision:** We have given Oracle's ERP vision a grade of B+. Oracle sees itself as a single business application solution — a "one-stop shop" held together by a single coherent data model resident in a single database. This is a compelling vision in an ERP market that universally loathes building and maintaining integration mechanisms. Unquestionably, it has contributed to Oracle's improving ERP business. In addition, Oracle's vision of rich ERP functionality combined with e-business functionality (e.g., maintenance, repair and operations procurement or business-to-business marketplace capability) delivered via an Internet-based architecture has enabled Oracle to effectively differentiate itself from ERP market share leader SAP, which has struggled to convince the market that it is relevant in an e-business world.

Another solid aspect of Oracle's vision is a shift to delivering the majority of its ERP application functionality via an application service provider model — a model that will grow in popularity. Oracle acknowledges that, to achieve this in an economically feasible fashion, it must drive for standardized and common implementation instances across the user base. However, the database-driven configurability mechanism in Oracle's applications will enable it to offer a degree of configurability sufficient to enable enterprises to feel that the application is "their own." However, one limitation in this strategy is that Oracle will only host an all-Oracle application suite, narrowing its appeal to users that have multi-vendor portfolios in place.

At the same time, there is a disconnect between Oracle's published view of the applications IT landscape and the view inherent in Gartner's concepts of collaborative commerce (see *Research Note* SPA-08-5311) and ERP II (see *Research Note* SPA-12-0420). Oracle understands the collaborative paradigm and is building collaborative applications, but we believe that the best-positioned ERP/ERP II vendors will be those that offer products designed for interoperability and those with strategies that

**GartnerGroup**

Entire contents © 2000 by Gartner Group, Inc. All rights reserved. Reproduction of this publication in any form without prior written permission is forbidden. The information contained herein has been obtained from sources believed to be reliable. GartnerGroup disclaims all warranties as to the accuracy, completeness or adequacy of such information. GartnerGroup shall have no liability for errors, omissions or inadequacies in the information contained herein or for interpretations thereof. The reader assumes sole responsibility for the selection of these materials to achieve its intended results. The opinions expressed herein are subject to change without notice.

NDCA-ORCL 009465

promote excellence in a BOB world, rather than trying to emphasize single-vendor solutions, even if they embrace collaboration.

In addition, enterprises are naturally skeptical that a single-vendor approach can work. To convince them of the power of its vision, Oracle is pointing to its savings of $1 billion in internal operations costs when it deployed its own applications to support its business. These are impressive results for Oracle, and we believe that Oracle will continue to gain cost benefits from its internal applications and technology deployment initiative. However, we advise clients to consider that the savings realized from major business application software deployments are virtually always as much a function of the business process re-engineering (BPR) efforts the enterprise goes through as they are the result of the adoption of the technology, regardless of the IT vendors deployed. Comments espoused in the press by Ray Lane, ex-president of Oracle, who was at Oracle while this program was being executed, indicate that BPR was key to Oracle's success.

Although it will continue to push the single-vendor approach, Oracle has a fallback plan in individual deals where its applications do not fit the customers' needs. In these cases, Oracle will work to participate in the customers' BOB environments, but its track record of facilitating integration between multiple products is not strong, nor is Oracle building its ERP and ERP-complementary applications (e.g., advanced planning and scheduling or customer relationship management systems) for easy integration with other products.

Overall, Oracle's ERP vision works well in today's market, but it may become increasingly misaligned with the market's dynamics. If Oracle continues to effectively articulate its ERP vision, the company will grow its applications business at better than ERP market rates through 2001 (0.8 probability). The Oracle vision will prove most attractive to large, human-capital-intensive, service-oriented enterprises seeking a one-stop-shop approach to business application requirements.

**Execution:** The marks we gave Oracle in our August 2000 evaluation have improved since then; however, they still reflect Oracle's struggle to deliver Oracle Applications r.11i. The mark of D+ for r.11i ERP execution (which we published in the August 2000 report card) reflected the following: 1) Oracle had released 11i six months later than its first projected release date of November 1999; 2) Oracle was not able to deliver any production references for 11i beyond the financial modules; and 3) the adoption of 11i was very slow, with all modules still not available. We have since raised Oracle's execution score to B– overall, with marks of B+ for business execution and C– for product execution, as Oracle has delivered some limited production references for Oracle 11i and has released its FY00 financial results for its applications. Oracle's applications business has grown by 42 percent year-over-year, showing strong growth in a weak ERP market. Oracle has effectively leveraged its e-business message to consistently draw it into larger deals that once would have been SAP's exclusive territory. In addition, r.11i's financial accounting modules have stabilized to the extent that we are comfortable recommending them to enterprises that match Oracle's functional capability and strategic direction.

Summarizing the November 2000 results, Oracle has received the following grades for its ERP applications:

- Vision — B+

- Execution — (C– and B+) = B–

Nonetheless, Oracle is experiencing execution challenges with its ERP efforts. This is less true from a business perspective, but Oracle still trails SAP in terms of market share, despite its recent vulnerabilities. SAP has generated more than $1 billion more than Oracle in license fees over the past four calendar quarters (4Q99 to 3Q00) and more than $400 million more in the last two quarters. In



NDCA-ORCL 009466

addition, Oracle has not yet reversed the market perception that it is a difficult vendor for users to work with.

On the product side, early reports from clients demonstrate that r.11i ERP components other than financials remain unproven. Components such as Manufacturing and Order Management have not been fully deployed (thus, there is no track record), often because the code has come with quality problems that have halted deployment progress. Client feedback has also revealed that, through at least September 2000, Oracle was consistently unable to demonstrate Oracle 11i in sales situations, because of technical difficulties. A primary source of Oracle's struggle to deploy r.11i has been product quality problems that appear worse than its competitors', because of Oracle's release deployment strategy. Gartner believes that the Oracle strategy relies on users performing stress testing during what Oracle considers "general availability," an exercise that Oracle's competitors perform as part of an extended beta or an early adopters program. Hence, until r.11i is more widely deployed, including by Oracle itself (Oracle will not fully move to r.11i internally until the end of 2000), 11i as a complete ERP suite remains suitable primarily for risk-tolerant, early-adopter-oriented enterprises.

As the release is deployed into more sites, Oracle is bolstering its r.11i ERP functions, and we expect Oracle's ERP execution ratings to improve substantially during the coming months. By 3Q01, the ERP functions of Oracle Applications r.11i will be "safely" deployable by the majority of enterprises evaluating Oracle (0.7 probability).

**Bottom Line:** In a business climate in which ERP vendors are struggling, Oracle's single-vendor approach to ERP, ERP-complementary and e-business applications will enable Oracle to run counter to the trend. Larger enterprises seeking ERP capabilities should put Oracle on the ERP vendor "short list" if the enterprise believes it fits well with Oracle's single-vendor vision, if Oracle has a good track record in the enterprise's industry and if the enterprise is comfortable working with an application with functions that have not been fully proven in live conditions. Enterprises that favor a BOB approach should evaluate Oracle ERP if the functional fit is good, but should plan for a challenging integration project. Current Oracle customers considering an upgrade to Oracle r.11i should base their decisions to proceed on the working, market-proven functionality in the r.11i components they need, rather than on stated enhancements. Prospects and customers choosing to deploy Oracle r.11i ERP applications should plan to implement financial modules first to give other modules more time to mature.


NDCA-ORCL 009467