```
         Return-Path: <SAdams@visa.com>
            Received: from mailsun2.us.oracle.com (mailsun2.us.oracle.com [130.35.61.114]) by
                      usmail04.us.oracle.com (8.8.8+Sun/8.8.8) with ESMTP id PAA13238 for
                      <mgillesp.idcmail@usmail04.us.oracle.com>; Thu, 20 Apr 2000 15:30:21 -0700
                      (PDT)
            Received: from inet-smtp2.oracle.com (inet-smtp2.us.oracle.com [205.227.43.29]) by
                      mailsun2.us.oracle.com (8.9.3/8.9.3) with ESMTP id PAA27435; Thu, 20 Apr 2000
                      15:30:21 -0700 (PDT)
            Received: from portal1.visa.com (portal1.visa.com [198.80.42.2]) by inet-smtp2.oracle.com
                      (8.9.3/8.9.3) with SMTP id PAA18468; Thu, 20 Apr 2000 15:26:50 -0700 (PDT)
            Received: by portal1.visa.com id PAA14289 (InterLock SMTP Gateway 4.2); Thu, 20 Apr
                      2000 15:30:18 -0700
            Received: by portal1.visa.com (Protected-side Proxy Mail Agent-1); Thu, 20 Apr 2000
                      15:30:18 -0700
          Message-ID: <CB049873931DD21196950001FA44A13A03265D0F@sw720x020.visa.com>
                From: "Adams, Sandra" <SAdams@visa.com>
                  To: rwohl@us.oracle.com
                  CC: "'mgillesp@us.oracle.com'" <mgillesp@us.oracle.com>
                      "'gmondani@us.oracle.com'" <gmondani@us.oracle.com>
                      "McCoy, Gretchen" <gmccoy@visa.com>,
                      "Mackris, frank" <FMackris@visa.com>,
                      "'rlane@us.oracle.com'" <rlane@us.oracle.com>
             Subject: RE: Release 11i availability
                Date: Thu, 20 Apr 2000 15:30:11 -0700
       Mime-Version: 1.0
            X-Mailer: Internet Mail Service (5.5.2448.0)
        Content-Type: text/plain; charset="iso-8859-1"
    X-Mozilla-Status: 8011
   X-Mozilla-Status2: 00000000
```

Ron--

We have received no response from you regarding this request from April 11.
We do not need Release 11i Order Management, but we do need General Ledger,
Accounts Payable, Purchasing, Fixed Assets, Projects and Oracle Financial
Analyzer.

Will you please advise us as to whether, and if so when, Release 11i can be
provided to our implementation partner, KPMG?  This delay is having an
unexpected impact on our implementation plans as we were assured by Oracle
even as late as mid-March that Release 11i would be available March 31.
Please assist us in getting the Release 11i product to KPMG as soon as
possible.  Thank you.

Regards,
Sandra Adams
Vice President
Visa International

```
> ----------
> From:     Ray Lane[SMTP:rlane@us.oracle.com]
> Sent:     Tuesday, April 11, 2000 6:40 PM
> To:       McCoy, Gretchen
> Cc:       'mgillesp@us.oracle.com'; 'gmondani@us.oracle.com'; Keeley, Rupert;
> Sommer, Kenneth; McGeogh, David; Ulrich, Heidi; Adams, Sandra; Mackris,
```

ORACLE                ORCL 0022256
CONFIDENTIAL

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 307970

E: Release 11i availability

```
> frank; 'esanders@us.oracle.com'; rwohl@us.oracle.com
> Subject:        Re: Meeting Action Items
>
> <<File: rlane.vcf>>
> I'm glad the responses have been satisfactory.  Release 11i is being
> delivered
> from now until May, so it depends on what functionality (for instance, the
> new
> version of Order Management is delivered later).  I'll let Ron answer more
> specifically since he has more visibility on these dates.
>
> Ray
>
> "McCoy, Gretchen" wrote:
>
> > Hello Ray,
> >
> > I wanted to thank you for Oracle's responsiveness in addressing the
> critical
> > functionality gap issues.  We have made good progress with all three
> gaps.
> > It looks like Oracle is on schedule for identifying
> solutions/alternatives
> > and developing a detailed implementation plan for all gaps no later than
> the
> > end of April.
> >
> > On another issue:  We have been told by KPMG that Release 11i is delayed
> > until May.  Is this true??? If so, could you please help ensure that
> KPMG is
> > on the early release list.  We need this release desperately!!!
> >
> > Best Regards,
> >
> > Gretchen
> > > ----------
> > > From:          Ray Lane[SMTP:rlane@us.oracle.com]
> > > Sent:          Saturday, April 01, 2000 8:05 PM
> > > To:    gmondani@us.oracle.com
> > > Cc:    Keeley, Rupert; McCoy, Gretchen; McGeogh, David; Mary Anne
> > > Gillespie; esanders@us.oracle.com
> > > Subject:       Re: Meeting Action Items
> > >
> > > <<File: rlane.vcf>>
> > > Sandy.
> > >
> > > I would like you to be personally involved.
> > >
> > > Gregg Mondani wrote:
> > >
> > > > All,
> > > >
> > > > Here are the action items from this afternoon's meeting.
> > > >
> > > > Sincerely,
> > > > Gregg Mondani
> > > >
> > > > Attendees:
> > > > Visa-                  Oracle-
> > > > Rupert Keeley          Ray Lane
> > > > Ken Sommer             Mary Anne Gillespie
> > > > Gretchen McCoy   Gregg Mondani
> > > > Dave McGeogh
```

**ORACLE CONFIDENTIAL**

ORCL 0022257

**CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER**

**NDCA-ORCL 307971**

```
> > > >
> > > > Short Term Action Item(s):
> > > >
> > > > *       Oracle and Visa to create a SWAT team to capture and
> document
> > > the detailed
> > > > requirements around the three remaining gaps.  SWAT team members to
> > > include
> > > > individuals from Visa Int'l Finance, KPMG, Oracle Consulting, Oracle
> > > > Development and Oracle Field Sales.
> > > >
> > > > *       Originally scheduled to start on Thursday, it has been moved
> to
> > > Monday to
> > > > accommodate individuals from Visa International's Finance group.
> > > >
> > > > *       Oracle Development will be represented once the initial
> > > requirements have
> > > > been gathered but prior to the solution development phase.
> > > >
> > > > *       Based on the findings a solutions approach and next steps
> will
> > > be
> > > > determined.
> > > >
> > > > Gregg Mondani
> > > > Regional Manager
> > > > Northwest Major Accounts
> > > >
> > > > phone:          650.607.0755
> > > > fax:            650.633.3753
> > > > cell:           650.303.0678
> > > > email:          gmondani@us.oracle.com
> > > >
> > > > [[ GREGGM~1.VCF : 270 in winmail.dat ]]
> > > >
> > > >
> > >
> > ------------------------------------------------------------------
> > > >               Name: winmail.dat
> > > >    winmail.dat    Type: application/ms-tnef
> > > >              Encoding: base64
> > >
>
```

ORACLE
CONFIDENTIAL

ORCL 0022258

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 307972