| | |
|---|---|
| 1 | IN THE UNITED STATES DISTRICT COURT |
| 2 | NORTHERN DISTRICT OF CALIFORNIA |
| 3 | ---oOo--- |
| 4 | |
| 5 | **CERTIFIED COPY** |
| 6 | In re ORACLE CORPORATION SECURITIES LITIGATION |
| 7 | FILE NO. C-01-0988-MJJ |
| 8 | This Document Relates To: |
| | _____/ |
| 9 | |
| 10 | |
| 11 | CONFIDENTIAL |
| 12 | DEPOSITION OF MARK BARRENECHEA |
| 13 | Tuesday, July 11, 2006 |
| 14 | |
| 15 | SHEILA CHASE & ASSOCIATES |
| 16 | REPORTING FOR: |
| 17 | LiveNote World Service |
| 18 | 221 Main Street, Suite 1250 |
| 19 | San Francisco, California 94105 |
| 20 | Phone: (415) 321-2311 |
| 21 | Fax:  (415) 321-2301 |
| 22 | |
| 23 | |
| 24 | Reported by: |
| 25 | ANDREA M. IGNACIO HOWARD, RPR, CSR NO. 9830 |

```
 1              MR. GIBBS:  Objection; lack of foundation.
 2              BY MS. WINKLER:  Q.  To your knowledge?
 3       A      To the best of my knowledge, I didn't see an
 4   objection.
 5       Q      Do you know if he recorded his interviews
 6   with you?
 7       A      I don't.  I don't recall.
 8       Q      You don't know one way or the other --
 9       A      No.
10       Q      -- whether he did or not?
11       A      No.
12       Q      Going back to the substance of the statement
13   that's attributed to you --
14       A      Okay.
15       Q      -- in this book, I want to know what about --
16   you've told me that you don't agree with the substance
17   of the statement.  I want to know what about the
18   substance you don't agree with, and I can read it
19   again, if you'd like.
20       A      Yeah, please read it again.
21       Q      "At that point, I became acutely aware of the
22   customer dissatisfaction and immediately started
23   drilling down into the implementations we were doing."
24       A      So that point in time refers to once we went
25   live.
```

1   Q   That point in time refers to once you went
2   live on contracting and order management over
3   New Year's 2000, 2001?
4   A   Okay.  Well, what I do feel confidently to
5   talk about, what I recall, is the contracting
6   deployment was one I felt rather proud of.  It was
7   managing a multi-billion dollar business for renewals
8   on a kind of new module list we had built.  You know,
9   it's not like financials which had been in the market
10  for 20 years.
11          CRM was emerging as a -- kind of a new
12  discipline in the industry.  We conceived -- the
13  development team conceived of a new module, created
14  the functionality, and in a short amount of time was
15  able to automate one of the world's most successful
16  software companies.  So I know what I can -- I can
17  discuss confidently, is that once we went live, I felt
18  rather proud.
19  Q   Do you disagree that there -- there was
20  customer dissatisfaction with the 11i product at that
21  point in time?
22          MR. GIBBS:  Objection; vague; lacks
23  foundation.
24          MR. LIBBY:  Join.
25          THE WITNESS:  I think you have to put in

1  context early adopters, which I think I'm inferring
2  where the question is going.  There are early
3  adopters.  I think Bell South is a very good example
4  of an early adopter where you have new capabilities in
5  a product, you have a customer like a Bell South that
6  may not have their requirements well understood,
7  complex deployments can be contentious at a given
8  point in time.
9           But ultimately the customer Bell South went
10 live, became referenceable, actually became number
11 one.  To my understanding, became number one in their
12 market that they were automating, DSL.  But, you know,
13 certain deployments can get contentious, whether it be
14 all the way from a product defect, through
15 understanding requirements.
16          I think Oracle contracts is another good
17 example where Oracle went from many, many systems with
18 spoke systems, custom systems, fragmented systems, and
19 geographies to where Mike Rocha, not to speak for
20 Mike Rocha, did not necessarily have the global
21 visibility that he wanted to where he went to a near
22 out-of-the-box product where he could get visibility.
23          So I looked at the contracting deployment as
24 something I'd be proud of automating one of the
25 world's most successful software companies.

1   Q   Going back to my question, which was, do you
2   disagree that there were customers who were
3   dissatisfied with the product Suite 11i at that point
4   in time --
5       MR. GIBBS:  Objection.
6       MS. WINKLER:  Q.  -- February 2001?
7       MR. GIBBS:  Objection; vague; lacks
8   foundation; argumentative; asked and answered.
9       MR. LIBBY:  Join.
10      THE WITNESS:  I disagree with the word
11  "dissatisfied."
12      BY MS. WINKLER:  Q.  How do you disagree with
13  the word "dissatisfied"?
14  A   Dissatisfied would mean, with me, we're not
15  going to deploy the software, we're not going to be a
16  reference.  We would pursue means to, you know, show
17  our dissatisfaction.
18      So I would acknowledge there were, you know,
19  defects as in any release that had to be managed and
20  resolved, but -- and I would certainly acknowledge
21  contention in certain deployments, but the word that
22  was being used just doesn't seem like an appropriate
23  word to me.
24  Q   Which deployments would you acknowledge there
25  was contention?

```
 1      A    Bell South.
 2      Q    Any other ones?
 3      A    Papa Johns.  Those are the ones that come to
 4   mind.
 5      Q    What issues do you recall in the Papa Johns
 6   implementation?
 7      A    You know, you're -- we're talking about a
 8   piece of software now that is automating everything
 9   from the world's most successful software company, to
10   DSL, to self-service pizza order in one software
11   package.
12           And, you know, I recall Papa John having
13   certain requirements around the speed of which a pizza
14   had to be ordered and configured, and there were
15   certain tuning or tweaking to the software that needed
16   to meet their specific configuration issues,
17   self-service over the web, and those things had to be
18   worked through, and they were worked through.
19      Q    Was self-service over the web an application?
20      A    It was a use -- it was a type of use of the
21   application.
22      Q    Of which application?  The --
23      A    Oracle iStore, release 11i.
24      Q    Do you recall that Oracle internally was
25   unable to place orders for a period of time after the
```

```
 1   implementation of the order management module of
 2   Suite 11i at Oracle?
 3           MR. GIBBS:  Objection; vague; lacks
 4   foundation.
 5           MR. LIBBY:  Join.
 6           THE WITNESS:  I don't recall.
 7           BY MS. WINKLER:  Q.  You don't recall either
 8   way?
 9       A   No.
10       Q   Do you have any reason to believe that you
11   didn't tell Mr. Simmons that Oracle was down for
12   14 days after implementation of order management?
13           MR. GIBBS:  Objection; lacks foundation.
14           MR. LIBBY:  Join.
15           THE WITNESS:  I don't recall.
16           BY MS. WINKLER:  Q.  You don't recall whether
17   you told him that or not?
18       A   No, I don't.
19       Q   And do you recall whether or not Oracle was
20   down for 14 days after implementation of order
21   management?
22       A   I don't recall the specifics of a
23   conversation with Matthew Simmons, and I wasn't
24   responsible for order management.
25       Q   But you were working at Oracle at that time,
```

# CERTIFICATE OF REPORTER

I, ANDREA M. IGNACIO HOWARD, hereby certify that the witness in the foregoing deposition was by me duly sworn to tell the truth, the whole truth, and nothing but the truth in the within-entitled cause;

That said deposition was taken in shorthand by me, a Certified Shorthand Reporter of the State of California, and was thereafter transcribed into typewriting, and that the foregoing transcript constitutes a full, true and correct report of said deposition and of the proceedings which took place;

That I am a disinterested person to the said action.

IN WITNESS WHEREOF, I have hereunto set my hand this 17th day of July 2006.

_____
ANDREA M. IGNACIO HOWARD CSR No. 9830