MAY 1, 2000

# ALERT ON SUPPLY CHAIN MANAGEMENT

*AMR Research: Bold Ideas. Compelling Research. Unparalleled Service.*

**INCLUDED:**

**AMR Outlook: The Future of Internet Retailing Hinges on E-Fulfillment**
*To survive online, an Internet retailer must think of itself not only as a marketing and merchandizing company, but also as a logistics organization. However, most online merchants have ignored the dirty business of logistics in favor of the sexy side of order capture, which threatens the whole business model of Internet retailing.*

**Oracle Users Meet and Consider Release 11i**
*The Oracle Applications User Group held its North America biannual conference in Philadelphia last week, and the presentations and hallway conversations were all about Release 11i, the e-business suite that includes the new SCM and APS functionality. Oracle executives were present to ensure that consistent and clear messages were delivered to its user base.*

**Kewill Goes Portal**
*Transportation management is an ideal service to run over the Internet, and it seems that not a day goes by without a vendor jumping into this space. Kewill Systems introduced its own B2B transportation portal, which is much more than a me-too service.*

**Vendors Turn Out At Record IBF Show**
*The premier business forecasting association, The Institute of Business Forecasting, held a Best Practices Conference in Chicago last week to a record crowd and heavy vendor participation. Based on what transpired, it's evident that demand planning applications are as important as ever, however, most are being Web-enabled to support collaborative planning and forecasting.*

**Random Notes**

*The* **Alert on Supply Chain Management** *is a weekly bulletin that offers AMR analysis of industry events. This is a news-driven publication. If you want to talk further about any item in this Alert, please call your Client Research Manager at AMR Research to schedule a discussion with the appropriate analyst.*

## AMR OUTLOOK: THE FUTURE OF INTERNET RETAILING HINGES ON E-FULFILLMENT

**Issue: Internet retailers are not focused on fulfillment.**

The essential elements of successful retailing have always been to get the right product, in the right place, at the right price, and at the right time. As retailing evolved from specialty shops to department stores and from mail order catalogs to discount department stores, the ability of retailers to meet these four elements varied, with no one model exhibiting dominance across the board. Internet retailing represents the next major evolutionary stage of retailing. The Web gives Internet retailers tremendous advantages over traditional retailers in terms of product, place, and price. However, they have fallen short when it comes to delivering physical products at the right time.

**Internet retailing needs to evolve.**

In order to prove Internet retailing as a viable business model, online merchants must successfully move through four evolutionary steps:

- Attract customers
- Capture orders
- Fulfill orders
- Reduce costs

Each step is sequential, with success at each step a prerequisite for advancement. Internet retailers have already proven their prowess at each of the first two steps. Most are now at step three, fulfilling orders, but their capability at this level is mixed. To avoid continually competing on price, Internet retailers need to distinguish themselves in terms of speed, accuracy, and completeness of order fulfillment. Customer loyalty will not come by being the low-cost provider of goods. Nothing

Two Oliver Street, Fifth Floor, Boston, MA 02109   Tel: +1-617-542-6600   Fax: +1-617-542-5670
Offices in Irvine, CA and London, United Kingdom   www.amrresearch.com

© 2000 AMR Research, Inc. All Rights Reserved. Contents may not be reproduced in whole or in part without written permission of publisher.

NDCA-ORCL 009518

**ALERT** ON SUPPLY CHAIN MANAGEMENT                                MAY 1, 2000

*AMR Research: Bold Ideas  Compelling Research. Unparalleled Service*

short of on time, accurate, personalized deliveries will ensure customer retention and loyalty. Unless Internet retailers can prove their ability to reliably fulfill Internet orders, they won't have the opportunity to make cost improvements later.

**Internet retailing is an unproven business model.**

Internet retailing is still in its infancy. Several industry estimates have placed the total dollar volume of Business-to-Consumer (B2C) Internet commerce at only 1% to 2% of total retail sales in 1999. Online shopping is still a curiosity for most people. Most are experimenting by placing orders for low-ticket value items to see if the goods will really show up on their doorsteps. With all the news stories that came out after the last Christmas rush about late deliveries of customer orders, wrong or incomplete orders, and difficult returns policies, many consumers remain unconvinced that online shopping provides them with much value.

Unless Internet retailers prove that they can consistently deliver the goods, they risk becoming early roadkill on the information superhighway. More importantly, unless consumers gain confidence that their online purchases will be delivered correctly and on time, many will abandon their PCs and head back to the malls. Internet retailers must prove that they can meet customer expectations for product delivery if they are to radically change the state of retailing.

Recommendations

- **Think of yourself as a logistics company**—Success in Internet retailing is determined more by the ability to deliver on-time, complete orders than by marketing and merchandizing skills. Even if order fulfillment is outsourced, an understanding of the logistics of fulfillment is still needed.

- **Approach e-fulfillment as a process, not as a series of tactical operations**—Effective order fulfillment requires a comprehensive plan for business processes and Information Technology (IT). The traditional business model of functional handoffs between autonomous business units will not work in Internet commerce.

- **Do not overlook employee training**—In the rush to get to market, the temptation to skimp on training is sizable. Online customers expect high levels of customer service. Make sure your customer service reps and warehouse personnel have the proper skills and IT training to ensure a quality experience for your customers.—*Chris Newton*

## ORACLE USERS MEET AND CONSIDER RELEASE 11i

The Oracle Applications User Group (OAUG) held its North America biannual conference in Philadelphia last week, and the presentations and hallway conversations were all about *Release 11i* of *Oracle Applications*. Overall, user group attendance was very strong, filling all available hotel rooms in downtown Philadelphia. There was a strong presence from the **Oracle** executive corps, which included Chairman Larry Ellison and President and COO Ray Lane as well as senior vice-presidents of development, sales, service, and consulting. Ellison actually chose to interact in person, rather than utilizing a traditional satellite hookup. His presence focused on one simple objective, communicating to influential Oracle users that the debut of the long-anticipated *Release 11i Business Suite* of *Oracle Applications* is now underway, with planned availability in May.

The entire group of Oracle-sponsored presentations focused on the e-business agenda, the overall *11i* product strategy, and what customers can anticipate in rolling releases of functionality. The themes were refreshingly consistent and simple to understand. The Oracle mantra is one architecture, everything on the Web, and one common data model. Oracle development is now marching in unison to these design rules. There was constant reinforcement that *11i* is all about applications rewritten and designed for the Web. Executives acknowledged that while all of the Supply Chain Management (SCM) and Customer Relationship Management (CRM) pieces may not be complete in the May release, customers can anticipate rolling releases of additional technology and functionality throughout the remainder of this year, and certainly before a planned *Release 12*. One strategy to

Two Oliver Street, Fifth Floor, Boston, MA 02109   Tel: +1-617-542-6600   Fax: +1-617-542-5670                    2 of 5
Offices in Irvine, CA and London, United Kingdom   www.amrresearch.com
© 2000 AMR Research, Inc All Rights Reserved  Contents may not be reproduced in whole or in part without written permission of publisher

NDCA-ORCL 009519

# ALERT ON SUPPLY CHAIN MANAGEMENT

MAY 1, 2000

*AMR Research: Bold Ideas. Compelling Research. Unparalleled Service*

achieve a rolling release window is complete movement away from a CD image of the software, in favor of a hosted network model. The current 19 *11i* early adopter customers are utilizing an Oracle-hosted environment, where Oracle maintains singular control of bug fixes and functionality releases. Customers have the full option of moving the software to their own data centers when they chose. Oracle executives were also very accessible and open to answering our questions on product capability and direction. My, how the Internet changes everything!

In SCM, Oracle users can look to the long-awaited release of *Advanced APS*. This product will incorporate three modules: *Advanced Supply Chain Planning*, *Global ATP Server*, and *Demand Planner*. Oracle has reported that four customers to date have had some testing with the product, but AMR Research believes just one, Motorola, has had the opportunity to explore most of the components. Other supply chain components will include a long-awaited total rewrite of the previous *Order Entry* application, which is now termed *Order Management*. This product, originally planned for introduction in *Release 12*, was moved up, and will include a whole new architecture and a new user interface as well as newer features that can accommodate Internet-driven commerce. Enhancements include integration with *Oracle Configurator* and new features to support flexible pricing and item cross-referencing. There is also an enhancement to shipping execution that will accommodate a carrier portal to support load tender information, proof-of-delivery requests, and bill of lading inquiry. Oracle executives also indicated to us that users could look to Oracle applications to provide deeper functionality in warehousing and logistics execution later this year.

Oracle is attempting to present a clear message to its user group and installed base. Corporate software is trending toward the network model, and Oracle wants to be considered the alternative for both ERP as well as e-business in the new networked applications paradigm. With the majority of Oracle applications customers currently on release *10.7*, the motivations for Oracle are obvious. It's no wonder that Oracle has both high expectations for customers to upgrade to *Release 11i* and new application sales during the next 12 months.—*Bob Ferrari*

## KEWILL GOES PORTAL

The message is clear: If you are a vendor of Transportation Management System (TMS) software, you had better be able to deliver your product over the Internet, either as an Application Service Provider (ASP) or through a portal or Logistics Exchange (LX). The Internet is an ideal medium for managing transportation. The Internet can enable real-time communication between shippers and carriers, easily deliver the many documents associated with moving goods, and facilitate real-time track and trace capability across all modes. In addition, end-users are increasingly viewing transportation management as a service to rent rather than an application to own.

There is a lot of noise in the market today coming from vendors seeking to be an Internet provider of transportation management services. **Kewill Systems** is the latest vendor to announce its portal strategy in this space, but with a nice differentiator. Kewill has added a suite of transportation products to its B2B portal, *Kewill.Net*, centered on the parcel shipment manifesting applications it acquired from **Tracer Research** and **Aristo Computers**. The products, *Kewill.Trade*, *Kewill.Ship*, *Kewill.Trace*, and *Kewill.Receive*, will allow users to view, transact, trace, and control goods online as they move through the supply chain. The differentiating aspect of this service is provided through Kewill's partnership with **Syntra**. *Kewill.Net* will incorporate Syntra's landed cost and regulatory compliance engine, allowing users to calculate actual duty and tariff costs and generate the appropriate international shipping documents for trans-border shipments. *Kewill.Net*'s transportation services are targeted at small and midsize companies and are priced starting at $63 per month.

The Online Transportation Management market is highly fragmented, overcrowded, and ripe for a shake-out in the short term. Kewill, however, has a strong position in the market. It already controls approximately 70% of the Parcel Manifesting Application market, providing *Kewill.Net* with a ready supply of users. Additionally, the company is well funded, the products

© 2000 AMR Research, Inc All Rights Reserved. Contents may not be reproduced in whole or in part without written permission of publisher.

NDCA-ORCL 009520

# ALERT ON SUPPLY CHAIN MANAGEMENT

MAY 1, 2000

*AMR Research. Bold Ideas. Compelling Research. Unparalleled Service*

are targeted at a specific market, and it clearly understands the crucial aspects of shipping goods internationally. For these reasons, *Kewill.Net* should be able to stand out from the crowd.—*Chris Newton*

## VENDORS TURN OUT AT RECORD IBF SHOW

Some pundits would say that the need for demand forecasting and planning goes out the door once a supply chain is fully connected electronically via the Internet, enabling inter-enterprise real-time supply chain visibility, collaboration, and synchronization. While e-business should drive a reduction in the level of uncertainty users have to manage, collaborative demand planning and forecasting will still be required to help ensure trading partners are coordinated in their response to inherent supply chain variability. These include uncertainties that propagate throughout a supply chain, emanating from points of random demand and points of variable supply. So despite the pundits, we expect there will always be a need for demand planning, even in connected supply chains, however, it will be more Internet-based and collaborative in nature. This view was supported by last week's ninth semiannual Best Practices Conference held by the premier forecasting association, The Institute of Business Forecasting (IBF).

The IBF show, held in Chicago, had a record crowd and its greatest participation from enterprise software application vendors. The conference drew a crowd of more than 550 business forecasting aficionados, in contrast to only 100 that attended its first conference, held four years short years ago. The conference—geared to novice as well as advanced forecasters—included 30 presentations made by practicing forecasters, 18 software product demonstrations, and 3 workshops that covered forecasting process development, the use of multiple regression, and the basics of consensus-based forecasting. Equally important was that this was the first year most major leading demand planning and forecasting vendors exhibited at the same show, including **i2 Technologies, Logility, Manugistics,** and **Mercia**. In addition, major ERP vendors **SAP** and **PeopleSoft** also exhibited.

So what's happening in the Demand Planning and Forecasting Technology market? You guessed it. The Internet and e-business are hot, especially as they relate to collaborative planning and forecasting. Many of the vendors now pitch the fact that they are Internet-enabled, allowing users to create, share, and revise forecast information over the Internet. In addition, while the Demand Forecasting market has historically seen consolidation with many of the point-solution vendors getting acquired by enterprise application vendors looking to form broader SCM product suites, new applications and vendors are still popping up. For example, some established application vendors, such as **Adexa** and **STG**, have recently rolled their own, as SAP did. Generally, as collaborative forecasting becomes more important, vendors are offering more advanced functionality that continues to move away from a focus on statistical forecasting and toward greater demand planning and management, especially Internet-based.—*Larry Lapide*

## RANDOM NOTES

**i2 Technologies** announced a reseller agreement with **Unifi Technology Group** (UTG), a manufacturing consulting and integration firm. Under the agreement, UTG will co-market and sell i2's flagship product, *Factory Planner*, and its newer process manufacturing scheduling product, *Production Scheduler*, to the Soft Goods, Consumer Goods, and Electronics industries. The agreement leverages Unifi's knowledge of the Soft and Consumer Goods industries, ones in which i2 is starting to get sales traction, following a slow start several years ago. Together the companies will offer Web-based applications to enable manufacturers to view plant floor activities and inventories, across a supply chain.

**Manugistics** announced an expansion of its Premier Business Partner Relationship with **IBM**, to offer a product suite that combines Manugistics' *NetWORKS* applications with IBM's *MQSeries* software, deployed on both *RS/6000* and *IBM Netfinity* servers. IBM will also provide services from its *Global Services* and

Two Oliver Street, Fifth Floor, Boston, MA 02109   Tel: +1-617-542-6600   Fax: +1-617-542-5670
Offices in Irvine, CA and London, United Kingdom   www.amrresearch.com

© 2000 AMR Research, Inc. All Rights Reserved. Contents may not be reproduced in whole or in part without written permission of publisher

NDCA-ORCL 009521



# ALERT ON SUPPLY CHAIN MANAGEMENT    MAY 1, 2000

*AMR Research: Bold Ideas. Compelling Research. Unparalleled Service*

*Global Financing* divisions. The focus of the extended partnership is on providing online trading exchange software for the mid-market CPG industry, including Food and Agriculture, Consumer Electronics, and Retail. While this agreement appears to be inconsistent with IBM's tight partnership with i2 Technologies, it allows IBM to offer an alternate to its mid-market customers, especially leveraging Manugistics strengths in the CPG market.

**ILOG** announced its 3Q00 earnings last week and saw license revenue at $11.9, up 41% compared to the same period last year. In the United States, revenue was up 48% while the slumping euro seemed to have an impact as revenue was down 22% in Europe. Loss per share was down from 3Q99's $0.07, to $0.02 this year. Look for ILOG to continue to try to increase license revenue by keeping active in the partnership arena. In the last quarter, it announced relationships with industry leaders such as **BEA Systems**, **Open Market**, IBM, and **Nortel**.

**Aspen Technology** announced 3Q00 financial results that demonstrate the company's fortunes are changing for the better. Revenue for the quarter was $67.8M, an increase of 25% from 3Q99. License revenue grew faster, growing 54%, to $34.2M. The company's Chairman and CEO Larry Evans stated that AspenTech saw significant demand from its *Plantelligence* and *Enterprise Optimization* applications. Following the earnings announcement, AspenTech also announced that it has established a new business group to focus on Internet initiatives, ventures, and alliances. This adds to its recent e-business initiatives that have included partnering with **Extricity** to power its *eBusiness* products and forming alliances with **e-Chemicals** and **Stolt-Nielsen**'s Logistics Exchange (LX) called **Chemlink.com**. In addition, AspenTech recently launched *ProcessCity.com*, an Internet-based knowledge exchange portal.

French-based APS vendor **ORTEMS S.A.** announced that it realigned its global sales and marketing to take advantage of regional market distributorships. The company has contracted with **ORTEMS Direct**—based in Warrenville, IL and created from its former wholly owned subsidiary—to manage sales and marketing in North America. The company believes that working with these types of distributors will give greater control of local markets to local management while complementing its existing relationships with indirect sellers, such as **CINCOM** and **MAI**. Up to now, ORTEMS has been struggling to get sales traction in the North American market. This restructuring should be a step in the right direction.

Meet with peers whose companies are at the same stage of e-business transformation, or are where you would like your company to be, at the **AMR Research Spring Executive Conference**, "Accelerating End-to-End E-Business Transformation." The conference is May 31 to June 2, 2000, at The Phoenician in Scottsdale, AZ. For the complete agenda, travel, and registration information visit our Website at http://www.amrresearch.com/events or call 617-542-6600.

**Quote of the Week:** A recent article (April 17, 2000) in the *Wall Street Journal*, "Let's Build an Online Supply Network!", discusses the hoopla going on about B2B trading exchanges for buying and selling supplies. It discusses how a slew of companies and software vendors has been announcing new exchanges, making it look easier to create one of these than it really is. It quotes Bruce Taylor, a senior vice president at Eaton, as saying:

"The problem with this B2B stuff is that there are all these headlines out there being shouted by people in dot.coms, the press, and on Wall Street, and when you peel it back, it's very complicated and will take a lot of time to sort out...It's like Y2K. Any time you can reduce something to a three-symbol acronym, everyone gets all excited. It's supposed to be wonderful. We'll have to see."

Two Oliver Street, Fifth Floor, Boston, MA 02109   Tel: +1-617-542-6600   Fax: +1-617-542-5670
Offices in Irvine, CA and London, United Kingdom   www.amrresearch.com

© 2000 AMR Research, Inc. All Rights Reserved. Contents may not be reproduced in whole or in part without written permission of publisher.

NDCA-ORCL 009522