```
         Return-Path: <Larry.Ellison@oracle.com>
            Received: from mailsun2.us.oracle.com (mailsun2.us.oracle.com [130.35.61.114])by
                      usmail01.us.oracle.com (8.8.8□.8.8) with ESMTP id JAA08408;Fri, 12 May
                      2000 09:27:51 -0700 (PDT)
            Received: from gmgw01.us.oracle.com (gmgw01.us.oracle.com [130.35.61.190])by
                      mailsun2.us.oracle.com (8.9.3/8.9.3) with ESMTP id JAA04569;Fri, 12 May
                      2000 09:27:49 -0700 (PDT)
            Received: from oracle.com (koi-home.us.oracle.com [139.185.70.3])by
                      gmgw01.us.oracle.com (8.8.8□.8.8) with ESMTP id JAA29946;Fri, 12 May
                      2000 09:27:50 -0700 (PDT)
          Message-ID: <391C3142.C1CC9DB8@oracle.com>
                Date: Fri, 12 May 2000 09:28:50 -0700
                From: "Lawrence J. Ellison" <Larry.Ellison@oracle.com>
        Organization: Oracle Corporation
            X-Mailer: Mozilla 4.7 [en]C-CCK-MCD (Win98; U)
   X-Accept-Language: en
        MIME-Version: 1.0
                  To: George Roberts <groberts@us.oracle.com>
                  CC: NASINFO <NASINFO@us.oracle.com>, hqapps@us.oracle.com,
                      "Nugent,John" <NUGEAPP@us.oracle.com>,
                      "Bagshaw,William" <WBAGSHAW@us.oracle.com>,
                      "Fleming,Gary" <GFLEMING@us.oracle.com>,
                      "Singh,Amit" <ASINGH@us.oracle.com>, cbcooney@us.oracle.com,
                      GRAPPS <GRAPPS@us.oracle.com>, rlane@us.oracle.com,
                      "Wohl,Ronald" <RWOHL@us.oracle.com>, lellison@us.oracle.com,
                      mark jarvis <mjarvis@us.oracle.com>, Safra Catz <scatz@us.oracle.com>
             Subject: Re: [Fwd: [Fwd: Firepond Approvals - nonstandard support]
          References: <391BFCA2.7BC02F49@us.oracle.com>
        Content-Type: multipart/mixed;boundary="------------8D6ADD1010E588C1315421EA"
     X-Mozilla-Status: 9091
    X-Mozilla-Status2: 00000000


We need a press release on this one.    larry

George Roberts wrote:

> John approved of course. Like I have said... sooner or later we get them
> all!!!!
>
> Ray, Ron and Larry,
>
> This is pretty rich.... Klaus Bessier buying Oracle Applications.... to
> replace JDE!
>
> ------------------------------------------------------------------------
>
> Subject: [Fwd: Firepond Approvals - nonstandard support
> Date: Thu, 11 May 2000 19:16:44 -0700
> From: NASINFO <nasinfo@us.oracle.com>
> To: "Roberts,George" <GROBERTS@us.oracle.com>
> CC: GRAPPS <GRAPPS@us.oracle.com>, nugeapp <nugeapp@us.oracle.com>,
>       "Bagshaw,William" <WBAGSHAW@us.oracle.com>,
>       asingh <asingh@us.oracle.com>, "Cooney,C." <CBCOONEY@us.oracle.com>,
```

1                    **ORACLE CONFIDENTIAL**

NDCA-ORCL 034910

```
>       "Fleming,Gary" <GFLEMING@us.oracle.com>
>
> George, please approve 4 years of support capped at 5% and forward to
> HQAPP.  (see Nugent's comments below)
>
> DB 7.5 %;  Options 8.5 %; ERP 84 %
> List Price: License:   $467,885     Support: $102,934
> Net Price: License:    $327,520     Support: $ 72,054
> Standard 30% discount.
>
> --
> Nura Mosley
> NAS Business Practices
> 732.726.2428
>
> Visit http://gbp.us.oracle.com for the latest in eBusiness pricing and
> policies .
>
> ------------------------------------------------------------------
>
> Subject: Re: [Fwd: [Fwd: Firepond Approvals]]
> Date: Thu, 11 May 2000 17:39:20 -0400
> From: Nugeapp <nugeapp@us.oracle.com>
> Organization: Oracle Corporation
> To: bouchapp <bouchapp@us.oracle.com>, NASINFO <nasinfo@us.oracle.com>
> CC: Amit Singh <asingh@us.oracle.com>, wbagshaw <wbagshaw@us.oracle.com>
> References: <391AF4F7.E8074560@us.oracle.com> <391B151C.46255B37@us.oracle.com>
>
> Approved.
>
> George, how ironic is this .... Klaus Bessier, ex-CEO of SAP is embroiled in a
software negotiation with Oracle to buy Oracle's Applications!  Klaus is looking
for a 5 year hold on support, we said no and said we'll try for 4.  Oh, did I
mention that Klaus is buying Oracle Apps to replace JDE?!
>
> Please approve 4 year cap on support at 5%.
>
> --
> Regards,
>
> John Nugent
> Senior Vice President
> General Business U.S.
> Oracle Corporation
> Bay Colony Corporate Center
> 1000 Winter Street
> Suite 2200
> Waltham, MA   02451
>
> 781-684-7921
> 781-768-5688 - Fax
> jnugent@us.oracle.com
>
> bouchapp wrote:
>
> > Approved.
> >
> > Nuge, Klaus Bessier, ex-ceo of SAP America, has pushed hard for several items
because he knows what ERP vendors can do.  We need the following to secure this
$400K deal:
```

```
> >
> > * cap 4th year of Support at 5% increase.  Net L&S on deal is $400K
> >
> > * price hold for 6 months on products being purchased in May 00.
> >
> > This requires LJE approval.
> >
> > Regards.
> >
> > Amit Singh wrote:
> >
> > > John, please approve. This is an important deal for us - JDE
> > > replacement, CEO is the ex-CEO of SAP. Please approve.
> > > Amit
> > >
> > > --------------------------------------------------------------------
> > >
> > > Subject: [Fwd: Firepond Approvals]
> > > Date: Thu, 11 May 2000 13:52:47 -0400
> > > From: Bill Bagshaw <wbagshaw@us.oracle.com>
> > > To: Amit Singh <asingh@us.oracle.com>
> > >
> > > Amit,
> > >
> > > Please see below.  As discussed in forecast meeting today, we need
> > > approvals for:
> > >
> > > * cap 4th year of Support at 5% increase.  Net L&S on deal is 400K.
> > >
> > > *  price hold for 6 months on products being purchased in May 00.
> > >
> > > CEO is former CEO of SAP America.  They are pushing back hard on these
> > > issues because he feels these are concessions commonly made in software
> > > industry.  Customer will sign deal on 5/19 when 11i ships.
> > >
> > > Thanks,
> > >
> > > --
> > > Bill Bagshaw
> > > Applications Branch Manager
> > > New England Mid Market
> > >
> > > Work: (781) 768-5639
> > > Fax: (781) 684-6923
> > > Cell: (617) 510-7539
> > > Email: wbagshaw@us.oracle.com
> > >
> > > --------------------------------------------------------------------
> > >
> > > Subject: Firepond Approvals
> > > Date: Wed, 10 May 2000 04:46:08 -0400
> > > From: Buckley Cooney <cbcooney@us.oracle.com>
> > > Organization: Oracle Corporation
> > > To: "Bagshaw,William" <WBAGSHAW@us.oracle.com>,
> > >         "Fleming,Gary" <GFLEMING@us.oracle.com>
> > >
> > > Bill.
> > >
> > > Attached is the approval form for Firepond.  We had agreement that we will
```

```
sign upon these last changes to the OLA.  The form is attached, but the
justification is:
> > >
> > > They have  heard Oracle has history of large increases to support.  They
wanted 5 years.  We said no.  We are asking for 4 years .  Customer is a software
company and they have standard 5 year support cap.
> > >
> > > For the price hold they just want to be sure they did due diligence on the
named user count.  They are not certain of user population until they fully
understand module and who will be named user.  They are only asking that the
price hold be in place for the existing applications
> > >
> > > They pushed back on MANY other areas of OLA (ie. Limit of liability,
support costs) which we indicted were non negotiable.  The CEO of Firepond is
Klaus Besier, former CEO of SAP America.  We competed against SAP and won.  They
will be an early adopter of 11I and our new PSA offering.  OCS will do
implementation and will bill @ $750,000 over the course of the phase
implementation.
> > >
> > >
> > >
> > > APPROVAL FORM - NETWORK LICENSE
> > >               Oracle Confidential: For Internal Distribution Only
> > >
> > > Instructions: Fill in all sections completely, as you work please
> > > delete options not chosen.
> > >
> > > APPROVAL REQUIREMENTS - Please refer to the Business Practices Handbook
> > > for Conditions and Approval Policy (http://appsweb.us.oracle.com/amapp/)
> > >
> > >
> > >
> > >  1. This account is: _X_ GB __ MA __ Vertical Mkt
> > >  2. Approval(s) Required:
> > >  3. Deal Strategy/Justification (include competitor name, products,
> > > pricing
> > >    and how you got this info):  Competing against SAP and Lawson.
> > > This will be a JDE Takeaway.  CEO is former CEO of SAP America, we have
> > > our work cut out for us.
> > >  4. Deal Structure: _X_ Direct __ Pass Thru __ Sublicense
> > >
> > > ORDER SUMMARY
> > > DRAFT CONTRACT - at these discounts:  Standard % based on volume
> > > purchase
> > >                                  License | Support
> > >             Database             _30_%     _30_%
> > >             Tools                _30_%     _30_%
> > >             Apps                 _30_%     _30_%
> > >             Vertical Apps        _30_%     _30_%
> > >
> > >
> > > PAYMENT TERMS - [ X] Net 30 from date of invoice
> > >                 [ ] Oracle Financing (Consult BP pg O-5, payment
> > >                 discnt may apply)(RM) Payment discnt: ___
> > >
> > >
> > > LICENSES - List License Revenue:$_467,885_____
> > >            Net License Revenue:$__327,519_____  (Based on contract
> > > license
```

```
> > > discnt
> > >                         SUPPORT -  __ Bronze _x_ Silver  __ Gold (Gold Support
> > > req. AMAPP
> > > approval)
> > >             List Support Revenue: $_102,934___
> > >             Net Support Revenue Yr 1 : $_72,054_____  (Based on contract
> > > support discnt)
> > >
> > > EDUCATION - Net Education Revenue: $_40,000___ / Discnt: __% per
> > > Education
> > >  Unit
> > > _
> > >
> > >  CUSTOMER ADMIN INFO
> > >
> > >    Customer's EXACT Legal Name:           Firepond, Inc.
> > >              Business Address:                       890 Winter Street
> > >         Customer's CPU Address:           Same
> > >        Contract Administration:           Brian Harris
> > >                        Address:                              Same
> > >                        Phone #:                     781.487.8552
> > >
> > >                          Fax #:
> > > 781.487.8558
> > >                Billing Contact:                      Susan LeDoux
> > >    (Partner/VAD if Pass Thru)
> > >                        Address:
> > >                        Phone #:
> > >                          Fax #:
> > >                     Tax Status: Exempt __ (Need certificate for ship
> > >                     to state if not on Oracle's Tax Exempt Log)
> > >                                 Non-Exempt __
> > >               Shipping Contact:            Brian Harris
> > >                        Address:                              Same
> > >                        Phone #:                              Same
> > >      Technical Support Contact:            Same
> > >                        Address:                              Same
> > >                        Phone #:
> > >                 e-mail address:
> > > brian.harris@firepond.com
> > >
> > >             Quote valid through:           4/30
> > >
> > > DESIGNATED SYSTEMS/PROGRAMS - Cut & paste a separate section for Intl
> > >                     users and uplifts
> > >
> > > 1a. Designated Systems (SERVERS)-List the server operating systems
> > > ("OS") to be included in Network,may specify up to 5 OS's. Client OS's
> > > not included in count.  Indicate the percentage of revenue that each
> > > hardware platform should receive by entering number next to the OS's.
> > > Total entries must equal 100%.
> > >             Ex: Make: IBM RS6000, OS: AIX, Media Type: CD (40%).
> > >
> > >                           Make:           Sun Solaris
> > >                             OS:                       Solaris
> > >                     Media Type:           CD
> > >           Revenue Allocation %:
> > >
> > >
> > >  4. Application Programs -
```

```
> > >       -Bundle pricing? Yes x_ No_
> > >       -Will Apps be modified? Yes _ No x_
> > >    -Will users be accessing the modified Apps from the web? Yes _ No _
> > >
> > > _
> > > TECHNICAL SUPPORT
> > >    [ ] US only. Tech contacts per Tech Support policies, fees due
> > > annually in advance (Standard)
> > >    [ ] Any change to payment terms for support fees (AMAPP)
> > >    [ ] Annual increases in support not to exceed 10% a yr over the
> > > previous yr's fees up to 5 yrs from the Effective Date of the NL.(RM)
> > > #__of yrs
> > >    [ ] Purchase addtl Tech Contacts for specified fee (Conditions
> > >        & Rep) # Contacts __, fee per Contact $___
> > >    [ ] Ship initial programs and updates to more than 1 site for a fee
> > >        per site. # of sites__, fee per site $____, site addresses ____
> > >    [ ] Attach Tech Support policies as Exhibit. (Conditions & Rep)
> > >    [ ] Tech Support in intl transaction provided by country of install.
> > >        Local updates delivered from local support center in country of
> > > install(Conditions/Intl via AMAPP)
> > >    [X ]Tech Support in intl transaction centralized from US. All Tech
> > >        contacts located in the US. Local updates delivered from local
> > >        support center in country of install (Intl via AMAPP)
> > >
> > > TERRITORY
> > >    [ ] US only (Standard)
> > >    [X ] *Specify intl locations. Meets pre-approved intl conditions
> > >        (Conditions/RM & FYI to Intl via AMAPP). List countries:____
> > >    [ ] *Specify intl locations. Does not meet pre-approved intl
> > > guidelines
> > >        (RM & Intl via AMAPP). List countries:____
> > >    [ ] *Worldwide. Meets pre-approved intl conditions (Conditions/RM &
> > > FYI to Intl via AMAPP)
> > >    [ ] *Worldwide. Does not meet preapproved intl conditions (RM & Intl
> > > via
> > > AMAPP)
> > >    *Subject to export exclusions. Please list Programs, Quantity and
> > > Usage
> > >    Type by continent (see BP pg J-15-16). You must also fill out and
> > >    submit template Approval Form - International.
> > > ASSIGNMENT
> > >    [ ] Assignment as a result of sale or merger of customers (RM)
> > >
> > > INTERNAL ADMIN INFO
> > > 1. SALES CREDIT- Rev Credit - Field AM/TM/JAM:
> > >                                   DMD Rep:
> > > 2. QUOTE NEEDED BY:
> > >    ASAP IS UNACCEPTABLE; ONCE APPROVED, PLEASE ALLOW 24 HOURS
> > >    FOR STANDARD CONTRACTS/48 HOURS FOR NON-STANDARD
> > >
> > >                                        Name: Firepondapprovaldoc511.doc
> > >    Firepondapprovaldoc511.doc          Type: Microsoft Word
(application/msword)
> > >                                    Encoding: base64
> > >                             Download Status: Not downloaded with message
> > >
> > >    Buckley Cooney <cbcooney@us.oracle.com>
> > >    Application Sales Manager
> > >    Oracle, Corp. [Image]
> > >
```

**ORACLE CONFIDENTIAL**

NDCA-ORCL 034915

```
> > >     Visit us at http://www.oracle.com
> > >
> > >     Buckley Cooney
> > >     Application Sales Manager          <cbcooney@us.oracle.com>
> > >     Oracle, Corp. [Image]
> > >
> > >     Visit us at http://www.oracle.com
> > >     1000 Winter Street                 Cellular: 508.272.1482
> > >     Waltham                            Home: 508.252.5756
> > >     Ma                                 Work: 781.895.5382
> > >     02454
> > >     Additional Information:
> > >     Last Name      Cooney
> > >     First Name     Buckley
> > >     Version        2.1
> > >
> > >     ----------------------------------------------------------------
> > >
> > >     Bill Bagshaw <wbagshaw@us.oracle.com>
> > >     [Oracle Software Powers the Internet]
> > >     Visit us at http://www.oracle.com
> > >
> > >     Bill Bagshaw
> > >     [Oracle Software Powers the Internet]  <wbagshaw@us.oracle.com>
> > >     Visit us at http://www.oracle.com
> > >                                        Cellular: (617) 510-7539
> > >                                        Fax: (781) 684-6923
> > >                                        Home: (781) 453-0952
> > >                                        Work: (781) 768-5639
> > >     Additional Information:
> > >     Last Name      Bagshaw
> > >     First Name     Bill
> > >     Version        2.1
> > >
> > >     ----------------------------------------------------------------
> > >
> > >     Amit Singh <asingh@us.oracle.com>
> > >
> > >     Amit Singh
> > >       <asingh@us.oracle.com>
> > >     Additional Information:
> > >     First Name     Amit
> > >     Version        2.1
> >
> > --
> >
> > John J. Boucher, Area Vice President
> > Northeast General Business
> > Oracle Corporation
> > 1000 Winter St., Suite 2200
> > Waltham, MA 02451-1208
> > jboucher@us.oracle.com
> >
> > Business:  781.684.6992
> > FAX:  781.895.9971
> > Mobile:  617.510.6956
> >
> > Administrative Assistant:
> > Sharon Connors
> > 781.684.6999
```

```
> > sconnors@us.oracle.com
>
> --
> Regards,
>
> John Nugent
> Senior Vice President
> General Business U.S.
> Oracle Corporation
> Bay Colony Corporate Center
> 1000 Winter Street
> Suite 2200
> Waltham, MA  02451
>
> 781-684-7921
> 781-768-5688 - Fax
> jnugent@us.oracle.com
>
>    ------------------------------------------------------------------
>
>    Nugeapp <nugeapp@us.oracle.com>
>
>    Nugeapp
>       <nugeapp@us.oracle.com>
>    Additional Information:
>    First Name      Nugeapp
>    Version         2.1
>
>    ------------------------------------------------------------------
>
>    George Roberts <groberts@us.oracle.com>
>
>    George Roberts
>       <groberts@us.oracle.com>
>    Additional Information:
>    Last Name       Roberts
>    First Name      George
>    Version         2.1
```

Lawrence J. Ellison <Larry.Ellison@oracle.com>

8

ORACLE CONFIDENTIAL

NDCA-ORCL 034917