## DESK NOTES



CREDIT SUISSE FIRST BOSTON CORPORATION

**Equity Research**

| Americas | U.S./IT Software/Internet and eBusiness Infrastructure Software | December 15, 2000 |
|---|---|---|

**STRONG BUY**
**USD 27.50**

# Oracle Corporation

**ORCL**

**LARGE CAP**

## Picture Perfect Q2:FY01 Should Even Convert the Skeptics

**Wendell H. Laidley**
1 415 836 7716
wendell.laidley@csfb.com

**Brent Thill**
1 415 836 7712
brent.thill@csfb.com

**Marie A. Kluth**
1 415 836 7713
marie.kluth@csfb.com

- ORCL reported very solid Q2:FY01 results of $2.7 billion and $0.11 versus our estimates of $2.7 billion and $0.10. Street consensus EPS was $0.10.

- ORCL's Q2:FY01 license revenue (in constant dollar terms) was sensational – total license grew 32% YoY (vs our 22% estimate), database license grew 26% (vs. our 17% estimate) and applications license grew 73% (vs our 50% estimate).

- Operating margins increased to 36% compared to 29% in the prior quarter and 25% in the year-ago quarter.

- We are increasing our FY01 estimates to $11.9 B and $0.51 [from $11.8 B and $0.48], and FY02 to $14.1 B and $0.63 [from $13.5 B and $0.57], driven primarily by increases in license revenues.

- Reiterate STRONG BUY and 12-month price target of $48, which suggests 75% upside from current levels.

| Price 12/14/00[1] | Target (12 Months) | Dividend | Yield | Mkt. Value (Millions) | 52-Week Price Range |
|---|---|---|---|---|---|
| USD 27.50 | $48 | | None | $161,562.5 | 16.87-46.46 |

| | Annual EPS | Prev. EPS | Abs. P/E | Rel. P/E | EV/ EBITDA | EBITDA/ Share |
|---|---|---|---|---|---|---|
| 05/02E | $0.63 | 0.57 | 43.7X | NA | | |
| 05/01E | 0.51 | 0.48 | 53.9 | NA | | |
| 05/00A | 0.34 | | 80.9 | NA | | |

| | Aug | Nov | Feb | May | | FY End |
|---|---|---|---|---|---|---|
| 2002E | NA | NA | NA | NA | | May 31 |
| 2001E | $0.08A | $0.11A | $0.12 | $0.20 | | |
| 2000A | 0.04 | 0.06 | 0.08 | 0.15 | | |

| | | | | | |
|---|---|---|---|---|---|
| ROIC (11/00) | NA | Total Debt (11/00) | NA | Book Value/Share (11/00) | 0.84 |
| WACC (11/00) | NA | Debt/Total Capital (11/00) | NA | Common Shares | 5,875.0 |
| EP Trend[2] | NA | Est. 5-Yr EPS Growth | 25% | Est. 5-Yr. Div. Growth | NA |

[1]On 12/14/00 DJIA closed at 10674.99 and S&P 500 at 1340.93.
[2]Economic profit trend.

**Oracle is a leading provider of database, application and exchange solutions, as well as consulting services, for Internet-enabled enterprises.**

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER     NDCA-ORCL 154522

Oracle Corporation

CREDIT | FIRST
SUISSE | BOSTON

## Summary

ORCL reported very solid Q2:FY01 results of $2.7 billion and $0.11 versus our estimates of $2.7 billion and $0.10.  Street consensus EPS was $0.10.  Total revenue grew 15% YoY and 18% sequentially. Overall license revenue of $1.1 billion was in-line with our $1.1 billion estimate, and grew 19% YoY and 39% sequentially despite a negative currency impact of 6.5%.  Measured in local currency, YoY license growth was an impressive 32% - the 1st time in 3 ½ years that ORCL has produced 2 consecutive quarters of greater than 30% license growth.  We believe that investors should view ORCL's results in the context of local currency since the negative currency in Q2:FY01 was unusually high, and local currency reflects true revenue growth patterns.  Q2:FY01 services revenue was $1.5 billion, slightly below our $1.6 billion estimate, and representing 8% YoY growth.  Breaking down the services revenue between support and consulting/education, support revenue was up 21% YoY (up 28% in local currency) and consulting/education was down 4% YoY (up 1% in local currency).  Comparing consulting/education YoY revenue growth to prior quarters, Q2:FY01 results represented an improvement over (10%) YoY growth for Q1:FY01, (8%) for Q4:FY00, and (7%) for Q3:FY00.  ORCL expects consulting/education revenue to continue to rebound at a similar rate to Q2:FY01 results due to resurgence in the Company's applications business, and therefore services revenue should produce YoY growth rate increases in future quarters as well.  However, ORCL continues to believe that leveraging third party systems integrator (SI) relationships is key to growing its applications business and maintaining its high margins, and therefore will not aggressively grow its services business again similar to ERP-centric FY99 (22-39% YoY growth).

On a geographic basis, ORCL reported strong contribution from all territories.  Americas represented 57% of total revenue and grew 20% YoY in constant dollar terms.  EMEA composed 29% of revenue in Q2:FY01 (adjusted for currency impact) and grew 18% in constant dollar terms.  Revenue from Asia-Pacific accounted for 15% of total revenue in the quarter and grew an impressive 34% YoY in constant dollar terms.

ORCL's Q2:FY01 license revenue (in constant dollar terms) was sensational – total license grew 39% YoY (vs our 22% estimate), database license grew 26% (vs. our 17% estimate) and applications license grew 73% (vs our 50% estimate).  On a reported basis (not constant dollars), Q2:FY01 database revenue of $775 million beat our $761 million estimate while applications revenue of $279 million also exceeded our expectations of $252 million.  We believe these results were solidly better than published expectations and should be strong enough to convince the skeptics that ORCL's products business is capable of greatness.  On the applications front, these results represented the strongest growth in YoY applications since Aug '97, and the strongest back-to-back quarter in the last three years. According to ORCL management, all application products did well across the board although ORCL does not break out these revenues so we are unable to confirm the degree to which was the case for each product.  Currently, 83 customers are live on the ORCL eBusiness suite (11*i*) products, compared to 15 at the end of Q1:FY01.  Live customers include BellSouth, Chevron, Hitachi Data Systems, and Tegrasis.  Additionally, ORCL has shipped 11*i* licenses to 3,000 customers with 1,000 customers in various stages of implementation (ORCL expects about 100 by the end of December alone).  We expect ORCL's applications revenue to continue to grow at a healthy pace as ORCL continues to penetrate its installed base of applications customers (10,000 total to date), and

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER      NDCA-ORCL 154523

Oracle Corporation

**CREDIT SUISSE** | FIRST BOSTON

also attracts new customers with its integrated "one stop shop" value proposition (see Brent Thill's analysis below).

Large deals (>$500K) accounted for a larger portion of ORCL's total revenue in Q2:FY01 (45% vs 36% in the year-ago quarter) driven by larger applications deals. With approximately 70% of ORCL's customers now converted to power unit pricing which has a tendency to spread out larger transactions over several quarters, a higher proportion of larger deals will come from applications. Management set the expectation that due to the Company's switch to power unit pricing, ORCL will most likely not close as many big deals as in the past. We view ORCL's movement away from large deal dependence as a positive strategy that will result in increased linearity of bookings and greater predictability of quarterly results. That said, ORCL continues to close very large deals in the $10-30 million range. Mega deals that the Company has closed recently include Compaq, the largest deal in Q2:FY01, and several large deals closed in ORCL's current quarter, including the Company's landmark deal with Covisint (mentioned above).

ORCL again delivered impressive margin expansion in Q2:FY01 as operating margins increased to 36% compared to 29% in the prior quarter and 25% in the year-ago quarter. License revenue as a percentage of total increased to 42% compared with 36% in the prior quarter and 39% in Q2:FY00. The mix shift if favor of license contributed to the increase in operating margin despite significant increase in operating expenses across all categories. S&M was 24% of revenue in Q2:FY01, compared to 25% in the prior quarter and 27% in the year-ago quarter. R&D comprised 10% of revenues in the quarter, down from 11% both the prior and year-ago quarters. Finally, G&A costs were 4% of revenues in Q2:FY01, compared to 5% in Q1:FY01 and Q2:FY00. We believe that due to higher license mix, greater profitability in services, and continued operating efficiencies in all cost categories, the Company can achieve 37% operating margin in Q3:FY01, 43% operating margin in Q4:FY01 and 37% operating margin in FY02, and therefore we have altered our model accordingly.

ORCL continues to achieve operating leverage despite the fact the Company added headcount both domestically and internationally. The Company ended Q2:FY01 with 42,002 employees (21,342 international and 20,660 domestic), compared to 41,170 employees at the end of Q1:FY01 (21,265 international and 19,905 domestic). This was ORCL's first sequential increase in headcount in over 5 quarters. ORCL believes that due to the increasing pipeline of applications business, the Company will continue to modestly grow headcount, especially within sales, for the rest of this year in order to capitalize on the market opportunity.

On the balance sheet, DSO was down one day sequentially to 66 days, with cash and short term investment balance was down due to the Company's stock buyback activities in the quarter. The Company purchased roughly $5 billion in stock during the quarter, slightly higher than in the prior quarters, and therefore cash and short term investment balance was $4.3 billion at the end of Q2:FY01 compared to $7.8 billion at the end of Q1:FY01. ROE was 49% in Q2:FY01 compared to 52% in the prior quarter, remaining high due to ORCL's cash flow generation activity.

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER     NDCA-ORCL 154524

Oracle Corporation                                          CREDIT | FIRST
                                                            SUISSE | BOSTON

Management characterized the pipeline of business in every region as "astounding" and were very bullish on business prospects going into H2:FY01. We believe that robust market demand, an 11*i* applications sales model that is functioning on all cylinders (including trained SIs), and a strong product value proposition positions the Company well for strong license growth. Services revenue should also show a gradual uptick due to pull-through from accelerating ORCL eBusiness suite sales.

Accordingly, we are increasing our FY01 estimates to $11.9 billion and $0.51 [from $11.8 billion and $0.48], and FY02 to $14.1 billion and $0.63 [from $13.5 billion and $0.57]. Our new estimates are driven by higher license revenue estimates in FY01 - $5.6 billion vs. $5.4 billion previously – and FY02 - $6.9 billion vs. $6.2 billion previously, while service revenue estimates remain essentially the same. Our increased operating margin expectation for FY01 is 37%, compared to 35% previously, and for FY02 is 40%, compared to 37% previously. We believe that our revenue and operating margin estimates have upside potential as ORCL's 11*i* applications business continues to bloom and operational model continues to strengthen.

We reiterate our STRONG BUY and are maintaining our 12-month price target of $48, which suggests 75% upside from current levels.

**Applications - On the Verge of Running Full Throttle (by Brent Thill)**

ORCL's vision of providing an integrated stack of solutions is starting to take hold in the field. With 83 customers live on R11i and over 1,000 additional implementations underway, ORCL is in the early stages of a widespread adoption cycle. More than 3,000 customers are migrating to R11i. While each sub segment of its applications offering (front-office, supply chain, marketplace, ERP) still does not offer the same level of functionality as the best of breed vendors such as Siebel in CRM, i2 in supply chain/marketplaces, and Ariba/Commerce One in procurement, a handful of customers are beginning to sacrifice bob domain expertise for integration. JDS Uniphase, American General, and GE Power are few examples. JDS purchased the entire ebusiness suite from ORCL. Over the past year, the company has standardized divisions in 14 separate countries on one single instance of the ORCL apps platform. American General, a large insurance company with $123bn of assets under management, made the decision this quarter to replace its Siebel CRM solution and PeopleSoft HR/Financial implementation with ORCL's suite. Management claims GE Power implemented its solution with no modifications at all.

Another significant customer win highlighted was Covisint. ORCL management mentioned this is one of their largest apps deals ever ($10M+) and will be accounted for as a Q3 deal (closed early Dec). Covisint chose to standardize its automotive exchange on ORCL's database, application server, and entire suite of applications. On the applications side, they will implement ORCL's exchange software that will power single sign-on, registration, and dynamic pricing across the Covisint exchange. Commerce One will power auctions and catalog content. The supply chain segment is still up for grabs. We believe the decision could be made within the next month. We have heard through industry contacts that it is still a three horse race between Manugistics, i2, and Oracle. We would highlight i2 has one of the strongest footholds in the automotive sector today with

– 4 –

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER      NDCA-ORCL 154525

Oracle Corporation



customers such as Visteon, John Deere, Volkswagen, Mercedes, Caterpillar, and Ford.

ORCL made a point of attacking ITWO harder than any other bob application company. The company claimed "competitive displacements" of ITWO at Qualcomm, Teradyne, and Hayworth. Conversations with ITWO management after the conference call suggest otherwise. ITWO claims ORCL sold the suite of 11i solutions into these accounts, not supply chain specific deals. ITWO mentioned they are still in good standings with these customers. Another interesting datapoint was the recent claim ORCL made about winning the business at Motorola Wireless. We believe this contract has not been signed and the deal is still up for grabs. It appears that it is not a mammoth sized deal (under $4M) and should be resolved over the next month. ITWO still remains in good shape here given its success in Motorola's Semiconductor division. The last time ORCL prematurely announced they had won an account was at Boeing earlier this year. And that account finally went to Commerce One.

---

**N.B.:** CREDIT SUISSE FIRST BOSTON CORPORATION may have, within the last three years, served as a manager or co-manager of a public offering of securities for or makes a primary market in issues of any or all of the companies mentioned.

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER     NDCA-ORCL 154526

Oracle Corporation

**CREDIT SUISSE** | FIRST BOSTON

---

Copyright ©1999 Credit Suisse First Boston Corporation 1999. All rights reserved

This report is provided to you solely for informational purposes and does not constitute an offer or solicitation of an offer, or any advice or recommendation, to purchase any securities or other financial instruments and may not be construed as such. This report may not be reproduced or redistributed to any other person, in whole or in part, without the prior written consent of the distributor listed below. The information set forth herein has been obtained or derived from sources believed by Credit Suisse First Boston Corporation and its affiliates ("CSFB" or "the firm") to be reliable, but CSFB does not make any representation or warranty, express or implied, as to its accuracy or completeness.

Past performance should not be taken as an indication or guarantee of future performance, and no representation or warranty, express or implied is made regarding future performance. Opinions and estimates may be changed without notice. The firm, or one or more of its partners or employees, from time to time may have long or short positions in, or buy and sell and make markets in, any of the securities discussed herein. The firm may underwrite or provide investment banking, credit and other financial services to any company or issuer of securities or financial instruments referred to herein. If CSFB makes a market in any security, there can be no assurance that CSFB will continue to do so. Additional information is available upon request.

CSFB may have issued other reports that are inconsistent with, and reach different conclusions from, the information presented herein. Those reports reflect the different assumptions, views and analytical methods of the analysts who prepared them.

This report is being distributed in the United States by CSFB, and in Canada by Credit Suisse First Boston Securities Canada, Inc. ("CSFBSC") with CSFB as mailing/delivery agent. In jurisdictions where CSFB is not registered or licensed to trade in securities, any trade will be made only in accordance with applicable securities legislation which will vary from jurisdiction to jurisdiction and may require that the trade be made in accordance with applicable exemptions from registration or licensing requirements. CSFBSC has approved the distribution of this memorandum. Any U.S. customer wishing to effect a transaction in any security should do so only by contacting a representative at Credit Suisse First Boston Corporation, Eleven Madison Avenue, New York, NY 10010 (212) 325-2000.        ORCL121599.doc

---

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER     NDCA-ORCL 154527

# Oracle Corporation

**CREDIT SUISSE | FIRST BOSTON**

## ORACLE CORPORATION
### Income Statement
(data in millions, except per share)

Column groups: Aug-98–May-99 = Fiscal Year 1999 by Quarter; Aug-99–May-00 = Fiscal Year 2000 by Quarter; Aug-00–May-01E = Fiscal Year 2001 by Quarter; 1999–2002E = Fiscal Year Ends May

| | Aug-98 | Nov-98 | Feb-99 | May-99 | Aug-99 | Nov-99 | Feb-00 | May-00 | Aug-00 | Nov-00 | Feb-01E | May-01E | 1999 | 2000 | 2001E | 2002E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Licenses and other | 582.5 | 767.4 | 825.7 | 1,512.7 | 632.2 | 902.6 | 1,071.4 | 1,840.6 | 807.2 | 1,118.2 | 1,336.2 | 2,306.0 | 3,688.4 | 4,446.8 | 5,567.7 | 6,897.2 |
| Services | 1,166.6 | 1,288.5 | 1,253.2 | 1,430.5 | 1,352.3 | 1,419.3 | 1,378.0 | 1,533.7 | 1,454.6 | 1,541.3 | 1,591.3 | 1,791.7 | 5,138.9 | 5,683.3 | 6,378.9 | 7,241.2 |
| Total revenues | $1,749.1 | $2,055.9 | $2,078.9 | $2,943.3 | 1,984.5 | 2,321.9 | 2,449.4 | 3,374.3 | 2,261.9  $10,407.5 | 2,659.5 | 2,927.5 | 4,097.7 | $8,827.3 | $10,130.1 | $11,946.6 | $14,138.4 |
| Sales and marketing | 510.1 | 591.8 | 566.8 | 953.8 | 538.4 | 631.4 | 594.7 | 852.2 | 573.0 | 640.9 | 702.6 | 983.4 | 2,622.4 | 2,616.7 | 2,899.9 | 3,360.3 |
| Cost of services | 679.3 | 779.8 | 792.0 | 813.0 | 756.8 | 753.2 | 707.3 | 725.5 | 673.9 | 695.0 | 732.0 | 824.2 | 3,064.1 | 2,942.7 | 2,925.0 | 3,258.5 |
| Research and development | 187.6 | 200.7 | 209.8 | 243.3 | 235.9 | 248.2 | 255.6 | 270.2 | 251.0 | 266.3 | 285.4 | 379.0 | 841.4 | 1,009.9 | 1,181.8 | 1,315.1 |
| General and administrative | 94.3 | 101.6 | 103.7 | 126.9 | 107.5 | 113.1 | 122.2 | 137.9 | 106.0 | 111.4 | 130.3 | 163.9 | 426.4 | 480.7 | 511.5 | 603.5 |
| Total operating expenses | $1,471.3 | $1,673.9 | $1,672.2 | $2,137.0 | 1,638.7 | 1,745.8 | 1,679.7 | 1,985.8 | 1,603.8 | 1,713.5 | 1,850.3 | 2,350.5 | $6,954.4 | $7,050.0 | $7,518.2 | $8,537.4 |
| Operating income | 277.8 | 382.1 | 406.7 | 806.3 | 345.9 | 576.1 | 769.7 | 1,388.5 | 658.0 | 946.0 | 1,077.2 | 1,747.1 | 1,872.9 | 3,080.2 | 4,428.4 | 5,601.0 |
| Other income (expense) | 22.2 | 28.7 | 37.7 | 20.7 | 18.3 | 15.5 | 7.8 | 48.4 | 118.2 | 19.9 | 45.0 | 46.0 | 109.2 | 89.9 | 229.1 | 194.0 |
| Pretax income | $300.0 | $410.7 | $444.3 | $827.0 | 364.2 | 591.5 | 777.5 | 1,436.9 | 776.2 | 965.9 | 1,122.2 | 1,793.1 | $1,982.1 | $3,170.1 | $4,657.4 | $5,795.0 |
| Taxes | 105.0 | 136.6 | 151.1 | 299.6 | 127.5 | 207.0 | 279.9 | 511.0 | 275.6 | 343.1 | 398.4 | 636.6 | 692.3 | 1,125.4 | 1,653.6 | 2,057.2 |
| Net income from operations | $195.0 | $274.1 | $293.3 | $527.4 | 236.7 | 384.5 | 497.6 | 925.9 | 500.7 | 622.8 | 723.8 | 1,156.6 | $1,289.8 | $2,044.7 | $3,003.9 | $3,737.8 |
| EPS from operations | $0.03 | $0.05 | $0.05 | $0.09 | $0.04 | $0.06 | $0.08 | $0.15 | $0.08 | $0.11 | $0.12 | $0.20 | $0.22 | $0.34 | $0.51 | $0.63 |
| Extraordinary item | | | | | | | 265.6 | | | | | | 0.0 | 265.6 | 0.0 | 0.0 |
| Net income | $195.0 | $274.1 | $293.3 | $527.4 | $236.7 | $384.5 | $763.2 | $925.9 | $500.7 | $622.8 | $723.8 | $1,156.6 | $1,289.8 | $2,310.3 | $3,003.9 | $3,737.8 |
| EPS, as reported | $0.03 | $0.05 | $0.05 | $0.09 | $0.04 | $0.06 | $0.13 | $0.15 | $0.08 | $0.11 | $0.12 | $0.20 | $0.22 | $0.39 | $0.51 | $0.63 |
| Shares outstanding | 5,935 | 5,900 | 5,982 | 5,931 | 5,965 | 6,013 | 5,996 | 6,010 | 5,933 | 5,875 | 5,890 | 5,905 | 5,937 | 5,996 | 5,901 | 5,943 |

### Margins on Revenue

| | Aug-98 | Nov-98 | Feb-99 | May-99 | Aug-99 | Nov-99 | Feb-00 | May-00 | Aug-00 | Nov-00 | Feb-01E | May-01E | 1999 | 2000 | 2001E | 2002E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| License revenue of total revenue | 33.3% | 37.3% | 39.7% | 51.4% | 31.9% | 38.9% | 43.7% | 54.5% | 35.7% | 42.0% | 45.6% | 56.3% | 41.8% | 43.9% | 46.6% | 48.8% |
| Service revenue of total revenue | 66.7% | 62.7% | 60.3% | 48.6% | 68.1% | 61.1% | 56.3% | 45.5% | 64.3% | 58.0% | 54.4% | 43.7% | 58.2% | 56.1% | 53.4% | 51.2% |
| Gross margin on services | 41.8% | 39.5% | 36.8% | 43.2% | 44.0% | 46.9% | 48.7% | 52.7% | 53.7% | 54.9% | 54.0% | 54.0% | 40.4% | 48.2% | 54.1% | 55.0% |
| Sales and marketing | 29.2% | 28.8% | 27.3% | 32.4% | 27.1% | 27.2% | 24.3% | 25.3% | 25.3% | 24.1% | 24.0% | 24.0% | 29.7% | 25.8% | 24.3% | 23.8% |
| Research and development | 10.7% | 9.8% | 10.1% | 8.3% | 11.9% | 10.7% | 10.4% | 8.0% | 11.1% | 10.0% | 9.8% | 9.3% | 9.5% | 10.0% | 9.9% | 9.3% |
| General and administrative | 5.4% | 4.9% | 5.0% | 4.3% | 5.4% | 4.9% | 5.0% | 4.1% | 4.7% | 4.2% | 4.5% | 4.0% | 4.8% | 4.7% | 4.3% | 4.3% |
| Operating income | 15.9% | 18.6% | 19.6% | 27.4% | 17.4% | 24.8% | 31.4% | 41.1% | 29.1% | 35.6% | 36.8% | 42.6% | 21.2% | 30.4% | 37.1% | 39.6% |
| Tax rate | 35.0% | 33.3% | 34.0% | 36.2% | 35.0% | 35.0% | 36.0% | 35.6% | 35.5% | 35.5% | 35.5% | 35.5% | 34.9% | 35.5% | 35.5% | 35.5% |
| Net income from operations | 11.1% | 13.3% | 14.1% | 5.1% | 11.9% | 16.6% | 20.3% | 27.4% | 22.1% | 23.4% | 24.7% | 28.2% | 14.6% | 20.2% | 25.1% | 26.4% |

### Changes Yr-to-Yr

| | Aug-98 | Nov-98 | Feb-99 | May-99 | Aug-99 | Nov-99 | Feb-00 | May-00 | Aug-00 | Nov-00 | Feb-01E | May-01E | 1999 | 2000 | 2001E | 2002E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Licenses and other revenue | 10% | 19% | 7% | 22% | 9% | 18% | 30% | 22% | 28% | 24% | 25% | 25% | 15% | 21% | 25% | 24% |
| Services revenue | 39% | 33% | 29% | 22% | 16% | 10% | 10% | 7% | 8% | 9% | 15% | 17% | 30% | 11% | 12% | 14% |
| Total revenues | 28% | 27% | 19% | 22% | 6% | 13% | 18% | 15% | 14% | 15% | 20% | 21% | 24% | 15% | 18% | 18% |
| Sales and marketing | 13% | 12% | 0% | 16% | 6% | 7% | 5% | -11% | 6% | 1% | 18% | 15% | 11% | 0% | 11% | 16% |
| Research and development | 18% | 10% | 14% | 27% | 26% | 24% | 22% | 11% | 6% | 7% | 12% | 40% | 17% | 20% | 17% | 11% |
| General and administrative | 25% | 25% | 12% | 6% | 14% | 11% | 18% | 9% | -1% | -1% | 7% | 19% | 16% | 13% | 6% | 18% |
| Operating Income | 29% | 40% | 28% | 33% | 24% | 51% | 70% | 72% | 90% | 64% | 40% | 26% | 33% | 64% | 44% | 26% |
| Net income from operations | 30% | 46% | 36% | 31% | 21% | 40% | 70% | 513% | 111% | 62% | 45% | 313% | 35% | 59% | 47% | 24% |
| EPS from operations | 33% | 50% | 36% | 31% | 21% | 38% | 69% | -100% | 113% | 66% | 48% | -100% | 36% | 57% | 49% | 24% |
| Net income | 2202% | 46% | 36% | 31% | 21% | 40% | 160% | 76% | 111% | 62% | -5% | 25% | 59% | 79% | 30% | 24% |
| EPS | 2242% | 50% | 36% | 31% | 21% | 38% | 160% | 73% | 113% | 66% | -3% | 27% | 60% | 77% | 32% | 24% |

### Balance sheet data

| | Aug-98 | Nov-98 | Feb-99 | May-99 | Aug-99 | Nov-99 | Feb-00 | May-00 | Aug-00 | Nov-00 |
|---|---|---|---|---|---|---|---|---|---|---|
| Cash (includes long-term investments | $2,498,831 | $2,060,195 | $2,490,982 | $2,812,311 | $2,721,749 | $2,133,756 | $2,767,601 | $7,761,998 | $5,062,572 | $4,356,165 |
| Deferred revenue | $956,370 | $800,214 | $817,895 | $1,007,149 | $1,089,684 | $925,141 | $1,019,556 | $1,133,482 | $1,269,585 | $1,053,809 |
| Accounts receivable days | 70 | 70 | 68 | 68 | 69 | 69 | 68 | 68 | 67 | 66 |

#### Calendar year equivalents

| | Revenue | EPS |
|---|---|---|
| 1999 | $9,328,597 | $0.24 |
| 2000 | $10,745,149 | $0.43 |
| 2001E | $12,752,379 | $0.54 |
| 2002E | NA | NA |

– 7 –

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER     NDCA-ORCL 154528

CREDIT SUISSE | FIRST BOSTON

Oracle Corporation

– 8 –

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER      NDCA-ORCL 154529

# Oracle Corporation

**CREDIT SUISSE | FIRST BOSTON**

ORACLE CORP.  12/14/00 20:59

| License Product Revenue | Aug-99 | Nov-99 | Feb-00 | May-00 | Aug-00 | Nov-00 | Feb-01E | May-01E | Aug-01E | Nov-01E | Feb-02E | May-02E | 1999 | 2000 | 2001E | 2002E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Servers | $443,255 | $650,670 | $778,045 | $1,228,327 | $584,627 | $775,443 | $914,203 | $1,400,293 | $672,321 | $891,759 | $1,051,333 | $1,610,337 | $2,646,783 | $3,100,297 | $3,674,566 | $4,225,751 |
| Tools | 50,248 | 58,683 | 66,331 | 116,266 | 31,092 | 38,479 | 46,432 | 81,386 | $32,647 | $40,403 | $48,753 | $85,456 | $293,043 | $291,528 | $197,389 | $207,258 |
| Applications | $109,143 | $167,818 | $198,830 | $447,413 | $155,526 | $279,271 | 347,953 | 782,973 | 248,842 | 432,870 | $521,929 | $1,135,310 | $651,042 | $923,204 | $1,565,722 | $2,338,951 |
| Other | $29,535 | $25,461 | $28,167 | 48,603 | 35,993 | 25,045 | 27,604 | 41,313 | 28,058.25 | 24,187.95 | 26,758.65 | $46,173 | $97,498 | $131,766 | $129,954 | $125,178 |
| Total license revenue | $632,181 | $902,632 | $1,071,373 | $1,840,609 | $807,238 | $1,118,238 | $1,336,191 | $2,305,964 | $981,868 | $1,389,220 | $1,648,774 | $2,877,276 | $3,688,366 | $4,446,795 | $5,567,631 | $6,897,137 |
| **% of total revenue** | | | | | | | | | | | | | | | | |
| Servers | 22% | 28% | 32% | 36% | 26% | 29% | 31% | 34% | 26% | 29% | 30% | 33% | 30% | 31% | 31% | 30% |
| Tools | 3% | 3% | 3% | 3% | 1% | 1% | 2% | 2% | 1% | 1% | 1% | 2% | 3% | 3% | 2% | 1% |
| Applications | 5% | 7% | 8% | 13% | 7% | 11% | 12% | 19% | 10% | 14% | 15% | 23% | 7% | 9% | 13% | 17% |
| **% of license revenue** | | | | | | | | | | | | | | | | |
| Servers | 70% | 72% | 73% | 67% | 72% | 69% | 68% | 61% | 68% | 64% | 64% | 56% | 72% | 70% | 66% | 61% |
| Tools | 8% | 7% | 6% | 6% | 4% | 3% | 3% | 4% | 3% | 3% | 3% | 3% | 8% | 7% | 4% | 3% |
| Applications | 17% | 19% | 19% | 24% | 19% | 25% | 26% | 34% | 25% | 31% | 32% | 39% | 18% | 21% | 28% | 34% |
| **Yr-Yr Growth** | | | | | | | | | | | | | | | | |
| Servers | 8% | 17% | 32% | 12% | 32% | 19% | 18% | 14% | 15% | 15% | 15% | 15% | 20% | 17% | 19% | 15% |
| Tools | 1% | (5%) | (2%) | 2% | (38%) | (34%) | (30%) | (30%) | 5% | 5% | 5% | 5% | (10%) | (1%) | (32%) | 5% |
| Applications | 11% | 31% | 35% | 61% | 42% | 66% | 75% | 75% | 60% | 55% | 50% | 45% | 16% | 42% | 70% | 49% |
| Total license revenue | 9% | 18% | 30% | 22% | 28% | 24% | 25% | 25% | 22% | 24% | 23% | 25% | 15% | 21% | 25% | 24% |
| **Yr-Yr Growth (Local Currency)** | | | | | | | | | | | | | | | | |
| Servers | 7% | | 34% | 14% | 35% | 26% | | | | | | | 20% | | | |
| Tools | 1% | | 1% | 4% | (37%) | (31%) | | | | | | | (10%) | | | |
| Applications Group | 12% | | 37% | 63% | 45% | 73% | | | | | | | 16% | | | |
| Total license revenue | 7% | | 32% | 23% | 31% | 32% | | | | | | | 15% | | | |
| **Sequential Growth** | | | | | | | | | | | | | | | | |
| Servers | (59%) | 47% | 20% | 58% | (52%) | 33% | 18% | 53% | (45%) | 33% | 18% | 53% | | | | |
| Tools | (56%) | 17% | 13% | 75% | (73%) | 24% | 21% | 75% | (72%) | 24% | 21% | 75% | | | | |
| Applications Group | (61%) | 54% | 18% | 125% | (65%) | 80% | 25% | 125% | (44%) | 74% | 21% | 118% | | | | |
| Total | (58%) | 43% | 19% | 72% | (56%) | 39% | 19% | 73% | (47%) | 41% | 19% | 75% | | | | |
| CRM license revenue | $31 | $49 | $49 | 113 | | | | | | | | | | | | |
| Procurement license revenue | | $15 | | | | | | | | | | | | | | |
| BOL – Total Sites | | 42 | | | | | | | | | | | | | | |
| BOL – Total Users | | 4000 | | | | | | | | | | | | | | |
| Y/Y – CRM license revenue | | 308% | | | | | | | | | | | | | | |
| Y/Y – Procurement license revenue | | 38% | | | | | | | | | | | | | | |
| Y/Y – Midmarket Apps license growth | | 35% | | | | | | | | | | | | | | |
| **Applications Revenue** | | | | | | | | | | | | | | | | |
| License Revenue | $109,143 | $167,819 | $198,830 | $447,413 | $155,526 | $279,271 | $347,953 | $782,973 | $248,842 | $432,870 | $521,929 | $1,135,310 | $651,042 | $923,205 | $1,565,722 | $2,338,951 |
| Services | $438,850 | $459,976 | $397,538 | $472,672 | $377,523 | $497,101 | $584,327 | $704,575 | $622,139 | $793,029 | $869,143 | $1,023,291 | $1,774,554 | $1,769,036 | $2,163,526 | $3,307,602 |
| Total | $547,993 | $627,795 | $596,368 | $920,085 | $533,049 | $776,372 | $932,280 | $1,487,548 | $870,981 | $1,225,899 | $1,391,072 | $2,158,602 | $2,425,596 | $2,692,241 | $3,729,248 | $5,646,553 |
| (plug for application svcs.) | | | | | | | | | | | | | | | | |
| **% of applications revenue** | | | | | | | | | | | | | | | | |
| License Revenue | 19.9% | 26.7% | 33.3% | 48.6% | 29.2% | 36.0% | 37.3% | 52.6% | 28.6% | 35.3% | 37.5% | 52.6% | 26.8% | 34.3% | 42.0% | 41.4% |
| Services | 80.1% | 73.3% | 66.7% | 51.4% | 70.8% | 64.0% | 62.7% | 47.4% | 71.4% | 64.7% | 62.5% | 47.4% | 73.2% | 65.7% | 58.0% | 58.6% |
| *Total Apps - % of total reven.* | *27.6%* | *27.0%* | *24.3%* | *27.3%* | *23.6%* | *29.2%* | *31.8%* | *36.3%* | *33.5%* | *39.2%* | *40.1%* | *43.6%* | *27.5%* | *26.6%* | *31.2%* | *39.9%* |
| *Apps License - % of total licen.* | *17%* | *19%* | *19%* | *24%* | *19%* | *25%* | *26%* | *34%* | *25%* | *31%* | *32%* | *39%* | *18%* | *21%* | *28%* | *34%* |
| **Apps. Yr-Yr Growth** | | | | | | | | | | | | | | | | |
| License Revenue | 11% | 31% | 35% | 61% | 42% | 66% | 75% | 75% | 128% | 158% | 163% | 154% | 16% | 42% | 70% | 49% |
| Services | 11% | 2% | (10%) | (3%) | (14%) | 8% | 47% | 49% | 42% | 72% | 119% | 116% | 39% | 0% | 22% | 53% |
| Total | 11% | 9% | 2% | 20% | (3%) | 24% | 56% | 62% | 59% | 95% | 133% | 135% | 32% | 11% | 39% | 51% |
| **Sequential** | | | | | | | | | | | | | | | | |
| License Revenue | (61%) | 54% | 18% | 125% | (65%) | 80% | 25% | 125% | (44%) | 74% | 21% | 118% | | | | |
| Services | (10%) | 5% | (14%) | 19% | (20%) | 32% | 18% | 21% | 32% | 27% | 10% | 18% | | | | |
| Total | (28%) | 15% | (5%) | 54% | (42%) | 46% | 20% | 60% | (5%) | 41% | 13% | 55% | | | | |

– 9 –

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER     NDCA-ORCL 154530

CREDIT SUISSE | FIRST BOSTON

Oracle Corporation

– 10 –

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER      NDCA-ORCL 154531