## oracle jeff henley

**From:** Safra A. Catz [Safra.Catz@oracle.com]
**Sent:** Tuesday, February 27, 2001 6:32 PM
**To:** Jeff Henley
**Subject:** Re: [Fwd: Morgan Stanley's Coverage of Apps World]

I agree with you.

Jeff Henley wrote:

> As we discussed today I think Chuck could be very helpful with product
> direction since he's more externally oriented and wouldn't have all the
> inward, not invented thinking that we many times have. He could help to
> get us into hot new markets quicker.
>
> Another important thing I didn't mention is as a salesman much like I
> and others do. He has tremendous stature with clients and so I think
> would be terrific a CVC visits, etc. More and more people listen to him
> as much or more than they do industry analysts like Gartner, etc After
> a couple of years he probably would lose some of the value and be seen
> as too long at Oracle (but maybe not). We don't have enough high level
> execs that can pitch to customers so Chuck would help fill a real
> gap--we're really thin which is why I spend too much of my life
> traveling these days and attending CVC visits.
>
> ----------------------------------------------------------
>
> Subject: Morgan Stanley's Coverage of Apps World
> Date: Tue, 27 Feb 2001 17:27:37 -0800
> From: Stephanie Aas <stephanie.aas@oracle.com>
> Organization: Oracle Corporation
>
> Great coverage from Chuck Phillips on Apps World. See full report below
> and attached.
>
> Stephanie Aas
>
> MORGAN STANLEY DEAN WITTER
> Charles E. Phillips
> +1 (1)212 761 4450
> Charles.Phillips@msdw.com
>
> -Pipeline in Tact
> After meetings with dozens of integrators, Oracle partners,
> and Oracle sales and finance executives, we walked away
> thinking business still sounds pretty solid.
>
> -The Margin Story Continues...
> Despite the major margin swing over the last year,
> the company thinks there's more left this year and
> into next year.
>
> -Applications Business Gaining Traction
> Oracle's eBusiness Suite now has 180 customers live,
> 2,500 implementations underway and 11,000 total
> applications customers.
>
> Oracle Apps World Feedback
>
> Summary and Investment Conclusion

**ORACLE CONFIDENTIAL**

1

NDCA-ORCL 092885

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

> We dropped in on the Big Easy to check out the Oracle Applications user
> conference this past week. After meetings with dozens of integrators,
> Oracle partners, and Oracle sales and finance executives, we walked
> away thinking business still sounds pretty solid. Despite the carnage
> in many technology bellwethers, Oracle's pipeline of deals continues to
> grow nicely from what we can tell and the close rate sounded a bit
> better than we anticipated. Recognizing the back end skew to every
> quarter, we expected to hear more hedging on the quarter until things
> closed.
>
> By all accounts Oracle did a good job using the conference as a
> catalyst for prospects to make decisions. Oracle has never held its
> own user conference for the applications products. Instead, Oracle
> applications users formed an independent organization, which conducts
> two conferences a year. We've attended these conferences for years and
> they've been strictly how-to and fix-it sessions for current
> application administrators with no keynote speakers or big picture
> sessions on industry trends.
>
> In contrast, most application companies orchestrate elaborate user
> events which are 75% marketing (long term product direction, emerging
> themes, and new product announcements) and 25% how-to sessions. The
> idea is to paint the vision for existing users to keep them in the fold
> and allow them to plan ahead of architectural shifts. As importantly,
> prospects can take in the full breadth of the application community
> they are considering joining and see where the product line is headed
> over the long term.
>
> In the database business, Oracle conducts the first half of the user
> meeting and provides the vision, industry trends, and product
> announcements and the user group does the second half of the meeting
> with the detailed administrative content. Oracle couldn't work out a
> similar arrangement with the independent applications user group and
> decided to hold its own event.
>
> So despite the independent user meeting three months ago, Oracle's
> event drew 11,000 people with key note speakers like the 42nd President
> of the United States Bill Clinton, CEO of Cisco John Chambers, and
> senior executives from Compaq, KPMG, and Hewlett Packard. Hearing John
> Chambers on stage championing server consolidation was a new twist but
> as we thought of it, more centralized servers being accessed by a wide
> range of constituents over a network is probably as good for Cisco as
> it is for Oracle.
>
> In the early days for an application company, early adopter customers
> get together to try to figure out how to make the product work, whether
> they bought a lemon, or to collectively influence the direction of the
> product. Once the application companies reach critical mass and can
> attract the right speakers and attendees, they begin migrating toward a
> more star-filled event to attract prospects and a higher level
> executive than would come out for a how-to session. The companies
> control the themes and agenda at their own conferences and can
> reinforce messages the salesforce has been delivering to prospects.
> Sales reps have great close rates on prospects they can get to the
> conference. Some customers buy ahead of the conference to get the full
> benefit of the how to sessions prior to implementation.
>
> The timing of major user conferences is also a key tactical decision
> within the quarter and within the year. From our view, it looks like
> Oracle made a good call putting the conference near the end of Q3.
> There's always a risk of putting a major conference near the end of a
> quarter because it might distract the salesforce or cause customers to
> delay purchases. Some companies have figured out how to turn these
> conferences into major sales events and accelerate business via the

2

**ORACLE CONFIDENTIAL**

NDCA-ORCL 092886

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

> conference - but it requires a well thought out plan and organization.
>
> Oracle Applications Release 11i Status Summary
> Management provided an update of the key performance metrics for 11i:
> -180 customers live on Oracle applications 11i
> -2500 implementations underway on 11i
> -11,000 total Oracle application customers - all releases
> cumulative
> -69% worldwide applications growth in first half FY01
> -96% EMEA applications growth in first half FY01
> -2,500+ implementations underway
> -Version 11i release 3 shipped in January
> -45% of the products that make up Oracle Applications 11i is
> comprised of new modules
>
> Customer Feedback
> -British Telecom - using Oracle ERP apps, Siebel CRM, and
> PeopleSoft HR.  Considering using more Oracle.
> -Compaq - going global with Oracle CRM (SFA, contact centers, and
> marketing automation) connecting to SAP ERP on the backend.  Live with
> Oracle iProcurement in December with 3,800 line items.
> -Hewlett Packard - in production on Oracle CRM against SAP backend.
> -Citigroup - Oracle exchange for a portal for their customers;
> rolling out iProcurement.
> -UPS - order management live; early adopter helping define the
> direction of the product.
> -Boeing - iProcurement live globally.
> -APAC - general ledger live.
> -GE Aircraft - advanced planning and scheduling live; connecting to
> a non-Oracle backend; standalone win over major supply chain vendors.
> -Bellsouth - biggest CRM customer; live on financials; looking at
> advanced scheduling
> -JDS Uniphase - licensed full suite and live on ERP.
> -Xilinx - moving from 10.7 to 11i financials, order management, and
> advanced planning.
>
> Consultant and Integrators Feedback
> -Pricewaterhousecoopers - Oracle practice remains strong; mostly
> ERP and some early supply chain deals; little CRM to date.
> -KPMG - total scm and erp pipeline up 2x from last year; lots of
> activity; hasn't seen economic impact in his backlog or pipeline;
> hadn't done anything in CRM.
> -Answerthink - business is good; mostly Oracle ERP but one CRM
> implementation underway.
> -Mercury Technology - seeing a slowdown; deferral or cancellations
> of projects.  One customer holding off on upgrade because of economic
> slowdown.  Seeing lots of cheap used hardware from dot coms hit the
> market and bring down hardware prices.
> -Deloitte & Touche - no change in activity on high end of the
> market where they operate; projects moving forward.
>
> Momentum by Product Segment
> -Core ERP (primarily financials) - doing well but partially from easy
> comparisons and post Y2K buying.
> -Supply Chain - gaining significant momentum and stacks us surprisingly
> well against best of breed SCM vendors.  Many stand alone supply chains
> wins in addition to bundled ERP-SCM deals.
> -CRM - still needs one more release to be ready for prime time but that
> updated release is on tap for the April-May timeframe.
>
> Oracle's Internal Implementation Go Live Dates
> Oracle's use of its own products has been a critical element of the
> applications marketing plan.  Oracle regularly ties its eye-popping
> margin improvement over the last ten quarters directly to the company's

3

**ORACLE CONFIDENTIAL**

NDCA-ORCL 092887

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

```
> use of its own applications.  The simple message is to the customer is "
> wouldn't you like to help your company deliver this kind of margin
> improvement with Oracle technology?"
>
> By migrating to a centralized server model with thin clients, Oracle
> has reduced the number of regional data centers to one from three and
> consolidated many other applications such as human resources systems
> (from 60 country specific versions to one consolidated versions).
> Similarly, the company moved from 97 e-mail servers to one and from
> multiple implementations of customer relationship management
> applications to a single instance by this spring.
>
> By making the development managers responsible for rolling out and
> supporting Oracle applications internally, Oracle is paying more
> attentions to upgrade and migration tools than ever before which should
> benefit the broader customer base.  The company had some upgrade script
> bugs in earlier releases but from what we hear the stability of the code
> has improved significantly and upgrade process is getting easier. The
> remaining rollout schedule for Oracle applications within Oracle is as
> follows:
> -11i Marketing Online - Oct 2000
> -11i Sales Compensation - Oct 2000
> -11i Contracts - Nov 2000
> -11i Sales Online - Jan 2001
> -11i Financials - Jan 2001
> -11i Telesales - Jan 2001
> -11i iStore - Spring 2001
> -11i iSupport - Spring 2001(not out yet)
>
> Vertical Application Strategy - Stepping Back
> Notably absent from the conference was any discussion of vertical
> application efforts.  Oracle had bought an energy product for upstream
> and had been working on a telecom-billing product.  Management stated
> they are getting out of the energy application business in response to a
> question asked by one of the attendees in the audience.  The company
> believes there is a larger market in dominating horizontal enterprise
> applications that diverting resources to smaller markets.
>
> Application Server Momentum
> Oracle's new application server sounded as if it's off to a solid
> start.  Oracle includes application server sales in the database
> numbers and we estimate that application servers represented 5% of
> reported database sales last quarter.
>
> Based on the momentum in the market for Oracle Application Server 9i,
> mostly as a database-caching platform, we expect the product to
> represent 6-9% of database sales for the third quarter.
>
> Therefore, the strength in application servers may offset the tough
> comparison in the database business.  Database revenue increased 32% in
> the year ago quarter which included an estimated 10% contribution from
> dot com customers.
>
> Consulting and Services
> Consulting services remains a drag on total services and total revenue.
> The company has shifted more projects to third parties and also
> implemented fast implementation methodologies to reduce consulting
> dollars per license sale.  The strategic shift away from consulting has
> helped margins and improved important relationships with systems
> integrators.
>
> Consulting is at an inflection point and should start to turn more
> positive. Consulting had declined year to year for five consecutive
> quarters. There is some chance it turns positive this quarter, as the
```

4

ORACLE
CONFIDENTIAL

NDCA-ORCL 092888

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

```
> negative comparisons have been shrinking in size. Consulting should
> still be down sequentially because of the holiday season as is customary
> for this business.
>
> Margin Outlook
> Management was upbeat about margin prospects in the analyst session.
> Despite the major margin swing over the last year, the company thinks
> there's more left this year and into next year. We can see the path to
> 40% operating margins by next year but would expect things to start to
> level off after that.
>
> Currency
> Currency should swing positive this quarter compared to a year ago when
> it was a negative. We estimate it could add 2 percentage points of
> growth to the quarter.
>
> _____
>                  Name: orcl022701.pdf
>    orcl022701.pdf    Type: Acrobat (application/pdf)
>              Encoding: base64
>        Download Status: Not downloaded with message
>
> Stephanie Aas <stephanie.aas@oracle.com>
> Senior Director
> Oracle
> Investor Relations
>
> Stephanie Aas
> Senior Director    <stephanie.aas@oracle.com>
> Oracle
> Investor Relations
>          Fax: 650-633-1269
>          Work: 650-506-3648
> Additional Information:
> Last Name  Aas
> First Name  Stephanie
> Version   2.1
```

5

ORACLE
CONFIDENTIAL

NDCA-ORCL 092889

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER