*MORGAN STANLEY DEAN WITTER*

**Comment**  Page 1

**Equity Research**
North America

United States of America

Technology: Enterprise Software

# Oracle

Reuters: ORCL.O  Bloomberg: ORCL  NASDAQ: ORCL

Charles E. Phillips
+1 (1)212 761 4450
Charles.Phillips@msdw.com

**Company Update**                                            February 9, 2001

## *Getting Through Q3 in Good Shape*

| STRONG BUY | |
|---|---|
| Price (February 8, 2001): | $27.13 |
| Price Target: | $62.50 |
| 52-Week Range: | $46.47 - 21.50 |

- **Applications Momentum Continues**
  Oracle got the message right - companies are responding to and intrigued by the one stop shopping and pre-integrated application suite.

- **Dot Com Candy**
  The impact from dot coms is primarily a database comparison issue. Startups tended to be long on core database technology but didn't get around to buying enterprise applications.

- **Database Oscillation**
  Database license growth fluctuates in a wide range throughout the year, even in good years. If it wasn't dot coms it would be something else.

Price: Abs. and Rel. To Market & Industry



Data Source: FactSet Research Systems Inc.

**Company Description**
Oracle is the world's leading supplier of software for information management, and the second-largest software company. Oracle's products include the Oracle8 database, and an integrated family of horizontal application products.

| FY ending May 31: | 2000A | 2001E | 2002E | 2003E |
|---|---|---|---|---|
| EPS ($) | 0.33 | 0.51 | 0.60 | – |
| P/E | 82.2 | 53.2 | 45.2 | – |

| | | Q'trly EPS | 2000A actual | 2001E curr | 2001E prior | 2002E curr | 2002E prior |
|---|---|---|---|---|---|---|---|
| Market Cap ($ m) | 159,359 | Q1 | 0.04 | 0.08A | – | 0.09 | – |
| L-T EPS Grth ('yy - 'yy) (%) | 20.0 | Q2 | 0.06 | 0.11A | – | 0.13 | – |
| Shares Outstanding (m) | 5,875.0 | Q3 | 0.08 | 0.12E | – | 0.14 | – |
| | | Q4 | 0.15 | 0.20E | – | 0.24 | – |

*E = Morgan Stanley Dean Witter Research Estimate*

ORACLE
CONFIDENTIAL

NDCA-ORCL 101611

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

# Getting Through Q3 in Good Shape

### Applications Momentum Continues

Oracle 11i continues to gain momentum despite the weakening macro environment. Oracle got the message right -- companies are responding to and intrigued by the one stop shopping and pre-integrated application suite. The need to reduce complexity and accommodate change more easily argues for a unified application suite. A number of early wins such as JDS Uniphase, GE Aircraft Engines, ACT Manufacturing, Rockford Inc, UPS, and Bellsouth are starting to go live with the product. A few like JDS Uniphase have purchased the entire suite. Millipore, Hitachi, and Cummings Engine are rolling out the advanced planning and scheduling projects. The references are building but not without a lot of work. The growing pains of a new code base are evident in early bug counts and stability issues but the company seems to be working through these issues as expected.

The quarter started off well on the applications side with the large Covisint deal already booked (around $60 million). ERP is doing the best, as we expected, given the rebound in that market while supply chain is receiving surprising initial interest. CRM is still bumping along but hasn't broken out yet from what we can tell – people are still demanding more features, better performance, and richer support for disconnected clients.

Oracle is rolling out 11i for internal use to become its own showcase account. The company has gone live on 11i Financials, Sales Online, iStore, and Telesales. Other modules are being rolled out globally throughout the year. The benefits have been real. A good example is the sales compensation module which is supporting 10% more sales reps and 30% more transactions, as compared with last year, with 20% less headcount.

Integrators are also taking to the Oracle application suite because it's an executive level sale. Consolidating the business around a consistent technology platform takes executive authority and the mandate for business units to march toward a common technology architecture. That sounds a bit like re-engineering which is what the integrators want to do anyway. Accenture, KPMG, and AnswerThink seem particularly focused on Oracle Applications and see the path to bigger deal sizes if more functional areas are pulled into the deal.

We remain comfortable with our estimate of $330 million which represents 66% year to year growth and sequential increase of $51 million in a gloomy macro environment for technology.

### Dot Com Candy

Oracle took some of the dot com candy like everyone else during the venture capital sponsored spending spree of CQ1 2000. The impact from dot com's is primarily a database comparison issue for Oracle since these startups tended to be long on core database technology but didn't get around to buying enterprise applications.

Consequently, the database license comparison is even tougher than it looks since a segment of the buyers that drove last year's number are no longer around. Oracle had about 30 sizeable dot com customers last year that are no longer around. The company protected itself on receivables by demanding cash up front in most cases but we think between 10-12% of the database license revenue last year came from dot coms.

### Lowering License Revenue a Tad; EPS Unchanged

The dot com comparison problem should translate to a temporary dip in database license growth. We're estimating database licenses could grow in the 10-13% range compared to 32% last year and 19% last quarter.

Database license growth fluctuates in a wide range throughout the year even in good years. If it wasn't dot com's it would be something else. We expect Q4 database license revenue to rebound given the relatively easy comparisons and the dot com comparisons will have moved through the system by then. Moreover, excluding the dot com impact – an unusual phenomenon unlikely to be repeated anytime soon – database license revenue from remaining customers will still be up 17-22% in our estimation.

**ORACLE CONFIDENTIAL**

*Oracle - February 09, 2001*

**NDCA-ORCL 101612**

**CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER**

Database revenue should start to benefit from Oracle9i by 1Q02 with perhaps a small benefit in 4Q01 as early adopters take an early peak at the product. 3Q01 should be an OK quarter for Oracle – in a period when most technology companies aren't having OK quarters – followed by a better quarter in 4Q01.

Our earnings number this quarter remains unchanged at $0.12 per share. The $40 million in license revenue we took out of the quarter doesn't move the earnings needle given the 5.8 billion shares outstanding. But the reduction probably takes away any earnings upside.

In the scheme of things, its not a huge change on a $2.8 billion revenue quarter but we think it's directionally correct. Since Oracle provides more revenue detail than most companies – product line by geography and by platform – there's always intense scrutiny on each bucket.

Our total license revenue estimate is now $1.27 billion which is 18.5% year to year growth. We look for total revenue of $2.8 billion or 14.1% growth. Consulting and services should be up in the 10% range but with fewer billable hours from the holidays and a general cut back by IT departments on outside consultants, consulting revenue should decline sequentially.

### The Database Platform - Still Getting Stronger; Some Futures

The other key reason Oracle's database revenue should improve going into next fiscal year is the simple fact that it's a dominant, important product that is about to get even better. The market seems to take Oracle's database technology for granted but it's the backbone of the franchise and the company's still adding innovative features to evolve the platform. We recently received a detailed look at Oracle 9i and the richness of new features has been undermarketed. But the techies will discover them in due time via improved performance, an easier user interface, and a more scalable product.

Oracle does rolling re-writes of parts of the database to look for more performance and efficiency. In recent years the company rewrote the SQL processor, several interfaces, and the distributed lock manager to create more simple code paths and increase reliability. In addition, Oracle has functional teams (e.g. high availability team) working across all database products to emphasize important key dimensions of database performance that need focus and specialization.

The applications business also drives new features, since the applications team is always looking for ways to make their code more efficient by getting more out of the database. Unlike most application companies, Oracle isn't afraid to use all the power and proprietary features of the database since it has no intentions of supporting other databases.

### The big differentiators in the 9i release include

- Real application clusters: an ability to run the database over a cluster of servers without changing the underlying application code. Oracle has marketed Oracle Parallel Server (OPS) for years but it never got much traction because it required complex changes to the underlying application to parallelize the logic across clusters. They've figured out a way to eliminate that step and do it automatically at run time without the developers getting involved. Any feature that requires application code changes will be relegated to single digit penetration rates. The new cluster technology is now ready for mass adoption. Additionally, OPS worked well in read only environments but not in read/write environments. The new clustering technology can be used in OLTP environments with lots of write operations.

- The other big improvement is manageability. From the easy stuff like improved visual interfaces to the core plumbing – automated recovery, logging, memory allocation, and redo log setup – Oracle has focused on making life easier for the Database Administrators (DBA). Ease of use wasn't a high priority historically given the technical user base that didn't care much about ease of use. But with the shortage of trained talent, its has become more critical to make DBA's more productive. Moreover, ease of use was an area Microsoft focused on and raised the bar.

Oracle is holding its position in the on-going debate between shared everything (disk and memory) and shared nothing architectures (IBM and Microsoft approach). While the latter database architecture produces impressive benchmarks, there are real world stumbling blocks that reduce performance significantly. The need to partition data and memory manually and re-partition both as the data changes is a management overhead. Most companies don't have the bandwidth in database administrators to support such a labor-intensive process. Despite several high profile

*Oracle - February 09, 2001*

ORACLE
CONFIDENTIAL

NDCA-ORCL 101613

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

articles in the trade journals on shared vs. non shared disk/memory, this isn't the stuff of cocktail conversation (well maybe in some homes in the Valley) and customers don't seem to be worked up about it as long as their Oracle database is performing as it is.

The company is already working on release 10i of the database and mapping out a direction with input from the applications group, universities, customers, and a variety of other sources.

Storage area networks (SAN) is still an evolving area for Oracle since the storage vendors and Oracle are still trying to work out who does what. Oracle just wants an API from the storage vendors and wants to handle all the management and reliability of data from there. The storage vendors of course are all frustrated software companies underneath all that hardware. They want to take on higher order functions of management but they can't do anything without Oracle, who owns most of the data. Judging from past cycles, proprietary software from each device maker, no matter how good, doesn't solve the problem the customer has which is managing multiple devices from a single console. And Oracle doesn't want vastly different interface methods between different SAN devices because that translates to increased support costs. They'll work it out over time but an agreement here is a necessary milestone in the development of the SAN market and the storage folks know that.

Other future areas of enhancement include the data warehousing product line. It's always been a bit perplexing as to why Oracle doesn't dominate data warehousing the way it should given its strong position in the database market. The product line has never received the focus it should have over the years but is now being folded into the tools group which we think is a good move. Database guys like building database features – not loading, extracting, and query tools to complete the warehouse. The tools group under a long time senior Oracle executive should provide more focus on the total warehouse solution. We don't expect any real change this year but we could see a renewed warehouse push next year for Oracle. Given all the focus on customer and business analytics, Oracle has a ready market if it shows up with a stronger product. Most of the analytical tools in use are running against fact tables stored in Oracle.

The last area of futures is the holy grail of mainframe applications. Oracle hasn't spent much time trying to get customers to move major, mission critical systems off the mainframe. That made sense for most of the past 20 years since the product couldn't have handled mainframe class applications. But that's no longer the stumbling block, getting customers to re-write applications is the stumbling block. It's a tough sell but there are always some percentage of mainframe customers looking to get off that platform. A focused practice to help nudge those customers forward and provide the necessary conversion services could be a fruitful effort. These applications are so large and strategic, Oracle wouldn't need many of them to make a measurable difference in revenue. Some customers have made the leap on their own but if Oracle could price the conversion at the cost of the next mainframe hardware upgrade, they'd have a compelling ROI case. A good 50% of corporate data is still on the mainframe and Oracle has to find a way to get it.

### Can Oracle Play in the Application Server Market? It Must...

This is an important question for Oracle. The application server is so complementary to database servers and strategic to next generation computing architectures, it would be a dangerous thing for Oracle to miss this market. Application servers are surrounding the database and playing the intermediary between the database and the rest of the enterprise. These products are also making communication between the database and its constituents (users and applications) much more efficient which theoretically reduces the size of the machine needed, given database needs to perform.

Under the new pricing model of course, the bigger the box the better for Oracle. Moreover, application servers are becoming the programming standard for leading commercial developers – the Windows API for the server. Microsoft always had the developer mindshare and it could shift to a Java application server standard over time. While that's better than Microsoft owning the API of choice for developers, it still results in someone else having influence over developers and how new application content gets created.

So where does Oracle stand at the moment? After a misfire with its first application server, Oracle is back with a new, more credible offering. Oracle unveiled Oracle 9iAS in November. The product is reportedly J2EE 1.2 compliant, runs the test suite, and is currently going through the certification process with Sun.

Oracle is unlikely to keep up with BEA on standards support since BEA is willing to extend support for standards

*Oracle - February 09, 2001*

ORACLE
CONFIDENTIAL

NDCA-ORCL 101614

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

that are evolving or not fully defined. BEA has stayed plugged into Sun as an important partner, which has allowed BEA to stay out in front of standards and make only modest changes once Sun finalizes a standard. But BEA is usually far ahead of what most customers are demanding and having J2EE 1.2 support without EJB 2.0 (still evolving) support for instance is likely to be good enough for most customers.

But can Oracle catch up after giving up a couple of years in this market to BEA and IBM? There's a plausible scenario that says Oracle can become a contender fairly quickly although market domination is unlikely. Besides the normal advantages of a large company – distribution, brand, capital, and staying power – Oracle has a pretty good trump card to play architecturally. Once again, Oracle has to shift the debate to a familiar theme – the familiar one stop shopping, no assembly required message that worked in applications applies in this area as well.

Oracle's application server is really a database cache but that's a useful function. The product can cache data and an entire Web page to serve up results faster to an HTML server. That's much different from an operating platform that provides run times services for application logic – the BEA market. So despite the bravado between the two companies lately, customers are likely to use the products for different things in most cases.

Exhibit 1
**Competitive Landscape by Product Offering**

| Company | Product | Oracle's Product |
|---|---|---|
| IBM | Database | Oracle9iDB |
| BEA | Java Server | Oracle9iAS |
| Sybase | Enterprise Portal | Oracle9iAS |
| Phone.com | Wireless | Oracle9iAS |
| Vitira, Tibco | Integration | Oracle9iAS |
| Inktomi | Web Cache | Oracle9iAS |
| Times Ten | Data Cache | Oracle9iAS |
| Verisign | Security | Oracle9iAS |
| Netscape | Directory | Oracle9iAS |
| OpenView | Systems Management | Oracle9iAS |
| Macromedia | Web Design | Oracle9iAS |
| Borland | Java Tool | Oracle9iAS |

*Source: Company data, Morgan Stanley Dean Witter Research*

*Oracle - February 09, 2001*

ORACLE
CONFIDENTIAL

NDCA-ORCL 101615

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

# *MORGAN STANLEY DEAN WITTER*

The information and opinions in this report were prepared by Morgan Stanley & Co. Incorporated ("Morgan Stanley Dean Witter"). Morgan Stanley Dean Witter does not undertake to advise you of changes in its opinion or information. Morgan Stanley Dean Witter and others associated with it may make markets or specialize in, have positions in and effect transactions in securities of companies mentioned and may also perform or seek to perform investment banking services for those companies. This memorandum is based on information available to the public. No representation is made that it is accurate or complete. This memorandum is not an offer to buy or sell or a solicitation of an offer to buy or sell the securities mentioned.

Morgan Stanley & Co. Incorporated, Dean Witter Reynolds Inc. and/or their affiliates make a market in the securities of Oracle.

Morgan Stanley & Co. Incorporated, Dean Witter Reynolds Inc. and/or their affiliates or their employees have or may have a long or short position or holding in the securities, options on securities, or other related investments of issuers mentioned herein.

The investments discussed or recommended in this report may not be suitable for all investors. Investors must make their own investment decisions based on their specific investment objectives and financial position and using such independent advisors as they believe necessary. Where an investment is denominated in a currency other than the investor's currency, changes in rates of exchange may have an adverse effect on the value, price of, or income derived from the investment. Past performance is not necessarily a guide to future performance. Income from investments may fluctuate. The price or value of the investments to which this report relates, either directly or indirectly, may fall or rise against the interest of investors.

To our readers in the United Kingdom: This publication has been issued by Morgan Stanley Dean Witter and approved by Morgan Stanley & Co. International Limited, regulated by the Securities and Futures Authority Limited. Morgan Stanley & Co. International Limited and/or its affiliates may be providing or may have provided significant advice or investment services, including investment banking services, for any company mentioned in this report. Private investors should obtain the advice of their Morgan Stanley & Co. International Limited representative about the investments concerned.

This publication is disseminated in Japan by Morgan Stanley Dean Witter Japan Limited and in Singapore by Morgan Stanley Dean Witter Asia (Singapore) Pte.

To our readers in the United States: While Morgan Stanley Dean Witter has prepared this report, Morgan Stanley & Co. Incorporated and Dean Witter Reynolds Inc. are distributing the report in the US and accept responsibility for it contents. Any person receiving this report and wishing to effect transactions in any security discussed herein should do so only with a representative of Morgan Stanley & Co. Incorporated or Dean Witter Reynolds Inc.

To our readers in Spain: AB Asesores Morgan Stanley Dean Witter, SV, SA, a Morgan Stanley Dean Witter group company, supervised by the Spanish Securities Markets Commission (CNMV), hereby states that this document has been written and distributed in accordance with the rules of conduct applicable to financial research as established under Spanish regulations.

To our readers in Australia: This publication has been issued by Morgan Stanley Dean Witter but is being distributed in Australia by Morgan Stanley Dean Witter Australia Limited A.C.N. 003 734 576, a licensed dealer, which accepts responsibility for its contents. Any person receiving this report and wishing to effect transactions in any security discussed in it may wish to do so with an authorized representative of Morgan Stanley Dean Witter Australia Limited.

To our readers in Canada: This publication has been prepared by Morgan Stanley Dean Witter and is being made available in certain provinces of Canada by Morgan Stanley Canada Limited. Morgan Stanley Canada Limited has approved of, and has agreed to take responsibility for, the contents of this information in Canada.

**Additional information on recommended securities is available on request.**

© **Copyright 2001 Morgan Stanley Dean Witter & Co.**

*Oracle - February 09, 2001*

**ORACLE CONFIDENTIAL**

NDCA-ORCL 101616

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER