**Certified Copy**

```
 1          IN THE UNITED STATES DISTRICT COURT

 2           NORTHERN DISTRICT OF CALIFORNIA

 3                    --oOo--

 4   In re ORACLE CORPORATION

 5   SECURITIES LITIGATION

 6                             Master File No.

 7   This Document Relates To:    C-01-0988-MJJ

 8        ALL ACTIONS.

 9   _____/

10

11                  ---oOo---

12           CONFIDENTIAL VIDEOTAPED

13      30(b)(6) DEPOSITION OF MARK JARVIS

14           Tuesday, May 30, 2006

15                  ---oOo---

16        SHEILA CHASE & ASSOCIATES

             REPORTING FOR:

17

          LiveNote World Service

18        221 Main Street, Suite 1250

       San Francisco, California  94105

19         Phone:  (415) 321-2300

           Fax:  (415) 321-2301

20

21

22

23   Reported by:

24   COLLEEN M. REDAMONTI

25   CSR No. 7012
```

Jarvis, Mark
**CONFIDENTIAL**                                                5/30/2006

1    America sales dialogues that we talked about earlier.

2    Q.      Uh-huh.  Uh-huh.

3    A.      So it would allow us from -- from a marketing

4    standpoint, my interest was to see if competitors

5    changed over time, and to link that to marketing

6    programs to see how our competitors were achieving

7    sales through marketing.

8    Q.      Okay.  And did you -- did other sales groups

9    have this program?

10   A.      Um, did other sales groups have the program

11   was the question?

12   Q.      Uh-huh.

13   A.      I don't know.

14   Q.      Okay.  Did you receive the results of the

15   North American sales program?

16   A.      I remember seeing slides during a North

17   America sales dialogue --

18   Q.      Uh-huh.

19   A.      -- and spending time analyzing the data in

20   realtime in the room.  I couldn't tell you whether I

21   received follow-up data.

22   Q.      And do you recall what conclusions, if any,

23   you were able to draw from the win/loss program?

24           MR. HARRISON:  Objection.  Vague and

25   ambiguous.

```
 1          THE WITNESS:  I don't recall.

 2          MS. ANDERSON:  Okay.

 3          MR. HARRISON:  Jennie, I don't know how much

 4    longer you're going to go, but we should take a

 5    break.

 6          MS. ANDERSON:  Okay.  Let's take a break.

 7          VIDEOTAPE OPERATOR:  We are going off the

 8    record.  The time is 5:03.

 9                    (Break.)

10          VIDEOTAPE OPERATOR:  We are back on the

11    record.  The time is 5:13.

12    Q.    BY MS. ANDERSON:  Welcome back once more.

13          Um, we talked a little bit about, quote, live

14    customers.  What's your understanding of "live" as it

15    relates to a customer live on Suite 11i at Oracle?

16    A.    A live customer is one that is running

17    their -- part or some or all of their business on the

18    software.

19    Q.    Okay.  And so is a customer who's just running

20    one module considered live?

21    A.    Absolutely.

22    Q.    Okay.  Do you know -- when was the first

23    customer live on both CRM and ERP?

24    A.    I don't know.

25    Q.    Okay.  When was the first customer live on
```

1   CRM?

2   A.      I don't know.

3   Q.      Okay.

4   A.      I don't remember.

5   Q.      Okay.  Now, do you recall that in April of

6   2001, um, there being only a handful of live

7   customers on CRM?

8   A.      I don't remember.

9           MS. ANDERSON:  Okay.  We'll just . . .

10          (Plaintiff's Exhibit 18 was marked.)

11          MS. ANDERSON:  Okay.  Please take a look at

12  that.

13          For the record, this is NDCA-ORCL 062010 to

14  -011.

15  Q.      If you could just let me know when you've had

16  a chance to look at Jarvis 18.

17  A.      Okay.

18  Q.      Okay.  Um, have you seen this document before?

19  A.      The fact that I replied to it, I have to

20  assume yes.

21  Q.      Okay.  And what does it appear to be?

22  A.      It's an E-mail from myself to

23  Mark Barrenechea, informing him that we have a

24  sendmail going out shortly with a CRM update.

25  Q.      Okay.  And if you'll turn to page 2, I have a

1            REPORTER'S CERTIFICATE

2        I certify that the foregoing proceedings in the

3  within-entitled cause were reported at the time and

4  place therein named; that said proceedings were

5  reported by me, a duly Certified Shorthand Reporter

6  of the State of California, and were thereafter

7  transcribed into typewriting

8            I further certify that I am not of counsel

9  or attorney for either or any of the parties to said

10 cause of action, nor in any way interested in the

11 outcome of the cause named in said cause of action.

12            IN WITNESS WHEREOF, I have hereunto set my

13 hand this ____ day of _____, 2006.

14

15

16            COLLEEN M. REDAMONTI, CSR
             Certified Shorthand Reporter
17            Certificate No. 7012

18

19

20

21

22

23

24

25

                                                    268