```
01:40pm EST  8-Nov-00 Robertson Stephens (Upin, Eric B (415) 693-3441) ORCL
Reiterating Near-Term Cautious Outlook on the Stock Following ... (Part 2 of 3)
```

We attribute this performance to more competitive and innovative players in the space, as well as varying levels of commitment by senior management. As a result, the company has not established a deep product or customer footprint in applications. We believe Oracle s applications wins have largely been in Financials and other ERP solutions where Oracle has played for more than ten years, rather than in the newer, higher growth areas of CRM (Oracle recently began offering SalesOnline at no charge), supply chain (Oracle released Advanced Planning and Scheduling in the spring), and B2B eCommerce. Moreover, we believe the departure of Ray Lane (Oracle s former President and COO) in July has impacted the applications business given the prominent role he played in developing business and managing client relationships in this area.

Figure 3: Comparison of Application License Revenue Growth Rates of Leading Software Vendors

Source: Robertson Stephens.

4) Oracle faces significant execution risk as it launches a major new product cycle
We believe the recent release of the 11i application suite introduces significant execution risk over the next 3-4 quarters as Oracle addresses the challenges of a new product cycle, including the following:

* Train sales force and build 11i pipeline   although Oracle has an established franchise in the database market, applications represent a unique market with different products, buyers, and sales cycles   and more entrenched competitors   than in databases. The company trained its sales people on 11i over the summer after the June release, indicating that the company is still in the early stages of the sales cycle, which typically lasts 6-9 months in the software industry. In addition, the buyers of applications are different than buyers of databases (buyers of applications are business people, such as the CEO or CFO versus IT professionals who typically purchase databases) resulting in new calling efforts by the sales force. Although management maintains a high degree of confidence in its ability to deliver strong numbers in Q2:01 (ending November) and for the full fiscal year after falling short of Street expectations in Q1:01, we believe it may take several more quarters to close deals in the current pipeline.

* Develop referenceable customers   where Oracle will have to successfully implement a number of 11i customers in order to build a franchise in applications and drive sales growth moving forward. Although the company has announced a number of 11i customer wins, none of the bigger names, including BellSouth, GE, and Lucent, have gone live yet. We believe it will take several more quarters for the company to implement these customers and to use them as references to win additional business. Moreover, we believe the majority of Oracle s customers on the applications side represent ERP wins (where Oracle has been in the market for more than ten years), rather than the newer, higher growth areas of CRM, supply chain collaboration, and B2B exchanges.

* Deepen product functionality   where we believe Oracle must develop enough functionality in each application area for the benefits of an integrated suite to outweigh the advantages of best-of-breed solutions. Today, software projects are typically awarded to vendors best suited to solving specific problems resulting in stronger performance from best-of-breed players, such as Siebel, Ariba, CommerceOne, and i2. Although spending decisions have increasingly been elevated to senior management levels as software has become more strategic to the business, we believe it will take several more years before companies embrace the concept of a suite of applications   particularly in the absence of a single vendor providing robust functionality in all areas. Oracle was late to many application areas and has been playing catch up in developing solutions that can compete with leading players, in our opinion. In addition, the company has not made any significant acquisitions in the space and has signed few

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                         NDCA-ORCL 419950

strategic partnerships (its traditional partners in the database business, such as SAP, are competitors in the applications space) potentially impeding time-to-market, in our opinion.

Although Oracle articulates a powerful case for the application suite over best-of-breed solutions, we believe this vision will be difficult to achieve in the near future given the challenges of developing superior products in every applications area, staying ahead of the innovation curve, and ripping out existing systems. Moreover, while the company has used the Microsoft Office analogy to support the suite argument (like Microsoft became the standard in PC applications, Oracle will provide an end-to-end suite of business applications), we believe business software is faster to change and broader in scope (as evidenced by the many areas of applications, such as financials, sales force automation, customer marketing, maintenance and repair, procurement, and supply chain management, to name a few) than desktop applications.

5) Substantial revenue ramp over the next three quarters
We believe the company will have to accomplish a great deal over then next three quarters in order to meet current revenue targets. In our opinion, the revenue trajectory modeled for the next three quarters is substantial, particularly in light of the company s disappointing Q1:01 (ending August) numbers and the execution challenges and timing issues we raised above.

Given that Oracle s business is extremely back-end loaded, the greatest revenue ramp is from Q3:01 to Q4:01 ending May where we are projecting application license revenue of $625 million, representing 114% sequential growth, 40% year/year growth, and 47% of total application license revenue for the year. For F2001, we are projecting application license revenue of $1.32 billion representing 43% year/year growth (our estimates are low on the Street). Our estimates are low on the Street and in comparison to management s guidance of 50-100% license revenue growth for F2001, which implies license revenue of $1.38 billion to $1.85 billion. In our opinion, these figures are particularly high relative to the $156 million in application license revenue the company reported in Q1:01, which represented 12% of our F2001 application license revenue estimate.

Figure 4: Application License Revenue Projections ($ Millions)

Source: Robertson Stephens estimates and Company reports.

Therefore, even if Oracle delivers the Street s projections for the November quarter (we are looking for $248 million in application license revenue), the company still faces a big May quarter (we are looking for $625 million) and the true test of its performance in the applications space, in our opinion. Given that the fiscal fourth quarter ending May has historically accounted for 40-50% of application license revenue and one-third of total annual revenue, we believe fiscal full year results will provide the most meaningful evidence of the company s application license revenue growth and market share gains. Having said that, we will be looking to Q2:01 (ending November) and Q3:01 (ending February) for early signs of the company s ability to execute on the 11i suite roll-out and to close deals in the current sales pipeline.

Figure 5: Our F2001 Estimates v. Oracle s Targets (FY Ending May; $ Millions)

Source: Robertson Stephens estimates and Company reports.

Our Call
Although Oracle could successfully execute on its applications strategy and become a more significant player in the space longer term, we believe the company is embarking on a very aggressive revenue ramp particularly given the difficulty of transitioning growth from databases to applications, the entrenched competition, the execution challenges associated with rolling out a major new product, and the absence of Ray Lane (who had spearheaded many of the company s efforts in applications). We believe these issues and the steep

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                              NDCA-ORCL 419951

revenue ramp over the next year together represent a substantial undertaking for the company and risk to the stock if the company does not deliver on the Street s expectations moving forward. We maintain our cautious outlook on the stock.

The Company
Oracle Corporation, founded in 1977 and headquartered in Redwood Shores, California, is one of the largest and most prominent companies in the software space -- and a technology bellwether. The company provides Internet software infrastructure, including database servers, as well as business applications and services, to Global 2000 companies worldwide.
Investment Thesis
We believe Oracle offers one of the most comprehensive software solutions in the market, including databases, application development tools, ERP and B2B applications, support, consulting, education, and training. We believe Oracle represents a leading player in the software space for the following reasons: (1) the dominant player in the database software market with more than $10 billion in total F2000 revenue; (2) well-positioned to capitalize on the growth of the Internet and eBusiness given its marketshare in software infrastructure and initiatives in the applications area; (3) highly profitable business model generating 15-40% operating margins; (4) multiple legs of growth, including new products, new customers, deeper penetration of its large installed base, and expansion into broader market segments with hosted solutions.
Investment Risks
Among the risks are (1) potential fluctuations in quarterly operating results due to seasonality, delays in the sales cycle, and delays in new product releases; (2) new product development efforts and rapid pace of technological change; (3) management of rapid growth; (4) reliance on third party systems integrators to sell and implement Oracle solutions; (5) competition from providers of best-of-breed applications, databases, and development tools; and (6) successful execution on a broad-base strategy, including the company's major release of the 11i application suite.

This research report is a product of Robertson Stephens, Inc.

(a) - Robertson Stephens maintains a market in the shares of this company.
(b) - Robertson Stephens has been a managing or comanaging underwriter for or has privately placed securities of this company within the past three years.
(c) - A Robertson Stephens officer sits on the board of directors of this company.
(s) - Fleet Specialist, Inc. (Member NYSE), an affiliate of Robertson Stephens, Inc., is the specialist that makes a market in this security, and at any given time, Fleet Specialist may have an inventory position, either long or short, in this security. As a result of Fleet Specialist s function as a market maker, such specialist may be on the opposite side of orders executed on the floor of the Exchange in this security.

Additional information is available upon request.
Robertson Stephens, Inc. ( Robertson Stephens ) is an NASD member and a member of all major exchanges and SIPC.
First Call Corporation, a Thomson Financial company.
All rights reserved.  888.558.2500
]

EON

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                                          NDCA-ORCL 419952