# Banc of America Securities
## Equity Research

Montgomery Division

Bank of America.

## ORACLE CORPORATION*                                                         BUY

| February 7, 2001 | ENTERPRISE SOFTWARE | NASDAQ: ORCL |
|---|---|---|
| Bob Austrian (415) 913-5424; baustrian@bofasecurities.com | | Research Brief |
| Tom Pagel (415) 627-3817; tpagel@bofasecurities.com  Sandeep Shroff (415) 627-2845; sshroff@bofasecurities.com | | DJIA: 10947  S&P 500: 1341 |

| | | | | | |
|---|---|---|---|---|---|
| PRICE: | $27.69 | FYE 5/31 | 2000A | 2001E | 2002E |
| 12-MONTH TARGET PRICE: | $45 | EPS | | | |
| 52-WEEK RANGE: | $46-22 | Q1(AUG) | $0.04 | $0.08A | $0.11 |
| FULLY DILUTED SHARES O/S: | 5,850.0 MM | Q2(NOV) | 0.06 | 0.11A | 0.15 |
| MARKET CAPITALIZATION: | $162.0 BB | Q3(FEB) | 0.08 | 0.12 | 0.17 |
| AVG. DAILY VOL. (3 MOS.): | 52,041,123 | Q4(MAY) | 0.15 | 0.21 | 0.27 |
| SECULAR EPS GROWTH: | 30% | FISCAL YR | $0.34 | $0.52 | $0.69 |
| FY 2001E REVENUES: | $11.9 BB | P/E | 81.4 | 53.2 | 40.1 |
| MARKET CAP./REVENUES: | 1358% | P/E/G | 271% | 177% | 134% |
| 11/00 TOTAL DEBT: | $300.8 MM | CALENDAR YR | $0.43 | $0.59 | $0.76 |
| 11/00 LTD/TOTAL CAP.: | 5.8% | P/E | 64.4 | 46.9 | 36.4 |
| 11/00 ROAE: | 61.2% | P/E/G | 215% | 156% | 121% |
| 11/00 SHAREHOLDERS' EQ.: | $4,926.5 MM | | | | |
| 11/00 BOOK VALUE/SHARE: | $0.84 | | | | |
| DIVIDEND/YIELD: | NONE | | | | |

\* Banc of America Securities LLC currently maintains a market in this security.

**Highlights from BAS Tech Conference. Oracle Delivers Positive Presentation. Reiterated Guidance for Apps and Database Revenue Growth for February Quarter.**

### KEY POINTS:

♦ **Oracle delivered an upbeat presentation.** Mark Barrenechea, Oracle's Senior Vice President of CRM products, delivered a typically positive presentation at BAS' Tech conference today. He continued to espouse the benefits of Oracle's suite-based product strategy over competitors' "best of breed" approach. Oracle believes its suite-based approach will be more cost effective for customers than an integrated "best of breed" approach, because it requires less integration work.

♦ **Reiterated guidance for February quarter.** The Street continues to be concerned that economic weakness could affect large technology vendors including Oracle. Nevertheless, management repeated the guidance Oracle's CFO, Jeff Henley, delivered during the company's last earnings call in December. Management said they see no reason to revise the guidance of at least 75% year-over-year applications revenue growth and 15-20% year-over-year database growth for Oracle's F3Q (February). The company also repeated Larry Ellison's long-term operating margin target for the company of 40%.

♦ **No economic effects seen so far.** Regarding potential effects of a slowing economy, Oracle did not hedge on its outlook. Management indicated it could withstand a slowing economy because its products save costs, as

## Banc of America Securities

demonstrated by the $1 billion Oracle has saved recently through the use of its own products. In addition, its "FastForward" programs for fixed time and fixed cost deployments should be popular in periods of economic uncertainty. Finally, management was not aware of any added economic-related caution being applied by its sales force as they evaluate their pipelines.

- **11i e-Business Applications Suite making progress.** Oracle's 11i e-Business Suite continues to make progress. Version 3 is now generally available with version 4 "freezing code" this Friday and expected to be released within the next 60 days. The 11i suite now has roughly 200 live customers with 2,000 implementations underway. Oracle itself is now running at least seven application modules from the 11i suite internally, including modules for marketing, sales, sales compensation, contracts, financials, telesales, and support. Oracle believes its competitive advantages include integration, scalability, globalization, total cost of ownership, a unified data model, and the ability to manage integrated business flows.

- **11i customer counts increasing.** Oracle said the number of 11i customers continues to ramp, which is important because referenceable customers are critical to building sales momentum. As Oracle has said, large companies that have licensed the 11i e-Business Suite in one or more divisions include Bell South (with 10,000 users), Citibank, MBNA, Xerox, JDS Uniphase (which recently went live), Hewlett-Packard, Hitachi, GE Medical, GE Capital, Boeing, Veritas, Ingersoll-Rand, Humana, and others.

- **Summary: We're still optimistic long-term, but a bit cautious short-term.** At Oracle's current valuation of more than 10x CY02 revenue, we believe the stock is richly valued given market conditions. Against the backdrop of further economic slowing, we believe an extra ounce of caution may be warranted. Though management seems confident in the progress Oracle has made thus far in the quarter, we remind investors that a good amount of the quarter's business remains to be done. The next 3 weeks will tell the tale. Maintain **BUY** rating.

> *Oracle Corporation is the world's largest vendor of database software and information management services with $10.1 billion in LTM revenues. Oracle software provides solutions for client/server and Internet computing, mainframe downsizing and corporate re-engineering. Oracle products include databases, a complete suite of development tools and application products for accounting, human resources and manufacturing.*

| NOT FDIC-INSURED | May lose value |
| --- | --- |
|  | No bank guarantee |

This report is for information purposes only and is based on information available to the public from sources believed to be reliable, but no representation is made that it is accurate or complete, and no information herein should be relied upon as such. Opinions and projections found in this report reflect our opinion as of the report date and are subject to change without notice. This report is neither intended nor should be considered as an offer to sell, or solicitation or basis for any contract, for the purchase of, any security, loan or other financial product. Banc of America Securities LLC, its affiliates, Bank of America Corporation and their respective directors, officers and associates, from time to time may maintain a long or short position in, act as a market maker for, or purchase or sell a position in, securities, loans or other financial products mentioned herein, or of the entities referred to herein, or related investment securities or products. Banc of America Securities LLC or its affiliates may have acted as manager or co-manager for a public offering of securities of companies mentioned herein. Banc of America Securities LLC or its affiliates may be performing, have performed or seek to perform investment banking, advisory, banking or other services for any company mentioned herein. Certain securities in this report may not have been registered under the Securities Act of 1933 as amended (the "Securities Act") and may not be offered or sold except in a transaction pursuant to SEC Rule 144A, Regulation S or otherwise exempt from or not subject to the registration requirements of the Securities Act. Past performance of securities, loans or other financial instruments is not indicative of future performance. This report may not be circulated or reproduced without prior written permission from Banc of America Securities LLC. Banc of America Securities LLC is not responsible for typographical errors herein. Further information on any security mentioned herein may be available upon request. Banc of America Securities LLC is a subsidiary of Bank of America Corporation and is a member of NYSE, NASD and SIPC.     © Copyright 2000 Banc of America Securities LLC

2    ***Bob Austrian (415) 913-5424***

**ORACLE CORPORATION**
($ million except per-share data. Fiscal year ends May)

[Table of quarterly and annual financial data for Oracle Corporation spanning Aug-99 through calendar year estimates, with categories including Revenues by Product (Database Server License, Programming Tools, Applications License, Total Product License, Server & Tools Support Services, Application Support Services, Total Support Consulting & Ed., Other, Total Services and Other, TOTAL REVENUES), Operating Expenses (Sales & Marketing, Cost of Services, Research & Development, General & Administrative, Total operating expenses), Operating Income, Other Income (expense), Income before income taxes, Provision for income taxes %, Provision for income taxes, NET INCOME, Fully Diluted Shares Outstanding, EPS, Growth YoY %, and Common Size Analysis (% of Sales). Values are illegible in this scan.]

Source: Company reports, Banc of America Securities LLC estimates.

Banc of America Securities

Bob Austrian (415) 913-5424

BOA 01073

Banc of America Securities

---

4      *Bob Austrian (415) 913-5424*

BOA 01074