Fuller, Bret 3/4/2005

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In re ORACLE CORPORATION

SECURITIES LITIGATION

Master File No. C-01-0988-MJJ

This Document Relates To:

ALL ACTIONS.

_____/

---oOo---

DEPOSITION OF BRET FULLER

Friday, March 4, 2005

---oOo---

SHEILA CHASE & ASSOCIATES

25 Otsego Avenue

San Francisco, California 94112

Phone: (415) 333-7474

Fax: (415) 333-7412

Reported by:

LORRIE L. MARCHANT, CSR, RPR

CSR No. 10523

Fuller, Bret  3/4/2005

1  A. Correct.

2  Q. And the education, same?

3  A. Correct.

4  Q. So, from my understanding, when somebody in the

5  sales and marketing line of business was using the CRM

6  application, they were communicating with the

7  CRM servers, which were located in either Rocky Mountain

8  or Redwood Shores or Austin --

9  A. Correct.

10  Q. -- is that correct?  Okay.

11     Now, you talked about ERP servers.  What family

12  of products within 11i were accessing the ERP servers?

13  A. That would have been everything but CRM.

14  Q. Okay.  And where were those servers located

15  during the relevant time period?

16  A. I believe they were in Rocky Mountain.

17  Q. And how many servers were there?

18     MR. SCHMELTZ:  Objection.  Vague.  Were there

19  as to ERP?

20     MR. BRITTON:  Yeah.  We're talking about ERP

21  servers right now.

22     THE WITNESS:  With so what's your definition of

23  "servers"?  So --

24     MR. BRITTON:  Q. When I envision a server, I

25  remember what we have is just a -- like a computer box?

Fuller, Bret  3/4/2005

1    A.  Right.  And restate your question, please.

2    Q.  How many ERP servers did Oracle use during the

3    relevant time period?

4    A.  There was one for Japan; one for

5    Eastern Europe; one for Western Europe; one called GSI,

6    which I stated was for the Americas, Latin America, and

7    Asia.  I believe -- I believe that's where we were at

8    that time.

9    Q.  Okay.  Now, when you said GSI -- "Americas,

10   Latin America and Asia," that included the America that

11   we're in?

12   A.  The U.S., correct.

13   Q.  Okay.  Now, going back to the CRM servers, how

14   many servers did Oracle use?

15   A.  One.

16   Q.  And after Oracle merged the CRM server and the

17   GSI server, how many?

18   A.  One.

19   Q.  One.  So it combined -- combined the two?

20   A.  (Nods head.)

21   Q.  Where are the ERP servers located today?

22   A.  Today.  Today there is one.

23   Q.  Okay.

24   A.  And it's in Austin.

25   Q.  When did it go from four to one?

Fuller, Bret  3/4/2005

1   A.  So it went to one ERP server in --

2   January, 2004, is when we combined Japan with it;

3   western Europe was July, 2003; and Eastern Europe, I

4   believe, was January, 2003.  I believe.

5   Q.  So as it exists today, there's two servers; is

6   that correct?

7   A.  So -- maybe we should clarify "servers."

8   There's one database.

9   Q.  Right.

10  A.  -- with all the information.

11  Q.  Okay.

12  A.  There is actually four Sun server boxes

13  supporting the load on that one database; so -- but --

14  so when -- we were, kind of, confusing server and

15  database, but there's one -- one database with the

16  information.

17      There are four machines linked to provide

18  enough CPU --

19  Q.  Okay.

20  A.  -- power to access that one database.

21  Q.  Okay.

22  A.  So we were, kind of, meshing servers.

23  Q.  All right.

24  A.  If "server" is really a single machine, there

25  are four machines today, but there's one database.

Fuller, Bret  3/4/2005

1   Okay.

2       Q. Okay. And back during the relevant time period

3   there were five databases?

4       A. Yes. To the best of my recollection, yes.

5       Q. And how many machines? Let me -- withdrawn.

6           How many machines were used to access the

7   CRM database?

8       A. I believe there was -- in that period -- one.

9       Q. Okay. And how about the ERP -- number of

10  ERP machines?

11      A. GSI would have been two; western Europe, I

12  believe, was one; Eastern Europe was one; Japan was one.

13      Q. And the CRM database and the ERP database --

14  databases encompassed everything within 11i?

15      A. Those were all -- the -- the -- so the

16  database, yes. The 11i application was accessing those

17  databases.

18      Q. Okay. The Oasis application -- what database

19  was it accessing?

20      A. It was accessing its own database, and it ...

21      Q. And where was that database located?

22      A. One of -- so I believe that that was in

23  Rocky Mountain, but it would have been in one of those

24  three data centers.

25      Q. Now, is the Oasis -- is that an application

Deposition of BRET FULLER - 3/4/2005

CERTIFICATE OF DEPOSITION OFFICER

1  I, LORRIE L. MARCHANT, RPR, CSR NO. 10523, duly
2  authorized to administer oaths pursuant to Section
3  8211 of the California Code of Civil Procedure, hereby
4  certify that the witness in the foregoing deposition
5  was by me sworn to testify to the truth, the whole truth
6  and nothing but the truth in the within-entitled cause;
7  that said deposition was taken at the time and place
8  therein stated; that the testimony of said witness was
9  reported by me and was thereafter transcribed by me or
10 under my direction by means of computer-aided
11 transcription; that the foregoing is a full, complete
12 and true record of said testimony; and that the witness
13 was given an opportunity to read and correct said
14 deposition and to subscribe same.
15
16    I further certify that I am not of counsel or
17 attorney for either or any of the parties in the
18 foregoing deposition and caption named, nor in any way
19 interested in the outcome of the cause named in said
20 caption.
21    IN WITNESS WHEREOF, I have hereunto subscribed
22 by my hand this 16th day of March, 2005,
23
24        _____
25        LORRIE L. MARCHANT, RPR, CSR NO. 10523

SHEILA CHASE & ASSOCIATES - (415) 333-7474

1      CERTIFICATE OF WITNESS

2

3      I, the undersigned, declare under penalty of

4  perjury that I have read the foregoing transcript, and I

5  have made any corrections, additions, or deletions that

6  I was desirous of making; that the foregoing is a true

7  and correct transcript of my testimony contained

8  therein.

9

10  EXECUTED this ___31___ day of __May__,

11  20_05_, at _Redwood Shores_, _California_.
       (City)       (State)

12

13

14

15  _Bret E. Fuller_

      BRET E. FULLER

16

17

18

19

20

21

22

23

24

25

**CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT**

State of California

County of __San Mateo__ } ss.

On __May 31, 2005__ before me, __Jennifer C. Bonifacio Notary Public__,
personally appeared __Bret E. Fuller__,

☑ personally known to me
☐ proved to me on the basis of satisfactory evidence

to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

_Jennifer C. Bonifacio_
Signature of Notary Public

[Seal: JENNIFER C. BONIFACIO, Commission # 1332402, Notary Public - California, San Francisco County, My Comm. Expires Nov 29, 2005]

———————— **OPTIONAL** ————————

*Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

**Description of Attached Document**

Title or Type of Document: __Certificate of Witness__

Document Date: __March 4, 2005__      Number of Pages: __1__

Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer**

Signer's Name: _____

☐ Individual
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Attorney-in-Fact
☐ Trustee
☐ Guardian or Conservator
☐ Other: _____

Signer Is Representing: _____

RIGHT THUMBPRINT OF SIGNER
Top of thumb here

© 1999 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402 • www.nationalnotary.org    Prod. No. 5907    Reorder: Call Toll-Free 1-800-876-6827

# ERRATA

Deposition of: __Bret Fuller__

I wish to make the following changes for the following reasons:

| Page | Line | | |
|---|---|---|---|
| 23 | 6 | Change: | "Wall" to "Wohl" |
| | | Reason: | Spelling correction |
| 23 | 7 | Change: | "Wall" to "Wohl" |
| | | Reason: | Spelling Correction |
| 55 | 6 | Change: | Remove "and" between resource/planning |
| | | Reason: | Clarification |
| 90 | 11 | Change: | Replace "tape" with "backup" |
| | | Reason: | Clarification |
| 98 | 8 | Change: | Insert 'no' before "point" at beginning of line |
| | | Reason: | Correction |
| 99 | 4 | Change: | Insert 'tool' after "budgeting" |
| | | Reason: | Clarification |
| 134 | 10 | Change: | Insert 'for our' between "system" and "production" |
| | | Reason: | Clarification |
| 136 | 8 | Change: | Add 'coverage' at end of sentence |
| | | Reason: | Clarification |

Signed: __Bret Fuller__

Date: __6/1/2005__

## CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

State of California
County of _San Mateo_ } ss.

On _June 1, 2005_ before me, _Jennifer C. Bonifacio, Notary Public_
    Date                                      Name and Title of Officer (e.g., "Jane Doe, Notary Public")
personally appeared _Bret E. Fuller_ _____,
                                      Name(s) of Signer(s)

☑ personally known to me
☐ proved to me on the basis of satisfactory evidence

[Notary Seal: JENNIFER C. BONIFACIO, Commission # 1332402, Notary Public - California, San Francisco County, My Comm. Expires Nov 29, 2005]

to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

_Jennifer C. Bonifacio_
Signature of Notary Public

——————————— OPTIONAL ———————————
*Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

### Description of Attached Document

Title or Type of Document: _Errata_
Document Date: _June 1, 2005_   Number of Pages: _1_
Signer(s) Other Than Named Above: _____

### Capacity(ies) Claimed by Signer

Signer's Name: _____

☐ Individual
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Attorney-in-Fact
☐ Trustee
☐ Guardian or Conservator
☐ Other: _____

Signer Is Representing: _____

RIGHT THUMBPRINT OF SIGNER
Top of thumb here

© 1999 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402 • www.nationalnotary.org    Prod. No. 5907    Reorder: Call Toll-Free 1-800-876-6827

# ERRATA

Deposition of: _Bret Fuller_

I wish to make the following changes for the following reasons:

Page  Line

_137_  _2_  Change: _Replace "they're" with "their"_

           Reason: _Spelling correction_

___  ___  Change: _____

           Reason: _____

___  ___  Change: _____

           Reason: _____

___  ___  Change: _____

           Reason: _____

___  ___  Change: _____

           Reason: _____

___  ___  Change: _____

           Reason: _____

___  ___  Change: _____

           Reason: _____

Signed: _Bret Fuller_

Date: _6/1/2005_

**CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT**

State of California
County of __San Mateo__ } ss.

On __June 1, 2005__ before me, __Jennifer C. Bonifacio, Notary Public__
    Date                                    Name and Title of Officer (e.g., "Jane Doe, Notary Public")
personally appeared __Bret E. Fuller__,
                                                 Name(s) of Signer(s)

☑ personally known to me
☐ proved to me on the basis of satisfactory evidence

[Notary seal: JENNIFER C. BONIFACIO, Commission # 1332402, Notary Public - California, San Francisco County, My Comm. Expires Nov 29, 2005]

to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

_Jennifer C. Bonifacio_
Signature of Notary Public

———— OPTIONAL ————
*Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

**Description of Attached Document**

Title or Type of Document: __Errata__
Document Date: __June 1, 2005__    Number of Pages: __1__

Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer**

Signer's Name: _____

☐ Individual
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Attorney-in-Fact
☐ Trustee
☐ Guardian or Conservator
☐ Other: _____

Signer Is Representing: _____

RIGHT THUMBPRINT OF SIGNER
Top of thumb here

© 1999 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402 • www.nationalnotary.org    Prod. No. 5907    Reorder: Call Toll-Free 1-800-876-6827