IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In re Oracle CORPORATION )
SECURITIES LITIGATION, )
)
)  No. C-01-0988-MJJ
)
THIS DOCUMENT RELATES TO: )
ALL ACTIONS. )
)
_____ )

CERTIFIED COPY

EXHIBITS

VIDEOTAPED DEPOSITION OF ALAN GOEDDE

Los Angeles, California

Wednesday, July 11, 2007

Reported by:

SHERRYL DOBSON, CSR, RPR, CRP

CSR No. 5713

JOB No. 75268

1  expectations in the future were?

2      A    I think that, actually, it was the growth in

3  spending was declining.  The rate of growth was at a

4  lower level.

5      Q    And what macroeconomic factor or data point

6  are you referring to?

7      A    I looked at technology spending, and I looked

8  at some reports of chief information officer surveys.  I

9  looked at articles in the general press.  And the Fed

10 shortly -- or right around that time was beginning to

11 take notice of the declines in these sectors as well.

12     Q    Is there any way to empirically test your

13 proposition that Oracle's facing a major macroeconomic

14 change as of the beginning of 3Q '01?

15     MR. BRITTON:  Objection.  Vague.

16     THE WITNESS:  I think I just listed the factors

17 that I looked at.

18 BY MS. KYROUZ:

19     Q    So you looked at certain macroeconomic data,

20 and you think that shows a major macroeconomic change as

21 of the beginning of 3Q '01?

22     A    Yes, there was a change.

23     Q    Now, is it your opinion that Oracle should

24 have done something different to account for declining

25 economic conditions between 3Q '00 and 3Q '01?  Is that

92

1  your opinion?

2      A     I'm not sure I understand what you mean about

3  doing something different.

4      Q     You've contended that the forecasts that

5  Oracle gave on December 14th, 2000, was unreliable

6  because, in your opinion, they failed to adjust for the

7  negative impact of the economy.  Is that your opinion?

8      A     That's one part of it.  It was unreliable for

9  a number of factors, and that was one factor.

10     Q     Okay.  With respect to that aspect of your

11  opinion, you're saying you believe Oracle should have

12  adjusted its forecast in some way to account for what you

13  believe were certain declining economic conditions?

14     A     Yes, that's one of the factors.  They should

15  have adjusted their forecast based on a variety of

16  factors, of which the changes in the economy was one.

17     Q     And is it your view that, in order to be

18  reasonable, Oracle's forecasted EPS growth for 3Q '01

19  should have been lower than the growth rates achieved in

20  3Q '00, based on your view of what the economy had done

21  in the interim?

22     MR. BRITTON:  Objection.  Vague.

23     THE WITNESS:  It's -- my view is based on all the

24  factors, of which the economy is just one factor.

25  BY MS. KYROUZ:

1      Q     How much lower should the forecasted EPS

2   growth have been in 3Q '01 than it was in 3Q '00?

3      A     I don't know how much lower it should have

4   been.  They had forecasts.  The problem was with the

5   guidance.

6      Q     So they gave an EPS forecast, Oracle did, in

7   December 14th?

8      A     Yes.

9      Q     Okay.  And you contend that that was too high?

10     A     Yes, it was unreliable.

11     Q     Okay.  What should the EPS forecast have been

12   on December 14th, 2000?

13     A     I don't know what that EPS specifically should

14   have been, but they had a forecast; they had a field

15   forecast at that time, which probably would have been

16   better guidance than the upside adjustment forecast that

17   they -- that they had.

18     Q     So you're saying that the EPS forecast that

19   was given was not reasonable, not reliable, but you don't

20   have any opinion as to what it should have been?

21     A     Well, no.  Let me make it clear.  They

22   shouldn't have given a forecast at all.  That was Mistake

23   Number 1.  Because they didn't have a reliable

24   forecasting system in place.

25          And my opinion is that no forecast should be

94

1

2

3

4          I, the undersigned, a Certified Shorthand

5   Reporter of the State of California, do hereby

6   certify:

7          That the foregoing proceedings were taken

8   before me at the time and place herein set forth; that

9   any witnesses in the foregoing proceedings, prior to

10  testifying, were placed under oath; that a verbatim

11  record of the proceedings was made by me using machine

12  shorthand which was thereafter transcribed under my

13  direction; further, that the foregoing is an accurate

14  transcription thereof.

15         I further certify that I am neither

16  financially interested in the action nor a relative or

17  employee of any attorney of any of the parties.

18         IN WITNESS WHEREOF, I have this date

19  subscribed my name.

20

21  Dated: _____JUL 1 7 2007_____

22

23         _____

24  SHERRYL DOBSON
    CSR No. 5713

25