```
06:04am EST 21-Feb-01 Deutsche Banc Alex. Brown Inc. (J. Moore/C. Chen) ORCL
ORCL: Comments from Oracle AppsWorld Conference-Strong Buy

Moore, James A. 415-617-4269                                02/22/2001
Chen, Charles 415-617-4274
Deutsche Banc Alex. Brown Inc.
-----------------------------------------------------------------------
                ORACLE CORPORATION (ORCL) "STRONG BUY"
              Comments from Oracle AppsWorld Conference
-----------------------------------------------------------------------

Date:         02/20/2001    EPS:        2000A       2001E       2002E
Price:        23.13         1Q          0.04        0.08        0.10
52-Wk Range:  46 - 21       2Q          0.06        0.11A       0.13
Ann Dividend: 0.0           3Q          0.08        0.12        0.14
Ann Div Yld:  0.00%         4Q          0.15        0.20        0.23
Mkt Cap (mm): 135,888       FY(May)     0.34        0.51        0.59
3-Yr Growth:  25%           FY  P/EPS  68.X        45.4X       39.2X
                            CY     EPS  0.43        0.54         NE
Est. Changed No             CY   P/EPS  53.8X       42.8X        NM
-----------------------------------------------------------------------
Industry:      E-TECHNOLOGY
Shares Outstanding(Mil.):   5874.987
Return On Equity (2000) :   48.0%
-----------------------------------------------------------------------
```

HIGHLIGHTS:
- Oracle kicked off its AppsWorld conference yesterday in New Orleans. This event and a similar one held last week in Paris are Oracle's first company-hosted user conferences focused on its e-business application suite. Attendees include customers, prospects, partners and members of the financial community.

- Focus of the event is on Oracle's 11i e-business applications suite. We believe Oracle's message - 100% Internet, fully integrated over best-of-breed - is beginning to resonate in the market and should drive continued strong growth in applications revenue. Release 11i offers fully integrated ERP, supply chain, CRM and B2B collaboration functionality.

- Key customers and partners are highlighted in keynote presentations and general sessions throughout the week. They include Compaq, Cisco Systems, Hewlett-Packard, Citigroup, PricewaterhouseCoopers, Deloitte Consulting, and EMC, among others.

- Overall tone at AppsWorld is positive from speaking with Oracle representatives, partners and customers. That said, the impact of current macroeconomic weakness on Oracle's F3Q (Feb) remains somewhat of an unknown. Given end-of-quarter timing, this event could be important for conversion of the F3Q application sales pipeline with numerous prospects in attendance in New Orleans.


DETAILS:
VIEW FROM ORACLE APPSWORLD CONFERENCE
Oracle kicked off its AppsWorld conference in New Orleans with a Presidents' Day keynote speech from former President Bill Clinton. An estimated 11,000 attendees saw President Clinton's speech, although there appeared to be fewer than that number when the conference's scheduled events commenced on Tuesday. This event and a similar one held last week in Paris (6200 attendees) are Oracle's first company-hosted user conferences focused on its e-business

NDCA-ORCL 091462

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

application suite. Prior events were hosted by the independent Oracle Application User Group (OAUG). Focus of the event is on Oracle's 11i e-business applications suite. The company continues to drive home the merits of its 100% Web-enabled, fully integrated suite which include faster implementation and lower cost of ownership with functionality comparable to best-of-breed vendors. We believe Oracle's message is beginning to resonate in the market and should drive continued strong growth in applications revenue. Release 11i offers fully integrated ERP, supply chain, CRM and B2B collaboration functionality.

MANAGEMENT GUIDANCE UNCHANGED
CFO Jeff Henley gave a brief presentation to the financial community, but offered no commentary on the current quarter (company is in its quiet period) and no change to guidance. Management still expects growth in applications license revenue to accelerate in the second half of fiscal 2001 (May) above the 43% and 66% reported in the first two fiscal quarters. Additional comments from Mr. Henley's presentation were as follows:

- 180 customers are now live on 11i with 2500+ implementations in progress. 45% of 11i represents new modules added to prior release 11.

- Key 11i customers live or in implementation include Citibank, Hewlett-Packard, BellSouth, Compaq, MBNA Bank, Bank of Montreal, Xerox, JDS Uniphase, Hitachi Data Systems, GE Medical, GE Capital, GE Aircraft Engines, GE Industrial, Ingersoll-Rand, Belgacom, Boeing and Ventas.

- Current applications growth drivers include customer relationship management (CRM), B2B collaboration (supply chain, exchanges and procurement) and a rebound in ERP. Management cautioned that the strength in ERP may be a result of easy compares related to Y2K slowing in 1999.

- Other growth drivers include continued strength in mid-market sales (100% y/y growth the past two quarters), Business Online (ASP hosted service), and strong demand in international regions, notably Europe.

- Oracle's internal deployment of 11i continues with numerous "go lives" the last several months (sales, marketing, sales compensation, contracts, telesales, financials) and more planned for Spring (iStore, iSupport and Europe). Instances of ERP are down to 20 internally from 70 previously.

- The database market remains "alive and well" and should continue to provide steady long-term growth. No commentary was provided on near-term expectations.

- Application server revenue, currently 5% of total, could grow to 25% over time.

- Margin expansion opportunities should continue in coming quarters.

CUSTOMER/PARTNER HIGHLIGHTS
Oracle featured several key customers and partners in keynote and other presentations on the conference's first day.

- Compaq Computer. Compaq recently purchased the Oracle e-business suite and went live in December on iProcurement with 3000 users in North America. In 2001, Compaq plans to roll-out iProcurement to 60K employees worldwide. The company spends $5B annually on 38K indirect line items. Compaq is also reselling the 9i platform. Joint customers include Acxiom and the government of Quebec.

- Cisco Systems. Cisco CEO John Chambers emphasized productivity gains as a

NDCA-ORCL 091463

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

key benefit of Internet and e-business infrastructure. Last year, Cisco saved $1.4B using Internet applications off of an expense base of $6.5B. Oracle and Cisco are partnering on call center/CRM opportunities.

- Citibank. Citibank is currently rolling out iProcurement for internal indirect purchasing. It is also rolling out Citibank Global Xchange, an indirect marketplace for Citibank and its customers hosted on Oracle Exchange. Citibank cited integration with its internal ERP systems as one of the reasons it selected Oracle over other vendors such as Commerce One. Citibank is also developing and integrating payment technology into Oracle Exchange. Global Xchange is expected to go live in April.

- Hewlett-Packard. Hewlett-Packard implemented Oracle CRM modules for sales, inside sales, marketing, call center and sales compensation. Integration and providing a consistent customer experience were key decision factors in choosing Oracle. Currently, 1000 sales reps in North America are live with four other regions planned for roll out in May. By October 31, HP hopes to have its CRM platform largely standardized on Oracle.

- KPMG. KPMG developed an Oracle practice around consumer and industrial clients and a proprietary implementation methodology. KPMG was involved in Oracle installs at GE Industrial, GE Medical, GE Power and Honeywell.

OTHER CONFERENCE OBSERVATIONS

- A Big Five consultant sees strong demand in its Oracle practice which numbers 2500 dedicated consultants worldwide. Anecdotally, this consultant noted that 90% of current Oracle deals include a CRM component compared to 5% a year ago. Bechtel is one of several large global client projects this firm is performing for Oracle.

- The single data model, integrated suite, fast implementation and low cost of ownership were recurring themes heard from non-Oracle conference attendees on the benefits of 11i.

- A few shortfalls of the 11i suite as noted by another Big Five consultant. The first release of 11i was somewhat unstable with a large number of code patches required. 11i is now in release 3 (shipped at the end of January). Also, a trade-off of purchasing a full suite is reduced leverage in price negotiations from engaging fewer vendors than in a comparable best-of-breed bake-off.

Information herein is believed to be reliable and has been obtained from sources believed to be reliable, but its accuracy and completeness cannot be guaranteed. Opinions, estimates, and projections constitute our judgement and are subject to change without notice. This publication is provided to you for information purposes only and is not intended as an offer or solicitation for the sale of any financial instrument. Deutsche Banc Alex. Brown Inc. and its affiliates worldwide, may hold a position or act as market maker in the financial instruments of any issuer discussed herein or act as advisor or lender to such issuer. Transactions should be executed through a Deutsche Bank entity in the client's home jurisdiction unless otherwise permitted by law. Deutsche Banc Alex. Brown Inc. is a member of NYSE and NASD. Copyright 2001 Deutsche Banc Alex. Brown Inc.

Additional Information Available Upon Request

NDCA-ORCL 091464

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

Deutsche Banc Alex. Brown Inc. maintains a net primary market in the common stock of Oracle Corporation.
The following stock(s) is (are) optionable: Oracle Corporation.
One or more authors of this comment have a long position in the common shares of Oracle Corporation.
First Call Corporation, a Thomson Financial company.
All rights reserved.  888.558.2500
]

EON

NDCA-ORCL 091465

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER