*Telephone (312) 236-1600*   **William Blair & Company**   *Fax (312) 236-0801*
*Limited Liability Company*

222 West Adams Street   Chicago, Illinois 60606

For Distribution

# Oracle Corporation (ORCL)
Price: $23.88
Laura Lederman   (312) 364-8223
Internal Comments made on February 21, 2001

## Highlights of AppsWorld Conference

We want to provide an update on ORCL after spending today at the AppsWorld Conference. There will also be more information tomorrow. We spent most of the day with the Big Five trying to get their sense of what is going on in the applications business at ORCL. In addition, we attended an analyst briefing late in the day and had dinner with CFO Jeff Henley and a number of other investors.

Feedback from the Big Five was very positive. Note that the feedback only relates to ORCL's applications because the Big Five do not really have a sense of what is going on in database. Basically, they see ORCL gaining a lot of share, particularly in the enterprise resource planning (ERP) space. Today, ORCL owns almost all of the requests for proposals. The company is gaining share in manufacturing and in financials (against SAP [SAP $42.40]). As for newer applications, the Big Five gave ORCL good marks in e-procurement, saying it is gaining share, and also in the CRM space in service, e-store, and pricing (against Siebel [SEBL $53.38]). It is much harder to gain share given Siebel's 80% market share.

As for the supply chain, the reviews were mixed. The KPMG consultants seemed to like ORCL's supply chain, saying the functionality is good and that it should gain share against i2 [ITWO $34.13]. In contrast, Andersen Consulting and some of the others, including PWC, said that the company's functionality was behind. We will have to do more research on that tomorrow.

The bottom line is that the application business looks good and if management had guided to 75% growth in applications for the current quarter, we are at 65%. Our guess is that they will be able to do ORCL's number or our number. The company is back-end loaded (booking a significant amount of license revenue business in the last month of the quarter); therefore, we will have to do additional field checks. The quarter closes on February 28 (since it is a leap year, the company will lose two days). As for now, it looks like the business is strong for this quarter.

According to Mr. Henley, business looks good. He was very bullish in the sessions. We

THIS IS NOT IN ANY SENSE A SOLICITATION OR OFFER OF THE PURCHASE OR SALE OF SECURITIES. THE FACTUAL STATEMENTS HEREIN HAVE BEEN TAKEN FROM SOURCES WE BELIEVE TO BE RELIABLE, BUT SUCH STATEMENTS ARE MADE WITHOUT ANY REPRESENTATION AS TO ACCURACY OR COMPLETENESS OR OTHERWISE. OPINIONS EXPRESSED ARE OUR OWN UNLESS OTHERWISE STATED. FROM TIME TO TIME, WE MAY BUY AND SELL THE SECURITIES REFERRED TO HEREIN, MAY MAKE A MARKET THEREIN AND MAY HAVE A LONG OR SHORT POSITION THEREIN. PRICES SHOWN ARE APPROXIMATE. THIS MATERIAL HAS BEEN APPROVED FOR DISTRIBUTION IN THE UNITED KINGDOM BY WILLIAM BLAIR & COMPANY, INTERNATIONAL, LIMITED, REGULATED BY THE SECURITIES AND FUTURES AUTHORITY, LTD. Copyright 2001 by William Blair & Company, L.L.C.

WBC 0012

*Telephone (312) 236-1600*     **William Blair & Company**     *Fax (312) 236-0801*
Limited Liability Company
222 West Adams Street    Chicago, Illinois 60606

For Distribution

# Oracle Corporation (ORCL)
Price: $23.88
Laura Lederman   (312) 364-8223
Internal Comments made on February 21, 2001

## Highlights of AppsWorld Conference

want to quote a few of the things he said. In regard to applications growth, he said that, "The second half growth will be as good, or better, than the 69% growth posted in the first half." As for the economy, he commented that, "ORCL is not seeing an impact." He also stated that, "We are in spaces that are high ROI and it's not clear if we'll see much of an impact in our business due to the economy." In a related statement, he said, "The economy is a wild card, but unless there is a serious recession, we are not sure we'll see much of an impact." Clearly, his statements are bullish in regard to ORCL's current business.

In terms of what we think will happen in the software space, we agree with Mr. Henley, and common sense tells us that if the recession is long enough and deep enough, even high-ROI software companies will get hit, including ORCL. To some extent, whether or not you want to be in software group depends on your economic outlook. If you are looking for two to three quarters of negative economic growth, we could see additional pressure in the software names. If it is three quarters of negative growth, the companies might even miss numbers. If the slowdown is much slower, the companies could sail through without much of an issue. In the fifteen years LL has been in the business, there has never been this much of a wildcard factor in estimates, depending on what happens in the economy. On a long-term basis, we believe that ORCL will continue to gain share in the applications space, given the movement of the market towards suite selling.

William Blair & Company, L.L.C. maintains a market in the common shares of the company.

THIS IS NOT IN ANY SENSE A SOLICITATION OR OFFER OF THE PURCHASE OR SALE OF SECURITIES. THE FACTUAL STATEMENTS HEREIN HAVE BEEN TAKEN FROM SOURCES WE BELIEVE TO BE RELIABLE, BUT SUCH STATEMENTS ARE MADE WITHOUT ANY REPRESENTATION AS TO ACCURACY OR COMPLETENESS OR OTHERWISE. OPINIONS EXPRESSED ARE OUR OWN UNLESS OTHERWISE STATED. FROM TIME TO TIME, WE MAY BUY AND SELL THE SECURITIES REFERRED TO HEREIN, MAY MAKE A MARKET THEREIN AND MAY HAVE A LONG OR SHORT POSITION THEREIN. PRICES SHOWN ARE APPROXIMATE. THIS MATERIAL HAS BEEN APPROVED FOR DISTRIBUTION IN THE UNITED KINGDOM BY WILLIAM BLAIR & COMPANY, INTERNATIONAL, LIMITED, REGULATED BY THE SECURITIES AND FUTURES AUTHORITY, LTD. Copyright 2001 by William Blair & Company, L.L.C.

WBC 0013