*Telephone (312) 236-1600*      *William Blair & Company*     *Fax (312) 236-0801*
*Limited Liability Company*

222 West Adams Street    Chicago, Illinois 60606

For Distribution

# Oracle Corporation (ORCL)

Price: $23.00

Laura Lederman    (312) 364-8223

Internal Comments made on February 22, 2001

**Oracle AppsWorld Update**

---

For the better part of two days, we attended Oracle's AppsWorld conference. During our visit, we not only went to the formal analyst meetings, but we also spent time with representatives from the Big Five consulting firms' Oracle practices. We highlight the salient points from these meetings below.

Highlights

** The Big Five, as a whole, were quite positive on Oracle's applications. Importantly, they see strong pipelines for their Oracle practices. While it is difficult to translate "strong pipelines" into an exact applications growth number, it is an indication that Oracle's applications number should be solid this quarter (as long as business in the pipeline closes, as planned).

** According to the consultants, Oracle is gaining market share in the applications space. Oracle's gains are most visible versus SAP, particularly in the manufacturing and financial software markets. One example of Oracle's increased presence is the fact that it is now on the "short list" for most ERP deals; this compares with a year ago when SAP held this spot.

** Oracle management was positive during the formal analyst sessions (which were Web-simulcast due to regulation FD). Specifically, CFO Jeff Henley commented that since Oracle participates in high ROI software, it is not clear that it will see much impact (negative) on its business due to the weakening economy. He also said that the economy is a wildcard, but he suspects that Oracle will not be negatively affected unless there is a serious recession. It also is important to note that if Oracle management were concerned about the quarter, we believe it would have used the analyst session as an opportunity to lower estimates.

Rating
We maintain our Long-term Buy, or "2," rating on Oracle shares. That said, how the stock performs over the near term depends on two factors: the economy and Oracle's third-quarter results. Oracle said that it has not seen a slowing due to the current economic environment, but if the U.S. economy suffers a protracted recession, Oracle will not be immune. As for the quarter, management appears confident. Even so, Oracle still has business to close given

---

THIS IS NOT IN ANY SENSE A SOLICITATION OR OFFER OF THE PURCHASE OR SALE OF SECURITIES. THE FACTUAL STATEMENTS HEREIN HAVE BEEN TAKEN FROM SOURCES WE BELIEVE TO BE RELIABLE, BUT SUCH STATEMENTS ARE MADE WITHOUT ANY REPRESENTATION AS TO ACCURACY OR COMPLETENESS OR OTHERWISE. OPINIONS EXPRESSED ARE OUR OWN UNLESS OTHERWISE STATED. FROM TIME TO TIME, WE MAY BUY AND SELL THE SECURITIES REFERRED TO HEREIN, MAY MAKE A MARKET THEREIN AND MAY HAVE A LONG OR SHORT POSITION THEREIN. PRICES SHOWN ARE APPROXIMATE. THIS MATERIAL HAS BEEN APPROVED FOR DISTRIBUTION IN THE UNITED KINGDOM BY WILLIAM BLAIR & COMPANY, INTERNATIONAL, LIMITED, REGULATED BY THE SECURITIES AND FUTURES AUTHORITY, LTD.   Copyright 2001 by William Blair & Company, L.L.C.

WBC 0014

*Telephone (312) 236-1600*     **William Blair & Company**     *Fax (312) 236-0801*
*Limited Liability Company*

222 West Adams Street   Chicago, Illinois 60606

For Distribution

# Oracle Corporation (ORCL)
Price: $23.00

Laura Lederman   (312) 364-8223

Internal Comments made on February 22, 2001

## Oracle AppsWorld Update

the back-end-loaded nature of its business—it books between 50%-75% of its license revenue in the last month of the quarter (particularly in the last week). We will continue to monitor the close of Oracle's quarter.

### Details

**Release 11i Stats**
Before we delve into what the Big Five think of Oracle's new applications release, we include a few statistics concerning 11i, which were provided by company management. First, Oracle has more than 180 customers live on 11i components. In total, some 2,500 customers are implementing the new release. The first customers to come live were smaller organizations (since their implementations tend to be simpler), but now given the product has been shipping since May, some of the larger customers are starting to come live as well. In our view, speaking with the major consultants responsible for implementing and customizing the product is the best way to get a broad sense of how customers are receiving 11i. In the following section, we highlight the major consultants' experiences with the new product release.

**Sound Bytes From the Big Five**
The large software consultants are expanding their Oracle practices rapidly, partly because of the strength of Oracle's new product release, but also due to market share gains and the fact that Oracle has tried to compete less with the consulting community--although Oracle still is viewed by many of the consultants as a competitor. The software giant is generating enough applications business that the consultants can earn a great deal of money working with Oracle software.

Each of the Big Five representatives we spoke with said that it is booking larger Oracle deals containing an increasing number of 11i applications suite components. They are seeing (or expect to see) Oracle gain market share in the following areas: manufacturing, financials, e-procurement, and customer resource management (CRM).

THIS IS NOT IN ANY SENSE A SOLICITATION OR OFFER OF THE PURCHASE OR SALE OF SECURITIES. THE FACTUAL STATEMENTS HEREIN HAVE BEEN TAKEN FROM SOURCES WE BELIEVE TO BE RELIABLE, BUT SUCH STATEMENTS ARE MADE WITHOUT ANY REPRESENTATION AS TO ACCURACY OR COMPLETENESS OR OTHERWISE. OPINIONS EXPRESSED ARE OUR OWN UNLESS OTHERWISE STATED. FROM TIME TO TIME, WE MAY BUY AND SELL THE SECURITIES REFERRED TO HEREIN, MAY MAKE A MARKET THEREIN AND MAY HAVE A LONG OR SHORT POSITION THEREIN. PRICES SHOWN ARE APPROXIMATE. THIS MATERIAL HAS BEEN APPROVED FOR DISTRIBUTION IN THE UNITED KINGDOM BY WILLIAM BLAIR & COMPANY, INTERNATIONAL, LIMITED, REGULATED BY THE SECURITIES AND FUTURES AUTHORITY, LTD. Copyright 2001 by William Blair & Company, L.L.C.

WBC 0015

Telephone (312) 236-1600

*William Blair & Company*
*Limited Liability Company*

Fax (312) 236-0801

222 West Adams Street    Chicago, Illinois  60606

For Distribution

# Oracle Corporation (ORCL)
Price: $23.00

Laura Lederman   (312) 364-8223

Internal Comments made on February 22, 2001

## Oracle AppsWorld Update

---

Breaking out the CRM components, Oracle's service applications are viewed as the best on the market by one of the Big Five. The feedback also has been positive on the pricing and e-store pieces of the CRM suite.  Even Oracle's salesforce automation products finally are getting high marks from the consultants—the biggest issue it faces in that space is competing with Siebel's (SEBL $53.38) 80% market share (which could prove difficult). The only weak link in the CRM product story, from a functionality standpoint, appears to be the call center modules, which are viewed as subpar. Turning to the pipeline the Big Five see for Oracle CRM, they all commented that Oracle is winning more business because of the new release. Boding well for the future, Oracle will be putting out another point release of the CRM offering this spring, which should further enhance its competitive position.

To capitalize on the breadth of its CRM line, Oracle plans to focus on selling mini-suites where, instead of pushing the entire 11i line, it focuses just on selling the CRM component group.  This makes sense given that it is probably easier to sell a sub-suite than an entire e-business offering (especially since many customers only are interested in a specific grouping anyway).

Oracle also plans to sell the supply chain management (SCM) suite as a mini-suite. Interestingly, Oracle management believes that it will have an easier time selling its SCM against market leader i2 (IWO $34.13) than it will selling its CRM against Siebel. It believes reason that its strength in manufacturing will help it when competing with i2. To gain share, it plans to focus on getting reference accounts up and running and increasing its name recognition in the space.  Oracle is not known as a supply chain vendor, so it does not get invited to bid in most supply chain requests for proposals.

Some of the consultants commented that Oracle's task against i2 might be more difficult than the company realizes given i2's broader depth and functionality within the supply chain space.  They also pointed out that i2's salespeople have a great deal of vertical market and manufacturing domain knowledge, while the Oracle salespeople tend to be more generalists. I2 representatives can walk into an account and have instant credibility due to their backgrounds and sales prowess.  In contrast, other consultants praised Oracle's supply

THIS IS NOT IN ANY SENSE A SOLICITATION OR OFFER OF THE PURCHASE OR SALE OF SECURITIES. THE FACTUAL STATEMENTS HEREIN HAVE BEEN TAKEN FROM SOURCES WE BELIEVE TO BE RELIABLE, BUT SUCH STATEMENTS ARE MADE WITHOUT ANY REPRESENTATION AS TO ACCURACY OR COMPLETENESS OR OTHERWISE. OPINIONS EXPRESSED ARE OUR OWN UNLESS OTHERWISE STATED. FROM TIME TO TIME, WE MAY BUY AND SELL THE SECURITIES REFERRED TO HEREIN, MAY MAKE A MARKET THEREIN AND MAY HAVE A LONG OR SHORT POSITION THEREIN. PRICES SHOWN ARE APPROXIMATE. THIS MATERIAL HAS BEEN APPROVED FOR DISTRIBUTION IN THE UNITED KINGDOM BY WILLIAM BLAIR & COMPANY, INTERNATIONAL, LIMITED, REGULATED BY THE SECURITIES AND FUTURES AUTHORITY, LTD.  Copyright 2001 by William Blair & Company, L.L.C.

WBC 0016

Telephone (312) 236-1600                                                                      Fax (312) 236-0801

## William Blair & Company
*Limited Liability Company*

222 West Adams Street    Chicago, Illinois 60606

For Distribution

# Oracle Corporation (ORCL)
Price: $23.00

Laura Lederman   (312) 364-8223

Internal Comments made on February 22, 2001

## Oracle AppsWorld Update

---

chain products, saying it would give i2 a run for its money.

Given the conflicting viewpoints, we will have to dig further. Oracle management believes that we should have a sense of whether it is gaining on i2 within one year's time--we will try to access the situation on a quicker timetable.

Database Thoughts
Lately, there has been much discussion concerning the economic cyclically of Oracle's database business. We, in theory, agree with the view that database sales are more likely to be economically cyclical than Oracle's applications, for a number of reasons. First, Oracle is gaining share in applications, which helps its growth rate in the space. In contrast, it is much more dominant in the database arena, making it difficult for it to grow faster than the overall market; thus, if the database area slows, so will Oracle. A related factor is the law of large numbers; Oracle's database business is much larger than its applications revenues, making it more difficult to grow, especially in a slowing economy. Also, the database business is more mature and has higher penetration rates compared with many of the application software categories in which Oracle competes—and mature products tend to slow more in weak economic times.

Also affecting this quarter, Oracle faces a difficult comparison against the 32% database server growth reported in last year's third period. Combining the economic picture, the law of large numbers, and difficult comparisons, we have modeled Oracle's database growth at 15%, at the very low end of management's guidance for 15%-20% growth in the quarter. We do not expect database growth to be a disaster (i.e., low, single digits), given that roughly half of Oracle's database revenues are pulled through by applications sales (Oracle's and everyone else's). Applications such as CRM and ERP need to store data, thus they are typically purchased with databases. As such, even with the difficult comparison and the uncertainty of the economy, as long as industry software sales remain robust, Oracle's database growth should continue, in our view. That said, we will continue to watch database sales to see how they fare as the quarter closes.

---

THIS IS NOT IN ANY SENSE A SOLICITATION OR OFFER OF THE PURCHASE OR SALE OF SECURITIES. THE FACTUAL STATEMENTS HEREIN HAVE BEEN TAKEN FROM SOURCES WE BELIEVE TO BE RELIABLE, BUT SUCH STATEMENTS ARE MADE WITHOUT ANY REPRESENTATION AS TO ACCURACY OR COMPLETENESS OR OTHERWISE. OPINIONS EXPRESSED ARE OUR OWN UNLESS OTHERWISE STATED. FROM TIME TO TIME, WE MAY BUY AND SELL THE SECURITIES REFERRED TO HEREIN, MAY MAKE A MARKET THEREIN AND MAY HAVE A LONG OR SHORT POSITION THEREIN. PRICES SHOWN ARE APPROXIMATE. THIS MATERIAL HAS BEEN APPROVED FOR DISTRIBUTION IN THE UNITED KINGDOM BY WILLIAM BLAIR & COMPANY, INTERNATIONAL, LIMITED, REGULATED BY THE SECURITIES AND FUTURES AUTHORITY, LTD.   Copyright 2001 by William Blair & Company, L.L.C.

WBC 0017

*Telephone (312) 236-1600*    **William Blair & Company**    *Fax (312) 236-0801*
*Limited Liability Company*

222 West Adams Street    Chicago, Illinois 60606

For Distribution

# Oracle Corporation (ORCL)
Price: $23.00

Laura Lederman    (312) 364-8223

Internal Comments made on February 22, 2001

## Oracle AppsWorld Update

### The Importance of ERP Growth
Currently, Oracle's applications growth is benefiting from a resurgence in the ERP space (defined as financial, human resources, and non-supply-chain manufacturing software). PeopleSoft (PSFT $36.56) and SAP have also benefited from the sector's return to growth. ERP appears to be faring well due to easy comparisons (since little ERP was sold in the second half of 1998 through 1999 due to Y2K) and pent-up demand (due to the buying moratorium of 1998 and 1999).

The $64 million question going forward is: What type of growth will the space experience when the easy comparisons and the pent-up demand are gone? Note that we expect the market to return to more normal growth in the second half of calendar 2001. Our best guess is that the underlying market will experience a normalized growth rate of 15% or so (which assumes companies replace their existing systems every seven years).

Some of the consultants we spoke with felt that normalized ERP demand would exceed 15% since companies are upgrading their current systems more quickly than every seven years as they move to thin-client-based versions. Most of the ERP systems installed today are of the client-server variety, which places a lot of code of the client (and less on the server), making it more expensive to maintain since every time the code changes the software on each client's PC must be adjusted as well. If companies are moving to the new Internet thin-client versions, it would lead to a longer and healthier upgrade cycle than we forecast.

The reason all of this is important to Oracle is that roughly 65% of its applications revenues come from ERP sales (including financials, human resources, and non-supply-chain manufacturing). Note that Oracle's ERP business should grow in excess of market growth rates (whatever the number turns out to be) given market share gains. One must also factor in Oracle's share gains in e-procurement, CRM, and supply chain. Combining these factors, our best guess is that Oracle should be able to increase its applications about 30% in fiscal 2002, but if ERP slows more than we have in our model, it will pull down Oracle's combined growth rate.

William Blair & Company, L.L.C. maintains a market in the common shares of the company.

THIS IS NOT IN ANY SENSE A SOLICITATION OR OFFER OF THE PURCHASE OR SALE OF SECURITIES. THE FACTUAL STATEMENTS HEREIN HAVE BEEN TAKEN FROM SOURCES WE BELIEVE TO BE RELIABLE, BUT SUCH STATEMENTS ARE MADE WITHOUT ANY REPRESENTATION AS TO ACCURACY OR COMPLETENESS OR OTHERWISE. OPINIONS EXPRESSED ARE OUR OWN UNLESS OTHERWISE STATED. FROM TIME TO TIME, WE MAY BUY AND SELL THE SECURITIES REFERRED TO HEREIN, MAY MAKE A MARKET THEREIN AND MAY HAVE A LONG OR SHORT POSITION THEREIN. PRICES SHOWN ARE APPROXIMATE. THIS MATERIAL HAS BEEN APPROVED FOR DISTRIBUTION IN THE UNITED KINGDOM BY WILLIAM BLAIR & COMPANY, INTERNATIONAL LIMITED, REGULATED BY THE SECURITIES AND FUTURES AUTHORITY, LTD. Copyright 2001 by William Blair & Company, L.L.C.

WBC 0018

Telephone (312) 236-1600

*William Blair & Company*
*Limited Liability Company*
222 West Adams Street   Chicago, Illinois 60606

Fax (312) 236-0801

For Distribution

# Oracle Corporation (ORCL)
Price: $23.00
Laura Lederman   (312) 364-8223
Internal Comments made on February 22, 2001

**Oracle AppsWorld Update**

THIS IS NOT IN ANY SENSE A SOLICITATION OR OFFER OF THE PURCHASE OR SALE OF SECURITIES. THE FACTUAL STATEMENTS HEREIN HAVE BEEN TAKEN FROM SOURCES WE BELIEVE TO BE RELIABLE, BUT SUCH STATEMENTS ARE MADE WITHOUT ANY REPRESENTATION AS TO ACCURACY OR COMPLETENESS OR OTHERWISE. OPINIONS EXPRESSED ARE OUR OWN UNLESS OTHERWISE STATED. FROM TIME TO TIME, WE MAY BUY AND SELL THE SECURITIES REFERRED TO HEREIN, MAY MAKE A MARKET THEREIN AND MAY HAVE A LONG OR SHORT POSITION THEREIN. PRICES SHOWN ARE APPROXIMATE. THIS MATERIAL HAS BEEN APPROVED FOR DISTRIBUTION IN THE UNITED KINGDOM BY WILLIAM BLAIR & COMPANY, INTERNATIONAL, LIMITED, REGULATED BY THE SECURITIES AND FUTURES AUTHORITY, LTD. Copyright 2001 by William Blair & Company, L.L.C.

WBC 0019