**Subject:** **QUIET PERIOD**
**Date:** Wed, 14 Feb 2001 14:22:06 -0800
**From:** Jeff Henley <investor_us@oracle.com>
**Organization:** Oracle Corporation
**To:** Corporate Broadcast <SM3.WW@oracle.com>

s is a reminder. Quiet Period begins, February 14, 2001, after the close of the market and continues until Oracle's announcement of Q3 fiscal year 2001 results (and for two full trading days after the announcement with respect to trading in Oracle stock--the "closed window period").

Oracle is a public company. Consequently, stockholders, financial analysts and speculators are anxious to obtain inside information about our performance for Q3 Fiscal Year 2001 prior to our announcing results publicly in March. If you talk about the company's results, results of your organization, or in any way speculate to non-employees about our results, you are violating company policy and you may be violating securities laws. For further information, please review Oracle's Insider Trading Policy, available on the Corporate Repository or in the employee handbook.

Per Company policy, officers, directors and employees of Oracle must decline comment on any developments that are material to the Company during "quiet period." Answer any questions pertaining to Q3 and FY 2001 growth targets, prior comments to press and analysts, strengths of various markets, potential large deals, cash flow estimates, and other significant developments with the following prepared statement:

"Per Company policy, I am unable to answer any questions concerning financial results or other developments during the quiet period." While I know that thanks, congratulations, and positive remarks regularly emanate from groups that meet their goals -- DO NOT DISCUSS THESE OR ANY OTHER COMMENTS REGARDING OUR FINANCIAL RESULTS WITH ANYONE OUTSIDE THE PANY OR WITH ANYONE WITHIN THE COMPANY NOT NEEDING THE INFORMATION.

In addition, for current employees and employees who terminate after the beginning of the closed window period, Oracle will not facilitate "same day sales" in connection with stock option exercises during this period. Stock issued from these option exercises will be mailed in certificate form only and mailed to the optionee's home address. During this period, ESPP shares can be traded through your Optionslink or Smith Barney account, subject to any limitations in Oracle's Insider Trading Policy.

In addition to the quiet period restrictions, to the extent that Oracle provides financial guidance or other projections, we will do so on the public earnings call or in the forma of a press release and not in private discussions with analysts or investors. Please direct all inquiries concerning financial results and all inquiries from any individuals in the investment community to Investor Relations (650-506-4073).

**ORACLE**
**CONFIDENTIAL**

NDCA-ORCL 103890

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER