IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA


In re ORACLE CORPORATION

SECURITIES LITIGATION.

Certified Copy

Master File No. C-01-0988-MJJ

This Document Relates To:


ALL ACTIONS.

_____/


---o0o---

CONFIDENTIAL

DEPOSITION OF STEPHANIE AAS THILL

FRIDAY, SEPTEMBER 8, 2006

---o0o---


SHEILA CHASE & ASSOCIATES
REPORTING FOR:
LiveNote World Service
221 Main Street, Suite 1250
San Francisco, California 94105
Phone:  (415) 321-2311
Fax:  (415) 321-2301

Reported by:
DIANA NOBRIGA, CSR, CRR
LICENSE NO. 7071

1      Q.   Which is -- would you consider that a

2   reiteration of the Q3 guidance?

3           MS. KYROUZ:  Objection; vague, lacks

4   foundation.

5           THE WITNESS:  I wouldn't consider that,

6   because it doesn't specifically say that.

7           MR. WILLIAMS:  Ask the reporter to mark this

8   document as Thill No. 22.

9                    (Exhibit 22 marked for

10                    identification.)

11          MR. WILLIAMS:  Before we talk about No. 22,

12  isn't it true that you told the Special Committee that

13  prior to the Apps World conference that you and Jeff

14  Henley discussed what he would say about the Q3 '01

15  forecast if he was asked?

16          MS. KYROUZ:  Objection; vague, lacks

17  foundation.

18          THE WITNESS:  I can't remember my exact

19  conversation with him.  But in general we would always

20  talk before conferences.

21          MR. WILLIAMS:  Q.  So you wouldn't be

22  surprised to learn that you told the Special Committee

23  that you and Jeff Henley talked about what you would say

24  to investors if asked about Q3 '01 at Apps World?

25          MS. KYROUZ:  Objection; vague, lacks

1    foundation.

2         THE WITNESS:  I don't know if we had that

3    specific conversation, like about what the response

4    would be, considering we were in quiet period, so it

5    wasn't a forum to really provide responses on the

6    quarter.

7         MR. WILLIAMS:  Q.  Do you recall reading

8    yesterday the section of the interview summary, of your

9    interview summary discussing your conversations with

10   Jeff Henley prior to the February Apps World conference,

11   February 2001 Apps World conference?

12       A.  I don't recall reading the exact verbiage.  If

13   you want to show me, I can read it.

14       Q.  I'm just asking if you recall reading that

15   section yesterday.

16       A.  I do remember having a conversation with Jeff

17   before the conference, I mean, that was definitely

18   standard practice.

19       Q.  What do you recall about the conversation?

20       A.  I don't remember the details of the

21   conversation.

22       Q.  Isn't it true that you told the Special

23   Committee that you and Jeff had a conversation prior to

24   the Apps World conference that you both decided that he

25   would not offer any new statements about Q3 '01

1   earnings, but if he -- if he was asked, he would simply

2   reiterate guidance offered previously?

3              MS. KYROUZ:  Objection; vague, lacks

4   foundation as to what she told the Special Committee.

5              THE WITNESS:  I don't remember exactly what I

6   told the Special Committee.

7              MR. WILLIAMS:  Q.  If you learned that that is

8   what you told the Special Committee, would you be

9   surprised to learn that?

10             MS. KYROUZ:  Objection; vague.

11             MR. WILLIAMS:  Q.  That that's what you told

12  them?

13             MS. KYROUZ:  Lacks foundation.

14             THE WITNESS:  I really don't know.  I mean, I

15  don't remember the context of the conversation.  Today

16  all I remember is having a conversation with Jeff.

17             MR. WILLIAMS:  Q.  Right, okay.  But my

18  question is, would you be surprised to learn that, in

19  fact, you told the Special Committee that during or

20  after the conversation with Jeff that you both decided,

21  you and Jeff, that he would not offer any new statements

22  about Q3 '01 earnings results, but instead if he was

23  asked about it, he would simply reiterate prior

24  guidance?

25             MS. KYROUZ:  Objection; vague, lacks

1        CERTIFICATE OF DEPOSITION OFFICER

2            I, DIANA NOBRIGA, hereby certify that the

3    witness in the foregoing deposition was by me duly sworn

4    to testify to the truth, the whole truth, and nothing

5    but the truth in the within-entitled cause; that said

6    deposition was taken at the time and place therein

7    stated; that the testimony of said witness was reported

8    by me, a Certified Shorthand Reporter and disinterested

9    person, and was thereafter transcribed into typewriting,

10   and that the pertinent provisions of the applicable code

11   or rules of civil procedure relating to the notification

12   of the witness and counsel for the parties hereto of the

13   availability of the original transcript of the

14   deposition for reading, correcting and signing have been

15   met.

16            I further certify that I am not of counsel or

17   attorney for either or any of the parties to said

18   deposition, nor in any way interested in the outcome of

19   the cause named in said action.

20            In WITNESS WHEREOF, I have hereunto

21   subscribed by my hand this 18th day of September 2006.

22

23

24

25         DIANA NOBRIGA, CSR NO. 7071

Case:         In re Oracle Securities Litigation, Master File No. C-01-0988MJJ

Witness:      Stephanie Aas Thill

Date:         September 8, 2006

Reporter:     Diana Nobriga, CSR No. 7071

I HAVE READ THE EXAMINATION AS REQUESTED.  PLEASE NOTE THE FOLLOWING:

_____      No changes need to be made to the transcript.

___X___       Changes listed below.

WITNESS SIGNATURE                                   10-18-2006
                                                    DATE SIGNED

Note:  Please check the appropriate column for add (+) or delete (-).  If you wish to add anything to the deposition, use the exact words you want to add.  If you wish to delete anything from the deposition, please use the exact words you want to delete. Thank you.

| Page | Line | + | - |
|------|------|---|---|
| 21:25 | | | Change "Kathryn" to "Catherine" |
| 76:22 | | | Change "Bisho" to "Bicho" |
| 86:16 | | | Change "Yes" to "He was at that time." |
| 109:20 | | | Change "Kell" to "Nell" |

SV\527316.1