# SECURITIES AND EXCHANGE COMMISSION

Washington, D.C. 20549

# FORM 10-Q

**[X]QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For quarterly period ended August 31, 2000

OR

**[_]TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the transition period from to .

*Commission file number: 0-14376*

# Oracle Corporation

(Exact name of registrant as specified in its charter)

| Delaware | 94-2871189 |
|---|---|
| (State or other jurisdiction of incorporation or organization) | (I.R.S. employer identification no.) |

500 Oracle Parkway
Redwood City, California 94065
(Address of principal executive offices, including zip code)

(650) 506-7000
(Registrant's telephone number, including area code)

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. YES [X] NO [_]

Number of shares of registrant's common stock outstanding as of September 30, 2000: 5,597,447,674 (adjusted pro forma for the two-for-one stock split effective October 12, 2000).



NDCA-ORCL 143444

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

## ORACLE CORPORATION

### Table of Contents


| | | Page |
|---|---|---|
| PART I | FINANCIAL INFORMATION | |
| Item 1. | Condensed Consolidated Financial Statements | |
| | Condensed Consolidated Balance Sheets at August 31, 2000 and May 31, 2000 | 3 |
| | Condensed Consolidated Statements of Operations for the three months ended August 31, 2000 and 1999 | 4 |
| | Condensed Consolidated Statements of Cash Flows for the three months ended August 31, 2000 and 1999 | 5 |
| | Notes to Condensed Consolidated Financial Statements | 6 |
| Item 2. | Management's Discussion and Analysis of Financial Condition and Results of Operations | 8 |
| Item 3. | Quantitative and Qualitative Disclosures About Market Risk | 17 |
| PART II. | OTHER INFORMATION | |
| Item 1. | Legal Proceedings | 19 |
| Item 6. | Exhibits and Reports on Form 8-K | 20 |
| | Signatures | 21 |




## PART I. FINANCIAL INFORMATION

### Item 1. Condensed Consolidated Financial Statements

### ORACLE CORPORATION

### CONDENSED CONSOLIDATED BALANCE SHEETS
(in thousands)

| | August 31, 2000 | May 31, 2000 |
|---|---|---|
| ASSETS | | |
| CURRENT ASSETS | | |
| Cash and cash equivalents | $4,837,097 | $ 7,429,206 |
| Short-term cash investments | 225,475 | 332,792 |
| Trade receivables, net of allowance for doubtful | | |



NDCA-ORCL 143445

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

| | | |
|---|---|---|
| accounts of $262,958 and $272,203 respectively | 1,696,320 | 2,533,964 |
| Other receivables | 162,847 | 256,203 |
| Prepaid and refundable income taxes | 213,780 | 212,829 |
| Prepaid expenses and other current assets | 123,076 | 118,340 |
| Total current assets | 7,258,595 | 10,883,334 |
| LONG-TERM CASH INVESTMENTS | 70,000 | 110,000 |
| PROPERTY, net | 936,757 | 934,455 |
| INTANGIBLE AND OTHER ASSETS | 1,247,175 | 1,148,990 |
| Total assets | $9,512,527 | $13,076,779 |
| LIABILITIES AND STOCKHOLDERS' EQUITY | | |
| CURRENT LIABILITIES | | |
| Notes payable and current maturities of long-term debt | $ 3,660 | $ 2,691 |
| Accounts payable | 253,243 | 287,495 |
| Income taxes payable | 517,123 | 2,821,776 |
| Accrued compensation and related benefits | 401,693 | 725,860 |
| Customer advances and unearned revenues | 1,269,585 | 1,133,482 |
| Value added tax and sales tax payable | 83,723 | 165,304 |
| Other accrued liabilities | 778,082 | 725,630 |
| Total current liabilities | 3,307,109 | 5,862,238 |
| LONG-TERM DEBT | 300,731 | 300,770 |
| OTHER LONG-TERM LIABILITIES | 178,128 | 186,178 |
| DEFERRED INCOME TAXES | 355,661 | 266,130 |
| STOCKHOLDERS' EQUITY | 5,370,898 | 6,461,463 |
| Total liabilities and stockholders' equity | $9,512,527 | $13,076,779 |

See notes to condensed consolidated financial statements.



**ORACLE CORPORATION**

**CONDENSED CONSOLIDATED STATEMENTS OF OPERATIONS**
(in thousands)

| | Three Months Ended August 31, | |
|---|---|---|
| | 2000 | 1999 |
| REVENUES | | |
| Licenses and other | $ 807,238 | $ 632,181 |
| Services | 1,454,637 | 1,352,336 |
| Total revenues | 2,261,875 | 1,984,517 |
| OPERATING EXPENSES | | |



NDCA-ORCL 143446

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

| | | |
|---|---|---|
| Sales and marketing | 572,964 | 538,426 |
| Cost of services | 673,878 | 756,750 |
| Research and development | 251,027 | 235,941 |
| General and administrative | 105,965 | 107,537 |
| Total operating expenses | 1,603,834 | 1,638,654 |
| OPERATING INCOME | 658,041 | 345,863 |
| Net investment gains/(losses) related to marketable securities | 15,433 | (3,340) |
| Other income, net | 102,769 | 21,687 |
| INCOME BEFORE PROVISION FOR INCOME TAXES | 776,243 | 364,210 |
| Provision for income taxes | 275,566 | 127,474 |
| NET INCOME | $ 500,677 | $ 236,736 |
| EARNINGS PER SHARE: | | |
| Basic | $ 0.09 | $ 0.04 |
| Diluted | $ 0.08 | $ 0.04 |
| SHARES OUTSTANDING: | | |
| Basic | 5,604,058 | 5,721,840 |
| Diluted | 5,932,870 | 5,964,804 |

See notes to condensed consolidated financial statements.



## ORACLE CORPORATION

## CONDENSED CONSOLIDATED STATEMENTS OF CASH FLOWS
(in thousands)

| | Three Months Ended August 31, | |
|---|---|---|
| | 2000 | 1999 |
| CASH FLOWS FROM OPERATING ACTIVITIES | | |
| Net income | $ 500,677 | $ 236,736 |
| Adjustments to reconcile net income to net cash provided by (used for) operating activities: | | |
| Depreciation and amortization | 73,160 | 76,813 |
| Amortization of purchase price in excess of net tangible assets acquired | 18,997 | 18,308 |
| Provision for doubtful accounts | 58,993 | 15,789 |
| Net investment (gains)/losses related to marketable securities | (15,433) | 3,340 |
| Changes in assets and liabilities: | | |
| Decrease in trade receivables | 776,348 | 728,991 |
| (Increase) decrease in prepaid and refundable income taxes | (1,122) | 4,747 |
| Decrease in other current assets | 88,142 | 100,253 |
| Decrease in accounts payable | (34,038) | (30,827) |
| Decrease in income taxes payable | (2,117,814) | (123,032) |



NDCA-ORCL 143447

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

| | | |
|---|---|---|
| Increase in customer advances and unearned revenues | 137,486 | 70,703 |
| Decrease in accrued compensation and related benefits | (323,513) | (313,563) |
| Decrease in value added tax and sales tax payable | (81,350) | (109,442) |
| Increase (decrease) in other accrued liabilities | 56,440 | (11,155) |
| Decrease in long-term liabilities | (10,036) | (6,879) |
| Decrease in deferred income taxes | (744) | (1,326) |
| Net cash provided by (used for) operating activities | (873,807) | 659,456 |
| CASH FLOWS FROM INVESTING ACTIVITIES | | |
| Purchases of cash investments | (27,000) | (579,526) |
| Proceeds from maturities of cash investments | 174,317 | 394,073 |
| Capital expenditures | (73,397) | (54,892) |
| Proceeds from sale of marketable securities | 36,252 | -- |
| (Increase) decrease in intangible and other assets | 37,302 | (16,022) |
| Net cash provided by (used for) investing activities | 147,474 | (256,367) |
| CASH FLOWS FROM FINANCING ACTIVITIES | | |
| Net borrowings (payments) under notes payable and long-term debt | 2,924 | (3,632) |
| Proceeds from common stock issued | 130,122 | 87,190 |
| Repurchase of common stock | (1,995,423) | (579,895) |
| Net cash used for financing activities | (1,862,377) | (496,337) |
| EFFECT OF EXCHANGE RATE CHANGES ON CASH | (3,399) | 25,712 |
| Net decrease in cash and cash equivalents | (2,592,109) | (67,536) |
| CASH AND CASH EQUIVALENTS | | |
| Beginning of period | 7,429,206 | 1,785,715 |
| End of period | $ 4,837,097 | $1,718,179 |

See notes to condensed consolidated financial statements.



## ORACLE CORPORATION

## NOTES TO CONDENSED CONSOLIDATED FINANCIAL STATEMENTS

### 1. BASIS OF PRESENTATION

The condensed consolidated financial statements included herein have been prepared by the Company, without audit, pursuant to the rules and regulations of the Securities and Exchange Commission ("SEC"). Certain information and footnote disclosures normally included in financial statements prepared in accordance with generally accepted accounting principles have been condensed or omitted



NDCA-ORCL 143448

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

pursuant to such rules and regulations. However, the Company believes that the disclosures are adequate to make the information presented not misleading. These condensed consolidated financial statements should be read in conjunction with the financial statements and the notes thereto included in the Company's Annual Report on Form 10-K for the fiscal year ended May 31, 2000.

The unaudited condensed consolidated financial statements included herein reflect all adjustments (which include only normal, recurring adjustments) which are, in the opinion of management, necessary to state fairly the results for the three month period ended August 31, 2000. The results for the three month period ended August 31, 2000 are not necessarily indicative of the results expected for the full fiscal year.

## 2. EARNINGS PER SHARE

Basic earnings per share is calculated using the weighted average number of shares outstanding during the period. Diluted earnings per share is computed on the basis of the weighted average number of common shares outstanding plus the dilutive effect of outstanding stock options and the employee stock purchase plan using the "treasury stock" method.

On October 12, 2000, the Company effected a two-for-one stock split in the form of a common stock dividend to stockholders of record as of September 25, 2000. All per share data and numbers of common shares have been retroactively adjusted to reflect the stock split.

The following table sets forth the computation of basic and diluted earnings per share:

| | Three Months Ended August 31, | |
|---|---|---|
| (in thousands, except per share data) | 2000 | 1999 |
| Net income | $ 500,677 | $ 236,736 |
| Weighted average shares outstanding.................... | 5,604,058 | 5,721,840 |
| Dilutive effect of employee stock options and employee stock purchase plan.................................. | 328,812 | 242,964 |
| Diluted shares outstanding............................ | 5,932,870 | 5,964,804 |
| Basic earnings per share.............................. | $ 0.09 | $ 0.04 |
| Diluted earnings per share............................ | $ 0.08 | $ 0.04 |

## 3. COMPREHENSIVE INCOME

Comprehensive income includes foreign currency translation gains and losses and unrealized gains and losses on equity securities that have been previously excluded from net income and reflected instead in stockholders' equity.



The following table sets forth the calculation of comprehensive income on an interim basis:

Three Months



NDCA-ORCL 143449

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

Case 3:01-cv-00988-SI Document 1204-1 Filed 10/09/07 Page 7 of 24

| (in thousands) | Ended August 31, 2000 | 1999 |
|---|---|---|
| Net income | $500,677 | $236,736 |
| Foreign currency translation gains (losses) | (2,918) | 29,175 |
| Unrealized gains (losses) on equity securities | (3,332) | -- |
| Total comprehensive income | $494,427 | $265,911 |

4. ACCOUNTING FOR DERIVATIVE INSTRUMENTS AND HEDGING ACTIVITIES

In June 1998, the Financial Accounting Standard Board issued Statement of Financial Accounting Standards ("SFAS") No. 133, "Accounting for Derivative Instruments and Hedging Activities." SFAS No. 133 establishes accounting and reporting standards requiring that every derivative instrument be recorded in the balance sheet as either an asset or liability measured at its fair value. It requires that changes in the derivative's fair value be recognized currently in earnings unless specific hedge accounting criteria are met and that a company must formally document, designate, and assess the effectiveness of transactions that receive hedge accounting. SFAS No. 133 is effective for fiscal years beginning after June 15, 2000 and cannot be applied retroactively. The Company is currently evaluating this statement, but does not expect that it will have a material effect on the Company's financial position or results of operations.

5. SEGMENT INFORMATION

SFAS No. 131 established standards for reporting information about operating segments in the Company's financial statements. Operating segments are defined as components of an enterprise about which separate financial information is available that is evaluated regularly by the chief operating decision maker, or decision making group, in deciding how to allocate resources and in assessing performance. The Company's chief operating decision maker is the Chief Executive Officer of the Company.

The Company is organized geographically and by line of business. The Company has four major line of business operating segments: license, support, education and consulting. While the Chief Executive Officer of the Company evaluates results in a number of different ways, the line of business management structure is the primary basis for which he assesses financial performance and allocates resources.

The accounting policies of the line of business operating segments are the same as those described in the Company's Annual Report on Form 10-K for the fiscal year ended May 31, 2000. The Company does not track assets by operating segments. Consequently, it is not practical to show assets by operating segments.

The following table presents a summary of operating segments:

| (in thousands) | License | Support(3) | Education | Consulting | Total |
|---|---|---|---|---|---|
| Three Months Ended August 31, 2000 | | | | | |



NDCA-ORCL 143450

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

| | | | | | |
|---|---|---|---|---|---|
| Revenues from unaffiliated customers(1)............. | $794,832 | $838,989 | $101,263 | $526,791 | $2,261,875 |
| Distribution Expenses..... | 431,836 | 154,977 | 71,324 | 403,145 | 1,061,282 |
| Distribution Margin(2).... | $362,996 | $684,012 | $ 29,939 | $123,646 | $1,200,593 |
| August 31, 1999 | | | | | |
| Revenues from unaffiliated customers(1)............. | $623,868 | $667,052 | $117,116 | $576,481 | $1,984,517 |
| Distribution Expenses..... | 421,753 | 176,678 | 79,966 | 461,898 | 1,140,295 |
| Distribution Margin(2).... | $202,115 | $490,374 | $ 37,150 | $114,583 | $ 844,222 |



(1) Operating segment revenues differ from the external reporting classifications due to certain license products which are classified as services revenues for management reporting purposes.
(2) The distribution margins reported reflect only the direct controllable expenses of each line of business and do not represent the actual margins for each operating segment since they do not contain an allocation for marketing, corporate, information technology, general and administrative, product development and other expenses incurred in support of the line of business.
(3) Support includes update rights which, in certain sectors of the software industry such as the "shrink wrap sector," would typically be classified as license revenue.

**Profit Reconciliation:**

| (in thousands) | Three Months Ended August 31, 2000 | 1999 |
|---|---|---|
| Total distribution margin for reportable segments....... | $1,200,593 | $844,222 |
| Marketing and alliances................................ | (106,027) | (93,400) |
| Corporate, information technology & general and administrative.......................................... | (148,449) | (125,496) |
| Product development.................................... | (263,166) | (261,877) |
| Other income (net)..................................... | 77,859 | 4,101 |
| Net investment gains/(losses) related to marketable securities............................................ | 15,433 | (3,340) |
| Income before provision for income taxes............. | $ 776,243 | $364,210 |

6. LITIGATION

Refer to Part II, Item 1 for a description of legal proceedings.



NDCA-ORCL 143451

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

**Item 2. Management's Discussion and Analysis of Financial Condition and Results of Operations**

**Forward-Looking Statements**

In addition to historical information, this Quarterly Report contains forward- looking statements. The forward-looking statements are subject to certain risks and uncertainties that could cause actual results to differ materially from those reflected in such forward-looking statements. Factors that might cause such a difference include, but are not limited to, those discussed in the section entitled "Management's Discussion and Analysis of Financial Condition and Results of Operations--Factors That May Affect Future Results and Market Price of Stock." Readers are cautioned not to place undue reliance on these forward-looking statements, which reflect management's opinions only as of the date hereof. The Company undertakes no obligation to revise or publicly release the results of any revision to these forward-looking statements. Readers should carefully review the risk factors described in other documents the Company files from time to time with the SEC, including the Annual Report on Form 10-K for the fiscal year ended May 31, 2000 and the Quarterly Reports on Form 10-Q filed by the Company Company in fiscal 2001.

**Results of Operations**

Total revenues increased 14% (17% in local currency) in the first quarter of fiscal 2001 as compared to the corresponding period in fiscal 2000. Domestic revenues increased 16% in the first quarter of fiscal 2001, while international revenues increased 12% (18% in local currency) as compared to the corresponding period in fiscal 2000. Revenues from international customers were approximately 50% and 51% of total revenues in the first quarters of fiscal 2001 and 2000, respectively. Management expects that the Company's international operations will continue to provide a significant portion of total revenues. International revenues will be adversely affected if the U.S. dollar continues to strengthen against certain major international currencies.



**REVENUES:**

| | Three Months Ended August 31, | | |
|---|---|---|---|
| (in thousands) | 2000 | Change | 1999 |
| Licenses and other | $ 807,238 | 28% | $ 632,181 |
| Percentage of revenues | 35.7% | | 31.9% |
| Services | 1,454,637 | 8% | 1,352,336 |
| Percentage of revenues | 64.3% | | 68.1% |
| Total revenues | $2,261,875 | 14% | $1,984,517 |

Licenses and Other Revenues. License revenues represent fees earned for granting customers licenses to use the Company's software products. License and other revenues also include documentation revenues and other miscellaneous revenues, which constituted 4% and 5% of total license and other revenues in the first quarters of fiscal 2001 and 2000, respectively. License revenues, excluding other revenues, grew 28% and 8% in the first quarters of fiscal 2001 and 2000, respectively. Systems software license revenues, which include server and development tools revenues, grew 25% and 7% in the first quarters of fiscal 2001 and 2000, respectively. Business applications revenues grew 42% and 11% in the first quarters of fiscal 2001 and 2000, respectively. The higher license revenue growth rate experienced in the



NDCA-ORCL 143452

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

first quarter of fiscal 2001 was primarily due to stronger demand for the Company's server and business applications products. The Company believes that the fiscal 2001 license revenue growth rate will exceed the fiscal 2000 growth rate as a result of increased demand for its business applications products.

Services Revenues. Services revenues consist of support, consulting and education services revenues which comprised 58%, 36% and 6% of total services revenues, respectively, during the first quarter of fiscal 2001. Support revenues grew 26% and 27% in the first quarters of fiscal 2001 and 2000, respectively, reflecting an increase in the overall customer installed base. Consulting revenues declined 9% in the first quarter of fiscal 2001, as compared to a 7% growth rate in the first quarter of fiscal 2000. The decline in the consulting services revenues experienced in the first quarter of fiscal 2001 is primarily a result of the following: i) a slowdown in the business applications market in fiscal 2000, ii) part of the business generated in fiscal 2000 related to Year 2000 upgrades, iii) a push towards a partner model, leveraging third party consulting firms who provide consulting services to the Company's customers, iv) a focus on higher margin business at the expense of revenue growth, and v) shorter implementation engagements for Oracle's newer generation of products. Education revenues declined 17% in the first quarter of fiscal 2001 as compared to a 4% growth rate in the first quarter of fiscal 2000, due in part to the slowdown in the business applications market in fiscal 2000. Consulting and education revenue growth rates are expected to increase in fiscal 2001 as compared to the prior year corresponding periods due to the increased demand for the Company's business applications products experienced in the latter part of fiscal 2000 and through the first quarter of fiscal 2001.

**OPERATING EXPENSES:**

| (in thousands) | Three Months Ended August 31, 2000 | Change | 1999 |
|---|---|---|---|
| Sales and marketing | $572,964 | 6% | $538,426 |
| Percentage of revenues | 25.3% | | 27.1% |
| Cost of services | $673,878 | (11%) | $756,750 |
| Percentage of revenues | 29.8% | | 38.1% |
| Research and development | $251,027 | 6% | $235,941 |
| Percentage of revenues | 11.1% | | 11.9% |
| General and administrative | $105,965 | (1%) | $107,537 |
| Percentage of revenues | 4.7% | | 5.4% |

9

International expenses were favorably affected in the first quarter of fiscal 2001 when compared to the prior year corresponding period due to the strengthening of the U.S. dollar against certain major international currencies. The net impact on operating margins, however, was unfavorable since the negative effect on revenues was greater than the positive effect on the expenses.

Sales and Marketing Expenses. The Company continues to place significant emphasis, both domestically domestically and internationally, on direct sales through its own sales force. However, the Company also continues to market its products through indirect channels. As a percentage of license and other revenues, sales and marketing expenses were 71% and 85% in the first quarters of fiscal 2001 and 2000, respectively. The decrease in sales and marketing expenses as a percentage of license and other revenues was due primarily to increased revenues and productivity improvements which favorably affected headcount and headcount related expenditures. The Company anticipates sales and marketing expenses



NDCA-ORCL 143453

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

to increase in fiscal 2001 as compared to the corresponding prior year period due to the need to add additional sales capacity as a result of an increase in demand for the Company's products.

Cost of Services. The cost of providing services consists largely of consulting, education and support personnel expenses. As a percentage of services revenues, cost of services was 46% and 56% in the first quarters of fiscal 2001 and 2000, respectively. The decrease in the cost of services as a percentage of services revenues was due primarily to efficiencies and controls over headcount and headcount related expenditures in the support and consulting lines of business as the Company continues to focus on margin improvement. The Company plans to increase headcount in the consulting line of business due to to the recent increase in demand for consulting services.

Research and Development Expenses. Research and development expenses were 11% and 12% of total revenues in the first quarters of fiscal 2001 and 2000, respectively. Research and development expenses increased 6% and 26% in the first quarters of fiscal 2001 and 2000, respectively. The Company believes that research and development expenditures are essential to maintaining its competitive position and expects these costs to continue to constitute a significant percentage of revenues.

General and Administrative Expenses. General and administrative expenses as a percentage of revenues were 5% in the first quarters of fiscal 2001 and 2000.

**NET INVESTMENT GAINS/(LOSSES) RELATED TO MARKETABLE SECURITIES:**

| (in thousands) | Three Months Ended August 31, 2000 | Change | 1999 |
|---|---|---|---|
| Net investment gains/(losses) related to marketable securities........................................ | $15,433 | * | $(3,340) |

* Not Meaningful

The gain on sale of marketable securities in the first quarter of fiscal 2001 relates to the sale of marketable securities, offset by the Company's equity share in the results of non-consolidated subsidiaries. In the first quarter of fiscal 2000, the net investment loss represents the Company's equity share in the results of non-consolidated subsidiaries as the Company did not sell any marketable securities.

**OTHER INCOME, NET:**

| (in thousands) | Three Months Ended August 31, 2000 | Change | 1999 |
|---|---|---|---|
| Other income, net.................................... | $102,769 | 374% | $21,687 |
| Percentage of revenues................................ | 4.5% | | 1.1% |



NDCA-ORCL 143454

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

Other income, net includes interest income and expense, foreign currency exchange gains and losses, as well as the minority interest share in the income or loss of consolidated subsidiaries. Other income increased in fiscal 2001, primarily due to increased net interest income related to higher cash and investment balances.

**PROVISION FOR INCOME TAXES:**

| (in thousands) | Three Months Ended August 31, 2000 | Change | 1999 |
|---|---|---|---|
| Provision for income taxes | $275,566 | 116% | $127,474 |
| Percentage of revenues | 12.2% | | 6.4% |

The Company's effective tax rates have historically differed from the federal statutory rate primarily because of state taxes. The effective tax rate was 35.5% and 35% in the first quarters of fiscal 2001 and 2000, respectively.

**NET INCOME AND EARNINGS PER SHARE:**

| (in thousands, except per share data) | Three Months Ended August 31, 2000 | Change | 1999 |
|---|---|---|---|
| Net income | $500,677 | 111% | $236,736 |
| Percentage of revenues | 22.1% | | 11.9% |
| Earnings per share: | | | |
| Basic | $ 0.09 | 125% | $ 0.04 |
| Diluted | $ 0.08 | 100% | $ 0.04 |

**LIQUIDITY AND CAPITAL RESOURCES:**

| (in thousands) | Three Months Ended August 31, 2000 | Change | 1999 |
|---|---|---|---|
| Working capital | $ 3,951,486 | 76% | $2,239,259 |
| Cash and cash investments | $ 5,132,572 | 75% | $2,930,224 |
| Cash provided by (used for) operating activities | $ (873,807) | (233)% | $ 659,456 |
| Cash provided by (used for) investing activities | $ 147,474 | 158% | $ (256,367) |
| Cash used for financing activities | $(1,862,377) | 275% | $ (496,337) |

Working capital increased in the first quarter of fiscal 2001 over the corresponding period in fiscal 2000, due primarily to higher cash and cash investment balances.

The Company generated negative cash flows from operations in the first quarter of fiscal 2001 as



NDCA-ORCL 143455

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

compared to fiscal 2000, due primarily to payment of taxes related to the gain on sale of Oracle Japan stock that occurred in the fourth quarter of fiscal 2000.

Cash provided by investing activities increased in the first quarter of fiscal 2001 as compared to the corresponding prior year period due primarily to changes in the levels and maturities of cash investments. In each period, the Company made significant investments in capital expenditures and other assets. The Company expects to continue to invest in capital and other assets to support its growth.

Cash used for financing activities increased in the first quarter of fiscal 2001 as compared to the corresponding prior year period due primarily to the repurchase of the Company's Common Stock. The Company's Board of Directors has approved the cumulative repurchase of up to 1,096,000,000 shares of Common Stock on the open market to reduce the dilutive effect of the Company's stock plans. The Company has repurchased a total of 986,172,806 shares for approximately $ 9,720,912,000 as of August 31, 2000. The Company purchased 51,807,656 and 78,052,000 shares of the Company's Common Stock in the first quarter of fiscal 2001 and 2000,



respectively. The amounts paid for the repurchased shares were approximately $1,995,423,000 and $579,895,000. The Company has primarily used cash flows from operations and investing activities to repurchase the Company's Common Stock.

The Company, as part of its authorized stock repurchase program, has sold put warrants and purchased call options through private placements with institutional investors. The transactions were exempt under Section 4(2) of the Securities Act of 1933. The put warrants, if exercised, would entitle the holder to sell one share of Common Stock to the Company at a specified price. Similarly, the call options entitle the Company to buy, on a specified day, one share of the Company's Common Stock at a specified price.

As of August 31, 2000, the Company had a maximum potential obligation under the put warrants to buy back 8,000,000 shares of its Common Stock for a price of $4.85 per share for an aggregate price of approximately $38,800,000. The put warrants will expire at various dates through October 2000.

As of August 31, 2000, the Company had the right to purchase under the call options up to a maximum of 4,000,000 shares of its Common Stock at a price of $6.52 per share for an aggregate price of approximately $26,080,000. The call options will expire at various dates through October 2000.

During the third quarter of fiscal 1997, the Company issued $150,000,000 in 6.72% Senior Notes due in the year 2004 and $150,000,000 in 6.91% Senior Notes due in the year 2007. The Senior Notes are unsecured general obligations of the Company that rank on parity with all other unsecured and unsubordinated indebtedness of the Company that may be outstanding. At August 31, 2000, the Company also had other outstanding debt of approximately $4,391,000, primarily in the form of other notes payable and capital leases.

The Company anticipates that current cash balances, as well as anticipated cash flows from operations, will be sufficient to meet its working capital and capital expenditure needs at least through the next twelve months.

**Factors That May Affect Future Results and Market Price of Stock**

The Company operates in a rapidly changing environment that involves numerous risks, some of which



NDCA-ORCL 143456

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

are beyond the Company's control. The following discussion highlights some of these risks.

Revenue Growth and Economic Conditions. The revenue growth and profitability of the Company's business depends on the overall demand for computer software and services, particularly in the product segments in which the Company competes. Because the Company's sales are primarily to major corporate and government customers, the Company's business also depends on general economic and business conditions. A softening of demand for computer software caused by a weakening of the economy may result in decreased revenues or lower revenue growth rates. In particular, one of the challenges the Company continues to face in promoting future growth in license revenues is the successful refocusing of its marketing and sales efforts to the Customer Relationship Management ("CRM") and Internet procurement areas of its applications business, as well as to its e-Business suite. There can be no assurances that the Company will be able to effectively promote future revenue growth in its systems software and business applications areas.

In October 1997, the American Institute of Certified Public Accountants ("AICPA") issued Statement of Position ("SOP") No. 97-2, "Software Revenue Recognition" which superseded SOP No. 91-1. SOP No. 97-2 was effective for the Company's fiscal year beginning June 1, 1998, as amended by SOP No. 98-4 and SOP No. 98-9, and provides guidance on applying generally accepted accounting principles for software revenue recognition transactions. Based on the Company's interpretation of the requirements of SOP No. 97-2, as amended, application of this statement did not and is not expected to have a material impact on the Company's revenue. In December 1999, the Securities and Exchange Commission issued Staff Accounting Bulletin No. 101 ("SAB 101"), "Revenue Recognition in Financial Statements" which provides further revenue recognition guidance. The accounting profession continues to review certain provisions of SOP No. 97-2 and SAB 101 with the objective of providing additional guidance on implementing its provisions. Depending upon the outcome of



---

these reviews and the issuance of implementation guidelines and interpretations, the Company may be required to change its revenue recognition policies and business practices, and such changes could have a material adverse effect on the Company's business, results of operations or financial position.

New Products. The markets for the Company's products are characterized by rapid technological advances in hardware and software development, evolving standards in computer hardware and software technology and frequent new product introductions and enhancements. Product introductions and short product life cycles necessitate high levels of expenditures for research and development. To maintain its competitive position, the Company must enhance and improve existing products and continue to introduce new products and new versions of existing products that keep pace with technological developments, satisfy increasingly sophisticated customer requirements and achieve market acceptance. The Company's inability to run on new or increasingly popular operating systems, or the Company's failure to successfully enhance and improve its products in a timely manner, and position and/or price its products, could have a material adverse effect on the Company's business, results of operations or financial position.

Significant undetected errors or delays in new products or new versions of a product, especially in the area of CRM, may affect market acceptance of the Company's products and could have a material adverse effect on the Company's business, results of operations or financial position. If the Company were to experience delays in the commercialization and introduction of new or enhanced products, if customers were to experience significant problems with the implementation and installation of products, or if customers were dissatisfied with product functionality or performance, this could have a material adverse effect on the Company's business, results of operations or financial position.



NDCA-ORCL 143457

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

There can be no assurance that the Company's new products will achieve significant market acceptance or will generate significant revenue. Additional products that the Company plans to directly or indirectly market in the future are in various stages of development.

Pricing. Intense competition in the various markets in which the Company competes may put pressure on the Company to reduce prices on certain products, particularly in the markets where certain vendors offer deep discounts in an effort to recapture or gain market share or to sell other software or hardware products. Moreover, the Company has recently changed its pricing model and any broadly based changes to the Company's prices and pricing policies could lead to a decline or delay in sales as the Company's sales force and its customers adjust to the new pricing policies. The bundling of software products for promotional purposes or as a long-term pricing strategy or guarantees of product implementations by certain of the Company's competitors could have the effect over time of significantly reducing the prices that the Company can charge for its products. Changes in the customer's use of the Company's products could also result in lower license revenues if the Company's pricing model is not adapted to such usage. Shifts toward the use of operating systems on which the Company experiences relatively greater price competition could result in lower average license prices, thereby reducing license revenues for the Company. Additionally, while the distribution of applications through application service providers may provide a new market for the Company's products, these new distribution methods could also reduce the price paid for the Company's products or adversely affect other sales of the Company's products. Any such price reductions and resulting lower license revenues could have a material adverse effect on the Company's business, results of operations or financial position if the Company cannot offset these price reductions with a corresponding increase in sales volumes or lower spending.

Hiring and Retention of Employees. The Company's continued growth and success depend to a significant extent on the continued service of its senior management and other key employees and the hiring of new qualified employees. Competition for highly-skilled business, product development, technical and other personnel is becoming more intense due to lower overall unemployment rates, the boom in information technology spending and private companies that can offer equity incentives that provide the potential of greater compensation in connection with an initial public offering. Accordingly, the Company expects to experience increased compensation costs that may not be offset through either improved productivity or higher prices. There can be



no assurances that the Company will be successful in continuously recruiting new personnel and in retaining existing personnel. In general, the Company does not have long-term employment or non-competition agreements with its employees. The loss of one or more key employees or the Company's inability to attract additional qualified employees or retain other employees could have a material adverse effect on the continued growth of the Company.

Competitive Environment. The computer software industry is an intensely competitive industry with several large vendors that develop and market databases, application development tools, business applications and business intelligence products. Certain of these vendors have significantly greater financial and technical resources than the Company. The introduction of new competitive products into one or more of the Company's various markets, the addition of new functionality into an existing competitive product or the acquisition by one of the Company's competitors of a product could have a material adverse effect on the Company's business, results of operations or financial position. In addition, new distribution methods (e.g. electronic channels) and opportunities presented by the Internet and electronic commerce have removed many of the barriers to entry historically faced by small and start-up companies in the software industry. The Company expects to face increasing competition in the



NDCA-ORCL 143458

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

various markets in which it competes.

Uneven Patterns of Quarterly Operating Results and Revenues. The Company's revenues in general, and its license revenues in particular, are relatively difficult to forecast and vary from quarter to quarter due to various factors, including the (i) relatively long sales cycles for the Company's products, (ii) size and timing of individual license transactions, the closing of which tend to be delayed by customers until the end of a fiscal quarter as a negotiating tactic, (iii) introduction of new products or product enhancements by the Company or its competitors, (iv) potential for delay or deferral of customer implementations of the Company's software, (v) changes in customer budgets,
(vi) seasonality of technology purchases and other general economic conditions, and (vii) changes in the pricing policies of the Company or its competitors. Accordingly, the Company's quarterly results are difficult to predict until the end of the quarter, and delays in product delivery or closing of sales near the end of a quarter have historically caused and could cause quarterly revenues and net income to fall significantly short of anticipated levels.

The Company's license revenues in any quarter are substantially dependent on orders booked and shipped in that quarter. Because the Company's operating expenses are based on anticipated revenue levels and because a high percentage of the Company's expenses are relatively fixed, a delay in the recognition of revenue from even a limited number of license transactions could cause significant variations in operating results from quarter to quarter and could cause net income to fall significantly short of anticipated levels.

International Sales. A substantial portion of the Company's revenues is derived from international sales and is therefore subject to the related risks, including the general economic conditions in each country, the overlap of different tax structures, the difficulty of managing an organization spread over various countries, changes in regulatory requirements, compliance with a variety of foreign laws and regulations, longer payment cycles and volatilities of exchange rates in certain countries. There can be no assurances that the Company will be able to successfully address each of these challenges in the near term. Other risks associated with international operations include import and export licensing requirements, trade restrictions and changes in tariff rates.

A significant portion of the Company's business is conducted in currencies other than the U.S. dollar. Changes in the value of major foreign currencies relative to the value of the U.S. dollar adversely affected revenues and operating results in the first quarter of fiscal 2001, particularly in Europe, and will continue to do so throughout fiscal 2001 if the U.S. dollar strengthens relative to foreign currencies.

Foreign currency transaction gains and losses are primarily related to sublicense fee and other agreements between the Company and selling distributors and subsidiaries. These gains and losses are charged against earnings in the period incurred. The Company has reduced its transaction and translation gains and losses associated with converting foreign currencies into U.S. dollars by using forward foreign exchange contracts to



---

hedge transaction and translation exposures in major currencies. The Company finds it impractical to hedge all foreign currencies in which it conducts business. As a result, the Company will continue to experience foreign currency gains and losses.

Management of Growth. The Company has a history of rapid growth. However, the Company has experienced slowing growth rates in a number of areas, including consulting and education services. The Company's future operating results will depend on management's ability to manage growth,



NDCA-ORCL 143459

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

continuously hire and retain significant numbers of qualified employees, accurately forecast revenues and control expenses. A decline in the growth rate of revenues without a corresponding and timely slowdown in expense growth could have a material adverse effect on the Company's business, results of operations or financial position.

Uncertainty of Emerging Areas. Despite tremendous growth in emerging areas such as the Internet, on-line services and electronic commerce, the impact on the Company of this growth is uncertain. There can be no assurance that the Company will be able to provide a product offering that will satisfy new customer demands in these areas. In addition, standards for network protocols, as well as other industry adopted and de facto standards for the Internet, are evolving rapidly. There can be no assurance that standards chosen by the Company will position its products to compete effectively for business opportunities as they arise on the Internet and other emerging areas.

New Business Areas. The Company has in recent years expanded its technology into a number of new business areas to foster long-term growth, including on- line auctions, or exchanges, for a number of business procurement needs, Internet/electronic commerce, interactive media, on-line business services and Internet computing. These areas are relatively new to the Company's product development and sales and marketing personnel. There is no assurance that the Company will compete effectively or will generate significant revenues in these new areas. The success of Internet computing and, in particular, the Company's current Internet computing software products is difficult to predict because Internet computing represents a method of computing that is new to the entire computer industry. The successful introduction of Internet computing to the market will depend in large measure on (i) the lower cost of ownership of Internet computing relative to client/server architecture, (ii) the ease of use and administration relative to client/server architecture, and (iii) how hardware and software vendors choose to compete in this market. There can be no assurances that sufficient numbers of vendors will undertake this commitment, that the market will accept Internet computing or that Internet computing will generate significant revenues for the Company. See "New Products."

Sales Force Restructuring. The Company historically has relied heavily on its direct sales force. For the past several years, the Company has restructured or made other adjustments to its sales force at least once a year. These changes have generally resulted in a temporarily lack of focus and reduced productivity by the Company's sales force that may have affected revenues in a quarter. There can be no assurances that the Company will not continue to restructure its sales force or that the related transition issues associated with restructuring the sales force will not recur.

Future Acquisitions. As part of its business strategy, the Company has made and expects to continue to make acquisitions of, or significant investments in, businesses that offer complementary products, services and technologies. Any acquisitions or investments will be accompanied by the risks commonly encountered in acquisitions of businesses. Such risks include, among other things, the possibility that the Company pays much more than the acquired company or assets are worth, the difficulty of assimilating the operations and personnel of the acquired businesses, the potential product liability associated with the sale of the acquired company's products, the potential disruption of the Company's ongoing business, the distraction of management from the Company's business, the inability of management to maximize the financial and strategic position of the Company, the maintenance of uniform standards, controls, procedures and policies and the impairment of relationships with employees and clients as a result of any integration of new management personnel. These factors could have a material adverse effect on the Company's business, results of operations or financial position, particularly in the case of a larger acquisition. Consideration paid for future acquisitions, if any, could



NDCA-ORCL 143460

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

be in the form of cash, stock, rights to purchase stock or a combination thereof. Dilution to existing stockholders and to earnings per share may result in connection with any such future acquisitions.

Relative Product Profitability. Certain of the Company's revenues are derived from products which, as a percentage of revenues, currently require a higher level of development, distribution and support expenditures compared to certain of its other products. To the extent that revenues generated from such products become a greater percentage of the Company's total revenues, the Company's operating margins may be adversely affected, unless the expenses associated with such products decline as a percentage of revenues.

Long-term Investment Cycle. Developing and localizing software is expensive and the investment in product development often involves a long payback cycle. The Company's plans for its fiscal year ending May 31, 2001 include significant investments in software research and development and related product opportunities from which significant revenues are not anticipated for several years.

Sales Forecasts. The Company uses a "pipeline" system, a common industry practice, to forecast sales and trends in the Company's business. The Company's sales personnel monitor the status of all proposals, such as the date when they estimate that a customer will make a purchase decision and the potential dollar amount of the sale. Management aggregates these estimates periodically in order to generate a sales pipeline. Management compares the pipeline at various points in time to look for trends in the Company's business. While this pipeline analysis may provide some guidance to management in business planning and budgeting, these pipeline estimates are necessarily speculative and may not correlate to revenues in a particular quarter or over a longer period of time. A variation in the conversion of the pipeline into contracts or in the pipeline itself could cause the Company to improperly plan or budget and thereby adversely affect its business or results of operations.

Enforcement of the Company's Intellectual Property Rights. The Company relies on a combination of copyright, patent, trademark, trade secrets, confidentiality procedures and contractual procedures to protect its intellectual property rights. Despite the Company's efforts to protect its intellectual property rights, it may be possible for unauthorized third parties to copy certain portions of the Company's products or to reverse engineer or obtain and use technology or other information that the Company regards as proprietary. There can also be no assurances that the Company's intellectual property rights would survive a legal challenge to their validity or provide significant protection for the Company. In addition, the laws of certain countries do not protect the Company's proprietary rights to the same extent as do the laws of the United States. Accordingly, there can be no assurance that the Company will be able to protect its proprietary technology against unauthorized third party copying or use, which could adversely affect the Company's competitive position.

Possibility of Infringement Claims. The Company from time to time receives notices from third parties claiming infringement by the Company's products of third party patent and other intellectual property rights. The Company expects that software products will increasingly be subject to such claims as the number of products and competitors in the Company's industry segments grow and the functionality of products overlaps. In addition, the Company expects to receive more patent infringement claims as companies increasingly seek to patent their software, especially in light of recent developments in the law that extend the ability to patent software. Regardless of its merit, responding to any such claim could be time-consuming, result in costly litigation and require the Company to enter into royalty and licensing agreements which may not be offered or available on terms acceptable to the Company. If a successful claim is made against the Company and the Company fails to develop or license a substitute technology, the Company's business, results of operations or financial position could be materially adversely affected.



NDCA-ORCL 143461

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

Possible Volatility of Stock Price. The market price of the Company's Common Stock has experienced significant fluctuations and may continue to fluctuate significantly. The market price of the Common Stock may be significantly affected by factors such as the announcement of new products or product enhancements by the Company or its competitors, technological innovation by the Company or its competitors, quarterly variations in the Company's or its competitors' results of operations, changes in prices of the Company's or its competitors'



products and services, changes in revenue and revenue growth rates for the Company as a whole or for specific geographic areas, business units, products or product categories, changes in earnings estimates by market analysts, speculation in the press or analyst community and general market conditions or market conditions specific to particular industries. The stock prices for many companies in the technology sector have experienced wide fluctuations which often have been unrelated to their operating performance. Such fluctuations may adversely affect the market price of the Company's Common Stock.

**Item 3. Quantitative and Qualitative Disclosures About Market Risk**

**Disclosures About Market Risk**

Interest Rate Risk. The Company's exposure to market risk for changes in interest rates relates primarily to the Company's investment portfolio. The Company places its investments with high credit quality issuers and, by policy, limits the amount of credit exposure to any one issuer. As stated in its policy, the Company is averse to principal loss and seeks to preserve its invested funds by limiting default risk, market risk, and reinvestment risk.

The Company mitigates default risk by investing in only high credit quality securities that it believes to be low risk and by positioning its portfolio to respond appropriately to a significant reduction in a credit rating of any investment issuer or guarantor. The portfolio includes only marketable securities with active secondary or resale markets to ensure portfolio liquidity.

The table below presents the principal amount, related weighted average interest rates and maturities for the Company's investment portfolio. Short term and long term investments are all in fixed rate instruments. The principal amount approximates fair value at August 31, 2000.

**Table of Investment Securities:**

| | Principal Amount | Average Interest Rate |
|---|---|---|
| Cash and cash equivalents...................... | $4,837,097 | 5.34% |
| Short term investment (0-1 years)............... | 225,475 | 5.66% |
| Long term investment (1-2 years)................ | 70,000 | 5.93% |
| Total cash and investment securities........... | $5,132,572 | |

Foreign Currency Risk. The Company transacts business in various foreign currencies and the Company has established a foreign currency hedging program, utilizing foreign currency forward exchange contracts (forward contracts) to hedge certain foreign currency transaction exposures. Under this



NDCA-ORCL 143462

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

program, increases or decreases in the Company's foreign currency transactions are offset by gains and losses on the forward contracts, so as to mitigate the possibility of foreign currency transaction gains and losses. The Company does not use forward contracts for trading purposes. All foreign currency transactions and all outstanding forward contracts are marked-to-market at the end of the period with unrealized gains and losses included in other income (expense). As the foreign currency transactions are realized as cash flows against the maturing forward contracts, the realized gains and losses are recorded in net income as a component of other income (expense). The Company's ultimate realized gain or loss with respect to currency fluctuations will depend on the currency exchange rates and other factors in effect as the contracts mature. The unrealized gain (loss) on the outstanding forward contracts at August 31, 2000 was immaterial to the Company's consolidated financial statements. The Company also hedges the net assets of certain of its international subsidiaries.

The net gains on equity hedges are recorded as a component of accumulated foreign currency translation adjustments in stockholders' equity. The Company's outstanding forward contracts and equity hedges as of August 31, 2000 are presented in the tables below.



---

The tables present the notional amounts (at contract exchange rates) and the weighted average contractual foreign currency exchange rates. Notional weighted average exchange rates are quoted using market conventions where the currency is expressed in currency units per U.S. dollar, except for Australia, Ireland, New Zealand and the UK. All of these forward contracts and equity hedges mature in ninety days or less as of August 31, 2000.

**Table of Forward Contracts:**

| Functional Currency | Notional Amount | Notional Weighted Average Exchange Rate |
|---|---|---|
| Australian Dollar | $ 16,693,932 | 0.57 |
| Canadian Dollar | 48,595,676 | 1.48 |
| Danish Krone | 2,988,852 | 8.30 |
| Euro | 97,261,560 | 0.90 |
| Irish Punt | 2,056,220 | 1.14 |
| Japanese Yen | 12,619,243 | 104.62 |
| New Zealand Dollar | 4,293,400 | 0.43 |
| Norwegian Krone | 10,819,730 | 9.03 |
| Singapore Dollar | 31,514,085 | 1.70 |
| Swedish Krona | 12,746,618 | 9.35 |
| Swiss Franc | 5,356,516 | 1.71 |
| Thai Baht | 10,726,174 | 40.56 |
| UK Pound | 130,080,678 | 1.46 |
| | $ 385,752,684 | |

**Table of Equity Hedges:**

| Functional Currency | Notional Amount | Notional Weighted Average Exchange Rate |
|---|---|---|



NDCA-ORCL 143463

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

| | | |
|---|---|---|
| Japanese Yen | $ 15,075,850 | 106.13 |
| Singapore Dollars | 16,727,315 | 1.70 |
| UK Pound | 22,539,750 | 1.50 |
| | $ 54,342,915 | |

Equity Price Risk. The Company, as part of its authorized stock repurchase program, has sold put warrants and purchased call options through private placements with institutional investors. The transactions were exempt under
Section 4(2) of the Securities Act of 1933. The put warrants, if exercised, would entitle the holder to sell one share of Common Stock to the Company at a specified price. Similarly, the call options entitle the Company to buy, on a specified day, one share of the Company's Common Stock at a specified price.

As of August 31, 2000, the Company had a maximum potential obligation under the put warrants to buy back 8,000,000 shares of its Common Stock for a price of $4.85 per share for an aggregate price of approximately $38,800,000. The put warrants will expire at various dates through October 2000.

As of August 31, 2000, the Company had the right to purchase, under the call options, up to a maximum of 4,000,000 shares of its Common Stock at a price of $6.52 per share for an aggregate price of approximately $26,080,000. The call options will expire at various dates through October 2000.



The table below presents the shares, the weighted average strike prices, the contract amount and the estimated fair value of the put warrants and call options as of August 31, 2000:

| | 2000 Maturity | Estimated Fair Value |
|---|---|---|
| Put Warrants: | | |
| Shares | 8,000,000 | |
| Weighted average stock price | $ 4.85 | |
| Contract amount | $38,800,000 | $ -- |
| Call Options: | | |
| Shares | 4,000,000 | |
| Weighted average stock price | $ 6.52 | |
| Contract amount | $26,080,000 | $156,080,000 |

## PART II. OTHER INFORMATION

### Item 1. Legal Proceedings

Shareholder class actions were filed in the Superior Court of the State of California, County of San Mateo against the Company and its Chief Financial Officer and former Chief Operating Officer on and after December 18, 1997. The class actions were brought on behalf of purchasers of the stock of the Company during the period April 29, 1997 through December 9, 1997. Plaintiffs allege that the defendants made false and misleading statements about the Company's actual and expected financial performance, while selling Company stock, in violation of state securities laws. Plaintiffs further allege



NDCA-ORCL 143464

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

Case 3:01-cv-00988-SI Document 1204-1 Filed 10/09/07 Page 22 of 24

that the individual defendants sold Company stock while in possession of material non- public information. The Company believes that it has meritorious defenses to these actions and intends to vigorously defend them.

A related shareholder derivative lawsuit was filed in the Superior Court of the State of California, County of San Mateo on November 17, 1998. The derivative suit was brought by Company stockholders, allegedly on behalf of the Company, against certain of the Company's current and former officers and directors. The derivative plaintiffs allege that these officers and directors breached their fiduciary duties to the Company by making or causing to be made alleged misstatements about the Company's revenue, growth, and financial status while certain officers and directors sold Company stock and by allowing the Company to be sued in the shareholder class actions. The derivative plaintiffs seek compensatory and other damages, disgorgement of compensation received and temporary and permanent injunctions requiring the defendants to relinquish their directorships. On January 15, 1999, the Court entered a stipulation and order staying the action until further notice.

The Company filed petitions with the United States Tax Court on July 29, 1998, challenging notices of deficiency issued by the Commissioner of Internal Revenue that disallowed certain foreign sales corporation commission expense deductions taken by the Company in its 1988 through 1991 tax years and assessed additional taxes for those years in excess of $20 million, plus interest. This matter was stayed by the Tax Court pending resolution of a similar petition filed by Microsoft Corporation. On September 15, 2000, the Tax Court issued its decision in the Microsoft action and ruled in favor of the Commissioner of Internal Revenue. If allowed to stand and if followed by the Tax Court in the Company's case, the Microsoft ruling may be dispositive of certain issues in the Company's case and could result in additional tax liability to the Company for the tax years at issue in the case and for subsequent tax years through 1997. The Company is currently evaluating the implications of the Tax Court ruling on the Company.

The Company is subject to various other legal proceedings and claims, either asserted or unasserted, which arise in the ordinary course of business. While the outcome of these claims cannot be predicted with certainty, management does not believe that the outcome of any of these legal matters will have a material adverse effect on the Company's consolidated results of operations or consolidated financial position.



---

**Item 6. Exhibits and Reports on Form 8-K**

(a) Exhibits

27.1 Financial Data Schedule

(b) Reports on Form 8-K

None



---

**SIGNATURES**



NDCA-ORCL 143465

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

Pursuant to the requirements of the Securities Exchange Act of 1934, Oracle Corporation has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

**ORACLE CORPORATION**

*Dated: October 16, 2000*

*/s/ Jeffrey O. Henley*
*By:* ______________________________
*Jeffrey O. Henley*
*Executive Vice President and Chief Financial Officer*

*Dated: October 16, 2000*

*/s/ Jennifer L. Minton*
*By:* ______________________________
*Jennifer L. Minton*
*Senior Vice President and Corporate Controller*



---

---

**ARTICLE 5**

MULTIPLIER: 1,000

| | |
|---|---|
| PERIOD TYPE | 3 MOS |
| FISCAL YEAR END | MAY 31 2001 |
| PERIOD START | JUN 01 2000 |
| PERIOD END | AUG 31 2000 |
| CASH | 4,837,097 |
| SECURITIES | 225,475 |
| RECEIVABLES | 1,959,278 |
| ALLOWANCES | (262,958) |
| INVENTORY | 9,335 |
| CURRENT ASSETS | 7,258,595 |
| PP&E | 2,174,242 |
| DEPRECIATION | (1,237,485) |
| TOTAL ASSETS | 9,512,527 |
| CURRENT LIABILITIES | 3,307,109 |
| BONDS | 0 |
| COMMON | 27,959 |
| PREFERRED MANDATORY | 0 |
| PREFERRED | 0 |
| OTHER SE | 5,342,939 |
| TOTAL LIABILITY AND EQUITY | 9,512,527 |
| SALES | 0 |



NDCA-ORCL 143466

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

| | |
|---|---|
| TOTAL REVENUES | 2,261,875 |
| CGS | 0 |
| TOTAL COSTS | 1,187,849 |
| OTHER EXPENSES | 356,992 |
| LOSS PROVISION | 58,993 |
| INTEREST EXPENSE | 4,453 |
| INCOME PRETAX | 776,243 |
| INCOME TAX | 275,566 |
| INCOME CONTINUING | 500,677 |
| DISCONTINUED | 0 |
| EXTRAORDINARY | 0 |
| CHANGES | 0 |
| NET INCOME | 500,677 |
| EPS BASIC | 0.09 |
| EPS DILUTED | 0.08 |

**End of Filing**

EDGAR EDGARpro
© 2000 | Financial Insight Systems, Inc.



NDCA-ORCL 143467

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER