Copyright 2000 Bloomberg L.P.

Bloomberg News

December 14, 2000, Thursday 5:45 PM Eastern Time

LENGTH: 644 words

HEADLINE: ORACLE 2ND-QTR NET RISES 62%; APPLICATIONS SALES JUMP

BYLINE: Jim Finkle in San Francisco (415) 912-2996, or jfinkle@bloomberg.net with Ashley Gross in San Francisco/jac

DATELINE: Redwood City, California

BODY:

   Oracle Corp., the world's No. 2 independent computer-software maker, said fiscal second-quarter earnings rose 62 percent, buoyed by sales of a new Internet-friendly suite of business programs.

   Net income for the quarter ended Nov. 30 rose to $622.8 million, or 11 cents a share, from $384.5 million, or 6 cents, a year earlier. Sales jumped 15 percent to $2.66 billion from $2.32 billion.

   Oracle, run by billionaire Larry Ellison, posted the better- than-expected results about 15 minutes before archrival Microsoft Corp., the No. 1 software maker, said sales and earnings will fall short of forecasts in the December quarter because of a slowdown in the personal-computer market.

   Intel Corp., Compaq Computer Corp. and Gateway Inc. have also said results will suffer. Oracle Chief Financial Officer Jeffrey Henley said he doesn't see the slump affecting his company's revenue because Oracle sells mostly to businesses seeking to use the Internet to cut costs and boost efficiency.

   "The economy is slowing," Henley said in an interview. "It's just not having a negative impact on our business."

   Oracle shares fell 88 cents to $27.50 before the report today. They rose as high as $28.38 after the release, then dropped back to $27.25. Microsoft fell $1.75 to $55.50 in regular trading, then declined to $52.63 after the company reduced its forecast.

   Sales of the new Web-based Oracle 11i software suite totaled $279 million for the quarter, jumping 66 percent from year-earlier applications sales. Sales of Oracle's database software, the company's best-selling product, rose 19 percent to $775 million.

   Corporations are spending heavily to become "e-businesses,"
 or companies that use the Internet as much as possible to make their operations and computer networks more efficient, Henley said.

   "If they have to slow down on discretionary spending, it's not going to be on e-business," Henley said.

                              Oracle 11i

NDCA-ORCL 141652

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

Oracle's second-quarter profit beat the average forecast of analysts surveyed by First Call/Thomson Financial by a penny.

Investors were watching for signs that Oracle 11i, introduced in May, has taken off with customers. Ellison has been pushing the package to companies looking to automate business tasks using the Web. Sales of Oracle 11i, which competes with products from Siebel Systems Inc. and SAP AG, disappointed investors in the quarter ended Aug. 31.

Alan Loewenstein, assistant portfolio manager of the John Hancock Technology Fund, said that the results looked positive at first glance. Investors are likely to ask about the outlook for database sales, because some may consider 19 percent growth to be "a disappointment," he said.

Henley said he expects sales growth of Oracle 11i to accelerate in the third quarter, enabling the company to meet its full-year applications sales growth target of 50 percent to 100 percent.

"Hopefully we've got a shot to be at the high end of that range," he said. " The pipeline looks outstanding."

### Profit Forecasts

Henley said he expects the company to report earnings of 12 cents a share in the third quarter, in line with the average analyst forecast from First Call, and 20 cents in the fourth quarter, or a penny above the First Call estimate.

Henley said he's not concerned that growth in sales of database software slowed to 19 percent in the second quarter. That's less than the 32 percent increase in the quarter ended Aug. 31.

He blamed the slower growth on the weakness of the euro, which reduces the value of sales in many European countries when they're converted into U.S. dollars.

"This euro thing is really severe," he said. "This is a normal growth rate when you consider it in terms of local currency growth."

UPDATED-INFO: Adds CFO comments, details starting in fourth paragraph.

LOAD-DATE: December 15, 2000

NDCA-ORCL 141653

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER