## ORACLE
### R@dioWallStreet.com
### ORACLE'S VP/CFO JEFFREY HENLEY
### WILL DISCUSS QUARTERLY RESULTS
### 12/15/00

| | |
|---|---|
| Operator | This program is subject to forward looking statements located at the bottom of radiowallstreet.com web page. The sponsor for today's program is the street.com leveling the playing field for the individual investor that street.com that empowers its users by providing them real time financial news and now also advances the state of the art investment tools at street.com. Ignore them at your own risk. Hello. Welcome back to radiowallstreet. I'm being joined here today by Jeff Henley the Chief Financial Officer for Oracle. Jeff thanks for coming on the program. |
| Jeff Henley | Yeah, my pleasure. |
| VP Jarvis | Let's go over the numbers. How did Oracle do in this quarter? |
| Jeff Henley | Well, we had a great quarter. We did well in our applications business bouncing up to 66% growth and we beat our earnings estimate out on the street by about 10%. And our net income grew 62% so we had another very strong margin improvement story this quarter. We've had that for a number of quarters now, so the margins are continuing to expand nicely and our application business is really picking up steam. And I think we told Wall Street that with the economy right now even though it's slowing doesn't seem to be affecting us. We see no difference in demand for our upcoming third fiscal quarter. So far so good we're optimistic at this point. |
| VP Jarvis | I guess that was a big data point, your earnings announcement, is the fact that |

NDCA-ORCL 141660

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

you're not citing slow down that everybody else is citing?

Jeff Henley   Well, we're in a different segment you know we're showing internet's software, e-business software. That's really where the real interest and demand is right now. So, I think that if people are cutting back a little bit on some areas that's that's right now I don't think they really want to cut back on, so as long as the economy is simply slowing and kind of doing a soft landing I think we'll be fine. If the economy got really really bad then obviously that would probably have some effect on all of us. But so far we look pretty hard at previous indicators. We're seeing no softening in our business.

Jarvis   Where are you building momentum in the business going forward?

Henley   In our applications business, we think that our database business is going to be solid and steady. That the real momentum and much higher growth is going to be in our applications business. We think that that business can grow at very high rates for the next few years.

Jarvis   There was an indication that you were doing a lot more big deals, deals in excess of $500,000. I would assume that that made up a nice percentage of revenues this quarter. Is that to indicate that organizations across the border buying into the Oracle solution?

Henley   Yes, I think so. I think we are seeing that bigger transaction sizer. More in the applications area so the mix of our business moves to applications and as the customers are buying larger suites of our applications products. Yeah, I think it's probably likely to continue.

Jarvis   The pipeline optimism, does that have anything to do with the theory out there

NDCA-ORCL 141661

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

|  |  |
|---|---|
|  | that we're at the front-end of a huge enterprise application replacement cycle? |
| Henley | Yes. Absolutely. I think everybody needs new internet software. They want to move to a model around the internet where they're dealing with their customers, their suppliers over the internet and that creates tremendous business value, creates tremendous productivity, shrinks the supply chains. There is a huge opportunity for companies to get more productive, so that will typically require replacement of many of their business systems. |
| Jarvis | The deal with Covison and what Oracle is going to supplying to that consortium, is that indicative of the kind of deals we're going to be seeing going forward? |
| Henley | I think they bought a lot of the e-business suite. Now that turns out to be a brand new venture between the auto makers so there not really replacing software that trying a brand new company and there trying to build around an e-business architecture. So they bought out financials a number of our different applications, our database, our application server. So, but we think a lot of companies are going to be doing that, either replacing applications or if there newer companies, building up around our suite so we were thrilled that they showed so much of our core technology and we're obviously publicizing that message because we think lots of other people will do the same thing. |
| Jarvis | So the 11i suite of applications, you expect to have several hundred by the end of your fiscal year? |
| Stanley | Well, except that several hundred live, we have several thousand people that are in the process of upgrading right now. A lot of current customers that are moving to the new architecture and then we have lots of new customers that are buying |

NDCA-ORCL 141662

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

|  |  |
|---|---|
|  | this stuff, so in some combination but certainly we have I think 7 or 8 thousand application customers so they'll all eventually over the course of a couple of years upgrade to 11i suite. So we'll have thousands of new customers coming in over the next couple of years and buy our software. |
| Jarvis | The greatest margins you enjoy at Oracle are on the applications side? |
| Stanely | No, no that's not true. |
| Jarvis | No? |
| Stanely | No, no way. Historically our database business has made a higher profit margin but our applications business is now starting to come up and get closer to that, so both businesses are profitable and we're seeing larger improvement across the board in every one of our businesses in our support business, in our consulting business, so forth. |
| Jarvis | Were services down slightly though? |
| Stanley | No, the services business before the effect of currency was up and that's been something that's starting to turn around and we've told people that we'll grow sequentially, we'll see better growth for each quarter for the next couple of quarters because our consulting business is re-bounding. |
| Jarvis | You're not abandoning that as opposed to ... [talking over each other]? |
| Stanley | Oh no, no actually not. |
| Jarvis | When you look at the landscape as far as the IT consulting companies and the troubles they're having, there seems to be a great opportunity since the complexity of the applications are becoming more intense, that Oracle would have an opportunity here to leverage off their installed base and really really hit the |

NDCA-ORCL 141663

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

|  |  |
|---|---|
|  | services sector real hard? |
| Stanley | We want all the different consulting firms to implement our software, however, we don't want them to fear our programing systems integration. If they would work with us and work with our customers and implement a big part of all of our e-business suite, some of the systems integration work they do actually go away. But they can make it up in the volume of doing work for thousands of customers. So we definitely need and want these people to work with us but they don't really need to do systems integration because all of our products are already integrated. |
| Jarvis | Okay, well Jeff thanks a lot for coming on again. I appreciate you taking the time. |
| Stanley | Okay, my pleasure thank you. |
| Jarvis | Take care, and our sponsor today was the street.com leveling the playing field for the individual investor the street.com empowers its users by providing them with realtime financial news analysis and state of the art investment tools. This is street.com. Ignore them at your own risk. |

G:\CASES\Conf-Call\Oracle\Oracle121500

NDCA-ORCL 141664

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

## DECLARATION OF TRANSCRIPTION

I, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, a citizen of the United States and resident of the County of Solano, over the age of 18 years, and not a party to or interested in any action relating to subject matter of this declaration; and that declarant's business address is 100 Pine Street, 26th Floor, San Francisco, California 94111.

2. That on April 10, 2002, declarant listened to the electronic recording labeled **ORACLE, R@dioWallStreet.com, ORACLE'S VP/CFO JEFFREY HENLEY**, that I transcribed the conference call contained on this recording to the best of my abilities, and that this transcription is attached to this declaration.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 10th day of April, 2002, at San Francisco, California.

_____
MARCY M. MEDEIROS

G:\CASES\Conf-Call\Oracle\Oracle121500

NDCA-ORCL 141665

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER