Copyright 2000 Bloomberg L.P.

Bloomberg News

December 15, 2000, Friday 9:03 AM Eastern Time

LENGTH: 382 words

HEADLINE: ORACLE SHARES RISES AFTER REPORTING HIGHER 2ND-QUARTER PROFIT

BYLINE: Jim Finkle in San Francisco (415) 912-2996, or jfinkle@bloomberg.net and Ashley Gross in San Francisco (415)743- 3582 or agross@bloomberg.net /jac/jmg

DATELINE: Redwood City, California

BODY:

   Oracle Corp. shares rose as much as 7.7 percent in early trading after reporting better-than-expected fiscal second-quarter earnings, boosted by sales of new Internet software.

   Oracle, the world's No. 2 independent software maker, rose to $29.38 and earlier increased as much as $29.63. The shares closed at $27.50 in regular trading yesterday.

   The Redwood City, California, company late yesterday said net income rose 62 percent in the three months ended Nov. 30, buoyed by a 66 percent gain in sales of an applications software package called Oracle 11i. The company said it is not being hurt by a slowdown in personal-computer sales that forced Microsoft Corp., along with Intel Corp., Compaq Computer Corp. and Gateway Inc., to reduce their growth targets.

   Companies such as Oracle that cater to the business market "appear to be a bit more bulletproof" than PC makers, said Christian Koch, an analyst with Trusco Capital Management, which holds 3.5 million Oracle shares.

   Microsoft yesterday said sales in its second quarter ending Dec. 31 will be $6.4 billion to $6.5 billion, less than the $6.8 billion average estimate of analysts surveyed by IBES International. Earnings are expected to be 46 to 47 cents a share. The average estimate from First Call/Thomson Financial was 49 cents a share.

   The **economic slowdown** isn't hurting Oracle, said Oracle Chief Executive Larry Ellison, because the company has spent the past three years updating its product line to focus on software that helps companies use the Internet to cut costs and boost efficiency.

   "The whole (idea behind Oracle 11i) is to start saving money fast," said Ellison, the company's billionaire founder who personally managed development of Oracle 11i.

   Oracle's net income for the quarter ended Nov. 30 rose to $622.8 million, or 11 cents a share, from $384.5 million, or 6 cents, a year earlier. Sales increased 15 percent to $2.66 billion from $2.32 billion.

NDCA-ORCL 141658

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

   Oracle 11i sales reached $279 million for the quarter. Sales of Oracle's database software, the company's best-selling product, rose 19 percent to $775 million.

   Oracle's second-quarter profit beat the average forecast of analysts surveyed by First Call/Thomson Financial by a penny.

LOAD-DATE: December 15, 2000

NDCA-ORCL 141659

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER