09:36am EST  8-Feb-01 First Union Securities, Inc.  (Wittmann, CFA,Chip (804) 8
Management indicates final weeks of February critical to quarter

### ###                    FIRST UNION SECURITIES, INC.                    ### ###
February 7, 2001
Management Indicates Final Weeks Of February Critical To Quarter
Company Note
Oracle Corporation (ORCL-NASDAQ)                              Stock Rating: 2

Price:              $27.69           Chip Wittmann, CFA / (804) 868-1136
52-Wk. Rng.:        $46-22              Mark Tyler, CFA / (804) 868-1133
Shares Out.:(MM)    5,597.4              Joshua Wein   / (804) 868-1134
Market Cap.:(MM)    154,993.4

EPS                                        Rev
FY(May)     2000A      2001E      2002E    2001E         2002E
Q1(Aug.)    $0.04      $0.08A     $0.09    $2,261.9MM    $2,631.5MM
Q2(Nov.)     0.07       0.11A      0.13     2,659.5       3,077.0
Q3(Feb.)     0.09       0.12       0.15     2,918.5       3,442.4
Q4(May)      0.16       0.19       0.23     4,108.3       4,759.0
Full FY     $0.34      $0.50      $0.60    $11,948.2MM   $13,909.8MM
FY P/E      81.4x      55.4x      46.2x

Full CY     $0.43      $0.53       NE
CY P/E      64.4x      52.2x       NE
Source: Company data and First Union Securities, Inc. estimates

Target Price:        $35             LT Debt:(MM)              $316.0
Float:(B)            4.2             LT Debt/Total Cap.:        0.0%
Avg. Daily Vol.:     41,444,200      ROE Est.:                  51%
S&P 500:             1,340.89        3-5 Yr. Est. Grth. Rate:   30%
Div./Yield:          $0.00/0.0%      CY2001Est. P/E-to-Grth.:   1.8x

Key Points
* On February 7th, we met with management of Oracle, including CFO Jeff Henley
at Oracle headquarters.
* Oracle is not seeing the effects of a slowing economy at this point, but next
several weeks will be critical.
* Oracle now has 125 live 11i customers with strong ramp expected in future
weeks.
* Management reiterates guidance of 15-20% y/y database revenue growth and 75%
y/y applications revenue growth for FQ301.

ORCL 0000559

Discussion

On February 7th, we met with management of Oracle, including CFO Jeff Henley at
Oracle headquarters. We note the following points regarding our meeting:

Oracle is not seeing the effects of a slowing economy at this point, but next

http://www.firstcall.com/links/81/81480405672578697076/86105053790245847875/41576... 2/27/2002

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 309120

several weeks will be critical. CFO Henley commented that Oracle is not seeing a decline in sales at this point as a result of reduced corporate spending, although this issue has plagued several other large technology companies. While the sales pipeline apparently shows no signs of weakness at this point, we note the next several weeks will be critical for the company as many potential customers will likely make decisions to buy or defer purchase during the activity-intensive final weeks of FQ3. Henley also indicated Oracle would not be immune to any prolonged economic downturn, but felt that current forecasts for F2002 were conservative and had room for some general economic weakness.

Oracle now has 125 live 11i customers with strong ramp expected in future weeks. In addition to having 125 customers live with 11i, Oracle also went live internally with 11i in January. Although some delays were experienced with early implementations, the company now feels the rate of customers going live is on schedule and should ramp to 200+ by the end of the February quarter. With higher numbers of referancable live customers, Oracle now intends to more aggressively pursue Siebel and i2 in their respective markets. We believe the extent to which large third-party consulting firms build practices around Oracle apps products will have noticeable impact on future revenue growth.

Management reiterates guidance of 15-20% y/y database revenue growth and 75% y/y applications revenue growth for FQ3'01. Although database revenue faces tough y/y comps, the company reiterated guidance of 15-20% growth. Management also indicated the applications revenue pipeline was strong and margins for the supply chain suite were meeting expectations in addition to reiterating expectations for 75% revenue growth in FQ3. However, the company also said it did not intend to reinstate the previous policy of breaking out revenue by application as in the past. Therefore, tracking actual traction of CRM and other apps products will be difficult. Investors will instead be limited to tracking the growth of the e-business suite as a whole.

INVESTMENT OPINION

We believe that this quarter's performance will increase investor confidence in the B2B software sector as a whole. Oracle reported stronger growth in application licenses than we expected in F2Q. We feel the apps growth is in part reflective of the very strong demand for enterprise software by corporations wishing to capture the compelling ROI benefits associated with these solutions. Our current assumptions for market growth may be lower than actual market growth due to the strong performance of Oracle in light of heavy competition in the marketplace. In addition, we believe a significant number of Oracle's sales came during the late stages of its November quarter, which we believe will have positive implications for its peers' December quarters. We maintain our Buy rating and $35 price target (15.3x 2001 revenue estimate).

Additional information available upon request.

**ORCL 0000560**

First Union Securities, Inc. maintains a market in the common stock of ORCL.

First Union Securities makes a market in Agile Software, Ariba, Aspen Technology, Commerce One, i2, and Oracle.

http://www.firstcall.com/links/81/81480405672578697076/86105053790245847875/41576... 2/27/2002

**CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER**

**NDCA-ORCL 309121**

```
source: First Union Securities, Inc. estimates
First Call Corporation, a Thomson Financial company.
All rights reserved.  888.558.2500
]

EON
```

ORCL 0000561

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 309122