```
01:11pm EST 15-Dec-00 Josephthal & Co. Inc. (Bert Hochfeld 212 907-4473) ORCL
ORCL: Raising Estimates, Reiterate Buy Rating
```

Josephthal & Co. Inc.
Institutional Research
200 Park Avenue
New York, New York 10166
(212) 907-4000 Fax: (212) 986-8121

Morning Note - December 15, 2000

Oracle - Buy (ORCL - #, o)

| Price | 52-Week | EPS (FY: 5/31) | | | FY P/E | |
|---|---|---|---|---|---|---|
| 12/14/00 | Price Range | FY00A | FY01E | FY02E | FY01E | FY02E |
| $27 1/2 | $46 15/16- $19 3/32 | $0.34 | $0.53 | $0.69 | 51.9x | 39.9x |
| Prior | | | 0.43 | 0.62 | | |

| Quarterly EPS* | Aug. | Nov. | Feb. | May |
|---|---|---|---|---|
| 2000A: | $0.04 | $0.06 | $0.08 | $0.15 |
| 2001E: | $0.08A | $0.11A | $0.13 | $0.21 |
| 2002E: | $0.11 | $0.14 | $0.17 | $0.27 |

**ORCL 0000619**

DJIA: 10,675                         Shares Outstanding: 5.9 billion
S&P 500: 1,341              Market Capitalization: $161.6 billion

ORCL: Raising Estimates, Reiterate Buy Rating

Oracle announced the results of another excellent quarter. The firm generated $2.7 billion in revenue and $623 million in net income ($0.11 per share).

Applications sales once again turned in outstanding growth of 66%, while database software sales growth remained at a level essentially consistent with prior company guidance. Pricing remains robust.

Service revenue growth, at 9%, was in line with prior management guidance trends during the recent past. That being said, we anticipate a moderate level of acceleration in services revenue growth going forward.

Most importantly, management comments regarding expectations for growth in future quarters supported our contention that the high ROI of enterprise applications will continue to drive strong growth, despite the slowing economy. This is in sharp contrast to the impact the economy is having on hardware manufacturers and other software manufacturers, particularly Microsoft. Our contention remains that growth in enterprise applications is not a function of computer sales. This is a key differentiating factor in the prospects for this space versus the aforementioned companies.

Declines in the Euro have partially masked the robustness of the firm's underlying business segments. Management's projections for the third and fourth quarters include an assumption of continued weakness in the Euro of 5% and 3%, respectively. If this expectation goes unrealized, currency translation may be a source of future upside earnings surprises. Additionally, a number of large clients have bought elements of Oracle's integrated solution as part of a piecemeal strategy for acquisition of the full solution.

Regarding the competitive landscape, Oracle offers, and has demonstrated that it can deliver, a single solution for large global clients. This substantially

**CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER**

**NDCA-ORCL 308952**

reduces the largest source of implementation cost and risk that clients face: integration. However, our research indicates that there is sufficient room in the market for both best-of-breed and integrated solutions. Indeed, we would caution investors that some management comments regarding specific competitive take-aways need, at best, to be examined with the proverbial grain of salt.

Although we believe that the outlook for Oracle is very positive, the stock remains expensive at a P/E/G of 1.5 to 1.6 on anticipated calendar 2001 results. We believe upside potential is limited in the current market environment. In a more benign environment, a P/E/G of 2 seems achievable; implying a 12 month price target of $38 per share.

Analyst:     Bert Hochfeld                                    (212) 907-4473
Associate:   Martin Schutz, CFA

(o) Listed options are available
(#) Josephthal & Co., Inc. makes a market in this over-the-counter security.

Additional information is available upon request.
This report was prepared by Josephthal & Co. Inc. and is for the exclusive use of our clients. Information contained herein has been compiled from sources we believe to be reliable, but we do not guarantee its accuracy or completeness. This is not a solicitation of any order to buy or sell. Josephthal & Co. Inc., its affiliates, and/or its officers, directors, employees or stockholders may at times have a position in, including an arbitrage or option position in, the securities described herein, and may sell or buy them to or from customers. The company may from time to time act as a consultant to a company being reported on.  (Copyright 2000 by Josephthal & Co. Inc., all rights reserved.
First Call Corporation, a Thomson Financial company.
All rights reserved.  888.558.2500
]

EON

ORCL 0000620

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 308953