```
08:23am EST 15-Dec-00 Goldman Sachs (Rick G. Sherlund) ORCL
Oracle Reports Robust Apps Growth; Mgmt States Strong Business Outlook; RL

              Goldman, Sachs & Co. Investment Research

 Oracle Reports Robust Apps Growth; Mgmt States Strong Business Outlook; RL

********************************************************************
* Oracle reported strong fiscal 2Q (Nov) results across all geographies *
* with rev gwth of 15%, in line with ests. Despite negative currency, apps*
* gwth was robust at 66%, above our 50% est and database gwth of 19% was *
* also in line with our and Street ests.  EPS of $0.11 increased 66% over *
* $0.06 last year.  Hosting a bullish conf call, Oracle was optimistic  *
* about F3Q, with apps gaining traction with large, referencable        *
* customers; company outlook is strong despite broader concerns of      *
* potential economic slowdown. We maintain our F2001 rev est of approx  *
* $12B and EPS of $0.51 and F2002 rev est of approx $15B and EPS of $0.64.*
* Maintain Buy Rating.                                                  *
********************************************************************

       Rick G. Sherlund (New York) 1 212-902-6790  - Investment Research
       Lilly Bahramipour (New York) 1 212-902-4605 - Investment Research
         Nils Tristan (New York) 1 212-902-4077   - Investment Research
          Sheng-Sheng Foo (New York) 1 212-357-4172 - Investment Research
        Patricia Reddington (New York) 1 212-902-1950 - Investment Research

==================  NOTE  8:01 AM  December 15, 2000  ==================

                     Stk    Latest  52 Week    Mkt Cap    YTD Pr    Cur
                     Rtg    Close   Range      (mm)       Change    Yield
                     ---    ------  -------    -------    ------    -----
Oracle Corp.         RL     27.50   47-19      153929.    -2%       0.0%

                 ---------------Earnings Per Share---------------
ORCL (US$)       Aug     Nov     Feb     May     FY      CY
     2002 FY     0.10    0.13    0.15    0.26    0.64
     2001 FY     0.08A   0.11A   0.12    0.20    0.51    0.55
     2000 FY(A)  0.04    0.07    0.09    0.16    0.34    0.42

                 -Abs P/E on-    -Rel P/E on--   EV/NxtFY  LT EPS
                 Cur    Nxt     Cur     Nxt      EBITDA    Growth
                 -----  -----   -----   -----    --------  ------
ORCL     FY      53.9X  43.0X   2.3X    1.9X     NA        25%
         CY      50.0           2.1
```

========================================================================
* Oracle delivered strong earnings, benefiting from: 1) growing traction
  in the application market fueling robust applications revenue growth of
  66% (or 73% in local currencies); and 2) solid database growth of 19%
  (or about 26% growth in local currencies); and 3) further operating
  margin expansion. The company reported 83 live customers on its 11i
  applications suite (we estimate about 20% are live on the CRM module and
  30% may be live on SCM) with several hundred expected to be live by the
  end of the February quarter. Oracle emphasized that its key
  differentiation is its fully integrated suite of applications that
  installs relatively quickly, requiring minimal systems integration.

* Oracle management indicated it has seen no effects of a slower economy
  on its business. We note that the company is positioned in a high
  growth market and has new product momentum with the applications Release

NDCA-ORCL 005851

11i. Management expects applications growth of about 75% in the February quarter, but we have modeled only 60% given our view that there may be slower capital spending if the slowing economy continues to broaden the range of sectors that are affected.

==========================================================================

QUARTERLY REVIEW
Oracle continues to use integration as a long-term strategy and competitive advantage. Management seems very bullish on the growth opportunity for its 11i-application suite across all geographies, and has characterized its sales prospect pipeline as 'astounding.'

The company posted an impressive quarter with good key metrics across the geographies and business segments despite a 6.5% negative impact from currency. We would expect currency to have some dampening effects on business for the remainder of fiscal 2001, but not as bad as the November quarter (assuming no change from current levels).

License revenue of $1.1 billion was in line with our estimates. As expected, consulting and education increased slightly (growing one percent over last year in local currencies and declining 4% in reported revenues), which should continue to accelerate. Internationally, Oracle had strong results in North America, Asia/Pacific, and EMEA where EMEA doubled its applications sales for two quarters in a row.

The balance sheet remains healthy, with accounts receivable DSO's declining to 66 days from 69 days. Deferred revenues declined 17% sequentially, in line with the company's normal seasonal pattern.

Oracle continues to evangelize the benefits of an integrated suite of applications versus its more functional best of breed competitors (including i2 and Siebel). We believe this is a more compelling advantage in the mid-market where the tradeoff of functionality for the benefits of ease of implementation is less of an issue than for the high-end customers. Oracle disputes the assertion that it is a mid-market vendor, noting a number of high-end customer wins as well.

We remain bullish on Oracle and believe it has likely seen the worst in its transition to the new 11i suite and estimate accelerating top line growth going forward. We do suspect that a tougher macroeconomic environment for capital spending could have some impact on Oracle's business, including a lengthening of sales cycles, higher accounts receivable days sales outstanding, possibly lower average deal sizes, and less upside to operating results and perhaps less of an increase in deferred revenues. To date, this is not evident and the product cycle momentum is robust.

Important Disclosures (code definitions attached or available upon request)
ORCL      : CS, M, SP1, SP2
First Call Corporation, a Thomson Financial company.
All rights reserved.  888.558.2500
]

EON

NDCA-ORCL 005852