```
07:40am EST 15-Dec-00 Goldman Sachs (New York Investment Research) ORCL ACTION
Oracle Reports Robust Apps Growth; Mgmt States Strong Business Outlook; RL
```

Goldman, Sachs & Co. Investment Research

Oracle Reports Robust Apps Growth; Mgmt States Strong Business Outlook; RL

* * FULL ACTION in the A.M. - U.S. * *

```
    New York Investment Research (New York)     -   -  Investment Research
    Rick G. Sherlund (New York) 1 212-902-6790  -      Investment Research
    Lilly Bahramipour (New York) 1 212-902-4605 -      Investment Research
      Nils Tristan (New York) 1 212-902-4077    -   Investment Research
      Sheng-Sheng Foo (New York) 1 212-357-4172 -   Investment Research
    Patricia Reddington (New York) 1 212-902-1950 -  Investment Research
```

================== NOTE  7:06 AM  December 15, 2000  ====================

8. Oracle Corp. (ORCL) $27.50
   Oracle Reports Robust Apps Growth; Mgmt States Strong Business Outlook;
   RL
   Rick G. Sherlund (New York) 1 212 902-6790
   Lilly Bahramipour (New York) 1 212 902-4605
   Nils Tristan (New York) 1 212 902-4077
   Sheng-Sheng Foo (New York) 1 212 357-4172
   Patricia Reddington (New York) 1 212 902-1950

   EPS (FY May): 2001E US$0.51, 2002E US$0.64 - Recommended List

* Oracle reported strong fiscal 2Q (Nov) results across all geographies
  with rev gwth of 15%, in line with ests. Despite negative currency, apps
  gwth was robust at 66%, above our 50% est and database gwth of 19% was
  also in line with our and Street ests. EPS of $0.11 increased 66% over
  $0.06 last year. Hosting a bullish conf call, Oracle was optimistic
  about F3Q, with apps gaining traction with large, referencable
  customers; company outlook is strong despite broader concerns of
  potential economic slowdown. We maintain our F2001 rev est of approx
  $12B and EPS of $0.51 and F2002 rev est of approx $15B and EPS of $0.64.
  Maintain Buy Rating.
* Oracle delivered strong earnings, benefiting from: 1) growing traction
  in the application market fueling robust applications revenue growth of
  66% (or 73% in local currencies); and 2) solid database growth of 19%
  (or about 26% growth in local currencies); and 3) further operating
  margin expansion. The company reported 83 live customers on its 11i
  applications suite (we estimate about 20% are live on the CRM module and
  30% may be live on SCM) with several hundred expected to be live by the
  end of the February quarter. Oracle emphasized that its key
  differentiation is its fully integrated suite of applications that
  installs relatively quickly, requiring minimal systems integration.
* Oracle management indicated it has seen no effects of a slower economy
  on its business. We note that the company is positioned in a high
  growth market and has new product momentum with the applications Release
  11i. Management expects applications growth of about 75% in the
  February quarter, but we have modeled only 60% given our view that there
  may be slower capital spending if the slowing economy continues to
  broaden the range of sectors that are effected.

Important Disclosures (code definitions attached or available upon request)
ORCL         : CS, M, SP1, SP2
First Call Corporation, a Thomson Financial company.

http://www.firstcall.com/links/97/97642107359200091083/28123521226123265537/399148... 2/27/2002

All rights reserved.   888.558.2500
]

EON

NDCA-ORCL 005881