08:08am EST 15-Dec-00 Blair, William & Co. (Laura Lederman) ORCL
Oracle Second Quarter 2001 Earnings Summary

William Blair & Company, L.L.C.                    Laura Lederman (312) 364-8223

ORACLE CORPORATION (ORCL)

| Price 12/15 | Earnings Per Share | | | P/E Ratio | | Div. | Yield | LTGR | Rating |
|---|---|---|---|---|---|---|---|---|---|
| | 5/00 | 5/01E | 5/02E | 5/01E | 5/02E | $0.00 | 0.0% | 25% | "2" |
| $27.50 | | | | | | | | | |
| ($18-$46) | $0.34 | $0.49 | NA | 56.1x | NA | | | | |

Oracle Second Quarter 2001 Earnings Summary
After the market close, Oracle reported strong fiscal second quarter 2001
results.  The upside in the period resulted from strong applications growth and
continued margin improvement.  We highlight the salient points of the quarter
below.

Highlights
* The highlight of the quarter was application sales, which leapt 66%
year-over-year, reaching $279 million.  This was well above the 55%-60% growth
the Street was looking for, and higher than last quarter's 42.5% jump and the
30.6% rise seen a year ago.  On a local currency basis (which normalizes for
foreign currency changes) applications growth was an impressive 73%.  The
higher-than-expected applications number demonstrates the market's strong
acceptance of release 11i, which started shipping at the end of the May quarter.
   Looking forward, management commented that the pipeline is strong and that
they expect 75% (80% on a local currency basis) applications growth for the
third and fourth quarters of fiscal 2001.

* Large deals (greater than $500,000 in size) represented 45% of revenues,
compared with 36% one year ago and 34% last quarter.  The increase is largely
due to strength in Oracle's applications business, where deals greater than
$500,000 are common.

* Database license sales of 19% came in at the low end of the Street's 18%-22%
range estimate.  Importantly, on a local currency basis, database license sales
rose 26%.  The as-reported result is lower than the abnormally high 31.9%
increase posted in August.  We are glad to see a solid database number on the
heels of the strong first quarter, which demonstrates the underlying strength of
Oracle's database franchise.  One possible reason for continued strength in the
server number is all of the database sales being pulled through by the strong
enterprise applications market.  Looking forward, Oracle management expects
database growth of 15%-20% (and 20%-25% on a local currency basis).  While
database was strong this quarter we do worry a bit about growth in the February
quarter given the difficult comparison against the 32% growth seen one year ago.

* In total, currency had a negative 6.5% impact on revenues in the quarter,
compared to -3% in the August period and -2% in the fourth quarter.  If the
dollar remains at current levels versus the European currencies, Oracle should
experience a -5% hit in the third period, and -3% for the fourth quarter.

* Service revenues rose 8.4%, reaching $1.6 billion, up slightly from last
quarter's 7.9% increase.  Going forward, services growth should continue to tick
up as Oracle's consulting business starts to post positive growth numbers.  In
total, the services line should accelerate some 2%-3% per quarter.

* Earnings per share were $0.11, a 66% increase from the $0.06 reported one year
ago and $0.01 better than the Street mean consensus of $0.10.

* Continuing on its path of margin improvement, Oracle posted an operating

NDCA-ORCL 005866

margin of 35.6%, a dramatic improvement from the 24.8% posted one year ago. This figure also marks a sequential improvement from the 29.1% seen last period. Improved cost of services and sales and marketing ratios led to the year-over-year increase. We should continue to see year-over-year margin improvement for the next two quarters and during fiscal 2002, but the rate of improvement should slow next year because by then the company already will have seen two years of margin improvement.

* Importantly, Oracle management has not seen any slowing of its business in the current quarter due to the economic slowdown. In fact, the third-quarter pipeline looks quite strong. The company mentioned that it is comfortable with the Street's $0.12 third-quarter EPS estimate.

Estimates, Rating, and Valuation
We are still estimating EPS of $0.49 for full year 2001. (The penny from this quarter did not raise our estimate, due to rounding.)

We maintain our "2," or Long-term Buy, rating on Oracle shares. Oracle is an excellent franchise name, unlike many of the newer names in the software space that are shooting stars--ones that will sparkle and then quickly fade. We also feel increasingly optimistic concerning Oracle's applications business based on the current quarter and feedback from the Big Five consultancies (see the applications section below for details).

That said, if the economy continues to worsen and capital spending weakens, Oracle could see its business slow as well. Thus, for the next six months or so, the economy is the greatest swing factor in Oracle shares. Our best guess is that Oracle's products are mission-critical enough, supporting key business initiatives, that this is likely to be one of the companies to falter later rather than sooner if the economy worsens.

Details
More on Revenues
Total Revenue. Including product licenses and services, this rose 14.5% year-over-year to $2.7 billion, weighed down by slower services growth. This figure compares with the 14% revenue growth seen last quarter and the 13% percent growth seen in fiscal second quarter 2000.

Total License Revenues. Combining applications, tools, and database licenses, Oracle's product revenues grew 24.6% in the period to $1.1 billion. This compares with the 28% reported in August, 22% in May, 30% in February, and 18% in the year-ago November quarter.

Applications. With the shipment of release 11i in May, Oracle arguably has the strongest applications suite and market position in the company's history. Other companies offer best-of-breed solutions, while Oracle offers an integrated suite of marketing software, electronic store, salesforce automation, call center, supply chain, e-procurement and back-end enterprise resource planning (including accounting, manufacturing, and human resources) products.

The company has some 83 release 11i customers up and running and expects to see a hundred more come live "soon." During the conference call Oracle announced 11i deals with JDS Uniphase (JDSU $61.50), American General Insurance (AGC $79.88), Compaq (CPQ $18.70), and HP (HWP $33.50).

This quarter's result indicates that Release 11i is gaining momentum in the marketplace. Our field checks support this view. We have spoken to representatives from the Big Five consulting firms who echo the view that Oracle's applications business is gaining momentum. Specifically, they are seeing Oracle in the running for almost every big enterprise resource planning

http://www.firstcall.com/links/87/87497189372868608966/2878383854377812333/399156... 2/27/2002

NDCA-ORCL 005867

(ERP) deal, whereas in the past they saw only SAP (SAP $37.50) in the queue for every large deal--Oracle is gaining share from SAP.  Interestingly, they also have seen some customers choose to put in Oracle and remove their SAP and Baan installations.  As for newer applications, the consulting firms have commented quite favorably on Oracle's e-procurement and field service applications.  On the subject of the stability of 11i, they say that the release is no more "buggy" than any other major product introduction (except for the order management module, which apparently has more bugs).

Tools.  Tool revenues fell 34.4% year-over-year, similar to the 38% drop we saw last quarter, hitting $38.5 million.  Tools continues to fall as Oracle essentially has been giving away tools to development partners, thus bringing down category revenues.

Services.  Breaking out the 8.4% growth in service revenues, the 21% increase in support (28% in local currencies) was offset by a 4% drop in consulting/education revenues (1% growth assuming a constant dollar).  Consulting has been declining over the past year since Oracle handed over business to the Big Five accountancies so that they would be more favorably inclined to recommend Oracle's software.  Management believes that consulting hit the low point in the first fiscal quarter and should see positive growth in the second half of the year and beyond.

Growth by Geographic Region.  Oracle's Americas total revenue grew 20% in the period, compared to 15% last quarter.  Revenues from the EMEA (Europe, Middle East, and Africa) rose only 1% due to the weak Euro, down from the 4% rise seen in first quarter 2001 (and 18% in local currencies).  Finally, Asia rose 28%, compared with last period's 35% (34% in local currencies).

Margins.  Operating margin continued to show improvement, rising 1080 basis points year-over-year, to 35.6%, and was even higher than the first quarter's 29.1% number.  The main reason for the improvement is that Oracle increased revenues 15% while decreasing operating expenses by $32 million year-over-year.  Specifically, the improvement came from both cost of services and the sales and marketing lines.  Cost of services declined $58 million year-over-year, causing gross margins to increase 630 basis points to 73.9%.  Also contributing to margin improvement, sales and marketing spending fell 310 basis points as a percentage of revenue to 24.1%.  R&D and G&A were also under control in the period, both falling 70 basis points respectively year-over-year as a percentage of revenues.

Additional information is available upon request.

William Blair & Company, L.L.C. maintains a market in the common shares of Oracle Corporation.

Copyright 2000 by William Blair & Company, L.L.C.
First Call Corporation, a Thomson Financial company.
All rights reserved.  888.558.2500
]

EON

NDCA-ORCL 005868