# Oracle Corp.

December 15, 2000

**Neil J. Herman** (212) 526-6093
David Lehmann (212) 526-5996
Bill Warren (212) 526-5977
Sam Pattanayak (212) 526-8706

LEHMAN BROTHERS

## Oracle's Application Business Leads Solid Quarter

ORCL—Stock rated: **Buy**
Price (12/14/00): **$27 1/2** – Target: **$50**

### Earnings Estimates

| 2000A: $0.34 | 2001E: $0.52 | 2002E: $0.67 |
|---|---|---|
| 1QA: $0.04 | 1QA: $0.09 | |
| 2QA: $0.06 | **2QA: $0.11** | |
| 3QA: $0.08 | 3QE: $0.12 | |
| 4QA: $0.15 | 4QE: $0.21 | |

- Yesterday after the close, Oracle announced strong second quarter earnings of $0.11, a penny better than our and the consensus estimate of $0.10. Application growth stole the show, up 66% (73% constant currency) but database growth also was healthy at 19% (26% constant currency). Net/net--solid quarter. Reiterate Buy.

- Total revenue increased 15% to $2.66 billion, assisted by stellar year-over-year application growth of 66%. The database business also proved healthy, growing 19% y/y, slightly shy of our 22% estimate. The balance sheet was clean and DSOs dropped to a low 66 days. Noteably, currency exchange rates negatively impacted license growth to the tune of seven percentage points.

- The operating margin continued its climb reaching nearly 36% up from 25% just one year ago.

- The backlog and pipeline of future business continues to grow and Oracle apparently is seeing no signs of a slowdown. Raising numbers, Reiterate Buy.

### Application Upside Surprise

Yesterday after the close, and contrary to the deep skepticism in the market, Oracle reported strong fiscal second quarter earnings of $0.11 per share, one penny above our and the consensus estimate of $0.10. Excluding the impact of currency exchange rates, database license revenue (71% of total license revenue) grew an impressive 26% year-over-year, complementing nicely the applications' year-over-year growth of 73%. Including currency impacts database revenue grew 19% to $775 million, slightly less than our estimate of 22% growth and $794 million. Application license revenue, however, surprised to the upside, posting 66% year-over-year growth to $279 million, surpassing our 60% modeled growth estimate while conquering the market skepticism about the merits of 11i. Overall license revenue and total revenue grew just under 25% and 15%, respectively. The balance sheet was clean as DSOs dropped a couple days to an impressive 66 days. Cash and investments did come down in the quarter, but that, we believe, is the result of the buyback of at least some 53.5 million shares. In fact, Oracle has bought back over $5 billion in stock over the last two quarters. Overall, we believe the company reported a very healthy quarter and represents, in our view, a significant sign of strength in an otherwise difficult market.

### Oracle's 11i Application Suite Begins to Bear Fruit

Following a less than stellar fiscal first quarter where the company reported year-over-year application growth of 42.5%, Oracle bounced back with a very strong showing of 66% year-over-year application license growth. While the database growth number missed our mark by three percentage points, we believe the 19% level still represents healthy expansion. Unlike the last two quarters where either the application business or the database business performed well (but not both concurrently), this time we believe Oracle proved it could skillfully manage and grow both sides of the business. Adoption of Oracle 11i is progressing smoothly as 83 customer to date are live and, according to the company, will be followed by another 100 or so over the next couple weeks. A number of 11i customers were announced this quarter, including BellSouth, GE Power, Qualcomm, Paradyne and Agilent. Some of these apparently represented head-to-head wins and

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER              NDCA-ORCL 435064

even replacements of Oracle's competitors. CEO Ellison again stressed the virtues of the comprehensive e-commerce solution that 11i delivers and focused on the significantly reduced integration requirements. While Oracle is very unlikely to win a head-to-head functionality bakeoff with its best-of-breed brethren of i2, Siebel and others, we do believe that these application growth results further validate the notion that many corporate IT decision makers really do prefer an integrated, comprehensive solution (whether its all bought up front or piecemeal), even when some depth of functionality is sacrificed. Speaking with corporate executives, consultants and other industry sources, we also have confirmed that an integrated e-business solution is very important to IT purchasers, which clearly augurs well for Oracle. However, we note that many other corporate executives demand best-of-breed products and are willing to spend the money and time to integrate disparate technologies from various vendors. Therefore, we believe the world today is big enough for both types of players and while we expect Oracle to do extremely well with its 11i initiative, we also believe that the best-of-breed players such as i2 and Siebel also have plenty of room to play.

### Operating Margin Continues its Northward Climb

Again, Oracle surprised us on the operating margin line. Our 31.4% estimate proved far too low as the company drove its higher margin license revenue while de-emphasizing its lower margin consulting business and keeping a lid on expenses. The 35.6% operating margin in the quarter beat our estimate by over four percentage points and represented an impressive nearly 11 point gain over fiscal Q2 one year ago. As the company continues to grow its license revenue faster than its consulting business we look for further operating margin expansion and, in fact, we raised our operating margin estimates going forward including our target for fiscal 2002 to 42% from our previous 40% estimate.

### Pipeline and Backlog Foreshadow Further Oracle Success

The company's visibility into the future has never been better as the pipeline and backlog of business is stronger than ever. E-commerce continues to drive sales of both the database and applications and we see no slowdown ahead. Despite the negativity surrounding technology companies and potential IT expenditure declines next year, we believe spending on e-commerce and Web development is on track to accelerate. The internet and e-commerce represent revenue generating opportunities that corporations must capitalize on or be forced to watch competitors do so while stealing precious market share. Oracle should be a beneficiary of this trend, even in an economy that is less than stellar.

### Reiterate BUY

Due to the tremendous fiscal third quarter the company reported a year ago, we are not raising our earnings estimate, but did take our fourth quarter estimate up by one penny to $0.21, resulting in a 2001 year estimate of $0.52 up from $0.50 Additionally, we raised our fiscal 2002 earnings estimate by two pennies to $0.67 from $0.65. We believe business remains strong at Oracle and reiterate our Buy rating.

---

This document is for information purposes only. We do not represent that this information is complete or accurate. All opinions are subject to change. The securities mentioned may not be eligible for sale in some states or countries. This document has been prepared by Lehman Brothers Inc., Members SIPC, on behalf of Lehman Brothers International (Europe), which is regulated by the SFA. ]