```
07:59am EST 15-Dec-00 CIBC World Markets Corp. (M. Eisenstat 212-667-4665) ORCL
ORCL: Apps Fly, Databases Strong, Management Okay For Now. P1-2
```

Part 1 of 2

CIBC World Markets

Enterprise Software
Melissa Eisenstat      (212) 667-4665
Jeff Burnett           (212) 667-7990

December 15, 2000
Oracle Corporation
Apps Fly, Databases Strong,
Management Okay For Now.

**Investment Conclusion**

Oracle reported strong 2Q01 EPS of $0.11, ahead of our estimate of $0.09 and consensus of $0.10. Revenues of $2.7 billion were on target with our forecast and reflected a more favorable mix of licenses to services. Earnings also benefited by $0.01 from a lower share count as the company repurchased shares.

Oracle's applications business appears to be building the momentum management has long talked about, growing 66% to $279.3 million from $167.8 million last year. Although management might be to differ, our sense is that companies are hesitant to embrace the "suite" concept and they will continue to purchase point solutions one applications at a time.

As we have previously written, we believe Oracle will see the demand for databases increase as companies backfill their purchases of web enabled applications earlier in the year. This segment grew to $775 million from $650 million last year, a growth rate of 19%.

We think long term concerns about management depth is warranted, although the strength of the business may be masking this weakness for now. In the event of an economic downturn or a slow down in software sales, we think the void in management could be magnified and is a longer term risk.

We continue to like the stock based on business fundamentals and have raised our FY 2001-02 EPS estimates from $0.49 and $0.60 to $0.51 and $0.61. We have lowered our price target to $42 from $59 to reflect the current stock market environment. We continue to value the stock by applying a 19x multiple based on the average given to Oracle's competitors, resulting in a price target of $42.

| | |
|---|---|
| Rating: | BUY |
| ORCL-OTC(12/14/2000) | $27 1/2 |
| 52-week | $46 1/2-20 23/32 |
| Shares Out | 5.9 Billion |
| Float | 4.4 Billion Shares |
| Market Cap | $162 Billion |
| Div/Yield | Nil/Nil |
| Fiscal Year | May |
| Book Value | $0.84 per Share |
| FY 2001E ROE | 52.0% |
| LT Debt | $301 Million |
| Preferred | Nil |
| Com Equity | $4.9 Billion |

| Earnings per Share | Prior | Current |
|---|---|---|
| FY 2000 | --- | $0.34 |
| FY 2001E | $0.49 | $0.51 |
| FY 2002E | $0.60 | $0.61 |
| P/E Ratio | | |
| FY 2000 | --- | 80.9X |
| FY 2001E | 56.1X | 53.9X |
| FY 2002E | 45.8X | 45.1X |

melissa.eisenstat@us.cibc.com

Company Description:
Oracle is the second largest software company. It dominates the enterprise software industry, selling a broad range of products including databases, tools and applications.

**ORACLE CONFIDENTIAL**

Review of 2Q01 Results

Strong 2Q results despite a looming economic slowdown
Oracle reported strong 2Q01 results despite a slowdown in the global economy which has already affected other technology vendors. The company reported EPS of $0.11, ahead of our estimate $0.09 and the $0.10 consensus estimate. The bottom line results reflected 66% growth over last year's $0.06. Revenues of

NDCA-ORCL 016873

officers and/or employees, may have a long or short position or deal as principal in the securities discussed herein, related securities or in options, futures or other derivative instruments based thereon. A CIBC World Markets company may have acted as initial purchaser or placement agent for a private placement of any of the securities of any company mentioned in this report, may from time to time solicit from or perform financial advisory, investment banking or other services for such company, or have lending or other credit relationships with the same. The securities mentioned in this report may not be suitable for all types of investors; their prices, value and/or income they produce may fluctuate and/or be adversely affected by exchange rates.

Since the levels and bases of taxation can change, any reference in this report to the impact of taxation should not be construed as offering tax advice; as with any transaction having potential tax implications, clients should consult with their own tax advisors. Past performance is no guarantee of future results.

For private clients in the UK: Investors should seek the advice of an investment advisor if they have any doubts about the suitability of an investment. Although each company issuing this report is a wholly owned subsidiary of Canadian Imperial Bank of Commerce ("CIBC"), each is solely responsible for its contractual obligations and commitments, and any securities products offered or recommended to or purchased or sold in any client accounts (i) will not be insured by the Federal Deposit Insurance Corporation, the Canada Deposit Insurance Corporation or other similar deposit insurance, (ii) will not be deposits or other obligations of CIBC, (iii) will not be endorsed or guaranteed by CIBC, and (iv) will be subject to investment risks, including possible loss of the principal invested. The CIBC trademark is used under license.
( 1999 CIBC World Markets Corp. and CIBC World Markets Inc. All rights reserved.
more to follow...Part 1 of 2

First Call Corporation, a Thomson Financial company.
All rights reserved.  888.558.2500
]

EON

ORACLE
CONFIDENTIAL

NDCA-ORCL 016874

07:59am EST 15-Dec-00 CIBC World Markets Corp. (M. Eisenstat 212-667-4665) ORCL
ORCL: Apps Fly, Databases Strong, Management Okay For Now. P2-2

Part 2 of 2

On the balance sheet Oracle has $4.36 billion in cash, down from $5.06 billion last quarter, as the company continues to actively buy back stock on the open market. The company continues to collect payments in a timely fashion as days sales outstanding (DSO) was at a healthy 66 days, down from 67 days in the last quarter.

Outlook

Oracle remains at the vortex of the corporate adoption of Web-enabled applications. We think demand for databases will be driven by customers backfilling this year's applications purchases with underlying infrastructure. We think applications growth will be driven by a "suite" story that, while not practical to implement in most organizations, is a compelling vision for buying Oracle applications one at a time. Our own field research confirms these views.

Still not immune to an economic slowdown
Although Oracle is not currently seeing a pull back in its business, we do not believe the company is entirely immune to an economic slowdown. We do think, however, that with all the applications that have been purchased but have yet to be implemented, there is likely to be strong demand for databases going forward.

Strong quarter masks weakness in upper management
We think the strength of the business is masking what we regard as weakness of the management team for now. However, should a slow down in the global economy affect the company or if software sales begin to lose momentum, we think this weakness could become more exposed and critical.

Changes To The Model

We have adjusted our model slightly to reflect faster a revenue mix that favors licenses more than we previously thought. We have also reduced our expense assumptions in the cost of services, where the company is operating more efficiently than we previously expected.

Specifically, we have fine-tuned total FY 2001 revenues to $12.1B from $12.2B. Our revenue mix is more tilted towards higher margin licenses as we have raised our license forecast from $5.55B to $5.57B. We have reduced our services forecast from $6.66B to $6.51B, although we would expect services to pick up over the next year as customers implement the increasing amount of applications software they are finally buying. For next year, we have fine-tuned revenues from $15.0B to $14.8B, making adjustments to both licenses and services revenues. We expect the upcoming Oracle 9I technology to begin contributing to the business in the second half of FY 2002, and have modeled $325M, primarily in the second half of the fiscal year.

We have reduced our cost of services estimate to reflect the better operating efficiencies the company is getting out of its consulting and ed organization. However, given that we expect services to pick up steam over the next year, we are not expecting quite the amount of margin expansion management has alluded to. Our operating margin assumptions for the next two years have increased from 35% and 36% to 37% and 38%.

**ORACLE CONFIDENTIAL**

We have increased our EPS estimates from $0.49 and $0.60 for the next two years to $0.51 and $0.61

Valuation
We continue to value the shares of Oracle based on a market capitalization-to-revenue multiple of comparative companies (Exhibit 1). Included in our comparative valuation are companies that Oracle competes directly within its respective application space. Taking the average of market capitalization-to-revenue we get a 19x multiple. By applying the 19x

http://www.firstcall.com/links/32/...39408725412694497769/399153860.html

multiple to the company's CY 2001 we calculate a target price of $42, a 54% upside. We are lowering our 12 - 18 month price target of Oracle from $59 to $42 to reflect the recent slide in the technology sector and continue to rate the shares of the company a Buy.

Exhibit 1 Market Capitalization to Revenue Valuation Table

source: Stockval, ILX Systems, CIBC World Market Estimates

Our quarterly EPS estimates are shown below.

|  | 1 Qtr. | 2 Qtr. | 3 Qtr. | 4 Qtr. | Year |
|---|---|---|---|---|---|
| FY 2000 Actual | $0.04 | $0.06 | $0.08 | $0.15 | $0.34 |
| FY 2001E Prior | $0.08A | $0.09E | $0.12E | $0.19E | $0.49E |
| FY 2001E Current | $0.08A | $0.11A | $0.12E | $0.20E | $0.51E |
| FY 2002E Prior | $0.09E | $0.12E | $0.14E | $0.25E | $0.60E |
| FY 2002E Current | $0.08E | $0.11E | $0.15E | $0.26E | $0.61E |

ORACLE CORP. - Earnings Model ($ in millions, except EPS)

Source: Company Data, CIBC World Markets
==========================================================================

This report is issued by (i) in the US, CIBC World Markets Corp., a member of the NYSE and SIPC, (ii) in Canada, CIBC World Markets Inc., a member of the IDA and CIPF, and (iii) in the UK, CIBC World Markets International Ltd. or CIBC World Markets plc, each of which is regulated by the SFA. Any questions should be directed to your sales representative.

Every state in the United States, province in Canada and most countries throughout the world have their own laws regulating the types of securities and other investment products which may be offered to their residents, as well as the process for doing so. As a result, some of the securities discussed in this report may not be available to every interested investor. Accordingly, this report is provided for informational purposes only, and does not constitute an offer or solicitation to buy or sell any securities discussed herein in any jurisdiction where such would be prohibited. No part of any report may be reproduced in any manner without the prior written permission of CIBC World Markets.

The information and any statistical data contained herein have been obtained from sources which we believe to be reliable, but we do not represent that they are accurate or complete, and they should not be relied upon as such. All opinions expressed and data provided herein are subject to change without notice.

A CIBC World Markets company or its shareholders, directors, officers and/or employees, may have a long or short position or deal as principal in the securities discussed herein, related securities or in options, futures or other derivative instruments based thereon. A CIBC World Markets company may have acted as initial purchaser or placement agent for a private placement of any of the securities of any company mentioned in this report, may from time to time solicit from or perform financial advisory, investment banking or other services for such company, or have lending or other credit relationships with the same. The securities mentioned in this report may not be suitable for all types of investors; their prices, value and/or income they produce may fluctuate and/or be adversely affected by exchange

**ORACLE CONFIDENTIAL**

NDCA-ORCL 016876

http://www.firstcall.com/links/32/...3940872541269449769/399153860.html

rates.

Since the levels and bases of taxation can change, any reference in this report to the impact of taxation should not be construed as offering tax advice; as with any transaction having potential tax implications, clients should consult with their own tax advisors. Past performance is no guarantee of future results.

For private clients in the UK: Investors should seek the advice of an investment advisor if they have any doubts about the suitability of an investment. Although each company issuing this report is a wholly owned subsidiary of Canadian Imperial Bank of Commerce ("CIBC"), each is solely responsible for its contractual obligations and commitments, and any securities products offered or recommended to or purchased or sold in any client accounts (i) will not be insured by the Federal Deposit Insurance Corporation, the Canada Deposit Insurance Corporation or other similar deposit insurance, (ii) will not be deposits or other obligations of CIBC, (iii) will not be endorsed or guaranteed by CIBC, and (iv) will be subject to investment risks, including possible loss of the principal invested. The CIBC trademark is used under license.
( 1999 CIBC World Markets Corp. and CIBC World Markets Inc. All rights reserved.
First Call Corporation, a Thomson Financial company.
All rights reserved.  888.558.2500
]

EON

ORACLE
CONFIDENTIAL

f 3                                                                                                    12/15/2000 8:15 AM

NDCA-ORCL 016877