```
09:58am EST 15-Dec-00 Wit SoundView (Jim Mendelson 203-462-7213) ORCL
Oracle Earnings Release December 15, 2000
```

Oracle Earnings Release (ORCL)    Rating: Strong Buy    Price: $27.50

| (FYE May) | F00 | F01 | F02 | Curr. | Last | Yr. Ago |
|---|---|---|---|---|---|---|
| Revenue ($M) | 10,130 | 11,837 | 14,144 | 2,869 | 2,660 | 2,449 |
| EPS | 0.68 | 0.51 | 0.63 | 0.12 | 0.11 | 0.09 |
| Old Revenue | | 11,838 | 14,111 | | | |
| Old EPS | | 0.50 | 0.63 | | | |

| | Reported | Estimate | Last Qtr. | Yr. Ago |
|---|---|---|---|---|
| Licenses | 1,090 | 1,070 | 772 | 877 |
|   Yr./Yr. Growth | +25% | +22% | +28% | +18% |
| Revenue | 2,660 | 2,680 | 2,262 | 2,322 |
|   Yr./Yr. Growth | +15% | +15% | +14% | +13% |
| Gross Margin | 73.9 | 71.8 | 70.2 | 67.6 |
| Operating Margin | 35.6 | 29.8 | 29.1 | 24.8 |
| Tax Rate | 35.5 | 35.5 | 35.5 | 35.0 |
| Shares | 5,875 | 6,016 | 5,932 | 6,012 |
| EPS | 0.11 | 0.10 | 0.08 | 0.06 |
|   Yr./Yr. Growth | +66% | +51% | +112% | nm |

No slowdown here. Overall a quarter much as we had hoped, with a sharp acceleration in applications license revenue growth coupled with continuing dramatic expansion of the operating margin, up 11 points y/y. Currency which has been a drag, was a bit worse than even last quarter, deflating reported revenue growth by 7 points (5 points last quarter). In constant currencies, license revenue growth was 32% -- for the second quarter in a row. EPS came in 10% above our estimates. Management remains very, very bullish with respect to Oracle's prospects, despite acknowledging growing evidence that the broader economy is slowing. We've made modest upward revisions to our revenue estimates, but in the effort to remain conservative, we're leaving our EPS estimates unchanged. We reiterate our strong buy, with a price target of $48.

Conference call was very, very positive. CEO Ellison once again argued the benefits of an integrated applications suite in terms of faster and less expensive deployment, lower support and the opportunities for enhanced revenue from efficient collaboration. It is clear that Oracle is successful in selling the vision, and management cited a growing reference base of successful users, that the company is executing. The strong performance in applications, once again underscores that Oracle's business by product or service is (and probably will continue to be) erratic from quarter to quarter.

Applications license revenue growth accelerated sharply, and management continues to guide investors to expect further acceleration in the coming quarters. Oracle cited a number of significant customer wins - both new ones, and extensions of existing customers. Some of the highlighted names include: JDSUniphase - which has rolled out to more than 14 countries, and is standardizing on Oracle, American General (bought the entire suite), BellSouth, GEPower, Compaq, Hewlett-Packard, Motorola, Hayworth, along with others. There were 25 Advanced Planning Deals in the quarter, and a couple of displacements of I2. Applications also benefited from strong growth across all geographies - something that hasn't happened before. First half applications license revenue growth was 57% y/y.

Big deals over $500k, jumped from 35% to 45% of license revenues from Q2 a year ago to the present - reflecting a the divergence in deals sizes for DBMS and applications - meaning DBMS deals are generally smaller, and benefiting from almost a "pay as you go" approach owing to PU (power unit) pricing, while

NDCA-ORCL 005807

applications deals tend to be considerably larger. As applications continues to expand, big deals should continue to build. Single biggest deal in the range of $10m to $30m, which is typical.

Currency drag was 7 percentage points, the largest ever (last quarter the drag was approximately 5%).

CFO Henley took umbrage at suggestions that Oracle can manage/allocate DBMS and Applications revenues as they wish, and strongly stated that the pricing and classification of revenue is very clean.

Balance sheet - No surprises at first glance, DSOs down to 66 vs 69 a year ago. Cash down due to Oracle's repurchase of $5b worth of its stock.

Macro-economy is slowing, but Oracle is not - Management acknowledged that the broader economy is slowing, but strongly stated that they do not see their business following suit. Oracle argues that its applications are key to leveraging the e-economy, and that the real slowdown in tech spending is on pcs and consumer. While management is optimistic that its growth will not be visibly affected in the event of a "soft landing," they do acknowledge that if there is a "hard landing" the outlook is less certain.

Estimates - No major revisions, though we have increased our license revenue growth rates for the next two quarters, as we have bumped up our applications estimates (from roughly 50% gains to 65% or so). We reduced our consulting revenue forecast, since it is generally taking longer to accelerate than we had expected. No change to EPS. We continue to think our estimates are conservative, and given the current question marks about the economy - most investors would not buy into an increase, and no reduction is a pretty positive statement.

Products
Servers -- $775m, up 19% y/y vs our estimate of $800m, a gain of 23%
Tools -- $38m, down 36% y/y vs our estimate of $30m, a decline of 50%
Applications -- $279m, up 66% y/y (79% q/q) vs our estimate of $240m, a gain of 43%
Total Licenses -- $1.09b, up 25% y/y vs our estimate of $1.07b, a gain of 22%
Services
Support -- $873m, up 21% y/y vs our restimate of $895m
Training/Consulting -- $669m, down 4% y/y vs our estimate of $700m, a gain of 0.2%
Total Services $1.56b, up 8% y/y vs our estimate of $1.6b a gain of 11%
Currency - in local currency license revenues were up 32% y/y vs the 25% reported, applications were up 73%, while database revenues were up 26%.

Geographies
* Americas --  $1.51b, up 20% y/y vs our estimate of $1.48b, a gain of 17%
* EMEA - - $761m, up 1% y/y vs our estimate of $801m, a gain of 6%  - constant $ growth 18%
* Asia/Pacific - - $388m, up 28% y/y vs our estimate of $405m, a gain 33% - constant $ growth 34%

* This document has been prepared by Wit SoundView Corp. Information contained herein has been obtained from sources believed to be reliable, but the accuracy and completeness of the information, and that of the opinions based thereon, are not guaranteed. This report is not an offer to buy or sell or a solicitation of an offer to buy or sell the securities mentioned or related securities. Wit SoundView Corp. is an affiliate of Wit Capital Corp., and both companies are registered broker-dealers and wholly owned subsidiaries of Wit SoundView Group, Inc. Wit SoundView Corporation and entities and persons associated with it, may

have long or short positions in or effect transactions in the securities of
companies mentioned in this report. Wit SoundView Corp. and/or Wit Capital
Corp. may make a market in the shares of any such company and may have acted as
a lead or co-managing underwriter in one or more of such company's U.S. equity
offerings. Wit SoundView Corp. and/or Wit Capital Corp. may perform or seek to
perform investment banking services for any company referenced in this document.
Do not change or reproduce this report without the express written consent of
Wit SoundView Corp. c 2000 Wit SoundView Corp.
First Call Corporation, a Thomson Financial company.
All rights reserved. 888.558.2500
]

EON