```
10:23am EST   8-Feb-01 Wit SoundView (Jim Mendelson 203-462-7213) ORCL
Oracle (ORCL) Company Update February 8, 2001

Oracle (ORCL)       Price: $27.69      Strong Buy      February 8, 2001

(FYE May)           F00        F01       F02       Curr.      Last       Yr. Ago
Revenue ($M)        10,130     11,837    14,144    2,869      2,660      2,449
EPS                 0.68       0.51      0.63      0.12       0.11       0.09
Old Revenue
Old EPS
```

Recent discussions with market research and field contacts suggest Oracle is tracking to having a solid third quarter (February). Although we remain concerned as to the effects of a slowing U.S. economy on IT spending plans, we continue to be optimistic that Oracle's business should continue to meet/exceed street estimates.

Q3 Outlook - Although it is still too early in the quarter, to make declarative statements, our discussions with various contacts in the industry generally suggest Oracle is well on track to meeting/beating February Q3 estimates. The majority of product specific related commentary is focused on applications - reflecting the confidence of the sales organization in the demand for the DBMS products, and the view that the relative momentum in applications is the swing factor to numbers. None of these inputs reflect on demand in EMEA or Asia/Pacific.

Field inputs - As we have written earlier, we believe December was a particularly strong month for the applications business, helped by the winning of several large deals. Comments to date, do suggest some impact from the melt down of the dot-coms, as general business, which had been blowing out numbers, is now tracking to targets (which had been increased substantially over levels from last year), and transaction sizes are generally running smaller, though this is being made up for in volume. In other areas, verticals sound like they are coming in strongly, though we do not have much in the way of specific color - we believe the federal government has picked up, while we would be surprised if Telecommunications weren't weak.

Market research comments - somewhat conflicting points here.
* In one instance, on the core applications market (ERP, financials, human resource) an analyst has suggested the market growth appears to be softening from a 25% to 30% range, to more like 20% to 25% range, and views the JDEdwards miss as a possible harbinger of weakness to come.
* Gartner on the other hand continues to describe the ERP II market as hot, and inquiry rates are very active, with no signs of softening. Although there is anxiety that budgets will be cut back, they have not seen it yet in applications. Vendors doing well, in addition to Oracle - PeopleSoft, i2 Technologies, and SAP is beginning to improve.
* In both instances there is some ongoing criticism of 11i, in terms of the limited number of solid references, particularly outside financials.that said, Oracle is definitely seeing very healthy momentum.
* We are also hearing further encouraging comments on success with CRM. We have not heard of any particularly big deals happening since December.
* Our view is that we remain optimistic as to the momentum of Oracle's applications business. We continue to believe there is a broad renewal of demand in the core applications market, driven by the post Y2K resumption of the replacement cycle, and the broad catalyst of a new generation of Internet-architected products. In addition, we believe that larger companies (Oracle, PeopleSoft and SAP) will consolidate market share at the expense of numerous smaller companies. In our follow-up survey work, which is still being analyzed, the relative priority of applications spending remains very high.

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                                    NDCA-ORCL 419979

This document has been prepared by Wit SoundView Corp.  Information contained
herein has been obtained from sources believed to be reliable, but the accuracy
and completeness of the information, and that of the opinions based thereon, are
not guaranteed.  This report is not an offer to buy or sell or a solicitation
of an offer to buy or sell the securities mentioned or related securities.  Wit
SoundView Corp. is a registered broker-dealer and wholly owned subsidiary of Wit
SoundView Group, Inc.  Wit SoundView Corp., and entities and persons associated
with it, may have long or short positions in or effect transactions in the
securities of companies mentioned in this report.  Wit SoundView Corp. may make
a market in the shares of any such company and may have acted as a lead or
co-managing underwriter in one or more of such company's U.S. equity offerings.
Wit SoundView Corp. may perform or seek to perform other investment banking
services for any company referenced in this document.  Do not change or
reproduce this report without the express written consent of Wit SoundView Corp.
c 2001 Wit SoundView Corp.
First Call Corporation, a Thomson Financial company.
All rights reserved.  888.558.2500
]

EON

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                              NDCA-ORCL 419980