```
06:04am EST  8-Feb-01 Deutsche Banc Alex. Brown Inc. (J. Moore/C. Chen) ORCL
ORCL: Visit with Management-Strong Buy

Moore, James A. 415-617-4269                               02/09/2001
Chen, Charles 415-617-4274
Deutsche Banc Alex. Brown Inc.
-----------------------------------------------------------------------
               ORACLE CORPORATION (ORCL) "STRONG BUY"
                       Visit with Management
-----------------------------------------------------------------------
Date:          02/07/2001   EPS:        2000A     2001E      2002E
Price:         27.69        1Q          0.04      0.08       0.10
52-Wk Range: 46 - 21        2Q          0.06      0.11A      0.13
Ann Dividend:0.0            3Q          0.08      0.12       0.14
Ann Div Yld: 0.00%          4Q          0.15      0.20       0.23
Mkt Cap (mm):162,678        FY(May)     0.34      0.51       0.59
3-Yr Growth: 25%            FY  P/EPS  81.4X     54.3X      46.9X
                            CY   EPS    0.43      0.54        NE
Est. Changed No             CY  P/EPS  64.4X     51.3X        NM
-----------------------------------------------------------------------
Industry:    E-TECHNOLOGY
Shares Outstanding(Mil.):  5874.987
Return On Equity (2000) :    48.0%
-----------------------------------------------------------------------
```

HIGHLIGHTS:
VISIT WITH MANAGEMENT. Yesterday, we checked in with Oracle for a mid-quarter update with CFO Jeff Henley and VPs in the server and applications development organizations.

PERSPECTIVE ON THE MACRO ENVIRONMENT. According to management, it has yet to see macro-related weakness in its business. That said, the full impact of the current macro environment may not be evident until the end of the quarter, as revenue is typically back-end loaded for Oracle.

STRONG PRODUCT POSITIONING MAY HELP WEATHER THE STORM. E-business software remains a top corporate IT priority, and we believe Oracle is in the midst of a strong product cycle with its 11i applications suite and forthcoming 9i database/application server platform. Barring a severe economic downturn, management sees continued growth driven by strong demand in key segments such as supply chain, customer relationship management and collaboration.

NO CHANGE TO OUTLOOK, RECENT GUIDANCE. Mr. Henley reiterated that the company's outlook and guidance were unchanged for F3Q'01 (Feb). Attempting to call Oracle's quarter with three weeks remaining and a good deal of business still to be done may be premature at this point. Given the weakening macro environment, material upside to estimates ($2.9B rev., $0.12 EPS) and upward revision to forward estimates seems less likely than three months ago, particularly in light of softening outlooks provided by other tech bellwethers such as Cisco and Sun Microsystems.

APPSWORLD CONFERENCES IN FEBRUARY. Oracle is hosting two major applications user conferences this month-February 11-14 in Paris and February 19-23 in New Orleans. These events will focus on the new 11i e-business applications suite with product announcements, customer testimonials and partner presentations. Oracle currently has 160 live 11i customers with the number expected to exceed 200 by the end of F3Q.

NDCA-ORCL 091536

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

DETAILS:
During our visit, we met with several senior members of Oracle's development organization for an overview of recent or upcoming new product releases. VPs Don Klaiss and Nadeem Syed provided an update on Oracle's supply chain products including its Advanced Planning and Scheduling suite and its new Supply Chain Exchange. VP Thomas Kurian provided an update on Oracle's 9i database and application server platform.

SUPPLY CHAIN SOLUTION GAINING TRACTION
Since its introduction about a year ago, we believe Oracle is seeing improved market acceptance of its new Advanced Planning and Scheduling (APS) product. Oracle has devoted a core team of about 120 developers to build out its APS suite, which includes capabilities such as demand planning, manufacturing scheduling, constraint-based optimization, and available-to-promise. Oracle also recently introduced Supply Chain Exchange which leverages its APS optimization engines across entire trading communities. Currently, the company has licensed the 11i APS product to 130 customers, approximately one-quarter of which are new Oracle apps customers. Ten companies have licensed the Supply Chain Exchange solution with one customer, Sony, now live. Referenceable APS customers include UPS (e-Logistics division), Honeywell, Agilient, JDS Uniphase, GE Power Systems, Sony and Haworth, among others. Customers expected to go live over the near term include Ford, Odwalla, Qualcomm, Terradyne, Fosters, and Millapore. We believe many of these customers were competitive wins or displacements of best-of-breed vendors such as i2 Technologies or Manugistics. Haworth purchased APS after implementing i2 at a few of its sites. UPS selected Oracle over i2 in a head-to-head evaluation. We believe these wins were based primarily on Oracle's lower total cost of ownership, ease of integration, and database-centric architecture. While we are encouraged by many of these competitive wins, we believe Oracle still remains well behind best-of-breed vendors in terms of breadth and depth of functionality. We will be tracking Oracle's APS metrics closely over the next few quarters as more 11i customers go live.

9I EXPANDS THE DATABASE PLATFORM
Oracle's new 9I database is scheduled to ship in March/April and will include integrated OLAP (online analytical processing) and data mining tools and enhancements in high availability and server clustering. An additional highlight of 9i is tight integration with the Oracle application server. Oracle 9i Application Server (9iAS) is now in general release with enhancements scheduled for mid-February and August 2001. With 9iAS, we believe Oracle is more aggressively targeting BEA WebLogic, IBM WebSphere and Sun iPlanet in the application server market. The company has devoted over 300 software engineers to 9iAS development. Key features include J2EE compliance, caching technology, an integrated messaging bus for rapid connectivity, XML support, and the ability to rapidly create portals and wireless applications. While we believe it is still early in its release of 9iAS, the company has secured a number of customers, including Boeing in an enterprise deal and 14 wireless carriers in Europe. Anecdotally, Oracle stated that one customer streamlined its application server system from 15 iPlanet servers to a single 9iAS server, and will more than make up for the cost of the Oracle software on hardware cost savings alone. Oracle plans to release the next major revision to 9iAS (Version 2.0) in August with enhancements to include personalization, wireless access, and integration to third-party products.

Information herein is believed to be reliable and has been obtained from sources believed to be reliable, but its accuracy and completeness cannot be

NDCA-ORCL 091537

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

guaranteed. Opinions, estimates, and projections constitute our judgement and are subject to change without notice. This publication is provided to you for information purposes only and is not intended as an offer or solicitation for the sale of any financial instrument. Deutsche Banc Alex. Brown Inc. and its affiliates worldwide, may hold a position or act as market maker in the financial instruments of any issuer discussed herein or act as advisor or lender to such issuer. Transactions should be executed through a Deutsche Bank entity in the client's home jurisdiction unless otherwise permitted by law. Deutsche Banc Alex. Brown Inc. is a member of NYSE and NASD. Copyright 2001 Deutsche Banc Alex. Brown Inc.

Additional Information Available Upon Request

Deutsche Banc Alex. Brown Inc. maintains a net primary market in the common stock of Oracle Corporation.
The following stock(s) is (are) optionable: Oracle Corporation.
One or more authors of this comment have a long position in the common shares of Oracle Corporation.
First Call Corporation, a Thomson Financial company.
All rights reserved. 888.558.2500
]

EON

NDCA-ORCL 091538

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER