# MORGAN STANLEY DEAN WITTER

| Comment | Page 1 |

**Equity Research**
North America

United States of America

Technology: Enterprise Software

# Oracle

Reuters: ORCL.O  Bloomberg: ORCL  NASDAQ: ORCL

Charles E. Phillips
+1 (1)212 761 4450
Charles.Phillips@msdw.com

**Company Update**

February 26, 2001

## *Oracle Apps World Feedback*

**STRONG BUY**

| | |
|---|---|
| Price (February 23, 2001): | $22 |
| Price Target: | $62.50 |
| 52-Week Range: | $46.47 - 20.56 |

- **Pipeline in Tact**
  After meetings with dozens of integrators, Oracle partners, and Oracle sales and finance executives, we walked away thinking business still sounds pretty solid.

- **The Margin Story Continues...**
  Despite the major margin swing over the last year, the company thinks there's more left this year and into next year.

- **Applications Business Gaining Traction**
  Oracle's eBusiness Suite now has 180 customers live, 2,500 implementations underway and 11,000 total applications customers.

**Price: Abs. and Rel. To Market & Industry**



— Relative to MSCI WRLD/SOFTWARE & SERVICES (Right)
— Relative to S&P 500 Composite (Right)
— Oracle Corp. (Left, U.S. Dollar)

*Data Source: FactSet Research Systems Inc.*

**Company Description**
Oracle is the world's leading supplier of software for information management, and the second-largest software company. Oracle's products include the Oracle8 database, and an integrated family of horizontal application products.

| FY ending May 31: | 2000A | 2001E | 2002E | 2003E |
|---|---|---|---|---|
| EPS ($) | 0.33 | 0.51 | 0.60 | – |
| P/E | 66.7 | 43.1 | 36.7 | – |

| | 2000A | 2001E | | 2002E | |
|---|---|---|---|---|---|
| Market Cap ($ m) | 129,250 | | | | |
| L-T EPS Grth ('yy - 'yy) (%) | 20.0 | | | | |
| Shares Outstanding (m) | 5,875.0 | | | | |

| Q'trly EPS | 2000A actual | 2001E curr | 2001E prior | 2002E curr | 2002E prior |
|---|---|---|---|---|---|
| Q1 | 0.04 | 0.08A | – | 0.09 | – |
| Q2 | 0.06 | 0.11A | – | 0.13 | – |
| Q3 | 0.08 | 0.12E | – | 0.14 | – |
| Q4 | 0.15 | 0.20E | – | 0.24 | – |

*E = Morgan Stanley Dean Witter Research Estimate*

**ORACLE
CONFIDENTIAL**

NDCA-ORCL 069397

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

*MORGAN STANLEY DEAN WITTER*

# *Oracle Apps World Feedback*

## Summary and Investment Conclusion

We dropped in on the Big Easy to check out the Oracle Applications user conference this past week. After meetings with dozens of integrators, Oracle partners, and Oracle sales and finance executives, we walked away thinking business still sounds pretty solid. Despite the carnage in many technology bellwethers, Oracle's pipeline of deals continues to grow nicely from what we can tell and the close rate sounded a bit better than we anticipated. Recognizing the back end skew to every quarter, we expected to hear more hedging on the quarter until things closed.

By all accounts Oracle did a good job using the conference as a catalyst for prospects to make decisions. Oracle has never held its own user conference for the applications products. Instead, Oracle applications users formed an independent organization, which conducts two conferences a year. We've attended these conferences for years and they've been strictly how-to and fix-it sessions for current application administrators with no keynote speakers or big picture sessions on industry trends.

In contrast, most application companies orchestrate elaborate user events which are 75% marketing (long term product direction, emerging themes, and new product announcements) and 25% how-to sessions. The idea is to paint the vision for existing users to keep them in the fold and allow them to plan ahead of architectural shifts. As importantly, prospects can take in the full breadth of the application community they are considering joining and see where the product line is headed over the long term.

In the database business, Oracle conducts the first half of the user meeting and provides the vision, industry trends, and product announcements and the user group does the second half of the meeting with the detailed administrative content. Oracle couldn't work out a similar arrangement with the independent applications user group and decided to hold its own event.

So despite the independent user meeting three months ago, Oracle's event drew 11,000 people with key note speakers like the 42nd President of the United States Bill Clinton, CEO of Cisco John Chambers, and senior executives from

*Oracle - February 26, 2001*

Compaq, KPMG, and Hewlett Packard. Hearing John Chambers on stage championing server consolidation was a new twist but as we thought of it, more centralized servers being accessed by a wide range of constituents over a network is probably as good for Cisco as it is for Oracle.

In the early days for an application company, early adopter customers get together to try to figure out how to make the product work, whether they bought a lemon, or to collectively influence the direction of the product. Once the application companies reach critical mass and can attract the right speakers and attendees, they begin migrating toward a more star-filled event to attract prospects and a higher level executive than would come out for a how-to session. The companies control the themes and agenda at their own conferences and can reinforce messages the salesforce has been delivering to prospects. Sales reps have great close rates on prospects they can get to the conference. Some customers buy ahead of the conference to get the full benefit of the how to sessions prior to implementation.

The timing of major user conferences is also a key tactical decision within the quarter and within the year. From our view, it looks like Oracle made a good call putting the conference near the end of Q3. There's always a risk of putting a major conference near the end of a quarter because it might distract the salesforce or cause customers to delay purchases. Some companies have figured out how to turn these conferences into major sales events and accelerate business via the conference — but it requires a well thought out plan and organization.

## Oracle Applications Release 11i Status Summary

Management provided an update of the key performance metrics for 11i:

- 180 customers live on Oracle applications 11i
- 2500 implementations underway on 11i
- 11,000 total Oracle application customers – all releases cumulative
- 69% worldwide applications growth in first half FY01
- 96% EMEA applications growth in first half FY01
- 2,500+ implementations underway

**ORACLE CONFIDENTIAL**

**NDCA-ORCL 069398**

**CONFIDENTIAL-PURSUANT TO PROTECTIVE ORDER**

*MORGAN STANLEY DEAN WITTER*                    Page 3

- Version 11i release 3 shipped in January
- 45% of the products that make up Oracle Applications 11i is comprised of new modules

## Customer Feedback

- **British Telecom** — using Oracle ERP apps, Siebel CRM, and PeopleSoft HR. Considering using more Oracle.
- **Compaq** — going global with Oracle CRM (SFA, contact centers, and marketing automation) connecting to SAP ERP on the backend. Live with Oracle iProcurement in December with 3,800 line items.
- **Hewlett Packard** — in production on Oracle CRM against SAP backend.
- **Citigroup** — Oracle exchange for a portal for their customers; rolling out iProcurement.
- **UPS** — order management live; early adopter helping define the direction of the product.
- **Boeing** — iProcurement live globally.
- **APAC** — general ledger live.
- **GE Aircraft** — advanced planning and scheduling live; connecting to a non-Oracle backend; standalone win over major supply chain vendors.
- **Bellsouth** — biggest CRM customer; live on financials; looking at advanced scheduling
- **JDS Uniphase** — licensed full suite and live on ERP.
- **Xilinx** — moving from 10.7 to 11i financials, order management, and advanced planning.

## Consultant and Integrators Feedback

- **Pricewaterhousecoopers** — Oracle practice remains strong; mostly ERP and some early supply chain deals; little CRM to date.
- **KPMG** — total scm and erp pipeline up 2x from last year; lots of activity; hasn't seen economic impact in his backlog or pipeline; hadn't done anything in CRM.
- **Answerthink** — business is good; mostly Oracle ERP but one CRM implementation underway.
- **Mercury Technology** — seeing a slowdown; deferral or cancellations of projects. One customer holding off on upgrade because of economic slowdown. Seeing lots of cheap used hardware from dot coms hit the market and bring down hardware prices.
- **Deloitte & Touche** — no change in activity on high end of the market where they operate; projects moving forward.

*Oracle - February 26, 2001*

## Momentum by Product Segment

- **Core ERP** (primarily financials) — doing well but partially from easy comparisons and post Y2K buying.
- **Supply Chain** — gaining significant momentum and stacks us surprisingly well against best of breed SCM vendors. Many stand alone supply chains wins in addition to bundled ERP-SCM deals.
- **CRM** — still needs one more release to be ready for prime time but that updated release is on tap for the April-May timeframe.

## Oracle's Internal Implementation Go Live Dates

Oracle's use of its own products has been a critical element of the applications marketing plan. Oracle regularly ties its eye-popping margin improvement over the last ten quarters directly to the company's use of its own applications. The simple message is to the customer is " wouldn't you like to help your company deliver this kind of margin improvement with Oracle technology?"

By migrating to a centralized server model with thin clients, Oracle has reduced the number of regional data centers to one from three and consolidated many other applications such as human resources systems (from 60 country specific versions to one consolidated versions). Similarly, the company moved from 97 e-mail servers to one and from multiple implementations of customer relationship management applications to a single instance by this spring.

By making the development managers responsible for rolling out and supporting Oracle applications internally, Oracle is paying more attentions to upgrade and migration tools than ever before which should benefit the broader customer base. The company had some upgrade script bugs in earlier releases but from what we hear the stability of the code has improved significantly and upgrade process is getting easier. The remaining rollout schedule for Oracle applications within Oracle is as follows:

- 11i Marketing Online — Oct 2000
- 11i Sales Compensation — Oct 2000
- 11i Contracts — Nov 2000
- 11i Sales Online — Jan 2001
- 11i Financials — Jan 2001
- 11i Telesales — Jan 2001
- 11i iStore — Spring 2001
- 11i iSupport — Spring 2001(not out yet)

**ORACLE CONFIDENTIAL**

NDCA-ORCL 069399

CONFIDENTIAL-PURSUANT TO PROTECTIVE ORDER

*MORGAN STANLEY DEAN WITTER*

### Vertical Application Strategy — Stepping Back

Notably absent from the conference was any discussion of vertical application efforts. Oracle had bought an energy product for upstream and had been working on a telecom-billing product. Management stated they are getting out of the energy application business in response to a question asked by one of the attendees in the audience. The company believes there is a larger market in dominating horizontal enterprise applications that diverting resources to smaller markets.

### Application Server Momentum

Oracle's new application server sounded as if it's off to a solid start. Oracle includes application server sales in the database numbers and we estimate that application servers represented 5% of reported database sales last quarter.

Based on the momentum in the market for Oracle Application Server 9i, mostly as a database-caching platform, we expect the product to represent 6-9% of database sales for the third quarter.

Therefore, the strength in application servers may offset the tough comparison in the database business. Database revenue increased 32% in the year ago quarter which included an estimated 10% contribution from dot com customers.

### Consulting and Services

Consulting services remains a drag on total services and total revenue. The company has shifted more projects to third parties and also implemented fast implementation methodologies to reduce consulting dollars per license sale. The strategic shift away from consulting has helped margins and improved important relationships with systems integrators.

Consulting is at an inflection point and should start to turn more positive. Consulting had declined year to year for five consecutive quarters. There is some chance it turns positive this quarter, as the negative comparisons have been shrinking in size. Consulting should still be down sequentially because of the holiday season as is customary for this business.

### Margin Outlook

Management was upbeat about margin prospects in the analyst session. Despite the major margin swing over the last year, the company thinks there's more left this year and into next year. We can see the path to 40% operating margins by next year but would expect things to start to level off after that.

### Currency

Currency should swing positive this quarter compared to a year ago when it was a negative. We estimate it could add 2 percentage points of growth to the quarter.

**ORACLE
CONFIDENTIAL**

*Oracle - February 26, 2001*

**NDCA-ORCL 069400**

**CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER**

*MORGAN STANLEY DEAN WITTER*

The information and opinions in this report were prepared by Morgan Stanley & Co. Incorporated ("Morgan Stanley Dean Witter"). Morgan Stanley Dean Witter does not undertake to advise you of changes in its opinion or information. Morgan Stanley Dean Witter and others associated with it may make markets or specialize in, have positions in and effect transactions in securities of companies mentioned and may also perform or seek to perform investment banking services for those companies. This memorandum is based on information available to the public. No representation is made that it is accurate or complete. This memorandum is not an offer to buy or sell or a solicitation of an offer to buy or sell the securities mentioned.

Morgan Stanley & Co. Incorporated, Dean Witter Reynolds Inc. and/or their affiliates make a market in the securities of Oracle.

Morgan Stanley & Co. Incorporated, Dean Witter Reynolds Inc. and/or their affiliates or their employees have or may have a long or short position or holding in the securities, options on securities, or other related investments of issuers mentioned herein.

The investments discussed or recommended in this report may not be suitable for all investors. Investors must make their own investment decisions based on their specific investment objectives and financial position and using such independent advisors as they believe necessary. Where an investment is denominated in a currency other than the investor's currency, changes in rates of exchange may have an adverse effect on the value, price of, or income derived from the investment. Past performance is not necessarily a guide to future performance. Income from investments may fluctuate. The price or value of the investments to which this report relates, either directly or indirectly, may fall or rise against the interest of investors.

To our readers in the United Kingdom: This publication has been issued by Morgan Stanley Dean Witter and approved by Morgan Stanley & Co. International Limited, regulated by the Securities and Futures Authority Limited. Morgan Stanley & Co. International Limited and/or its affiliates may be providing or may have provided significant advice or investment services, including investment banking services, for any company mentioned in this report. Private investors should obtain the advice of their Morgan Stanley & Co. International Limited representative about the investments concerned.

This publication is disseminated in Japan by Morgan Stanley Dean Witter Japan Limited and in Singapore by Morgan Stanley Dean Witter Asia (Singapore) Pte.

To our readers in the United States: While Morgan Stanley Dean Witter has prepared this report, Morgan Stanley & Co. Incorporated and Dean Witter Reynolds Inc. are distributing the report in the US and accept responsibility for it contents. Any person receiving this report and wishing to effect transactions in any security discussed herein should do so only with a representative of Morgan Stanley & Co. Incorporated or Dean Witter Reynolds Inc.

To our readers in Spain: Morgan Stanley Dean Witter, SV, SA, a Morgan Stanley Dean Witter group company, supervised by the Spanish Securities Markets Commission (CNMV), hereby states that this document has been written and distributed in accordance with the rules of conduct applicable to financial research as established under Spanish regulations.

To our readers in Australia: This publication has been issued by Morgan Stanley Dean Witter but is being distributed in Australia by Morgan Stanley Dean Witter Australia Limited A.C.N. 003 734 576, a licensed dealer, which accepts responsibility for its contents. Any person receiving this report and wishing to effect transactions in any security discussed in it may wish to do so with an authorized representative of Morgan Stanley Dean Witter Australia Limited.

To our readers in Canada: This publication has been prepared by Morgan Stanley Dean Witter and is being made available in certain provinces of Canada by Morgan Stanley Canada Limited. Morgan Stanley Canada Limited has approved of, and has agreed to take responsibility for, the contents of this information in Canada.

**Additional information on recommended securities is available on request.**

**© Copyright 2001 Morgan Stanley Dean Witter & Co.**

*Oracle - February 26, 2001*

**ORACLE
CONFIDENTIAL**

NDCA-ORCL 069401

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER