http://www.firstcall.com/links/43/4...16017327719814375574/405414510.

```
07:05am EST 10-Jan-01 Salomon Smith Barney (Gretchen Teagarden 212-816-8362)
ORCL: Oracle EVP Visit to SSB (Part 1 of 2)

SALOMON SMITH BARNEY

Oracle Corporation (ORCL)
ORCL: Oracle EVP Visit to SSB                    2H (Outperform, High Risk)
                                                 Mkt Cap:  $185,062.5 mil.

January 10, 2001              SUMMARY
                              * Oracle EVP Sandy Sanderson visited our offices
ENTERPRISE SOFTWARE/B2B         on Tuesday to address investor inquires about
Gretchen Teagarden, CPA         traction with the 11i E-Business Suite and 9i
212-816-8362                    products and Oracle's view on the database and
gretchen.teagarden@ssmb.com     applications market in 2001.
                              * Oracle reiterates two key value propositions
                                for its suite approach over best-of-breed: (1)
                                The suite provides a single view of the customer
                                across the enterprise and (2) The suite is
                                pre-integrated and interoperable.
                              * Sanderson offered insight into Oracle's view of
                                the competitive landscape.
                              * Oracle sees robust demand for both its database
                                and applications business. Specifically,
                                Sanderson noted demand for ERP is surprisingly
                                robust while advanced planning and scheduling,
                                CRM, and SCM products are also performing well.
                                Oracle says it is also seeing sustained demand
                                for its database product, despite industry-wide
                                concern over contracting IT budgets.

FUNDAMENTALS
P/E     (5/01E)                      60.6x
P/E     (5/02E)                      50.8x
TEV/EBITDA  (5/01E)                  39.9x
TEV/EBITDA  (5/02E)                  33.0x
Book Value/Share   (5/01E)           $1.10
Price/Book Value                     28.6x
Dividend/Yield   (5/01E)             NA/NA
Revenue (5/01E)               $12,005.0 mil.
Proj. Long-Term EPS Growth           NA
ROE   (5/01E)                        NA
Long-Term Debt to Capital(a)         10.5%
ORCL is in the S&P 500(R) Index.
(a) Data as of most recent quarter

SHARE DATA                              RECOMMENDATION
Price (1/9/01)              $31.50      Current Rating              2H
52-Week Range       $46.31-$22.31       Prior Rating                2H
Shares Outstanding(a)  5,875.0 mil.     Current Target Price    $33.00
Convertible                   No        Previous Target Price   $33.00

EARNINGS PER SHARE
FY ends
                      1Q        2Q        3Q        4Q      Full Year
5/00A   Actual      $0.04A    $0.07A    $0.13A    $0.15A    $0.38A
5/01E   Current     $0.09A    $0.11A    $0.12E    $0.20E    $0.52E
        Previous    $0.09A    $0.11A    $0.12E    $0.20E    $0.52E
5/02E   Current     $0.09E    $0.13E    $0.15E    $0.25E    $0.62E
        Previous    $0.09E    $0.13E    $0.15E    $0.25E    $0.62E
5/03E   Current       NA        NA        NA        NA        NA
        Previous      NA        NA        NA        NA        NA
```

ORACLE CONFIDENTIAL

NDCA-ORCL 078420

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

http://www.firstcall.com/links/43/4...160173277198143755574/405414510.1

First Call Consensus EPS: 5/01E $0.51; 5/02E $0.62; 5/03E NA
Calendar Year EPS: 12/00E NA; 12/01E NA; 12/02E NA; 12/03E NA

ORALCE EVP VISIT TO SSB

Oracle EVP Sandy Sanderson visited our offices on Tuesday. Mr. Sanderson is responsible for Oracle Exchanges, Oracle Product Industries (OPI), Oracle Consulting, and the Latin America Division. The purpose of the event was to address investor inquires into the following issues:

* Traction with the 11i E-Business Suite and 9i products;

* Oracle's view on the strength of the database and applications market given the projected reduction in IT spending in 2001.

Suite vs. Best of Breed

To recap, Oracle's 11i E-Business Suite includes modules for traditional ERP (HR, financials), CRM (sales and marketing), e-procurement, supply chain management (SCM), and exchanges. Oracle reiterates two value propositions for the suite solution versus a "best-of-breed" approach:

* The suite provides a single view of the customer across the enterprise by incorporating a single data model.

* The suite is pre-integrated and fully interoperable out of the box, helping to lower consulting costs and time-to-value.

Sanderson quantified the second value proposition with a services-to-product ratio comparison: Instead of spending $4-$7 on consulting for every $1 spent on software as many industry leaders suggest is the norm, Oracle sees a 1:1 ratio internally. According to Sanderson, this reduction is a key component of the $1 billion Oracle purports to have saved by transitioning to a fully Web-enabled e-business and will contribute substantially to the second $1 billion the company expects to save.

Commentary on Competitive Landscape

Sanderson mentioned the following companies in the presentation:

* Siebel - Oracle anticipates Siebel will develop an e-business suite at some point.

* Commerce One - Oracle questions CMRC's revenue share model because they feel the blue-chip (consortia) e-marketplaces will not see material revenue in the near term.

* Ariba-i2 alliance - Oracle questions the viability of a best-of-breed amalgamation. ORCL attempted such an alliance with Manugistics and other vendors that proved unsuccessful.

* CMRC-SAP alliance - Oracle questions the ability to develop product efficiently under complicated economic arrangements.

* BEA Systems - Oracle believes it has a competitive advantage in the application server market with its enhanced caching functionality that resides on the application server.

Product Update

11i E-Business Suite Update. The company provided the following statistics

ORACLE CONFIDENTIAL

NDCA-ORCL 078421

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

regarding the status of the 11i E-Business Suite:

* 120 live customers, including Compaq (completed last week), Hallmark, RetailersMarketXchange (RMX), Pac-West, Agilera;
* 1,300 implementations in process, including BellSouth, Citibank, JDS Uniphase, HP;
* 3,500 copies of applications shipped - pipeline looks strong;
* Version 3 (R3) will be released this month (May was first release of 11i);
* 45% of the 110 application modules are new.

9i Application Server Update. Because of the recent (October 2000) release of the 9i Application Server, Oracle is unsure of its market share but is bullish on its prospects. While we have heard mixed reviews of the product, we believe functionality will improve with new releases. Additionally, the unique caching functionality is a differentiator, providing what Sanderson terms "industrial strength." In developing the cache functionality for the 9i release, Oracle copied best practices developed by the experiences of leading Internet-based companies, including eBay, Yahoo!, and Amazon.com, all of whom had developed cache expertise internally.

9i Database Update. Oracle expects the 9i database to be available in the first half of 2001.

Market Update

Oracle sees robust demand for both its database and applications business. Specifically, Sanderson noted demand for ERP is surprisingly robust while advanced planning and scheduling, CRM, and SCM products are also performing well. Oracle says it is also seeing sustained demand for its database product, despite industry-wide concern over contracting IT budgets. Sanderson noted two trends driving demand for databases is demand for the 11i applications that are typically bundled with the database as well as applications of other vendors that rely on the functionality of the Oracle database.

INVESTMENT THESIS

Oracle has leveraged its dominant position in the database market to take advantage of the new and growing market for e-business solutions. We believe that over the next few years, Oracle is going to try and leverage its presence in the database market and the power of the web to do to enterprise applications what Microsoft did to desktop applications - commoditize them by offering them for free as part of the platform. We believe that Oracle's recent launch of oraclesalesonline.com, through which Oracle is offering the sales force automation web-based service for free, is the beginning of a major paradigm shift not only at Oracle but across the entire software industry. Oracle's dominant position in the database market is a strong platform for dominating e-business applications. We believe the Web has the potential to drive a new IT architecture under which the database takes on a more active role in the application delivery. According to Dataquest, Oracle had 31% market share in the database market in 1999. We believe Oracle can quickly upsell the eBusiness Suite to its existing installed based of database customers. Additionally, Oracle has declared an aggressive strategy to increase its operating margins by 'Webifying' its internal operations. The company recently increased the original cost savings goal of $1 billion to $2 billion. By capitalizing on the Internet's inherently low-cost operating structure, Oracle plans to reduce operating expenses through web-based automation and headcount reduction.

ORACLE CONFIDENTIAL

05/23/2001 4:12 F

NDCA-ORCL 078422

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

http://www.firstcall.com/links/43/4...160173277198143755741405414510.b

COMPANY DESCRIPTION

Founded in 1977, Oracle Corporation is the world's second-largest software company, with a presence in more than 145 countries. The company has approximately 43,000 employees worldwide. Oracle Corporation develops, manufactures, markets, and distributes computer software that helps corporations manage and grow their businesses. The company's software products can be broken down into two broad categories: systems software and business applications software. Systems software is a complete Internet platform to develop and deploy applications for computing on the Internet and corporate Intranets. Business applications software automates the performance of specific business data processing functions for customer relationship management (CRM), supply-chain management (SCM), financial management, procurement, project management, and human resources management.

Gretchen Teagarden 212-816-8362
]

EON

ORACLE CONFIDENTIAL

NDCA-ORCL 078423

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER