1 of 8 DOCUMENTS

Copyright 2001 Bloomberg L.P.

Bloomberg News

January 11, 2001, Thursday 5:40 PM Eastern Time

LENGTH: 453 words

HEADLINE: ORACLE CFO SAYS HE PLANS TO SELL $33 MLN IN STOCK

BYLINE: Jim Finkle in San Francisco (415) 912-2996,

   or jfinkle@bloomberg.net /smw/dfr

DATELINE: Redwood City, California

BODY:
   Oracle Corp. Chief Financial Officer Jeffrey Henley said he plans to sell as many as 1 million shares of the No. 2 software maker, a stake that is worth about $33 million at today's closing price.
   Henley, 55, couldn't be reached to comment on his plans, which were disclosed in a filing with the Securities and Exchange Commission. In the fiscal year that ended in May, Henley made about $76 million by selling option-related shares and had unexercised options worth about $664 million, according to an Oracle proxy filing.
   Edward Dowd, an analyst with Independence Investment Associates, said he wasn't troubled by Henley's sale of the stock because it appeared to be consistent with previous sales. Dowd said he's worried about the outlook for Oracle's stock because it's more expensive than many other technology stocks when looked at in terms of earnings forecasts.
   Oracle shares rose 56 cents to close at $33.31 today. That's about 65 times the 51-cent-a-share full-year average earnings forecast of analysts polled by First Call/Thomson Financial.
   Oracle's bigger rival Microsoft Corp. is trading at about 31 times the estimated earnings forecast for its current fiscal year. No. 1 chipmaker Intel Corp. changed hands today for about 23 times its average earnings estimate.
   "I'm concerned overall," Dowd said. "The stock is expensive and we're going into an economic slowdown."

                    Sales, Profit
   Last month, the company reported higher-than-forecast sales and profit for the quarter that ended in November, saying it didn't expect to be hurt by an economic slump. At the time, Chief Executive Larry Ellison said that companies will buy Oracle software even in tough economic times because the products help make businesses more efficient and cut costs.
   Company spokeswoman Stephanie Aas today said Oracle has yet to see any signs that its business is being hurt by the economic slowdown or reported cuts to information-technology budgets.
   "Obviously the economy is a wild card. So if we went into a recession or there is a sharp downturn, we could be impacted," Aas said. "But we're not seeing it now."
   Henley plans to use proceeds of the stock sale to finance the purchase of a third home in the Southern California coastal city Santa Barbara, Aas said. He already owns homes in Silicon Valley and in Palm Springs, California.

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                                     NDCA-ORCL 419674

Oracle executives routinely sell shares that they receive as part of their compensation during a six-week period each quarter that begins two days after the company reports earnings, she said.

Henley's plan to sell the shares was reported earlier by Dow Jones and Reuters.

UPDATED-INFO: Adds investor comment, details on share price.

LOAD-DATE: January 12, 2001

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                              NDCA-ORCL 419675