Chard, Jo Ann

page 1

```
1                     UNITED STATES DISTRICT COURT
2                    NORTHERN DISTRICT OF CALIFORNIA
3
4        In Re:  Oracle Corporation        )
         Securities Litigation             )    No. C-01-0988-MJJ
5        _____)
                                           )
6        THIS DOCUMENT RELATES TO ALL      )
         ACTIONS.                          )
7                                          )
         _____)
8
9
10
11
12
13
14
15                    DEPOSITION OF JO ANN CHARD
16                      San Francisco, California
17                    Friday, October 21, 2005
18
19
20
21
22
23       Reported by:   Maria Linda Morales
24                      CSR No. 10234
25
```

```
 1    conversations with Jason?
 2         A.   Twice.
 3         Q.   And what period of time did that occur?
 4         A.   It's really hard for me to recollect.
 5         Q.   Was it within a short period of time?
 6         A.   It was within a short range.
 7         Q.   How long did your conversations last?
 8         A.   The first one was brief.  The second one was
 9    lengthy.
10         Q.   When you say "lengthy," what --
11         A.   Must have lasted at least 45 minutes.  Maybe
12    an hour.
13         Q.   And that was over the phone?
14         A.   That was over the phone.
15         Q.   When did you start working for Oracle?
16         A.   1999, I believe.
17         Q.   Do you remember the month?
18         A.   It was May.  Can't remember if it was '98 or
19    '99.  I was there a year and a half.
20         Q.   Okay.  When did you stop working at Oracle?
21         A.   2000.
22         Q.   2000?
23         A.   I think it was.
24         Q.   Okay.  What month during 2000?
25         A.   Oh, my goodness.  Had to be -- maybe November.
```

1    Because, like I said, I was there a year and a half.

2          Q.    Okay.

3          A.    A year and seven months.

4          Q.    Okay.  What was your job description when you
5    joined Oracle?

6          A.    An account manager.

7          Q.    Did that change at all?

8          A.    No.

9          Q.    What facility did you work out of?

10         A.    The Redwood Shores facility.

11         Q.    And can you briefly tell me what your
12   responsibilities were as an account manager at Oracle?

13         A.    I sold data-base products to businesses that
14   were under, um -- I recall small business.  Um, God, the
15   revenue was less than five million or a million.  It was
16   small business.

17         Q.    Small businesses?

18         A.    Right.  Uh-huh.

19         Q.    Okay.  When you're talking about revenues, are
20   you talking about revenues generated by the companies
21   that you --

22         A.    Exactly.

23         Q.    -- were approaching?

24               Does a hundred million or less --

25         A.    That's --

1        Q.    -- strike a chord?

2        A.    Yeah, maybe that's what it was.

3        Q.    A five-million-dollar business is pretty

4    small.

5        A.    Yeah, I know.

6        Q.    Okay.  Did your responsibilities change at all

7    through your time at Oracle?

8        A.    No.  It was the same.

9        Q.    Okay.  Were you in any geographic region?

10       A.    Yes, I was.

11       Q.    What --

12       A.    It was the Midwest, to begin with, Chicago,

13   Illinois.

14       Q.    That was to begin with?

15       A.    Right.

16       Q.    Did that change?

17       A.    Yes, it did.  Um, it was more local;

18   California.

19       Q.    Were you responsible for any region in

20   California?

21       A.    Yes.  I was responsible for this area, Silicon

22   Valley.

23       Q.    Um, do you recall which business unit you were

24   with at Oracle?

25       A.    At Oracle?

1   had closed on the Pipeline?

2           (Pause in the proceedings.)

3           THE WITNESS:  Well, if there was a matching --

4   it -- it probably did then.  Probably had the quota

5   there.

6       Q.  BY MR. BRITTON:  Okay.  Was it likely that it

7   had information about the deals that you had closed, as

8   well?

9       A.  Yes.

10      Q.  Do you know if that Pipeline was a realtime

11  system?

12          MR. JOHNSON:  Foundation.

13      Q.  BY MR. BRITTON:  Do you know what I mean --

14      A.  Yeah.

15      Q.  -- by "realtime"?

16      A.  I -- I believe I do.  Yeah, when we entered

17  it, it was immediately transmitted to the manager so

18  they could review it.  I mean, yeah.

19      Q.  So it was --

20      A.  It was real- --

21      Q.  -- updated?

22      A.  Right.

23      Q.  And were you able to view the Pipeline for

24  regions outside of your group?

25      A.  No.

1       Q.   No.

2            Just your own region?

3       A.   Right.

4       Q.   What regions or what groups could you view in

5   the Pipeline?

6       A.   Just yours.  You couldn't view anybody else's.

7       Q.   Were you able to see all of General Business

8   West?

9       A.   No.  I could only see my own.

10      Q.   Just your own?

11      A.   Uh-huh.

12      Q.   Did you see the Pipeline information for your

13  group?

14      A.   No.

15      Q.   Do you remember talking to the investigator

16  about the key indicators in the Pipeline were declining

17  throughout fiscal 2001?

18      A.   In my Pipeline --

19      Q.   Or --

20      A.   -- key --

21      Q.   -- any Pipeline.

22      A.   Well, I could only see my Pipeline.

23      Q.   Okay.

24      A.   So I don't --

25      Q.   So in your Pipeline, there was a decline in

60

1    the number of deals you were piping throughout 2001?

2        A.    Yes.

3        Q.    Do you know whether there was a decline in

4    other sales representatives' Pipeline?

5        A.    Yes.

6        Q.    How do you know that?

7        A.    They told me.

8        Q.    They told you.

9              Do you know whether the -- your entire

10   business team -- whether there was a decline in the

11   number of deals that they were entering?

12       A.    Yes.

13       Q.    And how do you know that?

14       A.    The -- excuse me -- the meetings we would

15   have.

16       Q.    Okay.  Would you also -- were you also able

17   to tell through that video board?

18       A.    Oh, yes.

19       Q.    Yes?

20       A.    Uh-huh.

21       Q.    Was there also -- did you also experience a

22   decline in the number of deals that you had closed

23   through fiscal 2001?

24       A.    Can you repeat that?

25       Q.    Did you experience a decline in the number of

1    Pacific region encompassed?

2         A.    It was Silicon Valley.

3         Q.    Anything else?

4         A.    Well, if you consider the East Bay, I mean --

5         Q.    But you personally didn't work outside the Bay

6    area region, is that what you're saying?

7         A.    My territory encompassed the Bay area and the

8    East Bay, yeah.

9         Q.    And do you know, with respect to the

10   specific -- the Pacific region at Oracle, what that

11   geographic area encompassed?

12        A.    I'm not following your question.  I mean --

13        Q.    You understood yourself to be a part of a

14   larger group?

15        A.    Uh-huh.

16        Q.    What larger group did you understand yourself

17   to be part of?

18        A.    Talking about the General Business?  Is that

19   what you're saying?  General Business.  That's what it

20   was called, yeah.

21        Q.    What I'm trying to understand, Ms. Chard, is

22   just how your group fit into the organization, to the

23   extent you know.

24        A.    Okay.

25        Q.    How did your group fit into the larger Oracle

83

1    company?

2           MR. BRITTON:  Objection; form.

3           THE WITNESS:  Well, we sold the Oracle

4    database.  We were in the -- we were in the internet

5    division.

6       Q.  BY MR. JOHNSON:  And you said "we," so what do

7    you mean when you say "we"?

8       A.  Well, our -- the General Business Group, the

9    Majors, the named accounts.  We were all in the same

10   building, and we were all responsible for selling the

11   Oracle database and its associated products.

12      Q.  Right.  But you're talking about people all

13   doing telesales, aren't you?

14      A.  Correct.

15      Q.  You talked about the Internet Group.

16      A.  Uh-huh.

17      Q.  Do you know whether the Internet Sales Group

18   was part of a larger group?

19      A.  We were that group, yeah.  We were -- I mean,

20   it's, like, if we were all in a room here, we would be

21   the Internet Sales Group.  So when you say "a part of a

22   larger group," I -- I'm not -- I don't understand what

23   you're asking.

24      Q.  Well, I'm just trying to understand how the

25   Internet Sales Group fit into what you talked about as

```
1      the Pacific region.
2           A.   No.  That was my territory.
3           Q.   Uh-huh.
4           A.   My territory, as part of the Internet Sales
5      Group, was this area of California.
6           Q.   Right.
7           A.   Another person in the Internet Sales Group
8      would have Oregon.
9                Does that make sense?
10          Q.   And do you know what other regions there were
11     for the Internet Sales Group?
12          A.   The whole -- you know, we had -- I -- I
13     believe it was from the midwest, west to California, to
14     the Pacific Coast.
15          Q.   And when you talked about the video board --
16          A.   Uh-huh.
17          Q.   -- that had, um, you know, certain sales
18     statistics on it --
19          A.   Uh-huh.
20          Q.   -- that applied to the telesales only; isn't
21     that correct?
22          A.   Correct.
23          Q.   It didn't apply to the -- what? -- a
24     one-on-one sales person who actually went to visit the
25     customer would have sold?
```

```
 1                PENALTY OF PERJURY CERTIFICATE
 2
 3        I hereby declare I am the witness in the within
 4   matter, that I have read the foregoing transcript and
 5   know the contents thereof; that I declare that the same
 6   is true to my knowledge, except as to the matters which
 7   are therein stated upon my information or belief, and as
 8   to those matters, I believe them to be true.
 9        I declare being aware of the penalties of perjury,
10   that the foregoing answers are true and correct.
11
12
13
14
15        Executed on the _____ day of _____ 2005,
16   at _____, _____.
17              (CITY)                    (STATE)
18
19
20
21        _____
22        JO ANN CHARD
23
24
25
```

```
1    STATE OF CALIFORNIA           )
                                   ) ss:
2    COUNTY OF LOS ANGELES         )

3

4            I, MARIA LINDA MORALES, do hereby certify:

5            That I am a duly qualified Certified Shorthand

6    Reporter, in and for the State of California, holder of

7    certificate number 10234, which is in full force and

8    effect and that I am authorized to administer oaths and

9    affirmations;

10           That the foregoing deposition testimony of the

11   herein named witness was taken before me at the time and

12   place herein set forth;

13           That prior to being examined, the witness named

14   in the foregoing deposition, was duly sworn or affirmed

15   by me, to testify the truth, the whole truth, and

16   nothing but the truth;

17           That the testimony of the witness and all

18   objections made at the time of the examination were

19   recorded stenographically by me, and were thereafter

20   transcribed under my direction and supervision;

21           That the foregoing pages contain a full, true

22   and accurate record of the proceedings and testimony to

23   the best of my skill and ability;

24           That prior to the completion of the foregoing

25   deposition, review of the transcript was not requested.
```

```
 1            I further certify that I am not a relative or
 2     employee or attorney or counsel of any of the parties,
 3     nor am I a relative or employee of such attorney or
 4     counsel, nor am I financially interested in the outcome
 5     of this action.
 6
 7            IN WITNESS WHEREOF, I have subscribed my name
 8     this ____ day of _____, ____.
 9
10
11            _____
12            MARIA LINDA MORALES, CSR No. 10234
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1                     ERRATA SHEET
 2
 3    If any corrections to your deposition are necessary,
      indicate them on this sheet, giving the change, page
 4    number, line number and reason for change.
 5    PAGE   LINE   FROM                    TO
 6    ____   ____   _____    _____
 7    Reason  _____
 8    ____   ____   _____    _____
 9    Reason  _____
10    ____   ____   _____    _____
11    Reason  _____
12    ____   ____   _____    _____
13    Reason  _____
14    ____   ____   _____    _____
15    Reason  _____
16    ____   ____   _____    _____
17    Reason  _____
18    ____   ____   _____    _____
19    Reason  _____
20    ____   ____   _____    _____
21    Reason  _____
22    ____   ____   _____    _____
23    Reason  _____
24
      _____    _____
25    Signature of Deponent              Date
```