```
 1                  UNITED STATES DISTRICT COURT
                   NORTHERN DISTRICT OF CALIFORNIA
 2                     SAN FRANCISCO DIVISION
                       CASE NO. C-01-0988-MJJ
 3

 4   In re ORACLE CORPORATION
     SECURITIES LITIGATION,
 5
     This Documents Relates to:
 6
     ALL ACTIONS
 7   _____/

 8

 9

10            VIDEOTAPED DEPOSITION OF AARON NEAL

11
              Thursday, September 29, 2005
12                     9:30 a.m.

13            Kilpatrick Stockton, L.L.P.
           1100 Peachtree Street, Suite 2800
14                  Atlanta, Georgia

15

16

17

18

19

20   Reported by:
     Judith L. Leitz, RPR
21   Georgia CCR-B-2312
     Esquire Deposition Services
22   Phone - 404-872-7890
     File No. 418785
23

24

25
```

1  Q. Uh-huh.
2  A. So when I went there that's how I would
3  gauge Oracle business, if you will, of -- of
4  opportunities that -- that we could have. So to me
5  that was -- whatever that thing said, that's all I had
6  to -- that's all I personally had to go by. It could
7  have been other people in there higher up that knew
8  other people that could possibly get jobs, I can't say
9  for sure, but -- but for me and -- and my immediate
10 group, unless somebody wasn't telling me something,
11 that was -- that was the -- the main resource or the
12 only resource.
13     Q. So the only visibility you had into Oracle's
14 consulting was through the Oracle resource browser; is
15 that correct?
16         MS. WINKLER: Objection to form. What do
17 you mean by consulting?
18         MR. CAPLAN: Misstates the testimony.
19 BY MR. GUPTA:
20     Q. You may answer the question.
21     A. Oh, okay. Ask that -- could you ask that
22 again?
23     Q. And so the only visibility you had into
24 Oracle's consulting --
25     A. Okay.

```
 1        Q.    -- was through the Oracle resource browser?
 2              MS. WINKLER:  Same objection.
 3        A.    Yes, yes, only simply -- and I say that
 4   because my manager got me on projects but from my
 5   knowledge he was going to the same resource browser as
 6   well, so, yes, to your question.
 7   BY MR. GUPTA:
 8        Q.    Let me get this straight.  So the resource
 9   browser showed open opportunities, correct?
10              MS. WINKLER:  Objection to form.
11        A.    Yes.
12   BY MR. GUPTA:
13        Q.    It didn't show -- or it did not show
14   positions that had already been filled, correct?
15              MS. WINKLER:  Objection to form.
16              MR. CAPLAN:  Vague as to time.
17        A.    I don't think it would show that.  I think
18   it would just show, to my knowledge and my
19   remembrance, it would just show open, I -- I think.
20   It would just show open resources, I don't think it
21   showed -- to my knowledge, it was open, but I could
22   have been wrong, but I'm thinking open, open
23   opportunities.
24   BY MR. GUPTA:
25        Q.    So, to the extent that projects were fully
```

1  staffed and consultants were utilized, you would not
2  know of -- strike that.
3          So you do not know one way or the other how
4  utilized consultants were at Oracle --
5          MS. WINKLER: Objection to form.
6  BY MR. GUPTA:
7      Q.  -- did you?
8      A.  No, I did not. I'm sure managers knew
9  because, you know, they -- whenever they were looking
10 for consultants they could see who was on the bench
11 and who was staffed. I never went and did that
12 because, you know, that just wasn't my role, but I
13 personally didn't know. Basically, it was just hear
14 talk, you know, somebody walk and tell me I'm on the
15 bench, you know, but I didn't look and see on any type
16 of browser all the people who were on a bench or
17 staffed, I didn't never do that. I don't think I even
18 would have the capability to do that, maybe managers
19 could do that maybe.
20     Q.  So you did not know all the individuals that
21 were on the bench at a given time?
22     A.  Not all --
23         MS. WINKLER: Objection to form.
24     A.  Not all, no.
25 BY MR. GUPTA:

1    Q.   And the only individuals that you would have
2  known that are on the bench were people that you had
3  worked with directly?
4         MS. WINKLER:  Objection to form, misstates
5  the prior testimony.
6    A.   No, because -- immediately, yes, people I
7  worked with directly, but then we'd sometimes have
8  regional meetings and I would meet somebody that would
9  say, "Well, yeah, I'm on the bench, too," you know,
10 they would come out and say that and I would say,
11 "Well, what group are you in?"  So just through --
12 through talk of personal interaction I would find out.
13 BY MR. GUPTA:
14   Q.   So other than individuals in your group or
15 whom you met at regional meetings, you were not aware
16 of all Oracle consultants who were on the bench at any
17 given time?
18        MS. WINKLER:  Objection to form.
19   A.   No.
20 BY MR. GUPTA:
21   Q.   And you do not know whether Oracle resource
22 browser was a good indicator of the profitability of
23 Oracle Consulting, do you?
24        MS. WINKLER:  Objection to form.
25   A.   No, not of the profitability.

```
 1      A.   Not that I can remember then simply --
 2 simply because I was in a lot smaller group and they
 3 were somewhat new like me, so we just thought that
 4 that was a part of...
 5           So -- but when I moved to this Vanderlande
 6 group and even before that I want to say Senior
 7 Technologies that's when I heard more and more of the
 8 gripes and complaints.  It's kind of like moving from
 9 one floor that's quiet to another floor that's vocal.
10 People whose been there for a while they don't
11 hesitate from holding their tongue.
12 BY MR. GUPTA:
13      Q.   And that Senior Technologies project you
14 were working on that was -- it ended in around June of
15 2000, correct?
16           MS. WINKLER:  Objection to form.
17      A.   Around that time.
18 BY MR. GUPTA:
19      Q.   Okay.  So you heard the gripes through -- up
20 until -- or, sorry, strike that.
21           You heard the gripes in early 2000, correct?
22      A.   Yes, yes, throughout 2000, yes.
23      Q.   So you weren't involved in any
24 implementation -- strike that.
25           So you weren't aware of any customer
```

```
 1  complaints regarding Suite 11i --
 2          MS. WINKLER:  Objection.
 3  BY MR. GUPTA:
 4      Q.   -- while you were at Oracle, correct?
 5          MS. WINKLER:  Objection to form.
 6      A.   That's correct.
 7  BY MR. GUPTA:
 8      Q.   And you weren't aware of any consultation
 9  requests or product consolations relating to Suite 11i
10  when you were at Oracle, correct?
11          MS. WINKLER:  Objection to form.
12      A.   That's correct, only because I didn't hear a
13  lot of what went on with the customers.  I basically,
14  if you will, lowest man on the totem pole, so they
15  kept me at my desk doing my work, I didn't get -- I
16  wasn't privy to any of the upper management
17  conversations.
18  BY MR. GUPTA:
19      Q.   And you were not aware of any problems with
20  the implementation and functioning of Suite 11i or
21  defects in Suite 11i application software?
22          MS. WINKLER:  Objection to form, misstates
23  the prior testimony.
24  BY MR. GUPTA:
25      Q.   Correct?
```

```
 1            MS. WINKLER:  He's already testified that
 2   there were problems with the 11i time and expense
 3   module.
 4            MR. SCHMELTZ:  Speaking objection.
 5       A.   Well, let me say this, I do know that there
 6   was a tough time with that Vanderlande project.  I
 7   don't know the exact problems of it, one was the
 8   scanner, but they were having a very tough time
 9   implementing that -- really, the whole system.  I
10   think they were using 11i, can't say for sure, but I
11   knew -- I do know that there were a lot of man-hours
12   and overtime hours put in just to try to get that
13   system in a working fashion.  So were there problems,
14   I would have to say, yes, there were problems.  The
15   exact problems, I cannot say.
16   BY MR. GUPTA:
17       Q.   Just so we're clear, you don't know for a
18   fact whether Suite 11i was being installed at the
19   Vanderlande/UPS Hub project, correct?
20            MS. WINKLER:  Objection to form.
21       A.   I can't say for a fact.
22   BY MR. GUPTA:
23       Q.   Okay.  And so you don't -- you're not aware
24   of any problems with the implementation and
25   functioning of Suite 11i or defects in the Suite 11i
```

```
 1                  C E R T I F I C A T E
 2
 3   STATE OF GEORGIA:
     DEKALB COUNTY:
 4
 5           I, Judith L. Leitz, a Certified Court
     Reporter in and for the State of Georgia, do hereby
 6   certify:
 7           That prior to being examined, the witness
     named in the foregoing deposition was by me duly sworn
 8   to testify to the truth, the whole truth, and nothing
     but the truth.
 9           That said deposition was taken before me at
     the time and place set forth and was taken down by me
10   in shorthand and thereafter reduced to computerized
     transcription under my direction and supervision, and
11   I hereby certify the foregoing deposition is a full,
     true and correct transcript of my shorthand notes so
12   taken.
             I further certify that I am not of kin or
13   counsel to the parties in the case, and I am not in
     the regular employ of counsel for any of the said
14   parties, nor am I in any way financially interested in
     the result of said case.
15           IN WITNESS WHEREOF, I have hereunto
     subscribed my name this 8th day of October, 2005.
16
17
18
19                   _____
                          Judith L. Leitz, RPR
20                        Georgia CCR-B-2312
21
22
23
24
25
```