Larry Ellison, 01:32 PM 1/24/200, A Few Facts

To: Larry Ellison <larry.ellison@oracle.com>
From: "Philip B. Simon" <psimon@howson-simon.com>
Subject: A Few Facts
Cc: "Carolyn S. Balkenhol" <Carolyn.Balkenhol@oracle.com>
Bcc:
Attached:

Dear Larry:

Following up on our conversation this morning, here are a few facts re paying down your bank debt:

1. total currently due the banks (including $42m for nCUBE): $1.22bn

2. exercise and sale of 22.232m options that expire 8/1/01 - you have to pay tax equal to 46.7% of the option gain (35.45% due immediately, the remainder due when you file your 2001 t/returns); also you need to pay the 22.54 cent exercise price. I estimate you'll net after tax 52.75% of the sale proceeds.

3. assuming we average $31.25/sh on all 22.232m shares, the net cash will total $366.5m ($31.25 x 22.232m = $695m; $695m x 52.75% = $366.5m)

4. you hold 5.227m high tax basis shares from 98/99/2000 option exercises. We picked up the option income with little or no tax cost offsetting tax losses in those years. Total tax basis in these 5.227m shares = $111.2m. If we sell these shares at $31/sh, grossing $162m, the tax at c/gains rates will equal $13m ($50.7m gain @ 25.6% rate). Thus, after tax, you'd net $149m on this lot.

5. to generate an aggregate $822m in after tax proceeds (required to get your debt down to $400m), at $31/sh sale price you'd need to sell 13.3m of your old zero basis shares. 13.3m times $31 = $412m; less c/gains tax of $105m @ 25.6% yields $307m after tax sale proceeds. ($307m + $149m + $366m = $822m).

6. thus, in total, to generate $822m in after tax proceeds, you'd sell 40.7m options and shares (22.232m + 5.2m + 13.3m), roughly equal to your 40m split adjusted 6/99 option grant.

Philip

Printed for "Philip B. Simon" <psimon@howson-simon.com>    1

CONFIDENTIAL

NDCA-ORCL 042822