LATHAM & WATKINS LLP
  Peter A. Wald (SBN 85705)
  Michele F. Kyrouz (SBN 168004)
  Rees F. Morgan (SBN 229899)
505 Montgomery Street, Suite 2000
San Francisco, California 94111-2562
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
E-mail: peter.wald@lw.com
        michele.kyrouz@lw.com
        rees.morgan@lw.com

LATHAM & WATKINS LLP
  Patrick E. Gibbs (SBN 183174)
  Matthew Rawlinson (SBN 231890)
140 Scott Drive
Menlo Park, California 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600
E-mail: patrick.gibbs@lw.com
        matt.rawlinson@lw.com

LATHAM & WATKINS LLP
  Jamie L. Wine (SBN 181373)
633 West Fifth Street, Suite 4000
Los Angeles, California 90071
Phone: (213) 485-1234
Fax: (213) 891-8763
E-mail: jamie.wine@lw.com

Attorneys for Defendants ORACLE CORPORATION, LAWRENCE J. ELLISON, JEFFREY O. HENLEY, and EDWARD J. SANDERSON

ORACLE CORPORATION
  Dorian Daley (SBN 129049)
  James C. Maroulis (SBN 208316)
500 Oracle Parkway
Mailstop 5OP7
Redwood Shores, CA 94065
Telephone: (650) 506-5200
Facsimile: (650) 506-7114
E-mail: jim.maroulis@oracle.com

Attorneys for Defendant ORACLE CORPORATION

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Master File No. C-01-0988-MJJ (Consolidated)<br><br>**DECLARATION OF REES F. MORGAN IN SUPPORT OF DEFENDANTS' OPPOSITION TO MOTION TO EXCLUDE EXPERT TESTIMONY OF EDWARD YOURDON** |

LATHAM & WATKINS
ATTORNEYS AT LAW
SAN FRANCISCO

DECLARATION OF R. MORGAN IN SUPPORT OF DEFENDANTS' OPPOSITION TO
MOTION TO EXCLUDE EXPERT TESTIMONY OF EDWARD YOURDON
Master File No. C-01-0988-MJJ

I, Rees F. Morgan, declare as follows:

1. I am an attorney duly licensed to practice before the courts of the State of California. I am an associate with the law firm of Latham & Watkins LLP, counsel of record for defendants in the above-entitled action. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. I submit this declaration (the "Morgan Declaration") in support of Defendants' Opposition to Motion to Exclude Expert Testimony of Edward Yourdon.

3. Attached hereto as Exhibit 1 is a true and correct of the May 25, 2007 Expert Report of Edward Yourdon ("Yourdon Report").

4. Attached hereto as Exhibit 2 is a true and correct copy of the June 22, 2007 Rebuttal Expert Report of Edward Yourdon ("Yourdon Rebuttal").

5. Attached hereto as Exhibit 3 is a true and correct copy of excerpts from the July 3, 2007 Deposition of Edward Yourdon ("Yourdon Tr.")

6. Attached hereto as Exhibit 4 is a true and correct copy of the June 22, 2007 Rebuttal Declaration of Randall W. Jensen ("Jensen Rebuttal").

7. Attached hereto as Exhibit 5 is a true and correct copy of the May 25, 2007 Declaration of Brooks L. Hilliard ("Hilliard Report").

8. Attached hereto as Exhibit 6 is a true and correct copy of a HurwitzGroup Analyst Report, *Oracle's E-Business Suite 11i*, by Sharon Ward, dated April 11, 2001 (NDCA-ORCL 110505-11).

9. Attached hereto as Exhibit 7 is a true and correct copy of Plaintiffs' Amended Notice of Motion and Motion for Partial Summary Judgment; and Memorandum of Points and Authorities in Support Thereof ("Plaintiffs' Amended Motion for Partial Summary Judgment").

10. Attached hereto as Exhibit 8 is a true and correct copy of excerpts from the July 13, 2007 Deposition of Randall W. Jensen ("Jensen Tr.")

11. Attached hereto as Exhibit 9 is a true and correct copy of excerpts from the June 28, 2007 Deposition of Brooks L. Hilliard ("Hilliard Tr.").

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

DECLARATION OF R. MORGAN IN SUPPORT OF DEFENDANTS' OPPOSITION TO MOTION TO EXCLUDE EXPERT TESTIMONY OF EDWARD YOURDON
Master File No. C-01-0988-MJJ

12. Attached hereto as Exhibit 10 is a true and correct copy of the 1199 SEIU Greater New York Pension Fund's Third Supplemental Responses to Defendants' Second Set of Interrogatories to Plaintiffs, dated January 31, 2007 ("Responses to Contention Interrogatories").

13. Attached hereto as Exhibit 11 is a true and correct copy of Plaintiffs' Revised Second Amended Complaint for Violations of the Federal Securities Law, dated December 9, 2002 ("Operative Complaint").

14. Attached hereto as Exhibit 12 is a true and correct copy of the February 13, 2001 Transcript of AppsWorld 2001 Larry Ellison Press Conference (NDCA-ORCL 306962-86).

15. Attached hereto as Exhibit 13 is a true and correct copy of R11i Customer Information, Oracle Internal Document , May 16, 2001, (NDCA-ORCL 41724-42), R11i Customer Information, Oracle Internal Document, April 10, 2001 (NDCA-ORCL 418169-84), R11i Customer Information, Oracle Internal Document, March 21, 2001 (NDCA-ORCL 418373-87), R11i Customer Information, Oracle Internal Document, February 5, 2001 (NDCA-ORCL 418454-64), R11i Customer Information, Oracle Internal Document, January 29, 2001 (NDCA-ORCL 418687-97), R11i Customer Information, Oracle Internal Document, January 3, 2001 (NDCA-ORCL 418744-54), R11i Customer Information, Oracle Internal Document, November 28, 2000 (NDCA-ORCL 418902-05) (collectively, "R11i Customer Information summaries").

16. Attached hereto as Exhibit 14 is a true and correct copy of the February 4, 2005 Discovery Hearing Transcript.

I hereby declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on August 27, 2007 in San Francisco, California.

_____/S/_____
Rees F. Morgan

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

DECLARATION OF R. MORGAN IN SUPPORT OF DEFENDANTS' OPPOSITION TO MOTION TO EXCLUDE EXPERT TESTIMONY OF EDWARD YOURDON
Master File No. C-01-0988-MJJ