# Rebuttal Declaration of Randall W. Jensen, PhD

Regarding
Expert Report of Edward Yourdon
dated 25 May 2007

in the Matter of
Oracle Corporation ("Oracle") Securities Litigation
United States District Court
Northern District of California
San Francisco Division
Case No. C-01-0988-MJJ

June 22, 2007

## **Assignment**

I was engaged in the Oracle Corporation Securities Litigation (Case No. C-07-0988-MJJ) in June 2007 and was asked to review and analyze the Expert Report of Edward Yourdon dated May 25th, 2007. Specifically, I have been asked to:

1. Address the methodology and accuracy of Mr. Yourdon's finding that the Oracle 11i software comprises 250,000 function points.

2. Address Mr. Yourdon's analysis and findings relating to the quality of the Oracle 11i software during the class period from December 14th, 2000 to March 1, 2001.

3. Address Mr. Yourdon's analysis and findings regarding the adequacy of testing done on the Oracle 11i software prior to its release.

I have addressed each of these issues and reached the conclusions in the following paragraphs.

# Conclusions

**Conclusion #1:**

**The basis on which Mr. Yourdon calculates 267,000 function points for Oracle 11*i* is flawed, and therefore his calculation cannot be relied upon.**

According to Mr. Yourdon, the Oracle 11*i* suite would have had on the order of 267,000 function points. To get this number, Mr. Yourdon relies on testimony from a senior Oracle developer[1] stating that Oracle expended 6 million staff hours developing Oracle 11*i*. However, using information from the same sources that it appears that Mr. Yourdon used,[2] the size of Oracle 11*i* could actually have been anywhere between 76,000 to 556,000 function points. That range is so wide that all one can infer from that fact alone is that the Oracle 11*i* system is very large. According to Table 3.17 in Capers Jones's 1996 book, the number of function points that Oracle could have developed per staff-month could have been anywhere between 1.90 and 13.88, as opposed to the mode value 6.75 (which is approximately the same as the 6.67 that Yourdon uses[3]). It is this range of 1.90 to 13.88 that produces the 76,000 to 556,000 function point calculation. However, even this is misleading because it refers to all types of software (e.g., internally-developed custom software, outsourced custom software, military software, etc.). What Mr. Yourdon should have noted is that Table 3.31 from Capers Jones's same book[4] shows that average development productivity for commercial software (e.g., Oracle 11*i*[5]) would only be in the range of 1.96 function points per staff-month (which corresponds to approximately 80,000 function points). Using this more realistic number, Oracle could not have properly developed and tested a 267,000

---

[1] Declaration of Alan Fletcher dated February 28, 2005 (incorrectly stated as February 28, 2006 in Mr. Yourdon's report).

[2] Capers Jones, "Applied Software Measurement" (Second Edition, McGraw Hill, 1996), page 189.

[3] The table Mr. Yourdon references in his report, Table 15-3 does not exist in this reference source, but Table 3.17 covers the same subject matter and has a similar statistic.

[4] Capers Jones, "Applied Software Measurement" (Second Edition, McGraw Hill, 1996), page 213.

[5] Ibid., page 179.

function point product with only 6 million staff hours of effort.[6]

However, the whole approach of calculating function points from staff hours is misleading because the calculation method is not sufficiently precise to be useful.[7] In fact, the only reliable method of determining the number of function points in a software system is to have a function point counter certified by the International Function Point Users Group (IFPUG) count them. In order to accomplish this, the counter would have to undertake the following steps:
- Define the desired application boundary (i.e., the limits of the functionality and systems for which function points are to be counted)
- Count the external files used by the system
- Count the internal files used by the system
- Count the system's logical inputs
- Count the system's logical outputs
- Count the system's logical queries (i.e., the number of different types of user inquiries that the system needs to be able to handle)

Once having taken these steps, the counter would need to adjust the count based on the attributes of the internal and external files (see above), and then adjust that total based on the system attributes.

Thus, Mr. Yourdon's function point estimate has no validity because the method he used was flawed and imprecise and he failed to do the one thing that could have produced a reasonably accurate estimate.

---

[6] It is my experience that modifying earlier versions of a software module requires nearly the same effort as developing it from scratch. Thus, even considering that Oracle 11i was comprised in part of modified or upgraded modules from earlier versions of the Oracle Applications, Mr. Yourdon should have realized that 6 million staff hours was insufficient to develop a reliable Oracle 11i product.

[7] According to Capers Jones ("Estimating Software Costs" Second Edition, McGraw Hill, 2007, page 121), "Simple rules of thumb are *not* accurate . . . Simple rules of thumb should *not* be used for contracts, bids, or serious business purposes."

**Conclusion #2:**

**Based on the sources Mr. Yourdon relied upon to determine the prevalence of defects in ERP-type software, Mr. Yourdon had no factual basis to state whether Oracle 11*i* defect levels were high, low or normal.**

There are only two places in Mr. Yourdon's report where he discusses what a normal defect level would be for software like Oracle 11*i*:

- In paragraph 48, Mr. Yourdon states that a normal level of defects would be 1 to 2 defects per thousand lines of code (defects/KLOC). However, Mr. Yourdon does not know or does not state how many lines of code Oracle 11*i* has. Therefore the number of defects per thousand lines of code is meaningless.

- In paragraph 87, Mr. Yourdon states that a normal ERP systems would have 1.5 million defects, only 1,000 of which would be high severity defects. However this is based on the estimate of 250,000 function points and Mr. Yourdon has no basis for using that estimate to apply to the amount of development Oracle did on 11*i*, as discussed above.

Thus there is no factual basis anywhere in Mr. Yourdon's report that supports his conclusion that the defects found in Oracle 11*i* were within normal bounds. In fact, he either did not know or did not say how many defects Oracle 11*i* had.

**Conclusion #3:**

**The defect level that Mr. Yourdon's asserts was acceptable for Oracle 11*i* is much higher than the true acceptable level for commercial software.**

In Paragraph 45 of his report, Mr. Yourdon references a table from Capers Jones's book, "Applied Software Measurement", which shows that software development projects can expect to remove 85% of the defects in a project before delivering it to customers.[8] In his use of this statistic, Mr. Yourdon implies that removal of just 85% of the suite's defects prior to customer delivery was normal and customary for software projects such as the development of Oracle 11*i*. However he has taken this figure, which refers to all types and sizes of software projects, out of context.

What Mr. Yourdon ignored was the fact that Oracle 11*i* is commercial software,[9] and Mr. Jones also documented the defect removal efficiency for commercial software, which – instead of 85% – is over 99%.[10] Of course, the 99%+ defect removal efficiency is predicated on the commercial software developer having completed 14 different defect removal activities, which is what Oracle should have done. If Oracle skipped some of these normal and expected activities (e.g., unit test, regression test, system test, integration test, etc.), Oracle would not have removed 99%+ of the defects, and the product would have experienced unusually high and unacceptable defect levels.

In paragraph 92 of his report (specifically in footnote 33), Mr. Yourdon implies that if Oracle did not test the Oracle 11*i* software completely, that was still an acceptable practice because:

> . . . vendors of large, sophisticated software products [including] Oracle . . . are unable to identify and eliminate all software bugs before they release a product. The nearly infinite number of combinations and

---

[8] Yourdon Report dated May 25, 2007, paragraph 45 (based on Table 9.15 from Capers Jones, "Estimating Software Costs" Second Edition, McGraw Hill, 2007, page 290).

[9] Capers Jones, "Applied Software Measurement" Second Edition, McGraw Hill, 1996, page 179.

[10] Capers Jones, "Estimating Software Costs" Second Edition, McGraw Hill, 2007, Table 20.2, page 488. Note: the figures in this table are based on data from approximately 12,000 actual software projects examined by Mr. Jones and his colleagues (page 486).

> permutations of hardware (CPUs, memory, disks, printers, telecommunication networks, etc.), third-party software, and customer data, make it impossible to conduct "exhaustive" testing.

This logic is fallacious. Whether or not it is possible to do what Mr. Yourdon describes as "'exhaustive' testing", it is customary for software developers to do the types of testing shown in Capers Jones's book[11] in order to assure that the software will satisfy all of the system's requirements and it will reject invalid inputs. If Oracle did not do such testing, that was not an acceptable practice.

---

[11] Ibid.

**Conclusion #4:**

**Yourdon generously asserted that 1,000 high-severity defects in the first year would be normal, but the defect levels experienced by Oracle 11i were significantly higher than this.**

In Paragraph 87 of his report, Yourdon quotes Capers Jones's statistics that an ERP system could reasonably expected to have approximately 1,000 high-severity defects in the first year of use. Mr. Yourdon also states (in paragraph 33 of his report) that "urgent" defects should be corrected with what are known as software patches. In this paragraph, Mr. Yourdon's description of an "urgent defect" is essentially the same as a "high severity defect". I am informed that Oracle issued approximately 5,000 software patches during the first six months after Oracle 11i was released for customer use, and that the level of bugs and patches during the next six months remained approximately the same or higher. Thus, even using Mr. Yourdon's logic (which was being overly generous to Oracle, as described in conclusion #3, above), the Oracle 11i defect rate was significantly higher than it should have been.

In his paragraph 192, Mr. Yourdon states: "Like bugs, patches are a natural part of software lifecycles" supported by a quote from Ron Wohl that, in turn, states "some number of software changes were made to – for the exact reason, to improve the software with new features." Two paragraphs later, Mr. Yourdon quotes Mr. Larry Ellison as saying "Yeah. Patches are often enhancements." In my experience, no new software system ever issues 5,000 enhancements during the first six months of a new product release that is not working according to its specifications. In fact, I believe the existence of the 5,000 patches and the continuing bugs during the following months are evidence strongly indicating that the Oracle 11i software was neither stable nor mature.

## Publications

My publications within the past ten years are included in my resume, attached.

## Prior Expert Witness Testimony

I do not have any expert witness testimony within the past four years.

## Expert Compensation

The compensation to be paid for services rendered in this matter is as follows: preparation, research and consulting at $450 per hour plus expenses; deposition testimony at $2,750 per half day plus expenses; and trial testimony at $6,000 per day plus expenses. To date, I have spent approximately 16 hours on this assignment.

## Concluding Comments

This declaration has summarized my opinions and has presented the basis on which they were formed.

Signed,

*[signature]*

Randall W. Jensen, PhD

Enclosure

# RANDALL W. JENSEN

660 North Highland Blvd, Brigham City, UT  84302-5526
Home: (435)734-0126; Office (801)775-5742

## RESUME

### AREAS OF SPECIAL INTEREST

Software development management; schedule and cost estimation; and software productivity improvement; Real-time software engineering methods

### EXPERIENCE SUMMARY

Forty eight years experience in the design, analysis, application, and testing of sophisticated embedded systems, backed by an extensive technical education including a Ph.D. in Electrical Engineering (Computer Science minor). Experience during the last thirty five years concentrated in software engineering including development of resource estimation and management techniques, and real-time software development methods research and application.

### EMPLOYMENT

Software Technology Support Center, Hill AFB, UT, 5/02 to present

>**Cost Estimation Subject Matter Expert**, 2/05 to present. Consulting and training in areas of software cost and schedule estimation and resource management, implementation and application of software development resource estimation tools and techniques.

>**Consultant**, 5/02 to 2/05. Consulting and training in areas of software cost and schedule estimation and resource management, implementation and application of software development resource estimation tools and techniques.

Software Engineering, Inc., Brigham City, UT, 8/75 to 5/02

>**President**, 8/75 to present. Developed software cost and schedule estimating tools (Sage, SEER-SEM, System3, Seer). Professional consulting and training in areas of real-time software engineering methods, total quality and resource management, implementation and application of software development resource estimation tools and techniques. Clients include GTE, NSA, US Air Force, US Navy, Canadian National Defence Hdqtrs, and Bull Information Systems.

Hughes Aircraft Company, Fullerton, CA, 8/72 to 11/92 (ret.)

>**Chief Scientist**, 10/80 to 11/92. El Segundo and Fullerton, CA. Conducted software engineering methods research including real-time software development techniques and tools for analysis and design. Pioneered application of structured methods and Computer-Aided System Engineering (CASE) in software development. Continued research in Total Quality Management and methods for improved software productivity with emphasis on team techniques. Enhanced resource and schedule estimation techniques for the widely-used Jensen software development model.

>**Senior Scientist**, 8/76 to 10/80, El Segundo, CA. Conducted software engineering methods research including structured software development techniques and tools. Conducted research in methods for improved software productivity with emphasis on team techniques. Developed resource and schedule estimation techniques and the Jensen software development model.

>**Senior Staff Engineer**, 8/72 to 8/76, El Segundo, CA. Tested and integrated large-scale embedded software systems. Conducted research in structured techniques in large-scale software systems and automated tools to support software test.

Utah State University, Logan UT, 9/67 to 8/72

>**Assistant Professor**. Taught software design methods and programming languages for Computer Science Department, and network theory and Computer-Aided Design (CAD) courses for the Electrical Engineering Department. Conducted research in computer simulation of electronic devices, circuits, and systems.

Design Analysis Associates, Logan, UT, 9/67 to 8/72

>**Vice President, CAD Consultant.** Consulting in electronic circuit and device simulation including stressed and transient radiation environments. Developed circuit simulation and design modeling software. Conducted simulation methods training courses. Clients included IBM and US Army Munitions Command.

Hughes Aircraft Company, Culver City, CA, 6/61 to 9/67

>**Member of Technical Staff.** Designed airborne digital computer memory systems including magnetics, circuitry, and logic. Developed state-of-art simulation methods, software, and models for the analysis of nonlinear circuits and systems operating in extreme environments.

## EDUCATION

BS, MS Electrical Engineering, Utah State University, 1959, 1961

PhD Electrical Engineering (Computer Science minor), Utah State University, 1970

Sys 283 Introduction to System Architectures, AFIT, 2006

Science Mission & System Design and Operations, TSTI, 2005

Software Life Cycle Managememt, QSM, 2006

## HONORS

Sigma Tau honorary engineering fraternity

Engineering Senator, Utah State University, 1958-59

IEEE Outstanding Professor, Utah State University, 1970-71

Sigma Tau Outstanding Engineering Professor, Utah State University, 1970-71

Fellow - Institute for the Advancement of Engineering

IEEE Distinguished Visitor, 1979-82

International Society of Parametric Analysts (ISPA) Frieman Award for outstanding contributions to parametric analysis and estimating, 1984

Outstanding Senior Civilian Engineer 2005, Hill Air Force Base, UT

## PROFESSIONAL ACTIVITIES

**Senior Member**, IEEE, 1973-92

**Executive Board**, IEEE Computer Society Software Engineering Technical Committee, 1982-86

**Chairman**, IEEE Circuit and Systems Society - Los Angeles Chapter, 1973-78

**Executive Board**, CASE Outlook Newsletter

**Board of Directors**, International Society of Parametric Analysts, 1984-86

## REFERENCES

Available on request

## PUBLICATIONS

*Quantitative Methods in Software Management*, Prentice-Hall, Inc., Englewood Cliffs, NJ, (in production)

"Commandments for a Productive Software Development Environment," with Les Dupaix, *Systems and Software Technology Conference*, Salt Lake City, UT, April 18-21, 2005

"An Economic Analysis of Software Reuse," *CrossTalk*, Hill AFB, Ogden STSC, December, 2004

"Extreme Software Cost Estimating," *CrossTalk*, Hill AFB, Ogden STSC, January, 2004

"A Pair Programming Experience," *CrossTalk*, Hill AFB, Ogden STSC, March, 2003

"Lessons Learned from Another Failed Software Contract," *CrossTalk*, Hill AFB, Ogden STSC, September, 2003

"Software Estimating Model Calibration," *CrossTalk*, Hill AFB, Ogden STSC, July, 2001

"Estimating the Cost of Software Reuse," *CrossTalk*, Hill AFB, Ogden STSC, May 1997

"Management Impact on Software Cost and Schedule," *CrossTalk*, Hill AFB, Ogden STSC, July 1996

"A New Perspective in Software Cost and Schedule Estimation," *Software Technology Conference 1996*, Hill AFB, Ogden STSC, 21-26 April 1996

"Projected Productivity Impact of Near-Term Ada Use in Embedded Software Systems," *Proceedings of the Seventh Annual International Society of Parametric Analysts Conference*, Orlando, FL, May 6-9, 1985

"A Comparison of the Jensen and COCOMO Schedule and Cost Estimation Models," *Proceedings of the Sixth Annual International Society of Parametric Analysts Conference*, San Francisco, CA, May 17-19, 1984

"Sensitivity Analysis of the Jensen Software Model," *Proceedings of the Fifth Annual International Society of Parametric Analysts Conference*, St. Louis, MO, April 26-28, 1983

"An Improved Macrolevel Software Development Resource Estimation Model," *Proceedings of the Fifth Annual International Society of Parametric Analysts Conference*, St. Louis, MO, April 26-28, 1983

"Structured Programming," Tutorial in *Computer*, **Vol. 14, No. 3**, March, 1981

*Software Engineering*, Prentice-Hall, Inc., 1979

"A Macrolevel Software Development Cost Estimation Methodology," *Proceedings of the Fourteenth Asilomar Conference on Circuits, Systems & Computers*, Pacific Grove, CA, November 17-19, 1980

"A Proposed 4-Year Software Engineering Curriculum," *SIGCSE Bulletin*, **Vol. 10, No. 3**, 1978

"Schematic Logic -A Software Design Notation," *Proceedings of the Eleventh Asilomar Conference on Circuits, Systems & Computers*, Pacific Grove, CA, November 7-9, 1977

"Software Engineering Education: A Constructive Criticism," *COMPCON 1977*, 1977

"On Benchmarking CAD Programs," *ELECTRO 76*, Boston, MA, 1976

*Handbook of Circuit Analysis Languages and Techniques*, Prentice-Hall, Inc., Englewood Cliffs, NJ 1976

*Network Analysis: Theory and Computer Techniques*, Prentice-Hall, Inc., Englewood Cliffs, NJ, 1974

"A Bipolar Transistor Model Including Low Current Effects," *Proceedings of the Seventh Asilomar Conference on Circuits, Systems & Computers*, Pacific Grove, CA, 1973

"A Class of Higher-Order Diode and Transistor Models," *Doctoral Dissertation*, Utah State University, Logan, UT, 1970

*IBM Electronic Circuit Analysis Program: Techniques and Applications*, Prentice-Hall, Inc., Englewood Cliffs, NJ, 1968

"Charge Control Transistor Model for the IBM Electronic Circuit Analysis Program," *IEEE Transactions on Circuit Theory*, **Vol. CT-13, No. 4**, December, 1966