CONFIDENTIAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

--oOo--

In re:  ORACLE CORPORATION             Master File No.
SECURITIES LITIGATION                  C-01-0988-MJJ (JCS)
_____/             CLASS ACTION



-- TRANSCRIPT DESIGNATED AS CONFIDENTIAL --

Videotaped Deposition of

BROOKS L. HILLIARD, CMC, CCP

Thursday, June 28, 2007

Reported by:
Leslie Rockwood

CSR No. 3462

Job No. 75262

CONFIDENTIAL

| | | |
|---|---|---|
| 09:58:53 | 1 | A. Yes. |
| 09:58:54 | 2 | Q. Do you recall what the gist of your opinion |
| 09:58:57 | 3 | was in that case? |
| 09:58:59 | 4 | A. There was an ancillary issue in that case, |
| 09:59:04 | 5 | and the quality was fine. |
| 09:59:06 | 6 | Q. Do you recall which modules were at issue? |
| 09:59:10 | 7 | A. No. |
| 09:59:11 | 8 | Q. What about Baan, how many cases in your |
| 09:59:24 | 9 | estimate involved ERP software from Baan? |
| 09:59:30 | 10 | A. Three. |
| 09:59:31 | 11 | Q. Do you recall which products? |
| 09:59:34 | 12 | A. I think it's -- the product's just called |
| 09:59:42 | 13 | Baan. I don't remember the revision levels. |
| 09:59:44 | 14 | Q. And what about J.D. Edwards, would that also |
| 09:59:48 | 15 | be World and One World? |
| 09:59:49 | 16 | A. Yes. |
| 09:59:50 | 17 | Q. Any other J.D. Edwards products? |
| 09:59:54 | 18 | A. No. |
| 09:59:54 | 19 | Q. PeopleSoft, do you recall which product? |
| 10:00:00 | 20 | A. Eight. |
| 10:00:06 | 21 | Q. Did any of the Baan cases involve an opinion |
| 10:00:09 | 22 | from you as to the quality of the software? |
| 10:00:11 | 23 | A. I think they all did. |
| 10:00:23 | 24 | Q. Do you recall the gist of your opinions -- |
| 10:00:28 | 25 | let me ask it a different way. |

CONFIDENTIAL

10:00:31  1        Actually, let me just work with this.  J.D.

10:00:35  2   Edwards, did any of those cases involve an opinion from

10:00:38  3   you as to the quality of the software?

10:00:39  4        A.  Well, you know, maybe I should clarify all of

10:00:43  5   these, that when I'm commenting on the quality of the

10:00:46  6   software, it's the quality of the software for the

10:00:48  7   specific application that the software was being -- had

10:00:56  8   been sold to do and was being used for.  I don't know

10:01:00  9   necessarily that I ever, in any case, previously had

10:01:11  10  evaluation of the software overall with respect to all of

10:01:18  11  its functionality.  Each case involved a specific buyer

10:01:23  12  of -- or customer of the software vendor, be it Baan or

10:01:31  13  J.D. Edwards or PeopleSoft or whomever.  Or Oracle or

10:01:34  14  whomever.  And what I was looking at was the quality of

10:01:39  15  the functionality that was delivered -- and this applies

10:01:44  16  to the CRM as well -- to that customer and how that

10:01:51  17  functionality worked based on what it had been

10:01:54  18  represented to do.

10:01:59  19       So I don't know that in any case I

10:02:01  20  necessarily had opinions on the overall quality of the

10:02:06  21  product as a whole.  I don't believe I ever did.  It was

10:02:10  22  just on the quality of specific functionality of the

10:02:15  23  product for the particular instance and circumstances

10:02:19  24  that were involved.

10:02:20  25       Q.  Okay.  I appreciate that clarification.

CONFIDENTIAL

10:02:23   1          A.   Now, do you want to come back to the -- you

10:02:26   2    were asking me about J.D. Edwards.

10:02:28   3          Q.   Not just yet.  I want to move to a slightly

10:02:33   4    different topic.  But before I do, I want to get a little

10:02:35   5    bit of terminology straight.

10:02:36   6          A.   Certainly.

10:02:37   7          Q.   We talked about ERP as a category.  We've

10:02:40   8    talked about CRM as a category.  If I refer to both of

10:02:43   9    those categories generally as enterprise application

10:02:47   10   software, will you understand it that way?  Does that

10:02:50   11   make sense to you?

10:02:50   12         A.   Yes.

10:02:55   13              MR. WILLIAMS:  Is that going to be throughout

10:02:57   14   the remaining portion of the deposition?

10:03:01   15              MR. GIBBS:  Yes.  When I use the term

10:03:04   16   "enterprise application software," I mean that to include

10:03:07   17   ERP and CRM.

10:03:08   18              MR. WILLIAMS:  Okay.

10:03:11   19              THE WITNESS:  I believe I used that

10:03:13   20   terminology in my report.

10:03:15   21         Q.   BY MR. GIBBS:  Okay.  Have you ever testified

10:03:16   22   that any enterprise application software comparable to

10:03:20   23   Suite 11i was integrated as you define that term in your

10:03:23   24   report?

10:03:23   25              MR. WILLIAMS:  Objection.  Form, ever.

CONFIDENTIAL

| | | |
|---|---|---|
| 10:03:25 | 1 | THE WITNESS:  I believe I probably have, yes. |
| 10:03:39 | 2 | Q.  BY MR. GIBBS:  Do you recall which one? |
| 10:03:42 | 3 | A.  I believe with respect to the J.D. Edwards |
| 10:03:51 | 4 | software, that for the functionality that was being used, |
| 10:03:56 | 5 | it was integrated in almost all respects and usable in |
| 10:04:05 | 6 | almost all respects.  However, there were a few critical |
| 10:04:09 | 7 | integration flaws.  But overall, for the functionality |
| 10:04:15 | 8 | that it had been bought for, most of the integration in |
| 10:04:19 | 9 | fact did exist and worked. |
| 10:04:21 | 10 | Q.  Do you recall which J.D. Edwards product that |
| 10:04:29 | 11 | was? |
| 10:04:29 | 12 | A.  One World, I believe. |
| 10:04:30 | 13 | Q.  Do you recall which release of One World? |
| 10:04:32 | 14 | A.  No. |
| 10:04:33 | 15 | Q.  Do you recall how long One World had been on |
| 10:04:37 | 16 | the market at the time you gave that opinion? |
| 10:04:39 | 17 | MR. WILLIAMS:  Testimony? |
| 10:04:40 | 18 | MR. GIBBS:  Yes. |
| 10:04:41 | 19 | THE WITNESS:  I don't know the original |
| 10:04:47 | 20 | release date of One World.  So, no, I don't. |
| 10:04:52 | 21 | Q.  BY MR. GIBBS:  Do you recall when that |
| 10:04:54 | 22 | testimony was? |
| 10:04:54 | 23 | A.  Can I refer to my report? |
| 10:05:00 | 24 | Q.  Of course. |
| 10:05:21 | 25 | A.  It would have been a bit over four years ago. |

23

CONFIDENTIAL

| | | |
|---|---|---|
| 10:05:25 | 1 | Q.  But not much? |
| 10:05:28 | 2 | MR. WILLIAMS:  Objection.  Form. |
| 10:05:29 | 3 | THE WITNESS:  I think between four and five. |
| 10:05:33 | 4 | Q.  BY MR. GIBBS:  Okay.  Have you ever testified |
| 10:05:35 | 5 | that any enterprise application software comparable to |
| 10:05:41 | 6 | Suite 11i was not integrated in the way you've defined |
| 10:05:45 | 7 | that term in your report? |
| 10:05:46 | 8 | A.  I've testified that specific functionality |
| 10:05:48 | 9 | that was represented to be integrated was not integrated, |
| 10:05:53 | 10 | yes.  In the same case. |
| 10:05:58 | 11 | Q.  Any others? |
| 10:06:00 | 12 | A.  Probably. |
| 10:06:01 | 13 | Q.  Can you think of any instance in which you've |
| 10:06:04 | 14 | testified about the lack of integration as a whole as |
| 10:06:08 | 15 | opposed to specific functionality? |
| 10:06:22 | 16 | A.  I don't recall any case where I testified to |
| 10:06:27 | 17 | the lack of integration as a whole. |
| 10:06:30 | 18 | Q.  Okay.  And what about offering an opinion as |
| 10:06:33 | 19 | opposed to testifying? |
| 10:06:39 | 20 | A.  I don't have perfect recall. |
| 10:06:41 | 21 | Q.  Understood.  I don't, either. |
| 10:06:43 | 22 | A.  I don't believe I've ever offered an opinion |
| 10:06:53 | 23 | that some suite of modules was -- for all practical |
| 10:07:02 | 24 | purposes, previously, offered an opinion that a suite was |
| 10:07:07 | 25 | for all practical purposes not integrated and should have |

24

CONFIDENTIAL

| | | |
|---|---|---|
| 10:07:11 | 1 | been. |
| 10:07:11 | 2 | Q.  All right.  Have you ever offered an opinion |
| 10:07:14 | 3 | that any enterprise application software comparable to |
| 10:07:19 | 4 | Suite 11i was either available or of commercial quality |
| 10:07:22 | 5 | as you have used those phrases in your report? |
| 10:07:31 | 6 | A.  Yes. |
| 10:07:33 | 7 | Q.  Which products? |
| 10:07:34 | 8 | A.  Well, there's an ongoing case relating to |
| 10:07:42 | 9 | Baan where I haven't yet rendered an opinion, but I found |
| 10:08:01 | 10 | nothing to indicate that it was not of commercial |
| 10:08:06 | 11 | quality, and there have been some others where the |
| 10:08:27 | 12 | software has been of commercial quality, as I've defined |
| 10:08:33 | 13 | it.  I don't recall the details off the top of my head. |
| 10:08:41 | 14 | Q.  The case involving Baan, do you recall what |
| 10:08:44 | 15 | release of the software is involved? |
| 10:08:46 | 16 | A.  It's ongoing.  I'm a non disclosed witness on |
| 10:08:50 | 17 | that one at this time, and I really can't tell you any |
| 10:08:56 | 18 | more about it. |
| 10:08:57 | 19 | Q.  Have you ever offered an opinion that any |
| 10:09:00 | 20 | enterprise application software comparable to Suite 11i |
| 10:09:03 | 21 | was not available or not of commercial quality, as you |
| 10:09:07 | 22 | have used those terms in your report? |
| 10:09:09 | 23 | MR. WILLIAMS:  Objection.  Form. |
| 10:09:10 | 24 | THE WITNESS:  And once again, I should go |
| 10:09:18 | 25 | back and say this applies to my prior answer as well. |

25

Esquire Deposition Services
800.770.3363

CONFIDENTIAL

| | | |
|---|---|---|
| 10:37:13 | 1 | consultants who had worked on implementing Suite 11i? |
| 10:37:17 | 2 | A.  Not in forming my opinions in this case, no. |
| 10:37:22 | 3 | Q.  So you haven't relied on any such |
| 10:37:24 | 4 | conversations in forming your opinions in this case? |
| 10:37:26 | 5 | MR. WILLIAMS:  Objection.  Form.  He said he |
| 10:37:28 | 6 | didn't speak to anyone so -- directly.  So with respect |
| 10:37:32 | 7 | to your question, it's argumentative. |
| 10:37:34 | 8 | THE WITNESS:  I haven't relied on any.  If I |
| 10:37:42 | 9 | had, it would be noted in the report. |
| 10:37:43 | 10 | Q.  BY MR. GIBBS:  Okay.  I was hoping so, but I |
| 10:37:45 | 11 | just wanted to make sure. |
| 10:37:48 | 12 | You write that your methodology follows all |
| 10:37:50 | 13 | industry accepted guidelines.  What industry accepted |
| 10:37:54 | 14 | guidelines are you referring to? |
| 10:37:55 | 15 | A.  The -- there isn't an industry of expert |
| 10:38:07 | 16 | analysis of software.  So the industry guidelines that I |
| 10:38:13 | 17 | follow are those practices that are common among IT |
| 10:38:21 | 18 | consultants who do the type of systems and software |
| 10:38:26 | 19 | evaluation consulting that I do.  And I attend -- I've |
| 10:38:30 | 20 | attended meetings of such consultants, I talk to them |
| 10:38:33 | 21 | frequently.  I don't know that there are any codified |
| 10:38:40 | 22 | guidelines, but these are the -- the procedures I use are |
| 10:38:45 | 23 | the same as the procedures that -- that, as I say, |
| 10:38:49 | 24 | hundreds or thousands of other consultants that do the |
| 10:38:53 | 25 | same type of business consulting that I do use.  So those |

43

| | | |
|---|---|---|
| 10:39:00 | 1 | are the guidelines that I follow. |
| 10:39:02 | 2 | Q.  If I wanted to find out what those guidelines |
| 10:39:04 | 3 | say, where would I look? |
| 10:39:08 | 4 | MR. WILLIAMS:  Objection.  Form. |
| 10:39:10 | 5 | THE WITNESS:  I don't know if there's a |
| 10:39:16 | 6 | reference book that -- that -- or a reference source that |
| 10:39:20 | 7 | gives them.  I've been doing this since the early '80s. |
| 10:39:24 | 8 | There's hardly anybody in practice today that's been |
| 10:39:27 | 9 | doing it as long as I have.  I mean, I'm sure there are |
| 10:39:31 | 10 | some.  But my methods and procedures, as I say, I've |
| 10:39:38 | 11 | developed by working with others who have been -- who |
| 10:39:42 | 12 | were doing it then, and by consulting with others who |
| 10:39:45 | 13 | have been doing it in the time from the early '80s to |
| 10:39:50 | 14 | now. |
| 10:39:51 | 15 | I don't know that there is a reference source |
| 10:39:54 | 16 | that you could go to.  There may well be.  But I'm |
| 10:39:57 | 17 | probably one of the senior people in that industry right |
| 10:40:00 | 18 | now.  I don't need a -- have a need of consulting |
| 10:40:03 | 19 | reference sources on how to do the consulting.  I've done |
| 10:40:07 | 20 | over 200 engagements on... |
| 10:40:12 | 21 | Q.  At page 6 of your opening report, you write |
| 10:40:14 | 22 | that in order to form the opinions expressed in the |
| 10:40:17 | 23 | report, you reviewed the, quote, relevant pleadings. |
| 10:40:22 | 24 | Which pleadings did you deem to be relevant? |
| 10:40:29 | 25 | A.  I read the Complaint and the response and |

CONFIDENTIAL

| | |
|---|---|
| 10:40:39 | 1 |
| 10:40:44 | 2 |
| 10:40:47 | 3 |
| 10:40:50 | 4 |
| 10:40:55 | 5 |
| 10:41:03 | 6 |
| 10:41:06 | 7 |
| 10:41:10 | 8 |
| 10:41:13 | 9 |
| 10:41:17 | 10 |
| 10:41:24 | 11 |
| 10:41:24 | 12 |
| 10:41:27 | 13 |
| 10:41:27 | 14 |
| 10:41:34 | 15 |
| 10:41:41 | 16 |
| 10:41:45 | 17 |
| 10:41:50 | 18 |
| 10:41:53 | 19 |
| 10:41:54 | 20 |
| 10:41:56 | 21 |
| 10:42:00 | 22 |
| 10:42:04 | 23 |
| 10:42:08 | 24 |
| 10:42:15 | 25 |

several others that dealt with the -- and I don't recall how many or which ones, that dealt with the issues relating to my opinions.

There are a lot of procedural -- I presume there are a lot of procedural pleadings and pleadings. It's my understanding there are a lot of financial issues in this matter that I'm not involved in, and there may well be pleadings that are specifically related to those.

So I can't give you other than the Complaint and response an off-the-top recollection of what I've read.

Q.   How did you decide which pleadings were relevant?

A.   I asked counsel, Mr. Williams, to provide me with any pleadings that related to the issues that he had assigned me to evaluate.  And I read those.

Q.   And did you -- in the course of requesting those pleadings, did you define the issues or was it just understood?

MR. WILLIAMS:  I'm going to instruct the witness not to answer or discuss any conversations that he had with counsel for plaintiffs concerning his engagement.  If you can ask the question another way to get what you need, I think there is a way to do it.

Q.   BY MR. GIBBS:  You said you asked -- well,

45

CONFIDENTIAL

| 10:42:18 | 1 | let me -- you reviewed the pleadings you were given; is |
| 10:42:24 | 2 | that fair? |
| 10:42:24 | 3 | A.  I was given an assignment, which I have |
| 10:42:28 | 4 | explained in this report (indicating), of what to |
| 10:42:35 | 5 | evaluate in my declaration.  I asked for the pleadings |
| 10:42:41 | 6 | relevant to the assignment that I was given, and I read |
| 10:42:45 | 7 | the pleadings that I was supplied with that were deemed |
| 10:42:49 | 8 | relevant to that assignment. |
| 10:42:51 | 9 | Q.  You also write that you reviewed, quote, |
| 10:42:53 | 10 | numerous documents, end quote. |
| 10:42:55 | 11 | A.  Yes. |
| 10:42:56 | 12 | Q.  Which documents did you review? |
| 10:43:01 | 13 | A.  I had -- |
| 10:43:02 | 14 | MR. WILLIAMS:  Apart from the hundred -- how |
| 10:43:05 | 15 | many exhibits are attached to his report? |
| 10:43:07 | 16 | MR. GIBBS:  That's fine.  Why don't we start |
| 10:43:08 | 17 | there. |
| 10:43:09 | 18 | Q.  Did you review any documents outside of the |
| 10:43:11 | 19 | ones specifically referenced in your reports? |
| 10:43:13 | 20 | A.  Yes. |
| 10:43:13 | 21 | Q.  Okay.  Which ones? |
| 10:43:14 | 22 | A.  I had -- I can't tell you because I had |
| 10:43:19 | 23 | access -- well, I have, I think, like eight boxes of |
| 10:43:28 | 24 | bankers' boxes of documents in my office.  I have |
| 10:43:32 | 25 | numerous depositions in electronic form.  Some of -- that |

CONFIDENTIAL

| | | |
|---|---|---|
| 11:16:31 | 1 | certain level of skepticism because that's just the way |
| 11:16:40 | 2 | it is.  Salesmen, and in particular marketing people -- |
| 11:16:42 | 3 | and I was a marketing person -- and people involved in |
| 11:16:46 | 4 | implementations have a predilection to give a positive |
| 11:16:52 | 5 | spin to what they've -- what they're doing or what |
| 11:17:01 | 6 | they're seeing or what they're expecting. |
| 11:17:04 | 7 | So in general, I looked at positive |
| 11:17:09 | 8 | appraisals with the observation of who was making them -- |
| 11:17:15 | 9 | making them, and based on experience with literally |
| 11:17:23 | 10 | hundreds, probably over a thousand marketing and |
| 11:17:29 | 11 | implementing personnel that I've dealt with one-on-one in |
| 11:17:34 | 12 | professional situations from mid-'70s to the present, I |
| 11:17:48 | 13 | gave somewhat less credibility to positive appraisals |
| 11:17:53 | 14 | then I would to negative appraisals because, once again, |
| 11:17:57 | 15 | just like people in those positions are inclined to give |
| 11:18:04 | 16 | positive appraisals, they're much less likely, in my |
| 11:18:08 | 17 | experience, to give negative appraisals. |
| 11:18:10 | 18 | So I had -- I gave more credibility to |
| 11:18:19 | 19 | third-party accounts, particularly of those in either the |
| 11:18:32 | 20 | marketing or sales or customer support areas, I gave |
| 11:18:58 | 21 | those less -- the positive ones less credibility than the |
| 11:18:58 | 22 | negative ones because of experience with people in those |
| 11:18:58 | 23 | environments. |
| 11:18:58 | 24 | Q.  What about positive appraisals by people who |
| 11:18:58 | 25 | are not in the marketing or sales or customer support |

57

CONFIDENTIAL

| | | |
|---|---|---|
| 11:18:58 | 1 | areas?  Did you see any of those that you recall? |
| 11:19:07 | 2 | A.   There were folks that I may have seen that |
| 11:19:13 | 3 | supervised those in marketing or sales or support, and I |
| 11:19:17 | 4 | guess I put those in the same category, but even though |
| 11:19:20 | 5 | they themselves might have been in development or |
| 11:19:22 | 6 | something else. |
| 11:19:23 | 7 | And actually, that applies to some extent to |
| 11:19:26 | 8 | developers as well, the same tendency to give a positive |
| 11:19:31 | 9 | spin to things. |
| 11:19:32 | 10 | I don't recall seeing any -- well, other than |
| 11:19:38 | 11 | press accounts, which I've also found to be worthy of |
| 11:19:48 | 12 | making sure there are multiple press accounts.  But most |
| 11:19:58 | 13 | of the positive appraisals I saw were from marketing |
| 11:20:06 | 14 | people. |
| 11:20:07 | 15 | I guess I also saw some analyst appraisals |
| 11:20:11 | 16 | given right after they'd gotten pitches from marketing -- |
| 11:20:15 | 17 | presentations, I should say, from marketing people that |
| 11:20:18 | 18 | gave positive appraisals. |
| 11:20:20 | 19 | So, I mean, I -- I don't recall seeing any |
| 11:20:31 | 20 | other than press that were in a position to be objective |
| 11:20:41 | 21 | that gave positive appraisals.  Not to say there weren't |
| 11:20:46 | 22 | any.  And the press I also have a level of skepticism, |
| 11:20:51 | 23 | having been misquoted in the press myself a number of |
| 11:20:53 | 24 | times, as well as correctly quoted. |
| 11:20:55 | 25 | Q.   Do you think anyone who works for Oracle or |

58

CONFIDENTIAL

| | | |
|---|---|---|
| 11:20:58 | 1 | worked for Oracle during the relevant time period is in a |
| 11:21:01 | 2 | position to give an objective credible account of a |
| 11:21:05 | 3 | customer successfully going live on one or more modules |
| 11:21:09 | 4 | of Suite 11i? |
| 11:21:13 | 5 | A.  Yes, but you can't tell which ones they are. |
| 11:21:16 | 6 | Certainly there might well have been some people that |
| 11:21:20 | 7 | are -- that gave credible accounts.  But you can't -- you |
| 11:21:26 | 8 | can't tell who's not giving positive spin when. |
| 11:21:30 | 9 | Q.  So how did you go about deciding whose |
| 11:21:33 | 10 | accounts to rely upon in forming your opinion and whose |
| 11:21:37 | 11 | accounts not to rely upon? |
| 11:21:45 | 12 | A.  I evaluated all accounts.  Almost all of the |
| 11:21:51 | 13 | positive accounts I saw dealt with very limited |
| 11:21:55 | 14 | implementations that weren't relevant to my opinions |
| 11:22:08 | 15 | because my opinions were more focused on the |
| 11:22:11 | 16 | implementations that included the breadth of |
| 11:22:20 | 17 | functionality described by Oracle's representations, |
| 11:22:26 | 18 | Mr. Ellison's and the other senior executives in the |
| 11:22:29 | 19 | company, representations about the product. |
| 11:22:31 | 20 | So almost all of the positives that I saw |
| 11:22:33 | 21 | were limited to very specific -- very limited |
| 11:22:45 | 22 | implementations which are nice and wonderful, but weren't |
| 11:22:49 | 23 | relevant to my opinions.  Those that were broader in |
| 11:22:51 | 24 | scope, in almost every case I saw contradictory |
| 11:22:57 | 25 | information indicating that during the class period, the |

59

CONFIDENTIAL

| 11:23:06 | 1 | situation that may have been positive prior to the class |
| 11:23:09 | 2 | period or later than the class period weren't the same |
| 11:23:16 | 3 | during the class period. |
| 11:23:18 | 4 | So -- and I was focused specifically on that |
| 11:23:22 | 5 | two and a half months from December 14th of 2000 to |
| 11:23:27 | 6 | March 1st or 2nd of 2001. |
| 11:23:32 | 7 | Q.  You suggested earlier that a customer's level |
| 11:23:36 | 8 | of satisfaction with an implementation might vary |
| 11:23:41 | 9 | according to the stage of the implementation. |
| 11:23:43 | 10 | Do you recall that? |
| 11:23:44 | 11 | A.  Yes. |
| 11:23:45 | 12 | Q.  And the example you used was that the |
| 11:23:48 | 13 | customer might be very happy right after the initial |
| 11:23:51 | 14 | purchase but less happy once the implementation begins. |
| 11:23:55 | 15 | Do you recall that? |
| 11:23:55 | 16 | A.  Yes. |
| 11:23:56 | 17 | Q.  Would you also agree, though, that customers |
| 11:24:00 | 18 | might experience some frustration and unhappiness in the |
| 11:24:04 | 19 | midst of an implementation but ultimately succeed and be |
| 11:24:09 | 20 | satisfied with the implementation? |
| 11:24:11 | 21 | A.  That certainly happens.  That certainly |
| 11:24:24 | 22 | happens.  I don't know -- I mean, focusing in on the |
| 11:24:28 | 23 | class period, I don't know that that's a relevant |
| 11:24:30 | 24 | question in that if someone is very unhappy during the |
| 11:24:34 | 25 | implementation, that implementation occurred during the |

Esquire Deposition Services
800.770.3363

CONFIDENTIAL

| | | |
|---|---|---|
| 11:24:37 | 1 | class period.  They were talking to others and being |
| 11:24:41 | 2 | quoted in the press or going to -- or talking to their |
| 11:24:45 | 3 | peers within the Oracle applications users group and |
| 11:24:48 | 4 | complaining or writing letters into the company.  The |
| 11:24:54 | 5 | fact that they may at some time six months or two years |
| 11:24:58 | 6 | or five years later have been happy really isn't |
| 11:25:05 | 7 | relevant. |
| 11:25:06 | 8 | Q.  Well, let me focus in on your discussion of |
| 11:25:11 | 9 | having seen evidence of limited implementations.  You |
| 11:25:14 | 10 | said that the positives that you saw during the class |
| 11:25:17 | 11 | period were almost all very limited, maybe all very |
| 11:25:23 | 12 | limited implementations.  Is that fair? |
| 11:25:26 | 13 | A.  There were -- I saw numbers that were claimed |
| 11:25:32 | 14 | to be positive.  Every single description that was of |
| 11:25:44 | 15 | greater depth than just we have "X" number of customers |
| 11:25:49 | 16 | live, in every case where I -- where there was enough |
| 11:25:55 | 17 | information to determine what modules they were using, |
| 11:25:59 | 18 | and the person who actually counted the modules was |
| 11:26:03 | 19 | someone by the name of Ms. Anthony, and she said that in |
| 11:26:08 | 20 | computing those counts, anyone who was using even one |
| 11:26:12 | 21 | module in a production environment was considered live. |
| 11:26:15 | 22 | So I didn't really consider any of the "X" |
| 11:26:20 | 23 | number of live customers, "X" number of satisfied |
| 11:26:23 | 24 | customers and so forth, without some description of |
| 11:26:30 | 25 | whether they were on one module, two modules, or three |

61

CONFIDENTIAL

| | | |
|---|---|---|
| 11:50:00 | 1 | presidential level and up within Oracle, as well as some |
| 11:50:06 | 2 | other depositions, but I didn't read every deposition. |
| 11:50:10 | 3 | So I can't say whether I caught every bit of testimony. |
| 11:50:17 | 4 | Q.  Do you know how many customers were in the |
| 11:50:21 | 5 | process of implementing some portion of Suite 11i during |
| 11:50:24 | 6 | the third quarter of the Oracle's 2001 fiscal year? |
| 11:50:29 | 7 | A.  What do you mean by "in the process of |
| 11:50:31 | 8 | implementing"? |
| 11:50:33 | 9 | Q.  Well, I mean they had bought software and |
| 11:50:35 | 10 | they were somewhere in the process of implementing it? |
| 11:50:38 | 11 | A.  So you would include customers who had bought |
| 11:50:41 | 12 | the software and not actually taken any other action |
| 11:50:44 | 13 | other than signing a contract? |
| 11:50:46 | 14 | Q.  No.  I said bought software and they were |
| 11:50:49 | 15 | somewhere in the process of implementing.  You've |
| 11:50:52 | 16 | described for me the implementation process that you go |
| 11:50:56 | 17 | through with your customers -- |
| 11:50:57 | 18 | A.  Yes. |
| 11:50:58 | 19 | Q.  -- on the consulting side.  If there's some |
| 11:51:01 | 20 | lack of clarity about what it means to implement a |
| 11:51:04 | 21 | product, then we should work through that, but I assumed |
| 11:51:07 | 22 | you understood what that means. |
| 11:51:08 | 23 | A.  No, I do, and the reason I was asking for the |
| 11:51:11 | 24 | clarification is that all the numbers I saw would include |
| 11:51:14 | 25 | all of the customers, including those who had signed the |

76

CONFIDENTIAL

| | | |
|---|---|---|
| 11:51:19 | 1 | contract and done nothing more. |
| 11:51:22 | 2 | And so I didn't see any numbers that would |
| 11:51:25 | 3 | indicate how many were actually in the -- because I |
| 11:51:28 | 4 | wouldn't count those as being in the process of |
| 11:51:31 | 5 | implementing.  Those who had just signed the contract and |
| 11:51:34 | 6 | hadn't begun any other activity.  And all the numbers I |
| 11:51:37 | 7 | saw included those.  So I don't know what number were in |
| 11:51:40 | 8 | the process of implementing, no. |
| 11:51:42 | 9 | Q.  What numbers are you referring to when you |
| 11:51:44 | 10 | say you saw numbers that included people who had just |
| 11:51:48 | 11 | bought the software but hadn't actually started the |
| 11:51:51 | 12 | process of implementing? |
| 11:51:53 | 13 | A.  My -- and I actually can't tell you where |
| 11:51:55 | 14 | I -- specifically what document I got this from, but my |
| 11:52:05 | 15 | understanding of the numbers that were quoted, the 2500 |
| 11:52:09 | 16 | or 3500 or numbers in that range, included all of those |
| 11:52:14 | 17 | who had just signed and done nothing else.  So I -- |
| 11:52:22 | 18 | that's why I can't tell you how many were in the |
| 11:52:24 | 19 | procession of implementing. |
| 11:52:26 | 20 | Q.  Where did you get the understanding that |
| 11:52:28 | 21 | that -- that those numbers included people who had signed |
| 11:52:31 | 22 | the contract and done nothing else? |
| 11:52:33 | 23 | A.  I just told you, I can't tell you where I got |
| 11:52:36 | 24 | that understanding. |
| 11:52:37 | 25 | Q.  Do you know where the document or testimony |

77

CONFIDENTIAL

| | | |
|---|---|---|
| 11:52:40 | 1 | that gave you that impression is cited in either of your |
| 11:52:45 | 2 | reports? |
| 11:52:45 | 3 | A.  I don't know. |
| 11:52:47 | 4 | Q.  Did you do any analysis to determine whether |
| 11:52:53 | 5 | the customers you've cited in your reports make up any |
| 11:52:57 | 6 | kind of representative sample of the customers who were |
| 11:53:02 | 7 | implementing Suite 11i during the class period? |
| 11:53:05 | 8 | A.  That wasn't -- in most cases, I was looking |
| 11:53:19 | 9 | at customers' experiences as a way of determining whether |
| 11:53:32 | 10 | the -- let me put it this way:  There were several |
| 11:53:39 | 11 | smoking guns, what I would call smoking guns of actions |
| 11:53:46 | 12 | that Oracle should have taken and did not take in order |
| 11:53:51 | 13 | to get this software to a point where it was performing |
| 11:53:58 | 14 | as represented.  Among these prominently were testing. |
| 11:54:04 | 15 | In many cases, testing was negligible, or in |
| 11:54:11 | 16 | some cases, it was described as not having been done at |
| 11:54:15 | 17 | all.  The inevitable result of not testing is failures, |
| 11:54:32 | 18 | defects, failures, bugs and so forth. |
| 11:54:34 | 19 | And so I looked at -- and so I knew from |
| 11:54:37 | 20 | Oracle's failures to do what it needed to do in order to |
| 11:54:45 | 21 | have the software perform as represented that there were |
| 11:54:52 | 22 | certain inevitable results.  I looked at the customers to |
| 11:54:57 | 23 | see whether that confirmed those inevitable results, and |
| 11:55:00 | 24 | it did, the customer accounts. |
| 11:55:03 | 25 | I didn't look to see whether there might have |

78

CONFIDENTIAL

| | | |
|---|---|---|
| 12:02:44 | 1 | A.   Yes. |
| 12:02:45 | 2 | Q.   Lines of code is one? |
| 12:02:46 | 3 | A.   Yes. |
| 12:02:47 | 4 | Q.   My question is really -- doesn't relate to |
| 12:02:52 | 5 | any particular metric, it's just whether the size of the |
| 12:02:54 | 6 | software as measured by some metric would affect the |
| 12:02:59 | 7 | number of defects that you would expect to see in a |
| 12:03:03 | 8 | commercial software product. |
| 12:03:05 | 9 | A.   The more lines of code, for instance, or the |
| 12:03:08 | 10 | more function points, yes, the more -- the more -- in the |
| 12:03:12 | 11 | general case, which may or may not -- which I don't |
| 12:03:18 | 12 | necessarily believe is applicable here, but in the |
| 12:03:21 | 13 | general case, yes, the number of defects would be related |
| 12:03:27 | 14 | to the size, using metrics such as lines of code or |
| 12:03:34 | 15 | function points. |
| 12:03:36 | 16 | Q.   Okay.  Let me just be specific, then.  The |
| 12:03:39 | 17 | more lines of code a program has, the more defects you |
| 12:03:43 | 18 | would expect to see in a commercial software product; is |
| | 19 | that correct? |
| 12:03:50 | 20 | A.   There are all kinds of other factors that |
| 12:04:01 | 21 | affect the number of defects. |
| 12:04:02 | 22 | Q.   Let's hold the other factors constant. |
| 12:04:05 | 23 | A.   Okay.  If all the other factors are constant, |
| 12:04:07 | 24 | yes, the more lines of code, the more defects you'd |
| 12:04:11 | 25 | expect to see. |

84

CONFIDENTIAL

| | | |
|---|---|---|
| 12:04:14 | 1 | Q.  Okay.  Same question on function points. |
| 12:04:17 | 2 | Holding everything else constant, the more function |
| 12:04:20 | 3 | points you have, the more defects you would expect to see |
| 12:04:23 | 4 | in a commercial software product; correct? |
| 12:04:27 | 5 | A.  You know, I have a fair knowledge of function |
| 12:04:34 | 6 | points, but my associate, Mr. Jensen, is really the |
| 12:04:39 | 7 | expert in that field, and I would defer function point |
| 12:04:44 | 8 | questions to Dr. Jensen. |
| 12:04:46 | 9 | Q.  Okay.  There's nothing in his rebuttal report |
| 12:04:49 | 10 | you disagree with? |
| 12:04:50 | 11 | A.  Not that I recall. |
| 12:04:51 | 12 | Q.  Okay.  Do you know how large Suite 11i is |
| 12:04:55 | 13 | measured by any metric? |
| 12:04:56 | 14 | A.  No. |
| 12:04:57 | 15 | Q.  Did you make any attempt to find out how |
| 12:05:03 | 16 | large Suite 11i was during the class period, measured by |
| 12:05:07 | 17 | any metric? |
| 12:05:07 | 18 | A.  There wasn't sufficient information to |
| 12:05:09 | 19 | determine that. |
| 12:05:10 | 20 | Q.  Would you agree with Dr. Jensen's conclusion |
| 12:05:12 | 21 | that Suite 11i is, quote, very large? |
| 12:05:15 | 22 | A.  Yes. |
| 12:05:17 | 23 | MR. GIBBS:  Okay.  We can take a break now. |
| 12:05:20 | 24 | THE WITNESS:  Thanks. |
| 12:05:21 | 25 | THE VIDEOGRAPHER:  Going off the record, the |

85

CONFIDENTIAL

| | | |
|---|---|---|
| 12:05:24 | 1 | time is 12:04. |
| 12:05:26 | 2 | (Recess.) |
| 12:18:12 | 3 | THE VIDEOGRAPHER:  We are back on the record. |
| 12:18:14 | 4 | The time is 12:17. |
| 12:18:18 | 5 | Q.  BY MR. GIBBS:  Mr. Hilliard, I want to switch |
| 12:18:21 | 6 | to a different topic now.  Still focusing on your |
| 12:18:25 | 7 | methodology and your process. |
| 12:18:26 | 8 | A.  Sure. |
| 12:18:27 | 9 | Q.  For purposes of forming your opinions in this |
| 12:18:30 | 10 | case, you didn't compare Suite 11i to any other competing |
| 12:18:38 | 11 | enterprise application suite, did you? |
| 12:18:41 | 12 | A.  As -- by "competing," you mean a suite that |
| 12:18:44 | 13 | has the full complement of capabilities integrated |
| 12:18:50 | 14 | together as this was represented to be during -- at the |
| 12:18:57 | 15 | time of the launch? |
| 12:18:57 | 16 | Q.  I don't mean identical, I just mean |
| 12:19:00 | 17 | comparable. |
| 12:19:01 | 18 | MR. WILLIAMS:  Objection.  Form. |
| 12:19:02 | 19 | THE WITNESS:  Maybe you could ask me |
| 12:19:08 | 20 | specifics. |
| 12:19:09 | 21 | Q.  BY MR. GIBBS:  Sure.  Well, for purposes of |
| 12:19:11 | 22 | forming your opinions in this case, did you compare Suite |
| 12:19:14 | 23 | 11i to any enterprise application suite? |
| 12:19:22 | 24 | A.  I focused on what my assignment was, and I |
| 12:19:28 | 25 | didn't -- I viewed that as looking at the representations |

CONFIDENTIAL

| | | |
|---|---|---|
| 12:19:33 | 1 | that were made, and they weren't representations relative |
| 12:19:36 | 2 | to other -- or at least the ones that are at issue and |
| 12:19:45 | 3 | that I wrote -- that I wound up having opinions on |
| 12:19:49 | 4 | weren't ones that were relative to other suites.  So I |
| 12:19:55 | 5 | didn't -- or other enterprise -- strike suites -- other |
| 12:20:01 | 6 | enterprise software products.  So I didn't look at it on |
| 12:20:08 | 7 | a relative basis. |
| 12:20:11 | 8 | Q.  Okay.  And just to be a little more specific, |
| 12:20:14 | 9 | for purposes of forming your opinions in this case, you |
| 12:20:17 | 10 | didn't compare the number of bugs experienced by Suite |
| 12:20:25 | 11 | 11i users during the class period, say, to the number of |
| 12:20:27 | 12 | bugs experienced by users of any other enterprise |
| 12:20:30 | 13 | application suite; correct? |
| 12:20:32 | 14 | A.  During what period? |
| 12:20:33 | 15 | Q.  During any period. |
| 12:20:35 | 16 | A.  No. |
| 12:20:35 | 17 | Q.  Do you know how many bugs were experienced by |
| 12:20:38 | 18 | Suite 11i users during class period? |
| 12:20:43 | 19 | A.  I have a number that was the number that was |
| 12:20:54 | 20 | publicly announced by Oracle sometime prior to the class |
| 12:21:00 | 21 | period.  And I have a number of TARs for approximately |
| 12:21:13 | 22 | the first year.  And I have a relationship between TARs |
| 12:21:23 | 23 | and bugs, and the number of TARs for the first year and |
| 12:21:26 | 24 | the relationship with TARs and bugs come from Oracle |
| 12:21:29 | 25 | itself. |

87

CONFIDENTIAL

| | | |
|---|---|---|
| 12:21:30 | 1 | So I have some parameters that would include |
| 12:21:38 | 2 | the class period, but I don't have a number specifically |
| 12:21:43 | 3 | for the class period. |
| 12:21:45 | 4 | Q.  Okay.  The parameters you're referring to, |
| 12:21:48 | 5 | those are the calculations that are referred to in your |
| 12:21:50 | 6 | opening report, where you take number of reported TARs |
| 12:21:54 | 7 | over the first year and you apply a percentage of TARs |
| 12:21:58 | 8 | that are bugged and you come up with a bug number; is |
| 12:22:02 | 9 | that right? |
| 12:22:02 | 10 | A.  That's correct. |
| 12:22:03 | 11 | Q.  Other than that number, and I think you |
| 12:22:06 | 12 | referred to something that Oracle had publicly announced? |
| 12:22:09 | 13 | A.  Yes. |
| 12:22:10 | 14 | Q.  Well, let's just pause on that for a second. |
| 12:22:15 | 15 | What's the number that publicly -- that was publicly |
| 12:22:17 | 16 | announced by Oracle that you referred to in your prior |
| 12:22:20 | 17 | answer? |
| 12:22:20 | 18 | MR. WILLIAMS:  Objection.  Form. |
| 12:22:22 | 19 | THE WITNESS:  It -- I saw a response to |
| 12:22:29 | 20 | Forbes magazine where Forbes magazine asked Oracle to |
| 12:22:34 | 21 | confirm that there were 5,000 bugs in the software, I |
| 12:22:43 | 22 | believe as of the point in time of the Oracle |
| 12:22:46 | 23 | applications user group, and Oracle responded to that |
| 12:22:52 | 24 | questionnaire confirming that there were 5,000 bugs as of |
| 12:22:57 | 25 | that date.  So I would call that a public announcement. |

CONFIDENTIAL

| | | |
|---|---|---|
| 12:23:00 | 1 | Q.  BY MR. GIBBS:  Okay.  That's the number |
| 12:23:02 | 2 | you're referring to? |
| 12:23:03 | 3 | A.  Yes. |
| 12:23:04 | 4 | Q.  What do you know about that document that |
| 12:23:09 | 5 | you've just described? |
| 12:23:12 | 6 | MR. WILLIAMS:  Objection.  Form. |
| 12:23:13 | 7 | THE WITNESS:  I read the document. |
| 12:23:18 | 8 | Q.  BY MR. GIBBS:  Okay.  Do you know who |
| 12:23:21 | 9 | prepared it? |
| 12:23:22 | 10 | A.  Someone in -- I believe, I'm not absolutely |
| 12:23:27 | 11 | sure, but I believe it was someone in Oracle's public |
| 12:23:31 | 12 | relations department. |
| 12:23:34 | 13 | Q.  Do you know whether the version of the |
| 12:23:35 | 14 | document you looked at was a final or a draft? |
| 12:23:45 | 15 | Just for the record, this document, I take |
| 12:23:46 | 16 | it, is Exhibit A to your rebuttal report? |
| 12:23:50 | 17 | A.  Yes. |
| 12:24:02 | 18 | MR. GIBBS:  The rebuttal report is Exhibit 2 |
| 12:24:04 | 19 | to the deposition, just for the record. |
| 12:24:12 | 20 | THE WITNESS:  I don't recall seeing any |
| 12:24:12 | 21 | marking on it as to whether it was a final or a draft.  I |
| 12:24:18 | 22 | also know that that number was published in -- in several |
| 12:24:28 | 23 | places, and the special litigation committee, in their |
| 12:24:32 | 24 | report, also referred to that -- although that wasn't |
| 12:24:35 | 25 | published, referred to that number as being accurate for |

CONFIDENTIAL

```
12:42:14  1   testimony and rebuttal and so forth, I may, depending on
12:42:20  2   what other testimony is, at some point state an opinion.
12:42:27  3   I don't have one yet.  I haven't heard all of the other
12:42:31  4   testimony, particularly opposing expert testimony.  I
12:42:36  5   may, depending on other testimony that comes up, I may
12:42:42  6   have an opinion in that relationship -- relating to that
12:42:46  7   issue relevant to other opinions that are stated.
12:42:53  8        Q.  Okay.  Let me just touch base on a very brief
12:42:57  9   topic here, and then I think we're about at the time I
12:43:01 10   said we would take a break.
12:43:02 11        Do you know who Ed Yourdon is?
12:43:05 12        A.  Yes, I do.
12:43:06 13        Q.  Did you know who Mr. Yourdon was before you
12:43:09 14   learned he'd been retained as an expert for the
12:43:12 15   defendants in this case?
12:43:13 16        A.  Yes.
12:43:13 17        Q.  How did you know Mr. Yourdon?
12:43:15 18        A.  I've met him.  I have been -- he's been the
12:43:26 19   opposing expert in other matters that I've been involved
12:43:29 20   in, and he is widely published.  And I have read some of
12:43:37 21   his publications and articles.
12:43:41 22        Q.  Do you believe Mr. Yourdon has expertise in
12:43:44 23   the software field?
12:43:45 24        A.  In certain aspects of the software field,
12:43:52 25   yes.
```

100

CONFIDENTIAL

| | | |
|---|---|---|
| 12:43:53 | 1 | Q.   What aspects? |
| 12:43:54 | 2 | A.   He was one of the early evangelists for |
| 12:44:06 | 3 | structured programming, for example.  Back in the '70s |
| 12:44:17 | 4 | when the concept of structured programming was just |
| 12:44:24 | 5 | coming into the industry, he was one who wrote about it |
| 12:44:30 | 6 | and perhaps did some of the pioneering work in that field |
| 12:44:41 | 7 | and was widely recognized for that. |
| 12:44:54 | 8 | He is a recognized pundit, if you will, on IT |
| 12:44:59 | 9 | issues.  Many of his opinions are controversial.  But |
| 12:45:12 | 10 | because of his experience going back to the '70s, he's |
| 12:45:14 | 11 | listened to with different levels of agreement. |
| 12:45:19 | 12 | Q.   Did you ever attempt to consult with |
| 12:45:22 | 13 | Mr. Yourdon in connection with one of your own expert |
| 12:45:25 | 14 | witness engagements? |
| 12:45:29 | 15 | A.   I called him on one occasion and asked him if |
| 12:45:34 | 16 | he had ever published the definition of a particular |
| 12:45:37 | 17 | term, and he said he hadn't.  And I don't recall what the |
| 12:45:47 | 18 | term was. |
| 12:45:48 | 19 | Q.   Did you call him or did you email him? |
| 12:45:50 | 20 | A.   I don't know.  It could have been email. |
| 12:45:52 | 21 | MR. GIBBS:   Okay.  It's a good place for a |
| 12:45:55 | 22 | break, if that's convenient for you guys. |
| 12:45:57 | 23 | MR. WILLIAMS:   Sure. |
| 12:45:58 | 24 | THE VIDEOGRAPHER:   This concludes Videotape |
| 12:46:01 | 25 | Number 2, Volume 1, in the deposition of Brooks Hilliard. |

101

CONFIDENTIAL

| | | |
|---|---|---|
| 12:46:05 | 1 | Going off the record, the time is 12:45. |
| 12:46:08 | 2 | (A lunch recess was taken from 12:45 p.m. |
| 13:19:54 | 3 | until 1:23 p.m.) |
| 13:20:39 | 4 | THE VIDEOGRAPHER:  This is the beginning of |
| 13:24:09 | 5 | Videotape Number 3, Volume 1, in the deposition of Brooks |
| 13:24:13 | 6 | Hilliard.  We're on the record.  The time is 1:23. |
| 13:24:19 | 7 | Q.  BY MR. GIBBS:  Welcome back, Mr. Hilliard.  I |
| 13:24:20 | 8 | want to switch topics now and ask you a few questions |
| 13:24:24 | 9 | about your implementation and consulting experience. |
| 13:24:27 | 10 | First of all, have you ever been involved in |
| 13:24:29 | 11 | an implementation of any Suite 11i products? |
| 13:24:33 | 12 | A.  I don't believe so, no. |
| 13:24:35 | 13 | Q.  Have you ever recommended any Oracle |
| 13:24:37 | 14 | applications products to a consulting client? |
| 13:24:43 | 15 | A.  Datalogics product, yes.  And it was already |
| 13:24:52 | 16 | owned by Oracle at the time.  I may have.  There may be |
| 13:25:04 | 17 | others. |
| 13:25:04 | 18 | Q.  None others that you can think of? |
| 13:25:06 | 19 | A.  None come to mind right at the moment. |
| 13:25:09 | 20 | Q.  At page 42 of your opening report, you write |
| 13:25:12 | 21 | that it is, quote, common knowledge in the business |
| 13:25:14 | 22 | community, end quote, that enterprise application |
| 13:25:18 | 23 | software such as ERP and CRM, quote, has always been |
| 13:25:23 | 24 | difficult and time-consuming to implement, end quote. |
| 13:25:26 | 25 | Why is enterprise application software |

102

CONFIDENTIAL

| | | |
|---|---|---|
| 14:35:40 | 1 | the ability of the system user to respond to somebody on |
| 14:35:47 | 2 | the telephone. |
| 14:35:47 | 3 | If it was causing delays of more than five, |
| 14:35:58 | 4 | six, eight seconds on something that would normally be |
| 14:36:03 | 5 | expected to work in zero to three seconds, you know, I |
| 14:36:12 | 6 | would -- I consider that to be a software bug, absent |
| 14:36:19 | 7 | communications or hardware issues. |
| 14:36:26 | 8 | There might well be other analogous kinds of |
| 14:36:30 | 9 | applications where certain types of performance are |
| 14:36:37 | 10 | inherent to the proper operation of the application, and |
| 14:36:44 | 11 | call center is the best example of that, or the easiest |
| 14:36:49 | 12 | to explain example of that.  But there are others that |
| 14:36:52 | 13 | are analogous where the performance problem would cause a |
| 14:36:55 | 14 | doubling or tripling or more of the amount of time.  I |
| 14:37:00 | 15 | considered that to be a big performance problem as |
| 14:37:05 | 16 | opposed to a small one. |
| 14:37:06 | 17 | Is that clear? |
| 14:37:12 | 18 | Q.  I'm sure it will be. |
| 14:37:13 | 19 | A.  I'm trying to be as responsive to your |
| 14:37:16 | 20 | questions as I can. |
| 14:37:17 | 21 | Q.  I appreciate that.  Let me turn now and ask |
| 14:37:20 | 22 | you about some of your opinions, and I actually want to |
| 14:37:23 | 23 | start with Opinion Number 2. |
| 14:37:24 | 24 | A.  Okay. |
| 14:37:25 | 25 | Q.  Has to do with preintegration and |

CONFIDENTIAL

| | | |
|---|---|---|
| 14:37:28 | 1 | integration.  My first question is:  Would you agree with |
| 14:37:40 | 2 | me that using your definition of integration, as you've |
| 14:37:47 | 3 | articulated it in your report, if you took a bunch of |
| 14:37:50 | 4 | best-of-breed products developed by separate vendors, |
| 14:37:58 | 5 | PeopleSoft HR, Siebel CRM, and you load them onto a |
| 14:38:04 | 6 | server with no systems integration work, those different |
| 14:38:07 | 7 | applications are not integrated with one another, as you |
| 14:38:10 | 8 | use that term in your report.  Is that correct? |
| 14:38:15 | 9 | A.  I suppose there's infinitesimal possibility |
| 14:38:20 | 10 | that -- that there might be some integration, but I'd |
| 14:38:25 | 11 | agree with you. |
| 14:38:26 | 12 | Q.  Okay.  Talk about serendipitous. |
| 14:38:29 | 13 | A.  Yes. |
| 14:38:29 | 14 | Q.  Barring divine intervention, those two |
| 14:38:32 | 15 | products would not work together; correct? |
| 14:38:34 | 16 | A.  Correct. |
| 14:38:35 | 17 | Q.  Or systems integration. |
| 14:38:45 | 18 | A.  That was the premise that you gave me, that |
| 14:38:47 | 19 | there was no -- no work done, no programming, no |
| 14:38:49 | 20 | integration effort, no systems integration done to |
| 14:38:51 | 21 | integrate them. |
| 14:38:51 | 22 | Q.  Absolutely. |
| 14:38:52 | 23 | A.  And I was answering on that premise. |
| 14:38:57 | 24 | Q.  That was the premise. |
| | 25 | A.  Yeah. |

144

CONFIDENTIAL

| | | |
|---|---|---|
| 14:38:58 | 1 | Q.  Once systems integration work has been done, |
| 14:39:01 | 2 | those applications developed by different vendors may be |
| 14:39:07 | 3 | integrated; is that correct? |
| 14:39:13 | 4 | A.  Yes. |
| 14:39:13 | 5 | Q.  It may depend in part on the quality of the |
| 14:39:17 | 6 | systems integration work; correct? |
| 14:39:18 | 7 | A.  Correct.  See, that's easy. |
| 14:39:23 | 8 | Q.  If I just ask the question right? |
| 14:39:26 | 9 | In forming your opinion in this case, I take |
| 14:39:29 | 10 | it you didn't compare the degree of integration between |
| 14:39:33 | 11 | the modules of Suite 11i with the degree of integration |
| 14:39:38 | 12 | between best-of-breed applications once systems |
| 14:39:42 | 13 | integration work has been done; is that correct? |
| 14:39:56 | 14 | A.  I did not -- I don't think it's possible to |
| 14:40:00 | 15 | compare that because there's such a variety of quality, |
| 14:40:05 | 16 | as you've pointed out, of systems integration work. |
| 14:40:15 | 17 | Q.  Would you agree that once someone has taken a |
| 14:40:18 | 18 | set of best-of-breed products from different vendors and |
| 14:40:21 | 19 | has done systems integration work, there may be a wide |
| 14:40:31 | 20 | range of levels of integration.  Let me rephrase that. |
| 14:40:35 | 21 | Once they've been integrated to some degree, |
| 14:40:41 | 22 | the level of integration between those best-of-breed |
| 14:40:44 | 23 | products from different vendors may vary significantly. |
| 14:40:49 | 24 | Correct? |
| 14:40:50 | 25 | MR. WILLIAMS:  Objection.  Form. |

CONFIDENTIAL

| | | |
|---|---|---|
| 14:44:35 | 1 | from the customers themselves.  I couldn't have included |
| 14:44:43 | 2 | every single email that I saw.  I suppose I could have, |
| 14:44:48 | 3 | but it seemed to be redundant to have included every |
| 14:44:55 | 4 | single one that I -- every single email on every single |
| 14:44:59 | 5 | issue that I addressed.  So I didn't necessarily include |
| 14:45:03 | 6 | all of them, but I am certain that I saw emails from |
| 14:45:07 | 7 | customers other than just Brock Tool and Yale.  I |
| 14:45:14 | 8 | can't -- as we sit here today, I can't tell you who they |
| 14:45:17 | 9 | are. |
| 14:45:17 | 10 | Q.  Okay.  But if you relied on it in forming |
| 14:45:20 | 11 | your opinion, it should be cited in your reports? |
| 14:45:33 | 12 | A.  The ones I cited in my report were sufficient |
| 14:45:37 | 13 | for the opinion.  I considered many others.  I felt it |
| 14:45:46 | 14 | was in the interest of brevity, and I know it's hard to |
| 14:45:51 | 15 | look at a hundred-page report and say it's brief.  But in |
| 14:45:54 | 16 | the interest of brevity, I did -- I did not include every |
| 14:46:01 | 17 | single document that I considered in forming my opinion, |
| 14:46:08 | 18 | and that's why in the -- where I talked about documents, |
| 14:46:12 | 19 | I said that I reviewed a lot more -- you know, the whole |
| 14:46:17 | 20 | range of documents, and you asked me what they were |
| 14:46:19 | 21 | earlier today. |
| 14:46:22 | 22 | Q.  In the course of forming your opinions in |
| 14:46:24 | 23 | this matter, did you see any documents or testimony in |
| 14:46:27 | 24 | which a customer said in words or effect that Suite 11i |
| 14:46:31 | 25 | was integrated? |

148

| | | |
|---|---|---|
| 14:46:32 | 1 | A.   During the class period or in general? |
| 14:46:42 | 2 | Q.   In general. |
| 14:46:44 | 3 | A.   I may have.  I didn't see any in the class |

14:46:54   4   period where the integration was more than just

14:46:58   5   integration between a couple of modules, and in

14:47:03   6   particular, where the integration was just between a

14:47:07   7   couple of modules within either ERP -- or mostly it was

14:47:10   8   ERP, but perhaps there might have been a CRM as well.

14:47:15   9        Q.   Okay.  In the course of forming your opinions

14:47:18   10  in this matter, you didn't review the technical reference

14:47:23   11  manuals for Suite 11i; correct?

14:47:25   12       A.   I looked at them.

14:47:27   13       Q.   All of them?

14:47:28   14       A.   No.

14:47:32   15       Q.   Can you give me a guess how much?

14:47:35   16            MR. WILLIAMS:  Objection.  Form.

14:47:36   17            THE WITNESS:  I looked at a few of them, and

14:47:48   18  having looked at them, determined that they weren't

14:47:53   19  relevant to the specific issues on -- that my opinions

14:48:02   20  were directed toward.

14:48:09   21       Q.   BY MR. GIBBS:  You've got a definition of

14:48:17   22  integration in your report.  To meet your standard of

14:48:23   23  integration, is it necessary for every single module to

14:48:27   24  communicate and share data with every other module within

14:48:30   25  a suite?

149

CONFIDENTIAL

| | | |
|---|---|---|
| 14:48:37 | 1 | A.  Well, clearly there are modules that have |
| 14:48:41 | 2 | nothing to do with one another. |
| 14:48:43 | 3 | Q.  Okay. |
| 14:48:44 | 4 | A.  And so certainly there would be no |
| 14:48:47 | 5 | requirement that they share data.  For -- to meet my |
| 14:48:56 | 6 | level of integration, what I've defined as integration, |
| 14:49:01 | 7 | which is not substantially different than what Mr. Goedde |
| 14:49:09 | 8 | said or what Mr. Wohl said or even what Mr. Yourdon said, |
| 14:49:21 | 9 | at least in his -- I can't speak for everything that he |
| 14:49:26 | 10 | said, but he did have a definition of integration. |
| 14:49:35 | 11 | It would be necessary that all -- like we |
| 14:49:38 | 12 | talked about the logical things that, for instance, an |
| 14:49:42 | 13 | accounts payable system must have.  To meet my standard |
| 14:49:45 | 14 | of definition, the same logic would have to apply for the |
| 14:49:49 | 15 | integration between modules.  If there are two modules |
| 14:49:52 | 16 | that obviously must work together because they're |
| 14:49:56 | 17 | related, and there are obvious ways in which they need to |
| 14:50:07 | 18 | integrate in order to work together, it would include all |
| 14:50:10 | 19 | of those.  But if there are ways that only a few |
| 14:50:17 | 20 | customers in oddball situations might require, I wouldn't |
| 14:50:21 | 21 | necessarily feel it was not integrated if those were not |
| 14:50:25 | 22 | included.  And in fact, when I was citing examples, if I |
| 14:50:28 | 23 | saw those types of examples, I disregarded them. |
| 14:50:32 | 24 | Q.  Okay.  And as with the specific functionality |
| 14:50:35 | 25 | that a particular application would be expected to have |

150

CONFIDENTIAL

| | | |
|---|---|---|
| 14:59:22 | 1 | A.  I don't understand your question. |
| 14:59:25 | 2 | Q.  Okay.  I said in your view, it didn't, |
| 14:59:33 | 3 | meaning the engineering didn't work in order to cause the |
| 14:59:38 | 4 | modules to work together, and you said in many cases it |
| 14:59:41 | 5 | did not, which I took to be neither a "yes" or a "no," |
| 14:59:45 | 6 | but something in the middle, and I'm trying to |
| 14:59:48 | 7 | understand. |
| 14:59:48 | 8 | A.  In some cases, it was engineered to work |
| 14:59:51 | 9 | together, and other cases, it was not engineered to work |
| 14:59:53 | 10 | together. |
| 14:59:53 | 11 | Q.  So some parts of the suite were engineered to |
| 14:59:57 | 12 | work together and others were not.  Is that your opinion? |
| 15:00:01 | 13 | A.  There's evidence to support some portions of |
| 15:00:06 | 14 | the suite being engineered to work together.  There is |
| 15:00:18 | 15 | evidence to support some portions of the suite not being |
| 15:00:25 | 16 | engineered to work together.  Very clear evidence of |
| 15:00:29 | 17 | that.  I didn't include that as part of my opinion.  My |
| 15:00:45 | 18 | opinion was focused on was the product integrated.  It |
| 15:00:50 | 19 | wasn't focused on whether it was designed or engineered |
| 15:00:55 | 20 | to be integrated. |
| 15:00:57 | 21 | Q.  Okay.  Would it be fair to say that although |
| 15:01:00 | 22 | you may have an opinion on that, the opinions you've |
| 15:01:04 | 23 | offered here (indicating) in your reports go to what the |
| 15:01:07 | 24 | software did in the field as opposed to what it was |
| 15:01:11 | 25 | designed or engineered to do? |

156

CONFIDENTIAL

| | | |
|---|---|---|
| 15:01:12 | 1 | MR. WILLIAMS:  Objection.  Form.  The |
| 15:01:17 | 2 | opinions speak for themselves, at least as they are |
| 15:01:21 | 3 | articulated in the report. |
| 15:01:23 | 4 | THE WITNESS:  I think I've already answered |
| 15:01:27 | 5 | that question. |
| 15:01:30 | 6 | Q.  BY MR. GIBBS:  Okay.  So you don't want to |
| 15:01:32 | 7 | say "yes" or "no" again? |
| 15:01:36 | 8 | A.  Ask it again.  I'll try and understand it. |
| 15:01:39 | 9 | Q.  Okay.  I asked you whether you had an opinion |
| 15:01:41 | 10 | as to whether the software was designed and engineered to |
| 15:01:45 | 11 | work together.  You first said no, and then you said wait |
| 15:01:50 | 12 | a minute, there are aspects of engineering that that |
| 15:01:54 | 13 | initial answer didn't take into account, and you said you |
| 15:02:02 | 14 | had an opinion that the software was not engineered to |
| 15:02:05 | 15 | work together.  But then you said you didn't include that |
| 15:02:08 | 16 | in your opinion.  And so I'm just trying to understand |
| 15:02:10 | 17 | what you meant by that. |
| 15:02:12 | 18 | As I understand -- tell me if I'm wrong -- |
| 15:02:15 | 19 | A.  And I think what Mr. Williams said is the |
| 15:02:20 | 20 | opinions speak for themselves.  I don't address the |
| 15:02:22 | 21 | design and engineering or the intent in the opinions or |
| 15:02:25 | 22 | the explanation. |
| 15:02:28 | 23 | Q.  Okay.  That's all I was getting at. |
| 15:02:31 | 24 | Do you have an opinion as to whether the |
| 15:02:33 | 25 | modules of Suite 11i shared a common data schema? |

157

CONFIDENTIAL

| | | |
|---|---|---|
| 15:02:40 | 1 | A. Yes. |
| 15:02:41 | 2 | Q. What's that opinion? |
| 15:02:42 | 3 | A. Well, for the most part, they did, although |
| 15:03:03 | 4 | there were some significant defects. |
| 15:03:06 | 5 | Q. Okay. And do you recall where the defects |
| 15:03:13 | 6 | were? |
| 15:03:14 | 7 | A. Once again, that same document I referenced |
| 15:03:22 | 8 | before addresses at least some of those. |
| 15:03:24 | 9 | Q. Okay. And do any other sources, documents, |
| 15:03:26 | 10 | or testimony come to mind? I'm just asking what you can |
| 15:03:30 | 11 | recall right now. |
| 15:03:31 | 12 | A. I believe there were also some other emails, |
| 15:03:45 | 13 | internal communication among Oracle employees that |
| 15:03:48 | 14 | addressed that same issue. But I think that one document |
| 15:03:58 | 15 | we discussed is probably as good a summary as -- it may |
| 15:04:05 | 16 | not cover every single instance. |
| 15:04:08 | 17 | Q. And do you have an opinion as to whether or |
| 15:04:10 | 18 | not the modules of Suite 11i were able to run as a single |
| 15:04:15 | 19 | instance on a single database? |
| 15:04:17 | 20 | A. I didn't see enough evidence to conclude that |
| 15:04:30 | 21 | that could always be done or not. |
| 15:04:33 | 22 | Q. What about sometimes? |
| 15:04:40 | 23 | A. I suppose if you get a limited enough goal of |
| 15:04:47 | 24 | implementation, that would certainly be possible. And |
| 15:04:54 | 25 | it's quite possible that for more comprehensive |

158

CONFIDENTIAL

| | | |
|---|---|---|
| 15:04:59 | 1 | implementations, for many more comprehensive |
| 15:05:02 | 2 | implementations, it would be possible.  But it's not |
| 15:05:06 | 3 | clear that it would be possible for all implementations |
| 15:05:14 | 4 | that were represented -- that it was represented that the |
| 15:05:20 | 5 | software would operate under, for all circumstances and |
| 15:05:28 | 6 | all functionality that it was represented that the |
| 15:05:31 | 7 | software would perform. |
| 15:05:33 | 8 | It's not clear that it could -- the software |
| 15:05:37 | 9 | could -- and in this case I'm using the word "perform" |
| 15:05:41 | 10 | differently than we defined it previously.  I'm using the |
| 15:05:45 | 11 | word "perform" in the more global sense. |
| 15:05:47 | 12 | Q.  Okay. |
| 15:05:48 | 13 | A.  Okay?  Of what it does. |
| 15:05:50 | 14 | Q.  Uh-huh. |
| 15:05:51 | 15 | A.  It's not clear that it could perform as -- |
| 15:05:55 | 16 | that the software could perform as represented in all |
| 15:05:58 | 17 | respects and still do so on a single global instance. |
| 15:06:02 | 18 | I'm not saying it can't; I'm not saying it could.  I |
| 15:06:05 | 19 | don't think I have enough information. |
| 15:06:07 | 20 | MR. GIBBS:  Okay.  Now is good time for a |
| 15:06:10 | 21 | break. |
| 15:06:10 | 22 | THE VIDEOGRAPHER:  This concludes Videotape |
| 15:06:14 | 23 | Number 3, Volume 1, in the deposition of Brooks Hilliard. |
| 15:06:16 | 24 | Going off the record, the time is 3:05. |
| 15:06:21 | 25 | (Recess.) |

159

CONFIDENTIAL

| | | |
|---|---|---|
| 17:31:25 | 1 | of those. |
| 17:31:26 | 2 | So, you know, after having just looked at |
| 17:31:29 | 3 | those major countries, it didn't seem to me to be useful |
| 17:31:34 | 4 | to try and carry out and say, well, you know, also every |
| 17:31:37 | 5 | country.  I just didn't do that analysis. |
| 17:31:40 | 6 | Q.  So you refer in some places to statements |
| 17:31:42 | 7 | that identify a specific number of languages that Oracle |
| 17:31:48 | 8 | 11i had been translated into.  You mentioned, I think 23 |
| 17:31:52 | 9 | as an example.  Maybe 29.  There are different numbers |
| 17:31:54 | 10 | out there. |
| 17:31:54 | 11 | A.  Something like that.  There are numbers, |
| 17:31:55 | 12 | yeah. |
| 17:31:56 | 13 | Q.  Your testimony is not that that number of |
| 17:31:59 | 14 | translations literally had not been made available, but |
| 17:32:04 | 15 | that significant translation defects existed? |
| 17:32:09 | 16 | A.  Yes.  Oh, in some cases, they weren't made |
| 17:32:17 | 17 | available. |
| 17:32:18 | 18 | Q.  Which specific ones? |
| 17:32:19 | 19 | A.  I believe Mr. Giacoletto talks about -- I |
| 17:32:24 | 20 | think it's Mr. Giacoletto -- G-i-a-c-o-l-e-t-t-o, I |
| 17:32:33 | 21 | believe. |
| 17:32:35 | 22 | Q.  We can get it to her. |
| 17:32:37 | 23 | A.  Being the senior executive in Europe, Middle |
| 17:32:41 | 24 | East, and Africa, talks about whole portions of |
| 17:32:47 | 25 | translations that weren't available for certain |

216

CONFIDENTIAL

17:32:52  1  languages.  Might be help text or it might be something

17:32:55  2  like that, just where no translation was done.

17:33:04  3        Q.  No translation at all or no translation of a

17:33:09  4  particular release, do you recall?

17:33:10  5        A.  It may have been no -- I don't recall.  It

17:33:15  6  could have been either one of those.  But --

17:33:16  7        Q.  Is there a difference, in your view?

17:33:18  8        A.  Well, there were three releases during --

17:33:24  9  that -- no, I guess there were two releases that were in

17:33:28  10  use during the class period, release 2 and release 3.  So

17:33:33  11  those would be the ones of greatest interest.

17:33:37  12        And probably there were -- there may well

17:33:40  13  have been some users still using release 1 during the

17:33:45  14  class period.  So that might be of interest as well.

17:33:48  15  Release 4 didn't occur until after the class period.

17:33:51  16        Q.  Okay.  Let me ask you a few questions about

17:34:01  17  immediate availability.  We've talked about bugs, and I

17:34:06  18  think it's clear that the presence of bugs by itself does

17:34:09  19  not mean that the software is not available.  Correct?

17:34:12  20        A.  Correct.  Depending on the level of bugs.

17:34:17  21        Q.  Depending on number and severity?

17:34:19  22        A.  Number and severity.

17:34:21  23        Q.  Is there any particular standard for judging

17:34:26  24  number and severity that tells you you're over the line

17:34:29  25  to not available?

217

CONFIDENTIAL

17:34:30   1        A.   There is no published number that I'm aware

17:34:35   2   of.

17:34:36   3        Q.   And you didn't apply a particular number.

17:34:40   4   You looked at the evidence you've cited and reached a

17:34:44   5   conclusion; correct?

17:34:45   6        A.   Based on customs and practices of the

17:34:48   7   industry that I've been involved in on a professional

17:34:51   8   basis for 30 years, yes.

17:34:53   9        Q.   It wasn't some kind of numeric quantitative

17:34:59  10   standard?

17:34:59  11        A.   That's correct.

17:35:00  12        Q.   The same thing with patches.  The mere fact

17:35:02  13   that patches are released does not by itself mean that

17:35:06  14   software is not available; correct?

17:35:08  15        A.   It would depend on the number of patches

17:35:10  16   and -- yeah.

17:35:10  17        Q.   The number of patches and what they're

17:35:13  18   designed to do?

17:35:14  19        A.   Correct.

17:35:15  20        Q.   And I take it on that latter point, the more

17:35:18  21   a patch is designed to fix a defect or a bug, the more

17:35:22  22   likely that is indicative of not being available under

17:35:27  23   the standard you've articulated.

17:35:30  24        A.   Patches are virtually always designed to fix

17:35:34  25   defects or bugs.

218

CONFIDENTIAL

| | |
|---|---|
| 17:49:53 | 1 |
| 17:49:59 | 2 |
| 17:50:03 | 3 |
| 17:50:13 | 4 |
| 17:50:17 | 5 |
| 17:50:22 | 6 |
| 17:50:27 | 7 |
| 17:50:31 | 8 |
| 17:50:39 | 9 |
| 17:50:43 | 10 |
| 17:50:44 | 11 |
| 17:50:51 | 12 |
| 17:50:57 | 13 |
| 17:51:01 | 14 |
| 17:51:05 | 15 |
| 17:51:11 | 16 |
| 17:51:15 | 17 |
| 17:51:16 | 18 |
| 17:51:21 | 19 |
| 17:51:26 | 20 |
| 17:51:30 | 21 |
| 17:51:34 | 22 |
| 17:51:37 | 23 |
| 17:51:41 | 24 |
| 17:51:44 | 25 |

Oracle or anybody else's software by doing the same
generic things that everybody else in their industry
does.  Every company -- most every successful company
succeeds by establishing some sort of a competitive
difference or a competitive advantage.

          If all you do is 80 percent, thereabouts, of
the needs, and it's the same 80 percent that everybody
else in your industry does, you're not going to be able
to establish that competitive advantage that you need to
succeed.

          And therefore, what I'm saying here is that
every business, in trying to establish some sort of a
uniqueness or a difference that they can exploit in the
marketplace -- and I'm using exploit in the positive
sense -- to be successful, needs to do a few things that
are different, that are out of the mold of what every
other company in their industry does.

          And that may involve some systems integration
to integrate maybe a bit of legacy software that they
develop themselves or, you know, some combination of
little applications that do specific functionalities that
maybe -- functions that maybe some of their competitors
don't do so they can provide better service to the
customer than the competitor.  So they can deliver a
higher quality -- you know, a product that meets a higher

CONFIDENTIAL

| | | |
|---|---|---|
| 17:51:46 | 1 | quality standard or something like that. |
| 17:51:48 | 2 | And what I'm referring to here is that in |
| 17:51:51 | 3 | fact Mr. Sellers was saying that everyone is doing stuff |
| 17:51:55 | 4 | like that.  No one does -- wants to do lots of it.  No |
| 17:52:00 | 5 | one does lots of it.  But by delivering 80 percent |
| 17:52:04 | 6 | solutions, or thereabouts, you don't eliminate the need |
| 17:52:08 | 7 | for doing that.  The need for doing that exists and |
| 17:52:12 | 8 | becomes maybe even more important, and that's what I'm |
| 17:52:17 | 9 | trying to say. |
| 17:52:17 | 10 | Q.  Do you think that customers who heard Oracle |
| 17:52:20 | 11 | say that no systems integration was required to use the |
| 17:52:25 | 12 | 11i suite believed that it would automate every single |
| 17:52:35 | 13 | piece of functionality they needed for their particular |
| 17:52:38 | 14 | business so they would not need to integrate with any |
| 17:52:41 | 15 | legacy systems or any point solution providers? |
| 17:52:45 | 16 | MR. WILLIAMS:  Objection.  Form. |
| 17:52:46 | 17 | THE WITNESS:  I didn't look at this from the |
| 17:52:49 | 18 | perspective of the customer.  I looked at it from the |
| 17:52:58 | 19 | perspective -- because those statements, as I understood |
| 17:53:00 | 20 | them, were made to financial analysts who were then |
| 17:53:04 | 21 | interpreting them or repeating them verbatim or what have |
| 17:53:08 | 22 | you to determine whether they would make stock |
| 17:53:11 | 23 | recommendations or not. |
| 17:53:12 | 24 | So I was looking at it not from the |
| 17:53:18 | 25 | perspective of someone in the IT industry or from a |

228

CONFIDENTIAL

| | | |
|---|---|---|
| 17:53:23 | 1 | customer, but from the perspective to those people to |
| 17:53:24 | 2 | whom that statement was made who are people who don't |
| 17:53:27 | 3 | have that knowledge, and who I think without that |
| 17:53:30 | 4 | knowledge would have had every reason to take that |
| 17:53:33 | 5 | literally. |
| 17:53:33 | 6 | Q.  BY MR. GIBBS:  So you think that financial |
| 17:53:35 | 7 | analysts hearing Oracle say that customers using the |
| 17:53:41 | 8 | E-Business suite wouldn't need to do any systems |
| 17:53:44 | 9 | integration, those financial analysts would have believed |
| 17:53:48 | 10 | that large numbers of customers would be able to run |
| 17:53:52 | 11 | their entire business on Suite 11i and no other software |
| 17:53:56 | 12 | at all? |
| 17:53:56 | 13 | MR. WILLIAMS:  Objection.  Misstates his |
| 17:54:00 | 14 | testimony. |
| 17:54:00 | 15 | THE WITNESS:  I'm not professing to be an |
| 17:54:03 | 16 | expert on financial analysts.  The no systems integration |
| 17:54:09 | 17 | was said so many times by so many people in so many |
| 17:54:16 | 18 | places as an absolute.  No systems integration, none. |
| 17:54:26 | 19 | Zero.  It's eliminated.  That's what was being said. |
| 17:54:29 | 20 | And I'm saying people without the specific -- |
| 17:54:32 | 21 | whether they're financial analysts or whether they're |
| 17:54:37 | 22 | court reporters or whether they're lawyers might well |
| 17:54:44 | 23 | take that literally, and I would expect they would take |
| 17:54:48 | 24 | it literally, and that's why I looked at it literally. |
| 17:54:51 | 25 | Q.  BY MR. GIBBS:  But what about people who are |

CONFIDENTIAL

17:54:53  1    familiar with the --

17:54:54  2         A.  I didn't look at it from that perspective.

17:54:57  3         Q.  So you don't have an opinion from that

17:54:58  4    perspective?

17:55:00  5         A.  I don't have an opinion from that

17:55:06  6    perspective -- well, any thoughts I might have weren't

17:55:13  7    relevant to the opinions I stated.  It's not that I might

17:55:19  8    not be able to form an opinion, but since whatever

17:55:21  9    opinion I might be able to form on that really wasn't

17:55:25  10   relevant to the issues that I was writing my opinions on,

17:55:30  11   it's -- I just didn't consider it.

17:55:34  12        Q.  Well, let me just ask you now:  Do you think

17:55:37  13   that someone with a reasonable degree of familiarity with

17:55:41  14   the enterprise application software business would have

17:55:45  15   understood those statements about no systems integration

17:55:50  16   required to mean that the functionality of Suite 11i was

17:55:53  17   so broad that significant numbers of companies would be

17:55:57  18   able to run their entire business on Suite 11i without

17:56:01  19   using any other software at all?

17:56:06  20        A.  You're asking me this as a hypothetical?

17:56:08  21        Q.  Yes.

17:56:08  22        MR. WILLIAMS:  Hold on a second.

17:56:10  23        Objection to the form.

17:56:11  24        THE WITNESS:  Not with any relationship to my

17:56:18  25   opinions?

CONFIDENTIAL

17:56:19  1        Q.  BY MR. GIBBS:  Uh-huh.

17:56:20  2        A.  Assuming it was said as often as forcefully

17:56:41  3   as it was?

17:56:44  4        Q.  Sure.

17:56:44  5        A.  I think there might be a variance among

17:57:00  6   people with that knowledge.  Some might believe, some

17:57:06  7   might disbelieve, depending on their level of knowledge

17:57:10  8   and experience.  You just said some experience and, you

17:57:13  9   know, that encompasses a wide variety -- I don't know

17:57:16  10  that I can really give a useful answer to your question.

17:57:19  11  It's just too broad.

17:57:23  12            MR. GIBBS:  What's the run time?

17:57:25  13            THE VIDEOGRAPHER:  Right now, it is six

17:57:28  14  hours, 37 minutes.

17:57:29  15            MR. GIBBS:  Why don't we take a break, and I

17:57:31  16  can figure out what I need to do to finish up.

17:57:36  17            MR. WILLIAMS:  Okay.

17:57:37  18            THE VIDEOGRAPHER:  Going off the record, the

17:57:39  19  time is 5:57.

17:57:41  20            (Recess.)

18:12:07  21            THE VIDEOGRAPHER:  We are back on the record.

18:12:20  22  The time is 6:11.

18:12:23  23       Q.  BY MR. GIBBS:  Mr. Hilliard, I wanted to ask

18:12:26  24  you a question on a different subject.  Do customers have

18:12:33  25  the same expectation for quality for an enterprise

CONFIDENTIAL

| | | |
|---|---|---|
| 18:12:41 | 1 | application software product just after it's released as |
| 18:12:44 | 2 | they would after that product has been out on the market |
| 18:12:48 | 3 | for a few years? |
| 18:12:49 | 4 | A.  You're asking me that hypothetically? |
| 18:12:51 | 5 | Q.  Uh-huh. |
| 18:12:52 | 6 | A.  I didn't consider that issue at all in my |
| 18:12:57 | 7 | report because I didn't think it had any relevance to the |
| 18:13:01 | 8 | opinions that I expressed in the report. |
| 18:13:06 | 9 | Q.  Okay. |
| 18:13:16 | 10 | A.  Buyers of software do expect successive |
| 18:13:24 | 11 | versions of software to be increasingly reliable.  That's |
| 18:13:30 | 12 | common. |
| 18:13:31 | 13 | Q.  And do they also expect successive versions |
| 18:13:35 | 14 | of the software to have improved or additional |
| 18:13:38 | 15 | functionality? |
| 18:13:39 | 16 | A.  By "versions," do you mean versions within a |
| 18:13:52 | 17 | single major release or versions -- Oracle applications |
| 18:14:02 | 18 | had the 8 series.  Okay? |
| 18:14:04 | 19 | Q.  Uh-huh. |
| 18:14:05 | 20 | A.  They had the 11 series.  I believe there's |
| 18:14:13 | 21 | now the 12 series.  Once again, I don't think necessarily |
| 18:14:18 | 22 | this -- I didn't consider this in my opinion.  I don't |
| 18:14:21 | 23 | think it has any relevance to my opinion.  But I think |
| 18:14:24 | 24 | they expect increases in functionality at the major |
| 18:14:30 | 25 | release level, the going from 11 to 12, for instance. |

232

REPORTER'S CERTIFICATE

   I certify that the witness in the forgoing

deposition,


was by me duly sworn to tell the truth, the whole truth

and nothing but the truth in the within-entitled cause;

that said deposition was taken at the time and place

herein named; that the testimony of said witness was

reported by me, a duly certified shorthand reporter and

a disinterested person, and was thereafter transcribed

under my direction into typewriting.

   I further certify that I am not of counsel or

attorney for either or any of the parties to said

deposition, nor in any way interested in the outcome of

the cause named in said caption.

   Dated


**JUN 2 9** 2007


*Leslie Rockwood*
Leslie Rockwood
Certified Shorthand Reporter
State of California
Certificate No. 3462