AppWorld 2001
Larry Ellison Press Conference

1

| Time Code | Text | Notes |
|---|---|---|
| 14:34:02 | What would you like to talk about? Yes, sir. | |
| | I have three questions if you don't mind, sir. | |
| | Three? | |
| | One is general. | |
| | Okay, as long as no one else has any questions, that's fine. | |
| | One is general. Do you expect any downturn in Europe in the coming months? The second question is more specific about Oracle's policy regarding the open source software movement that you see as a major threat to your traditional licensing business. And the third question is maybe more funny. I noticed that you had three bodyguards during you speech, and if I remember well you had only two in San Francisco a few months ago. So does that mean that you feel [less] safer in Paris? | |
| 14:34:50 | On the latter, it's simply that we have to have French-speaking and English-speaking bodyguards, so I think is the issue. In France it's always more difficult to have security in Europe because of the language complexity. That's also just a half-kidding answer. Open source movement, too, I think there's going to be an open source database that replaces Oracle. I think it's very, very unlikely. Oracle was arguably if not the most complex, one of the most complex computer programs ever written. It's designed to be easy to use, but the likelihood of open source certainly in my career. | |
| 14:35:34 | I'll probably be another ten years at Oracle max. So I should be out of here before open source is a | |

ORCL 0123026
ORACLE CONFIDENTIAL

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 306962

AppWorld 2001
Larry Ellison Press Conference

| Time Code | Text | Notes |
|---|---|---|
| | problem for us.  We're a big supported of open source in the area of operating systems and desktop operating.  Where LINUX is doing well is replacing desktop, and a desktop operating system is a pretty simple operating system. Where LINUX is doing less well is on a server based operating system.  And so, again, it will take a while even before LINUX is ready to run large scale servers let alone there being a LINUX database.  I'm sorry, the first question was? | |
| 14:36:10 | Oh, European downturn?  Again, of course the answer is no one knows, but my opinion is that the big issue in Europe of course will be the decline in the value of some of the [Telcos] and a slow rollout of 3G affecting my industry.  But now Europe, right now the European economy looks very strong, and it is much less connected to the US economy than, let's say, Asia is. So I think a downturn in the United States shouldn't automatically mean a downturn in Europe.  Yes, sir? | |
| | [question not miked] | |
| 14:37:00 | Well, do I worry?  I think, again. I can't say anything about going into the last month of our quarter.  I can't say anything about a quarter.  Our business has never been stronger.  So we'll have a great year.  We'll have even a better year next year.  For the last three years, our business is getting stronger and stronger. So talking about it on an annualized basis, I think our business continued to get stronger.  We had a very strong | |

ORCL 0123027
ORACLE CONFIDENTIAL

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 306963

AppWorld 2001                                    3
Larry Ellison Press Conference

| Time Code | Text | Notes |
|-----------|------|-------|
| | growth a year ago in database, 32%.  So, and we had a lot of dot-com business, but I would say overall if you look at our business overall, our database business is getting stronger and our application business is getting stronger. | |
| | Any one quarter is harder to predict.  Yes, sir? | |
| | [question not miked] | |
| 14:37:49 | How are going to save the 3 billion?  Well again, we've saved an awful lot of stuff in the back office already, so it really is improving our marketing and sales efficiencies.  So we expect to have huge benefits to our new global marketing system and our global sales automation system.  When a lot of people talk about CRM, they really don't, it's really not a [pre] to [proactivity] tools.  It's a management tool.  RCRM is really designed to make your sales force much more productive, and we think we'll be able to do that with both of our telesales, telesale system. | |
| 14:38:27 | We have three integrated forms of selling in our sales system.  We have a Web store that's integrated to a call center, that's integrated to our field sales automation.  And we think those three because they are integrated with our marketing system will allow us, again, to get to and market and sell to our customers much more efficiently next year than this year.  Yes, ma'am. | |
| | I'm [inaudible] from [Turkey] Capital Magazine.  The developing countries are very enthusiastic about the Internet and e-business | |

ORCL 0123028
ORACLE CONFIDENTIAL

AppWorld 2001                                          4
Larry Ellison Press Conference

| Time Code | Text | Notes |
|-----------|------|-------|
| | subjects, and they have an advantage.  They are not practicing the downturns of the early adaptors.  In addition, these countries have a young and well-educated and cheap workforce.  Does Oracle have a investment plan in this country for a software development center and what do you think about this? | |
| 14:39:27 | Well, right now we have development centers in both [Hidrobad], India, and [Bangalor], India, and we expect to be greatly increasing the size of those centers over the next 18 months.  So you'll see us doing an awful lot more hiring in India going forward.  Right here. | |
| 14:39:54 | The question is when will we be number one in the ASP market?  I think we already are number one in the ASP market, actually, in terms of hosting.  We have I think total customers more than 20,000, I think.  [You] said more than 10 less than 20,000 customers.  We've just announced a new online service.  We've got sales online, and we've got our e-business suite online.  We've just announced service online.  So I believe we are by far and way in terms of business, the world's largest ASP.  We don't spend a lot of time talking about it because we have many other businesses, but I think we are much, much bigger in terms of number of companies, number of users, any measure you want. | |
| | We'll kill IBM [on].  No, we would leave that to IBM.  The issue is that IBM believed is that in the business of labor.  IBM really is 14:40:38backed away.  If you look at the IBM software business, it's | |

ORCL 0123029
ORACLE CONFIDENTIAL

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 306965

AppWorld 2001
Larry Ellison Press Conference

5

| Time Code | Text | Notes |
|---|---|---|
| | getting smaller.  So IBM is not in the business of creating business software.  They are a reseller of other people's software.  They resell Siebel.  They resell Epiphany.  They resell I-2.  They resell Ariba.  They have [500 so] they're like a big Egghead for enterprise software, and then they provide the labor.  So where they make their money is these 300,000 engineers who then glue with glue guns to glue the software together. | |
| 14:41:22 | And we think the idea of all customers buying parts and then hiring labor to assemble the parts is an old idea.  And just that IBM's business is based on an old idea.  [The] gentleman over here. | |
| | [inaudible] in the Netherlands.  You're telling your customers not to modify your software.  What if tell you not to modify their businesses? | |
| 14:41:51 | That's fine.  Of course, they can modify our software.  They've been doing that for years.  So the customers of course can do whatever they want.  So we just think it's a bad idea.  But of course the customers are free.  We still are in the consulting business.  We'll even help them modify the software.  I don't personally recommend it.  I don't think every customer is going to do, customers will buy software from other companies.  Customers will modify our software.  Customers will do what they want to do.  I just think it's a mistake, but that's their business.  They don't have to listen to me.  Ah, the lady right here. | |

ORCL 0123030
ORACLE CONFIDENTIAL

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 306966

AppWorld 2001                                                    6
Larry Ellison Press Conference

| Time Code | Text | Notes |
|---|---|---|
|  | [inaudible] how companies competing against each other if they're running uncustomized software exactly the same. They're running the same business processes within their organizations.  Where are the new sources of competitive differentiation going to come from? |  |
| 14:42:48 | Well, they don't have to be running the new, the [identical to] business processes.  Our software, you can implement many different business processes with our software.  You don't have to change the code to change the business process.  So we have a workflow engine that you can tailor to specific businesses.  So I don't want to leave the impression that you simply reengineer your business with these one set of Oracle defined business processes.  You can still define your business process that you think is best for your company. |  |
| 14:43:16 | And then we support that, again, with our workflow engine and other ability to define different charts of accounts and different approval cycles and different manufacturing processes and billing processes. So you can, and you still tailor that for your business.  What you don't do is add a lot of third-party software with your systems integration.  What you don't do is hire computer programmers to change our [per] computer programs.  You define processes, not write programs.  And it's very different.  So they're a lot of competitive differentiation.  The people [still] can have different |  |

ORCL 0123031
**ORACLE CONFIDENTIAL**

AppWorld 2001
Larry Ellison Press Conference

7

| Time Code | Text | Notes |
|---|---|---|
| | processes within the same industry. | |
| 14:43:55 | I'd like to add also that Daimler-Chrysler competes with Ford not based on business processes but based on his car is better, and that's not just business process. That's engineering and design and all sorts of other things.  So Citibank competes with ABNM based on interest rates and different financial instruments.  So not everything is based on computer software, unfortunately for us. Yes, right here. | |
| | Mr. Ellison, during your keynote presentation you mentioned a lot of companies like Ariba, Siebel, I-2, and so on.  But you didn't mentioned Microsoft.  So I would like to know what you think of Microsoft now since the company is managed by Steve [Warner].  What do you think of Steve [Warner's] management? | |
| 14:44:42 | I think their new game machine's going to be great.  It looks very good to me.  I think a lot of people underestimate their game machines.  So if you're a gamer, I think you should take a close look at that versus the PlayStation II. I think their Microsoft network's got some fantastic stuff on movie stars, so if you wanted to get the latest stuff on movie stars, MSN is a great place to go.  They're a consumer company.  They don't do enterprise [offer].  They have. It's just not something they do. But fabulous, I think seriously if you like playing computer games, you've got to take a close look at this product.  Looks good to me. Yes, right here. | |

ORCL 0123032
ORACLE CONFIDENTIAL

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 306968

AppWorld 2001                                        8
Larry Ellison Press Conference

| Time Code | Text | Notes |
|-----------|------|-------|
| | Well, actually perhaps I disagree with you.  You've been in a place where you provided let's say databases and tools some years ago.  Now you're in the application space.  Microsoft just acquired Great Plains so actually they tried to copy in doing the same.  So where do you think that they are going to be in perhaps five to ten years? | |
| 14:45:47 | I don't know.  If I were Sony, I'd be worried.  I don't think Great Plains is a client server accounting system for businesses of less than 50 people, I don't think.  We don't compete with Great Plains.  They're not a competitor of ours.  Great Plains is for providing accounting for little itty-bitty companies.  We automate companies like General Electric or Citibank.  So I don't think Microsoft is a competitor.  They are [as] much in database.  They have largely disappeared as a competitor [our prime].  Our primary competitor's IBM, not Microsoft.  Back here. | |
| | [inaudible] in your speech that you don't think the Internet's creating new companies.  But what impact have [pure play] such as salesforce.com had on the way that Oracle thinks about delivering software over the Internet? | |
| 14:46:45 | Well, I think we have a service called sales online, Oracle sales online dot-com that competes with salesforce.com.  I know that salesforce.com said that was their idea and then we stole it from them.  That's simply not true.  You can call Even Goldberg who's the CEO of Net Ledger, which is a company that I own.  Oracle | |

ORCL 0123033
ORACLE CONFIDENTIAL

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 306969

AppWorld 2001
Larry Ellison Press Conference

9

| Time Code | Text | Notes |
|---|---|---|
| | started putting things on the Internet, online services on the Internet long before salesforce.com.  So we [believe] this for a very, very long time and we think they'll be other companies like salesforce.com and Net Ledger. | |
| 14:47:25 | But this is a business Oracle's already in by far and away the leader in.  If you look at online business, if you look at the number of businesses we have on salesonline.com, our new service offering, it's much bigger than Net Ledger or salesforce.com or any of the others.  So we believe it's a trend in the industry to offer applications of the service on the Internet, absolutely a trend in the industry.  We think it's a trend that we pioneered, and others like salesforce.com have copied.  But we think it's going to be very hard for a little company like salesforce.com to compete. | |
| 14:48:00 | Originally all they have is sales automation.  Now we have sales automation and service automation integrated in a suite.  So it's our same strategy for online services.  We believe that people want an integrated suite of applications, and that's what we're offering.  Salesforce.com can only offer sales online.  I was on the board because originally Salesforce, I invested in salesforce.com and I originally invested because they'd said that they were going to go after small businesses. | |
| | When they changed their strategy and decided to complete directly for medium-sized and large | |

ORCL 0123034
ORACLE CONFIDENTIAL

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 306970

AppWorld 2001                                                    10
Larry Ellison Press Conference

| Time Code | Text | Notes |
|-----------|------|-------|
|  | businesses and they changed the strategy to compete directly with us, I thought it was inappropriate and they thought it was inappropriate for me to remain on the board.  So we agreed it was time for me to go.  Yes? |  |
|  | You're going to [keep] buying second rate products rather than go into the best-of-breed.  What would answer to that be? |  |
| 14:49:05 | Well, first of all, because Siebel already claims to have a suite. They actually call themselves the CRM suite, and they bought most of their products.  The Siebel, Siebel did not engineer their own products.  They bought a company, they got a service product.  They bought a company, they got a marketing product that [was] [inaudible].  Most of Siebel's products came from acquisitions, and Siebel has a lot.  So Siebel really is the collection of a dozen separate companies and a dozen products from dozen different companies that don't fit together. |  |
| 14:49:38 | So I think not only, so I don't know if Siebel can say that they've got these wonderful products because all they did was buy them.  And the problem with buying all the products is those products don't fit together.  They don't even have a CRM suite. Siebel claims in their marketing, Siebel has already imitated. They've done what's called brochure engineering, Siebel has. They went out and bought a lot of companies and they claim that to be separate companies, now that they have a marketing product and a service product and a sales |  |

ORCL 0123035
ORACLE CONFIDENTIAL

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER                    NDCA-ORCL 306971

AppWorld 2001                                              11
Larry Ellison Press Conference

| Time Code | Text | Notes |
|---|---|---|
| | product, that they have this thing called a CRM suite if you read Siebel's literature. | |
| 14:50:13 | In fact, well all of our products were built by Oracle so the pieces fit together. All of Siebel's products were engineered by others and the pieces don't fit together. You can't get a suite. You cannot get a pieces that fit together by buying ten different companies and calling them all Siebel. That doesn't work. The reason we didn't buy a lot of companies to go to applications is if you want the pieces to fit together, they've got to be engineered to fit together. All Siebel has is a bunch of acquisitions. | |
| 14:50:52 | Now, to give Siebel credit, they got to market very fast, that way. They actually, they got a full set CRM products very quickly by buying a bunch of companies. The problem is the pieces don't fit together. They say that our pieces are not, they're pieces are better than our pieces. Well, they bought all their pieces versus we built all of our pieces. I wouldn't agree. I think our pieces are better than their pieces, but that's not the real issue. The real is our windshield fits into the car body. Their windshield does not. | |
| 14:51:27 | Their pieces don't fit together. Our pieces fit together. We have a better car. Just because you have good parts doesn't mean you have a good car. You can't take the best windshield, the best hood, the best body, the best engine block, the best in transmission. If you buy all the best pieces, it doesn't mean you | |

ORCL 0123036
ORACLE CONFIDENTIAL

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 306972

AppWorld 2001                                    12
Larry Ellison Press Conference

| Time Code | Text | Notes |
|---|---|---|
| | can assemble those pieces together into the best car.  The problem with the Siebel approach with acquisitions is that the pieces don't fit together.  The lady back there in the red. | |
| | [inaudible] [Hill], [*Business* Week *Romania*].  How would describe your relationship with Central and Eastern European market today and how do you picture it, let's say, two years from now? | |
| 14:52:17 | Well, it's hard to generalize about Central Europe.  Some parts of the market's growing very, very rapidly.  Things [are] generally well in Poland, Hungary.  I'm embarrassed to say I don't know exactly the state of our Romanian business, but it really is, it varies pretty dramatically from country to country.  But we've had some very rapid growth.  Sergio, do you want to comment on Central Europe?  Sergio [Giacaletto] heads all of Oracle Europe. | |
| 14:52:50 | Okay.  Our business in Central European, [centerist] Europe is doing pretty well in all of the countries and actually we are doing very well in Romania.  We still are a small operation, but have direct presence and serve both technology and applications. I'm also confident that I see finally the Russian business coming back. | |
| | Your products, comparing you with a car, especially in Romania [I'm to say] the roads are not so good. So if I was interested to know are you going to get involved in maybe coming with a very good car where the roads are not so good? | |
| 14:53:30 | Well, if the car is really good, it handles bad roads.  And so, we | |

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

AppWorld 2001
Larry Ellison Press Conference

13

| Time Code | Text | Notes |
|---|---|---|
| | have a sports utility version.  In other words, if you don't have broadband access, if you don't have a fast network, our software works pretty well even if the network isn't so fast.  So it really has been designed to work on.  It works in Vietnam which has terrible, which has bad roads, bad expensive roads.  The worst situation is when you have a bad network that costs a lot of money. Having a slow network is bad. Having a slow, expensive network is really bad.  And we still work pretty well even in that environment.  Yes, sir? | |
| | One is very general and another one is a little specific.  First of all, I think the main theme of this conference or APPS word is about e-business suites that Oracle is offering.  But what if a company or a firm decides that they don't want to spend that whole amount of money for that suite and they just want part of it first and then after that they would consider the whole e-business suite.  Does Oracle offer some parts of that car first? Another question is that. | |
| 14:54:52 | The answer, by the way, is absolutely yes.  In fact, we recommend that you start with, you try a component of the suite and then you add it in.  Now the nice thing is it's like Lego blocks. Once you have one piece in, the other pieces just snap together. There's no systems integration required.  The key thing is, you can install just one piece and then again install another piece. No systems integration.  You just basically turn it on or snap it | |

ORCL 0123038
ORACLE CONFIDENTIAL

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 306974

AppWorld 2001                                          14
Larry Ellison Press Conference

| Time Code | Text | Notes |
|---|---|---|
| | together. | |
| | Oh, okay.  Plug and play. | |
| | It is absolutely, all the pieces within the suite are literally plug and play.  There's actually no software to install even, believe it or not.  Once you have one of our applications, it literally is just turn a switch on to get the other features, the other applications. | |
| | Okay, and I didn't mention that I was from Korea, [inaudible] *Business News*.  I understand that you are visiting Asia around May or June? | |
| | I'll be in Singapore and Shanghai and in Seoul. | |
| | Okay, so can I ask the purpose, the main purpose of your visiting, especially Seoul, Korea? | |
| 14:55:48 | Ah, again, we've got some very large customers in Seoul.  LG and LG Electronics being an Oracle e-business suite customer.  I'm not sure if I get myself in trouble, but a well-known steel company.  I'll just, I don't many announcements, but we have a number of major companies in Korea, very large companies that are implementing the e-business suite.  So it's very important that I spend time in Seoul talking to some of our largest customers in the world.  Yes, right here. | |
| | How does your e-business suite apply to an industry such as the travel industry which has got so many different complex systems that don't talk to each other? | |
| 14:56:38 | Well, it probably applies more, and of course the travel industry is the classic.  There are a lot of industries like the travel | |

ORCL 0123039
ORACLE CONFIDENTIAL

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

AppWorld 2001                                    15
Larry Ellison Press Conference

| Time Code | Text | Notes |
|-----------|------|-------|
| | industry with all of these separate systems that have grown up over time.  I think you'll see virtually every industry moving to reengineer their processes and bring them to the Internet and upgrade their software.  At least if not, all [at].  [I'm not sure investing] all at once big bang approach.  But start moving to the e-business suite.  So again, from something as simple as accounting to as complex as a reservation system.  We see that industry like every other industry moving from component software to a complete suite for the travel industry.  I mean everything:  accounting, reservations, the works. | |
| | We've already done some res systems.  We're working with a number of very large organizations within the travel industry.  Gentleman back here. | |
| | [Eric Ralson] from Norway.  When I upgrade to the next addition of e-business suite, how much work do I have to do to redo the tailoring that I made to the previous addition? | |
| 14:58:03 | Two pieces of news:  Almost no work.  But this is, there are two points that are very important.  When SAP came out with their My SAP, they're charging their customers to do an upgrade and it's a tremendous amount of labor to move to My SAP.  When PeopleSoft came out with PeopleSoft Version 8 on the Internet, they're charging their customers and it's a huge amount of labor to move.  One is we did not charge our customers for the e-business suite.  There was no upgrade fee.  And as you move from | |

ORCL 0123040
ORACLE CONFIDENTIAL

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

AppWorld 2001
Larry Ellison Press Conference

| Time Code | Text | Notes |
|---|---|---|
| | one version of the e-business suite to another, as long as you haven't made heavy modification, it's easy and fast.  It's automatic.  It's automatic. | |
| 14:58:47 | And that's a huge difference in terms of policy and in terms of technology.  One is automatic upgrade.  [There's] this tremendous amount of labor to upgrade SAP.  Tremendous amount of labor to upgrade PeopleSoft.  But then on top of all of your labor costs, PeopleSoft charges you and SAP charges you and we don't.  I think that's a very big difference.  Yeah? | |
| | I'm [Audrey Burbon].  I'm from *Computer [Art] Finland*.  In Finland, actually, Siebel just had an office opened in Finland [inaudible].  Oracle has strong presence, but still our biggest companies like Nokia use Siebel systems.  How do you explain that? | |
| 14:59:31 | Well Siebel, again, because they bought a lot of companies got to the market before we did.  Our CRM system is very new so if Nokia made this decision a while ago, I'm not surprised and Siebel sells their products.  IBM recommends Siebel.  But this is very interesting.  If you're in the business of selling a lot of labor, Siebel's perfect.  IBM loves Anderson Consulting, now known as [Essenture], recommends. So you have the big integrators recommending, they don't like us very much because there's not enough labor. | |
| | So interestingly enough, if you ask IBM who they recommend, call up IBM and ask them who they recommend, Oracle or Siebel.  And | |

ORCL 0123041
ORACLE CONFIDENTIAL

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

AppWorld 2001                                            17
Larry Ellison Press Conference

| Time Code | Text | Notes |
|-----------|------|-------|
| | the thing is IBM doesn't like the idea that you can install our software quickly. Customers do. But Siebel with their acquisition strategy; in fact went out and bought a dozen companies to get their products, got to market very, very quickly. And there-by became the market leader. [It] took us longer because we had to build the products. We didn't buy them, but all of our pieces fit together. We have an integrated suite. They don't. | |
| | I believe in the end good engineering wins. | |
| | [inaudible] market. How can you come to the market where only trading [does the] e-business [suite to] last year of [inaudible] marketing. And the market is already quite full, what's your chances? | |
| 15:01:00 | Oh, I don't think the market's quite full at all, especially I think the Internet people are just beginning to understand and people are faced with an SAP upgrade. They want to go SAP to My SAP. That's a whole new system. They got to buy it again. We've got to pay SAP for a new license. They've got to then to [do] tremendous amount of labor to convert from the old SAP R3 to the new My SAP. So that's a big decision. Same thing is true with PeopleSoft. So the Siebel system is really not an Internet system. It's a client server system. | |
| | So as people move to the Internet and want to take advantage of the Internet, we think they're going to consider Oracle software as the best way to do that. Yes, way in the back, the gentleman way in the | |

ORCL 0123042
ORACLE CONFIDENTIAL

AppWorld 2001                                    18
Larry Ellison Press Conference

| Time Code | Text | Notes |
|-----------|------|-------|
| | back. | |
| | Thank you.  Doing your talk you mentioned [inaudible] and [inaudible] between countries. Because it means that when you add the 97 e-mail you should [not] get [Lotus Notes] or [inaudible] to that document management and [inaudible].  We're talking strategies. | |
| 15:02:05 | Lotus Notes have the worst imaginable system because Lotus Notes has lots and lots of little databases.  Lotus Notes cannot handle.  What we have is an Internet system.  Lotus Notes is pre-Internet.  Lotus, the big problem with Lotus Notes, in fact it's [in fact], Ray [Ozzy] who wrote Lotus Notes, the programmer has now come out with a new system called Grove which runs on the Internet.  The problem with Lotus Notes, it's not an Internet system and wouldn't allow us to put in a global system.  Instead we have a document management system, and an e-mail system and a calendar that runs on the Internet. | |
| 15:02:40 | We have two computers running all of our e-mail.  If we were to do with Lotus Notes, we'd need 200. 200 at least.  At least 200.  So we have an Internet e-mail system. It's called [I-map 4] Internet standard.  Lotus Notes is proprietary; Internet is not. Lotus Notes also an APR, all its own proprietary technology.  Ours is based on the Internet, an Internet standard called [I-map 4].  We run all of our e-mail on two computers.  On two computers. You would need 200 computers to do [it with] Lotus Notes plus its all proprietary. | |

ORCL 0123043
ORACLE CONFIDENTIAL

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 306979

AppWorld 2001
Larry Ellison Press Conference

19

| Time Code | Text | Notes |
|---|---|---|
|  | So we saved a fortune by moving from old client server technology to the Internet.  The last place we'd go is proprietary technology that's really dying.  Lotus Notes is over. |  |
|  | What is your strategy on collaborative?  I see something very interesting yesterday [with G peaks]. |  |
| 15:03:37 | Yes, [replace] it's using the Internet for collaboration. Again, we have a product design exchange, something for collaboration.  We have all sorts of collaboration.  The Internet is all about collaboration and about getting everyone on the world is on the same network.  In fact, in our marketing systems, we sell [and] sales systems we have collaborative browsing where you can do product demonstrations.  We can collaborative browsing for education.  And our product design exchange we do collaborative browsing for engineering to create new products. |  |
| 15:04:10 | We do collaboration on supply chain planning so that we make sure not only do we have adequate inventory based on current demand, but also our supplier have adequate inventory based on demand.  So again, we think collaboration is all about Internet-based technology.  The lady back there.  The two ladies. One then the other in any order. |  |
|  | We actually want to ask the same question totally off topic.  Last week in South Africa [inaudible] announced that you personally are going to see some IT advisory committee to help South Africa move forward.  Now I can see why |  |

ORCL 0123044
ORACLE CONFIDENTIAL

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 306980

AppWorld 2001                                    20
Larry Ellison Press Conference

| Time Code | Text | Notes |
|---|---|---|
|  | Oracle thinks it can help a company. How do you think it can help an entire country? |  |
| 15:05:01 | Well again, last time I saw [Tabel] and Becky I made one recommendation which was to sell the telephone company. That was when the telephone companies were very highly valued. It would be harder to sell the telephone company now. But people back then were paying top dollar for phone companies, and I thought it was a great way to raise money. The other thing, and then the other thing was to make sure that there multiple phone companies in South Africa so that telephone service would be less expensive, better. To have competition for phone service in South Africa. |  |
| 15:05:30 | I think it's very important to have a high speed, low cost communications. Any country in the world. It's critical. So again, my advice to him was to introduce competition into the South African market, to privatize the telephone business, and that would again make, get more people onto the Internet.. The other things that's going on that's interesting is there are some very interesting educational technology that's been developed in South Africa. Actually using the Internet to teach kids. Actually we're helping to move that from South Africa actually to where it's being used now in Great Britain. |  |
|  | And maybe in,the United States. So things can go in both directions. The lady right there. Right here. [Over to] this gentleman up here. |  |

ORCL 0123045
ORACLE CONFIDENTIAL

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER                           NDCA-ORCL 306981

AppWorld 2001                                                     21
Larry Ellison Press Conference

| Time Code | Text | Notes |
|---|---|---|
|  | Hi.  I'm from Portugal.  [*Eneval Capustiari Chronic*].  You said you will not buy other enterprise because they have different applications.  You think to grow alone in the next years or you thinking in mergers and acquisitions in [other years].  I would like to know if you think Oracle will be transforming [monopoly] in software e-business like Microsoft for the [to be] in other areas and if you like to be a monopoly. |  |
| 15:07:17 | First question was what will we be buying any companies, and the answer is no.  And for a very simple reason is it's very easy to write checks, but when you buy a product I believe that integration is critical.  The pieces have to fit together.  So, well, you get a product very quickly but it won't fit your suite.  We tried that, actually.  We bought a couple of companies.  It didn't work.  The pieces don't fit together.  So we have to write software, not write checks.  We have to write software, not buy companies. |  |
| 15:07:51 | We have to get all the pieces to fit together, the first question, so we can't just make a lot of acquisitions like Siebel or I-2 or Ariba.  We can't do that.  Not because our philosophy is the pieces have to fit together, complete and integrated suite.  Second is do I want to be a monopoly.  There's nothing illegal about a monopoly.  Microsoft when it got its monopoly on Windows got its monopoly on Windows legally.  I would love to be monopoly.  Who wouldn't love to be a monopoly?  I would love for everyone to buy |  |

ORCL 0123046
ORACLE CONFIDENTIAL

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 306982

AppWorld 2001                                              22
Larry Ellison Press Conference

| Time Code | Text | Notes |
|-----------|------|-------|
| | their software, their Internet software from Oracle.  That'll be wonderful. | |
| 15:08:28 | However, once you are a monopoly there are very strict rules that you must operate under, and what Microsoft got in trouble is when they tried to use their Windows monopoly to obtain, to get a monopoly in browsers.  Now, that's strictly against the law.  You cannot use one monopoly to get a second monopoly.  If we do our job very well and more and more people come to Oracle to buy their Internet software and their database, we someday could become a monopoly.  That would be wonderful.  That would a sign of that the people, that our software was good and people liked buying it. | |
| 15:09:03 | However, if we became a monopoly we would have to be, we would have to operate very differently because there's a whole new set of rules, a whole new set of rules when you are a monopoly.  And Microsoft wrote those rules and as a result got in a lot of trouble. Gentleman right here. | |
| | [John Halawaze] from [Martin Greens].  I'm [inaudible] I suppose that [when you] Oracle model for e-business.  Is that a way for the [inaudible] combination only?  How about the smart combination? | |
| | I'm sorry.  I missed part of your question.  Is there room for [a small] company? | |
| | The right way for the very large companies only.  How about the small companies? | |
| 15:09:48 | Oh no, actually we have medium-sized companies.  We have lots of | |

ORCL 0123047
ORACLE CONFIDENTIAL

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 306983

AppWorld 2001                                    23
Larry Ellison Press Conference

| Time Code | Text | Notes |
|---|---|---|
|  | [e], the companies that move to the e-business suite fastest where the medium to smaller companies. Now it depends what you mean by small.  $100 million.  $100 million companies.  But the smaller companies it's really critical for the smaller companies $100 to, say, $500 US dollars per year turnover is critical because they can't afford systems integration.  It's not even an option.  They can't afford to hire the IBM consultants to come do the work.  So I would say that the e-business suite is even more important for medium-sized companies than it is for large companies. |  |
| 15:10:35 | Large companies can afford to hire IBM and hire Anderson and hire other people, hire a lot of labor to make things work.  The medium-sized company can't afford that. They need a complete integrated suite, and we've had tremendous success in the mid-market.  I think that you'll see us, question from the lady from Finland, where we're going to be very, very successful very fast, I think, is more slowly with the Nokias though I think we make good progress with Nokia too.  But the medium-sized businesses I think will be adopting our software, buying our software very rapidly.  So we're very excited about what's called the mid-market or the medium-sized company with the e-business suite. The lady back, yeah. |  |
|  | I wonder what's your opinion about the browser from OPERA software. |  |
| 15:11:31 | I use the OPERA browser a lot, and I think it's great.  It's good that we have multiple browsers. |  |

ORCL 0123048
ORACLE CONFIDENTIAL

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 306984

AppWorld 2001
Larry Ellison Press Conference                                      24

| Time Code | Text | Notes |
|---|---|---|
| | Another browser that's looking very good in the division to OPERA which is very small and very fast is the [Mozila] browser.  Someone asked the question about public domain software like LINUX and open source and there's an open source browser called [Mozila]. It grew out of Netscape that looks very promising as well.  So we will have more than just Microsoft's browser.  We've got OPERA. | |
| | The [Mozila] used to be Netscape browser so very enthusiastic about those.  Back here. | |
| | I'm [Gaman] from Egypt.  I [want] to ask you about how do you see the Arab region and Egypt and [do] you have any future brand to expand your presence and investment in this region?  Thank you. | |
| 15:12:39 | Yeah, actually we're growing very rapidly in that region.  Egypt is especially so.  We've got a number of educational programs, and Egypt is, I'm sure you know, provides a lot of consultants to the rest of the Middle East.  And I'll let Sergio, do you want to comment on that?  But again, not only are we doing a lot of selling inside of Egypt specifically but we're doing an awful lot of training of consultants including small third-party consultants who practice their consulting practice in Saudi Arabia and Kuwait and a variety of other nations in the region.  So Egypt is always. | |
| | I'll get myself in trouble, has always been a cultural and economic center for that region and is a very important presence for us, again, in that region. | |

ORCL 0123049
ORACLE CONFIDENTIAL

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 306985

AppWorld 2001                                              25
Larry Ellison Press Conference

| Time Code | Text | Notes |
|---|---|---|
| | Okay.  How about one more question, the lady in back, and then I'll be done. | |
| | I'm [Pantania O'Neil], [país is] Spain.  I would like to [be known of] what happened yesterday with Napster and [not] getting result with copyrighted CDs [inaudible]. | |
| 154:13:49 | My general view of Napster and what's going on there?  It's a very interesting [technology].  Napster's a very interesting movement, but I have to admit I am somewhat sympathetic to the artists who write the music and the artists who perform the music who don't get paid for their work. I think that's a problem.  Thank you very much. | |

ORCL 0123050
ORACLE CONFIDENTIAL

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER                          NDCA-ORCL 306986