

# INFORMATIONWEEK.COM News

March 12, 2001

## Apps Made Easy?


Printer-friendly

Getting enterprise applications to work properly is tough to do. Oracle's been part of the problem--now it's pitching a solution.

By **Steve Konicki and Jennifer Maselli**  (skonicki@cmp.com and jmaselli@cmp.com)

Enterprise applications can make a business--and when they go wrong, break it. Perhaps no one knows that better than Oracle CEO Larry Ellison, who thinks he can minimize the mistakes that have long plagued large software projects. That would be good: For almost a year, Oracle's own customers have had to deal with plenty of problems.

Earlier this year, Oracle delivered the third version of its 11i applications suite, known as 11.5.3, for Unix computers and for Windows. Previous releases of the 10-month-old suite required a staggering 5,000 software patches--and an amazing degree of patience from early adopters.

International courier DHL Worldwide Network NV in Brussels, Belgium, for example, was unable to complete transactions based on the euro currency using Oracle's 11i financial applications. Problems included defective currency-to-currency payment functions and slow performance.

The glitches put the courier three months behind on its plans to deploy the suite in 12 European locations. DHL came within two days of a drop-dead Jan. 31 deadline before Oracle engineers delivered software patches that fixed the flaws, says Jeremy Young, DHL's finance business-process manager. "No software is perfect in its early release, but it took seven months to resolve these problems," Young says.

Oracle officials don't deny there were bugs in 11i but contend bigger problems are caused when customers tinker with the apps. "We've got some very large customers who are doing 11i implementations with a huge amount of modification, and they're horribly frustrated," Ellison said in his keynote address at the Oracle AppsWorld conference in New Orleans last month.

Ellison is recommending--imploring--that customers cut or eliminate the amount of custom development they do. "You shouldn't be writing C code. You shouldn't be writing custom sets of programs. And, my God, you shouldn't be changing our computer programs," he said.

**More on Oracle:**

- *TechWeb:* Oracle Will Unveil Data Backup System (3/06/01)

- *TechWeb Finance:* Oracle Loses Immunity, Falls Prey To Downturn (3/02/01)

- *TechWeb:* Oracle's Latest Web App: An Online Store (3/02/01)

http://www.informationweek.com/828/entapps.htm    3/25/2002

NDCA-ORCL 141685

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

The issues of software quality and complexity are well-known to IT managers who deploy enterprise resource planning, customer-relationship management, and other business applications. Nike Inc. recently blamed order-management problems and an earnings shortfall on the i2 Technologies Inc. software that powers its demand-and inventory-management system. I2 officials say Nike's extensive customization of the software is at least partly to blame (see "Nike Just Didn't Do It Right," March 5, 2001).

But Oracle competitors SAP, J.D. Edwards, and PeopleSoft say "no customization" is too strong a message. They've focused on opening core components to integration with competitors' software. "We have an integrated suite with advanced E-business capabilities ... and we make integration simple," says Perry Moss, J.D. Edwards product manager for interoperability. That's more like it, Gartner research director Brian Zrimsek says. "What about the guy who cannot do without the 20% Ellison says Oracle doesn't have? He can't wait."

Mark Barrenechea, Oracle's senior VP of applications development, last week declined to directly address the bugs that surfaced in earlier versions of 11i. "11i was one of the largest [software] engineering projects on earth," he says. "A version-one product always has issues." Barrenechea insists the newest release, 11.5.3, is as good as any version of enterprise software on the market.

It better be, analysts say. Just two weeks ago, Oracle revealed a double whammy, telling analysts its database sales would be flat or slightly down for the quarter ended Feb. 28, while its applications business wouldn't meet their expectations. The vendor blamed the falloff on IT executives' decisions to delay signing deals in the face of a slowing economy.

But missing functionality and those software bugs in the first release of 11i and the subsequent 11.5.2 version could also be costing Oracle potential business. Walter Stokes, lead database administrator for EDS's Oracle application service provider offering, is advising ASP clients not to upgrade to 11i until EDS can evaluate 11.5.3. The earlier releases are "the buggiest software I've ever seen come out of Oracle," Stokes says. Oracle's CRM module has been particularly problematic, he says, requiring up to 100 patches for one customer.

Legerity Inc., an integrated communications circuits manufacturer in Austin, Texas, may forgo using the Oracle CRM module it's already licensed in favor of applications from another CRM vendor. Bad experiences with the first release of 11i's order-management and financial apps contributed to Legerity's wariness. Typical of the problems encountered: Default "rules" for sales orders didn't work as planned, requiring manual data entry. Legerity spent four weekends in December and January applying software patches.

"Upper management was really upset," says Raman Batra, Legerity's applications database administrator and infrastructure manager. "We're a new company, trying to get a strong start, and IT problems got in the way."

Oracle says more than 200 companies are running 11i applications, 2,000 are in test mode, and 5,000 have licensed the software--more than half the vendor's 8,500 customers. Oracle touts General Electric Co.'s GE Power Systems division, which is running the software in one plant overseas, as an 11i success story, but the company declined to discuss its project. Analysts say most 11i wins have been for small implementations.

Steve Bonadio, program director at Meta Group, says the next few months will be important to Oracle as businesses try the new 11i release. "Oracle needs to start showing large customers who are live on more than one or two pieces of the suite," he says. "They need to show this stuff really works."

Cap Gemini Ernst & Young has been running 11.5.3 in its lab; it says Oracle has a viable product. In fact, the firm says it's ready to begin using Oracle's CRM module in its own business. "There were difficulties for the last half of the year, but Oracle has made significant improvements and fixes," says Peter von Euen, the consulting company's senior manager and North America solution lead for CRM.

For ValueVision International, an Eden Prairie, Minn., online and catalog retailer that's migrating from a legacy application to Oracle 11i, it would have helped if the improvements had come sooner. The company was an early adopter of Oracle's customer-care module, and CIO Mark Billitteri says the buggy first release caused a month's delay in the project last fall. ValueVision is now implementing Oracle's order-management application. Billitteri admits to being concerned about "the significant effort required for patch management" in the last go-round, but he says ValueVision has been able to achieve what it wanted.

Early adopters accept the risks of defects and other software problems in order to gain the advantages of being first to use new technology, Barrenechea says. Compaq, which deployed Oracle's 11i iProcurement module, is one. "It's a complex tool," says Paul Box, director of corporate procurement at Compaq, but one that could help the company cut $12 million from the cost of generating purchase orders each year and another $50 million annually through volume

NDCA-ORCL 141686

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

purchasing agreements.

Compaq didn't customize the software, and Oracle holds up that approach as the right model. It worked for engineered components distributor Entegra Corp., a 2-year-old, $10 million subsidiary of Tegrasis Technology Inc. that implemented the first release of 11i accounts payable, accounts receivable, order-management, purchasing, and inventory modules in just eight weeks. The secret to success, says CIO Tom Sheehan, was to "avoid customization like the plague."

Agilera Inc., an ASP, is another Oracle customer that eschewed customization. Agilera uses 11i internally and offers the suite to its customers as a service. It went live with Oracle's general ledger, accounts payable, and accounts receivable applications in one month, and with project costing, billing, time and expense, and human resource modules in two months, says Jason Berry, Agilera's director of IS.

Oracle's recommended approach has ramifications for IT consultants. Ellison says Oracle's own consulting business is getting smaller: "It's a major right turn for our consulting groups to get out of the business of changing our software and into the business of rapid implementations with no modifications."

Still, Ellison's proposal isn't as simple as it sounds. Businesses may need to customize 11i to get must-have functionality or to link to software from other vendors. As much as Ellison would like it, few businesses are ready or willing to rip out all existing software and install 11i exclusively (see "Oracle's Talking: Should You Be Listening?" Feb. 7, 2000).

Compaq isn't doing that. It's integrating Oracle's iProcurement application with SAP finan-cial and PeopleSoft HR apps. Each excels at different things, Box says, with Oracle taking the lead in purchasing-intelligence capabilities for generating reports and analyses on spending.

Even a no-frills deployment presents challenges. "These [enterprise applications] aren't turnkey systems," says Joshua Greenbaum, an analyst with Enterprise Applications Group. "The software must be configured by integrators who understand it and who understand what the customer needs."

So even if Oracle cleans up the bugs in 11i and businesses accept Ellison's hands-off approach, there's still plenty that can go wrong. Making software easy to use won't be easy.

--with *Alorie Gilbert* and *Rick Whiting*



E-mail To A Friend | Printer-Friendly | Send Us Your Feedback
Home | This Week's Issue | Workplace and Careers | Resource Centers | Research



About Us | Contact Us | Media Kit | Editorial Calendar | Privacy
Other CMP Sites: | Optimize Magazine | Network Computing | InternetWeek | TechWeb

Copyrigh

NDCA-ORCL 141687

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER