# ORACLE

News Release

Oracle Corporation        phone   650.506.7000
500 Oracle Parkway **News Release** 650.506.7200
Redwood Shores
California 94065

Contact:    Stephanie Aas
            Investor Relations
            Oracle Corporation
            (650) 506-4073

### Q4 EARNINGS PER SHARE $0.15, OPERATING MARGIN 40%, FY2001 REVENUE $11 BILLION, INCOME UP 25%, OPERATING MARGIN 35%

#### *400 Customers live on the E-Business Suite Including: Alcoa, BellSouth, Boeing, Cathay Pacific, Ford, GE, H-P, Sony*

Redwood Shores, Calif., June 18, 2001—[http://www.oracle.com/tellmemore/?782349] Today, Oracle Corporation announced that fourth quarter income was $855 million, or $0.15 per share, on revenue of $3.3 billion. For the full fiscal year, net income increased 25% to $2.6 billion, or $0.44 per share, while revenue increased 7% to $11 billion.

"While the economy slowed our sales growth, we still managed to increase profits and improve margins to record levels this past year," said Oracle CFO, Jeff Henley. "That's a pretty good financial result in this difficult economic climate."

"Our technical accomplishments this year position us for accelerating sales next year," said Oracle CEO, Larry Ellison. "We introduced Applications Release 11i – the E-Business Suite – just 12 months ago. In those 12 months more than 400 companies have gone live and are running their businesses using the E-Business Suite. In one short year the E-Business Suite has completed the transition from untested idea to proven technology. Our references are a who's-who of global business."

"Several General Electric divisions use the E-Business Suite for Internet procurement, supply chain automation, manufacturing, accounting, and customer relationship management. One major GE implementation took less than 6 months and required not a single modification to Oracle software. Hewlett-Packard implemented sales force automation for more than 2,000 sales reps in 30 countries. Alcoa, Boeing and Ford went live with no software modifications. BellSouth automated 10,000 call center agents. Cap Gemini and Westpac and Cathay Pacific went live globally. And Sony Electronics took just 45 days to implement supply chain

-more -

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                    NDCA-ORCL 419298

- ORACLE REPORTS FISCAL FOURTH QUARTER RESULTS -

automation.  Well, that's 10 of the more than 400 customers running their businesses on the E-Business Suite.  Not bad after just one year in the market."

"Just as the year ended we introduced new versions of our application server and database server -- Oracle9iAS and Oracle9iDB," Ellison continued.  "We have published several benchmarks showing that Oracle9iAS runs Java much faster than either the BEA or IBM application servers.  And, the Oracle database continues to be by far the fastest technology on the market.  How fast?  Well, when IBM wanted to demonstrate the speed of their fastest new computer, IBM chose Oracle, not DB2.  The Oracle9i database, with 'Real Application Clusters', extends our performance lead while making all Oracle applications fault tolerant.  These performance and reliability advantages over IBM and Microsoft in database, and IBM and BEA in applications servers, place us in a strong competitive position at the beginning of the new fiscal year."

Oracle Corporation is the world's second largest software company.  With annual sales of $11 billion, Oracle provides the software that powers the Internet.  For more information about Oracle, please call Investor Relations at (650) 506-4073 or visit Oracle on the web at **www.oracle.com/investor.**

"Safe Harbor" Statement Under the Private Securities Litigation ReformAct of 1995: Information in this release relating to Oracle's future prospects which are "forward-looking statements" are subject to certain risks and uncertainties that could cause actual results to differ materially, including, but not necessarily limited to, the following: (1) A weakening of economic indicators may affect the overall demand for computer software and services which could result in decreased revenues or lower revenue growth rates.  (2) Management's ability to manage growth, continuously hire and retain significant numbers of qualified employees, forecast revenues and control expenses, especially on a quarterly basis, continues to be a challenge.  An unexpected decline in the growth rate of revenues without a corresponding and timely slowdown in expense growth could have a material adverse effect on results of operations.  (3) The market for Oracle's products is intensely competitive and is characterized by rapid technological advances and frequent new product introductions, including Oracle 9i, a new version of Oracle's core database product.  There can be no assurances that Oracle will continue to introduce new products and new versions of existing products that keep pace with technological developments, satisfy increasingly sophisticated customer requirements and achieve market acceptance.  (4) Delays in product delivery or closing of sales can cause quarterly revenues and income to fall significantly short of anticipated levels.  (5) Oracle is introducing new products, such as internet procurement and supply chain management software, customer relationship management applications and application hosting services, as well as assisting its customers in forming exchanges for a number of business procurement needs; the market acceptance and contribution to Oracle's revenues of these products cannot be assured.  (6) Oracle has recently changed its pricing model and is contemplating further changes which could lead to a decline or delay in sales as its sales force and customers adjust to the new pricing policies.  Intense competition in the various markets in which Oracle competes may also put pressure on Oracle to reduce prices on certain products.

Oracle undertakes no obligation to update information contained in this release.  For further information regarding risks and uncertainties associated with Oracle's business, please refer to the "Risk Factors" section of Oracle Corporation's SEC filings, including, but not limited to, its annual report on Form 10-K and quarterly reports on Form 10-Q, copies of which may be obtained by contacting Oracle Corporation's Investor Relations Department at (650) 506-4073 or Oracle's Investor Relations website at  http://www.oracle.com/.

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

# ORACLE CORPORATION

## CONSOLIDATED STATEMENTS OF OPERATIONS
### (amounts in thousands, except per share data)

| | Three Months Ended May 31, | | Twelve Months Ended May 31, | |
|---|---|---|---|---|
| | **2001** | **2000** | **2001** | **2000** |
| **REVENUES** | | | | |
| Licenses and other | $ 1,656,238 | $ 1,840,609 | $ 4,706,797 | $ 4,446,795 |
| Services | 1,607,646 | 1,533,701 | 6,152,875 | 5,683,333 |
| Total revenues | 3,263,884 | 3,374,310 | 10,859,672 | 10,130,128 |
| **OPERATING EXPENSES** | | | | |
| Sales and marketing | 811,888 | 852,194 | 2,691,322 | 2,616,749 |
| Cost of services | 718,550 | 725,498 | 2,796,040 | 2,942,679 |
| Research and development | 319,829 | 270,229 | 1,138,591 | 1,009,882 |
| General and administrative | 118,691 | 137,878 | 456,628 | 480,658 |
| Total operating expenses | 1,968,958 | 1,985,799 | 7,082,581 | 7,049,968 |
| **OPERATING INCOME** | 1,294,926 | 1,388,511 | 3,777,091 | 3,080,160 |
| Net investment gains (losses) related to equity securities (1) | 3,385 | 6,521,496 | (17,087) | 6,936,955 |
| Other income, net | 27,364 | 48,372 | 211,226 | 106,319 |
| **INCOME BEFORE TAXES** | 1,325,675 | 7,958,379 | 3,971,230 | 10,123,434 |
| Provision for income taxes | 470,781 | 3,045,972 | 1,410,134 | 3,826,631 |
| **NET INCOME** | $ 854,894 | $ 4,912,407 | $ 2,561,096 | $ 6,296,803 |
| **EARNINGS PER SHARE** | | | | |
| Basic | $ 0.15 | $ 0.87 | $ 0.46 | $ 1.11 |
| Diluted | $ 0.15 | $ 0.82 | $ 0.44 | $ 1.05 |
| **WEIGHTED SHARES OUTSTANDING** | | | | |
| Basic | 5,602,590 | 5,637,856 | 5,596,721 | 5,678,839 |
| Diluted | 5,800,032 | 6,009,586 | 5,864,806 | 5,995,842 |

(1)  Net investment gains related to equity securities in the quarter ended May 31, 2000 of $6,521,496 relate to the gain on sale of existing shares in Oracle Japan in connection with its Secondary Public Offering, gains on sales of other marketable securities, and the Company's equity share in the results of non-consolidated subsidiaries.  Excluding the effect of these transactions, the effective income tax rate and provision for income taxes would have been 35.6% and $510,984, respectively, and net income and fully diluted earnings per share would have been $925,899 and $0.15, respectively.

Net investment gains related to equity securities in the fiscal year ended May 31, 2000 of $6,936,955 relate to the gain on sale of existing shares in Liberate Technologies and Oracle Japan in connection with Secondary Public Offerings, gains on sales of other marketable securities, and the Company's equity share in the results of non-consolidated subsidiaries.  Excluding the effect of these transactions, the effective tax rate and provision for income taxes would have been 35.5% and $1,131,199, respectively, and net income and fully diluted earnings per share for the fiscal year ended May 31, 2000 would have been $2,055,280 and $0.34, respectively.

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

# ORACLE CORPORATION

## CONSOLIDATED STATEMENTS OF OPERATIONS

| | Percentage of Revenues | | | | Percentage Change | |
| | Three Months Ended May 31, | | Twelve Months Ended May 31, | | Q4 FY01 vs. Q4 FY00 | Twelve Months FY01 vs. Twelve Months FY00 |
| | 2001 | 2000 | 2001 | 2000 | | |
|---|---|---|---|---|---|---|
| **REVENUES** | | | | | | |
| Licenses and other | 50.7% | 54.5% | 43.3% | 43.9% | (10.0%) | 5.8% |
| Services | 49.3% | 45.5% | 56.7% | 56.1% | 4.8% | 8.3% |
| Total revenues | 100.0% | 100.0% | 100.0% | 100.0% | (3.3%) | 7.2% |
| **OPERATING EXPENSES** | | | | | | |
| Sales and marketing | 24.9% | 25.3% | 24.8% | 25.8% | (4.7%) | 2.8% |
| Cost of services | 22.0% | 21.5% | 25.7% | 29.0% | (1.0%) | (5.0%) |
| Research and development | 9.8% | 8.0% | 10.5% | 10.0% | 18.4% | 12.7% |
| General and administrative | 3.6% | 4.1% | 4.2% | 4.7% | (13.9%) | (5.0%) |
| Total operating expenses | 60.3% | 58.9% | 65.2% | 69.6% | (0.8%) | 0.5% |
| **OPERATING INCOME** | 39.7% | 41.1% | 34.8% | 30.4% | (6.7%) | 22.6% |
| Net investment gains (losses) related to equity securities | 0.1% | 193.3% | (0.2%) | 68.5% | (99.9%) | n/m |
| Other income, net | 0.8% | 1.4% | 1.9% | 1.0% | (43.4%) | n/m |
| **INCOME BEFORE TAXES** | 40.6% | 235.9% | 36.6% | 99.9% | (83.3%) | (60.8%) |
| Provision for income taxes | 14.4% | 90.3% | 13.0% | 37.8% | (84.5%) | (63.1%) |
| **NET INCOME** | 26.2% | 145.6% | 23.6% | 62.2% | (82.6%) | (59.3%) |

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

# ORACLE CORPORATION

## CONDENSED CONSOLIDATED BALANCE SHEETS
### ($ in thousands)

|  | May 31, 2001 | May 31, 2000 |
|---|---|---|
| **ASSETS** | | |
| **Current Assets** | | |
| Cash and short term investments | $ 5,887,661 | $ 7,761,998 |
| Trade receivables, net | 2,432,131 | 2,533,964 |
| Prepaid and refundable income taxes | 272,742 | 212,829 |
| Other current assets | 370,616 | 374,543 |
| Total current assets | 8,963,150 | 10,883,334 |
| Long-term cash investments | 0 | 110,000 |
| Property and equipment, net | 974,751 | 934,455 |
| Prepaid taxes | 376,030 | 322,379 |
| Other assets | 716,229 | 826,611 |
| **TOTAL ASSETS** | $ 11,030,160 | $ 13,076,779 |
| **LIABILITIES AND STOCKHOLDERS' EQUITY** | | |
| **Current Liabilities** | | |
| Notes payable, including current maturities | $ 2,849 | $ 2,691 |
| Accounts payable | 270,112 | 287,495 |
| Income taxes | 767,087 | 2,821,776 |
| Customer advances and unearned revenues | 1,213,529 | 1,133,482 |
| Other current liabilities | 1,663,042 | 1,616,794 |
| Total current liabilities | 3,916,619 | 5,862,238 |
| Long-term debt | 300,847 | 300,770 |
| Long-term liabilities | 207,135 | 186,178 |
| Deferred income taxes | 327,788 | 266,130 |
| Stockholders' equity | 6,277,771 | 6,461,463 |
| **TOTAL LIABILITIES AND STOCKHOLDERS' EQUITY** | $ 11,030,160 | $ 13,076,779 |

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

# ORACLE CORPORATION

### Q4 FISCAL 2000 RESULTS
### SUPPLEMENTAL ANALYSIS OF EFFECT OF SALES OF MARKETABLE SECURITIES
#### ($ in thousands, except per share data)

| | Three Months Ended May 31, 2000 | | | |
| --- | --- | --- | --- | --- |
| | As Reported | Gain on sale of shares in Oracle Japan | Other net investment gains related to equity securities | As Adjusted |
| **REVENUES** | | | | |
| Licenses and other | $    1,840,609 | $          - | $          - | $    1,840,609 |
| Services | 1,533,701 | - | - | 1,533,701 |
| Total Revenues | 3,374,310 | - | - | 3,374,310 |
| **OPERATING EXPENSES** | | | | |
| Sales and marketing | 852,194 | - | - | 852,194 |
| Cost of services | 725,498 | - | - | 725,498 |
| Research and development | 270,229 | - | - | 270,229 |
| General and administrative | 137,878 | - | - | 137,878 |
| Total Operating Expenses | 1,985,799 | - | - | 1,985,799 |
| **OPERATING INCOME** | 1,388,511 | | | 1,388,511 |
| Net investment gains related to equity securities (1) | 6,521,496 | 6,466,378 | 55,118 | - |
| Other income, net | 48,372 | - | - | 48,372 |
| **INCOME BEFORE TAXES** | 7,958,379 | 6,466,378 | 55,118 | 1,436,883 |
| Provision for income taxes | 3,045,972 | 2,515,421 | 19,567 | 510,984 |
| **NET INCOME** | $    4,912,407 | $    3,950,957 | $      35,551 | $      925,899 |
| **EARNINGS PER SHARE** | | | | |
| Basic | $          0.87 | $          0.70 | $          0.01 | $          0.16 |
| Diluted | $          0.82 | $          0.66 | $          0.01 | $          0.15 |

(1) Net investment gains related to equity securities in the quarter ended May 31, 2000 of $6,521,496 relate to the gain on sale of existing shares in Oracle Japan in connection with its Secondary Public Offering, gains on sales of other marketable securities, and the Company's equity share in the results of non-consolidated subsidiaries. Excluding the effect of these transactions, the effective income tax rate and provision for income taxes would have been 35.6% and $510,984, respectively and net income and fully diluted earnings per share would have been $925,899 and $0.15, respectively.

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                                    NDCA-ORCL 419303

# ORACLE CORPORATION
### FISCAL 2000 RESULTS
### SUPPLEMENTAL ANALYSIS OF EFFECT OF SALES OF MARKETABLE SECURITIES
($ in thousands, except per share data)

| | Twelve Months Ended May 31, 2000 | | | | |
| --- | --- | --- | --- | --- | --- |
| | As Reported | Gain on sale of shares in Liberate Technologies | Gain on sale of shares in Oracle Japan | Other net investment gains related to equity securities | As Adjusted |
| **REVENUES** | | | | | |
| Licenses and other | $    4,446,795 | $           - | $           - | $           - | $    4,446,795 |
| Services | 5,683,333 | - | - | - | 5,683,333 |
| Total Revenues | 10,130,128 | - | | | 10,130,128 |
| **OPERATING EXPENSES** | | | | | |
| Sales and marketing | 2,616,749 | - | - | - | 2,616,749 |
| Cost of services | 2,942,679 | - | - | - | 2,942,679 |
| Research and development | 1,009,882 | - | - | - | 1,009,882 |
| General and administrative | 480,658 | - | - | - | 480,658 |
| Total Operating Expenses | 7,049,968 | - | - | - | 7,049,968 |
| **OPERATING INCOME** | 3,080,160 | - | - | - | 3,080,160 |
| Net investment gains related to equity securities (1) | 6,936,955 | 431,846 | 6,466,378 | 38,731 | - |
| Other income, net | 106,319 | - | - | - | 106,319 |
| **INCOME BEFORE TAXES** | 10,123,434 | 431,846 | 6,466,378 | 38,731 | 3,186,479 |
| Provision for income taxes | 3,826,631 | 166,261 | 2,515,421 | 13,750 | 1,131,199 |
| **NET INCOME** | $    6,296,803 | $    265,585 | $    3,950,957 | $    24,981 | $    2,055,280 |
| **EARNINGS PER SHARE** | | | | | |
| Basic | $         1.11 | $         0.05 | $         0.70 | nm | $         0.36 |
| Diluted | $         1.05 | $         0.04 | $         0.66 | nm | $         0.34 |

(1) Net investment gains related to equity securities in the fiscal year ended May 31, 2000 of $6,936,955 relate to the gain on sale of existing shares in Liberate Technologies and Oracle Japan in connection with Secondary Public Offerings, gains on sales of other marketable securities, and the Company's equity share in the results of non-consolidated subsidiaries. Excluding the effect of these transactions, the effective income tax rate and provision for income taxes would have been 35.5% and $1,131,199, respectively, and net income and fully diluted earnings per share would have been $2,055,280 and $0.34, respectively.

# ORACLE CORPORATION

## Q4 FISCAL 2001 RESULTS
### SUPPLEMENTAL ANALYSIS OF OPERATIONS, GEOGRAPHIC REVENUES AND HEADCOUNT
(unaudited, amounts in thousands, except per share & headcount data)

| | Fiscal 2000 | | | | | Fiscal 2001 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Q1 | Q2 | Q3 | Q4 | TOTAL | Q1 | Q2 | Q3 | Q4 | TOTAL |
| **OPERATIONS** | | | | | | | | | | |
| **REVENUES** | | | | | | | | | | |
| License | $ 602,646 | $ 877,171 | $1,043,206 | $1,792,006 | $ 4,315,029 | $ 771,245 | $ 1,093,193 | $1,100,965 | $1,618,480 | $ 4,583,883 |
| Support | 667,415 | 720,342 | 754,413 | 836,703 | 2,978,873 | 839,107 | 872,667 | 906,333 | 951,351 | 3,569,458 |
| Total Product Revenues (1) | 1,270,061 | 1,597,513 | 1,797,619 | 2,628,709 | 7,293,902 | 1,610,352 | 1,965,860 | 2,007,298 | 2,569,831 | 8,153,341 |
| Consulting & education | 684,921 | 698,909 | 623,632 | 696,998 | 2,704,460 | 615,530 | 668,641 | 642,951 | 656,295 | 2,583,417 |
| Other (2) | 29,535 | 25,461 | 28,167 | 48,603 | 131,766 | 35,993 | 25,045 | 24,118 | 37,758 | 122,914 |
| Total revenues | 1,984,517 | 2,321,883 | 2,449,418 | 3,374,310 | 10,130,128 | 2,261,875 | 2,659,546 | 2,674,367 | 3,263,884 | 10,859,672 |
| **OPERATING EXPENSES** | | | | | | | | | | |
| Sales and marketing | 538,426 | 631,433 | 594,696 | 852,194 | 2,616,749 | 572,964 | 640,865 | 665,605 | 811,888 | 2,691,322 |
| Cost of services (3) | 756,750 | 753,170 | 707,261 | 725,498 | 2,942,679 | 673,878 | 694,998 | 708,614 | 718,550 | 2,796,040 |
| Research and development | 235,941 | 248,160 | 255,552 | 270,229 | 1,009,882 | 251,027 | 266,280 | 301,455 | 319,829 | 1,138,591 |
| General and administrative | 107,537 | 113,055 | 122,188 | 137,878 | 480,658 | 105,965 | 111,402 | 120,570 | 118,691 | 456,628 |
| Total operating expenses | 1,638,654 | 1,745,818 | 1,679,697 | 1,985,799 | 7,049,968 | 1,603,834 | 1,713,545 | 1,796,244 | 1,968,958 | 7,082,581 |
| **OPERATING INCOME** | 345,863 | 576,065 | 769,721 | 1,388,511 | 3,080,160 | 658,041 | 946,001 | 878,123 | 1,294,926 | 3,777,091 |
| Net investment gains (losses) related to equity securities (4) | (3,340) | (5,083) | 423,882 | 6,521,496 | 6,936,955 | 15,433 | (13,468) | (22,437) | 3,385 | (17,087) |
| Other income, net | 21,687 | 20,533 | 15,727 | 48,372 | 106,319 | 102,769 | 33,348 | 47,745 | 27,364 | 211,226 |
| **INCOME BEFORE TAXES** | 364,210 | 591,515 | 1,209,330 | 7,958,379 | 10,123,434 | 776,243 | 965,881 | 903,431 | 1,325,675 | 3,971,230 |
| Provision for income taxes | 127,474 | 207,031 | 446,154 | 3,045,972 | 3,826,631 | 275,566 | 343,069 | 320,718 | 470,781 | 1,410,134 |
| **NET INCOME** | $ 236,736 | $ 384,484 | $ 763,176 | $4,912,407 | $ 6,296,803 | $ 500,677 | $ 622,812 | $ 582,713 | $ 854,894 | $ 2,561,096 |
| **EARNINGS PER SHARE** | | | | | | | | | | |
| Basic | $ 0.04 | $ 0.07 | $ 0.14 | $ 0.87 | $ 1.11 | $ 0.09 | $ 0.11 | $ 0.10 | $ 0.15 | $ 0.46 |
| Diluted | $ 0.04 | $ 0.06 | $ 0.13 | $ 0.82 | $ 1.05 | $ 0.08 | $ 0.11 | $ 0.10 | $ 0.15 | $ 0.44 |
| **WEIGHTED SHARES OUTSTANDING** | | | | | | | | | | |
| Basic | 5,721,840 | 5,717,780 | 5,637,878 | 5,637,856 | 5,678,839 | 5,604,058 | 5,584,428 | 5,595,808 | 5,602,590 | 5,596,721 |
| Diluted | 5,964,804 | 6,012,600 | 5,996,378 | 6,009,586 | 5,995,842 | 5,932,870 | 5,874,987 | 5,851,333 | 5,800,032 | 5,864,806 |
| **GEOGRAPHIC REVENUES** | | | | | | | | | | |
| **REVENUES** | | | | | | | | | | |
| Americas | $1,124,250 | $1,261,876 | $1,450,092 | $2,077,212 | $ 5,913,430 | $ 1,291,311 | $ 1,510,553 | $1,540,758 | $1,916,587 | $ 6,259,209 |
| Europe/Middle East/Africa | 617,735 | 755,714 | 707,361 | 902,338 | 2,983,148 | 643,150 | 760,807 | 783,469 | 924,069 | 3,111,495 |
| Asia Pacific | 242,532 | 304,293 | 291,965 | 394,760 | 1,233,550 | 327,414 | 388,186 | 350,140 | 423,228 | 1,488,968 |
| Total Revenues | $1,984,517 | $2,321,883 | $2,449,418 | $3,374,310 | $ 10,130,128 | $ 2,261,875 | $ 2,659,546 | $2,674,367 | $3,263,884 | $10,859,672 |
| **HEADCOUNT** | | | | | | | | | | |
| **GEOGRAPHIC AREA** | | | | | | | | | | |
| International | 21,793 | 21,983 | 21,668 | 21,549 | | 21,265 | 21,342 | 21,838 | 22,008 | |
| Domestic | 21,300 | 20,699 | 20,249 | 19,771 | | 19,905 | 20,660 | 21,470 | 20,919 | |
| Total Company | 43,093 | 42,682 | 41,917 | 41,320 | | 41,170 | 42,002 | 43,308 | 42,927 | |

(1) Product Revenues consist of new license revenues, license renewals, and product support.

(2) Includes systems integration, documentation and miscellaneous other revenues.

(3) Cost of services includes support, consulting and education related expenses.

(4) Net investment gains related to equity securities in the quarter ended May 31, 2000 of $6,521,496 relate to the gain on sale of existing shares in Oracle Japan in connection with its Secondary Public Offering, gains on sales of other marketable securities, and the Company's equity share in the results of non-consolidate subsidiaries. Excluding the effect of these transactions, the effective income tax rate and provision for income taxes would have been 35.6% and $510,984, respectively, and net income and fully diluted earnings per share would have been $925,899 and $0.15, respectively.

Net investment gains related to equity securities in the fiscal year ended May 31, 2000 of $6,936,955 relate to the gain on sale of existing shares in Liberate Technologies and Oracle Japan in connection with Secondary Public Offerings, gains on sales of other marketable securities, and the Company's equity share in the results of non-consolidated subsidiaries. Excluding the effect of th transactions, the effective tax rate and provision for income taxes would have been 35.5% and $1,131,199, respectively, and net income and fully diluted earnings per share for the fiscal year ended May 31, 2000 would have been $2,055,280 and $0.34, respectively.

# ORACLE CORPORATION
## Q4 FISCAL 2001 RESULTS
### SUPPLEMENTAL REVENUE ANALYSIS
#### (unaudited, $ in thousands)

| | Fiscal 2000 | | | | | Fiscal 2001 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Q1 | Q2 | Q3 | Q4 | Total | Q1 | Q2 | Q3 | Q4 | Total |
| **APPLICATIONS BUSINESS** | | | | | | | | | | |
| **REVENUES** | | | | | | | | | | |
| License | $ 109,143 | $ 167,818 | $ 198,830 | $ 447,413 | $ 923,204 | $ 155,526 | $ 279,271 | $ 249,424 | $ 337,999 | $ 1,022,220 |
| Applications Related Services (1) | 438,850 | 459,976 | 397,538 | 472,672 | 1,769,036 | 377,523 | 497,101 | 471,269 | 499,730 | 1,845,623 |
| Total Revenues | $ 547,993 | $ 627,794 | $ 596,368 | $ 920,085 | $ 2,692,240 | $ 533,049 | $ 776,372 | $ 720,693 | $ 837,729 | $ 2,867,843 |
| **AS REPORTED REVENUE GROWTH RATES** | | | | | | | | | | |
| License | 11% | 31% | 35% | 61% | 42% | 42% | 66% | 25% | (24%) | 11% |
| Applications Related Services | 11% | 2% | (10%) | (3%) | 0% | (14%) | 8% | 19% | 6% | 4% |
| Total As Reported Revenue Growth | 11% | 9% | 2% | 20% | 11% | (3%) | 24% | 21% | (9%) | 7% |
| **DATABASE BUSINESS** | | | | | | | | | | |
| **REVENUES** | | | | | | | | | | |
| License | $ 493,503 | $ 709,353 | $ 844,376 | $1,344,593 | $ 3,391,825 | $ 615,719 | $ 813,922 | $ 851,541 | $1,280,481 | $ 3,561,663 |
| Server and Tools Related Services (1) | 943,021 | 984,736 | 1,008,674 | 1,109,632 | 4,046,063 | 1,113,107 | 1,069,252 | 1,102,133 | 1,145,674 | 4,430,166 |
| Total Revenues | $1,436,524 | $1,694,089 | $1,853,050 | $2,454,225 | $ 7,437,888 | $1,728,826 | $1,883,174 | $1,953,674 | $2,426,155 | $ 7,991,829 |
| **AS REPORTED REVENUE GROWTH RATES** | | | | | | | | | | |
| License | 7% | 15% | 28% | 11% | 15% | 25% | 15% | 1% | (5%) | 5% |
| Server and Tools Related Services | 19% | 14% | 21% | 14% | 17% | 18% | 9% | 9% | 3% | 9% |
| Total As Reported Revenue Growth | 15% | 15% | 24% | 13% | 16% | 20% | 11% | 5% | (1%) | 7% |
| **TOTAL PRODUCT REVENUE** | | | | | | | | | | |
| **REVENUES** | | | | | | | | | | |
| License | $ 602,646 | $ 877,171 | $1,043,206 | $1,792,006 | $ 4,315,029 | $ 771,245 | $1,093,193 | $1,100,965 | $1,618,480 | $ 4,583,883 |
| Support | 667,415 | 720,342 | 754,413 | 836,703 | 2,978,873 | 839,107 | 872,667 | 906,333 | 951,351 | 3,569,458 |
| Total Product Revenues (2) | 1,270,061 | 1,597,513 | 1,797,619 | 2,628,709 | 7,293,902 | 1,610,352 | 1,965,860 | 2,007,298 | 2,569,831 | 8,153,341 |
| Consulting & Education | 684,921 | 698,909 | 623,632 | 696,998 | 2,704,460 | 615,530 | 668,641 | 642,951 | 656,295 | 2,583,417 |
| Other (3) | 29,535 | 25,461 | 28,167 | 48,603 | 131,766 | 35,993 | 25,045 | 24,118 | 37,758 | 122,914 |
| Total Revenues | $1,984,517 | $2,321,883 | $2,449,418 | $3,374,310 | $10,130,128 | $2,261,875 | $2,659,546 | $2,674,367 | $3,263,884 | $10,859,672 |
| **AS REPORTED REVENUE GROWTH RATES** | | | | | | | | | | |
| License | 8% | 18% | 30% | 21% | 20% | 28% | 25% | 6% | (10%) | 6% |
| Support | 27% | 27% | 29% | 25% | 27% | 26% | 21% | 20% | 14% | 20% |
| Total As Reported Product Revenue Growth | 17% | 22% | 29% | 22% | 23% | 27% | 23% | 12% | (2%) | 12% |
| Consulting & Education | 7% | (3%) | (7%) | (8%) | (3%) | (10%) | (4%) | 3% | (6%) | (4%) |
| Total As Reported Revenue Growth | 13% | 13% | 18% | 15% | 15% | 14% | 15% | 9% | (3%) | 7% |
| **LOCAL CURRENCY GROWTH RATES** | | | | | | | | | | |
| License | 7% | 19% | 32% | 23% | 22% | 31% | 32% | 9% | (6%) | 10% |
| Support | 28% | 30% | 32% | 28% | 30% | 30% | 28% | 25% | 18% | 25% |
| Total Local Currency Product Revenue Growth | 17% | 24% | 32% | 24% | 25% | 30% | 30% | 16% | 2% | 16% |
| Consulting & Education | 8% | 0% | (4%) | (6%) | (1%) | (7%) | 1% | 7% | (2%) | (1%) |
| Total Local Currency Growth | 14% | 15% | 20% | 17% | 17% | 17% | 21% | 13% | 1% | 11% |

(1) Services revenue analysis represents the Company's estimate of support, consulting and education revenues related to its product revenue categories. The amounts do not include the pull-through of Server or Tools license revenues in Applications sales transactions.
(2) Product Revenues consist of new license revenues, license renewals, and product support.
(3) Includes systems integration, documentation and miscellaneous other revenues.

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

**ORACLE CORPORATION**
Q4 FISCAL 2001 RESULTS
SUPPLEMENTAL GEOGRAPHIC LICENSE REVENUE ANALYSIS
(unaudited, $ in thousands)

|  | Fiscal 2000 | | | | | Fiscal 2001 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
|  | Q1 | Q2 | Q3 | Q4 | Total | Q1 | Q2 | Q3 | Q4 | Total |
| **AMERICAS** | | | | | | | | | | |
| **LICENSE REVENUES** | | | | | | | | | | |
| Servers | $ 198,011 | $ 293,083 | $ 438,379 | $ 722,759 | $ 1,652,232 | $ 288,428 | $ 376,986 | $ 390,414 | $ 717,317 | $ 1,773,145 |
| Tools | 24,649 | 27,365 | 35,340 | 75,062 | 162,416 | 11,891 | 18,229 | 11,309 | 23,236 | 64,665 |
| Applications | 76,982 | 112,616 | 146,648 | 345,038 | 681,284 | 100,552 | 185,287 | 192,623 | 206,455 | 684,917 |
| Total License Revenues | $ 299,642 | $ 433,064 | $ 620,367 | $ 1,142,859 | $ 2,495,932 | $ 400,871 | $ 580,502 | $ 594,346 | $ 947,008 | $ 2,522,727 |
| **AS REPORTED REVENUE GROWTH RATES** | | | | | | | | | | |
| Servers | 5% | 13% | 48% | 12% | 19% | 46% | 29% | (11%) | (1%) | 7% |
| Tools | 8% | (2%) | 15% | 8% | 8% | (52%) | (33%) | (68%) | (69%) | (60%) |
| Applications | 10% | 24% | 46% | 71% | 47% | 31% | 65% | 31% | (40%) | 1% |
| Total As Reported Growth | 7% | 15% | 45% | 25% | 25% | 34% | 34% | (4%) | (17%) | 1% |
| **LOCAL CURRENCY GROWTH RATES** | | | | | | | | | | |
| Servers | 7% | 15% | 49% | 13% | 20% | 46% | 29% | (10%) | 0% | 8% |
| Tools | 11% | 0% | 16% | 9% | 9% | (52%) | (33%) | (68%) | (69%) | (60%) |
| Applications | 11% | 25% | 46% | 72% | 48% | 31% | 65% | 32% | (40%) | 1% |
| Total Local Currency Growth | 8% | 17% | 46% | 25% | 26% | 34% | 35% | (3%) | (16%) | 2% |
| **EUROPE/MIDDLE EAST/AFRICA** | | | | | | | | | | |
| **LICENSE REVENUES** | | | | | | | | | | |
| Servers | $ 146,884 | $ 223,724 | $ 208,046 | $ 322,466 | $ 901,120 | $ 157,275 | $ 217,863 | $ 271,857 | $ 319,359 | $ 966,354 |
| Tools | 17,232 | 20,910 | 20,596 | 27,238 | 85,976 | 10,267 | 10,414 | 8,592 | 11,596 | 40,869 |
| Applications | 21,993 | 39,243 | 40,360 | 74,796 | 176,392 | 41,477 | 65,110 | 38,545 | 92,465 | 237,597 |
| Total License Revenues | $ 186,109 | $ 283,877 | $ 269,002 | $ 424,500 | $ 1,163,488 | $ 209,019 | $ 293,387 | $ 318,994 | $ 423,420 | $ 1,244,820 |
| **AS REPORTED REVENUE GROWTH RATES** | | | | | | | | | | |
| Servers | 1% | 16% | 8% | 2% | 6% | 7% | (3%) | 31% | (1%) | 7% |
| Tools | (12%) | (14%) | (26%) | (17%) | (18%) | (40%) | (50%) | (58%) | (57%) | (52%) |
| Applications | 5% | 32% | 0% | 24% | 17% | 89% | 66% | (4%) | 24% | 35% |
| Total As Reported Growth | 0% | 15% | 3% | 3% | 5% | 12% | 3% | 19% | (0%) | 7% |
| **LOCAL CURRENCY GROWTH RATES** | | | | | | | | | | |
| Servers | 4% | 26% | 18% | 11% | 15% | 18% | 13% | 41% | 5% | 18% |
| Tools | (9%) | (8%) | (20%) | (9%) | (12%) | (37%) | (44%) | (56%) | (55%) | (49%) |
| Applications | 8% | 41% | 7% | 33% | 17% | 104% | 92% | 3% | 31% | 46% |
| Total Local Currency Growth | 3% | 24% | 12% | 13% | 14% | 24% | 20% | 28% | 6% | 17% |
| **ASIA PACIFIC** | | | | | | | | | | |
| **LICENSE REVENUES** | | | | | | | | | | |
| Servers | $ 98,360 | $ 133,863 | $ 131,620 | $ 183,102 | $ 546,945 | $ 138,924 | $ 180,594 | $ 161,033 | $ 197,575 | $ 678,126 |
| Tools | 8,367 | 10,408 | 10,395 | 13,966 | 43,136 | 8,934 | 9,836 | 8,336 | 11,398 | 38,504 |
| Applications | 10,168 | 15,959 | 11,822 | 27,579 | 65,528 | 13,497 | 28,874 | 18,256 | 39,079 | 99,706 |
| Total License Revenues | $ 116,895 | $ 160,230 | $ 153,837 | $ 224,647 | $ 655,609 | $ 161,355 | $ 219,304 | $ 187,625 | $ 248,052 | $ 816,336 |
| **AS REPORTED REVENUE GROWTH RATES** | | | | | | | | | | |
| Servers | 29% | 29% | 30% | 40% | 33% | 41% | 35% | 22% | 8% | 24% |
| Tools | 11% | 15% | 19% | 14% | 15% | 7% | (5%) | (20%) | (18%) | (11%) |
| Applications | 43% | 94% | 71% | 78% | 73% | 33% | 81% | 54% | 42% | 52% |
| Total As Reported Growth | 29% | 33% | 32% | 41% | 35% | 38% | 37% | 22% | 10% | 25% |
| **LOCAL CURRENCY GROWTH RATES** | | | | | | | | | | |
| Servers | 10% | 15% | 22% | 31% | 21% | 35% | 41% | 32% | 21% | 31% |
| Tools | (1%) | 6% | 14% | 9% | 7% | 4% | (2%) | (13%) | (9%) | (6%) |
| Applications | 30% | 78% | 63% | 73% | 64% | 33% | 91% | 64% | 56% | 62% |
| Total Local Currency Growth | 11% | 18% | 24% | 33% | 23% | 33% | 43% | 32% | 23% | 32% |

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

**ORACLE  CORPORATION**
Q4 FISCAL 2001 RESULTS
SUPPLEMENTAL GEOGRAPHIC LICENSE REVENUE ANALYSIS
(unaudited, $ in thousands)

| | Fiscal 2000 | | | | | Fiscal 2001 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Q1 | Q2 | Q3 | Q4 | Total | Q1 | Q2 | Q3 | Q4 | Total |
| **TOTAL COMPANY** | | | | | | | | | | |
| | | | | | | | | | | |
| **LICENSE REVENUES** | | | | | | | | | | |
| Servers (1) | $ 443,255 | $ 650,670 | $ 778,045 | $ 1,228,327 | $ 3,100,297 | $ 584,627 | $ 775,443 | $ 823,304 | $ 1,234,251 | $ 3,417,625 |
| Tools (1) | 50,248 | 58,683 | 66,331 | 116,266 | 291,528 | 31,092 | 38,479 | 28,237 | 46,230 | 144,038 |
| Applications | 109,143 | 167,818 | 198,830 | 447,413 | 923,204 | 155,526 | 279,271 | 249,424 | 337,999 | 1,022,220 |
| Total License Revenues | $ 602,646 | $ 877,171 | $ 1,043,206 | $ 1,792,006 | $ 4,315,029 | $ 771,245 | $ 1,093,193 | $ 1,100,965 | $ 1,618,480 | $ 4,583,883 |
| | | | | | | | | | | |
| **AS REPORTED REVENUE GROWTH RATES** | | | | | | | | | | |
| Servers (1) | 8% | 17% | 32% | 12% | 17% | 32% | 19% | 6% | 0% | 10% |
| Tools (1) | 1% | (5%) | (2%) | 2% | (1%) | (38%) | (34%) | (57%) | (60%) | (51%) |
| Applications | 11% | 31% | 35% | 61% | 42% | 42% | 66% | 25% | (24%) | 11% |
| Total License Revenues | 8% | 18% | 30% | 21% | 20% | 28% | 25% | 6% | (10%) | 6% |
| | | | | | | | | | | |
| **LOCAL CURRENCY GROWTH RATES** | | | | | | | | | | |
| Servers | 7% | 19% | 34% | 14% | 19% | 35% | 26% | 10% | 5% | 15% |
| Tools | 1% | (2%) | 1% | 4% | 2% | (37%) | (31%) | (55%) | (58%) | (49%) |
| Applications | 12% | 32% | 37% | 63% | 43% | 45% | 73% | 28% | (22%) | 14% |
| Total License Revenues | 7% | 19% | 32% | 23% | 22% | 31% | 32% | 9% | (6%) | 10% |

(1) Effective June 1, 2000, various products that had previously been reported in the Tools category have been bundled into our iAS product and are now reported in the Servers category. Excluding the effect of this change, the as reported Q4 and year to date fiscal 2001 revenue growth rates would have been (3)% and 7% for Servers, respectively, and (33%) and (30%) for Tools, respectively.

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

NDCA-ORCL 419308