Certified Copy

```
 1              IN THE UNITED STATES DISTRICT COURT

 2                 NORTHERN DISTRICT OF CALIFORNIA

 3     _____

 4     In re ORACLE CORPORATION       )

 5     SECURITIES LITIGATION,         )

 6          vs.                       ) No. C-01-0988-MJJ

 7     This Document Relates To:      )

 8               ALL ACTIONS.         )

 9     _____

10         VIDEOTAPE DEPOSITION UPON ORAL EXAMINATION OF

11                      SUKUMAR RATHNAM

12     (CONTAINS CONFIDENTIAL TESTIMONY SUBJECT TO PROTECTIVE

13              ORDER AND FOR ATTORNEYS' EYES ONLY)

14     _____

15                       9:09 A.M.

16                     MAY 18, 2006

17            1700 SEVENTH AVENUE, SUITE 2260

18               SEATTLE, WASHINGTON

19

20

21

22

23

24

25     REPORTED BY:  DIANE M. MILLS, CCR No. 2399
```

Rathnam, Sukumar                                    5/18/2006
CONFIDENTIAL - ATTORNEYS' EYES ONLY

1      Q.  And did you have an occasion during this

2   2000/2001 time frame to communicate with Jeff Henley

3   about your job duties at Oracle?

4         MR. HARRISON:  Objection.  Vague.

5      A.  I don't recall what communication I would have

6   had with Jeff Henley, with Jeff specifically personally

7   one-on-one, no.

8      Q.  (BY MS. RADCLIFFE)  During this 2000/2001 time

9   frame, did you communicate with Sandy Sanderson as part

10  of your job duties?

11     A.  I did not have specific meetings with Sandy

12  Sanderson where I was alone with Sandy.  I could have

13  been in a couple of meetings with him with other

14  people, I don't recall the specifics of when, where,

15  how many and any of those things.  I may have sent

16  e-mail on which Sandy Sanderson was copied.

17     Q.  And do you recall generally what the content

18  of those communications would have been related to?

19     A.  They could have been related either to product

20  or to the internal implementation of the product at

21  Oracle.

22     Q.  And when did Oracle internally implement

23  Oracle's Suite 11i?

24        MR. HARRISON:  Objection.  Vague.

25     A.  So "when" is a time range, it's not a day.

1      Q.  (BY MS. RADCLIFFE)  When did it -- I should

2    say when did it commence implementation of Oracle's

3    Suite 11i?

4      A.  Initial implementation of CRM 11i within

5    Oracle, the go-live, the initial go-live was December

6    of 2000 for CRM.  And for ERP, the first implementation

7    of 11i for ERP was either December of 2000 or January

8    of 2001.

9      Q.  And do you know if Oracle internally was --

10   ever fully implemented Oracle's Suite 11i?

11         MR. HARRISON:  Objection.  Calls for

12   speculation.

13     A.  When you say fully implemented --

14     Q.  (BY MS. RADCLIFFE)  In other words, completed

15   the implementation.

16     A.  So I'm just trying to -- when you say complete

17   the implementation, are you talking about -- I just

18   want to know when you say "completed."

19     Q.  Certainly.  Did the functionality that

20   Oracle's Suite 11i at the time that it went live in

21   December of 2000 for CRM ever become fully achieved?

22         MR. HARRISON:  Objection.

23     Q.  (BY MS. RADCLIFFE)  Within Oracle?

24         MR. HARRISON:  Sorry.  Same objection.

25     A.  So the scope of what you're trying to achieve

1    kept changing over time by definition as new features

2    get added into the product, right, so different groups

3    went live with different levels of functionality over a

4    period of time.  And over a period of time as new

5    versions of software came out, different groups would

6    want to use some of the new functionality that was

7    coming up with some of the new releases.  So in some

8    sense it's a never-ending -- it's a never-ending

9    proposition.

10        Q.   (BY MS. RADCLIFFE)  Did the internal --

11        A.   Do you know when I say never-ending

12   proposition what I'm trying to say?

13        Q.   I understand there's always new functionality

14   which a company may want to add to enhance their

15   business.

16        A.   Right.  So technically you keep enhancing the

17   implementation, you keep working at it, it just doesn't

18   stop and go away at some point.

19        Q.   Were there any --

20        A.   But certainly over time more people, more

21   groups, more functionality was used.

22        Q.   Were there any defects with respect to

23   Oracle's Suite 11i CRM modules that were implemented in

24   December of 2000 that affected Oracle's ability to

25   function as a business?

Rathnam Certificate

289

1              REPORTER'S CERTIFICATE

2

3        I, DIANE M. MILLS, the undersigned Certified

4    Court Reporter and Notary Public, do hereby certify:

5        That the testimony and/or proceedings, a

6    transcript of which is attached, was given before me at

7    the time and place stated therein; that any and/or all

8    witness(es) were by me duly sworn to tell the truth;

9    that the sworn testimony and/or proceedings were by me

10   stenographically recorded and transcribed under my

11   supervision, to the best of my ability; that the

12   foregoing transcript contains a full, true, and

13   accurate record of all the sworn testimony and/or

14   proceedings given and occurring at the time and place

15   stated in the transcript; that I am in no way related

16   to any party to the matter, nor to any counsel, nor do

17   I have any financial interest in the event of the

18   cause.

19        WITNESS MY HAND AND SEAL this 30th day of May

20   2006.

21

22   DIANE M. MILLS,
     Certified Court Reporter
23   CCR No. 2399
     Notary Public in and for the
24   State of Washington, residing
     in King County. Commission
25   expires 10/10/06.

Page 1

# LIVENOTE | World Service℠

Worldwide Deposition Reporting & Legal Videography

## ERRATA Sheet

Deposition of: _Sukumar Rathnam_

I wish to make the following changes for the following reasons:

| Page | Line | Change | Reason |
|------|------|--------|--------|
|  |  | There are 72 changes in the |  |
|  |  | attached page |  |
|  |  | Sukh |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |



Witness Signature/Date _Sukh / 6/22/05_ ?

Thank you for using LiveNote World Service for your reporting needs.
For assistance, please call 800-LIVENOTE (548-3668)

221 Main Street, Suite 1250, San Francisco, CA 94105
www.livenoteworldservice.com

FROM LATHAM & WATKINS LLP Fax Machine #2     (TUE) 6. 27' 06 15:27/ST. 15:24/NO. 4861909483 P  4

| # | Page | Line | Change | Reason |
|---|---|---|---|---|
| 1 | 1 | 8 | 19 | |
| 2 | 2 | 8 | 20 | missing text marked with -- |
| 3 | 3 | 11, 3 & 4 | change "Facility and coordination and customer support teams" to "Facilitating coordination in customer support teams" | missing text marked with -- |
| 4 | 4 | 11 | "3 change "Emoryville" to "Emeryville" | mis-transcribed |
| 5 | 5 | 12 | 4 | misspelling |
| 6 | 6 | 12 | 12 | missing text marked with -- |
| 7 | 7 | 12 | 24 change: "DCL" to "FCL" | missing text marked with -- |
| 8 | 8 | 13 | 12 change "complications" to "applications" | misspelling |
| 9 | 9 | 13 | 12 change "producers" to "produces" | mis-transcribed |
| 10 | 10 | 15 | 3 | mis-transcribed |
| 11 | 11 | 18 | 6 | missing text marked with -- |
| 12 | 12 | 20 | 4 | missing text marked with -- |
| 13 | 13 | 20 | 5 | missing text marked with -- |
| 14 | 14 | 25 | 15 | missing text marked with -- |
| 15 | 15 | 26 | 8 | missing text marked with -- |
| 16 | 16 | 26 | 21 | missing text marked with -- |
| 17 | 17 | 28 | change "Nouremd" to "Nour-Omid" | missing text marked with -- |
| 18 | 18 | 28 | 20 change "August" to "October" | misspelling |
| 19 | 19 | 31 | 2 | mis-transcribed |
| 20 | 20 | 31 | 2 | missing text marked with -- |
| 21 | 21 | 32 | 6 | missing text marked with -- |
| 22 | 22 | 32 | 24 | missing text marked with -- |
| 23 | 23 | 34 | 6 change "I managed" to "I did not manage" | missing text marked with -- |
| 24 | 24 | 37 | 18 | mis-transcribed |
| 25 | 25 | 40 | 16 change "the main" to "many" | missing text marked with -- |
| 26 | 26 | 41 | 12 | mis-transcribed |
| 27 | 27 | 42 | 10 | missing text marked with -- |
| 28 | 28 | 43 | 5 | missing text marked with -- |
| 29 | 29 | 48 | 18 | missing text marked with -- |
| 30 | 30 | 48 | 9 | missing text marked with -- |
| 31 | 31 | 52 | 23 | missing text marked with -- |
| 32 | 32 | 54 | 23 change "11.50" to "11.5.0" | mis-transcribed |
| 33 | 33 | 55 | 5 change "June 1" to January 1" | mis-transcribed/correction |
| 34 | 34 | 55 | 23 change "11.5n" to "11.5.n" | mis-transcribed |
| 35 | 35 | 55 | 23 change "11.5n" to "11.5.n" | mis-transcribed |
| 36 | 36 | 57 | 6 | missing text marked with -- |
| 37 | 37 | 58 | 6 change "operator" to "operates" | mis-transcribed |
| 38 | 38 | 58 | 7 change "AP" to "ARU" | mis-transcribed |
| 39 | 39 | 62 | 2 | missing text marked with -- |
| 40 | 40 | 62 | 3 | missing text marked with -- |
| 41 | 41 | 72 | 1 change "Bonvine" to "Bonvanis" | misspelling |
| 42 | 42 | 72 | 4 change "Meza" to "Maizoub" | misspelling |
| 43 | 43 | 72 | 12 change "Jasper" to "Jesper" | misspelling |
| 44 | 44 | 73 | 5 change "Bonvine" to "Bonvarie" | misspelling |
| 45 | 45 | 73 | 9 change "Meza" to "Majzoub" | misspelling |
| 46 | 46 | 73 | 12 change "Renee" to "Rene" | misspelling |
| 47 | 47 | 73 | 18 change "Renee" to "Rene" | misspelling |
| 48 | 48 | 94 | 22 | missing text marked with -- |
| 49 | 49 | 126 | 3 | missing text marked with -- |
| 50 | 50 | 127 | 7 | missing text marked with -- |
| 51 | 51 | 133 | 2 | missing text marked with -- |
| 52 | 52 | 165 | 25 | missing text marked with -- |
| 53 | 53 | 169 | 17 change "Kruse" to "Cruze" | misspelling |
| 54 | 54 | 169 | 20 change "Kuse" to "Cruze" | misspelling |
| 55 | 55 | 179 | 7 to 13 | garbled paragraph text |
| 56 | 56 | 181 | 12 | missing text marked with -- |
| 57 | 57 | 204 | 1 change "Gardner" to "Gartner" | misspelling |
| 58 | 58 | 204 | 2 change "Gardner" to "Gartner" | misspelling |
| 59 | 59 | 204 | 4 change "Gardner" to "Gartner" | misspelling |
| 60 | 60 | 204 | 5 change "Gardner" to "Gertner" | misspelling |
| 61 | 61 | 204 | 8 change "Gardner" to "Gartner" | misspelling |
| 62 | 62 | 208 | 19 | garbled there was no reference to XL |
| 63 | 63 | 226 | 19 | missing text marked with -- |
| 64 | 64 | 233 | 5 | missing text marked with -- |
| 65 | 65 | 233 | 6 | missing text marked with -- |
| 66 | 66 | 233 | 11 | mis-transcribed/correction |
| 67 | 67 | 244 | 10 change "11.5.2" to "11i" | misspelling |
| 68 | 68 | 247 | 5 change "Hulga" to "Holger" | misspelling |
| 69 | 69 | 247 | 6 change "Hulga" to "Holger" | mis-transcribed |
| 70 | 70 | 260 | 5 change "BRD means, detail spreadsheet" to "3RD master detail spreadsheet means" | missing pages |
| 71 | 71 | 278 to 279 | | garbled paragraph text |
| 72 | 72 | 284 | 12 to 14 | |

Deposition of

Sukumar Rathnam

I wish to make these changes

witness Signature / Date

*[signature]*          6/22/05