# SALOMON SMITH BARNEY

# Oracle Corporation (ORCL)

## ORCL: Detailed Overview of 4Q01 and Upgrade

**2H** *(Outperform, High Risk)*
Mkt Cap: **$88,125.0 mil.**

June 19, 2001

**ENTERPRISE SOFTWARE**

**Gretchen Teagarden, CPA**

**Daniele Donahoe, CFA**

*United States*

### SUMMARY

➤ We upgraded ORCL from a 3H (Neutral) to a 2H (Outperform) and raised the price target to $17 from $15. Our price target is based on a DCF analysis using a 12.5% discount rate and a 20x terminal multiple on year 10 Free Cash Flow.

➤ We believe management's ability to continually extract operating expenses from the business will help the company to grow EBITDA at long-term 17% CAGR versus our original estimate of 16.0% once market conditions improve.

➤ Maintaining $0.51 EPS estimate for 2002. Decreasing our 2002 revenue estimate slightly to $11.9 billion from $12.2 billion reflecting continued difficult comparisons through 2Q and the difficult selling environment.

➤ ORCL is trading at 29.4x our $0.51 2002 EPS estimate, which represents a PEG of 1.8. Our 2002 EPS estimate could be conservative if the market improves more rapidly than anticipated with expected upside occurring the latter portion of next year.

### FUNDAMENTALS

| | |
|---|---|
| P/E (5/02E)............................... | 29.4x |
| P/E (5/03E)............................... | NA |
| TEV/EBITDA (5/02E) .................. | NA |
| TEV/EBITDA (5/03E) .................. | NA |
| Book Value/Share (5/02E).......... | NA |
| Price/Book Value ........................ | NA |
| Dividend/Yield (5/02E)..... | NA/NA |
| Revenue (5/02E) .............. | $11,941.0 mil. |
| Proj. Long-Term EPS Growth ...... | 20% |
| ROE (5/02E) ............................... | NA |
| Long-Term Debt to Capital(a)...... | NA |
| ORCL is in the S&P 500® Index. | |

(a) Data as of most recent quarter

### SHARE DATA

| | |
|---|---|
| Price (6/15/01) ............................ | $15.00 |
| 52-Week Range...... | $46.31–$13.25 |
| Shares Outstanding(a) .................. | 5,875.0 mil. |
| Convertible ...................................... | No |

### RECOMMENDATION

| | |
|---|---|
| Current Rating............................. | 2H |
| Prior Rating..................................... | 2H |
| Current Target Price..................... | $17.00 |
| Previous Target Price..................... | $17.00 |

### EARNINGS PER SHARE

| FY ends | | 1Q | 2Q | 3Q | 4Q | Full Year |
|---|---|---|---|---|---|---|
| 5/01A | Actual | $0.09A | $0.11A | $0.10A | $0.15A | $0.44A |
| 5/02E | Current | $0.09E | $0.12E | $0.13E | $0.17E | $0.51E |
| | Previous | $0.09E | $0.12E | $0.13E | $0.17E | $0.51E |
| 5/03E | Current | NA | NA | NA | NA | NA |
| | Previous | NA | NA | NA | NA | NA |
| 5/04E | Current | NA | NA | NA | NA | NA |
| | Previous | NA | NA | NA | NA | NA |

First Call Consensus EPS: 5/02E $0.50; 5/03E NA; 5/04E NA
Calendar Year EPS: 12/01E NA; 12/02E NA; 12/03E NA; 12/04E NA

### 4Q01 OVERVIEW

Oracle surprised on the upside by reporting $0.15 versus our estimate of $0.13. Oracle's ability to continually improve EBITDA margins despite a very difficult selling environment is commendable, in our opinion. We are upgrading the stock to a 2H (Outperform) from a 3H (Neutral) based on our belief that the company can continue to successfully improve EBITDA margins. We are assuming a long-term CAGR in EBITDA of 17% versus our original expectations of 16%.

### Revenue Analysis

Total revenues declined 3.3% over prior year quarter to $3.2 billion; 3.5% below our estimate. License and other was 5.1% lower than our estimate of $1.656 billion.

*Revenue Mix*

A member of citigroup

Software license revenue and services contributed 50.7%, and 49.3%, respectively versus our estimate of 51.6% and 48.4%, respectively.

- Software License Revenue and other declined 10.0% over the prior year to $1.656 billion 5.1% below our estimate.

  - Database and applications revenues contributed $1.234 billion and $338 million, respectively; Database revenues were flat with last year; 4.1% above our estimate.

  - Applications revenue declined 25% over the prior year; 24% below our estimate of $452 million. We continue to have reservations about Oracle's ability to penetrate the applications market. These concerns include the difficulty of upgrading from 10.7 to 11i, increased competition from best of breed vendors and functionality. That said, Oracle now has a referencable customer base that may help to shorten the sales cycle in this division going forward.

  - Services revenue was $1.608 billion in-line with our estimate.

**Expense Analysis-Despite Revenue Shortfall, EPS Exceeded Expectations**

- Gross Profit declined 3.9% to $2.545 billion; exceeding our estimate by 1.3%. Gross margin declined 50bp over the prior year but was 370bp above our estimate despite an adverse revenue mix shift toward services. Oracle has implemented its eBusiness suite to automate its customer service and migrate call center activities to the Internet, which we believe has resulted in the company achieving expanding gross margins despite a negative mix shift away from license to services (license revenue represented 42.1% versus 43.7% the prior year)

The company reported $1.25 billion in total cash operating expenses (we include sales and marketing, research and development and general and administrative expenses) versus our estimate of $1.364 billion. ORCL reported $1.29 billion in operating income, representing an 6.5% decrease over the prior year, but 13.0% above our estimate. Oracle continues to extract excess costs out of its business at an impressive rate. Although the company is facing a deceleration in revenue growth and will be up against tougher comparisons, we believe the companies internal deployment of the 11i eBusiness suite and the effort to control headcount will enable Oracle to maintain/slightly improve operating margins going forward. We are estimating operating margins to reach 37.2% for the end of fiscal 2002 on 5.7% license revenue growth and 13.2% services revenue growth.

- Sales and Marketing expenses declined 4.7% to $812 million representing 24.9% of total revenues; 140bp lower than our 26.3% estimate.

- Research and development expenses increased 18.5% to $320 million. The company mentioned they would continue to invest in R&D and would focus on reducing costs and headcount in other areas.

- General and administrative expenses declined 14% to $119 million over the prior year.

**Per Share Analysis**

ORCL reported EPS of $0.15; $0.02 above our estimate. The company reported revenue 3.5% below our expectations, but the shortfall was offset by 12.7% upside to our EBITDA estimate.

**Upgrading Stock**

*Short-term-Visibility Returning*

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                    NDCA-ORCL 430558

We are maintaining our $0.51 2002 EPS estimate, but reducing our revenue expectations slightly to $11.9 billion from $12.2 billion. The company mentioned they feel cautiously optimistic with regards to the 2002 outlook. We believe conditions will continue to be difficult until the second half of 2002 when the company will not be up against the difficult "dot.com" comparisons.

*Long-term EBITDA Expansion*

We upgraded ORCL from a 3H (Neutral) to a 2H (Outperform). We raised our price target to $17 from $0.15. The new price target is based on a DCF analysis using a 12.5% discount rate and a 20x terminal multiple on year 10 Free Cash Flow.

Our new price target and rating are based on our belief that management will continue to extract operating expenses from the business and grow EBITDA at a long-term 17% CAGR versus our original estimate of 16.0% once market conditions improve.

### INVESTMENT THESIS

Oracle has leveraged its dominant position in the database market to take advantage of the new and growing market for e-business solutions. We believe that over the next few years, Oracle is going to try and leverage its presence in the database market and the power of the web to do to enterprise applications what Microsoft did to desktop applications - commoditize them by offering them for free as part of the platform. We believe that Oracle's recent launch of oraclesalesonline.com, through which Oracle is offering the sales force automation web-based service for free, is the beginning of a major paradigm shift not only at Oracle but across the entire software industry. Oracle's dominant position in the database market is a strong platform for dominating e-business applications. We believe the Web has the potential to drive a new IT architecture under which the database takes on a more active role in the application delivery. According to Dataquest, Oracle had 31% market share in the database market in 1999. We believe Oracle can quickly upsell the eBusiness Suite to its existing installed based of database customers. Additionally, Oracle has declared an aggressive strategy to increase its operating margins by 'Webifying' its internal operations. The company recently increased the original cost savings goal of $1 billion to $2 billion. By capitalizing on the Internet's inherently low-cost operating structure, Oracle plans to reduce operating expenses through web-based automation and headcount reduction.

### COMPANY DESCRIPTION

Founded in 1977, Oracle Corporation is the world's second-largest software company, with a presence in more than 145 countries. The company has approximately 43,000 employees worldwide. Oracle Corporation develops, manufactures, markets, and distributes computer software that helps corporations manage and grow their businesses. The company's software products can be broken down into two broad categories: systems software and business applications software. Systems software is a complete Internet platform to develop and deploy applications for computing on the Internet and corporate Intranets. Business applications software automates the performance of specific business data processing functions for customer relationship management (CRM), supply-chain management (SCM), financial management, procurement, project management, and human resources management.

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                                      NDCA-ORCL 430559

SALOMON SMITH BARNEY

ADDITIONAL INFORMATION AVAILABLE UPON REQUEST
Salomon Smith Barney ("SSB"), including its parent, subsidiaries and/or affiliates ("the Firm"), usually makes a market in the U.S.-traded over the counter securities recommended in this report and may sell to or buy from customers, as principal, securities recommended in this report. The Firm or employees preparing this report may have a position in securities or options of any company recommended in this report. An employee of the Firm may be a director of a company recommended in this report. The Firm may perform or solicit investment banking or other services from any company recommended in this report.
Securities recommended, offered, or sold by SSB: (i) are not insured by the Federal Deposit Insurance Corporation; (ii) are not deposits or other obligations of any insured depository institution (including Citibank); and (iii) are subject to investment risks, including the possible loss of the principal amount invested. Although information has been obtained from and is based upon sources SSB believes to be reliable, we do not guarantee its accuracy and it may be incomplete or condensed. All opinions and estimates constitute SSB's judgment as of the date of the report and are subject to change without notice. This report is for informational purposes only and is not intended as an offer or solicitation for the purchase or sale of a security. Investing in non-U.S. securities, including ADRs, by U.S. persons may entail certain risks. Investors who have received this report may be prohibited in certain U.S. states from purchasing securities mentioned in this report from SSB. Please ask your financial consultant for additional details. This report has been approved for distribution in the United Kingdom by Salomon Brothers International Limited, which is regulated by the Securities and Futures Authority. The investments and services contained herein are not available to private customers in the UK. This report was prepared by SSB and, if distributed in Japan by Nikko Salomon Smith Barney Limited, is being so distributed under license. This report is made available in Australia through Salomon Smith Barney Australia Securities Pty Ltd. (ABN 64 003 114 832), a Licensed Securities Dealer, and in New Zealand through Salomon Smith Barney New Zealand Limited, a member firm of the New Zealand Stock Exchange. This report does not take into account the investment objectives or financial situation of any particular person. Investors should obtain advice based on their own individual circumstances before making an investment decision. The research opinions herein may differ from those of The Robinson-Humphrey Company, LLC, a wholly owned subsidiary of SSB. Salomon Smith Barney is a service mark of Salomon Smith Barney Inc.
© Salomon Smith Barney Inc., 2001. All rights reserved. Any unauthorized use, duplication or disclosure is prohibited by law and may result in prosecution.

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                    NDCA-ORCL 430560