CONFIDENTIAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

--oOo--

In re:  ORACLE CORPORATION          Master File No.
SECURITIES LITIGATION               C-01-0988-MJJ (JCS)
_____/        CLASS ACTION



-- TRANSCRIPT DESIGNATED AS CONFIDENTIAL --

Videotaped Deposition of

BROOKS L. HILLIARD, CMC, CCP

_____

Thursday, June 28, 2007

Reported by:
Leslie Rockwood

CSR No. 3462

Job No. 75262

CONFIDENTIAL

| | | |
|---|---|---|
| 09:37:09 | 1 | THE WITNESS:  No. |
| 09:37:10 | 2 | Q.  BY MR. GIBBS:  Your clients, the plaintiffs |
| 09:37:11 | 3 | in this lawsuit, have sworn under oath that Oracle knew |
| 09:37:15 | 4 | Suite 11i was so defective that it was like, quote, a car |
| 09:37:19 | 5 | without wheels, end quote. |
| 09:37:20 | 6 | Is it true that Suite 11i was so defective it |
| 09:37:24 | 7 | was like a car without wheels? |
| 09:37:25 | 8 | MR. WILLIAMS:  Objection.  Form. |
| 09:37:31 | 9 | THE WITNESS:  I haven't thought of it in |
| 09:37:34 | 10 | terms of that analogy.  It had very substantial defects |
| 09:37:40 | 11 | in central functionality.  I don't think that's an inept |
| 09:37:44 | 12 | analogy, the car without wheels. |
| 09:37:48 | 13 | Q.  BY MR. GIBBS:  Okay.  Would you agree that no |
| 09:37:50 | 14 | one can use a car that doesn't have wheels? |
| 09:37:52 | 15 | MR. WILLIAMS:  Objection.  Form. |
| 09:37:54 | 16 | THE WITNESS:  Depends on what you're using it |
| 09:37:56 | 17 | for.  There may be very limited uses you could use a car |
| 09:38:00 | 18 | without wheels for.  You could use it to listen to the |
| 09:38:04 | 19 | radio; you could use it for a lot of things that people |
| 09:38:07 | 20 | do in cars.  So I don't know necessarily that I would |
| 09:38:13 | 21 | agree that you can't use at all a car without wheels. |
| 09:38:17 | 22 | Q.  BY MR. GIBBS:  But you can't use it to |
| 09:38:18 | 23 | transport people to and from like a car with wheels; |
| 09:38:23 | 24 | correct? |
| 09:38:23 | 25 | A.  That's correct. |

7

CONFIDENTIAL

| | | |
|---|---|---|
| 09:38:25 | 1 | Q.  Can you say whether or not Suite 11i was able |
| 09:38:33 | 2 | to automate business processes when it was released? |
| 09:38:37 | 3 | MR. WILLIAMS:  Objection.  Form. |
| 09:38:38 | 4 | THE WITNESS:  I don't doubt that it was able |
| 09:38:49 | 5 | to automate some limited business processes when it was |
| 09:38:53 | 6 | released. |
| 09:38:54 | 7 | Q.  BY MR. GIBBS:  When you say "limited," are |
| 09:38:55 | 8 | you able to quantify how many business processes it was |
| 09:38:59 | 9 | able to automate and how many it was not able to |
| 09:39:02 | 10 | automate? |
| 09:39:02 | 11 | A.  No. |
| 09:39:03 | 12 | Q.  Is it your opinion, in essence, that the |
| 09:39:07 | 13 | software may have worked, but didn't work very well? |
| 09:39:10 | 14 | MR. WILLIAMS:  Objection.  Form.  Are you |
| 09:39:11 | 15 | talking about the entire suite or some of the software? |
| 09:39:17 | 16 | MR. GIBBS:  I'll rephrase. |
| 09:39:18 | 17 | Q.  Is it your opinion, in essence, that Suite |
| 09:39:24 | 18 | 11i worked in some respects but didn't work very well? |
| 09:39:29 | 19 | MR. WILLIAMS:  Objection to form. |
| 09:39:30 | 20 | THE WITNESS:  It's my opinion that Suite 11i |
| 09:39:32 | 21 | worked in some very limited ways which were -- which |
| 09:39:38 | 22 | didn't meet the way it was represent -- there was a |
| 09:39:41 | 23 | launch announcement just before it was released, and it |
| 09:39:45 | 24 | didn't work and do what was -- it was represented to do |
| 09:39:49 | 25 | in that launch announcement. |

8

CONFIDENTIAL

| | | |
|---|---|---|
| 09:39:51 | 1 | Q. BY MR. GIBBS: Okay. Let me get into your |
| 09:39:58 | 2 | report a little bit. We've had premarked as Exhibits 1 |
| 09:40:01 | 3 | and 2 your opening report and your rebuttal report |
| 09:40:05 | 4 | respectively. So your opening report is Exhibit 1 and |
| 09:40:08 | 5 | your rebuttal is Exhibit 2. |
| 09:40:11 | 6 | MR. WILLIAMS: Why don't you use this one -- |
| 09:40:13 | 7 | THE WITNESS: I believe -- |
| 09:40:15 | 8 | MR. WILLIAMS: It's premarked. |
| 09:40:21 | 9 | THE WITNESS: I believe Exhibit 2 is not my |
| 09:40:23 | 10 | report. |
| 09:40:24 | 11 | Q. BY MR. GIBBS: You're right. We'll re-mark |
| 09:40:25 | 12 | that while we're going here. |
| 09:40:25 | 13 | But Exhibit 1 is your report? |
| 09:40:27 | 14 | A. Yes. |
| 09:40:32 | 15 | MR. WILLIAMS: Patrick, does it make sense |
| 09:40:34 | 16 | to -- I notice that many of your questions relate to |
| 09:40:37 | 17 | Suite 11i. And does it make sense to try and determine |
| 09:40:41 | 18 | what we're talking about, when we're talking about Suite |
| 09:40:46 | 19 | 11i, so the record is clear? |
| 09:40:47 | 20 | MR. GIBBS: I -- you know, if you have an |
| 09:40:49 | 21 | objection, make it. I think the questions are clear. |
| 09:40:51 | 22 | MR. WILLIAMS: All right. I made my comment. |
| 09:40:53 | 23 | Just so you know, I think it's a concern. |
| 09:40:55 | 24 | MR. GIBBS: Okay. |
| 09:40:57 | 25 | Q. At page 1 of your opening report, and you |

CONFIDENTIAL

| | | |
|---|---|---|
| 12:04:14 | 1 | Q.  Okay.  Same question on function points. |
| 12:04:17 | 2 | Holding everything else constant, the more function |
| 12:04:20 | 3 | points you have, the more defects you would expect to see |
| 12:04:23 | 4 | in a commercial software product; correct? |
| 12:04:27 | 5 | A.  You know, I have a fair knowledge of function |
| 12:04:34 | 6 | points, but my associate, Mr. Jensen, is really the |
| 12:04:39 | 7 | expert in that field, and I would defer function point |
| 12:04:44 | 8 | questions to Dr. Jensen. |
| 12:04:46 | 9 | Q.  Okay.  There's nothing in his rebuttal report |
| 12:04:49 | 10 | you disagree with? |
| 12:04:50 | 11 | A.  Not that I recall. |
| 12:04:51 | 12 | Q.  Okay.  Do you know how large Suite 11i is |
| 12:04:55 | 13 | measured by any metric? |
| 12:04:56 | 14 | A.  No. |
| 12:04:57 | 15 | Q.  Did you make any attempt to find out how |
| 12:05:03 | 16 | large Suite 11i was during the class period, measured by |
| 12:05:07 | 17 | any metric? |
| 12:05:07 | 18 | A.  There wasn't sufficient information to |
| 12:05:09 | 19 | determine that. |
| 12:05:10 | 20 | Q.  Would you agree with Dr. Jensen's conclusion |
| 12:05:12 | 21 | that Suite 11i is, quote, very large? |
| 12:05:15 | 22 | A.  Yes. |
| 12:05:17 | 23 | MR. GIBBS:  Okay.  We can take a break now. |
| 12:05:20 | 24 | THE WITNESS:  Thanks. |
| 12:05:21 | 25 | THE VIDEOGRAPHER:  Going off the record, the |

85

CONFIDENTIAL

| | | |
|---|---|---|
| 12:05:24 | 1 | time is 12:04. |
| 12:05:26 | 2 | (Recess.) |
| 12:18:12 | 3 | THE VIDEOGRAPHER:  We are back on the record. |
| 12:18:14 | 4 | The time is 12:17. |
| 12:18:18 | 5 | Q.  BY MR. GIBBS:  Mr. Hilliard, I want to switch |
| 12:18:21 | 6 | to a different topic now.  Still focusing on your |
| 12:18:25 | 7 | methodology and your process. |
| 12:18:26 | 8 | A.  Sure. |
| 12:18:27 | 9 | Q.  For purposes of forming your opinions in this |
| 12:18:30 | 10 | case, you didn't compare Suite 11i to any other competing |
| 12:18:38 | 11 | enterprise application suite, did you? |
| 12:18:41 | 12 | A.  As -- by "competing," you mean a suite that |
| 12:18:44 | 13 | has the full complement of capabilities integrated |
| 12:18:50 | 14 | together as this was represented to be during -- at the |
| 12:18:57 | 15 | time of the launch? |
| 12:18:57 | 16 | Q.  I don't mean identical, I just mean |
| 12:19:00 | 17 | comparable. |
| 12:19:01 | 18 | MR. WILLIAMS:  Objection.  Form. |
| 12:19:02 | 19 | THE WITNESS:  Maybe you could ask me |
| 12:19:08 | 20 | specifics. |
| 12:19:09 | 21 | Q.  BY MR. GIBBS:  Sure.  Well, for purposes of |
| 12:19:11 | 22 | forming your opinions in this case, did you compare Suite |
| 12:19:14 | 23 | 11i to any enterprise application suite? |
| 12:19:22 | 24 | A.  I focused on what my assignment was, and I |
| 12:19:28 | 25 | didn't -- I viewed that as looking at the representations |

86

CONFIDENTIAL

| | | |
|---|---|---|
| 12:19:33 | 1 | that were made, and they weren't representations relative |
| 12:19:36 | 2 | to other -- or at least the ones that are at issue and |
| 12:19:45 | 3 | that I wrote -- that I wound up having opinions on |
| 12:19:49 | 4 | weren't ones that were relative to other suites.  So I |
| 12:19:55 | 5 | didn't -- or other enterprise -- strike suites -- other |
| 12:20:01 | 6 | enterprise software products.  So I didn't look at it on |
| 12:20:08 | 7 | a relative basis. |
| 12:20:11 | 8 | Q.  Okay.  And just to be a little more specific, |
| 12:20:14 | 9 | for purposes of forming your opinions in this case, you |
| 12:20:17 | 10 | didn't compare the number of bugs experienced by Suite |
| 12:20:25 | 11 | 11i users during the class period, say, to the number of |
| 12:20:27 | 12 | bugs experienced by users of any other enterprise |
| 12:20:30 | 13 | application suite; correct? |
| 12:20:32 | 14 | A.  During what period? |
| 12:20:33 | 15 | Q.  During any period. |
| 12:20:35 | 16 | A.  No. |
| 12:20:35 | 17 | Q.  Do you know how many bugs were experienced by |
| 12:20:38 | 18 | Suite 11i users during class period? |
| 12:20:43 | 19 | A.  I have a number that was the number that was |
| 12:20:54 | 20 | publicly announced by Oracle sometime prior to the class |
| 12:21:00 | 21 | period.  And I have a number of TARs for approximately |
| 12:21:13 | 22 | the first year.  And I have a relationship between TARs |
| 12:21:23 | 23 | and bugs, and the number of TARs for the first year and |
| 12:21:26 | 24 | the relationship with TARs and bugs come from Oracle |
| 12:21:29 | 25 | itself. |

87

CONFIDENTIAL

| | | |
|---|---|---|
| 12:21:30 | 1 | So I have some parameters that would include |
| 12:21:38 | 2 | the class period, but I don't have a number specifically |
| 12:21:43 | 3 | for the class period. |
| 12:21:45 | 4 | Q.   Okay.  The parameters you're referring to, |
| 12:21:48 | 5 | those are the calculations that are referred to in your |
| 12:21:50 | 6 | opening report, where you take number of reported TARs |
| 12:21:54 | 7 | over the first year and you apply a percentage of TARs |
| 12:21:58 | 8 | that are bugged and you come up with a bug number; is |
| 12:22:02 | 9 | that right? |
| 12:22:02 | 10 | A.   That's correct. |
| 12:22:03 | 11 | Q.   Other than that number, and I think you |
| 12:22:06 | 12 | referred to something that Oracle had publicly announced? |
| 12:22:09 | 13 | A.   Yes. |
| 12:22:10 | 14 | Q.   Well, let's just pause on that for a second. |
| 12:22:15 | 15 | What's the number that publicly -- that was publicly |
| 12:22:17 | 16 | announced by Oracle that you referred to in your prior |
| 12:22:20 | 17 | answer? |
| 12:22:20 | 18 | MR. WILLIAMS:  Objection.  Form. |
| 12:22:22 | 19 | THE WITNESS:  It -- I saw a response to |
| 12:22:29 | 20 | Forbes magazine where Forbes magazine asked Oracle to |
| 12:22:34 | 21 | confirm that there were 5,000 bugs in the software, I |
| 12:22:43 | 22 | believe as of the point in time of the Oracle |
| 12:22:46 | 23 | applications user group, and Oracle responded to that |
| 12:22:52 | 24 | questionnaire confirming that there were 5,000 bugs as of |
| 12:22:57 | 25 | that date.  So I would call that a public announcement. |

88

CONFIDENTIAL

| | | |
|---|---|---|
| 13:27:49 | 1 | version of a particular vendor's ERP package to another, |
| 13:27:55 | 2 | there are generally tools to do that, and sometimes there |
| 13:27:58 | 3 | are tools even when converting from some other package. |
| 13:28:02 | 4 | Sometimes there is minimal data migration, that data is |
| 13:28:08 | 5 | reentered from scratch, but data migration can, in many |
| 13:28:15 | 6 | instances, be time consuming, yes. |
| 13:28:17 | 7 | Q.  Later on in your report you cite an AMR |
| 13:28:24 | 8 | research report on Suite 11i implementations and you |
| 13:28:30 | 9 | write that the time frames reported in that AMR research |
| 13:28:35 | 10 | report were, quote, within the normal range for |
| 13:28:37 | 11 | implementations of ERP and CRM systems, end quote. |
| 13:28:41 | 12 | Do you recall that language? |
| 13:28:42 | 13 | A.  I recall something like that.  What page are |
| 13:28:45 | 14 | you referring to? |
| 13:28:45 | 15 | Q.  47, I believe. |
| 13:29:01 | 16 | A.  Yes, I recall that. |
| 13:29:02 | 17 | Q.  The report, I believe, says that the average |
| 13:29:05 | 18 | for very large projects was 379 days; is that correct? |
| 13:29:10 | 19 | A.  I believe that's what the AMR research -- I'm |
| 13:29:14 | 20 | quoting the AMR research report there.  I believe that's |
| 13:29:18 | 21 | what the AMR report says, yes. |
| 13:29:20 | 22 | Q.  Understood.  And in your view, is that amount |
| 13:29:22 | 23 | of time is within the normal range for a very large ERP |
| 13:29:25 | 24 | or CRM implementation project? |
| 13:29:28 | 25 | A.  Within the range. |

Esquire Deposition Services
800.770.3363

CONFIDENTIAL

| | | |
|---|---|---|
| 13:29:30 | 1 | Q.  How wide is that range? |
| 13:29:32 | 2 | A.  It's very wide because many users elect to |
| 13:29:44 | 3 | implement in a phased manner.  So sometimes there is what |
| 13:29:48 | 4 | folks refer to as a big bang implementation, where they |
| 13:29:52 | 5 | try to implement everything more or less simultaneously. |
| 13:29:59 | 6 | Other times, they might phase the implementation over two |
| 13:30:03 | 7 | years, three years, or longer, four years. |
| 13:30:09 | 8 | So it's a wide range.  But 379 days -- and I |
| 13:30:13 | 9 | believe those are working days, but if -- if I recall the |
| 13:30:17 | 10 | report correctly, but I could be mistaken -- is within |
| 13:30:21 | 11 | that range. |
| 13:30:22 | 12 | Q.  Is it fair to say that there are factors |
| 13:30:25 | 13 | other than the applications software itself that can |
| 13:30:29 | 14 | affect the length of time it takes to implement software? |
| 13:30:35 | 15 | A.  Yes. |
| 13:30:35 | 16 | Q.  Is it also fair to say that there are factors |
| 13:30:39 | 17 | other than the application software itself that might |
| 13:30:41 | 18 | cause an implementation project to fail? |
| 13:30:45 | 19 | A.  Yes. |
| 13:30:48 | 20 | Q.  Can you identify some of those factors for |
| 13:30:51 | 21 | me? |
| 13:30:53 | 22 | A.  That -- factors that might cause an |
| 13:30:56 | 23 | implementation to fail? |
| 13:30:58 | 24 | Q.  Correct.  Other than the software itself. |
| 13:31:02 | 25 | A.  One is something that is commonly referred to |

105

CONFIDENTIAL

| | | |
|---|---|---|
| 13:31:07 | 1 | as scope creep, where the customer adds to the required |
| 13:31:21 | 2 | functionality that they originally required or thought |
| 13:31:29 | 3 | that they were asking for, and once they start using for |
| 13:31:32 | 4 | the product, they start asking for more functionality. |
| 13:31:36 | 5 | Another might be incompetence or personnel |
| 13:31:45 | 6 | issues among the -- among the user community or the users |
| 13:31:56 | 7 | at the company. |
| 13:31:58 | 8 | Another might be sometimes there are |
| 13:32:06 | 9 | financial decisions that delay implementations.  I've |
| 13:32:14 | 10 | even seen instances of sabotage by employees of new |
| 13:32:20 | 11 | systems.  Rare, very rare, but I've seen it happen. |
| 13:32:27 | 12 | So there are -- there are probably some other |
| 13:32:30 | 13 | factors I haven't included. |
| 13:32:31 | 14 | Q.  What about mistakes made by whoever is |
| 13:32:35 | 15 | configuring the software, can that cause an |
| 13:32:38 | 16 | implementation project to fail or encounter problems? |
| 13:32:42 | 17 | A.  Certainly. |
| 13:32:43 | 18 | Q.  What about insufficient support from within |
| 13:32:48 | 19 | the customer for the project? |
| 13:32:51 | 20 | MR. WILLIAMS:  Objection.  Form. |
| 13:32:58 | 21 | THE WITNESS:  Could insufficient -- I think |
| 13:33:00 | 22 | I -- when I talked about personnel issues or -- I think I |
| 13:33:07 | 23 | covered that.  But there could be a lack of management |
| 13:33:11 | 24 | commitment, which could also be support. |
| 13:33:14 | 25 | Q.  BY MR. GIBBS:  Okay.  That's a more precise |

106

CONFIDENTIAL

| | | |
|---|---|---|
| 13:33:16 | 1 | term. |
| 13:33:17 | 2 | And in terms of personnel issues, would that |
| 13:33:20 | 3 | also include, for example, just the simple matter of |
| 13:33:23 | 4 | assigning sufficient resources to the task, on the |
| 13:33:28 | 5 | customer side, people to do the work? |
| 13:33:31 | 6 | A.  It could include that, yes. |
| 13:33:33 | 7 | Q.  What about overly aggressive scheduling, do |
| 13:33:42 | 8 | customers ever make mistakes in trying to schedule their |
| 13:33:46 | 9 | implementation projects, in your experience? |
| 13:33:49 | 10 | MR. WILLIAMS:  Objection.  Form, are you |
| 13:33:50 | 11 | asking whether that would cause an implementation to fail |
| 13:33:53 | 12 | or have problems, or are you just asking him whether he's |
| 13:33:57 | 13 | experienced that? |
| 13:33:58 | 14 | Q.  BY MR. GIBBS:  I'm asking you whether in your |
| 13:33:59 | 15 | experience, a customer setting an unrealistic schedule |
| 13:34:03 | 16 | might sometimes cause a project to fail. |
| 13:34:07 | 17 | MR. WILLIAMS:  Objection.  Form. |
| 13:34:08 | 18 | THE WITNESS:  I don't know that -- I mean, |
| 13:34:22 | 19 | I've certainly seen dissatisfaction as a result of |
| 13:34:24 | 20 | expectations from an unrealistic schedule.  I don't know |
| 13:34:28 | 21 | that I've seen failures caused by that, but I suppose |
| 13:34:32 | 22 | that's possible. |
| 13:34:34 | 23 | Q.  BY MR. GIBBS:  What about just a late |
| 13:34:36 | 24 | implementation?  Let me start over. |
| 13:34:40 | 25 | Do customers sometimes set unrealistic |

107

CONFIDENTIAL

| | | |
|---|---|---|
| 13:34:43 | 1 | schedules for ERP or CRM implementations, in your |
| 13:34:46 | 2 | experience? |
| 13:34:46 | 3 | A.  Yes. |
| 13:34:47 | 4 | Q.  And so it's possible that an implementation |
| 13:34:53 | 5 | may be deemed late because it wasn't completed on an |
| 13:34:57 | 6 | unrealistic schedule.  Is that a fair statement? |
| 13:35:00 | 7 | MR. WILLIAMS:  Objection.  Form. |
| 13:35:01 | 8 | THE WITNESS:  You're talking about in the |
| 13:35:02 | 9 | abstract here, not with regard to the representations |
| 13:35:05 | 10 | that were made in this case; correct? |
| 13:35:07 | 11 | Q.  BY MR. GIBBS:  Correct.  I'm talking about |
| 13:35:08 | 12 | the industry generally and your industry experience. |
| 13:35:10 | 13 | A.  Okay.  The reason I need the clarification, |
| 13:35:15 | 14 | then, and I'm not quite sure how to answer is that the |
| 13:35:23 | 15 | representations in this case were that the |
| 13:35:25 | 16 | implementations would be considerably faster than what |
| 13:35:30 | 17 | was normal.  And so whether there can be what are deemed |
| 13:35:40 | 18 | delays from an unrealistic schedule, yeah, that can |
| 13:35:44 | 19 | happen, but I don't know that that's relevant to this -- |
| 13:35:46 | 20 | and you're asking me in the context of this section of my |
| 13:35:49 | 21 | report. |
| 13:35:50 | 22 | Q.  Close the report. |
| 13:35:51 | 23 | A.  Huh? |
| 13:35:51 | 24 | Q.  Close the report.  I'm not asking about your |
| 13:35:54 | 25 | report. |

108

CONFIDENTIAL

| | | |
|---|---|---|
| 13:35:54 | 1 | A.  So this has nothing -- you're asking me |
| 13:35:56 | 2 | totally independent of the context of this report? |
| 13:35:58 | 3 | Q.  Correct.  I'm asking you about your |
| 13:36:00 | 4 | experience on the consulting and implementation side. |
| 13:36:03 | 5 | A.  Not in the context of the report. |
| 13:36:09 | 6 | Q.  Yes. |
| 13:36:09 | 7 | A.  It is certainly possible -- I mean, by |
| 13:36:12 | 8 | definition, if you set an unrealistic schedule and don't |
| 13:36:15 | 9 | meet it, I mean that's almost a definitional question. |
| 13:36:21 | 10 | Q.  Then the question is, in your experience, do |
| 13:36:23 | 11 | customers sometimes set unrealistic schedules?  Have you |
| 13:36:26 | 12 | ever seen it happen? |
| 13:36:27 | 13 | MR. WILLIAMS:  Objection.  Form.  It's vague. |
| 13:36:30 | 14 | THE WITNESS:  I've seen companies |
| 13:36:35 | 15 | implementing software and attempting to implement them in |
| 13:36:41 | 16 | schedules that were not realistic.  I've seen that |
| 13:36:44 | 17 | happen, yes. |
| 13:36:45 | 18 | Q.  BY MR. GIBBS:  What about hardware |
| 13:36:48 | 19 | insufficiency, can that cause an implementation project |
| 13:36:52 | 20 | to either fail or encounter difficulties? |
| 13:36:56 | 21 | MR. WILLIAMS:  Objection.  Form, vague. |
| 13:37:08 | 22 | THE WITNESS:  Are you implying something |
| 13:37:09 | 23 | about whose at fault for the hardware insufficiency? |
| 13:37:14 | 24 | Q.  BY MR. GIBBS:  No, I'm just asking -- I'm not |
| 13:37:17 | 25 | trying to get at who is at fault between a vendor and a |

109

CONFIDENTIAL

| | | |
|---|---|---|
| 13:37:20 | 1 | customer.  I'm only trying to get at the -- if you will, |
| 13:37:23 | 2 | the mechanical cause that might result in an |
| 13:37:26 | 3 | implementation running into trouble, and I'm trying to |
| 13:37:30 | 4 | allocate causation between the software application and |
| 13:37:35 | 5 | other parts of the system it interacts with.  In this |
| 13:37:37 | 6 | case, I'm asking whether having insufficient hardware |
| 13:37:41 | 7 | could cause an implementation of ERP or CRM products to |
| 13:37:47 | 8 | run into trouble. |
| 13:37:48 | 9 | MR. WILLIAMS:  Objection.  Form. |
| 13:37:49 | 10 | THE WITNESS:  You're no longer talking about |
| 13:37:51 | 11 | being late; you're just talking about running into |
| 13:37:54 | 12 | trouble? |
| 13:37:55 | 13 | Q.  BY MR. GIBBS:  Yes. |
| 13:37:56 | 14 | A.  Missizing of hardware can cause trouble, |
| 13:38:07 | 15 | certainly. |
| 13:38:16 | 16 | Q.  Any other factors you can think of that can |
| 13:38:19 | 17 | cause implementation projects for ERP and CRM projects to |
| 13:38:24 | 18 | fail or to run into serious difficulty? |
| 13:38:28 | 19 | MR. WILLIAMS:  Objection.  Form. |
| 13:38:33 | 20 | THE WITNESS:  I'm sure if I thought hard |
| 13:38:37 | 21 | enough, I'd probably run up against a lot of them.  But I |
| 13:38:41 | 22 | think we've covered the major factors. |
| 13:38:44 | 23 | Q.  BY MR. GIBBS:  Okay.  We were talking earlier |
| 13:38:46 | 24 | about your implementation and consulting experience.  You |
| 13:38:49 | 25 | said something along the lines of issues almost |

110

CONFIDENTIAL

| | | |
|---|---|---|
| 13:38:52 | 1 | inevitably arise, and part of your job on the consulting |
| 13:38:56 | 2 | side is to make sure they get resolved quickly. |
| 13:39:00 | 3 | A.   You know what?   Let me come back to that |
| 13:39:03 | 4 | prior question. |
| 13:39:03 | 5 | Q.   Sure. |
| 13:39:04 | 6 | A.   There can be other problems that I didn't |
| 13:39:07 | 7 | think of, other than the software, and that can be vendor |
| 13:39:10 | 8 | problems, poor support.   Could be poor training.   Could |
| 13:39:23 | 9 | be turnover in vendor personnel.   There -- you know, the |
| 13:39:31 | 10 | problems that we've discussed thus far, the non-software |
| 13:39:34 | 11 | problems, are primarily -- or many of them, are |
| 13:39:42 | 12 | customer-related problems, but there are a whole series |
| 13:39:44 | 13 | of vendor-related problems that aren't software, that we |
| 13:39:47 | 14 | didn't discuss.   And I'm sorry for that oversight. |
| 13:39:51 | 15 | Q.   Okay.   I appreciate that. |
| 13:39:53 | 16 | I was referring back to an earlier answer you |
| 13:39:56 | 17 | had given when you were describing what your process is |
| 13:39:59 | 18 | on the consulting and implementation side of your work. |
| 13:40:03 | 19 | A.   Sorry to take you off your track. |
| 13:40:06 | 20 | Q.   That's okay. |
| 13:40:08 | 21 | And I think you said something like issues |
| 13:40:10 | 22 | almost inevitably arise, and part of your job is to make |
| 13:40:14 | 23 | sure they get resolved in a timely fashion so the project |
| 13:40:20 | 24 | keeps moving forward appropriately.   Is that roughly |
| 13:40:24 | 25 | correct? |

111

CONFIDENTIAL

| | | |
|---|---|---|
| 14:33:31 | 1 | that I looked for because those would be the two most -- |
| 14:33:33 | 2 | in my experience, the two most common, by a long shot, |
| 14:33:42 | 3 | causes of performance problems, and I did -- I did search |
| 14:33:45 | 4 | for those.  I didn't want to include any examples that |
| 14:33:48 | 5 | were caused by either of those. |
| 14:33:49 | 6 | Q.  And if you didn't find an indication that one |
| 14:33:53 | 7 | of those two things was to blame, I gather you concluded |
| 14:33:56 | 8 | that the performance problem was caused by some defect in |
| 14:33:59 | 9 | the application software or documentation? |
| 14:34:07 | 10 | A.  I also threw out and didn't consider marginal |
| 14:34:13 | 11 | performance problems.  Small performance problems, I |
| 14:34:21 | 12 | figured I might -- there might be something that I didn't |
| 14:34:25 | 13 | find that could have caused them.  So I didn't consider |
| 14:34:29 | 14 | those.  If it was a large performance problem and no |
| 14:34:32 | 15 | indication of either of the two causes, I considered that |
| 14:34:37 | 16 | without further -- I considered that to be a software |
| 14:34:40 | 17 | problem, yes. |
| 14:34:41 | 18 | Q.  Okay.  Can you help me quantify small and |
| 14:34:46 | 19 | large in that context? |
| 14:34:48 | 20 | A.  Sure.  Anything taking 50 to 100 percent |
| 14:35:05 | 21 | longer in -- with Oracle 11i than it had, say, with |
| 14:35:14 | 22 | Oracle 10.7, I would consider a large performance |
| 14:35:26 | 23 | problem.  Any performance problem in an application that |
| 14:35:28 | 24 | required human interaction, for instance a call center |
| 14:35:36 | 25 | application, where the performance of the system affected |

142

CONFIDENTIAL

| | | |
|---|---|---|
| 14:35:40 | 1 | the ability of the system user to respond to somebody on |
| 14:35:47 | 2 | the telephone. |
| 14:35:47 | 3 | If it was causing delays of more than five, |
| 14:35:58 | 4 | six, eight seconds on something that would normally be |
| 14:36:03 | 5 | expected to work in zero to three seconds, you know, I |
| 14:36:12 | 6 | would -- I consider that to be a software bug, absent |
| 14:36:19 | 7 | communications or hardware issues. |
| 14:36:26 | 8 | There might well be other analogous kinds of |
| 14:36:30 | 9 | applications where certain types of performance are |
| 14:36:37 | 10 | inherent to the proper operation of the application, and |
| 14:36:44 | 11 | call center is the best example of that, or the easiest |
| 14:36:49 | 12 | to explain example of that.  But there are others that |
| 14:36:52 | 13 | are analogous where the performance problem would cause a |
| 14:36:55 | 14 | doubling or tripling or more of the amount of time.  I |
| 14:37:00 | 15 | considered that to be a big performance problem as |
| 14:37:05 | 16 | opposed to a small one. |
| 14:37:06 | 17 | Is that clear? |
| 14:37:12 | 18 | Q.  I'm sure it will be. |
| 14:37:13 | 19 | A.  I'm trying to be as responsive to your |
| 14:37:16 | 20 | questions as I can. |
| 14:37:17 | 21 | Q.  I appreciate that.  Let me turn now and ask |
| 14:37:20 | 22 | you about some of your opinions, and I actually want to |
| 14:37:23 | 23 | start with Opinion Number 2. |
| 14:37:24 | 24 | A.  Okay. |
| 14:37:25 | 25 | Q.  Has to do with preintegration and |

143

CONFIDENTIAL

| | | |
|---|---|---|
| 14:37:28 | 1 | integration.  My first question is:  Would you agree with |
| 14:37:40 | 2 | me that using your definition of integration, as you've |
| 14:37:47 | 3 | articulated it in your report, if you took a bunch of |
| 14:37:50 | 4 | best-of-breed products developed by separate vendors, |
| 14:37:58 | 5 | PeopleSoft HR, Siebel CRM, and you load them onto a |
| 14:38:04 | 6 | server with no systems integration work, those different |
| 14:38:07 | 7 | applications are not integrated with one another, as you |
| 14:38:10 | 8 | use that term in your report.  Is that correct? |
| 14:38:15 | 9 | A.  I suppose there's infinitesimal possibility |
| 14:38:20 | 10 | that -- that there might be some integration, but I'd |
| 14:38:25 | 11 | agree with you. |
| 14:38:26 | 12 | Q.  Okay.  Talk about serendipitous. |
| 14:38:29 | 13 | A.  Yes. |
| 14:38:29 | 14 | Q.  Barring divine intervention, those two |
| 14:38:32 | 15 | products would not work together; correct? |
| 14:38:34 | 16 | A.  Correct. |
| 14:38:35 | 17 | Q.  Or systems integration. |
| 14:38:45 | 18 | A.  That was the premise that you gave me, that |
| 14:38:47 | 19 | there was no -- no work done, no programming, no |
| 14:38:49 | 20 | integration effort, no systems integration done to |
| 14:38:51 | 21 | integrate them. |
| 14:38:51 | 22 | Q.  Absolutely. |
| 14:38:52 | 23 | A.  And I was answering on that premise. |
| 14:38:57 | 24 | Q.  That was the premise. |
| | 25 | A.  Yeah. |

144

CONFIDENTIAL

| | | |
|---|---|---|
| 14:38:58 | 1 | Q.   Once systems integration work has been done, |
| 14:39:01 | 2 | those applications developed by different vendors may be |
| 14:39:07 | 3 | integrated; is that correct? |
| 14:39:13 | 4 | A.   Yes. |
| 14:39:13 | 5 | Q.   It may depend in part on the quality of the |
| 14:39:17 | 6 | systems integration work; correct? |
| 14:39:18 | 7 | A.   Correct.   See, that's easy. |
| 14:39:23 | 8 | Q.   If I just ask the question right? |
| 14:39:26 | 9 | In forming your opinion in this case, I take |
| 14:39:29 | 10 | it you didn't compare the degree of integration between |
| 14:39:33 | 11 | the modules of Suite 11i with the degree of integration |
| 14:39:38 | 12 | between best-of-breed applications once systems |
| 14:39:42 | 13 | integration work has been done; is that correct? |
| 14:39:56 | 14 | A.   I did not -- I don't think it's possible to |
| 14:40:00 | 15 | compare that because there's such a variety of quality, |
| 14:40:05 | 16 | as you've pointed out, of systems integration work. |
| 14:40:15 | 17 | Q.   Would you agree that once someone has taken a |
| 14:40:18 | 18 | set of best-of-breed products from different vendors and |
| 14:40:21 | 19 | has done systems integration work, there may be a wide |
| 14:40:31 | 20 | range of levels of integration.  Let me rephrase that. |
| 14:40:35 | 21 | Once they've been integrated to some degree, |
| 14:40:41 | 22 | the level of integration between those best-of-breed |
| 14:40:44 | 23 | products from different vendors may vary significantly. |
| 14:40:49 | 24 | Correct? |
| 14:40:50 | 25 | MR. WILLIAMS:  Objection.  Form. |

145

CONFIDENTIAL

| | | |
|---|---|---|
| 14:42:32 | 1 | A.   I'm sorry. |
| 14:42:33 | 2 | Q.   I don't think I'm going to do any better than |
| 14:42:36 | 3 | the answer you gave me before -- |
| 14:42:39 | 4 | A.   I really tried to be responsive in that |
| 14:42:42 | 5 | answer that I gave you. |
| 14:42:43 | 6 | Q.   In the course of forming your opinions in |
| 14:42:45 | 7 | this matter, did you see any documents or testimony in |
| 14:42:47 | 8 | which a customer asserted that the various modules of |
| 14:42:54 | 9 | Suite 11i were not integrated with one another? |
| 14:42:57 | 10 | A.   Yes. |
| 14:42:58 | 11 | Q.   Okay.  What -- feel free to refer to your |
| 14:43:02 | 12 | report, as I looked at the integration section of your |
| 14:43:08 | 13 | report, and the only customer I saw cited in there was |
| 14:43:12 | 14 | Yale.  If there's another, please let me know. |
| 14:43:15 | 15 | A.   I believe Brock, and I believe there was |
| 14:43:21 | 16 | direct documentation from Brock Tool -- B-r-o-c-k, Tool, |
| 14:43:41 | 17 | both capitalized.  I may not have quoted the -- any words |
| 14:43:50 | 18 | out of the Brock Tool emails, but I believe I certainly |
| 14:43:57 | 19 | did consider the Brock Tool emails and -- but I think the |
| 14:44:07 | 20 | quotes may have been just from the integrator.  I don't |
| 14:44:10 | 21 | recall. |
| 14:44:10 | 22 | Q.   Okay.  Do any other customers come to mind as |
| 14:44:17 | 23 | having themselves complained about a lack of integration |
| 14:44:21 | 24 | between the modules of Suite 11i? |
| 14:44:25 | 25 | A.   I am certain that I saw emails to that effect |

147

CONFIDENTIAL

14:44:35  1  from the customers themselves.  I couldn't have included

14:44:43  2  every single email that I saw.  I suppose I could have,

14:44:48  3  but it seemed to be redundant to have included every

14:44:55  4  single one that I -- every single email on every single

14:44:59  5  issue that I addressed.  So I didn't necessarily include

14:45:03  6  all of them, but I am certain that I saw emails from

14:45:07  7  customers other than just Brock Tool and Yale.  I

14:45:14  8  can't -- as we sit here today, I can't tell you who they

14:45:17  9  are.

14:45:17  10        Q.  Okay.  But if you relied on it in forming

14:45:20  11  your opinion, it should be cited in your reports?

14:45:33  12        A.  The ones I cited in my report were sufficient

14:45:37  13  for the opinion.  I considered many others.  I felt it

14:45:46  14  was in the interest of brevity, and I know it's hard to

14:45:51  15  look at a hundred-page report and say it's brief.  But in

14:45:54  16  the interest of brevity, I did -- I did not include every

14:46:01  17  single document that I considered in forming my opinion,

14:46:08  18  and that's why in the -- where I talked about documents,

14:46:12  19  I said that I reviewed a lot more -- you know, the whole

14:46:17  20  range of documents, and you asked me what they were

14:46:19  21  earlier today.

14:46:22  22        Q.  In the course of forming your opinions in

14:46:24  23  this matter, did you see any documents or testimony in

14:46:27  24  which a customer said in words or effect that Suite 11i

14:46:31  25  was integrated?

148

CONFIDENTIAL

| 14:46:32 | 1 | A. During the class period or in general? |
| 14:46:42 | 2 | Q. In general. |
| 14:46:44 | 3 | A. I may have. I didn't see any in the class |
| 14:46:54 | 4 | period where the integration was more than just |
| 14:46:58 | 5 | integration between a couple of modules, and in |
| 14:47:03 | 6 | particular, where the integration was just between a |
| 14:47:07 | 7 | couple of modules within either ERP -- or mostly it was |
| 14:47:10 | 8 | ERP, but perhaps there might have been a CRM as well. |
| 14:47:15 | 9 | Q. Okay. In the course of forming your opinions |
| 14:47:18 | 10 | in this matter, you didn't review the technical reference |
| 14:47:23 | 11 | manuals for Suite 11i; correct? |
| 14:47:25 | 12 | A. I looked at them. |
| 14:47:27 | 13 | Q. All of them? |
| 14:47:28 | 14 | A. No. |
| 14:47:32 | 15 | Q. Can you give me a guess how much? |
| 14:47:35 | 16 | MR. WILLIAMS: Objection. Form. |
| 14:47:36 | 17 | THE WITNESS: I looked at a few of them, and |
| 14:47:48 | 18 | having looked at them, determined that they weren't |
| 14:47:53 | 19 | relevant to the specific issues on -- that my opinions |
| 14:48:02 | 20 | were directed toward. |
| 14:48:09 | 21 | Q. BY MR. GIBBS: You've got a definition of |
| 14:48:17 | 22 | integration in your report. To meet your standard of |
| 14:48:23 | 23 | integration, is it necessary for every single module to |
| 14:48:27 | 24 | communicate and share data with every other module within |
| 14:48:30 | 25 | a suite? |

149

CONFIDENTIAL

| | | |
|---|---|---|
| 14:48:37 | 1 | A.  Well, clearly there are modules that have |
| 14:48:41 | 2 | nothing to do with one another. |
| 14:48:43 | 3 | Q.  Okay. |
| 14:48:44 | 4 | A.  And so certainly there would be no |
| 14:48:47 | 5 | requirement that they share data.  For -- to meet my |
| 14:48:56 | 6 | level of integration, what I've defined as integration, |
| 14:49:01 | 7 | which is not substantially different than what Mr. Goedde |
| 14:49:09 | 8 | said or what Mr. Wohl said or even what Mr. Yourdon said, |
| 14:49:21 | 9 | at least in his -- I can't speak for everything that he |
| 14:49:26 | 10 | said, but he did have a definition of integration. |
| 14:49:35 | 11 | It would be necessary that all -- like we |
| 14:49:38 | 12 | talked about the logical things that, for instance, an |
| 14:49:42 | 13 | accounts payable system must have.  To meet my standard |
| 14:49:45 | 14 | of definition, the same logic would have to apply for the |
| 14:49:49 | 15 | integration between modules.  If there are two modules |
| 14:49:52 | 16 | that obviously must work together because they're |
| 14:49:56 | 17 | related, and there are obvious ways in which they need to |
| 14:50:07 | 18 | integrate in order to work together, it would include all |
| 14:50:10 | 19 | of those.  But if there are ways that only a few |
| 14:50:17 | 20 | customers in oddball situations might require, I wouldn't |
| 14:50:21 | 21 | necessarily feel it was not integrated if those were not |
| 14:50:25 | 22 | included.  And in fact, when I was citing examples, if I |
| 14:50:28 | 23 | saw those types of examples, I disregarded them. |
| 14:50:32 | 24 | Q.  Okay.  And as with the specific functionality |
| 14:50:35 | 25 | that a particular application would be expected to have |

150

CONFIDENTIAL

| 16:22:58 | 1 | A. By the way, do you want my notes? |
|----------|---|---|

16:22:58    1          A.  By the way, do you want my notes?

16:23:05    2          Q.  No, thanks.

16:23:07    3              Different customers use application products

16:23:09    4     in different environments.  True?

16:23:10    5          A.  Yes.

16:23:11    6          Q.  Different computing environments like

16:23:15    7     different hardware?

16:23:15    8          A.  Yes.

16:23:16    9          Q.  Different operating systems?

16:23:17   10          A.  Yes.

16:23:18   11          Q.  They use it with different configurations?

16:23:28   12          A.  The word "configuration" can be interpreted

16:23:33   13     in a lot of different ways.

16:23:35   14          Q.  Different Suite 11i customers might configure

16:23:39   15     the software differently.  And the answer is "yes"?

16:23:42   16          A.  Yes.

16:23:42   17          Q.  And different Suite 11i customers might use

16:23:46   18     their Oracle applications with a wide variety of other

16:23:49   19     applications; correct?

16:23:52   20          A.  They might, yes.

16:23:54   21          Q.  And we've discussed --

16:23:58   22          A.  I don't know that that has anything to do

16:24:00   23     with the opinions that I rendered.

16:24:02   24          Q.  That's okay.  You don't need to.

16:24:04   25              MR. WILLIAMS:  Objection to the form, then.

185

CONFIDENTIAL

| | | |
|---|---|---|
| 16:24:11 | 1 | Relevance. |
| 16:24:11 | 2 | Q.  BY MR. GIBBS:  We've talked about ways in |
| 16:24:13 | 3 | which different aspects of a system in which an |
| 16:24:16 | 4 | applications product is working might affect the ability |
| 16:24:18 | 5 | of the application to function correctly even where |
| 16:24:22 | 6 | there's no coding defect in the application.  Do you |
| 16:24:26 | 7 | recall that discussion generally? |
| 16:24:34 | 8 | A.  I recall that discussion generally. |
| 16:24:36 | 9 | Q.  Okay.  Is it possible for one customer to |
| 16:24:39 | 10 | experience a bug, software bug in their environment, |
| 16:24:42 | 11 | while another customer using the same application |
| 16:24:49 | 12 | software in a different environment may not experience |
| 16:24:51 | 13 | that bug? |
| 16:24:52 | 14 | A.  It's possible. |
| 16:24:53 | 15 | Q.  So customer A might be unable to use some |
| 16:24:58 | 16 | piece of functionality because of a bug, but customer B |
| 16:25:02 | 17 | might be able to use the very same piece of functionality |
| 16:25:05 | 18 | because in their environment they're not experiencing |
| 16:25:09 | 19 | that bug; correct? |
| 16:25:11 | 20 | A.  We have to be real careful about using the |
| 16:25:18 | 21 | term "functionality" in terms of how broadly you want |
| 16:25:25 | 22 | that term to apply, and I guess I don't understand how -- |
| 16:25:28 | 23 | I mean, on one hand, functionality could be general |
| 16:25:31 | 24 | ledger.  On the other hand, functionality could be |
| 16:25:36 | 25 | printing a specific cash flow report for a specific time |

186

CONFIDENTIAL

| | | |
|---|---|---|
| 16:25:43 | 1 | period within general ledger. |
| 16:25:44 | 2 | So when you say is it possible that -- I |
| 16:25:48 | 3 | don't know what level of functionality you're talking |
| 16:26:01 | 4 | about.  When you ask me that question, I don't think I |
| 16:26:03 | 5 | can answer it. |
| 16:26:03 | 6 | Q.  Okay.  Well, let's take each of those two |
| 16:26:05 | 7 | examples you just gave me.  Is it possible one customer |
| 16:26:09 | 8 | might not be able to get their general ledger to operate |
| 16:26:12 | 9 | correctly because of some software bug in the |
| 16:26:15 | 10 | application, while another customer using the same |
| 16:26:18 | 11 | application but in a different environment may have no |
| 16:26:21 | 12 | trouble running their general ledger.  Is that possible? |
| 16:26:26 | 13 | A.  Depends on the software bug. |
| 16:26:27 | 14 | Q.  Okay.  So for certain kinds of bugs, that is |
| 16:26:30 | 15 | possible? |
| 16:26:30 | 16 | A.  Yes. |
| 16:26:31 | 17 | Q.  Okay.  And then down to the more specific |
| 16:26:37 | 18 | example you gave of running a particular kind of |
| 16:26:42 | 19 | report -- |
| 16:26:42 | 20 | A.  Cash flow report for a particular time |
| 16:26:45 | 21 | period. |
| 16:26:45 | 22 | Q.  Right, exactly.  Is it also possible that |
| 16:26:51 | 23 | customer A might not be able to run that report in their |
| 16:26:54 | 24 | environment because of a bug in the application while a |
| 16:26:58 | 25 | different customer trying to run the same report but |

Esquire Deposition Services
800.770.3363

CONFIDENTIAL

| | | |
|---|---|---|
| 17:47:43 | 1 | up to those representations. |
| 17:47:46 | 2 | So when you refer to representing that it |
| 17:47:49 | 3 | eliminated or made major steps towards eliminating |
| 17:47:54 | 4 | systems integration, what do you mean? |
| 17:47:56 | 5 | A.  Fair question.  Let me see if I can clarify. |
| 17:47:59 | 6 | Q.  Okay. |
| 17:48:07 | 7 | A.  I agree with Mr. Ellison that systems |
| 17:48:12 | 8 | integration is not desirable for the same reasons that he |
| 17:48:22 | 9 | states.  I believe that customers don't do systems |
| 17:48:35 | 10 | integration, based on my experience -- it's not just a |
| 17:48:41 | 11 | belief coming out of the air, but based on experience -- |
| 17:48:43 | 12 | they don't do systems integration just because they want |
| 17:48:47 | 13 | to do it.  Customers do systems integration because for |
| 17:48:50 | 14 | one reason or another, they need to do it. |
| 17:48:55 | 15 | When Mr. Ellison says that Oracle 11i will |
| 17:49:02 | 16 | meet the figurative 80 percent of the needs, whatever |
| 17:49:08 | 17 | 80 percent is, recognizing that's an arbitrary number, |
| 17:49:16 | 18 | 80 percent of a business's needs, if you expect -- accept |
| 17:49:19 | 19 | the arbitrariness of it, are the generic things that all |
| 17:49:24 | 20 | businesses of a particular -- in a particular industry |
| 17:49:27 | 21 | would need to do.  All electrical supply distributors |
| 17:49:34 | 22 | need to manage their electrical supplies inventory and so |
| 17:49:38 | 23 | forth. |
| 17:49:42 | 24 | Companies don't become profitable and succeed |
| 17:49:50 | 25 | and get successful enough that they can afford to buy |

226

CONFIDENTIAL

| | | |
|---|---|---|
| 17:49:53 | 1 | Oracle or anybody else's software by doing the same |
| 17:49:59 | 2 | generic things that everybody else in their industry |
| 17:50:03 | 3 | does.  Every company -- most every successful company |
| 17:50:13 | 4 | succeeds by establishing some sort of a competitive |
| 17:50:17 | 5 | difference or a competitive advantage. |
| 17:50:22 | 6 | If all you do is 80 percent, thereabouts, of |
| 17:50:27 | 7 | the needs, and it's the same 80 percent that everybody |
| 17:50:31 | 8 | else in your industry does, you're not going to be able |
| 17:50:39 | 9 | to establish that competitive advantage that you need to |
| 17:50:43 | 10 | succeed. |
| 17:50:44 | 11 | And therefore, what I'm saying here is that |
| 17:50:51 | 12 | every business, in trying to establish some sort of a |
| 17:50:57 | 13 | uniqueness or a difference that they can exploit in the |
| 17:51:01 | 14 | marketplace -- and I'm using exploit in the positive |
| 17:51:05 | 15 | sense -- to be successful, needs to do a few things that |
| 17:51:11 | 16 | are different, that are out of the mold of what every |
| 17:51:15 | 17 | other company in their industry does. |
| 17:51:16 | 18 | And that may involve some systems integration |
| 17:51:21 | 19 | to integrate maybe a bit of legacy software that they |
| 17:51:26 | 20 | develop themselves or, you know, some combination of |
| 17:51:30 | 21 | little applications that do specific functionalities that |
| 17:51:34 | 22 | maybe -- functions that maybe some of their competitors |
| 17:51:37 | 23 | don't do so they can provide better service to the |
| 17:51:41 | 24 | customer than the competitor.  So they can deliver a |
| 17:51:44 | 25 | higher quality -- you know, a product that meets a higher |

227

CONFIDENTIAL

| | | |
|---|---|---|
| 17:51:46 | 1 | quality standard or something like that. |
| 17:51:48 | 2 | And what I'm referring to here is that in |
| 17:51:51 | 3 | fact Mr. Sellers was saying that everyone is doing stuff |
| 17:51:55 | 4 | like that.  No one does -- wants to do lots of it.  No |
| 17:52:00 | 5 | one does lots of it.  But by delivering 80 percent |
| 17:52:04 | 6 | solutions, or thereabouts, you don't eliminate the need |
| 17:52:08 | 7 | for doing that.  The need for doing that exists and |
| 17:52:12 | 8 | becomes maybe even more important, and that's what I'm |
| 17:52:17 | 9 | trying to say. |
| 17:52:17 | 10 | Q.  Do you think that customers who heard Oracle |
| 17:52:20 | 11 | say that no systems integration was required to use the |
| 17:52:25 | 12 | 11i suite believed that it would automate every single |
| 17:52:35 | 13 | piece of functionality they needed for their particular |
| 17:52:38 | 14 | business so they would not need to integrate with any |
| 17:52:41 | 15 | legacy systems or any point solution providers? |
| 17:52:45 | 16 | MR. WILLIAMS:  Objection.  Form. |
| 17:52:46 | 17 | THE WITNESS:  I didn't look at this from the |
| 17:52:49 | 18 | perspective of the customer.  I looked at it from the |
| 17:52:58 | 19 | perspective -- because those statements, as I understood |
| 17:53:00 | 20 | them, were made to financial analysts who were then |
| 17:53:04 | 21 | interpreting them or repeating them verbatim or what have |
| 17:53:08 | 22 | you to determine whether they would make stock |
| 17:53:11 | 23 | recommendations or not. |
| 17:53:12 | 24 | So I was looking at it not from the |
| 17:53:18 | 25 | perspective of someone in the IT industry or from a |

228

CONFIDENTIAL

| | | |
|---|---|---|
| 17:53:23 | 1 | customer, but from the perspective to those people to |
| 17:53:24 | 2 | whom that statement was made who are people who don't |
| 17:53:27 | 3 | have that knowledge, and who I think without that |
| 17:53:30 | 4 | knowledge would have had every reason to take that |
| 17:53:33 | 5 | literally. |
| 17:53:33 | 6 | Q.  BY MR. GIBBS:  So you think that financial |
| 17:53:35 | 7 | analysts hearing Oracle say that customers using the |
| 17:53:41 | 8 | E-Business suite wouldn't need to do any systems |
| 17:53:44 | 9 | integration, those financial analysts would have believed |
| 17:53:48 | 10 | that large numbers of customers would be able to run |
| 17:53:52 | 11 | their entire business on Suite 11i and no other software |
| 17:53:56 | 12 | at all? |
| 17:53:56 | 13 | MR. WILLIAMS:  Objection.  Misstates his |
| 17:54:00 | 14 | testimony. |
| 17:54:00 | 15 | THE WITNESS:  I'm not professing to be an |
| 17:54:03 | 16 | expert on financial analysts.  The no systems integration |
| 17:54:09 | 17 | was said so many times by so many people in so many |
| 17:54:16 | 18 | places as an absolute.  No systems integration, none. |
| 17:54:26 | 19 | Zero.  It's eliminated.  That's what was being said. |
| 17:54:29 | 20 | And I'm saying people without the specific -- |
| 17:54:32 | 21 | whether they're financial analysts or whether they're |
| 17:54:37 | 22 | court reporters or whether they're lawyers might well |
| 17:54:44 | 23 | take that literally, and I would expect they would take |
| 17:54:48 | 24 | it literally, and that's why I looked at it literally. |
| 17:54:51 | 25 | Q.  BY MR. GIBBS:  But what about people who are |

229

```
1                    REPORTER'S CERTIFICATE
2         I certify that the witness in the forgoing
3  deposition,
4
5  was by me duly sworn to tell the truth, the whole truth
6  and nothing but the truth in the within-entitled cause;
7  that said deposition was taken at the time and place
8  herein named; that the testimony of said witness was
9  reported by me, a duly certified shorthand reporter and
10 a disinterested person, and was thereafter transcribed
11 under my direction into typewriting.
12        I further certify that I am not of counsel or
13 attorney for either or any of the parties to said
14 deposition, nor in any way interested in the outcome of
15 the cause named in said caption.
16        Dated
17                    JUN 2 9 2007
18
19             Leslie Rockwood
20             Leslie Rockwood
               Certified Shorthand Reporter
               State of California
21             Certificate No. 3462
22
23
24
25
```