**ORACLE**
Oracle's Ellison: 2nd Quarter Results
December 15, 2000

Narrator: Oracle reported strong earnings numbers after yesterday's closing build, the computer software giant fed fiscal second quarter earnings rose 62% out of the company Beaver Street as a result by a penny. Let us bring in Dylan Ratigan who had the opportunity to talk to Oracle's Chairman Larry Ellison. Dylan?

Dylan: As I did indeed Drew and I talked to Ellison last night. He is a CEO of the company, the stock's on the board behind me. They're down 1.8% for the year, they're hoping the good numbers here could be enough to lift them back into the plus column for the year. This earnings report comes as Microsoft suffers and Ellison never at a loss for words in regard to his opinion about his arch rival. Here's a look at what he had to say about that and prospects at Oracle.

Ellison: Amazingly enough, Microsoft missed the Internet by five years. You know they announced their Microsoft.net strategy a little while ago. We announced we were going to the Internet in 1995. We started moving into the Internet five years before Microsoft. You can't be five years late in my industry.

Dylan: What does that mean for the Company in your assessment of the next five years then?

Ellison: I think Microsoft will always be an important company just like IBM is an important company. But just like IBM fell out of the center of the universe, Microsoft is now falling out of the center of the universe. Their business is not

-1-

NDCA-ORCL 141654

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

|||
|---|---|
| | the Internet. IBM's business in not the Internet. Our business is the Internet. IBM's a first generation company, Microsoft a second generation, we're a third generation Internet software company. It's our time to shine. |
| Dylan: | Last question for you. As you shine, greatest opportunity for Oracle as a software company in the next twelve months and the greatest liability in your view as you sit atop this corporation looking at it the next twelve months? |
| Ellison: | Well, the greatest opportunity that our release 11i will be called the E-business Suite in our applications absolutely catches fire. It is accelerating nicely and we think, we don't know how successful this will be. We think at some point it can be just as successful as Microsoft Office was in the last generation of computing. We're more than 90% of the customers pick our software rather than all of our competitors combined. So, we think we have a huge winner in terms of the world's first complete and integrated e-business suite, the suite that puts all aspects of your business on the Internet. There's nothing like it in the marketplace. There's no systems integration required. No software modifications required to use our E-Business Suite. A very different value proposition on the old style of implementing in business applications and in large companies. |
| Dylan: | Your greatest liability right now? |
| Ellison: | I think, it's interesting, our prospects have never been better. I think we just have to stay very, very focused and work extremely hard that we take full advantage of the opportunity that's in front of us. This opportunity will never occur again. |
| Dylan: | What sort of time frame, I know I said that was my last question, I promise this is |

-2-

NDCA-ORCL 141655

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

|          | |
|----------|--|
|          | the last question. You spoke about the computer and computing and computing devices, particularly as appliances and their failure at this point to reach that threshold as a toaster might or a refrigerator might. Can that fundamentally be accomplished and still be utilitarian to the average user and if you believe if can be accomplished, how is it accomplished and when? |
| Ellison: | Okay, well, again, this is a huge mistake that Microsoft made. Actually in Microsoft's core business, the desktop computing business, Microsoft made computers, desktop computers more and more complex. They built this huge operating systems, Windows 2000, which is massive overkill for the desktop, I believe. I think what people want are appliances on the desktop that are extremely easy to use and very reliable. Microsoft should have not been making it. They describe it as they were making desktop personal computers more powerful. I think they made them more complex. I think they made them more expensive. I think what they should have been doing is making them easier to use and more reliable because the real cost associated with using a personal computer is not what you pay for the box but the labor associated with keeping it running. And by making it more complex, Microsoft made the desktop very very expensive, unnecessarily expensive. We need to turn that into an appliance. By the way, not only on the desktop but even for big servers and we're very focused on delivering our Oracle software on Internet servers where they're coming off the assembly line, where everyone's using the same exact software so we can test it, it's reliable, it installs quickly, we can manage it remotely for you — |

NDCA-ORCL 141656

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

Dylan: Can you accomplish that? If you believe you can, tell me why when can you have that done?

Ellison: Oh, I think we're working with Compaq and Hewlett Packard and Sun and others to deliver those appliances. We started to deliver those server appliances and you'll see that more and more our software will go off on these server appliances net year. The big transformation will occur next year.

N:\CASES\Conf-Call\CJN81012.mis

-4-

NDCA-ORCL 141657

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER