ORACLE PRESENTATION

1

2

3    Q    Okay.  It's a pleasure to welcome Oracle

4  Corporation to our conference.  We have with us today

5  from the company Andy Sanderson, EVP of Product Industry

6  Sales Division & Consulting.

7        The rest of the management I believe is over in

8  Europe right now at the Applications User Conference.

9        We also have Stephanie Aas, Senior Director of

10  Investor Relations, up here with us.

11    A    This is a big week for us.  We have what we

12  call Oracle Applications World.  It's this week in

13  Paris.  And then Larry's over there for that and a number

14  of our developer -- heads of development.  And then next

15  week we're in New Orleans having our conference there,

16  the America's version of that.

17        I-- just to touch on my responsibilities.  I've

18  spoken at a number of these events, but I think it's

19  worthwhile just giving you a sense -- since I may be a

20  new face to some of you.  I have responsibility probably

21  for four things at Oracle.

22        One of them is all our products industries.  So

23  our discrete and process manufacturing, retail industries

24  are my responsibility.  That includes automotive, A & D,

25  high tech, in the discrete side.

REASON REPORTING

CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER

1

NDCA-ORCL 003281

1    I also have global responsibility for

2    consulting.  And some interesting things going on in that

3    regard which I'll tell you about as well briefly while I

4    speak.

5    I also have Latin America, which is more out of

6    an area of personal interest, having lived there when I

7    was a kid.  And that responsibility.

8    And finally really have been driving a lot of

9    the B to B initiative for Oracle in the marketplace.

10   And so, for example, a number of the key

11   exchanges, Covis and GNC, RMX, those all fall into my

12   space.  Where we're working with the automotive

13   companies.  Sears, Carcor, Chevron, the claims division

14   of Wal-Mart, those kinds of things.  So that all falls

15   into my space as well.  So a little bit of the

16   background.

17   Another thing, I've been at Oracle about six

18   years.  And I don't normally point that out, but I'm

19   actually one of the junior members in that regard, tenure

20   of the management team, even though I think I run about

21   25 percent of the business.  Because when you look at it

22   below Larry, the average tenure of the management team is

23   ten years.  So I'm just a junior guy, being there six

24   years at Oracle.  So that gives you a sense of how long

25   we've been around as a management team.

REASON REPORTING

CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER

2

NDCA-ORCL 003282

1          What I want to do is give you an overview about
2     three things.  A little bit about the numbers, which you
3     might find interesting.
4          Secondly, talk to you about our applications
5     business and give you a perspective on that.
6          And then talk to you about B to B and our
7     technology business.
8          Here's the Safe Harbor Act.  I'm not going to
9     take time to read it, but I'm sure you're all familiar
10    with it.
11         Just to give you an update on our financial
12    performance.  Our Q2, which ended in November -- we're on
13    a June 1 fiscal year.  In November, you can see what the
14    revenue was.  And then our net income continues to grow
15    substantially as we have been transforming Oracle into an
16    e-business, and I'll tell you more about that in a
17    minute.
18         Operating margin, this is an area in part
19    because we're transforming ourselves into an E-business,
20    leveraging our e-business applications, and have been
21    very successful in that regard in our business.  We've
22    been able to really take cost out of our business and
23    become much more efficient.  And as you can see, we're
24    sitting here at about 35-1/2 percent in the quarter
25    versus what we did about a year ago.  So close to 11

REASON REPORTING

CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER

NDCA-ORCL 003283

1  point improvement.

2       You can see here that our database business, 19

3  percent growth, and then our applications license

4  business was 66 percent.

5       On a rolling four-quarter basis, I think the key

6  numbers here, as you can see, is that we've continued to

7  drive the -- our net income both in actual dollars and

8  our operating margin. We're now at a 35 percent

9  operating margin. Our target is 40. Time frame for

10 achieving that is by end of this fiscal year to about --

11 I'm sorry, in the next six months, maybe the end of this

12 fiscal year, which would be May 31st, or by the end of

13 the calendar year.

14      So some time in that time we hope to get to the

15 40 percent, and you can see we're well on our way.

16      Database growth, 21 percent on a rolling

17 four-quarter basis, and our applications license, 54

18 percent.

19      Where are we getting the growth in our

20 business?

21      We -- clearly in the United States where we've

22 had about 34 percent growth in our business. Europe is

23 strong as well where we've been driving about 30

24 percent. Continued demand for database in Europe. And

25 also now that we really have a strong answer around the

REASON REPORTING

4

CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER

NDCA-ORCL 003284

1    Euro, the localized requirements in Europe, we've been
2    able to drive fairly significant growth there as well.
3        I think now -- and I may -- I think our
4    applications are written in 23 different languages.  So
5    not only do we have, you know, for example, an E-Business
6    Suite, which I'll tell you more about.  But it's
7    basically ERP and CRM all integrated together.  But it's
8    written in 23 different languages, including Spanish
9    Spanish and Latin American Spanish, Portugal Portuguese
10   and Brazilian Portuguese, as being four different
11   languages.  But we also have taken care of the
12   localization requirements of all these countries around
13   the world as well.  So fiduciary requirements that are in
14   these countries, we've addressed that as well.  So that's
15   been very appealing to Asia-Pac.  I'm sorry, Asia-Pac 30
16   percent growth, I misquoted that, and then AMEA 17
17   percent growth.  So nice growth around the world.
18       I think this is the story that a lot of people
19   focus on.  It's the one that I share with customers.  It
20   is probably one of the biggest things that opens the door
21   for Oracle when any of the -- any of us executives go in
22   and speak with the customer.  It's also the kind of thing
23   that's giving us great access to senior managers and
24   customers when they want to know more about the story.
25       When you can put these kind of numbers up

REASON REPORTING

CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER

NDCA-ORCL 003285

1    that -- it's excellent margin improvement across the

2    board, but when you look at the last four quarters that

3    we've been able to drive ten points of improvement in

4    operating margin, they want to understand the Oracle

5    story.  So it's been a very significant story for us.

6            So let me tell you a little bit about how we got

7    there.

8            This is -- what I want to talk to you about is

9    the Best of Breed versus the Integrated Solution.

10           And we've opted to take the Integrated Solution

11   strategy.  But let me talk to you a little bit about Best

12   of Breed.

13           In Best of Breed you look at the different

14   solutions or areas that you need to address within a

15   company.  And as you see, here's marketing, sales and

16   service and financials and supply chain.  Even exchanges

17   that have to be addressed.

18           And what a lot of companies have historically

19   done is they've gone out there and selected the Best of

20   Breed solution to meet their needs.  And one of the

21   reasons they did that is they didn't have a choice.

22   That's what they did.

23           And then they had the challenge of getting all

24   these different applications to work together.  They had

25   different technologies.  You know, for example, different

REASON REPORTING                                                6

CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER

NDCA-ORCL 003286

1   database, different tools, different architectures in the

2   way it was done.  Each of them have their own customer

3   schema or own products -- customer database, product

4   database.  So companies are trying to fit all that

5   together.  And that was the choice that they had.

6        But one of the challenges that companies have

7   faced in this with this Best of Breed solution is that a

8   number that seems to be about right, every time we test

9   it, is about 40 percent of a company's IT budget is being

10  spent on integration of applications and legacy systems.

11       And so that is actually one of the ways that we

12  truly have been able to save costs at Oracle and drive

13  the kind of operating margins that we have, because we

14  haven't had to deal with this interfacing among these

15  different Best of Breed solutions.

16       Because even after the interfacing and getting

17  them all working together, you still oftentimes have to

18  create, for example, a data warehouse to take the

19  different pieces of information and try to put it all in

20  one place.

21       We've also seen that this chip solution or Best

22  of Breed solution is what we sometimes refer to as the

23  gift that keeps on giving.  Because once you have gotten

24  this all interfaced together and working together, it

25  works until one of these vendors changes their product.

REASON REPORTING

CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER

NDCA-ORCL 003287

1   And then it's now the obligation of the customer to go

2   back and do the maintenance to try to get that

3   interfacing back so that it's working.  And that's a

4   constant demand on the customer that they have to take

5   care of.

6         Again, this is what contributes in part to the

7   40 percent cost that they've got.

8         It ends up taking too long to implement.  And

9   candidly, you know, we are trying at Oracle leading into

10  the E-Business Suite is that we want to get our ratios --

11  our target is to get our ratios down between license and

12  consulting, whether it's our consulting or one of the

13  system integrators' consulting, to a two-to-one ratio.

14  So for every dollar of license, it's $2 of consulting.

15  And we've achieved significant success there.

16        For example, in the general business space, the

17  mid-market space, where we've had a number of rapid

18  implementation programs, we've actually been able to get

19  down to less than a dollar for consulting for every

20  dollar of license.  And so this is a significant benefit.

21        It's counter to, for example, to IBM's strategy,

22  IBM Global Services' strategy, where Gerzner has publicly

23  announced that for every dollar of license, customers

24  should plan on spending 4 to $7 in consulting.

25        We think that's wrong.

REASON REPORTING

8

CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER

NDCA-ORCL 003288

1    One of the missions, for example, within Oracle
2    Consulting and working with our partners is to make
3    Oracle successful, not the consulting business
4    successful.  And in fact, as you look at our numbers --
5    and in consulting we're forecasting this year that we'll
6    be somewhere about zero to 5 percent growth.
7        And you can really attribute that to two
8    factors.  One is that we're doing everything we can to
9    increase the implementation of our applications.  And
10   secondly, leveraging partners more, which has been
11   something that we've really needed to do.
12       So we really have been successful there.
13       But here is the issues that you see around the
14   Best of Breed solution.  It's -- it was up until recently
15   the only choice that customers had.  It's expensive.
16   It's about -- it drives about 40 percent of a customer's
17   IT budget.  That they can have now discretion if they
18   didn't spend that on either dropping that to the bottom
19   line or investing elsewhere.  It takes a long time to
20   implement.  It's the IBM model.  And it's also, as I
21   said, it's the gift that keeps on giving.
22       Let me just give you a quick example of that in
23   the E-Business Suite kit.  Here's an example.  And it's
24   just a real simple example.
25       But in a marketing solution, for example, if a

CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER

NDCA-ORCL 003289

1   customer was using Epiphany, they would have to capture

2   this kind of information around just say a customer.  If

3   it's a sales solution, there's other information that you

4   would want to capture in there.  Some cases the same

5   information that's captured differently.  And then other

6   cases it's new information.  And then if it's a service

7   application, there's additional information that has to

8   be captured.  In some cases redundant, in some cases

9   different.

10          So now this is where the data warehousing starts

11   to come in where companies that take this Best of Breed

12   approach have to build these data warehouses and maintain

13   them over time as each of those vendors changes their

14   product to keep it up to date.

15          It even becomes more compounded when you think

16   about that these implementations that have to take place

17   oftentimes, particularly in a client server environment,

18   we're talking about in a large company it's not unusual

19   to do 30 implementations around the world.  And the way

20   that Europe -- you don't think about Europe.  The way

21   that France implements and what they want in their

22   solution, their "requirement" is different than Germany,

23   different than U.K., different than Hungary, different

24   than the United States, different than Brazil.

25          And so what you end up doing with this Best of

REASON REPORTING                                    10

CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER

NDCA-ORCL 003290

Breed solution, which is already very complicated, it now gets multiplied by a significant factor because you're having to implement these applications all over the world.

You know, no wonder the CIO life span tends to be very short. And no wonder do you see CIOs out there constantly having to ask for more budget in order to implement and operate their -- the IT systems in a company.

The notion that we have at Oracle is to spend less and get more. Get more by spending less.

And how we've done it is we've built the E-Business Suite. And the E-Business Suite as you can see where there's marketing, sales and service. All of these that -- they're all Oracle-based solutions. Common architecture, common technology, and a common single view of the customer.

We have a single-customer database, whether that customer is a business or a consumer. And whether you touch that customer through creating a lead with that customer in marketing, selling to them within sales, servicing them in the after market. Whether you're touching them there. Whether you're touching them through once you've taken the order, through orders that once you capture that order, that that impacts your

REASON REPORTING

11

CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER

NDCA-ORCL 003291

1    manufacturing, if it's available to promise, for example.

2    That impacts supply chain.  That impacts manufacturing.

3    That impacts logistics.  It impacts collecting the money

4    from the customer.

5         All of that, all of that integration that's

6    built in.  That 40 percent factor that the customer has,

7    40 percent of their IT budget can be dramatically

8    impacted by leveraging the Oracle E-Business Suite.

9         The notion of the Suite isn't a new notion.  If

10   you think about some of the analogs out there, when you

11   go out and buy a PowerPoint presentation or a

12   presentation, we don't think about what one we're going

13   to get.  We all buy Microsoft Office.  Whether it's

14   Spreadsheet, whatever it is we're using, we just select

15   the Microsoft Office.

16        When it comes to -- I remember in the early days

17   in my business that I was at a customer where they would

18   select a different customer for accounts payable and a

19   different customer for general ledger just to make the

20   point.

21        But then it quickly moved to customers making

22   decisions around financials.  And now the decision is

23   that you see customers making decisions around ERP.  CRM

24   is the next thing.  And what we're seeing is that

25   customers aren't making decisions now just around sales

REASON REPORTING                                            12

CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER

NDCA-ORCL 003292

1    automation.  What they're making decisions around are

2    sales automation, service, marketing and, oh, by the way,

3    I want to have an integrated business view of the

4    customer and I want it to all work for me.  I don't want

5    to pay for it.  Whether -- if I'm going to transact --

6    just take a CRM, marketing sales and service, whether I

7    interact with that customer over the Internet, through

8    telesales or through a field sales force or franchisee or

9    distributor, something like that.  I want to have a

10   common interaction integrated solution for that

11   customer.  Just like the ERP model.

12        So it's happened in ERP, it's very rapidly

13   happening in CRM, and thus the E-Business Suite.  Because

14   it's a single view of the customer.

15        It is -- it's one that can dramatically reduce

16   costs.  Not only on an implementation basis, but on an

17   ongoing basis.

18        It also -- it can provide a global

19   implementation versus local implementation.  Let me give

20   you an example of one of the things we've done at Oracle.

21        For example, in the sales area, in the sales

22   automation area, I can now -- Larry can look at, for

23   example, our forecast on a global basis, our forecast

24   around the world up to the minute at any level of detail

25   that you want to see.  You can go down to that account

REASON REPORTING

13

CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER

NDCA-ORCL 003293

1   rep in Hungary or you can look at it on a global basis

2   around the world.

3          And if we go back in five minutes later and look

4   at what our forecast is, it's different.  Because some

5   rep around the world has changed the forecast.

6          I now have insights too because the way we're

7   collecting this information is to deals in Latin America

8   or in the products industries that I run.

9          I had a deal the other day where I wouldn't have

10  seen it without the -- our applications in place.  It's a

11  significant opportunity.  The rep had it, but in a way

12  typically systems work you wouldn't capture that

13  information.  Because if you got implementations all

14  around the world, somebody then is building a warehouse,

15  somebody's deciding what deals you see and what deals you

16  don't see.

17         Now I can see every deal out there that my reps

18  around the world are working.  So that's a significant

19  benefit.

20         And you'll see that one of the things -- and in

21  fact again factoring in consulting and what we're doing

22  with our partners is that we're also -- we've been very

23  successful in reducing those times to implement, as I

24  talked about.  And you're going to shortly hear about

25  programs around where we're implementing CRM in 90 days

REASON REPORTING                                           14

CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER

NDCA-ORCL 003294

1   on a global basis.

2          Why can we do that?  Because we have an

3   integrated E-Business Suite.

4          Let me tell you just two other points about the

5   Suite that you might find interesting.

6          Number one is companies also have the choice

7   that they don't have to buy it all.  And oftentimes

8   you're going to walk in to a customer and they've just

9   made a decision and they have financials from somebody

10  else and they're happy with that.  And we have that

11  capability.  And I'll talk more about that, the ability

12  to integrate with other products.

13         But the more of the E-Business Suite that the

14  customer selects and leverages, the more that we can

15  drive that IT integration cost down.

16         So a significant point to think about there,

17  and actually I'll move on.  But just there, the thought

18  around the E-Business Suite.

19         So in this case, as you can see, what it's

20  saying is that now that we've got a single customer

21  schema, again whether that customer is a business or

22  consumer, we can collect all that.

23         It's all about 11i.  That's our E-Business

24  Suite.  Here is the status of our internal rollout,

25  because we're implementing these in Oracle.  And as you

CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER

NDCA-ORCL 003295

1  can see here, we've made significant progress around

2  marketing, sales compensation, contracts, sales online,

3  financials, telesales, all of those applications have

4  been implemented at Oracle worldwide.  Worldwide.

5          Our i-store -- so our online store you'll see

6  that we'll do in spring targeting the April time frame,

7  and also our support, our service capability or

8  applications that we'll implement in spring as well.

9          So we still have a ways to go, and this is why

10  when I say that our target is to achieve that 40 percent

11  margins in the company is very doable because we still

12  have part of the E-Business Suite to implement.

13          In the end, it will be about a two-year journey

14  to go from where we were before driving 24 or 25 percent

15  margins to where we will be where we're driving 40

16  percent margins in the business.

17          I get asked a lot of times what are we doing --

18  when I say "a lot of times," particularly recently --

19  with what's going on with the economy and "What are you

20  doing at Oracle to protect against that?"

21          Well, it's interesting.  Because we really have

22  focused on efficiency, because we really have focused on

23  leveraging the Internet, the simple answer is we're not

24  doing much different.

25          We really have built the efficiencies into the

CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER

NDCA-ORCL 003296

1   company and already have those there to protect against

2   any kind of challenges that we might face in the economy.

3          We focused on revenue.  We spend -- if you watch

4   what we've done on head count as a company, we've had

5   anywhere from modest to no head count increase in sales,

6   marketing -- I'm sorry -- sales, consulting, education,

7   support.  We've had virtually no increase.  Where we've

8   had the increase is in R & D and building better

9   products.  And so we've made significant progress there.

10          So you can see where we are, and we've really

11  been able to manage our cost.  And a lot of it is around

12  the E-Business Suite.

13          Just one other point I'll make about the Suite.

14  Is that I call the approach that we take to the

15  E-Business Suite the Jack Welch portfolio management

16  approach.

17          And what I mean by that is if you know what he

18  says is that they're going to be No. 1 or No. 2 in every

19  business.  If you take a particular point solution,

20  there's a chance -- and in some cases you'll see it --

21  where somebody else out there may have in that particular

22  solution, in that point solution, a better -- they might

23  have a piece of functionality or a feature that Oracle

24  doesn't have.  Well, we also have 6,000 application

25  developers that are out there building our product and

CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER

NDCA-ORCL 003297

1  addressing that.

2  But candidly, even when we address that, we

3  might fall behind in another area.  So our goal is to be

4  No. 1 or No. 2 in every area.  Ideally our goal is to be

5  No. 1 in every area, but we understand it's going to

6  happen, but because we've got this integration solution

7  and we've built all that integration in so that it allows

8  more rapid implementation, lower cost for a customer's IT

9  perspective, it's tremendously appealing.  This is one of

10  the key reasons why we can get access to CEOs and COOs in

11  ways that we never had before.

12  Other quick updates on 11i E-Business Suite.

13  You can see here we've had 69 percent worldwide

14  applications growth in the first half of the year.

15  In AMEA, our applications growth -- this is what

16  I was referring to earlier -- 90 percent, almost a

17  hundred percent growth in applications.

18  We got 2,500 11i implementations going on around

19  the world now and we've got 160 live customers, and that

20  increases by 50 to a hundred and will even more

21  logarithmically increase as we go along in each month.

22  And then our version -- our third release of 11i

23  shipped in January.  We found in launching 11i that it

24  was a significant challenge building a completely

25  integrated E-Business Suite, leveraging common

CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER

NDCA-ORCL 003298

architecture, common technology, single-customer schema,
so that you truly can get this single view from around
the world in whatever business that -- aspect of the
business that you want to look at, was a significant
effort.

And with the Release 3 of 11i, we think that we
now have got a product that is clearly stable and meets
the needs.  And we just launched that at the end of
January.

Also, this, just by the way, is our third
generation, not to confuse here with the Release 3, but
our third generation of Internet-based applications.
We've been at it.  There's learning that we -- we've got
a ton of learning that we gained out of this and we built
that all back into the product.

So we think it's good that some of our
competitors now are building Internet-based applications,
but think that they've got some learning to do that we've
gone through as well.

Here's some examples of 11i Enterprise
customers.  As you can see here, these either are live or
implementing, Bell South, Citibank, Compaq.  You can read
the list.  And if you notice a number of GE companies as
well.  GE has identified Oracle applications as a key way
to pull the costs out in their business.  And you can see

REASON REPORTING

19

CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER

NDCA-ORCL 003299

the number of businesses here that we're working with. And this doesn't include all of them. So a nice list of Enterprise customers.

And then if you look at the mid-market customers also, we continue to be very successful in that space as well with 11i.

We also just on the partner front -- it's actually quite interesting. I haven't seen the interest among the partners in the way that we've seen now. We've got -- I told Larry a while ago. I said, "It really takes three things for us to be successful with our partners. We have to have great product, we have to have mind share, and we have to have a good go-to-market plan with a partner."

We've got great product. We have mind share now. We've -- I'm sure you've been watching what we're doing from an advertising perspective. As well as the billion dollar story is something that companies want to understand and creates tremendous market share as well.

Harvard Business School has just written an article on us. And we've got one of the major management consulting firms now that also is writing a case study on what we've been able to do at Oracle. So it's creating mind share.

And the last piece is a strong go-to-market

CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER

NDCA-ORCL 003300

1    plan.  And you can see here the kind of impact now that
2    we're having among the system integrators, which we all
3    know that -- those that have been following us -- that
4    have not been the case.  And it's an interesting dilemma
5    for them, because what we're talking about is the
6    E-Business Suite more rapid implementation.  And that
7    could be a challenge to their culture and their
8    philosophy about driving large implementation projects.
9            And we've really -- but what's interesting is
10   we're getting attention from the very top of these
11   companies.  Pricewaterhouse, Deloitte & Touche, CGEY,
12   KPMG, all at the very top, now coming to us wanting to
13   understand the Oracle story and build this capability in
14   their practice.
15           Let me just talk about the B to B strategy
16   quickly.
17           When we talk about B to B, we really think about
18   three components.
19           The Oracle Exchange, which I'm going to talk to
20   you more about.  It's much more than the marketplace.
21           I want to talk about our applications, which I
22   actually have.  But it includes applications.
23           And then our technology.  Built around our 8i
24   database -- 9i to be released the first half of this
25   year, database -- and our 9i application server, which is

REASON REPORTING

CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER

NDCA-ORCL 003301

1    already released and does run with our 8i database.

2         So when we're talking about B to B, those are

3    the components.

4         Let me just talk about exchanges.  This is an

5    area that I spend a lot of my time.

6         There is a lot of drive and a lot momentum

7    around exchanges about a year ago around "exchanges" and

8    "marketplaces" were being used interchangeably,

9    "exchange" and "marketplace" being viewed as the same

10   thing.  Our argument is that they're quite different.

11        Marketplaces were launched.  This is focusing on

12   procurement.  More specifically around auctions, reverse

13   auctions, spot buys, contract buys.  And a lot of energy

14   that's been put into that space.

15        And the energy is still there, but as things are

16   starting to be sorted out in B to C, it happens obviously

17   in B to B as well, and companies are now looking at what

18   are truly the advantages here.

19        What they're seeing is interestingly a

20   double-edged sword.  And just taking some of these

21   consortium -- industry consortium-based exchanges, it's

22   really a double-edged sword, because a lot of these

23   exchanges have focused on the marketplace.  The companies

24   that they're working with are all providing input to

25   those exchanges and back to us and our competitors about

CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER

NDCA-ORCL 003302

1    what should be in these exchanges.  The functionality.

2    But interestingly, what's also emerged is that the

3    top-line growth around marketplaces isn't there.

4         A company has a choice of buying tires from

5    Covason, from free markets, or from e-bay.  I mean if you

6    think about it.  And so there's a real price point

7    pressure, and this is one of the reasons why Covason is

8    not only leveraging the marketplace, but also looking at

9    other areas which are important to their business which

10   I'll tell you about in a minute.

11        But the key is there's much more to exchanges

12   than just the marketplace, because it has done some

13   things, it's pulled the costs down on goods sold that are

14   bought over the Internet through the marketplace.  But as

15   you might imagine, it hasn't built those terrific

16   relationships with the suppliers that companies would

17   like to achieve.

18        So is it marketplace or is it businessplace?

19   It's much more than that.  As you're going to see, it's

20   much more that we're seeing that it's much more than just

21   the marketplace about auctions.  In fact, it's much more

22   than supply chain.  It's about the value chain.  It's not

23   about the marketplace.  It's about the businessplace.

24        So when we're talking about that, we're talking

25   about all the processes in buying and selling.  And again

REASON REPORTING                                          23

CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER

NDCA-ORCL 003303

1   here's this integration story.  It's about seamless
2   integration across the marketplace, which you see at the
3   bottom of the slide.  It's about supply chain where
4   you're capturing the demand from the manufacturer and
5   feeding that back to the suppliers.  It's about
6   transportation and getting that good once it's been
7   procured to that particular plant or location that's
8   needed in the most efficient and quickest way possible.
9   And it's also about electronic collaboration around
10  product development.
11      Let me take each one of these.
12      Let's talk about supply chain, the old way.  It
13  was done manually, very manually, in your collecting
14  demand from customers or from marketing, from sales,
15  however you're capturing that customer demand, typically
16  on paper.  A supply chain plan is put together where
17  you're trying to optimize, say, from the known business
18  requirements.  You're sharing that supply chain.  But
19  that's oftentimes done, for example, in the automotive
20  industry, just with the Tier 1 suppliers.  That Tier 1
21  supplier may build the interior of a car.  But if that
22  Tier 3 or Tier 4 supplier that builds the door handle
23  doesn't know what that demand is and they can't be ready,
24  then in the end the Tier 1 supplier can't deliver.
25      So this is one of the challenges inherent in

REASON REPORTING

24

CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER

NDCA-ORCL 003304

1    today's way of doing supply chain, and so there's a lot

2    of focus on having to resolve exceptions.

3        So -- okay.  So in the -- the way that it works

4    now is now in supply chain by doing it over the Internet

5    all that information can be driven by the advance

6    planning system, for example, within Oracle's

7    applications E-Business Suite fed into the supply chain

8    exchange, and then all of that can be fed out to not only

9    the Tier 1, but the Tier 3 suppliers as well.

10       Product development, interesting situation as

11   well.  In the sense that there -- in the supplier company

12   A and company B working together on a product all kinds

13   of information is exchanged.  Typically through e-mail,

14   through spreadsheets, through CAD/CAM documents, that

15   kind of thing.  And then there's all kinds of people

16   involved.  And what you do is you end up getting this

17   kind of approach to a very complicated issue.

18       In fact, in the automotive industry the CEO of

19   General Motors said in a conference I was recently at,

20   80 percent of their R & D costs go to change orders.  So

21   if you can build electronic collaboration where the

22   development of -- the manufacturer establishes the

23   project, sources suppliers and again integrates back into

24   the marketplace to identify suppliers if they don't know

25   who they are already or want to get a broader reach on

CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER

NDCA-ORCL 003305

1   suppliers, and then collaboratively between the suppliers
2   and manufacturers to work together to build the product
3   online using Oracle's product and other products out
4   there, for example, PTC, that will run under Oracle, then
5   we really can take a lot of those product development
6   costs out.  And in the meantime executives can check the
7   progress.

8       Same thing in transportation.  The issue there
9   is now with the Internet in our transportation exchange,
10  then you can go out there and actually capture this
11  information that's needed about what products are being
12  produced, when they have to be delivered, and how can
13  they be done efficiently.  So we've done significant work
14  in that area as well.

15      So we have an integrated solution around -- in
16  our exchange space around the marketplace, supply chain,
17  transportation, and product development, and all
18  integrated together so that you can meet the needs of the
19  customer and that integrated with our E-Business Suite.

20      What does it do?  It provides tremendous
21  visibility and drives a lot of efficiency.

22      For example, allows developers to see the
23  suppliers in the marketplace.  Allows the supply chain to
24  see the sales demand.  Those kinds of things.  So it's
25  driven tremendous value for customers.  And that's going

REASON REPORTING                                    26

CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER

NDCA-ORCL 003306

1    to be the differentiator for the exchanges out there.

2            It's not about the marketplace.  It's about the

3    businessplace.

4            Moving ahead.  Just on the technology side, for

5    example, within B to B there's three requirements.

6            One is around personalization.  So that

7    companies participating in these exchanges, for example,

8    can get personalized views of exchanges.

9            It's around integrating third-party software so

10   they can plug and play different software companies or

11   different products out there, because we recognize, for

12   example, Oracle's not going to be the answer to

13   everything.  And so we have to have that capability to

14   integrate.

15           And then also we have to provide that

16   performance, scaleability, reliable, security.

17           So those are the requirements that we're seeing

18   in the B to B space.

19           So what we've done is we have our Oracle

20   Exchange, for example, leveraging our 9ias product to

21   provide that portal technology so that customized portals

22   can be built.

23           9ias integration.  We can integrate third-party

24   applications and other value-added services.  And we can

25   leverage our database and our after service to provide

CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER

NDCA-ORCL 003307

1    the performance and scaleability.

2         In the interest of time I'm going to skip over

3    this, but this is just an example of our portal.

4         In integration we're using XML standards,

5    OAG's XML standards.  Not Oracle's standards.  Not

6    proprietary to us, as you see with a number of our

7    competitors.  Industry standard where we've built the

8    integration and the XML gateways into our products.

9         And we have supplier integration kits out there,

10   for example, with SAP, JD Edwards, PeopleSoft.  So if

11   that's what suppliers or participants in these exchanges

12   are using in addition to the Oracle solution, we've built

13   the integration kits to support that as well.  All

14   leveraging open standards.

15        With our database, it's 9i -- I'm sorry.  It's

16   8i data base.  It's a terrific product.  As one of my

17   sales reps said the other day, "9i, I thought 8i was

18   everything."  But we found things that we can do in our

19   database to make it even better and faster, and we've

20   done that.

21        Oracle 9i Application Server is one of the

22   reasons why we have the challenge out there for IBM, DEA,

23   Microsoft that we'll bet a million dollars that we can

24   make a company's Web site run faster than what they have

25   today if they're using any of those products.

REASON REPORTING                                28

CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER

NDCA-ORCL 003308

1      We have the confidence because of the

2  technology.  For example, caching capability technology

3  that we've built into our database and our after server

4  to really drive speed.

5      So B to B -- I apologize for going through this

6  so quickly.  Yesterday it was transactional.  It was

7  around marketplaces.  It drives millions of dollars of

8  savings.  Today we're seeing that it's much more around

9  collaborative businessplaces which are driving billion

10 dollars of saving.  And that's it.

11     Q   Sandy, I'm curious about this new sales

12 forecasting you have, how that's working.

13     A   It's working great.

14     Q   As you get together every week and sort of roll

15 up your numbers, the economy -- what's the sense, what

16 are you hearing from the field in terms of how -- the

17 economy and sales cycles, anything changing there?

18     A   We're actually -- I guess I'd start out by

19 saying that our pipelines are -- at application and

20 database have never been stronger.  And that continues to

21 be the case.  They evolve over time as they do in any

22 corridor.  In some cases they're growing.  In some cases

23 it may be deals moving to the next quarter.

24     But interestingly, one of the things we're not

25 seeing is very few deals that actually fall out.  They're

REASON REPORTING

29

CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER

NDCA-ORCL 003309

1    either staying in the quarter, a few might be moving to

2    next quarter.  We're interestingly seeing -- not a

3    dilemma, but two different paths being taken by

4    companies.

5            We're seeing some companies out there with the

6    economy that are doing -- taking more due diligence or

7    doing more due diligence in making their selection, which

8    in the end can slow down the buy cycle.

9            But we're also seeing other companies out there

10   because of the economy, knowing the competition isn't

11   going away, that see the power of leveraging the Internet

12   that are actually accelerating their decisions around

13   applications.

14           I was with a company that they were going -- it

15   was going to be our Q4, March, April, May time frame is

16   when we had them targeted for making a decision.  I met

17   with the COO.  They want to do it in February.  The COO

18   brought his entire management team out to Oracle.  We

19   spent two days together helping them understand what we

20   had.  And that deal happened this month and it would have

21   happened two to three months later.

22       Q    Why don't we try one or two questions if there

23   are from the audience and there's a break out at 1:30 in

24   the Fiesta 3 room.  Research reports in the back of the

25   room.

REASON REPORTING

30

CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER

NDCA-ORCL 003310

1        Any quick questions?

2        Sandy, Stephanie, thanks so much.

3    A   Thank you.  Thank you, everybody.

4

5

6

7

8

9

10

11

12

13

-14

15

16

17

18

19

20

21

22

23

24

25

REASON REPORTING

31

CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER

NDCA-ORCL 003311