```
 1            IN THE UNITED STATES DISTRICT COURT
 2          NORTHERN DISTRICT OF CALIFORNIA     CERTIFIED COPY
 3                       --oOo--
 4   In re ORACLE CORPORATION
 5   SECURITIES LITIGATION
 6                                    Master File No.
 7   This Document Relates To:        C-01-0988-MJJ
 8        ALL ACTIONS.
 9   _____/
10
11
12                       ---oOo---
13                      CONFIDENTIAL
14        30(b)(6) DEPOSITION OF DONALD E. KLAISS
15                 Tuesday, June 20, 2006
16                       ---oOo---
17
18             SHEILA CHASE & ASSOCIATES
                     REPORTING FOR:
19
                  LiveNote World Service
20             221 Main Street, Suite 1250
             San Francisco, California  94105
21                Phone:  (415) 321-2300
                   Fax:   (415) 321-2301
22
23   Reported by:
24   COLLEEN M. REDAMONTI
25   CSR No. 7012
```

Klaiss, Donald  
CONFIDENTIAL  
6/20/2006

```
 1   document before, Mr. Klaiss?
 2   A.      I don't recall seeing it.
 3   Q.      Okay.
 4   A.      But like the other documents, I am on the
 5   distribution list.
 6   Q.      Okay.  And what is this document?
 7   A.      It's an E-mail from Safra Catz at Oracle,
 8   responding to an escalation from an implementation
 9   partner of Oracle around an 11i implementation they
10   were engaged in.
11   Q.      Okay.  And are you familiar with Application
12   Technologies?
13   A.      I have heard of them.
14   Q.      Okay.  Do you recall their complaints
15   regarding the quality of 11i OM?
16   A.      Um, I recall the -- the customer of theirs
17   Brock Tool that they were implementing that they
18   reference here.
19   Q.      Okay.  And do you recall Brock Tool
20   complaining directly to Mr. Ellison about the large
21   quantity of TARs necessary?
22   A.      I --
23   Q.      I mean patches.  The term is TARs that they
24   logged, I guess.
25   A.      I don't remember who the escalation came
```

```
 1   through.
 2   Q.      Okay.
 3   A.      But I remember them escalating to us.
 4   Q.      Okay.  And just to make the record clear, I
 5   referred to "TARs," but what's your understanding of
 6   a TAR?
 7   A.      A TAR is a -- that's important to get that
 8   defined.  So it's a -- it's an issue raised from a
 9   customer to the support organization.  It -- these
10   issues can include questions about the software that
11   they would like to have answers, questions on how to
12   set it up.  It could include, you know, documentation
13   issues.  It could include software defects.  And it
14   can include requests for enhancements in the
15   software.  So it includes all those different
16   categories.
17   Q.      Okay.  And do you recall --
18           First of all, do you know who Renee Knee is?
19   A.      Yes, I know Renee.  I know Renee.  I don't
20   recall the exact role she was in at the time.
21   Q.      Okay.  Do you remember hearing that the
22   quality issues of 11i OM were affecting many of
23   Oracle's implementation partners?
24   A.      Not specifically, but I was aware that they
25   were having difficulties with their implementation.
```

Klaiss, Donald
CONFIDENTIAL
6/20/2006

1  Q. Okay. And what was your understanding of the
2  difficulties they were having with the implementation
3  of order management?
4  A. I don't recall any specifics about the
5  implementation. But I do recall that we assigned --
6  once we heard about the escalation, we assigned one
7  of our managers, in fact, in this case, it was Drew
8  Campbell --
9  Q. Uh-huh.
10 A. -- who ran our order management development
11 group, to serve as an executive sponsor for them.
12 Q. Okay.
13 A. And so he began direct regular calls with the
14 implementation team.
15 Q. Okay. And when Safra Catz followed up with
16 you and Mr. Wohl in January asking for an update, had
17 you already assigned Drew to that matter?
18 A. I don't know if this is the first escalation
19 we had. I'll have to read this. I don't recall the
20 timing of when we heard about their issues.
21 Q. Okay. Do you recall discussing these
22 complaints with Mr. Ellison at his meetings?
23 A. Not specifically this customer.
24 Q. Okay. Do you recall discussing the problems
25 with OM with him?

REPORTER'S CERTIFICATE

I certify that the foregoing proceedings in the within-entitled cause were reported at the time and place therein named; that said proceedings were reported by me, a duly Certified Shorthand Reporter of the State of California, and were thereafter transcribed into typewriting

I further certify that I am not of counsel or attorney for either or any of the parties to said cause of action, nor in any way interested in the outcome of the cause named in said cause of action.

IN WITNESS WHEREOF, I have hereunto set my hand this 28th day of June, 2006.

*[signature]* for COLLEEN M. REDAMONTI, CSR

Certified Shorthand Reporter

Certificate No. 7012