```
 1              UNTIED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
 2                SAN FRANCISCO DIVISION         Certified Copy
 3
    IN RE:   ORACLE CORPORATION
 4           SECURITIES LITIGATION,
 5
                                          Case No.
 6  This Document Relates To:             C-01-0988-MJJ
                                          (Consolidated)
 7  ALL ACTIONS
 8
 9  _____/
10
                      CONFIDENTIAL
11
12  VIDEOTAPED
    DEPOSITION OF:     RICHARD SELLERS
13
    DATE:              February 28, 2006
14
    TIME:              10:41 a.m. to 6:47 p.m.
15
    PLACE:             17260 Harbour Pointe Dr.
16                     Ft. Myers, Florida
17  PURSUANT TO:       Notice by counsel for Plaintiffs
                       for purposes of discovery, use at
18                     trial or such other purposes as
                       are permitted under the Federal
19                     Rules of Civil Procedure
20  REPORTED BY:       Aaron T. Perkins, RPR
                       Notary Public, State of
21                     Florida at Large
22                     Pages 1 to 279
23
24
25
```

1   issues in trying to implement their support center.
2   They had some bad customer satisfaction. They had some
3   issues dealing with engineering. Myself and my folks
4   had a good reputation with engineering, so Al asked me
5   if I would just take over all the product support, all
6   the telephone support business. And I -- and he gave
7   Mike Mayfield the on-site business.
8        Q.   Okay. Now, that -- when did that happen?
9        A.   Goodness. That probably happened in the
10  spring of 2000.
11       Q.   And that -- did your geographical scope of
12  responsibilities broaden?
13       A.   Well, it did, because then I had all of -- all
14  of telephone support.
15       Q.   Okay.
16       A.   And in -- I didn't have any geographical
17  responsibility, per se, for the on-site piece then --
18       Q.   Okay.
19       A.   -- that I had had before. Mike Mayfield took
20  the on-site piece, and I took the -- the big piece,
21  which was telephone support.
22       Q.   Okay. Now, can you just describe for me what
23  telephone support is?
24       A.   Telephone support is a bank of expertise that
25  are ready and willing, 24 hours a day, seven days a

Sellers, Richard
CONFIDENTIAL
2/28/2006

| | |
|---|---|
| 1 | week, to answer customer requests.  At Oracle, those |
| 2 | requests are called T -- T -- |
| 3 | Q.   T-A-R-s? |
| 4 | A.   T-A-R-s, TARs, yes.  Technical assistance |
| 5 | request.  Now, that technical assistant request can be |
| 6 | anything from how do you do this, how do I do that, how |
| 7 | do I do something else, all the way to essentially the |
| 8 | customer having found a bug in the software that can |
| 9 | only be repaired by a patch. |
| 10 | Q.   Okay. |
| 11 | A.   Many of the TARs are simply the customer |
| 12 | hasn't installed known patches that are there that they |
| 13 | haven't put in yet.  So they run the full gamut of |
| 14 | advice to, gee, you've actually unearthed a problem with |
| 15 | our code that has to be repaired. |
| 16 | Q.   Okay.  Now -- and this is all over the |
| 17 | telephone? |
| 18 | A.   This is all over the telephone, yes. |
| 19 | Q.   Okay.  So are you saying that TARs, or |
| 20 | T-A-R-s, would only be communicated over the telephone? |
| 21 | A.   Yes.  That's how they come in.  They come in |
| 22 | over the telephone. |
| 23 | Q.   Okay. |
| 24 | A.   On occasion, when we felt that the customer |
| 25 | was not managing their TARs, because they have to be |

```
 1   managed -- and I'll touch on that in the next
 2   sentence -- we would put someone on-site to do that for
 3   them.  And most of those were occasions when we thought
 4   the customers was either not managing or over their
 5   head.
 6           And, you know, we could take the approach, you
 7   know, You should get smarter.  That would be one thing
 8   we could do.  Or we could say, They're never going to
 9   get smarter; let's go help them, because we're the one
10   that's suffering the brunt of them not understanding how
11   to operate the equipment.
12       Q.  Okay.
13       A.  And so on occasions that were real brutal or
14   if the customer just gave up in frustration, we would do
15   that.  Very common circumstances in those times when we
16   would put somebody on-site, the customer would have
17   employed either Oracle or, many times, another
18   consultant, like Deloitte & Touche or Andersen, to put
19   the software up for them.  We call that "going live."
20   They would buy the software, and going live is when it's
21   actually running whatever it's supposed to run.
22           Each one of these consultants will run around
23   calling the support center asking questions.  Every one
24   of those calls is a TAR.
25       Q.  All right.  So the sales consultants, the
```

```
 1                  REPORTER'S CERTIFICATE

 2
     STATE OF FLORIDA
 3   COUNTY OF HILLSBOROUGH

 4
            I, Aaron T. Perkins, Registered Professional
 5   Reporter, certify that I was authorized to and did
     stenographically report the deposition of
 6   RICHARD SELLERS; that a review of the transcript was
     requested; and that the transcript is a true and
 7   complete record of my stenographic notes.

 8

 9          I further certify that I am not a relative,
     employee, attorney, or counsel of any of the parties,
10   nor am I a relative or employee of any of the parties'
     attorney or counsel connected with the action, nor am I
11   financially interested in the action.

12

13          Dated this 5th day of March, 2006.

14

15

16

17

18

19
                     _____
20                   Aaron T. Perkins, RPR

21

22

23

24

25
```