Certified Copy

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

In re ORACLE CORPORATION
SECURITIES LITIGATION

                      Master File No. C-01-0988-MJJ

This Document Relates To:
    ALL ACTIONS.
_____/

---oOo---

CONFIDENTIAL

DEPOSITION OF JOEL SUMMERS

TUESDAY, MARCH 21, 2006

---oOo---

SHEILA CHASE & ASSOCIATES

REPORTING FOR:

LiveNote World Service

221 Main Street, Suite 1250

San Francisco, California 94105

Phone:   (415) 321-2311

Fax:   (415) 321-2301

Reported by:
DIANA NOBRIGA, CSR, CRR
LICENSE NO. 7071

```
 1        Q.   Okay.  What other types of bug reports did you
 2   receive besides the ones associated with HRMS?
 3        A.   Obviously that was the preponderance of what I
 4   received.
 5        Q.   Okay.
 6        A.   I might also see incidents relating to some of
 7   the underlying technology layers, bug reports.
 8        Q.   Okay.  And when would you see bug reports that
 9   relate to the underlying technology?
10        A.   No designated time.
11        Q.   Okay.  Were the HMRS -- HRMS bug reports, did
12   you receive those on a regular basis?
13        A.   Again, I want to clarify if you're talking
14   about externally generated bug reports.  There were
15   periods of time when I received externally generated bug
16   reports on an ongoing basis.
17        Q.   And what do you mean by externally generated
18   bug reports?
19        A.   Something that a customer would have
20   identified.
21        Q.   Okay.  And were there documents within Oracle
22   that were titled bug reports that were Oracle documents?
23        A.   I assume so.  You know, if you're asking me
24   for a specific -- it sounds like a generic title.
25        Q.   Okay.  Now, are you familiar with the term or
```

1   acronym TAR as it's used at Oracle?
2       A.   Yes, I am.
3       Q.   And what is a TAR?
4       A.   A TAR is a technical assistance request,
5   that's what it stands for, and it is a -- it is -- it is
6   when an external customer has any question, query,
7   concern, incident, they log a TAR.
8       Q.   Okay.
9       A.   In other words, I have seen TARs that say
10  when's the next users conference.
11      Q.   And how does a customer log a TAR?
12      A.   Either -- okay, again, indirectly by calling
13  customer support, a customer support representative
14  would take the information from the customer and key in
15  that information, okay.
16      Q.   And key it into what?
17      A.   Into the TAR tracking system. Again, I don't
18  know the name of it, per se.
19      Q.   Okay. All right, and could customers access
20  that TAR tracking system on their own as well?
21      A.   There was a period of time when Oracle put
22  out -- and I don't know the date, when Oracle put out a
23  direct customer access to the TAR system so that a
24  customer could log a TAR interactively versus call a
25  support person and/or review the status.

```
 1      Q.   And did you have access to the TAR tracking
 2   system used at Oracle?
 3      A.   I could have access to it, sure.
 4      Q.   Did all Oracle employees have access to that
 5   tracking system?
 6      A.   I have no idea.
 7      Q.   Okay.  Did individuals at your management
 8   level have access to the TAR tracking system?
 9      A.   Yes.
10      Q.   And what about individuals who were above you
11   in the hierarchy like Ron Wohl and Larry Ellison?
12      A.   Speculation.  I assume that Ron could -- but,
13   yeah.
14      Q.   Now, before we went on break, we were talking
15   about P1 issues, and you had indicated that there were
16   P1 issues affecting all of the HRMS modules when suite
17   11i was released.  Is that accurate?
18      A.   First of all, again, a P1 issue -- I
19   distinguished between, if you recall, between the
20   customer suggesting -- P1 indicates a severity level;
21   right?
22      Q.   Right.
23      A.   And the customer designates something as P1
24   that could be perceived as a certain severity.  Whether,
25   in fact, that severity warranted a P1 is another issue.
```

```
 1        A.   No.
 2        Q.   Do you feel -- do you think that that did
 3   happen?
 4        A.   Yes, I think that, again, you know, on an
 5   ongoing basis we would address issues.
 6        Q.   And did that -- did that, the feedback, the
 7   customers' perceived problems feedback, result in any
 8   critical fixes --
 9        A.   Likely.
10        Q.   -- being run?
11             Do you recall any instances where that
12   occurred?
13        A.   I don't.
14        Q.   And were these changes in code and critical
15   fixes, would those have occurred in the 2000/2001 time
16   period?
17        A.   Could well have.
18        Q.   And do you recall specifically whether they
19   occurred with respect, like -- well, let me just -- do
20   you recall any -- I'm going to see if I can strike your
21   memory.
22             Do you recall any specific instances of that
23   occurring in late 2000?
24        A.   No, I don't recall specifics.
25        Q.   And what about in 2001?
```

Summers, Joel
CONFIDENTIAL
3/21/2006

```
 1        A.   It is a long time ago.
 2        Q.   Okay.  But it did occur?
 3        A.   It's quite possible.
 4        Q.   Okay.  And where would you look at Oracle to
 5   find out if those critical fixes and changes in code did
 6   occur?
 7        A.   Okay, so what I would look at is this --
 8   probably the best place to look is within the customer
 9   support system, okay.
10             I talked earlier about the TAR, incident
11   tracking system, that TARs would be issued by the
12   customers, technical assistance requests would be issued
13   by the customers.  Some of those would be general
14   questions, some of those would potentially point to
15   implementation issues, some of them configuration
16   issues, and some of them could point to software bugs.
17        Q.   Okay.
18        A.   And if a bug number was assigned, that doesn't
19   necessarily mean it was a bug.  That meant that somebody
20   in support felt it was a bug, okay.
21             Our development organization would then get
22   the -- understand the bugs, would research those, would
23   say, yeah, this is a bug, no, it is not a bug, it's a
24   implementation or a configuration issue.  Go back and
25   tell the customer to set this flag or set that if it is
```

```
 1    an implementation issue.
 2            If it is a fixed issue, I believe a patch
 3    number would have been assigned in that system.
 4        Q.   And would -- and so all of that assessment up
 5    to the fix issue would all be entered in the customer
 6    support system?
 7        A.   To my knowledge.
 8        Q.   And would changes in code also be reflected in
 9    the customer support system?
10        A.   Not the code itself, no.
11        Q.   Where would you go to find out if there were
12    changes in the code made as a result of --
13        A.   That's a slightly different question from what
14    I heard.  I heard you ask whether the changes in code
15    would be reflected in the system.  Okay.  What I -- and
16    I answered no.  Code actually would not be.  But then I
17    heard you ask, would the designation that a code fix had
18    taken place, would that be designated.
19        Q.   Okay.  I understand.
20        A.   Okay.
21        Q.   I may have mixed my terminology.
22            So let me be clear.  So would the designation
23    that a code fix had taken place be identified in the
24    customer support system?
25        A.   Generally, yes.
```

```
 1    Q.   And how would that be acknowledged?
 2    A.   I don't know the details of that.
 3    Q.   Who would know about the customer support
 4  system?  Who would be able to answer these types of
 5  questions?
 6    A.   Robin Weiss, Lew Thompson, folks that were,
 7  you know, interacting with that system on an ongoing
 8  basis.
 9    Q.   Do you know their titles?
10    A.   Robin Weiss was the head of HRMS support for
11  the Americas, for U.S. at least.  And Lewis Thompson was
12  the director of development for Americas payroll.
13    Q.   Okay.
14    A.   Others would also know.
15    Q.   Okay.  I'm just going to ask you about a few
16  additional customers to see if you have information.
17         Now, you mentioned earlier that ATA,
18  American --
19    A.   Transair.
20    Q.   -- Transair was an Oracle customer?
21    A.   That's correct.
22    Q.   Was that in the 2000/2001 time frame?
23    A.   I believe so.
24    Q.   And had that customer purchased suite 11i?
25    A.   I don't know.
```

```
 1                CERTIFICATE OF DEPOSITION OFFICER
 2           I, DIANA NOBRIGA, hereby certify that the
 3   witness in the foregoing deposition was by me duly sworn
 4   to testify to the truth, the whole truth, and nothing
 5   but the truth in the within-entitled cause; that said
 6   deposition was taken at the time and place therein
 7   stated; that the testimony of said witness was reported
 8   by me, a Certified Shorthand Reporter and disinterested
 9   person, and was thereafter transcribed into typewriting,
10   and that the pertinent provisions of the applicable code
11   or rules of civil procedure relating to the notification
12   of the witness and counsel for the parties hereto of the
13   availability of the original transcript of the
14   deposition for reading, correcting and signing have been
15   met.
16           I further certify that I am not of counsel or
17   attorney for either or any of the parties to said
18   deposition, nor in any way interested in the outcome of
19   the cause named in said action.
20           In WITNESS WHEREOF, I have hereunto
21   subscribed by my hand this 31st day of March 2006.
22
23
24
25                            DIANA NOBRIGA, CSR NO. 7071
```