IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

---oOo---

**Certified Copy**

In re ORACLE CORPORATION
SECURITIES LITIGATION
                    FILE NO. C-01-0988-MJJ

This Document Relates To:
_____/


CONFIDENTIAL

DEPOSITION OF KIRSTEN SHAW

Tuesday, September 19, 2006


SHEILA CHASE & ASSOCIATES

REPORTING FOR:

LiveNote World Service

221 Main Street, Suite 1250

San Francisco, California 94105

Phone: (415) 321-2311

Fax:   (415) 321-2301


Reported by:

ANDREA M. IGNACIO HOWARD, RPR, CSR NO. 9830

```
 1   product while I was there.
 2        Q    Okay.  And then you started at Oracle in
 3   1996?
 4        A    Yes, I did.
 5        Q    And what was your first position at Oracle?
 6        A    I was hired to start a maintenance
 7   organization for the manufacturing software, but I
 8   never really did that job.  I immediately started
 9   working with customer issues, and that kind of became
10   my job.
11        Q    What type of customer issues?
12        A    Runs the gamut.  Mostly it would be technical
13   issues when customers have a wide variety of
14   technology issues that need to be coordinated across
15   the division, because there are hundreds of products.
16        Q    Okay.  And what was your title?
17        A    I think I was hired in as a Senior Manager,
18   and they called me a Triage Manager.  We just made up
19   the name.
20        Q    What do you mean by "Triage Manager"?
21        A    Essentially, it was just a made up name.  No
22   one else ever had that title.  It was just a name for
23   someone who worked with customer issues, I guess.
24        Q    So if a customer was having problems with an
25   implementation, you would be called in; is that fair?
```

```
 1       A    No, that is not fair.
 2       Q    Okay.  Just describe your general duties.
 3       A    At the time, I probably worked with less than
 4   1 percent of the customer base.  So, you know, and at
 5   this point it's no more than 2 percent for my entire
 6   group.  So we're really talking about customers have
 7   to be in really, really bad shape before my group
 8   would be called in, or customers have to be very, very
 9   important, and usually that would be measured by how
10   many millions of dollars they spend on Oracle
11   software.
12       Q    Okay.  And what is your current position at
13   Oracle?
14       A    I basically have a very similar position.  In
15   the time I've been at Oracle, the group has grown, and
16   I now have a group who does what I call custom
17   programs, which is primarily the job, as I originally
18   started at, and the second group which is system
19   integrator programs.  I also have someone working for
20   me who works on PeopleSoft issues.
21       Q    Okay.  Now, did your title change at all
22   during --
23       A    Yes.
24       Q    -- over the course at Oracle?
25            What were the changes in your title?
```

1    A    I was a Senior Manager of Triage.  Then I was
2  Director of Triage.  Then --
3    Q    When did you become Director of Triage?
4    A    You know, I don't remember all the times I
5  was promoted.  Then I became a Senior Director.  At
6  some point we changed the group name, and then I
7  became a vice president.
8    Q    And vice president of what?
9    A    My current title is Vice President - Customer
10 and System Integrater Programs.
11   Q    Okay.  Today I'm going to be focusing on the
12 2000, 2001 time period.
13   A    Yeah.
14   Q    And so unless I specify otherwise, that's the
15 time frame that I'm going --
16   A    Okay.
17   Q    -- to be referring to.
18        Now, if you could go back to that 2000, 2001
19 time frame, what was your position at that time?
20   A    I was either a director or senior director.
21 I don't remember.  I had three people working for me,
22 although I do believe in that time frame that I might
23 have gotten an increase of head count by one, but I
24 think primarily it was me and three other people who
25 did most of that kind of work.

```
 1              CERTIFICATE OF REPORTER
 2
 3        I, ANDREA M. IGNACIO HOWARD, hereby certify
 4   that the witness in the foregoing deposition was by me
 5   duly sworn to tell the truth, the whole truth, and
 6   nothing but the truth in the within-entitled cause;
 7
 8        That said deposition was taken in shorthand
 9   by me, a Certified Shorthand Reporter of the State of
10   California, and was thereafter transcribed into
11   typewriting, and that the foregoing transcript
12   constitutes a full, true and correct report of said
13   deposition and of the proceedings which took place;
14
15        That I am a disinterested person to the said
16   action.
17
18        IN WITNESS WHEREOF, I have hereunto set my
19   hand this 2nd day of October 2006.
20
21   _____
22        ANDREA M. IGNACIO HOWARD CSR No. 9830
23
24
25
```