07:35am EST  3-Nov-00 Goldman Sachs (New York Investment Research) ORCL ACTION
Oracle - Early checks with applications customers.

Goldman, Sachs & Co. Investment Research

Oracle - Early checks with applications customers.

* * FULL ACTION in the A.M. - U.S. * *

New York Investment Research (New York)  -  - Investment Research
Rick G. Sherlund (New York) 1 212-902-6790 - Investment Research
Lilly Bahramipour (New York) 1 212-902-4605 - Investment Research
Nils Tristan (New York) 1 212-902-4077 - Investment Research

==================== NOTE  7:07 AM  November 03, 2000  ====================

19 Oracle Corp. {ORCL} $29.56
    Oracle - Early checks with applications customers.
    Rick G. Sherlund (New York) 1 212 902-6790
    Lilly Bahramipour (New York) 1 212 902-4605
    Nils Tristan (New York) 1 212 902-4077

    EPS (FY May): 2001E US$0.50, 2002E US$0.64 - Recommended List

* Investor sentiment on Oracle has been more negative over the past 6
  weeks since the report of slower than expected applications growth in
  the August quarter.  This, combined with a difficult tech tape, has
  caused a number of issues to surface and fuel greater controversy in the
  name.  We are holding a call with investors today at 10:00 am EST to
  sort out the substantive issues from speculation and review some of our
  early checkings with applications customers and consultants on the new
  release (11i) of Oracle's strategically important applications products.
  We believe this new release has some issues with bugs, but no 'show
  stopper' issues.  We maintain estimates and buy rating on Oracle shares.
* Investors can listen to our comments and ask questions by dialing (877)
  502-9273, (913)981-5582, in the UK 80077771111.

Important Disclosures (code definitions attached or available upon request)
ORCL      : CS, M, SP1, SP2
First Call Corporation, a Thomson Financial company.
All rights reserved.  888.558.2500
]

EON

GMS 00162