1 of 1 DOCUMENT

Copyright 2000 Business Wire, Inc.
Business Wire

November 15, 2000, Wednesday

**DISTRIBUTION:** Business Editors

**LENGTH:** 978 words

**HEADLINE:** OAUG Offers Asia/Pacific Users Chance to Ask Oracle

**DATELINE:** Nov. 15, 2000

**BODY:**

Oracle Applications Users Ask Oracle Corp. Executives about Quality, Customer Support, Functionality and Pricing

Oracle Applications users attending the second annual Asia/Pacific Oracle Applications Users Group (OAUG)(R) Conference in Brisbane, Australia, yesterday participated in an OAUG-sponsored "Ask Oracle" session.

Users had the opportunity to discuss Oracle Corporation's 11i e-business suite software, quality and user support issues as well as the nature of the OAUG/Oracle Corporation relationship with key Oracle executives.

Moderated by Don Payne of InFocus Corporation and vice president, OAUG Board of Directors, the panel included Oracle executives: Anthony Kavanagh, senior director, Worldwide Marketing; C. Sean Rollings, senior director, Product Marketing; Andrew Clay, director, eBusiness; Dennis Julluck, vice president, eBusiness Solutions and Peter Biber, electronic services program manager.

"This was a productive session providing Oracle with the only open discussion of this sort with its Asia/Pacific region customers," said Payne. "The opportunity to discuss their issues with key Oracle executives is one of the most important values we offer our user members and we thank Oracle's team for participating."

Quality was among the key issues voiced by participants. Questions were posed about the testing process, as well as how regional problems were reported to Redwood Shores. Oracle offered assurances that the 11i product in particular goes through multiple "waves" of testing. In addition Oracle confirmed that the company is its own customer, using the products across its own enterprise and is racing to make it better.

Support also was an issue of concern, and participants requested panel recommendations about getting more effective support more quickly - specifically inquiring about the escalation process. In response, Oracle announced a new "customer-focused severity process" in which customers will be able to track escalations requests through their TAR.

The comments were not all bad however, one participant noted that Oracle's support had dramatically increased over the past year.

There also was a concern that many of Oracle's regional support resources were being reallocated to India to open the announced support center there. Oracle responded, "We are not moving to India, we are expanding into India and will be adding an additional 200 analysts for that project."

Users asked if there was an expected change in desupport dates as 11i is not yet working optimally, and if not questioned whether an automatic "priority II" could be assigned to problems reported by company's that must upgrade. Oracle responded that the company plans to maintain the desupport date of December 2001 and the urgent requests should be directed to Ron Wohl, executive vice president, directly.

Payne added, "Do not count on things changing! Begin your upgrade plans now."

OAUG Offers Asia/Pacific Users Chance to Ask Oracle Business Wire November 15, 2000, Wednesday

Many participants had questions about HR and Payroll applications and Oracle's commitment to them. Oracle confirmed that it was firmly committed to both, as HR and Payroll applications make up 20 percent of its revenue targets, which the company is confident about achieving.

Although Oracle was well represented by presenters and key executives on this panel, there was a conspicuous absence in the exhibit hall and other aspects of the conference. The panel was asked about Oracle's choice to reduce its presence at the only gathering of Oracle Applications Users in the Asia/Pacific region. The local Oracle executives responded, "It has become our corporate policy to find other customer outreach opportunities. We were directed not to have such a presence at this conference."

Payne added, "Oracle is absolutely welcome. They have been invited and will continue to be invited and provide a tremendous value to our conferences. I would like to thank the Oracle representatives who are present and Redwood Shores for supporting our conference by allowing them to attend."

About Oracle Applications Users Group (OAUG)(R)

Oracle Applications Users Group (OAUG) was formed in the San Francisco Bay Area in May 1990 when 32 Oracle(R) Applications users gathered to create an independent forum for the exchange and expression of information concerning the effectiveness of Oracle Applications. At that time, members agreed that the OAUG would remain an independent voice, promoting education, networking, communications and information sharing and opened a dialogue with Oracle representatives about product development, quality and support.

With a wide range of activities such as conferences, publications, affiliated group events, and a variety of member services, OAUG works to increase the members' knowledge and understanding of Oracle Applications and to communicate their issues and needs to Oracle Corporation.

Today, OAUG has 2,200 corporate members who represent tens of thousands of individual users worldwide, including representatives from more than 25 of the Fortune 100 companies, and represents diverse backgrounds, industries and geographic locations. Members include end users, service providers, hardware vendors, and third-party software solution providers, and represent 71 affiliated geographical and special interest groups from around the world.

The OAUG holds semi-annual conferences in North America each Spring and Fall and annual European and Asia/Pacific conferences. Over the past eight years, conference attendance has increased dramatically with the 2000 Spring Conferences attracting more than 10,000 attendees.

For more information on the OAUG, visit their Web site at www.oaug.org.

CONTACT: For OAUG (onsite)
Jason C. Williams
Local 0414-016-021
From the U.S.: 011-61-414-016-021
or
For OAUG
Greg Rose, 678/781-7204
greg@williammills.com

URL: http://www.businesswire.com

**LOAD-DATE:** November 16, 2000