```
08:17am EST 12-Dec-00 J.P. Morgan (EPIFANIO II, W. (1-212) 648-3285) ORCL
ORACLE CORPORATION:   ORACLE'S SECOND QUARTER EARNINGS
```

                          December 12, 2000

              J.P. MORGAN SECURITIES INC.  -  EQUITY RESEARCH

                   WILLIAM EPIFANIO II (1-212) 648-3285
                      Daniel Ambrico (1-212) 648-6103
                       Lisa Rachal (1-212) 648-7321

                   Oracle Corporation   (MARKET PERFORMER)

            ORACLE'S SECOND QUARTER EARNINGS: A DEFINITE MAYBE

```
Fiscal                    Earnings Per Share          P/E
ORCL     52-Wk          ---------------------     ----------      MkCap
12/11    Rge    5/00A  5/01   5/02   2Q/01  2Q/00  5/00E 5/02E Yld ($BB)
------  ------  -----  -----  -----  -----  -----  ----- ----- --- ------
$31.94  $46-14  $0.34A $0.49E $0.56E $0.10E $0.06A  64.2  57.0  0%  169.2

Calendar                  Earnings Per Share          P/E
ORCL     52-Wk          ---------------------     ----------      MkCap
12/11    Rge    12/99  12/00  12/01  Sep/00 Sep/99 12/00E 12/01E Yld ($BB)
------  ------  -----  -----  ------ ------ ------ ------ ------ --- ------
$31.94  $46-14  $0.25A $0.43E $0.52E  N/A    N/A    74.3   61.4   0%  169.2
```

Our reports and models are now available on the JPMS MorganWISE Website.
Please contact your JPMS salesperson for more information and a password
for these services.

Oracle reports 2Q/01(November 2000) Earnings results on Thursday,
December 14th after the market closes; the following are JP Morgan's
expectations:

ú    JPMS EPS estimate of $0.10 in-line in consensus
ú    15% Y/Y total revenue growth to $2.67 billion
ú    18% Y/Y database revenue growth to $770 million
ú    55% Y/Y applications revenue growth to $260 million
ú    29.1% Operating Margin; 21.4% Net Margin
ú    TRADING ADVICE:
  We would NOT recommend buying ahead of the earnings release since we expect
  the market will react extremely negatively to ANY slight miss or blemish!
  Only the brave and the confident should buy now, in our view.


While we expect Oracle to hit its earnings target of $0.10 per share this
quarter, we believe investor focus will be on the company's sales mix.
Last quarter Oracle showed strength in database sales, but fell short of
our expectations for applications. Heading into this quarter, we believe
Oracle could face challenges in both the database and applications markets
that may not affect this quarter's results, but could have longer-term
impact.

ú    The database market could show signs of weakening. We estimate
  database revenue growth of 18% to $770 million. We believe several factors
  could negatively impact database sales in the next few quarters including:
  1) the shakeout in the dot-com sector --- a group that once contributed
  roughly 10% of Oracle's database sales --- should weaken; 2) weakness in
  the telecom vertical market; and 3) a general economic slowdown. In

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                    NDCA-ORCL 419976

- addition, our channel checks tell us Larry Ellison has given his sales force extra incentives to pull database sales forward from 3Q/01 to this quarter, another indication this market may be slowing. We'll certainly be watching trends in the company's DSOs this quarter.

- We expect application sales will be the key to this quarter, after falling short of expectations last quarter. Specifically, we estimate application sales growth of 55% to $260 million. We believe Oracle's 11i e-business suite continues to have bugs thereby limiting the number of notable customer references for the new product. We continue to expect most large customers will wait another 2 quarters, or so, before purchasing the product, as confirmed by Oracle at its last analyst meeting.

- We believe most of the cost cutting is behind Oracle, which means less potential upside on the margins. On a sequential basis, we expect operating margins to be higher than last quarter, but big potential upside to our 29.1% estimate could be challenging. Of course, Oracle's operating margins typically increase sequentially through the year, along with sales.

- We expect the consulting and education business to post small growth this quarter, growing 3% to $722 million. Oracle continues to believe this business will re-gain momentum in the second half of Fiscal 2001.

We reiterate our Market Performer rating for Oracle based on concerns regarding valuation and management changes.

($ in millions except per share data)

| Income Statement | 2Q/00 | 2Q/01E |
|---|---|---|
| Sales | | |
| Licenses and Other | 903 | 1,097 |
| Services | 1,419 | 1,575 |
| Total Sales | 2,322 | 2,672 |
| | | |
| Operating Expenses | | |
| Sales and Marketing | 631 | 665 |
| Cost of Services | 753 | 788 |
| Research and Development | 248 | 307 |
| General and Administrative | 113 | 134 |
| Total Operating Expenses | 1,746 | 1,894 |
| | | |
| Operating Income | 576 | 778 |
| Operating Margin | 24.8% | 29.1% |
| Other Income (Expense), net | 15 | 100 |
| Income Before Income Taxes | 592 | 878 |
| Income Tax Expense | 207 | 307 |
| Tax rate | 35% | 35% |
| Net Income | 384 | 571 |
| Net Margin | 16.6% | 21.4% |
| | | |
| Weighted Avg. Shares Outstanding | 6,013 | 5,933 |
| | | |
| Earnings per share (Less Extraordinary) | 0.06 | 0.10 |
| | | |
| Year-Over-Year % Change | | |
| Total Sales | 12.9% | 15.1% |
| Operating Income | 50.8% | 50.5% |

05/23/2001 3:45 PM

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                                    NDCA-ORCL 419977

```
Net Income                                40.3%        48.5%
EPS in $ (per wt. avg. share)             37.6%        50.5%
Source: Company data and JPMS estimates.


(The analyst or research associate holds a position in this stock.)
First Call Corporation, a Thomson Financial company.
All rights reserved.  888.558.2500
]

EON
```

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                    NDCA-ORCL 419978