Copyright 2000 Bloomberg L.P.
Bloomberg News

December 26, 2000, Tuesday  9:55 AM Eastern Time

LENGTH: 3214 words

HEADLINE: PEOPLESOFT CEO'S DISCIPLINE SPURS REBOUND AT SOFTWARE MAKER

BYLINE: Anthony Effinger in Portland, Oregon, (503) 471-1358 or aeffinger@bloomberg.net/gcr.

BODY:
   (Published in the January issue of Bloomberg Markets.)

   Pleasanton, California, Dec. 26 (Bloomberg) -- Baer Tierkel, a software geek turned marketer at PeopleSoft Inc., has a goatee, an earring, and a sign outside his office that says "I am an anarchist."

   He embodies a rules-breaking culture that helped the business software maker become the second-best performer in the Standard & Poor's 500 Index from 1993 through 1997, when it returned 2,109 percent.

   Now Tierkel is convinced that PeopleSoft -- whose sales declined 3 percent in 1999 because of tired products and less spending by customers who were waiting out the year 2000 date change -- needs discipline. That's why he's a fan of new Chief Executive Craig Conway, whose turnaround plan includes such nuts-and-bolts policies as setting procedures for buying computers and airplane tickets.

   "This guy is good for this company," Tierkel, 40, recalled thinking after he met with Conway on purchasing rules.

   So far, Tierkel appears to be right. Conway, 45, who became CEO of Pleasanton, California-based PeopleSoft in September 1999, oversaw a 17 percent rise in sales in the first nine months of 2000. He's spent $500 million redesigning software that calculates paychecks, automates ledgers, and tracks customer calls. Now every PeopleSoft program runs on the Internet.

   He's replaced two-thirds of the top managers, many of whom left when adored founder Dave Duffield retired to a house on Lake Tahoe in Nevada, retaining only the title of chairman.

        Shares Rebound

PeopleSoft shares have doubled during Conway's short tenure as CEO, trading at $34.75 on Friday. Their 78 percent tumble from a record $55.94 on April 21, 1998, had made them dead last in the S&P 500 during the period that ended 12 months later.

"They're doing the right thing so far," said Craig Wood, an analyst at Merrill Lynch & Co. in San Francisco, who rates the shares a "long-term buy." Wood qualifies his call as long-term because he's waiting to see whether the products redesigned for the Internet -- collectively called PeopleSoft 8 -- are going to be a hit.

Also unclear is whether Conway can keep PeopleSoft employees happy as he pushes them to be more aggressive. When talking about their company, workers invariably mention the nurturing culture built on tenets that include "integrity" and "having fun."

### Reason for Fear

Workers had reason to fear that things might change when Conway arrived. He had spent eight years at rival Oracle Corp., working for its pugnacious CEO, Larry Ellison. PeopleSoft employees revile Oracle, saying Ellison puts winning sales above sound business practices.

The U.S. Securities and Exchange Commission in 1993 accused Oracle of double billing customers, charging them for work that was never done, and failing to give credit for returned products because of poor accounting systems. By doing so, Oracle artificially inflated sales and earnings for several quarters during 1989 and 1990, the SEC said. Oracle settled the charges by paying $100,000 and promising to abide by the law.

The founders of PeopleSoft and Oracle couldn't be more different. Ellison collects samurai armor and flies fighter jets. Duffield started a $200-million fund to rescue unwanted pets -- in memory of his own miniature schnauzer, Maddie, who died of cancer in 1997.

Conway has some Ellison-like attributes. He prefers suits to the golf shirts that predominate at tech companies. He built a 600- square-foot gym in the barn next to his house in Woodside, California, so he can stay in shape. Conway was in the judo club in college, exposing himself to Japanese culture, which Ellison admires. Most important, both are fierce competitors.

### Oracle Rivalry

Fortunately for the PeopleSofters, the comparisons end there. Conway reassured many of his new employees when he started talking about Ellison in the same terms they do. "Larry's not going to let the truth get in the way of a good

marketing program," said Conway, who worked in marketing at Oracle. " There's no penalty for lying at Oracle." Oracle declined to comment.

Recently, Oracle rolled out software for managing sales and customer service operations; the software didn't work as well as the company promised, said Rod Johnson, an analyst at AMR Research Inc. in Boston. "They brought the product to market too soon," he said. "There are significant quality issues."

Ellison's Moves

Now the two CEOs are pitted against one another. Ellison is pushing into PeopleSoft's market -- with some success. Oracle's sales of business applications rose 66 percent to $279 million in the fiscal second quarter ended Nov. 30. Not bad for a company that for many years sold only database software.

PeopleSoft's third-quarter software sales doubled to $131.5 million, from $65.7 million. Total revenue, including training and services, rose 28 percent to $443.1 million. "PeopleSoft wasn't in a very competitive neighborhood," said Kevin Parker, the clean- cut chief financial officer whom Conway hired in

October. "Now there are kids down the street who want to take our lunch money."

Oracle executives say their applications sales could double this fiscal year, and they are blunt in their desire to squash PeopleSoft. "It's a false dawn," said Jeremy Burton, a senior vice president of marketing at Redwood Shores, California-based Oracle. "They're going to hit a wall in a couple quarters."

Rising Expectations

Most analysts see it differently. They expect PeopleSoft's earnings to more than double to 57 cents a share in 2001 from 27 cents in 2000 -- the average of 15 estimates by First Call/Thomson Financial. Ten analysts rate the stock a buy; five rate it a hold.

Conway said optimism is justified because of PeopleSoft 8. The products, which went on sale in September, let a customer peer into a supplier's inventory using just a Web browser or let a manager dashing through the airport log on to a Web kiosk to approve a critical purchase.

Conway admits that Oracle got a head start in touting the magic of the Internet in business software. Investors say that PeopleSoft could catch up, because there are 4,500 old customers -- from Boeing Co. to Domino's Pizza -- that love the company. Many of them will buy PeopleSoft 8, and most of those will pay $400 a day for classes on how to use the new software.

"PeopleSoft is a cult stock," said Jim Chen, an analyst at Roger Engemann &

Associates in Pasadena, California, which owns 1.3 million shares. "Users really believe in the software."

More Marketing

Conway is not counting on the cult effect alone. He pushed marketing expenses to 10 percent of sales. In years past, the company spent less than 4 percent, relying on word of mouth, which founder Duffield cultivated with hard work and charm.

PeopleSoft had a jump on competitors almost from day one, mostly because Duffield had been immersed in similar software for years. As an engineer at International Business Machines Corp., he had designed programs for mainframe computers that helped universities schedule final exams. He left IBM to start a company that built a payroll system for the University of Rochester and then jumped into corporate H.R. programs with his second company, Integral Systems, which thrived.

Sitting on a beach in Hawaii during a retreat for top Integral salespeople, he pieced together a plan to write payroll programs for smaller server computers and the PCs that hooked up to them. It was 1986, and mainframes still ruled. The Integral board wouldn't go for it, so he and engineering buddy Ken Morris left to start PeopleSoft.

Duffield's Role

Duffield worked almost every day in the early years, and he funded the company out of his own pocket for the first two. One thing that set PeopleSoft apart from its rivals was that Duffield would go to great lengths to win a sale.

Before leaving on a 1994 sales call to Toyota Motor Corp. in Kentucky, he raced to buy a digital camera so he could take pictures and bring them on his trip without taking time to develop the film. Then he dashed home to photograph his wife and two of their children with their two Toyota 4Runners and their Toyota Land Cruiser. Today the carmaker is one of PeopleSoft's biggest customers.

PeopleSoft employees had a good gig in the mid-1990s. Sales almost doubled every year, and the stock soared. Duffield began giving every employee a laptop computer and a royal blue PeopleSoft backpack to carry it in. One of the few sacrifices he required was that everyone fly coach on business trips.

Duffield took the whole company to Lake Tahoe for an autumn weekend of relaxation two years in a row. He once heard a band practicing at the PeopleSoft campus. They sounded terrible to him, so he bought them new instruments. He had created a kind of utopia out in Pleasanton, east of San Francisco. Competitors

-- most of them over the hills and across the San Francisco Bay -- couldn't touch PeopleSoft.

### Fateful Day

Then came 1998. An hour and a half after PeopleSoft shares closed at a record, the world changed. The company put out an earnings report that looked good at first: Total revenue had risen 81 percent to $277.7 million, in line with expectations. Trouble was, software sales had risen 64 percent to $137 million. Some investors wanted more. They didn't care that PeopleSoft's revenue from training classes and services had doubled; sales of new products are what keep software companies on top.

Things got worse as PeopleSoft faced competition from SAP AG of Germany and Baan Co. of the Netherlands. Then customers started pouring money into preparing for January 1, 2000, when programmers expected many older computers to fail because there were just two digits for the year, making 2000 look like 1900. Y2K meant companies had fewer dollars to spend at PeopleSoft.

A year after the earnings report, PeopleSoft shares traded at $12.13. During the slide, Duffield decided he wasn't the right leader: The company had grown to about 6,500 people and needed a manager instead of an entrepreneur at the top. "I wasn't ready for all the discipline," Duffield said.

### Executive Search

Duffield wanted someone with sales experience because so much of the software business is marketing. He also wanted someone with a sense of humor who could preserve the PeopleSoft culture. His search lasted six months and included interviews with executives from the world's 10 biggest companies.

Then he found Conway, a former Oracle exec who had been running a small digital-broadcast company called OneTouch Systems. Before that, he had been CEO at TGV Software Inc., a maker of computer networking software that Cisco Systems Inc. bought in 1996. "Craig fit the bill," said Duffield. "He's more organized and regimented."

The thought of hiring a guy from Oracle rankled many PeopleSoft faithful. Not only was Conway from Oracle; he had worked in marketing -- the belly of the beast. Tierkel asked Duffield why they should even talk to Conway. Phil Wilmington, now head of North American sales, worried, "Are we going to give up substance?"

### Conway's Gamble

Duffield interviewed Conway five times. The last meeting was in the Reno,

Nevada, airport, where Duffield took digital photos of Conway pulling the lever on a slot machine to show what a gamble the new leader was taking. Duffield sent the photos around the company for a laugh.

Conway joined PeopleSoft in May 1999 as president and chief operating officer. Four months later, he became CEO. Duffield retreated to Incline Village, Nevada, where he and his wife are raising six adopted children aged seven and younger. He's active in fund-raising for the local school with Mike Love of the 1960s surf-rock band the Beach Boys.

Conway inherited a demoralized company. Managers who remained were shell-shocked and sullen. While their friends got rich at Internet companies, PeopleSoft loyalists watched their shares languish. Every day brought more departures. "I had lost confidence in the company," said Tierkel.

### Bailing Out

Jay Fulcher, head of PeopleSoft's consulting business, remembered when three of his top people left in about five weeks. He had been getting two or three headhunter calls a day himself for months. He always declined. A dozen friends got great jobs through referrals he passed along. Loyalty to a company that had treated him well kept him from bailing out. "Anybody can leave when the chips are down," said Fulcher, a man inured to difficulty by the seven concussions he suffered playing quarterback on high school and college football teams. "I said, 'I'm sticking with it.'" Worst of all, PeopleSoft had yet to bring out a product that capitalized on the promise of the Internet. Ellison, meantime, was gloating about how he had realized before anyone the benefits of using the Web for business. Oracle sales reps were winning customers ranging from Hewlett-Packard Co. to juice maker Odwalla Inc.

### Internet Focus

Conway knew he had to catch up. One of the first things he did was freeze all product development. Three different teams were working on three different ideas: One group aimed to build new products by using the old client-server technology pioneered by Duffield and so named because it requires that software be put on a PC, which then talks to a server computer in which information is stored.

Another team toiled on an Internet version of the same software that could run from any PC that had a Web browser. If it worked, customers wouldn't have to install and service software on all of the PCs in their companies. It would be easier to maintain and, best of all, cheaper.

The third group was doing the same thing, except with technology that was new

from the ground up and wouldn't be compatible with old products. "I asked people, If we had to place one bet to leapfrog SAP and Oracle, what would it be?" Conway said.

Tierkel and others said to go with the first Internet version, even though it meant rewriting 100 of PeopleSoft's products and abandoning the client-server product that had brought them so much success.

Building a new package of business software is like building an airplane. Lots of complicated parts have to work seamlessly. Turning an old package of pre-Internet software into one that runs on the Internet is like turning a B-52 into a 747.

### All-Out Effort

Conway put all of his 2,000 engineers to work on the one approach. In addition to making PeopleSoft products work on the Internet, the engineers had to make them easier to use. If everything went as planned, more and more nongeeks in corporate purchasing and sales departments would be using PeopleSoft software.

For example, say a clerk at a skateboard factory wanted to find out if a supplier had enough wheels to start a presummer production run. Instead of telephoning, the clerk would use the wheel company's PeopleSoft software to look straight into inventory, thereby saving time and money. The new PeopleSoft screens had to look like Web pages, which are more intuitive than business software screens and require less training.

The project required a bet-the-company commitment. Conway boosted spending on R&D to 26 percent of revenue in the four quarters that ended in September 2000, up from 15 percent when he joined. "That's an insanely high level for R&D," Conway said. Oracle's R&D expense in the fiscal year ended in May 2000 was 10 percent of revenue.

### Sleepless Nights

At work, Conway appeared confident. But many nights he woke up at 3 a.m. thinking of all the ways he could fail. He kept a notebook by his bed to scribble down plans he came up with in the middle of the night. One of his biggest worries was keeping software programmers from leaving. He doubled the number of stock options available for employees and cut the vesting period in half to two years.

By March 2000 the developers had finished. Now the months of testing could begin. Conway put 350 engineers to work seven days a week. He ordered big deliveries of pizza and Mexican food for people staying late.

Tierkel, a software developer by training, took the top marketing job when Conway arrived. In November he still had SPIN written in big letters on the white board in his office.

### Creating a Buzz

Tierkel cultivated a buzz for the new software with trips to see industry analysts. He invited customers to a sneak preview at the Westin St. Francis Hotel in San Francisco. PeopleSoft introduced the software in July at the Hudson Theater in New York after a party at Windows on the World, a restaurant on the 107th floor of the World Trade Center. Shipments started on Sept. 1.

PeopleSoft has lined up a short roster of customers, including Sprint Corp.; GKN Automotive, a unit of GKN Plc.; Swiss banking giant UBS AG; and Green Mountain Coffee Inc.

The real test is ahead. Conway's old mentor, Larry Ellison, is out to get PeopleSoft. Ellison needs business applications because sales of databases, which account for about three times as much revenue at Oracle, are slowing. Ellison is selling applications along with Oracle's database -- a compelling strategy because programs made by PeopleSoft, Siebel Systems Inc., and others extract information from databases, making a link logical.

Ellison uses the analogy of a car. Imagine if you bought your chassis from BMW, your engine from Mercedes, and your transmission from Chevrolet. The car wouldn't run. "There is a fundamental flaw in the way software is sold," Ellison told developers at the company's annual conference in October. "It's insane."

### Oracle's Advantage

Ellison's advantage is that his database product accounts for more than 40 percent of the market. Just as Microsoft Corp. rolled up the PC software market by selling a word processor and spreadsheet program with Windows, Ellison hopes to capture more of the business software market with his database advantage.

Oracle can give discounts on its database to customers that buy its applications. "We adopted a strategy they can't follow," Ellison said at the October conference.

Conway calls the car analogy an old pitch from an old master. "I heard that in 1985, when he recruited me," Conway said. Ellison had equal swagger then, sitting at work in a T-shirt and jeans, with his cowboy boots up on the desk, Conway remembered.

PeopleSoft skewered Oracle when Agilent Technologies Inc., a maker of gear

used for testing semiconductors and electronic devices, chose PeopleSoft 8 for payroll, benefits, and customer tracking even though it was using Oracle for almost everything else. The one-stop-shopping approach didn't sell.

Conway said there are more such victories to come. Inside the company, he plans to remain vigilant about the details --something Duffield hired him to do. He personally approves all spending requests of more than $100,000 now. And he's instituted a proper budget; the company lived without one before Conway took charge. For investors, these are signs that even rebels can grow up.