07:36am EST 23-Feb-01 CIBC World Markets Corp. (M. Eisenstat 212-667-4665) ORCL
ORCL: AppWorld - Upbeat Conference , but no Cajun Spice P1-2

Part 1 of 2

CIBC World Markets

Enterprise Software
Melissa Eisenstat        (212) 667-4665
Jeff Burnett             (212) 667-7990

February 22, 2001
Oracle Corporation
AppWorld - Upbeat Conference ,
but no Cajun Spice

Investment Conclusion
We attended Oracle's applications users conference, AppWorld, which was held in New Orleans. The conference had approximately 11,000 attendees, largely comprised of existing Oracle customers evaluating the company's new e-business applications. On balance, the reaction to the new products was positive.

Our informal survey of attendees confirms that the US economic slowdown has affected IT spending patterns. For e-business applications spending, customers cite that '01 budgets are flat compared to 2001, and will be more selective when making their purchasing decisions. As expected, customers are targeting applications that provide a high return on investment (ROI), such as CRM and SCM.

Although the attraction of an e-business suite is growing, customers are not yet willing to make the commitment to one vendor. Customers maintain a best-of-breed mentality and are not willing to lose functionality to lower cost of ownership. Traction among the middle market customer is lower than expected, largely due to the high up-front costs.

Our discussions with systems integrators indicated that customer are delaying the upgrade from 10.7 to 11i, due to the scale of the conversion as well as the instability of early releases of 11i. The company released a new version of the product, which addresses the stability issue. However, we believe this to be a near-term risk in its application sales.

The CFO, Jeff Henley, gave a presentation for financial analysts. Management provided little color on the upcoming quarter and made no changes to guidance. Management expects application sales to accelerate and

| | |
|---|---:|
| Rating: BUY | |
| ORCL-OTC(2/21/2001) | $23 |
| 52-week | $46 1/2-20 23/32 |
| Shares Out | 5.9 Billion |
| Float | 4.4 Billion Shares |
| Market Cap | $136 Billion |
| Div/Yield | Nil/Nil |
| Fiscal Year | May |
| Book Value | $0.84 per Share |
| FY 2001E ROE | 52.0% |
| LT Debt | $301 Million |
| Preferred | Nil |
| Com Equity | $4.9 Billion |

Earnings per Share
| | |
|---|---:|
| FY 2000 | $0.34 |
| FY 2001E | $0.51 |
| FY 2002E | $0.61 |

P/E Ratio
| | |
|---|---:|
| FY 2000 | 67.6X |
| FY 2001E | 45.1X |
| FY 2002E | 37.7X |

melissa.eisenstat@us.cibc.com

Company Description:
Oracle is the second largest software company. It dominates the enterprise software industry, selling a broad range of products including databases, tools and applications.

ORCL 0000460

http://www.firstcall.com/links/85/85952810826522018930/14350397229115735185/42070... 2/27/2002

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 309144

continued margin expansion during 2HFY01,
which is consistent with recent guidance.

We continue to rate the shares of the
company a Buy, with a target price of $42.


We attended Oracle's applications users conference, AppWorld, which was held
in New Orleans. With a turnout of approximately 11,000, the conference was
attended by existing Oracle customers "test-driving" the company's new
e-business application offerings. The reaction to the new products was
positive by customers, vendors and systems integrator partners. That being
said, we believe that Oracle is still in the early stages of penetrating the
e-business application market.

IT budgets are tightening, but e-business initiatives are still progressing

Our informal survey of customers and systems integrators confirms that IT
spending patterns are being affected by the slowdown in the US economy. As
expected, budgets for e-business applications appear to be flat compared to
last year. Generally speaking, while customers are seeing some belt
tightening around their IT budgets, there is still a corporate focus on
transitioning toward an e-business model. More specifically, customers are
reviewing and making their purchasing decisions on applications that increase
productivity levels and operational efficiencies. The two areas that showed
the greatest level of interest among customers were customer relationship
management (CRM) and supply chain management (SCM), which makes sense since
these two application segments provide a high return on investment.

Suite message is gaining interest, but it is still a best-of-breed world

It appears there is increasing customer interest in the benefits provided by
Oracle's e-business suite of applications, 11i. However, we think it is
unlikely that enterprise customers will abandon the best-of-breed mentality.
Customers we surveyed find the value proposition of a suite intriguing since
it promises lower integration and maintenance costs. However, they are not
willing to sacrifice incremental functionality in lieu of the "promised"
lowered costs. In addition, enterprise customers have already made major
investments in e-business applications over the past year. The majority of
these customers are just beginning to implement and reap the benefits of these
systems, and are unlikely to scrap their recent purchases in order to benefit
from a suite.

Our discussions with systems integrators (SI's) indicate that traction among
middle market customers (companies with revenue of $250 million or less) is
lower than expected, largely due to the high up-front costs in implementing
11i. We have previously commented that an end-to-end suite of e-business
==================================================================

This report is issued by (i) in the US, CIBC World Markets
Corp., a member of the NYSE and SIPC, (ii) in Canada, CIBC
World Markets Inc., a member of the IDA and CIPF, and (iii)
in the UK, CIBC World Markets International Ltd. or CIBC
World Markets plc, each of which is regulated by the SFA.
Any questions should be directed to your sales
representative.

Every state in the United States, province in Canada and
most countries throughout the world have their own laws
regulating the types of securities and other investment

ORCL 0000461

http://www.firstcall.com/links/85/85952810826522018930/14350397229115735185/42070... 2/27/2002

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 309145

products which may be offered to their residents, as well as the process for doing so. As a result, some of the securities discussed in this report may not be available to every interested investor. Accordingly, this report is provided for informational purposes only, and does not constitute an offer or solicitation to buy or sell any securities discussed herein in any jurisdiction where such would be prohibited. No part of any report may be reproduced in any manner without the prior written permission of CIBC World Markets.

The information and any statistical data contained herein have been obtained from sources which we believe to be reliable, but we do not represent that they are accurate or complete, and they should not be relied upon as such. All opinions expressed and data provided herein are subject to change without notice.

A CIBC World Markets company or its shareholders, directors, officers and/or employees, may have a long or short position or deal as principal in the securities discussed herein, related securities or in options, futures or other derivative instruments based thereon. A CIBC World Markets company may have acted as initial purchaser or placement agent for a private placement of any of the securities of any company mentioned in this report, may from time to time solicit from or perform financial advisory, investment banking or other services for such company, or have lending or other credit relationships with the same. The securities mentioned in this report may not be suitable for all types of investors; their prices, value and/or income they produce may fluctuate and/or be adversely affected by exchange rates.

Since the levels and bases of taxation can change, any reference in this report to the impact of taxation should not be construed as offering tax advice; as with any transaction having potential tax implications, clients should consult with their own tax advisors. Past performance is no guarantee of future results.

For private clients in the UK: Investors should seek the advice of an investment advisor if they have any doubts about the suitability of an investment. Although each company issuing this report is a wholly owned subsidiary of Canadian Imperial Bank of Commerce ("CIBC"), each is solely responsible for its contractual obligations and commitments, and any securities products offered or recommended to or purchased or sold in any client accounts (i) will not be insured by the Federal Deposit Insurance Corporation, the Canada Deposit Insurance Corporation or other similar deposit insurance, (ii) will not be deposits or other obligations of CIBC, (iii) will not be endorsed or guaranteed by CIBC, and (iv) will be subject to investment risks, including possible loss of the principal invested. The CIBC trademark is used under license.
( 1999 CIBC World Markets Corp. and CIBC World Markets Inc. All rights reserved.
more to follow...Part 1 of 2

**ORCL 0000462**

http://www.firstcall.com/links/85/85952810826522018930/14350397229115735185/42070...   2/27/2002

**CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER**

**NDCA-ORCL 309146**

```
First Call Corporation, a Thomson Financial company.
All rights reserved.  888.558.2500
]

EON
```

ORCL 0000463

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 309147

```
07:36am EST 23-Feb-01 CIBC World Markets Corp. (M. Eisenstat 212-667-4665) ORCL
ORCL: AppWorld - Upbeat Conference , but no Cajun Spice P2-2
```

Part 2 of 2

applications appeals greatest to the middle market and we think that the less than robust uptake in this segment indicates that we are still in the early innings. As more middle market companies view e-business applications as a tool that provides a competitive advantage rather than a "nice-to-have", we think this segment can be an opportunity for growth. However, we do not expect the middle market to fuel the growth in the near-term.

Technology issues could slow applications upgrade cycle

Based on our discussions with SI's, we believe the upgrade cycle from version 10.7 to 11i could be delayed for roughly one quarter. It appears that existing Oracle 10.7 customers are delaying their upgrade to 11i for two reasons: 1) the migration from 10.7 to 11i is a huge implementations effort and 2) the current version of 11i is noted to have many of bugs (close to 5,000). Oracle has addressed the technical issues with release 3.0 of 11i, and SI's expect the upgrade cycle to ramp in the second half of the year as a result. Another catalyst for an increase in the migration to 11i is the company's plan to stop support of version 10.7 starting December 2002. The second half ramp in application sales is consistent with management's previous comments. We think that the delays in the upgrade cycle pose a near-term risk for application sales .

Analyst meeting with CFO - no change in guidance

At an analyst meeting, the CFO, Jeff Henley, provided little color on the quarter, and gave no changes to company's guidance. Management reiterated their expectations that applications sales will accelerate in 2H FY01 (May 2001), versus 69% in the 1H FY01. Consistent with recent guidance, management also expects margin expansion to continue as more of it e-business applications are implemented internally. They expect an additional $1 billion in cost savings over the year. Management indicated that they see no impact on Oracle's results due to the slowdown in the US economy. However, should the US economy fall into a recession, management stated that growth could be impaired.

Management also provided further details on the progress of 11i. Currently there are 180 customers are live on 11i, with over 2,500 implementations in process. The company continues its development efforts in delivering more robust product. Approximately 45% of 11i is comprised of new modules. Management also sees strong demand in the areas of CRM and SCM.

Our quarterly EPS estimates are shown below.

|                   | 1 Qtr.  | 2 Qtr.  | 3 Qtr.  | 4 Qtr.  | Year    |
|-------------------|---------|---------|---------|---------|---------|
| FY 2000 Actual    | $0.04   | $0.06   | $0.08   | $0.15   | $0.34   |
| FY 2001E Current  | $0.08A  | $0.11A  | $0.12E  | $0.20E  | $0.51E  |
| FY 2002E Current  | $0.08E  | $0.11E  | $0.15E  | $0.26E  | $0.61E  |

**ORCL 0000457**

ORACLE CORP. -Earnings Model ($ in Millions, except EPS)

Source: Company data, CIBC World Markets estimates
================================================================================

http://www.firstcall.com/links/83/83349501901209778336/73621601412108205896/42070... 2/27/2002

**CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER**

**NDCA-ORCL 309148**

This report is issued by (i) in the US, CIBC World Markets Corp., a member of the NYSE and SIPC, (ii) in Canada, CIBC World Markets Inc., a member of the IDA and CIPF, and (iii) in the UK, CIBC World Markets International Ltd. or CIBC World Markets plc, each of which is regulated by the SFA. Any questions should be directed to your sales representative.

Every state in the United States, province in Canada and most countries throughout the world have their own laws regulating the types of securities and other investment products which may be offered to their residents, as well as the process for doing so. As a result, some of the securities discussed in this report may not be available to every interested investor. Accordingly, this report is provided for informational purposes only, and does not constitute an offer or solicitation to buy or sell any securities discussed herein in any jurisdiction where such would be prohibited. No part of any report may be reproduced in any manner without the prior written permission of CIBC World Markets.

The information and any statistical data contained herein have been obtained from sources which we believe to be reliable, but we do not represent that they are accurate or complete, and they should not be relied upon as such. All opinions expressed and data provided herein are subject to change without notice.

A CIBC World Markets company or its shareholders, directors, officers and/or employees, may have a long or short position or deal as principal in the securities discussed herein, related securities or in options, futures or other derivative instruments based thereon. A CIBC World Markets company may have acted as initial purchaser or placement agent for a private placement of any of the securities of any company mentioned in this report, may from time to time solicit from or perform financial advisory, investment banking or other services for such company, or have lending or other credit relationships with the same. The securities mentioned in this report may not be suitable for all types of investors; their prices, value and/or income they produce may fluctuate and/or be adversely affected by exchange rates.

Since the levels and bases of taxation can change, any reference in this report to the impact of taxation should not be construed as offering tax advice; as with any transaction having potential tax implications, clients should consult with their own tax advisors. Past performance is no guarantee of future results.

For private clients in the UK: Investors should seek the advice of an investment advisor if they have any doubts about the suitability of an investment. Although each company issuing this report is a wholly owned subsidiary of Canadian Imperial Bank of Commerce ("CIBC"), each is solely responsible for its contractual obligations and commitments, and any securities products offered or recommended to or

**ORCL 0000458**

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 309149

```
purchased or sold in any client accounts (i) will not be
insured by the Federal Deposit Insurance Corporation, the
Canada Deposit Insurance Corporation or other similar
deposit insurance, (ii) will not be deposits or other
obligations of CIBC, (iii) will not be endorsed or
guaranteed by CIBC, and (iv) will be subject to investment
risks, including possible loss of the principal invested.
The CIBC trademark is used under license.
( 1999 CIBC World Markets Corp.  and CIBC World Markets Inc.
All rights reserved.
First Call Corporation, a Thomson Financial company.
All rights reserved.  888.558.2500
]

EON
```

ORCL 0000459

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 309150