6 of 100 DOCUMENTS

Copyright 2000 Gale Group, Inc.
ASAP
Copyright 2000 ZDNet

eWeek

October 2, 2000

SECTION: Pg. 1

IAC-ACC-NO: 65815029

LENGTH: 1521 words

HEADLINE: Oracle : Database giant is succeeding in e-business by doing things on its own, but for how long?Company Business and Marketing

BYLINE: Burt, Jeffrey; Lelii, Sonia R.

BODY:
   When Nantucket All serve Inc. be gan looking last year for a company to Web-enable its back-office systems, the maker of Nantucket Nectars looked at the usual suspects, including Oracle Corp., J.D. Edwards &amp; Co., SAP AG and Solomon Software Inc.

   The Cambridge, Mass., company in December finally chose Oracle for the breadth of its offering and the promise of the company's e-Business Suite 11i, its much-anticipated Web-enabled package of enterprise applications. Released in May, 11i handles everything from sales and supply chain to customer service and human resources.

   In four months, Oracle was able to install Version 11.0.3 of its applications suite an interim stage on the way to 11i and the juice company went live with it in March, said Lee Gordon, IT manager for Nantucket.

   The company is going to wait until early next year before proceeding with the full installation of the 11i applications. Having heard of other sites' implementation problems, such as multiple software patches and long processing times, Gordon opted to wait for the new package to work out the kinks.

   "It just makes sense to wait until it comes out," Gordon said. "It's common business sense to let others make the mistakes. Any new product is going to have its sets of glitches."

   Watching and waiting. The story is symbolic as Nantucket and many other businesses are watching as Oracle the second-largest software company in the world continues its push into new arenas, such as e-business, business to business and services, outside of its core database operation. The result is a work in progress.

   After a few years of missteps such as Oracle CEO Larry Ellison's prediction of the rise of network computers, which have yet to take off Oracle is making a strong comeback by using its longtime strengths, notably databases and ERP (enterprise resource planning) applications, to launch it into the exploding B2B space (see Tech Analysis, Page 32).

ST&B 008663

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 307399

The Redwood Shores, Calif., company is doing it the only way it knows how on its own. In a B2B world of alliances and partnerships and best-of-breed installations, Oracle is still offering itself as an integrated, one-stop shop for all e-commerce needs, from Web-enabling back-office systems to creating e-marketplaces.

How it fares is yet to be determined, although the company comes in with tremendous financial health and momentum behind its e-business initiatives, including streamlining its own business using Oracle software in a move that could save it more than $ 1 billion.

On the exchange side, it faces stiff competition from the likes of Ariba Inc. and Commerce One Inc. And the success of 11i in managing e- business relationships will go a long way in determining how Oracle does in B2B, a space that is expected to generate well over $ 1 trillion in transactions by 2004.

Nantucket is betting that Oracle, once it works out the installation issues with 11i, will succeed. Nan tucket is using Oracle applications to enable salespeople and its 150-plus distributors to access its back- office systems using only a browser.

"Our chief customer is the distributor, not the end user," Gordon said. With Oracle's application suite, "[customers] can find out where an order stands, if it's in stock, what the inventory is. ... We've grown from a $ 10 million company to an $ 80 million company. [Oracle's suite] will support us at $ 80 million, and it will support us when we're $ 300 million."

Alliance Coal LLC, a mining company based in Tulsa, Okla., has also heard implementation horror stories and is waiting as long as it can to install 11i. An Oracle shop since 1997 and among the first to use Oracle's payroll application, Alliance runs Version 10.7 of the application.

Geoff Goolsbay, ITS manager for application services at Alliance, said he would like to wait until the 11i suite stabilizes but is being pressed into installing it early next year. The company uses the Oracle Payroll application, and Oracle has told Goolsbay there will be no end- of-year patches for the product next year. That means Alliance must upgrade to 11i by December of next year, or it will be unable to produce such documents as W-2 tax forms. That also means two major upgrades: first to Version 11, then 11i.

"Oracle publishes a 10.7-to-11 change document, and an 11-to-11i change document, but what they don't give you is a 10.7-to-11i document. That is amazing to me," Goolsbay said.

Oracle has been making a lot of noise in the e-marketplace arena. Over the past year, the company has announced a number of large customer wins notably Sears, Roebuck and Co.; Chevron Corp.; and Aeroxchange, an airline industry exchange.

Oracle is going against the grain in this space. While competitors like Ariba, whose partners are IBM and i2 Technologies Inc., and Commerce One, which is allied with SAP, join forces with other technology companies to extend their capabilities, Oracle again is standing alone. That strategy is being debated.

"The theme of the year 2000 is partnerships," said AMR Research Inc. analyst David Boulanger, in Boston. "If you look at a lot of the competition, like SAP and i2, they all have partnered. The real question to me is, in e-commerce, does Oracle want to play alone, or does it want to partner?"

Oracle executives argue that the company offers a fully integrated product, rather than a hodgepodge of disparate tools. "Oracle's approach is if we are

ST&B 008664

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 307400

going to build all this out, we want to go get the expertise," said Jeffrey Caldwell, Oracle's vice president of Internet procurement and exchanges. "When we need to go out and get expertise ... we do not need to go out and partner."

However, they have partnered with General Electric Capital Corp., Citibank and American Express Co. to incorporate financial services, such as credit guarantees, escrow services and procurement cards, into the Oracle offering. "Those are common financial services that banks have an expertise in and Oracle doesn't because we're not a bank," Caldwell said.

However, rivals say that the e-commerce space is moving too fast and that customers are demanding too much for one company to do it all.

Oracle is getting good news from analysts. AMR on Sept. 22 released a report calling the Ariba-i2-IBM partnership "fragile," with a "pile of technology that won't easily be integrated by the vendors or users."

Still, it was the tightly integrated features of Oracle's e-marketplace application and its deep roots in data management that convinced Ford Motor Co. to have the company power its auto exchange, which launched in January.

"Oracle really understands what managing data is all about because its roots are in the business," said Susan DeSandre, vice president of Ford's B2B ConsumerConnect program in Dearborn, Mich. "And that is really key in our business."

Oracle's most ambitious project to date is Covisint, the massive online exchange set up by the Big Three auto makers Ford, General Motors Corp. and DaimlerChrysler AG. The Ford exchange will be absorbed into Covisint once the larger exchange is up and running later this year. The project already has received the OK from the Federal Trade Commission. Now it awaits approval from regulators in Germany.

Oracle and Commerce One, GM's technology partner, are not actively partnering but are sharing the stage in developing Covisint. And, so far, the in te gra tion of the companies' technolo gies has gone smoothly.

Covisint, which will run on Solaris, comprises several marketplaces hosted on one site. This complexity, along with the challenge of integrating all of the auto motive suppliers into the exchange, is what gave Oracle and Commerce One a leg up on their com pet i tors when it came time to choose technology partners.

"Ariba and i2 are just selling homegrown solutions," said Peter Weiss, director of DaimlerChrysler's exchange activities in Auburn Hills, Mich. "We needed a lot of customization and integration, not a template."

Oracle's rivals say that in the New Economy, the company's do-it-all philosophy won't work. Nick Solinger, Ariba's director of product marketing, in Mountain View, Calif., said his company's philosophy of partnering with the best technology companies is winning out; according to its numbers, Ariba is powering more than 150 marketplaces, compared with Commerce One's 40 and Oracle's 30.

And Oracle, like SAP, another ERP giant, doesn't have the corporate culture that will allow it to easily align itself with others, Solinger said. "They both have a tradition of expecting customers to adapt to their technology rather than adapting to [their customers]," he said.

Few can argue with the success of Oracle, but the big question remains: Can Oracle become a latter-day Micro soft Corp., using its database business to take over other markets? Even Bill Gates &amp; Co. have been forced to look outside their company to service and software providers, realizing they can't do it all

ST&B 008665

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 307401

on their own. For Oracle to succeed, it ultimately may have to follow the same path.

IAC-CREATE-DATE: October 9, 2000

LOAD-DATE: October 10, 2000

ST&B 008666

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 307402