The ITworld.com Network

Network Search ☐ Sites ☐ Services ☐ ITcareers

Search [        ] Advanced Search | Contacts

News & Features | Resources/Research | Careers | Communities | Subscriptions | Media Center
Headlines | Biz Stories | Tech Stories | Emerging Companies | QuickStudy | Columnists | This Week in Print | CW Minute

News & Features

NEWS
Latest Headlines
• Browse by Date
• Browse by Topic
Business Headlines
Tech Headlines
This Week in Print
CW Audio Minute

FEATURES
Field Reports
Emerging Companies
QuickStudies
Executive Technology

OPINIONS
Latest Columns
All Columnists
Forums
Letters
Shark Tank

PUBLICATIONS
Supplements
White Papers
Surveys & Reports

QUICKPOLL
Take Latest poll
Archives

# Users Vent Frustration Over Oracle CRM/ERP Upgrades

**'Not ready for prime time' among complaints at conference**

By MARC L. SONGINI
(October 30, 2000) Honolulu

Oracle users last week expressed frustration over problems with upgrading to Oracle's new E-Business Suite 11i software.

During sessions at the Oracle Applications Users Group (OAUG) conference here, attendees complained about a lack of reliable information about the status of the applications, a flurry of bug-fix patches, malfunctioning modules and the difficulty in getting help from Oracle Corp.'s customer service organization. Several attendees said Oracle has released about 5,000 patches that for 11i.

The software "is not ready for prime time," said Donna Rosenstrater, an OAUG board member who works at San Jose-based electronics contract manufacturer Sanmina Corp.

The 11i suite, which became fully available in May, is the latest version of Oracle's Web-based enterprise resource planning (ERP) and customer relationship management (CRM) applications. Oracle plans to stop offering free customer support on most of its earlier releases at the end of next year, which means users will have to upgrade or pay extra for support.

**Long Time to Upgrade**

Karen Gilbert, an OAUG director who works at Dallas-based consulting firm Computer Systems Authority, said the general rule of thumb among users is that it takes about seven days to go live with 11i, whereas most companies typically have just a weekend to implement an upgrade.

Gilbert also claimed that Oracle's own support staff hasn't been properly trained on the workings of the 11i suite.

Oracle's applications unit needs to start performing triage by

ADVERTISEMENT

MORE ON THIS TOPIC

Candidates use databases, mapping technology to target voters

Users upset by reduced Oracle presence at OAUG conference

ByeByeNow.com Says 'Hello' to Real-Time Tech

Who pays for vendor's development costs?

Epicentric Opens Doors to E-Commerce

E-Customer Service Gets Real

CA pricing goes subscription

AOL, Yahoo Roll Out Wireless IM Services

Napster Helps Notes

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER                    NDCA-ORCL1054611

stopping new-product development work and focusing resources on helping users get through their upgrades, she said.

Not all user experiences have been negative. The new installations seem to be going more smoothly than the upgrades, said observers.

For example, Pella Corp., a window and door manufacturer in Pella, Iowa, went live with 11i's financial modules after spending 17 weeks installing the software.

"Slowly but surely, we're rolling out 11i," said Pella Vice President and CIO Steve Printz.

Jeremy Burton, senior vice president of products and services at Oracle, said only 43 companies have gone live with 11i applications thus far.

But, he said, it doesn't take as long to implement the new Oracle applications as it does to install ERP systems from rival vendors.

Any new application release is bound to have bugs, Burton said, but he described the 5,000-patch figure cited by OAUG attendees as too high. While he wouldn't disclose a specific total of patches, Burton said Oracle has "a huge services organization geared up to help solve these problems" during migrations.

Oracle's Appsnet online community is one venue where users can share migration tips and other information, said Burton.

Other recent stories by Marc L. Songini

Creator Find Groove

XML Gains Momentum in Financial Services Industry

Send feedback   Printer friendly   E-mail this page   Request a reprint

Help Desk | Site Guide | Send Us E-mail | Privacy Policy

Copyright © 2000 Computerworld, Inc. All rights reserved. Reproduction in whole or in part in any form or medium without express written permission of Computerworld, Inc. is prohibited. Computerworld and @Computerworld and the respective logos are trademarks of International Data Group, Inc.

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER          NDCA-ORCL1054612