1  LATHAM & WATKINS LLP
     Peter A. Wald (SBN 85705)
2    Michele F. Kyrouz (SBN 168004)
   505 Montgomery Street, Suite 2000
3  San Francisco, CA  94111-2562
   Telephone: (415) 391-0600
4  Facsimile: (415) 395-8095
   E-mail: peter.wald@lw.com
5         michele.kyrouz@lw.com

LATHAM & WATKINS LLP
  Patrick E. Gibbs (SBN 183174)
  Matthew Rawlinson (SBN 231890)
140 Scott Drive
Menlo Park, CA 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600
E-mail: patrick.gibbs@lw.com
     matt.rawlinson@lw.com

6  LATHAM & WATKINS LLP
     Jamie L. Wine (SBN 181373)
7  633 West Fifth Street, Suite 4000
   Los Angeles, CA 90071
8  Phone: (213) 485-1234
   Fax: (213) 891-8763
9  E-mail: jamie.wine@lw.com

10 Attorneys for Defendants ORACLE CORPORATION, LAWRENCE
   J. ELLISON, JEFFREY O. HENLEY, and EDWARD J. SANDERSON
11

12 ORACLE CORPORATION
     Dorian E. Daley (SBN 129049)
13   James C. Maroulis (SBN 208316)
   500 Oracle Parkway
14 Mailstop 5OP7
   Redwood Shores, California 94065
15 Telephone: (650) 506-5200
   Facsimile: (650) 506-7114
16 E-mail: jim.maroulis@oracle.com

17 Attorneys for Defendant ORACLE CORPORATION

18 **UNITED STATES DISTRICT COURT**

19 **NORTHERN  DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION**

20 | In re ORACLE CORPORATION SECURITIES LITIGATION | Master File No. C-01-0988-MJJ (JCS) (Consolidated) |
|---|---|
| | <u>CLASS ACTION</u> |
| This Document Relates To:<br><br>ALL ACTIONS. | **MANUAL FILING NOTIFICATION FOR EXHIBITS 1, 2, 11, AND 13 TO THE DECLARATION OF REES F. MORGAN IN SUPPORT OF DEFENDANTS' OPPOSITION TO MOTION TO EXCLUDE EXPERT TESTIMONY EDWARD YOURDON** |

<u>**MANUAL FILING NOTIFICATION**</u>

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

MANUAL FILING NOTIFICATION FOR MORGAN DEC. ISO
DEFENDANTS' OPPOSITION TO MOTION TO EXCLUDE
EXPERT TESTIMONY OF EDWARD YOURDON
MASTER FILE NO. C-01-0988-MJJ (JCS)

1  Regarding Exhibit 1, 2, 11 and 13 to the Declaration of Rees F. Morgan in Support of
2  Defendants' Opposition to Motion to Exclude Expert Testimony of Edward Yourdon:
3  This filing is in paper or physical form only, and is being maintained in the case file in the
4  Clerk's office.
5  If you are a participant on this case, this filing will be served in hard-copy shortly.
6  For information on retrieving this filing directly from the court, please see the court's main web
7  site at http://www.caed.uscourts.gov under Frequently Asked Questions (FAQ).  This filing was
8  not e-filed for the following reason(s):
9  _X_    Voluminous Document (PDF file size larger than e-filing system allowances)
10  ___    Unable to Scan Documents
11  ___    Physical Object (description): _____
12  ___    Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media
13  ___    Item Under Seal
14  ___    Conformance with the Judicial Conference Privacy Policy (General Order 53).
15  ___    Other (description): _____

17  DATED:  October 9, 2006                    Respectfully submitted,

18                                             LATHAM & WATKINS LLP
                                                 Peter A. Wald
19                                               Michele F. Kyrouz
                                                 Jamie L. Wine
20                                               Patrick E. Gibbs
                                                 Matthew Rawlinson
21

22                                                      /S/

23                                             By:_____
                                                 Patrick Gibbs
24                                               Attorneys for Defendants ORACLE
                                                 CORPORATION, LAWRENCE J.
25                                               ELLISON, JEFFREY O. HENLEY,
                                                 and EDWARD J. SANDERSON
26

27  || ||

28

2

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

MANUAL FILING NOTIFICATION FOR MORGAN DEC. ISO
DEFENDANTS' OPPOSITION TO MOTION TO EXCLUDE
EXPERT TESTIMONY OF EDWARD YOURDON
MASTER FILE NO. C-01-0988-MJJ (JCS)