| | |
|---|---|
| LATHAM & WATKINS LLP<br>  Peter A. Wald (SBN 85705)<br>  Michele F. Kyrouz (SBN 168004)<br>505 Montgomery Street, Suite 2000<br>San Francisco, California 94111-2562<br>Telephone: (415) 391-0600<br>Facsimile: (415) 395-8095<br>E-mail: peter.wald@lw.com<br>      michele.kyrouz@lw.com | LATHAM & WATKINS LLP<br>  Patrick E. Gibbs (SBN 183174)<br>  Matthew Rawlinson (SBN 231890)<br>140 Scott Drive<br>Menlo Park, California 94025<br>Telephone: (650) 328-4600<br>Facsimile: (650) 463-2600<br>E-mail: patrick.gibbs@lw.com<br>      matt.rawlinson@lw.com |

LATHAM & WATKINS LLP
  Jamie L. Wine (SBN 181373)
633 West Fifth Street, Suite 4000
Los Angeles, California 90071
Phone: (213) 485-1234
Fax: (213) 891-8763
E-mail: jamie.wine@lw.com

Attorneys for Defendants ORACLE CORPORATION, LAWRENCE J. ELLISON, JEFFREY O. HENLEY, and EDWARD J. SANDERSON

ORACLE CORPORATION
  Dorian Daley (SBN 129049)
  James C. Maroulis (SBN 208316)
500 Oracle Parkway
Mailstop 5OP7
Redwood Shores, California 94065
Telephone: (650) 506-5200
Facsimile: (650) 506-7114
E-mail: jim.maroulis@oracle.com

Attorneys for Defendant ORACLE CORPORATION

## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Master File No. C-01-0988-MJJ<br>(Consolidated)<br><br>**DECLARATION OF PETER W. BALDWIN IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO EXCLUDE THE TESTIMONY OF DEFENDANTS' ACCOUNTING EXPERT, J. DUROSS O'BRYAN** |

LATHAM•WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

BALDWIN DECL. IN SUPPORT OF DEFENDANTS' OPPOSITION
TO PLAINTIFFS' MOTION TO EXCLUDE O'BRYAN TESTIMONY
Master File No. C-01-0988-MJJ

I, Peter W. Baldwin, declare as follows:

1. I am an attorney duly licensed to practice before the courts of the State of California. I am an associate with the law firm of Latham & Watkins LLP, counsel of record for defendants in the above-entitled action. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. I submit this declaration (the "Baldwin Declaration") in support of Defendants' Opposition to Plaintiffs' Motion to Exclude the Testimony of Defendants' Accounting Expert, J. Duross O'Bryan.

3. Attached hereto as Exhibit 1 is a true and correct copy of the Stipulation Regarding Expert Discovery, executed February 6, 2007.

4. Attached hereto as Exhibit 2 is a true and correct copy of the Expert Witness Report of J. Duross O'Bryan, dated May 25, 2007.

5. Attached hereto as Exhibit 3 is a true and correct copy of excerpts from the transcript of the July 12, 2007 deposition of J. Duross O'Bryan.

6. Attached hereto as Exhibit 4 is a true and correct copy of the Expert Rebuttal Report of J. Duross O'Bryan, dated June 22, 2007.

7. Attached hereto as Exhibit 5 is a true and correct copy of the Expert Report of D. Paul Regan, dated May 25, 2007.

8. Attached hereto as Exhibit 6 is a true and correct copy of excerpts from the transcript of the July 9, 2007 deposition of D. Paul Regan.

9. Attached hereto as Exhibit 7 is a true and correct copy of an August 14, 2007 Letter from Brian T. Glennon to Eli R. Greenstein.

10. Attached hereto as Exhibit 8 is a true and correct copy of an August 27, 2007 Letter from Eli R. Greenstein to Brian T. Glennon.

11. Attached hereto as Exhibit 9 is a true and correct copy of excerpts from the transcript of a June 30, 2006 Telephonic Hearing Conference at the deposition of Hewlett-Packard.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

BALDWIN DECL. IN SUPPORT OF DEFENDANTS' OPPOSITION
TO PLAINTIFFS' MOTION TO EXCLUDE O'BRYAN TESTIMONY
Master File No. C-01-0988-MJJ

1

1  12. Attached hereto as Exhibit 10 is a true and correct copy of the criminal complaint in the matter of *People v. Hahn*, filed December 19, 2005, in the Superior Court of California, County of Sacramento.

13. Attached hereto as Exhibit 11 is a true and correct copy of the Court Order Granting Adam Hahn's Motion for Protective Order, dated April 26, 2006.

14. Attached hereto as Exhibit 12 is a true and correct copy of excerpts from the transcript of the June 24, 2006 deposition of Cathy Orr.

15. Attached hereto as Exhibit 13 is a true and correct copy of excerpts from the transcript of the October 5, 2006 deposition of Ian Hatada.

16. Attached hereto as Exhibit 14 is a true and correct copy of excerpts from the transcript of the October 10, 2006 deposition of Ian Hatada.

I hereby declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on August 27, 2007 in Los Angeles, California.

_____/s/_____
Peter W. Baldwin

LATHAM&WATKINS
ATTORNEYS AT LAW
SAN FRANCISCO

BALDWIN DECL. IN SUPPORT OF DEFENDANTS' OPPOSITION
TO PLAINTIFFS' MOTION TO EXCLUDE O'BRYAN TESTIMONY
Master File No. C-01-0988-MJJ
2