```
***********************************
     SERIAL BROADCAST REPORT (1)
***********************************
```

(TUE) AUG 14 2007 16:08
LATHAM & WATKINS LLP Fax Machine #2

| DOCUMENT # | TIME STORED | TIME SENT | DURATION | TOT. DST | PAGES |
|---|---|---|---|---|---|
| 4861909-363 | 8.14 16:06 | 8.14 16:07 | 1'04" | 2 | 3 |

| FIN. | 2 |
|---|---|

| ##56316192317423 | ##8832884534 |
|---|---|

# LATHAM&WATKINS LLP

505 Montgomery Street, Suite 2000
San Francisco, California 94111-2562
Tel: (415) 391-0600  Fax: (415) 395-8095
www.lw.com

FIRM / AFFILIATE OFFICES

| Barcelona | New Jersey |
| Brussels | New York |
| Chicago | Northern Virginia |
| Frankfurt | Orange County |
| Hamburg | Paris |
| Hong Kong | San Diego |
| London | San Francisco |
| Los Angeles | Shanghai |
| Madrid | Silicon Valley |
| Milan | Singapore |
| Moscow | Tokyo |
| Munich | Washington, D.C. |

**FACSIMILE TRANSMISSION**
August 14, 2007

To:
**Mark Solomon, Esq.**    Fax: (619) 231-7423    Tel: (619) 231-1058
Lerach Coughlin Stoia Geller
Rudman & Robbins, LLP

**Eli Greenstein**    (415) 288-4534    (415) 288-4545
**Shawn A. Williams, Esq.**
Lerach Coughlin Stoia Geller
Rudman & Robbins, LLP

From: Brian T. Glennon
Re: In re Oracle Corporation Securities Litigation

☐ Original(s) to follow    Number of pages, including cover: 3

Please see attached.

# LATHAM&WATKINS LLP

505 Montgomery Street, Suite 2000
San Francisco, California 94111-2562
Tel: (415) 391-0600  Fax: (415) 395-8095
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Barcelona | New Jersey |
| Brussels | New York |
| Chicago | Northern Virginia |
| Frankfurt | Orange County |
| Hamburg | Paris |
| Hong Kong | San Diego |
| London | San Francisco |
| Los Angeles | Shanghai |
| Madrid | Silicon Valley |
| Milan | Singapore |
| Moscow | Tokyo |
| Munich | Washington, D.C. |

**FACSIMILE TRANSMISSION**
August 14, 2007

| To: | Mark Solomon, Esq.<br>Lerach Coughlin Stoia Geller<br>Rudman & Robbins, LLP | Fax: (619) 231-7423 | Tel: (619) 231-1058 |
|---|---|---|---|
| | Eli Greenstein<br>Shawn A. Williams, Esq.<br>Lerach Coughlin Stoia Geller<br>Rudman & Robbins, LLP | (415) 288-4534 | (415) 288-4545 |

| From: | Brian T. Glennon |
|---|---|
| Re: | In re Oracle Corporation Securities Litigation |
| ☐ Original(s) to follow | Number of pages, including cover: 3 |

**Please see attached.**

The information contained in this facsimile is confidential and may also contain privileged attorney-client information or work product. The information is intended only for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. If you have received the facsimile in error, please immediately notify us by telephone, and return the original message to us at the address above via the U.S. Postal service. Thank you.

**If there are any problems with this transmission, please call (415) 395-8015.**

# LATHAM&WATKINS LLP

633 West Fifth Street, Suite 4000
Los Angeles, California 90071-2007
Tel: +213.485.1234  Fax: +213.891.8763
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Barcelona | New Jersey |
| Brussels | New York |
| Chicago | Northern Virginia |
| Frankfurt | Orange County |
| Hamburg | Paris |
| Hong Kong | San Diego |
| London | San Francisco |
| Los Angeles | Shanghai |
| Madrid | Silicon Valley |
| Milan | Singapore |
| Moscow | Tokyo |
| Munich | Washington, D.C. |

File No. 038128-0025

August 14, 2007

**VIA FACSIMILE**

Eli R. Greenstein, Esq.
Lerach Coughlin Stoia Geller
Rudman & Robbins LLP
100 Pine Street, Suite 2600
San Francisco, California 94111

    Re:  *In re Oracle Corporation Securities Litigation,*
          Master File No. C-01-0988-MJJ (N.D. Cal.)

Dear Eli:

    We are writing with respect to Plaintiffs' Motion to Exclude the Testimony of Defendants' Accounting Expert J. Duross O'Bryan. In that Motion, Plaintiffs claim that some of Mr. O'Bryan's testimony and opinions should be excluded because, for certain portions of his testimony, he referred to a binder containing materials that Plaintiffs claim have not been produced. This binder was prepared by Mr. O'Bryan's colleagues, in preparation for his deposition (after submission of his initial and rebuttal expert reports), and the materials within it consist of and/or are derived from produced, source documents. Indeed, Mr. O'Bryan testified that, in forming his opinions and providing his testimony, he relied upon the underlying source documents, all of which have been produced to Plaintiffs. (*See, e.g.,* O'Bryan Tr. at 141:12-142:24.)

    Plaintiffs thus have not advanced a proper basis for a *Daubert* motion, nor have Plaintiffs established any foundation requiring production of the binder. (*See* Stipulation Regarding Expert Discovery, at ¶ 6 ("[T]he parties agree that other data or information that may have been considered by a Testifying Expert but was not relied on by the Testifying Expert in forming her or his opinions need not be disclosed or produced.").) Moreover, Plaintiffs failed to request the binder following Mr. O'Bryan's deposition, and instead chose to use the binder as a means of excluding certain portions of Mr. O'Bryan's testimony and opinions. We further note that Plaintiffs' accounting expert, D. Paul Regan, relied extensively upon multiple binders during his testimony, and those binders contained annotations, highlighted passages and other flagged materials. (*See, e.g.,* Regan Tr. at 190:19-191:4 and 237:25-238:17.) Plaintiffs have not produced these binders to Defendants.

    Defendants firmly believe Plaintiffs' arguments have no merit and Mr. O'Bryan's testimony and opinions will not be excluded. However, in order to resolve any questions raised by the use of these binders by both Plaintiffs' and Defendants' accounting experts, Defendants

LA\1759946.2

**LATHAM&WATKINS**LLP

are willing to produce a copy of the binder to which Mr. O'Bryan referred during his deposition, on the condition that Plaintiffs also produce the binders upon which Mr. Regan relied during his deposition.

We look forward to hearing from you regarding this issue.

Very truly yours,

Brian T. Glennon
of LATHAM & WATKINS LLP

cc:   Shawn A. Williams, Esq.

LA\1759946.2