IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRIT OF CALIFORNIA

--oOo--

In re ORACLE CORPORATION
SECURITIES LITIGATION

File No. C-01-0988-MJJ
_____/

--oOo--

TUESDAY, OCTOBER 10, 2006

--oOo--

VOLUME 2

VIDEOTAPED DEPOSITION OF

IAN HATADA

--oOo--

Reported By:   CAROL NYGARD DROBNY, CSR No. 4018
               Registered Merit Reporter

Certified Copy

```
 1          MR. GREENSTEIN:  Objection.  Mischaracterizes
 2   testimony.  Compound.  Vague and ambiguous.  Lacks
 3   foundation.  Calls for speculation.
 4          THE WITNESS:  Correct.
 5   BY MR. GLENNON:
 6      Q.   Before the fall of 20002 did you know what a
 7   "debit memo" was?
 8          MR. GREENSTEIN:  Objection.  Vague.
 9          THE WITNESS:  No.
10   BY MR. GLENNON:
11      Q.   Before the fall of 2002 did you know what
12   debit memos were used for in the Oracle system?
13          MR. GREENSTEIN:  Objection.  Vague.  Lacks
14   foundation.
15          THE WITNESS:  No.
16   BY MR. GLENNON:
17      Q.   Before the fall of 2002 did you understand the
18   credits and debits associated with debit memos?
19          MR. GREENSTEIN:  Objection.  Vague.
20   Foundation.  Speculation.
21          THE WITNESS:  No.
22   BY MR. GLENNON:
23      Q.   As you sit here today, do you have an
24   understanding as to a what a "debit memo" is?
25      A.   No.  I couldn't give you a full description on
```

1  it, what exactly it was.
2      Q.   As you sit here today, do you have an
3  understanding as to the accounting entries associated
4  with debit memos in the Oracle system?
5          MR. GREENSTEIN:  Objection.  Vague.  Lacks
6  foundation.  Calls for speculation.
7          THE WITNESS:  Can you repeat that?
8          MR. GLENNON:  Can I have the Court Reporter
9  repeat the question, please.
10         (Record Read)
11         MR. GREENSTEIN:  Same objections.
12         THE WITNESS:  I couldn't give you a full
13 description, no.
14 BY MR. GLENNON:
15     Q.   Well, can you give me any description as to
16 the accounting entries that are associated with debit
17 memos?
18         MR. GREENSTEIN:  Same objections.
19         THE WITNESS:  From what I understand, debit
20 memos are created when you're in the application.
21         Whether credits are -- are done, like I said,
22 I couldn't give you a full description of exactly what
23 it is.
24 BY MR. GLENNON:
25     Q.   Did you personally participate in the creation

1   of the 46,000 debit memos on November 17th, 2000?
2           MR. GREENSTEIN:  Objection.  Lacks foundation.
3   Vague.
4           THE WITNESS:  No.
5   BY MR. GLENNON:
6       Q.   Do you know whether the debit memos that were
7   created on November 17th, 2000 were created manually or
8   through a computer program?
9           MR. GREENSTEIN:  Objection.  Vague.  Calls for
10  speculation.
11          THE WITNESS:  From what I was told they were
12  -- created by both.
13  BY MR. GLENNON:
14      Q.   And who told you that the debit memos were
15  created both manually and by a computer script?
16      A.   Michael Quinn and Greg Myers.
17      Q.   And when did they tell you that?
18      A.   In our first meeting to discuss the
19  reconciliation of this project.
20      Q.   And what was the date of that first meeting?
21      A.   I'm not sure.
22      Q.   Do you know the year of that first meeting?
23      A.   I believe it was '02.
24      Q.   Do you know whether that meeting took place in
25  2003?

```
 1                          --oOo--
 2           I, CAROL NYGARD DROBNY, a Certified Shorthand
 3   Reporter of the State of California, duly authorized to
 4   administer oaths, do hereby certify:
 5           That I am a disinterested person herein; that
 6   the Witness, IAN HATADA, named in the foregoing
 7   deposition was by me duly sworn to testify the truth,
 8   the whole truth, and nothing but the truth; that the
 9   deposition was reported in shorthand by me, CAROL NYGARD
10   DROBNY, a Certified Shorthand Reporter of the State of
11   California, and thereafter transcribed into typewriting.
12           That before completion of the deposition,
13   review of the transcript [X ] was [ ] was not requested.
14   If requested, any changes made by the deponent (and
15   provided to the Reporter) during the period allowed are
16   appended hereto.
17
18                   Dated:  October 14, 2006
19
20                   _____
21                   CAROL NYGARD DROBNY CSR #4018
22                          --oOo--
23
24
25
```