# ALERT ON E-BUSINESS TECHNOLOGY

DECEMBER 6, 2000

*AMR Research: Bold Ideas. Compelling Research. Unparalleled Service.*

## INCLUDED:

**Integrated Suite vs. Best-of-Breed: Oracle Says It Has the Answer**
*Every couple of years we seem to go back to the way things used to be and then someone comes along and says it could be better if we did it differently. The decision to go with an integrated suite versus best-of-breed is one of those things that has been debated since the beginning of packaged software.*

**Microsoft, webMethods, and VeriSign Work Together To Ease Security Concerns**
*Microsoft, webMethods, and VeriSign are making it even easier for companies to include security as a customary aspect of their business strategy. The XML Key Management Specification (XKMS) is the latest security technology aimed at providing secure transactions over the Internet.*

**Hosted Infrastructure Market Delivers Options to the Diverse Business Community**
*The delivery of hosted integration services is a rapidly developing market. Vendors primarily deliver a hub similar to a Value-Added Network (VAN). The service is valuable to companies trying to create an electronic relationship with a diverse community.*

**The Age of 40-Gigabit-per-Second Communications Is Upon Us**
*Lucent Technologies and GlobalCrossing are conducting trials of Lucent's LambdaRouter, a device capable of carrying as much information per second as the entire Internet.*

**Random Notes**

*The Alert on E-Business Technology is a weekly bulletin that offers AMR Research analysis of industry events. This is a news-driven publication. If you want to talk further about any item in this Alert, please call your Client Research Manager at AMR Research to schedule a discussion with the appropriate analyst.*

## INTEGRATED SUITE VS. BEST-OF-BREED: ORACLE SAYS IT HAS THE ANSWER

The debate over integrated suite vs. best-of-breed has been around since the beginning of packaged software. **IBM** set the stage back in the 1970s with all the system software you needed to run your mainframe. Then **Microsoft** came along in the early 90s with everything you needed to run the desktop. So, is there going to be one vendor that can solve all the needs of running an e-business in this decade? **Oracle** says it will be the one. It probably is too early to tell, but that is Oracle's strategy and it's making plans to be the integrated suite for all your e-business needs.

Now, making plans and having a strategy does not mean that it is there today. Oracle is, however, the only vendor making the statement that it can do it all, while everyone else talks of partnerships and integration is the "word of the day." The two main questions that need to be answered are whether Oracle can do it and what it is that organizations want or need. Oracle's plans appear to be solid, but its ability to execute is something that only time will tell. The second question is something worth talking about today.

Through all the debates over integrated suite vs. best-of-breed, have more businesses succeeded when they went one way or another? I don't think anyone has kept track, but let's look at the major differences. An integrated suite gives you the following benefits:

- With an integrated suite, there is no need to spend time or money on integration. The applications are going to be integrated and the tools are built to work well with them.

- The support and maintenance issues are less with integrated suites because you are working with a single vendor.

Two Oliver Street, Fifth Floor, Boston, MA 02109   Tel: +1-617-542-6600   Fax: +1-617-542-5670
Offices in Irvine, CA and London, United Kingdom   www.amrresearch.com

© 2000 AMR Research, Inc. All Rights Reserved. Contents may not be reproduced in whole or in part without written permission of publisher.

NDCA-ORCL 009597



# ALERT ON E-BUSINESS TECHNOLOGY

DECEMBER 6, 2000

*AMR Research: Bold Ideas. Compelling Research. Unparalleled Service*

- The release of the products and timeliness of enhancements in integrated suites are usually coordinated to lessen the burden on the IT staff for upgrades.
- Most of the time, integrated suites allow users to share information between applications, making it easier to manage business processes, such as a single customer database as opposed to several different ones.
- An integrated suite lets users turn to a single vendor to understand the growth and future needs as a customer.

The reality is that this is the vision, but there are only a few vendors that have been successful at implementing it. It is not easy to make this happen, which is why many times companies turn to the best-of-breed vendor. Users know best-of-breed vendors have the functionality they need and will be able to deliver a system that completely covers a particular business process. As you look at the complexities of an organization today and the amount of money spent in the last few years on integration, it would seem that the world is ready for another integrated suite success story. Oracle has the vision, the question yet to be answered is whether or not it will be able to deliver.—*Colleen Niven*

## MICROSOFT, WEBMETHODS, AND VERISIGN WORK TOGETHER TO EASE SECURITY CONCERNS

Microsoft, webMethods, and VeriSign are making it even easier for companies to include security as a customary aspect of their business strategy. The XML Key Management Specification (XKMS) is the latest security technology aimed at providing secure transactions over the Internet. It uses Extensible Markup Language (XML), the standard language for businesses to share information online, to integrate technologies such as the digital signature and encryption into a variety of e-commerce transactions.

Currently, organizations must place these complex technologies on the actual application, causing interoperability issues. To enable an application with the ability of digital certificates, special toolkits from a certain vendor are used, causing the security functions of that application to only be compatible with that vendor. With the new XKMS architecture, the security technology can be moved away from the application level and out onto the server. Functions such as encryption and digital signature can then be easily accessed through programmed XML transactions. XKMS is also compatible with the emerging standards for Web Services Description Language (WSDL) and Simple Object Access Protocol (SOAP), and is being presented to the World Wide Web Consortium (W3C).

With the growing demand for security in general and the increasing market potential of B2B exchanges, the XKMS standard is an important step in securing the massive number of transactions that take place over the Internet on a daily basis. Integration issues are a major challenge among all companies that intend to participate in online marketplaces, and it is no different when it comes to security tools.—*Cate Quirk*

## HOSTED INFRASTRUCTURE MARKET DELIVERS OPTIONS TO THE DIVERSE BUSINESS COMMUNITY

The delivery of hosted integration services is a rapidly developing market. As usual, the vendor's tag lines vary from company to company, but they primarily deliver a hub similar to a Value-Added Network (VAN). The hub is an Internet-based service, and participants pay on a transaction or subscription basis. While many hubs will accept Electronic Data Interchange (EDI)-formatted documents and other file formats, the emphasis is on encouraging XML documents. The major benefit of such a system is its rapid implementation and a network that can include a larger number of a company's partners. In most cases, AMR Research expects this model to be used by large companies with a diverse supplier base of small to midsize companies. We also anticipate exchanges and marketplaces will use this as a means for

Two Oliver Street, Fifth Floor, Boston, MA 02109 Tel: +1-617-542-6600 Fax: +1-617-542-5670
Offices in Irvine, CA and London, United Kingdom www.amrresearch.com

© 2000 AMR Research, Inc. All Rights Reserved. Contents may not be reproduced in whole or in part without written permission of publisher.

NDCA-ORCL 009598



# ALERT ON E-BUSINESS TECHNOLOGY

**DECEMBER 6, 2000**

*AMR Research   Bold Ideas   Compelling Research   Unparalleled Service*

expanding the integration to more participants at a lower cost. The hosted system could also become the marketplace onramp.

The outsourcing model is attractive to participants with overburdened, small, or nonexistent IT organizations. Companies also have delivery options that include machine-to-machine or Web browsers. For many, the up-front setup and monthly costs are more manageable than integration products and EDI over a VAN. Setup costs are deliberately kept to a minimum, and connectivity costs don't have to be offset by cost savings on the buying or selling of large volumes of goods, or by the process efficiencies of an extremely large number of transactions. The hosted system is already appealing to retailers with many small suppliers and to the High-Tech industry, where contract manufacturers are commonplace.

Announcements in this market include a name change, with **The EC Company** changing to **Advanced Data Exchange** (ADX). ADX labels itself a hosted transaction exchange service. The company's move is unusual, considering the unique and interesting company names being created every day. **Viacore**, which calls itself a process service provider, expanded its XML standards support for RosettaNet to now include the XML standards promoted by **Ariba** and **CommerceOne**—xCBL and cXML. Companies can now send and receive documents formatted in xCBL and cXML through Viacore's *Process Tone* network. **RedKnife**, which is also a hosted integration provider, partnered with **Cyclone Commerce** to enhance RedKnife's *One Decision Solution* hub. Cyclone provides additional transport and security options for RedKnife's service. Look for more news and development in this market. AMR Research expects the hosted integration service to be a valuable component in a company's Business Community Integration (BCI) strategy as one of several means a company will deploy to interact with its partners.—*Kimberly Knickle*

## THE AGE OF 40-GIGABIT-PER-SECOND COMMUNICATIONS IS UPON US

Optical vendors have been rushing to bring the first all-optical router to market. With its trials of the *LambdaRouter*, **Lucent Technologies** is fighting to be the leader. In spite of low earnings and troubles with its executive team, Lucent's science and technology team is still a contender. The *LambdaRouter* changes the direction of light through a fabric of microscopic mirrors, and is the first step in eliminating the electronic router, which slows communications by converting light to electronics and back to light again. Optical engineers have been debating whether the optical router would predominate or not because so far, it doesn't allow the management and service provisioning electronic routers are capable of. But with the demand for instant communications around the globe being as strong as it is, phone and data carriers are investing in a new technology capable of transmitting 40 billion bits per second, four times the capacity of present day technology.

Advances in optical technology have been made possible by the invention of Dense Wave Division Multiplexing (DWDM) and Time Division Multiplexing (TDM). DWDM subdivides a color of the light spectrum and places several channels of data, voice, or video in that frequency. TDM is the number of times a laser pulsates per second. DWDM may be compared to a wide highway and TDM to a fast car. Other vendors in the optical switching and routing arena include **Nortel Networks, Cisco Systems, Tellium, Amber Networks, Geyser Networks, Pluris**, and many others with products at different stages of development.

40-gigabit communications technology is a step forward, in the deployment of the worldwide data backbone, that will constitute the infrastructure of the upcoming e-commerce revolution.—*Wagner Rios*

Two Oliver Street, Fifth Floor, Boston, MA 02109   Tel. +1-617-542-6600   Fax. +1-617-542-5670
Offices in Irvine, CA and London, United Kingdom   www.amrresearch.com

© 2000 AMR Research Inc All Rights Reserved Contents may not be reproduced in whole or in part without written permission of publisher

NDCA-ORCL 009599



# ALERT ON E-BUSINESS TECHNOLOGY

DECEMBER 6, 2000

*AMR Research  Bold Ideas  Compelling Research  Unparalleled Service*

## RANDOM NOTES

**TechTrader** introduced a marketplace product, *Scenario Market Transformation Technology* (SmarTT). The application uses Java-based components to support essential marketplace functionality, such as transaction processing and order management. At this stage, it is difficult to tell if the product is comprehensive enough to be a marketplace platform or one of several applications that would be required to operate a marketplace. TechTrader has recently sold its new suite to **Metal Smart**, an exchange for ferro-alloys, metals, and bulk ores. AMR Research will evaluate TechTrader and similar vendors against its 13-component definition of an exchange platform and other functionality metrics.

Two marketplace platform announcements worth taking a closer look at include one from **VerticalNet** and another from **Idapta**. VerticalNet selected sell-side application vendor **Ironside Technologies** to enhance its supplier integration program. VerticalNet will co-market *Ironside Network*. Idapta introduced *MarketExchange 3.0* with new functionality, including trading limits for individual buyers and sellers and a Bill of Materials with multiple transaction types.

In other marketplace news, **Atlas Commerce** and consulting firm **BORN** partnered to implement Atlas's exchange platform software. BORN and Atlas Commerce are each **J.D. Edwards** partners as well.

**NextSet** partnered with Talarian, a provider of real-time messaging infrastructure and middleware. The partnership will simplify the integration requirements between NextSet's *Evolution* marketplace application and Talarian's messaging middleware. **Exterprise**, a marketplace platform provider, announced a license agreement for an unspecified amount of seven figures to **UnitSource**. **Keane** will implement the system.

**Oracle** unveiled *Oracle 9i Application Server* (*9iAS*). The functionality in *9iAS* has increased significantly and now includes run-time processing, development, wireless integration, reporting, querying, and, a major improvement, caching. Caching has been added to the *9i* platform to improve Website response time by using patented heuristics and compression technology. The *9iAS* caching technology is for large enterprises that display a lot of dynamic content on their Websites. Oracle is taking aim at application vendors like **BEA**, **IBM**, and **Persistence** as well as Web-performance vendors like **Inktomi** and **Akamai**. Oracle just began shipping and no customers are using it yet.

Who's minding your XML assets? Well, **TIBCO** can. TIBCO has just introduced a tool to manage the lifecycle of XML assets, such as schemas, DTDs, and stylesheets. There is definitely value here, as XML standards promise to proliferate and change versions at least as much as, if not more than, EDI.

Two Oliver Street, Fifth Floor, Boston, MA 02109   Tel: +1-617-542-6600  Fax: +1-617-542-5670
Offices in Irvine, CA and London, United Kingdom   www.amrresearch.com

4 of 4

© 2000 AMR Research Inc. All Rights Reserved. Contents may not be reproduced in whole or in part without written permission of publisher

NDCA-ORCL 009600