131 of 228 DOCUMENTS

Copyright 2000 Bell & Howell Information and Learning
ABI/INFORM
Copyright 2000 CMP Media Inc.
Informationweek

February 7, 2000

**SECTION:** Pg. 47-57; ISSN: 87506874; CODEN: INFWE4

**B&H-ACC-NO:** 49328360

**LENGTH:** 2508 words

**HEADLINE:** Oracle's talking: Should you be listening?

**BYLINE:**
Sweat, Jeff

**HEADNOTE:**

   The company's applications strategy almost faltered, but its message is now getting through

**ABSTRACT:**

   Oracle CEO Larry Ellison's vision - and Oracle's product strategy as exemplified by the upcoming versions of its application suite, Oracle Applications Release 11i - is of integrated, centralized, Web-oriented thin-client-fat-server applications. Oracle 11i, designed to let users around the world access the application with a Web browser, marks the last stage in the company's Internet evolution. This month, Oracle will unveil Oracle CRM 3i release 2, which features new partner-relationship management functions to help companies distribute sales leads to partners. Oracle will also introduce Salesonline.com, a sales-force automation Web application that can help small sales groups quickly get up and running on the Internet. With Oracle 11i, the vendor's CRM and ERP products will merge into a single suite. Oracle's front-office is also expected to be more mature in this release, with new functions such as order management and pricing management. Oracle will jump into the supply-chain planning market this spring with the debut of Oracle Advanced Planning and Scheduling.

**BODY:**

   LARRY ELLISON LOVES TO TALK-ABOUT software, about the Internet, and, of course, about Oracle, the company he founded in 1977. His messages haven't always resonated with customers, but today when he talks about E-business, integrated applications, and turning the software industry-and, by extension, every company's IT organization--on its collective head, more and more people are listening.

   The Oracle CEO has strong ideas. "This crazy structure we have now will not stand," he says. That "crazy structure" is discrete, distributed, client-- server applications. By comparison, Ellison's vision-and Oracle's product strategy as exemplified by the upcoming version of its application suite, Oracle Applications Release 11i-is of integrated, centralized, Web-oriented, thin-client-fat-server applications.

   What's more, says Ellison, businesses shouldn't try to fit their new applications to existing apps. Instead, they should rip out their implementations and buy software as integrated suites-which, incidentally, Oracle sells. "We're the only company that automates your front office and your back office," says Ellison.

   Analysts scoff at Ellison's Oracle-- centric view of IT, but some customers find the strategy compelling. "We bought the dream," says Lisa Harris, senior VP and CIO of Staff Leasing Inc., a Bradenton, Fla., human-resources, pay-

Oracle's talking: Should you be listening? Informationweek February 7, 2000

roll, and benefits administrator for small businesses. Harris convinced her company's board to go with Oracle based on the functionality in Oracle 11i; she's seen the beta and is impressed. "Am I glad they've delivered," she says.

Whether Oracle will deliver on all its claims for the new application suite, due in the second quarter, remains to be seen. But the company's integrated product strategy does have its advocates. "They've got the right strategy and vision from an E-business perspective," says Steve Bonadio, an analyst at Meta Group. The vendor claims to have an answer for every aspect of E-commerce-not only online shopping, but also sales-force automation, customer service, back-end fulfillment, and supplier-relationship management, along with databases, online exchanges, procurement applications, front-office tools, and enterprise resource planning applications.

Ellison's technology savvy and timing have positioned Oracle as an E-business leader. Ellison's favorite theme--Internet good, client-server bad-isn't new. Neither is his touting the need for businesses to integrate their front- and back-office systems so all essential business data is stored in one place. The Web talk, for instance, began almost when the Web did, with Ellison's over-hyped network computer, the diskless $500 device that was supposed to run applications over the Internet and revolutionize IT It didn't, but Oracle forged ahead, betting its business on E-commerce. "If the Internet turns out not to be the future of computing, we're toast," Ellison said last year. "But if it is, we're golden."

In fact, the company is shining, The application market that had favored complex client-server programs from vendors such as PeopleSoft and SAP is shifting to the thin-client model made possible by the Web. Oracle had success with its client-server apps, but by its own admission never really got the hang of them. "If the market had gone a different direction and we'd had to continue to sell client-server, I'm not sure where we'd be today," says Ray Lane, Oracle's president and chief operating officer.

As it is, Oracle is the leading E-business database vendor and the applications vendor to watch: Database sales grew by 17% to $651 million in Oracle's fiscal second quarter 2000, while applications sales grew 31% to $168 million. Its database business, fueled by E-business and the hefty servers it requires, is booming. Oracle says that all of the top 10 E-commerce sites, rated by revenue, use its database products, as do nine of the top 10 business-to-business E-commerce sites. The lone exception is IBM, one of Oracle's chief database competitors, Last week, Oracle's stock was above $50 a share following a recent stock split; the pre-split price was roughly three times higher than a year earlier.

Another strong point is Oracle's much-touted application architecture, which hosts applications on centralized servers and lets users access them via Web browsers. Oracle started converting its applications to a thin-client model in 1998, using Internet protocols for its technology underpinnings. That makes its architecture more open and easier to integrate with third-party applications, says Andrew Kass, director of technology at Living.com. The Austin, Texas, Internet furniture company is using a Web server from Art Technology Group Inc. but was able to integrate it with Oracle's ERP applications.

Oracle 11i, designed to let users around the world access the application with a Web browser, marks the last stage in the company's Internet evolution. "Because of 11i and the Internet applications, well be able to support all our users from a single place," says Ron Pollard, CIO of Specialized Bicycles Inc., a bicycle maker in San Jose, Calif. Web access also opens the application suite to more users.

Oracle's application success is all the more surprising given the distance the vendor has traveled to match its vision with its products. Just two years ago, the words Oracle and troubled seemed to move in tandem, particularly in regard to the vendor's application division, which was losing momentum and bleeding talent, with several high-profile defections. Then Ellison took charge of all application development activities.

In 1997, Oracle began its first real efforts to deliver front-office applications, with a handful of unimpressive tools and 25 developers. Two years, several acquisitions, 900 new developers, and a third of Oracle's near-billion-- dollar research-and-development budget later, the front-office strategy has paid off better than anyone could have predicted. Oracle said in December that in its most recent quarter, sales of customer-relationship management software were up 248% from the yearago quarter, putting the company on pace to be the No. 2 CRM vendor behind Siebel Systems Inc.

This month, Oracle will unveil Oracle CRM 3i release 2, which features new partner-relationship management functions to help companies distribute sales leads to partners. Oracle will also introduce Salesonline. com, a sales-force automation Web application that can help small sales groups quickly get up and running on the Internet.

With Oracle 11i, the vendor's CRM and ERP products will merge into a single suite. Oracle's front-office software is also expected to be more mature in this release, with new functions such as order management and pricing management. "Oracle, in my opinion, is going to leapfrog the CRM industry," says Staff Leasing's Harris.

Oracle's talking: Should you be listening? Informationweek February 7, 2000

Other customers agree that Oracle 11i looks promising. When Nantucket Nectars Inc., a Cambridge, Mass., manufacturer of beverages and juices, started the search for applications last year, it looked at software from ERP and CRM vendors. Oracle won, says IS director Drew Farris, "because Oracle 11i is going to be as strong, if not stronger, than anything else."

Integrating the front office and back office, Farris says, makes the applications easier to deploy and manage because the company has to implement only one integrated package. More important, it links a company's marketing and sales efforts to financial information. "You can survive without having 100% visibility in your enterprise, but you're shooting yourself in the foot," Farris says. "You have to have your numbers tied front to back."

The integration will give Nantucket Nectars' salespeople a view into product inventory and delivery schedules, critical for dealing with the company's roughly 170 distributors. Those distributors are also selling drinks from competitors, and Nantucket Nectars has to build close relationships to get maximum distribution and product placement. The best way to do that is to give distributors accurate information about product availability, shipping dates, and consumer buying patterns.

Last summer, for instance, Nantucket Nectars had a delivery shortage and suffered because it couldn't tell distributors exactly when its product would ship. With Oracle, Farris hopes, not only will salespeople have that data, but each distributor will have a personalized Web page with inventory data as well as suggestions on product mixes that would work best for them.

Oracle executives say the vendor is blurring the lines between the front office and back office with its integration. "The whole notion of a separate ERP package goes away," says Ron Wohl, executive VP of application development, adding that customers, especially those who are new or upgrading, are increasingly buying all their applications at once.

To help in that effort, Oracle will jump into the supply-chain planning market this spring with the debut of Oracle Advanced Planning and Scheduling. The vendor will be competing against supply-chain management vendors such as i2 Technologies Inc. and Manugistics Group Inc., as well as against ERP competitor SAP, which introduced its supply-chain planning suite more than a year ago and says it now has 350 installations.

Motorola Broadband Communications Services, a manufacturer of equipment for cable-television systems, is an Oracle ERP customer that's evaluating Oracle APS. The company says the package is promising because of its integration with ERP, but it's holding off until the package matures. "I don't know if the stability is there yet to take the risk," says Sanjay Kothary, senior director of business applications for the Horsham, Pa., company.

The release of a complete supply-- chain package is critical to Oracle's credibility as a provider of online business-to-business marketplaces, a new area of focus. For example, the initial goal of AutoXchange, the online automotive trading exchange Oracle is building for Ford Motor Co. and its suppliers, is to enable procurement of automotive parts over the Web. But to get the benefits of doing business online, Ford must be able to share forecasts, production schedules, capacity planning, and delivery information with suppliers through the site, thereby reducing inventory throughout the supply chain. Oracle promises to incorporate such sophisticated supplychain collaboration capabilities into the exchanges it operates to differentiate them from competing marketplaces introduced by procurement specialists Ariba Inc. and Commerce One Inc.

Ford started a pilot test of AutoXchange last week that let it procure items such as office supplies, according to Alice Miles, president of Ford B2B Consumer Connect, the automaker's E-commerce division. By the end of the month, Ford and Oracle will officially open the site to 2,000 participating Ford suppliers, although some of the automaker's top suppliers will begin indirect purchasing earlier.

Analysts say more than that is required for the exchange to be successful. "Two thousand suppliers are desperate not to be cut loose from the mother ship," says Joshua Greenbaum, an analyst at Enterprise Applications Consulting. "Anyone can sign up-all that requires is the use of a Web browser. What becomes more difficult, but also more beneficial, is to integrate your back office into AutoXchange." Ford says those capabilities aren't set up yet, and supply-chain activities won't be possible until the exchange is upgraded at the end of March.

Oracle also plans to open its own business-to-business marketplace for office supplies, services, and information, called Oracle Exchange, shortly after the launch of AutoXchange. So far, the company has signed up 950 companies to participate, including Barnesandnoble.com, Boise Cascade Office Products, Compaq, Dun & Bradstreet, Office Depot, and Staples.

Case 3:01-cv-00988-SI   Document 1210-2   Filed 10/09/07   Page 4 of 4

Page 4

Oracle's talking: Should you be listening? Informationweek February 7, 2000

But not everyone thinks Oracle's execution is flawless. Living.com's Kass says he's disappointed in the quality of Oracle's CRM product, and doesn't expect Oracle 11i to be a big-enough step forward. "As far as providing the front-end tools, they still have a way to go," he says, adding that Oracle's determination to fit every capability into a single suite blinds the company to its weaknesses. "When you want to do everything, you ran the risk of focusing on making your products work together at the detriment of building relationships with other companies," he says. Oracle's Web server, he notes, is subpar: He says the vendor should have focused on partnering with more-- established Web-server makers.

And while Oracle wins points for the strategy it's set, Meta Group's Bonadio says the vendor has yet to deliver all that's needed. "If you look behind the strategy and the vision and the marketing, you're going to find a good amount of holes in the products," be says. Oracle simply may not have the maturity and depth of more-established CRM vendors such as Siebel and Clarify. For instance, Oracle's call center is missing several key pieces, including blended call support and predictive dialing. Other analysts say Oracle's marketing-campaign-management component is weak. And Oracle needs to do a better job integrating the pieces of its CRM suite, many of which are the result of a 1999 buying spree.

Also, Oracle 11i's delivery date has slipped about six months to May or June because the CRM components aren't completed. That date won't slip any further, promises senior VP Mark Barrenechea, Oracle's head of CRM development--June is the final deadline. There had better not be any more delays-executing on Oracle 11i is vital if the company wants to prove that it's not all talk. Oracle, says Bonadio, "has got so much riding on 11i that it's not even funny." More on Oracle: informationweek.com/772/oracle.htm

More on Oracle: informationweek.com/772/oracle.htm

**GRAPHIC:** IMAGE PHOTOGRAPH, SAVIOR: The applications market has moved in Oracle's direction, says president Lane.; IMAGE PHOTOGRAPH, It's essential that financial information be tied from the front office to the back office, says Nantucket Nectars' Farris.; IMAGE PHOTOGRAPH, Oracle 11i and Internet applications will let Specialized Bicycles support all of its customers from a single place, says CIO Pollard.; IMAGE PHOTOGRAPH, Living.com director of technology Kass is disappointed in Oracle's customer-- relationship management product and fears 11i won't be a big-enough step forward.; IMAGE PHOTOGRAPH, Staff Leasing senior VP and CIO Harris was intrigued by Oracle's claim to automate the front and back offices-and says the 11i beta delivers on that promise.; IMAGE PHOTOGRAPH, PROMISE FULFILLED Staff Leasing senior VP and CIO Harris was intrigued by Oracle's claim to automate the front and back offices-and says the 11i beta delivers on that promise.

**LOAD-DATE:** March 14, 2000