LATHAM & WATKINS LLP
   Peter A. Wald (SBN 85705)
   Michele F. Kyrouz (SBN 168004)
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-2562
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
E-mail: peter.wald@lw.com
       michele.kyrouz@lw.com

LATHAM & WATKINS LLP
   Patrick E. Gibbs (SBN 183174)
   Matthew Rawlinson (SBN 231890)
140 Scott Drive
Menlo Park, CA 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600
E-mail: patrick.gibbs@lw.com
       matt.rawlinson@lw.com

LATHAM & WATKINS LLP
   Jamie L. Wine (SBN 181373)
633 West Fifth Street, Suite 4000
Los Angeles, CA 90071-2007
Telephone: (213) 485-1234
Facsimile: (213) 891-8763
E-mail: jamie.wine@lw.com

Attorneys for Defendants ORACLE CORPORATION, LAWRENCE J. ELLISON, JEFFREY O. HENLEY, and EDWARD J. SANDERSON

ORACLE CORPORATION
   Dorian E. Daley (SBN 129049)
   James C. Maroulis (SBN 208316)
500 Oracle Parkway
Mailstop 5OP7
Redwood Shores, California 94065
Telephone: (650) 506-5200
Facsimile: (650) 506-7114
E-mail: jim.maroulis@oracle.com

Attorneys for Defendant ORACLE CORPORATION

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION | Master File No. C-01-0988-MJJ (JCS) (Consolidated) |
| | CLASS ACTION |
| This Document Relates To:<br><br>ALL ACTIONS. | DECLARATION OF GREG MYERS IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL DEFENDANTS' PRODUCTION OF ACCOUNTING DOCUMENTS |

LATHAM&WATKINS LLP  LA\1586647.2
ATTORNEYS AT LAW
SAN FRANCISCO
CONFIDENTIAL
DECLARATION OF GREG MYERS
Case No. C-01-0988-MJJ

I, Greg Myers, declare as follows:

1. This declaration, submitted in connection with the matter entitled In re Oracle Corporation Securities Litigation, Master File No. C-01-0988-MJJ (the "Oracle Securities Litigation"), is based upon my personal knowledge, and if called to testify I could and would testify truthfully to the facts set forth below.

2. Since August 11, 1997, I have been employed by Oracle and have held various positions. Currently, I am a Senior Director, Global Process Owner – Order to Cash, at Oracle Corporation ("Oracle"). In that capacity and through my former positions at Oracle, I have become familiar with many of Oracle's accounting, collections, and accounts receivables policies and procedures.

**November 17, 2000 Debit Memo Project**

3. On November 17, 2000, Oracle created approximately 46,000 debit memos as a part of a larger accounts receivable project. The debit memo project was aimed at removing the "on account" flag from certain electronic accounts receivable records relating to Oracle's Customer Overpayments Account (*i.e.*, account no. 25005).

4. Prior to November 17, 2000, the "on account" flag was used to notify Collections personnel that there was no money associated with the flagged receipt – either because the customer had placed a stop payment on a check, the payment had been refunded, or the receipt had been moved directly to offset a general ledger account.

5. Oracle decided to remove the "on account" flag, which was used only in the United States, in anticipation of a Company-wide software upgrade. Oracle performed the "on account" clean up, which removed the flags, by running a computer program that automatically performed three offsetting transactions – each with equal debits and credits to the same account (which is discussed in more detail below). Accordingly, there was no revenue impact from this project. The end result was simply to remove the "on account" designation from the approximately 46,000 customer receipts that had been flagged as "on account."

6. Exhibit A to this declaration is true and correct copy of excerpted pages from Oracle's Transaction Register (NDCA-ORCL 49208-16, 050060), which lists the 46,000

1  debit memos created on November 17, 2000. The Transaction Register demonstrates that the
2  sum total of the 46,000 debit memos is approximately $692 million.

3      7.    Exhibit B is a true and correct copy of an Account Analysis Report with
4  Payables Detail (ORCL 0123156-58) showing entries of offsetting credits and debits, each
5  totaling $692 million (thus netting to zero), for the November 17, 2000 debit memos. Exhibit C
6  to this declaration is a true and correct copy of excerpted pages (ORCL 0126882-0126892,
7  ORCL 0127101) from Oracle's Sales Journal by GL Account Report illustrating that Oracle only
8  recognized approximately $10 million in revenue on November 17, 2000. Additionally, based
9  on my review of Oracle's Sales Journal by GL Account Report for the full month of November,
10 Oracle did not recognize $692 million in revenue during the entire month of November 2000.

11     8.    There are 776 debit memos in excess of $100,000; these debit memos
12 account for $528 million of the $692 million total of the debit memos created on November 17,
13 2000.

14     9.    Notably, the 46,000 transactions related to the debit memos all occurred
15 on the same day, the debit memos were sequentially numbered (each beginning with the prefix
16 "550"), and the transactions appear as offsetting credits and debits throughout Oracle's
17 accounting database.

18     10.    The "on account" clean up has been reviewed by the Special Litigation
19 Committee, the Securities and Exchange Commission ("SEC"), and two independent accounting
20 firms (Arthur Andersen LLP, Oracle's auditors as of November 17, 2000, and later by Ernst &
21 Young LLP). To date, no one has identified anything improper about the "on account' clean up,
22 and Oracle has not restated its financial statements.

23 **Script Output And Other Discovery Documents**

24     11.    By May 2005, Defendants supplemented their earlier accounting
25 production by producing a spreadsheet containing a massive amount of information including,
26 for each of the 46,000 debit memos, the debit memo amount and the corresponding (and
27 offsetting) credit amount. The spreadsheet also reflected that the corresponding credits and debit
28 were applied in the same account, thus demonstrating that the debit memo transactions did not

1  impact Oracle's revenues. This document is *not* the script output.

2      12.    In November of 2005, Defendants produced over 100 boxes of hard copy
3  documents relating to the transactions underlying the debit memos worth $1 million or more.
4  Defendants spent substantially more than $1 million on outside lawyers and accountants in
5  connection with this project, and a team of Oracle in-house accounting personnel worked full
6  time on this project for a month.

7      13.    Defendants also spent over $1 million and 3,600 hours producing the
8  script output, an enormous spreadsheet, which currently is 152,237 lines in length and 29
9  columns wide. The computer script was designed to locate and extract electronically-stored data
10 in Oracle's system and populate cells in a spreadsheet with the relevant data. The resulting
11 document, or "script output," would compile the electronic data Plaintiffs requested regarding
12 the accounting history of the debit memos. The script output sets forth a complete accounting
13 history, or "roadmap," organized according to debit memo. With the script output, anyone can
14 trace the accounting treatment of the transactions before and after each of the debit memos were
15 created on November 17, 2000. In fact, the script output extracts and consolidates data from
16 numerous electronic records in the database (*i.e.*, the accounts receivable system, including
17 information in receipt registers, and billing, receipt and invoice history reports). This makes the
18 information in the script output more accessible, more reliable and more user friendly than if
19 Oracle had produced a number of extremely voluminous account-wide or customer-wide ledgers
20 containing vast amounts of information beyond that relevant to the 776 debit memos.

21     14.    The script output lays out, step-by-step, the accounting treatment of each
22 debit memo covered by the Court's October 19, 2005 Order – typically starting at the time of the
23 original sale and continuing through to the completion of the transaction. The script output
24 contains a wealth of data, setting out the initial sales transaction, customer invoice, collection
25 and disposition of the customer cash receipt, reclassification or "designation" of the payment
26 (*i.e.*, from "unapplied" to "on account"), refund (where applicable), stop payment (where
27 applicable), application of the amount to another general ledger account and most importantly,
28 offsetting accounting entries recorded on November 17, 2000 as part of the "on account" clean

up. In short, the script output consolidates this data in one location, and is organized by debit memo.

15. Some of the debit memos have longer accounting histories than others, depending upon the nature and subsequent treatment of the payments covered by the debit memos.

16. In addition, some of the accounting histories concerning the debit memos may show credit memos in 2002. That is not an indication that Oracle somehow recognized revenue after the creation of the debit memos. Rather, credit memos – which typically represent credit being given to a customer – can be used for a variety of reasons including, among other things, correcting the address on a customer's invoice. Indeed, some of the subsequent credit memos may have resulted from the fact that a number of customer overpayments inadvertently were refunded twice. Double refunds occurred when a Collections Analyst misinterpreted one of the November 17, 2000 debit memos, believing that a refund that already had been issued still was due. In any event, the script output depicts these accounting histories related to the debit memos in their entirety, and provides Plaintiffs with more data, in a more organized format, than Plaintiffs possibly could obtain and distill from the documents they seek in their Motion.

17. Oracle cannot alter or modify electronic data once it has been inputted into the system. For that reason, some idiosyncrasies appear in the script output. For instance, some debit memos in the script output lists multiple customer names for the same debit memo. There are a few reasons why this could occur. For example, if a leasing agency or bank issues a single large check for the payment of invoices issued (or services provided) to multiple affiliates, the accounting trail may associate nine different companies with the same receipt. The same thing would occur, for instance, if a Collections Analyst misapplied a payment to the invoice of one company, subsequently realized the mistake, and reapplied the same payment to the correct company. Under that scenario, the first company would remain in the script output even after the mistake subsequently is corrected because the historical accounting data never is modified.

18. The original script output – produced October 2005 – contained collectors' "comments" relating to receipts. Defendants' subsequent production of call notes consisted of

1  collectors' "notes" pertaining to invoices.

2  19. Many of the documents relating to the transactions underlying the debit memos are not stored electronically, but, rather, exist in hard copy form and are not easily retrievable, if retrievable at all. To date, Oracle has spent over $3 million (in fact, from January 2006 to the present, Oracle has spent this amount) and hundreds of hours on discovery-related matters for this case, including the gathering and production of over 650,000 pages of documents, preparation of and responses to all forms of written discovery, and preparation for dozens of depositions. Defendants spent over $1 million and hundreds of hours in creating the script output alone.

3  20. The October 19, 2005 Order requires Oracle to produce electronic documents for debit memos over $100,000. Based upon what Plaintiffs seek through the Motion and using Defendants' costs incurred to date as a model, Defendants estimate that it would cost at least $3 million and likely would take thousands of hours to gather and produce the information requested by Plaintiffs.

**Script Output For Debit Memo 55004696**

21. An example of the script output is attached as Exhibit D. Exhibit D is a true and correct copy of the script output produced in February 2006 corresponding to debit memo number 5504696. Exhibit E is a copy of the same script output color coded by date of transaction for ease of reference in this declaration. This transaction involved a check from Applied Materials which was sent to Oracle in error on November 6, 1998. Oracle promptly refunded the money and the check cleared on December 23, 1998.

22. The first row of the script sets forth the titles of the columns of information. The first column lists the same debit memo number, indicating that all of the transactions related to debit memo 55004696. The second column is automatically populated with the receipt number.

23. The next six rows of the script output are highlighted in gray. These debits and credits of different accounts record the receipt of a $3,006,000 check from Applied Materials, one of Oracle's customers. These six rows illustrate the following accounting entries:

(1) the payment is received in the Harris Bank Lockbox Account (account no. 10024); (2) from the lock box, the payment is recorded in the Customer Overpayments Account (account no. 25005) with the designation "unidentified"; (3) the "unidentified" designation is removed (the account, no. 25005, remains the same); (4) the payment is reclassified as "unapplied" (the account, no. 25005, remains the same); (5) the "unapplied" designation is removed (the account, no. 25005, remains the same); and (6) the "on account" designation is applied (the account, no. 25005, remains the same). All six of these entries occurred on November 6, 1998. The "on account" designation presumably was applied on the recommendation of a Collection Analyst and Collection Manager who ultimately realized that the receipt was, in fact, an overpayment that would be refunded. This designation remained until it was removed by a set of three transactions on November 17, 2000. The "comments" field indicates that the check was sent in error and that Oracle should issue a refund.

24. The next four rows of the script output are highlighted in purple and illustrate the customer refund. First, the Customer Overpayments Account (account no. 25005) is debited the full amount of the original payment and the Accounts Payable Account (account no. 20006) is credited in the same amount, thereby establishing a payable to the customer. Then, the Accounts Payable Account (again, account no. 20006) is debited in the full amount of the original payment and the Wells Fargo Controlled Disbursement Account (account no. 10015) is credited in the same amount, signifying the cash leaving Oracle and being refunded to the customer. The script output illustrates that the cash refund was paid by check on December 1, 1998. The script also designates the check number (1286879) and the date the check cleared (December 23, 1998). Notably, even though the Applied Materials payment had been refunded in full at this point, the "on account" designation remained in the Customer Overpayment Account (account no. 25005).

25. As noted above, the "on account" flag at that time was used by Oracle Accounts Receivable Analysts to notify other employees that the disposition of the amount had been identified and the amount could not be utilized for another purpose. In this case, the "on account" designation signified that the amount had already been or was to be refunded, but this

designation also was frequently used if an amount otherwise had been resolved, for example if a customer had issued a stop payment.

26. The next six entries of the script output are highlighted in blue. These depict the creation of the debit memo on November 17, 2000. As noted above, the goal of the "on account" clean up was to remove the "on account" designation from the accounts receivable system. The key to this process is the three offsetting transactions, illustrated in six rows on the script output – as each transaction contemplated both a debit and credit in the exact same amount. All three transactions are offsetting, and all three occurred within the same account (account no. 25005). The first transaction changed the designation from "on account" to "unapplied." The second transaction is, in fact, the debit memo entry; this second transaction records a debit and a credit to account no. 25005. The debit side of the entry has a "REC" designation, for receivable, and the credit side of the entry has a "REV" designation, for revenue. Irrespective of title of this designation, there is no revenue being recognized because the exact same amount is being debited and credited simultaneously, to the same account (no. 25005). Finally, in the third transaction, both the debit and the credit are recorded to the same account (no. 25005). This third transaction changes the "unapplied" designation – that was created in the first transaction – to "applied." The third transaction signifies the application of the unapplied funds against the receivable that was created in the second transaction. In the end, the "on account" flag is removed, and each credit is offset with an identical, corresponding debit.

**Other Issues Unrelated To The November 17, 2000 "On Account" Clean up**

27. Oracle historically has used bad debt reserve accounts (including Account 12601, during the relevant time period) to estimate the amount of Oracle's accounts receivables that will prove to be uncollectible. The bad debt reserve was not impacted by the November 17, 2000 "On Account" clean up.

28. The October 2002 "unapplied cash" project was aimed at reducing the amount of money sitting in Oracle's unapplied cash account by applying customer receipts to unpaid invoices. The October 2002 project did not conceal the debit memos, nor did it alter any accounting-related data. The October 2002 project was not related to the November 17, 2000

1  "on account" clean up.

2      29.    I declare under penalty of perjury under the laws of the State of California
3  that the foregoing is true and correct and that this declaration was executed on June 6, 2006 in
4  Redwood Shores, California.

*signature*

Greg Myers