# LIVENOTE | **World Service**℠

*A new perspective on court reporting.*

## In the United States District Court
## Northern District of California

Deposition

Of

Gregory Myers

April 12, 2005

## In Re: Oracle Corporation Securities Litigation



CONFIDENTIAL - Myers, Gregory  4/12/2005

1                  IN THE UNITED STATES DISTRICT COURT

2                  NORTHERN DISTRICT OF CALIFORNIA

3

4   In re ORACLE CORPORATION

5   SECURITIES LITIGATION

6                          Master File No. C-01-0988-MJJ

7   This Document Relates To:

8        ALL ACTIONS.
    _____/

9

10

                         ---o0o---

11

                         CONFIDENTIAL

12

        30(b)(6) DEPOSITION OF GREGORY SCOTT MYERS

13

                  Tuesday, April 12, 2005

14

                         ---o0o---

15

16            SHEILA CHASE & ASSOCIATES

17               REPORTING FOR:

18            LiveNote World Service

19           221 Main Street, Suite 1250

20          San Francisco, California 94105

21              Phone:  (415) 321-2311

22              Fax:  (415) 321-2301

23   Reported by:

24   DIANA NOBRIGA, CSR, CRR

25   LICENSE NO. 7071

                                              1

1  2000?

2      MR. RUBIN:  For the period all the way back to

3  when?  I mean --

4      MR. WILLIAMS:  Well, it was his testimony.  He

5  said prior to November 17th, 2000, so --

6      MR. RUBIN:  Well, I'm just saying in your

7  question, you might want to set some parameters to -- it

8  might facilitate --

9      MR. WILLIAMS:  Q.  You were at Oracle between

10  1997 -- well, prior to November 17th, 2000, you were at

11  Oracle from sometime in 1997; right?

12      A.  Um-hum.

13      Q.  Is it your testimony that the phrase

14  On Account does not have a specific meaning other than

15  On Account for credit -- did you say credit memo or

16  On Account for cash?

17      A.  I just wanted to make sure I understood your

18  question.  Because I think, you know, when you say

19  On Account, there could be two ways you could derive

20  that.  It could be On Account credit memos which we can

21  create, or the payment, could that be placed in the

22  status of On Account.

23      Q.  Okay.  Well, all I'm saying -- all I'm asking

24  is if the phrase On Account means something to you or at

25  Oracle separate from those two categories.

**CONFIDENTIAL - Myers, Gregory  4/12/2005**

1    A.   From the system's perspective, that's what it

2   means to me, either the payment has been placed

3   On Account or an On Account credit memo has been raised.

4    Q.   Okay.  So what does it mean when a payment is

5   placed On Account prior to November 17th, 2000?

6    A.   The placing of the item On Account prior to

7   November 17th was generally used for a few different

8   purposes.  One would be to reference that the money had

9   been refunded and that Oracle was no longer in

10  possession of this cash.  That would be one example of

11  why a payment or receipt would be placed into an

12  On Account status.

13       There are a couple other.  One would be, for

14  example, we received a payment and the cash was being

15  moved to directly offset an expense account.

16    Q.   So if someone said that a payment was -- a

17  payment was On Account, it could mean that Oracle had

18  already refunded the money, or that the money was being

19  moved to where?

20       MR. RUBIN:  Objection; form.

21       THE WITNESS:  So, you know, so if a receipt

22  was placed On Account, it generally meant for people not

23  to touch the money, because the accounts receivable team

24  has done something else with it.

25       MR. WILLIAMS:  Q.  Okay.  I'm just -- I want

CONFIDENTIAL - Myers, Gregory 4/12/2005

1   to -- can you read his last answer back, please?

2           (Record read as follows:  QUESTION:  The

3           placing of the item On Account prior to

4           November 17th was generally used for a few

5           different purposes.  One would be to reference

6           that the money had been refunded and that

7           Oracle was no longer in possession of this

8           cash.  That would be one example of why a

9           payment or receipt would be placed into an

10          On Account status.  There are a couple other.

11          One would be, for example, we received a

12          payment and the cash was being moved to

13          directly offset an expense account.)

14       MR. WILLIAMS:  Q.  Okay, so if a payment was

15   On Account, it could mean that a payment was moved to

16   directly offset an expense account?

17       A.  Well, the placing of the item On Account was

18   just one step of maybe a couple additional steps.  It's

19   a series of transactions.  So if we're going to -- so

20   narrow in on just the placing of the item On Account,

21   that was to reference that the cash really should not

22   be -- no future activity should really happen against

23   this payment in relation to moving this money to an open

24   receivable.  I mean, it would -- at that time, you know,

25   prior to November 17th, meant as a signal for people in

**Page 53**

CONFIDENTIAL - Myers, Gregory  4/12/2005

1    Q.   Okay.  I was talking about collections.

2    A.   I'm sorry.  Collections had the ability to

3  initiate a refund.

4    Q.   And how would that be initiated generally?

5    A.   Generally through some sort of template

6  request.

7    Q.   What do you mean by a template request?

8    A.   They would complete an e-mail with certain

9  standard fields that had to be completed that would then

10  be sent to the approvers of that, you know, refund.  So

11  collections analyst completes the e-mail template with

12  the relevant information, sends it to the appropriate

13  people for approvals for the refund to be created.

14    Q.   Okay.  And between -- well, during 2000,

15  between 1999 and 2000, who is it in collections that

16  would be the person to approve a refund; if you know?

17    A.   You know, I don't recall the approval matrix

18  from '99.

19    Q.   Who is it now?

20    A.   The refunds today go through the finance

21  chain.  And it really depends upon a matrix as far as

22  the value of the refund.

23    Q.   Okay.  Now, you indicated that -- well,

24  withdrawn.

25         With regard to the On Account, is the

CONFIDENTIAL - Myers, Gregory  4/12/2005

1    monies -- are the monies in the On Account reflected on

2    Oracle's balance sheet in any given quarter or year?

3        A.   The On Account items would be sitting in

4    25005, but the thing with On Account in the examples I

5    discussed is that there was generally a separate entry

6    that cleared the item out of -- though it sat still in

7    On Account as far as a flag, from an accounting

8    perspective, there was an offsetting debit that cleared

9    that credit from sitting on Oracle's balance sheet.  So

10   in the example I gave of the refund, you put the item

11   into On Account, which had it sitting in 25005, but then

12   the accounts payable invoice that was used to generate

13   the refund debited 25005 and credited accounts payable.

14   So, it sat in there from an AR perspective, but was

15   offset by another entry generally.

16       Q.   Okay.  But I'm just -- say, for instance,

17   there's a million dollars at any given time in

18   On Account status.  Is that reflected in any way on

19   Oracle's balance sheet, that there is a million dollars

20   in On Account status?

21       A.   Generally, no, because it -- again, it depends

22   upon the scenario we're talking about.  But, you know,

23   for the most prominent scenario which are the refunds,

24   and then moving the cash to offset an expense account,

25   such as the Oracle Open World account, the example I

CONFIDENTIAL - Myers, Gregory  4/12/2005

1   provided earlier, there is an offsetting debit that

2   would clear that credit.   So in those two examples,

3   which are the most prominent examples, then, no, that

4   million dollars would not sit in Oracle's balance sheet.

5        Q.   So how would -- so is it -- generally the

6   On Account consists of monies to be refunded; is that

7   fair?

8        A.   No.

9        Q.   No?   So is it -- and I'm just trying to get an

10  understanding of, say, for instance, there is a million

11  dollars in On Account status.   Is there a way to

12  generally say what that money is for?

13       A.   Unfortunately there is not a way to tell

14  exactly what each On Account item is for.

15       Q.   And so if you just see a number, well,

16  On Account status we have a million dollars, one would

17  have to do more investigation to determine, you know,

18  what -- how many items that were that made up that

19  million dollars and what they were for?

20       A.   Yes.   If you had an item On Account, further

21  investigation would be required to determine what that

22  million dollars was comprised of.

23       Q.   But some of it could be refunds; is that fair?

24       A.   Some of the items that are in an On Account

25  status could be refunds.

CONFIDENTIAL - Myers, Gregory 4/12/2005

1      A.    Customer name, you know, obviously wouldn't be

2   identical as the billed to customer level defaults,

3   which I believe is the billed to on this.  So, but there

4   would be a billed to customer and there would be a

5   shipped to customer.  But again, we generally don't use

6   debit memos to transact with our customers.

7      Q.    Okay.  Only, would you use them to do internal

8   transactions; is that fair?

9      A.    Prior to November 17th --

10      Q.    Right?

11      A.    -- we really didn't use debit memos at all.

12      Q.    What's a miscellaneous transaction report?

13      A.    The report sounds familiar, but I don't know

14   off the top of my head exactly what the logic of the

15   report is.  The report does sound familiar, but I don't

16   know exactly the logic of what it pulls.

17      Q.    Did you use -- did you use miscellaneous

18   transaction reports in the performance of your duties

19   in, you know, November of 2000 or prior to that date?

20      A.    Like I said, it sounds like a familiar report,

21   but I'm not recalling exactly, you know, what the report

22   is used for and what the logic of it is.

23      Q.    What's a miscellaneous receipt?

24      A.    Miscellaneous receipt is what we discussed

25   earlier a little bit in relation to where you can create

**CONFIDENTIAL - Myers, Gregory  4/12/2005**

1   a receipt, and the -- you can use that receipt to record

2   an entry to an account that you specify.

3       Q.   Okay.  Do you know what a miscellaneous

4   receipt activity report is?

5       A.   It sounds to me like it would probably depict

6   the miscellaneous receipts created in that period to

7   some extent.

8       Q.   Did Oracle create or generate miscellaneous

9   receipt activity reports in 2000?

10      A.   I don't know.  I don't know if we created -- I

11  mean, I have no way -- I don't remember.

12      Q.   Did you have any, or anyone in your division

13  create miscellaneous receipt activity reports in 2000?

14      A.   So you're asking did we ever run the report?

15      Q.   Right.  And if so, what it was used for.

16      A.   I don't recall.  I mean, it is not something

17  that I'm familiar with as of today as far as a

18  process -- or a process we have that we would utilize

19  that report today.

20      Q.   You said prior to November 17th, 2000 the

21  company didn't really -- as far as you knew, didn't

22  really use debit memos; is that fair?

23      A.   Um-hum.

24      Q.   And on November 17th, what precipitated the

25  creation of debit memos on November 17th, 2000?

**Page  110**

CONFIDENTIAL - Myers, Gregory  4/12/2005

1    A.   So, it was a part of an exercise, we were

2  going to 11i, we were standardizing our processes, and

3  via meetings we had with representation from different

4  countries, it was determined that our practice of

5  putting something On Account was not a practice that was

6  used in every country, and it was decided that it was

7  not something we would continue to use as a process.  In

8  other words, we would not use On Account as a process

9  going forward, once we went to 11i and we started

10  standardizing our processes.

11    Q.   Okay.  Well, who was it that made the decision

12  that Oracle would not use the On Account processes

13  anymore?

14    A.   I believe it was my suggestion that we move

15  away from the On Account -- you know, the On Account

16  designation and move away from that use.

17    Q.   And why is that?  Were you asked to address

18  it, or did you just, you know, one day decide that, you

19  know, we're not going to use On Account anymore?

20         MR. RUBIN:  Objection to form.  You can just

21  ask him why he -- that'll get you to your answer.

22         MR. WILLIAMS:  Go ahead.

23         THE WITNESS:  So what's the question?

24         MR. WILLIAMS:  Q.  I'm asking you, did someone

25  suggest that it be changed, or did you just decide that

CONFIDENTIAL - Myers, Gregory  4/12/2005

1  it ought to be changed?

2       MR. RUBIN:  Objection to form.

3       THE WITNESS:  So, as I, you know, discussed,

4  we had a meeting with representation from different

5  parts of the world where it was discovered that we were

6  the only ones using the On Account functionality in this

7  way, and I made the decision to move forward and not use

8  that On Account functionality in that way.

9       MR. WILLIAMS:  Q.  And who was at that

10  meeting?

11     A.  At the -- the country representation?

12     Q.  Sure.

13     A.  I don't recall who was at the meeting.

14     Q.  And what was the meeting -- what was the

15  purpose of the meeting?

16     A.  The purpose of the meeting was to begin

17  standardizing Oracle's processes.  So instead of each

18  country doing its own process, we would adopt a global

19  standard process.

20     Q.  And how did that relate to 11i?

21     A.  I don't know if there was a direct correlation

22  between the two.

23     Q.  Well, I thought you just said that you were

24  standardizing your processes on 11i, if that's accurate.

25  Is that what you said?

1   us.

2       Q.   Okay.  But really -- but there was no plan as

3   to how it was going to be used going forward at that

4   time?

5       A.   November 20th, as the e-mail alludes to, we

6   did not know exactly the parameters.  I mean, again, I

7   believe we wanted it to stay as close as we could to the

8   standard functionality -- let it be prepayments, or let

9   it be customer payments that could be used for future

10  transactions, but we hadn't put the, I guess, the

11  parameters around it yet.

12           MR. WILLIAMS:  Okay.  You want to stop?

13           MR. RUBIN:  Did you finish your answer on the

14  process when --

15           THE WITNESS:  Yeah.

16           MR. RUBIN:  -- he asked you what you -- where

17  it went?

18           THE WITNESS:  Yeah, I think we should finish

19  up.  We went through step 1, where we took it from

20  On Account to unapplied.  I think we should walk through

21  the remaining steps.

22           MR. WILLIAMS:  Q.  We have the whole

23  afternoon, unless you just want to tell me now.  I mean,

24  it's fine.

25      A.   Well, maybe just finish the answer now and

**Page 143**

CONFIDENTIAL - Myers, Gregory  4/12/2005

1   then you can --

2       Q.   If you have something to say, sure, go ahead.

3       A.   Okay.  So the first step was to move the item

4   from On Account to unapplied.  And again, that generated

5   a debit/credit in 25005.  No accounting impact, no

6   different than when we applied it to On Account, a

7   debit/credit to 25005, which I think we discussed

8   earlier.

9            The second step was to create the debit memos

10  in the system -- and I'm sure we'll be discussing this

11  all afternoon.  And by raising the debit memos in the

12  system, we debited and credited 25005 as well.  So no

13  accounting impact, no net accounting impact by the debit

14  memos being raised.

15           Then the third step was to apply the items

16  that were previously On Account, now sitting in

17  unapplied, to the debit memos, such that now the items

18  that were On Account were now in applied status to these

19  open debit memos.  And when we did the applications of

20  the unapplied to the debit memos, again, debit/credit

21  25005, no accounting entries.  So at the end of the day,

22  all we really did was move the status from On Account to

23  a debit memo with no accounting impact.

24           MR. WILLIAMS:  Okay.

25           MR. RUBIN:  Okay.  What do you want?  You want

1   to say an hour or --

2            MR. WILLIAMS:  However much -- do you want an

3   hour to take a break or 45 minutes?  It's up to you

4   really.

5            THE WITNESS:  I just want some food.

6            MR. SCHMELTZ:  Can you give us an hour so that

7   we can --

8            MR. WILLIAMS:  Sure.  Twenty to 2:00, then?

9            MR. RUBIN:  That's fine.

10           VIDEOGRAPHER:  Going off record.  The time is

11  12:39.

12           (Lunch recess, 12:39 - 1:48 p.m.)

13           VIDEOGRAPHER:  Going back on record.  The time

14  is 1:48.

15           MR. WILLIAMS:  Q.  Okay.  We left off and you

16  were telling me about the steps that were taken to do

17  this process that occurred on November 17th.  Do you

18  recall that?  And you said the first step was to remove

19  the item from On Accounts to unapplied; right?

20       A.   Yes.

21       Q.   And what was -- what was required to make that

22  move?  What was the entry into the system or documents

23  created to do that?

24       A.   It is a compound question.  I'll try to make

25  sure I answer each of the questions or each of the

CERTIFICATE OF DEPOSITION OFFICER

I, DIANA NOBRIGA, hereby certify that the witness in the foregoing deposition was by me duly sworn to testify to the truth, the whole truth, and nothing but the truth in the within-entitled cause; that said deposition was taken at the time and place therein stated; that the testimony of said witness was reported by me, a Certified Shorthand Reporter and disinterested person, and was thereafter transcribed into typewriting, and that the pertinent provisions of the applicable code or rules of civil procedure relating to the notification of the witness and counsel for the parties hereto of the availability of the original transcript of the deposition for reading, correcting and signing have been met.

I further certify that I am not of counsel or attorney for either or any of the parties to said deposition, nor in any way interested in the outcome of the cause named in said action.

DATED: April 19, 2005

DIANA   NOBRIGA, CSR NO. 7071