CERTIFIED COPY

1               IN THE UNITED STATES DISTRICT COURT
2                 NORTHERN DISTRICT OF CALIFORNIA
3
4   In re ORACLE CORPORATION
    SECURITIES LITIGATION,
5
6   vs.                         Master File No.: C-01-0988-MJJ
7   This Document Relates To:
8        ALL ACTIONS.
9   _____/
10
11                          ---oOo---
12                    CONFIDENTIAL under the
13   "Revised Stipulated Protective Order Governing Confidentiality"
14                  DEPOSITION OF MICHAEL QUINN
15                    Tuesday, April 18, 2006
16                          ---oOo---
17
18                  SHEILA CHASE & ASSOCIATES
                          REPORTING FOR
19                    LiveNote World Service
                    221 Main Street, Suite 1250
20                San Francisco, California 94105
                      Phone:  (415) 321-2311
21                    Fax:    (415) 321-2301
22
23  Reported by
    APRIL DAWN HEVEROH, CSR
24  CSR No. 8759
25

```
 1      Q.   And it also -- or to refund the customer,
 2  right?
 3      A.   Yes.
 4      Q.   And Oracle, I guess, did something to clean up
 5  the unapplied cash account in November of 2000, right?
 6      A.   So the only unapplied cash account activity in
 7  2000 was related to the activities or the, you know,
 8  actions by the credit analysts and credit managers and
 9  their metrics and making sure that they cleaned things
10  up, et cetera.
11      Q.   I don't understand.  Can you explain that?
12      A.   So --
13      Q.   What are you talking about?  I'm just not sure
14  what you're talking about.
15      A.   So unapplied cash is part of a collector's
16  everyday responsibility, and regularly there would be
17  projects or focused periods of time for collectors to
18  reduce the number of items in the unapplied cash
19  accounts, so they would call customers and figure out
20  how to apply the cash or get it refunded, et cetera.
21  And so, you know, what this is, the cleanup of the
22  unapplied cash account -- it's probably mixing up
23  two different periods of time.
24      Q.   When you say "this," are you referring to, I
25  guess, paragraph -- subparagraph C?
```

1      A.     Subparagraph C, yes.
2      Q.     Well, what do you mean, "mixing up two periods
3   of time"?
4      A.     So what happened in November of 2000 when the
5   on account item within the AR application was cleaned
6   out where Greg Myers -- I believe we discussed this
7   before -- created the sequel script with IT to take
8   those items out of the on account designation within the
9   application, doing that by doing one or two journal
10  entries in and out, in and out of the same account for a
11  net zero accounting impact.
12     Q.     So are you saying that the -- in November of
13  2000, that no activity occurred with respect to Oracle
14  unapplied cash, or cash in Oracle's unapplied account?
15     A.     I didn't say that.
16     Q.     Did you know that there was going to be a
17  cleanup of Oracle's unapplied cash in November of 2000?
18            MS. WINE:  Objection.  Assumes facts.
19            MR. WILLIAMS:  Q.  Go ahead.
20     A.     There was no cleanup of Oracle's unapplied
21  cash outside of the day-to-day activities that I
22  mentioned previously that the collectors did within
23  their normal day jobs.
24     Q.     Okay.  And was there -- did you -- withdrawn.
25            Did you ever see a, quote-unquote,

```
 1   "cleanup" of Oracle's unapplied cash?
 2           MS. WINE:  Objection.  Vague and ambiguous.
 3           THE WITNESS:  I don't understand what you
 4   mean.
 5           MR. WILLIAMS:  Q.  Well, how would -- did
 6   Oracle ever clean up its unapplied cash?
 7           MS. WINE:  Same objection.
 8           THE WITNESS:  Again, it's an ongoing challenge
 9   to keep the number of transactions in there and the
10   collectors is an ongoing process to help keep it down.
11           MR. WILLIAMS:  Q.  So there was never a
12   specific, quote-unquote, "cleanup" of Oracle's unapplied
13   cash while you were at Oracle?
14       A.   A specific -- there was one in 2002 where we
15   spent a focused amount of time cleaning up the large
16   dollar items and getting things squared away.
17       Q.   And describe that for me.
18       A.   It was a project that I had the collections
19   senior manager or manager at the time, Ryan Roberts and
20   his staff, do -- you know, focus on the large dollar
21   items and determine what its proper resolution was,
22   whether it should be refunded or applied or, you know --
23       Q.   And what did you do?
24           MS. WINE:  Objection.  Vague and ambiguous.
25           THE WITNESS:  What did I do?
```

```
 1
 2                    REPORTER'S CERTIFICATE
 3
 4          I hereby certify that the foregoing is a true
 5   record of the testimony as reported to the best of my
 6   ability by me, a Certified Shorthand Reporter and a
 7   disinterested person, and was thereafter transcribed
 8   under my direction into typewriting by computer.
 9
10          I FURTHER CERTIFY that I am not interested in
11   the outcome of the said action and not connected with
12   nor related to any of the parties in said action or
13   their respective counsel.
14   Dated: 5-2-06            _____
                              APRIL DAWN HEVEROH, CSR
15                                  CSR NO. 8759
16
17
18
19
20
21
22
23
24
25
```