```
 1              IN THE U.S. DISTRICT COURT
 2           NORTHERN DISTRICT OF CALIFORNIA
 3                     --oOo--
 4   In Re Oracle Corporation Securities
     Litigation
 5
     This Document Relates to:
 6   All Actions.
                                    No. C010988 MJJ
 7
                                                /
 8   _____
                       --oOo--
 9
             Wednesday, June 7, 2006
10
                       --oOo--
11
        CONFIDENTIAL VIDEOTAPED DEPOSITION OF
12
               THOMAS ANTHONY WILLIAMS
13
                       --oOo--
14
     Ref No.  1-2699
15   Reported By:  ELIZABETH A. WILLIS, CSR No. 12155
                   Registered Professional Reporter
16
     _____
17
18
19
20
21
22
23
24
25
```

**Certified Copy**

1  history that touched upon 12601?
2       MS. WINE:  Objection.  Mischaracterizes the
3  evidence.
4       THE DEPONENT:  I already said it wasn't
5  discussed at that first meeting in 2002.
6     BY MR. WILLIAMS:
7     Q.  All right.  And subsequent to the first
8  meeting did you have a discussion with anyone during
9  which anyone said to you that some of the November 17th,
10 2000, debit memos had a history that touched on 12601?
11    A.  No.
12    Q.  If that were true that some of them did would
13 that information have been important to you?
14      MS. WINE:  Objection.  Incomplete
15 hypothetical.
16      THE DEPONENT:  Not at that point.
17    BY MR. WILLIAMS:
18    Q.  Why not?
19    A.  Because -- and I don't remember the genesis of
20 it, but we had started to look at what was the activity
21 going into 12601, coming out of 25005.  So at that point
22 whether it was in the November 17th debit memos or not
23 was somewhat irrelevant to me.  It was a different issue
24 to me.
25    Q.  Did at some point that become important to

```
 1   you?
 2       A.   It became important to me to understand how
 3   much moved from 25005 to 12601, yes.
 4       Q.   And did you ask anyone to provide you with a
 5   history of any of the debit memo transactions that had
 6   at some point gone through 12601?
 7       A.   No.
 8       Q.   Why not?
 9       A.   Because it wouldn't be relevant.
10       Q.   To what?
11       A.   The debit memos had no effect on the company's
12   financial statements.  The debit and the credit went
13   exactly the same place, 25005.  So the 46,000 debit
14   memos from my perspective were done with whether or
15   not -- once we determined that that was the accounting
16   entry debit, credit, same account, no effect on the
17   financial statements.  Separate from that was an
18   additional issue which is, "Okay.  Have things moved out
19   of 25005 to 12601?"  Whether or not they were ever in
20   the debit memo population was irrelevant because we were
21   dealing with, "Well, how much moved from 25005 to 12601
22   and was it appropriate?"  So it was not meaningful for
23   me to try and look at the 46,000 debit memos because,
24   you know, I am not going to look at 46,000 items to find
25   out did they ever go through 12601.  It was much easier
```

1  to go look at 25005 and 12601 and look at every
2  transaction that moved between those two accounts.
3      Q.   So do you know whether any of the debit memo
4  transactions on November 17th, 2000, moved to 12601?
5           MS. WINE:  Objection.  Vague and ambiguous.
6           THE DEPONENT:  Based on this document I
7  believe there was at least one.  Do I know if there are
8  additional ones?  No.
9      BY MR. WILLIAMS:
10     Q.   And so during your -- when it became relevant
11 to you and you began looking at what had gone from 25005
12 through 12601, did you find any -- any transactions that
13 were also related to a debit memo?
14     A.   Never attempted to link them to a debit memo
15 because, again, the debit memos didn't create an
16 accounting entry that affected the financial
17 statements.  The only transactions that could affect the
18 financial statements were a movement from 25005 to 12601
19 that was inappropriate.
20     Q.   So when you were looking at those 25005 to
21 12601 transactions were you looking at the full history
22 of those transactions or were you just looking to
23 determine whether or not there was a specific tie from
24 25005 straight to 12601?
25     A.   I don't understand that question.  "Specific

I, ELIZABETH A. WILLIS, a Certified Shorthand Reporter of the State of California, duly authorized to administer oaths, do hereby certify:

That I am a disinterested person herein; that the Witness, named in the foregoing deposition was by me duly sworn to testify the truth, the whole truth, and nothing but the truth; that the deposition was reporter in shorthand by me, ELIZABETH A. WILLIS, a Certified Shorthand Reporter of the State of California, and thereafter transcribed into typewriting.

That before completion of the deposition, review of the transcript [ ] was [X] was not requested. If requested, any changes made by the deponent (and provided to the reporter) during the period allowed are appended hereto.

Date  6-8-06

_Elizabeth A. Willis_
ELIZABETH A. WILLIS,
RPR, CSR #12155

--oOo--