BILL LOCKYER
Attorney General of the State of California
ROBERT R. ANDERSON
Chief Assistant Attorney General
MARK O. GEIGER
Senior Assistant Attorney General
ROBERT M. MORGESTER
Deputy Attorney General
State Bar No. 142236
   1300 I Street
   P.O. Box 944255
   Sacramento, CA 94244-2550
   Telephone: (916) 445-9330
   Fax: (916) 323-5363
Attorneys for Plaintiff

SUPERIOR COURT OF CALIFORNIA

COUNTY OF SACRAMENTO

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA,<br><br>                              Plaintiff,<br><br>     v.<br><br>ADAM HAHN;<br>MICHAEL HAHN;<br>MINH NGUYEN.<br><br>                            Defendants. | COMPLAINT (FELONY) |

       The People of the State of California upon oath of the undersigned, upon information and belief complain against the Defendants **ADAM HAHN, MICHAEL HAHN,** and **MINH NGUYEN,** above named for the crimes as follows:

### COUNT 1

### (CONSPIRACY TO COMMIT EMBEZZLEMENT)

       In and between September 2001, and June 2003, at and in the County of Sacramento in the State of California, Defendants **ADAM HAHN, MICHAEL HAHN,** and **MINH NGUYEN** did commit a felony namely a violation of SECTION 182 (a)(1) OF THE PENAL CODE of the State of California, in that said Defendants did unlawfully conspire together and with another person and persons whose identity is unknown to commit the crimes of embezzlement by a private officer, in

1

COMPLAINT (FELONY)

violation of Section 504 of the Penal Code, a felony; embezzlement by a collector, in violation of Section 506 of the Penal Code, a felony; and identity theft, in violation of Section 530.5 of the Penal Code, a felony; that pursuant to and for the purpose of carrying out the objectives and purposes of the aforesaid conspiracy, the said defendants committed the following overt act and acts at and in the County of Sacramento.

**OVERT ACTS**

Overt Act 1. On or about July 2001, Adam Hahn affirmed that employing a collection company operated by his brother, Michael Hahn, to collect on Oracle Corporation's behalf would be conflict of interest, as well as inappropriate and unethical.

Overt Act 2. On or about September 7, 2001, Adam Hahn, Michael Hahn, and Brandon Simpson agreed to create Elite Business Services (EBS) with each of them retaining a 1/3 interest in EBS.

Overt Act 3. Between September 2001 and December 2001, Adam Hahn directed Oracle Corporation employees to send Oracle Corporation's invoices for collections to EBS.

Overt Act 4. Between September 2001 and December 2001, EBS deposited in EBS controlled bank accounts $74,633.41 that was collected on behalf of Oracle Corporation.

Overt Act 5. On or about January 2002 Michael Hahn and Minh Nguyen created Information Technologies Collections, Inc. (ITC)

Overt Act 6. On or about January 2002, Adam Hahn directed his subordinate Oracle Corporation's Collection Manager Ryan Roberts to draft a letter authorizing ITC to "receive and deposit payments made to Oracle Corporation."

Overt Act 7. Between January 2002 and July 2003, Adam Hahn directed Oracle employees to send Oracle invoices for collections to ITC.

Overt Act 8. On or about January 2002, Minh Nguyen opened a bank account for ITC with U.S. Bank.

Overt Act 9. Between January 2002 and July 2003, ITC deposited in ITC controlled bank accounts $1,132,631.21 that was collected on behalf of Oracle Corporation.

Overt Act 10. On or about March 2002, ITC forged Ryan Robert's signature on a $9,696.11

check made payable to Oracle Corporation and deposited it into an account controlled by ITC.

Overt Act 11. On or about June 2002, ITC forged Ryan Robert's signature on a $31,828.08 check made payable to Oracle Corporation and deposited it into an account controlled by ITC.

Overt Act 12. On or about September 2002, ITC forged Ryan Roberts' signature on a $23,579.85 check made payable to Oracle Corporation and deposited it into an account controlled by ITC.

Overt Act 13. On or about May 2002, Adam Hahn requested that Ryan Roberts place in Oracle Corporation files documents to establish that ITC was a real company and to help explain his use of them.

## COUNT 2

### (EMBEZZLEMENT BY PUBLIC OR PRIVATE OFFICER)

For a further and separate cause of Complaint, being a different offense from but connected it is commission with the charge set forth in Counts 1 through 7, complainant further complains and states in and between September 2001, and June 2003, at and in the County of Sacramento in the State of California, Defendant **ADAM HAHN**, did commit a felony namely a violation of SECTION 504 OF THE PENAL CODE of the State of California, in that said Defendant while senior manager for Oracle Corporation did unlawfully and fraudulently appropriate to a use and purpose not in the due and lawful execution of his/her trust, property which he/she had in his/her possession and under his/her control by virtue of his/her trust and did unlawfully secrete said property with a fraudulent intent to appropriate it to such a use and purpose contrary to Penal Code section 487(a), said property being of a value exceeding Four Hundred Dollars ($400) to wit $1,207,264.62.

## COUNT 3

### (EMBEZZLEMENT BY A COLLECTOR OF ACCOUNTS)

For a further and separate cause of Complaint, being a different offense from but connected it is commission with the charge set forth in Counts 1 through 7, complainant further complains and states in and between September 2001, and March 2002, at and in the County of Sacramento in the State of California, Defendants **ADAM HAHN**, and **MICHAEL HAHN**, did

3

COMPLAINT (FELONY)

commit a felony, namely a violation of SECTION 506 OF THE PENAL CODE of the State of California, in that said Defendants while acting as a collector for Oracle Corporation did unlawfully and fraudulently appropriate to a use and purpose not in the due and lawful execution of his/her trust, property which he had in his possession and under his control by virtue of his trust and did unlawfully secrete said property with a fraudulent intent to appropriate it to such a use and purpose contrary to Penal Code section 487(a), said property being of a value exceeding Four Hundred Dollars ($400) to wit $74,633.41.

## TOLLING OF STATUTE LIMITATIONS

It is further alleged as to Counts 1, 2 and 3 as to Defendants **ADAM HAHN, MICHAEL HAHN,** and **MINH NGUYEN** that the statute of limitations has been extended pursuant to PENAL CODE SECTION 801.5 in that the above violations were continuous and that the earliest completion date of any act of the charged offenses was March 22, 2002. More specifically, the last check collected on behalf of Oracle Corporation by EBS was deposited into a EBS controlled account on March 22, 2002.

## COUNT 4

### (EMBEZZLEMENT BY A COLLECTOR OF ACCOUNTS)

For a further and separate cause of Complaint, being a different offense from but connected it is commission with the charge set forth in Counts 1 through 7, complainant further complains and states in and between January 2002, and March 2002, at and in the County of Sacramento in the State of California, Defendants **ADAM HAHN,** and **MICHAEL HAHN, and MINH NGUYEN** did commit a felony, namely a violation of SECTION 506 OF THE PENAL CODE of the State of California, in that said Defendants while acting as a collector for Oracle Corporation did unlawfully and fraudulently appropriate to a use and purpose not in the due and lawful execution of his/her trust, property which he/she had in his/her possession and under his/her control by virtue of his/her trust and did unlawfully secrete said property with a fraudulent intent to appropriate it to such a use and purpose contrary to Penal Code section 487(a), said property being of a value exceeding Four Hundred Dollars ($400) to wit $106,107.08.

///

4

COMPLAINT (FELONY)

## COUNT 5

### (EMBEZZLEMENT BY A COLLECTOR OF ACCOUNTS)

For a further and separate cause of Complaint, being a different offense from but connected it is commission with the charge set forth in Counts 1 through 7, complainant further complains and states in and between March 2002, and August 2002, at and in the County of Sacramento in the State of California, Defendants **ADAM HAHN, and MICHAEL HAHN, and MINH NGUYEN** did commit a felony, namely a violation of SECTION 506 OF THE PENAL CODE of the State of California, in that said Defendants while acting as a collector for Oracle Corporation did unlawfully and fraudulently appropriate to a use and purpose not in the due and lawful execution of his/her trust, property which he/she had in his/her possession and under his/her control by virtue of his/her trust and did unlawfully secrete said property with a fraudulent intent to appropriate it to such a use and purpose contrary to Penal Code section 487(a), said property being of a value exceeding Four Hundred Dollars ($400) to wit $495,660.57.

## COUNT 6

### (EMBEZZLEMENT BY A COLLECTOR OF ACCOUNTS)

For a further and separate cause of Complaint, being a different offense from but connected it is commission with the charge set forth in Counts 1 through 7, complainant further complains and states in and between August 2002, and October 2002, at and in the County of Sacramento in the State of California, Defendants **ADAM HAHN, and MICHAEL HAHN, and MINH NGUYEN** did commit a felony, namely a violation of SECTION 506 OF THE PENAL CODE of the State of California, in that said Defendants while acting as a collector for Oracle Corporation did unlawfully and fraudulently appropriate to a use and purpose not in the due and lawful execution of his/her trust, property which he/she had in his/her possession and under his/her control by virtue of his/her trust and did unlawfully secrete said property with a fraudulent intent to appropriate it to such a use and purpose contrary to Penal Code section 487(a), said property being of a value exceeding Four Hundred Dollars ($400) to wit $107,102.48.

///

///

**COUNT 7**

**(EMBEZZLEMENT BY A COLLECTOR OF ACCOUNTS)**

For a further and separate cause of Complaint, being a different offense from but connected it is commission with the charge set forth in Counts 1 through 7, complainant further complains and states in and between October 2002, and June 2003, at and in the County of Sacramento in the State of California, Defendants **ADAM HAHN**, and **MICHAEL HAHN, and MINH NGUYEN** did commit a felony, namely a violation of SECTION 506 OF THE PENAL CODE of the State of California, in that said Defendants while acting as a collector for Oracle Corporation did unlawfully and fraudulently appropriate to a use and purpose not in the due and lawful execution of his/her trust, property which he/she had in his/her possession and under his/her control by virtue of his/her trust and did unlawfully secrete said property with a fraudulent intent to appropriate it to such a use and purpose contrary to Penal Code section 487(a), said property being of a value exceeding Four Hundred Dollars ($400) to wit $423,861.08.

It is further alleged, pursuant to PENAL CODE SECTION 186.11(a)(2), that the offenses set forth in Counts 1 through 7, are related felonies, a material element of which is fraud and embezzlement, which involves a pattern of related felony conduct, and the pattern of related conduct involves the taking of more then $500,000.

It is further alleged that in the commission of Counts 1 through 7, with the intent to do so, Defendants **ADAM HAHN, MICHAEL HAHN,** and **MINH NGUYEN** took property of a value exceeding $1,000,000 within the meaning of PENAL CODE SECTION 12022.6(a)(3).

Pursuant to PENAL CODE SECTION 1054.5(B), the People are hereby informally requesting that defense counsel provide discovery to the People as required by PENAL CODE SECTION 1054.3, and pursuant to the provisions of PENAL CODE SECTION 1054.7.

I declare upon information and belief and under penalty of perjury that the foregoing is true and correct.

Executed at Sacramento County, California, the 19th day of December, 2005.

6

COMPLAINT (FELONY)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Respectfully submitted,

BILL LOCKYER
Attorney General of the State of California

ROBERT R. ANDERSON
Chief Assistant Attorney General

MARK O. GEIGER
Senior Assistant Attorney General

ROBERT M. MORGESTER
Deputy Attorney General

Attorneys for Plaintiff

7

COMPLAINT (FELONY)