Lawyers for the global economy



MORRISON & FOERSTER LLP

# *Presentation To The SEC Staff On Behalf Of Oracle Corporation*

**David B. Bayless**
**Eric R. Roberts**
**Adrian J. Sawyer**
**MORRISON & FOERSTER LLP**

**October 29, 2003**

*FOIA Confidential Treatment Requested*



NDCA-ORCL 050209
CONFIDENTIAL
ATTORNEYS EYES ONLY



MoFo                                                    **MORRISON & FOERSTER LLP**

# Introduction

- **The Staff Has Requested A Discussion Of Paragraphs 36-43 Of The Second Amended Complaint.**

- **Paragraphs Allege That On November 17, 2000, Oracle Generated 46,438 Phony Debit Memos/Invoices And Recorded $228 Million In Sham Revenue.**

2

NDCA-ORCL 050210
CONFIDENTIAL
ATTORNEYS EYES ONLY



MoFo

**MORRISON & FOERSTER** LLP

# Introduction

- **Complaint Has Been Dismissed With Prejudice.**

- **Allegations Are Factually Baseless.**

- **After Demonstrating This, Oracle Will Explain What Happened On November 17, 2000.**

NDCA-ORCL 050211
CONFIDENTIAL
ATTORNEYS EYES ONLY

3





**MORRISON & FOERSTER LLP**

# First Purported Basis for
# Sham Revenue Allegations

- **Allegations Concerning Three Specific Overpayments.**

    Eli Lilly (¶ 38(a))

    Household (¶ 38(b), (c))

    Unidentified Customer (¶ 37(a))

NDCA-ORCL 050212
CONFIDENTIAL
ATTORNEYS EYES ONLY

4



MoFo

MORRISON & FOERSTER LLP

# First Purported Basis for Sham Revenue Allegations

- **These Customers Allegedly Overpaid But Oracle Never Refunded.**

- **On November 17, 2000, Oracle Supposedly Converted These Overpayments Into Revenue.**

- **Unsupported By Documents.**

5

NDCA-ORCL 050213
CONFIDENTIAL
ATTORNEYS EYES ONLY



MoFo

MORRISON & FOERSTER LLP

# Eli Lilly & Co.

- **Oracle Allegedly Applied A June 23, 1997 Overpayment Of $15,582.55 To A Fictitious Invoice Created November 17, 2000. (¶ 38(a))**

- **In Fact, Oracle Refunded That $15,582.55 Overpayment to Eli Lilly On February 4, 1999, As Part Of A $33,180.06 Refund.**

NDCA-ORCL 050214
CONFIDENTIAL
ATTORNEYS EYES ONLY

6

MoFo

MORRISON & FOERSTER LLP

# Eli Lilly & Co. Billing History (Tab A)

Oracle US Primary

Billing History
Invoice Date Between 01-JAN-97 and 11-DEC-00
Transaction

Report Date: 24-SEP-2004 11:36
Page          7 of  22
Activity

| City | ST Number | Type | Due Date | Date | Customer Name | Original Amount | Balance Due | Applied Amount | Credited Amount | Adjusted Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| | Customer Number: 5493 | | | | ELI LILLY & COMPANY | | | | | |
| INDIANAPO IN | 9565704 | CN | | 22-FEB-97 | 21-JAN-97 | | 13,200.00 | 0.00 | 13,200.00 | 0.00 | 0.00 |
| INDIANAPO IN | 9565710 | DEAL | | 23-FEB-97 | 24-JAN-97 | | 2,800.00 | 0.00 | 2,800.00 | 0.00 | 0.00 |
| INDIANAPO IN | 9565720 | CN | | 24-FEB-97 | 24-JAN-97 | | 2,800.00 | 0.00 | 2,800.00 | 0.00 | 0.00 |
| INDIANAPO IN | 9565718 | DEAL | | 27-FEB-97 | 24-JAN-97 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| INDIANAPO IN | 9565745 | CN | | 27-FEB-97 | 28-JAN-97 | | 46,000.00 | 0.00 | 46,000.00 | 0.00 | 0.00 |
| INDIANAPO IN | 9565953 | DEAL | | 08-MAR-97 | 06-FEB-97 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| INDIANAPO IN | 9565963 | CN | | 08-MAR-97 | 06-FEB-97 | | 26,400.00 | 0.00 | 26,400.00 | 0.00 | 0.00 |
| INDIANAPO IN | 9565376 | DEAL | | 22-MAR-97 | 10-FEB-97 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| INDIANAPO IN | 9565974 | CN | | 22-MAR-97 | 15-FEB-97 | | 13,200.00 | 0.00 | 13,200.00 | 0.00 | 0.00 |
| INDIANAPO IN | 9565974 | DEAL | | 17-MAR-97 | 15-FEB-97 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| INDIANAPO IN | 9565272 | CN | | 17-MAR-97 | 15-FEB-97 | | 13,200.00 | 0.00 | 13,200.00 | 0.00 | 0.00 |
| INDIANAPO IN | 9566295 | DEAL | | 29-MAR-97 | 27-FEB-97 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| INDIANAPO IN | 9566410 | DEAL | | 28-MAR-97 | 26-FEB-97 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| INDIANAPO IN | 9566351 | DEAL | | 28-MAR-97 | 26-FEB-97 | | 841.00 | 0.00 | 841.00 | 0.00 | 0.00 |
| INDIANAPO IN | 9566404 | CN | | 28-MAR-97 | 26-FEB-97 | | 13,200.00 | 0.00 | 13,200.00 | 0.00 | 0.00 |
| INDIANAPO IN | 9566410 | DEAL | | 28-MAR-97 | 26-FEB-97 | | 13,200.00 | 0.00 | 13,200.00 | 0.00 | 0.00 |
| INDIANAPO IN | 9566894 | DEAL | | 17-APR-97 | 18-MAR-97 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| INDIANAPO IN | 9566831 | CN | | 17-APR-97 | 18-MAR-97 | | 9,520.00 | 0.00 | 9,520.00 | 0.00 | 0.00 |
| INDIANAPO IN | 9566970 | DEAL | | 16-APR-97 | 17-MAR-97 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| INDIANAPO IN | 9566943 | CN | | 24-APR-97 | 24-MAR-97 | | 13,200.00 | 0.00 | 13,200.00 | 0.00 | 0.00 |
| INDIANAPO IN | 9567790 | CN | | 24-APR-97 | 24-APR-97 | | 2,220.00 | 0.00 | 2,220.00 | 0.00 | 0.00 |
| INDIANAPO IN | 9567791 | CN | | 24-APR-97 | 24-APR-97 | | 13,200.00 | 0.00 | 13,200.00 | 0.00 | 0.00 |
| INDIANAPO IN | 9567838 | DEAL | | 24-MAY-97 | 24-APR-97 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| INDIANAPO IN | 9567939 | DEAL | | 24-MAY-97 | 24-MAY-97 | | 15,198.00 | 0.00 | 15,198.00 | 0.00 | 0.00 |
| INDIANAPO IN | 9567918 | CN | | 11-MAY-97 | 09-MAY-97 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| INDIANAPO IN | 9567916 | DEAL | | 08-JUN-97 | 09-MAY-97 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| INDIANAPO IN | 9569211 | DEAL | | 23-JUN-97 | 24-MAY-97 | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| INDIANAPO IN | 9510296 | CN | | 23-JUN-97 | 24-MAY-97 | | 21,726.00 | 0.00 | 76,151.45 | <15,562.05> | 0.00 |
| INDIANAPO IN | 9510299 | CN | | 23-JUN-97 | 24-MAY-97 | | 420,035.00 | 0.00 | 420,035.00 | 0.00 | 0.00 |

23-JUN-97 24-MAY-97     91,736.00          0.00          76,151.45          <5,562.35>

NDCA-ORCL 050215

CONFIDENTIAL
ATTORNEYS EYES ONLY





# MoFo

**MORRISON & FOERSTER LLP**

# Payment Overview
# For Eli Lilly Refund (Tab B)

**Payment Overview (Oracle Corporation)**

| | |
|---|---|
| Number | 1302049 |
| Currency | USD |
| Amount | 33,180.06 |
| Date | 04-FEB-1999 |
| Batch | 02049999 |
| Voucher | |
| Status | Reconciled |
| Cleared Amount | 33,180.06 |
| Cleared Date | 16-FEB-1999 |
| Void Date | |
| Maturity Date | |

**Supplier**

| | |
|---|---|
| Name | Eli Lilly & Company. |
| Taxpayer ID | |
| Number | 45058   Site INDIANAPOLIS |
| Address | Feltman, Richard |
| | LILLY CORPORATE CENTER |
| | INDIANAPOLIS, IN 46285 |

**Bank**

| | |
|---|---|
| Name | Wells Fargo Bank |
| Account | Control Disbursement Acct |
| Payment Document | Laser |
| Payment Method | Check |

**Invoices**

| Number | Amount Paid | GL Date | Description | |
|---|---|---|---|---|
| AR15478 | 33,180.06 | 04-FEB-1999 | Refund Support ending 2/28/98 | Contact |
| | | | | |
| | | | | |

| Invoice Overview | Bank | Supplier | Payments |
|---|---|---|---|

NDCA-ORCL 050216
CONFIDENTIAL
ATTORNEYS EYES ONLY

8



# MoFo

**MORRISON & FOERSTER** LLP

# Eli Lilly & Co. Refund Check—Front (Tab C)



NDCA-ORCL 050217
CONFIDENTIAL
ATTORNEYS EYES ONLY

9

# Eli Lilly & Co. Refund Check—Back (Tab C)



NDCA-ORCL 050218

CONFIDENTIAL
ATTORNEYS EYES ONLY



# MoFo

**MORRISON & FOERSTER LLP**

# Refund Request Showing $15,582
# Part Of Eli Lilly Refund (Tab D)

**View Refund Requests**

**Refund Request**

| | | | | | |
|---|---|---|---|---|---|
| Request Number | 15478 | Requestor | | Request Date | 18-JAN-1999 |
| Customer Name | ELI LILLY & COMPANY | Customer Number | 5439 | Complete ✓ | 20-JAN-1999 |
| Address | LILLY CORPORATE CENTER, | Approved By | DAVID.OROCC | Approved | 27-JAN-1999 |
| | INDIANAPOLIS, IN 46285 | | | | |
| Contact | FELTMAN, RICHARD | | | Refund Total | 33,180.06 |

**Additional Information**

| | | | |
|---|---|---|---|
| Invoice Number | SEVERAL | Comments | OLD SUPPORT TERMINATION 2/28/98 |
| Purchase Order Number | | Order Number | |
| Credit Memo Number | | RMA Number | |
| Remittance Instructions | Refund Support ending 2/28/98 | | This is a refund for unused support from February, |
| Special Instructions | | | |

**Payment Details - Dates**

| | | | | | |
|---|---|---|---|---|---|
| AP Invoice Date | 03-FEB-1999 | Scheduled To Pay Date | 18-JAN-1999 | Check Cut Date | 04-FEB-1999 |
| AP Interface Date | 02-FEB-1999 | Payment Stopped Date | | Check Cleared Date | |

NDCA-ORCL 050219
CONFIDENTIAL
ATTORNEYS EYES ONLY



# MoFo

**MORRISON & FOERSTER LLP**

# Refund Request Showing $15,582
# Part Of Eli Lilly Refund (Tab D)

## Refund Details

| Check Number | Notes | On Account | Previous Refund | Refund Amount |
|---|---|---|---|---|
| 5236208 | cm on 842190 & 841147, refund approved b | 706.87 | | 706.87 |
| 5236297 | cm i#858687, refund approved by MKLOBU | 2,261.28 | | 2,261.28 |
| 5238860 | cm on i#9510298, refund approved by MKL | 15,582.55 | | 15,582.55 |
| 5223435 | superterm on i#819998, refund approved by N | 634.50 | | 634.50 |
| 5224700 | superterm on i#806079, refund approved by N | 9.86 | | 9.86 |
| 5227179 | cm on i#833152, refund approved by MKLO | 5,276.70 | | 5,276.70 |
| 5231342 | cm on i#841146, refund approved by MKLO | 2,231.53 | | 2,231.53 |
| 5232213 | superterm on i#825607, refund approved by N | 13.15 | | 13.15 |
| 5232503 | cm on i#820135, refund approved by MKLO | 105.21 | | 105.21 |
| 6078029 | superterm on i#882244, refund approved by N | 762.74 | | 762.74 |
| 6078859 | cm on i#886836, refund approved by MKLO | 384.25 | | 384.25 |
| 6126889 | cm i#929710, refund approved by MKLOBU | 1,065.21 | | 1,065.21 |
| 6146760 | cm i#946770, refund approved by MKLOBU | 2,257.97 | | 2,257.97 |
| 6152444 | cm i#953090, refund approved by MKLOBU | 1,103.84 | | 1,103.84 |
| | | | **Total Amount** | 33,180.06 |

NDCA-ORCL 050220
CONFIDENTIAL
ATTORNEYS EYES ONLY



MoFo

**MORRISON & FOERSTER** LLP

# Household

- **Oracle Supposedly Applied Three Overpayments By Household To Invoices Created November 17, 2000.**

    1990 Alleged Overpayment of $25,000
    (¶ 38(c))

    1991 Alleged Overpayment of $45,000
    (¶ 38 (c))

    1994 Alleged Overpayment of $76,645.04
    (¶ 38(b))

- **In Fact, All Refunded Years Ago.**

13

NDCA-ORCL 050221
CONFIDENTIAL
ATTORNEYS EYES ONLY



MoFo

**MORRISON & FOERSTER LLP**

# Household

- **1990 "Overpayment" of $25,000 (¶ 38(c))**
- **1991 "Overpayment" of $45,000 (¶ 38 (c))**

- **Not Overpayments At All, But Payments Refunded In 1991 As Part Of $100,000 Accommodation Reflecting Customer Dissatisfaction.**

NDCA-ORCL 050222
CONFIDENTIAL
ATTORNEYS EYES ONLY

14



# MoFo

**MORRISON & FOERSTER LLP**

# June 18, 1991 E-Mail Regarding 1991 Household Accommodation (Tab E)

In an effort to save you some time "scrolling" through the below string of emails, I will summarize the situation. Household International paid us $100K through a contract with Oracle during Q3. They were extremely unhappy with the training delivered there, and are requesting their original $100K back in full.

Attached are email approvals from both Joe DiDonato and Mike Fields authorizing the credit memo. Please help me process this one, and I am aware that



NDCA-ORCL 050223
CONFIDENTIAL
ATTORNEYS EYES ONLY

NDCA-ORCL 050224
CONFIDENTIAL
ATTORNEYS EYES ONLY

16

ACCOUNTS PAYABLE CHECK REQUEST FORM

# August 1, 1991 Check Request For 1991 Household Accommodation (Tab F)

MORRISON & FOERSTER LLP

MoFo



# MoFo

**MORRISON & FOERSTER LLP**

# Payment Overview Showing
# 1991 Household Accommodation (Tab G)

---

**Payment Overview (Oracle Corporation)**

| | |
|---|---|
| Number | 372055 |
| Currency | USD |
| Amount | 100,000.00 |
| Date | 01-AUG-1991 |
| Batch | |
| Voucher | |
| Status | Cleared but Unaccounte |
| Cleared Amount | 100,000.00 |
| Cleared Date | 19-AUG-1991 |
| Void Date | |
| Maturity Date | |

**Supplier**

| | |
|---|---|
| Name | Household Finance |
| Taxpayer ID | 361239445 |
| Number | 9070   Site   PROSPECT HE |
| Address | 1700 SANDERS RD. |
| | PROSPECT HEIGHTS, IL 60070 |

**Bank**

| | |
|---|---|
| Name | Wells Fargo Bank |
| Account | Old Control Disbursement Acct |
| Payment Document | EVERGREEN |
| Payment Method | Check |

**Invoices**

| Number | Amount Paid | GL Date | Description |
|---|---|---|---|
| CR895KWINNOVI01AU | 100,000.00 | 01-AUG-1991 | REFUND OF SERVICE AGREEMENT |
| | | | |
| | | | |

| Invoice Overview | Bank | Supplier | Payments |
|---|---|---|---|

17

NDCA-ORCL 050225
CONFIDENTIAL
ATTORNEYS EYES ONLY

# MoFo

**MORRISON & FOERSTER LLP**

# Account Detail Showing 1990 "Overpayment" Part Of 1991 Refund (Tab H)



Account Details (Oracle Corporation) - HOUSEHOLD FINANCE

| Number | Seq | Class | Days Late | Due Date | Currency | Original | Balance |
|--------|-----|-------|-----------|----------|----------|----------|---------|
| 3014047 | 1 | Invoice | | 29-NOV-1990 | USD | 25,000.00 | |

Adjustments (Oracle Corporation) - HOUSEHOLD FINANCE, 3014047-1

**Installment**

| | Line | Tax | Freight | Charges | Total |
|---|------|-----|---------|---------|-------|
| Original | 25,000.00 | 0.00 | 0.00 | | 25,000.00 |
| Balance | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Adjustments | <25,000.00> | | | Pending Adjustments | |

**Adjustments**

Main          Account, IDs          Comments

| Number | Reason | Comments | Status | [ ] |
|--------|--------|----------|--------|-----|
| 121951 | BANKRUPT/OUT OF BUSINESS | The Education dept had refund | Approved | |

**Editor**

The Education dept had refunded $100K as a deal with the customer, but we never had any unapplied cash to refund so we are taking a hit now to resolve a debit in 2255

18

NDCA-ORCL 050226
CONFIDENTIAL
ATTORNEYS EYES ONLY



MoFo MORRISON & FOERSTER LLP

# Account Detail Showing 1991 "Overpayment" Part Of 1991 Refund (Tab H)

Account Details (Oracle Corporation) - HOUSEHOLD FINANCE

| Number | Seq | Class | Days Late | Due Date | Currency | Original | Balanc |
|---|---|---|---|---|---|---|---|
| 3015341 | 1 | Invoice | | 30-DEC-1990 | USD | 45,000.00 | |

Adjustments (Oracle Corporation) - HOUSEHOLD FINANCE, 3015341, 1

**Installment**

| | Line | Tax | Freight | Charges | Total |
|---|---|---|---|---|---|
| Original | 45,000.00 | 0.00 | 0.00 | | 45,000.00 |
| Balance | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

Adjustments <45,000.00> Pending Adjustments

**Adjustments**

Main | Account, IDs | Comments

| Number | Reason | Comments | Status |
|---|---|---|---|
| 121952 | BANKRUPT/OUT OF BUSINESS | The Education dept initiated a | Approved |

Editor

The Education dept initiated a refund in '91 for $100K as a deal with the customer; however, we didn't have any cash unapplied. So we are taking a hit now to resolve a debit in 2265.

NDCA-ORCL 050227
CONFIDENTIAL
ATTORNEYS EYES ONLY



MoFo

**MORRISON & FOERSTER LLP**

# Household

- **1994 "Overpayment" of $76,645.04 (¶ 38(b))**


- **Exact Amount Refunded In 1995.**

NDCA-ORCL 050228
CONFIDENTIAL
ATTORNEYS EYES ONLY

20

MORRISON & FOERSTER LLP

MoFo

# Household Billing History Showing 1994 Invoice (Tab I)

Oracle US Primary

Report Date 21-OCT-2003 14:05
Activity Page 2

Invoice Date Between 01-JAN-94 and 30-NOV-00
Transaction Between 01-JAN-94

Billing History

| City | SF Number | Type | Due Date | Date | Customer Name | Original Amount | Balance Due | Applied Amount | Credited Amount | Adjusted Amount |
|---|---|---|---|---|---|---|---|---|---|---|

HOUSEHOLD FINANCE

NDCA-ORCL 050229

CONFIDENTIAL
ATTORNEYS EYES ONLY

21



# MoFo

**MORRISON & FOERSTER LLP**

# Payment Overview Showing
# 1995 Household Refund (Tab J)

Payment Overview (Oracle Corporation)

| | | | |
|---|---|---|---|
| Number | 636459 | | |
| Currency | USD | | |
| Amount | 76,645.04 | | |
| Date | 27-APR-1995 | | |
| Batch | 042795A>15 | | |
| Voucher | | | |
| Status | Cleared but Unaccounte | | |
| Cleared Amount | 76,645.04 | | |
| Cleared Date | 04-MAY-1995 | | |
| Void Date | | | |
| Maturity Date | | | |

**Supplier**

| | |
|---|---|
| Name | Household International |
| Taxpayer ID | |
| Number | 22343    Site  PROSPECT HG |
| Address | HOUSEHOLD BANK 2E |
| | 2700 SANDERS RD |
| | ATTN KATHY MORRISSEY |
| | PROSPECT HEIGHTS, IL 60070 |

**Bank**

| | |
|---|---|
| Name | Wells Fargo Bank |
| Account | Old Control Disbursement Acct |
| Payment Document | EVERGREEN |
| Payment Method | Check |

**Invoices**

| Number | Amount Paid | GL Date | Description |
|---|---|---|---|
| CR000ATHRASHE03FE | 60,180.00 | 27-APR-1995 | INV 498798 CK 67021191 RMA 2044580 PO# NBF |
| CR000ATHRASHE25AF | 16,465.04 | 27-APR-1995 | INV 498799 ORD# 591336 CK# 67021191 SUPPO |
| | | | |

| Invoice Overview | Bank | Supplier | Payments |
|---|---|---|---|

22

NDCA-ORCL 050230
CONFIDENTIAL
ATTORNEYS EYES ONLY



MoFo

**MORRISON & FOERSTER LLP**

# Unidentified Customer

- **Oracle Allegedly Applied A $4,847,389 Overpayment To A November 17, 2000 Invoice. (¶ 37(a))**

- **Customer Not Named, But Oracle Has Identified An Overpayment In This Exact Amount.**

  Texas Instruments Made A Duplicate Payment To Oracle Of $4,847,389 In May 1998.

23

NDCA-ORCL 050231
CONFIDENTIAL
ATTORNEYS EYES ONLY



MoFo

**MORRISON & FOERSTER LLP**

# Unidentified Customer

- **Texas Instruments Stopped Payment On That Check After Determining It Was A Duplicate Payment.**

- **Oracle's May 1998 Bank Statement Includes "Return Items" Entry Of $4,847,389.**

NDCA-ORCL 050232
CONFIDENTIAL
ATTORNEYS EYES ONLY

MoFo

MORRISON & FOERSTER LLP

# Oracle's May 1998 Bank Statement Showing "Return Items" Entry (Tab K)

ORACLE CORPORATION
500 ORACLE PKWY
REDWOOD CITY CA 94065

5/28 RETURN ITEMS 01195250

4,847,389.00

NDCA-ORCL 050233
CONFIDENTIAL
ATTORNEYS EYES ONLY



# MoFo

**MORRISON & FOERSTER LLP**

## Second Purported Basis For Sham Revenue Allegations

- **Oracle Created 46,438 Phony Debit Memos/Invoices On November 17, 2000 In Order To Recognize Sham Revenue.  (¶ 37(e))**

- **Expert Calculated That These Phony Debit Memos/Invoices Resulted In $228 Million Of Sham Revenue.  (¶¶ 39-40)**

- **Decrease of $215 Million In Unearned Revenue Account in Q2 Compared to Q1 "Almost Equal" To $228 Million Figure.  (¶ 41)**

26

NDCA-ORCL 050234
CONFIDENTIAL
ATTORNEYS EYES ONLY



*MoFo*

**MORRISON & FOERSTER LLP**

# Debit Memo Data
# Refute This Argument

- **Debit Memos Processed On November 17, 2000, Actually Total $692,415,514.97.**

- **Expert's Figure is Nowhere Near This Amount.**

- **Decline In Unearned Revenue Account Also Not Even Close.**

NDCA-ORCL 050235
CONFIDENTIAL
ATTORNEYS EYES ONLY

27



## MoFo

**MORRISON & FOERSTER LLP**

# November 17, 2000 Transaction Register Reporting Debit Memos (Tab L)

Transaction Register

**Shows All Nov. 17 Debit Memos Are In 550 On Account Sequence (¶37)**

NDCA-ORCL 050236
CONFIDENTIAL
ATTORNEYS EYES ONLY

28



# MoFo

**MORRISON & FOERSTER LLP**

# November 17, 2000 Transaction Register Reporting Debit Memos (Tab L)

## Page 853 Shows Amount of Debit Memos In 550 On Account Sequence As $692,415,514.97

| | | | | |
|---|---|---|---|---|
| 55046852 ON ACCOU ROCKFORD INDUSTRIES | 254465 | 17-Nov-00 | 17-Nov-00 | 2,882.35 | 2,882.35 |
| 55046853 ON ACCOU ROCKFORD INDUSTRIES | 254465 | 17-Nov-00 | 17-Nov-00 | 813.52 | 813.52 |
| 55046854 ON ACCOU ROCKFORD INDUSTRIES | 254465 | 17-Nov-00 | 17-Nov-00 | 1,305.96 | 1,305.96 |
| 55046855 ON ACCOU NEWCOURT FINANCIAL | 254471 | 17-Nov-00 | 17-Nov-00 | 18,540.04 | 18,540.04 |
| 55046856 ON ACCOU NEWCOURT FINANCIAL | 254471 | 17-Nov-00 | 17-Nov-00 | 29,338.96 | 29,338.96 |
| 55046857 ON ACCOU NEWCOURT FINANCIAL | 254471 | 17-Nov-00 | 17-Nov-00 | 7,759.04 | 7,759.04 |
| 55046858 ON ACCOU KOCH FINANCIAL | 254466 | 17-Nov-00 | 17-Nov-00 | 26,741.58 | 26,741.58 |
| 55046859 ON ACCOU ROCKFORD INDUSTRIES | 254465 | 17-Nov-00 | 17-Nov-00 | 2,212.46 | 2,212.46 |
| 55046860 ON ACCOU ROCKFORD INDUSTRIES | 254465 | 17-Nov-00 | 17-Nov-00 | 135,878.53 | 135,878.53 |
| 55046861 ON ACCOU ROCKFORD INDUSTRIES | 254465 | 17-Nov-00 | 17-Nov-00 | 1,402.00 | 1,402.00 |
| 55046862 ON ACCOU ROCKFORD INDUSTRIES | 254465 | 17-Nov-00 | 17-Nov-00 | 2,858.01 | 2,858.01 |
| 55046863 ON ACCOU ROCKFORD INDUSTRIES | 254465 | 17-Nov-00 | 17-Nov-00 | 868.6 | 868.6 |
| 55046864 ON ACCOU ROCKFORD INDUSTRIES | 254465 | 17-Nov-00 | 17-Nov-00 | 342 | 342 |
| 55046865 ON ACCOU NEWCOURT FINANCIAL | 254471 | 17-Nov-00 | 17-Nov-00 | 6,581.46 | 6,581.46 |
| 55046866 ON ACCOU BANK AMERICA CREDIT CORPO | 201063 | 17-Nov-00 | 17-Nov-00 | 12,100.83 | 12,100.83 |
| 55046867 ON ACCOU KOCH FINANCIAL | 254466 | 17-Nov-00 | 17-Nov-00 | 21,179.00 | 21,179.00 |
| 55046868 ON ACCOU ROCKFORD INDUSTRIES | 254465 | 17-Nov-00 | 17-Nov-00 | 2,029.52 | 2,029.52 |
| 55046869 ON ACCOU ROCKFORD INDUSTRIES | 254465 | 17-Nov-00 | 17-Nov-00 | 8,207.61 | 8,207.61 |
| 55046870 ON ACCOU ROCKFORD INDUSTRIES | 254465 | 17-Nov-00 | 17-Nov-00 | 950 | 950 |
| 55046871 ON ACCOU ROCKFORD INDUSTRIES | 254465 | 17-Nov-00 | 17-Nov-00 | 1,277.40 | 1,277.40 |
| 55046872 ON ACCOU ROCKFORD INDUSTRIES | 254465 | 17-Nov-00 | 17-Nov-00 | 29,276.60 | 29,276.60 |
| 55046873 ON ACCOU ROCKFORD INDUSTRIES | 254465 | 17-Nov-00 | 17-Nov-00 | 7,626.00 | 7,626.00 |
| 55046874 ON ACCOU ROCKFORD INDUSTRIES | 254465 | 17-Nov-00 | 17-Nov-00 | 1,421.60 | 1,421.60 |
| 55046875 ON ACCOU NEWCOURT FINANCIAL | 254471 | 17-Nov-00 | 17-Nov-00 | 19,822.00 | 19,822.00 |
| 55046876 ON ACCOU NEWCOURT FINANCIAL | 254471 | 17-Nov-00 | 17-Nov-00 | 20,000.00 | 20,000.00 |
| 55046877 ON ACCOU KOCH FINANCIAL | 254466 | 17-Nov-00 | 17-Nov-00 | 65,787.00 | 65,787.00 |
| 55046878 ON ACCOU KOCH FINANCIAL | 254466 | 17-Nov-00 | 17-Nov-00 | 36,487.00 | 36,487.00 |
| 55046879 ON ACCOU NEWCOURT FINANCIAL | 254471 | 17-Nov-00 | 17-Nov-00 | 39,938.48 | 39,938.48 |
| 55046880 ON ACCOU NEWCOURT FINANCIAL | 254471 | 17-Nov-00 | 17-Nov-00 | 41,578.00 | 41,578.00 |
| 55046881 ON ACCOU NEWCOURT FINANCIAL | 254471 | 17-Nov-00 | 17-Nov-00 | 24,900.00 | 24,900.00 |
| | | | | 692,415,514.97 | |

| | | | | |
|---|---|---|---|---|
| 55046876 ON ACCOU NEWCOURT FINANCIAL | 254471 | 17-Nov-00 | 17-Nov-00 | 20,000.00 | 20,000.00 |
| 55046877 ON ACCOU KOCH FINANCIAL | 254466 | 17-Nov-00 | 17-Nov-00 | 65,787.00 | 65,787.00 |
| 55046878 ON ACCOU KOCH FINANCIAL | 254466 | 17-Nov-00 | 17-Nov-00 | 36,487.00 | 36,487.00 |
| 55046879 ON ACCOU NEWCOURT FINANCIAL | 254471 | 17-Nov-00 | 17-Nov-00 | 39,938.48 | 39,938.48 |
| 55046880 ON ACCOU NEWCOURT FINANCIAL | 254471 | 17-Nov-00 | 17-Nov-00 | 41,578.00 | 41,578.00 |
| 55046881 ON ACCOU NEWCOURT FINANCIAL | 254471 | 17-Nov-00 | 17-Nov-00 | 24,900.00 | 24,900.00 |
| | | | | 692,415,514.97 | |

NDCA-ORCL 050237
CONFIDENTIAL
ATTORNEYS EYES ONLY

29



# MoFo

**MORRISON & FOERSTER LLP**

## Actual Revenue Data
## Refute This Argument

- **Oracle Recorded U.S. Revenue Of Only $9,354,676.48 On November 17, 2000.**

- **U.S. Revenue Did Not Approach Even Half Of $692 Million On Any Day Of The Quarter.**

NDCA-ORCL 050238
CONFIDENTIAL
ATTORNEYS EYES ONLY



# MoFo

**MORRISON & FOERSTER LLP**

# Revenue By Day For Q2 2001

| GL Date | Total Revenue | GL Date | Total Revenue | GL Date | Total Revenue |
|---|---|---|---|---|---|
| 9/1/00 | 18,502,517.53 | 10/3/00 | 4,169,623.71 | 11/4/00 | 1,185,138.40 |
| 9/2/00 | 1,798,857.82 | 10/4/00 | 5,686,902.03 | 11/5/00 | 1,232,049.26 |
| 9/3/00 | 1,160,512.04 | 10/5/00 | 21,843,365.94 | 11/6/00 | 3,706,095.80 |
| 9/4/00 | -122,454.77 | 10/6/00 | -260,193.43 | 11/7/00 | 2,442,133.92 |
| 9/5/00 | 1,684,764.61 | 10/7/00 | -3,337,608.33 | 11/8/00 | 6,053,272.30 |
| 9/6/00 | 5,402,574.62 | 10/8/00 | 1,063,226.26 | 11/9/00 | 3,683,909.13 |
| 9/7/00 | 2,264,205.93 | 10/9/00 | 5,103,630.40 | 11/10/00 | 5,104,697.07 |
| 9/8/00 | 2,025,824.17 | 10/10/00 | -13,393,485.87 | 11/11/00 | 1,883,944.46 |
| 9/9/00 | 1,725,126.48 | 10/11/00 | 5,906,325.76 | 11/12/00 | 1,802,208.58 |
| 9/10/00 | 1,331,598.94 | 10/12/00 | 5,507,312.41 | 11/13/00 | 2,797,196.99 |
| 9/11/00 | 635,770.63 | 10/13/00 | 2,948,078.61 | 11/14/00 | 4,172,991.80 |
| 9/12/00 | 3,154,326.56 | 10/14/00 | 2,170,091.32 | 11/15/00 | 7,726,938.72 |
| 9/13/00 | 4,433,786.25 | 10/15/00 | 2,337,499.05 | 11/16/00 | 8,584,170.42 |
| 9/14/00 | 4,300,743.84 | 10/16/00 | 3,902,407.37 | 11/17/00 | 9,354,676.48 |
| 9/15/00 | 4,834,232.41 | 10/17/00 | 5,298,999.70 | 11/18/00 | 22,046,702.33 |
| 9/16/00 | 1,810,464.46 | 10/18/00 | 5,143,653.09 | 11/19/00 | 1,734,192.49 |
| 9/17/00 | 2,485,314.23 | 10/19/00 | 5,890,730.41 | 11/20/00 | 723,235.35 |
| 9/18/00 | 5,428,932.43 | 10/20/00 | 5,047,249.50 | 11/21/00 | 8,487,094.02 |
| 9/19/00 | 3,800,124.68 | 10/21/00 | 2,328,973.92 | 11/22/00 | 68,684,626.82 |
| 9/20/00 | 5,080,843.83 | 10/22/00 | 2,504,971.38 | 11/23/00 | 2,969,880.82 |
| 9/21/00 | 4,896,228.57 | 10/23/00 | 7,894,097.33 | 11/24/00 | 4,500,641.99 |
| 9/22/00 | 3,303,263.50 | 10/24/00 | 4,424,961.22 | 11/25/00 | 4,158,185.56 |
| 9/23/00 | 2,963,330.24 | 10/25/00 | 10,664,484.79 | 11/26/00 | 6,509,684.82 |
| 9/24/00 | 4,534,366.40 | 10/26/00 | 12,084,694.58 | 11/27/00 | 18,487,275.41 |
| 9/25/00 | 7,623,294.15 | 10/27/00 | 16,688,585.69 | 11/28/00 | 27,242,339.54 |
| 9/26/00 | 16,497,098.16 | 10/28/00 | 9,974,816.48 | 11/29/00 | 84,540,411.18 |
| 9/27/00 | 11,445,232.21 | 10/29/00 | 16,054,957.32 | 11/30/00 | 260,497,203.98 |
| 9/28/00 | 14,476,984.56 | 10/30/00 | 20,297,486.23 | | 1,046,251,045.72 |
| 9/29/00 | 32,275,215.06 | 10/31/00 | 42,475,620.94 | | |
| 9/30/00 | 30,538,776.27 | 11/1/00 | 35,845,235.65 | | |
| 10/1/00 | 13,858,144.30 | 11/2/00 | 3,961,626.14 | | |
| 10/2/00 | 4,651,322.31 | 11/3/00 | 6,910,716.06 | | |

NDCA-ORCL 050239
CONFIDENTIAL
ATTORNEYS EYES ONLY



MoFo

**MORRISON & FOERSTER LLP**

# Plaintiffs' Theory Relies On Inexplicable Accounting

- **Plaintiffs Fail To Explain Connection Between Issuance Of Debit Memos And Decline In Unearned Revenue.**

- **In Fact, Plaintiffs' Theory Is Impossible Under Double-Entry Bookkeeping.**

NDCA-ORCL 050240
CONFIDENTIAL
ATTORNEYS EYES ONLY



MoFo

MORRISON & FOERSTER LLP

# Historical Activity In Unearned Revenue Contradicts Allegations

- **Historical Activity In Unearned Revenue Account Contradicts Allegations.**

- **Decline In Q2 Of FY 2001 Compared To Q1 Is Typical, Not One-Time Event.**

NDCA-ORCL 050241
CONFIDENTIAL
ATTORNEYS EYES ONLY

33



# MoFo

**MORRISON & FOERSTER LLP**

# Historical Activity In Unearned Revenue Contradicts Allegations

**Customer Advances & Unearned Revenue,
FY 1994 – FY 2001 (in thousands)**



NDCA-ORCL 050242
CONFIDENTIAL
ATTORNEYS EYES ONLY

34



# MoFo

**MORRISON & FOERSTER LLP**

# Historical Activity In Unearned Revenue Contradicts Allegations

## Customer Advances & Unearned Revenue
## FY 1994 – FY 2001 (in thousands)*

|  | FY 1994 | FY 1995 | FY 1996 | FY 1997 | FY 1998 | FY 1999 | FY 2000 | FY 2001 |
|---|---|---|---|---|---|---|---|---|
| Q1 | $193,574 | $243,709 | $326,669 | $474,634 | $694,123 | $956,370 | $1,089,684 | $1,269,585 |
| Q2 | $180,574 | $237,058 | $301,568 | $443,648 | $615,752 | $800,214 | $925,141 | $1,053,809 |
| Q3 | $187,714 | $262,140 | $350,219 | $475,568 | $633,818 | $817,895 | $1,019,556 | $1,040,711 |
| Q4 | $227,118 | $316,273 | $434,435 | $607,862 | $877,087 | $1,007,149 | $1,133,482 | $1,213,529 |

* Declining quarters shown in red.

35

NDCA-ORCL 050243
CONFIDENTIAL
ATTORNEYS EYES ONLY



MoFo

**MORRISON & FOERSTER LLP**

# Why Did Oracle Make The November 17, 2000 Entries?

- **Prepared For Implementation Of New Software In Conjunction With Worldwide Standardization Of Accounting Processes.**

- **"On Account"**

  An Electronic Designation
  Historically Designated Different Things
  - Customer Refunds
  - Stop Payments
  - Non-Invoiced Receipts

- **Going Forward, "On Account" Would Only Indicate Customer Prepayments.**

36

NDCA-ORCL 050244
CONFIDENTIAL
ATTORNEYS EYES ONLY



MoFo

**MORRISON & FOERSTER LLP**

# What Were
# The November 17, 2000 Entries?

- **Redesignated Outstanding "On Account" Designations.**

- **Accomplished By Creating 46,881 Debit Memos And Series Of Entries.**

  No Accounting Impact.

  Operational Decision By Accounts Receivable Line Management.

37

NDCA-ORCL 050245
CONFIDENTIAL
ATTORNEYS EYES ONLY



# MoFo

**MORRISON & FOERSTER LLP**

# Typical Transaction

| Entry | Balance Sheet | | | | Income Statement | |
|---|---|---|---|---|---|---|
| | a/c Cash | a/c Accounts Receivable | a/c 25005 Customer Advances & Overpayments | Accounts Payable | Revenue | Explanation |
| | **1,000** | **4,000** | | **(3,000)** | **100,000** | **Opening balance** |
| A | 25 | | (^25) | | | Cash received; recorded (flagged) and designated as "unapplied" |
| A1 | | (25) | ^25 | | | Receipt matched to an invoice and designation changed to "applied" |
| | **1,025** | **3,975** | **0** | **(3,000)** | **100,000** | **Balance after receiving and posting cash and matching to invoice** |

NDCA-ORCL 050246
CONFIDENTIAL
ATTORNEYS EYES ONLY

38



# MoFo

**MORRISON & FOERSTER LLP**

# Overpayment Refund—Entries Prior to November 17, 2000

| Entry | Balance Sheet | | | | Income Statement | Explanation |
|---|---|---|---|---|---|---|
| | a/c Cash | a/c Accounts Receivable | a/c 25005 Customer Advances & Overpayments | Accounts Payable | Revenue | |
| | **1,025** | **3,975** | **0** | **(3,000)** | **100,000** | **Balance after receiving and posting cash and matching to invoice** |
| A2 | 25 | | (^25) | | | Cash received; recorded (flagged) designated as "unapplied" |
| | **1,050** | **3,975** | **(25)** | **(3,000)** | **100,000** | **Balance before identifying invoice or customer** |
| B1 | | | ^25 | | | Overpayment identified; re-designated as "on account" |
| B2 | | | (**25) | | | |
| | **1,050** | **3,975** | **0** | **(3,025)** | **100,000** | **Balance after establishing payable for overpayment** |
| C | | | 25 | (25) | | Refund check requested |
| D | (25) | | | 25 | | Customer reimbursed for overpayment and accounts payable reduced |
| | **1,025** | **3,975** | **0** | **(3,000)** | **100,000** | **Balance at November 17** |

NDCA-ORCL 050247
CONFIDENTIAL
ATTORNEYS EYES ONLY



# MoFo

**MORRISON & FOERSTER LLP**

# Overpayment Refund— November 17, 2000 Entries

| Entry | Balance Sheet | | | | Income Statement | |
|---|---|---|---|---|---|---|
| | a/c Cash | a/c Accounts Receivable | a/c 25005 Customer Advances & Overpayments | Accounts Payable | Revenue | Explanation |
| | 1,025 | 3,975 | 0 | (3,000) | 100,000 | **Balance at November 17, 2000** |
| | | | | | | *November 17 entries* |
| D | | | **25 | | | Zero out flag or "on account" designations created in B2 |
| D | | | (^25) | | | and re-designate amount as "unapplied" |
| E | | | 25 | | | Create debit memo |
| E | | | (25) | | | by debiting and crediting same account |
| F | | | (25) | | | Apply debit memo created in E against |
| F | | | ^25 | | | "unapplied" amount created in D |
| | 1,025 | 3,975 | 0 | (3,000) | 100,000 | **Balance at November 17 after correcting entries** |

NDCA-ORCL 050248
CONFIDENTIAL
ATTORNEYS EYES ONLY



MoFo

MORRISON & FOERSTER LLP

# November 17, 2000 Debit Memo For Household Refund (Tab M)

Transactions (Oracle Corporation)

| | | | |
|---|---|---|---|
| Number | | Date | 17-NOV-2000 |
| Reference | 67021191 | Currency | USD |
| Source | ON ACCOUNT CLEANUP | Class | Debit Memo |
| Type | ON ACCOUNT | GL Date | 17-NOV-2000 |

☑ Complete

Transaction ON A

Main | More | Remit To, Sales | Paying Customer | Notes | Commitment | Credit

Ship To — Name

Bill To — HOUSEHOLD FINANCE

View Transaction Accounting (Oracle Corporation:USD) - 55040598

| Line Type | Accounting Date | Account | Debit (USD) | Credit (USD) |
|---|---|---|---|---|
| Receivable | 17-NOV-2000 | 001.0000.25005.0000.959.070.999.999 | 76,645.04 | |
| Revenue | 17-NOV-2000 | 001.0000.25005.0000.959.070.999.999 | | 76,645.04 |
| | | | 76,645.04 | 76,645.04 |

Account Desc: USA.Total Company.Customer Overpayments.Nonspecific sub-account.Corporate A

Accounting Rule:

Accounting Date: 17-NOV-2000

Comments:

Transferred to GL: Yes

NDCA-ORCL 050249
CONFIDENTIAL
ATTORNEYS EYES ONLY



MoFo

**MORRISON & FOERSTER** LLP

# The November 17 Process

- **Series Of Entries Dictated By System.**

- **No Impact On Revenue Or Income.**

- **No Impact  On Cash Or Accounts Receivable.**

- **No Impact On Financial Statements.**

42

NDCA-ORCL 050250
CONFIDENTIAL
ATTORNEYS EYES ONLY



# MoFo

**MORRISON & FOERSTER LLP**

## Oracle's Auditors Tested
## The November 17 Process

- **Oracle Requested That Ernst & Young Perform Testing Procedures On The Debit Memos.**


- **E&Y Tested 195 Debit Memos, Of Which 145 Were Over $500,000.**

NDCA-ORCL 050251
CONFIDENTIAL
ATTORNEYS EYES ONLY

43



# MoFo

**MORRISON & FOERSTER LLP**

## Oracle's Auditors Tested
## The November 17 Process

- **E&Y Concluded:**
    - All Tested Debit Memos Had Equal And Offsetting Entries To The Same Account; and
    - No Debits Or Credits To Revenue Accounts.

- **No Proposed E&Y Adjustment.**

- **No Restatement.**

44

NDCA-ORCL 050252
CONFIDENTIAL
ATTORNEYS EYES ONLY



MoFo

**MORRISON & FOERSTER LLP**

# In Sum, The Evidence Refutes The Allegations

## 1. Allegations About Specific Customers Are False.

Monies Previously Refunded.

## 2. Plaintiffs' Numbers Don't Add Up.

Amount of Debit Memos Much Greater Than Amount Expert Calculated.

Actual Daily Revenue Nowhere Near Amount Of Debit Memos.

45

NDCA-ORCL 050253
CONFIDENTIAL
ATTORNEYS EYES ONLY



# MoFo

**MORRISON & FOERSTER LLP**

# In Sum, The Evidence Refutes
# The Allegations

## 3. Unearned Revenue Account Unrelated To Issuance of Debit Memos.

## 4. Decline In Unearned Revenue Account Consistent With Historical Trends.

- Not a One-Time Event

- Occurs Every Fiscal Year

46

NDCA-ORCL 050254
CONFIDENTIAL
ATTORNEYS EYES ONLY



# MoFo

**MORRISON & FOERSTER LLP**

# In Sum, The Evidence Refutes The Allegations

5. **Debit Memos Created On November 17, 2000, For Operational Purposes Only, Created No Revenue, And Had No Financial Statement Impact.**

6. **E&Y Specifically Tested And Proposed No Adjustment.**

47

NDCA-ORCL 050255
CONFIDENTIAL
ATTORNEYS EYES ONLY