Date: October 22, 2002

To: Oracle Corporation Files

From: Alex Bender, Senior Manager
Megan Birkler, Supervisory Senior

**Oracle Corporation – Agreed Upon Procedures with Respect to Debit Memos to Account # 25005 in November 2000**

### Background

On October 11, 2002, Oracle was served with the Second Amended Complaint in the securities class action case pending in federal court in the Northern District of California ("Complaint"). In the Complaint, plaintiffs allege, for the first time, that in the second quarter of fiscal 2001 Oracle improperly recognized revenue from past customer credits and overpayments it held in reserve as unapplied cash ("on account") without our customers' knowledge. Plaintiffs allege that Oracle executed more than 46,000 false transactions to convert "on account" money into revenue, resulting in $228 million of improperly recognized revenue in Q2'01. This allegedly was done to disguise the slowdown in product sales.

Plaintiffs allege that Oracle accomplished this fraud on November 17, 2000 by creating 46,000 false debit memos (with the account prefix 550) that were then reversed from unapplied cash "on account" with the same accounting treatment as if these were actual invoices for real product sales. The Complaint lists certain specific customer accounts where plaintiffs claim to have a witness who reviewed the customers' billing histories.

Please find the Complaint at **X3**.

### Discussion

In October 2002, the Company and its Audit Committee launched an internal investigation to address the claims of the Complaint. At the request of the Company, Ernst & Young performed the following procedures that were agreed to with the Company. This memo discusses the results of such procedures. Please note that the following procedures relate only to the US, and no procedures were performed relating to international transactions or amounts.

We read the Complaint that alleges that Oracle Corporation created approximately 46,000 false transactions ("debit memos") that resulted in the Company recognizing revenue and overstating earnings in Q2'01. Plaintiffs allege that the Company used these debit

EY 000143
**CONFIDENTIAL**

memos to convert 'on account' money (customer overpayments) into revenue, resulting in $228 million of improperly recognized revenue in Q2'01.

We obtained and reviewed the Company's internal memo addressing the Complaint and the Company's position that it did not overstate revenues in Q2'01. See **X2** for further information on the Company's procedures as it relates to the Complaint, and its policy regarding "on account" transactions at **X5**. In November 2000, in an effort to remove these "on account" transactions from the Company's subledgers, the Company wrote an SQL script that completed the following steps: (i) unapply the cash from the 'on account' status (DR 25005/Cr 25005). (ii) generate a debit memo for the amount previously applied as 'on account' (Dr 25005/Cr 25005) and (iii) apply the cash to the debit memo. The total amount of the 46,876 debit memos was $692,396,225. The Company believes no revenue was created as a result of the debit memos, and that there was no effect on the Q2'01 financial statements. The Company performed an internal review of the debit memos, reviewing all debit memos greater than $1 million, and/or debit memos greater than $10,000 for the 16 customers specifically referenced in the Complaint. If a customer did not have any debit memos greater than $10,000, the Company reviewed the top five memos. The Company procedures indicated that no revenue was recorded from the debit memos created on November 17, 2000.

### *Procedures with Respect to Debit Memos*
We obtained a download detail of the 46,876 debit memos issued on November 17, 2000. We obtained on-line access to the Company's Oracle Applications (on-line G/L, or GSIAP), and reviewed the accounting distribution lines for all debit memos issued on November 17, 2000 greater than $500,000 (145 in total), with a total debit memo value of $398,731,034 (57% of total dollar amount of debit memos issued on November 17, 2000). Additionally, we selected an arbitrary sample of 50 debit memos between $1,000 and $499,000 and performed similar procedures. The accounting distribution lines for all items tested showed the debit to account #25005, and a corresponding credit to account #25005 (no financial statement impact). We noted no exceptions in our testing.

During our review of the accounting distribution lines, we noted that the entries were classified as Accounts Receivable (debit to 25005) and Revenues (credit to 25005). Per discussion with Greg Myers, Senior Manager, Account Receivable Global Process Owner, the entries in the system must be classified with one of five classifications (Accounts Receivable, Revenue, Tax, Unearned Revenue, Unbilled Revenue). This classification is informational only, and does not "map" the entry to the revenue or accounts receivable account in the general ledger. This is accomplished only through the account number recorded as part of the entry. To be consistent, when the Company wrote the SQL script to make create the debit memos the debit was classified as Accounts Receivable and the credit was classified as Revenue. However, the credit was made to account #25005, which is a corporate accrual account, <u>not</u> a revenue account. Per review of the company's trial balance, revenue accounts begin with 3xxxx. We created 3 false transactions in the system with the same accounting distribution lines, noting no amount was recorded to revenue.

EY 000144
CONFIDENTIAL

In our detail listing, 25,104 of the total debit memos were for amounts less than $1,000 and totaled $8,926,416 (1% of total), which was deemed immaterial for purposes of this testing. Therefore, no procedures were performed on debit memos issued that were less than $1,000.

### Review of Account #25005
We obtained from the Company the domestic G/L Account Analysis Report for account #25005 for the month of November 2000, and made inquiries as to the nature of the transactions. As part of our testing, we noted that all debits to #25005 were recorded with either a corresponding credit to account #25005 (no financial statement impact), or to a different non-revenue account. Furthermore, we made inquiries of the nature of the large transactions recorded in account #25005. Based upon our review and testing, it appears that no revenue was booked as a result of reversing amounts from account #25005.

We further obtained the domestic reconciliation for account #25005 for November 2000 and August 2000, noting that the ending balance properly agreed to the general ledger, and that the ending balance included items that were consistent with the Company policy. Furthermore, based upon our review, we noted that the beginning and ending balance and the components of the ending balance at 11/30/00 were comparative and consistent with the beginning and ending balance at 8/31/00. As part of our review, we did not note any non-standard or unusual reconciling amounts.

### Corporate and Accounting Policy
We obtained and read Oracle's Corporate and Accounting policy related to unapplied cash and refunds. The Policy details the specific procedures to be performed related to unapplied cash and customer refunds.

### Deferred Revenue Analysis
Plaintiffs also allege that the balance sheet line item, "Customer Advances and Unearned Revenue," which declined by $215 million from Q1'01 to Q2'01, further supports their claim of accounting fraud. The Company's position is that this decrease in "Customer Advances and Unearned Revenue" between the first and second quarter of fiscal year 2001 is a recurring annual pattern, and is closely related to Oracle's receipt of support obligations, paid annually in advance. We obtained the Company's analysis of the US deferred revenue balance for the past nine quarters and reviewed for reasonableness. Furthermore, we obtained and reviewed the Company's analysis of the consolidated quarterly deferred revenue balance since Q4'96. Based upon our review, it appears that the changes in the deferred revenue balance during the second quarter of fiscal 2001 were consistent with the Company's historical trends. Oracle has historically experienced large increases in deferred revenue during the 1st quarter of the fiscal year due primarily to payments for the renewal of support contracts. As Oracle has historically executed the largest number of license contracts in the 3rd month of the 4th quarter, a significant number of support contracts expire in the 4th quarter, and renewals are invoiced in the 3rd month of the 4th quarter, which are due in 30 days (Q1 of following fiscal year). Furthermore, as Oracle does not "gross up" its balance sheet for accounts

EY 000145
CONFIDENTIAL

receivable/deferred revenue for unpaid support contracts, the support deferred revenue balance has historically increased significantly in Q1 as support renewals are paid. Oracle recognizes revenue from support contracts over the term of the support period, which is typically one-year, and, accordingly, the deferred revenue balance historically has decreased in Q2 and Q3 as compared to Q1. Based upon our review of the Company's deferred revenue balances in Q2'01, the changes in the balance appeared reasonable and consistent with similar quarters of previous and subsequent years.

EY 000146
CONFIDENTIAL