CONFIDENTIAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

--oOo--

In re:  ORACLE CORPORATION
SECURITIES LITIGATION
_____/

Master File No.
C-01-0988-MJJ (JCS)
CLASS ACTION

**CERTIFIED COPY**

-- TRANSCRIPT DESIGNATED AS CONFIDENTIAL --

Videotaped Deposition of

BJORN I. STEINHOLT, CFA

Monday, July 2, 2007

Reported by:

Leslie Rockwood

CSR No. 3462

Job No. 75264

```
 1   release as Exhibit 3.
 2         The March 1, 2001, press release doesn't say
 3   anything expressly about Oracle's second quarter 2001
 4   results; correct?
 5      A.   What exhibit are you talking about?
 6      Q.   Exhibit 3, the press release.  I think it's right
 7   on top there?
 8      A.   And the question was that the press release does
 9   not --
10      Q.   Does not specifically, explicitly reference
11   Oracle's second quarter 2001 results; correct?
12      A.   In general, these press releases would actually
13   have historical financials -- you know, as part of the
14   press release.  I don't see that here.  But generally,
15   that would be part of -- part of the press release.  But
16   the portion that you have here, I think the growth rates
17   and -- I may be wrong, but it seemed like the growth
18   rates are year-over-year growth rates.
19      Q.   Let me -- let me ask this a slightly different
20   way because you've referred to the March 1 event,
21   meaning the press release plus the conference call
22   statements, at least.
23         In connection with the March 1, 2001, events, the
24   Q3 2001 financial results that Oracle announced on March
25   1, 2001, don't reflect any change to the financial
```

```
 1  results that Oracle had announced for the second quarter
 2  2001; correct?
 3          MS. WINKLER:  Objection.  Form.
 4          THE WITNESS:  I mean, is there -- whether or
 5  not there was a restatement?
 6      Q.  BY MR. GIBBS:  Correct.
 7      A.  I don't think there was a restatement, no.  I
 8  mean, they did not -- I don't think the second quarter
 9  results have been misstated, no.  Ever.  I mean, not
10  here or at any point in time.
11      Q.  Okay.  So the financial results that Oracle
12  announced on March 1, 2001, do not, for example, reflect
13  a reversal of any revenue Oracle recognized in
14  connection with the HP license transaction; correct?
15      A.  As I said, to the best of my knowledge, there's
16  no restatement of those results.
17      Q.  And the same is true as to the other revenue
18  items that Plaintiffs' claim Oracle improperly
19  recognized for the second quarter 2001; correct?
20          MS. WINKLER:  Objection.  Form.
21          THE WITNESS:  My understanding is that the
22  second quarter has not been restated.
23      Q.  BY MR. GIBBS:  So in order to opine that the
24  March 1, 2001, event reduced and/or eliminated price
25  inflation caused by alleged false and misleading
```

```
 1   statements about Oracle's second quarter 2001 results,
 2   you've assumed that Plaintiffs will prove certain
 3   allegations about the second quarter 2001 results;
 4   correct?
 5       A.  Correct, yes.
 6           MS. WINKLER:  Objection.  Form.
 7       Q.  BY MR. GIBBS:  Okay.  You have assumed, for
 8   example, that Plaintiffs will prove that Oracle should
 9   have reported earnings per share of 10¢ as opposed to
10   the 11¢ per share that Oracle actually reported on
11   December 14th, 2001; correct?
12       A.  That's correct, yes.
13       Q.  And you have also assumed that Plaintiffs will
14   prove that the allegedly false and misleading results
15   for Q2 2001 concealed the issues that later caused
16   Oracle to miss its third quarter guidance; correct?
17           MS. WINKLER:  Objection.  Form.
18           THE WITNESS:  That's correct, yes.  I think
19   it's a little bit more than that but --
20       Q.  BY MR. GIBBS:  What else did you assume?
21           MS. WINKLER:  Objection.  Form.
22           THE WITNESS:  The -- I think in terms of the
23   second quarter revenues and earnings, I think that it
24   wasn't just that -- you can say concealed it, but it was
25   also part of why investors thought application business
```

1   was gaining traction. And it's also part of why the
2   company's stock price increased in the -- following the
3   second quarter earnings announcement.
4           In other words, you know, that -- the
5   application business, for instance, which was expected
6   to have growth of 50 to 55 percent, my understanding is
7   that in the absence of the HP -- HP transaction, that's
8   actually where -- where the results would come in.
9   However, had -- however, the company reported better
10  than expected application growth of 66 percent, and that
11  is part of why investors believed that the company would
12  do well in the future in terms of, you know, application
13  growth. It was further evidence to investors that Suite
14  11i was gaining traction.
15      Q.  BY MR. GIBBS: So was that -- that, together with
16  what I've already articulated, a summary of what the
17  plaintiffs will prove with respect to the Q2 financial
18  results?
19          MS. WINKLER: Objection. Form.
20          THE WITNESS: I think the assumptions are in
21  my report; I don't want to restate or change my
22  assumptions. I mean, my assumptions are what I put in
23  the report.
24      Q.  BY MR. GIBBS: Okay. I want to turn now to
25  another category of statements discussed in your

1  rebuttal report having to do with the economic downturn
2  and reduced corporate IT spending.
3       You begin your discussion of that issue in your
4  rebuttal report at paragraph 19, page 11.
5       Do you have that in front of you?
6    A.  Yes, I do.
7    Q.  The first sentence of that paragraph says,
8  "Plaintiffs also allege that Defendants falsely
9  represented the company's sales would not be negatively
10 impacted by the general economic slowdown during the
11 Class Period."
12      Is that an accurate characterization of your
13 understanding of the plaintiffs' allegation in that
14 regard?
15   A.  That, in aggregate, yes.  The sales would not be
16 impacted.
17   Q.  So it's your understanding that with respect to
18 the allegedly false and misleading statements about the
19 impact of the economy, what Oracle and the other
20 defendants said was the economy will not impact Oracle's
21 results for that quarter?
22           MS. WINKLER:  Objection.  Form.
23           THE WITNESS:  Actually, I think it's
24 slightly different than that.  I think that clearly, on
25 the second quarter earnings announcement, there were

```
 1                  REPORTER'S CERTIFICATE
 2       I certify that the witness in the forgoing
 3  deposition,
 4
 5  was by me duly sworn to tell the truth, the whole truth
 6  and nothing but the truth in the within-entitled cause;
 7  that said deposition was taken at the time and place
 8  herein named; that the testimony of said witness was
 9  reported by me, a duly certified shorthand reporter and
10  a disinterested person, and was thereafter transcribed
11  under my direction into typewriting.
12       I further certify that I am not of counsel or
13  attorney for either or any of the parties to said
14  deposition, nor in any way interested in the outcome of
15  the cause named in said caption.
16       Dated
17
18
19                              _Leslie Rockwood_
                                Leslie Rockwood
20      JUL 0 5 2007            Certified Shorthand Reporter
                                State of California
21                              Certificate No. 3462
22
23
24
25
```