## DECLARATION OF STEPHANIE AAS

I, Stephanie Aas, declare as follows:

1. I have been employed by Oracle Corporation ("Oracle") since 1997. From April 1999 through July 2001, I was Oracle's Director of Investor Relations. I have personal knowledge of the matters stated herein and could and would competently testify thereto if called as a witness.

2. In the ordinary course of its business, Oracle has its quarterly conference calls with, *inter alia*, investors and analysts recorded and transcribed. Those written transcripts become part of Oracle's business records and are maintained as such. Attached hereto as Exhibit J is a true and correct copy of the transcript of Oracle's December 14, 2000 Second Quarter Financial Results Conference Call. Attached hereto as Exhibit S is a true and correct copy of the transcript of Oracle's March 15, 2001 Third Quarter Financial Results Conference Call.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct and that this Declaration was executed on September 26, 2001.

_____
STEPHANIE AAS