Received 09/20/2001 04:17PM in 01:32 on line [0] for JXN * Pg 1/2
FROM : BEHR SERVICES          FAX NO. : 650-366-1540          Sep. 20 2001 04:22PM P1
SEP 20 '01 16:21 FR MAYER BROWN PLAT LAIM     TO 816503621540

## DECLARATION OF EDWARD E. BURDINE

I, Edward E. Burdine, declare as follows:

1. I am the Production Supervisor for Behr Productions. I have personal knowledge of the matters stated herein and could and would competently testify thereto if called as a witness.

2. Behr Productions is in the business of, among other things, producing written transcripts of events, such as presentations given at conferences around the country. On February 21, 2001, Lawrence Ellison of Oracle Corporation gave a keynote address at the AppsWorld Conference in New Orleans, Louisiana, that Behr Productions transcribed pursuant to its standard business practices. Attached hereto as Exhibit 1 is a true and correct copy of the complete transcription of Mr. Ellison's remarks.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct and that this Declaration was executed on September 20, 2001.

*[signature]*
EDWARD E. BURDINE

9          DEFENDANTS' REQUEST FOR JUDICIAL NOTICE
           CASE NO. C-01-0988-MJJ