CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Oracle US Primary                                    Account Analysis Report                              Report Date: 22-OCT-2002 09:19
                                                       With Payables Detail                              Page:    1 of    2
                                                    From 01-NOV-00 Though 30-NOV-00

Currency:                USD
Accounting Flexfield From:   001.0000.25005.0000.Q00.000.000.000
To:                          001.ZZZZ.25005.ZZZZ.ZZZ.ZZZ.ZZZ.ZZZ

| Batch Name | JE Name | Accounting Flexfield | Flexfield Description | Line Description | Vendor Name | Invoice Number | Debits | Credits |
|---|---|---|---|---|---|---|---|---|
| 110300I1 | Payabl | Purchase Invoic 001.0000.25005.0000.959.070.99 | USA.Total Company.Customer O | Contact KDOMENE | HEARST CORPORA | AR17095 | 33.79 | |
| 110300I1 | Payabl | Purchase Invoic 001.0000.25005.0000.959.070.99 | USA.Total Company.Customer O | Contact KDOMENE | SOUTH FLORIDA | AR17094 | 388.00 | |
| 110300I1 | Payabl | Purchase Invoic 001.0000.25005.0000.959.070.99 | USA.Total Company.Customer O | Contact KDOMENE | OUTPURCHASE.CO | AR17093 | 15,382.50 | |
| 110300I1 | Payabl | Purchase Invoic 001.0000.25005.0000.959.070.99 | USA.Total Company.Customer O | Contact KDOMENE | CROYDON COMPAN | AR17096 | 24,750.00 | |
| 111000I1 | Payabl | Purchase Invoic 001.0000.25005.0000.959.070.99 | USA.Total Company.Customer O | Contact KDOMENE | UNIV OF FLORID | AR17098 | 1,106.00 | |
| 111000I1 | Payabl | Purchase Invoic 001.0000.25005.0000.959.070.99 | USA.Total Company.Customer O | Contact KDOMENE | STANDARD MEMS | AR17099 | 4,741.35 | |
| 111000I1 | Payabl | Purchase Invoic 001.0000.25005.0000.959.070.99 | USA.Total Company.Customer O | Contact KDOMENE | BOMBARDIER COR | AR17097 | 6,931.30 | |
| 111000I1 | Payabl | Purchase Invoic 001.0000.25005.0000.959.070.99 | USA.Total Company.Customer O | Contact KDOMENE | SWISS RE NEW M | AR17105 | 7,800.00 | |
| 111000I1 | Payabl | Purchase Invoic 001.0000.25005.0000.959.070.99 | USA.Total Company.Customer O | Contact KDOMENE | HAMILTON COUNT | AR17100 | 10,815.00 | |
| 111000I1 | Payabl | Purchase Invoic 001.0000.25005.0000.959.070.99 | USA.Total Company.Customer O | Contact KDOMENE | BANK OF AMERIC | AR17103 | 17,248.00 | |
| 111000I1 | Payabl | Purchase Invoic 001.0000.25005.0000.959.070.99 | USA.Total Company.Customer O | Contact KDOMENE | ADVANTAGE PROP | AR17102 | 20,861.76 | |
| 111000I1 | Payabl | Purchase Invoic 001.0000.25005.0000.959.070.99 | USA.Total Company.Customer O | Contact KDOMENE | GENRAD | AR17101 | 24,450.00 | |
| 111000I1 | Payabl | Purchase Invoic 001.0000.25005.0000.959.070.99 | USA.Total Company.Customer O | Contact KDOMENE | JINTEK LLC | AR17104 | 35,380.38 | |
| 111700I1 | Payabl | Purchase Invoic 001.0000.25005.0000.959.070.99 | USA.Total Company.Customer O | Contact KDOMENE | STEELCASE INC | AR17111 | 350.00 | |
| 111700I1 | Payabl | Purchase Invoic 001.0000.25005.0000.959.070.99 | USA.Total Company.Customer O | Contact KDOMENE | INNOVATIVE SOL | AR17108 | 431.60 | |
| 111700I1 | Payabl | Purchase Invoic 001.0000.25005.0000.959.070.99 | USA.Total Company.Customer O | Contact KDOMENE | ACXIOM | AR17113 | 1,296.00 | |
| 111700I1 | Payabl | Purchase Invoic 001.0000.25005.0000.959.070.99 | USA.Total Company.Customer O | Contact KDOMENE | AMES TRUE TEMP | AR17107 | 2,996.57 | |
| 111700I1 | Payabl | Purchase Invoic 001.0000.25005.0000.959.070.99 | USA.Total Company.Customer O | Contact KDOMENE | ASPEN TECHNOLO | AR17106 | 6,174.40 | |

ORCL 0123156
ORACLE CONFIDENTIAL

NDCA-ORCL 300913

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

| Entry | Description | Account | Entity | Amount 1 | Amount 2 |
|---|---|---|---|---:|---:|
| 1117001I | Payabl Purchase Invoic | 001.0000.25005.0000.959.070.99 | USA.Total Company.Customer O  Contact KDOMENE CUMMINS ENGINE  AR17114 | 51,161.59 | |
| 1117001I | Payabl Purchase Invoic | 001.0000.25005.0000.959.070.99 | USA.Total Company.Customer O  Contact KDOMENE INTERONE MARKE AR17115 | 63,652.20 | |
| 1117001I | Payabl Purchase Invoic | 001.0000.25005.0000.959.070.99 | USA.Total Company.Customer O  Contact KDOMENE INTERONE MARKE AR17116 | 79,311.63 | |
| 1122001I | Payabl Purchase Invoic | 001.0000.25005.0000.959.070.99 | USA.Total Company.Customer O  Contact KDOMENE PROMETHEUS COM AR17217 | 290.00 | |
| 1122001I | Payabl Purchase Invoic | 001.0000.25005.0000.959.070.99 | USA.Total Company.Customer O Refund overpayme EASTERN KENTUC AR17318 | 370.21 | |
| 1122001I | Payabl Purchase Invoic | 001.0000.25005.0000.959.070.99 | USA.Total Company.Customer O  Contact KDOMENE GREAT WEST LIF AR17117 | 1,200.00 | |
| 1122001I | Payabl Purchase Invoic | 001.0000.25005.0000.959.070.99 | USA.Total Company.Customer O Refund from ECS  MAGNUSSON, ANN AR17617 | 1,278.61 | |
| 1122001I | Payabl Purchase Invoic | 001.0000.25005.0000.959.070.99 | USA.Total Company.Customer O  Contact KDOMENE ADVANTAGE PROP AR17118 | 5,019.96 | |
| 1122001I | Payabl Purchase Invoic | 001.0000.25005.0000.959.070.99 | USA.Total Company.Customer O  Contact KDOMENE BON APPETIT MA AR17718 | 5,320.93 | |
| 1122001I | Payabl Purchase Invoic | 001.0000.25005.0000.959.070.99 | USA.Total Company.Customer O  Contact KDOMENE WARNER LAMBERT AR17717 | 6,708.25 | |
| 1122001I | Payabl Purchase Invoic | 001.0000.25005.0000.959.070.99 | USA.Total Company.Customer O  Contact KDOMENE ELECTRONIC DAT AR17317 | 7,084.00 | |
| 1122001I | Payabl Purchase Invoic | 001.0000.25005.0000.959.070.99 | USA.Total Company.Customer O  Contact KDOMENE BASSETT HEALTH AR17518 | 16,223.50 | |
| 1122001I | Payabl Purchase Invoic | 001.0000.25005.0000.959.070.99 | USA.Total Company.Customer O  Contact KDOMENE EAST3 COM       AR17417 | 19,998.78 | |
| 1122001I | Payabl Purchase Invoic | 001.0000.25005.0000.959.070.99 | USA.Total Company.Customer O  Contact SYOHANN JINTEK LLC     AR17719 | 38,847.00 | |
| 1122001I | Payabl Purchase Invoic | 001.0000.25005.0000.959.070.99 | USA.Total Company.Customer O  Contact KDOMENE SOUTHERN COMPA AR17418 | 81,411.00 | |
| 1122001I | Payabl Purchase Invoic | 001.0000.25005.0000.959.070.99 | USA.Total Company.Customer O  Contact KDOMENE FORD MOTOR COM AR17517 | 1,443,750.00 | |
| 1129001I | Payabl Purchase Invoic | 001.0000.25005.0000.959.070.99 | USA.Total Company.Customer O  Contact KDOMENE JAMES CLOONAN  AR17817 | 290.96 | |
| GL 02DEC00SCP3  636 JE USD DEC- | | 001.0000.25005.0000.959.070.99 | USA.Total Company.Customer O Re-accrue for A/ | 36,300,000.00 | 0.00 |
| GL 13DEC00KM1 S 511 JE USD DEC- | | 001.0000.25005.0000.959.070.99 | USA.Total Company.Customer O Correct Intercom | 100,000,000.00 | |
| RA 02-DEC-00 JA AR-TRA-1-JA | | 001.0000.25005.0000.959.070.99 | USA.Total Company.Customer O AR-TRA-1-JA: NOV | 11,701,626.13 | |
| Receivables 411 Credit Memo App | | 001.0000.25005.0000.959.070.99 | USA.Total Company.Customer O Journal Import C | 103,511.77 | 103,511.77 |
| Receivables 411 Credit Memos US | | 001.0000.25005.0000.959.070.99 | USA.Total Company.Customer O Journal Import C | 103,511.77 | 103,511.77 |
| **Receivables 411 Debit Memos USD** | | **001.0000.25005.0000.959.070.99** | **USA.Total Company.Customer O Journal Import C** | **692,415,514.97** | **692,415,514.97** |
| Receivables 411 Misc Receipts U | | 001.0000.25005.0000.959.070.99 | USA.Total Company.Customer O Journal Import C | 16,708,409.19 | 2,298,324.13 |
| Receivables 411 Trade Receipts | | 001.0000.25005.0000.959.070.99 | USA.Total Company.Customer O Journal Import C | 2,063,927,184.88 | 2,095,629,027.58 |
| Reverse "640 JE Reverse "640 JE | | 001.0000.25005.0000.959.070.99 | USA.Total Company.Customer O Accrue for A/R c | 40,017.12 | 0.00 |
| Reverse "640 JE Reverse "640 JE | | 001.0000.25005.0000.959.070.99 | USA.Total Company.Customer O Accrue for A/R c | 223,526.60 | 0.00 |
| Reverse "637 JE Reverse "637 JE | | 001.0000.25005.0500.959.070.99 | USA.Total Company.Customer O Accrue for A/R m | 0.00 | 36,300,000.00 |
| Receivables 411 Misc Receipts U | | 001.0070.25005.0000.959.070.99 | USA.Shared Resources.Custome Journal Import C | 0.00 | 462.50 |
| Receivables 411 Misc Receipts U | | 001.0386.25005.0000.489.050.99 | USA.Inactive - Portfolio Man Journal Import C | 0.00 | 113.67 |
| Receivables 411 Misc Receipts U | | 001.0575.25005.0000.509.020.99 | USA.Oracle Magazine.Customer Journal Import C | 0.00 | 8,626.65 |

ORCL 0123157
ORACLE CONFIDENTIAL

NDCA-ORCL 300914

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

Oracle US Primary

Account Analysis Report

With Payables Detail

From 01-NOV-00 Though 30-NOV-00

Report Date: 22-OCT-2002 09:19

Page:   2 of   2

Currency: USD

Accounting Flexfield From: 001.0000.25005.0000.000.000.000.000

To: 001.ZZZZ.25005.ZZZZ.ZZZ.ZZZ.ZZZ.ZZZ

| Batch Name | JE Name | Accounting Flexfield | Flexfield Description | Line Description | Vendor Name | Invoice Number | Debits | Credits |
|---|---|---|---|---|---|---|---|---|
| Receivables 411 | Misc Receipts U | 001.0683.25005.0000.759.060.99 | USA.Financial Applications.C | Journal Import C | | | 0.00 | 8,495.00 |
| Receivables 411 | Misc Receipts U | 001.0914.25005.0000.189.050.99 | USA.Foreign Assignment.Custo | Journal Import C | | | 0.00 | 19,652.00 |
| Receivables 411 | Misc Receipts U | 001.0D47.25005.0000.N79.070.99 | USA.HQ Security.Customer Ove | Journal Import C | | | 0.00 | 125.00 |
| Receivables 411 | Misc Receipts U | 001.0S01.25005.0000.J59.050.99 | USA.ASO Knowledge Center.Cus | Journal Import C | | | 0.00 | 9,473.00 |
| Receivables 411 | Misc Receipts U | 001.0U68.25005.0000.539.070.99 | USA.Computer Services Delive | Journal Import C | | | 0.00 | 14,966.00 |
| Receivables 411 | Misc Receipts U | 001.0Y94.25005.0000.119.040.99 | USA.OLN Revenue.Customer Ove | Journal Import C | | | 10,698.12 | 14,251.45 |
| | | | | | | | 2,923,537,055.82 | 2,826,926,055.49 |

Begin Balance = 121,988,173.50 CR

Ending Balance = 25,377,173.17 CR

ORCL 0123158
ORACLE CONFIDENTIAL

NDCA-ORCL 300915