Oracle US Primary                    Sales Journal by GL Account Report              Report Date: 05-NOV-2002 08:41

Order By         : Invoice Number
Currency Code    :
GL Account Type  : REV
Posting Status   : Posted
GL Dates         : 17-NOV-00                         To  17-NOV-00
GL Account       : 001.0000.30000.0000.000.000.999   To  001.ZZZZ.39999.ZZZZ.ZZZ.ZZZ.999

**ORCL 0126882**
ORACLE CONFIDENTIAL

**CONFIDENTIAL PURSUANT**
**TO PROTECTIVE ORDER**

**NDCA-ORCL 314105**

```
Oracle US Primary                                      Sales Journal by GL Account Report                Report Date: 05-NOV-2002 08:41
        Currency:                                           GL Date 17-NOV-2000 - 17-NOV-2000                              Page:       1
      GL Account:   001.0000.30000.0000.000.000.999.999   To 001.ZZZZ.39999.ZZZZ.ZZZ.ZZZ.999.999
  Posting Status:   Posted
 GL Account Type:   Revenue

                                                       Customer              ----- Foreign Currency -----   ---- Functional Currency ----
Invoice Number        Type    Customer Name            Number    GL Date      Debit Amount   Credit Amount    Debit Amount  Credit Amount
--------------        ----    -------------            --------  ---------    ------------   -------------    ------------  -------------

Accounting Flexfield: 001.0043.31201.0000.079.030.999.999

40050793              UN-US N BOSTON SCIENTIFIC CO     206355    17-NOV-00                                                       1,435.66
                                                                                                                                 --------
                                                                                                                                 1,435.66

Accounting Flexfield: 001.0043.31211.0000.079.030.999.999

40024704              UN-US N PHARMACIA INC            21310     17-NOV-00                                                         353.93
40042235              UN-US N AMERICAN INVESTMENT      401694    17-NOV-00                                                       8,184.87
40044376              UN-US N MOTOROLA INC             5219      17-NOV-00                                                           5.13
40045514              UN-US N KNIGHT RIDDER INC        220849    17-NOV-00                                                          92.00
40046357              UN-US N MOTOROLA INC             5219      17-NOV-00                                                       3,132.50
40049598              UN-US N STYLINE INDUSTRIES I     387924    17-NOV-00                                                       9,946.42
40050919              UN-US N BOSTON SCIENTIFIC CO     206355    17-NOV-00                                                       4,004.25
40051010              UN-US N NORTHWESTERN INDIANA     672337    17-NOV-00                                                         120.83
40051328              UN-US N BARTH ELECTRIC COMPA     34441     17-NOV-00                                                         136.00
40053148              UN-US N ASPHALT MATERIALS IN     283936    17-NOV-00                                                       5,979.50
40055609              UN-US N STEEL DYNAMICS INC       486742    17-NOV-00                                                          60.42
                                                                                                                                ---------
                                                                                                                                32,015.85

Accounting Flexfield: 001.0043.31221.0000.079.030.999.999

40037506              UN-US N CATERPILLAR INC          233       17-NOV-00                                                         812.50
                                                                                                                                 --------
                                                                                                                                   812.50

Accounting Flexfield: 001.0131.30300.0000.G19.010.999.999

1365193               UN-US N BERTELSMANN CIMC         33725     17-NOV-00                                                           0.00
1365635               UN-US N AMERICAN SPECIALTY I     226022    17-NOV-00                                                           0.00
1366416               UN-US N ACCESS GRAPHICS          211191    17-NOV-00                                                           0.00

Accounting Flexfield: 001.0131.31300.0000.G19.010.999.999

1268127               UN-US N MAHLE TECH               699644    17-NOV-00                                                           0.00
1268130               UN-US N GAGE MARKETING GROUP     228319    17-NOV-00                                                           0.00
1280562               UN-US N AVNET INC                64728     17-NOV-00                                                           0.00
1280649               ZZZ-OFD JONES DAY REAVIS & P     43466     17-NOV-00                                                           0.00
1294077               UN-US N CONSYSTINT GROUP INC     669986    17-NOV-00                                                           0.00
1331698               UN-US N ACCESS GRAPHICS          211191    17-NOV-00                                                           0.00
1332056               UN-US N PIONEER STANDARD ELE     210415    17-NOV-00                                                           0.00
1365636               UN-US N AMERICAN SPECIALTY I     226022    17-NOV-00                                                           0.00
```

ORCL 0126883
ORACLE CONFIDENTIAL

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 314106

```
Oracle US Primary                                                       Report Date: 05-NOV-2002 08:41
          Currency:                                                                Page:            2
        GL Account:  001.0000.30000.0000.000.000.999.999
    Posting Status:  Posted
   GL Account Type:  Revenue

                                    Sales Journal by GL Account Report
                                    GL Date 17-NOV-2000 - 17-NOV-2000
                                              To 001.ZZZZ.39999.ZZZZ.ZZZ.ZZZ.999.999

                                                Customer                  ------ Foreign Currency ------    ----- Functional Currency -----
Invoice Number  Type  Customer Name              Number    GL Date        Debit Amount   Credit Amount     Debit Amount    Credit Amount
--------------  ----  -----------------------    --------  ---------      ------------   -------------     ------------    -------------

Accounting Flexfield: 001.0131.31300.0000.G19.010.999.999

7106804         UNCM-US PIONEER STANDARD ELE     210415    17-NOV-00                                                              0.00

Accounting Flexfield: 001.0131.31330.0000.G19.010.999.999

1268127         UN-US  N  MAHLE TECH             699644    17-NOV-00                                                              0.00
1268130         UN-US  N  GAGE MARKETING GROUP   228319    17-NOV-00                                                              0.00
1280562         UN-US  N  AVNET INC              64728     17-NOV-00                                                              0.00
1280649         ZZZ-OFD JONES DAY REAVIS & P     43466     17-NOV-00                                                              0.00
1294077         UN-US  N  CONSYSTINT GROUP INC   669986    17-NOV-00                                                              0.00
1331698         UN-US  N  ACCESS GRAPHICS        211191    17-NOV-00                                                              0.00
1332056         UN-US  N  PIONEER STANDARD ELE   210415    17-NOV-00                                                              0.00
1365194         UN-US  N  BERTELSMANN CIMC       33725     17-NOV-00                                                              0.00
1365636         UN-US  N  AMERICAN SPECIALTY I   226022    17-NOV-00                                                              0.00
7106804         UNCM-US PIONEER STANDARD ELE     210415    17-NOV-00                                                              0.00

Accounting Flexfield: 001.0131.34004.0000.G19.010.999.999

1365635         UN-US  N  AMERICAN SPECIALTY I   226022    17-NOV-00                                                              0.00
1366416         UN-US  N  ACCESS GRAPHICS        211191    17-NOV-00                                                              0.00

Accounting Flexfield: 001.0131.34307.0000.G19.010.999.999

1365635         UN-US  N  AMERICAN SPECIALTY I   226022    17-NOV-00                                                              0.00
1366416         UN-US  N  ACCESS GRAPHICS        211191    17-NOV-00                                                              0.00

Accounting Flexfield: 001.0132.31300.0000.G49.010.999.999

1281003         UN-US  N  ELECTRONIC DATA SYST   396       17-NOV-00                                                              0.00

Accounting Flexfield: 001.0134.30300.0000.G09.010.999.999

1366163         ZZZ-ROY LAWSON ASSOCIATES IN     7478      17-NOV-00                                                              0.00
```

ORCL 0126884
ORACLE CONFIDENTIAL

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 314107

```
Oracle US Primary                                                                                         Report Date: 05-NOV-2002 08:41
         Currency:                       Sales Journal by GL Account Report                                                    Page:  3
       GL Account:                       GL Date 17-NOV-2000 - 17-NOV-2000
   Posting Status: Posted                001.0000.30000.0000.000.000.999.999      To 001.ZZZZ.39999.ZZZZ.ZZZ.ZZZ.999.999
  GL Account Type: Revenue

                                                    Customer                       ----- Foreign Currency ----- ---- Functional Currency ----
Invoice Number      Type  Customer Name   Number    GL Date                         Debit Amount  Credit Amount  Debit Amount  Credit Amount
--------------      ----  -------------   --------  --------

Accounting Flexfield: 001.0134.30300.0000.G09.010.999.999

Accounting Flexfield: 001.0135.31300.0000.G09.010.999.999
1293684             UN-US N Cendant Mortgage Ser 584022  17-NOV-00                                                              0.00
1331400             UN-US N MCKINSEY & COMPANY I  17812  17-NOV-00                                                              0.00

Accounting Flexfield: 001.0135.31330.0000.G09.010.999.999
1293684             UN-US N Cendant Mortgage Ser 584022  17-NOV-00                                                              0.00
1331400             UN-US N MCKINSEY & COMPANY I  17812  17-NOV-00                                                              0.00

Accounting Flexfield: 001.0136.31300.0000.G49.010.999.999
1251152             UN-US N SONY ONLINE ENTERTAI 656500  17-NOV-00                                                              0.00
1294135             UN-US N IBM CORPORATION       5016   17-NOV-00                                                              0.00

Accounting Flexfield: 001.0136.31330.0000.G49.010.999.999
1251152             UN-US N SONY ONLINE ENTERTAI 656500  17-NOV-00                                                              0.00
1294135             UN-US N IBM CORPORATION       5016   17-NOV-00                                                              0.00

Accounting Flexfield: 001.0137.30300.0000.G29.010.999.999
7113545             UNCM-US IBJ WHITEHALL BANK & 677403  17-NOV-00                                                              0.00

Accounting Flexfield: 001.0139.30300.0000.H09.010.999.999
1365175             UN-US N STATE OF CONNECTICUT   7456  17-NOV-00                                                         531,501.23
1365780             UN-US N WESTCHESTER COUNTY    18361  17-NOV-00                                                         531,501.23
```

**ORCL 0126885**
**ORACLE CONFIDENTIAL**

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 314108

```
Oracle US Primary                                                                                    Report Date: 05-NOV-2002 08:41
       Currency:                              Sales Journal by GL Account Report                                Page:           4
     GL Account:  001.0000.30000.0000.000.000.999.999    GL Date 17-NOV-2000 - 17-NOV-2000
 Posting Status:  Posted                                 To 001.ZZZZ.39999.ZZZZ.ZZZ.ZZZ.999.999
GL Account Type:  Revenue

                                                                    Customer           ----- Foreign Currency -----   ---- Functional Currency ----
Invoice Number    Type   Customer Name                               Number  GL Date   Debit Amount  Credit Amount    Debit Amount   Credit Amount
--------------    ----   -------------                              --------  -------  ------------  -------------    ------------   -------------
Accounting Flexfield: 001.0139.31210.0000.H09.010.999.999

1296850          UN-US N COLD SPRING HARBOR L   413505  17-NOV-00                                                                         0.00
1365176          UN-US N STATE OF CONNECTICUT     7456  17-NOV-00                                                                         0.00

Accounting Flexfield: 001.0139.31300.0000.H09.010.999.999

1334979          ZZZ-OFD ERIE COUNTY              8469  17-NOV-00                                                                         0.00
1365198          UN-US N COMMONWEALTH OF MASS    41627  17-NOV-00                                                                         0.00
1365781          UN-US N WESTCHESTER COUNTY      18361  17-NOV-00                                                                         0.00

Accounting Flexfield: 001.0139.31330.0000.H09.010.999.999

1334979          ZZZ-OFD ERIE COUNTY              8469  17-NOV-00                                                                         0.00
1365198          UN-US N COMMONWEALTH OF MASS    41627  17-NOV-00                                                                         0.00
1365781          UN-US N WESTCHESTER COUNTY      18361  17-NOV-00                                                                         0.00

Accounting Flexfield: 001.0139.34004.0000.H09.010.999.999

1365175          UN-US N STATE OF CONNECTICUT     7456  17-NOV-00                                                                         0.00

Accounting Flexfield: 001.0149.30300.0000.H09.010.999.999

1366252          UN-US N CITY OF ARVADA         201915  17-NOV-00                                                                         0.00
1366340          UN-US N SUNGARD BI TECH INC    761770  17-NOV-00                                                                         0.00

Accounting Flexfield: 001.0149.31210.0000.H09.010.999.999

1280345          UN-US N LAS VEGAS WATER DIST   206952  17-NOV-00                                                                         0.00

Accounting Flexfield: 001.0149.31300.0000.H09.010.999.999

1293573          UN-US N INTRAWARE              613461  17-NOV-00                                                                         0.00
1293575          UN-US N INTRAWARE              613461  17-NOV-00                                                                         0.00
```

**ORCL 0126886**
**ORACLE CONFIDENTIAL**

**CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER**

NDCA-ORCL 314109

```
Oracle US Primary                                                                                           Report Date: 05-NOV-2002 08:41
         Currency:                          Sales Journal by GL Account Report                                              Page:        5
      GL Account: 001.0000.30000.0000.000.000.999.999     GL Date 17-NOV-2000 - 17-NOV-2000
  Posting Status: Posted                               To 001.ZZZZ.39999.ZZZZ.ZZZ.ZZZ.999.999
 GL Account Type: Revenue

                                                            Customer        ------ Foreign Currency ------   ---- Functional Currency ----
Invoice Number      Type       Customer Name                Number    GL Date   Debit Amount   Credit Amount    Debit Amount  Credit Amount
--------------     -------    ---------------------         --------  --------  ------------   -------------    ------------  -------------
Accounting Flexfield: 001.0149.31300.0000.H09.010.999.999

1295036             UN-US N   WYOMING DEPT OF EDUC          755401    17-NOV-00                                                       0.00
1307986             UN-US N   INTRAWARE                     613461    17-NOV-00                                                       0.00
7102780             UNCM-US   INTRAWARE                     613461    17-NOV-00                                                       0.00

Accounting Flexfield: 001.0149.31330.0000.H09.010.999.999

1293573             UN-US N   INTRAWARE                     613461    17-NOV-00                                                       0.00
1293575             UN-US N   INTRAWARE                     613461    17-NOV-00                                                       0.00
1295036             UN-US N   WYOMING DEPT OF EDUC          755401    17-NOV-00                                                       0.00
1307986             UN-US N   INTRAWARE                     613461    17-NOV-00                                                       0.00
7102780             UNCM-US   INTRAWARE                     613461    17-NOV-00                                                       0.00

Accounting Flexfield: 001.0149.34004.0000.H09.010.999.999

1366340             UN-US N   SUNGARD BI TECH INC           761770    17-NOV-00                                                       0.00

Accounting Flexfield: 001.0152.31210.0000.H09.010.999.999

1294738             UN-US N   STATE OF MISSOURI              25807    17-NOV-00                                                       0.00

Accounting Flexfield: 001.0152.31300.0000.H09.010.999.999

1297265             UN-US N   HAMILTON COUNTY               210719    17-NOV-00                                                       0.00
1354134             UN-US N   STATE OF OHIO                  29083    17-NOV-00                                                       0.00

Accounting Flexfield: 001.0152.31330.0000.H09.010.999.999

1297265             UN-US N   HAMILTON COUNTY               210719    17-NOV-00                                                       0.00
1354134             UN-US N   STATE OF OHIO                  29083    17-NOV-00                                                       0.00

Accounting Flexfield: 001.0153.30300.0000.H09.010.999.999
```

ORCL 0126887
ORACLE CONFIDENTIAL

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 314110

```
Oracle US Primary                                                                              Report Date: 05-NOV-2002 08:41
     Currency:                              Sales Journal by GL Account Report                                         Page:  6
     GL Account:        001.0000.30000.0000.000.000.999.999    GL Date 17-NOV-2000 - 17-NOV-2000
 Posting Status:        Posted                              To 001.ZZZZ.39999.ZZZZ.ZZZ.ZZZ.999.999
GL Account Type:        Revenue

                                                                      Customer                  ------ Foreign Currency ------   ---- Functional Currency ----
Invoice Number     Type      Customer Name                             Number     GL Date         Debit Amount   Credit Amount     Debit Amount   Credit Amount
--------------     ----      -------------                            --------    -------         ------------   -------------     ------------   -------------

Accounting Flexfield: 001.0153.30300.0000.H09.010.999.999
1366350           UN-US  N   DLT SOLUTIONS                              207738    17-NOV-00                              0.00

Accounting Flexfield: 001.0153.31210.0000.H09.010.999.999
1238253           UN-US  N   YOUNGSVILLE POLICE D                       728480    17-NOV-00                              0.00
1238545           UN-US  N   TEXAS DEPT OF INFORM                       212446    17-NOV-00                              0.00

Accounting Flexfield: 001.0153.31300.0000.H09.010.999.999
1321440           UN-US  N   PIONEER STANDARD ELE                       210415    17-NOV-00                              0.00
1365208           UN-US  N   DLT SOLUTIONS                              207738    17-NOV-00                              0.00

Accounting Flexfield: 001.0153.31330.0000.H09.010.999.999
1321440           UN-US  N   PIONEER STANDARD ELE                       210415    17-NOV-00                              0.00
1365208           UN-US  N   DLT SOLUTIONS                              207738    17-NOV-00                              0.00

Accounting Flexfield: 001.0153.34004.0000.H09.010.999.999
1366350           UN-US  N   DLT SOLUTIONS                              207738    17-NOV-00                              0.00

Accounting Flexfield: 001.0156.31200.0000.H09.010.999.999
1294199           UN-US  N   STATE OF WEST VIRGIN                       209787    17-NOV-00                              0.00

Accounting Flexfield: 001.0156.31210.0000.H09.010.999.999
1250816           UN-US  N   DLT SOLUTIONS                              207738    17-NOV-00                              0.00
1251095           UN-US  N   STATE OF WEST VIRGIN                       209787    17-NOV-00                              0.00
1251157           UN-US  N   MARYLAND DEPT OF AGR                        28625    17-NOV-00                              0.00
1293618           UN-US  N   COMMONWEALTH OF VIRG                         6508    17-NOV-00                              0.00
```

ORCL 0126888
ORACLE CONFIDENTIAL

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 314111

```
Oracle US Primary                                    Sales Journal by GL Account Report              Report Date: 05-NOV-2002 08:41
         Currency:                                   GL Date  17-NOV-2000 - 17-NOV-2000                             Page:        7
       GL Account: 001.0000.30000.0000.000.000.999.999         To 001.ZZZZ.39999.ZZZZ.ZZZ.ZZZ.999.999
   Posting Status: Posted
  GL Account Type: Revenue

                                                    Customer          ----- Foreign Currency -----    ----- Functional Currency -----
Invoice Number   Type  Customer Name                  Number  GL Date    Debit Amount  Credit Amount     Debit Amount   Credit Amount
--------------   ----  -------------                 --------  --------  ------------  -------------    ------------   -------------
Accounting Flexfield: 001.0156.31210.0000.H09.010.999.999

Accounting Flexfield: 001.0156.31300.0000.H09.010.999.999
1250816          UN-US N DLT SOLUTIONS                207738  17-NOV-00                                         0.00
1354125          UN-US N LITTON SYSTEMS INC           221292  17-NOV-00                                                         0.00

Accounting Flexfield: 001.0156.31330.0000.H09.010.999.999
1271519          UN-US N DISTRICT OF COLUMBIA         226203  17-NOV-00                                         0.00
1354125          UN-US N LITTON SYSTEMS INC           221292  17-NOV-00                                                         0.00

Accounting Flexfield: 001.0157.30300.0000.H09.010.999.999
1365420          UN-US N CITY OF SEATTLE               27120  17-NOV-00                                         0.00
1365576          UN-US N CITY OF TUKWILA               36964  17-NOV-00                                                         0.00

Accounting Flexfield: 001.0157.31210.0000.H09.010.999.999
1321627          UN-US N STATE OF OREGON                5772  17-NOV-00                                         0.00
1365421          UN-US N CITY OF SEATTLE               27120  17-NOV-00                                                         0.00

Accounting Flexfield: 001.0157.31300.0000.H09.010.999.999
1365165          UN-US N STATE OF OREGON                5772  17-NOV-00                                         0.00
1365577          UN-US N CITY OF TUKWILA               36964  17-NOV-00                                                         0.00

Accounting Flexfield: 001.0157.31330.0000.H09.010.999.999
1365165          UN-US N STATE OF OREGON                5772  17-NOV-00                                         0.00
1365577          UN-US N CITY OF TUKWILA               36964  17-NOV-00                                                         0.00
```

ORCL 0126889
ORACLE CONFIDENTIAL

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 314112

```
Oracle US Primary                              Sales Journal by GL Account Report           Report Date: 05-NOV-2002 08:41
      Currency:                                   GL Date 17-NOV-2000 - 17-NOV-2000                   Page:                8
    GL Account:       001.0000.30000.0000.000.000.999.999   To 001.ZZZZ.39999.ZZZZ.ZZZ.999.999
 Posting Status:      Posted
GL Account Type:      Revenue

                                                                    ----- Foreign Currency -----   --- Functional Currency ---
                                             Customer                 Debit          Credit           Debit          Credit
Invoice Number     Type   Customer Name       Number     GL Date      Amount         Amount           Amount         Amount
--------------     ----   -------------       --------   -------      -------        -------          -------        -------

Accounting Flexfield: 001.0157.31330.0000.H09.010.999.999

Accounting Flexfield: 001.0157.34004.0000.H09.010.999.999

1365576           UN-US  N CITY OF TUKWILA    36964     17-NOV-00                                                       0.00

Accounting Flexfield: 001.0160.31200.0000.E99.010.999.999

1251018           UN-US  N MISSION OF ISRAEL  237428    17-NOV-00                                                     300.00
1251020           UN-US  N MISSION OF ISRAEL  237428    17-NOV-00                                                   1,241.67
                                                                                                                   1,541.67

Accounting Flexfield: 001.0166.31300.0000.E99.010.999.999

1295490           UN-US  N CASE CORPORATION   597969    17-NOV-00                                                       1.65
                                                                                                                        1.65

Accounting Flexfield: 001.0166.31330.0000.E99.010.999.999

1295490           UN-US  N CASE CORPORATION   597969    17-NOV-00                                                       0.78
                                                                                                                        0.78

Accounting Flexfield: 001.0222.31300.0000.E99.010.999.999

1295490           UN-US  N CASE CORPORATION   597969    17-NOV-00                                                     169.35
                                                                                                                      169.35

Accounting Flexfield: 001.0222.31330.0000.E99.010.999.999

1295490           UN-US  N CASE CORPORATION   597969    17-NOV-00                                                      79.02
                                                                                                                       79.02

Accounting Flexfield: 001.0239.30300.0000.039.010.999.999

7113498           UNCM-US AMERICATEL CORPORATI 214003   17-NOV-00                                                       0.00
```

ORCL 0126890
ORACLE CONFIDENTIAL

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER                                                                                        NDCA-ORCL 314113

Oracle US Primary                                                    Report Date: 05-NOV-2002 08:41
                                   Sales Journal by GL Account Report                         Page:       9
      Currency:
   GL Account:             001.0000.30000.0000.000.000.999.999
Posting Status:   Posted                                  GL Date 17-NOV-2000 - 17-NOV-2000
GL Account Type:  Revenue                                  To 001.ZZZZ.39999.ZZZZ.ZZZ.ZZZ.999.999

                                                Customer                   ---- Foreign Currency ----   ---- Functional Currency ----
Invoice Number    Type   Customer Name          Number      GL Date        Debit Amount  Credit Amount  Debit Amount   Credit Amount
--------------    ----   -------------          --------    -----------    ------------  -------------  ------------   -------------

Accounting Flexfield: 001.0239.30300.0000.039.010.999.999

Accounting Flexfield: 001.0242.31300.0000.E99.010.999.999
1295490          UN-US N CASE CORPORATION       597969      17-NOV-00                                                      16.45

Accounting Flexfield: 001.0242.31330.0000.E99.010.999.999
1295490          UN-US N CASE CORPORATION       597969      17-NOV-00                                                      16.45

Accounting Flexfield: 001.0249.31300.0000.G19.010.999.999
1354147          UN-US N ACCESS GRAPHICS        211191      17-NOV-00                                                       7.67
1354385          UN-US N AVNET INC              64728       17-NOV-00                                                       0.00

Accounting Flexfield: 001.0249.31330.0000.G19.010.999.999
1354147          UN-US N ACCESS GRAPHICS        211191      17-NOV-00                                                       7.67
1354385          UN-US N AVNET INC              64728       17-NOV-00                                                       0.00

Accounting Flexfield: 001.0260.31300.0000.E99.010.999.999
1295490          UN-US N CASE CORPORATION       597969      17-NOV-00                                                       3.31

Accounting Flexfield: 001.0260.31330.0000.E99.010.999.999
1295490          UN-US N CASE CORPORATION       597969      17-NOV-00                                                       3.31

Accounting Flexfield: 001.0262.31300.0000.E99.010.999.999
1295490          UN-US N CASE CORPORATION       597969      17-NOV-00                                                       1.54
                                                                                                                            1.54
                                                                                                                            3.31

ORCL 0126891
ORACLE CONFIDENTIAL

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 314114

```
Oracle US Primary                                                                      Report Date: 05-NOV-2002 08:41
         Currency:                              Sales Journal by GL Account Report                              Page:   10
      GL Account:     001.0000.30000.0000.000.000.999.999       GL Date 17-NOV-2000 - 17-NOV-2000
   Posting Status:    Posted                           To 001.ZZZZ.39999.ZZZZ.ZZZ.ZZZ.999.999
  GL Account Type:    Revenue

                                                         Customer                ------ Foreign Currency ------   ----- Functional Currency -----
Invoice Number        Type     Customer Name              Number    GL Date       Debit Amount   Credit Amount      Debit Amount    Credit Amount
-------------------   ----     ---------------------     --------   ---------    --------------  --------------    --------------  ---------------
Accounting Flexfield: 001.0262.31300.0000.E99.010.999.999

1295490               UN-US N  CASE CORPORATION            597969   17-NOV-00                                                               3.31

Accounting Flexfield: 001.0262.31330.0000.E99.010.999.999

1295490               UN-US N  CASE CORPORATION            597969   17-NOV-00                                                               1.54
                                                                                                                                            1.54

Accounting Flexfield: 001.0263.31300.0000.E99.010.999.999

1295490               UN-US N  CASE CORPORATION            597969   17-NOV-00                                                               6.60
                                                                                                                                            6.60

Accounting Flexfield: 001.0263.31330.0000.E99.010.999.999

1295490               UN-US N  CASE CORPORATION            597969   17-NOV-00                                                               3.07
                                                                                                                                            3.07

Accounting Flexfield: 001.0270.31300.0000.E99.010.999.999

1295490               UN-US N  CASE CORPORATION            597969   17-NOV-00                                                              32.89
                                                                                                                                           32.89

Accounting Flexfield: 001.0270.31330.0000.E99.010.999.999

1295490               UN-US N  CASE CORPORATION            597969   17-NOV-00                                                              15.33
                                                                                                                                           15.33

Accounting Flexfield: 001.0271.31300.0000.E99.010.999.999

1252035               UN-US N  SPSS INC                      6584   17-NOV-00                                                             278.05
                                                                                                                                          278.05

Accounting Flexfield: 001.0271.31330.0000.E99.010.999.999

1252035               UN-US N  SPSS INC                      6584   17-NOV-00                                                             124.87
```

ORCL 0126892
ORACLE CONFIDENTIAL

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 314115

```
Oracle US Primary                                                                      Report Date: 05-NOV-2002 08:41
         Currency:                     Sales Journal by GL Account Report                                  Page:  219
       GL Account:                     GL Date  17-NOV-2000 - 17-NOV-2000
   Posting Status: 001.0000.30000.0000.000.000.999.999    To 001.ZZZZ.39999.ZZZZ.ZZZ.ZZZ.999.999
  GL Account Type: Posted
                   Revenue

                                                      Customer             ------ Foreign Currency ------   ----- Functional Currency -----
Invoice Number  Type    Customer Name                 Number    GL Date       Debit Amount  Credit Amount    Debit Amount     Credit Amount
--------------  ----    -------------                 --------  ---------     ------------  -------------    ------------     -------------
Accounting Flexfield: 001.0V51.31211.0000.069.030.999.999

40067051        UN-US N BANGOR HYDRO ELECTRI          216435    17-NOV-00                                                           379.16
40067512        UN-US N VERIZON INFORMATION           801204    17-NOV-00                                                       111,317.15
40067517        UN-US N RES CARE INC                  1025342   17-NOV-00                                                         5,548.25
40067849        UN-US N SOFTWARE HOUSE                7764      17-NOV-00                                                           605.00
40067873        UN-US N PEAVEY ELECTRONICS            232502    17-NOV-00                                                        17,550.08
40067918        UN-US N US INTERNETWORKING            606570    17-NOV-00                                                           784.83
40068057        UN-US N THOMSON LEARNING              685720    17-NOV-00                                                           484.07
                                                                                                                               -----------
                                                                                                                               154,726.34

Accounting Flexfield: 001.0V51.31221.0000.069.030.999.999

1365459         UN-US N AT&T BROADBAND & INT          678991    17-NOV-00                                                         7,291.64
1365460         UN-US N AT&T BROADBAND & INT          678991    17-NOV-00                                                        10,136.94
                                                                                                                               -----------
                                                                                                                                17,428.58

Accounting Flexfield: 001.0V51.31300.0000.069.030.999.999

1365757         UN-US N SUNTORY WATER GROUP           224847    17-NOV-00                                                           960.90
                                                                                                                               -----------
                                                                                                                                    960.90

Accounting Flexfield: 001.0V51.31330.0000.069.030.999.999

1365757         UN-US N SUNTORY WATER GROUP           224847    17-NOV-00                                                           448.43
                                                                                                                               -----------
                                                                                                                                    448.43

                                                                              Totals :                          756,722.86     10,111,399.34
                                                                                                             =============     =============
```

ORCL 0127101
ORACLE CONFIDENTIAL

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 314324