```
Oracle US Primary                                    Account Analysis Report                        Report Date: 04-NOV-2002 13:45
                                                           Source Item                                      Page:        1  of        5
                                                    Period:  OCT-00 To DEC-00

              Currency:       USD
         Accounts From:       001.0000.25005.0000.000.000.999.999
                   To:        001.ZZZZ.25005.ZZZZ.ZZZ.ZZZ.999.999
          Balance Type:       Actual

                Period:       OCT-00
```

| Source | Category | Batch Name | JE Name | Accounting Flexfield | Description Source Item | Debits | Credits |
|---|---|---|---|---|---|---:|---:|
| Manual | JE | RA 02-NOV-00 MM | AR-OTH-1- | 001.0000.25005.0000.959.070.999.999 | AR-OTH-1-JA | 3,830,418.00 | |
| Payables | Purchase I | 100600I1 Payables 3331871: A 8 | Purchase | 001.0000.25005.0000.959.070.999.999 | REFUND--TAX | 13,550.35 | |
| Payables | Purchase I | 100600I1 Payables 3331871: A 8 | Purchase | 001.0000.25005.0000.959.070.999.999 | DUPLICATE P | 18,793.95 | |
| Payables | Purchase I | 100600I1 Payables 3331871: A 8 | Purchase | 001.0000.25005.0000.959.070.999.999 | CHECK# 793 | 92,242.56 | |
| Payables | Purchase I | 100600I1 Payables 3331871: A 8 | Purchase | 001.0000.25005.0000.959.070.999.999 | Duplicate P | 152,000.00 | |
| Payables | Purchase I | 101300I1 Payables 3416922: A 8 | Purchase | 001.0000.25005.0000.959.070.999.999 | Contact KD | 627.51 | |
| Payables | Purchase I | 101300I1 Payables 3416922: A 8 | Purchase | 001.0000.25005.0000.959.070.999.999 | Contact KD | 1,854.00 | |
| Payables | Purchase I | 101300I1 Payables 3416922: A 8 | Purchase | 001.0000.25005.0000.959.070.999.999 | Contact KD | 4,280.28 | |
| Payables | Purchase I | 101300I1 Payables 3416922: A 8 | Purchase | 001.0000.25005.0000.959.070.999.999 | Contact KD | 5,781.27 | |
| Payables | Purchase I | 101300I1 Payables 3416922: A 8 | Purchase | 001.0000.25005.0000.959.070.999.999 | Contact KD | 7,006.61 | |
| Payables | Purchase I | 101300I1 Payables 3416922: A 8 | Purchase | 001.0000.25005.0000.959.070.999.999 | Contact KD | 7,012.50 | |
| Payables | Purchase I | 101300I1 Payables 3416922: A 8 | Purchase | 001.0000.25005.0000.959.070.999.999 | Contact KD | 8,239.05 | |
| Payables | Purchase I | 101300I1 Payables 3416922: A 8 | Purchase | 001.0000.25005.0000.959.070.999.999 | REFUND PER | 34,556.00 | |
| Payables | Purchase I | 102000I1 Payables 3528022: A 8 | Purchase | 001.0000.25005.0000.959.070.999.999 | CHECK # 176 | 624.25 | |
| Payables | Purchase I | 102000I1 Payables 3528022: A 8 | Purchase | 001.0000.25005.0000.959.070.999.999 | REFUND CHEC | 624.25 | |
| Payables | Purchase I | 102000I1 Payables 3528022: A 8 | Purchase | 001.0000.25005.0000.959.070.999.999 | Contact SY | 2,000.00 | |
| Payables | Purchase I | 102600I1 Payables 3611834: A 8 | Purchase | 001.0000.25005.0000.959.070.999.999 | Overpayment | 76.39 | |
| Payables | Purchase I | 102600I1 Payables 3611834: A 8 | Purchase | 001.0000.25005.0000.959.070.999.999 | Contact KD | 122.00 | |
| Payables | Purchase I | 102600I1 Payables 3611834: A 8 | Purchase | 001.0000.25005.0000.959.070.999.999 | REFUND PER | 180.88 | |
| Payables | Purchase I | 102600I1 Payables 3611834: A 8 | Purchase | 001.0000.25005.0000.959.070.999.999 | Contact PJ | 649.80 | |
| Payables | Purchase I | 102600I1 Payables 3611834: A 8 | Purchase | 001.0000.25005.0000.959.070.999.999 | Contact SY | 1,625.00 | |
| Payables | Purchase I | 102600I1 Payables 3611834: A 8 | Purchase | 001.0000.25005.0000.959.070.999.999 | Contact KD | 2,200.00 | |
| Payables | Purchase I | 102600I1 Payables 3611834: A 8 | Purchase | 001.0000.25005.0000.959.070.999.999 | REG ID'S PA | 3,252.00 | |
| Payables | Purchase I | 102600I1 Payables 3611834: A 8 | Purchase | 001.0000.25005.0000.959.070.999.999 | NO OPEN INV | 5,925.00 | |
| Payables | Purchase I | 102600I1 Payables 3611834: A 8 | Purchase | 001.0000.25005.0000.959.070.999.999 | REFUND CANC | 17,345.71 | |
| Payables | Purchase I | 102600I1 Payables 3611834: A 8 | Purchase | 001.0000.25005.0000.959.070.999.999 | CHECK# 8162 | 36,000.00 | |
| Payables | Purchase I | 102600I1 Payables 3611834: A 8 | Purchase | 001.0000.25005.0000.959.070.999.999 | Contact KD | 220,000.00 | |
| Receivable | Misc Recei | Receivables 3703165: A 1102143 | Misc Rece | 001.0000.25005.0000.959.070.999.999 | Journal Imp | 44,222,915.42 | 137,937,686.46 |
| Receivable | Misc Recei | Receivables 3703165: A 1102143 | Misc Rece | 001.0575.25005.0000.509.020.999.999 | Journal Imp | 0.00 | 12,339.69 |
| Receivable | Trade Rece | Receivables 3703165: A 1102143 | Trade Rec | 001.0000.25005.0000.959.070.999.999 | Journal Imp | 582,723,321.38 | 597,985,160.68 |
| Spreadshee | JE | GL 02NOV00SCP7 Spreadsheet 370 637 JE US | | 001.0000.25005.0500.959.070.999.999 | Accrue for | 36,300,000.00 | 0.00 |
| Spreadshee | JE | GL 03NOV00SCP3 Spreadsheet 372 640 JE US | | 001.0000.25005.0000.959.070.999.999 | Accrue for | 0.00 | 40,017.12 |
| Spreadshee | JE | GL 03NOV00SCP3 Spreadsheet 372 640 JE US | | 001.0000.25005.0000.959.070.999.999 | Accrue for | 0.00 | 223,526.60 |
| Spreadshee | JE | Reverse "635 JE USD OCT-00"23- Reverse " | | 001.0000.25005.0000.959.070.999.999 | A/R mispost | | 5,400,000.00 |
| Spreadshee | JE | Reverse "635 JE USD OCT-00"23- Reverse " | | 001.0000.25005.0000.959.070.999.999 | A/R mispost | | 18,800,000.00 |
| | | | | | **Total for Period: OCT-00** | **667,713,224.16** | **760,398,730.55** |

```
            Beginning Balance:      29,302,667.11 CR

               Ending Balance:     121,988,173.50 CR
```

NDCA-ORCL 050356
CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

```
Oracle US Primary                                    Account Analysis Report                          Report Date: 04-NOV-2002 13:45
                                                          Source Item                                         Page:     2 of        5
                                                     Period: OCT-00 To DEC-00

          Currency:       USD
      Accounts From:      001.0000.25005.0000.000.000.999.999
                 To:      001.ZZZZ.25005.ZZZZ.ZZZ.ZZZ.999.999
       Balance Type:      Actual

            Period:       NOV-00
```

| Source | Category | Batch Name | JE Name | Accounting Flexfield | Description Source Item | Debits | Credits |
|---|---|---|---|---|---|---:|---:|
| Manual | JE | RA 02-DEC-00 JA | AR-TRA-1- | 001.0000.25005.0000.959.070.999.999 | AR-TRA-1-JA | 11,701,626.13 | |
| Payables | Purchase I | 110300I1 Payables 3750892: A 8 | Purchase | 001.0000.25005.0000.959.070.999.999 | Contact KD | 33.79 | |
| Payables | Purchase I | 110300I1 Payables 3750892: A 8 | Purchase | 001.0000.25005.0000.959.070.999.999 | Contact KD | 388.00 | |
| Payables | Purchase I | 110300I1 Payables 3750892: A 8 | Purchase | 001.0000.25005.0000.959.070.999.999 | Contact KD | 15,382.50 | |
| Payables | Purchase I | 110300I1 Payables 3750892: A 8 | Purchase | 001.0000.25005.0000.959.070.999.999 | Contact KD | 24,750.00 | |
| Payables | Purchase I | 111000I1 Payables 3849261: A 8 | Purchase | 001.0000.25005.0000.959.070.999.999 | Contact KD | 1,106.00 | |
| Payables | Purchase I | 111000I1 Payables 3849261: A 8 | Purchase | 001.0000.25005.0000.959.070.999.999 | Contact KD | 4,741.35 | |
| Payables | Purchase I | 111000I1 Payables 3849261: A 8 | Purchase | 001.0000.25005.0000.959.070.999.999 | Contact KD | 6,931.30 | |
| Payables | Purchase I | 111000I1 Payables 3849261: A 8 | Purchase | 001.0000.25005.0000.959.070.999.999 | Contact KD | 7,800.00 | |
| Payables | Purchase I | 111000I1 Payables 3849261: A 8 | Purchase | 001.0000.25005.0000.959.070.999.999 | Contact KD | 10,815.00 | |
| Payables | Purchase I | 111000I1 Payables 3849261: A 8 | Purchase | 001.0000.25005.0000.959.070.999.999 | Contact KD | 17,248.00 | |
| Payables | Purchase I | 111000I1 Payables 3849261: A 8 | Purchase | 001.0000.25005.0000.959.070.999.999 | Contact KD | 20,861.76 | |
| Payables | Purchase I | 111000I1 Payables 3849261: A 8 | Purchase | 001.0000.25005.0000.959.070.999.999 | Contact KD | 24,450.00 | |
| Payables | Purchase I | 111000I1 Payables 3849261: A 8 | Purchase | 001.0000.25005.0000.959.070.999.999 | Contact KD | 35,380.38 | |
| Payables | Purchase I | 111700I1 Payables 3948306: A 8 | Purchase | 001.0000.25005.0000.959.070.999.999 | Contact KD | 350.00 | |
| Payables | Purchase I | 111700I1 Payables 3948306: A 8 | Purchase | 001.0000.25005.0000.959.070.999.999 | Contact KD | 431.60 | |
| Payables | Purchase I | 111700I1 Payables 3948306: A 8 | Purchase | 001.0000.25005.0000.959.070.999.999 | Contact KD | 1,296.00 | |
| Payables | Purchase I | 111700I1 Payables 3948306: A 8 | Purchase | 001.0000.25005.0000.959.070.999.999 | Contact KD | 2,996.57 | |
| Payables | Purchase I | 111700I1 Payables 3948306: A 8 | Purchase | 001.0000.25005.0000.959.070.999.999 | Contact KD | 6,174.40 | |
| Payables | Purchase I | 111700I1 Payables 3948306: A 8 | Purchase | 001.0000.25005.0000.959.070.999.999 | Contact KD | 51,161.59 | |
| Payables | Purchase I | 111700I1 Payables 3948306: A 8 | Purchase | 001.0000.25005.0000.959.070.999.999 | Contact KD | 63,652.20 | |
| Payables | Purchase I | 111700I1 Payables 3948306: A 8 | Purchase | 001.0000.25005.0000.959.070.999.999 | Contact KD | 79,311.63 | |
| Payables | Purchase I | 112200I1 Payables 4026603: A 9 | Purchase | 001.0000.25005.0000.959.070.999.999 | Contact KD | 290.00 | |
| Payables | Purchase I | 112200I1 Payables 4026603: A 9 | Purchase | 001.0000.25005.0000.959.070.999.999 | Refund over | 370.21 | |
| Payables | Purchase I | 112200I1 Payables 4026603: A 9 | Purchase | 001.0000.25005.0000.959.070.999.999 | Contact KD | 1,200.00 | |
| Payables | Purchase I | 112200I1 Payables 4026603: A 9 | Purchase | 001.0000.25005.0000.959.070.999.999 | Refund from | 1,278.61 | |
| Payables | Purchase I | 112200I1 Payables 4026603: A 9 | Purchase | 001.0000.25005.0000.959.070.999.999 | Contact KD | 5,019.96 | |
| Payables | Purchase I | 112200I1 Payables 4026603: A 9 | Purchase | 001.0000.25005.0000.959.070.999.999 | Contact KD | 5,320.93 | |
| Payables | Purchase I | 112200I1 Payables 4026603: A 9 | Purchase | 001.0000.25005.0000.959.070.999.999 | Contact KD | 6,708.25 | |
| Payables | Purchase I | 112200I1 Payables 4026603: A 9 | Purchase | 001.0000.25005.0000.959.070.999.999 | Contact KD | 7,084.00 | |
| Payables | Purchase I | 112200I1 Payables 4026603: A 9 | Purchase | 001.0000.25005.0000.959.070.999.999 | Contact KD | 16,223.50 | |
| Payables | Purchase I | 112200I1 Payables 4026603: A 9 | Purchase | 001.0000.25005.0000.959.070.999.999 | Contact KD | 19,998.78 | |
| Payables | Purchase I | 112200I1 Payables 4026603: A 9 | Purchase | 001.0000.25005.0000.959.070.999.999 | Contact SY | 38,847.00 | |
| Payables | Purchase I | 112200I1 Payables 4026603: A 9 | Purchase | 001.0000.25005.0000.959.070.999.999 | Contact KD | 81,411.00 | |
| Payables | Purchase I | 112200I1 Payables 4026603: A 9 | Purchase | 001.0000.25005.0000.959.070.999.999 | Contact KD | 1,443,750.00 | |
| Payables | Purchase I | 112900I1 Payables 4076981: A 9 | Purchase | 001.0000.25005.0000.959.070.999.999 | Contact KD | 290.96 | |
| Receivable | Credit Mem | Receivables 4111708: A 1202120 Credit Me | 001.0000.25005.0000.959.070.999.999 | Journal Imp | 103,511.77 | 103,511.77 |
| Receivable | Credit Mem | Receivables 4111708: A 1202120 Credit Me | 001.0000.25005.0000.959.070.999.999 | Journal Imp | 103,511.77 | 103,511.77 |
| Receivable | Debit Memo | Receivables 4111708: A 1202120 Debit Mem | 001.0000.25005.0000.959.070.999.999 | Journal Imp | 692,415,514.97 | 692,415,514.97 |
| Receivable | Misc Recei | Receivables 4111708: A 1202120 Misc Rece | 001.0000.25005.0000.959.070.999.999 | Journal Imp | 16,708,409.19 | 2,298,324.13 |
| Receivable | Misc Recei | Receivables 4111708: A 1202120 Misc Rece | 001.0070.25005.0000.959.070.999.999 | Journal Imp | 0.00 | 462.50 |
| Receivable | Misc Recei | Receivables 4111708: A 1202120 Misc Rece | 001.0386.25005.0000.489.050.999.999 | Journal Imp | 0.00 | 113.67 |
| Receivable | Misc Recei | Receivables 4111708: A 1202120 Misc Rece | 001.0575.25005.0000.509.020.999.999 | Journal Imp | 0.00 | 8,626.65 |
| Receivable | Misc Recei | Receivables 4111708: A 1202120 Misc Rece | 001.0683.25005.0000.759.060.999.999 | Journal Imp | 0.00 | 8,495.00 |
| Receivable | Misc Recei | Receivables 4111708: A 1202120 Misc Rece | 001.0914.25005.0000.189.050.999.999 | Journal Imp | 0.00 | 19,652.00 |
| Receivable | Misc Recei | Receivables 4111708: A 1202120 Misc Rece | 001.0D47.25005.0000.N79.070.999.999 | Journal Imp | 0.00 | 125.00 |
| Receivable | Misc Recei | Receivables 4111708: A 1202120 Misc Rece | 001.0S01.25005.0000.J59.050.999.999 | Journal Imp | 0.00 | 9,473.00 |

NDCA-ORCL 050357
CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

```
Oracle US Primary                                      Account Analysis Report                              Report Date: 04-NOV-2002 13:45
                                                            Source Item                                            Page:       3 of      5
                                                       Period:  OCT-00 To DEC-00

                Currency:      USD
           Accounts From:      001.0000.25005.0000.000.000.999.999
                     To:       001.ZZZZ.25005.ZZZZ.ZZZ.ZZZ.999.999
            Balance Type:      Actual

                  Period:      NOV-00


Source     Category    Batch Name                       JE Name    Accounting Flexfield              Description Source Item        Debits              Credits
---------- ----------  ------------------------------   --------   -----------------------------     -------------------------      ---------------     ---------------
Receivable Misc Recei  Receivables 4111708: A 1202120   Misc Rece  001.0U68.25005.0000.539.070.999.999  Journal Imp                        0.00           14,966.00
Receivable Misc Recei  Receivables 4111708: A 1202120   Misc Rece  001.0Y94.25005.0000.119.040.999.999  Journal Imp                   10,698.12           14,251.45
Receivable Trade Rece  Receivables 4111708: A 1202120   Trade Rec  001.0000.25005.0000.959.070.999.999  Journal Imp            2,063,927,184.88       2,095,629,027.58
Spreadshee JE          GL 02DEC00SCP3 Spreadsheet 411   636 JE US  001.0000.25005.0000.959.070.999.999  Re-accrue f               36,300,000.00                0.00
Spreadshee JE          GL 13DEC00KM1 Spreadsheet 4252   511 JE US  001.0000.25005.0000.959.070.999.999  Correct Int              100,000,000.00
Spreadshee JE          Reverse "637 JE USD NOV-00"20-   Reverse "  001.0000.25005.0500.959.070.999.999  Accrue for                        0.00           36,300,000.00
Spreadshee JE          Reverse "640 JE USD NOV-00"20-   Reverse "  001.0000.25005.0000.959.070.999.999  Accrue for                   40,017.12                0.00
Spreadshee JE          Reverse "640 JE USD NOV-00"20-   Reverse "  001.0000.25005.0000.959.070.999.999  Accrue for                  223,526.60                0.00
                                                                                                                                  ---------------     ---------------
           Total for Period:   NOV-00                                                                                          2,923,537,055.82     2,826,926,055.49


           Beginning Balance:        121,988,173.50 CR

              Ending Balance:         25,377,173.17 CR
```

NDCA-ORCL 050358
CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

```
Oracle US Primary                                   Account Analysis Report                        Report Date: 04-NOV-2002 13:45
                                                         Source Item                                      Page:       4  of      5
                                                    Period: OCT-00 To DEC-00

           Currency:  USD
      Accounts From:  001.0000.25005.0000.000.000.999.999
                 To:  001.ZZZZ.25005.ZZZZ.ZZZ.ZZZ.999.999
       Balance Type:  Actual

             Period:  DEC-00
```

| Source     | Category       | Batch Name                        | JE Name    | Accounting Flexfield              | Description Source Item | Debits            | Credits            |
|------------|----------------|-----------------------------------|------------|-----------------------------------|-------------------------|-------------------|--------------------|
| Manual     | JE             | RA 09-JAN-00 JA                   | AR-OTH-1-  | 001.0000.25005.0000.959.070.999.999 | AR-OTH-1-JA           | 22,351,283.03     |                    |
| Payables   | Purchase I     | 120800I1 Payables 4200893: A 9    | Purchase   | 001.0000.25005.0000.959.070.999.999 | Contact KD            | 600.00            |                    |
| Payables   | Purchase I     | 120800I1 Payables 4200893: A 9    | Purchase   | 001.0000.25005.0000.959.070.999.999 | Contact KD            | 1,610.00          |                    |
| Payables   | Purchase I     | 120800I1 Payables 4200893: A 9    | Purchase   | 001.0000.25005.0000.959.070.999.999 | Contact KD            | 12,960.00         |                    |
| Payables   | Purchase I     | 120800I1 Payables 4200893: A 9    | Purchase   | 001.0000.25005.0000.959.070.999.999 | Contact KD            | 25,731.25         |                    |
| Payables   | Purchase I     | 120800I1 Payables 4200893: A 9    | Purchase   | 001.0000.25005.0000.959.070.999.999 | Contact KD            | 50,573.00         |                    |
| Payables   | Purchase I     | 120800I1 Payables 4200893: A 9    | Purchase   | 001.0000.25005.0000.959.070.999.999 | Contact KD            | 92,325.20         |                    |
| Payables   | Purchase I     | 120800I1 Payables 4200893: A 9    | Purchase   | 001.0000.25005.0000.959.070.999.999 | Contact KD            | 222,303.00        |                    |
| Payables   | Purchase I     | 122100I1 Payables 4363064: A 9    | Purchase   | 001.0000.25005.0000.959.070.999.999 | Refund from           | 593,702.28        |                    |
| Payables   | Purchase I     | 122100I1 Payables 4363064: A 9    | Purchase   | 001.0000.25005.0000.959.070.999.999 | Contact KD            | 871.71            |                    |
| Payables   | Purchase I     | 122100I1 Payables 4363064: A 9    | Purchase   | 001.0000.25005.0000.959.070.999.999 | Contact KD            | 6,191.48          |                    |
| Payables   | Purchase I     | 122100I1 Payables 4363064: A 9    | Purchase   | 001.0000.25005.0000.959.070.999.999 | Contact KD            | 8,021.79          |                    |
| Payables   | Purchase I     | 122100I1 Payables 4363064: A 9    | Purchase   | 001.0000.25005.0000.959.070.999.999 | Contact KD            | 10,533.49         |                    |
| Payables   | Purchase I     | 122100I1 Payables 4363064: A 9    | Purchase   | 001.0000.25005.0000.959.070.999.999 | Contact KD            | 36,001.51         |                    |
| Payables   | Purchase I     | 122100I1 Payables 4363064: A 9    | Purchase   | 001.0000.25005.0000.959.070.999.999 | Contact KD            | 200,000.00        |                    |
| Receivable | Adjustment     | Receivables 4431561: A 1229050    | Adjustmen  | 001.0000.25005.0000.959.070.999.999 | Journal Imp           | 299.91            | 299.91             |
| Receivable | Credit Mem     | Receivables 4431561: A 1229050    | Credit Me  | 001.0000.25005.0000.959.070.999.999 | Journal Imp           | 7,189.75          | 7,189.75           |
| Receivable | Credit Mem     | Receivables 4431561: A 1229050    | Credit Me  | 001.0000.25005.0000.959.070.999.999 | Journal Imp           | 7,189.75          | 7,189.75           |
| Receivable | Debit Memo     | AR 31856 Receivables 4446882:     | Debit Mem  | 001.0000.25005.0000.959.070.999.999 | Journal Imp           | 35,597.42         |                    |
| Receivable | Debit Memo     | AR 31856 Receivables 4446882:     | Debit Mem  | 001.0000.25005.0000.959.070.999.999 | Journal Imp           |                   | 35,597.42          |
| Receivable | Debit Memo     | AR 31916 Receivables 4450196:     | Debit Mem  | 001.0000.25005.0000.959.070.999.999 | Journal Imp           | 547,152.48        |                    |
| Receivable | Debit Memo     | AR 31916 Receivables 4450196:     | Debit Mem  | 001.0000.25005.0000.959.070.999.999 | Journal Imp           |                   | 547,152.48         |
| Receivable | Debit Memo     | Receivables 4431561: A 1229050    | Debit Mem  | 001.0000.25005.0000.959.070.999.999 | Journal Imp           | 16,717,982.71     | 16,717,982.71      |
| Receivable | Debit Memo     | Receivables 4436891: A 1229172    | Debit Mem  | 001.0000.25005.0000.959.070.999.999 | Journal Imp           | 246,463.80        | 246,463.80         |
| Receivable | Misc Recei     | AR 31856 Receivables 4446882:     | Misc Rece  | 001.0000.25005.0000.959.070.999.999 | Journal Imp           |                   | 22,076,874.26      |
| Receivable | Misc Recei     | AR 31916 Receivables 4450196:     | Misc Rece  | 001.0000.25005.0000.959.070.999.999 | Journal Imp           | 20,032.40         |                    |
| Receivable | Misc Recei     | AR 31916 Receivables 4450196:     | Misc Rece  | 001.0000.25005.0000.959.070.999.999 | Journal Imp           |                   | 36,009.53          |
| Receivable | Misc Recei     | AR 31936 Receivables 4451127:     | Misc Rece  | 001.0000.25005.0000.959.070.999.999 | Journal Imp           | 21,838,067.97     |                    |
| Receivable | Misc Recei     | AR 31937 Receivables 4451434:     | Misc Rece  | 001.0000.25005.0000.959.070.999.999 | Journal Imp           | 18,769.65         |                    |
| Receivable | Misc Recei     | AR 31937 Receivables 4451434:     | Misc Rece  | 001.0000.25005.0000.959.070.999.999 | Journal Imp           |                   | 18,716.32          |
| Receivable | Misc Recei     | AR 31938 Receivables 4451588:     | Misc Rece  | 001.0000.25005.0000.959.070.999.999 | Journal Imp           | 9,358.16          |                    |
| Receivable | Misc Recei     | AR 31938 Receivables 4451588:     | Misc Rece  | 001.0000.25005.0000.959.070.999.999 | Journal Imp           |                   | 9,358.16           |
| Receivable | Misc Recei     | Receivables 4431561: A 1229050    | Misc Rece  | 001.0000.25005.0000.959.070.999.999 | Journal Imp           | 258,027,185,264.34 | 257,896,249,509.57 |
| Receivable | Misc Recei     | Receivables 4431561: A 1229050    | Misc Rece  | 001.0070.25005.0000.959.070.999.999 | Journal Imp           | 0.00              | 2,176.76           |
| Receivable | Misc Recei     | Receivables 4431561: A 1229050    | Misc Rece  | 001.0360.25005.0000.P59.010.999.999 | Journal Imp           | 0.00              | 5,720.99           |
| Receivable | Misc Recei     | Receivables 4431561: A 1229050    | Misc Rece  | 001.0367.25005.0000.J49.050.999.999 | Journal Imp           | 0.00              | 14,550.00          |
| Receivable | Misc Recei     | Receivables 4431561: A 1229050    | Misc Rece  | 001.0380.25005.0000.J89.050.999.999 | Journal Imp           | 0.00              | 245,114.40         |
| Receivable | Misc Recei     | Receivables 4431561: A 1229050    | Misc Rece  | 001.0611.25005.0000.729.060.999.999 | Journal Imp           | 0.00              | 4,430.00           |
| Receivable | Misc Recei     | Receivables 4431561: A 1229050    | Misc Rece  | 001.0697.25005.0000.779.060.999.999 | Journal Imp           | 0.00              | 2,480.00           |
| Receivable | Misc Recei     | Receivables 4431561: A 1229050    | Misc Rece  | 001.0D47.25005.0000.N79.070.999.999 | Journal Imp           | 0.00              | 100.00             |
| Receivable | Misc Recei     | Receivables 4431561: A 1229050    | Misc Rece  | 001.0E92.25005.0000.799.060.999.999 | Journal Imp           | 0.00              | 19,683.00          |
| Receivable | Misc Recei     | Receivables 4431561: A 1229050    | Misc Rece  | 001.0Y94.25005.0000.119.040.999.999 | Journal Imp           | 0.00              | 9,358.16           |
| Receivable | Misc Recei     | Receivables 4436891: A 1229172    | Misc Rece  | 001.0E92.25005.0000.799.060.999.999 | Journal Imp           | 0.00              | 30,117.00          |
| Receivable | Trade Rece     | AR 31856 Receivables 4446882:     | Trade Rec  | 001.0000.25005.0000.959.070.999.999 | Journal Imp           | 57,018,006.70     |                    |
| Receivable | Trade Rece     | AR 31856 Receivables 4446882:     | Trade Rec  | 001.0000.25005.0000.959.070.999.999 | Journal Imp           |                   | 59,656,622.61      |
| Receivable | Trade Rece     | AR 31916 Receivables 4450196:     | Trade Rec  | 001.0000.25005.0000.959.070.999.999 | Journal Imp           | 18,034,766.50     |                    |
| Receivable | Trade Rece     | AR 31916 Receivables 4450196:     | Trade Rec  | 001.0000.25005.0000.959.070.999.999 | Journal Imp           |                   | 6,056,090.94       |

NDCA-ORCL 050359
CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

```
Oracle US Primary                                    Account Analysis Report                              Report Date: 04-NOV-2002 13:45
                                                          Source Item                                           Page:        5 of       5
                                                     Period:  OCT-00 To DEC-00

                Currency:   USD
           Accounts From:   001.0000.25005.0000.000.000.999.999
                     To:    001.ZZZZ.25005.ZZZZ.ZZZ.ZZZ.999.999
            Balance Type:   Actual

                  Period:   DEC-00


Source     Category    Batch Name                     JE Name  Accounting Flexfield              Description Source Item         Debits              Credits
---------- ----------- ------------------------------ -------- --------------------------------- ----------- ----------- ---------------- --------------------
Receivable Trade Rece  AR 31936 Receivables 4451127:  Trade Rec 001.0000.25005.0000.959.070.999.999 Journal Imp                   138,256.13
Receivable Trade Rece  AR 31936 Receivables 4451127:  Trade Rec 001.0000.25005.0000.959.070.999.999 Journal Imp                                        161,364.55
Receivable Trade Rece  AR 31937 Receivables 4451434:  Trade Rec 001.0000.25005.0000.959.070.999.999 Journal Imp                                          9,358.16
Receivable Trade Rece  AR 31938 Receivables 4451588:  Trade Rec 001.0000.25005.0000.959.070.999.999 Journal Imp                     9,358.16
Receivable Trade Rece  Receivables 4431561: A 1229050 Trade Rec 001.0000.25005.0000.959.070.999.999 Journal Imp               635,268,640.88          662,855,773.50
Receivable Trade Rece  Receivables 4436891: A 1229172 Trade Rec 001.0000.25005.0000.959.070.999.999 Journal Imp                12,931,314.02           15,329,115.92
Receivable Trade Rece  Receivables 4437398: A 1229234 Trade Rec 001.0000.25005.0000.959.070.999.999 Journal Imp                       138.28              179,501.86
Spreadshee JE                  GL 05JAN01SCP5 Spreadsheet 448 634 JE US 001.0000.25005.0000.959.070.999.999 Reclass Swe           25,529.90                    0.00
Spreadshee JE                  GL 05JAN01SCP5 Spreadsheet 448 634 JE US 001.0000.25005.0000.959.070.999.999 Reclass Swe        2,372,184.83                    0.00
Spreadshee JE                  GL 05JAN01SCP5 Spreadsheet 448 634 JE US 001.0000.25005.0000.959.070.999.999 Reclass Swe        4,768,158.26                    0.00
Spreadshee JE                  GL 09JAN01SCP1 Spreadsheet 448 638 JE US 001.0000.25005.0000.959.070.999.999 Accrue for           449,238.86                    0.00
Spreadshee JE                  Reverse "511 JE USD DEC-00"21- Reverse " 001.0000.25005.0000.959.070.999.999 Correct Int                                 100,000,000.00
Spreadshee JE                  Reverse "636 JE USD DEC-00"21- Reverse " 001.0000.25005.0000.959.070.999.999 Re-accrue f               0.00           36,300,000.00
                                                                                                                        ---------------- --------------------
           Total for Period:   DEC-00                                                                                    258,821,261,668.60   258,816,833,901.51


           Beginning Balance:   25,377,173.17 CR

              Ending Balance:   20,949,406.08 CR

                                                                                                                        ================ ====================
Grand Total for report from OCT-00 through DEC-00                                                                        262,412,511,948.58   262,404,158,687.55
                                                                                                                        ================ ====================
```

NDCA-ORCL 050360
CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER