```
06:03am EDT 15-Sep-00 Deutsche Banc Alex. Brown (J. Moore/C. Chen/S. Kon) ORCL
ORCL: Solid F1Q, 32% Database Growth, 113% EPS Growth, Main-Strong Buy-Part 1/2

Moore, James A. 415-617-4269                                  09/15/2000
Chen, Charles  415-617-4274
Kong, Seihun   415-617-3323
Deutsche Banc Alex. Brown
-----------------------------------------------------------------------------
                    ORACLE CORPORATION (ORCL) "STRONG BUY"
Solid F1Q, 32% Database Growth, 113% EPS Growth, Maintain Strong Buy -Part 1/2
-----------------------------------------------------------------------------

Date:           09/14/2000   EPS:         2000A       2001E       2002E
Price:          84.94        1Q           0.08        0.17A       0.20
52-Wk Range:    93 - 20      2Q           0.13        0.20        0.23
Ann Dividend:   0.0          3Q           0.17        0.23        0.27
Ann Div Yld:    0.00%        4Q           0.31        0.38        0.44
Mkt Cap (mm):   251,969      FY(May)      0.68        0.98        1.14
3-Yr Growth:    25%          FY  P/EPS    NM          86.7X       74.5X
                             CY  EPS      0.84        1.04        NE
Est. Changed    Yes          CY  P/EPS    NM          81.7X       NM
-----------------------------------------------------------------------------
Industry:      E-TECHNOLOGY
Shares Outstanding(Mil.):  2966.435
Return On Equity (2000) :    34.0%
-----------------------------------------------------------------------------
```

HIGHLIGHTS:
SOLID F1Q, IN-LINE REVENUE, EPS UPSIDE.  Oracle reported a solid F1Q'01 (Aug.) with revenue of $2.26B (+14% y/y), slightly below but in line with our $2.32B estimate. Software licenses were $807M (+28%), ahead of our $795M estimate. EPS was $0.17, well ahead of our estimate and Street consensus of $0.13.  $0.02 of the EPS upside came from higher-than-expected interest income.

RESURGENT DATABASE GROWTH OF 32%.  Oracle's core database software business grew 32% (vs. our 22% estimate), showing resurgent strength and rebounding from F4Q's disappointing 12% growth.  Continued healthy demand and spillover from the 4Q pipeline drove the strong performance.

43% APPLICATIONS GROWTH GOOD, BUT COULD'VE BEEN BETTER.  While database was blowing through F1Q estimates, applications revenue disappointed (reversing last quarter's results).  While 43% year/year growth is hardly an embarrassment, we expected Oracle, armed with the new 11i release, would match or exceed last quarter's 61% growth.

IMPRESSIVE MARGIN GAINS CONTINUE.  Oracle's impressive margin expansion story continues.  F1Q delivered 29% operating margin vs. 17% a year ago and 400bp above our 25% estimate.

EPS ESTIMATES RAISED, OUTLOOK REMAINS BULLISH.  Management remains bullish and sees 20-25% database growth and 50% applications growth for FY'01.  We have modeled 22.6% database growth and 40% applications growth.  We have raised FY'01E EPS to $0.98 from $0.90 and established a FY'02 EPS estimate of $1.14.

2-FOR-1 STOCK SPLIT.  Oracle announced a 2-for-1 stock split yesterday, effective October 12, 2000 with the date of record, September 25, 2000.

MAINTAIN STRONG BUY.  We believe Oracle remains a core technology holding and a leader in Internet infrastructure software.


DETAILS:
SOLID F1Q (AUGUST) RESULTS
Oracle reported a solid F1Q (August) with 113% EPS growth, 29% operating margin

ORACLE CONFIDENTIAL

NDCA-ORCL 085850

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

and strong database growth of 32%. EPS of $0.17 (including $0.02 related to higher-than-expected interest income) beat our estimate and Street consensus of $0.13. Total revenue of $2.26 billion (up 14% year/year) was in line with our $2.32 billion estimate. The weak euro resulted in a negative 3% impact to revenue growth.

```
Yr/Yr Revenue
                         F1Q'01      Our Est.      F1Q'00
License/Other Revenue    $807.2M     $795.0M       $632.2M
Service Revenue          $1,454.6M   $1,525.2M     $1,352.3M
Total Revenue            $2,261.9M   $2,320.2M     $1,984.5M
Y/Y Growth               +14%        +17%          +14%
    Source: Company data and Deutsche Banc Alex. Brown estimates
```

Database licenses grew 32% to $585M, exceeding our estimate of $540M (+22% growth). Applications revenue was slightly disappointing at $156M (+43% y/y), below our estimate of 60% growth and down from last quarter's 61%. Services revenue grew 8% to $1.45 billion, slightly below our estimate of $1.53 billion. Maintenance and support revenue grew a healthy 26%. However, consulting and education remains soft, down 10%. The consulting business should resume growth toward the end of FY'01 as year/year compares become more favorable.

DESPITE SHORTFALL, APPLICATIONS 11I BRINGS HIGH EXPECTATIONS
F1Q saw a role reversal from last quarter with database growth re-accelerating, and applications growth decelerating. Historically, we have seen Oracle's applications and database growth rates fluctuate, accelerating and decelerating from quarter to quarter. In many ways, this quarter's applications shortfall and last quarter's database hiccup are nothing we haven't seen from Oracle in the past. Next quarter we could just as likely see the roles reverse again. That said, we believe that Oracle is very well positioned with its full suite, Internet-centric 11i release and a strong marketing message. We believe Oracle is competing very well domestically vs. SAP, and could begin to inflict more damage overseas (note Oracle's 104% applications growth in EMEA). While its broad footprint and out-of-the-box integration are the keys to its positioning and message, we caution that some 11i modules still may fall short on functionality compared with best-of-breed rivals. This could prove challenging in head-to-head competition.

IMPRESSIVE MARGIN GAINS CONTINUE
Oracle reported impressive margin improvement for the fifth consecutive quarter. F1Q operating margin was 29% vs. 17% a year ago, a jump of 1200 basis points. We had forecast 25% operating margin for F1Q. We believe further margin expansion is possible, and we have modestly increased our expectations for operating margin over the next seven quarters. That said, Oracle will likely resume growth in sales, marketing and service headcount after several quarters of flat or negative growth. We have increased our full year FY'01 forecast to 35% from our prior estimate of 33%.

```
Margin Analysis
                             F1Q'01    F1Q'00    Our Est
Gross (aka Service) Margin   70.2%     61.9%     67.0%
Sales & Marketing            25.3%     27.1%     25.5%
Research & Development       11.1%     11.9%     11.6%
General & Administrative     4.7%      5.4%      5.1%
Operating Margin             29.1%     17.4%     24.7%
    Source: Company data and Deutsche Banc Alex. Brown estimates
```

F1Q HIGHS AND LOWS
F1Q was solid and the fundamental story remains positive at Oracle. Highlights of the quarter are as follows:

- Oracle resurgent database license business grew 32% following disappointing F4Q growth of 12%.
- 20 customers went live on the new Applications 11i release.
- Applications in the EMEA region grew a healthy 104% in local currency.

ORACLE CONFIDENTIAL

NDCA-ORCL 085851

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER

- Oracle's "e-business-ification" and margin expansion plans continue to progress very well with operating margin expansion of 1200 basis points over a year ago and 400 basis points above our forecast.
- 55 customers signed up to use Oracle Exchange with 13 in live production.
- 20 new Business Online customers were added.

Negatives in the quarter were:
- Applications growth tailed off to 43% after F4Q's robust 61% performance.
- A continued weak euro impaired reported revenue growth.
- Consulting and education growth remains sluggish and continues to contract (down 10%).

KEY F1Q METRICS
Large deals accounted for 34% of revenue versus 30% a year ago. Mega-deals (over $5 million) were 8% of revenue, flat compared to a year ago. Foreign exchange had an overall -3% impact on revenue growth. Geographically, the Americas represented 57% of revenue and increased 15% y/y. In the Americas, database software grew a robust 46%, while applications posted 31% y/y growth. EMEA (28% of revenue) grew 4% on an as-reported basis. Asia/Pacific (15% of revenue) grew 35% y/y. Oracle's headcount fell sequentially to 41,170 from 41,320 in F4Q and 43,093 in F1Q'00. Key customer deals in the quarter included Agilent, JDS Uniphase, Sprint PCS, Clear Data Communications, myFacilities.com and iProperty.com.

OUTLOOK REMAINS BULLISH FOR FY'01 AND APPLICATIONS GROWTH
Management reiterated a bullish outlook on F2Q and full year FY'01. The company noted that pipelines continue to grow and that FY'01 should be a very strong year for applications driven by the 11i release and its broad product footprint. Management believes applications growth could be anywhere from 50-100% for the full year. We believe the company will continue to pursue productivity gains and could reach 40% full year operating margin this year or in the near future.

STRONG BALANCE SHEET
Oracle ended F1Q'01 with $5.1B in cash and short-term investments, down from $7.8B at the end F4Q. This resulted from the repurchase of more than $2B in Oracle stock. Long-term debt was $301M, compared to $299M at the end of F4Q. DSO continues to be very well managed at 67 days down from 68 in F4Q and 69 a year ago.

ESTIMATE REVISIONS-EPS RAISED, LICENSES UPPED, SERVICES TRIMMED
Our FY'01 revenue estimate remains at $11.9B. However we have altered the software/services mix, upping the software contribution and trimming the services number. Our license forecast is $5.45 billion (22.5% growth), up from $5.34 billion (20% growth). Driven by continued rising margin expectations, our EPS estimate increases to $0.98 from $0.90 on a jump in operating margin to 35% from 33%. We have established new FY'02 estimates of $14.1B in revenue (+19% y/y), and EPS of $1.14.

|         | New F01 | Prior F01 | New F02 |
|---------|---------|-----------|---------|
| Revenue | $11.9B  | $11.9B    | $14.1B  |
| EPS     | $0.98   | $0.90     | $1.14   |

Source: Deutsche Banc Alex. Brown estimates

MAINTAIN OUR STRONG BUY INVESTMENT RATING
We believe the fundamental story remains solid at Oracle, and the company is very well positioned as a core provider of Internet-centric application and infrastructure software. We regard Oracle's stock as a core technology holding

Additional Information Available Upon Request

Deutsche Bank Securities Inc. maintains a net primary market in the common stock of Oracle Corporation.

ORACLE CONFIDENTIAL

NDCA-ORCL 085852

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

```
06:03am EDT 15-Sep-00 Deutsche Banc Alex. Brown (J. Moore/C. Chen/S. Kon) ORCL
ORCL: Solid F1Q, 32% Database Growth, 113% EPS Growth, Main-Strong Buy-Part 2/2

Moore, James A. 415-617-4269                                   09/15/2000
Chen, Charles 415-617-4274
Kong, Seihun 415-617-3323
Deutsche Banc Alex. Brown
-------------------------------------------------------------------------------
                    ORACLE CORPORATION (ORCL) "STRONG BUY"
Solid F1Q, 32% Database Growth, 113% EPS Growth, Maintain Strong Buy -Part 2/2
-------------------------------------------------------------------------------

Date:         09/14/2000    EPS:         2000A       2001E       2002E
Price:        84.94         1Q           0.08        0.17A       0.20
52-Wk Range:  93 - 20       2Q           0.13        0.20        0.23
Ann Dividend: 0.0           3Q           0.17        0.23        0.27
Ann Div Yld:  0.00%         4Q           0.31        0.38        0.44
Mkt Cap (mm): 251,969       FY(May)      0.68        0.98        1.14
3-Yr Growth:  25%           FY   P/EPS   NM          86.7X       74.5X
                            CY   EPS     0.84        1.04        NE
Est. Changed Yes            CY   P/EPS   NM          81.7X       NM
-------------------------------------------------------------------------------
```

and an attractive play on our eProcess/Open Enterprise theme. We maintain our STRONG BUY investment rating on the shares.

Information herein is believed to be reliable and has been obtained from sources believed to be reliable, but its accuracy and completeness cannot be guaranteed. Opinions, estimates, and projections constitute our judgement and are subject to change without notice. This publication is provided to you for information purposes only and is not intended as an offer or solicitation for the sale of any financial instrument. Deutsche Bank Securities Inc., DB Alex. Brown LLC., and their affiliates worldwide, may hold a position or act as market maker in the financial instruments of any issuer discussed herein or act as advisor or lender to such issuer. Transactions should be executed through a Deutsche Bank entity in the client's home jurisdiction unless otherwise permitted by law. Deutsche Bank Securities Inc., and DB Alex. Brown LLC., are members of NYSE and NASD. Copyright 2000 Deutsche Bank Securities Inc., and DB Alex. Brown LLC. In the U.S. this report may be distributed either by Deutsche Bank Securities Inc., or DB Alex. Brown LLC. Interested parties are advised to contact the U.S. entity they currently deal with, or the U.S. entity that has distributed this report to them.

                    Additional Information Available Upon Request

Deutsche Bank Securities Inc. maintains a net primary market in the common stock of Oracle Corporation.
The following stock(s) is (are) optionable: Oracle Corporation.
One or more authors of this comment have a long position in the common shares of Oracle Corporation.
First Call Corporation, a Thomson Financial company.
All rights reserved.  888.558.2500
]

EON

ORACLE CONFIDENTIAL

NDCA-ORCL 085853

CONFIDENTIAL-SUBJECT
TO PROTECTIVE ORDER