```
 1              IN THE UNITED STATES DISTRICT COURT
 2              NORTHERN DISTRICT OF CALIFORNIA
 3                  SAN FRANCISCO DIVISION
 4
 5   In re ORACLE CORPORATION                    CERTIFIED COPY
 6   SECURITIES LITIGATION.
 7                              Master File No. C-01-0988-MJJ
 8   This Document Relates To:
 9
10       ALL ACTIONS.
11   _____/
12
13                      ---oOo---
14                     CONFIDENTIAL
15            DEPOSITION OF LAWRENCE ELLISON
16                       VOLUME I
17              THURSDAY, JULY 13, 2006
18                      ---oOo---
19
20            SHEILA CHASE & ASSOCIATES
                   REPORTING FOR:
21              LiveNote World Service
            221 Main Street, Suite 1250
22         San Francisco, California 94105
                Phone:  (415) 321-2311
23              Fax:    (415) 321-2301
24   Reported by:
     DIANA NOBRIGA, CSR, CRR
25   LICENSE NO. 7071
```

1    Q.   And then it appears to be dated 10/10/00.  Do
2　you see that?
3    A.   I do.
4    Q.   Good.  It says, "Topics for discussion.  We
5　made the decision to move to 11i for the G2 project for
6　two reasons.  A. The functionality in 11i was needed."
7　And it goes on with some more language.  And then it
8　says, "B. We were assured this version was of a quality
9　level that we would have no major issues relating to the
10　new release."
11       Do you see that?
12    A.   I do.
13    Q.   Point 3 says, "The system is running in an
14　Oracle center managed by Oracle DBAs and Oracle Unix
15　people and supported by onsite Oracle consultants, yet
16　we cannot get the software to function.  We have little
17　confidence in Oracle's ability to provide us a stable
18　working environment in a time frame we need.  Our onsite
19　consultants are spending valuable time debugging
20　software instead of working on the project activities."
21       Do you see that?
22    A.   I do.
23    Q.   Were you aware at around October of 2000 that
24　these issues were being raised by Ingersoll-Rand?
25    A.   I was certainly aware that a small percentage

```
 1  of our customers that were implementing release 11i were
 2  having problems, and one of them was Ingersoll-Rand.
 3      Q.  Point 4, "We are in fact a full month delayed
 4  on the CRP and we expect the CRP could not begin until
 5  the week after next at the earliest.  This assumes all
 6  the issues are resolved.  We have little confidence in
 7  any dates given to us at this point.  While we feel the
 8  onsite people are good, we feel Oracle as an
 9  organization has let us down."
10          Were you aware of that sentiment from
11  Ingersoll-Rand in October of 2000?
12      A.  There were several customers who were
13  implementing 11i, a small percentage of our total
14  customers.  We have 30,000 application customers.  A
15  small percentage that were implementing 11i were having
16  problems.  The vast majority of those that had problems
17  are successful, happy customers now, like POSCO and
18  Ingersoll-Rand.
19          Doesn't mean they didn't have problems during
20  the implementation.  These are very complicated
21  engineering projects.
22      Q.  Point 5, "We need the same level of guarantee
23  that Larry gave GE when it looks like SSP would not
24  work."  Do you understand that?
25      A.  I'm not sure what SSP is.  But I am the
```

```
 1   corporate sponsor to General Electric.
 2       Q.   What sort of guarantee is being referred to,
 3   do you know?
 4       A.   I don't know.  I am -- I spend a lot of time
 5   with General Electric.  As I say, I'm the corporate
 6   sponsor for GE, I attend their management meeting.
 7            MR. LINDSTROM:  He doesn't want you to
 8   speculate.  He's asking if you know with respect to this
 9   specific reference.
10            THE WITNESS:  I don't know.
11            MR. SOLOMON:  Q.  Was it, "Don't worry, you
12   don't have to pay," or, "Don't worry, you'll get your
13   money back"?
14       A.   No.
15       Q.   But you don't know what it was?
16       A.   If you want me to guess, I will guess.
17            MR. LINDSTROM:  He doesn't want you to guess.
18   And I don't either.
19            MR. SOLOMON:  You don't want him to guess.  I
20   may want you to.
21            THE WITNESS:  Okay.
22            MR. SOLOMON:  Q.  What is your guess?
23            MR. LINDSTROM:  Objection; calls for
24   speculation.
25            THE WITNESS:  What I normally -- normally tell
```

```
 1   anybody is that we will work as hard as we can to make
 2   this work.  And the vast majority -- we have 300,000
 3   customers around the world.  You know, 99.99 percent of
 4   those customers, the software is working successfully.
 5            When you're doing a company and building a big
 6   engineering project, what these guys do is they
 7   interface 11i, it is not just 11i, but they are
 8   connecting it to a lot of other systems, there is a lot
 9   of consulting and engineering going on, these businesses
10   are changing their business processes, often going from
11   a local to global systems.  There is a lot -- these are
12   huge engineering projects when you put in all new
13   systems.
14            And all we can guarantee is that we'll work as
15   hard as we can to make this successful in your company.
16            Again, the vast majority of our customers were
17   successful.  And Ingersoll-Rand was very successful with
18   the implementation.
19            MR. SOLOMON:  Q.  Again, when you are talking
20   about level of guarantee then, it is your guess that it
21   was basically -- that it is you saying, "We'll do it"?
22       A.   "We'll do everything in our power to make you
23   successful."
24       Q.   Do you recall giving, issuing that guarantee
25   to GE?
```

```
 1           MR. LINDSTROM:  The one he just described as
 2    his guess?
 3           MR. SOLOMON:  Correct.
 4           THE WITNESS:  It is a routine thing that I
 5    say, that we will work as hard as we can to make our
 6    customers successful.
 7           MR. SOLOMON:  Q.  Okay.  The last sentence of
 8    that point 5 says, "The issues we are facing make it
 9    difficult to support our Oracle position."
10           Do you see that?
11       A.  Yes.
12       Q.  Do you know what the Oracle position is that's
13    being referred to here?
14       A.  Yes.  It means that there are a number of
15    people inside of Ingersoll-Rand that are champions for
16    Oracle, that they pick the Oracle product, they were
17    enthusiastic about the implementation.  And now there
18    are some bumps along the road and they are concerned.
19           But we did work closely with them, and
20    Ingersoll-Rand again is now implemented successfully and
21    is very happy.
22       Q.  I just want to jump back up to 1.B where it
23    says, "We were ensured" -- and I believe it probably
24    means "assured," but, "We were ensured that this version
25    of a quality -- that this version was of a quality level
```

```
 1    that we would have no major issues related to the new
 2    release."
 3             Do you know of any such assurance emanating
 4    from Oracle?
 5        A.   I do not.
 6        Q.   And can you take a guess as to who wrote this?
 7             MR. LINDSTROM:  Objection; calls for
 8    speculation.
 9             MR. SOLOMON:  Excuse me.  Strike that.  Not
10    who wrote it.
11        Q.   Can you take a guess as to who was interfacing
12    with Ingersoll-Rand from Oracle?
13             MR. LINDSTROM:  Same objection.
14             THE WITNESS:  You want me to guess?
15             MR. SOLOMON:  Q.  Yes.
16        A.   Our accountants, the people at Oracle
17    responsible for selling and consulting to
18    Ingersoll-Rand.
19        Q.   You wouldn't know the names of the people?
20        A.   Not offhand.
21        Q.   I'm looking now at the next page back, which
22    is 039548.  Two pages back, excuse me.  You'll see again
23    it refers to "Subject:  Ingersoll-Rand Critical
24    Situation."  And it is addressed to Mark and Ron.  It
25    says, "I am the account manager for Ingersoll-Rand."
```

```
 1              CERTIFICATE OF DEPOSITION OFFICER
 2              I, DIANA NOBRIGA, hereby certify that the
 3   witness in the foregoing deposition was by me duly sworn
 4   to testify to the truth, the whole truth, and nothing
 5   but the truth in the within-entitled cause; that said
 6   deposition was taken at the time and place therein
 7   stated; that the testimony of said witness was reported
 8   by me, a Certified Shorthand Reporter and disinterested
 9   person, and was thereafter transcribed into typewriting,
10   and that the pertinent provisions of the applicable code
11   or rules of civil procedure relating to the notification
12   of the witness and counsel for the parties hereto of the
13   availability of the original transcript of the
14   deposition for reading, correcting and signing have been
15   met.
16              I further certify that I am not of counsel or
17   attorney for either or any of the parties to said
18   deposition, nor in any way interested in the outcome of
19   the cause named in said action.
20              In WITNESS WHEREOF, I have hereunto
21   subscribed by my hand this 19th day of July 2006.
22
23
24                          _____
25                          DIANA NOBRIGA, CSR NO. 7071
```