```
 1            IN THE UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF CALIFORNIA
 2

 3   IN RE:  ORACLE CORPORATION   )
                                  )                Certified Copy
 4   SECURITIES LITIGATION        )
                                  ) Master File
 5   This Document Relates to:    ) No. C-01-0988-MJJ
                                  )
 6        ALL ACTIONS.            )

 7

 8

 9

10                         CONFIDENTIAL

11

12

13              Videotaped deposition of
14       GEORGE ROBERTS, a witness in the above-entitled
15       action, taken at the instance of the Plaintiff,
16       pursuant to the Federal Rules of Civil Procedure,
17       before Rose M. Coulthart, Registered Professional
18       Reporter and Notary Public in and for the State of
19       Wisconsin, at 3620 East Layton Avenue, Cudahy,
20       Wisconsin, on the 8th day of August, 2006, commencing
21       at 11:12 a.m. and concluding at 1:06 p.m.
22
23
24
25
```

```
 1            relief?
 2      A     I don't know.
 3      Q     Related to its --
 4      A     I don't know.
 5      Q     -- issues with 11i?
 6      A     Don't know.
 7      Q     Do you know where that information might be found?
 8      A     Don't know.
 9      Q     You see on Bates ending 494, the previous page,
10            Anthony Perrigan writes this is beyond hot.  This
11            needs -- we need -- we need this escalated through
12            Oracle senior sales management.  This is the second
13            customer that I have in my region that is failing
14            with the installation of 11i order management.  Do
15            you see that?
16      A     Yes.
17      Q     He uses the phrase hot there.  But, as you indicated,
18            you don't know if there were any other levels of
19            temperature used to describe --
20      A     No.
21      Q     -- customer installations?
22      A     And I mean and it's not unusual when you have a sales
23            rep or management involved with a client that's not
24            happy about certain things.  They all -- immediately
25            it's hot.
```

| | | |
|---|---|---|
| 1 | Q | Um-hmm.  This was pretty hot though, wasn't it? |
| 2 | A | I don't know.  I, mean, again, as I've said, when you do these things, they tend to be very complicated. |
| 3 | | |
| 4 | Q | Right. |
| 5 | A | It isn't always just Oracle.  Often times it can be other things involved.  When something isn't working right, everybody pulls the balloon which I understand.  That was the way the world was.  And, again, you have to understand it didn't matter whether it was 11i, it didn't matter whether it was 10SC or whether it was release 9 out of the database.  If they got something and it didn't work right, it was hot. |
| 14 | Q | Okay.  And do you know whether 11i order management was one of those that was considered released a little too early? |
| 17 | A | No. |
| 18 | | MS. KYROUZ:  Objection, vague. |
| 19 | | THE WITNESS:  No.  I mean the other thing that you also have to understand is that when you release these products, it's not just their release with certain functionality.  But certain clients, when they use it, like American Greetings, if you think about them, versus GE Aircraft, American Greetings would be -- because they have cards, right, |

```
 1        small items, low cost, high volume.
 2                GE Aircraft selling aircraft engines,
 3        low volume instead of high volume, all right, high
 4        cost, low or low number of parts.  So, you know,
 5        everybody uses this stuff differently.  Everybody
 6        uses order management differently because they all
 7        sell different products and everything else.  And
 8        they use the functionality differently.  They use --
 9        the performance curves are different.  How they do
10        them over the networks are different.  I mean,
11        unfortunately, there was no just one way of doing it.
12        But it would have been nice if there would have been.
13                MR. WILLIAMS:  I'm going to ask the
14        reporter to mark this document as Roberts No. 43.
15                (Exhibit No. 43 marked for identification.)
16   BY MR. WILLIAMS:
17   Q    It's Bates numbered NDCA-ORCL 131901.  And 902.
18        Sorry.
19   A    Okay.
20   Q    Do you recognize the document?
21   A    Yes.  An E-mail.
22   Q    From David Winton -- well, the bottom E-mail is from
23        David Winton to Jeff Henley, Jennifer Minton, CC'ing
24        you, Terry -- Jody Terry, Stephanie Aas and David
25        Winton?
```

```
 1   A    Yes.
 2   Q    And it's just a chart describing historical dot com
 3        data?
 4   A    Yes.
 5   Q    Now, the dot com data referred to here, would that be
 6        data that was related to the North America sales
 7        general business organization?
 8             MS. KYROUZ:  Objection, lacks foundation.
 9             THE WITNESS:  It most -- I'm going to state
10        most likely the answer to that would be yes.  I don't
11        believe it would refer to anything else.
12   BY MR. WILLIAMS:
13   Q    Okay.
14             MR. WILLIAMS:  I'm going to ask the
15        reporter to mark this document as Roberts No. 44.
16             (Exhibit No. 44 marked for identification.)
17   BY MR. WILLIAMS:
18   Q    And it's Bates numbered NDCA-ORCL 094128 through 137.
19        I'll just ask you to take a look at it and let me
20        know when you're done.
21   A    Okay.
22   Q    Do you recognize the document?
23   A    Yeah.  It says supporting documentation for
24        ValueVision.
25   Q    Um-hmm.  It's an E-mail with that supporting
```

STATE OF WISCONSIN )
                   ) SS:
MILWAUKEE COUNTY   )

        I, Rose M. Coulthart, Registered Professional Reporter and Notary Public in and for the State of Wisconsin, do hereby certify that the preceding deposition was recorded by me and reduced to writing under my personal direction.

        I further certify that said deposition was taken at 3620 East Layton Avenue, Cudahy, Wisconsin, on the 8th day of August, 2006, commencing at 11:12 a.m.

        I further certify that I am not a relative or employee or attorney or counsel of any of the parties, or a relative or employee of such attorney or counsel, or financially interested directly or indirectly in this action.

        In witness whereof, I have hereunto set my hand and affixed my seal of office on this 17th day of August, 2006.

*Rose Coulthart*
Rose M. Coulthart, RPR/Notary Public
My commission expires
June 27th, 2010