LATHAM & WATKINS LLP
  Peter A. Wald (SBN 85705)
  Michele F. Kyrouz (SBN 168004)
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-2562
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
E-mail: peter.wald@lw.com
       michele.kyrouz@lw.com

LATHAM & WATKINS LLP
  Jamie L. Wine (SBN 181373)
633 West Fifth Street, Suite 4000
Los Angeles, CA 90071
Phone: (213) 485-1234
Fax: (213) 891-8763
E-mail: jamie.wine@lw.com

LATHAM & WATKINS LLP
  Patrick E. Gibbs (SBN 183174)
  Matthew Rawlinson (SBN 231890)
140 Scott Drive
Menlo Park, CA 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600
E-mail: patrick.gibbs@lw.com
       matt.rawlinson@lw.com

Attorneys for Defendants ORACLE CORPORATION, LAWRENCE J. ELLISON, JEFFREY O. HENLEY, and EDWARD J. SANDERSON

ORACLE CORPORATION
  Dorian E. Daley (SBN 129049)
  James C. Maroulis (SBN 208316)
500 Oracle Parkway
Mailstop 5OP7
Redwood Shores, California 94065
Telephone: (650) 506-5200
Facsimile: (650) 506-7114
E-mail: jim.maroulis@oracle.com

Attorneys for Defendant ORACLE CORPORATION

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Master File No. C-01-0988-MJJ (JCS) (Consolidated)<br><br><u>CLASS ACTION</u><br><br>**MANUAL FILING NOTIFICATION FOR EXHIBITS 41, 54, 102, 128, 134, 159, 161, 189, 195, 200, 214 and 226 TO THE [CORRECTED] DECLARATION OF MATTHEW D. HARRISON IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

**MANUAL FILING NOTIFICATION**

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

MANUAL FILING NOTIFICATION FOR [CORRECTED] HARRISON DEC. ISO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
MASTER FILE NO. C-01-0988-MJJ (JCS)

1  Regarding Exhibits 41, 54, 102, 128, 134, 159, 161, 189,195, 200, 214 and 226 to the
2  [Corrected] Declaration of Matthew D. Harrison in Support of Defendants' Motion for Summary
3  Judgment:
4  This filing is in paper or physical form only, and is being maintained in the case file in the
5  Clerk's office.
6  If you are a participant on this case, this filing will be served in hard-copy shortly.
7  For information on retrieving this filing directly from the court, please see the court's main web
8  site at http://www.caed.uscourts.gov under Frequently Asked Questions (FAQ).  This filing was
9  not e-filed for the following reason(s):
10  _X_   Voluminous Document (PDF file size larger than e-filing system allowances)
11  ___   Unable to Scan Documents
12  ___   Physical Object (description): _____
13  ___   Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media
14  ___   Item Under Seal
15  ___   Conformance with the Judicial Conference Privacy Policy (General Order 53).
16  ___   Other (description): _____

18  DATED:  October 9, 2006                    Respectfully submitted,

                                              LATHAM & WATKINS LLP
                                                Peter A. Wald
                                                Michele F. Kyrouz
                                                Jamie L. Wine
                                                Patrick E. Gibbs
                                                Matthew Rawlinson

                                                        /S/

                                              By:_____
                                                Michele F. Kyrouz
                                                Attorneys for Defendants ORACLE
                                                CORPORATION, LAWRENCE J.
                                                ELLISON, JEFFREY O. HENLEY,
                                                and EDWARD J. SANDERSON

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

MANUAL FILING NOTIFICATION FOR [CORRECTED]
HARRISON DEC. ISO DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT
MASTER FILE NO. C-01-0988-MJJ (JCS)