LATHAM & WATKINS LLP
  Peter A. Wald (SBN 85705)
  Michele F. Kyrouz (SBN 168004)
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-2562
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
E-mail: peter.wald@lw.com
        michele.kyrouz@lw.com

LATHAM & WATKINS LLP
  Patrick E. Gibbs (SBN 183174)
140 Scott Drive
Menlo Park, CA 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600
E-mail: patrick.gibbs@lw.com

LATHAM & WATKINS LLP
  Jamie L. Wine (SBN 181373)
633 West Fifth Street, Suite 4000
Los Angeles, CA 90071-2007
Telephone: (213) 485-1234
Facsimile: (213) 891-8763
E-mail: jamie.wine@lw.com

Attorneys for Defendants ORACLE CORPORATION, LAWRENCE J. ELLISON, JEFFREY O. HENLEY, and EDWARD J. SANDERSON

ORACLE CORPORATION
  Dorian Daley (SBN 129049)
  James C. Maroulis (SBN 208316)
500 Oracle Parkway
Mailstop 5OP7
Redwood Shores, California 94065
Telephone: (650) 506-5200
Facsimile: (650) 506-7114
E-mail: jim.maroulis@oracle.com

Attorneys for Defendant ORACLE CORPORATION

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Master File No. C-01-0988-MJJ<br>(Consolidated)<br><br><u>CLASS ACTION</u><br><br>**DECLARATION OF GREGORY SEIDEN IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>Date: N/A<br>Time: N/A<br>Judge: Hon. Martin J. Jenkins |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DECLARATION OF GREGORY SEIDEN IN SUPPORT OF
MOTION FOR SUMMARY JUDGMENT
Master File No. C-01-0988-MJJ

I, Gregory Seiden, declare as follows:

1. I submit this declaration in support of Defendants' Motion for Summary Judgment, or in the Alternative, Summary Adjudication. I have personal knowledge of the facts set forth below and, if called upon, I could and would competently testify thereto.

2. I am the Vice President of Operations for Applications Technology for Oracle Corporation ("Oracle"). I have been employed in Oracle's Product Development organization since 1990. From 1999 through 2002, I served as Oracle's Vice President of Applications Integration.

3. In my capacity as Oracle's Vice President of Applications Integration during the time period relevant to this litigation, I was responsible for, among other things, supervising a team that managed product release coordination, developed the installation technology for Oracle's Suite 11i, packaged Suite 11i language translations when they became available, and ran high level integration testing for the Suite 11i applications. I have been involved in one form or another in developing standards for and executing integration and regression testing for Oracle's enterprise business applications since I started as Manager of Integration Testing in 1990.

### High-Level Integration Audit Testing for Suite 11i

4. As I noted above, during the relevant time period, my team performed high-level quality assurance, or "QA," audits to test the integration of Oracle's Suite 11i software prior to its various releases. We performed these audits before the initial release of Suite 11i in May 2000 (11i.1) and before each point release iteration thereafter during this time period (*i.e.*, 11i.2 and 11i.3). This high-level "sanity check" of integrated flows across numerous modules was not a substitute for the integration testing performed by programmers and QA teams within each development group for each product family. It was, instead, a kind of audit-level review to ensure the overall ability of the various applications to function together in an integrated fashion (as they were designed to do). This audit was a cross-check on the testing done by the development groups, which were principally responsible for many kinds of testing, including integration testing.

5. As part of our process, my team and I developed testing procedures designed to test, at a high-level, the overall integration of the Suite 11i applications before they were released. To accomplish this, and to ensure that data was able to flow among and across the Suite 11i applications as designed before the product was shipped, my team and I developed approximately 18-20 crucial business flows, which Oracle considered typical of transactions that users would execute and that would require data to pass through multiple applications. To test these business flows, my team installed the complete Suite 11i software (including each module for the particular release being tested) and attempted to execute the business flows we had developed for the release.

6. For example, my team would test transactions that required data to flow from a user's acquisition of a quote for a particular order, to the entry of the order, to the reduction of inventory based on that order, to the creation of a bill for the order, and to the a general ledger to account for the order. At present, I do not recall precisely all of the business flows that were used to test the integration of Oracle's Suite 11i versions 1 through 3, but each such release was tested using (among others) multiple flows that required data to pass as designed between various applications, including from Suite 11i's CRM applications through to Suite 11i's ERP applications.

7. As part of this auditing process, my team also performed regression testing, or testing to ensure that code changes had not rendered previously executed business flows unexecutable. Initially, my team used an Oracle proprietary system to conduct regression testing on Suite 11i. Later, Oracle switched to third party vendor Mercury's automated testing system. While, in hindsight, we felt that the automated testing system was more effective for Suite 11i, it did not mean – nor did we believe – that Oracle's previous testing methods were insufficient.

8. If during the course of either an integration audit or regression testing my team determined that a particular business flow could not be successfully executed, we would notify the development organization so that the appropriate development team or teams could address whatever issue or issues caused the inability to execute the flow. Prior to Suite 11i's

LATHAM&WATKINS
ATTORNEYS AT LAW
SAN FRANCISCO

2

DECLARATION OF GREGORY SEIDEN IN SUPPORT OF
MOTION FOR SUMMARY JUDGMENT
Master File No. C-01-0988-MJJ

1 initial May 2000 release and prior to each of its point releases during the time period relevant to
2 this litigation, my team was able to execute as designed each of the audit business flows within
3 Suite 11i that we had developed to test the product's overall integration.

4        9.      In addition to this formal standards-based audit and regression testing, my
5 team would perform numerous one-off transaction-based tests of Suite 11i prior to each release.
6 This testing consisted of members of my team running Suite 11i and "keying" various
7 transactions into the suite of applications to ensure they could be executed to further ensure the
8 ability of the various Suite 11i applications to share data among each other as designed. If
9 during the course of this one-off testing any software bugs or other issues affecting the
10 software's ability to execute a transaction were detected, these were reported to the appropriate
11 development team or teams so they could work on a solution.

### Language Patching for Suite 11i

13       10.     As noted above, during the time period relevant to this suit, my team was
14 responsible for packaging translations of Oracle's Suite 11i software into languages other than
15 English once they were completed.

16       11.     During the first several releases of Suite 11i, including release versions 1
17 through 3, the product was first released in English, and then subsequently translated into various
18 other languages. The translated versions of Suite 11i were delivered to customers through
19 patches, which is a term Oracle uses for any release of code (other than the product itself) to a
20 customer. For version 11i.1, the product was released in English in May of 2000, with 16
21 additional languages released in the middle of August of 2000 (Canadian French, Japanese,
22 Korean, Brazilian Portuguese, Dutch, Latin American Spanish, Simplified Chinese, Danish,
23 German, Thai, Finnish, French, Italian, Arabic, Norwegian, and Spanish), six additional
24 languages released in September of 2000 (Swedish, Greek, Hungarian, Turkish, Czech, and
25 Polish) and five additional languages released in early October of 2000 (Traditional Chinese,
26 Slovak, Russian, Hebrew, and Portuguese).

27       12.     Version 11i.2 was released in English in late October of 2000, with 11
28 additional languages released in the middle of November of 2000 (Greek, Japanese, Finnish,

LATHAM&WATKINS<sup>LLP</sup>
ATTORNEYS AT LAW
SAN FRANCISCO

3

DECLARATION OF GREGORY SEIDEN IN SUPPORT OF
MOTION FOR SUMMARY JUDGMENT
Master File No. C-01-0988-MJJ

1  Canadian French, Latin American Spanish, Dutch, Norwegian, Polish, Arabic, Simplified
2  Chinese, and Danish), 13 additional languages released at the beginning of December of 2000
3  (Brazilian Portuguese, German, Thai, French, Italian, Spanish, Traditional Chinese, Hungarian,
4  Slovak, Czech, Russian, Hebrew, and Portuguese), three additional languages released later in
5  December (Turkish, Swedish, and Korean), and Romanian released in March of 2001.

6       13.    Version 11i.3 was released in English in early February 2001, with nine
7  additional languages released in March 2001 (Greek, Japanese, Canadian French, Latin
8  American Spanish, Norwegian, Arabic, Simplified Chinese, German, and Brazilian Portuguese),
9  nine additional languages in a subsequent March of 2001 release (Dutch, Thai, Finnish, Polish,
10 Czech, Hebrew, Danish, French, and Spanish), six additional languages in the middle of April of
11 2001 (Italian, Turkish, Slovak, Russian, Swedish, and Korean), and four additional languages in
12 early June of 2001 (Hungarian, Portuguese, Romanian, and Traditional Chinese).

13      14.    When I refer to translations of Oracle's Suite 11i software, I am referring
14 to the translation, generally, of those things that a Suite 11i user would see when operating the
15 software. Oracle's Suite 11i development architecture was such that the software was able to run
16 an enormous number of languages in a single data instance through the use of UNICODE, which
17 allowed the software to accept inputs from the characters found in the world's major languages.
18 However, those things the user sees while operating the software still had to be translated into
19 the non-English languages used by Oracle's various customers.

20      15.    Language translation is a time-consuming process. In packaging the
21 translations for the Suite 11i software, my team would extract the English version of the text
22 strings displayed to the software's users and package those to be sent by Oracle's support
23 organization to third-party translation vendors who would then translate the strings into various
24 non-English languages. After the vendor finished the translations, they would send them back to
25 my team, and we would package them for upgrade installation, generally via a software patch.

26                   **Separate Releases for Oracle's Suite 11i Software**

27      16.    It is my understanding that the Plaintiffs in this case have alleged that the
28 first two versions of Oracle's Suite 11i were released with the CRM and ERP applications on a

LATHAM&WATKINS
ATTORNEYS AT LAW
SAN FRANCISCO

4

DECLARATION OF GREGORY SEIDEN IN SUPPORT OF
MOTION FOR SUMMARY JUDGMENT
Master File No. C-01-0988-MJJ

separate schedule and that this contributed to an inability of the various 11i applications to work together. As the person with overarching responsibility for developing the installation technology for the full Oracle 11i suite of applications, and for testing those applications together prior to their release, I am familiar with the release schedule of the 11i applications during the time frame relevant to this litigation, and with any issues that developed as a result of separate application releases for Oracle 11i.

17. While the Oracle Suite 11i ERP and CRM application families were at times released on separate schedules during this time period (and including at least one release of Oracle 11i – 11i.6 – which postdates the time period at issue here), this fact had absolutely no effect on the ability of the Suite 11i applications to work together when installed by customers. In this vein, the fact that the third version of Suite 11i (11i.3) was the first version for which ERP and CRM were released simultaneously on the same schedule did not indicate that this was the first integrated suite of 11i applications. The Suite 11i applications were designed around a single common data schema that allowed them to share information as designed without having to write custom code to get them to do so (known as "systems integration"). This was true for the first two versions of Suite 11i (11i.1 and 11i.2), just as it was for the third. Indeed, my group performed the same suite-wide integration audit testing using the full compliment of ERP and CRM applications for the first two versions of Suite 11i as we did for the third.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 26th day of July, 2007, at Redwood City, California.

_____
Gregory Seiden

LATHAM&WATKINS<sup>LLP</sup>
ATTORNEYS AT LAW
SAN FRANCISCO

5

DECLARATION OF GREGORY SEIDEN IN SUPPORT OF
MOTION FOR SUMMARY JUDGMENT
Master File No. C-01-0988-MJJ