LATHAM & WATKINS LLP
Peter A. Wald (SBN 85705)
Michele F. Kyrouz (SBN 168004)
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-2562
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
E-mail: peter.wald@lw.com
michele.kyrouz@lw.com

LATHAM & WATKINS LLP
Patrick E. Gibbs (SBN 183174)
Matthew Rawlinson (SBN 231890)
140 Scott Drive
Menlo Park, California 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600
E-mail: patrick.gibbs@lw.com
matt.rawlinson@lw.com

LATHAM & WATKINS LLP
Jamie L. Wine (SBN 181373)
633 West Fifth Street, Suite 4000
Los Angeles, CA 90071-2007
Telephone: (213) 485-1234
Facsimile: (213) 891-8763
E-mail: jamie.wine@lw.com

Attorneys for Defendants ORACLE CORPORATION, LAWRENCE J. ELLISON, JEFFREY O. HENLEY, and EDWARD J. SANDERSON

ORACLE CORPORATION
Dorian Daley (SBN 129049)
James C. Maroulis (SBN 208316)
500 Oracle Parkway
Mailstop 5OP7
Redwood Shores, California 94065
Telephone: (650) 506-5200
Facsimile: (650) 506-7114
E-mail: jim.maroulis@oracle.com

Attorneys for Defendant ORACLE CORPORATION

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Master File No. C-01-0988-MJJ (Consolidated)<br><br>CLASS ACTION<br><br>**SUPPLEMENTAL DECLARATION OF MARY ANN ANTHONY IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date: September 26, 2007<br>Time: 2:30 p.m.<br>Judge: Hon. Martin J. Jenkins |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

SUPPL. DECL. OF MARY ANN ANTHONY IN SUPP. OF DEFS'
OPP. TO PLFS' MOT. FOR PARTIAL SUMM. JUDGMENT
Master File No. C-01-0988-MJJ

I, Mary Ann Anthony, declare as follows:

1. I submit this declaration in support of Defendants' Opposition to Plaintiffs' Motion for Partial Summary Judgment. I have personal knowledge of the facts set forth below and, if called upon, I could and would competently testify thereto.

2. As outlined in my July 20, 2007 Declaration in Support of Defendants' Motion for Summary Judgment (my "Prior Declaration"), I was employed by Oracle Corporation ("Oracle") from 1996 to 2002. During the time period I am informed is relevant to this litigation (the June 2000 through June 2001 time frame) I served as a director in Oracle's Enterprise Resource Planning ("ERP") development group, and in that capacity as the coordinator of the ERP group's Product Release Process ("PRP") group.

3. As outlined in my Prior Declaration, during the relevant time period, in my capacity as the coordinator of Oracle's ERP PRP group, I was responsible for, among other things, gathering and recording information on a regular basis regarding customers who had agreed to serve as references for Suite 11i.

4. In that capacity, I gathered this information from personnel in Oracle's development and marketing divisions who, through their ordinary duties, were in contact with Oracle's Suite 11i customers and who were familiar with those customers' experiences with the product and their willingness to act as references for it.

5. In addition, my contacts in the development organization would, as part of their ordinary duties, draft short summaries regarding customer experiences with Suite 11i, including the products those customers were using and other relevant information about those customers. As part of my regular duties, I would regularly summarize that information into a report regarding Suite 11i reference customers. Attached hereto as Exhibit 248 is one such report (dated October 9, 2001 and bearing numbers NDCA-ORCL 131156-75) that I created regarding customers that had agreed to serve as references for Oracle's Suite 11i. As with the live customer and customer reference summaries discussed in my Prior Declaration, the attached summary was made and kept by Oracle's ERP development group as part of Oracle's regular course of business.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

SUPPL. DECL. OF MARY ANN ANTHONY IN SUPP. OF DEFS'
OPP. TO PLFS' MOT. FOR PARTIAL SUMM. JUDGMENT
Master File No. C-01-0988-MJJ

08/21/2007 19:47 FAX 6506911126         ANTHONY FOWKES                    ☑001/001

1
2       I declare under penalty of perjury under the laws of the State of California that the
3  foregoing is true and correct. Executed this 21st day of August, 2007, at Mountain View
4  California.

5
6                                                          _____
                                                                   Mary Ann Anthony
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LATHAM•WATKINS
ATTORNEYS AT LAW
SAN FRANCISCO

2     SUPPL. DECL. OF MARY ANN ANTHONY IN SUPP. OF DEFS'
      OPP. TO PLFS' MOT. FOR PARTIAL SUMM. JUDGMENT
      Master File No. C-01-0988-MJJ