LATHAM & WATKINS LLP
Peter A. Wald (SBN 85705)
Michele F. Kyrouz (SBN 168004)
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-2562
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
E-mail: peter.wald@lw.com
        michele.kyrouz@lw.com

LATHAM & WATKINS LLP
Patrick E. Gibbs (SBN 183174)
Matthew Rawlinson (SBN 231890)
Andrew M. Farthing (SBN 237565)
140 Scott Drive
Menlo Park, CA 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600
E-mail: patrick.gibbs@lw.com
        matt.rawlinson@lw.com
        Andrew.farthing@lw.com

LATHAM & WATKINS LLP
Jamie L. Wine (SBN 181373)
633 West Fifth Street, Suite 4000
Los Angeles, CA 90071
Phone: (213) 485-1234
Fax: (213) 891-8763
E-mail: jamie.wine@lw.com

Attorneys for Defendants ORACLE CORPORATION, LAWRENCE J. ELLISON, JEFFREY O. HENLEY, and EDWARD J. SANDERSON

ORACLE CORPORATION
Dorian Daley (SBN 129049)
James C. Maroulis (SBN 208316)
500 Oracle Parkway
Mailstop 5OP7
Redwood Shores, CA 94065
Telephone: (650) 506-5200
Facsimile: (650) 506-7114
E-mail: jim.maroulis@oracle.com

Attorneys for Defendant ORACLE CORPORATION

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Master File No. C-01-0988-MJJ (JCS) (Consolidated)<br><br>CLASS ACTION<br><br>DECLARATION OF ANDREW M. FARTHING IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTIONS TO EXCLUDE EXPERT TESTIMONY OF R. GLENN HUBBARD AND GEORGE FOSTER<br><br>Honorable Judge Martin J. Jenkins |

LATHAM & WATKINS
ATTORNEYS AT LAW
SAN FRANCISCO

FARTHING DECLARATION OPPOSING PLAINTIFFS' MOTIONS
TO EXCLUDE HUBBARD AND FOSTER
Master File No. C-01-0988-MJJ (JCS)

I, Andrew M. Farthing, declare as follows:

1. I am an attorney duly licensed to practice before the courts of the State of California. I am an associate with the law firm of Latham & Watkins LLP, counsel of record for defendants in the above-entitled action. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. I submit this declaration in support of Defendants' Opposition to Plaintiffs' Motion to Exclude Expert Testimony of R. Glenn Hubbard and Defendants' Opposition to Plaintiffs' Motion to Exclude Expert Testimony of George Foster.

3. Attached as Exhibit 1 is a true and correct copy of the November 26, 2001 release by the National Bureau of Economic Research's Business Cycle Dating Committee, entitled "The Business-Cycle Peak of March 2001."

4. Attached as Exhibit 2 is a true and correct copy of an April 10, 2001 article entitled "National Recession Arbiter Says Data Don't Necessitate Meeting."

5. Attached as Exhibit 3 is a true and correct copy of the excerpts from the July 11, 2007 Deposition of Alan G. Goedde ("Goedde Depo.").

6. Attached as Exhibit 4 is a true and correct copy of remarks made by Ben S. Bernanke before the Forecasters Club in New York, New York on April 24, 2003, as found at http://www.federalreserve.gov/boarddocs/speeches/2003/200304242/default.htm (accessed August 16, 2007).

7. Attached as Exhibit 5 is a true and correct copy of the March 31, 1999 draft of a Board of Governors of the Federal Reserve System working paper by Jason G. Cummins, Kevin A. Hassett and Stephen D. Oliner entitled "Investment Behavior, Observable Expectations, and Internal Funds."

8. Attached as Exhibit 6 is a true and correct copy of the May 25, 2007 Expert Report of Dr. Alan Goedde

9. Attached as Exhibit 7 is a true and correct copy of Chapter 8, entitled "Forecasting Financial Statement Information" from *Financial Statement Analysis*, by George Foster (Prentice Hall, 1986).

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

FARTHING DECLARATION OPPOSING PLAINTIFFS' MOTIONS
TO EXCLUDE HUBBARD AND FOSTER
Master File No. C-01-0988-MJJ (JCS)

10. Attached as Exhibit 8 is a true and correct copy of "Value Line and I/B/E/S Earnings Forecasts," by Sundaresh Ramnath, Steve Rock and Philip Shane, published in the International Journal of Forecasting 21 (2005) pp. 185-198.

11. Attached as Exhibit 9 is a true and correct copy of "Conflicts of Interest and Research Quality: Evidence from Earnings Forecasts," by John Jacob, Steve Rock and David P. Weber, a University of Colorado working paper dated October 2005.

12. Attached as Exhibit 10 is a true and correct copy of an analyst report by Banc of America Securities dated December 15, 2000 regarding Oracle Corporation.

13. Attached as Exhibit 11 is a true and correct copy of an analyst report by CIBC World Markets dated January 17, 2001 regarding Oracle Corporation.

14. Attached as Exhibit 12 is a true and correct copy of an analyst report by Deutsche Banc Alex Brown dated December 14, 2000 regarding Oracle Corporation.

15. Attached as Exhibit 13 is a true and correct copy of an analyst report by Dresdner Kleinwort Benson dated December 19, 2000 regarding Oracle Corporation.

16. Attached as Exhibit 14 is a true and correct copy of an analyst report by First Union Securities dated December 15, 2000 regarding Oracle Corporation.

17. Attached as Exhibit 15 is a true and correct copy of an analyst report by Goldman Sachs dated February 9, 2001 regarding Oracle Corporation.

18. Attached as Exhibit 16 is a true and correct copy of an analyst report by Morgan Stanley Dean Witter dated December 21, 2000 regarding Oracle Corporation.

19. Attached as Exhibit 17 is a true and correct copy of an analyst report by Morgan Stanley Dean Witter dated February 9, 2001 regarding Oracle Corporation.

20. Attached as Exhibit 18 is a true and correct copy of an analyst report by Morgan Stanley Dean Witter dated February 26, 2001 regarding Oracle Corporation.

21. Attached as Exhibit 19 is a true and correct copy of an analyst report by SG Cowen dated February 7, 2001 regarding Oracle Corporation.

22. Attached as Exhibit 20 is a true and correct copy of an analyst report by SG Cowen dated February 28, 2001 regarding Oracle Corporation.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

FARTHING DECLARATION OPPOSING PLAINTIFFS' MOTIONS
TO EXCLUDE HUBBARD AND FOSTER
Master File No. C-01-0988-MJJ (JCS)

1        23.     Attached as Exhibit 21 is a true and correct copy of an analyst report from Thomas Weisel Partners dated January 17, 2001 regarding Oracle Corporation.

      24.     Attached as Exhibit 22 is a true and correct copy of an analyst report from US Bancorp Piper Jaffray dated February 7, 2001 regarding Oracle Corporation.

      25.     Attached as Exhibit 23 is a true and correct copy of excerpts from the transcript of the July 6, 2007 deposition of George Foster.

      26.     Attached as Exhibit 24 is a true and correct copy of an article dated January 22, 2007 from page B-1 of the San Francisco Chronicle entitled "University endowment expands to $14 billion."

      27.     Attached as Exhibit 25 is a true and correct copy of http://www.stanford.edu/home/stanford/facts/faculty.html (visited August 21, 2007).

      28.     Attached as Exhibit 26 is a true and correct copy of the February 6, 2007 Stipulation Regarding Expert Discovery.

      29.     Attached as Exhibit 27 is a true and correct copy of excerpts from the June 22, 2007 Rebuttal Declaration of Randall W. Jensen.

      30.     Attached as Exhibit 28 is a true and correct copy of excerpts from the September 21, 2006 deposition of Lawrence Ellison.

      31.     Attached as Exhibit 29 is a true and correct copy of excerpts from the April 21, 2005 deposition of Jennifer Minton.

      32.     Attached as Exhibit 30 is a true and correct copy of excerpts from the July 7, 2006 deposition of Jennifer Minton.

      33.     Attached as Exhibit 31 is a true and correct copy of an excerpt from *Principles of Forecasting*, edited by J. Scott Armstrong (Springer Science & Business Media, 2001).

      34.     Attached as Exhibit 32 is a true and correct copy of excerpts from the February 27, 2004 deposition of Lawrence Ellison.

      35.     Attached as Exhibit 33 is a true and correct copy of excerpts from the November 16, 2006 deposition of Jeffrey Henley.

LATHAM&WATKINS LLP  
ATTORNEYS AT LAW  
SAN FRANCISCO

3

FARTHING DECLARATION OPPOSING PLAINTIFFS' MOTIONS  
TO EXCLUDE HUBBARD AND FOSTER  
Master File No. C-01-0988-MJJ (JCS)

1  I hereby declare under penalty of perjury under the laws of the State of California
2  that the foregoing is true and correct and that this declaration was executed on August 27, 2007
3  in Menlo Park, California.

_____/S/_____
Andrew M. Farthing

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4

FARTHING DECLARATION OPPOSING PLAINTIFFS' MOTIONS
TO EXCLUDE HUBBARD AND FOSTER
Master File No. C-01-0988-MJJ (JCS)