IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In re Oracle CORPORATION          )
SECURITIES LITIGATION,            )
                                  )
                                  )        No. C-01-0988-MJJ
                                  )
THIS DOCUMENT RELATES TO:         )
ALL ACTIONS.                      )
                                  )
_____)

**CERTIFIED COPY**

**EXHIBITS**

VIDEOTAPED DEPOSITION OF ALAN GOEDDE

Los Angeles, California

Wednesday, July 11, 2007

Reported by:

SHERRYL DOBSON, CSR, RPR, CRP

CSR No. 5713

JOB No. 75268

1          A      I don't have any reason to disagree with him.

2          Q      Okay.  Is it your opinion that securities

3     analysts who cover companies like Oracle are influenced

4     largely by the comments from the company itself?

5          A      I know there was some studies done of this by

6     Professor Foster, and his studies indicated that that was

7     correct, that analysts' changes tended to occur after

8     they got information from the company.

9          Q      Is it your opinion that securities analysts'

10    work is influenced largely by the comments from the

11    company itself?

12         A      Yes, it is.

13         Q      So is it also your opinion that analysts

14    cannot provide independent sources of information

15    regarding a company or a sector?

16         A      Could you point me to where you're referring,

17    making that reference?

18         Q      I'm not reading from any document.  I'm asking

19    you whether you believe that analysts can ever provide

20    independent sources of information.

21         A      Well, I don't know in the absolute case.  The

22    research that I've seen on it indicates that there's some

23    difficulties in that.  Professor Foster has a chart in

24    his article, explaining that there's a number of

25    influences that cause analysts to fail to change their

1    reports.

2           Unless the company changes its readings first,

3    that analysts tend to focus on the consensus and are

4    reluctant to change the reports, they don't want to go

5    outside the consensus.  There's -- Mr. Foster --

6    Professor Foster's analysis shows that analysts are

7    influenced by other business that their institutions are

8    involved with with the company.  So those are the --

9    those are the factors that I looked at.

10          Q    Are those your views of analysts?

11          A    I didn't go into it in that much detail.  That

12   was a detailed study that I saw, and that was -- those

13   were the results of it.  I haven't done my own study on

14   that.

15          Q    Have you ever relied on analysts' reports in

16   any other expert work that you've done?

17          A    I sometimes rely on analysts' reports.

18          Q    You view them as an independent source of

19   information?

20          A    Well, I don't rely on them to foretell what

21   the company's doing.  It depends how you use information.

22          Q    Okay.  How have you relied on analysts'

23   reports in your work in the past?

24          A    I have sometimes used them to look at

25   industry-level information.

```
1          Q     Meaning what?

2          A     The factors in the industry.  Like, for

3    example, these CIO reports are a survey done on opinions

4    of CIOs.

5          Q     You haven't relied on analysts' reports for

6    their views on valuations of companies or other metrics

7    of where a company is headed, in terms of their value?

8          A     I generally don't use it for that purpose.  I

9    may have, but I generally don't use it for that purpose

10   at all.

11         Q     In your opening report, at Page 17, you said,

12   "Numerous banks and research organizations regularly

13   report on the software industry and can provide

14   independent sources of information."

15               Are you changing your view on that?

16         A     No, that's exactly what I said.  I don't rely

17   on it for a particular company.  I don't think it

18   foretells what a company does, but certainly it's --

19   information about the industry or the sector, I think,

20   can be useful.  They --

21         Q     So --

22         A     -- process -- they get the same information as

23   others do from the Government, and I rely on it for

24   those -- that type of information.

25         Q     So analysts' reports can provide valuable
```

143

```
1    information regarding a sector, where things are going
2    with, you know, enterprise software companies as a whole;
3    is that --
4         A    I tend to use it more for that.
5         MR. BRITTON:  Michele, are you close to the time
6    for a quick break?
7         MS. KYROUZ:  Sure.  We can do that.
8              Take ten minutes.
9         THE VIDEOGRAPHER:  We're going off the record at
10   2:03.
11             (Brief recess taken)
12        THE VIDEOGRAPHER:  We are back on the record at
13   2:24.
14   BY MS. KYROUZ:
15        Q    Earlier this morning you mentioned that there
16   were some flaws or things wrong with Oracle's forecasting
17   process, which was your reason for why you thought Oracle
18   should not have given any guidance for Q3 of fiscal 2001;
19   is that right?
20        A    That was one of the reasons.
21        Q    Okay.  And what's the other reason?
22        A    Well, the forecasting process was unreliable.
23   There was macroeconomic factors.  There were other
24   internal factors; conversion rates were declining.  The
25   pipeline had declined, you know, between beginning and
```

144

1   eliminate sandbagging.  Then laying -- then overlaying on

2   top of that is Minton's analysis, which is based on last

3   year's sandbagging.  That's what the double-counting is.

4   She's calculating something that's already being taken

5   into account.

6       Q    So the only support you have for this concept

7   that she's double counting is just the concept that she

8   was trying to eliminate sandbagging, and you believe

9   Larry was trying to eliminate sandbagging and, therefore,

10  it's double elimination of sandbagging, but you don't

11  have any analysis of how the actual deals or management

12  judgment is double counted with Jennifer's upside?  You

13  don't claim that's the case?

14      MR. BRITTON:  Objection.  Mischaracterizes his

15  testimony, asked and answered, compound.

16      THE WITNESS:  I don't have anything to add to my

17  response.

18  BY MS. KYROUZ:

19      Q    Have you read Professor Foster's report?

20      A    Yes.

21      Q    And are you familiar with three principles

22  that Professor Foster identified for forecasting?

23      A    I believe I read of three principles that he

24  did identify.

25      Q    Okay.  And did you disagree with those

241

1    principles?

2        A    I'd like to take a look at them again.

3        MS. KYROUZ:   Mark this as the next exhibit, please.

4            (Defendant's Exhibit 12 was marked for

5            identification by the court reporter.)

6    BY MS. KYROUZ:

7        Q    If you'd look at Page 11 and Paragraph 29.

8            Do you disagree with the criteria that are set

9    forth there?

10       A    I don't disagree.  He says he includes these.

11   There may be others that are used, but he includes these

12   three.

13       Q    And you had three principles from the hundred

14   and 39 principles described in Professor Armstrong's book

15   that you thought should be applied; is that right?  That

16   you mentioned in your report.

17       A    Yes.

18       Q    And how did you decide to choose those

19   principles and not others?

20       A    I think he's talking about something different

21   than what I'm talking about.  He's talking about if you

22   were implementing a structure, if you were making some

23   management decisions to implement a structure.  What I'm

24   talking about is what you have in the forecast.

25       Q    I'm not asking you about Professor Foster's

1    report anymore.  I'm just asking you, with respect to the

2    three principles that you identified in your report, how

3    you chose those of the hundred and 39 that Professor

4    Armstrong identified in his book.

5         A    Professor Armstrong identified these

6    principles.  I didn't choose them.  He identified them

7    as -- he identified, I think, five or six principles that

8    he thought were essential, representing foundations of

9    forecasting, and I agreed with those and I used them in

10   my report.  There may be another principles that you

11   might want to use, but these are three principles that he

12   used.

13        Q    You mentioned that, as part of your opinion,

14   that Oracle's New York process was subject to an optimism

15   bias; is that right?

16        A    Yes.

17        Q    Okay.  What's the basis for that opinion?

18        A    The basis is that there was a need expressed

19   to meet the 30 percent target that Larry Ellison set.  So

20   I would consider that to be an optimism bias that was

21   evident in some of the documents that I read.

22        Q    Okay.  And what was the 30 percent target that

23   you believe Larry Ellison mentioned?

24        A    Well, it's -- Larry had set a budget target of

25   30 percent increase.

243

1

2

3

4          I, the undersigned, a Certified Shorthand

5     Reporter of the State of California, do hereby

6     certify:

7          That the foregoing proceedings were taken

8     before me at the time and place herein set forth; that

9     any witnesses in the foregoing proceedings, prior to

10    testifying, were placed under oath; that a verbatim

11    record of the proceedings was made by me using machine

12    shorthand which was thereafter transcribed under my

13    direction; further, that the foregoing is an accurate

14    transcription thereof.

15          I further certify that I am neither

16    financially interested in the action nor a relative or

17    employee of any attorney of any of the parties.

18          IN WITNESS WHEREOF, I have this date

19    subscribed my name.

20

21    Dated: _____JUL 1 7 2007_____

22

23          _____

24    SHERRYL DOBSON
      CSR No. 5713

25