# Investment Behavior, Observable Expectations, and Internal Funds

*By* Jason G. Cummins, Kevin A. Hassett, and Stephen D. Oliner*

Models derived from neoclassical fundamentals have often fared poorly in horseraces against ad hoc accelerator models of investment (see, e.g., Ben S. Bernanke et al., 1988). This result could reflect the consequences of asymmetric information in financial markets: lenders become more favorably inclined to provide funding when a firm's net worth improves, leading to an expansion of business investment. Hence, neoclassical fundamentals may have limited explanatory power because internal funds determine investment when firms face financing constraints. Consistent with this notion, Steven M. Fazzari et al. (1988) found that the firms classified as most likely to face financing constraints tended to have the greatest sensitivity of investment to cash flow. Subsequent empirical research has generally supported this finding (see R. Glenn Hubbard, 1998, for a review of the literature).

Neoclassical models cannot perform well, however, if the fundamentals that drive investment are mismeasured. Researchers have long recognized this requirement, but it is often paid only lip service. This problem is most acute in studies that have used average $q$ as a measure of fundamentals. In its simplest form, average $q$ is defined as the ratio of the firm's intrinsic value to the replacement cost of its assets. Because the firm's intrinsic value is unobservable, researchers have usually used its market value as a proxy, following the lead of William C. Brainard and James Tobin (1968). Given that the stock market may measure the firm's intrinsic value with considerable and persistent error, perhaps it is not surprising that investment equations using market-based average $q$ have performed badly. To investigate this potential source of measurement error, we employ firm-specific earnings forecasts from securities analysts to construct a measure of average $q$ that does not rely on the stock market.

This exercise is in the spirit of Brainard et al. (1980), who used the $q$ model to study the gap between companies' intrinsic value and market value in the 1970s. Using accounting data, they constructed various measures of the firm's intrinsic value by discounting the forecasted returns to capital. Of necessity, their forecasting procedure relied on many assumptions. By using the forecasts from professional analysts, we sidestep the difficult problem of selecting a specific forecasting model for each firm. Although we show that analysts do not make very accurate long-range predictions, the key requirement for our purpose is not forecast accuracy, but rather the ability of analysts' forecasts to capture the expected future returns on which the firm's investment decisions are based.

Viewed in this way, analysts' forecasts are remarkably informative. In our empirical work, we find that investment responds significantly—in both economic and statistical terms—to a measure of average $q$ based on analysts' forecasts. Moreover, after controlling for fundamentals using analyst-based average $q$, investment is insensitive to cash flow, even for firms typically thought to be liquidity constrained. We draw two main conclusions from these findings. First, fundamentals may be more important for investment spending than would be suggested by the poor results to date from investment-$q$ models. Second, the positive cash-flow effects typically obtained in such models may reflect a failure to control properly for

* Cummins: Brevan Howard, Inc., Suite 250, 1776 Eye Street, NW, Washington, DC 20006 (e-mail: jason.cummins@brevanhoward.com); Hassett: American Enterprise Institute, 1150 17th Street, NW, Washington, DC 20036 (e-mail: khassett@aei.org); Oliner: Federal Reserve Board, Washington, DC 20551 (e-mail: soliner@frb.gov). For helpful comments and suggestions, we thank four referees, Steve Bond, Bill Brainard, Ricardo Caballero, Tim Erickson, Mark Gertler, Simon Gilchrist, Bob Hall, John Hand, Glenn Hubbard, Steve Kaplan, Owen Lamont, Plutarchos Sakellaris, Matt Shapiro, and Toni Whited. We remain responsible for any errors or omissions. The views expressed in this paper are ours alone and do not reflect those of the institutions with which we are affiliated. The data on earnings expectations were provided by I/B/E/S International, Inc.

fundamentals and need not signal the presence of financial constraints.

## I. Basic Investment Model

### A. *The Model*

The model we use is standard in the investment literature. The firm's objective is to maximize the expected discounted value of future payouts to shareholders:

$$V_{i,t} = E_t \left[ \sum_{s=0}^{\infty} \beta_{t+s} \Pi_{i,t+s} \right],$$

where $\Pi_{i,t+s}$ denotes the payout in period $t+s$; $\beta_{t+s}$ is the discount factor used in period $t$ to discount the expected payout in period $t+s$, with $\beta_t = 1$; and $E_t[\cdot]$ denotes an expectation conditioned on information available in period $t$. For simplicity, we abstract from taxes and debt finance, although we account for both in our empirical work.

Assuming that capital is the only quasi-fixed factor and that variable factors have been maximized out of $\Pi$, the payout function is

$$\Pi_{i,t}(K_{i,t}, I_{i,t}) = p_t[F(K_{i,t}) - G(I_{i,t}, K_{i,t})] - p_t^k I_{i,t},$$

where $K_{i,t}$ is the firm's stock of capital, $I_{i,t}$ is gross investment, $p_t$ is the price of output, $p_t^k$ is the price of capital goods, $F(K_{i,t})$ is the production function, and $G(I_{i,t}, K_{i,t})$ is the adjustment cost function. We assume that $F(K_{i,t})$ and $G(I_{i,t}, K_{i,t})$ exhibit constant returns to scale, that the firm is a price taker in all markets, and that capital depreciates at the constant rate $\delta$. In addition, we assume that adjustment costs are quadratic and include the technology shock $\varepsilon_{i,t}$:

$$G(I_{i,t}, K_{i,t}) = \frac{b}{2} \left( \frac{I_{i,t}}{K_{i,t}} - a - \varepsilon_{i,t} \right)^2 K_{i,t}.$$

Given these assumptions, Fumio Hayashi (1982) and many others have derived the following investment equation:

$$(1) \quad \left(\frac{I}{K}\right)_{i,t} = a + \frac{1}{b}\left[\frac{V_{i,t}}{p_t^k(1-\delta)K_{i,t-1}} - 1\right]\frac{p_t^k}{p_t}$$

$$+ \varepsilon_{i,t} = a + \frac{1}{b} Q_{i,t} + \varepsilon_{i,t},$$

where $Q$ denotes average $q$ (which equals marginal $q$ under our assumptions).[1]

Equation (1) is the standard empirical formulation of the neoclassical investment model under the null of perfect capital markets. Numerous studies have used this equation to test the null against the alternative in which financial factors affect investment. The usual procedure is to augment equation (1) with a variable that contains information about a firm's financial position. We follow the bulk of the literature by using current cash flow divided by the capital stock, $(CF/K)_{i,t}$. Thus, we have

$$(2) \quad \left(\frac{I}{K}\right)_{i,t} = a + \frac{1}{b} Q_{i,t} + \gamma \left(\frac{CF}{K}\right)_{i,t} + \varepsilon_{i,t}.$$

The usual test for excess sensitivity to cash flow examines whether the estimate of $\gamma$ is positive and statistically significant. However, measures of internal net worth, such as cash flow, not only signal the firm's financial position, but may also be correlated with its expected investment opportunities. If average $q$ is mismeasured, the cash-flow coefficient could be positive and statistically significant even if the null model is correct. This concern motivates our empirical work.

### B. *Market-Based and Analyst-Based Measures of Q*

We use two approaches to proxy for $Q$ in equation (2). First, to conform with prior research, we construct $Q$ using equity prices:

$$Q_{i,t}^E = \left[\frac{V_{i,t}^E}{p_t^k(1-\delta)K_{i,t-1}} - 1\right]\frac{p_t^k}{p_t},$$

where $V_{i,t}^E$ is the stock market valuation of the firm. (This expression abstracts from taxes and debt merely for exposition; see on-line Appendix B for the full expression). This approach implicitly assumes that stock prices are informative about the firm's intrinsic value. By itself, the evidence of possible excess volatility and bubbles in stock prices (see, e.g., Robert J. Shiller, 1989, 2000) raises questions about using a

---

[1] We provide a thorough derivation of equation (1) in Appendix A, which is available at www.e-aer.org/data/june06_app_2002.734.zip, along with the other appendices referenced in the paper.

market-based measure of $Q$. Letting $\mu_{i,t} = Q^E_{i,t} - Q_{i,t}$ denote the potential measurement error from using the stock market to proxy for intrinsic value, equation (2) becomes

$$(3) \quad \left(\frac{I}{K}\right)_{i,t} = a + \frac{1}{b} Q^E_{i,t} + \gamma \left(\frac{CF}{K}\right)_{i,t} + \left(\varepsilon_{i,t} - \frac{\mu_{i,t}}{b}\right).$$

Our second proxy for the firm's intrinsic value is based on analysts' earnings expectations. Let $E^c_t[\Pi^a_{i,t+s}]$ denote the analysts' consensus forecast of earnings for firm $i$ in period $t + s$, based on information available to analysts in period $t$. We then construct an estimate of the firm's intrinsic value as

$$\hat{V}_{i,t} = E^c_t[\Pi^a_{i,t} + \beta_{t+1}\Pi^a_{i,t+1} + \cdots + \beta_{t+S}\Pi^a_{i,t+S} + \beta_{t+S+1}\tilde{\Pi}_{i,t+S+1}],$$

where $t + S$ is the most distant period for which analysts issue forecasts in period $t$, and $\tilde{\Pi}_{i,t+S+1}$ is an imputation for earnings in period $t + S + 1$ and beyond. Details concerning the construction of $\hat{V}$ can be found in Appendix B. Using $\hat{V}$ in place of the firm's stock market valuation $V^E$, we obtain an alternate proxy for $Q_{i,t}$, which we denote by

$$\hat{Q}_{i,t} = \left[\frac{\hat{V}_{i,t}}{p^k_t(1-\delta)K_{i,t-1}} - 1\right]\frac{p^k_t}{p_t}.$$

Notice that $Q^E$ and $\hat{Q}$ differ only in their definition of the firm's intrinsic value. In all other respects, the variables are constructed identically, with the same adjustments for debt, taxes, and so forth.

Letting $v_{i,t} = \hat{Q}_{i,t} - Q_{i,t}$ denote the measurement error in this estimate of $Q_{i,t}$, the resulting econometric model is

$$(4) \quad \left(\frac{I}{K}\right)_{i,t} = a + \frac{1}{b} \hat{Q}_{i,t} + \gamma \left(\frac{CF}{K}\right)_{i,t} + \left(\varepsilon_{i,t} - \frac{v_{i,t}}{b}\right).$$

The potential sources of measurement error here include the use of an incorrect discount rate to construct $\hat{V}$, the finite horizon for analysts' forecasts, differences in the information sets available to analysts and the firm, and the fact that analysts forecast earnings rather than payouts to shareholders. Nevertheless, this approach is of interest because $v_{i,t}$ depends only loosely, if at all, on the deviation between the firm's stock market valuation and its intrinsic value. Given the differing sources of measurement error in $v_{i,t}$ and $\mu_{i,t}$, equation (4) has the potential to offer better econometric performance than researchers have obtained with equation (3).

C. *Econometric Issues*

For estimation, we assume that the technology shock $\varepsilon_{i,t}$ is the sum of three mean-zero components:

$$\varepsilon_{i,t} = \xi_i + \eta_t + \omega_{i,t},$$

where $\xi_i$ accounts for unobserved firm-specific heterogeneity, assumed to be constant over time; $\eta_t$ captures cyclical factors that have a common effect on all firms; and the final component, $\omega_{i,t}$, is a stochastic disturbance to the firm's production process. We assume $\omega_{i,t}$ is independently and identically distributed across firms but can be serially correlated over time for each firm. The technology shock affects $I_{i,t}$ because $\varepsilon_{i,t}$ is known when $I_{i,t}$ is chosen. The shock also affects $\Pi_{i,t}$ and is therefore correlated with $V_{i,t}$. As a result, when estimating this model, we need to control for the endogeneity of $Q^E_{i,t}$, $\hat{Q}_{i,t}$, and $(CF/K)_{i,t}$.

Prior to estimation, we first-differenced equations (3) and (4) to remove the firm-specific error component, $\xi_i$, and introduced time dummies as regressors for $\eta_t$ in each period. When $\omega_{i,t}$ is serially uncorrelated, its first-difference is MA(1), in which case lagged endogenous variables dated at $t - 2$ and earlier are valid instruments for the differenced equation. If $\omega_{i,t}$ is serially correlated, a dynamic model is appropriate, and more distant lags of the instruments can be used to identify it.

We estimate the first-differences of equations (3) and (4) using GMM. Identification of the structural parameters depends on whether the error terms are uncorrelated with suitably lagged instruments such as investment and cash flow. Since theory offers little guidance about the properties of $\mu_{i,t}$ and $v_{i,t}$, we regard identification as an empirical issue that can be

Case 3:01-cv-00988-SI    Document 1223-5    Filed 10/09/07    Page 4 of 15

investigated using a battery of robustness checks and specification tests.

In summary, we extend the usual method for estimating investment regressions by introducing an analyst-based measure of average $q$. We compare the results obtained with this measure and a market-based measure of average $q$ to assess the robustness of evidence for capital market imperfections from prior studies.

## II. Data

We estimate the model using firm-level data from two sources. The data on investment, the capital stock, the market-based measure of average $q$, cash flow, and the variables used to split the sample are from Compustat, while the data on expected earnings are from I/B/E/S International Inc. The construction of $Q^E$ and $\hat{Q}$ is discussed in detail in Appendix B.[2]

### A. *Compustat Dataset*

The Compustat dataset is an unbalanced panel of firms from the industrial, full coverage, and research files. The panel contains data up to and including fiscal year 1999. The replacement value of the capital stock, $K$, is calculated using the standard perpetual inventory method with the initial observation set equal to the book value of the firm's first reported net stock of property, plant, and equipment (data item 8) and an industry-level rate of economic depreciation constructed from Charles R. Hulten and Frank Wykoff (1981). Gross investment, $I$, is defined as the direct measure of capital expenditures in Compustat (data item 30). Cash flow, $CF$, is the sum of net income (data item 18) and depreciation (data item 14). We use an implicit price deflator for total investment for the firm's three-digit SIC code to deflate investment and cash flow and to construct the replacement value of the firm's capital stock with the perpetual inventory method. The investment price deflators are from the NBER/Census database. We also use Compustat data on whether the firm has a bond rating to split the sample, isolating those firms that arguably face financial constraints.

### B. *I/B/E/S Dataset*

To be included in the I/B/E/S database, a company must be actively followed by at least one securities analyst, who agrees to provide I/B/E/S with timely earnings estimates. The I/B/E/S earnings forecasts refer to net income from continuing operations as defined by the consensus of securities analysts following the firm. Typically, this consensus measure removes from earnings a wider range of nonrecurring charges than the "extraordinary items" reported on firms' financial statements.

For each company in the database, I/B/E/S asks analysts to provide forecasts of earnings per share over the next four quarters and each of the next five years. We focus on the annual forecasts to match the frequency of our Compustat data. In practice, few analysts provide annual forecasts beyond two years ahead. I/B/E/S also obtains a separate forecast of the average annual growth of the firm's net income over the next three to five years—the so-called "long-term growth" forecast. When calculating their forecasts of long-term growth, analysts are instructed by I/B/E/S to ignore the current state of the business cycle and to project, instead, the expected trend growth of the company's earnings. Thus, the long-term growth forecast should contain information that is excluded from the one-year-ahead and two-year-ahead forecasts, which necessarily will be affected by current conditions. And, for companies that make investment decisions based on the expected long-term returns to capital—in accord with the neoclassical model—the long-term growth forecast should be an important determinant of investment. The one-year-ahead and two-year-ahead forecasts are available from 1976, but the long-term growth forecasts were not collected until 1982, which constrains the starting point of our sample. The data coverage increases gradually over time, with the Compustat universe largely covered by 1994.

We abstract from any heterogeneity in analyst expectations for a given firm-year by using the mean across analysts for each earnings measure (which I/B/E/S terms the "consensus" estimate). We multiply the one-year-ahead and two-year-ahead forecasts of earnings per share by the number of shares outstanding to yield forecasts of future earnings levels. We then combine these forecasted

---

[2] In addition, our programs, data, and results are posted on the *AER* Web site.

earnings levels and the long-term growth forecasts to construct $\hat{V}$.

An important issue concerns the dating of the I/B/E/S earnings forecasts. Shortly after the beginning of a firm's fiscal year, analysts send I/B/E/S an initial forecast of earnings for that year. As the year progresses, analysts incorporate new information and file revised forecasts. We use the first forecast in each sequence. By relating investment in year $t$ to earnings forecasts issued near the beginning of the year, we reduce the risk of using more information than the firm actually has when it determines investment spending for the year.

Our working assumption is that I/B/E/S earnings forecasts provide valuable information about the expected returns to investment. The empirical results in the next section support this view. Nonetheless, analysts' forecasts may not contain all available information. While some studies have not rejected rationality (see, e.g., Michael P. Keane and David E. Runkle, 1998), others have found that analysts' forecast errors are predictable (see, e.g., Lawrence D. Brown, 1996). For our purposes, full rationality is not crucial; the I/B/E/S forecasts are useful for studying investment behavior as long as they provide a good proxy for the fundamentals that drive investment.[3]

The sample we use for estimation includes all firms with at least five consecutive years of complete Compustat and I/B/E/S data. We require five years of data to allow for first-differencing and the use of lagged variables as instruments. We determine whether the firm satisfies the five-year requirement after deleting observations that fail to meet a standard set of criteria for data quality. We deleted values of $Q^E$ that implied a negative value of the firm and values that were in the top decile of the empirical distribution. We also deleted values of the change in $Q^E$ that were greater than the ninety-fifth percentile or less than the fifth percentile. We applied the same rules to $\hat{Q}$. Finally, we also deleted extreme outliers—never amounting to more than a percentile—in the level and first-difference of $CF/K$. Deletion rules such as these are common in the literature because empirical results can be seriously distorted by outliers.

### III. Empirical Results

#### A. *Sample Statistics*

Table 1 contains descriptive statistics for the full sample and for the subsamples of firms with and without bond ratings. The samples are unbalanced panels that begin in fiscal year 1982 and end in fiscal year 1999. The full sample contains more than 11,000 observations, with these observations split fairly evenly between the two subsamples.[4]

According to the valuations in financial markets, the median firm in the full sample—with a $Q^E$ of 1.71—has considerable investment opportunities.[5] The analyst-based measure of investment opportunities is about two-thirds as large, with the median value of $\hat{Q}$ just a bit greater than unity. Looking at the subsamples, the firms with bond ratings tend to be larger and slower-growing than the unrated firms, as can be seen by comparing the median values for sales, $I/K$, and $CF/K$. In addition, the values of $Q^E$ and $\hat{Q}$ are higher for the unrated firms, indicating that both the financial markets and analysts believe that these firms have the best growth opportunities.

Limiting our dataset to firms that have analyst coverage does not appear to introduce a significant selection bias. As shown in the last column of Table 1, the median value of each variable in the Compustat universe is close to the median in our dataset, with the exception of sales.[6] In addition, our subsamples preserve the

---

[3] See Brown (2000) for an annotated bibliography covering nearly 600 articles on analysts' earnings expectations and S. P. Kothari (2001, pp. 152–60) for a more selective survey of the literature. With respect to the issue of rationality, Terence Lim (2001) notes that analysts have an incentive to issue overly optimistic forecasts in order to maintain access to company management. Lim argues that this behavior results in forecasts with minimum mean-squared error, as the benefit of greater information more than offsets the upward bias.

[4] Note that the number of observations in the two subsamples is less than the total number of observations in the full sample. The requirement that a firm have five consecutive years of data means that we lose some firm-year observations when firms change status (e.g., the firm receives a bond rating toward the end of the sample period).

[5] Because $Q$ is traditionally compared to unity, we added one to $Q^E$ and $\hat{Q}$ for the purpose of describing the sample statistics in this table.

[6] The same is true for the means and standard deviations of these variables, which are not shown in the table.

Case 3:01-cv-00988-SI   Document 1223-5   Filed 10/09/07   Page 6 of 15

TABLE 1—DESCRIPTIVE STATISTICS

| Variable | Mean | Standard deviation | First quartile | Median | Third quartile | Compustat median |
|---|---|---|---|---|---|---|
| *Full sample* | | | | | | |
| $I/K$ | 0.163 | 0.091 | 0.098 | 0.148 | 0.208 | 0.146 |
| $Q^E$ | 2.47 | 2.17 | 0.989 | 1.71 | 3.12 | 1.57 |
| $\hat{Q}$ | 1.42 | 1.13 | 0.646 | 1.08 | 1.83 | — |
| $CF/K$ | 0.196 | 0.141 | 0.094 | 0.170 | 0.267 | 0.163 |
| Sales | 3,829 | 9,327 | 386 | 1,093 | 3,303 | 459 |
| *Rated sample* | | | | | | |
| $I/K$ | 0.135 | 0.072 | 0.084 | 0.125 | 0.175 | 0.124 |
| $Q^E$ | 1.91 | 1.48 | 0.932 | 1.41 | 2.42 | 1.39 |
| $\hat{Q}$ | 1.13 | 0.813 | 0.579 | 0.854 | 1.47 | — |
| $CF/K$ | 0.157 | 0.106 | 0.084 | 0.138 | 0.216 | 0.129 |
| Sales | 6,228 | 12,355 | 1,098 | 2,471 | 6,449 | 1,987 |
| *Unrated sample* | | | | | | |
| $I/K$ | 0.182 | 0.098 | 0.111 | 0.167 | 0.234 | 0.154 |
| $Q^E$ | 2.86 | 2.48 | 1.11 | 2.09 | 3.70 | 1.63 |
| $\hat{Q}$ | 1.59 | 1.20 | 0.698 | 1.26 | 2.09 | — |
| $CF/K$ | 0.231 | 0.154 | 0.118 | 0.206 | 0.317 | 0.181 |
| Sales | 1,642 | 4,958 | 216 | 463 | 1,079 | 246 |

*Notes:* The samples contain firms with at least five years of complete Compustat and I/B/E/S data over the 1982–1999 period. The full sample contains 11,431 observations. The rated and unrated samples contain 4,268 and 5,422 observations, respectively. The Compustat sample in the final column contains firms without regard to the availability of I/B/E/S data. All variables are ratios, except sales, which is in millions of 1996 dollars. Because $Q$ is traditionally compared to unity, we added one to $Q^E$ and $\hat{Q}$ for the purposes of describing the sample statistics in this table.

sharp size difference between rated and unrated firms in the Compustat universe. If unrated firms (within the Compustat universe) really do display greater cash-flow sensitivity than firms with rated bonds, we should be able to detect this pattern with our subsamples.

B. *A Further Look at the Analysts' Earnings Forecasts*

As a final step before turning to our econometric analysis, Figures 1 and 2 display key properties of the analysts' forecasts in our dataset. Figure 1 plots the relationship between the analysts' consensus forecasts of long-term earnings growth made at the beginning of year $t$ and the actual growth in earnings over the subsequent five years. Each dot represents a single firm-year observation, and the OLS regression line describes the average relationship between the two variables. Actual and expected earnings growth are positively related—the slope of the regression line is 0.61 with a standard error of 0.04—but realized earnings growth often differs widely from analysts' expectations. Moreover, the forecasts are overly optimistic, with the median forecast exceeding realized growth by about 3 percentage points at an annual rate. Evidently, analysts do not issue particularly accurate long-range forecasts (see Louis K. C. Chan et al., 2003, for similar results).

Nonetheless, as noted above, the critical issue for our work is not the accuracy of these forecasts, but whether they provide useful information about the firm's investment decisions. Figure 2 suggests that they do indeed. This figure presents aggregated time-series for $I/K$, $\hat{Q}$, $Q^E$, and $CF/K$, each constructed as the unweighted average of the firm-level observations for that variable in a given year. The top panel compares the behavior of aggregate $I/K$ and aggregate $\hat{Q}$; recall that $\hat{Q}$ embeds the analysts' one- and two-year-ahead forecasts, as well as the long-term growth forecast. As is evident, aggregate $I/K$ and aggregate $\hat{Q}$ move in sync over time, with an adjusted $R^2$ of 0.71 in the



FIGURE 1. FIVE-YEAR ACTUAL EARNINGS GROWTH AS A FUNCTION OF EXPECTED LONG-TERM EARNINGS GROWTH, 1982–1995

OLS regression of the percent change in $I/K$ on a constant and the percent change in $\hat{Q}$. To our knowledge, this is the first demonstration of such a strong time-series link between investment and a forward-looking variable.

The middle panel of Figure 2 compares the behavior of aggregate $I/K$ and aggregate $Q^E$, our market-based measure of average $q$. In contrast to the results in the top panel, $I/K$ and $Q^E$ are only weakly correlated. By comparison, aggregate $CF/K$ is much more informative about aggregate $I/K$, as the bottom panel shows. This helps explain why the interpretation of the usual cash-flow effects in empirical investment equations is tricky. On the one hand, cash flow could matter because $Q^E$ is almost completely uninformative about fundamentals; on the other hand, it could matter because of financial frictions.

Of course, the comparisons in Figure 2 are only illustrative: $Q^E$, $\hat{Q}$, and $CF/K$ are all endogenous variables. In addition, $Q^E$ and $\hat{Q}$ are likely to be measured with persistent error. Our empirical approach, which takes full advantage of panel-data econometric techniques, can deal with endogeneity and certain types of measurement error. Our approach cannot, however, deal with every type of measurement error; otherwise we would be able to use $Q^E$ as our preferred measure of fundamentals. That is the reason we bring analysts' expectations to bear on the study of investment.

As an illustration of the problems with using $Q^E$ to measure fundamentals, consider the studies of investment by Michael Devereux and Fabio Schiantarelli (1990), Hayashi and Tohru Inoue (1991), and Richard Blundell et al. (1992). Despite using panel econometric methods that allowed for endogeneity and some types of measurement error, standard diagnostic tests often rejected the models estimated in these studies. An explanation for this finding—explored in our empirical work—is that $Q^E$ contains persistent measurement error that is correlated with the intrinsic value of the firm. When $Q^E$ is used as the control for fundamentals, this dependence would invalidate instrumental variables that are also correlated with the intrinsic value of the firm. As a consequence, GMM estimators that use lags of investment, cash flow, and the like as instruments would be misspecified. This line of argument suggests that persistent measurement error in Brainard-Tobin average $q$ could explain the empirical failings of investment-$q$ regressions.

Case 3:01-cv-00988-SI   Document 1223-5   Filed 10/09/07   Page 8 of 15



FIGURE 2. AGGREGATE RELATIONSHIPS

*Notes:* Each variable is constructed by the authors as an unweighted average of the firm-level variables. Shading indicates the 1990–1991 recession. Adjusted *R*-squared is from the OLS regression of the percent change in *I/K* on a constant and the percent change in either $\hat{Q}$, $Q^E$, or *CF/K*.

### C. *Estimation Results*

Table 2 provides GMM estimates of the first-differenced investment equations (3) and (4), which use $Q^E$ and $\hat{Q}$, respectively, to control for fundamentals. Our instrument set consists of period $t - 3$ and $t - 4$ values of *I/K* and *CF/K*, as well as a full set of year dummies.[7] Owing to the use of lagged instruments, the estimation period begins in 1986 and runs through 1999.

Before performing the GMM estimation, we tested whether the instruments were informative about the (first-differenced) endogenous variables using the *F*-statistic from the first-stage regression. In every case, we found that the first-stage *F*-statistic exceeded ten, the rule of

---

[7] In most cases, the models' overidentifying restrictions were rejected when we used period $t - 2$ variables as instruments, even though they should be admissible in a static model. For this reason, we also consider a dynamic specification in Table 3.

TABLE 2—GMM ESTIMATES OF FIRST-DIFFERENCED INVESTMENT EQUATIONS

| Variable | Full sample (1) | Rated sample (2) | Unrated sample (3) | Variable | Full sample (4) | Rated sample (5) | Unrated sample (6) |
|---|---|---|---|---|---|---|---|
| $Q^E_{i,t}$ | 0.039 (0.008) | 0.027 (0.014) | 0.013 (0.008) | $LTG_{i,t}$ | 2.03 (0.364) | 1.83 (0.485) | 1.21 (0.359) |
| $(CF/K)_{i,t}$ | 0.314 (0.102) | 0.110 (0.070) | 0.205 (0.105) | $(CF/K)_{i,t}$ | 0.117 (0.104) | 0.042 (0.065) | 0.168 (0.113) |
| Sargan $p$-value | 0.000 | 0.000 | 0.105 | Sargan $p$-value | 0.259 | 0.133 | 0.651 |
| $m_2$ $p$-value | 0.002 | 0.105 | 0.003 | $m_2$ $p$-value | 0.000 | 0.003 | 0.005 |

| Variable | Full sample (7) | Rated sample (8) | Unrated sample (9) | Variable | Full sample (10) | Rated sample (11) | Unrated sample (12) |
|---|---|---|---|---|---|---|---|
| $\hat{Q}_{i,t}$ | 0.139 (0.019) | 0.144 (0.030) | 0.071 (0.019) | $\hat{Q}_{i,t}$ | 0.127 (0.020) | 0.172 (0.033) | 0.068 (0.019) |
| $(CF/K)_{i,t}$ | 0.044 (0.108) | −0.007 (0.069) | 0.105 (0.113) | $(CF/K)_{i,t}$ | 0.054 (0.107) | −0.020 (0.070) | 0.092 (0.112) |
|  |  |  |  | $Q^E_{i,t}$ | 0.011 (0.008) | −0.022 (0.018) | 0.005 (0.008) |
| Sargan $p$-value | 0.304 | 0.213 | 0.259 | Sargan $p$-value | 0.311 | 0.272 | 0.236 |
| $m_2$ $p$-value | 0.002 | 0.240 | 0.013 | $m_2$ $p$-value | 0.005 | 0.173 | 0.020 |

*Notes:* The dependent variable is the first-difference of the ratio of investment to capital, $(I/K)_{i,t}$. Although not reported, each specification includes a constant term and year dummies. Robust standard errors are in parentheses. The full sample contains 7,167 observations, while the rated and unrated samples contain 2,552 and 2,854 observations, respectively. The instrumental variables are period $t − 3$ and $t − 4$ values of $I/K$ and $CF/K$, as well as year dummy variables. The Sargan test of the overidentifying restrictions is asymptotically distributed as $\chi^2_{(n−p)}$, where $n$ is the number of instruments and $p$ is the number of parameters. The $m_2$ test for second-order serial correlation in the first-differenced residuals is asymptotically distributed as $N(0, 1)$ under the null of no serial correlation.

thumb suggested by Douglas Staiger and James H. Stock (1997).[8] Hence, weak instruments are not a concern.

The upper-left panel presents estimates of equation (3), in which the control for fundamentals is $Q^E$. The full-sample results in column 1 are typical of those reported in the literature: the coefficient on $Q^E$ is statistically significant but small (0.039 in our case), while the coefficient on $CF/K$ is large (0.314) and highly significant. Scanning across to columns 2 and 3, the coefficients on $Q^E$ for the subsamples are even smaller than for the full sample. In terms of cash-flow sensitivities, the coefficient on $CF/K$ in the unrated sample is statistically significant and larger than the coefficient in the rated sample, which is insignificant. These results are in line with the typical findings in prior studies that have estimated cash-flow effects.

We can evaluate the model using the Sargan test of its overidentifying restrictions, also known as Hansen's $J$-test. In two of the three samples in the upper-left panel, the Sargan test decisively rejects the model's overidentifying restrictions, and the remaining sample shows a borderline rejection at the 10-percent-significance level. Because first-differencing introduces an MA(1) error, we look for further evidence of misspecification by testing for second-order serial correlation in the first-differenced residuals using the $m_2$ test introduced by Blundell et al. (1992). In the full and unrated samples, there is strong evidence of second-order serial correlation. These diagnostic statistics suggest that the empirical model in equation (3) is misspecified.

As a prelude to estimating equation (4), we consider a specification using the analysts' long-term growth forecasts, $LTG$. Obviously, such a specification has no structural interpretation. If, however, firms make investment decisions based

---

[8] Although widely used, the Staiger-Stock approach is not strictly applicable to GMM. For GMM estimators, Manuel Arellano et al. (2000) suggest an "underidentification" test for whether instruments are informative. Applying this test, we rejected the null hypothesis of underidentification in every case.

on the expected long-term returns to capital—in accord with the neoclassical model—the long-term growth forecast should be an important determinant of investment behavior. In addition, if cash flow is a proxy for fundamentals, then the statistical significance of the cash-flow coefficient should be reduced or eliminated when we include the analysts' long-term growth forecasts.

As shown in the upper-right panel of Table 2, the estimated coefficients on *LTG* are strongly significant in all three samples. This indicates that analysts' forecasts of long-term earnings growth are informative about investment. Moreover, after controlling for *LTG*, the cash-flow coefficients are statistically insignificant in each sample. The Sargan tests provide no evidence of misspecification, though the low p-values for the $m_2$ test indicate the need to allow for additional dynamics in the equation. Taken together, these intermediate results raise questions about the robustness of cash-flow effects on investment behavior.

The lower-left panel reports the estimates of equation (4), which uses $\hat{Q}$ as the control for fundamentals in order to exploit all the information provided by analysts. By the standards of empirical investment equations, the coefficients on $\hat{Q}$ are large in magnitude and precisely estimated. In all cases, the cash-flow coefficient is statistically insignificant.[9]

The regression results shown in the bottom-right panel control for fundamentals using both $\hat{Q}$ and $Q^E$. By including both measures of fundamentals, we can see whether $\hat{Q}$ and $Q^E$ contain independent information about investment. In fact, they do not. Conditional on the analyst-based measure of fundamentals, the market-based measure is statistically insignificant in each sample.

The estimates presented so far provide evidence of second-order serial correlation in the (first-differenced) residuals. Accordingly, in Table 3 we estimate the dynamic model that includes lagged *I/K* as a regressor and imposes the common factor restriction on the regression coefficients.[10] As shown, the lagged dependent variable is highly significant in the full and bond-rated samples. The residuals display no sign of second-order serial correlation, and the common factor restriction cannot be rejected in any of the samples. Echoing the results in the static model, the coefficient on $\hat{Q}$ is uniformly significant, while the cash-flow coefficient is never significant. In addition, $Q^E$ is insignificant in the presence of $\hat{Q}$. To compare the size of the $\hat{Q}$ coefficients to those in the static models, the coefficients in Table 3 must be divided by one minus the coefficient on the lagged dependent variable. This calculation shows that the estimates are similar to those in the static model. Hence, correcting for serial correlation does not materially affect the results.

D. *Sensitivity Analysis*

To construct $\hat{Q}$, we calculated the analyst-based measure of the firm's equity value ($\hat{V}$) with a discount rate that varies over time but not over firms. In Table 4, we consider an alternate definition of $\hat{Q}$ that addresses potential concerns about this omission of firm-specific information from the discount rate. In particular, we switch to a discount rate that varies over both time and firms based on the Capital Asset Pricing Model (CAPM). We call the resulting measure $\hat{Q}^{CAPM}$ and describe its construction in Appendix B. As can be seen by comparing the first three columns of Table 4 to those in the lower-left panel of Table 2, substituting $\hat{Q}^{CAPM}$ for $\hat{Q}$ has little effect on the results: the analyst-based proxy for fundamentals still matters, cash flow does not, and the Sargan test does not reject the model. Columns 4 to 6 show that the results are also unaffected when $Q^E$ is included along with $\hat{Q}^{CAPM}$ as a control for fundamentals.

At the outset, we highlighted the importance

---

[9] Equation (4) would have limited power to identify cash-flow effects if $\hat{Q}$ were closely correlated with *CF/K*. To examine this issue, we modified $\hat{Q}$ to exclude the forecast of current-year earnings—the part of $\hat{Q}$ that would be most correlated with *CF/K*—and then reestimated equation (4). The results were similar to those in the lower-left panel of Table 2: the coefficient on the modified measure of $\hat{Q}$ was statistically significant in each sample, while the cash-flow coefficient remained uniformly insignificant.

[10] As discussed in Blundell et al. (1992), the common factor restriction arises from the assumption that the disturbance term (the technology shock $\varepsilon_{i,t}$ in our setup) follows a first-order autoregressive process. Under that assumption, the first lag of each right-hand-side variable enters the regression with a coefficient that is constrained to equal the coefficient on the contemporaneous term for that variable times the coefficient on the lagged dependent variable, multiplied by negative one.

Case 3:01-cv-00988-SI    Document 1223-5    Filed 10/09/07    Page 11 of 15

TABLE 3—GMM ESTIMATES OF FIRST-DIFFERENCED INVESTMENT EQUATIONS: DYNAMIC MODELS

| Variable | Full sample (1) | Rated sample (2) | Unrated sample (3) | Variable | Full sample (4) | Rated sample (5) | Unrated sample (6) |
|---|---|---|---|---|---|---|---|
| $\hat{Q}_{i,t}$ | 0.101 | 0.084 | 0.059 | $\hat{Q}_{i,t}$ | 0.091 | 0.091 | 0.051 |
|  | (0.021) | (0.029) | (0.021) |  | (0.022) | (0.031) | (0.022) |
| $(CF/K)_{i,t}$ | −0.001 | 0.084 | 0.085 | $(CF/K)_{i,t}$ | 0.003 | 0.072 | 0.087 |
|  | (0.089) | (0.064) | (0.091) |  | (0.089) | (0.062) | (0.087) |
|  |  |  |  | $Q^E_{i,t}$ | 0.010 | −0.003 | 0.004 |
|  |  |  |  |  | (0.007) | (0.016) | (0.007) |
| $(I/K)_{i,t-1}$ | 0.254 | 0.300 | 0.094 | $(I/K)_{i,t-1}$ | 0.252 | 0.317 | 0.080 |
|  | (0.044) | (0.052) | (0.070) |  | (0.045) | (0.045) | (0.040) |
| Sargan p-value | 0.639 | 0.501 | 0.242 | Sargan p-value | 0.624 | 0.644 | 0.172 |
| $m_2$ p-value | 0.580 | 0.960 | 0.371 | $m_2$ p-value | 0.684 | 0.986 | 0.351 |
| comfac p-value | 0.347 | 0.402 | 0.918 | comfac p-value | 0.597 | 0.546 | 0.986 |

*Notes:* The model is estimated after imposing the common factor (comfac) restriction. The test statistic for this restriction is asymptotically distributed as $\chi^2_r$, where $r$ is the number of nonlinear common factor restrictions. See the notes to Table 2 for other information about the estimation.

TABLE 4—GMM ESTIMATES OF FIRST-DIFFERENCED INVESTMENT EQUATIONS: $\hat{Q}$ CONSTRUCTED USING A CAPM-BASED DISCOUNT RATE

| Variable | Full sample (1) | Rated sample (2) | Unrated sample (3) | Variable | Full sample (4) | Rated sample (5) | Unrated sample (6) |
|---|---|---|---|---|---|---|---|
| $\hat{Q}^{CAPM}_{i,t}$ | 0.125 | 0.139 | 0.064 | $\hat{Q}^{CAPM}_{i,t}$ | 0.114 | 0.168 | 0.061 |
|  | (0.017) | (0.028) | (0.017) |  | (0.018) | (0.032) | (0.017) |
| $(CF/K)_{i,t}$ | 0.046 | −0.010 | 0.110 | $(CF/K)_{i,t}$ | 0.056 | −0.026 | 0.097 |
|  | (0.105) | (0.068) | (0.111) |  | (0.104) | (0.070) | (0.110) |
|  |  |  |  | $Q^E_{i,t}$ | 0.012 | −0.024 | 0.005 |
|  |  |  |  |  | (0.008) | (0.018) | (0.008) |
| Sargan p-value | 0.252 | 0.222 | 0.272 | Sargan p-value | 0.274 | 0.298 | 0.242 |
| $m_2$ p-value | 0.002 | 0.208 | 0.016 | $m_2$ p-value | 0.005 | 0.143 | 0.023 |

*Note:* See the notes to Table 2 for information about the estimation.

of choosing instruments that contain considerable information about the firm's fundamentals. By this criterion, analysts' earnings expectations are obvious candidates as instruments. Accordingly, we experimented with adding period $t - 3$ and $t - 4$ values of $\hat{Q}$ to the baseline instrument set. As can be seen in Table 5, the results are about the same as those in the lower-left and lower-right panels of Table 2. However, the Sargan test now rejects the model in the full sample and the bond-rated sample. If $\hat{Q}$ measures fundamentals with error—as is certainly the case—and if this measurement error is serially correlated, then lags of $\hat{Q}$ would be invalid instruments, despite their initial appeal.

In Table 6, we consider an alternate definition of liquidity-constrained firms. The unrated sample mixes large firms with very strong balance sheets together with weaker firms. For example, Microsoft had no bonds outstanding over our sample period, so technically it is an unrated firm. To address this heterogeneity, we split the unrated sample into two groups: "strong" firms—those with below-median debt-equity ratios and above-median sales—and "weak" firms that have the opposite characteristics. As can be seen by scanning across the columns of Table 6, there is no material difference between the results for the two groups. In particular, the cash-flow coefficients in the "weak" sample are statistically insignificant, indicating that our basic results hold up when we focus on the firms most susceptible to liquidity constraints.

Appendix C (available online) reports the results of further robustness tests. These tests

Case 3:01-cv-00988-SI   Document 1223-5   Filed 10/09/07   Page 12 of 15

TABLE 5—GMM ESTIMATES OF FIRST-DIFFERENCED INVESTMENT EQUATIONS: LAGS OF $\hat{Q}$ USED AS INSTRUMENTAL VARIABLES

| Variable | Full sample (1) | Rated sample (2) | Unrated sample (3) | Variable | Full sample (4) | Rated sample (5) | Unrated sample (6) |
|---|---|---|---|---|---|---|---|
| $\hat{Q}_{i,t}$ | 0.095 | 0.104 | 0.062 | $\hat{Q}_{i,t}$ | 0.085 | 0.111 | 0.059 |
|  | (0.013) | (0.023) | (0.013) |  | (0.015) | (0.026) | (0.015) |
| $(CF/K)_{i,t}$ | 0.119 | 0.057 | 0.093 | $(CF/K)_{i,t}$ | 0.123 | 0.054 | 0.091 |
|  | (0.078) | (0.060) | (0.083) |  | (0.078) | (0.059) | (0.082) |
|  |  |  |  | $Q^E_{i,t}$ | 0.008 | −0.006 | 0.002 |
|  |  |  |  |  | (0.007) | (0.014) | (0.006) |
| Sargan p-value | 0.004 | 0.008 | 0.596 | Sargan p-value | 0.003 | 0.007 | 0.576 |
| $m_2$ p-value | 0.001 | 0.199 | 0.009 | $m_2$ p-value | 0.001 | 0.183 | 0.011 |

*Notes:* The instrumental variables are period $t - 3$ and $t - 4$ values of $I/K$, $CF/K$, and $\hat{Q}$, as well as year dummy variables. See the notes to Table 2 for other information about the estimation.

TABLE 6—GMM ESTIMATES OF FIRST-DIFFERENCED INVESTMENT EQUATIONS: SEPARATING STRONG AND WEAK FIRMS IN THE UNRATED SAMPLE

| Variable | Strong sample (1) | Weak sample (2) | Variable | Strong sample (3) | Weak sample (4) |
|---|---|---|---|---|---|
| $\hat{Q}_{i,t}$ | 0.068 | 0.078 | $\hat{Q}_{i,t}$ | 0.067 | 0.052 |
|  | (0.018) | (0.028) |  | (0.021) | (0.033) |
| $(CF/K)_{i,t}$ | 0.001 | 0.043 | $(CF/K)_{i,t}$ | 0.001 | −0.034 |
|  | (0.054) | (0.089) |  | (0.055) | (0.111) |
|  |  |  | $Q^E_{i,t}$ | 0.000 | 0.026 |
|  |  |  |  | (0.007) | (0.020) |
| Sargan p-value | 0.410 | 0.777 | Sargan p-value | 0.392 | 0.864 |
| $m_2$ p-value | 0.006 | 0.027 | $m_2$ p-value | 0.007 | 0.049 |

*Notes:* The strong sample contains unrated firms with below-median debt-equity ratios and above-median sales. The weak sample contains firms with above-median debt-equity ratios and below-median sales. The strong and the weak samples contains 692 and 626 observations, respectively. See the notes to Table 2 for other information about the estimation.

include the use of: (a) different rules for deleting outliers from the sample; (b) different instrument sets for the GMM estimation; and (c) the use of forward mean-differencing, rather than first-differencing, to remove fixed effects. None of these variations affected the two key features of our results—that $\hat{Q}$ is a highly significant determinant of investment and that cash-flow effects become insignificant in the presence of $\hat{Q}$.

Our results highlight the fragility of the cash-flow effects obtained in investment regressions that do not control for the apparent measurement error in $Q^E$. At the same time, we should stress that our findings do not necessarily provide strong evidence against financing constraints. Measures of average q—including our own—may embed the effects of financial frictions on the firm's investment behavior, leaving little to be explained by cash flow unless the firm is so constrained that it must rely entirely on current internal liquidity to fund its investment. Hence, the absence of cash-flow effects likely says more about the limitations of the standard regression for detecting financing constraints than it does about the constraints themselves.

E. *Discussion*

Our findings are part of a growing literature that has examined whether cash-flow coefficients provide useful information about financing constraints. On the empirical front, Steve Bond et al. (2004) applied the GMM methodology in our paper to data for the United Kingdom and found, as we did, that cash-flow effects disappear when analysts' earnings expectations

Case 3:01-cv-00988-SI   Document 1223-5   Filed 10/09/07   Page 13 of 15

are included in the investment regression. In a separate line of research, Timothy Erickson and Toni M. Whited (2000) developed a GMM estimator that uses information in higher-order moments to control for measurement error in $q$. Their estimator yielded insignificant cash-flow effects, consistent with our results. Whited (forthcoming) confirmed this finding in a larger dataset than was used by Erickson and Whited. In addition, Christopher A. Hennessy (2004) and Senay Agca and Abon Mozumdar (2005) found that the Erickson-Whited estimator sharply reduced the size of the cash-flow coefficients from those obtained under OLS, though the GMM coefficients were still significant in some cases. In all, these results indicate that controlling for measurement error in $q$ greatly diminishes the cash-flow effects in investment regressions.[11]

Moreover, any cash-flow effects that remain after properly controlling for measurement error in $q$ need not be related to financing constraints. A number of papers have shown that cash-flow effects can arise in models with perfect capital markets (see João F. Gomes, 2001; Russell Cooper and João Ejarque, 2001, 2003; Aydogan Alti, 2003; Andrew B. Abel and Janice C. Eberly, 2005). Although they differ in many details, these models all relax one or more of the assumptions that must hold for Brainard-Tobin average $q$ to be a sufficient statistic for investment. When $q$ is not a sufficient statistic, cash flow provides information about the firm's growth opportunities, which can account for positive cash-flow effects in investment regressions without invoking any capital-market imperfections.

A separate strand of the literature has focused on the opposite question: assuming that capital markets are not perfect, does a firm's cash-flow sensitivity increase monotonically with the degree of its financing constraint? This presumed mapping underlies the logic of the tests in Fazzari et al. (1988) and much subsequent research. Steven N. Kaplan and Luigi Zingales (1997) scrutinized the sample of low-dividend firms for which Fazzari et al. had found an especially strong correlation between investment and cash flow. Based on their reading of financial reports for these firms, Kaplan and Zingales judged that the firms with the greatest cash-flow sensitivity actually were unconstrained, contrary to the maintained assumption in Fazzari et al. This assertion generated a lively exchange between Fazzari et al. (2000) and Kaplan and Zingales (2000), along with other studies that attempted to reconcile the differing points of view (see Sean Cleary, 1999; George Allayannis and Mozumdar, 2004; Nathalie Moyen, 2004).

Notably, Moyen found that financially constrained firms will exhibit a *smaller* cash-flow coefficient in the standard investment regression than their unconstrained counterparts. Moyen's model delivers this result because unconstrained firms turn to the capital markets to finance investment after a positive cash-flow shock, which magnifies the investment response to the shock. Consistent with Moyen's result—and for essentially the same reason—Hennessy and Whited (2006) showed that the cash-flow sensitivity of investment declines with the cost premium that firms pay for external equity funding. Hennessy and Whited also found, however, that cash-flow sensitivity increases with another type of financial friction, the magnitude of a firm's bankruptcy costs. These results highlight the difficulty of attempting to draw inferences about financial constraints from differences in the cash-flow sensitivity of investment.

Thus, recent research has produced three results that cast doubt on the evidence for financing constraints from the cash-flow effects in investment equations. First, these effects either disappear or become much smaller when one controls for the measurement error in $q$. Second, positive cash-flow coefficients can be generated without any financing constraints. And, third, assuming that financing constraints exist, the size of the estimated cash-flow coefficient need not be positively related to the degree of the constraint, which undercuts the key identifying assumption for these regressions.

---

[11] Along the same lines as our approach, Simon Gilchrist and Charles Himmelberg (1999) eschewed the use of stock market information to control for fundamentals, and instead constructed a proxy for marginal $q$ by projecting the firm's future profits with a vector autoregression. Gilchrist and Himmelberg interpreted their results as showing that investment responds significantly to internal funds for unrated firms and other groups often thought to face a cost premium for external finance. The coefficient on their measure of internal liquidity, however, is unidentified, as they estimated a model with three parameters but only two regressors. Accordingly, their results are not informative about the magnitude or statistical significance of financing constraints.

## IV. Conclusion

Using our preferred measure of fundamentals, we find no evidence that investment is sensitive to cash flow for U.S. companies that are covered by securities analysts. This result stands in contrast to many previous studies that have estimated investment–cash flow regressions using Brainard-Tobin average $q$ as a control for fundamentals. The only difference between our measure and Brainard-Tobin average $q$ comes from substituting an analyst-based assessment of equity value for the assessment from the stock market—a reasonable change given the potential for stock market valuations to deviate from intrinsic values. Our results add to a growing literature that has raised questions about the interpretation of cash-flow effects in regressions that use Brainard-Tobin average $q$ as a control for fundamentals. Accordingly, we would counsel against the use of such regressions to test for the presence of financing constraints.

## REFERENCES

**Abel, Andrew B. and Eberly, Janice C.** "Investment, Valuation, and Growth Options." Unpublished Paper, 2005.

**Acga, Senay and Mozumdar, Abon.** "The Impact of Capital Market Imperfections on Investment–Cash Flow Sensitivity." Unpublished Paper, 2005.

**Allayannis, George and Mozumdar, Abon.** "The Impact of Negative Cash Flow and Influential Observations on Investment–Cash Flow Sensitivity Estimates." *Journal of Banking and Finance*, 2004, *28*(5), pp. 901–30.

**Alti, Aydogan.** "How Sensitive Is Investment to Cash Flow When Financing Is Frictionless?" *Journal of Finance*, 2003, *58*(2), pp. 707–22.

**Arellano, Manuel; Hansen, Lars P. and Sentana, Enrique.** "Underidentification?" Econometric Society, Econometric Society World Congress 2000 Contributed Papers: No. 1824, 2000.

**Bernanke, Ben S.; Bohn, Henning and Reiss, Peter C.** "Alternative Non-Nested Specification Tests of Time-Series Investment Models." *Journal of Econometrics*, 1988, *37*(3), pp. 293–326.

**Blundell, Richard; Bond, Stephen; Devereux, Michael and Schiantarelli, Fabio.** "Investment and Tobin's $Q$: Evidence from Company Panel Data." *Journal of Econometrics*, 1992, *51*(1–2), pp. 233–57.

**Bond, Steve; Klemm, Alexander; Newton-Smith, Rain; Syed, Murtaza and Vlieghe, Gertjan.** "The Roles of Expected Profitability, Tobin's $Q$ and Cash Flow in Econometric Models of Company Investment." Institute for Fiscal Studies, IFS Working Papers: No. W04/12, 2004.

**Brainard, William C.; Shoven, John B. and Weiss, Laurence.** "The Financial Valuation of the Return to Capital." *Brookings Papers on Economic Activity*, 1980, 2, pp. 453–502.

**Brainard, William C. and Tobin, James.** "Pitfalls in Financial Model Building." *American Economic Review*, 1968, *58*(2), pp. 99–122.

**Brown, Lawrence D.** "Analyst Forecasting Errors and Their Implications for Security Analysis: An Alternative Perspective." *Financial Analysts Journal*, 1996, *52*(1), pp. 40–47.

**Brown, Lawrence D., ed.** *I/B/E/S research bibliography: The annotated bibliography of earnings expectations research*. 6th ed. New York: I/B/E/S International Inc., 2000.

**Chan, Louis K. C.; Karceski, Jason and Lakonishok, Josef.** "The Level and Persistence of Growth Rates." *Journal of Finance*, 2003, *58*(2), pp. 643–84.

**Cleary, Sean.** "The Relationship between Firm Investment and Financial Status." *Journal of Finance*, 1999, *54*(2), pp. 673–92.

**Cooper, Russell and Ejarque, João.** "Exhuming $Q$: Market Power vs. Capital Market Imperfections." National Bureau of Economic Research, Inc., NBER Working Papers: No. 8182, 2001.

**Cooper, Russell and Ejarque, João.** "Financial Frictions and Investment: Requiem in $Q$." *Review of Economic Dynamics*, 2003, *6*(4), pp. 710–28.

**Devereux, Michael and Schiantarelli, Fabio.** "Investment, Financial Factors, and Cash Flow: Evidence from U.K. Panel Data," in R. Glenn Hubbard, ed., *Asymmetric information, corporate finance, and investment*. Chicago: University of Chicago Press, 1990, 279–306.

**Erickson, Timothy and Whited, Toni M.** "Measurement Error and the Relationship between Investment and $q$." *Journal of Political Economy*, 2000, *108*(5), pp. 1027–57.

**Fazzari, Steven M.; Hubbard, R. Glenn and**

Case 3:01-cv-00988-SI Document 1223-5 Filed 10/09/07 Page 15 of 15
Case 3:01-cv-00988-SI   Document 1223-5   Filed 10/09/07   Page 15 of 15

**Petersen, Bruce C.** "Financing Constraints and Corporate Investment." *Brookings Papers on Economic Activity*, 1988, 1, pp. 141–95.

**Fazzari, Steven M.; Hubbard, R. Glenn and Petersen, Bruce C.** "Investment–Cash Flow Sensitivities Are Useful: A Comment on Kaplan and Zingales." *Quarterly Journal of Economics*, 2000, *115*(2), pp. 695–705.

**Gilchrist, Simon and Himmelberg, Charles.** "Investment: Fundamentals and Finance," in Ben S. Bernanke and Julio J. Rotemberg, eds., *NBER macroeconomics annual 1998*. Vol. 13. Cambridge: MIT Press, 1999, pp. 223–62.

**Gomes, João F.** "Financing Investment." *American Economic Review*, 2001, *91*(5), pp. 1263–85.

**Hayashi, Fumio.** "Tobin's Marginal *q* and Average *q*: A Neoclassical Interpretation." *Econometrica*, 1982, *50*(1), pp. 213–24.

**Hayashi, Fumio and Inoue, Tohru.** "The Relation between Firm Growth and *Q* with Multiple Capital Goods: Theory and Evidence from Panel Data on Japanese Firms." *Econometrica*, 1991, *59*(3), pp. 731–53.

**Hennessy, Christopher A.** "Tobin's *Q*, Debt Overhang, and Investment." *Journal of Finance*, 2004, *59*(4), pp. 1717–42.

**Hennessy, Christopher A. and Whited, Toni M.** "How Costly Is External Financing? Evidence from a Structural Estimation." Unpublished Paper, 2006.

**Hubbard, R. Glenn.** "Capital-Market Imperfections and Investment." *Journal of Economic Literature*, 1998, *36*(1), pp. 193–225.

**Hulten, Charles R. and Wykoff, Frank.** "Measurement of Economic Depreciation," in Charles R. Hulten, ed., *Depreciation, inflation, and the taxation of income from capital*. Washington, DC: Urban Institute Press, 1981, pp. 81–125.

**Kaplan, Steven N. and Zingales, Luigi.** "Do Investment–Cash Flow Sensitivities Provide Useful Measures of Financing Constraints?" *Quarterly Journal of Economics*, 1997, *112*(1), pp. 169–215.

**Kaplan, Steven N. and Zingales, Luigi.** "Investment–Cash Flow Sensitivities Are Not Valid Measures of Financing Constraints." *Quarterly Journal of Economics*, 2000, *115*(2), pp. 707–12.

**Keane, Michael P. and Runkle, David E.** "Are Financial Analysts' Forecasts of Corporate Profits Rational?" *Journal of Political Economy*, 1998, *106*(4), pp. 768–805.

**Kothari, S. P.** "Capital Markets Research in Accounting." *Journal of Accounting and Economics*, 2001, *31*(1–3), pp. 105–231.

**Lim, Terence.** "Rationality and Analysts' Forecast Bias." *Journal of Finance*, 2001, *56*(1), pp. 369–85.

**Moyen, Nathalie.** "Investment–Cash Flow Sensitivities: Constrained versus Unconstrained Firms." *Journal of Finance*, 2004, *59*(5), pp. 2061–92.

**Shiller, Robert J.** *Market volatility*. Cambridge, MA: MIT Press, 1989.

**Shiller, Robert J.** *Irrational exuberance*. Princeton: Princeton University Press, 2000.

**Staiger, Douglas and Stock, James H.** "Instrumental Variables Regression with Weak Instruments." *Econometrica*, 1997, *65*(3), pp. 557–86.

**Whited, Toni M.** "External Finance Constraints and the Intertemporal Pattern of Intermittent Investment." *Journal of Financial Economics* (forthcoming).