


Available online at www.sciencedirect.com

SCIENCE DIRECT®

International Journal of Forecasting 21 (2005) 185–198




www.elsevier.com/locate/ijforecast

# Value Line and I/B/E/S earnings forecasts

Sundaresh Ramnath[a,1], Steve Rock[b,2], Philip Shane[b,*]

[a] *McDonough School of Business, Georgetown University, G-04 Old North, Washington, DC 20057, USA*
[b] *Leeds School of Business, The University of Colorado at Boulder, 419 UCB, Boulder, CO 80309, USA*

**Abstract**

This paper compares *Value Line* and *Institutional Brokers Estimate System* (I/B/E/S) analysts' earnings forecasts. Comparing the accuracy of forecasts of a single forecaster (Value Line) to consensus forecasts (I/B/E/S) offers a powerful test of the aggregation principle. Philbrick and Ricks [*J. Acc. Res.* 29 (1991) 397] conducted a similar study, but found no evidence that aggregation matters. Using more recent data, we reach different conclusions, finding that I/B/E/S earnings forecasts outperform Value Line significantly in terms of accuracy and as proxies for market expectations. I/B/E/S forecasting superiority is largely explained by its timing advantage and the aggregation principle. However, when we build an I/B/E/S consensus using forecasts from the I/B/E/S detail files of individual analyst forecasts, we find that some of its forecasting superiority remains after controlling for these advantages.
© 2004 International Institute of Forecasters. Published by Elsevier B.V. All rights reserved.

*Keywords:* Combining forecasts; Earnings forecasting; Financial analysts; Evaluating forecasts; Timely composites; Rationality

## 1. Introduction

We compare earnings forecasts disseminated by *The Value Line Investment Survey* and Thomson Financial's *Institutional Brokers Estimate System* (I/B/E/S). In a prior study comparing these two sources of analysts' forecasts, Philbrick and Ricks (PR 1991, pp. 397–398) conclude, "Value Line and I/B/E/S are comparable in terms of their forecast data, but Value Line is a better source of actual EPS (earnings per share) data for the purpose of measuring earnings surprise." Our results from a more recent sample period indicate just the opposite, namely Value Line and I/B/E/S are comparable as sources of actual EPS data, but consensus forecasts derived from I/B/E/S outperform Value Line forecasts, both in accuracy and as proxies for market expectations.

Comparing the forecasts of a single forecaster (Value Line) with consensus forecasts formed from the I/B/E/S database offers a powerful test of the aggregation principle. The aggregation principle suggests "aggregation improves predictive accuracy by reducing idiosyncratic error" (Brown, 1993, p. 302). Other archival research evaluating the benefits of aggregating earnings forecasts issued by financial analysts includes Brown (1991) and O'Brien (1988). O'Brien finds that the single most recent quarterly earnings forecast obtained from I/B/E/S files of detailed analyst-by-analyst forecasts is more accurate than the consensus forecast obtained from the I/B/E/S

* Corresponding author. Tel.: +1-303-492-0423; fax: +1-303-492-7676.

*E-mail addresses:* Ramnath@msb.edu (S. Ramnath), Steven.Rock@Colorado.edu (S. Rock), Phil.Shane@Colorado.edu (P. Shane).

[1] Tel.: +1-202-687-3812; fax: +1-202-687-4031.

[2] Tel.: +1-303-735-5009; fax: +1-303-492-7676.

0169-2070/$ - see front matter © 2004 International Institute of Forecasters. Published by Elsevier B.V. All rights reserved.
doi:10.1016/j.ijforecast.2004.02.002

summary files. O'Brien's result does not necessarily contradict the aggregation principle because the consensus includes forecasts based on stale information, suggesting the importance of controlling for forecast timing when evaluating the aggregation principle. Brown (1991) finds that a consensus of earnings forecasts for large firms released by analysts during the 30 days prior to the annual earnings announcement is more accurate than the single most recent forecast, suggesting that both aggregation and timeliness improve forecast accuracy.

PR find no evidence that consensus forecasts supplied by I/B/E/S outperform Value Line forecasts either in terms of accuracy or as proxies for market expectations, failing to support the aggregation principle. We revisit the comparison of I/B/E/S and Value Line for two reasons. First, recent studies identify improvements in the I/B/E/S database since the PR study. Barron and Stuerke (1998, fn 9) note improvements in the integrity of the database, while other studies document improvement over time in the accuracy of I/B/E/S forecasts (e.g., Brown, 1997, 2001). Entry of *First Call* to the earnings forecast industry in the early 1990s created intense competition, possibly leading to these improvements in I/B/E/S data. Such competition affects I/B/E/S more directly than Value Line, as the latter's market niche depends more on stock recommendations supported by detailed research reports as opposed to earnings forecasts per se.

Second, while there has been no obvious change in compilation of the Value Line database, we show below that the number of analysts and brokerage firms contributing forecasts to the I/B/E/S database has expanded greatly between PR's sample period (1984–1986) and ours (1993–1996), providing the opportunity for more individual analysts to contribute to consensus forecasts built from the I/B/E/S database. Given the aggregation principle, I/B/E/S forecast accuracy should improve relative to Value Line, so PR's conclusions may not apply in more recent years. In addition, I/B/E/S collects its forecasts from independent brokerage firms, whereas Value Line forecasts are produced in-house. The increase in the number of forecasts entering the I/B/E/S consensus since the time of the PR study has increased the need for effective communication and coordination of forecasts from brokerage firms supplying forecasts to I/B/E/S. This increased coordination may contribute to increased reliability of I/B/E/S forecasts relative to Value Line. For example, I/B/E/S systematically excludes forecasts by analysts focusing on a different definition of earnings than the majority of analysts. These pressures to increase coordination and, therefore, reliability do not apply to Value Line, whose forecasts are supplied by a single analyst following each firm.

To maintain consistency with PR, our primary analysis compares Value Line quarterly earnings forecasts to consensus I/B/E/S forecasts obtained from the I/B/E/S summary files, and we derive forecast errors with reference to actual EPS as reported by the database from which we obtain the corresponding forecast. Contrary to PR, we find that the I/B/E/S consensus forecast is more accurate and a better proxy for the market's quarterly earnings expectations. Our evidence suggests that the forecasting superiority of I/B/E/S is due entirely to the two factors described above, aggregation and timeliness. In fact, after controlling for the number of forecasts in the I/B/E/S consensus and the timeliness of the forecast, Value Line forecasts are more accurate than I/B/E/S forecasts (obtained from the I/B/E/S summary files).

We extend the PR analysis by evaluating two subsamples, one where actual EPS reported by I/B/E/S and Value Line match (76% of the full sample) and another where actual EPS differs between the two databases (24% of the full sample). We evaluate forecast accuracy with reference to the actual EPS reported by the same database from which we obtain the forecast, and we find no evidence that the forecasting superiority of I/B/E/S deteriorates in the subsample where actual EPS reported by I/B/E/S differs from that reported by Value Line, suggesting that the quality of both I/B/E/S forecasts and actuals have improved since the PR study.

We also extend PR by evaluating I/B/E/S consensus forecasts derived from the I/B/E/S detail files, restricting forecasts to those dated since the prior quarter's earnings announcement. We find that consensus forecasts derived from I/B/E/S detail files are more accurate than those supplied by I/B/E/S summary files. Furthermore, while most of the I/B/E/S forecasting superiority can be attributed to timing and aggregation advantages, consensus forecasts derived

from I/B/E/S detail files are significantly more accurate than Value Line forecasts.

In addition to their forecast accuracy and representativeness of market expectations, we extend PR by comparing the rationality of I/B/E/S and Value Line earnings forecasts, where rationality is defined as freedom from bias. Prior studies suggest three types of forecasting bias. First, analysts may issue systematically optimistic forecasts of a firm's earnings in order to curry private information from management (Francis & Philbrick, 1993) or foster an investment banking relationship with the firm (Dugar & Nathan, 1995). Second, as the time of the earnings announcement approaches, analyst earnings forecasts may become systematically pessimistic as management coaxes analysts' forecasts downward to avoid negative earnings surprises (Matsumoto, 2002). Third, analysts may underreact to news about future earnings (e.g., Easterwood & Nutt, 1999; Mendenhall, 1991). We find that I/B/E/S forecasts are significantly less optimistic than Value Line forecasts, but this difference is probably due to a timelier I/B/E/S consensus, on average. We also find that both databases produce positively autocorrelated quarterly forecast errors, suggesting analyst underreaction to information in their past forecast errors.

Overall, our results suggest that, relative to I/B/E/S earnings forecasts, Value Line forecasts are less accurate and poorer proxies for market expectations. Our results suggest that any advantage Value Line's forecasts have due to Value Line's independence as a research company (without investment banking business) is outweighed by an I/B/E/S consensus that includes more timely forecasts and effectively purges idiosyncratic error in analysts' individual earnings forecasts.

Our paper proceeds as follows. The next section describes our sample selection criteria. Section 3 reports results of tests comparing the accuracy of I/B/E/S and Value Line quarterly earnings forecasts. Section 4 explores possible explanations for the forecasting superiority of I/B/E/S. Section 5 reports results of comparisons of Value Line and I/B/E/S forecasts as proxies for the market's current quarter earnings expectations. Section 6 reports results of additional analyses, including: (1) assessment of advantages of I/B/E/S detail files over the summary files analyzed by PR, and (2) comparison of the rationality of Value Line and I/B/E/S quarterly earnings forecasts. Section 7 contains a summary and concluding remarks.

## 2. Sample

Value Line assigns each firm it covers to one of 13 editions and publishes each edition every 13 weeks. We collected data from the 208 Value Line reports dated between January 29, 1993 and January 17, 1997 (16 reports for each of Value Line's 13 editions), providing Value Line forecasts and actual EPS data for the 15 quarterly periods ending between March 1993 and September 1996. We did not collect Value Line data for firms that traded only on foreign stock exchanges, firms that Value Line refers to as "investment companies" or firms with fiscal years that do not conform to the calendar year (PR also restrict their sample to calendar year-end firms). We include all firm-quarter observations for which we have I/B/E/S and Value Line actual and forecasted EPS, previous quarter stock price (from COMPUSTAT), earnings announcement dates from COMPUSTAT and I/B/E/S, and 3-day CRSP returns centered on the COMPUSTAT earnings announcement date.

Table 1 shows how we derive our sample of 922 firms and 9298 firm-quarter observations from the 10,529 firm-quarter observations that meet the criteria described above. First, to reduce measurement error in estimating abnormal returns around earnings announcements, we eliminate all observations where COMPUSTAT and I/B/E/S disagree on the firm's earnings announcement date by more than 1 day, reducing the sample by 6.93%. Second, we omit 18 observations (0.17%) where the Value Line quarterly earnings forecast comes from a report dated more than 7 trading days after the firm's earnings announcement for that quarter. We allow Value Line report dates up to 7 trading days after the forecasted quarter's earnings announcement date based on the assumption that there is a publication lag such that the Value Line forecaster is unaware of the actual EPS when making the forecast (Abarbanell, 1991). We assume that lags greater than 7 trading days indicate Value Line data errors. Third, to minimize the effect of extreme observations, we eliminate all

observations in the 1% tails of the distributions of any of the forecast error and returns variables used in our tests, reducing the sample to 922 firms and 9298 firm-quarter observations. We refer to these 922 firms and 9298 observations as our full sample. The number of observations per firm ranges from 1 to 15, with a mean of 10.08.

Table 1
Sample selection and descriptive statistics (Value Line data from January 1993 to January 1997 matched with I/B/E/S, COMPUSTAT and CRSP data)

(Panel A) Sample selection

| | Number of firm-quarters | Percentage of total |
|---|---|---|
| Observations available after matching across the four databases (12/31 year-end firms) | 10,529 | 100 |
| Less: Observations deleted because | | |
| Earnings announcement dates differ by more than one day between COMPUSTAT and I/B/E/S | 730 | 6.93 |
| Value Line (VL) edition date is more than 7 trading days after the earnings announcement date | 18 | 0.17 |
| Price-scaled forecast errors and/or market-adjusted returns are in the extreme 1% of their respective distributions | 483 | 4.59 |
| Full sample (922 firms) | 9298 | 88.31 |
| Subsamples | | |
| I/B/E/S reported EPS matches VL reported EPS (“agree” subsample) | 7038 | 75.69 |
| I/B/E/S reported EPS differs from VL reported EPS (“disagree” subsample) | 2260 | 24.31 |

(Panel B) Control variable characteristics in the full sample

| | Q1 | Median | Q3 | Mean |
|---|---|---|---|---|
| *Trading days between forecast report and earnings announcement dates (TIMELY)* | | | | |
| VL | 11 | 25 | 38 | 25.43 |
| I/B/E/S | 4 | 9 | 19 | 11.14 |
| *Number of individual forecasts included in consensus (NFCSTS)* | | | | |
| VL | 1 | 1 | 1 | 1 |
| I/B/E/S | 4 | 7 | 11 | 8.42 |

Note to Table 1:
Each firm-quarter’s VL forecast is obtained from the most recent Value Line report prior to the Value Line report containing the firm’s actual EPS for that quarter. Each firm-quarter’s I/B/E/S forecast is the consensus median reported in the most recent I/B/E/S summary report prior to the I/B/E/S summary report containing the firm’s actual EPS for that quarter. NFCSTS is the number of forecasts in the consensus. TIMELY is the number of trading days between the date of the report containing the Value Line or I/B/E/S forecast and the corresponding quarter’s earnings announcement date, as reported by COMPUSTAT.

Both I/B/E/S and Value Line produce actual EPS data that adjust reported earnings for items that analysts exclude from their forecasts. PR document serious reliability issues with the I/B/E/S actual EPS data during their 1984–1986 sample period. However, PR also note that “discussion with I/B/E/S personnel suggests that the problems with actual EPS have been mitigated recently” (p. 403, fn 10). We find evidence consistent with this claim. For example, PR report no negative I/B/E/S actual EPS observations in their sample period, but 6.5% of their Value Line actuals are negative. In contrast, we find that 6.3% of the Value Line and 5.8% of the I/B/E/S actual EPS observations are negative. PR find that Value Line (I/B/E/S) and COMPUSTAT agree on actual EPS 69% (33%) of the time, but we find that Value Line (I/B/E/S) and COMPUSTAT agree on actual EPS 66% (62%) of the time. PR find a 93% (68%) rank correlation between COMPUSTAT and Value Line (I/B/E/S) actual EPS data, but we find a 92% (90%) rank correlation between COMPUSTAT and Value Line (I/B/E/S) actual EPS.

To further evaluate the reliability of I/B/E/S actual EPS data, we conduct our tests (described below) on two subsamples: one where I/B/E/S and Value Line agree on actual EPS and another where they disagree. As shown in Table 1, I/B/E/S and Value Line agree (disagree) on actual EPS 76% (24%) of the time. Analysis of the full sample allows us to focus on the observations that most researchers would use (i.e., without regard to whether the two databases agree or disagree on the firm’s reported EPS). Analysis of the subsample where the

two databases agree on reported EPS allows us to compare the quality of the forecasts from the two databases, holding constant effects of the quality of the reported actuals on measures of forecast accuracy. Analysis of the subsample where the two databases disagree on reported EPS focuses on effects of the quality of the actual reported EPS data and on situations where forecasting might be most difficult.

Table 1 also reports descriptive statistics for two variables used to control for the effects of timeliness (TIMELY) and aggregation (NFCSTS) on forecast accuracy. As described below, we measure the timeliness of the I/B/E/S (Value Line) forecast with reference to the number of trading days between the date of the I/B/E/S (Value Line) report containing the most recent forecast prior to the earnings announcement and the earnings announcement date. As shown in Table 1 (panel B), the most recent I/B/E/S consensus forecast is generally more timely than the most recent Value Line forecast prior to a quarterly earnings announcement, with a median of 25 trading days for Value Line as compared to a median of 9 trading days for I/B/E/S. Value Line reports the name of the analyst responsible for each forecast, and in our sample only a single Value Line analyst's name appears on each report. Hence, for Value Line the control variable, NFCSTS, always equals one, whereas the mean (median) number of forecasts entering the I/B/E/S summary file consensus equals 8.4 (7).

## 3. I/B/E/S and Value Line current quarter earnings forecast accuracy

Our primary variable of interest is the analyst's quarterly earnings forecast error:

$$\mathrm{FE}_{qjs} = (X_{qjs} - F_{qjs})/P_{q-1,j} \quad (1)$$

where $X_{qjs}$ is firm $j$'s quarter $q$ earnings per share (EPS), as reported by the database that is the source, $s$, of both the forecast and actual EPS ($s$ = VL, IBES); $F_{qjs}$ is a forecast of firm $j$'s quarter $q$ EPS obtained from *Value Line* ($s$ = VL) or I/B/E/S ($s$ = IBES); $P_{q-1,j}$ is firm $j$'s stock price as of the end of quarter $q-1$ (obtained from COMPUSTAT); and $\mathrm{FE}_{qjs}$ is the I/B/E/S or Value Line forecast error for firm $j$ in quarter $q$. The Value Line forecast is defined as the forecast from the last Value Line report prior to the report containing firm $j$'s actual quarter $q$ EPS. Correspondingly, as in PR, we compare the accuracy of this Value Line forecast to the I/B/E/S median consensus forecast obtained from the last I/B/E/S summary report prior to the report containing firm $j$'s actual quarter $q$ EPS. We combine data from COMPUSTAT, I/B/E/S and Value Line and carefully adjust all variables to a common denominator that adjusts for stock splits and stock dividends.

Table 2 shows the results of our comparison of Value Line and I/B/E/S quarterly earnings forecast accuracy. To overcome statistical dependence issues, we first determine forecast accuracy at the firm level and then aggregate these results across firms. For each forecast definition, $s$, we compute $\mathrm{QFE}_{js}$, the mean of

Table 2
Accuracy of Value Line and I/B/E/S quarterly earnings forecasts

| | Number of firms ($N$) | $\mathrm{QFE}_{\mathrm{VL}}$ (%) | $\mathrm{QFE}_{\mathrm{IBES}}$ (%) | $t$-statistic for difference ($p$-value) |
|---|---|---|---|---|
| Full sample | 922 | 0.313 | 0.235 | 9.58 (0.0001) |
| Actuals agree subsample | 910 | 0.288 | 0.218 | 9.10 (0.0001) |
| Actuals disagree subsample | 681 | 0.389 | 0.275 | 7.18 (0.0001) |

$$\mathrm{QFE}_S = (1/N)\sum_{j=1}^{N}\left\{(1/Q)\sum_{q=1}^{Q}|\mathrm{FE}_{qjs}|\right\}$$

$\mathrm{QFE}_{\mathrm{VL}}(\mathrm{QFE}_{\mathrm{IBES}})$ is the grand mean of the Value Line (I/B/E/S) mean absolute forecast errors averaged across all firms ($j$ = 1,. . ., $N$) in the sample. $|\mathrm{FE}_{qjs}|$ is the price-deflated absolute forecast error for firm $j$ in quarter $q$ using source $s$ for forecasts and actual EPS {$s$ = VL, IBES}, and $Q$ is the number of quarters for which firm $j$ meets the sample selection criteria. When $s$ = VL, the forecast comes from the last available Value Line report prior to the report containing actual EPS. When $s$ = IBES, the forecast is the median I/B/E/S consensus EPS forecast taken from the last I/B/E/S summary report prior to the I/B/E/S report containing actual EPS. The "agree" subsample includes firm-quarters where actual EPS reported by Value Line and I/B/E/S are the same, and the "disagree" subsample includes firm-quarters where actual EPS reported by Value Line and I/B/E/S differ.

the absolute values of $FE_{qjs}$ across all quarters available for each firm $j$.

$$QFE_{js} = (1/Q)\sum_{q=1}^{Q} |FE_{qjs}| \qquad (2)$$

where firm $j$ has $Q$ quarters of data available in our sample period, $s$ indicates that the forecast error is derived from either the Value Line or I/B/E/S database, and $FE_{qjs}$ is defined in Eq. (1) above.

Table 2 (panel A) shows that for the full sample $QFE_{VL}$, the mean of $QFE_{j,VL}$ across firms is 0.313%; i.e., the across-firms mean of the mean absolute value Value Line forecast error equals 0.313% of stock price. For a firm with a US$20 stock price, this translates into a forecast that misses actual earnings by approximately 6¢ per share. By comparison, $QFE_{IBES}$, the mean of $QFE_{j,IBES}$ across firms, equals 0.235%, which is significantly smaller than $QFE_{VL}$ ($p$-value < 0.0001). For a firm with a US$20 stock price, these results imply that the Value Line forecast is, on average, 1.6¢ per share less accurate than the consensus from the I/B/E/S summary files. This evidence differs from PR's result that Value Line forecasts paired with Value Line's reported actuals produce the smallest forecast errors. In our sample period, I/B/E/S forecasts paired with I/B/E/S actuals produce significantly smaller absolute forecast errors than forecast errors derived from Value Line forecasts paired with Value Line actuals.

To assess PR's conclusion that I/B/E/S actual EPS numbers are less reliable than Value Line actuals, Table 2 also reports results for our subsamples, one where actual EPS reported by I/B/E/S equals actual EPS reported by Value Line and the other where actuals differ between the databases. If actual EPS reported by Value Line is more reliable than that reported by I/B/E/S in our sample period, then I/B/E/S's forecasting superiority should dissipate in the subsample where the I/B/E/S reported EPS differs from Value Line's reported EPS. The results in Table 2 show the opposite; i.e., I/B/E/S's forecasting advantage is significant in both subsamples ($p$-value <0.0001), but it is even greater in the subsample where the actuals differ between the two databases. If the "disagree" subsample contains cases where EPS is more difficult to forecast, due to components whose transitory nature is difficult to assess, the fact that the forecast accuracy of I/B/E/S (relative to Value Line) is greater in this subsample could mean that I/B/E/S analysts perform relatively better in these situations or I/B/E/S is more careful about matching the definitions of forecasted and actual EPS. The entry of First Call to the forecast database industry could explain I/B/E/S's improvement in this area, as First Call competes more directly with I/B/E/S than with Value Line, whose competitive advantage depends more on the quality of its research reports and stock recommendations than on its earnings forecast accuracy or the quality of its decisions in culling special items from reported EPS.

## 4. Explanations for I/B/E/S's forecasting superiority

We examine two possible reasons for the greater accuracy of I/B/E/S's current quarter earnings forecasts. First, I/B/E/S has a timing advantage in that analysts who report to I/B/E/S can update their forecasts until the earnings announcement. In contrast, Value Line generally publishes one forecast per quarter for each firm it follows. Second, the I/B/E/S consensus, which includes forecasts from various analysts and brokerage firms, mitigates idiosyncratic (analyst-specific) error through aggregation. This is in contrast to Value Line forecasts, which reflect a single forecaster's perspective with no benefits of aggregation. We use the following cross-sectional quarterly regression model to test whether these two factors explain the relatively greater accuracy of I/B/E/S earnings forecasts.

$$|FE_{qjs}| = \alpha_{0q} + \alpha_{1q}(VLDUM_{qj}) + \alpha_{2q}(TIMELY_{qjs}) + \alpha_{3q}(NFCSTS_{qjs}) + u_{qjs} \qquad (3)$$

where $|FE_{qjs}|$ represents the absolute value of the Value Line ($s$ = VL) or I/B/E/S ($s$ = IBES) price-deflated error in forecasting firm $j$'s quarter $q$ EPS; $VLDUM_{qj}$ equals one (zero) if $FE_{qjs}$ is derived from forecasted and actual EPS taken from Value Line (IBES); $TIMELY_{qjs}$ controls for effects of the forecast horizon on forecast accuracy and equals the number of trading days between the earnings an-

nouncement date per COMPUSTAT and the date of the most recent report (from Value Line when $s$ = VL, or from the I/B/E/S summary files when $s$ = IBES) containing a forecast of firm $j$'s quarter $q$ EPS (i.e., the most recent report prior to the first one reporting firm $j$'s actual quarter $q$ EPS); $NFCSTS_{qjs}$ controls for the effects of aggregation on forecast accuracy and equals the number of forecasts entering the I/B/E/S consensus forecast of firm $j$'s quarter $q$ EPS, or 1 in the case of Value Line.

Since prior research demonstrates that absolute forecast errors increase with the forecast horizon and decrease with the number of forecasts in the consensus, we expect to find $\alpha_{2q}>0$ and $\alpha_{3q}<0$ when we estimate model (3). We do not predict the sign of $\alpha_{1q}$. If Value Line outperforms I/B/E/S (i.e., generates smaller absolute forecast errors) after controlling for forecast timing and aggregation, then we expect $\alpha_{1q}<0$. On the other hand, finding $\alpha_{1q}>0$ would be consistent with I/B/E/S outperforming Value Line for reasons beyond producing more timely forecasts with the benefits of aggregation. We expect a positive intercept (i.e., $\alpha_{0q}>0$) since the dependent variable, the absolute forecast error, is greater than or equal to zero.

Table 3 reports the results of estimating Eq. (3) for the full sample, and for the two subsamples, which segregate the observations based on whether I/B/E/S and Value Line agree or disagree on firm $j$'s quarter $q$ actual EPS. The coefficient on the dummy variable measures the difference in accuracy of Value Line versus I/B/E/S forecasts, controlling for the effects of the timeliness of the forecast and the number of forecasts in the I/B/E/S consensus. The regression results are presented as the mean of the coefficients across 15 quarterly periods. The $t$-statistics and significance levels are derived under the null that the mean of the coefficient distributions across quarters equals zero. As expected, the coefficient on TIMELY is significantly positive and the coefficient on NFCSTS is significantly negative in all three samples, indicating that forecast accuracy deteriorates as the time between the forecast and the earnings announcement increases and improves as the number of forecasts entering the consensus increases.

Controlling for the effects of aggregation and forecast timing, Value Line significantly outperforms I/B/E/S in terms of forecast accuracy for the full

Table 3
Determinants of I/B/E/S quarterly earnings forecasting superiority (firm-quarter observations spanning 1993–1996)

| Coefficient | Expected sign | Mean coefficient estimate ($t$-statistic) | | |
|---|---|---|---|---|
| | | Full sample | Actuals agree subsample | Actuals disagree subsample |
| $\alpha_{0q}$ | + | 0.267*** | 0.247*** | 0.336*** |
| | | (38.51) | (31.68) | (16.17) |
| $\alpha_{1q}$ | ? | −0.038*** | −0.049*** | −0.022 |
| | | (−6.22) | (−5.77) | (−0.32) |
| $\alpha_{2q}$ | + | 0.002*** | 0.002*** | 0.003*** |
| | | (10.22) | (7.71) | (3.74) |
| $\alpha_{3q}$ | − | −0.009*** | −0.009*** | −0.011*** |
| | | (−15.72) | (−13.07) | (−10.35) |
| Adjusted $R$-square | | 2.47% | 2.69% | 3.14% |

See equation (3).
$|FE_{qjs}|=(1/P_{q-1,j})|X_{qjs}-F_{qjs}|$ is the price-deflated absolute forecast error for firm $j$ in quarter $q$ using source $s$ for forecasts and actual EPS{$s$ = VL, IBES}. This variable is multiplied by 100, so the coefficient estimates are as a percentage of stock price. When $s$ = VL, the forecast comes from the last available Value Line report prior to the report containing $X_{qj,VL}$. When $s$ = IBES, the forecast is the median I/B/E/S consensus EPS forecast taken from the last I/B/E/S summary report prior to the I/B/E/S report containing $X_{qj,IBES}$. $VLDUM_{qj}$ = one if $s$ = VL or zero if $s$ = IBES. $TIMELY_{qjs}$ is the number of trading days between the earnings announcement date per COMPUSTAT and the date of the forecast. In the case of Value Line (I/B/E/S) forecasts, $TIMELY_{qjs}$ is the number of trading days between the Value Line (I/B/E/S) report containing $F_{qj,VL}$ ($F_{qj,IBES}$) and the earnings announcement date. $NFCSTS_{qjs}$ is the number of forecasts entering the I/B/E/S consensus forecast of firm $j$'s quarter $q$ EPS, or 1 in the case of Value Line. Coefficient estimates are presented as the mean across 15 quarterly regressions. The "agree" subsample includes firm-quarters where actual EPS reported by Value Line and I/B/E/S are the same, and the "disagree" subsample includes firm-quarters where actual EPS reported by Value Line and I/B/E/S differ.

*** Indicates two-tailed significance at the 1% level.

sample and for the subsample where Value Line and I/B/E/S agree on the firm's actual EPS. In the subsample of firm-quarters where Value Line and I/B/E/S disagree on the firm's actual EPS, the portion of the absolute forecast error not explained by timing and aggregation does not significantly differ between Value Line and I/B/E/S. Consistent with the results in Table 2, when the two databases disagree on actual EPS, Value Line forecast accuracy deteriorates to a greater degree than I/B/E/S forecast accuracy, confirming the view that I/B/E/S actual reported EPS

numbers are no longer less reliable than Value Line actuals.

Overall, the results for all three samples in Table 3 suggest that I/B/E/S's timing and aggregation advantages fully explain its forecasting superiority observed on a univariate basis in Table 2. In fact, when the two databases agree on the firm's actual EPS, Value Line forecasts are significantly more accurate than forecasts obtained from the I/B/E/S summary files after controlling for I/B/E/S's timing and aggregation advantages. Our results are robust to using the mean, rather than the median, consensus from the I/B/E/S summary files. They are also robust to winsorizing (rather than truncating) outliers and to adding the square of NFCSTS to the model. Adding $NFCSTS^2$ allows forecast accuracy to increase at a decreasing rate as the number of analysts grows. We find that the coefficient on this variable is negative and significant, as expected given laboratory evidence of decreasing returns to aggregation (e.g., Ashton & Ashton, 1985; Libby & Blashfield, 1978).

Given the above results that the forecasting superiority of I/B/E/S appears to be explained by the number of forecasts in the I/B/E/S consensus and the staleness of Value Line forecasts, one possible explanation for the difference between our results and PR's is the expansion of the I/B/E/S database between the time of the two studies. To assess the validity of this explanation, we examine a random sample of firms followed by both Value Line and I/B/E/S during the PR sample period, and find that on average there are only 3.6 I/B/E/S forecasts available to enter the I/B/E/S consensus during the PR sample period compared to 7.1 forecasts during our sample period. Therefore, the difference between our results and PR's is due in part to relatively more analysts issuing forecasts on the I/B/E/S database during our sample period. Overall, our results in Tables 2 and 3 suggest that in recent years I/B/E/S's current quarter consensus forecasts are more accurate than Value Line's, and this forecasting superiority can be explained partly by the I/B/E/S consensus including more forecasts.

As an alternative approach to evaluating the importance of the aggregation principle in I/B/E/S forecasting superiority, we examined a subset of 178 firms for which we could find at least one firm-quarter in our sample period where the I/B/E/S summary file reported that the consensus contained only one analyst forecast. For this subset of firm-quarters, we find that I/B/E/S forecasts are not significantly more accurate than Value Line forecasts. Specifically, when we remove the ability to aggregate forecasts across I/B/E/S analysts, the mean difference in price-deflated forecast errors between Value Line and I/B/E/S is 0.051% ($t$-statistic = 1.29). Moreover, for this subsample, I/B/E/S forecasts are generally timelier than Value Line forecasts. Relative to the Value Line report date, the date of the summary report containing the I/B/E/S forecast falls, on average, 13.2 days closer to the earnings announcement date (as compared to 14.3 days for the full sample). Thus, we attribute the elimination of I/B/E/S's forecasting superiority in this subsample to the removal of its aggregation advantage.

## 5. Quarterly earnings forecasts as proxies for market expectations

The next issue we address is the degree to which I/B/E/S and Value Line analysts' forecasts reflect market expectations immediately before firms announce their quarterly earnings, an issue relevant to studies of the information content of quarterly earnings and other news announced at the same time as quarterly earnings. These studies require an effective proxy for the market's expectations at the beginning of the return accumulation period to either evaluate directly, or control for, the market's response to quarterly earnings announcements. Using more recent data than PR, we evaluate the degree to which I/B/E/S consensus forecasts and Value Line forecasts proxy for market expectations as of the beginning of a 3-day return accumulation period centered on the quarterly earnings announcement date by examining the following null hypothesis:

$$\rho(\mathrm{CAR}_{qj}, \mathrm{FE}_{qj,\mathrm{VL}}) = \rho(\mathrm{CAR}_{qj}, \mathrm{FE}_{qj,\mathrm{IBES}})$$

where $\rho$ indicates correlation (we examine both Pearson and Spearman correlations); $\mathrm{CAR}_{qj}$ is the difference between firm $j$'s stock returns and the returns on the value-weighted CRSP market index summed over the 3 days centered on the firm's quarter $q$ earnings announcement; and, as described in Eq. (1) above, $\mathrm{FE}_{qj,\mathrm{VL}}$($\mathrm{FE}_{qj,\mathrm{IBES}}$) represents firm $j$'s quarter $q$ forecast

Case 3:01-cv-00988-SI Document 1223-7 Filed 10/09/07 Page 9 of 14



error computed with reference to the most recent Value Line (I/B/E/S consensus) forecast available prior to the earnings announcement. As in the accuracy tests above, the I/B/E/S consensus is the median from the most recent I/B/E/S summary file report prior to the report containing firm $j$'s actual quarter $q$ EPS. We compute the correlations across firms within quarters and obtain 15 observations each (one per quarter) using either Value Line or I/B/E/S forecast errors.

For each forecast error definition and across the 15 quarters of observations, Table 4 (panel A) reports the means of the Pearson and Spearman correlations, along with the number of times (out of 15 observations) that the correlations are greater than zero at the 1% and 5% significance levels (one-tail). Spearman correlations are generally larger than Pearson correlations, and the correlations using I/B/E/S forecasts and actuals dominate the correlations using Value Line data for the full sample and both subsamples. Panel B shows that the returns-earnings correlation is significantly larger when computed using I/B/E/S forecasts and actuals, except in the subsample where Value Line and I/B/E/S disagree on the firm's actual EPS. In the "disagree" subsample, the correlations using I/B/E/S data are larger than those using Value Line data, but

Table 4
Differences between Value Line and I/B/E/S summary file quarterly earnings forecasts as proxies for the market's earnings expectations

(Panel A) Correlations between abnormal returns and Value Line versus I/B/E/S forecast errors

| Source of forecast and actual EPS data | Sample | $\rho(CAR_{qj}, FE_{qjs})$ | | | | | |
|---|---|---|---|---|---|---|---|
| | | Pearson correlations | | | Spearman correlations | | |
| | | Mean across 15 quarters (%) | Number of quarters with significant correlation | | Mean across 15 quarters (%) | Number of quarters with significant correlation | |
| | | | at 1% | at 5% | | at 1% | at 5% |
| Value Line | full | 16.4 | 14 | 15 | 21.1 | 15 | 15 |
| I/B/E/S summary files | full | 19.1 | 15 | 15 | 23.2 | 15 | 15 |
| Value Line | actuals agree | 15.8 | 12 | 12 | 21.0 | 13 | 15 |
| I/B/E/S summary files | actuals agree | 18.9 | 12 | 15 | 23.4 | 15 | 15 |
| Value Line | actuals disagree | 18.7 | 7 | 11 | 21.1 | 7 | 8 |
| I/B/E/S summary files | actuals disagree | 20.5 | 7 | 9 | 22.5 | 8 | 11 |

(Panel B) Differences in correlations between abnormal returns and Value Line versus I/B/E/S summary file forecast errors across 15 quarters

| | Difference (I/B/E/S minus Value Line) between Pearson correlations ($p$-value) | Difference (I/B/E/S minus Value Line) between Spearman correlations ($p$-value) |
|---|---|---|
| Full sample | 2.8% (0.017) | 2.5% (0.076) |
| Actuals agree subsample | 3.1% (0.034) | 2.4% (0.032) |
| Actuals disagree subsample | 1.8% (0.530) | 5.6% (0.165) |

The returns variable, $CAR_{qj}$, is firm $j$'s market-adjusted return summed over the 3-day window centered on the quarter $q$ earnings announcement date. The forecast error variable, $FE_{qjs}=(X_{qjs}-F_{qjs})/P_{q-1,j}$, is the price scaled forecast error for firm $j$ in quarter $q$. The subscript $s$ denotes the source of the forecast and actual EPS data, either Value Line or I/B/E/S. The I/B/E/S forecast is the median from the most current I/B/E/S summary file. Pearson and Spearman correlations between earnings forecast errors and returns are computed across firms within each quarter. Panel A contains the means of these correlations for each of the two forecast error definitions (Value Line and I/B/E/S). Panel B reports tests for whether correlations between earnings and returns differ depending on the source of the forecast and actual EPS data. Differences in Pearson correlations are evaluated across the 15 quarters using a paired $t$-test for differences in means. Differences in Spearman correlations are evaluated across the 15 quarters using a Wilcoxon signed rank test for whether the median of the differences in medians across quarters equals zero.

the differences are not statistically significant. Overall, contrary to PR, we find that the median I/B/E/S summary file consensus forecast outperforms the Value Line forecast as a proxy for market expectations as of the beginning of the 3-day return accumulation period preceding an earnings announcement.

## 6. Additional analysis

We extend the PR analysis in two ways. First, we re-examine Value Line versus I/B/E/S forecasts in terms of accuracy and as proxies for market expectations with reference to I/B/E/S detail files as opposed to the summary files examined above. Second, we compare I/B/E/S and Value Line forecasts in terms of their optimism/pessimism bias and underreaction to earnings information.

### *6.1. Comparison of Value Line forecasts to a consensus formed from the I/B/E/S detail files*

Since the time of the PR study, I/B/E/S has made its detailed analyst-by-analyst earnings forecast data available for academic research. The detail files allow researchers to create a consensus using algorithms other than the one underlying the I/B/E/S summary files. We compare Value Line quarterly earnings forecasts to the median of the most recent forecasts supplied by analysts to I/B/E/S between quarterly earnings announcements. Our consensus should be timelier than the median from the I/B/E/S summary file for two reasons. First, the last I/B/E/S summary report prior to an earnings announcement might be published nearly a month prior to the earnings announcement. Second, the summary consensus might include outstanding analyst forecasts dated prior to the previous quarter's earnings announcement. Our consensus only includes forecasts dated between the quarter $q-1$ and quarter $q$ earnings announcements. When an analyst publishes more than one forecast during that period, we include only that analyst's most recent forecast.

Table 5 repeats the analysis in Table 3, but it compares the accuracy of Value Line forecasts to the median of all analysts' most recent forecasts between quarterly earnings announcements instead of the median consensus forecast from the most recent I/B/E/S summary report. Our controls for timeliness (TIMELY) and aggregation (NFCSTS) are the same as those described in Eq. (3) above, except the timeliness of the I/B/E/S consensus is measured as the number of trading days between the earnings announcement date and the most recent forecast in the consensus (instead of the number of trading days between the earnings announcement date and the date of the most recent I/B/E/S summary report).

The results in Table 5 differ from those in Table 3. In particular, Table 5 shows that, when we form our

Table 5
I/B/E/S detail file quarterly earnings forecasting superiority (firm-quarter observations spanning 1993–1996)

| Coefficient | Expected sign | Mean coefficient estimate ($t$-statistic) | | |
|---|---|---|---|---|
| | | Full sample | Actuals agree subsample | Actuals disagree subsample |
| $\alpha_{0q}$ | + | 0.204*** | 0.184*** | 0.275*** |
| | | (26.80) | (21.57) | (14.04) |
| $\alpha_{1q}$ | ? | 0.028*** | 0.019*** | 0.039* |
| | | (5.39) | (4.20) | (1.81) |
| $\alpha_{2q}$ | + | 0.002*** | 0.002*** | 0.003*** |
| | | (13.03) | (8.43) | (4.74) |
| $\alpha_{3q}$ | − | −0.005*** | −0.005*** | −0.007*** |
| | | (−12.25) | (−7.63) | (−4.77) |
| Adjusted $R$-square | | 2.41% | 2.47% | 3.05% |

See equation (3).
$|FE_{qjs}|=(1/P_{q-1,j})|X_{qjs}-F_{qjs}|$ is the price-deflated absolute forecast error for firm $j$ in quarter $q$ using source $s$ for forecasts and actual EPS $\{s=\text{VL, IBES}\}$. This variable is multiplied by 100, so the coefficient estimates are as a percentage of stock price. When $s=$VL, the forecast comes from the last available Value Line report prior to the report containing $X_{qj,\text{VL}}$. When $s=$IBES, the forecast, $F_{qj,\text{IBES}}$, is the median of all analysts' most recent forecasts issued between the announcement of earnings for quarters $q-1$ and $q$. $\text{VLDUM}_{qj}=$ one if $s=$VL or zero if $s=$IBES. $\text{TIMELY}_{qjs}=$ number of trading days between the earnings announcement date per COMPUSTAT and the date of the most recent forecast in the I/B/E/S consensus ($F_{qj,\text{IBES}}$), or, in the case of Value Line, the number of trading days between the Value Line report containing $F_{qj,\text{VL}}$ and the earnings announcement date. $\text{NFCSTS}_{qjs}=$ the number of forecasts entering the computation of the I/B/E/S consensus forecast, or 1 in the case of Value Line. Coefficient estimates are presented as the mean across 15 quarterly regressions. The "agree" subsample includes firm-quarters where actual EPS reported by Value Line and I/B/E/S are the same, and the "disagree" subsample includes firm-quarters where actual EPS reported by Value Line and I/B/E/S differ.

* Indicates two-tailed significance at the 10% level.

*** Indicates two-tailed significance at the 1% level.

own consensus using the I/B/E/S detail files, the control variables do not fully explain I/B/E/S's forecasting advantage. The coefficient on the VLDUM variable is positive and statistically significant for the full sample and both subsamples in Table 5, whereas it was negative and statistically significant for the full sample and the "agree" subsample in Table 3. Apparently, our consensus formed from the I/B/E/S detail files is more accurate than the corresponding Value Line forecast for reasons in addition to being more timely, on average, and having the advantage of aggregation that diversifies away idiosyncratic forecaster error.

In separate tests (not tabulated), we find that, relative to the consensus offered by the I/B/E/S summary files, the consensus I/B/E/S forecast that we derive from the detail files is significantly more accurate. Specifically, we estimate model (3), comparing the I/B/E/S summary file consensus to the I/B/E/S detail file consensus, but we substitute the variable IBSUMDUM for VLDUM, where IBSUMDUM equals one if the forecast is from the summary files and zero if the forecast is from the detail files. We find that the mean coefficient on IBSUMDUM across 15 quarters is 0.026, significant at the 0.005 level, indicating a statistically significant advantage of the detail files as a source of consensus forecasts. This result demonstrates the importance of using reasonably timely forecasts when evaluating the benefits of aggregation across analysts (Brown, 1991, p. 355).

We also substitute the I/B/E/S consensus from the detail files for the consensus from the summary files and repeat the analysis in Table 4. The results (not tabulated) indicate that, with reference to Pearson (Spearman) correlations between forecast errors and 3-day abnormal returns centered on the earnings announcement, I/B/E/S outperforms Value Line as a proxy for market expectations by 3.2% (4.0%) compared to the 2.8% (2.5%) I/B/E/S advantage reported in Table 4. We observe similar improvements in the consensus from the I/B/E/S detail file as compared to the I/B/E/S summary file in both the "agree" and the "disagree" subsamples. Consistent with Brown (1991) and Brown and Kim (1991), respectively, our results suggest the potential to develop forecasts, from the I/B/E/S detail file, that are more accurate and are better proxies for the market's earnings expectations than the consensus forecasts available from the I/B/E/S summary files.

### 6.2. Rationality of I/B/E/S and Value Line earnings forecasts

Many studies have documented systematic bias and underreaction to information in analysts' forecasts (e.g., Mendenhall, 1991; O'Brien, 1988). Other studies have evaluated the degree to which analyst underreaction to earnings information can explain the market's underreaction reflected in post-earnings-announcement-drift. Some studies rely on Value Line data (e.g., Abarbanell & Bernard, 1992; Shane & Brous, 2001), while others derive consensus forecasts from I/B/E/S (e.g., Frankel & Lee, 1998; Kang, O'Brien, & Sivaramakrishnan, 1994). Given that Value Line analysts are not attached to brokerage houses, whereas I/B/E/S analysts typically are, an interesting issue is whether the rationality of analysts' forecasts differs across these two databases.

Prior research attributes optimism and pessimism bias to analysts catering to management demands due to pressures associated with: (1) analysts' need for private information to guide their forecasts (Brown, Foster, & Noreen, 1985; Francis & Philbrick, 1993); and (2) investment banking relationships between brokerage firms and the companies that analysts in those firms follow (Dugar & Nathan, 1995). Value Line does not have investment banking relationships with the firms it follows, but Value Line analysts may still obtain private information from management. Furthermore, Value Line claims to incorporate information about earnings momentum into its buy–sell–hold recommendations, and empirical evidence supports this claim (Affleck-Graves & Mendenhall, 1992). If Value Line incorporates this information into its earnings forecasts, there should be less underreaction in Value Line earnings forecasts relative to that reflected in forecasts of I/B/E/S analysts.

To examine this issue, we compare Value Line forecasts to the I/B/E/S consensus forecast derived from the I/B/E/S detail files. For each of the 922 firms with available data, we compute mean and median forecast errors across quarters (up to 15 quarters per

firm). Panel A of Table 6 reports means (medians) of these firm-level mean (median) forecast errors. The mean forecast error across firms is significantly negative for Value Line but insignificantly different from zero for I/B/E/S. In contrast, the distribution of medians indicates statistically significant overall pessimism for both Value Line and I/B/E/S. Brown (2001) attributes significant optimism in the mean forecast and significant pessimism in the median (the pattern observed in our Value Line data) to a few extreme negative forecast errors driving the mean. As indicated in the last row of panel A, we find that Value Line forecasts are significantly more optimistic than the consensus that we derive from the I/B/E/S detail files. Given prior evidence that optimism in analysts' forecasts increases with the forecast horizon (Kang et al., 1994), our results are consistent with the I/B/E/S consensus containing, on average, timelier forecasts than the Value Line forecast.

To compare the underreaction in Value Line and I/B/E/S forecasts, we compute forecast errors as described in Eq. (1) above and estimate parameters of the regression:

$$\mathrm{FE}_{qjs} = \beta_{0q} + \beta_{1q}(\mathrm{FE}_{q-1,j,s}) + u_{qj} \quad (4)$$

where the subscript $s$ indicates a forecast error defined with reference to Value Line forecasts ($s$ = VL) or to median I/B/E/S consensus forecasts derived from the I/B/E/S detail files ($s$ = IBES). We estimate regressions on a quarterly basis across firms and then summarize coefficient estimates across the 14 quarters with available data. Model (4) regresses firm $j$'s current quarter forecast error against firm $j$'s prior quarter forecast error, holding constant the source of the forecast. A significantly positive slope coefficient is consistent with evidence in prior literature that analysts underreact to information in prior earnings forecast errors. Panel B of

Table 6
Value Line and I/B/E/S forecasting rationality

(Panel A) Optimism/pessimism in forecasts across forecast databases—full sample ($n$ = 922 firms)

| Forecast source | Mean of firm-level mean forecast errors (two-tailed $p$-value) | Median of firm-level median forecast errors (two-tailed $p$-value)-sign rank test |
|---|---|---|
| VL: $F_{qj,\mathrm{VL}}$ | − 0.054% (0.0001) | 0.011% (0.01) |
| I/B/E/S detail files: $F_{qj,\mathrm{I/B/E/S}}$ | − 0.000% (0.9691) | 0.023% (0.0001) |
| Difference VL—I/B/E/S | − 0.053% (0.0001) | − 0.004% (0.0001) |

(Panel B) Tests of rationality of I/B/E/S and Value Line quarterly earnings forecasts (mean of parameter estimates across 14 quarterly regressions using the full sample)

| Source of $\mathrm{FE}_{qjs}$ and $\mathrm{FE}_{q-1,j,s}$ | $\beta_0$ ($p$-value) | $\beta_1$ ($p$-value) | Adj-$R^2$ | $F$-statistic |
|---|---|---|---|---|
| Value Line | − 0.0002 (0.0603) | 0.2268 (0.0001) | 0.047 | 25.77 |
| I/B/E/S (detail files) | 0.0001 (0.2897) | 0.2502 (0.0001) | 0.064 | 35.63 |
| Mean difference across 14 quarters ($p$-value associated with mean difference) | − 0.00247 (0.0312) | − 0.0233 (0.4345) | | |

See equation (4).

Value Line forecasts come from the last Value Line report with a forecast of quarter $q$ earnings. The I/B/E/S consensus forecast is the median of all I/B/E/S analysts' most recent forecasts issued between the quarter $q-1$ and quarter $q$ earnings announcement dates. Panel A contains the across-firm mean (median) of firm-level mean (median) signed Value Line and I/B/E/S forecast errors. Panel B contains parameter estimates summarized across 14 quarterly regressions of Value Line (I/B/E/S) quarter $q$ forecast errors on Value Line (I/B/E/S) quarter $q-1$ forecast errors.

Table 6 reports means of model (4) parameter estimates across the 14 quarters. The evidence in panel B is consistent with previous research (e.g., Mendenhall, 1991): both Value Line and I/B/E/S databases exhibit positive serial correlation in forecast errors, consistent with analyst underreaction. Specifically, the $\beta_1$ coefficient estimates using Value Line or I/B/E/S forecast errors are significantly positive. Interestingly, we do not find that Value Line and I/B/E/S differ significantly in their underreaction to information in their respective prior earnings forecast errors. Overall, we find that that Value Line forecasts are more optimistic than the consensus forecasts derived from the I/B/E/S detail files, and the two databases provide forecasts that are comparable in their underreaction to recent earnings surprises.

## 7. Conclusion

We compare Value Line and I/B/E/S earnings forecasts in terms of their accuracy, rationality and the degree to which they proxy for market expectations. Our evidence suggests that, relative to I/B/E/S consensus earnings forecasts, Value Line issues less accurate current quarter earnings forecasts. Two factors play major roles in explaining I/B/E/S's forecasting advantage. First, I/B/E/S analysts can update their forecasts anytime up to the time of the earnings announcement, whereas Value Line typically produces one forecast per firm per quarter, giving I/B/E/S a timing advantage over Value Line. Second, since the I/B/E/S consensus generally aggregates expectations of more than one analyst, it mitigates idiosyncratic analyst error, while the Value Line forecast is produced by a single analyst. When we obtain the I/B/E/S consensus from the I/B/E/S summary files, these two factors explain all of I/B/E/S's forecasting superiority, but when we derive the I/B/E/S consensus from the I/B/E/S detail files, a statistically significant portion of the I/B/E/S forecasting superiority remains.

Our results differ from those of PR, who did not find evidence of the superiority of I/B/E/S consensus forecasts relative to Value Line forecasts. I/B/E/S has significantly expanded its database since the time of PR's study. Correspondingly, the number of forecasts entering the I/B/E/S consensus has increased significantly, and we suspect that this partly explains the difference in results between the two studies. It is also possible that improvements in the I/B/E/S database since PR's study were stimulated by increased competition in the earnings forecast database industry. In any case, our results suggest that, in more recent years, I/B/E/S's current quarter consensus forecasts are more accurate than Value Line's, and I/B/E/S forecasts offer a better proxy for the market's earnings expectations immediately before a quarterly earnings announcement. Contrary to PR, we find no evidence that actual EPS numbers reported by I/B/E/S are of lower quality than those reported by Value Line.

Our evidence regarding analysts' forecasting rationality suggests that Value Line forecasts are relatively more optimistic than timelier I/B/E/S consensus forecasts. Our evidence that Value Line and I/B/E/S forecasts reflect similar amounts of underreaction to earnings information is somewhat surprising, considering prior research documenting the fact that Value Line's success in recommending stocks is due to its ability to detect earnings momentum (Affleck-Graves & Mendenhall, 1992). One explanation consistent with these results is that Value Line's stock recommendations (i.e., timeliness ranks) and earnings forecasts emerge from two unrelated processes. Future research could test the hypothesis that changes in Value Line timeliness ranks predict Value Line earnings forecast errors.

## Acknowledgements

We are especially grateful to Larry Brown (Associate Editor) for his helpful comments and guidance. We also greatly appreciate helpful comments from an anonymous referee, Dov Fischer, Dave Guenther, John Jacob, Rick Morton, Jana Raedy, Srini Rangan, Frank Selto, Naomi Soderstrom and participants at a University of Colorado workshop. We also gratefully acknowledge the contribution of Thomson Financial for providing earnings per share forecast data, available through the Institutional Brokers Estimate System (I/B/E/S). This database has been provided as part of a broad academic program to encourage earnings expectations research.

## References

Abarbanell, J. (1991). Do analysts' earnings forecasts incorporate information in prior stock price changes? *Journal of Accounting and Economics*, *14*, 147–165.

Abarbanell, J., & Bernard, V. (1992). Tests of analysts' overreaction/underreaction to earnings information as an explanation for anomalous stock price behavior. *Journal of Finance*, *47*, 1181–1207.

Affleck-Graves, J., & Mendenhall, R. (1992). The relation between the Value Line enigma and post-earnings-announcement drift. *Journal of Financial Economics*, *31*, 75–96.

Ashton, A. H., & Ashton, R. H. (1985). Aggregating subjective forecasts: Some empirical results. *Management Science*, *31*, 1499–1508.

Barron, O., & Stuerke, P. (1998). Dispersion in analysts' earnings forecasts as a measure of uncertainty. *Journal of Accounting, Auditing & Finance*, *13*, 243–268.

Brown, L. (1991). Forecast selection when all forecasts are not equally recent. *International Journal of Forecasting*, *7*, 349–356.

Brown, L. (1993). Earnings forecasting research: Its implications for capital markets research. *International Journal of Forecasting*, *9*, 295–320.

Brown, L. (1997). Analyst forecasting errors: Additional evidence. *Financial Analysts Journal*, *53*(6), 81–88.

Brown, L. (2001). A temporal analysis of earnings surprises: Profits and losses. *Journal of Accounting Research*, *39*, 221–241.

Brown, L., & Kim, K. (1991). Timely aggregate analyst forecasts as better proxies for market earnings expectations. *Journal of Accounting Research*, *29*, 382–385.

Brown, P., Foster, G., & Noreen, E. (1985). Security analyst multi-year earnings forecasts and the capital market (Studies in Accounting Research #21, American Accounting Association).

Dugar, A., & Nathan, S. (1995). The effect of investment banking relationships on financial analysts' forecasts and investment recommendations. *Contemporary Accounting Research*, *11*, 131–160.

Easterwood, J., & Nutt, S. (1999). Inefficiency in analysts' earnings forecasts: Systematic misreaction or systematic optimism? *Journal of Finance*, *54*(5), 1777–1797.

Francis, J., & Philbrick, D. (1993). Analysts' decisions as products of a multi-task environment. *Journal of Accounting Research*, *31*, 216–230.

Frankel, R., & Lee, C. (1998). Accounting valuation, market expectation, and cross-sectional stock returns. *Journal of Accounting and Economics*, *25*, 283–319.

Kang, S., O'Brien, J., & Sivaramakrishnan, K. (1994). Analysts' interim earnings forecasts: Evidence on the forecasting process. *Journal of Accounting Research*, *32*, 103–112.

Libby, R., & Blashfield, R. K. (1978). Performance of a composite as a function of the number of judges. *Organizational Behavior and Human Performance*, *21*, 121–129.

Matsumoto, D. (2002). Management's incentives to avoid negative earnings surprises. *The Accounting Review*, *77*, 483–514.

Mendenhall, R. (1991). Evidence of possible underweighting of earnings-related information. *Journal of Accounting Research*, *29*, 170–180.

O'Brien, P. (1988). Analysts' forecasts as earnings expectations. *Journal of Accounting and Economics*, *10*, 159–193.

Philbrick, D., & Ricks, W. (1991). Using Value Line and I/B/E/S forecasts in accounting research. *Journal of Accounting Research*, *29*, 397–417.

Shane, P., & Brous, P. (2001). Investor and (Value Line) analyst underreaction to information about future earnings: The corrective role of non-earnings-surprise information. *Journal of Accounting Research*, *39*, 387–404.

**Biographies:** Sundaresh RAMNATH is Assistant Professor of Accounting at Georgetown University's McDonough School of Business. His research interests include information transfers between firms in the same industry, the role of analysts' forecasts in security price formation and the relationship between accounting information and security prices. His prior research appears in *The Review of Financial Studies* and *Journal of Accounting Research*.

Steve ROCK is Assistant Professor of Accounting at the University of Colorado Leeds School of Business. His research interests include the study of financial analyst forecasting behavior and econometric modeling issues related to the study of determinants of analyst following. His prior research appears in *The Journal of Accounting and Economics*.

Philip SHANE is Associate Professor of Accounting at the University of Colorado Leeds School of Business. His research interests include the intermediary roles of financial analysts and forecasting in the relationship between accounting information and security prices. His prior research appears in *The Accounting Review*, *Decision Sciences*, *Journal of Accounting Research* and other academic journals.