# Banc of America Securities
## Equity Research
### Montgomery Division


Bank of America.

## ORACLE CORPORATION*    BUY

| December 15, 2000 | INTERNET INFRASTRUCTURE SOFTWARE | NASDAQ: ORCL |
|---|---|---|
| Bob Austrian (415) 913-5424; baustrian@bofasecurities.com | | Analysis of Sales/Earnings |
| Tom Pagel (415) 627-3817; tpagel@bofasecurities.com | | DJIA: 10675 |
| Sandeep Shroff (415) 627-2845; sshroff@bofasecurities.com | | S&P 500: 1341 |

| | | FYE 5/31 | 2000A | 2001E | 2002E |
|---|---|---|---|---|---|
| PRICE: | $27.50 | EPS | | | |
| 12-MONTH TARGET PRICE: | $45 | Q1(AUG) | $0.04 | $0.08A | $0.11 |
| 52-WEEK RANGE: | $46-19 | Q2(NOV) | 0.06 | 0.11A | 0.15 |
| FULLY DILUTED SHARES O/S: | 5,850.0 MM | Q3(FEB) | 0.08 | 0.12 | 0.17 |
| MARKET CAPITALIZATION: | $160.9 BB | Q4(MAY) | 0.15 | 0.21 | 0.27 |
| AVG. DAILY VOL. (3 MOS.): | 54,443,962 | FISCAL YR | $0.34 | $0.52 | $0.69 |
| SECULAR EPS GROWTH: | 30% | P/E | 80.9 | 52.9 | 39.9 |
| FY 2001E REVENUES: | $11.9 BB | P/E/G | 270% | 176% | 133% |
| MARKET CAP./REVENUES: | 1348% | PREV. EST. | | $0.50 | |
| 11/00 TOTAL DEBT: | $300.8 MM | CALENDAR YR | $0.43 | $0.59 | $0.76 |
| 11/00 LTD/TOTAL CAP.: | 5.8% | P/E | 64.0 | 46.6 | 36.2 |
| 11/00 ROAE: | 61.2% | P/E/G | 213% | 155% | 121% |
| 11/00 SHAREHOLDERS' EQ.: | $4,926.5 MM | PREV. EST. | | $0.57 | |
| 11/00 BOOK VALUE/SHARE: | $0.84 | | | | |
| DIVIDEND/YIELD: | NONE | | | | |

\*    Banc of America Securities LLC currently maintains a market in this security.

**A Very Good Quarter—Clean Across the Board and Accelerating Applications Growth. Still Maintaining Caution Given a Slowing Economy, Slower Margin Expansion and Valuation. In Our View, It's Clearly a "Buy."**

**KEY POINTS:**

- **Oracle delivered a very good F2Q01 (November).** For the first time in several quarters, Oracle delivered a very clean quarter, with all key metrics having met or exceeded estimates. Most notably, applications license revenue accelerated to 66% growth vs. our high-on-the-street 58% growth estimate. Database licenses were in-line at $775 million. Excluding currency effects, revenue growth would have been 6.5% higher. Operating income grew 64% year-over-year, and beat our growth estimate of 47%. We continue to be quite optimistic about Oracle's B2B infrastructure sector, as the company's improving results attest to. Finally, Oracle's suite-based counter to the "best of breed" applications approach continues to make modest but noteworthy progress.

- **Caution is still warranted given the economy, slower margin expansion, and valuation.** While Oracle took another positive step in F2Q, a few cautionary factors preclude a more aggressive rating. A slowing economy, while perhaps affecting B2B infrastructure less than some other sectors,

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER     NDCA-ORCL1051457

could still limit upside, at the margin. In addition, Oracle's margin expansion, while still impressive, is beginning to slow; operating margin outperformance was only 11% this quarter, versus more than 20% for each of the last four quarters. Finally, valuation remains high at 13x CY01 revenue and nearly 50x EPS.

♦ **Summary: positive execution and opportunity are constrained by economy, valuation. Reiterate "Buy."** Oracle had a fine quarter, delivering very clean results across the board. The company is executing remarkably well given a couple of senior management departures in the last several months. In addition, Oracle's market opportunity and suite-based approach remain robust. These positives continue to be constrained by a looming macroeconomic deceleration, internally slowing margin expansion, and valuation. In summary, the Oracle story is now 30% fundamental execution and 70% a question of "what are they worth?" In our view, the company is worth a P/E to growth ratio of 2x. Relative to our new CY02 EPS estimate of $0.76, and assuming a 30% long-term EPS growth rate, our new price target is $45. Still solidly a "Buy."

## Details:

### Big Picture: Our Perspective on the Desktop to Internet Evolution

**The gap between desktop computing and Internet-oriented, server-based computing is widening.** The technology landscape continues to evolve dramatically from yesterday's desktop-oriented, PC-based environment to today's Internet-oriented, server-based world. Evidence of this widening dichotomy continues to mount, with desktop-oriented PC manufacturers, hardware vendors, and software vendors (Microsoft) continuing to disappoint investors. Notably, Microsoft said their enterprise applications are doing fine. Investors grouping all technology companies together, in our view, are missing the crux of the Internet revolution. The Internet, for the first time, enables widespread, easy access to common data, thereby making many formerly prohibitively expensive or technologically infeasible applications possible.

**Many business applications are essentially created by the Internet.** Such applications, that have been enabled "overnight" by the Internet, include procurement, B2B connectivity, collaboration, productivity-enhancing applications such as expense reporting and employee self-service, and browser-based versions of existing ERP and CRM applications. Server-based business applications are accelerating, while desktop applications are declining. In yesterday's world, you ran applications on your desktop because you had to. Today, you communicate across continents with business partners because you can. It's why everyone's hoping for DSL, not a new PC, under their tree this Christmas season.

**Oracle's database and applications fully embrace the Internet "architecture."** Oracle, as a flag-bearer for Internet-oriented, B2B infrastructure and applications, is well positioned to leverage this ongoing, dramatic paradigm shift. In the old world, you owned software because you had to. In the new world, because of the Internet, it is possibly to rent applications from a third party and access them over the Internet. Oracle is embracing this ASP model. The Internet is a server-based architecture and Oracle sells server-based products. Oracle didn't plan or invent the Internet, but their products are tailor-made for it.

### Financial Overview

**Revenues:** Total revenue came in at $2.66 billion, up 15% y/y, inline with our estimate of $2.63 billion. Application license revenue at $279 million (25.5% of total license revenue) was up 66% y/y and

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

NDCA-ORCL1051458

## Banc of America Securities

5% ahead of our Street-high estimate of $265 million. Database server license revenue was $775 million, up 19% y/y, slightly (~3%) ahead of our estimate of $755 million. EPS was $0.11, a penny better than our $0.10 estimate. This quarter saw total revenues get impaired by about 6.5% due to foreign exchange factors (primarily a weak Euro).

**Expenses:** Expense control on all fronts contributed to the large jump in operating margin improvement. As a percentage of revenue all expense items were lower sequentially as well as on year-over-year basis. On the operational efficiency front, Oracle continues to lead by example by using its own software products to streamline its own business processes. Gross margin for services was 54.9%—better than it has ever been for Oracle. Total headcount, after trending down for the last five quarters, inched up by 2% this quarter. This increase in headcount may constrain operating margin expansion slightly in F3Q (Feb), but we expect operating margin expansion to continue.

Table 1

**VARIANCE SUMMARY**
($ millions)

|  | FY 2Q01A | FY 2Q00 | % Chg | FY 2Q01E | Variance |
|---|---|---|---|---|---|
| License Revenue | 1093 | 877 | 24.6% | 1055 | 3.6% |
| Total Revenue | 2660 | 2322 | 14.5% | 2630 | 1.1% |
| Operating Income | 946 | 576 | 64.2% | 849 | 11.5% |
| Pretax Income | 966 | 592 | 63.3% | 949 | 1.8% |
| Net Income | 623 | 384 | 62.0% | 617 | 1.0% |
| **EPS** | $0.11 | $0.06 | 65.8% | $0.10 | 2.1% |
| Shares O/S (mm) | 5,875 | 6,013 | NM | 5,939 | NM |

**Good outperformance, but magnitude of operating income upside declined.** As outlined in Table 2, revenue and operating income outperformed estimates. Note that operating income outperformed by only 11% (not bad) after having outperformed our estimates by more than 20% in each of the last four quarters. We believe outperformance in operating income continues to be within reach for Oracle, but that big outperformance will be less likely than it has been in the recent past.

*Bob Austrian (415) 913-5424*   3

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

NDCA-ORCL1051459

# Banc of America Securities

Table 2
**ORACLE CORPORATION**
Outperformance
($ millions)

|  | Aug-99 1Q00 | Nov-99 2Q00 | Feb-00 3Q00 | May-00 4Q00 | Aug-00 1Q01 | Nov-00 2Q01 |
|---|---|---|---|---|---|---|
| Estimated License Revenue | 645 | 835 | 955 | 1,825 | 770 | 1,055 |
| Reported License Revenue | 603 | 877 | 1,043 | 1,792 | 771 | 1,093 |
| % Outperformance | (6.6%) | 5.1% | 9.2% | (1.8%) | 0.2% | 3.6% |
| Estimated Total Revenue | 2,075 | 2,320 | 2,370 | 3,405 | 2,285 | 2,630 |
| Reported Total Revenue | 1,985 | 2,322 | 2,449 | 3,374 | 2,262 | 2,660 |
| % Outperformance | (4.4%) | 0.1% | 3.4% | (0.9%) | (1.0%) | 1.1% |
| Estimated Operating Income | 346 | 468 | 599 | 1,139 | 545 | 849 |
| Reported Operating Income | 346 | 576 | 770 | 1,388 | 658 | 946 |
| % Outperformance | 0% | 23.0% | 28.4% | 22.0% | 20.7% | 11.5% |

Source: Company reports, Banc of America Securities LLC estimates.

*Outperformance has moderated.*

## Suite-Based Product Positioning Continues

**Oracle's suite-based approach takes another positive step.** Oracle's management, most notably CEO Larry Ellison, continues to proffer an argument in favor of a suite-based approach to business computing, as opposed to "best of breed". The Oracle perspective is that business buyers can acquire a suite of applications from Oracle that are integrated and use a common database, thereby reducing the need to hire large numbers of programmers to cobble together disparate "best of breed" solutions. The argument is sound—integration is arguably the most challenging task in building today's business computing systems. Unfortunately, until recently, the solutions haven't existed. Oracle's suite of applications, while still offering less functionality than "best of breed" vendors', appears to be making headway. Application licenses grew 60% in the quarter, and Oracle's 11i E-Business Suite, introduced in June, now has 83 live customers. We believe the suite-based approach will continue to gain gradual acceptance among customers.

## Applications Overview

**E-Business Suite 11i gaining traction.** Oracle's E-Business Suite 11i has established a foothold in the enterprise market. 11i now has 83 live customers and management believes the number of live customers could be in the hundreds by February 2001. In addition, 11i seems to now be reaching a critical mass of reference customers. Oracle's suite-based approach eliminates the need for large-scale system integration, reducing labor costs which can often exceed costs of software by 200-300% or more. As an example of Oracle's rapid implementation potential, management cited JDS Uniphase, which implemented the entire e-business suite across 14 countries in a span of ten months. Finally, the company highlighted a few applications wins against "best-of-breed" vendors including i2 and Siebel.

**Application outlook: near-term acceleration is possible.** Management has guided to year-over-year application growth of 75% in F3Q01 (Feb). The company maintains that its pipeline is strong and the issue with respect to applications is whether it can deliver the product, not the demand.

4   *Bob Austrian (415) 913-5424*

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

NDCA-ORCL1051460

## Banc of America Securities

### Services Overview

**Services gross margin at 54.9%—best ever performance.** Oracle saw the productivity of its services organization grow to an unprecedented level. The services organization delivers support services, consulting services and education services. Within this organization, the consulting and education services group delivered a 1% y/y increase in revenue (in local currency terms) after five consecutive quarters of zero or negative growth. Support services continue to grow at a steady pace of around 30%.

### Operating Margins

**1080 basis point margin improvement y/y is the big news.** In its quest of reaching 40% blended operating margin (for the fiscal year) by F4Q01 (May), Oracle itself continues to be the best example of the ROI its software is capable of delivering. In this latest quarter Oracle's operating margin rose to 35.6%, 1,080 basis points better than the 24.8% operating margin last year. The law of diminishing returns certainly applies to margin improvements as it does to just about any other process, but we believe Oracle can deliver on its goal of taking operating margin up to 40% over the next couple of quarters.

### Covisint

**Covisint to buy Oracle software for cash and equity.** During the quarter, Oracle highlighted its new agreement with Covisint, the large B2B exchange for the automotive industry sponsored by GM, Ford and Daimler-Chrysler. The exchange has licensed more than 55 Oracle products, including Oracle E-Business Suite, Oracle Exchange Marketplace, Oracle technology platform (database and application server) and Oracle Internet Developer Suite. Revenue from this deal will be recognized in F3Q01 (February). As part of the deal Oracle also received an undisclosed equity in Covisint. Covisint announced that it had already transacted $1.5 billion worth of business on its marketplace. Although this is a large number in absolute terms, it is very small when compared to the $300 billion of US automotive industry's direct spend that this exchange was setup to capture. Investors will watch the evolution of Covisint, and its use of Oracle's products, as a leading indicator of Oracle's future success in the e-marketplace arena.

### Geographies

**Oracle executed well across all geographic regions.** In constant dollars, their sales were up 26% in North America, 18% in Europe, Middle-East and Africa and 34% in Asia Pacific countries. Applications performed well in all regions. However, in Europe database licenses were lower by 3% in dollar terms but 13% higher in local currencies.

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER                    NDCA-ORCL1051461

# Banc of America Securities

Table 3
**ESTIMATE REVISIONS**
($ millions)

|  | FY 3Q01E | FY 4Q01E | FY01E | CY01E |
|---|---|---|---|---|
| **Current** | | | | |
| License Revenue | 1,305 | 2,285 | 5,454 | 6,070 |
| Total Revenue | 2,930 | 4,080 | 11,931 | 13,040 |
| Operating Margin | 37.8 | 46.0 | 38.5 | 40.3 |
| EPS | $0.12 | $0.21 | $0.52 | $0.59 |
| **Previous** | | | | |
| License Revenue | 1,260 | 2,240 | 5,326 | 6,050 |
| Total Revenue | 2,845 | 4,045 | 11,782 | 13,050 |
| Operating Margin | 34.7 | 41.8 | 35.5 | 37.5 |
| EPS | $0.12 | $0.20 | $0.50 | $0.57 |

**Summary: Modest increases in estimates. Maintain Buy.** We've made modest increases to estimates as outlined in Table 3. We're raising FY01 EPS from $0.50 to $0.52. We're increasing FY01 revenue by about $150 million to $11.9 billion. Our calendar 2001 EPS estimates are increased from $0.57 to $0.59, with only minor modifications to our revenue estimates. Maintain **Buy**.

*Oracle Corporation is the world's largest vendor of database software and information management services with $10.1 billion in LTM revenues. Oracle software provides solutions for client/server and Internet computing, mainframe downsizing and corporate re-engineering. Oracle products include databases, a complete suite of development tools and application products for accounting, human resources and manufacturing.*

| NOT FDIC-INSURED | May lose value |
|---|---|
|  | No bank guarantee |

This report is for information purposes only and is based on information available to the public from sources believed to be reliable, but no representation is made that it is accurate or complete, and no information herein should be relied upon as such. Opinions and projections found in this report reflect our opinion as of the report date and are subject to change without notice. This report is neither intended nor should be considered as an offer to sell, or solicitation or basis for any contract, for the purchase of, any security, loan or other financial product. Banc of America Securities LLC, its affiliates, Bank of America Corporation and their respective directors, officers and associates, from time to time may maintain a long or short position in, act as a market maker for, or purchase or sell a position in, securities, loans or other financial products mentioned herein, or of the entities referred to herein, or related investment securities or products. Banc of America Securities LLC or its affiliates may have acted as manager or co-manager for a public offering of securities of companies mentioned herein. Banc of America Securities LLC or its affiliates may be performing, have performed or seek to perform investment banking, advisory, banking or other services for any company mentioned herein. Certain securities in this report may not have been registered under the Securities Act of 1933 as amended (the "Securities Act") and may not be offered or sold except in a transaction pursuant to SEC Rule 144A, Regulation S or otherwise exempt from or not subject to the registration requirements of the Securities Act. Past performance of securities, loans or other financial instruments is not indicative of future performance. This report may not be circulated or reproduced without prior written permission from Banc of America Securities LLC. Banc of America Securities LLC is not responsible for typographical errors herein. Further information on any security mentioned herein may be available upon request. Banc of America Securities LLC is a subsidiary of Bank of America Corporation and is a member of NYSE, NASD and SIPC.          © Copyright 2000 Banc of America Securities LLC

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER                                        NDCA-ORCL1051462