CIBC World Markets

**Equity Research**

January 17, 2001

# Oracle Corporation

**Extending The Suite By Expanding Its B2B Strategy**

## Enterprise Software

**Melissa Eisenstat** (212) 667-4665
**Jeff Burnett** (212) 667-7990

## Investment Conclusion

- Yesterday, Oracle announced the expansion of its e-business suite strategy from its previous focus on procurement and on intra-company operations to a new focus on inter-company collaboration called Oracle Exchange. Oracle's importance in the enterprise software industry suggest it could gain mindshare in the B2B space over the next several years.

- Weakness in corporate IT spending implies the new products, which the company claims are immediately available, will have a limited immediate impact on earnings. However, there is no question in our minds that time is on Oracle's side, especially in a weak economic environment, when competitors are not pulling ahead, thereby giving Oracle time to catch up in terms of products and services.

- At the very least, this announcement increases our confidence in our current revenue forecast and earnings estimates. Specifically, we have forecasted FY2001 procurement revenues (a portion of Oracle Exchange) of $286 million, which implies estimated yearly growth of 125%. This is still a small portion of our total revenue forecast of $12.1 billion.

- We are maintaining our Buy rating, our FY2001-2002 EPS estimates of $0.51 and $0.61, and our $42 price target. We continue to value the stock by applying a 19X multiple to our CY01 revenue forecast of $13.0 billion, which is the average multiple given to Oracle's competitors.

**Rating: BUY**

| | |
|---|---|
| ORCL-OTC (1/16/2001): | $32 3/16 |
| 52-week Range: | $46 1/2-20 23/32 |
| Shares Outstanding: | 5.9 Billion |
| Float: | 4.4 Billion Shares |
| Market Capitalization: | $190 Billion |
| Dividend/Yield: | Nil/Nil |
| Fiscal Year Ends: | May |
| Book Value: | $0.84 per Share |
| FY 2001E ROE: | 52.0% |
| LT Debt: | $301 Million |
| Preferred: | Nil |
| Common Equity: | $4.9 Billion |

**Earnings per Share**

| | |
|---|---|
| FY 2000 | $0.34 |
| FY 2001E | $0.51 |
| FY 2002E | $0.61 |

**P/E Ratio**

| | |
|---|---|
| FY 2000 | 94.7X |
| FY 2001E | 63.1X |
| FY 2002E | 52.8X |

melissa.eisenstat@us.cibc.com

**Company Description:**
*Oracle is the second largest software company. It dominates the enterprise software industry, selling a broad range of products including databases, tools and applications.*

01-0619 © 2001

CIBC World Markets Inc., P.O. Box 500, 161 Bay Street, BCE Place, Toronto, Canada M5J 2S8 • (416) 594-7000
CIBC World Markets Corp., One World Financial Center, New York, NY 10281 • (212) 667-7000 (800) 999-6726

CIBC 00210

**Expanding its horizons...**

On Tuesday, January 16, Oracle announced a major expansion of its E-Business Suite. The suite, which had primarily focused on procurement, is now being expanded to encompass collaboration and is being called Oracle Exchange. The new collaborative suite includes the following modules: supply chain, transportation, product development and a marketplace. Whereas the E-Business Suite has been primarily directed at optimizing the business processes within an organization and on a one-to-one basis between partners, the exchange is meant to foster collaboration of many business partners through one common channel.

As part of the announcement, Oracle said over 30 separate companies have agreed to develop software to support the various aspects of the Oracle Exchange platform. These companies are expected to develop products to support new commerce, business, enablement and portal services. We believe the real leverage Oracle stands to gain over time is the proliferation of applications and services based on its technology, creating a sort of "eco-system." We believe this will take at least several quarters to evolve.

While Oracle management did not announce any specific customers of the new product, they did indicate that several companies are piloting the product. At this early juncture it is impossible to judge the developmental maturity of these products. However, regardless of where the products stand today, Oracle does have the following points in its favor. First, the company's large installed base is likely to at least investigate the Oracle offering before making a decision, and second, given the current economic softness, we believe companies are likely to delay decisions concerning supply chain software. Basically, time

CIBC World Markets Corp., or one of its affiliated companies, makes a market in the securities of this company.

This report is issued and approved for distribution by (i) in the US, CIBC World Markets Corp., a member of the NYSE and SIPC, (ii) in Canada, CIBC World Markets Inc., a member of the IDA and CIPF, (iii) in the UK, CIBC World Markets plc, which is regulated by the SFA, and (iv) in Australia, CIBC World Markets Australia Limited, a member of the Australian Stock Exchange and regulated by the ASIC. Any questions should be directed to your sales representative.

Every state in the United States, province in Canada and most countries throughout the world have their own laws regulating the types of securities and other investment products which may be offered to their residents, as well as the process for doing so. As a result, some of the securities discussed in this report may not be available to every interested investor. Accordingly, this report is provided for informational purposes only, and does not constitute an offer or solicitation to buy or sell any securities discussed herein in any jurisdiction where such would be prohibited. No part of any report may be reproduced in any manner without the prior written permission of CIBC World Markets.

The information and any statistical data contained herein have been obtained from sources which we believe to be reliable, but we do not represent that they are accurate or complete, and they should not be relied upon as such. All opinions expressed and data provided herein are subject to change without notice. A CIBC World Markets company or its shareholders, directors, officers and/or employees, may have a long or short position or deal as principal in the securities discussed herein, related securities or in options, futures or other derivative instruments based thereon. A CIBC World Markets company may have acted as initial purchaser or placement agent for a private placement of any of the securities of any company mentioned in this report, may from time to time solicit from or perform financial advisory, investment banking or other services for such company, or have lending or other credit relationships with the same. The securities mentioned in this report may not be suitable for all types of investors; their prices, value and/or income they produce may fluctuate and/or be adversely affected by exchange rates. Since the levels and bases of taxation can change, any reference in this report to the impact of taxation should not be construed as offering tax advice; as with any transaction having potential tax implications, clients should consult with their own tax advisors. Past performance is no guarantee of future results.

This document and any of the products and information contained herein are not intended for the use of private investors in the UK. Such investors will not be able to enter into agreements or purchase products mentioned herein from CIBC World Markets plc.

The comments and views expressed in this document are meant for the general interests of clients of CIBC World Markets Australia Limited. In preparing the advice given in this document, CIBC World Markets did not take into account the investment objectives, financial situation and particular needs of any particular client of CIBC World Markets. Before making an investment decision on the basis of any recommendation made in this document, the recipient should consider how appropriate the recommendation is to their particular investment needs, objectives and financial circumstances. To allow CIBC World Markets to take into consideration a recipient's objectives, financial situation and particular needs, CIBC World Markets requests that, prior to acting on any of the recommendations herein, you contact one of our client advisers to discuss your particular circumstances.

Although each company issuing this report is a wholly owned subsidiary of Canadian Imperial Bank of Commerce ("CIBC"), each is solely responsible for its contractual obligations and commitments, and any securities products offered or recommended to or purchased or sold in any client accounts (i) will not be insured by the Federal Deposit Insurance Corporation, the Canada Deposit Insurance Corporation or other similar deposit insurance, (ii) will not be deposits or other obligations of CIBC, (iii) will not be endorsed or guaranteed by CIBC, and (iv) will be subject to investment risks, including possible loss of the principal invested. The CIBC trademark is used under license.

© 2001 CIBC World Markets Corp. and CIBC World Markets Inc. All rights reserved.

is on Oracle's side, especially if tougher economic conditions persist, because Oracle will have time for its own products to mature and for those of its partners to be released. Under this scenario, customers will be more inclined to at least consider Oracle in their evaluation of supply chain management and collaboration software.

**Potential Effect On Other B-2-B Players**

So, how does this announcement impact the likes of Ariba, Commerce One and i2? In general, no one should be surprised Oracle has entered the supply chain/collaboration marketplace, especially given its desire to be a one-stop shop for enterprise software. We have said before that we believe the "suite" message to be a compelling sales tool—something we have in fact heard directly from field sources. However, the reality of trying to uproot existing "point" products is prohibitive for most customers due to their sunk investments in a great deal of software already. But we believe the announcement further highlights the competitive position of each of these companies:

- **Ariba:** While Ariba revealed a strong desire to increase its supply chain presence on last week's fiscal first-quarter conference call, we believe the company is several months, if not quarters, away from delivering a robust product to the market.

- **Commerce One:** As part of its relationship with SAP, Commerce One is in the midst of a major supply-chain initiative and expects to roll out its first product some time this quarter. Based on SAP's strong technical background and very large installed base, we believe the company is relatively well positioned in terms of the Oracle announcement. However, the history of collaborative software alliances is not pretty, and any problems between C1 and SAP could place C1 in a tough competitive position.

- **i2:** Because of i2's long supply-chain history and solid operational experience, we believe it is particularly well positioned to deliver robust, truly collaborative supply-chain products to the market. In addition, the company's extensive installed base provides it with a natural market for these products. Excluding a serious economic downturn, we expect i2 to continue to lead this market.

**Valuation**

We continue to value the shares of Oracle based on a market capitalization-to-revenue multiple of comparative companies (Exhibit 1). Included in our comparative valuation are companies with which Oracle competes directly within its respective application space. Taking the average of market capitalization-to-revenue we get a 19X multiple. By applying the 19X multiple to the company's CY2001 revenues, we calculate a target price of $42, a 30% upside from current levels. We continue to rate the shares of the company Buy.

**Exhibit 1. Market Capitalization to Revenue Valuation Table**

| Company | TKR | Price 1/16/01 | Shares Out. (M) | Mkt. Cap. ($M) | Calendar Revenues E2000 | E2001 | Market Cap/ Revenues CY2000 | CY2001 |
|---|---|---|---|---|---|---|---|---|
| BEA Systems | BEAS | $62.56 | 431 | $26,939 | $817 | $1,211 | 33x | 22x |
| I2 Technologies | ITWO | $48.50 | 463 | $22,446 | $1,069 | $1,602 | 21x | 14x |
| Microsoft | MSFT | $53.50 | 5,557 | $297,300 | $23,699 | $26,939 | 13x | 11x |
| PeopleSoft | PSFT | $48.50 | 305 | $14,787 | $461 | $544 | 32x | 27x |
| Siebel | SEBL | $72.00 | 497 | $35,754 | $1,727 | $2,560 | 21x | 14x |
| Veritas | VRTS | $96.19 | 439 | $42,182 | $1,121 | $1,720 | 38x | 25x |
| | | | | | | Average | 26x | 19x |
| Oracle | ORCL | $32.31 | 5,933 | $191,706 | $10,745 | $12,982 | 18x | 15x |
| | | | | | | Target Market Cap | | $244,471 |
| | | | | | | Target Share Price | | $42 |
| | | | | | | Upside | | 30% |

Source: StockVal, ILX Systems, CIBC World Markets Estimates

**Our quarterly EPS estimates are shown below.**

| | 1 Qtr. | 2 Qtr. | 3 Qtr. | 4 Qtr. | Year |
|---|---|---|---|---|---|
| FY 2000 Actual | $0.04 | $0.06 | $0.08 | $0.15 | $0.34 |
| FY 2001E Current | $0.08A | $0.11A | $0.12E | $0.20E | $0.51E |
| FY 2002E Current | $0.08E | $0.11E | $0.15E | $0.26E | $0.61E |

**Stock prices (as of 01/16/01) of other companies mentioned in this report:**

Ariba (ARBA-OTC $36 5/16, Strong Buy)
BEA Systems (BEAS-OTC, $62 9/16, not rated)
Commerce One (CMRC-OTC $22, Strong Buy)
i2 Technologies (ITWO-OTC $48, Buy)
Microsoft (MSFT-OTC, $53 ½, Buy)
PeopleSoft (PSFT-OTC, $48 ½, Hold)
Siebel (SEBL-OTC, $72, Strong Buy)
Veritas (VRTS-OTC, $96 3/8, not rated)

CIBC World Markets Corp., or one of its affiliated companies, makes a market in the securities of Ariba, i2 Technologies, Microsoft, Oracle and PeopleSoft. The CIBC World Markets analyst who covers Microsoft has a position in its securities.

Oracle Earnings Model (in $MM, except EPS estimates)

| | 8/99 | 11/99 | 2/00 | 5/00 | FY00 |
|---|---|---|---|---|---|
| Licenses | 632.2 | 902.6 | 1,071.4 | 1,840.6 | 4,446.8 |
| Services | 1,352.3 | 1,419.3 | 1,378.0 | 1,533.7 | 5,683.3 |
| Total Revenues | 1,984.5 | 2,321.9 | 2,449.4 | 3,374.3 | 10,130.1 |
| Cost of services | 756.8 | 753.2 | 707.3 | 852.2 | 3,069.4 |
| S&M | 538.4 | 631.4 | 544.7 | 725.9 | 2,490.1 |
| R&D | 235.9 | 246.2 | 255.6 | 270.2 | 1,007.9 |
| G&A | 107.5 | 111.1 | 122.3 | 137.8 | 480.7 |
| Total Operating Exp. | 1,638.7 | 1,745.6 | 1,678.7 | 1,986.8 | 7,050.0 |
| Operating income | 345.8 | 576.1 | 769.7 | 1,388.5 | 3,080.2 |
| Acquired technology | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Interest & other | 18.3 | 15.5 | 7.8 | 48.4 | 89.9 |
| EBT w/acctg change | 364.2 | 591.5 | 777.5 | 1,436.9 | 3,170.1 |
| Taxes | 127.5 | 207.0 | 270.8 | 511.0 | 1,126.4 |
| Tax Rate | 35% | 35% | 35% | 36% | 36% |
| EAT | 236.7 | 384.5 | 497.1 | 925.9 | 2,044.7 |
| EPS w/o charges | $0.04 | $0.06 | $0.08 | $0.15 | $0.34 |
| EPS w/charges | | | | $1.43 | |
| Shares outstanding | 5,984.8 | 6,012.8 | 6,006.4 | 6,008.6 | 5,995.8 |
| Calendar Revenues | | $9,329.8 | | | |
| Calendar EPS | | $0.24 | | | |
| **MARGIN ANALYSIS** | | | | | |
| Licenses | 32% | 39% | 44% | 55% | 44% |
| Services | 68% | 61% | 56% | 45% | 56% |
| Total Revenues | 100% | 100% | 100% | 100% | 100% |
| Cost of services | 56% | 53% | 51% | 56% | 54% |
| S&M | 27% | 27% | 24% | 22% | 25% |
| R&D | 12% | 11% | 10% | 8% | 10% |
| G&A | 5% | 6% | 5% | 4% | 5% |
| Operating Margin | 17% | 25% | 31% | 41% | 30% |
| **YEARLY GROWTH** | | | | | |
| Licenses | 9% | 18% | 30% | 22% | 21% |
| Services | 16% | 10% | 10% | 7% | 11% |
| Total Revenues | 13% | 13% | 18% | 15% | 15% |
| Cost of services | 11% | -3% | -11% | 5% | 0% |
| S&M | 6% | 7% | 5% | -24% | -5% |
| R&D | 26% | 24% | 22% | 11% | 20% |
| G&A | 14% | 11% | 16% | 9% | 13% |
| Total Operating Expenses | 11% | 4% | 0% | -7% | 1% |
| Operating Income | 24% | 51% | 69% | 72% | 64% |
| Net Income | 21% | 42% | 70% | 76% | 59% |
| EPS (ex charges) | 19% | 39% | 69% | 73% | 57% |

| | 8/00 | 11/00 | 2/01E | 5/01E | FY01E |
|---|---|---|---|---|---|
| Licenses | 807.2 | 1,118.2 | 1,330.6 | 2,316.2 | 5,571.2 |
| Services | 1,454.6 | 1,541.3 | 1,588.1 | 1,923.8 | 6,508.0 |
| Total Revenues | 2,261.9 | 2,659.5 | 2,918.6 | 4,238.2 | 12,078.2 |
| Cost of services | 673.9 | 695.0 | 703.0 | 880.8 | 2,952.7 |
| S&M | 573.0 | 640.9 | 683.3 | 1,086.2 | 2,983.3 |
| R&D | 251.0 | 268.3 | 320.3 | 380.3 | 1,200.0 |
| G&A | 106.0 | 111.4 | 118.7 | 127.2 | 463.3 |
| Total Operating Exp. | 1,603.8 | 1,713.5 | 1,811.4 | 2,454.5 | 7,583.3 |
| Operating income | 658.0 | 946.0 | 1,107.2 | 1,784.7 | 4,496.0 |
| Acquired technology | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Interest & other | 118.2 | 19.0 | 20.3 | 20.7 | 178.0 |
| EBT w/acctg change | 776.2 | 965.0 | 1,127.5 | 1,805.4 | 4,675.0 |
| Taxes | 275.6 | 343.1 | 400.3 | 640.8 | 1,659.8 |
| Tax Rate | 35% | 36% | 36% | 36% | 36% |
| EAT | 500.7 | 622.0 | 727.2 | 1,164.9 | 3,015.2 |
| EPS w/o charges | $0.08 | $0.11 | $0.12 | $0.20 | $0.51 |
| EPS w/charges | | | | | |
| Shares outstanding | 5,932.8 | 5,875.0 | 5,888.7 | 5,804.4 | 5,900.5 |
| Calendar Revenues | | $10,745.1 | | | |
| Calendar EPS | | $0.43 | | | |
| **MARGIN ANALYSIS** | | | | | |
| Licenses | 36% | 42% | 46% | 55% | 46% |
| Services | 64% | 58% | 54% | 45% | 54% |
| Total Revenues | 100% | 100% | 100% | 100% | 100% |
| Cost of services | 46% | 45% | 44% | 46% | 46% |
| S&M | 25% | 24% | 23% | 26% | 25% |
| R&D | 11% | 10% | 11% | 9% | 10% |
| G&A | 5% | 4% | 4% | 3% | 4% |
| Operating Margin | 29% | 36% | 38% | 42% | 37% |
| **YEARLY GROWTH** | | | | | |
| Licenses | 28% | 24% | 24% | 26% | 25% |
| Services | 8% | 9% | 15% | 25% | 15% |
| Total Revenues | 14% | 15% | 19% | 26% | 19% |
| Cost of services | -11% | -8% | -1% | 3% | -4% |
| S&M | 6% | 1% | 12% | 50% | 19% |
| R&D | 6% | 7% | 26% | 33% | 19% |
| G&A | -1% | -1% | -4% | -8% | -4% |
| Total Operating Expenses | -2% | -2% | 6% | 24% | 8% |
| Operating Income | 90% | 64% | 44% | 29% | 46% |
| Net Income | 111% | 62% | 46% | 26% | 47% |
| EPS (ex charges) | 114% | 66% | 46% | 26% | 50% |

| | 8/01E | 11/01E | 2/02E | 5/02E | FY02E |
|---|---|---|---|---|---|
| Licenses | 890.5 | 1,264.2 | 1,658.5 | 2,888.2 | 6,701.5 |
| Services | 1,739.5 | 1,980.4 | 2,083.7 | 2,237.7 | 8,023.4 |
| Total Revenues | 2,628.0 | 3,244.7 | 3,742.2 | 5,208.0 | 14,782.9 |
| Cost of services | 818.8 | 892.6 | 814.1 | 980.6 | 3,604.0 |
| S&M | 609.1 | 752.0 | 852.4 | 1,210.2 | 3,424.6 |
| R&D | 340.8 | 384.4 | 431.8 | 468.6 | 1,625.2 |
| G&A | 139.0 | 144.3 | 150.1 | 158.2 | 583.5 |
| Total Operating Exp. | 1,887.5 | 2,174.2 | 2,348.1 | 2,816.5 | 9,235.2 |
| Operating income | 722.5 | 1,030.5 | 1,394.1 | 2,390.5 | 5,547.6 |
| Acquired technology | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Interest & other | 20.8 | 21.1 | 21.3 | 21.6 | 84.8 |
| EBT w/acctg change | 743.4 | 1,051.6 | 1,425.4 | 2,412.0 | 5,632.4 |
| Taxes | 263.8 | 373.3 | 506.0 | 856.3 | 1,999.5 |
| Tax Rate | 36% | 36% | 36% | 36% | 36% |
| EAT | 479.8 | 678.3 | 919.4 | 1,555.7 | 3,632.9 |
| EPS w/o charges | $0.08 | $0.11 | $0.15 | $0.26 | $0.61 |
| EPS w/charges | | | | | |
| Shares outstanding | 5,914.2 | 5,829.0 | 5,939.9 | 5,951.6 | 5,934.0 |
| Calendar Revenues | | $12,982.5 | | | $12,982.5 |
| Calendar EPS | | $0.52 | | | $0.62 |
| **MARGIN ANALYSIS** | | | | | |
| Licenses | 34% | 39% | 44% | 57% | 46% |
| Services | 66% | 61% | 56% | 43% | 54% |
| Total Revenues | 100% | 100% | 100% | 100% | 100% |
| Cost of services | 47% | 45% | 44% | 44% | 45% |
| S&M | 23% | 23% | 23% | 23% | 23% |
| R&D | 13% | 12% | 12% | 9% | 11% |
| G&A | 6% | 5% | 4% | 3% | 4% |
| Operating Margin | 28% | 32% | 37% | 46% | 38% |
| **YEARLY GROWTH** | | | | | |
| Licenses | 9% | 12% | 25% | 25% | 21% |
| Services | 20% | 27% | 32% | 16% | 23% |
| Total Revenues | 16% | 22% | 28% | 23% | 22% |
| Cost of services | 21% | 20% | 30% | 11% | 22% |
| S&M | 6% | 17% | 25% | 11% | 16% |
| R&D | 36% | 44% | 31% | 30% | 35% |
| G&A | 24% | 29% | 29% | 23% | 26% |
| Total Operating Expenses | 18% | 27% | 30% | 15% | 22% |
| Operating Income | 10% | 9% | 27% | 34% | 23% |
| Net Income | -4% | 9% | 26% | 34% | 20% |
| EPS (ex charges) | -4% | 6% | 25% | 33% | 20% |

| **BALANCE SHEET** | 8/99 | 11/99 | 2/00 | 5/00 | 8/00 | 11/00 |
|---|---|---|---|---|---|---|
| **Assets** | | | | | | |
| Cash & ST invests. | 2,721.7 | 2,133.0 | 2,767.6 | 7,762.0 | 5,062.0 | 4,358.2 |
| Trade receivables, net | 1,514.1 | 1,769.9 | 1,846.7 | 2,534.0 | 1,690.3 | 1,935.0 |
| Prepaid & refund. income | 296.5 | 229.3 | 240.9 | 212.8 | 213.8 | 223.8 |
| Other current assets | 304.2 | 267.9 | 284.1 | 374.5 | 285.9 | 307.7 |
| Total Current Assets | 4,836.5 | 4,399.9 | 5,145.4 | 10,883.3 | 7,258.6 | 6,823.5 |
| LT cash investments | 208.5 | 193.6 | 120.0 | 110.0 | 70.0 | 30.0 |
| Property & equip. | 955.1 | 956.4 | 958.7 | 934.5 | 936.8 | 941.8 |
| Capitalized Software | 99.2 | 99.3 | 99.2 | 94.6 | 88.7 | N/A |
| LT-Prepaid taxes | | | | | | 289.6 |
| Other assets | 469.1 | 717.2 | 1,018.1 | 1,054.4 | 1,158.5 | 838.9 |
| Total Assets | 6,578.4 | 6,370.2 | 7,349.4 | 13,078.8 | 9,512.5 | 8,923.7 |
| **Liabilities & Equity** | | | | | | |
| Notes payable | 3.6 | 3.2 | 2.2 | 2.7 | 3.7 | 2.6 |
| A/P | 255.4 | 244.7 | 224.7 | 297.6 | 253.2 | 282.7 |
| Income taxes | 157.3 | 111.9 | 270.2 | 2,421.8 | 617.1 | 528.5 |
| Unearned revenues | 1,088.7 | 925.1 | 1,019.8 | 1,133.6 | 1,288.8 | 1,053.8 |
| Other accrued liabilities | 1,043.4 | 1,185.8 | 1,292.7 | 1,914.8 | 1,263.6 | 1,302.0 |
| Total Current Liabilities | 2,549.3 | 2,470.7 | 2,809.4 | 5,862.2 | 3,307.1 | 3,167.8 |
| LT Debt | 300.8 | 300.7 | 304.8 | 298.8 | 300.7 | 300.8 |
| LT liabilities | 71.2 | 73.7 | 72.6 | 186.2 | 178.1 | 181.3 |
| Deferred Income Taxes | 157.8 | 130.6 | 178.3 | 265.1 | 355.7 | 337.6 |
| Stockholders' Equity | 3,500.5 | 3,400.6 | 3,984.3 | 6,461.5 | 5,370.9 | 4,928.5 |
| Total Liabilities & Equity | 6,578.4 | 6,370.2 | 7,349.4 | 13,078.8 | 9,512.5 | 8,923.7 |
| Working Capital | $2,287.2 | $1,929.1 | $2,336.0 | $5,021.1 | $3,951.5 | $3,655.6 |
| DSO | 69 | 69 | 68 | 68 | 67 | 66 |
| ROA | 20% | 23% | 22% | 18% | 24% | 46% |
| ROE | 38% | 42% | 41% | 32% | 43% | 52% |
| BV/share | $0.59 | $0.57 | $0.66 | $1.08 | $0.91 | $0.84 |
| Cash/share | $0.49 | $0.39 | $0.48 | $1.31 | $0.87 | $0.75 |

Sources: Company data; CIBC World Markets Corp. estimates

CIBC 00214