**Deutsche Banc Alex. Brown**

US
e-process/e-business

**Deutsche Bank** 

December 14, 2000

# Oracle Corporation
## Oracle F2Q Delivers the Goods

Rating Remains
**STRONG BUY**

Price
**US$27 1/2**

Exchange: Ticker
**NASDAQ: ORCL**

| FY: (Dec.) | 1Q | 2Q | 3Q | 4Q | FY EPS | CY EPS | CY P/E | Rev MM |
|---|---|---|---|---|---|---|---|---|
| EPS (US$): | | | | | | | | |
| 2000A | $0.04 | $0.06 | $0.08 | $0.15 | $0.34 | $0.43 | 64.3x | $10.1 |
| 2001E | 0.08 | 0.11 | 0.12 | 0.20 | 0.51 | 0.54 | 50.8x | 11.8 |
| 2002E | 0.10 | 0.13 | 0.14 | 0.23 | 0.59 | NE | NM | 14.1 |

Source: Deutsche Banc Alex. Brown estimates and company information

| | | | |
|---|---|---|---|
| 52-Week Range: | $46-$19 | ROE: | 48.4% |
| Shares Outstanding: (MM) | 5,875.0 | LT Debt: (MM) | $300.8 |
| Market Cap: (B) | $161.6 | LT Debt/Total Cap: | 5.8% |
| Float: (B) | 4.3 | Div./Yield: | $0.0/0.0% |
| Avg. Daily Volume: | 54.6 | 3- to 5-Year Growth Rate: | 25% |
| S&P 500: | 1340.93 | CY01E P/E-to-Growth: | 2.0x |

- **Oracle Delivers The Goods In F2Q.** Oracle delivered a strong F2Q (Nov.) with total revenue of $2.7 billion (up 15% year over year) in line with our estimate, and EPS of $0.11 (up 66% year over year), a penny above our estimate and Street consensus of $0.10. Software growth was in line, up 25% on 66% applications growth and 19% database growth.

- **Applications 11i Gaining Momentum.** Oracle's new 11i e-business suite appears to be gaining significant traction. 83 11i customers are live with roughly 100 in late-stage implementation. We learned of several large (8-figure), marquee customer wins in the quarter including JDS Uniphase, Compaq, Sun Microsystems, and Agilent Technologies.

- **Margin Expansion Continues, but Future Gains May Moderate.** Operating margin was 36%, versus our 31% estimate and 25% a year ago. Margin expansion will remain a part of the Oracle story although future gains may be tempered by a resumption in headcount growth.

- **Management Remains Bullish.** Management maintains a very bullish outlook on healthy sales pipelines and a strong product cycle including Applications 11i and the new 9i database, scheduled to ship in spring 2001. Barring a significant macroeconomic dislocation, Oracle sees strong demand continuing throughout 2001.

- **Estimate Revisions.** Forward revenue estimates are fine-tuned with a higher mix of applications and total software revenue offset by lower database and services revenue. FY'01 revenue and EPS estimates are now $11.8 billion and $0.51 versus $11.9 billion and $0.49 previously. FY'02E revenue is largely unchanged at $14.1 billion. FY'02E EPS increases to $0.59 from $0.57. We reiterate our STRONG BUY rating.

**James A. Moore**
(+1) 415 617 4269
jim.moore@db.com

**Charlie Chen**
(+1) 415 617 4274
charles.chen@db.com

**Seihun Kong**
(+1) 415 617 3323
seihun.kong@db.com

**Matthew F Kelly**
(+1) 415 617 3344
matthew.f.kelly@db.com

Case 3:01-cv-00988-SI   Document 1223-11   Filed 10/09/07   Page 2 of 11

Deutsche Bank  Deutsche Banc Alex. Brown                    December 14, 2000

| ORACLE CORPORATION (NASDAQ: ORCL) | | | | | | | Investment Rating: | Strong Buy |
|---|---|---|---|---|---|---|---|---|
| (millions except per share data) | | | | | | | J. Moore/Chen/Kong/Kelly | |
| Stock price 12/14/2000 | 27 1/2 | | | 2000A | 2001E | % Chg. | 2002E | % Chg. |
| 52-wk range | 46-19 | 1Q | (Aug) | $0.04 | $0.08 | 100% | $0.10 | 25% |
| Shares out. (diluted) | 5,875.0 | 2Q | (Nov) | $0.06 | $0.11 A | 83% | $0.13 | 18% |
| Float (MM) | 4,271.1 | 3Q | (Feb) | $0.08 | $0.12 | 50% | $0.14 | 17% |
| Avg. daily vol (MM) | 54.6 | 4Q | (May) | $0.15 | $0.20 | 33% | $0.23 | 15% |
| Market Cap. | $161,563 | | Total | $0.34 | $0.51 | 50% | $0.59 | 16% |
| 3-5 Yr. Growth Rate | 25% | | Revenues | $10.13 | $11.84 | 17% | $14.08 | 19% |
| Institutional Hldgs | 2,066.0 | | Gross Margin | 71.0% | 74.9% | | 75.0% | |
| Institutional (as %) | 46% | | Oper Margin | 30.4% | 37.2% | | 37.7% | |
| Dividend | 0.0% | | Net Margin | 20.2% | 25.2% | | 25.2% | |

| BALANCE SHEET (as of November 30, 2000) | | KEY BALANCE SHEET RATIOS | |
|---|---|---|---|
| Cash & Cash Equivalents | $4,356.2 | | |
| Accounts Receivable | $1,935.8 | DSO (ending) | 66 days |
| Total Assets | $8,923.8 | Current Ratio | 2.2x |
| Long-term Debt | $300.8 | LTD/Capital | 5.8% |
| STOCKHOLDERS' EQUITY | $4,926.5 | Book Value/share | $0.84 |

| COMPANY DESCRIPTION | VALUATION | | |
|---|---|---|---|
| Oracle Corporation is a premier supplier of solutions for "Global 2000" class corporations. The Company has transformed itself from a database technology vendor to a strategic supplier of e-business solutions for companies throughout the world. Oracle currently has close to 43,000 employees, including more than 6,000 in research and development. Oracle currently is the second largest software company in the world and a member of the Nasdaq 100. | Price/book value | | 0.9x |
| | Price/Revenue (CY00) | | 15.0x |
| | Price/Revenue (CY01) | | 12.6x |
| | CY | 2000E | 2001E |
| | EPS | $0.43 | $0.54 |
| | Revenue | $10.7 | $12.8 |
| | P/E | 64.3x | 50.8x |
| | P/E to Growth | 257% | 203% |

| INVESTMENT THESIS | 1) Oracle is successfully transforming itself into a core e-business technology holding, akin to Cisco and EMC.<br>2) The Company's three key growth engines, license sales, databases end applications, all are showing signs of acceleration.<br>3) The Company is more focused on rapid growth opportunities such as CRM, procurement, exchanges, supply chain management, application hosting and data warehousing that offer long-term potential.<br>4) Oracle has achieved impressive operating margin expansion with its ongoing "e-business-ification" program, deploying Oracle software internally to cut costs and drive productivity improvements. |
|---|---|
| INVESTMENT RISKS | 1) Oracle needs to demonstrate more consistent, stable growth from quarter to quarter to ally investor concerns.<br>2) Oracle's stock trades at a premium to both the broader market and its historical valuation range.<br>3) The Company needs to compete head to head against a number of smaller competitors, such as Siebel, i2 Technologies, Ariba, Commerce One and others, who are emerging leaders in their respective markets.<br>4) Microsoft has become a more formidable competitor at the low end of the database market. |
| RECENT EVENTS | 11/28/2000 Joe Lockhart, former White House Press Secretary, joins Oracle as a member of senior management, reporting directly to CEO Larry Ellison.<br>11/17/2000 Gary Bloom departs Oracle to become CEO of Veritas Software.<br>11/14/2000 Announced agreement with Compaq to load Oracle 9i onto Compaq ProLiant servers<br>11/14/2000 Announced multi-faceted strategic alliance with Citigroup.<br>10/23/2000 Veritas, Oracle and Sun announced the expansion of their Global Customer Support alliance.<br>10/1-10/6 Hosted Oracle OpenWorld at Moscone Convention Center in San Francisco.<br>09/14/2000 Reported F1Q00 earnings of $0.18 on revenues of $2.26 billion, beating the street and our bottom-line estimates.<br>09/06/2000 Announced alliance with GE Capital Commercial Services to provide payment protection and billing services to suplliers on Oracle powered industry and private exchanges.<br>08/14/2000 Named strategic technology partner to Chase Manhattan.<br>08/09/2000 Announced the availability of the Oracle Internet Application Server 8i, the first enterprise-level application server for Linux.<br>07/31/2000 Announced that Sallie Mae Solutions had become an Oracle Authorized Applications provider.<br>06/30/2000 Ray Lane announced resignation as President and COO.<br>06/20/2000 Announced 4Q00 earnings of $0.31 on revenues of $3.4 billion. |

| UPCOMING EVENTS | COMPARABLES |
|---|---|
| Feb 19-23  Oracle AppsWorld | Microsoft, IBM, SAP, Ariba, Commerce One |
| 2001  New Orleans, Louisiana | Siebel |

Source: Company data and Deutsche Banc Alex. Brown

Case 3:01-cv-00988-SI    Document 1223-11    Filed 10/09/07    Page 3 of 11

December 14, 2000        Deutsche Banc Alex. Brown                                    Deutsche Bank

## Investment Thesis

- We regard Oracle as a core technology holding and an attractive play on the e-process revolution. The company has shown a remarkable ability to reinvent itself and stay on top of key technology trends.

- Oracle dominates the database market and has solidified its leadership role with the Oracle 8I Internet-centric database, in our opinion. Its applications business has achieved solid differentiation with its Internet-centric architecture and integrated end-to-end functionality.

- The company is quickly capitalizing on rapidly growing opportunities with front-office, supply chain and procurement applications, infrastructure software that powers e-hubs and marketplaces as well as its Business OnLine hosted application services.

- Oracle is rapidly moving to an e-business operating model. The company has adopted its own software internally and seen dramatic improvements in operating results. Operating margins increased to a whopping 41% in fiscal 4Q00 versus 27% in the prior year.

- We believe Oracle will remain a powerful force in the Internet e-Process movement. Over the next three years, we believe Oracle can sustain a 20%-25% annual revenue growth rate, with earnings growing at a much faster pace.

Case 3:01-cv-00988-SI   Document 1223-11   Filed 10/09/07   Page 4 of 11

Deutsche Bank  Deutsche Banc Alex. Brown                                December 14, 2000

## Solid F2Q (Nov.) Results

Oracle reported a solid F2Q (Nov) with impressive applications growth of 66%, 36% operating margin and 66% EPS growth. EPS of $0.11 beat our estimate and Street consensus of $0.10. Total revenue of $2.66 billion (up 14.5% year/year) was slightly below, but in line with, our $2.7 billion estimate. The weak euro resulted in a negative 6.5% impact to revenue growth.

**Year-Over-Year Revenue Growth**

| (Revenue in $ millions) | Fiscal 2Q01 | Our Estimate | Fiscal 2Q00 |
|---|---|---|---|
| License/Other Revenue | $1,118.2M | $1,115.0M | $902.6M |
| Service Revenue | $1,541.3M | $1,580.0M | $1,419.3M |
| Total Revenue | $2,659.6M | $2,695.0M | $2,321.8M |
| Year-Over-Year Growth | 14.5% | 16.1% | 12.9% |

Source: Company data and Deutsche Banc Alex. Brown estimates

On the license side, applications revenue grew 66% to $279 million, handily beating our estimate of $250 million (+49% growth). Oracle's 11i e-business suite, in its second full quarter of general release, helped to bolster applications growth. Database licenses grew 19% to $775 million, slightly below our estimate of $800 million (+23% growth) but a respectable number that provides adequate validation of the health of the database market. Services revenue grew 9% to $1,541.3 million, a bit below our estimate of $1,580.0 million. Maintenance and support growth was 21%, while consulting continued to lag expectations, declining 4.3%.

## Applications 11i Gains Momentum

A key part of Oracle's strong F2Q was the strength of the applications business and, more importantly, marquee customer wins with the new 11i e-business suite. Applications license growth of 66% solidly outpaced Street expectations in the 50-60% range. The outperformance should also allay concerns about the viability of Oracle's applications business and the relative immaturity of release 11i following last quarter's decent, but slightly disappointing 42% growth. Management sees 75% growth for the rest of FY'01. Marquee customer wins (see below), in addition to the 83 11i customers now live and 100 or more set to go live in the coming months, should provide important reference customers key to sustainable growth. 3000 Oracle field reps are now fully trained and selling the 11i suite.

## 11i's "Open Enterprise" Capabilities Drive Marquee Wins

Oracle's marketing message for the 11i applications suite lauds the merits of tight integration, end-to-end e-business functionality and its thin-client, IP-based architecture. With this positioning, we see Oracle as a key enabler in, what we have termed, the "open enterprise" movement in which organizations are tearing down the corporate four walls to extend information and e-business processes to partners, suppliers, and customers (see our September 2000 theme report, "The e-Process Revolution 2"). Oracle's positioning as a key e-business enabler appeared to gain significant traction



in F2Q with impressive, 8-figure wins at JDS Uniphase, Compaq, Sun Microsystems, Agilent Technologies, and American General.

JDS Uniphase is rolling out the full 11i e-business suite enterprise wide to 14 sites in 5 countries. Demonstrating the rapid deployment capabilities of 11i's IP-based architecture, JDSU is bringing a new site on line every 17 days. Notable 11i CRM wins included Hewlett-Packard and Simplex. 25 new supply chain customers were added including Sony and Boeing. In F3Q'01 (Feb.), Oracle inked a significant licensing deal with Covisint, the automotive B2B vertical marketplace formed by Ford, General Motors, DaimlerChrysler, and other major auto makers. Covisint is licensing more than 55 Oracle products including a large portion of the e-business application suite. We believe this deal is in the eight-figure range and will be recognized this quarter (F3Q). Oracle, along with i2 Technologies and SAP, remain in the hunt to provide Covisint's supply chain management capabilities.

## Margin Expansion Continues But Future Gains May Moderate

Operating margins expanded for a sixth consecutive quarter and the fourth straight quarter of double-digit gains. F2Q operating margin was 36%, versus our 31% estimate and an 1100 basis point improvement over 25% a year ago. Margin expansion will remain a part of the Oracle story although future gains may be tempered by a resumption in headcount growth, which increased sequentially in F2Q for the first time in five quarters. Headcount growth will likely focus on sales, marketing, and service organizations. Our full year FY'01 forecast is now 37%, up from 35% previously. For FY'02, we now forecast operating margin of 38% versus 36% previously.

**Margin Analysis**

|  | Fiscal 2Q01 | Our Estimate | Fiscal 2Q00 |
|---|---|---|---|
| Gross Margin | 73.9% | 71.0% | 67.6% |
| Sales & Marketing | 24.1% | 25.5% | 27.2% |
| Research & Development | 10.0% | 10.0% | 10.7% |
| General & Administrative | 4.2% | 4.3% | 4.9% |
| Operating Margins | 35.6% | 31.2% | 24.8% |

Source: Company data and Deutsche Banc Alex. Brown estimates

## Key F2Q Metrics

Large deals (over $500K) accounted for 45% of revenues versus 36% last year. This was largely driven by Oracle's strong performance in applications. Currency translation had a -6.5% impact on revenue growth, largely from continued weakness in the euro. Geographically, the Americas represented 57% of revenue and increased 20% y/y. EMEA was 29% of revenue and grew 1% (as reported). Asia/Pacific was 15% of revenue and grew 28% y/y (as reported). Applications growth was strong in all regions: 65% in the Americas and 90%-plus in both EMEA and Asia Pacific regions (in local currency). For the first time in five quarters, Oracle's headcount increased sequentially, growing to 42,002 from 41,170 in F1Q'01, but still below year ago levels of 42,682.

## Balance Sheet

Oracle ended F2Q'01 with $4.4 billion in cash and short-term investments, down from $5.1 billion at the end of F1Q. This largely resulted from the repurchase of more than $1.4 billion in Oracle stock, (44 million shares, avg. price of $32-33 a share). Long-term debt was $301 million, flat compared to the previous quarter. DSO continues to be well managed at 66 days, down slightly from 67 days in F1Q and 69 days in F2Q'00.

## Estimate Revisions and Outlook

Management maintains a very bullish outlook on healthy sales pipelines and a strong product cycle including Applications 11i and the new 9i database, scheduled to ship in spring 2001. Barring a significant macroeconomic dislocation, Oracle sees strong demand continuing throughout 2001. Management sees revenue growth in the remainder of FY'01 as follows: 15-20% in database, 75% in applications, 23% in maintenance, and 5% in consulting. Management sees moderately higher operating margins going forward as well, though the company may not reach 40% for all of FY'01.

We have fine-tuned our forward revenue estimates with a higher mix of applications and total software revenue offset by slightly lower database and services revenue. We project full year FY'01 growth of 55% in applications, 20% in database, and 11% in services, compared to prior estimates of 40%, 23%, and 13% respectively. FY'01 revenue and EPS estimates are now $11.84 billion and $0.51 versus. $11.86 billion and $0.49 previously. FY'02 estimates are now $14.08 billion and $0.59 versus $14.07 billion and $0.57 previously.

|  | New FY01 | Prior FY01 | New FY02 | Prior FY02 |
| --- | --- | --- | --- | --- |
| Revenue | $11.84B | $11.86B | $14.08B | $14.07B |
| EPS | $0.51 | $0.49 | $0.59 | $0.57 |

Source: Deutsche Banc Alex. Brown

## Reiterate Strong Buy-The Question Is Valuation

Oracle's fundamentals and positioning support a continued strong outlook barring a significant economic dislocation. With a strengthening e-business applications story and a dominant database franchise, we believe Oracle will remain a core provider of Internet infrastructure software for the foreseeable future. At $28.50/share, Oracle trades at 48x our FY'02 EPS estimate of $0.59, 2.5x our top line growth estimate for FY'02 and roughly 2x our secular growth rate estimate of 25%. In an interest rate-friendly environment with a reasonably stable macroeconomic outlook, this may be a fair or attractive price to pay for a blue chip technology name like Oracle. That said, Oracle and many other technology names still look expensive by historical standards and thus carry substantial market risk, in our view. As we remain in uncertain economic times, we believe valuations of even the highest quality companies will continue to be intensely scrutinized and rationalized.

December 14, 2000 **Deutsche Banc Alex. Brown** Deutsche Bank



Case 3:01-cv-00988-SI   Document 1223-11   Filed 10/09/07   Page 8 of 11

Deutsche Bank ☑   **Deutsche Banc Alex. Brown**                                December 14, 2000

Additional Information Available upon Request

Deutsche Bank Securities Inc. maintains a net primary market in the common stock of Oracle Corporation.

The following stock(s) is (are) optionable: Oracle Corporation.

One or more authors of this comment have a long position in the common shares of Oracle Corporation.

| Disclosure Checklist | | | |
|---|---|---|---|
| **Company** | **Ticker** | **Price** | **Disclosure** |
| **Oracle Corporation** | ORCL | 27 ½ | *,O,++ |

| | |
|---|---|
| @ | A director, officer or employee of Deutsche Bank Securities or its wholly owned subsidiary, DB Alex. Brown LLC, serves on the board of directors. |
| * | Deutsche Bank Securities Inc. maintains a net primary market in the common stock. |
| ++ | An author or the immediate family member of an author of comments on this company has a beneficial position in the common stock. |
| O | The stock is optionable. |
| # | Within the past three years Deutsche Bank Securities Inc. or its wholly owned subsidiary, DB Alex. Brown LLC, has managed or comanaged a public offering. |
| % | Within the past three years, Deutsche Bank Securities, or its wholly owned subsidiary, DB Alex. Brown LLC, has participated in a private resale of securities made pursuant to Rule 144A under the Securities Act of 1933. |
| & | The company has a convertible issue outstanding. |

Oracle Income Statement (in thousands):

| | Fiscal 2000 Aug-99 1Q00A | Nov-99 2Q00A | Feb-00 3Q00A | May-00 4Q00A | FY00A | Fiscal 2001E Aug-00 1Q01A | Nov-00 2Q01A | Feb-01 3Q01E | May-01 4Q01E | FY01E | Fiscal 2002E Aug-01 1Q02E | Nov-01 2Q02E | Jan-00 3Q02E | May-02 4Q02E | FY02E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | ← HISTORICAL —|— PROJECTED → | | | | | | | | | |
| **Revenue:** | | | | | | | | | | | | | | | |
| Software Licenses & other | $632,181 | $902,632 | $1,071,373 | $1,840,609 | $4,446,795 | $807,238 | $1,118,238 | $1,313,000 | $2,265,000 | $5,503,476 | $980,000 | $1,345,000 | $1,570,000 | $2,670,000 | $6,565,000 |
| % of total revenue | 31.9% | 38.9% | 43.7% | 54.5% | 43.9% | 35.7% | 42.0% | 45.4% | 56.3% | 46.5% | 36.4% | 42.2% | 45.9% | 55.9% | 46.6% |
| % chg. from prior year | 8.5% | 17.8% | 29.7% | 21.7% | 20.6% | 27.7% | 23.9% | 22.6% | 23.1% | 23.8% | 21.4% | 20.3% | 19.6% | 17.9% | 19.3% |
| % chg. from prior quarter | (58.2%) | 42.8% | 18.7% | 71.8% | N/A | (56.1%) | 38.5% | 17.4% | 72.5% | N/A | (56.7%) | 37.2% | 16.7% | 70.1% | N/A |
| Services | 1,352,336 | 1,419,251 | 1,378,045 | 1,533,701 | 5,683,333 | 1,454,637 | 1,541,308 | 1,577,000 | 1,760,000 | 6,332,945 | 1,715,000 | 1,840,000 | 1,850,000 | 2,110,000 | 7,515,000 |
| % of total revenue | 68.1% | 61.1% | 56.3% | 45.5% | 56.1% | 64.3% | 58.0% | 54.6% | 43.7% | 53.5% | 63.6% | 57.8% | 54.1% | 44.1% | 53.4% |
| % chg. from prior year | 15.9% | 10.1% | 10.0% | 7.2% | 10.8% | 7.6% | 8.6% | 14.4% | 14.8% | 11.4% | 17.9% | 19.4% | 17.3% | 19.9% | 18.7% |
| % chg. from prior quarter | (5.5%) | 4.9% | (2.9%) | 11.3% | N/A | (5.2%) | 6.0% | 2.3% | 11.6% | N/A | (2.6%) | 7.3% | 0.5% | 14.1% | N/A |
| **Total Revenue** | 1,984,517 | 2,321,883 | 2,449,418 | 3,374,310 | 10,130,128 | 2,261,875 | 2,659,546 | 2,890,000 | 4,025,000 | 11,836,421 | 2,695,000 | 3,185,000 | 3,420,000 | 4,780,000 | 14,080,000 |
| % chg. from prior year | 13.5% | 12.9% | 17.8% | 14.6% | 14.8% | 14.0% | 14.5% | 18.0% | 19.3% | 16.8% | 19.1% | 19.8% | 18.3% | 18.8% | 19.0% |
| % chg. from prior quarter | (32.6%) | 17.0% | 5.5% | 37.8% | N/A | (33.0%) | 17.6% | 8.7% | 39.3% | N/A | (33.0%) | 18.2% | 7.4% | 39.8% | N/A |
| Cost of Revenue | 756,750 | 753,170 | 707,261 | 725,498 | 2,942,679 | 673,878 | 694,998 | 751,400 | 845,250 | 2,965,526 | 781,550 | 828,100 | 889,200 | 1,027,700 | 3,526,550 |
| % of total revenue | 38.1% | 32.4% | 28.9% | 21.5% | 29.0% | 29.8% | 26.1% | 26.0% | 21.0% | 25.1% | 29.0% | 26.0% | 26.0% | 21.5% | 25.0% |
| Gross Profit | 1,227,767 | 1,568,713 | 1,742,157 | 2,648,812 | 7,187,449 | 1,587,997 | 1,964,548 | 2,138,600 | 3,179,750 | 8,870,895 | 1,913,450 | 2,356,900 | 2,530,800 | 3,752,300 | 10,553,450 |
| Gross Margin | 61.9% | 67.6% | 71.1% | 78.5% | 71.0% | 70.2% | 73.9% | 74.0% | 79.0% | 74.9% | 71.0% | 74.0% | 74.0% | 78.5% | 75.0% |
| **Operating Expenses:** | | | | | | | | | | | | | | | |
| Sales & Marketing | 538,426 | 631,433 | 594,696 | 852,194 | 2,616,749 | 572,964 | 640,865 | 693,600 | 986,125 | 2,893,554 | 673,750 | 764,400 | 820,800 | 1,171,100 | 3,430,050 |
| % of total revenue | 27.1% | 27.2% | 24.3% | 25.3% | 25.8% | 25.3% | 24.1% | 24.0% | 24.5% | 24.4% | 25.0% | 24.0% | 24.0% | 24.5% | 24.4% |
| Research & Development | 235,941 | 248,160 | 255,552 | 270,229 | 1,009,882 | 251,027 | 266,280 | 275,000 | 300,000 | 1,092,307 | 290,000 | 310,000 | 320,000 | 340,000 | 1,260,000 |
| % of total revenue | 11.9% | 10.7% | 10.4% | 8.0% | 10.0% | 11.1% | 10.0% | 9.5% | 7.5% | 9.2% | 10.8% | 9.7% | 9.4% | 7.1% | 8.9% |
| General and Administrative | 107,537 | 113,055 | 122,188 | 137,878 | 480,658 | 105,965 | 111,402 | 120,000 | 150,000 | 487,367 | 115,000 | 130,000 | 140,000 | 170,000 | 555,000 |
| % of total revenue | 5.4% | 4.9% | 5.0% | 4.1% | 4.7% | 4.7% | 4.2% | 4.2% | 3.7% | 4.1% | 4.3% | 4.1% | 4.1% | 3.6% | 3.9% |
| Total Operating Expenses | 881,904 | 992,648 | 972,436 | 1,260,301 | 4,107,289 | 929,956 | 1,018,547 | 1,088,600 | 1,436,125 | 4,473,228 | 1,078,750 | 1,204,400 | 1,280,800 | 1,681,100 | 5,245,050 |
| % of total revenue | 44.4% | 42.8% | 39.7% | 37.3% | 40.5% | 41.1% | 38.3% | 37.7% | 35.7% | 37.8% | 40.0% | 37.8% | 37.5% | 35.2% | 37.3% |
| **Operating Income** | 345,863 | 576,065 | 769,721 | 1,388,511 | 3,080,160 | 658,041 | 946,001 | 1,050,000 | 1,743,625 | 4,397,667 | 834,700 | 1,152,500 | 1,250,000 | 2,071,200 | 5,308,400 |
| **Operating Margin** | 17.4% | 24.8% | 31.4% | 41.1% | 30.4% | 29.1% | 35.6% | 36.3% | 43.3% | 37.2% | 31.0% | 36.2% | 36.5% | 43.3% | 37.7% |
| Other Income (Expense) | 18,347 | 15,450 | 7,763 | 48,372 | 89,932 | 118,202 | 19,880 | 45,000 | 50,000 | 233,082 | 50,000 | 50,000 | 50,000 | 50,000 | 200,000 |
| % of total revenue | 0.9% | 0.7% | 0.3% | 1.4% | 0.9% | 5.2% | 0.7% | 1.6% | 1.2% | 2.0% | 1.9% | 1.6% | 1.5% | 1.0% | 1.4% |
| Pretax Income | 364,210 | 591,515 | 777,484 | 1,436,883 | 3,170,092 | 776,243 | 965,881 | 1,095,000 | 1,793,625 | 4,630,749 | 884,700 | 1,202,500 | 1,300,000 | 2,121,200 | 5,508,400 |
| Pretax Margin | 18.4% | 25.5% | 31.7% | 42.6% | 31.3% | 34.3% | 36.3% | 37.9% | 44.6% | 39.1% | 32.8% | 37.8% | 38.0% | 44.4% | 39.1% |
| Income Taxes | 127,474 | 207,031 | 279,894 | 510,984 | 1,125,383 | 275,566 | 343,069 | 388,725 | 636,737 | 1,644,097 | 314,069 | 426,888 | 461,500 | 753,026 | 1,955,482 |
| Tax Rate | 35.0% | 35.0% | 36.0% | 35.6% | 35.5% | 35.5% | 35.5% | 35.5% | 35.5% | 35.5% | 35.5% | 35.5% | 35.5% | 35.5% | 35.5% |
| **Net Income** | 236,736 | 384,484 | 497,590 | 925,899 | 2,044,709 | 500,677 | 622,812 | 706,275 | 1,156,888 | 2,986,652 | 570,632 | 775,613 | 838,500 | 1,368,174 | 3,552,918 |
| **Net Margin** | 11.9% | 16.6% | 20.3% | 27.4% | 20.2% | 22.1% | 23.4% | 24.4% | 28.7% | 25.2% | 21.2% | 24.4% | 24.5% | 28.6% | 25.2% |
| **EPS (diluted)** | $0.04 | $0.06 | $0.08 | $0.15 | $0.34 | $0.08 | $0.11 | $0.12 | $0.20 | $0.51 | $0.10 | $0.13 | $0.14 | $0.23 | $0.59 |
| % chg. from prior year | 20.8% | 37.6% | 69.3% | 73.3% | 56.8% | 112.6% | 65.8% | 44.3% | 26.8% | 48.4% | 13.8% | 22.8% | 17.1% | 16.7% | 17.6% |
| % chg. from prior quarter | (55.4%) | 61.1% | 29.8% | 85.7% | N/A | (45.2%) | 25.6% | 12.9% | 63.2% | N/A | (50.8%) | 35.5% | 7.7% | 62.6% | N/A |
| S/O diluted (000) | 5,964,804 | 6,012,600 | 5,996,378 | 6,009,586 | 5,995,842 | 5,932,870 | 5,874,987 | 5,900,000 | 5,920,000 | 5,906,964 | 5,940,000 | 5,960,000 | 5,980,000 | 6,000,000 | 5,970,000 |
| % chg. from prior year | 0.5% | 1.9% | 0.2% | 1.3% | 1.0% | (0.5%) | (2.3%) | (1.6%) | (1.5%) | (1.5%) | 0.1% | 1.4% | 1.4% | 1.4% | 1.1% |
| Shares basic (000) | 5,721,840 | 5,717,780 | 5,637,878 | 5,637,856 | 5,678,839 | 5,604,058 | 5,584,428 | 5,589,928 | 5,594,428 | 5,593,211 | 5,601,428 | 5,605,428 | 5,610,928 | 5,615,428 | 5,608,303 |

*Source: Deutsche Banc Alex. Brown estimates and company information*

December 14, 2000 — Deutsche Banc Alex. Brown — US e-process/e-business — Deutsche Bank — 9

## Oracle Balance Sheet (in thousands)

|  | Aug-98 | Nov-98 | Feb-99 | May-99 | Aug-99 | Nov-99 | Feb-00 | May-00 | Aug-00 | Nov-00 |
|---|---|---|---|---|---|---|---|---|---|---|
| Cash and Cash Equivalents | $2,302 | $1,908 | $2,189 | $2,563 | $2,722 | $2,134 | $2,768 | $7,762 | $5,063 | $4,356 |
| Accounts Receivable | 1,351 | 1,604 | 1,564 | 2,238 | 1,514 | 1,769 | 1,849 | 2,534 | 1,696 | 1,936 |
| Inventories |  |  |  |  |  |  |  |  |  |  |
| Other Current Assets | 481 | 575 | 584 | 646 | 601 | 497 | 529 | 587 | 500 | 532 |
| Net Fixed Assets | 953 | 977 | 978 | 987 | 966 | 966 | 967 | 934 | 937 | 942 |
| Other Long Term Assets | 604 | 582 | 788 | 825 | 777 | 1,010 | 1,237 | 1,259 | 1,317 | 1,159 |
| **TOTAL ASSETS** | 5,691 | 5,647 | 6,102 | 7,260 | 6,579 | 6,376 | 7,349 | 13,077 | 9,513 | 8,924 |
| Current Liabilities | 2,235 | 2,252 | 2,278 | 3,046 | 2,549 | 2,471 | 2,809 | 5,862 | 3,307 | 3,168 |
| Long Term Debt | 304 | 304 | 304 | 304 | 301 | 301 | 305 | 299 | 301 | 301 |
| Other Liabilities | 71 | 75 | 179 | 214 | 229 | 204 | 251 | 454 | 534 | 529 |
| **TOTAL LIABILITIES** | 2,610 | 2,631 | 2,761 | 3,564 | 3,079 | 2,976 | 3,365 | 6,615 | 4,142 | 3,997 |
| **STOCKHOLDERS' EQUITY** | 3,081 | 3,015 | 3,342 | 3,695 | 3,500 | 3,401 | 3,984 | 6,461 | 5,371 | 4,926 |
| **TOTAL LIABS AND EQUITY** | 5,691 | 5,647 | 6,102 | 7,260 | 6,579 | 6,376 | 7,349 | 13,077 | 9,513 | 8,924 |
| Revenues | $1,749 | $2,056 | $2,079 | $2,943 | $1,985 | $2,322 | $2,449 | $3,374 | $2,262 | $2,660 |
| Net Income | $195 | $274 | $293 | $527 | $237 | $384 | $498 | $926 | $501 | $623 |
| S/O (Primary) | 2,967 | 2,950 | 2,991 | 2,966 | 2,982 | 3,006 | 2,998 | 3,005 | 5,933 | 5,875 |
| Current Ratio | 1.9 | 1.8 | 1.9 | 1.8 | 1.9 | 1.8 | 1.8 | 1.9 | 2.2 | 2.2 |
| Quick Ratio | 1.9 | 1.8 | 1.9 | 1.8 | 1.9 | 1.8 | 1.8 | 1.9 | 2.2 | 2.2 |
| Cash/Share | $0.78 | $0.65 | $0.73 | $0.86 | $0.91 | $0.71 | $0.92 | $2.58 | $0.85 | $0.74 |
| Book Value/share | $1.04 | $1.02 | $1.12 | $1.25 | $1.17 | $1.13 | $1.33 | $2.15 | $0.91 | $0.84 |
| DSO | 70 | 70 | 68 | 68 | 69 | 69 | 68 | 68 | 67 | 66 |
| ROE | 25.8% | 36.0% | 36.9% | 60.0% | 26.3% | 44.6% | 53.9% | 70.9% | 33.9% | 48.4% |
| ROA | 13.6% | 19.3% | 20.0% | 31.6% | 13.7% | 23.7% | 29.0% | 36.3% | 17.7% | 27.0% |
| LTD/Capital | 9.0% | 9.2% | 8.3% | 7.6% | 7.9% | 8.1% | 7.1% | 4.4% | 5.3% | 5.8% |
| LTD Equity | 9.9% | 10.1% | 9.1% | 8.2% | 8.6% | 8.8% | 7.6% | 4.6% | 5.6% | 6.1% |

*Source: Deutsche Banc Alex. Brown estimates and company information*

Deutsche Bank / Deutsche Banc Alex. Brown — December 14, 2000 — US e-process/e-business — 10

## Deutsche Bank Securities Inc. U.S. Equity Sales Offices, North America

| **Deutsche Bank Securities**<br>950 East Paces Ferry Road<br>Suite 3320<br>Atlanta, GA 30326<br>(404) 812 6800 | **DB Alex. Brown LLC**<br>1 South Street<br>Baltimore, MD 21202<br>(410) 727 1700 | **Deutsche Bank Securities**<br>1 Federal Street, 21st Floor<br>Boston, MA 02110<br>(617) 988 8600 | **Deutsche Bank Securities**<br>130 Liberty Street<br>New York, NY 10006<br>(212) 250 2500 |
| --- | --- | --- | --- |
| **Deutsche Bank Securities**<br>31 West 52nd Street<br>New York, NY 10019<br>(212) 469 5000 | **Deutsche Bank Securities**<br>101 California Street, 46th Floor<br>San Francisco, CA 94111<br>(415) 544 2800 | **Deutsche Bank Securities**<br>222 Bay Street, Suite 1100<br>P.O. Box 64<br>Toronto-Dominion Centre<br>Toronto, Ontario M5K 1E7<br>(416) 682 8000 | **Deutsche Bank Securities**<br>500 Blvd René-Levesque West<br>Suite 1500<br>Montreal, Quebec H2Z 1W7<br>(514) 875-2252 |

## Deutsche Bank Securities Inc U.S. Equity Sales Offices, International

| **Deutsche Bank Securities**<br>Taunusanlage 12<br>3rd Floor<br>Frankfurt, Germany 60325<br>(49) 69 9103 7597 | **Deutsche Bank Securities**<br>7, Rue Du Rhone, 1st Floor<br>Geneva, Switzerland, 1204<br>(141) 22 319 4000 | **Deutsche Bank Securities**<br>1 Great Winchester Street<br>London EC2N 2EQ<br>United Kingdom<br>(44) 207 545 4900 | **Deutsche Bank Securities**<br>3, Avenue de Friedland<br>75008 Paris, France<br>(33) 1 5375 2446 |
| --- | --- | --- | --- |
| **Deutsche Bank Securities**<br>Level 19, Grosvenor Place<br>225 George Street<br>Sydney, NSW 2000 Australia<br>(61) 2 9258 1232 | **Deutsche Bank Securities**<br>21-1 Toranomom 3-Chome<br>Minato-ku, Tokyo 105<br>(813) 5401 6990 | **Deutsche Bank Securities**<br>Bahnhofquai 9-11<br>CH-8023 Zurich, Switzerland<br>(411) 224 7979 | |

**Deutsche Bank**

Information herein is believed to be reliable and has been obtained from sources believed to be reliable, but its accuracy and completeness cannot be guaranteed. Opinions, estimates, and projections constitute our judgment and are subject to change without notice. This publication is provided to you for information purposes only and is not intended as an offer or solicitation for the sale of any financial instrument. Deutsche Bank Securities Inc., DB Alex. Brown LLC., and their affiliates worldwide, may hold a position or act as market maker in the financial instruments of any issuer discussed herein or act as adviser or lender to such issuer. Transactions should be executed through a Deutsche Bank entity in the client's home jurisdiction unless otherwise permitted by law. Deutsche Bank Securities Inc., and DB Alex. Brown LLC, are members of NYSE and NASD. Copyright © 2000 Deutsche Bank Securities Inc., and DB Alex. Brown LLC. In the United States, this report may be distributed either by Deutsche Bank Securities Inc., or DB Alex. Brown LLC. Interested parties are advised to contact the U.S. entity they currently deal with, or the U.S. entity that has distributed this report to them.                    2000USA02236