United States  
**Software**

19 December 2000

# Oracle Corporation

Fiscal Q2 2001 results in line with expectations; maintain Hold rating

| Company update | US$32.00 | Hold |

**Oracle's results for fiscal Q2 2001 were generally in line with expectations. The stock is trading at P/E multiples of 61.5 times and 50.8 times our fiscal 2001 and fiscal 2002 EPS estimates of $0.52 and $0.63, respectively. We believe that the stock remains fairly valued and are maintaining our Hold rating.**

▶ **Fiscal Q2 2001 results in line:** Oracle Corporation reported operating EPS of $0.11 for fiscal Q2 2001, compared with our, and the Street consensus estimate of $0.10.

▶ **Database license fees up 19.2% YoY:** Database server license revenues grew by 19.2% year-over-year to $775.4 million, lower than our estimate of $785.0 million (20.6% year-over-year growth).

▶ **Application license fees up 6.4% YoY:** Application license fees for fiscal Q2 2001 rose 66.4% year-over-year to $279.3 million, higher than our estimate of $260.0 million (54.9% year-over-year growth).

▶ **Unearned revenue drawn down:** Customer advances and unearned revenue on the balance sheet at the end of fiscal Q2 2001 stood at $1.05 billion, down $215.8 million from the $1.27 billion at the end of the prior sequential quarter.

▶ **Fiscal 2001 and 2002 EPS:** We have fine-tuned our fiscal 2001 EPS estimate to $0.52 from $0.50, and raised our fiscal 2002 EPS estimate to $0.63 from $0.60.

Price (18 December)  
US$32.00

Market Cap  
US$188 bn

Reuters  
ORCL.N

Bloomberg  
ORCL

**Sanjiv G. Hingorani**  
sanjiv.hingorani@dresdner.com

**Chun C. Chang**  
changc@dresdner.com

| Fiscal year May | License & other rev US$m | Total revenue US$m | Net Income US$m | EPS $ | P/E x | Mkt cap/ rev x | EV/ rev x | EV/ EBITDA x | Div yield % |
|---|---|---|---|---|---|---|---|---|---|
| 1999A | 3,688.4 | 8,827.3 | 1,289.8 | 0.22 | NM | 21.5 | 21.3 | NA | 0.0 |
| 2000A | 4,446.8 | 10,130.1 | 6,296.8 | 0.34 | 94.1 | 18.9 | 18.2 | NA | 0.0 |
| 2001E | 5,550.5 | 11,971.4 | 3,065.0 | 0.52 | 61.5 | 16.8 | 15.1 | NA | 0.0 |
| 2002E | 6,400.0 | 13,660.0 | 3,791.4 | 0.63 | 50.8 | 15.0 | 143.3 | NA | 0.0 |

Source: Company reports and DKBR estimates.

Online research: www.dresdnerkb.com/ORIS

Dresdner Kleinwort Benson North America LLC. Regulated by NYSE and NASD and for the conduct of investment business in the United Kingdom, SFA. New York: 75 Wall Street, 29th Floor, New York, NY10005-2889  
Telephone +1 212 429 3475  Fax: +1 212 429 4598.  
A Member of the Dresdner Bank Group.



19 December 2000    Oracle Corporation



**Figure 1: Oracle Corporation – estimated vs. actual Q2 2001 results ($ in millions, except per-share data)**

|  | FY 01 Q2E | FY 01 Q2A | FY 00 Q2A | YoY change |
|---|---|---|---|---|
| **Revenues** | | | | |
| Licenses and other | $1,125.0 | $1,118.2 | $902.6 | 23.9% |
| % total revenue | 41.7% | 42.0% | 38.9% | - |
| Services | $1,570.0 | $1,541.3 | $1,419.3 | 8.6% |
| % total revenue | 58.3% | 58.0% | 61.1% | - |
| **Total revenue** | **$2,695.0** | **$2,659.5** | **$2,321.9** | **14.5%** |
| Cost of services | $725.0 | $695.0 | $753.2 | (7.7)% |
| % total revenue | 26.9% | 26.1% | 32.4% | - |
| Service gross margin | 53.8% | 54.9% | 46.9% | - |
| **Costs and expenses** | | | | |
| Sales and marketing | $675.0 | $640.9 | $631.4 | 1.5% |
| % total revenue | 25.0% | 24.1% | 27.2% | - |
| Research & development | $260.0 | $266.3 | $248.2 | 7.3% |
| % total revenue | 9.6% | 10.0% | 10.7% | - |
| General & administrative | $118.0 | $111.4 | $113.1 | (1.5)% |
| % total revenue | 4.4% | 4.2% | 4.9% | - |
| Non-recurring charge | - | - | - | - |
| **Total costs & expenses** | **$1,778.0** | **$1,713.5** | **$1,745.8** | **(1.8)%** |
| % total revenue | 66.0% | 64.4% | 75.2% | - |
| **Operating income** | **$917.0** | **$946.0** | **$576.0** | **64.2%** |
| % total revenue | 34.0% | 35.6% | 24.8% | - |
| Other income (expense) | $35.0 | $19.9 | $15.5 | 28.7% |
| **Income before taxes** | **$952.0** | **$965.9** | **$591.5** | **63.3%** |
| Pretax margin | 35.3% | 36.3% | 25.5% | - |
| Taxes | $338.0 | $343.1 | $207.0 | 65.7% |
| Tax rate | 35.5% | 35.5% | 35.0% | - |
| **Net income** | **$614.0** | **$622.8** | **$384.5** | **62.0%** |
| Net margin | 22.8% | 23.4% | 16.6% | - |
| Avg. shares outstanding (m) | 6,005.0 | 5,875.0 | 6,012.6 | (2.3)% |
| **Diluted EPS (reported)** | **$0.10** | **$0.11** | **$0.06** | **33.3%** |
| Diluted EPS (operating) | 0.10 | 0.11 | 0.07 | 57.1% |

Note: Figures may be affected by rounding; fiscal year end 31 May.

Source: Company reports and DKBR estimates.

19 December 2000    Oracle Corporation 

On 14 December 2000, Oracle Corporation reported operating EPS of $0.11 for fiscal Q2 2001 (ended 30 November 2000), compared with our $0.10 estimate and the Street consensus estimate of $0.10.

Total revenues for fiscal Q2 2001 grew 14.5% year-over-year, to $2.66 billion, lower than our estimate of $2.695 billion. License revenues for the quarter were $1.118 billion, an increase of 23.9% year-over-year and slightly lower than our estimate of $1.125 billion. Service revenues for the quarter grew 8.6% year-over-year to $1.54 billion, compared with our estimate of $1.57 billion. Changes in the foreign currency exchange rate had a 6.5% negative effect on total revenues during fiscal Q2 2001.

Database server license revenues grew by 19.2% year-over-year to $775.4 million, lower than our estimate of $785.0 million (20.6% year-over-year growth). Application development tools license revenues for the quarter were $38.5 million, lower than the previous year, and below our estimate of $45.0 million. Application license fees for fiscal Q2 2001 rose 66.4% year-over-year to $279.3 million, higher than our estimate of $260.0 million (54.9% year-over-year growth). During fiscal Q2 2001, deals $0.5 million and larger comprised 45% of license revenues versus 36% of license revenue in fiscal Q2 2000.

> Oracle stated that it had 83 customers that had gone live with its *E-Business Suite 11i*

In terms of the applications business, Oracle stated that it had 83 customers that had gone live with its *E-Business Suite 11i*. Management did admit that customers were primarily purchasing modules currently, but had suggested that they would upgrade to purchasing the whole suite in the future. Oracle did win against competitors such as i2 Technologies (at accounts such as Qualcomm and Teradyne) and also against point product vendors, such as Ariba for procurement and Siebel Systems for CRM applications. Figures 2 and 3 show Oracle's quarterly and annual license revenues, respectively, by product type.

Within services, consulting and education services revenues declined by 4.3% year-over-year to $668.6 million, below our estimate of $700 million. Support services revenues grew 21.1% year-over-year to $872.7 million, compared with our estimate of $870 million.

Services margins in fiscal Q2 2001 were 54.9%, above our estimate of 53.8% and compared with 46.9% in the year-ago quarter, reflecting the transferal of lower margin service business to third-parties and the company's emphasis on higher value-added services business in its own consulting practice.

Discretionary expenses for fiscal Q2 2001 were lower than our estimates and operating margins during the quarter were 35.6%, above our estimate of 34.0%.

19 December 2000   Oracle Corporation 

**Figure 2: Oracle Corporation – quarterly revenue by product type, fiscal 1998-2001E ($ in millions)**

| | FY99 Aug-98 | Nov-98 | Feb-99 | May-99 | FY00 Aug-99 | Nov-99 | Feb-00 | May-00 | FY01E Aug-00A | Nov-00A | Feb-01E |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Servers | $409.6 | $555.2 | $589.9 | $1,092.0 | $443.3 | $650.7 | $778.0 | $1,228.3 | $584.6 | $775.4 | $915.0 |
| Tools | 49.9 | 61.5 | 67.4 | 114.2 | 50.2 | 58.7 | 66.3 | 116.3 | 31.1 | 38.5 | 35.0 |
| Applications group | 98.1 | 128.5 | 147.4 | 277.2 | 109.1 | 167.8 | 198.8 | 447.4 | 155.5 | 279.3 | 350.0 |
| **Total license revenue** | **$557.6** | **$745.2** | **$804.6** | **$1,483.4** | **$602.6** | **$877.2** | **$1,043.2** | **$1,792.0** | **$771.2** | **$1,093.2** | **$1,300.0** |
| Support | $524.9 | $566.4 | $583.6 | $670.6 | $667.4 | $720.3 | $754.4 | $836.7 | $839.1 | $872.7 | $950.0 |
| Consulting & education | 641.8 | 722.1 | 669.6 | 759.9 | 684.9 | 698.9 | 623.6 | 697.0 | 615.5 | 668.6 | 675.0 |
| Other | 24.9 | 22.2 | 21.1 | 29.3 | 29.5 | 25.5 | 28.2 | 48.6 | 36.0 | 25.0 | 25.0 |
| **Total service revenue** | **$1,191.5** | **$1,310.7** | **$1,274.3** | **$1,459.9** | **$1,381.9** | **$1,444.7** | **$1,406.2** | **$1,582.3** | **$1,490.6** | **$1,566.4** | **$1,650.0** |
| **Total revenue** | **$1,749.1** | **$2,055.9** | **$2,078.9** | **$2,943.3** | **$1,984.5** | **$2,321.9** | **$2,449.4** | **$3,374.3** | **$2,261.9** | **$2,659.5** | **$2,950.0** |
| **YoY revenue growth** | | | | | | | | | | | |
| Servers | 17.0% | 25.7% | 9.9% | 25.1% | 8.2% | 17.2% | 31.9% | 12.5% | 31.9% | 19.2% | 17.6% |
| Tools | (12.4) | (13.4) | (12.0) | (5.0) | 0.7 | (4.6) | (1.5) | 1.8 | (38.1) | (34.4%) | (47.2) |
| Applications group | (0.3) | 18.6 | 5.5 | 28.4 | 11.3 | 30.6 | 34.9 | 61.4 | 42.5 | 66.4% | 76.0 |
| **Total license revenue** | **10.3%** | **20.0%** | **6.8%** | **22.7%** | **8.1%** | **17.7%** | **29.7%** | **20.8%** | **28.0%** | **24.6%** | **24.6%** |
| Support | 29.6% | 32.4% | 30.3% | 30.7% | 27.2% | 27.2% | 29.3% | 24.8% | 25.7% | 21.1% | 25.9% |
| Consulting & education | 48.2 | 33.6 | 27.2 | 15.8 | 6.7 | (3.2) | (6.9) | (8.3) | (10.1) | (4.3%) | 8.2 |
| Other | (1.6) | (8.3) | (0.9) | (12.8) | 18.9 | 14.8 | 33.3 | 65.7 | 21.9 | (1.6%) | (11.2) |
| **Total service revenue** | **38.0%** | **32.1%** | **28.0%** | **21.3%** | **16.0%** | **10.2%** | **10.4%** | **8.4%** | **7.9%** | **8.4%** | **17.3%** |
| **Total revenue** | **27.8%** | **27.4%** | **18.9%** | **22.0%** | **13.5%** | **12.9%** | **17.8%** | **14.6%** | **14.0%** | **14.5%** | **20.4%** |

Note: Figures may be affected by rounding; fiscal years end 31 May.

Source: Company reports and DKBR estimates.

**Figure 3: Oracle Corporation – annual revenue by product type, fiscal 1998-2002E ($ in millions)**

| | 1998 | YoY change | 1999 | YoY change | 2000 | YoY change | 2001E | YoY change | 2002E |
|---|---|---|---|---|---|---|---|---|---|
| Servers | $2,201.9 | 20.2% | $2,646.8 | 17.1% | $3,100.3 | 19.0% | $3,690.0 | 12.5% | $4,150.0 |
| Tools | 324.9 | (9.8%) | 293.0 | (0.5%) | 291.5 | (36.5%) | 185.0 | (35.1%) | 120.0 |
| Applications group | 562.3 | 15.8% | 651.0 | 41.8% | 923.2 | 67.4% | 1,545.0 | 30.1% | 2,010.0 |
| **Total license revenue** | **$3,089.1** | **16.2%** | **$3,590.9** | **20.2%** | **$4,315.0** | **25.6%** | **$5,420.0** | **15.9%** | **$6,280.0** |
| Support | $1,794.1 | 30.7% | $2,345.5 | 27.0% | $2,978.9 | 24.2% | $3,700.0 | 15.7% | $4,280.0 |
| Consulting & education | 2,156.3 | 29.5% | 2,793.4 | (3.2%) | 2,704.5 | 0.6% | 2,721.0 | 9.5% | 2,980.0 |
| Other | 104.4 | (6.6%) | 97.5 | 35.1% | 131.8 | (1.0%) | 130.5 | (8.0%) | 120.0 |
| **Total service revenue** | **$4,054.8** | **29.1%** | **$5,236.4** | **11.1%** | **$5,815.1** | **12.7%** | **$6,551.5** | **12.6%** | **$7,380.0** |
| **Total revenue** | **$7,143.9** | **23.6%** | **$8,827.3** | **14.8%** | **$10,130.1** | **18.2%** | **$11,971.5** | **14.1%** | **$13,660.0** |
| **As a percent of total revenue** | | | | | | | | | |
| Servers | 30.8% | | 30.0% | | 30.6% | | 30.8% | | 30.4% |
| Tools | 4.5% | | 3.3% | | 2.9% | | 1.5% | | 0.9% |
| Applications group | 7.9% | | 7.4% | | 9.1% | | 12.9% | | 14.7% |
| **Total license revenue** | **43.2%** | | **40.7%** | | **42.6%** | | **45.3%** | | **46.0%** |
| Support | 25.1% | | 26.6% | | 29.4% | | 30.9% | | 31.3% |
| Consulting & education | 30.2% | | 31.6% | | 26.7% | | 22.7% | | 21.8% |
| Other | 1.5% | | 1.1% | | 1.3% | | 1.1% | | 0.9% |
| **Total service revenue** | **56.8%** | | **59.3%** | | **57.4%** | | **54.7%** | | **54.0%** |
| **Total revenue** | **100.0%** | | **100.0%** | | **100.0%** | | **100.0%** | | **100.0%** |

Note: Figures may be affected by rounding; fiscal years end 31 May.

Source: Company reports and DKBR estimates.



*148*



19 December 2000    Oracle Corporation

In terms of revenues by geography, the Americas region revenues for the quarter were $1.510 billion, a 19.7% year-over-year growth and accounted for 56.8% of total revenues in fiscal Q2 2001. The European/Middle East/Africa (EMEA) region posted a 0.6% year-over-year growth with revenues of $760.8 million and accounted for 28.6% of total revenues, while the Asia/Pacific Region reported revenues of $388.2 million (27.6% year-over-year revenue growth) and accounted for 14.6% of total revenues. Figure 4 shows Oracle's quarterly revenue breakdown by geography.

Figure 4: Oracle Corporation – quarterly revenue by geography, fiscal 1998-2001 ($ in millions)

|  | FY99 Aug-98 | Nov-98 | Feb-99 | May-99 | Fiscal | FY00 Aug-99 | Nov-99 | Feb-00 | May-00 | Fiscal | FY01 Aug-00 | Nov-00 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Americas | $1,003.1 | $1,121.6 | $1,165.2 | $1,763.3 | $5,053.2 | $1,124.3 | $1,261.9 | $1,450.1 | $2,077.2 | $5,913.4 | $1,291.3 | $1,510.5 |
| EMEA | $564.8 | $709.5 | $693.7 | $887.3 | $2,855.2 | $617.7 | $755.7 | $707.4 | $902.3 | $2,983.1 | $643.2 | $760.8 |
| Asia Pacific | $181.2 | $224.9 | $220.1 | $292.7 | $918.8 | $242.5 | $304.3 | $292.0 | $394.8 | $1,233.6 | $327.4 | $388.2 |
| Total revenues | $1,749.1 | $2,055.9 | $2,078.9 | $2,943.3 | $8,827.3 | $1,984.5 | $2,321.9 | $2,449.4 | $3,374.3 | $10,130.1 | $2,261.9 | $2,659.5 |
| **As a percent of total revenue** | | | | | | | | | | | | |
| Americas | 57.4% | 54.6% | 56.0% | 59.9% | 57.2% | 56.7% | 54.3% | 59.2% | 61.6% | 58.4% | 57.1% | 56.8% |
| EMEA | 32.3% | 34.5% | 33.4% | 30.1% | 32.3% | 31.1% | 32.5% | 28.9% | 26.7% | 29.4% | 28.4% | 28.6% |
| Asia Pacific | 10.4% | 10.9% | 10.6% | 9.9% | 10.4% | 12.2% | 13.1% | 11.9% | 11.7% | 12.2% | 14.5% | 14.6% |
| Total revenues | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% |
| **YoY percent change** | | | | | | | | | | | | |
| Americas | 36.8% | 30.2% | 17.1% | 20.9% | 24.8% | 12.1% | 12.5% | 24.5% | 17.8% | 17.0% | 14.9% | 19.7% |
| EMEA | 33.1% | 31.1% | 20.2% | 17.6% | 24.3% | 9.4% | 6.5% | 2.0% | 1.7% | 4.5% | 4.1% | 0.7% |
| Asia Pacific | (14.2)% | 6.6% | 24.7% | 46.9% | 15.1% | 33.8% | 35.3% | 32.7% | 34.9% | 34.2% | 35.0% | 27.6% |
| **Total revenues** | **27.8%** | **27.4%** | **18.9%** | **22.0%** | **23.6%** | **13.5%** | **12.9%** | **17.8%** | **14.6%** | **14.8%** | **14.0%** | **14.5%** |

Note: Figures may be affected by rounding, fiscal years end 31 May.

Source: Company reports and DKBR estimates.

Dresdner Kleinwort Benson

149



19 December 2000     Oracle Corporation

Figure 5: Oracle Corporation – quarterly license revenue breakdown by geography, fiscal 1998-2001 ($ in millions)

| | Aug-97 | Nov-97 | Feb-98 | FY98 May-98 | Fiscal | Aug-98 | Nov-98 | FY99 Feb-99 | May-99 | Fiscal | Aug-99 | FY00 Nov-99 | Feb-00 | May-00 | Fiscal | Aug-00 | FY01 Nov-00 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Americas** | | | | | | | | | | | | | | | | | |
| Servers | $152.5 | $207.8 | $267.2 | $521.2 | $1,148.6 | $188.2 | $258.3 | $285.6 | $643.4 | $1,385.5 | $198.0 | $293.1 | $438.4 | $722.8 | $1,652.2 | $288.4 | $377.0 |
| Tools | 21.2 | 35.2 | 41.2 | 75.9 | 173.4 | 22.8 | 28.0 | 30.6 | 69.2 | 150.6 | 24.6 | 27.4 | 35.3 | $75.1 | $162.4 | 11.9 | $18.2 |
| Applications | 65.2 | 69.3 | 108.0 | 160.9 | 403.4 | 70.0 | 90.6 | 100.2 | 201.4 | 462.2 | 77.0 | 112.6 | 146.6 | $345.0 | $681.3 | 100.6 | $185.3 |
| **Total Americas lic. rev** | **$238.9** | **$312.2** | **$416.3** | **$758.0** | **$1,725.4** | **$281.0** | **$376.9** | **$426.4** | **$914.0** | **$1,998.3** | **$299.6** | **$433.1** | **$620.4** | **$1,142.9** | **$2,495.9** | **$400.9** | **$580.5** |
| **EMEA** | | | | | | | | | | | | | | | | | |
| Servers | $111.8 | $136.9 | $194.3 | $264.9 | $707.9 | $145.2 | $193.5 | $193.1 | $317.7 | $849.4 | $146.9 | $223.7 | $208.0 | $322.5 | $901.1 | $157.3 | $217.9 |
| Tools | 23.5 | 24.7 | 25.0 | 34.8 | 108.1 | 19.6 | 24.4 | 28.0 | 32.8 | 104.8 | 17.2 | 20.9 | 20.6 | 27.2 | 86.0 | 10.3 | 10.4 |
| Applications | 16.6 | 32.7 | 25.3 | 47.8 | 122.3 | 21.0 | 29.7 | 40.2 | 60.2 | 151.0 | 22.0 | 39.2 | 40.4 | 74.8 | 176.4 | 41.5 | 65.1 |
| **Total EMEA lic. rev** | **$151.8** | **$194.3** | **$244.6** | **$347.5** | **$938.3** | **$185.7** | **$247.6** | **$261.3** | **$410.7** | **$1,105.2** | **$186.1** | **$283.9** | **$269.0** | **$424.5** | **$1,163.5** | **$209.0** | **$293.4** |
| **Asia Pacific** | | | | | | | | | | | | | | | | | |
| Servers | $85.7 | $97.1 | $75.5 | $87.2 | $345.4 | $76.2 | $103.5 | $101.2 | $131.0 | $411.9 | $98.4 | $133.9 | $131.6 | $183.1 | $546.9 | $138.9 | $180.6 |
| Tools | 12.3 | 11.1 | 10.3 | 9.6 | 43.4 | 7.5 | 9.1 | 8.7 | 12.3 | 37.8 | 8.4 | 10.4 | 10.4 | 14.0 | 43.1 | 8.9 | 9.8 |
| Applications | 16.7 | 6.3 | 6.5 | 7.1 | 38.8 | 7.1 | 8.2 | 6.9 | 15.5 | 37.8 | 10.2 | 16.0 | 11.8 | 27.6 | 65.5 | 13.5 | 28.9 |
| **Total Asia/Pac lic. rev** | **$114.7** | **$114.6** | **$92.3** | **$103.8** | **$425.4** | **$90.9** | **$120.8** | **$116.9** | **$158.8** | **$487.3** | **$116.9** | **$160.2** | **$153.6** | **$224.6** | **$655.6** | **$161.4** | **$219.3** |
| **Total lic. revenues** | **$505.4** | **$621.2** | **$753.2** | **$1,209.3** | **$3,089.1** | **$557.6** | **$745.2** | **$804.6** | **$1,483.4** | **$3,590.9** | **$602.6** | **$877.2** | **$1,043.2** | **$1,792.0** | **$4,315.0** | **$771.2** | **$1,093.2** |
| **YoY percent change** | | | | | | | | | | | | | | | | | |
| **Americas** | | | | | | | | | | | | | | | | | |
| Servers | 0.4% | 14.6% | 33.9% | 23.6% | 20.4% | 23.4% | 24.3% | 10.6% | 23.4% | 20.6% | 5.2% | 13.5% | 48.3% | 12.9% | 19.3% | 45.7% | 28.6% |
| Tools | (35.0)% | 2.9% | 25.5% | 26.1% | 8.5% | 7.6% | (20.3)% | (25.7)% | (8.8)% | (13.1)% | 8.1% | (2.4)% | 15.4% | 8.5% | 7.8% | (51.8)% | (33.4)% |
| Applications | 102.4% | (11.4)% | 34.6% | 0.6% | 15.1% | 7.4% | 30.7% | (7.2)% | 25.2% | 14.6% | 10.0% | 24.3% | 46.3% | 71.3% | 47.4% | 30.6% | 64.5% |
| **Total Americas lic. rev** | **10.2%** | **6.3%** | **33.2%** | **18.1%** | **17.8%** | **17.6%** | **20.7%** | **2.4%** | **20.6%** | **15.8%** | **6.6%** | **14.9%** | **45.5%** | **25.0%** | **24.9%** | **33.8%** | **34.0%** |
| **EMEA** | | | | | | | | | | | | | | | | | |
| Servers | 9.3% | 0.8% | 10.4% | 14.5% | 9.7% | 29.9% | 41.3% | (0.6)% | 19.9% | 20.0% | 1.2% | 15.6% | 7.7% | 1.5% | 6.1% | 7.1% | (2.6)% |
| Tools | 31.5% | (0.3)% | (18.5)% | (10.4)% | (3.7)% | (16.6)% | (1.3)% | 12.0% | (5.9)% | (3.0)% | (11.9)% | (14.4)% | (26.5)% | (16.9)% | (18.0)% | (40.4)% | (50.2)% |
| Applications | 25.4% | 95.8% | 16.3% | 3.1% | 24.8% | 26.6% | (9.3)% | 59.1% | 26.0% | 23.5% | 4.8% | 32.3% | 0.5% | 24.2% | 16.8% | 88.6% | 65.9% |
| **Total EMEA lic. rev** | **13.9%** | **9.6%** | **7.1%** | **9.8%** | **9.7%** | **22.3%** | **27.4%** | **6.8%** | **18.2%** | **17.8%** | **0.2%** | **14.7%** | **2.9%** | **3.4%** | **5.3%** | **12.3%** | **3.4%** |
| **Asia Pacific** | | | | | | | | | | | | | | | | | |
| Servers | 12.0% | (12.3)% | 10.4% | (29.0)% | (15.8)% | (11.1)% | 6.6% | 34.1% | 50.3% | 19.2% | 29.0% | 29.4% | 30.0% | 39.8% | 32.8% | 41.2% | 34.9% |
| Tools | (3.3)% | (38.6)% | (39.8)% | (33.0)% | (30.4)% | (38.7)% | (18.7)% | (15.7)% | 28.1% | (13.3)% | 10.8% | 14.9% | 19.1% | 13.8% | 14.7% | 6.8% | (5.5)% |
| Applications | 234.2% | (2.0)% | 10.0% | (42.4)% | 23.3% | (57.3)% | 29.5% | 7.1% | 118.7% | 3.3% | 43.0% | 94.5% | 70.6% | 77.6% | 73.5% | 32.7% | 80.9% |
| **Total Asia/Pac lic. rev** | **21.7%** | **(15.4)%** | **(25.1)%** | **(30.4)%** | **(15.3)%** | **(20.7)%** | **5.4%** | **28.6%** | **52.9%** | **14.6%** | **28.6%** | **32.7%** | **31.6%** | **41.5%** | **34.5%** | **38.0%** | **36.9%** |
| **Total lic. revenues** | **13.7%** | **2.4%** | **13.4%** | **9.2%** | **9.4%** | **10.3%** | **20.0%** | **6.8%** | **22.7%** | **16.2%** | **8.1%** | **17.7%** | **29.7%** | **20.8%** | **20.2%** | **28.0%** | **24.6%** |

Note: Figures may be affected by rounding; fiscal years end 31 May.

Source: Company reports and DKBR estimates.

Dresdner Kleinwort Benson

6

19 December 2000    Oracle Corporation    

## Balance sheet items

*DSOs at the end of the fiscal second quarter 2001 were 66 days*

In terms of the balance sheet, cash and short-term investments at the end of fiscal Q2 2001 totaled $4.36 billion, compared with $5.06 billion at the end of the prior sequential quarter. Trade receivables (net) on the balance sheet at the end of the second quarter was at $1.936 billion, compared with $1.696 billion at the end of the prior sequential quarter. Days sales outstanding (DSOs) at the end of the quarter were 66 days, compared with 68 days at the end of the prior sequential quarter and 69 days in the year-ago period.

Customer advances and unearned revenue on the balance sheet at the end of fiscal Q2 2001 stood at $1.05 billion, down $215.8 million from the $1.27 billion at the end of the prior sequential quarter. Oracle Corporation drew down $156.2 million and $164.6 million from customer advances and unearned revenue from the balance sheet at the same sequential quarters in fiscal 1999 and fiscal 2000, respectively.

**Figure 6: Oracle Corporation – unearned revenue, Q1 FY99-Q2 FY00 ($ in millions)**

|  | Q1 | Q2 | Q3 | Fiscal 1999 | Q1 | Q2 | Q3 | Fiscal 2000 | Q1 | Q2 |
|---|---|---|---|---|---|---|---|---|---|---|
| Customer advances and unearned revenues | $956.4 | $800.2 | $817.9 | $1,007.1 | $1,089.7 | $925.1 | $1,019.6 | $1,133.5 | $1,269.6 | $1,053.8 |
| **QoQ growth** | | | | | | | | | | |
| Customer advances & unearned revenue change |  | -$156.2 | $17.7 | $189.3 | $82.5 | -$164.5 | $94.4 | $113.9 | $136.1 | -$215.8 |
| Customer advances & unearned revenue % change |  | -16.3% | 2.2% | 23.1% | 8.2% | -15.1% | 10.2% | 11.2% | 12.0% | -17.0% |

Note: Figures may be affected by rounding; fiscal years end 31 May.

Source: Company reports and DKBR estimates.

## Enterprise applications software market

We have updated our enterprise applications software market models to reflect Oracle Corporation's most recent results. Figures 7 and 8 show a comparison of license revenue and total (license plus service) revenues, respective of the major enterprise applications vendors – SAP AG, Oracle, PeopleSoft, J.D. Edwards and Siebel Systems. Most of these vendors now offer both front-office and back-office functionality, with the exception of Siebel Systems, which remains primarily a vendor of front-office applications. Also, SAP's license revenues include maintenance fees, while the other four vendor's maintenance fees are excluded from license revenues, but are included in services revenues.

**Figure 7: Comparison of license revenue growth rate and market share of major enterprise application vendors ($ in millions)**

| | 1997 | | | | | 1998 | | | | | 1999 | | | | | 2000 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Feb | May | Aug | Nov | Year | Feb | May | Aug | Nov | Year | Feb | May | Aug | Nov | Year | Feb | May | Aug | Nov | Year |
| Oracle Corporation License revenue | $107.8 | $218.6 | $98.4 | $108.3 | $533.2 | $139.7 | $215.8 | $98.1 | $128.5 | $582.1 | $147.4 | $277.2 | $109.1 | $167.8 | $701.5 | $198.8 | $447.4 | $155.5 | $279.3 | $1,081.0 |

| | 1997 | | | | | 1998 | | | | | 1999 | | | | | 2000 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Mar | Jun | Sep | Dec | Year | Mar | Jun | Sep | Dec | Year | Mar | Jun | Sep | Dec | Year | Mar | Jun | Sep | Dec | Year |
| PeopleSoft, Inc.* License revenue | $98.4 | $113.9 | $132.9 | $164.4 | $509.7 | $159.5 | $167.6 | $167.7 | $169.5 | $664.3 | $98.7 | $80.0 | $65.7 | $95.3 | $339.7 | $90.2 | $109.8 | $131.5 | | |

| | 1997 | | | | | 1998 | | | | | 1999 | | | | | 2000 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Mar | Jun | Sep | Dec | Year | Mar | Jun | Sep | Dec | Year | Mar | Jun | Sep | Dec | Year | Mar | Jun | Sep | Dec | Year |
| SAP AG Product revenue (Lic. & maint. rev) | $403.5 | $528.1 | $517.7 | $684.4 | $2,333.7 | $576.7 | $771.8 | $692.9 | $967.8 | $3,009.2 | $661.9 | $761.8 | $571.9 | $1,125.0 | $3,120.6 | $708.8 | $904.9 | $869.6 | | |

| | 1997 | | | | | 1998 | | | | | 1999 | | | | | 2000 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Mar | Jun | Sep | Dec | Year | Mar | Jun | Sep | Dec | Year | Mar | Jun | Sep | Dec | Year | Mar | Jun | Sep | Dec | Year |
| Siebel Systems, Inc. License revenue | $29.5 | $33.4 | $41.5 | $52.5 | $157.0 | $56.0 | $67.3 | $77.2 | $90.3 | $290.9 | $93.4 | $111.3 | $126.0 | $170.0 | $500.7 | $190.9 | $242.4 | $300.4 | | |

| | Apr-97 | Jul-97 | Oct-97 | Jan-98 | Year | Apr-98 | Jul-98 | Oct-98 | Jan-99 | Year | Apr-99 | Jul-99 | Oct-99 | Jan-00 | Year | Apr-00 | Jul-00 | Oct-00 | Jan-01 | Year |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| J.D. Edwards & Co. License revenue | $51.1 | $59.0 | $97.7 | $68.0 | $275.8 | $76.4 | $98.1 | $143.5 | $69.6 | $387.6 | $67.2 | $74.9 | $101.1 | $83.3 | $326.5 | $81.7 | $116.7 | $137.4 | | |
| Total market – (sum of five revenues) | $690.4 | $953.0 | $888.2 | $1,277.8 | $3,809.4 | $1,008.2 | $1,320.7 | $1,179.5 | $1,425.7 | $4,934.1 | $1,068.8 | $1,305.2 | $973.7 | $1,641.4 | $4,989.0 | $1,270.5 | $1,821.2 | $1,594.5 | | |
| Total market – YoY percent change | 45.3% | 44.4% | 63.3% | 41.6% | 47.6% | 46.0% | 38.6% | 32.8% | 11.6% | 29.5% | 6.0% | (1.2)% | (17.4)% | 15.1% | 1.1% | 18.9% | 39.5% | 63.7% | | |

**Competitors' comparable growth rates:**

| | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Oracle | 60.9% | 77.7% | 95.2% | 6.8% | 56.0% | 29.6% | (1.3)% | (0.3)% | 18.6% | 9.2% | 5.5% | 28.4% | 11.3% | 30.6% | 20.5% | 34.9% | 61.4% | 42.5% | 66.4% | 54.1% |
| PeopleSoft | 94.3% | 70.3% | 69.9% | 66.9% | 73.2% | 62.0% | 47.1% | 26.2% | 3.1% | 30.3% | (38.1)% | (52.3)% | (60.8)% | (43.8)% | (48.9)% | (8.6)% | 37.3% | 100.2% | | |
| SAP AG | 27.7% | 24.2% | 54.4% | 36.7% | 35.4% | 42.9% | 46.2% | 33.8% | 9.4% | 28.9% | 14.8% | (1.3)% | (17.5)% | 16.2% | 3.7% | 7.1% | 18.8% | 52.1% | | |
| Siebel Systems | 570.5% | 396.3% | 305.3% | 267.7% | 340.2% | 89.7% | 101.4% | 86.1% | 71.9% | 85.3% | 66.8% | 65.3% | 63.1% | 88.2% | 72.1% | 104.3% | 117.8% | 138.5% | | |
| J.D. Edwards | 37.9% | 54.3% | 39.8% | 66.1% | 48.2% | 49.4% | 66.3% | 46.9% | 2.4% | 40.5% | (12.0)% | (23.6)% | (29.6)% | 19.7% | (15.8)% | 21.6% | 55.7% | 36.0% | | |

**Market share:**

| | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Oracle | 15.6% | 22.9% | 11.1% | 8.5% | 14.0% | 13.9% | 16.3% | 8.3% | 9.0% | 11.8% | 13.8% | 21.2% | 11.2% | 10.2% | 14.1% | 15.6% | 24.6% | 9.8% | | |
| PeopleSoft | 14.3 | 12.0 | 15.0 | 12.9 | 13.4 | 15.8 | 12.7 | 14.2 | 11.9 | 13.5 | 9.2 | 6.1 | 6.7 | 5.8 | 6.8 | 7.1 | 6.0 | 8.2 | | |
| SAP AG | 58.4 | 55.4 | 58.3 | 69.2 | 61.3 | 57.2 | 58.4 | 58.7 | 67.9 | 61.0 | 61.9 | 58.4 | 58.7 | 68.5 | 62.6 | 55.8 | 49.7 | 54.5 | | |
| Siebel Systems | 4.3 | 3.5 | 4.7 | 4.1 | 4.1 | 5.6 | 5.1 | 6.5 | 6.3 | 5.9 | 8.7 | 8.5 | 12.9 | 10.4 | 10.0 | 15.0 | 13.3 | 18.8 | | |
| J.D. Edwards | 7.4 | 6.2 | 11.0 | 5.3 | 7.2 | 7.6 | 7.4 | 12.2 | 4.9 | 7.9 | 6.3 | 5.7 | 10.4 | 5.1 | 6.5 | 6.4 | 6.4 | 8.6 | | |

(*) Includes Vantive's revenues for all periods.
Note: Figures may be affected by rounding.

Source: Company reports and DKBR estimates.

Figure 8: Comparison of total revenue growth rate and market share of major enterprise application vendors ($ in millions)

|  | 1997 | | | | | 1998 | | | | | 1999 | | | | | 2000 | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
|  | Feb | May | Aug | Nov | Year | Feb | May | Aug | Nov | Year | Feb | May | Aug | Nov | Year | Feb | May | Aug | Nov | Year |
| Oracle Corporation | $292.3 | $439.4 | $349.0 | $429.3 | $1,510.0 | $446.0 | $616.9 | $494.6 | $578.0 | $2,135.5 | $587.0 | $766.0 | $548.0 | $627.8 | $2,528.8 | $596.4 | $920.1 | $533.0 | $776.4 | $2,825.9 |

|  | 1997 | | | | | 1998 | | | | | 1999 | | | | | 2000 | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
|  | Mar | Jun | Sep | Dec | Year | Mar | Jun | Sep | Dec | Year | Mar | Jun | Sep | Dec | Year | Mar | Jun | Sep | Dec | Year |
| PeopleSoft, Inc.* | $176.2 | $210.5 | $248.1 | $298.3 | $933.1 | $313.9 | $358.0 | $391.6 | $411.3 | $1,474.8 | $350.1 | $360.7 | $346.1 | $372.3 | $1,429.1 | $375.4 | $420.2 | $443.1 | | |
| SAP AG | $615.1 | $785.5 | $802.6 | $1,226.5 | $3,429.7 | $910.8 | $1,202.5 | $1,186.7 | $1,546.8 | $4,846.8 | $1,158.0 | $1,304.2 | $1,199.8 | $1,661.2 | $5,323.3 | $1,130.1 | $1,426.8 | $1,353.5 | | |
| Siebel Systems, Inc. | $39.0 | $44.1 | $55.2 | $69.2 | $207.6 | $78.6 | $93.9 | $109.3 | $128.1 | $409.9 | $141.5 | $176.7 | $206.3 | $268.0 | $792.5 | $309.4 | $387.4 | $480.9 | | |

|  | Apr-97 | Jul-97 | Oct-97 | Jan-98 | Year | Apr-98 | Jul-98 | Oct-98 | Jan-99 | Year | Apr-99 | Jul-99 | Oct-99 | Jan-00 | Year | Apr-00 | Jul-00 | Oct-00 | Jan-01 | Year |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| J.D. Edwards & Co. | $145.9 | $162.5 | $216.6 | $178.3 | $703.3 | $209.0 | $239.6 | $307.1 | $222.9 | $978.7 | $231.6 | $232.1 | $257.6 | $231.7 | $953.0 | $231.0 | $261.1 | $277.1 | | |
| Total market – (Sum of five revenues) | $1,268.5 | $1,642.1 | $1,671.5 | $2,201.6 | $6,783.7 | $1,958.3 | $2,510.8 | $2,489.4 | $2,887.2 | $9,845.6 | $2,468.2 | $2,839.6 | $2,557.9 | $3,161.0 | $11,026.6 | $2,642.4 | $3,415.6 | $3,087.7 | | |
| Total market - YoY percent change | 50.3% | 52.9% | 69.8% | 54.0% | 56.6% | 54.4% | 52.9% | 48.9% | 31.1% | 45.1% | 26.0% | 13.1% | 2.8% | 9.5% | 12.0% | 7.1% | 20.3% | 20.7% | | |
| **Competitors' comparable growth rates:** | | | | | | | | | | | | | | | | | | | | |
| Oracle | 74.0% | 63.9% | 99.5% | 68.8% | 80.6% | 52.6% | 40.4% | 41.7% | 34.6% | 41.4% | 31.6% | 24.2% | 10.8% | 8.6% | 18.4% | 1.6% | 20.1% | (2.7)% | 23.7% | 11.7% |
| PeopleSoft | 89.2% | 78.5% | 84.3% | 76.8% | 81.4% | 78.2% | 70.1% | 57.8% | 37.9% | 58.1% | 11.5% | 0.8% | (11.6)% | (9.5)% | (3.1)% | 7.2% | 16.5% | 28.0% | | |
| SAP AG | 31.5% | 32.2% | 57.6% | 41.3% | 40.6% | 48.1% | 53.1% | 47.9% | 26.1% | 41.3% | 27.1% | 8.5% | 1.1% | 7.4% | 9.8% | (2.4)% | 9.4% | 12.8% | | |
| Siebel Systems | 729.1% | 484.7% | 394.5% | 340.2% | 430.3% | 101.3% | 112.8% | 97.9% | 85.0% | 97.4% | 80.0% | 88.2% | 86.7% | 109.2% | 93.3% | 118.7% | 119.3% | 133.1% | | |
| J.D. Edwards | 32.4% | 40.6% | 40.4% | 45.2% | 39.8% | 43.3% | 47.4% | 41.8% | 25.0% | 39.2% | 10.8% | (3.1)% | (16.1)% | 3.9% | (2.6)% | (0.2)% | 12.5% | 7.6% | | |
| **Market share:** | | | | | | | | | | | | | | | | | | | | |
| Oracle | 23.0% | 26.8% | 20.9% | 19.5% | 22.3% | 22.8% | 24.6% | 19.9% | 20.0% | 21.7% | 23.8% | 27.0% | 21.4% | 19.9% | 22.9% | 22.6% | 26.9% | 17.3% | | |
| PeopleSoft | 13.9% | 12.8% | 14.8% | 13.5% | 13.8% | 16.0% | 14.3% | 15.7% | 14.2% | 15.0% | 14.2% | 12.7% | 13.5% | 11.8% | 13.0% | 14.2% | 12.3% | 14.4% | | |
| SAP AG | 48.5% | 47.8% | 48.0% | 55.7% | 50.6% | 46.5% | 47.9% | 47.7% | 53.6% | 49.2% | 46.9% | 45.9% | 46.9% | 52.6% | 48.3% | 42.8% | 41.8% | 43.8% | | |
| Siebel Systems | 3.1% | 2.7% | 3.3% | 3.1% | 3.1% | 4.0% | 3.7% | 4.4% | 4.4% | 4.2% | 5.7% | 6.2% | 8.1% | 8.5% | 7.2% | 11.7% | 11.3% | 15.6% | | |
| J.D. Edwards | 11.5% | 9.9% | 13.0% | 8.1% | 10.4% | 10.7% | 9.5% | 12.3% | 7.7% | 9.9% | 9.4% | 8.2% | 10.1% | 7.3% | 8.6% | 8.7% | 7.6% | 9.0% | | |

(*) Includes Vantive's revenues for all periods.
Note: Revenues include license and service revenue. Figures may be affected by rounding.

Source: Company reports and DKBR estimates.



19 December 2000    Oracle Corporation

Dresdner Kleinwort Benson

9

153



19 December 2000    Oracle Corporation

## Earnings outlook for 2001 and 2002

We believe that Oracle's results for fiscal Q2 2001 were in line with expectations. The company's guidance was for total license revenue growth for fiscal Q3 2001 to be 25%, with applications license revenue growth expected to be greater than 75% and database license revenue growth to be in the range of 15%-20%. We have modeled 17.6% database license revenue growth and applications license revenue growth of 76% for the third quarter of fiscal 2001.

*We have fine-tuned our FY01 EPS and FY02 EPS estimates*

We have fine-tuned our fiscal 2001 EPS estimate to $0.52 from $0.50, and raised our fiscal 2002 EPS estimate to $0.63 from $0.60.

**Figure 9: Oracle Corporation – revised earnings estimates**

| Fiscal years end in May | Q1 | Q2 | Q3 | Q4 | Year | P/E ratio |
|---|---|---|---|---|---|---|
| 1999 Actual | $0.03 | $0.05 | $0.05 | $0.09 | $0.22 | NM |
| 2000 Actual | $0.04 | $0.07 | $0.09 | $0.16 | $0.34 | 94.1 |
| 2001 Estimate | $0.08A | $0.11A | $0.12E | $0.21E | $0.52 | 61.5 |
| Previous | $0.08A | $0.10E | $0.12E | $0.20E | $0.50 | 64.0 |
| 2002 Estimate | $0.10E | $0.13E | $0.15E | $0.25E | $0.63 | 50.8 |
| Previous | $0.09E | $0.13E | $0.14E | $0.24E | $0.60 | 53.3 |

Source: Company reports and DKBR estimates.

## Valuation and recommendation

Oracle's stock is trading at P/E multiples of 61.5 times and 50.8 times our revised fiscal 2001 and fiscal 2002 EPS estimates of $0.52 and $0.63, respectively. We believe that the stock remains fairly valued and are maintaining our Hold rating on the shares of Oracle Corporation.

**Companies mentioned in this report (prices as of 18 December 2000)**

| Company | Ticker | Price |
|---|---|---|
| Ariba, Inc. | ARBA | US$62.25 |
| i2 Technologies | ITWO | $49.69 |
| J.D. Edwards | JDEC | $23.94 |
| PeopleSoft | PSFT | $42.38 |
| Qualcomm, Inc. | QCOM | $85.44 |
| SAP AG | SAP | $34.63 |
| Siebel Systems | SEBL | $78.38 |
| Teradyne Inc. | TER | $34.31 |

Figure 10: Oracle Corporation – quarterly earnings model, August 1998-May 2002E ($ in millions, except per-share data)

| | 1999 | | | | 2000 | | | | 2001E | | | | 2002E | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Aug-98 | Nov-98 | Feb-99 | May-99 | Aug-99 | Nov-99 | Feb-00 | May-00 | Aug-00 A | Nov-00 A | Feb-01 | May-01 | Aug-01 | Nov-01 | Feb-02 | May-02 |
| **Revenues** | | | | | | | | | | | | | | | | |
| Licenses and other | $582.5 | $767.4 | $825.7 | $1,512.7 | $632.2 | $902.6 | $1,071.4 | $1,840.6 | $807.2 | $1,118.2 | $1,325.0 | $2,300.0 | $930.0 | $1,290.0 | $1,535.0 | $2,645.0 |
| % total revenue | 33.3% | 37.3% | 39.7% | 51.4% | 31.9% | 38.9% | 43.7% | 54.5% | 35.7% | 42.0% | 44.9% | 56.1% | 36.4% | 42.8% | 45.5% | 56.1% |
| Services | $1,166.6 | $1,288.5 | $1,253.2 | $1,430.5 | $1,352.3 | $1,419.3 | $1,378.0 | $1,533.7 | $1,454.6 | $1,541.3 | $1,625.0 | $1,800.0 | $1,625.0 | $1,725.0 | $1,840.0 | $2,070.0 |
| % total revenue | 66.7% | 62.7% | 60.3% | 48.6% | 68.1% | 61.1% | 56.3% | 45.5% | 64.3% | 58.0% | 55.1% | 43.9% | 63.6% | 57.2% | 54.5% | 43.9% |
| **Total revenue** | **$1,749.1** | **$2,055.9** | **$2,078.9** | **$2,943.3** | **$1,984.5** | **$2,321.9** | **$2,449.4** | **$3,374.3** | **$2,261.9** | **$2,659.5** | **$2,950.0** | **$4,100.0** | **$2,555.0** | **$3,015.0** | **$3,375.0** | **$4,715.0** |
| Cost of services | $679.3 | $779.8 | $792.0 | $813.0 | $756.8 | $753.2 | $707.3 | $725.5 | $673.9 | $695.0 | $735.0 | $800.0 | $735.0 | $780.0 | $830.0 | $932.0 |
| % total revenue | 38.8% | 37.9% | 38.1% | 27.6% | 38.1% | 32.4% | 28.9% | 21.5% | 29.8% | 26.1% | 24.9% | 19.5% | 28.8% | 25.9% | 24.6% | 19.8% |
| Service gross margin | 41.8% | 39.5% | 36.8% | 43.2% | 44.0% | 46.9% | 48.7% | 52.7% | 53.7% | 54.9% | 54.8% | 55.6% | 54.8% | 54.8% | 54.9% | 55.0% |
| **Costs and expenses** | | | | | | | | | | | | | | | | |
| Sales and marketing | $510.1 | $591.8 | $566.8 | $953.8 | $538.4 | $631.4 | $594.7 | $852.2 | $573.0 | $640.9 | $735.0 | $985.0 | $610.0 | $715.0 | $765.0 | $1,010.0 |
| % total revenue | 29.2% | 28.8% | 27.3% | 32.4% | 27.1% | 27.2% | 24.3% | 25.3% | 25.3% | 24.1% | 24.9% | 24.0% | 23.9% | 23.7% | 22.7% | 21.4% |
| Research & development | $187.6 | $200.7 | $209.8 | $243.3 | $235.9 | $248.2 | $255.6 | $270.2 | $251.0 | $266.3 | $290.0 | $325.0 | $245.0 | $260.0 | $275.0 | $320.0 |
| % total revenue | 10.7% | 9.8% | 10.1% | 8.3% | 11.9% | 10.7% | 10.4% | 8.0% | 11.1% | 10.0% | 9.8% | 7.9% | 9.6% | 8.6% | 8.1% | 6.8% |
| General & administrative | $94.3 | $101.6 | $103.7 | $126.9 | $107.5 | $113.1 | $122.2 | $137.9 | $106.0 | $111.4 | $120.0 | $140.0 | $105.0 | $115.0 | $120.0 | $145.0 |
| % total revenue | 5.4% | 4.9% | 5.0% | 4.3% | 5.4% | 4.9% | 5.0% | 4.1% | 4.7% | 4.2% | 4.1% | 3.4% | 4.1% | 3.8% | 3.6% | 3.1% |
| Non-recurring charge | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total costs & expenses** | **$1,471.3** | **$1,673.9** | **$1,672.2** | **$2,137.0** | **$1,638.7** | **$1,745.8** | **$1,679.7** | **$1,985.8** | **$1,603.8** | **$1,713.5** | **$1,880.0** | **$2,250.0** | **$1,695.0** | **$1,870.0** | **$1,990.0** | **$2,407.0** |
| % total revenue | 84.1% | 81.4% | 80.4% | 72.6% | 82.6% | 75.2% | 68.6% | 58.9% | 70.9% | 64.4% | 63.7% | 54.9% | 66.3% | 62.0% | 59.0% | 51.0% |
| Operating income | $277.8 | $382.1 | $406.7 | $806.3 | $345.9 | $576.1 | $769.7 | $1,388.5 | $658.0 | $946.0 | $1,070.0 | $1,850.0 | $860.0 | $1,145.0 | $1,385.0 | $2,308.0 |
| % total revenue | 15.9% | 18.6% | 19.6% | 27.4% | 17.4% | 24.8% | 31.4% | 41.1% | 29.1% | 35.6% | 36.3% | 45.1% | 33.7% | 38.0% | 41.0% | 49.0% |
| Other income (expense) | $22.2 | $28.7 | $37.7 | $20.7 | $18.3 | $15.5 | $439.6 | $6,569.9 | $118.2 | $19.9 | $45.0 | $45.0 | $45.0 | $45.0 | $45.0 | $45.0 |
| Income before taxes | $300.0 | $410.7 | $444.3 | $827.0 | $364.2 | $591.5 | $1,209.3 | $7,958.4 | $776.2 | $965.9 | $1,115.0 | $1,895.0 | $905.0 | $1,190.0 | $1,430.0 | $2,353.0 |
| Pretax margin | 17.2% | 20.0% | 21.4% | 28.1% | 18.4% | 25.5% | 49.4% | 235.9% | 34.3% | 36.3% | 37.8% | 46.2% | 35.4% | 39.5% | 42.4% | 49.9% |
| Taxes | $105.0 | $136.6 | $151.1 | $299.6 | $127.5 | $207.0 | $446.2 | $3,046.0 | $275.6 | $343.1 | $395.8 | $672.7 | $321.2 | $422.5 | $507.7 | $835.3 |
| Tax rate | 35.0% | 33.3% | 34.0% | 36.2% | 35.0% | 35.0% | 36.9% | 38.3% | 35.5% | 35.5% | 35.5% | 35.5% | 35.5% | 35.5% | 35.5% | 35.5% |
| **Net income** | **$195.0** | **$274.1** | **$293.3** | **$527.4** | **$236.7** | **$384.5** | **$763.2** | **$4,912.4** | **$500.7** | **$622.8** | **$719.2** | **$1,222.3** | **$583.8** | **$767.6** | **$922.4** | **$1,517.7** |
| Net margin | 11.1% | 13.3% | 14.1% | 17.9% | 11.9% | 16.6% | 31.2% | 145.6% | 22.1% | 23.4% | 24.4% | 29.8% | 22.8% | 25.5% | 27.3% | 32.2% |
| Avg. shares outstand. (m) | 5,934.8 | 5,899.6 | 5,981.8 | 5,931.2 | 5,964.8 | 6,012.6 | 5,996.4 | 6,009.6 | 5,932.9 | 5,875.0 | 5,900.0 | 5,925.0 | 5,935.0 | 5,950.0 | 5,965.0 | 5,975.0 |
| Diluted EPS (reported) | $0.03 | $0.05 | $0.05 | $0.09 | $0.04 | $0.06 | $0.13 (a) | $0.82 (b) | $0.08 | $0.11 | $0.12 | $0.21 | $0.10 | $0.13 | $0.15 | $0.25 |
| Diluted EPS (operating) | 0.03 | 0.05 | 0.05 | 0.09 | 0.04 | 0.07 | 0.09 | 0.16 | 0.08 | 0.11 | 0.12 | 0.21 | 0.10 | 0.13 | 0.15 | 0.25 |

–Adjusted for a 2-for-1 stock split effective 12 October 2000.
(a) Includes pretax investment gains of $431.8 million on the sale of existing shares in Liberate Technologies.
(b) Includes pretax investment gains of $6,521,496 on sale of shares in Oracle Japan with its Secondary Public Offerings.
Note: Figures may be affected by rounding; fiscal years end 31 May.

Source: Company reports and DKBR estimates.




**Figure 11: Oracle Corporation – annual earnings model, fiscal 1998-2002E ($ in millions, except per-share data)**

|  | 1998 | 1999 | 2000 | 2001E | 2002E | 1998-1999 | 1999-2000 | 2000-2001E | 2001E-2002E |
|---|---|---|---|---|---|---|---|---|---|
| **Revenues** | | | | | | | | | |
| Licenses and other | $3,193.5 | $3,688.4 | $4,446.8 | $5,550.5 | $6,400.0 | 15.5% | 20.6% | 24.8% | 15.3% |
| % total revenue | 44.7% | 41.8% | 43.9% | 46.4% | 46.9% | | | | |
| Services | $3,950.4 | $5,138.9 | $5,683.3 | $6,420.9 | $7,260.0 | 30.1% | 10.6% | 13.0% | 13.1% |
| % total revenue | 55.3% | 58.2% | 56.1% | 53.6% | 53.1% | | | | |
| **Total revenue** | **$7,143.9** | **$8,827.3** | **$10,130.1** | **$11,971.4** | **$13,660.0** | **23.6%** | **14.8%** | **18.2%** | **14.1%** |
| Cost of services | $2,273.6 | $3,064.1 | $2,942.7 | $2,903.9 | $3,277.0 | 34.8% | -4.0% | -1.3% | 12.8% |
| % total revenue | 31.8% | 34.7% | 29.0% | 24.3% | 24.0% | | | | |
| Service gross margin | 42.4% | 40.4% | 48.2% | 54.8% | 54.9% | | | | |
| **Costs and expenses** | | | | | | | | | |
| Sales and marketing | $2,371.3 | $2,622.4 | $2,616.7 | $2,933.8 | $3,100.0 | 10.6% | (0.2)% | 12.1% | 5.7% |
| % total revenue | 33.2% | 29.7% | 25.8% | 24.5% | 22.7% | | | | |
| Research & development | $719.1 | $841.4 | $1,009.9 | $1,132.3 | $1,100.0 | 17.0% | 20.0% | 12.1% | (2.9)% |
| % total revenue | 10.1% | 9.5% | 10.0% | 9.5% | 8.1% | | | | |
| General & administrative | $368.6 | $426.4 | $480.7 | $477.4 | $485.0 | 15.7% | 12.7% | (0.7)% | 1.6% |
| % total revenue | 5.2% | 4.8% | 4.7% | 4.0% | 3.6% | | | | |
| Non-recurring charge | $167.1 | - | - | - | - | | | | |
| **Total costs & expenses** | **$5,899.7** | **$6,954.4** | **$7,050.0** | **$7,447.4** | **$7,962.0** | **17.9%** | **1.4%** | **5.6%** | **6.9%** |
| % total revenue | 82.6% | 78.8% | 69.6% | 62.2% | 58.3% | | | | |
| **Operating income** | **$1,244.2** | **$1,872.9** | **$3,080.2** | **$4,524.0** | **$5,698.0** | **50.5%** | **64.5%** | **46.9%** | **25.9%** |
| % total revenue | 17.4% | 21.2% | 30.4% | 37.8% | 41.7% | | | | |
| Other income (expense) | $83.6 | $109.2 | $7,043.3 | $228.1 | $180.0 | 30.6% | 6350.1% | (96.8)% | (21.1)% |
| Income before taxes | $1,327.8 | $1,982.1 | $10,123.4 | $4,752.1 | $5,878.0 | 49.3% | 410.7% | (53.1)% | 23.7% |
| Pretax margin | 18.6% | 22.5% | 99.9% | 39.7% | 43.0% | | | | |
| Taxes | $514.1 | $692.3 | $3,826.6 | $1,687.2 | $2,086.6 | 34.7% | 452.7% | (55.9)% | 23.7% |
| Tax rate | 38.7% | 34.9% | 37.8% | 35.5% | 35.5% | | | | |
| **Net income** | **$813.7** | **$1,289.8** | **$6,296.8** | **$3,065.0** | **$3,791.4** | **58.5%** | **388.2%** | **(51.3)%** | **23.7%** |
| Net margin | 11.4% | 14.6% | 62.2% | 25.6% | 27.8% | | | | |
| Avg. shares outst. (m) | 5,998.4 | 5,936.9 | 5,995.8 | 5,908.2 | 6,020.0 | (1.0)% | 1.0% | (1.5)% | 1.9% |
| Diluted EPS (reported) | $0.14 (a) | $0.22 | $1.05 (b) | $0.52 | $0.63 | 60.1% | 383.4% | (50.6)% | 21.4% |
| Diluted EPS (operating) | 0.16 | 0.22 | 0.34 | 0.52 | 0.63 | 37.5% | 54.5% | 52.9% | 21.2% |

–Adjusted for a 2-for-1 stock split effective 14 October 2000.
(a) Includes after-tax charges of $49.8 million and $59.5 million for the acquisitions of Navio Communications, Inc. and Treasury Services Corporation, respectively.
(b) Includes pretax investment gains of $431.8 million on the sale of existing shares in Liberate Technologies.
Includes pre-tax investment gains of $6,521,496 on sale of shares in Oracle Japan with its Secondary Public Offerings.
Note: Figures may be affected by rounding; fiscal years end 31 May.

Source: Company reports and DKBR estimates.





# Notes



19 December 2000    Oracle Corporation



# Notes

19 December 2000    Oracle Corporation



# Global Research

**Kleinwort Benson Securities Limited**
20 Fenchurch Street
London
EC3P 3DB
United Kingdom
+44 20 7623 8000*

**Dresdner Bank AG London Branch**
Riverbank House
2 Swan Lane
London
EC4R 3UX
United Kingdom
+44 20 7623 8000*

**Frankfurt**
Dresdner Kleinwort Benson
Research GmbH
Jürgen-Ponto-Platz 1
60301 Frankfurt am Main
Germany
+49 69 263 52270*

**Hong Kong**
Kleinwort Benson Securities
(Asia) Limited
21/F, Cheung Kong Center
2 Queen's Road Central
Hong Kong
+852 2239 6888*

**Kuala Lumpur**
Kleinwort Benson Research
(Malaysia) Sdn. Bhd.
5/F Wisma Genting
28 Jalan Sultan Ismail
50250 Kuala Lumpur
Malaysia
+603 202 3823*

**Madrid**
Dresdner Bank AG
Pinar, 2-4
28006 Madrid
Spain
+34 91 745 81 00*

**Mexico City**
Dresdner Bank AG
Bosques de Alisos 47-B, 4 piso
Col. Bosques de las Lomas
05120 México D.F
Mexico
+52 52583000*

**Milan**
Albertini & C. SIM p.A.
Via Olona 2
20123
Milan
Italy
+39 02 7245 1*

**Mumbai**
Dresdner Kleinwort Benson
Securities (India) Limited
17th Floor, Hoechst House
Nariman Point
Mumbai 400 021
India
+91 22 232 8700*

**New York**
Dresdner Kleinwort Benson
North America LLC
75 Wall Street, 29th Floor
New York, NY 10005-2889
United States
+1 212 429 3434*

**Paris**
Kleinwort Benson France SA
108, bd Haussmann
75008 Paris
France
+33 1 44 70 65 00*

**Rio de Janeiro**
Dresdner Bank Brasil
Av. Presidente Wilson, 231/17th floor
20030-021, Rio de Janeiro
Brazil
+55.21.824-3500*

**Seoul**
Kleinwort Benson Limited
Seoul Branch, 12th Floor
KorAm Bank Building
39, Da-Dong, Chung-ku
Seoul 100-180, South Korea
+822 311 3400*

**Singapore**
Kleinwort Benson Securities
(Singapore) Pte Limited
20 Collyer Quay
#14-01 Tung Centre
Singapore 049319
+65 534 0016*

**Sydney**
Dresdner Kleinwort Benson
Level 26, 363 George Street
Sydney
NSW 2000
Australia
+61 2 8243 5000*

**Tokyo**
Dresdner Kleinwort Benson
(Asia) Limited
4-1-8 Toranomon, Minato-ku
Tokyo 105-0001
Japan
+813 5403 9500*

**Zurich**
Dresdner Bank (Schweiz) AG
Postfach 264
Utoqual 55
CH-8034 Zurich
Switzerland
+41 1 258 5111*

* Telephone numbers are for general and administrative information via the switchboard.

Any US investors should call DKBNA, telephone +1 212 429 2000 or the relevant analyst.

This report has been prepared by Dresdner Kleinwort Benson, by the specific legal entity named on the cover or inside cover page.

**United Kingdom:** This report has been issued or approved for issue in the UK to professional and business customers only by Kleinwort Benson Securities Limited, regulated by the Securities and Futures Authority Limited and a Member Firm of the London Stock Exchange. Kleinwort Benson Securities Limited does not deal for, or advise or otherwise offer any other investment services to private customers.

**European Economic Area:** Where this report has been produced by a legal entity outside of the EEA, the report has been re-issued by Kleinwort Benson Securities Limited for distribution into the EEA.

**United States:** Where this report has been approved for distribution in the US, such distribution is by either (i) Dresdner Kleinwort Benson North America LLC (DKBNA) or (ii) by other Dresdner Kleinwort Benson companies to US Institutional Investors and Major US Institutional Investors only. In each case DKBNA accepts responsibility for this report in the US. Any US persons wishing to effect a transaction through Dresdner Kleinwort Benson in any security mentioned in this report may only do so through DKBNA, telephone: (+1 212) 429 2000.

**Singapore:** This report is being distributed in Singapore by Kleinwort Benson Securities (Singapore) Pte Ltd to clients who fall within the description of persons in Regulation 44(i) to (iii) of the Securities Industry Regulations.

**Hong Kong:** This report is being distributed in Hong Kong by Kleinwort Benson Securities (Asia) Limited to persons whose business involves the acquisition, disposal or holding of securities.

**Japan:** Where this report is being distributed in Japan, such distribution is by either (i) Dresdner Kleinwort Benson (Asia) Limited, Tokyo Branch (DKBA) or (ii) other Dresdner Kleinwort Benson companies, to entities falling within Article 2, Paragraph 1 of the Cabinet Ordinance for Enforcement of the Foreign Securities Firms Act. Any Japanese persons not falling within (ii) wishing to effect a transaction through Dresdner Kleinwort Benson in any security mentioned in this report may only do so through DKBA, telephone (+ 813) 5403 9500.

**India:** Shares traded on stock exchanges within the Republic of India may normally only be purchased by Foreign Institutional Investors registered with The Securities and Exchange Board of India ("SEBI") or Individuals of Indian nationality or origin resident outside India ("NRIs") and overseas corporate bodies ("OCBs") predominantly owned by such persons.

The information and opinions in this report constitute judgement as at the date of this report and are subject to change without notice. Dresdner Kleinwort Benson and/or any of its clients may effect or have effected transactions for their own account in the securities mentioned in this report or any related investments prior to your receipt of it. Dresdner Kleinwort Benson may provide investment banking services (including without limitation corporate finance services) for the issuers of the securities mentioned in this report and may from time to time participate or invest in commercial banking transactions (including without limitation loans) with the issuers of the securities mentioned in this report. Accordingly, information may be available to Dresdner Kleinwort Benson which is not reflected in this report. Dresdner Kleinwort Benson may have positions in or options on the securities mentioned in this report or any related investments or may buy, sell or offer to buy or sell such securities or any related investments as principal or agent on the open market or otherwise. This report does not constitute or form part of, and should not be construed as, any offer for sale or subscription of, or any invitation to offer to buy or subscribe for, any securities, nor should it or any part of it form the basis of, or be relied on in any connection with, any contract or commitment whatsoever. The information and opinions contained in this report have been compiled or arrived at from sources believed to be reliable and in good faith, but no representation or warranty, express or implied, is made as to their accuracy, completeness or correctness. Dresdner Kleinwort Benson accepts no liability whatsoever for any direct or consequential loss or damage arising from any use of this report or its contents. Whilst Dresdner Kleinwort Benson may provide hyperlinks to web-sites of entities mentioned in this report, the inclusion of a link does not imply that Dresdner Kleinwort Benson endorses, recommends or approves any material on the linked page or accessible from it. Dresdner Kleinwort Benson accepts no responsibility whatsoever for any such material, nor for any consequences of its use. This report is for the use of the addressees only, but is not to be relied upon as authoritative or taken in substitution for the exercise of judgement by any recipient. This report is being supplied to you solely in your capacity as a professional, institutional investor for your information and may not be reproduced, redistributed or passed on to any other person or published, in whole or in part, for any purpose, without the prior, written consent of Kleinwort Benson Securities Limited. In this notice "Dresdner Kleinwort Benson" means Dresdner Bank AG and/or Kleinwort Benson Securities Limited and any of its affiliated or associated companies and their directors, representatives or employees and/or any persons connected with them. **Additional information on the contents of this report is available on request.**

© Kleinwort Benson Securities Limited 2000

| DRESDNER KLEINWORT BENSON RESEARCH – RECOMMENDATION DEFINITION | | | | |
|---|---|---|---|---|
| *(Expected performance over next 12 months)* | | | | |
| Buy | Outperform by 10% or more | Reduce | Underperform, but by less than 10% | Core and Non-Core reflect long-term views, i.e. whether stocks should |
| Add | Outperform, but by less than 10% | Sell | Underperform by 10% or more. | form a significant part of a portfolio beyond the 12-month period. |
| Hold | Track market | | | |

Mailing list 938, 975

15



19 December 2000   Oracle Corporation 

## Summary information (consolidated)
*($ in millions, except where indicated)*

| Income statement items | 1999 | 2000 | 2001E | 2002E |
|---|---|---|---|---|
| License & other revenue | $3,688.4 | $4,446.8 | $5,550.5 | $6,400.0 |
| Total revenue | $8,827.3 | $10,130.1 | $11,971.4 | $13,660.0 |
| Service gross margin | 40.4% | 48.2% | 54.8% | 54.9% |
| Operating income | $1,872.9 | $3,080.2 | $4,524.0 | $5,698.0 |
| Operating margin | 21.2% | 30.4% | 37.8% | 41.7% |
| Net income* | $1,289.8 | $6,296.8 | $3,065.0 | $3,791.4 |


Total revenue breakdown

| Balance sheet items | 1999 | 2000 | 2001E | 2002E |
|---|---|---|---|---|
| Cash & equivalent | $1,785.7 | $7,429.2 | $7,756.9 | $10,798.9 |
| Trade receivables, net | $2,238.2 | $2,534.0 | $3,034.0 | $3,559.0 |
| Current assets | $5,447.3 | $10,883.3 | $11,753.2 | $15,390.2 |
| PP & E | $987.5 | $934.5 | $676.7 | $645.0 |
| Total assets | $7,259.7 | $13,076.8 | $13,938.9 | $17,794.2 |
| Unearned revenues | $1,007.1 | $1,133.5 | $1,263.5 | $1,393.5 |
| Current liabilities | $3,046.4 | $5,862.2 | $3,801.6 | $4,426.0 |
| Shareholders' equity | $3,695.3 | $6,461.5 | $9,369.2 | $12,501.2 |


Unearned revenue

| Cash flow items | 1999 | 2000 | 2001E | 2002E |
|---|---|---|---|---|
| Net income* | $1,289.8 | $6,296.8 | $3,007.7 | $3,632.0 |
| Depreciation & amortization | $375.4 | $390.9 | $405.0 | $420.0 |
| Cash provided by operation | $1,807.1 | $2,923.6 | $802.7 | $3,937.0 |
| Capital expenditures | $346.6 | $263.4 | $280.0 | $300.0 |
| Changes in cash (decrease) | $512.0 | $5,643.5 | $327.7 | $3,042.0 |

| Ratios | 1999 | 2000 | 2001E | 2002E |
|---|---|---|---|---|
| Quick ratio | 0.84 | 1.32 | 2.14 | 2.54 |
| Current ratio | 1.79 | 1.86 | 3.09 | 3.48 |
| Accounts receivable turnover | 3.94 | 4.00 | 3.95 | 3.84 |
| DSOs | 92.6 | 91.3 | 92.5 | 95.1 |
| ROE* | 38.8% | 124.0% | 38.7% | 34.7% |


Accounts receivable & DSOs

| Earnings (Fiscal – May) | Total | Q1 | Q2 | Q3 | Q4 |
|---|---|---|---|---|---|
| 1999 Actual | $0.22 | $0.03 | $0.05 | $0.05 | $0.09 |
| 2000 Actual | $0.34 | $0.04 | $0.07 | $0.09 | $0.16 |
| 2001 Estimate | $0.52 | $0.08A | $0.11A | $0.12E | $0.21E |
| 2002 Estimate | $0.63 | $0.10E | $0.13E | $0.15E | $0.25E |

Note: Figures may be affected by rounding. Figures exclude extraordinary items, except where noted.
(*) Figures include extraordinary items.

Dresdner Kleinwort Benson