```
### ###              FIRST UNION SECURITIES, INC.              ### ###
```

ORCL REPORTS APPS GROWTH ABOVE AND DATABASE GROWTH BELOW EXPECTATIONS

```
Oracle Corp. (ORCL-NASDAQ)                          Stock Rating: 2
                                                    Price Target: $35

PRICE:          $27.50                              December 15, 2000
52-WEEK RANGE:  $47-19              Charles Wittmann, CFA / (804)868-1136
DIVIDEND/YIELD: none/nil                Mark Tyler, CFA / (804)868-1133
                                         Joshua Wein / (804)868-1134

EPS ESTIMATES (FY 5/31) 2000A    2001E    2002E
Q1 - August             $0.04    $0.08A   $0.09    AVERAGE
Q2 - November            0.07     0.11A    0.13    VOLUME: 42.8MM
Q3 - February            0.09     0.12     0.15
Q4 - May                 0.16     0.19     0.23    INSIDERS
                        ----     ----     ----    OWN: 25%
Full-Year EPS           $0.34    $0.50    $0.60
Prior                            $0.47    $0.57    INSTITUTIONS
                                                   OWN: 46%

P/E RATIOS              NM       53.9x    45.8x

SHARES OUTSTANDING:  5.87 billion                  3-5 YEAR EPS
MARKET CAPITALIZATION:  $161 billion               GROWTH RATE: 30%
```

**KEY POINTS**

-- Maintain Buy rating with $35 price target.

-- Raising F2001 EPS estimates to $0.50 from $0.47 and F2002 to $0.60 from $0.57.

-- Oracle reported F2Q EPS $0.01 above $0.10 consensus estimate with year over year applications license revenue growth of 66% versus our estimate of 43%.

-- Database license revenue growth was lower than expected at 19% versus our forecast for 20%, while deferred revenue declined to $1.05 billion versus $1.27 billion in F1Q due to seasonality in maintenance contracts.

-- Oracle's database and applications businesses must each be valued at 20x their F2001 revenue estimates to support the company's current valuation.

**DISCUSSION**

Oracle reported F2Q EPS of $0.11 versus our estimate of $0.09 and consensus of $0.10. Total revenue for Q2 was $2.66 billion, in line with our estimate but slightly less than consensus expectations of $2.68 billion. Below we have summarized the results and our expectations:

|                     | Q1 Reported | Q2 Reported | Q2 FUSI Est |
|---------------------|-------------|-------------|-------------|
| **Total Revenue**   | $2.3 bil    | $2.6 bil    | $2.6 bil    |
| License Revenue     | $807.2 mil  | $1.1 bil    | $1.1 bil    |
| Service Revenue     | $1.4 bil    | $1.5 bil    | $1.5 bil    |
| Database License    | $584.6 mil  | $775.0 mil  | $783.0 mil  |
| Applications License| $155.5 mil  | $279.3 mil  | $240.2 mil  |
| Cash EPS            | $0.08       | $0.11       | $0.09       |
| Deferred Rev        | $1.2 bil    | $1.0 bil    | $1.3 bil    |
| DSOs                | 69          | 66          | 69          |

**Oracle reported 66% growth in its applications business, ahead of our estimate of 43%.** Total applications license revenue grew 80% on a sequential basis to $279 million. We would note that deferred revenues fell 17% on a sequential basis to $1.05 billion due to seasonality in maintenance contracts. DSOs declined to 66 days from 69 days in Q1

**Without the benefit of Oracle's share buyback, we believe EPS would have been in line with consensus estimates.** With the buyback of approximately $2.7 billion of common stock during the quarter, total share count declined to 5.87 million shares from 5.93 million shares in Q1.

**We believe CRM and ERP sales may have been stronger than expected.** Throughout F2Q our channel checks indicated that Oracle was having difficulty gaining traction in certain applications. However, the company did post an impressive 66% year-over-year growth rate in overall application licenses. Therefore, we believe the company's ability to drive significant growth in the CRM and/or ERP businesses may have been underestimated. We now believe Oracle's year-over-year growth in CRM may be in line with the approximately 150% growth reported by Siebel in its most recent quarter.

**Significant customer wins during the quarter are detailed below.** Oracle announced 4 key e-business suite wins where the client purchased a large number of modules. Oracle had 18 CRM wins, 7 ERP wins, 6 Supply Chain wins, 4 procurement wins, and 9 Internet Platform/8I wins.

**Current valuation appears to more than adequately reflect revenue growth relative to peers.** Due to its variety of product offerings, we believe ORCL should be valued by its various revenue streams. We assume a multiple of 3x F2001 revenue from consulting and consulting related support and 10x F2001 revenue from maintenance related support. Therefore, to support its current overall multiple of 12x F2001 revenue, Oracle's database and applications businesses must each be valued at 20x their F2001 revenue estimates.

**Raising our estimates for F2001 and F2002.** We are raising our revenue and EPS forecast to reflect strong market demand as follows:

       F2001 to $11.948 billion from $11.794 billion
       F2002 to $13.909 billion from $13.446 billion

F2001 to $0.50 from $0.47
F2002 to $0.60 from $0.57

**INVESTMENT OPINION**

We believe that this quarter's performance will increase investor confidence in the B2B software sector as a whole. Oracle reported stronger growth in application licenses than we expected in F2Q. We feel the apps growth is in part reflective of the very strong demand for enterprise software by corporations wishing to capture the compelling ROI benefits associated with these solutions. Our current assumptions for market growth may be lower than actual market growth due to the strong performance of Oracle in light of heavy competition in the marketplace. In addition, we believe a significant number of Oracle's sales came during the late stages of its November quarter, which we believe will have positive implications for its peers' December quarters. We maintain our Buy rating and $35 price target.

Additional information is available upon request.

This is for your information only and is not an offer to sell, or a solicitation of an offer to buy, the securities or instruments mentioned. Interested parties are advised to contact the entity they deal with, or the entity that has distributed this report to them. The information has been obtained or derived from sources believed by us to be reliable, but we do not represent that it is accurate or complete. Any opinions or estimates contained in this information constitute our judgement as of this date and are subject to change without notice. First Union Securities, Inc. ("FUSI"), or its affiliates may provide advice or may from time to time acquire, hold or sell a position in the securities mentioned herein. FUSI is a subsidiary of First Union Corporation and is a member of the NYSE, NASD and SIPC. Copyright © 2000 First Union Securities, Inc. FUSI is a separate and distinct entity from its affiliated banks and thrifts.SECURITIES: NOT FDIC-INSURED • NOT BANK-GUARANTEED • MAY LOSE VALUE

## Oracle

| | 2000A | Q1 '01A | Q2 '01A | Q3 '01E | Q4 '01E | 2001E | % Chg | Q1 '02E | Q2 '02E | Q3 '02E | Q4 '02E | 2002E | % Chg |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenues** | 10,130.1 | 2,261.9 | 2,659.5 | 2,918.5 | 4,108.3 | 11,948.2 | 17.9% | 2,631.5 | 3,077.0 | 3,442.4 | 4,759.0 | 13,909.8 | 16.4% |
| License | 4,446.9 | 807.2 | 1,118.2 | 1,338.3 | 2,356.9 | 5,620.6 | 26.4% | 994.2 | 1,417.0 | 1,715.5 | 2,899.0 | 7,025.7 | 25.0% |
| Services | 5,683.2 | 1,454.6 | 1,541.3 | 1,580.3 | 1,751.4 | 6,327.6 | 11.3% | 1,637.3 | 1,660.0 | 1,726.9 | 1,860.0 | 6,884.2 | 8.8% |
| **Expenses** | | | | | | | | | | | | | |
| Sales & Marketing | 2,616.7 | 573.0 | 640.9 | 698.6 | 1,033.9 | 2,946.3 | 12.6% | 666.9 | 740.2 | 821.6 | 1,191.4 | 3,420.1 | 16.1% |
| Cost of Services | 2,942.8 | 673.9 | 695.0 | 757.5 | 886.3 | 3,012.8 | 2.4% | 784.4 | 804.0 | 892.5 | 1,026.3 | 3,507.2 | 16.4% |
| Research & Development | 1,009.9 | 251.0 | 266.3 | 292.9 | 342.7 | 1,153.0 | 14.2% | 291.3 | 308.8 | 342.8 | 387.3 | 1,330.2 | 15.4% |
| G&A | 480.7 | 106.0 | 111.4 | 120.3 | 168.4 | 506.1 | 5.3% | 123.0 | 130.3 | 140.8 | 197.1 | 591.1 | 16.8% |
| Total Expenses | 7,050.1 | 1,603.8 | 1,713.6 | 1,869.4 | 2,431.4 | 7,618.2 | 8.1% | 1,865.5 | 1,983.4 | 2,197.6 | 2,802.1 | 8,848.6 | 16.2% |
| Operating Income | 3,080.0 | 658.0 | 945.9 | 1,049.1 | 1,676.9 | 4,330.0 | 40.6% | 765.9 | 1,093.6 | 1,244.8 | 1,956.9 | 5,061.2 | 16.9% |
| *Operating Margin* | 30.4% | 29.1% | 35.6% | 35.9% | 40.8% | 36.2% | | 29.1% | 35.5% | 36.2% | 41.1% | 36.4% | |
| Net Interest Income/(Expense) | 106.3 | 118.2 | 20.0 | 51.5 | 55.5 | 245.1 | 130.6% | 76.8 | 84.2 | 93.4 | 102.4 | 356.7 | 45.5% |
| Pretax Income | 3,186.3 | 776.2 | 965.9 | 1,100.6 | 1,732.4 | 4,575.1 | 43.6% | 842.7 | 1,177.8 | 1,338.2 | 2,059.3 | 5,417.9 | 18.4% |
| *Pre-tax Margin* | 31.5% | 34.3% | 36.3% | 37.7% | 42.2% | 38.3% | | 32.0% | 38.3% | 38.9% | 43.3% | 39.0% | |
| Taxes | 1,122.7 | 275.6 | 343.1 | 390.9 | 615.4 | 1,625.0 | | 299.3 | 418.4 | 475.3 | 731.5 | 1,924.5 | 18.4% |
| Net Income (Loss) | 2,063.6 | 500.7 | 622.8 | 709.6 | 1,117.0 | 2,950.1 | 43.0% | 543.4 | 759.4 | 862.8 | 1,327.8 | 3,493.4 | 18.4% |
| *Net Margin* | 20.4% | 22.1% | 23.4% | 24.3% | 27.2% | 24.7% | | 20.6% | 24.7% | 25.1% | 27.9% | 25.1% | |
| Earnings Per Share (pre-amort. int.) | 0.34 | 0.08 | 0.11 | 0.12 | 0.19 | 0.50 | 46.1% | 0.09 | 0.13 | 0.15 | 0.23 | 0.60 | 18.7% |
| Prior Year EPS | 0.43 | 0.04 | 0.07 | 0.09 | 0.16 | 0.34 | | (0.28) | (0.33) | (0.36) | (0.48) | 0.50 | |
| Weighted Average Common Shares | 5,995.8 | 5,932.9 | 5,842.0 | 5,843.0 | 5,844.0 | 5,865.5 | | 5,847.0 | 5,850.0 | 5,853.0 | 5,854.0 | 5,851.0 | |
| **Revenue Segments (Y/Y Growth)** | | | | | | | | | | | | | |
| Applications License | 42% | 43% | 66% | 70% | 70% | 66% | | 60% | 59% | 57% | 49% | 54% | |
| Support | 28% | 26% | 21% | 23% | 22% | 23% | | 16% | 15% | 15% | 15% | 16% | |
| Database License | 15% | 25% | 15% | 15% | 15% | 17% | | 15% | 16% | 19% | 11% | 15% | |
| Consulting & Education | -3% | -10% | -4% | 5% | 5% | -1% | | 7% | -2% | 1% | -6% | 0% | |
| **Revenue Growth Yr/Yr.** | | | | | | | | | | | | | |
| Total Revenues | 15% | 14% | 15% | 19% | 22% | 18% | | 16% | 16% | 18% | 16% | 16% | |
| License | 24% | 28% | 24% | 25% | 28% | 26% | | 23% | 27% | 28% | 23% | 25% | |
| Service | 9% | 8% | 9% | 15% | 14% | 11% | | 13% | 8% | 9% | 6% | 9% | |
| **Deferred Revenue** | | | | | | | | | | | | | |
| Deferred Revenue | | 1,270 | 1,054 | 1,106 | 1,162 | | | 1,220 | 1,281 | 1,345 | 1,412 | | |
| Deferred Revenue % Forward Revenue | | 10% | 8% | 8% | 8% | | | 9% | 9% | 8% | 9% | | |
| **Expenses** | | | | | | | | | | | | | |
| Sales & Marketing | 25.8% | 25.3% | 24.1% | 23.9% | 25.2% | 24.7% | | 25.3% | 24.1% | 23.9% | 25.0% | 24.6% | |
| Cost of Services | 29.1% | 29.8% | 26.1% | 26.0% | 21.6% | 25.2% | | 29.8% | 26.1% | 25.9% | 21.6% | 25.2% | |
| Research & Development | 10.0% | 11.1% | 10.0% | 10.0% | 8.3% | 9.6% | | 11.1% | 10.0% | 10.0% | 8.1% | 9.6% | |
| G&A | 4.7% | 4.7% | 4.2% | 4.1% | 4.1% | 4.2% | | 4.7% | 4.2% | 4.1% | 4.1% | 4.2% | |
| Income Tax Rate | 37.0% | 35.5% | 35.5% | 35.5% | 35.5% | 35.5% | | 35.5% | 35.5% | 35.5% | 35.5% | 35.5% | |

Source: Company Reports, FUSI Estimates

*First Union Securities, Inc.*
*Charles Wittmann, CFA (804) 782-3316*
*Mark Tyler, CFA (804) 344-6258*
*Joshua Wein (804) 782-4106*

WCM 027

Oracle Revenue Breakdown

| | Q1 '00A | Q2 '00A | Q3 '00A | Q4 '00A | 2000A | Q1 '01A | Q2 '01A | Q3 '01E | Q4 '01E | 2001E |
|---|---|---|---|---|---|---|---|---|---|---|
| Total Revenues | 1,984.5 | 2,321.9 | 2,449.4 | 3,374.3 | 10,130.1 | 2,261.9 | 2,659.2 | 2,918.5 | 4,108.3 | 11,947.8 |
| License | 632.2 | 902.7 | 1,071.4 | 1,840.6 | 4,446.9 | 807.2 | 1,117.9 | 1,338.3 | 2,356.9 | 5,620.3 |
| Services | 1,352.3 | 1,419.2 | 1,378.0 | 1,533.7 | 5,683.2 | 1,454.6 | 1,541.3 | 1,580.3 | 1,751.4 | 6,327.5 |
| Applications License | 109.1 | 167.8 | 198.8 | 447.4 | 923.1 | 155.5 | 279.0 | 337.0 | 759.4 | 1,531.0 |
| Database License | 493.5 | 709.3 | 844.4 | 1,344.6 | 3,391.8 | 615.7 | 813.9 | 973.1 | 1,548.9 | 3,951.5 |
| Total License Revenues | 602.6 | 877.1 | 1,043.2 | 1,792.0 | 4,314.9 | 771.2 | 1,092.9 | 1,310.1 | 2,308.3 | 5,482.5 |
| Support | 667.4 | 720.3 | 754.4 | 636.7 | 2,978.8 | 839.1 | 872.7 | 925.0 | 1,017.5 | 3,654.3 |
| Total Product Revenues | 1,270.0 | 1,597.4 | 1,797.6 | 2,628.7 | 7,293.7 | 1,610.4 | 1,965.6 | 2,235.1 | 3,325.8 | 9,136.8 |
| Consulting & Education | 684.9 | 698.9 | 623.6 | 897.0 | 2,704.4 | 615.5 | 668.6 | 655.2 | 733.9 | 2,673.2 |
| Other Revenue | 29.6 | 25.6 | 28.2 | 48.6 | 132.0 | 36.0 | 25.0 | 28.2 | 48.6 | 137.8 |
| **License Revenues** | | | | | | | | | | |
| **Database Business** | | | | | | | | | | |
| Servers | 443.2 | 650.7 | 778.0 | 1,228.3 | 3,100.2 | 584.6 | 775.0 | 906.8 | 1,432.7 | 3,699.0 |
| Tools | 50.2 | 58.7 | 66.3 | 116.2 | 291.4 | 50.2 | 38.4 | 66.3 | 116.2 | 271.1 |
| **Applications** | | | | | | | | | | |
| ERP | 78.1 | 119.1 | 149.8 | 334.9 | 683.0 | 100.5 | 158.8 | 184.3 | 400.6 | 844.1 |
| CRM | 31.0 | 48.7 | 49.1 | 112.5 | 240.4 | 55.0 | 120.2 | 152.7 | 358.9 | 686.8 |
| Total Applications | 109.1 | 167.8 | 198.9 | 447.4 | 923.3 | 155.5 | 279.0 | 337.0 | 759.4 | 1,530.9 |
| Total License Fee Revenues | 602.5 | 877.2 | 1,043.2 | 1,791.9 | 4,314.9 | 790.4 | 1,092.4 | 1,310.1 | 2,308.3 | 5,501.1 |
| **Applications Revenue Breakdown** | | | | | | | | | | |
| ERP | 60.0 | 86.0 | 85.0 | 175.0 | 406.0 | 63.0 | 102.1 | 112.3 | 213.3 | 490.8 |
| CRM | 25.1 | 38.6 | 55.7 | 121.0 | 240.4 | 55.0 | 120.2 | 152.7 | 358.9 | 686.8 |
| Supply Chain | 12.0 | 25.2 | 35.8 | 84.0 | 157.0 | 21.0 | 33.6 | 42.0 | 109.2 | 205.8 |
| iProcurement | 10.0 | 18.0 | 26.0 | 66.0 | 120.0 | 16.5 | 23.1 | 30.0 | 78.1 | 147.7 |
| **Year/Year Growth** | | | | | | | | | | |
| License | 9% | 18% | 30% | 19% | 19% | 28% | 24% | 25% | 28% | 28% |
| Services | 16% | 11% | 10% | 7% | 11% | 8% | 9% | 15% | 14% | 11% |
| Applications License | 11% | 31% | 35% | 81% | 42% | 43% | 66% | 70% | 70% | 66% |
| Support | 27% | 29% | 29% | 25% | 28% | 26% | 21% | 23% | 22% | 23% |
| Total Product Revenues | 17% | 23% | 29% | 22% | 23% | 27% | 23% | 24% | 27% | 25% |
| Database License | 7% | 15% | 28% | 12% | 15% | 25% | 15% | 15% | 15% | 17% |
| Consulting & Education | 7% | -3% | -7% | -8% | -3% | -10% | -4% | 5% | 5% | -1% |
| Other Revenue | 19% | 15% | 34% | -29% | | 22% | -2% | 0% | 0% | 4% |
| **License Revenues** | | | | | | | | | | |
| **Database Business** | | | | | | | | | | |
| Servers | 8% | 17% | 32% | 12% | 17% | 32% | 19% | 17% | 17% | 19% |
| Tools | 0% | -5% | -2% | 2% | -1% | 0% | -35% | 0% | 0% | -7% |
| **Applications** | | | | | | | | | | |
| ERP | -12% | 2% | 15% | 43% | 45% | 29% | 33% | 23% | 20% | 24% |
| CRM | 237% | 302% | 179% | 161% | 194% | 77% | 147% | 211% | 219% | 166% |
| Total Applications | 11% | 31% | 35% | 61% | 68% | 43% | 66% | 69% | 70% | 66% |
| Total License Fee Revenues | 8% | 18% | 30% | 21% | 24% | 31% | 25% | 26% | 29% | 27% |
| **Applications Revenue Breakdown** | | | | | | | | | | |
| ERP | -29% | -19% | -20% | -9% | 4% | 5% | 19% | 32% | 22% | 21% |
| CRM | 173% | 219% | 216% | 181% | 194% | 119% | 212% | 174% | 197% | 186% |
| Supply Chain | 1100% | 1159% | 347% | 394% | 456% | 75% | 33% | 17% | 30% | 31% |
| iProcurement | 233% | 125% | 73% | 164% | 137% | 65% | 28% | 16% | 18% | 23% |

Source: Company reports, FUSI

WCM 028

# First Union Securities, Inc. B2B Software Valuation Analysis

*All numbers in millions, except for per-share data.*

| | Rating | 12/14/2000 Price | % 52 Wk. High | Mkt. Value | Enterprise Value to 1999A Rev | Enterprise Value to 2000E Rev | Enterprise Value to 2001E Rev | Price to 2000E EPS | Price to 2001E EPS | 1999A EPS | 2000E EPS | 2001E EPS | Price Target | Target Multiple on 2001E Rev |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **B2B Infrastructure and Services** | | | | | | | | | | | | | | |
| Agile Software (AGIL-OTC) | 2 | $61.63 | 55% | $2,868.5 | 104.0x | 36.6x | 21.1x | NMF | NMF | ($0.28) | ($0.18) | ($0.01) | 100 | 35.8x |
| Ariba (ARBA-OTC) | 2 | 66.31 | 36% | 15,955.8 | 253.2x | 38.1x | 16.7x | NMF | 438.7x | ($0.42) | ($0.15) | $0.15 | 175 | 44.4x |
| Aspen Technologies (AZPN-OTC) | 1 | 27.38 | 49% | 813.4 | 3.1x | 2.7x | 2.2x | 129.4x | 43.1x | ($0.59) | $0.21 | $0.63 | 100 | 8.1x |
| Commerce One (CMRC-OTC) | 1 | 34.44 | 21% | 6,583.4 | 185.7x | 16.0x | 7.5x | NMF | NMF | ($0.31) | ($0.42) | ($0.14) | 130 | 29.5x |
| i2 (ITWO-OTC) | 2 | 51.00 | 46% | 20,385.3 | 36.1x | 18.3x | 12.6x | 115.1x | 79.0x | $0.18 | $0.44 | $0.65 | 230 | 57.5x |
| Oracle (ORCL-OTC) | 2 | 27.50 | 59% | 153,929.8 | 16.9x | 13.9x | 12.0x | 79.9x | 58.1x | $0.44 | $0.34 | $0.47 | 35 | 15.3x |
| Click Commerce (CKCM-OTC) | NR | 17.00 | 38% | 650.0 | 60.2x | 20.0x | 9.9x | NMF | NMF | | ($0.14) | ($0.15) | NR | NR |
| EXE Tech. (EXEE-OTC) | NR | 15.00 | 71% | 645.1 | NA | 5.2x | 4.1x | 176.5x | 41.7x | | $0.09 | $0.36 | NR | NR |
| Extensity (EXTN-OTC) | NR | 6.75 | 8% | 162.8 | 11.2x | 3.3x | 1.7x | NMF | NMF | ($9.75) | ($1.38) | ($0.90) | NR | NR |
| MatrixOne (MONE-OTC) | NR | 17.63 | 21% | 754.5 | 14.4x | 8.3x | 5.3x | NMF | 115.6x | | | $0.15 | NR | NR |
| Manhattan Associates (MANH-OTC) | NR | 42.75 | 57% | 1,099.3 | 11.6x | 8.1x | 7.0x | 73.1x | 57.4x | $0.04 | $0.59 | $0.75 | NR | NR |
| Manugistics (MANU-OTC) | NR | 46.56 | 70% | 2,680.2 | 19.2x | 13.5x | 10.4x | 437.8x | 187.3x | ($0.33) | $0.11 | $0.25 | NR | NR |
| J.D. Edwards (JDEC-OTC) | NR | 26.31 | 54% | 2,896.7 | 2.9x | 2.7x | 2.4x | 1403.3x | 59.1x | | $0.02 | $0.45 | NR | NR |
| Parametric Technology (PMTC-OTC) | NR | 12.69 | 35% | 3,454.5 | 2.7x | 3.4x | 3.1x | 346.0x | 36.8x | $0.61 | $0.04 | $0.35 | NR | NR |
| PeopleSoft (PSFT-OTC) | NR | 42.88 | 66% | 12,146.5 | 7.9x | 6.7x | 5.6x | 158.8x | 74.6x | | $0.27 | $0.57 | NR | NR |
| SAP (SAP-NYSE) | NR | 37.50 | 44% | 21,977.7 | 4.1x | 3.3x | 2.7x | 93.1x | 53.2x | $1.71 | $0.40 | $0.71 | NR | NR |
| **Sector Avg.** | | | 6% | | 25.0x | 10.9x | 6.9x | 204.3x | 103.7x | | | | | |
| Oracle (ORCL-OTC) | 2 | 27.50 | 59% | 153,929.8 | 16.9x | 13.9x | 12.0x | 79.9x | 58.1x | $0.44 | $0.34 | $0.47 | 35 | NR |
| **Discount to Peers** | | | | | 32% | 23% | -79% | 73% | 44% | | | | | |

\* Enterprise value equals market value minus net debt.
\*\* All earnings estimates on noncovered companies from First Call. All estimates calendarized to December year end.
\*\*\* Non-covered company GM's assumed 60% net, 10% gross, software 80%.
\*\*\*\* Price targets are for a 12-month time frame based on discounted future earnings, cash flows and EVA

Source: Company Reports, First Union Securities Estimates, First Call, I/B/E/S                First Union Securities, Inc.

WCM 029