

# Oracle Corp. (ORCL)
## e-Business & Internet Infrastructure Software

| Portfolio Manager's Summary |
|---|
| February 9, 2001 |
| **Recommended List** |
| Large-Cap Growth |
| Price: US$27.69 |
| S&P 500: 1,340 |
| **United States** |

**Attractive strategic positioning.** Oracle's integration strategy gives it excellent long-term competitive positioning. Near-term results are not immune to potential weakness in IT spending and macro slowdown, but so far business appears in line. Customer checkings indicate 11i continues to gain traction.

### Integration strategy gives Oracle a strong competitive advantage
Oracle is well positioned longer term with its integrated suite of e-business applications. Oracle's ability to continue to enhance the functionality of its application suite remains strategically important as best-of-breed providers continue to increase the breadth of their product offerings.

### Oracle is not immune to weakness in IT spending and the macro environment
We believe the company will likely continue to meet expectations, but there may be some weakness in key metrics from the IT-spending slowdown. This could be reflected as higher account receivable DSOs, lower growth in deferred revenues, less upside to revenues and earnings, or simply more cautious comments about the future. We believe ORCL is very well positioned for strong growth in both its database and its applications business over the long term, but gauging how sensitive near-term results may be to slower IT budgets is difficult to assess.

**Rick G. Sherlund**
rick.sherlund@gs.com
New York: 1-212-902-6790

**Lilly Bahramipour**
lilly.bahramipour@gs.com
New York: 1-212-902-4605

**Danya Dumbrill**
danya.dumbrill@gs.com
New York: 1-212-902-1915

**Nils Tristan**
nils.tristan@gs.com
New York: 1-212-902-4077

### Customer checkings indicate 11i continues to gain traction
Customer checkings indicate that 11i is continuing to gain traction, with 125 customers live and over 2,500 customers reportedly in the process of implementing. Oracle has continued to build a larger referenceable customer base and customers are getting more comfortable with product maturity as 11i nears its first year of availability.

### Strong growth in applications should continue to drive database business
We believe Oracle's database business will continue to be healthy given the tendency for strong sales of applications to pull along database sales. Oracle benefits from strong sales of its own applications as well as growth from its competitors.

**Goldman Sachs
Global Equity Research**

Important disclosures appear at the back of this report.

| Stock data | | Price performance | 1M | 3M | 12M |
|---|---|---|---|---|---|
| 52-week range | $46.31-$22.31 | Absolute | -9% | -9% | -5% |
| Yield | — | Rel to S&P 500 | -13% | -4% | 0% |

| Capitalization | | Forecasts/valuation | 2001E | 2002E |
|---|---|---|---|---|
| Market cap | $162,664mn | EPS | $0.51 | $0.64 |
| Latest net debt/(cash) | (4,052) | P/E | 54.3 | 43.3 |
| | — | Revenues | 11,929 | 15,012 |
| | — | P/R | 13.6 | 10.8 |
| Shares outstanding | 5,875mn | Long-term EPS growth 25% | | |

**Price performance chart**



## Valuation

Oracle shares are trading at about 50 times our calendar 2001 EPS estimate, or about twice our 25% long-term growth rate estimate for the company. On a price-to-revenue basis, the shares are selling for about 12 times, based on 2001 revenues. As shown in Exhibits 2 and 3, the stock is selling for a bit of a discount to its comparable group on a P/E-to-growth basis and a bit of a premium relative to the growth rate on a price-to-revenue basis. The shares are on our U.S. Recommended for Purchase List and we remain very positive on the outlook for the new applications suite (Release 11i) and for the prospects for applications to pull along stronger growth in the database business as well.

## Key risks: Weakness in IT spending and best-of-breed vendors

Primary risks include: the potential for slowing IT spending and a resulting damper on Oracle's growth; management execution issues and the potential for further management departures; competition in the applications market from best-of-breed providers such as SEBL and ITWO; and greater competition and pricing pressure from IBM in the database market.

## Financials

We are forecasting revenue growth for Oracle of 26% in fiscal (May) 2002, up from 18% in 2001. Key drivers include robust growth from Applications (forecasted to grow at over 50% in 2002 driven by sales of 11i) and Database (forecasted to grow at 22% in 2002). We are forecasting EPS growth of 25% in 2002 as the company begins to fully realize benefits of the margin expansion that occurred over the course of 2001.

## Company profile

Oracle Corporation is a leading supplier of software for e-business solutions. Founded in 1977, the company is the market-share leader for databases management systems and offers a broad suite of Internet-based, e-business applications including B2B collaboration and customer relationship management (CRM). We estimate that approximately 54% of fiscal 2001 revenues will come from consulting, training and support, 32% from database licenses, 12% from applications licenses, and 3% from tools and other.

*The prices in this report are based on the market close of February 6, 2001.*

Goldman, Sachs & Co. or an affiliate has managed or comanaged a public offering of the following companies' securities in the past several years: Oracle Corp. Goldman, Sachs & Co. or an affiliate makes an over-the-counter market in Oracle Corp. common stock. Goldman, Sachs & Co. is associated with a specialist who makes a market in the Oracle Corp. security and/or option; and at any given time, the associated specialist may have an inventory position, either "long" or "short", in the security and/or option. As a result of the associated specialist's function as a market maker, such specialist may be on the opposite side of orders executed on the Floor of the Exchange in the security and/or option. Goldman, Sachs & Co. or an affiliate may deal as principal in any of the securities mentioned.

Stock ratings:

| | | |
|---|---|---|
| RL: Recommended List | LL: Latin America Recommended List | TB: Trading Buy |
| MO: Market Outperformer | MP: Market Performer | MU: Market Underperformer |

©2001 Goldman, Sachs & Co. All rights reserved.

This report is not to be construed as an offer to sell or the solicitation of an offer to buy any security in any jurisdiction where such an offer or solicitation would be illegal. We are not soliciting any action based upon this material. This material is for the general information of clients of Goldman Sachs. It does not take into account the particular investment objectives, financial situation or needs of individual clients. Before acting on any advice or recommendation in this material, a client should consider whether it is suitable for their particular circumstances and, if necessary, seek professional advice. Certain transactions, including those involving futures, options, and high yield securities, give rise to substantial risk and are not suitable for all investors. The material is based upon information that we consider reliable, but we do not represent that it is accurate or complete, and it should not be relied upon as such. Opinions expressed are our current opinions as of the date appearing on this material only. While we endeavor to update on a reasonable basis the information discussed in this material, there may be regulatory, compliance, or other reasons that prevent us from doing so. We and our affiliates, officers, directors, and employees, including persons involved in the preparation or issuance of this material may, from time to time, have long or short positions in, and buy or sell, the securities, or derivatives (including options) thereof, of companies mentioned herein. No part of this material may be (i) copied, photocopied or duplicated in any form by any means or (ii) redistributed without Goldman, Sachs & Co.'s prior written consent.

This material has been issued by Goldman, Sachs & Co. and/or one of its affiliates and has been approved by Goldman Sachs International, which is regulated by The Securities and Futures Authority, in connection with its distribution in the United Kingdom and by Goldman Sachs Canada in connection with its distribution in Canada. This material is distributed in Hong Kong by Goldman Sachs (Asia) L.L.C., in Korea by Goldman Sachs (Asia) L.L.C., Seoul Branch, in Japan by Goldman Sachs (Japan) Ltd., in Australia by Goldman Sachs Australia Pty Limited (ACN 092 589 770), and in Singapore through Goldman Sachs (Singapore) Pte. This material is not for distribution in the United Kingdom to private customers, as that term is defined under the rules of The Securities and Futures Authority; and any investments, including any convertible bonds or derivatives, mentioned in this material will not be made available by us to any such private customer. Goldman Sachs International and its non-U.S. affiliates may, to the extent permitted under applicable law, have acted upon or used this research, to the extent it relates to non-U.S. issuers, prior to or immediately following its publication. Foreign-currency-denominated securities are subject to fluctuations in exchange rates that could have an adverse effect on the value or price of, or income derived from, the investment. In addition, investors in securities such as ADRs, the values of which are influenced by foreign currencies, effectively assume currency risk.

Further information on any of the securities mentioned in this material may be obtained upon request, and for this purpose persons in Italy should contact Goldman Sachs S.I.M. S.p.A. in Milan, or at its London branch office at 133 Fleet Street, persons in Hong Kong should contact Goldman Sachs (Asia) L.L.C. at 2 Queen's Road Central, and persons in Australia should contact Goldman Sachs Australia Pty Limited. Unless governing law permits otherwise, you must contact a Goldman Sachs entity in your home jurisdiction if you want to use our services in effecting a transaction in the securities mentioned in this material.

Oracle Corp.                                                              e-Business & Internet Infrastucture Software

### Oracle corporation, income statement, fiscal 2000-2002E

|  | Fiscal 2001-E | | | | Fiscal 2002-E | | | | Fiscal Years | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
|  | Aug | Nov | Feb-E | May-E | Aug-E | Nov-E | Feb-E | May-E | 2000 | 2001-E | 2002-E |
| **Revenues** | | | | | | | | | | | |
| Software | $807 | $1,118 | $1,299 | $2,269 | $1,020 | $1,431 | $1,666 | $2,920 | $4,447 | $5,493 | $7,037 |
| Services | 1,455 | 1,541 | 1,595 | 1,845 | 1,760 | 1,935 | 1,995 | 2,285 | 5,683 | 6,436 | $7,975 |
| Total revenues | $2,262 | $2,660 | $2,894 | $4,114 | $2,780 | $3,366 | $3,661 | $5,205 | $10,130 | $11,929 | $15,012 |
| **Oper. expenses** | | | | | | | | | | | |
| Selling & mkting | $573 | $641 | $690 | $995 | $700 | $860 | $865 | $1,235 | $2,617 | $2,899 | $3,660 |
| Cost of services | 674 | 695 | 750 | 835 | 810 | 880 | 930 | 1,045 | 2,943 | 2,954 | $3,665 |
| % of service rev. | 46.3% | 45.1% | 47.0% | 45.3% | 46.0% | 45.5% | 46.6% | 45.7% | 51.8% | 45.9% | 46.0% |
| Software dev. | $251 | $266 | $280 | $300 | $280 | $320 | $330 | $360 | $1,010 | $1,097 | $1,290 |
| Gen. & admin. | 106 | 111 | 125 | 140 | 125 | 140 | 145 | 165 | 481 | 482 | $575 |
| Total oper. costs | $1,604 | $1,714 | $1,845 | $2,270 | $1,915 | $2,200 | $2,270 | $2,805 | $7,050 | $7,432 | $9,190 |
| Operating income | $658 | $946 | $1,049 | $1,844 | $865 | $1,166 | $1,391 | $2,400 | $3,080 | $4,497 | $5,822 |
| Operating margin | 29.1% | 35.6% | 36.2% | 44.8% | 31.1% | 34.6% | 38.0% | 46.1% | 30.4% | 37.7% | 38.8% |
| Interest & other | $118 | $20 | $30 | $30 | $30 | $30 | $30 | $30 | $90 | $198 | $120 |
| Pretax income | $776 | $966 | $1,079 | $1,874 | $895 | $1,196 | $1,421 | $2,430 | $3,170 | $4,695 | $5,942 |
| Pretax margin | 34.3% | 36.3% | 37.3% | 45.6% | 32.2% | 35.5% | 38.8% | 46.7% | 31.3% | 39.4% | 39.6% |
| Income taxes | $276 | $343 | $383 | $665 | $318 | $425 | $504 | $863 | $1,125 | $1,667 | $2,109 |
| Tax rate | 35.5% | 35.5% | 35.5% | 35.5% | 35.5% | 35.5% | 35.5% | 35.5% | 35.5% | 35.5% | 35.5% |
| Net Income | $501 | $623 | $696 | $1,209 | $578 | $771 | $917 | $1,567 | $2,045 | $3,028 | $3,833 |
| **EPS** | ** $0.08 | $0.11 | $0.12 | $0.20 | $0.10 | $0.13 | $0.15 | $0.26 | $0.34 | $0.51 | $0.64 |
| Avg. shares out | 5933 | 5875 | 5900 | 5900 | 5900 | 6000 | 6000 | 6000 | 6002 | 5900 | 5985 |

\* results exclude gain of $432 mil on sale of marketable securities. \*\* results exclude gain of $6.5 bil on sale of marketable securities.

|  | \multicolumn{11}{c}{As a % of Revenue} |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| **Revenues** | | | | | | | | | | | |
| Software rev. | 35.7% | 42.0% | 44.9% | 55.2% | 36.7% | 42.5% | 45.5% | 56.1% | 43.9% | 46.0% | 46.9% |
| Service rev. | 64.3 | 58.0 | 55.1 | 44.8 | 63.3 | 57.5 | 54.5 | 43.9 | 56.1 | 54.0 | 53.1 |
| Selling and mkting | 25.3 | 24.1 | 23.8 | 24.2 | 25.2 | 25.6 | 23.6 | 23.7 | 25.8 | 24.3 | 24.4 |
| Software dev. | 11.1 | 10.0 | 9.7 | 7.3 | 10.1 | 9.5 | 9.0 | 6.9 | 10.0 | 9.2 | 8.6 |
| Gen. & admin. | 4.7 | 4.2 | 4.3 | 3.4 | 4.5 | 4.2 | 4.0 | 3.2 | 4.7 | 4.0 | 3.8 |
| Total oper. costs | 70.9 | 64.4 | 63.8 | 55.2 | 68.9 | 65.4 | 62.0 | 53.9 | 69.6 | 62.3 | 61.2 |
| Net income | 22.1 | 23.4 | 24.0 | 29.4 | 20.8 | 22.9 | 25.0 | 30.1 | 20.2 | 25.4 | 25.5 |
|  | \multicolumn{11}{c}{% Year-over-Year Growth} |
| Software | 28% | 24% | 21% | 23% | 26% | 28% | 28% | 29% | 21% | 24% | 28% |
| Services | 8 | 9 | 16 | 20 | 21 | 26 | 25 | 24 | 11 | 13 | 24 |
| Total revenues | 14 | 15 | 18 | 22 | 23 | 27 | 27 | 27 | 15 | 18 | 26 |
| Selling & mkting | 6 | 1 | 16 | 17 | 22 | 34 | 25 | 24 | (0) | 11 | 26 |
| Cost of services | (11) | (8) | 6 | 15 | 20 | 27 | 24 | 25 | (4) | 0 | 24 |
| Software dev. | 6 | 7 | 10 | 11 | 12 | 20 | 18 | 20 | 20 | 9 | 18 |
| Gen. & admin. | (1) | (1) | 2 | 2 | 18 | 26 | 16 | 18 | 13 | 0 | 19 |
| Operating income | 90 | 64 | 36 | 33 | 32 | 23 | 33 | 30 | 64 | 46 | 29 |
| Net income | 111 | 62 | 40 | 31 | 15 | 24 | 32 | 30 | 59 | 48 | 27 |
| EPS | 113 | 66 | 42 | 33 | 16 | 21 | 30 | 28 | 57 | 51 | 25 |

*Source: Company data, GS Research estimates.*

### Goldman Sachs Global Research Centers

| Hong Kong | London | Menlo Park | New York | Seoul | Singapore | Sydney | Tokyo |
| --- | --- | --- | --- | --- | --- | --- | --- |