## MORGAN STANLEY DEAN WITTER

**Equity Research**
North America

| United States of America | # Oracle |
|---|---|
| Technology: Enterprise Software | Reuters: ORCL.O  Bloomberg: ORCL  NASDAQ: ORCL |

Charles E. Phillips
+1 (1)212 761 4450
Charles.Phillips@msdw.com

**Analysis of Sales Earnings**                      December 21, 2000

## *How Suite It Is*

| STRONG BUY | |
|---|---|
| Price (December 14, 2000): | $28.38 |
| Price Target: | $62.50 |
| 52-Week Range: | $46.47 - 20.72 |

| WHAT'S CHANGED | |
|---|---|
| Earnings (2002E): | $0.60 from $0.59 |

- **Full steam ahead**
  Oracle reported fiscal second-quarter 2001 results. On a constant currency basis, applications license revenue increased 73% and database revenue increased 26% year over year.

- **Large deals stemming from applications business**
  Success in the applications business is leading to an increased number of large deals. Live customer reference sites for 11i increased to 83 and 1,000 implementations are under way.

- **No impact from the PC market downturn**
  The PC downturn and Microsoft's pre-announcement do not seem to affect business at Oracle.

**Price Abs. and Rel. to Market and Sector**



Data Source: FactSet Research Systems Inc.

**Company Description**
Oracle is the world's leading supplier of software for information management, and the second-largest software company. Oracle's products include the Oracle8 database, and an integrated family of horizontal application products.

| FY ending May 30: | 2000A | 2001E | 2002E | 2003E |
|---|---|---|---|---|
| EPS ($) | 0.33 | 0.51 | 0.60 | — |
| P/E | 86.0 | 55.6 | 47.3 | — |
| Market Cap ($ m) | 166,703 | | | |
| L-T EPS Grth. (%) | 20.0 | | | |
| Shares Outstanding (m) | 5,875.0 | | | |

| Q'rtly EPS | 2000A actual | 2001E curr | 2001E prior | 2002E curr | 2002E prior |
|---|---|---|---|---|---|
| Q1 | 0.04 | 0.08A | — | 0.09 | — |
| Q2 | 0.06 | 0.11A | — | 0.13 | — |
| Q3 | 0.08 | 0.12E | — | 0.14 | — |
| Q4 | 0.15 | 0.20E | — | 0.24 | — |

*E = Morgan Stanley Dean Witter Research Estimates*

MS 00089

Please refer to important disclosures at the end of this report.

# How Suite It Is

**Summary and Investment Conclusion**

Oracle reported fiscal second-quarter 2001 earnings that were above expectations. We have fine-tuned our F2H01 estimates to reflect management's guidance and have slightly increased our F2002 EPS estimate to $0.60 from $0.59. We reiterate our Strong Buy rating on ORCL.

With a 73% year-over-year growth in applications license revenue and a 26% database license growth (both on a constant currency basis), Oracle delivered on its promises in its own unconventional way. The quarter was clean — no hanging chads or pregnant dimples. All major product lines and geographies posted solid results.

Given the Microsoft pre-announcement and generally bad news in the PC sector, we believe the market may have trouble assessing whether Oracle's results are an aberration or a changing of the guard. At this point, we think Oracle has to feel a bit like Kip Keino did in the 1968 Olympics. The famous Olympic runner was so far ahead of heavily favored Jim Ryun in the final leg, he thought he had taken a wrong turn. It turns out Mr. Keino was just that good and was well on his way to making history.

**Fiscal Second-Quarter 2001 Financial Results**

**EPS** — Oracle reported fiscal second-quarter 2001 earnings per share of $0.11 versus $0.06 last year and consensus estimate of $0.10. The above consensus earnings were driven by higher operating margins as total revenue was in line. Oracle produced the upside with a 5.9 billion shares outstanding post stock split.

**License revenue** — License revenue were above our estimate of $1,075 million by $43 million and increased 25% year over year versus our 19% growth estimate. On a constant currency basis, license revenue grew 32%. This was the first time in three-and-a-half years that Oracle was able to produce back-to-back 30%-plus license revenue growth.

**Margins** — Operating margins of 36% were 5 percentage points better than our estimate. In each of the last four quarters, Oracle managed to improve year-over-year operating margins by more than 10 percentage points. In our view, few multibillion-dollar companies in the world have ever expanded margins as rapidly as Oracle, which is why CEOs are interested in meeting with Oracle.

**Total revenue** — Total revenue was $2.7 billion and increased 15% year over year, which was in line with our estimate. Services revenue continues to lag, but was offset by license revenue.

**Product line revenues — Applications growth beat our estimate at $252 million (50% year-over-year growth).** Applications license revenue at $279 million increased 66% year over year. Excluding a 7% negative currency impact, applications license revenue would have been higher. Since currency helps SAP (SAP, $32, Neutral), Oracle's largest applications competitor, we believe we should adjust Oracle's applications growth to 73% to at least neutralize the negative currency hit.

Live customers reference sites for 11i climbed to 83, versus our estimate of 50 for the quarter. The company expects 100 implementations to go live by January 2001 and over 1,000 implementations are under way. We believe the first version of 11i had the bugs that all new releases of this size usually have, but version 11.03 was released in November to resolve those issues.

Database license revenue came in at $775 million, compared with our estimate of $767 million. While the reported growth rate of database was 19%, after adjusting for currency, database growth was 26%. Application server revenue was reclassified into database sales from tools sales in F1Q01 since Oracle has positioned the product as a performance-enhancing cache around the database. The reclassification contributed 2 percentage points of growth to F1H01 database growth of 24%.

**Service revenue** — Services revenue grew 9% year over year, versus 10% in the same quarter last year. Sequentially, services revenue increased 6%. Support revenue grew 21% year over year and consulting and training revenue decreased 4% year over year, but was still better than last quarter's 10% year-over-year decline. The company is starting to make the turn in the consulting line and the book-to-bill ratio is positive. By design, we believe consulting revenues will not return to the glory days since the new Oracle applications need less consulting and implementation resources. In addition, third-party integrators are taking

*Oracle – December 21, 2000*                                                      **MS 00090**

Please refer to important disclosures at the end of this report.

on more of the implementation projects as Oracle continues to build its ecosystem.

**Geographic Segments** — The US contributed 57% to total revenue in the quarter, while EMEA and Asia Pacific added 29% and 15%, respectively. Europe increased only 1% in the quarter but, adjusted for currency, would have increased 11%, while the US and Asia Pacific increased 20% and 28%, respectively. Database servers in Europe decreased 3% in dollars but increased 13% in local currency versus a tough comparison. Local currency growth for applications in Europe was an impressive 92% (66% in dollars). We expect database and applications comparisons to become easier in Europe in F3Q01.

Management highlight normalized growth this quarter given the strong dollar impact to each of the product lines. Although divots and wind are all part of the playing field, if the game were played in a dome on astro turf, we believe Oracle would have been sporting touchdown dances all over the conference call.

**Balance Sheet** — Total cash at the end of the period was $4.4 billion, versus $5.1 billion at the end of last quarter. Oracle was able to purchase shares at an attractive level during the quarter as the NASDAQ took its downturn and the stock was beaten down. The company executed on its share buyback program and experienced a decrease in other income as a result. DSO were 66 days, in line with previous quarters. Deferred revenue decreased sequentially from $1.2 billion to $1.1 billion, which is in line with the seasonal trend.



Exhibit 1
**Product Line Growth Rates — Constant Currency**

Source: *Company data, Morgan Stanley Dean Witter Research*

**Headcount** — Total headcount increased 2% sequentially to 42,000 employees, with close to a 50/50 split between international and domestic employees. The company plans to slightly increase its headcount in 2001, but also plans to focus on productivity gains from existing employees. On the 11i application front, the company said it is armed and ready with 3,000 hungry quota-carrying reps and a swat team of more than 400 specialists.

Exhibit 2
**Oracle's $2 Billion Savings Target**

| ($mm) | Previous Goal | New Goal |
|---|---|---|
| Consolidated IT | $200 | $250 |
| Sell Side | $550 | $1,450 |
| Buy Side | $150 | $200 |
| Inside | $100 | $100 |

Source: *Company Data.*

*MORGAN STANLEY DEAN WITTER*                                                  Page 4

Exhibit 3
**Oracle Fiscal Second-Quarter 2Q001 Financial Results**

| $Million (EPS $) | MSDW 2Q01 Estimate | 2Q01 Actual Constant $ | 2Q01 Actual | 1Q01 Actual | 2Q00 Actual |
|---|---|---|---|---|---|
| % Growth (Y/Y) | 19.1% | 32.0% | 23.9% | 27.7% | 17.6% |
| % Growth (Q/Q) | 33.2% | 41.7% | 38.5% | -56.1% | 42.8% |
| % Growth (Y/Y) | 17.9% | 26.0% | 19.2% | 31.9% | 17.2% |
| % Growth (Q/Q) | 31.2% | 32.6% | 39.2% | -52.4% | 46.8% |
| % Growth (Y/Y) | 50.2% | 73.0% | 66.4% | 42.5% | 30.6% |
| % Growth (Q/Q) | 62.0% | 79.6% | 79.6% | -65.2% | 53.8% |
| % Growth (Y/Y) | 13.8% | | 8.6% | 7.6% | 10.1% |
| % Growth (Q/Q) | 11.0% | | 6.0% | -5.2% | 4.9% |
| % Growth (Y/Y) | 15.9% | | 14.5% | 14.0% | 12.9% |
| % Growth (Q/Q) | 18.9% | | 17.6% | -33.0% | 17.0% |
| Operating Margin | 30.8% | | 35.6% | 29.1% | 24.8% |
| Tax Rate | 35.5% | | 35.5% | 35.5% | 35.0% |
| Shares Outstanding | 6,040 | | 5,875 | 5,933 | 6,013 |
| DSO | - | | 66 | 67 | 69 |

Source: Company data, Morgan Stanley Dean Witter Research

**Covisint Selects the eBusiness Suite**

Oracle plans to support and manage Covisint's infrastructure. Oracle is expected to also receive an equity position in Covisint for which the details are not being disclosed, but it is expected to be similar to the 2% stake that Commerce One received for its software and services. The revenue from this agreement are to be recognized in Oracle's fiscal third quarter, which should give management some visibility going into the quarter. Covisint licensed more than 50 applications from Oracle. Some of the licensed products included server warehousing, data mining, and other infrastructure services. Covisint plans to implement the Oracle eBusiness Suite (HR, marketing, sales, and service functionality), Oracle Exchange Marketplace (to provide security, registration, single sign-on capabilities, and pricing), Oracle technology platform (database and application server), and the Oracle Internet Developer Suite.

**Large Deals Stemming from the Application Business**

Deal sizes in the applications business have been increasing. The company reported a 45% year-over-year increase for deals larger than $1.5 million, versus a 36% growth during the same period last year. The company said it always signs 1 or 2 large deals in the $10–$30 million range per quarter. As Oracle reports increased success in the applications business we expect deal sizes to continue to grow and there may be an opportunity to reel in more mega deals.

**Customer Wins**

Major customers wins in the quarter from customers who purchased the majority of the 11i eBusiness Suite included JDS Uniphase, who is rapidly undergoing acquisitions and implemented ERP, supply chain, and CRM; a global implementation across 14 countries that should be completed in 11 months. American General is an insurance company that had purchased a set of point solutions, but has replaced much of its architecture with 11i. Compaq and Hewlett Packard (adopted CRM including the sales online module) were also significant wins in the quarter for 11i. Management mentioned three competitive customer wins in supply chain against i2 Technology: Qualcomm, Hayward, and Teradyne. In CRM, Oracle management said that several Siebel replacements have been completed, but did not state the names of these customers.

Oracle announced several live customers and gave indication of a robust pipeline dominated by Fortune 500 clients. Live 11i customers include Barclays UK, Hallmark Cards, Hutchinson Telecom (UK), Doral Financial Corp (LAD), American Trans Air, Pac-West Telecomm, Royal Air Force,

*Oracle – December 21, 2000*

**MS 00092**

Please refer to important disclosures at the end of this report.

Silterra (APAC), TeliaNet (EMEA), American Linen, Inventec (APAC), Net pliance, Odwalla, Retek, Vingage, Chipotle, Agilera, Chevron/Retailers MarketExchange, MetalMaker, Red Herring, Papa Johns, CyberSource, ZapMedia, and Hostcentric Management Company. A sample set of the customers that have implementations under way includes BellSouth, Citigroup, MBNA, Bank of Montreal, Xerox, JDS Uniphase, GE Medical, GE Capital, GE Industrial, Ingersoll-Rand, Hewlett-Packard, and Ralston Purina. GE is expected to be up and running in 18 months and is on target.

### Pricing Doesn't Hold Oracle Back

The company reported 25% license revenue growth on a more conservative licensing policy. As we pointed out last quarter, Oracle's pricing has shifted toward more conservative deals that generate revenue over time from a customer instead of maximizing upfront revenue. Three-quarters of the database deals completed in the quarter were on a power unit basis, which is a significant shift from last quarter where half of the deals were complete on the new pricing methodology.

Exhibit 4
**Oracle 11i eBusiness Suite Products**

### Oracle e-Business Supply Chain Suite

*Source: Company data*

Exhibit 5
**Oracle 11i eBusiness Suite Products**

### Oracle Financial, HR & CRM

*Source: Company data*

### Technology Migration

Oracle said it continues to gain mindshare against Microsoft with its developers network — OTN. Over 1 million developers have subscribed to the network. On the database side, customer feedback suggests a generational shift is taking hold that is sending traditional IBM customers over to Oracle. Many of the prior generation CIOs were IBM loyalists, however, more recent evaluations reveal the functionality advantage of Oracle's technology, which the company expects to improve further with the release of 9i in March 2001. In terms of customer retention in the database business, Oracle ranks significantly higher than each of its key competitors according to AMR's recent survey.

Exhibit 6
**Oracle Technology Customer Satisfaction**

|  | Customer Retention | Customer Attrition |
|---|---|---|
| Oracle | 85% | 5% |
| IBM DB2 | 66% | 11% |
| SQL Server | 66% | 14% |
| DB2 AS/400 | 68% | 27% |

*Source: AMR, October 2000.*

*Oracle – December 21, 2000*

MS 00093

Please refer to important disclosures at the end of this report.

## Outlook

Oracle has always said the PC market was not that relevant to its business and we expect the company will be especially adamant given the slowdown in that sector. Given the potential for a soft landing in the economy, Oracle management believes that the demand environment for enterprise software will remain intact. In a tough market environment, both customers and investors might gravitate toward stable companies with less risk. A suite implies less implementation risk, which might be the right message in the current environment.

Management refined its product line guidance on the conference call. Including the effect of foreign exchange, management expects database growth for next quarter to be in the range of 15–20% and applications are expected to grow at 75% or better. Total license revenue growth, including currency effects, is expected to return 24% year-over-year growth, while consulting and support are expected to grow at 5% and 23%, respectively. Overall the company is forecasting a 5% and 3% hit across all segments of the business for F3Q01 and F4Q01, respectively. In F3Q01, we have modeled other income at $45 million and our EPS estimate remains at $0.12, which is in line with company guidance. In 2002, we have increased our EPS estimate 1 cent on a slight increase to total revenue in the second quarter.

Whether Oracle can stay unscathed in slowing macro environment is the open question, and we suspect most investors will need to see another quarter of performance to be convinced. The only recent example is the slowing spending environment around Y2K — a period in which Oracle gained market share and expanded margins.

*Oracle – December 21, 2000*

MS 00094

Please refer to important disclosures at the end of this report.

Exhibit 7
**Oracle Sales and Earnings Summary**

*($ Millions, Except Per-Share Data)*

| | 2000 | | | | | 2001E | | | | | 2002E | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 8/99 | 11/99 | 2/00 | 5/00 | FY00 | 8/00 | 11/00 | 2/01E | 5/01E | FY01E | 8/01E | 11/01E | 2/02E | 5/02E | FY02E |
| **Total Revenue** | 1985 | 2322 | 2449 | 3374 | 10130 | 2262 | 2660 | 2885 | 3975 | 11781 | 2669 | 3135 | 3400 | 4651 | 13855 |
| % Growth (y/y) | 13.5% | 12.9% | 17.6% | 14.5% | 14.8% | 14.0% | 14.5% | 17.8% | 17.8% | 16.3% | 18.0% | 17.8% | 17.8% | 17.0% | 17.6% |
| % Growth (seq.) | -32.6% | 17.0% | 5.5% | 37.8% | - | -33.0% | 17.6% | 8.5% | 37.8% | - | -32.9% | 17.5% | 8.5% | 36.8% | - |
| Americas | 1124 | 1262 | 1450 | 2077 | 5913 | 1291 | 1511 | 1704 | 2461 | 6967 | 1511 | 1787 | 1994 | 2860 | 8152 |
| EMEA | 618 | 756 | 707 | 902 | 2983 | 643 | 761 | 778 | 1000 | 3182 | 740 | 875 | 895 | 1150 | 3659 |
| Asia/Pac | 243 | 304 | 292 | 395 | 1234 | 327 | 388 | 403 | 514 | 1632 | 419 | 493 | 512 | 621 | 2044 |
| **Total Services Revenue** | 1352 | 1419 | 1378 | 1534 | 5683 | 1455 | 1541 | 1575 | 1740 | 6311 | 1714 | 1810 | 1845 | 1961 | 7330 |
| y/y % growth | 15.9% | 10.1% | 10.0% | 7.2% | 10.6% | 7.6% | 8.6% | 14.3% | 13.5% | 11.0% | 17.8% | 17.4% | 17.1% | 12.7% | 16.1% |
| Support | 667 | 720 | 754 | 837 | 2979 | 838 | 873 | 910 | 1035 | 3658 | 1074 | 1101 | 1167 | 1208 | 4550 |
| % Growth (y/y) | 27.2% | 27.2% | 29.3% | 24.8% | 27.0% | 25.7% | 21.1% | 20.6% | 23.6% | 22.8% | 28.0% | 26.2% | 28.2% | 16.6% | 24.4% |
| Consulting & Training | 685 | 699 | 624 | 697 | 2704 | 616 | 669 | 840 | 710 | 2634 | 840 | 709 | 678 | 753 | 2780 |
| % Growth (y/y) | 6.7% | -3.2% | -6.9% | -8.3% | -3.2% | -10.1% | -4.3% | 2.6% | 1.9% | -2.6% | 4.0% | 6.0% | 6.0% | 6.0% | 5.5% |
| **Total License Revenue** | 632 | 903 | 1071 | 1841 | 4447 | 807 | 1118 | 1310 | 2235 | 5470 | 955 | 1325 | 1555 | 2690 | 6525 |
| % Growth (y/y) | 8.5% | 17.6% | 29.7% | 21.7% | 20.6% | 27.7% | 23.9% | 22.3% | 21.4% | 23.0% | 18.3% | 16.5% | 18.7% | 20.4% | 19.3% |
| % Growth (seq.) | -58.2% | 42.8% | 18.7% | 71.8% | - | -56.1% | 38.5% | 17.1% | 70.6% | - | -57.3% | 38.7% | 17.4% | 73.0% | - |
| Other licenses | 30 | 26 | 28 | 49 | 132 | 36 | 25 | 25 | 25 | 111 | 25 | 25 | 25 | 25 | 100 |
| Product Licenses | 603 | 877 | 1043 | 1792 | 4315 | 771 | 1093 | 1285 | 2210 | 5359 | 930 | 1300 | 1530 | 2665 | 6425 |
| **Revenue by Product Category** | | | | | | | | | | | | | | | |
| Database Servers | 443 | 651 | 778 | 1228 | 3100 | 585 | 775 | 900 | 1410 | 3670 | 665 | 850 | 1004 | 1554 | 4074 |
| Development Tools | 50 | 59 | 66 | 116 | 292 | 31 | 38 | 55 | 80 | 205 | 31 | 31 | 31 | 31 | 124 |
| Applications | 109 | 168 | 199 | 447 | 923 | 158 | 279 | 330 | 720 | 1485 | 233 | 419 | 495 | 1080 | 2227 |
| **Expenses** | | | | | | | | | | | | | | | |
| Sales/Mkt Exp. | 538 | 631 | 595 | 852 | 2617 | 573 | 641 | 650 | 900 | 2764 | 635 | 700 | 735 | 1017 | 3087 |
| Cost of Services | 757 | 753 | 707 | 726 | 2943 | 674 | 695 | 772 | 853 | 2993 | 840 | 880 | 886 | 941 | 3547 |
| Total Rev. Cost | 1295 | 1385 | 1302 | 1578 | 5559 | 1247 | 1336 | 1422 | 1753 | 5757 | 1475 | 1580 | 1620 | 1958 | 6633 |
| Research | 236 | 246 | 256 | 270 | 1010 | 251 | 266 | 292 | 305 | 1114 | 286 | 304 | 333 | 348 | 1270 |
| Corp G&A | 108 | 113 | 122 | 138 | 481 | 106 | 111 | 136 | 140 | 493 | 122 | 126 | 158 | 161 | 567 |
| Total Expense | 1639 | 1746 | 1680 | 1986 | 7050 | 1604 | 1714 | 1850 | 2198 | 7366 | 1883 | 2012 | 2109 | 2467 | 8471 |
| Operating Income | 346 | 576 | 770 | 1388 | 3080 | 658 | 946 | 1035 | 1777 | 4417 | 786 | 1123 | 1291 | 2184 | 5384 |
| Operating Margin | 17.4% | 24.8% | 31.4% | 41.1% | 30.4% | 29.1% | 35.6% | 35.9% | 44.7% | 37.5% | 29.5% | 35.8% | 38.0% | 47.0% | 38.8% |
| Net Interest | 18 | 15 | 24 | 48 | 106 | 103 | 33 | 45 | 45 | 226 | 45 | 45 | 45 | 45 | 180 |
| Special gains (charges) | - | - | 415 | 6521 | 6937 | 15 | -13 | - | - | 2 | - | - | - | - | 0 |
| Pretax Income | 364 | 592 | 794 | 1437 | 3188 | 751 | 979 | 1080 | 1822 | 4643 | 831 | 1168 | 1336 | 2229 | 5564 |
| Pretax Margin | 18% | 25% | 32% | 43% | 31% | 34% | 37% | 37% | 46% | 39% | 31% | 37% | 39% | 48% | 40% |
| Taxes | 127 | 207 | 286 | 511 | 1131 | 270 | 348 | 383 | 647 | 1648 | 295 | 415 | 474 | 791 | 1975 |
| Tax rate | 35% | 35% | 36% | 36% | 35% | 36% | 36% | 36% | 36% | 36% | 36% | 36% | 36% | 36% | 36% |
| Net Income | 237 | 384 | 508 | 926 | 2055 | 481 | 632 | 697 | 1175 | 2995 | 536 | 784 | 861 | 1438 | 3559 |
| Avg. Shrs. - Basic | 5722 | 5718 | 5638 | 5638 | 5679 | 5604 | 5584 | 5780 | 5810 | 5695 | 5810 | 5810 | 5810 | 5810 | 5810 |
| Avg. Shares - FD | 5985 | 6013 | 5996 | 6010 | 5996 | 5933 | 5875 | 5880 | 5900 | 5897 | 5900 | 5950 | 5950 | 5990 | 5946 |
| EPS Operating - Basic | 0.04 | 0.07 | 0.09 | 0.16 | 0.36 | 0.09 | 0.11 | 0.12 | 0.20 | 0.53 | 0.09 | 0.13 | 0.15 | 0.25 | 0.62 |
| EPS Operating - FD | 0.04 | 0.06 | 0.08 | 0.15 | 0.33 | 0.08 | 0.11 | 0.12 | 0.20 | 0.51 | 0.09 | 0.13 | 0.14 | 0.24 | 0.60 |
| EPS Growth | 33.3% | 20.0% | 60.0% | 66.7% | 50.0% | 100.0% | 83.3% | 50.0% | 33.3% | 54.5% | 12.5% | 18.2% | 16.7% | 20.0% | 17.6% |
| EPS Reported | 0.04 | 0.06 | 0.28 | 1.53 | 2.10 | 0.17 | 0.11 | 0.12 | 0.20 | 0.60 | 0.09 | 0.13 | 0.14 | 0.24 | 0.60 |

*E = Morgan Stanley Dean Witter Research Estimate.*

*Oracle – December 21, 2000*

Please refer to important disclosures at the end of this report.

MS 00095

Exhibit 8
**Oracle Financial Statistics and Ratios**

| | 2000 | | | | | 2001E | | | | | 2002E | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 8/99 | 11/99 | 2/00 | 5/00 | FY00 | 8/00 | 11/00 | 2/01E | 5/01E | FY01E | 8/01E | 11/01E | 2/02E | 5/02E | FY02E |
| **Growth Y/Y %** | | | | | | | | | | | | | | | |
| Oracle Americas | 12.1 | 12.5 | 24.5 | 17.8 | 17.0 | 14.9 | 19.7 | 17.5 | 18.5 | 17.8 | 17.0 | 17.0 | 17.0 | 17.0 | 17.0 |
| Oracle Eur./M E/Afr. | 9.4 | 8.8 | 2.0 | 1.7 | 4.5 | 4.1 | 0.7 | 10.0 | 10.8 | 6.7 | 15.0 | 15.0 | 15.0 | 15.0 | 15.0 |
| Oracle Asia/Pacific | 33.8 | 35.3 | 32.7 | 34.9 | 34.2 | 35.0 | 27.5 | 36.0 | 30.1 | 32.3 | 27.8 | 26.9 | 27.0 | 20.9 | 25.2 |
| Database Servers | 8.2 | 17.2 | 32.1 | 12.5 | 17.2 | 31.9 | 19.2 | 15.7 | 14.8 | 16.4 | 13.9 | 9.8 | 11.8 | 10.2 | 11.0 |
| Development Tools | 0.7 | -4.8 | -1.5 | 1.8 | -0.5 | -38.1 | -34.4 | -17.1 | -31.2 | -29.8 | -0.3 | -19.4 | -43.8 | -51.3 | -39.4 |
| Applications | 11.3 | 30.8 | 34.9 | 61.4 | 41.8 | 42.5 | 66.4 | 58.0 | 50.9 | 50.8 | 50.0 | 50.0 | 50.0 | 50.0 | 50.0 |
| Product Licenses | 8.5 | 17.6 | 29.7 | 21.7 | 20.6 | 27.7 | 23.9 | 22.3 | 21.4 | 23.0 | 18.3 | 18.5 | 18.7 | 20.4 | 19.3 |
| Product Licenses (seq %) | -59.4 | 45.8 | 18.9 | 71.8 | - | -57.0 | 41.7 | 17.5 | 72.0 | - | -57.9 | 39.8 | 17.7 | 74.2 | - |
| Service Sales | 15.9 | 10.1 | 10.0 | 7.2 | 10.8 | 7.6 | 8.6 | 14.3 | 13.5 | 11.0 | 17.8 | 17.4 | 17.1 | 12.7 | 16.1 |
| Total Revenue | 13.5 | 12.9 | 17.8 | 14.6 | 14.8 | 14.0 | 14.5 | 17.8 | 17.8 | 15.3 | 18.0 | 17.9 | 17.9 | 17.0 | 17.8 |
| Sales/Mkt Exp. | 5.8 | 6.7 | 4.9 | -10.7 | -0.2 | 8.4 | 1.5 | 9.3 | 5.8 | 5.6 | 10.6 | 9.2 | 13.0 | 13.0 | 11.7 |
| Cost of Services | 11.4 | -3.4 | -10.7 | -10.8 | -4.0 | -11.0 | -7.7 | 9.1 | 17.5 | 1.7 | 24.6 | 28.5 | 14.5 | 10.4 | 18.5 |
| Research | 25.8 | 23.7 | 21.5 | 11.1 | 20.0 | 8.4 | 7.3 | 14.3 | 12.9 | 10.3 | 14.0 | 14.0 | 14.0 | 14.0 | 14.0 |
| Corp G&A | 14.1 | 11.3 | 17.9 | 8.7 | 12.7 | -1.5 | -1.5 | 11.3 | 1.5 | 2.8 | 15.0 | 15.0 | 15.0 | 15.0 | 15.0 |
| Total Expenses | 11.4 | 4.3 | 0.4 | -7.1 | 1.4 | -2.1 | -1.8 | 10.1 | 10.7 | 4.5 | 17.4 | 17.4 | 14.0 | 12.3 | 15.0 |
| Total Expenses (seq %) | -23 | 7 | -4 | 18 | - | -19 | 7 | 8 | 19 | - | -14 | 7 | 5 | 17 | - |
| Operating Profit | 24 | 51 | 89 | 72 | 64 | 90 | 54 | 34 | 25 | 43 | 19 | 19 | 25 | 23 | 22 |
| Pretax Income | 21 | 44 | 79 | 74 | 81 | 109 | 66 | 36 | 27 | 46 | 9 | 19 | 24 | 22 | 20 |
| Net Income | 21 | 40 | 73 | 76 | 59 | 107 | 64 | 37 | 27 | 46 | 9 | 19 | 24 | 22 | 20 |
| **% of Sales** | | | | | | | | | | | | | | | |
| License Sales | 30.4 | 37.8 | 42.6 | 53.1 | 42.6 | 34.1 | 41.1 | 44.5 | 55.6 | 45.5 | 34.6 | 41.5 | 45.0 | 57.3 | 45.4 |
| Service Sales | 68.1 | 61.1 | 56.3 | 45.5 | 56.1 | 64.3 | 58.0 | 54.6 | 43.8 | 53.6 | 64.2 | 57.7 | 54.3 | 42.2 | 52.9 |
| Selling/Marketing | 27.1 | 27.2 | 24.3 | 28.3 | 25.6 | 25.9 | 24.1 | 22.5 | 22.6 | 23.5 | 23.8 | 22.3 | 21.6 | 21.9 | 22.3 |
| Service margin | 44.0 | 46.9 | 48.7 | 52.7 | 48.2 | 53.7 | 54.9 | 51.0 | 51.0 | 52.6 | 51.0 | 51.4 | 52.0 | 52.0 | 51.5 |
| Total Cost of Revenue | 65.3 | 59.6 | 53.2 | 46.8 | 54.9 | 55.1 | 50.2 | 49.3 | 44.1 | 48.9 | 55.3 | 50.4 | 47.7 | 42.1 | 47.9 |
| Services | 38.1 | 32.4 | 28.9 | 21.5 | 29.0 | 29.8 | 26.1 | 26.8 | 21.4 | 25.4 | 31.5 | 28.1 | 26.0 | 20.2 | 25.8 |
| Research | 11.9 | 10.7 | 10.4 | 8.0 | 10.0 | 11.1 | 10.0 | 10.1 | 7.7 | 9.5 | 10.7 | 9.7 | 9.8 | 7.5 | 9.2 |
| Corp G&A | 5.4 | 4.9 | 5.0 | 4.1 | 4.7 | 4.7 | 4.2 | 4.7 | 3.5 | 4.2 | 4.6 | 4.1 | 4.6 | 3.5 | 4.1 |
| Op Margin | 17.4 | 24.8 | 31.4 | 41.1 | 30.4 | 29.1 | 35.6 | 35.9 | 44.7 | 37.8 | 29.5 | 35.8 | 38.0 | 47.0 | 38.9 |
| **Selected Ratios and Balance Sheet Highlights** | | | | | | | | | | | | | | | |
| Book Value/shr | 0.59 | 0.57 | 0.66 | 1.08 | - | 0.91 | 0.84 | - | - | - | - | - | - | - | - |
| Cash/shr | 0.46 | 0.36 | 0.48 | 1.29 | - | 0.85 | 0.74 | - | - | - | - | - | - | - | - |
| Sales/Shr | 1.52 | 1.55 | 2.78 | 1.89 | - | 1.75 | 1.83 | - | - | - | - | - | - | - | - |
| Total Cash | 2722 | 2134 | 2768 | 7762 | - | 5083 | 4356 | - | - | - | - | - | - | - | - |
| Total Debt | 304 | 304 | 307 | 301 | - | 304 | 303 | - | - | - | - | - | - | - | - |
| Total Equity | 3500 | 3401 | 3964 | 6481 | - | 5371 | 4925 | - | - | - | - | - | - | - | - |
| Total Assets | 6579 | 6376 | 7349 | 13077 | - | 9513 | 8924 | - | - | - | - | - | - | - | - |
| Rec Days Outst | 59 | 69 | 88 | 65 | - | 57 | 66 | - | - | - | - | - | - | - | - |
| Receivables | 1514 | 1769 | 1549 | 2534 | - | 1696 | 1938 | - | - | - | - | - | - | - | - |
| Deferred Revenue | 1090 | 925 | 1020 | 1133 | - | 1270 | 1054 | - | - | - | - | - | - | - | - |
| % of LTM sales | 12.0% | 9.9% | 8.2% | 11.2% | - | 12.2% | 9.8% | - | - | - | - | - | - | - | - |
| Cash from Operations | 656.1 | 112.0 | 970.0 | 1185.4 | - | -673.8 | 0.0 | - | - | - | - | - | - | - | - |
| Capital Expenditures | -54.9 | -69.6 | -62.1 | -58.5 | - | -73.4 | 0.0 | - | - | - | - | - | - | - | - |
| Headcount | 43093 | 42882 | 41917 | 41320 | - | 41170 | 42002 | - | - | - | - | - | - | - | - |
| Revenue Per Employee | 0.21 | 0.22 | 0.39 | 0.24 | - | 0.25 | 0.25 | - | - | - | - | - | - | - | - |
| Capitalized Software | 3.8 | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Amortized Software | 3.8 | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Provision for Doubtful Accounts | 15.79 | 24.43 | 39.52 | 55.58 | - | 88.99 | - | - | - | - | - | - | - | - | - |
| LTM Sales | 9063 | 9329 | 18542 | 10130 | - | 10407 | 10745 | 11161 | 11751 | - | 12169 | 12864 | 13179 | 13855 | - |
| LTM EPS | 0.23 | 0.24 | 0.45 | 0.35 | - | 0.37 | 0.42 | 0.46 | 0.51 | - | 0.52 | 0.54 | 0.58 | 0.60 | - |

E = Morgan Stanley Dean Witter Research Estimate.

*Oracle – December 21, 2000*

Please refer to important disclosures at the end of this report.

MS 00096

## *MORGAN STANLEY DEAN WITTER*

| The Americas | Europe | Japan | Asia/Pacific | |
|---|---|---|---|---|
| 1585 Broadway<br>New York, NY 10036-8293<br>Tel: (1) 212 761-4000 | 25 Cabot Square, Canary Wharf<br>London E14 4QA, England<br>Tel: (44 20) 7513 8000 | 20-3, Ebisu 4-chome Shibuya-ku,<br>Tokyo 150-6008, Japan<br>Tel: (81) 3 5424 5000 | Three Exchange Square<br>Hong Kong<br>Tel: (852) 2848 5200 | 4th Floor Forbes Building<br>Charanjit Rai Marg Fort<br>Mumbai 400 001, India<br>Tel: (91 22) 209 6600 |
| BCE Place, 181 Bay Street,<br>Suite 3700<br>Toronto, Ontario M5J 2T3,<br>Canada<br>Tel: (1) 416 943-8400 | Serrano, 55<br>28006 Madrid<br>Spain<br>Tel: (31 91) 412 11 00 | | 23 Church Street<br>#16-01 Capital Square<br>Singapore 049481<br>Tel: (65) 834 6888 | The Chifley Tower, Level 33<br>2 Chifley Square<br>Sydney NSW 2000, Australia<br>Tel: (61 2) 9770 1111 |

The information and opinions in this report were prepared by Morgan Stanley & Co. Incorporated ("Morgan Stanley Dean Witter"). Morgan Stanley Dean Witter does not undertake to advise you of changes in its opinion or information. Morgan Stanley Dean Witter and others associated with it may make markets or specialize in, have positions in and effect transactions in securities of companies mentioned and may also perform or seek to perform investment banking services for those companies. This memorandum is based on information available to the public. No representation is made that it is accurate or complete. This memorandum is not an offer to buy or sell or a solicitation of an offer to buy or sell the securities mentioned.

Within the last three years, Morgan Stanley & Co. Incorporated, Dean Witter Reynolds Inc. and/or their affiliates managed or co-managed a public offering of the securities of i2 Technologies.

Morgan Stanley & Co. Incorporated, Dean Witter Reynolds Inc. and/or their affiliates make a market in the securities of Microsoft and Oracle.

Morgan Stanley & Co. Incorporated, Dean Witter Reynolds Inc. and/or their affiliates or their employees have or may have a long or short position or holding in the securities, options on securities, or other related investments of issuers mentioned herein.

The investments discussed or recommended in this report may not be suitable for all investors. Investors must make their own investment decisions based on their specific investment objectives and financial position and using such independent advisors as they believe necessary. Where an investment is denominated in a currency other than the investor's currency, changes in rates of exchange may have an adverse effect on the value, price of, or income derived from the investment. Past performance is not necessarily a guide to future performance. Income from investments may fluctuate. The price or value of the investments to which this report relates, either directly or indirectly, may fall or rise against the interest of investors.

To our readers in the United Kingdom: This publication has been issued by Morgan Stanley Dean Witter and approved by Morgan Stanley & Co. International Limited, regulated by the Securities and Futures Authority Limited. Morgan Stanley & Co. International Limited and/or its affiliates may be providing or may have provided significant advice or investment services, including investment banking services, for any company mentioned in this report. Private investors should obtain the advice of their Morgan Stanley & Co. International Limited representative about the investments concerned.

This publication is disseminated in Japan by Morgan Stanley Dean Witter Japan Limited and in Singapore by Morgan Stanley Dean Witter Asia (Singapore) Pte.

To our readers in the United States: While Morgan Stanley Dean Witter has prepared this report, Morgan Stanley & Co. Incorporated and Dean Witter Reynolds Inc. are distributing the report in the US and accept responsibility for its contents. Any person receiving this report and wishing to effect transactions in any security discussed herein should do so only with a representative of Morgan Stanley & Co. Incorporated or Dean Witter Reynolds Inc.

To our readers in Spain: AB Asesores Morgan Stanley Dean Witter, SV, SA, a Morgan Stanley Dean Witter group company, supervised by the Spanish Securities Markets Commission (CNMV), hereby states that this document has been written and distributed in accordance with the rules of conduct applicable to financial research as established under Spanish regulations.

To our readers in Australia: This publication has been issued by Morgan Stanley Dean Witter but is being distributed in Australia by Morgan Stanley Dean Witter Australia Limited A.B.N. 67 003 734 576, a licensed dealer, which accepts responsibility for its contents. Any person receiving this report and wishing to effect transactions in any security discussed in it may wish to do so with an authorized representative of Morgan Stanley Dean Witter Australia Limited.

To our readers in Canada: This publication has been prepared by Morgan Stanley Dean Witter and is being made available in certain provinces of Canada by Morgan Stanley Canada Limited. Morgan Stanley Canada Limited has approved of, and has agreed to take responsibility for, the contents of this information in Canada.

Additional information on recommended securities is available on request.

**MS 00097**

© 2000 Morgan Stanley Dean Witter