*February 7, 2001*

# Oracle

## (ORCL: $28)



### Strong Fundamentals Dampened By Economy And Valuation

Oracle, a leading supplier of enterprise DBMS, development tools, and applications software, should continue to benefit from the transition to Internet computing. Solid growth in its market-leading DBMS business and increasing contribution from applications resulting from the release of 11i should drive an acceleration in top-line growth over the next couple of years, from the midteens to the 20% area. Tight cost controls and license sales growth will drive further margin expansion, but earnings growth should steadily ease toward the mid-20% level as incremental margin gains subside. Trading at 44x our F2002 EPS estimate, the stock has pulled back to more attractive levels but remains relatively expensive at 2x earnings growth. We remain positive on the stock, but see little urgency in the current environment. We maintain our Buy rating on ORCL.

❑ *Story Tied to Success In Core DBMS and Applications*

❑ *IT Spending Slowdown, Valuation, Cause For Uncertainty*

❑ *FQ2 Operating EPS Upside; Server And Applications Revenue Strong*

| EPS (MAY) OPERATIONS | | | | |
|---|---|---|---|---|
| | **1999** | **2000** | **2001E** | **2002E** |
| Q1 | $0.03 | $0.04 | $0.08A | $0.10 |
| Q2 | 0.05 | 0.06 | 0.11A | 0.14 |
| Q3 | 0.05 | 0.08 | 0.12 | 0.16 |
| Q4 | 0.09 | 0.15 | 0.20 | 0.24 |
| YEAR | $0.22 | $0.34 | $0.51 | $0.65 |
| P/E | | | 56x | 44x |
| 52-Wk Range: $22 - 46 | | | Mkt. Cap: $165B | |



*Courtesy ILX*

**Drew Brosseau**
(617) 946.3936
brossead@sgcowen.com

**Adam Liebhoff**
(617) 946.3905
liebhofa@sgcowen.com

000170
SG 0170

❑ **New Products And Easing Service Compares Boost Growth**

| | Years | | | | Growth | | | Comments |
|---|---|---|---|---|---|---|---|---|
| | F1999 | F2000 | F2001 | F2002E | F96/F99 | F01/F00 | F02/F01 | |
| Revenues | $8,827 | $10,130 | $11,901 | $14,630 | 15% | 17% | 23% | -18% 3-year CAGR; growth still accelerating |
| Licenses | 3,688 | 4,447 | 5,535 | 7,050 | 21% | 24% | 27% | -111 becoming larger % of revenue |
| % of Revs | 42% | 44% | 47% | 48% | | | | |
| Servers | 2,647 | 3,108 | 3,720 | 4,560 | 17% | 20% | 23% | |
| Tools | 293 | 292 | 215 | 230 | 0% | -26% | 2% | |
| Applications | 651 | 923 | 1,655 | 2,150 | 42% | 61% | 45% | |
| % Of License | | | | | | | | -111 becoming larger % of license |
| Servers | 72% | 70% | 67% | 65% | | | | |
| Tools | 8% | 7% | 4% | 3% | | | | |
| Applications | 18% | 23% | 27% | 30% | | | | |
| % Of License Growth | | | | | | | | -111 driving license growth |
| Servers | 90% | 60% | 57% | 59% | | | | |
| Tools | -9% | -0.1% | -7.1% | 0.3% | | | | |
| Applications | 18% | 36% | 52% | 44% | | | | |
| Services | 5,139 | 5,683 | 6,366 | 7,600 | 11% | 12% | 19% | -Integration costs still substantial; less drag on growth |
| % of Revs | 58% | 56% | 53% | 52% | | | | |
| Consulting | 2,790 | 2,704 | 2,694 | 3,010 | -3% | 0% | 12% | |
| Support | 2,349 | 2,979 | 3,672 | 4,590 | 27% | 23% | 25% | |

❑ **Strong Applications Growth; ERP Slows After Post-Y2K Bubble**

| Apps Totals | Q399 | Q299 | Q399 | Q499 | Q100 | Q200 | Q300 | Q400 | Q101 | Q201 | Q301E | Q401E | Q101E | Q201E | Q301E | Q401E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total License | $98 | $128 | $147 | $277 | $109 | $168 | $199 | $447 | $156 | $279 | $350 | $700 | $240 | $410 | $500 | $1,000 |
| ERP | $84 | $110 | $121 | $202 | $63 | $104 | $124 | $267 | $76 | $139 | $155 | $325 | $96 | $162 | $180 | $375 |
| CRM | $9 | $12 | $18 | $43 | $31 | $49 | $49 | $113 | $55 | $100 | $120 | $235 | $95 | $163 | $180 | $355 |
| Procurement/SCM | $5 | $6 | $8 | $32 | $15 | $15 | $26 | $67 | $25 | $40 | $75 | $140 | $55 | $85 | $140 | $270 |
| Growth (Y/Y) | | | | | | | | | | | | | | | | |
| Total License | 0% | 19% | 5% | 28% | 11% | 31% | 35% | 61% | 43% | 66% | 76% | 57% | 54% | 47% | 47% | 43% |
| ERP | -10% | 7% | -7% | 2% | -25% | -5% | 2% | 32% | 21% | 34% | 25% | 22% | 18% | 17% | 16% | 19% |
| CRM | 80% | 140% | 80% | 187% | 244% | 308% | 172% | 163% | 77% | 104% | 145% | 108% | 73% | 63% | 50% | 51% |
| Procurement/SCM | NA | NA | NA | NA | 200% | 150% | 225% | 100% | 67% | 167% | 188% | 109% | 120% | 113% | 87% | 93% |
| Percentage of Apps | | | | | | | | | | | | | | | | |
| Total License | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% |
| ERP | 86% | 86% | 82% | 73% | 59% | 62% | 60% | 60% | 49% | 50% | 44% | 46% | 38% | 40% | 36% | 38% |
| CRM | 9% | 9% | 12% | 16% | 28% | 29% | 23% | 25% | 35% | 36% | 34% | 34% | 40% | 49% | 36% | 36% |
| Procurement/SCM | 5% | 5% | 5% | 12% | 14% | 9% | 13% | 15% | 16% | 14% | 21% | 20% | 23% | 21% | 28% | 27% |

❑ **EPS To Decelerate As Margin Gains Subside**

| | F99 | F00 | F01E | F02E | Comments |
|---|---|---|---|---|---|
| Revenues | $8,827 | $10,130 | $11,901 | $14,630 | |
| Operating Expenses: | | | | | |
| Sales & Mktg | $2,622 | $2,617 | $2,924 | $3,541 | - Savings realized through automation and general headcount consolidation |
| Cost of Services | $3,064 | $2,943 | 2,910 | 3,507 | |
| R&D | $841 | $1,010 | 1,134 | 1,263 | - Spending driven by development of 111 |
| G&A | $426 | $481 | 511 | 600 | |
| Total Oper. Exp. | $6,954 | $7,050 | $7,479 | $8,912 | - 9% 3-year CAGR |
| Operating Income | $1,873 | $3,080 | 4,423 | 5,738 | - 45% 3-year CAGR |
| % of Revenues | 21.2% | 30.4% | 37.2% | 39.2% | - Margin expansion result of consolidation around ORCL e-Business Suite |
| Interest Income | 109 | 90 | $238 | $300 | |
| Pretax Income | $1,982 | 3,170 | 4,661 | 6,038 | |
| % of Revenues | 22.5% | 31.3% | 39.2% | 41.2% | |
| Income Taxes | $692 | $1,118 | 1,655 | 2,144 | |
| Effective Tax Rate | 35% | 35% | 35.5% | 35.5% | |
| Net Income | $1,290 | $2,052 | 3,006 | 3,895 | |
| % of Revenues | 14.6% | 20.3% | 25.3% | 26.6% | |
| | | | | | - 43% 3-year CAGR, but growth slowing as margin expansion subsides |
| Growth | | 58% | 48% | 26% | |
| Average Shares (MM) | 5,936 | 5,993 | 5,914 | 6,075 | |

SG Cowen

000171

SG 0171

## Key Investment Highlights

### ❑ Leading Enterprise DBMS Vendor; Maintain Buy Rating

As a leading vendor of relational databases, enterprise applications, and development tools, Oracle has enjoyed solid growth over the past three years, benefiting from the emergence of Internet computing. Although the Web has reached a certain level of maturity, sales of Oracle's flagship database, 8i, continue to outpace growth in the overall rational database management systems (RDBMS) market. In addition, 11i, Oracle's new e-business suite of applications, is beginning to gain traction within the company's large installed base. While it will take some time for Oracle to build mindshare with 11i, the company's applications business should succeed against "best-of-breed" vendors by pitching a broad and tightly integrated suite. During the next three years, applications should become the major driver in Oracle's model, accounting for an increasing percentage of overall license revenue growth (which we expect will reaccelerate from the low 20%s to the high 20%s by F2002). At the same time, IT consolidation around its own products will propel further margin expansion, but earnings growth should steadily ease back toward the mid-20%s as incremental margin gains subside.

Given the weakening IT spending environment and the immaturity of 11i, at 44x our F2002 EPS estimate and roughly 2x earnings growth, shares of ORCL appear almost fully valued. As such, we expect the stock to be confined to a tight range near term. However, based on its leadership position in the enterprise DBMS market and our belief that its e-business suite will ultimately succeed, we rate ORCL Buy.

### ❑ New Products Should Support Revenue Growth

#### 11i: The New Driver of Growth

Oracle's new e-business applications suite, 11i, includes modules for customer relationship management, supply chain management, procurement, trading exchanges, and enterprise resource planning (ERP). The product began shipping in May and has since enjoyed reasonable success with current Oracle database and ERP customers. Despite 11i's relative immaturity, large enterprises such as JDS Uniphase, GE Power, American General and Compaq have embraced the suite, signing on for full-scale 11i implementations. In addition, HP has purchased OracleSalesOnline (part of CRM), BellSouth recently went live on the entire 11i CRM suite and Qualcomm and Teradyne have selected Oracle's APS (Advanced Planning and Scheduling) application in place of i2. Despite its relatively small number of referenceable 11i clients and inferior technology (vs. Siebel, Ariba, i2, etc.), Oracle will rely heavily on applications sales to drive revenue growth. When choosing to implement the Oracle e-business application suite, customers are buying the promise of a "no assembly required", high ROI, low-cost family of applications, as opposed to a piece-by-piece integration intensive solution delivered by various point software vendors. There are obviously pros and cons associated with both approaches, yet Oracle should be able to succeed in moving up the software stack by selling into its installed RDBMS and ERP base and by leveraging its strong distribution channel.

#### 9iAS: Application Server Fills a Product Gap

Shortly after the release of 11i, Oracle began shipment of its latest application server, 9iAS. Still relatively new, sales of 9iAS have been slow up to this point. We suspect that interest in the product has suffered because Oracle's previous application servers were especially weak, failing to integrate easily with the database. Furthermore, competition in this market is fierce, as Oracle is up against the likes of BEA Systems, IBM and Sun. Thus, 9iAS could be held back by

SG 0172          000172

perception in the near term. However, taking advantage of its various distribution channels and large client base, sales of 9iAS should ramp once the product begins selling together with 9i (Oracle's next RDBMS scheduled for release in early spring). Also, Oracle has made significant advances with 9iAS, increasing functionality, and perhaps more important, improving performance to fill a hole in its product line. To this end, our initial channel checks suggest that 9iAS integrates tightly with both the Oracle database and the 11i application suite, providing customers with a solid middle tier on which to develop a robust IT infrastructure.

### 9i: Making the Best Database Better

Improving on an already strong product (8i), Oracle will release the next generation of its database, 9i, early this spring. Like 8i, the product will function best within e-business environments, and improves upon 8i's security and recovery capabilities, scalability and performance, and gives the database administrator (DBA) more granular control over resources. Thus far, internal tests have been extremely positive, and 9i should support continued revenue growth in Oracle's database business, helping the company to add further market share. Finally, 9i will be marketed aggressively with 9iAS, the application server, and Oracle's development tools – making the database that much more attractive to customers.

## ❑ Services Revenue, Covisint Deal Increase Visibility Comfort Level For Q3

Generally, software applications companies follow a nonlinear model where the lion's share of product is sold during the third month of each quarter often at a significant discount. This model makes it very difficult for management to establish forward revenue targets with great conviction, as the gain or loss of one large deal can make or break any given quarter. At its core, Oracle falls victim to this nonlinearity. However, because the services component (consulting and maintenance/support) of Oracle's business comprises more than half of total revenues (roughly 58% during Q2), and because maintenance is typically 25-40% of license cost, the company keeps a certain measure of visibility into forward quarters that competitors do not. In addition, with regard to specifics, Oracle recently won a large deal with COVISINT, the online auto consortium, assuring that our Q3 applications projection will be met. While DBMS and tools remain an unknown, the Covisint deal removes one variable from the financial equation for Q3, thus increasing our comfort level with current estimates.

## Risks

## ❑ IT Spending Growth Slowing

Fears about a slowdown in corporate IT spending have greatly intensified lately, as it appears suddenly fashionable to take a bearish stance regarding 2001 prospects. Everywhere we look, investors are becoming more cautious in their views about this year's spending plans and are thus trimming their holdings in technology. Given the dampening overall economy and the maturing of the Internet cycle, such pessimism seems appropriate. That said, the specific evidence with regard to slowing IT expenditure isn't conclusive either way, yet signs certainly seem to indicate that IT spending growth is decelerating. Several high-profile technology organizations have reduced forward revenue and earnings expectations substantiating this notion (Compaq, Intel, Dell, HP and Sun just to name a few), and recent industry surveys we've seen suggest that IT spending growth has moderated and will continue to do so from a 10-12% pace in 2000 to well below 10% in 2001. Going against the grain, Oracle reported solid FQ2 results just one month ago, labeling its pipeline as "astounding" and "stunning". Still, it is unlikely that the company will remain completely insulated from the slowdown. Along these

000173

SG 0173

lines, in its most recent 10Q filing (FQ2), Oracle added the following two statements that had never before been included:

**"... future operating results may also be adversely impacted by external factors, such as a slowing in demand for hardware used in conjunction with its software."**

and

**"In particular, a slowdown in the economy may cause purchasing decisions to be delayed, reduced in amount or canceled which will therefore reduce the overall license pipeline conversion rates in a particular period of time."**

Although Oracle is at the beginning of a significant new product cycle, our license growth estimates could prove optimistic given the company's exposure to potential contraction in IT budgets. While we would note that much of the early weakness in IT was associated with PC sales and desktop applications and platforms, the cutback has recently expanded to enterprise software, adding to near-term uncertainty regarding ORCL.

❑ **Expanding Margins But EPS Growth Could Decelerate Going Forward**

By providing an example to its customers and their prospects for using Oracle technology to realize enterprise wide cost benefits, Oracle has leveraged its margin story to market itself as the "poster child" for e-business. While it appears the company's cost savings have been more a function of headcount reductions, than technology consolidation around Oracle's 11i applications suite, the cost cutting effort has been very successful. Specifically, operating margins have expanded by more than ten percentage points Y/Y and are now approaching Oracle's 40% goal. Still, to reach this target, the company will have to sustain services margins greater than 50%, and make additional cost cutbacks in sales and marketing going forward.

Although we estimate that Oracle will reach operating margins north of 39% by the end of F2002, earnings will likely decelerate over coming quarters as the incremental margin gains achieved over the past 12 months slowly subside (see below). As such we have modeled for a deceleration in year-to-year EPS growth from 49% in F2001 to just 26% in F2002. Still, should license revenue growth fall short of expectations, Oracle has significant control over discretionary spending and headcount to meet or potentially exceed our EPS projections.

| | F2001E | | | | | | F2002E | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | F2000 | Q1A | Q2A | Q3 | Q4 | F2001 | Q1 | Q2 | Q3 | Q4 | F2002E |
| Revenues | $10,130 | $2,262 | $2,660 | $2,900 | $4,080 | $11,901 | $2,720 | $3,270 | $3,590 | $5,070 | $14,650 |
| Operating Income | 3,080 | 658 | 946 | 1,044 | 1,775 | 4,423 | 898 | 1,210 | 1,400 | 2,231 | 5,738 |
| OPM | 30% | 29% | 36% | 36% | 44% | 37% | 33% | 37% | 39% | 44% | 39% |
| Incremental OPM | | 113% | 118% | 61% | 55% | 76% | 52% | 43% | 62% | 46% | 48% |
| Y/Y OPM Grth. | 43% | 67% | 43% | 15% | 6% | 22% | 13% | 4% | 8% | 1% | 5% |
| EPS | $0.34 | $0.08 | $0.11 | $0.12 | $0.20 | $0.51 | $ 0.10 | $ 0.14 | $ 0.16 | $ 0.24 | $ 0.64 |
| Y/Y EPS Grth. | 55% | 114% | 67% | 43% | 28% | 49% | 18% | 32% | 34% | 21% | 26% |

SG 0174                    000174

## ❏ Key Management Departures; Situation Bears Watching

In an unexpected development, Gary Bloom, a highly capable and respected Oracle EVP and heir apparent to Larry Ellison's CEO throne, left Oracle to assume the role of president and CEO at Veritas. With several years of big company experience, Mr. Bloom was among the most accomplished of Oracle managers and his visibility and popularity with the Street has left investors unsettled in the face of his departure. This high-profile defection further restores the anxiety we felt in July following the exit of former Oracle president and COO Ray Lane. Specifically, we are concerned that with the exception of Mr. Ellison himself, Oracle is left with a dearth of executives capable of closing the type of large Fortune 500 deals that have helped drive the company's strong top-line growth. In addition, the risk profile for ORCL has been raised because the company is now without an obvious successor at the CEO level.

## ❏ Top-Line Growth Could Be Limited By Maturing DBMS Market

Approximately 65% of Oracle's total revenue comes from enterprise DBMS sales and services. IDC has estimated that the overall RDBMS market will grow at an 18% CAGR over the next five years. While Oracle should be able to win further market share from various smaller, legacy DBMS vendors, based on the company's exposure to this market and its sheer size, near-term growth could be somewhat constrained.

## ❏ Valuation Appears Full

Trading at 44x our F2002 EPS estimate, and roughly a 2x PEG, ORCL remains expensive relative to historical levels -- especially given that license sales have exhibited only minor acceleration. Between 1996 and 1999, shares of ORCL traded in a range of 15-32x forward EPS, or a 0.5-1.5x PEG. Leveraging its "software powers the Internet" marketing campaign to capitalize on the explosion in demand for Web applications, ORCL saw its multiple expand rapidly during 2000. Specifically, ORCL traded at an average of 62x forward EPS, or a 3x PEG during the year. Although Oracle expanded into the faster-growing areas of business applications, these multiples represented an overreaction to the Internet phenomenon. We believe ORCL's recent sell-off was fitting given that the company's improving fundamentals are already priced into the stock. As such, we believe shares should trade closer to historical levels in the near and intermediate term.

Based on the sensitivity analysis below, we conclude that if the company outperforms, shares of ORCL could reach the low to mid-$40s, and if it underperforms, the stock could sell off into the low $20s. This range assumes that, for the high end, upside to our $0.64 F2002 EPS estimate would be $0.04-0.08 at a 60x P/E, while the low end assumes downside of $0.03-0.07 at a 40x P/E. Upside would likely come from better-than-expected operating margin leverage, while downside would probably be the product of slower-than-expected license revenue growth. Our projections are bolded.

| | Annualized Revenue Growth | | | | | |
|---|---|---|---|---|---|---|
| Operating Expense Growth | 17% | 21% | 23.1% | 25% | 29% | |
| 12% | 40% | 42% | 43% | 44% | 45% | |
| 17% | 37% | | | | 43% | |
| 19.2% | 36% | | | | 42% | OPM |
| 22% | 34% | | | | 41% | |
| 27% | 32% | 37% | 35% | 36% | 38% | |

| | Annualized Revenue Growth | | | | | |
|---|---|---|---|---|---|---|
| Operating Margins | 17% | 21% | 23.1% | 25% | 29% | |
| 31% | $0.49 | $0.51 | $0.51 | $0.52 | $0.54 | |
| 35% | $0.55 | | | | $0.60 | |
| 39.2% | $0.61 | | | | $0.67 | EPS |
| 43% | $0.67 | | | | $0.73 | |
| 47% | $0.73 | $0.75 | $0.76 | $0.77 | $0.80 | |

| | P/E F02 | | | | | |
|---|---|---|---|---|---|---|
| EPS | 30 | 40 | 50 | 60 | 70 | |
| $0.57 | $17 | $23 | $29 | $34 | $40 | |
| $0.61 | $18 | | | | $43 | |
| $0.64 | $19 | | | | $45 | STOCK PRICE |
| $0.68 | $20 | | | | $48 | |
| $0.72 | $22 | $29 | $36 | $43 | $50 | |

## *Quarterly Highlights*

### ☐ Solid FQ2 Finishes In Line With Expectations

FQ2 revenues of $2.66B (+15% Y/Y) were $44MM below our estimate, but further tight expense controls drove upside in operating EPS to $0.11 (vs. $0.06 same period last year), a penny better than our estimate and the Street consensus. As in recent quarters, the reported results understate growth due to a significant currency hit, which cut reported top-line growth by 650 basis points or roughly $150MM. The minor shortfall in reported revenues came mostly from services, which remained sluggish due to continued restructuring in the consulting business and a slowing in support fees. Although improving, overall services revenues were $39MM below our estimate at $1.54B (+9% Y/Y) on consulting revenues of $669MM (-4% Y/Y) and support fees of $873MM (+21% Y/Y). Meanwhile license fees of $1.12B (+24% Y/Y) were just $12MM lower than our estimate. Server revenues of $775MM (+19% Y/Y) were healthy, but came in $15MM below our projection. In contrast, applications revenues of $179MM (+66% Y/Y) rebounded nicely from Q1 and were $9MM above our number. The stronger application sales were attributable to improving momentum behind the new 11i product release and related success in winning large deals. The company is no longer providing details on the breakdown of applications, but we believe that growth accelerated across all categories (ERP, SCM, and CRM). We estimate that ERP and supply chain contributed about half the revenues and grew by about 35%, while CRM and procurement roughly doubled. Geographically, Americas (+20% Y/Y and 57% of total) and Asia-Pacific (+28% Y/Y and 15% of total) topped our respective estimates, while EMEA (+1% Y/Y and 29% of total) remained soft partly due to the weak euro. The

company's cash balance declined to $4.4B in light of share repurchases. Accounts receivable days sales outstanding (DSO) were down slightly to 66 and deferred revenues fell $216MM Q/Q and $14MM Y/Y to $1.05B, slightly slower than overall revenue growth.

### ORACLE REVENUE BREAKDOWN ($MM)

| | Actual Q2:01 | % of Revs | Expected Q1:01 | Deviation | Y-to-Y Comparison Q2:00 | Growth | Q-to-Q Comparison Q1:01 | Growth |
|---|---|---|---|---|---|---|---|---|
| Revenues | $2,660 | 100.0% | $2,710 | ($50) | $2,322 | 15% | $2,262 | 18% |
| | | | | | | | | |
| Americas | $1,511 | 56.8% | $1,500 | $11 | $1,262 | 20% | $1,291 | 17% |
| Europe & MEA | $761 | 28.6% | $830 | ($69) | $756 | 1% | $643 | 18% |
| Asia Pacific | $388 | 14.6% | $380 | $8 | $304 | 28% | $327 | 19% |
| | | | | | | | | |
| Licenses | $1,118 | 42.0% | $1,130 | ($12) | $903 | 24% | $807 | 39% |
| Servers | $775 | 29.2% | $790 | ($15) | $651 | 19% | $585 | 33% |
| Tools | $38 | 1.4% | $40 | ($2) | $59 | -34% | $31 | 24% |
| Applications | $279 | 10.5% | $270 | $9 | $168 | 66% | $156 | 80% |
| Other | $25 | 0.9% | $30 | ($5) | $25 | -2% | $36 | -30% |
| | | | | | | | | |
| Services | $1,541 | 58.0% | $1,580 | ($39) | $1,419 | 9% | $1,455 | 6% |
| Consulting | $669 | 25.1% | $680 | ($11) | $699 | -4% | $616 | 9% |
| Support | $873 | 32.8% | $900 | ($27) | $720 | 21% | $839 | 4% |

❑ **Expense Controls Continue to Drive Bottom-Line Upside**

As in the last several quarters, expense controls remained the key driver of earnings growth. Headcount (-2%) began to rise again sequentially, but expenses (-2%) finished well below our expectations, helped in part by the weak euro. This drove further expansion in operating margin to 35.6%, up from 24.8% last year. Once again, most of the margin increase came from a shift toward higher-margin license revenue and an improvement in services margins, which rose from 47% last year to nearly 55% in Q2 (largely the result of Internet-based self-service support and education, and increased consultant utilization).

❑ **Healthy Growth Prospects**

Encouraged by the solid FQ2 results and a sound pipeline, management reiterated its confidence in its outlook for the balance of this year. Indeed, despite the uncertainty about the global economy and IT spending plans that we discussed above, management remained secure in its guidance for revenues and slightly upped expectations for EPS. The primary forces behind this continued optimism are Oracle's strong position in the DBMS market and its momentum in the enterprise applications business, both of which are benefiting from major new product cycles and the cross-market leverage that comes from being in both businesses. Buoyed by these efforts, Oracle continues to push the completeness of its solution as its key competitive advantage. Oracle is leveraging its dominance in a core platform technology (enterprise DBMS) to move up the stack into value-added applications by delivering a complete product suite. As we describe below, Oracle needs to continue to execute on several fronts to sustain its momentum.

SG 0177       000177

## Oracle Moving Up The Applications Stack

In a major product restructuring that occurred last July, Oracle revamped its e-business applications to compete in the fastest-growing areas of enterprise software. With the release of 11i, Oracle has promised a suite of products that the company claims will contend with best-of-breed enterprise software providers. To date, progress has been mixed, as nearly two-thirds of the entire suite is new (CRM, SCM and procurement). Thus, it could take some time before 11i gains traction because new product offerings typically take 6-18 months to generate market interest. That said, Oracle's core strength is still its RDBMS, and we expect growth in this category to remain ahead of the overall market.

❑ **Enterprise DBMS**

The proliferation of the Internet has generated an upsurge in the amount of information that must be managed by enterprises. As such, we have witnessed an extraordinary increase in the demand for RDBMS. Over the past five years, RDBMS software has evolved significantly in tandem with demand to enable the seamless integration of transactional and analytical functionality on one system. Also, further growth in e-commerce, m-commerce, e-business, and business intelligence applications should continue to propel both growth and progress in the RDBMS market.

Specifically, total sales of RDBMS software generated revenue of $11.1B in 1999, a number projected to grow at an 18% CAGR over the next five years, reaching $25.7B by 2004.



**Worldwide Relational Database Management System Software Revenue, 1999-2004 ($MM)**

Source: IDC (includes license and services revenue)

❑ **Oracle Occupies the Database Pole Position**

Since its inception in 1977, Oracle has focused on becoming the principal vendor of high-end database management systems. In doing so, Oracle's current release, 8i, remains atop the leader board in RDBMS, and although the space is crowded, the company has managed to add market share during each of the last three years. Specifically, its total share expanded from 38.3% in 1997 to 39.8% in 1998 to 42.4% in 1999. Even though Oracle is forced to fight the database

SG 0178                    000178

battle on two fronts (vs. IBM's DB/2 on the high end and Microsoft's SQL Server 2000 on the low end), it seems likely the company will be able to take market share from some of the legacy DBMS vendors while holding off advances from the larger competitors.

## ❑ Oracle Database Products

### Oracle8i

As alluded to above, Oracle has been the undisputed "heavyweight" champion of the RDBMS market since defining it during the mid-1980s. 8i, the company's latest database, remains among the best at executing traditional RDBMS tasks; i.e. enabling the storage, manipulation and retrieval of any type of data. However, the company has added a host of features to make the database more "Web-ready."

In particular, 8i introduces:

- **The Java Virtual Machine (Java VM):** The heart of Oracle's support for Java, JVM runs Java code within the database, letting users build stored procedures and database triggers in Java and executing them as Enterprise Java Beans (EJBs).

- **SQLJ:** a new programming language that embeds SQL database statements into client or server side Java code. Provides links between Java and relational data so that programmers can specialize in their strengths.

- **IFS:** an Internet File System that combines file storage and messaging into a single system rather than using several separate systems.

- **_Inter_Media:** a function that facilitates the management of multimedia content for both Internet and traditional applications.

- **Java Server (Jserver):** Increases flexibility by enabling developers to write, store, and execute Java code within the database.

### Oracle8i Lite

To address the increasingly mobile computing environment, Oracle released 8i Lite in tandem with 8i. 8i Lite caters to laptops, handheld computers, PDAs, and smart phones, providing a mobile database for Internet computing. Using its iConnect feature, 8i Lite allows for the synchronization of data and applications back to the central database server. Furthermore, the product's Web-to-go feature enables mobile application development, and the software itself is extremely lightweight (50KB-750KB), requiring no administration.

### Oracle9i

On October 3, 2000, Oracle announced the newest release of its flagship database product, 9i, which is expected to ship during early spring of this year. Expanding the scope of its previous release, 9i includes more than 500 new features, and will be sold with 9iAS (Oracle's application server) and with all of Oracle's development tools (75 separate products). The company's newest RDBMS will also provide improved support for database caching (as part of 9iAS), enhancing dynamic request performance and overall capacity. Other improvements include more powerful recovery capabilities, enhanced integration and support in Win2000, more advanced content management features, improved database resource management and the use of clustering to reduce disk I/O. Finally, with 9i, DBAs will be able to add additional database servers dynamically to achieve near-linear performance increases with little or no application redesign.

### The Competition

Although a large share of IBM's RDBMS software is still being deployed in mainframe and AS/400 environments, traction is steadily increasing in Windows, UNIX and LINUX. DB/2, the company's flagship database is generally less expensive than Oracle8i, and by several accounts offers similar functionality and features. Along these lines, DB/2 stood victorious in a recent *InformationWeek* survey that compared the five leading RDBMS vendors side by side. Additionally, IBM recently debuted the newest version of DB/2, *Universal Database v, 7.1*, targeting smaller enterprises (in addition to its current Global 2000 base), and adding more power and functionality to an already strong product.

Microsoft's SQL Server has typically been more successful at the lower end of the RDBMS market. Still, the company has increased its market share at a faster clip since 1998 than any other leading database management system provider. With just 5.5% of the market in 1998, Microsoft grew its database business 66% to boost its share to 7.8%. In doing so, the company overtook Informix to seize a firm hold of the number three spot. Furthermore, management plans to launch a new marketing campaign that will focus on SQL Server's advantages in flexibility, ease of use and time to market (agility) in an effort to overcome the perception that Microsoft's enterprise products are tailored only to the lower end of the market.

The RDBMS market has essentially become a game for the three main players mentioned above. Still, other notables include **Informix and Sybase**, both of which maintained solid market share numbers in 1999 (5.9% and 3.9%, respectively). In the face of what continues to be a risky proposition, Informix has shifted its focus away from the core Database business. Management recently announced plans to split the company into two separate entities – Informix Software, the Database Company and Ascential, which will provide e-business and analytical solutions. Contrary to what solid performance in SYBS stock price might indicate, sales of Sybase's Adaptive Server have essentially been flat, showing no signs of a re-acceleration back to positive growth. The company has moved away from its core database business, and in the process may have removed itself as a legitimate competitor.



*Source: IDC*

## ❑ Application Server

### *What is An Application Server?*

No longer a luxury, the application server can enable IT departments to fully leverage back-end resources - including legacy applications, distributed systems databases, and even other Web-based content - and make them available to customer, partners, and employees over corporate intranets, extranets, and/or the Internet. Initially fulfilling the need for an integration (application and data) and business processing solution, application servers have since expanded in scope to include management tools, development tools and presentation logic. The application server provides off the rack infrastructure for developing and running applications or pieces of applications in a scaleable and reliable environment. While many products are important for deploying e-business solutions on the Internet, the application server has undeniably become a strategic and crucial platform for success.

## ❑ With 9iAS, Oracle Faces an Uphill Battle

Historically a minor participant in the application server market, Oracle recently launched 9iAS with a sizable marketing push that was the brainchild of Larry Ellison. Leveraging proprietary caching technology, 9iAS, when integrated with an Oracle database professes to run customer Web sites faster than any other application server-database environment. The company has gone so far as to make a guarantee along these lines:

> If you have an existing commercial production web site based on IBM DB2 or Microsoft SQL Server database technology, and you replace your IBM or Microsoft technology with the Oracle9i Application Server and the Oracle8i Database, we guarantee that your web site will run at least three times faster than it currently does. By this, we mean that your web site will be able to support at least three times as many page views per second as your old IBM or Microsoft based web site. If your web site does not run at least three times faster than before the change to Oracle technology, we will pay you $1,000,000.
>
> - Oracle Corporation (oracle.com)

Despite the guarantee and accompanying marketing campaign, it is too early to tell if 9iAS has gained any real traction. However, our initial sense is that it will take some time for Oracle to garner consequential mindshare in the app server market. The company's previous efforts in this market have been marginal at best, and it appears perceptions to this end remain largely unchanged. However, 9iAS is a solid product, and given that it will ship with 9i, the next generation Oracle database, its should fill what was previously a gaping hole in the company's offering.

## ❑ Oracle Application Server Product Highlights

Oracle's latest application server, 9iAS, improves upon the company's previous offerings, which typically lacked flexibility, functionality and were difficult to integrate with non-Oracle applications. Although the most recent release is still tough to install with competitor software, Oracle promises increased performance without additional hardware by including an integrated Web cache. Customers can place the cache centrally or in multiple locations near users to improve response times. Web caching is crucial to improving performance since it lowers the number of hits to middle-tier and back-end servers and significantly reduces disk I/O. Disk I/O can be a major bottleneck because it involves the slow mechanical process of reading information from a disk. For example, to minimize trips between the application server and the

database during peak access times, the system will only validate data that is critical, like inventory levels. The application server also adds reporting functionality with *Oracle Reports* and *Oracle Discoverer*.

9iAS will be sold together with the forthcoming 9i database (spring, 2001 release) and should enable clients to get to market faster with a relatively low cost of ownership. Notwithstanding the negative perceptions about Oracle's previous app servers, 9iAS should eventually become an integral part of the broad Oracle suite.

### The Competition

The application server market is fiercely competitive. BEA Systems has emerged as the dominant player delivering a robust, open, standards-based product that has the support of industry analysts as well as the development community. Other important app server vendors include IBM (WebSphere), which typically wins only within IGS Projects or projects where the computing environment is already primarily IBM and iPlanet, the product of a Sun/Netscape alliance catering to the very high-end of the market. Finally, BEA, IBM, Sun and Oracle face the most competition from e-commerce vendors that imbed application servers in their software. Examples are Vignette, Broadvision and Art Technology.

## ❏ Oracle 11i: Aimed At Reaccelerating Revenue Growth

While enterprise DBMS sales remain Oracle's core business, applications offer the strongest growth prospects over the next several years. With the shipment of 11i earlier this year, Oracle attacked the market with an integrated solution in an attempt to rival best-of-breed point products from players like Siebel, i2 and Ariba. Meanwhile, Oracle is still benefiting from a rebound in the traditional ERP markets tied to post-Y2K spending, as the company's ERP business accounted for more than 50% of total applications revenue during the second quarter.

11i offers more than 100 different modules which can be segmented into three discernible pieces: customer relationship management (CRM), business-to-business (B2B) – comprised mainly of supply chain management and e-procurement – and enterprise resource planning (ERP). The following is a list of customers live or currently implementing 11i:

000182

SG 0182

| Current Live 11i Customers | |
| --- | --- |
| Barclays UK | Odwalla |
| Hallmark Cards | Retek |
| Hutchinson Telecom (UK) | Vingage |
| Doral Financial Corp (LAD) | Chipotle |
| American Trans Air | Agilera |
| Pac-West Telecomm, Inc | Chevron/Retailers Market Exchange |
| Royal Air Force | MetalMaker |
| Silterra (APAC) | Red Herring |
| TeliaNet (EMEA) | Papa Johns |
| American Linen | CyberSource |
| Inventec (APAC) | ZapMedia |
| Netpliance | Hostcentric Management Company |
| **Currently Implementing 11i** | |
| Bellsouth | Compaq |
| Citigroup | GE Medical |
| MBNA Bank | GE Capital |
| Bank of Montreal | GE Industrial |
| Xerox | Ingersoll-Rand |
| JDS Uniphase | HP |
| Ralston Purina | |

Under the enterprise software umbrella, these segments (CRM, B2B and ERP) are the largest, and both CRM and B2B are among the fastest growing. Specifically, the CRM market grew 71% during 1999 (faster than any other during the same time period), and is projected by AMR to grow at a 34% CAGR between 1999 and 2004, reaching $9.8B. The B2B applications market is expected to grow even faster than CRM – at a 47% CAGR between 2000 and 2004, totaling $12.5B. Finally, although ERP will probably never return to the days of high double-digit growth, AMR anticipates that the CAGR will be roughly 11% from 1999-2004 (rising from roughly $6.5 to almost $11B).



*Source: AMR Research*

000183

## *Customer Relationship Management*

Broadly defined, customer relationship management (CRM) includes sales force automation (SFA), marketing automation, call center automation, and, on a rare occasion, pieces of e-commerce. Depending on specific organizational needs, CRM applications (1) enable marketing departments to identify and target their best customers, manage marketing/advertising campaigns with clear goals and objectives, and generate quality leads for the sales force; (2) improve telesales and account and sales management by optimizing the sharing of information across an organization's network; (3) help develop high touch point relationships with clients to improve customer satisfaction and identify the most profitable customers, ultimately providing them with the highest level of service; and (4) provide employees with the information and processes necessary to know their customers, understand their needs, and effectively build relationships between the company, its customer base, and distribution partners.

### ❏ Setting Sights On Siebel

Oracle has customarily been one of the more remote participants in the CRM applications market. However, according to IDC, the company became the number two player during 1999 (vaulting past PeopleSoft/Vantive, and Nortel/Clarify) as its CRM business grew by 233% to $219MM. While the components of this $219MM have been questioned recently, Oracle's 1999 market share was roughly 6.4%. With the release of 11i, the company is intent on dethroning Siebel as the market leader. In attempting to do so, Oracle is approaching customers with a radically different plan. To date, management claims the company has had success by selling a solution that smoothly integrates each of the customer facing points in an organization with the database and various ERP applications. This contrasts with Siebel's best-of-breed CRM suite, where the different modules are not as tightly interconnected with each other or with the ERP backbone.

### ❏ Oracle CRM Product Highlights

Oracle has completely rewritten its CRM applications for the 11i release, aimed squarely at taking market share away from Siebel. The main improvement comes as Oracle SalesOnline, which basically delivers the core sales applications of the Oracle E-Business Suite as a free, online service. OracleSalesOnline.com has taken a different approach to the sales force automation market by offering basic SFA services free to medium- and large-size enterprises. While we typically view the free delivery of software as a clear sign of weakness, Oracle charges a maintenance fee equal to 25-40% of the cost of the software as if it were actually purchased, and eventually plans to charge customers for additional hosted CRM services such as sales compensation, forecasting, expense and travel management. Moreover, the free download only allows for a certain limited amount of capacity, so customers pay for additional CPUs.

Focused on the tight integration of CRM with ERP applications out of the box, the balance of Oracle 11i CRM is comprised of 35+ modules that span the following:

000184

| Call Center | Service |
|---|---|
| Advanced Inbound | iSupport |
| Advanced Outbound | TeleService |
| Scripting | Service Online |
| eMail Center | Depot Repair |
| Call Center Intelligence | Spares Management |
| **E-Commerce** | Advanced Scheduler |
| iStore | Mobile Field Service |
| iSupport | Contacts |
| eMail Center | Customer Intelligence |
| **Marketing** | **Sales** |
| Marketing Online | iStore |
| Marketing Intelligence | iPayment |
| | TelesSales |
| | Sales Online |
| | Sales Intelligence |
| | Incentive Compensation |

### The Competition

Siebel owns the market for customer relationship management software, and with 18.4% share, has nearly three times that of the next largest vendor (Oracle, 6.4%). The company is typically regarded as the giant sitting atop the higher-end of the CRM market; however, it has recently expanded its vertical industry focus and has ventured into the middle-market in search of new growth drivers. With its acquisition of Vantive in December 1999, **Peoplesoft** became the third-largest CRM applications provider. As such, the company has started to shed its "ERP" image, recently gaining significant traction with its overhauled CRM offering (approximately 10 wins in Q3). Still, we note that Peoplesoft's CRM business (Vantive) grew at a paltry 12% last year in a market that grew 71%. The fourth-largest CRM software provider, **Clarify**, grew revenues by nearly 88% during 1999, and its recent acquisition by Nortel Networks should enable it to remain among the top three or four vendors (1999 market share was roughly 5%). Although immaterial from a market share standpoint, we also see E.Piphany, Kana communications and Broadbase Software as potential contenders in certain niches under the CRM umbrella. Finally, several smaller CRM applications companies compete for the balance of the market, but as the space becomes more "top-heavy," the lower end will likely become a more difficult place in which to survive.

000185

*Oracle 2/7/2001*          **SG Cowen**

SG 0185



*Source: IDC; \*Clarify purchased by Nortel Networks (October 1999)*

## ❑ B2B Applications

Under its broad B2B applications umbrella, Oracle includes supply chain management (SCM) software, e-procurement and trading exchange applications:

SCM applications manage the materials, information, and finances of organizations as they move in a process from supplier to manufacturer to wholesaler to retailer to consumer (running the entire supply chain). SCM involves coordinating and integrating these flows both within and among companies. The ultimate goal of an effective supply chain management system is to streamline an organization's component/product controls so that inventory is available "just-in-time" for customer orders.

There are two main types of SCM software: planning applications and execution applications. Planning applications use advanced algorithms to determine the best way to fill the order and execution applications track the physical status of goods, the use of resources, and the financial information involving each party.

Whereas SCM apps are very information-oriented, e-procurement applications focus on transactions, allowing for the one-to-many B2B purchase of supplies and services over the Internet. Companies participating expect to be able to control parts inventories more effectively, reduce purchasing agent overhead, and improve manufacturing cycles. Very similarly, trading exchange software involves the aggregation of qualified and registered users to look for buyers or sellers of goods and services. Depending on the approach, buyers or sellers may specify prices or invite bids. Transactions can be initiated and completed. Ongoing purchases may qualify customers for volume discounts or special offers. Trading exchange and e-procurement applications alike have been integrated with the trend toward Web-based supply chain management

000186

SG Cowen

SG 0186

## ❏ Oracle Still a "Babe In the B2B Woods"

Although relatively small and oft overstated, Oracle's current B2B applications offering vastly improves upon previous efforts. With the release of 11i, Oracle has expanded its SCM/e-procurement offering to include 40+ modules. The company's new advanced planning and scheduling (APS) component has been part of highly publicized wins against i2 Technologies and others at Qualcomm, Teradyne and Hayworth. Although presently small in size, these contracts have enabled Oracle to "get some skin in the game", and could eventually lead to full-scale B2B projects. In conjunction with AMR projections, we have estimated Oracle's market share at nearly 3%, and again, Oracle's ability to gain share will be largely predicated upon its expertise in selling a vision to its current database customers.

We are encouraged by Oracle's recent applications win at Covisint, the leading B2B exchange for the automotive industry, which has effectively vaulted the company to the forefront of the procurement and exchange software markets. All told, Covisint has licensed more than 55 Oracle products and we suspect the deal is worth in excess of $45MM (all to be recognized in Q3). However, Oracle is still fighting for the SCM implementation at Covisint, as CommerceOne and SAP have teamed up to aggressively fight Oracle for the balance of the contract.

## ❏ Oracle B2B Product Highlights

Oracle's B2B applications run the gamut to include supply chain planning and scheduling, execution, procurement and online exchanges. The company's recently released **Advanced Planning and Scheduling (APS)** solution has been the subject of much publicity, promising a one-day implementation, support for any manufacturing environment and highly functional collaboration between supply chain partners. Additionally, Oracle claims APS is differentiated from similar products because it uses a single data model that encompasses both high level planning and shop floor scheduling. Specifically, APS includes demand planning, advanced supply chain planning, manufacturing scheduling and global ATP (available to promise) server.

Oracle **Exchange Marketplace** is an electronic marketplace that allows companies to come together to buy and sell any product or service. The software supports a full range of purchasing including buyer auctions, seller auctions, Internet RFQ/Quotes, catalog and spot purchases, and contract-based purchases. Furthermore, Oracle is creating a global network of exchanges to support the needs of industries and companies of all sizes and business needs.

Oracle's B2B collaboration day (held in mid-January) introduced three new exchanges that will assume an important role in the Oracle Exchange Suite:

– **Oracle Product Development Exchange.** A collaborative exchange that promotes tight relationships among various parties when cooperating on the same project. The exchange will incorporate product and project specifics, workflow, and document management to trim the time and resources used in the development process.

– **Oracle Supply Chain Exchange (SCE).** Provides trading partners with a common platform from which to facilitate the planning phases of supply chain optimization (e.g., Sony Electronics about to go live on SCE).

– **Oracle Transportation Exchange.** Will provide an open marketplace to help companies that distribute goods (shippers) and transportation providers to reduce delivery lead times through better communication, collaboration, and planning of transportation requirements.

000187
**SG Cowen**

SG 0187

Oracle's **iProcurement** application enables users to find goods and services, add them to a "shopping cart", and simply checkout. They can also track and access order status on a real-time basis. In addition, iProcurement includes a robust search engine and multi-supplier self-guiding catalog capabilities, so users waste little time searching.

Additional modules include the following:

| Exchanges | E-Procurement |
|---|---|
| *Products* | IProcurement |
| Exchange Marketplace | Purchasing |
| Supply Chain Execution | Purchasing Intelligence |
| Oracle Product Development Exchange | ISupplier Portal |
| *Live Exchanges* | **Supply Chain Planning** |
| OracleExchange.com | Advance Supply Chain Planning |
| **Manufacturing** | Globla AT Server |
| Discrete Manufacturing | Demand Planning |
| Manufacturing Intelligence | Manufacturing Scheduling |
| Process Manufacturing | **Order Management** |
| Shop Floor Management | Order Management |
| | Release Management |
| | Advanced Pricing |
| | Configurator |
| | Selling Point Mobile Configurator |

## The Competition

Much like in the CRM and app server markets, Oracle faces stiff competition from several incumbent point B2B application providers. Among these are i2 and Manugistics (SCM), Ariba and CommerceOne (Procurement/B2B trading exchanges) and VerticalNet and FreeMartkets (B2B trading exchanges). Oracle is a relative "babe in the woods" with regard to procurement and B2B exchanges, and as such, the company must necessarily develop a referenceable client list before it seriously attacks the best of breed guys in this space. However, Oracle's SCM business is more mature than its other B2B businesses, as its share has gradually been increasing since 1997.

**i2 Technologies** occupies the pole-position in supply chain management with 24% 1999 market share. Bolstering its leadership position, the company has enjoyed recent success in penetrating various verticals, including aerospace, automotive and retail. Furthermore, i2 continues to exhibit particular strength in the manufacturing planning segment of the SCM, with 43% of the market. As the top SCM software provider, competitors will likely face a steep uphill battle in trying to unseat it as the leader. Still, Oracle claims to have won several APS deals in competitive situations against i2. Then again, given the characteristic lack of detail surrounding Oracle 11i wins, we are uncertain whether these claims are in fact valid, or simply exaggerations of the truth. **SAP AG** presents the closest competitive threat to i2 with 3.8% of the SCM market. After a failed partnership with i2, SAP entered the SCM business independently at the end of 1998. Much like Oracle, SAP's primary selling leverage comes from its ability to readily integrate its SCM pack with core ERP and to a lesser extent CRM applications. While the company's main product, the Advanced Planner and Optimizer (APO) is improving, SAP has achieved marginal success selling it to current customers. According to channels and company sources, SAP has

000188

**SG Cowen**

SG 0188

penetrated just 8% of its installed base. Third behind SAP in market share, Manugistics (second-place pure-play) is still at the tail end of a product and people transition. The company was rebuilt around new management talent from Andersen Consulting's supply chain practice less than two years ago, and it seems the benefits of a revamped product strategy targeting web-enablement of supply chain functionality and B2B exchanges are starting to show up in the financials. As of late, the company has shown traction in the high-tech area (typically owned by i2) with impressive wins at Cisco, 3Com and Texas Instruments. Furthermore, with its acquisition of Talus, the company differentiates itself by offering customers revenue optimization applications.



*Source: AMR Research and SG Cowen Research*

## Enterprise Resource Planning

Enterprise resource planning (ERP) applications help manufacturers and/or other businesses to manage the important parts of its business, including product planning, parts purchasing, maintaining inventories, interacting with suppliers, providing customer service, and tracking orders. ERP software also addresses the finance and human resources aspects of a business. The deployment of an ERP system can involve extensive business process analysis, employee retraining, and new work procedures, and thus has often been considered a monumental IT task. However, the recent trend toward outsourcing, improvements in EAI and the alleviation of Y2K fears have facilitated a moderate rebound in ERP this year.

❑ **Oracle Continues ERP Tug of War With SAP; Microsoft Enters the Fray**

ERP undoubtedly represents the most mature segment of the enterprise applications suite. Oracle has been a perennial leader in the ERP market, as its tendency to favor outsourcing sits well with its 8000+ ERP clients. Although the market is growing slowly relative to the CRM and SCM markets, ERP was a $15B market in 1999, and the opportunity here will continue to be significant going forward. Nevertheless, Oracle's marketing campaign has decidedly under-emphasized its strength in ERP for favor of the higher-flying CRM, SCM and procurement markets.

000189

The recent rollout of 11i has led to several problematic ERP deployments, as channels indicate that, aside from financials, most of the company's ERP modules remain substandard. Moreover, according to a recent Gartner Group commentary, Oracle's Manufacturing and Order Management modules have experienced quality of code issues. Because it is not unusual for these types of issues to arise during new product releases or product changes, we would expect Oracle's ERP business to at least keep pace with the market. Importantly, like RDBMS, ERP customers provide a significant customer base to sell the new pieces of 11i (CRM and B2B). In 1999, ERP revenue of $490MM represented approximately 70% of total applications license. While this number should continue to expand on an absolute basis, it will likely trail off as a percentage of total license sales at Oracle as CRM and B2B become more important.

## ❏ Oracle ERP Product Highlights

Focused on "run the business" internal processes, Oracle's ERP suite spans 35+ modules across HR, financials and manufacturing:

| Human Resources | Financials |
|---|---|
| Self-Service HR | Treasury |
| Payroll | Financials & Sales Analyzers |
| Time Management | Internet Expenses |
| HR Intelligence | iReceivables |
| Training Administration | Financials Intelligence |
| Manufacturing | Activity Based Management |
| Discrete Manufacturing | Balanced Scorecard |
| manufacturing Intelligence | |
| Process Manufacturing | |
| Shop Floor Management | |

While the company's HR and manufacturing applications can be best described as mediocre, Oracle's 11i financial applications remain among those considered to be best of breed, even despite early code issues. Specific modules include the Oracle Financial Analyzer, which handles budget and forecast creation, review, modification, and communication all within the same system, Enterprise Tax, which manages global tax operations, and Oracle Receivables which simplifies an organizations order-to-cash process while simultaneously providing strong financial controls and strategic financial information. Altogether, the above-mentioned modules and nearly 15 others provide the necessary financial and accounting backbone to run large enterprises both traditionally and over the Web.

### The Competition

**SAP** remained the top provider of ERP applications in 1999, growing 12% Y/Y and garnering 31% of the market. Post Y2K, the company has benefited from a bounce back in ERP spending, but has spent much of 2000 restructuring in an effort to become a force in the faster growing front-office applications markets. Along these lines, SAP, like most other ERP vendors has tried to de-emphasize its core business, stressing its ability to integrate the front and back office. Nonetheless, the company has penetrated only 1,000 of its 12,000-customer installed base with front-office applications, and adoption apart from current customers has been virtually non-existent. **Peoplesoft** spent the better part of 1999 and 2000 investing in product development. Although ERP benefited from a mild post-Y2K rebound, the company has shifted its focus, like Oracle, to embrace the suite approach to applications. Peoplesoft is leveraging its large HRMS (human resources management software) installed base to sell its PeopleSoft 8.0 family of products. With the release of PeopleSoft 8.0, the company has rewritten its software for the

000190

SG 0190

Internet and has made a strong move into CRM (with its acquisition of Vantive) and to a lesser extent B2B applications.

In a departure from its previous strategy, **Microsoft** recently acquired **Great Plains** Software, an ERP applications vendor focused on small and mid-market customers. Historically, Microsoft provided the development platforms for an array of application partners. Expanding its strategy, Microsoft has entered the enterprise applications market searching for a new area of growth. Great Plains should help MSFT enhance its Web-based bCentral offering and eventually enable the company to develop a full suite of e-business applications offered as services over the Internet. Additionally, this acquisition could shake up the competitive ERP landscape, as traditional small- and mid-market vendors, like **JD Edwards**, could conceivably get squashed. While probably not an immediate threat to the ERP businesses of Oracle, SAP or Peoplesoft, Microsoft's presence in the SME (small and medium enterprise) market should limit the expansion opportunities for competitors in that space. Essentially, there is very little doubt that Microsoft will eventually become a major player in the enterprise applications industry.



**Worldwide ERP Market Share - 1999**

JD Edwards 6%
PeopleSoft 5%
Oracle 11%
Other 47%
SAP 31%

*Source: AMR Research*

## Forward Outlook

### ❏ Revenues and Margins

Following the Q2 results, we raised our F2001-02 EPS estimates again to reflect more modest spending trends and further IT consolidation. We maintained our F2001 and F2002 revenue estimates at $11.9B (+17%) and $14.7B (+23%), respectively, but have shifted some modest revenues from services into licenses, specifically in the applications area. Furthermore, we left our overall F2001 license estimate unchanged at $5.5B (+24%) on server revenues of $3.7B (+17%) and applications sales of $1.5B (+60%). We continue to look for a rebound in services growth, but have cut our estimate by $60MM to $6.37B (+12%) on support fees of $3.7B (+23%) and consulting fees of $2.7B (flat). At the same time, we trimmed our expenses by over $380MM to reflect the lower mix of services fees, better services margins, foreign currency and tighter sales and marketing. We now expect overall expenses of less than $7.5B (+6%). The savings will fall directly to operating income, boosting operating margin by 3%-points to over 37% vs. the F00 figure of 30.4%. This takes our full-year EPS estimate up by $0.03 to $0.51.

Looking to F2002, we've kept or revenue estimate at $14.6B (+23%) on license sales of $7.1B (+27%) and services fees of $7.6B (+19%). Further operating margin expansion to 39% should bring EPS to around $0.64 (+25%).

| | | | F2000E | | | | | F2001E | | | F2002E |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Q1 | Q2 | Q3 | Q4 | F2000 | Q1A | Q2A | Q3 | Q4 | F2001 | |
| Revenues | $1,985 | $2,322 | $2,449 | $3,374 | $10,130 | $2,262 | $2,660 | $2,900 | $4,080 | $11,901 | $14,650 |
| Americas | 1,124 | 1,262 | 1,450 | 2,077 | 5,913 | 1,291 | 1,511 | 1,750 | 2,550 | 7,102 | 8,845 |
| EMEA | 618 | 756 | 707 | 902 | 2,983 | 643 | 761 | 780 | 1,030 | 3,214 | 3,730 |
| Asia Pacific | 243 | 304 | 292 | 395 | 1,234 | 327 | 388 | 370 | 500 | 1,586 | 2,075 |
| Licenses | 632 | 903 | 1,071 | 1,841 | 4,447 | 807 | 1,118 | 1,320 | 2,290 | 5,535 | 7,050 |
| Servers | 443 | 651 | 778 | 1,228 | 3,100 | 585 | 775 | 900 | 1,460 | 3,720 | 4,560 |
| Tools | 50 | 59 | 68 | 116 | 292 | 31 | 38 | 45 | 100 | 215 | 220 |
| Applications | 109 | 168 | 199 | 447 | 923 | 156 | 279 | 350 | 700 | 1,485 | 2,150 |
| Other | 30 | 25 | 28 | 49 | 132 | 36 | 25 | 25 | 30 | 116 | 120 |
| Services | 1,352 | 1,419 | 1,378 | 1,534 | 5,683 | 1,455 | 1,541 | 1,580 | 1,790 | 6,366 | 7,600 |
| Consulting | 685 | 699 | 624 | 697 | 2,704 | 616 | 669 | 660 | 750 | 2,694 | 3,010 |
| Support | 667 | 720 | 754 | 837 | 2,979 | 839 | 873 | 920 | 1,040 | 3,672 | 4,590 |
| Growth | | | | | | | | | | | |
| Revenues | 13% | 13% | 18% | 15% | 15% | 14% | 15% | 18% | 21% | 17% | 23% |
| Americas | 12% | 13% | 24% | 18% | 17% | 15% | 20% | 21% | 23% | 20% | 25% |
| EMEA | 9% | 7% | 2% | 2% | 4% | 4% | 1% | 10% | 14% | 8% | 16% |
| Asia Pacific | 34% | 35% | 33% | 35% | 34% | 35% | 28% | 27% | 27% | 28% | 31% |
| Licenses | 9% | 18% | 30% | 22% | 21% | 28% | 24% | 23% | 24% | 24% | 27% |
| Servers | 8% | 17% | 32% | 12% | 17% | 32% | 19% | 16% | 19% | 20% | 23% |
| Tools | 1% | -5% | -2% | 2% | -1% | -38% | -34% | -32% | -14% | -26% | 3% |
| Apps | 11% | 31% | 35% | 61% | 42% | 42% | 66% | 76% | 56% | 61% | 45% |
| Other | 19% | 15% | 33% | 66% | 35% | 22% | -2% | -11% | -38% | -12% | 3% |
| Services | 16% | 10% | 10% | 7% | 11% | 8% | 9% | 15% | 17% | 12% | 19% |
| Consulting | 7% | -3% | -7% | -8% | -3% | -10% | -4% | 6% | 8% | 0% | 12% |
| Support | 27% | 27% | 29% | 25% | 27% | 26% | 21% | 22% | 24% | 23% | 25% |

*Oracle  2/7/2001*

**SG Cowen**

000192

SG 0192

**ORCL F2000-2102 Quarterly P&L ($M)**

| | F2000A | | | | | F2001E | | | | | F2002E |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Q1 | Q2 | Q3 | Q4 | F2000 | Q1A | Q2A | Q3 | Q4 | F2001 | |
| Revenues | $1,985 | $2,322 | $2,449 | $3,374 | $10,130 | $2,262 | $2,660 | $2,900 | $4,080 | $11,901 | $14,650 |
| Operating Expenses: | | | | | | | | | | | |
| Sales & Mktg | $538 | $631 | $595 | $852 | $2,617 | $573 | $641 | $711 | $1,000 | $2,924 | $3,541 |
| Cost of Services | 757 | 753 | 707 | 725 | 2,943 | 674 | 695 | 725 | 816 | 2,910 | 3,507 |
| R&D | 236 | 248 | 256 | 270 | 1,010 | 251 | 266 | 290 | 326 | 1,134 | 1,263 |
| G&A | 108 | 113 | 122 | 138 | 481 | 106 | 111 | 131 | 163 | 511 | 600 |
| Total Oper. Exp. | $1,639 | $1,746 | $1,680 | $1,986 | $7,050 | $1,604 | $1,714 | $1,856 | $2,305 | $7,479 | $8,912 |
| Operating Income | 346 | 576 | 770 | 1,389 | 3,080 | 658 | 946 | 1,044 | 1,775 | 4,423 | 5,738 |
| % of Revenues | 17.4% | 24.8% | 31.4% | 41.1% | 30.4% | 29.1% | 35.6% | 36.0% | 43.5% | 37.2% | 39.2% |
| Extraordinary | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Interest Income | $18 | $15 | $8 | $48 | $90 | $118 | $20 | $50 | $50 | $238 | $300 |
| Pretax Income | 364 | 592 | 777 | 1,437 | 3,170 | 776 | 966 | 1,094 | 1,825 | 4,661 | 6,038 |
| % of Revenues | 18.4% | 25.5% | 31.7% | 42.6% | 31.3% | 34.3% | 36.3% | 37.7% | 44.7% | 39.2% | 41.2% |
| Income Taxes | 127 | 207 | 272 | 511 | 1,118 | 276 | 343 | 388 | 648 | 1,655 | 2,144 |
| Effective Tax Rate | 35.0% | 35.0% | 35.0% | 35.6% | 35.3% | 35.5% | 35.5% | 35.5% | 35.5% | 35.5% | 35.5% |
| Net Income | 237 | 384 | 505 | 926 | 2,052 | 501 | 623 | 706 | 1,177 | 3,006 | 3,895 |
| % of Revenues | 11.9% | 16.6% | 20.6% | 27.4% | 20.3% | 22.1% | 23.4% | 24.3% | 28.8% | 25.3% | 26.6% |
| EPS | $0.04 | $0.06 | $0.08 | $0.15 | $0.34 | $0.08 | $0.11 | $0.12 | $0.20 | $0.51 | $0.64 |
| Operating EPS | $0.04 | $0.06 | $0.08 | $0.15 | $0.34 | $0.08 | $0.11 | $0.12 | $0.20 | $0.51 | $0.64 |
| Average Shares (MM) | 5,965 | 6,013 | 5,996 | 6,000 | 5,993 | 5,933 | 5,875 | 5,900 | 5,950 | 5,914 | 6,075 |
| Q/Q Revenue Growth | -33% | 17% | 5% | 38% | | -33% | 18% | 9% | 41% | | |
| Y/Y Revenue Growth | 13% | 13% | 18% | 15% | 15% | 14% | 15% | 18% | 21% | 17% | 23% |
| Y/Y Expense Growth | 11% | 4% | 0% | -7% | 1% | -2% | -2% | 10% | -16% | 6% | 19% |
| Y/Y Headcount Growth | 15% | 8% | 1% | -4% | 5% | -5% | -3% | 0% | 3% | -1% | 5% |
| Y/Y EPS Growth | 21% | 38% | 72% | 74% | 58% | 113% | 66% | 42% | 28% | 48% | 26% |
| Incremental Op Marg. | 29% | 73% | 98% | 135% | 93% | 113% | 110% | 61% | 55% | 76% | 48% |

SG Cowen Securities Corporation makes a market in ORCL.

**SG Cowen**

New York (212) 278-6000   London 44-20-7676-6000
(212) 495-6000   Geneva 41-22-707-6900
Boston (617) 946-3700   Paris 331-4244-1740
San Francisco (415) 646-7200   Toronto (416) 362-2229
Chicago (312) 516-4690   Zurich 41-1-225-2040
Cleveland (440) 331-3531
Dallas (214) 979-2735
Washington, D.C. (410) 280-4750

Further information on any of the above securities may be obtained from our offices. This report is published solely for information purposes, and is not to be construed as an offer to sell or the solicitation of an offer to buy any security in any state where such an offer or solicitation would be illegal. The information herein is based on sources we believe to be reliable but is not guaranteed by us and does not purport to be a complete statement or summary of the available data. Any opinions expressed herein are statements of our judgment on this date and are subject to change without notice. Portions of this report may have been previously disseminated by our affiliated companies in the Société Générale Group. SG Cowen Securities Corporation, or one or more of its employees, including the writer of this report, may have a position in any of the securities discussed herein. The contents and appearance of this report are Copyright© and Trademark™ SG Cowen Securities Corporation 2001. All rights reserved.

000193