

# Perspectives

*February 28, 2001*

# Oracle
## (ORCL: $20)

### Highlights From AppsWorld: Evaluating 11i

**BUY**

Oracle is a leading supplier of enterprise DBMS, development tools, and applications software that should continue to benefit from the transition to Internet computing. Solid growth in its market-leading DBMS business and increasing contribution from applications stemming from the release of 11i should drive an acceleration in top-line growth over the next couple of years from the mid-teens into the 20%s. Tight cost controls should drive further margin expansion, but earnings growth will likely ease back toward the mid-20%s from the 50%s as incremental margin gains subside. Trading at 31x our F02 EPS estimate, the stock has pulled back significantly to more attractive levels. The valuation makes shares of ORCL more compelling and we remain positive on the stock, but believe near-term upside will be limited barring a rapid recovery in the U.S. economy.

❑ *Applications Suite Should Ultimately Succeed Vs. Best Of Breed*

❑ *Within 11i, Financials Tops In Functionality And Features; CRM Still Lagging*

❑ *Q3 Revenues Potentially Light, But Company Has Substantial OpEx Cushion*

❑ *ORCL Trading At Bottom Of Recent Range, Stock Attractive In Low $20s*

| EPS (MAY) OPERATIONS | | | | |
|---|---|---|---|---|
| | 1999 | 2000 | 2001E | 2002E |
| Q1 | $0.03 | $0.04 | $0.08A | $0.10 |
| Q2 | 0.05 | 0.06 | 0.11A | 0.14 |
| Q3 | 0.05 | 0.08 | 0.12 | 0.16 |
| Q4 | 0.09 | 0.15 | 0.20 | 0.24 |
| **Year** | **$0.22** | **$0.34** | **$0.51** | **$0.64** |
| P/E | | 59x | 39x | 31x |
| 52-Wk Range: $20-46 | | Mkt. Cap: $112B | | |



ORCL

*Courtesy ILX*

Drew Brosseau          Adam Liebhoff
(617) 946-3936         (617) 946-3905
brossead@sgcowen.com   liebhofa@sgcowen.com

## ❑ New Products And Easing Service Compares Boost Growth

**ORCL 1999-2002E REVENUE MODEL ($MM)**

| | Years | | | | Growth | | | Comments |
|---|---|---|---|---|---|---|---|---|
| | F1999 | F2000 | F2001 | F2002E | F00/F99 | F01/F00 | F02/F01 | |
| **Revenues** | **$8,827** | **$10,130** | **$11,901** | **$14,650** | 15% | 17% | 23% | -18% 3-year CAGR; growth still accelerating |
| **Licenses** | **3,688** | **4,447** | **5,535** | **7,050** | 21% | 24% | 27% | -11i becoming larger % or revenue |
| % of Revs | 42% | 44% | 47% | 48% | | | | |
| Servers | 2,647 | 3,100 | 3,720 | 4,560 | 17% | 20% | 23% | |
| Tools | 293 | 292 | 215 | 220 | 0% | -26% | 2% | |
| Applications | 651 | 923 | 1,485 | 2,150 | 42% | 61% | 45% | |
| % Of License | | | | | | | | -11i becoming larger % of license |
| Servers | 72% | 70% | 67% | 65% | | | | |
| Tools | 8% | 7% | 4% | 3% | | | | |
| Applications | 18% | 21% | 27% | 30% | | | | |
| % Of License Growth | | | | | | | | -11i driving license growth |
| Servers | 90% | 60% | 57% | 55% | | | | |
| Tools | -6% | -0.1% | -7.1% | 0.3% | | | | |
| Applications | 18% | 36% | 52% | 44% | | | | |
| **Services** | **5,139** | **5,683** | **6,366** | **7,600** | 11% | 12% | 19% | -Integration costs still substantial; |
| % of Revs | 58% | 56% | 53% | 52% | | | | less drag on growth |
| Consulting | 2,790 | 2,704 | 2,694 | 3,010 | -3% | 0% | 12% | |
| Support | 2,349 | 2,979 | 3,672 | 4,590 | 27% | 23% | 25% | |

*Source: SG Cowen*

## ❑ EPS To Decelerate As Margin Gains Subside

**ORCL F99-02 ANNUAL P&L ($MM)**

| | F99 | F00 | F01E | F02E | Comments |
|---|---|---|---|---|---|
| Revenues | $8,827 | $10,130 | $11,901 | $14,650 | |
| Operating Expenses: | | | | | |
| Sales & Mktg | $2,622 | $2,617 | $2,924 | $3,541 | - Savings realized through automation and general headcount consolidation |
| Cost of Services | $3,064 | $2,943 | 2,910 | 3,507 | |
| R&D | $841 | $1,010 | 1,134 | 1,263 | - Spending driven by development of 11i |
| G&A | $426 | $481 | 511 | 600 | |
| Total Oper. Exp. | $6,954 | $7,050 | $7,479 | $8,912 | - 9% 3-year CAGR |
| Operating Income | $1,873 | $3,080 | 4,423 | 5,738 | - 45% 3-year CAGR |
| % of Revenues | 21.2% | 30.4% | 37.2% | 39.2% | - Margin expansion result of consolidation around ORCL e-Business Suite |
| Interest Income | 109 | 90 | $238 | $300 | |
| Pretax Income | $1,982 | 3,170 | 4,661 | 6,038 | |
| % of Revenues | 22.5% | 31.3% | 39.2% | 41.2% | |
| Income Taxes | $692 | $1,118 | 1,655 | 2,144 | |
| Effective Tax Rate | 35% | 35% | 35.5% | 35.5% | |
| Net Income | $1,290 | $2,052 | 3,006 | 3,895 | |
| % of Revenues | 14.6% | 20.3% | 25.3% | 26.6% | |
| **EPS** | **$0.22** | **$0.34** | **$0.51** | **$0.84** | |
| **Operating EPS** | **$0.22** | **$0.34** | **$0.51** | **$0.84** | - 43% 3-year CAGR, but growth slowing as margin expansion subsides |
| Growth | | 58% | 48% | 26% | |
| Average Shares (MM) | 5,936 | 5,993 | 5,914 | 6,075 | |

*Source: SG Cowen*

## *Key Investment Highlights*

### ❏ Suite Vs. Kit

After spending four days among the Oracle elite at AppsWorld, we believe the age-old debate regarding suite applications versus best of breed is worth revisiting. In addition, after several meetings with various systems integrators, customers and members of Oracle's management team, we think it appropriate to assess what the company actually has in terms of available product functionality, versus what it claims to have (although this inevitably becomes a slippery slope).

Oracle is betting its future on the "suite" methodology of delivering e-business applications. In a significant reorganization that resulted from stagnating growth during the mid 1990s, Oracle began to shift its focus away from the core enterprise DBMS business to Web-based applications including CRM, B2B (SCM, procurement, and trading exchanges), and ERP. At the time, besides its database, Oracle had little more than financial and accounting software available to customers. However, it wasn't long before the company began shipping the first releases of certain CRM and SCM applications. The decision to emphasize the actual suite approach came in late 1998, early 1999, and was based on Larry Ellison's low integration, low cost of ownership vision of the software world (and in part based on Oracle's inability to develop applications capable of competing successfully on functionality and features alone).

Fast-forward to 2001. On paper, the idea of buying an entire suite of applications from a single vendor makes perfect sense. Most organizations are already on an Oracle platform (DBMS), and several have installed Oracle ERP applications (the company has 22% of the market). As such, logic would dictate that applications written by the same developers, with the same APIs and data schema would require less integration. Unfortunately, it's not that simple. In order for this suite approach to work, companies would have to scrap current technology initiatives—a very, very costly undertaking. Also, they would have to gain buy-in from internal IT professionals, also not an easy proposition. Technology gurus tend to be very particular when it comes to choosing software.

So, we have two sides of an argument, but what does it all mean for Oracle? In our opinion, the company should succeed provided it executes on the sales front and on the development front. We are convinced of this for two main reasons. First, Oracle is finally developing referenceable applications clients (Hewlett Packard, BellSouth, Compaq, JDS Uniphase, to name a few). Second, the integration of disparate applications has become so costly and is such a huge headache that organizations are ripe for an alternative. As such, Oracle's low cost, low integration, scaleable e-business solution, having finally gained support from the systems integrators (although, in theory, this support should be unwarranted), should achieve measurable success. We are not necessarily endorsing the quality/competitiveness of Oracle's products in any given category. Siebel clearly has the best CRM applications, i2 and Manugistics have the best SCM products, and Ariba and CommerceOne have the best procurement and trading exchange software. Our view is that at the end of the day, if the quality gap is narrowed between Oracle and best of breed applications, the integration benefits of the 11i suite will outweigh those associated with a slightly better point solution.

### ❑ 11i.3 Quells Some Doubts About Product Weakness, But CRM Still Lags

Oracle has always made promises in advance of product functionality. The initial release of the 11i applications suite in July was consistent with this theme, as it appears that there was very little new software behind an aggressive marketing campaign. CRM was virtually non-existent, and certain pieces of the company's B2B applications (mainly procurement) were thin. However, after spending time with various industry folks at Oracle's AppsWorld, we came away believing that with the exception of a fuzzy CRM offering, the third release of 11i has helped the product to take real form:

**ERP** (financials, manufacturing and HR): ERP is the strongest part of Oracle's suite; its emphasis is on financial products. Not much is new, but functionality and integration improvements have been made. The application code lends itself to integration and there is very little differentiation between Oracle' and SAP financials. Customers have reported a frequency of bugs in the initial release of 11i financials (not unusual for a new release), but patches for most are available with R3. Overall, Oracle ERP is competitive with the point ERP vendors.

**B2B** (SCM, procurement and trading exchanges): Parts of SCM and procurement and almost all of trading exchanges are completely new. SCM and procurement are relatively stable as these applications sit directly on top of ERP. The company has most of what it claims is here, but apart from anticipated integration benefits, we believe that competitor products remain well ahead regarding features and functionality. Still, Oracle has made recent advances in the area of trading exchanges, increasing real-time collaborative functionality with its product development exchange, supply chain exchange, and transportation exchange.

**CRM**: At AppsWorld, meetings with management and various independent consultants left us convinced that Oracle's CRM applications continue to lag other product areas. While the company has been trumpeting the superiority of its CRM offering for nearly two years, it seems as recent as six months ago thatthere was a significant disconnect between what Oracle claimed to have in terms of product, and what it actually had. Even though Oracle developers have made some progress since the initial release of 11i, our channel checks suggest that gaps continue to exist in CRM, and that the software is very difficult to integrate, even with other Oracle applications. Additionally, we have heard from numerous sources that certain modules are noticeably slow and riddled with error messages. Although management gave us very little color regarding the maturity of specific modules, we sense that the pieces of CRM tied directly to ERP are the most fully developed (Sales compensation, contract management and other sales components), while other parts are more immature. On the whole, despite all the apparent issues with Oracle's 11i CRM Suite, the applications have started to gain traction with customers, and we believe subsequent releases will fix most shortcomings.

**ORCL 1999-2002E Applications Revenue**

| Apps Totals | Q199 | Q299 | Q399 | Q499 | Q100 | Q200 | Q300 | Q400 | Q101 | Q201 | Q301E | Q401E | Q102E | Q202E | Q302E | Q402E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total License | $98 | $128 | $147 | $277 | $109 | $168 | $199 | $447 | $156 | $279 | $350 | $700 | $240 | $410 | $500 | $1,000 |
| ERP | $84 | $110 | $121 | $202 | $63 | $104 | $124 | $267 | $76 | $139 | $155 | $325 | $90 | $162 | $180 | $375 |
| CRM | $9 | $12 | $18 | $43 | $31 | $49 | $49 | $113 | $55 | $100 | $120 | $235 | $95 | $163 | $180 | $355 |
| Procurement/SCM | $5 | $6 | $8 | $32 | $15 | $15 | $26 | $67 | $25 | $40 | $75 | $140 | $55 | $85 | $140 | $270 |
| *Growth (Y/Y)* | | | | | | | | | | | | | | | | |
| Total License | 0% | 19% | 5% | 28% | 11% | 31% | 35% | 61% | 43% | 66% | 76% | 57% | 54% | 47% | 43% | 43% |
| ERP | -10% | 7% | -7% | 2% | -25% | -5% | 2% | 32% | 21% | 34% | 25% | 22% | 18% | 17% | 16% | 15% |
| CRM | 80% | 140% | 80% | 187% | 244% | 308% | 172% | 163% | 77% | 104% | 145% | 108% | 73% | 63% | 50% | 51% |
| Procurement/SCM | NA | NA | NA | NA | 200% | 150% | 225% | 109% | 67% | 167% | 188% | 109% | 120% | 113% | 87% | 93% |
| *Percentage of Apps* | | | | | | | | | | | | | | | | |
| Total License | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% |
| ERP | 86% | 86% | 82% | 73% | 58% | 62% | 62% | 60% | 49% | 50% | 44% | 46% | 38% | 40% | 36% | 38% |
| CRM | 9% | 9% | 12% | 16% | 28% | 29% | 25% | 25% | 35% | 36% | 34% | 34% | 40% | 40% | 36% | 36% |
| Procurement/SCM | 5% | 5% | 5% | 12% | 14% | 9% | 13% | 15% | 16% | 14% | 21% | 20% | 23% | 21% | 28% | 27% |

**ORCL F2000-2002 REVENUE MODEL ($MM)**

| | F2000E | | | | | F2001E | | | | | F2002E |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Q1 | Q2 | Q3 | Q4 | F2000 | Q1A | Q2A | Q3 | Q4 | F2001 | |
| Revenues | $1,985 | $2,322 | $2,449 | $3,374 | $10,130 | $2,262 | $2,660 | $2,900 | $4,080 | $11,901 | $14,650 |
| Americas | 1,124 | 1,262 | 1,450 | 2,077 | 5,913 | 1,291 | 1,511 | 1,750 | 2,550 | 7,102 | 8,845 |
| EMEA | 618 | 756 | 707 | 902 | 2,983 | 643 | 761 | 780 | 1,030 | 3,214 | 3,730 |
| Asia Pacific | 243 | 304 | 292 | 395 | 1,234 | 327 | 388 | 370 | 500 | 1,586 | 2,075 |
| Licenses | 632 | 903 | 1,071 | 1,841 | 4,447 | 807 | 1,118 | 1,320 | 2,290 | 5,535 | 7,050 |
| Servers | 443 | 651 | 778 | 1,228 | 3,100 | 585 | 775 | 900 | 1,460 | 3,720 | 4,560 |
| Tools | 50 | 59 | 66 | 116 | 292 | 31 | 38 | 45 | 100 | 215 | 220 |
| Applications | 109 | 168 | 199 | 447 | 923 | 156 | 279 | 350 | 700 | 1,485 | 2,150 |
| Other | 30 | 25 | 28 | 49 | 132 | 36 | 25 | 25 | 30 | 116 | 120 |
| Services | 1,352 | 1,419 | 1,378 | 1,534 | 5,683 | 1,455 | 1,541 | 1,580 | 1,790 | 6,366 | 7,600 |
| Consulting | 685 | 699 | 624 | 697 | 2,704 | 616 | 669 | 660 | 750 | 2,694 | 3,010 |
| Support | 667 | 720 | 754 | 837 | 2,979 | 839 | 873 | 920 | 1,040 | 3,672 | 4,590 |
| Growth | | | | | | | | | | | |
| Revenues | 13% | 13% | 18% | 15% | 15% | 14% | 15% | 18% | 21% | 17% | 23% |
| Americas | 12% | 13% | 24% | 18% | 17% | 15% | 20% | 21% | 23% | 20% | 25% |
| EMEA | 9% | 7% | 2% | 2% | 4% | 4% | 1% | 10% | 14% | 8% | 16% |
| Asia Pacific | 34% | 35% | 33% | 35% | 34% | 35% | 28% | 27% | 27% | 28% | 31% |
| Licenses | 9% | 18% | 30% | 22% | 21% | 28% | 24% | 23% | 24% | 24% | 27% |
| Servers | 8% | 17% | 32% | 12% | 17% | 32% | 19% | 16% | 19% | 20% | 23% |
| Tools | 1% | -5% | -2% | 2% | -1% | -38% | -34% | -32% | -14% | -26% | 3% |
| Apps | 11% | 31% | 35% | 61% | 42% | 42% | 66% | 76% | 56% | 61% | 45% |
| Other | 19% | 15% | 33% | 66% | 35% | 22% | -2% | -11% | -38% | -12% | 3% |
| Services | 16% | 10% | 10% | 7% | 11% | 8% | 9% | 15% | 17% | 12% | 19% |
| Consulting | 7% | -3% | -7% | -8% | -3% | -10% | -4% | 6% | 8% | 0% | 12% |
| Support | 27% | 27% | 29% | 25% | 27% | 26% | 21% | 22% | 24% | 23% | 25% |

❏ **Operating Expense Cushion Should Offset Potential Revenue Shortfall**

At the risk of beating a dead horse, Oracle's Q3 revenue could come in shy of our $2.9B estimate. We expect any miss to come on the DBMS side of the business, as applications continue to gain momentum and Oracle all but locked in its Q3 apps number with its recent win at Covisint, which closed early in the quarter and was worth an estimated $50MM. Additionally, the services component of Oracle's model, comprising roughly 55% of total revenues, gives the company a measure of financial stability during economic downturns (but does act as a drag on business during boom periods). Nevertheless, because Oracle maintains strong controls over its operating expense, EPS should go unaffected in the face of a revenue miss. We have modeled for 10% Y/Y operating expense growth during Q3 with zero net

headcount adds, yet it seems this may be too aggressive relative to recent history. Looking at the past four quarters, headcount has shrunk and expense growth has been negative. As such, it becomes obvious that Oracle could grow expenses slower than 10% with little, if any effect on overall business and earnings. Along these lines, following Larry Ellison's comments at AppsWorld-Europe alluding to another $1B (at a minimum) in savings, we believe that Oracle may increase margin guidance after reporting Q3 results.

### ORCL F2000-2002 QUARTERLY P&L ($MM)

| | F2000A | | | | | F2001E | | | | | F2002E |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Q1 | Q2 | Q3 | Q4 | F2000 | Q1A | Q2A | Q3 | Q4 | F2001 | |
| Revenues | $1,985 | $2,322 | $2,449 | $3,374 | $10,130 | $2,262 | $2,660 | $2,900 | $4,080 | $11,901 | $14,650 |
| Operating Expenses: | | | | | | | | | | | |
| Sales & Mktg | $538 | $631 | $595 | $852 | $2,617 | $573 | $641 | $711 | $1,000 | $2,924 | $3,541 |
| Cost of Services | 757 | 753 | 707 | 725 | 2,943 | 674 | 695 | 725 | 816 | 2,910 | 3,507 |
| R&D | 236 | 248 | 256 | 270 | 1,010 | 251 | 266 | 290 | 326 | 1,134 | 1,263 |
| G&A | 108 | 113 | 122 | 138 | 481 | 106 | 111 | 131 | 163 | 511 | 600 |
| Total Oper. Exp. | $1,639 | $1,746 | $1,680 | $1,986 | $7,050 | $1,604 | $1,714 | $1,856 | $2,305 | $7,479 | $8,912 |
| Operating Income | 346 | 576 | 770 | 1,389 | 3,080 | 658 | 946 | 1,044 | 1,775 | 4,423 | 5,738 |
| % of Revenues | 17.4% | 24.8% | 31.4% | 41.1% | 30.4% | 29.1% | 35.6% | 36.0% | 43.5% | 37.2% | 39.2% |
| Extraordinary | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Interest Income | $18 | $15 | $8 | $48 | $90 | $118 | $20 | $50 | $50 | $238 | $300 |
| Pretax Income | 364 | 592 | 777 | 1,437 | 3,170 | 776 | 966 | 1,094 | 1,825 | 4,661 | 6,038 |
| % of Revenues | 18.4% | 25.5% | 31.7% | 42.6% | 31.3% | 34.3% | 36.3% | 37.7% | 44.7% | 39.2% | 41.2% |
| Income Taxes | 127 | 207 | 272 | 511 | 1,118 | 276 | 343 | 388 | 648 | 1,655 | 2,144 |
| Effective Tax Rate | 35.0% | 35.0% | 35.0% | 35.6% | 35.3% | 35.5% | 35.5% | 35.5% | 35.5% | 35.5% | 35.5% |
| Net Income | 237 | 384 | 505 | 926 | 2,052 | 501 | 623 | 706 | 1,177 | 3,006 | 3,895 |
| % of Revenues | 11.9% | 16.6% | 20.6% | 27.4% | 20.3% | 22.1% | 23.4% | 24.3% | 28.8% | 25.3% | 26.6% |
| EPS | $0.04 | $0.06 | $0.08 | $0.15 | $0.34 | $0.08 | $0.11 | $0.12 | $0.20 | $0.51 | $0.64 |
| Operating EPS | $0.04 | $0.06 | $0.08 | $0.15 | $0.34 | $0.08 | $0.11 | $0.12 | $0.20 | $0.51 | $0.64 |
| Average Shares (MM) | 5,965 | 6,013 | 5,996 | 6,000 | 5,993 | 5,933 | 5,875 | 5,900 | 5,950 | 5,914 | 6,075 |
| Q/Q Revenue Growth | -33% | 17% | 5% | 38% | | -33% | 18% | 9% | 41% | | |
| Y/Y Revenue Growth | 13% | 13% | 18% | 15% | 15% | 14% | 15% | 18% | 21% | 17% | 23% |
| Y/Y Expense Growth | 11% | 4% | 0% | -7% | 1% | -2% | -2% | 10% | 16% | 6% | 19% |
| Y/Y Headcount Growth | 15% | 8% | 1% | -4% | 5% | -5% | -3% | 0% | 3% | -1% | 5% |
| Y/Y EPS Growth | 21% | 38% | 72% | 74% | 58% | 113% | 66% | 42% | 28% | 48% | 26% |
| Incremental Op Marg. | 29% | 73% | 98% | 135% | 93% | 113% | 110% | 61% | 55% | 76% | 48% |

## ❏ At Bottom Of Recent Trading Range, Shares Look More Attractive

In response to a weak overall tech market, a slowing U.S. economy and speculation that the company may fail to meet Q3 revenue estimates, shares of ORCL are now trading near 52-week lows. Specifically, the stock is hovering at 31x our F2002 EPS estimate of $0.64 and approximately a 1.2x PEG—valuations commensurate with historical levels (pre-Internet phenomenon). As such, making the case for ORCL becomes easier, but we expect that contrary to what management claims, the company will be affected by the slowing economy. Fortunately, any slowdown in top-line growth will probably not be mirrored by a slowdown in EPS growth – recall that Oracle has considerable control over discretionary spending. Finally, positive investor sentiment for the name should provide it with a floor, yet the stock will likely be confined to a range of $20-30.

*Sensitivity Analysis:* Based on the sensitivity analysis below, we conclude that if the company outperforms, shares of ORCL could reach the mid-$30's and if it underperforms, the stock could sell off into the mid-teens, depending on the strength of the overall economy. This range assumes that, for the high end, upside to our $0.64 F2002 EPS estimate would be $0.04-0.08 at a 50-60x P/E, while the low end assumes downside of $0.03-0.07 at a 20-30x P/E. Upside would likely come from better-than-expected operating margin leverage, while downside would probably be the product of slower-than-expected license revenue growth. Our projections are in bold.

**ORCL F02 EPS SENSITIVITY MODEL**

| Operating Expense Growth | Annualized Revenue Growth | | | | | |
|---|---|---|---|---|---|---|
| | 17% | 21% | **23%** | 25% | 29% | |
| 12% | 40% | 42% | 43% | 44% | 45% | |
| 17% | 37% | 39% | 40% | 41% | 43% | |
| **19%** | 36% | 38% | **39%** | 40% | 42% | **OPM** |
| 22% | 34% | 37% | 38% | 39% | 41% | |
| 27% | 32% | 37% | 35% | 36% | 38% | |

| Operating Margins | Annualized Revenue Growth | | | | | |
|---|---|---|---|---|---|---|
| | 17% | 21% | **23%** | 25% | 29% | |
| 31% | $0.49 | $0.51 | $0.51 | $0.52 | $0.54 | |
| 35% | $0.55 | $0.57 | $0.58 | $0.58 | $0.60 | |
| **39%** | $0.61 | $0.63 | **$0.64** | $0.65 | $0.67 | **EPS** |
| 43% | $0.67 | $0.69 | $0.70 | $0.71 | $0.73 | |
| 47% | $0.73 | $0.75 | $0.76 | $0.77 | $0.80 | |

| EPS | P/E F02 | | | | | |
|---|---|---|---|---|---|---|
| | 20 | 30 | 40 | 50 | 60 | |
| $0.50 | $10 | $15 | $20 | $25 | $30 | |
| $0.60 | $12 | $18 | $24 | $30 | $36 | |
| **$0.64** | $13 | $19 | **$26** | $32 | $38 | **STOCK PRICE** |
| $0.70 | $14 | $21 | $28 | $35 | $42 | |
| $0.80 | $16 | $24 | $32 | $40 | $48 | |

SG Cowen makes a market in ORCL.

**SG Cowen**

| | | | |
|---|---|---|---|
| New York | (212) 278-6000 | London | 44-20-7676-6000 |
| | (212) 495-6000 | Geneva | 41-22-707-6900 |
| Boston | (617) 946-3700 | Paris | 331-4244-1740 |
| San Francisco | (415) 646-7200 | Toronto | (416) 362-2229 |
| Chicago | (312) 516-4690 | Zurich | 41-1-225-2040 |
| Cleveland | (440) 331-3531 | | |
| Dallas | (214) 979-2735 | | |
| Washington, D.C. | (410) 280-4750 | | |

Further information on any of the above securities may be obtained from our offices. This report is published solely for information purposes, and is not to be construed as an offer to sell or the solicitation of an offer to buy any security in any state where such an offer or solicitation would be illegal. The information herein is based on sources we believe to be reliable but is not guaranteed by us and does not purport to be a complete statement or summary of the available data. Any opinions expressed herein are statements of our judgment on this date and are subject to change without notice. Portions of this report may have been previously disseminated by our affiliated companies in the Société Générale Group. SG Cowen Securities Corporation, or one or more of its employees, including the writer of this report, may have a position in any of the securities discussed herein. The contents and appearance of this report are Copyright© and Trademark™ SG Cowen Securities Corporation 2001. All rights reserved.