

January 17, 2001

# Thomas Weisel Partners
### MERCHANT BANKING

B2B e*Commerce/
e*Business Applications

Robert Schwartz, Ph.D.
617.488.4625
rschwartz@tweisel.com

Kevin McGuire
415.364.2656
kmcguire@tweisel.com

David Gremmels, CFA
617.488.4630
dgremmels@tweisel.com



Source: FactSet

## ORACLE[1]— MARKET PERFORM

### CREATING RUMBLINGS IN COLLABORATIVE APPS

NASDAQ: ORCL–$31.81
Earnings Update

**Executive Summary**

- **Suite of Exchange Products Launched.** Yesterday, during a B2B collaboration day held at company headquarters, Oracle announced a suite of exchange applications, extending its B2B solution set beyond 11i to encompass multi-enterprise collaboration.

- **Adding Breadth to the Integrated Message.** With its announcement, the visibility of the Product Development and Exchange Marketplace are being raised while the Transportation and Supply Chain Exchanges are being trumpeted as new on the scene. Additionally, Oracle's Exchange Partner Initiative includes 30+ service providers similar to the networks developed by Ariba and Commerce One.

- **New technology does not change our long-term investment thesis.** Oracle's development efforts indicate the company's commitment to become a worthy competitor on the collaboration front. Yet, our sense is that the company must hustle to overcome its slow start versus more traditional supply-chain vendors, such as i2.

- **Valuation Remains Rich, In Our View.** We project that Oracle must achieve close to 70% apps growth over the next five years to justify its current valuation. This is a prospect that we find difficult to swallow in the face of stiff competition from best-of-breed vendors. We maintain our MARKET PERFORM rating.

| Key Data | | | 2000 | 2001 | 2002 |
|---|---|---|---|---|---|
| Price: | $31.81 | **Adjusted EPS** | | | |
| 52-Week Range: | $46-$22 | Q1 | $0.04 A | $0.08 A | $0.10 E |
| Market Cap.(bn): | $186.9 | Q2 | $0.06 A | $0.11 A | $0.13 E |
| Shares Out.(mn): | 5,875.0 | Q3 | $0.08 A | $0.12 E | $0.15 E |
| Avg Daily Vol.: | 49,160,400 | Q4 | $0.15 A | $0.20 E | $0.25 E |
| Fiscal Year End: | 31-May | Year | $0.34 A | $0.52 E | $0.63 E |
| | | P/E | 92.7x | 61.6x | 50.4x |
| Debt/ Total Capital: | 6% | **Revenues ($mn)** | | | |
| Mkt Cap/ TTM Sales: | 17.4x | Q1 | $1,985 A | $2,262 A | $2,703 E |
| Net Cash/ Share: | $0.69 | Q2 | $2,322 A | $2,660 A | $3,227 E |
| Book Value/ Share: | $0.84 | Q3 | $2,449 A | $2,943 E | $3,582 E |
| Price/ Book Value: | 37.9x | Q4 | $3,374 A | $4,144 E | $5,077 E |
| | | Year | $10,130 A | $12,008 E | $14,588 E |
| | | TEV/ Sales | 18.0x | 15.2x | 12.5x |

Company Description: *Oracle Corporation is the largest database (DBMS) and second largest independent software company in the world. In addition, the company provides leading enterprise resource planning (ERP), supply-chain management (SCM), customer relationship management (CRM) and Internet exchange software.*

TWP 0072

### NEW TECHNOLOGY ADDING TO ORACLE'S B2B PRODUCT OFFERING

**Overview of Exchange Products and B2B eHub**

At Oracle's B2B Collaboration day yesterday, the company rolled out a line of four exchange applications (Exchange Marketplace, Product Development Exchange, Supply Chain Exchange and Transportation Exchange), introduced an Exchange Partner Initiative and highlighted its "eHub," or B2B architecture. The company views the new technology as an extension of its 11i e-business suite. Specifically, the new exchange apps are designed to provide collaborative environments outside the four walls of an enterprise, whereas 11i value is principally delivered inside the enterprise. Value is derived from reduced product development cycle times, eliminated supply chain waste and reduced procurement and logistics costs. The lack of integration required among Oracle applications was a theme highlighted by management and echoed by a moderated panel of three marketplace customers.

**Oracle Exchange Marketplace.** This re-launched product principally reduces the cost associated with online procurement, although it does play a complementary role to the other exchanges.

**Oracle Product Development Exchange.** Although Product Development Exchange is not necessarily a new offering, Oracle has essentially re-launched the product with its exchange brethren. Architected to provide product/project information visibility throughout the design process, the product went live in December in a hosted offering. The exchange utilizes third-party technology from iEngineer, PTC and Unigraphics. Oracle uses the product internally and indicated that an enterprise version would be available in March.

**Oracle Supply Chain Exchange.** The company believes that this exchange allows supply chain partners to aggregate customer demand information from CRM apps, feed the data into an APS engine and provide multi-enterprise supply and demand visibility. Exception notification and messaging was highlighted as a defining characteristic. A hosted version is available today, with the enterprise version scheduled to ship in the next few weeks.

Additional information is available upon request.

Thomas Weisel Partners LLC ("TWP") may from time to time perform investment banking or other services for or solicit investment banking or other business from, any company mentioned in this report. For the securities discussed in this report, TWP usually makes a market and may sell to or buy from customers on a principal basis. TWP, or any individuals preparing this report, may at any time have a position in any securities or options of any of the issuers in this report. Although TWP believes that the statements of facts in this report have been obtained from and are based upon sources TWP believes to be reliable, we do not guarantee their accuracy, and any such information may be incomplete or condensed. All opinions and estimates included in this report constitute TWP's judgment as of the date of this report and are subject to change without notice. This report is for informational purposes only and is not intended as an offer or solicitation with respect to the purchase or sale of a security. This report does not take into account the investment objective, financial situation or particular needs of any particular person. Investors should obtain individual financial advice based on their own particular circumstances before making an investment decision on the basis of the recommendations in this report.
In the UK this document is not intended for and may not be distributed to or passed on, directly or indirectly, to Private Customers.
Thomas Weisel Partners International Limited, regulated by SFA, is the issuer and approver of this document.

[1] Thomas Weisel Partners makes a market in the security mentioned in this report.
[2] Thomas Weisel Partners was a manager or co-manager of the most recent public offering of the company mentioned in this report.
[3] Thomas Weisel Partners may have a position or own options in the security; or any individuals preparing this communication have a position or own options in the security.
[4] Thomas Weisel Partners, a member, allied member, or employee is a director of the issuer.
Thomas Weisel Partners LLC, 2001. All rights reserved. Any unauthorized use, duplication or disclosure is prohibited by law and will result in prosecution.

**Oracle Transportation Exchange.** This product is the only exchange not available today (goes live in the Spring). It works closely with the Supply Chain Exchange to allow logistics planners to match shipping capacity with demand. Exceptions are seamlessly transmitted through the supply chain for resolution, allowing enterprises to increase service and on-time deliveries.

**Oracle Exchange Partner Initiative.** In addition to its four exchanges, Oracle has created a network of 30+ value-added service providers. The partners will provide Business Services, Commerce Services, Enablement Services and Portal Services. This initiative is similar to value-added services offered by Ariba[1] (ARBA: Strong Buy, $36.31) and Commerce One[1] (CMRC: Market Perform, $22.94) to their networks.

**Oracle Exchange Partners and Services**

|  | Business Services | Commerce Services | Enablement Svcs | Portal Services |
|---|---|---|---|---|
| **Sample services offered** | Systems integration, business planning, and incubation | Financial services such as escrow, payment, and trust | Catalog management, logistics, and technology integration | Personalized content, news and wireless services |
| **Sample partners** | Cap Gemini, PwC | Citibank, Wells Fargo | webMethods, Vignette, Requisite Tech. | iSyndicate, Factiva |

Source: Company reports

**Oracle's "eHub."** Built on the 8i database and 9iAS application server, "eHub" serves as the platform for the collaborative exchange applications for the company. Oracle 9iAS Portal and Integration provide personalized views and third-party software compatibility for the platform, respectively.

### Our MARKET PERFORM Rating Based on Long-Term Execution, Not One Quarter's Performance or New Product Introductions

In our opinion, the leverage in Oracle's story has to emanate from the applications side of the business. As we pointed out in our initiation piece on November 17, 2000, Oracle needs to grow its current apps market share of 1.7% nearly seven-fold to justify its current valuation (assuming 19% DBMS growth, 25% services growth and continued operating profitability gains). In fact, we estimate (at yesterday's closing price of $31.81) that Oracle needs to sustain nearly 70% annual growth from its applications business over the next five years to justify that price. For investors requiring a 25% return, an 80% CAGR is necessary.

Fair Value of ORCL Based on Five-year Applications Revenue Growth

| Fair Value | Five-Year Apps Rev | Apps Market Share |
|---|---|---|
| $22 | 40% | 5.0% |
| $24 | 47% | 6.5% |
| $28 | 59% | 9.5% |
| $30 | 64% | 11.0% |
| $32 | 68% | 12.5% |
| $35 | 73% | 14.5% |
| $40 | 81% | 18% |

Note: Analysis assumes 19% DBMS growth, 25% services growth and continued operating profitability gains.
Source: Thomas Weisel Partners and company data

However, with strong best-of-breed vendors competing on all fronts, the company may be challenged to sustain Q2's 66% apps Y/Y growth, in our view. Although Oracle's 11i e-business suite is building some solid momentum, we believe FYQ4 (May 2001) in particular may present an obstacle to that argument as the company experienced strong 61% Y/Y growth in that quarter. We reiterate our MARKET PERFORM rating.

### Interesting Balance Sheet Nugget from Oracle's Recently Filed 10-Q

Oracle filed its Q2 10-Q yesterday and the company's reserve for doubtful accounts took an interesting turn, in our opinion. With all the discussion surrounding B2B software vendors' dot-com exposure and Oracle's very visible sales and marketing to dot-coms, it is not surprising to see the company's reserve jump in absolute dollars to $305mn in FYQ201 (13.6% of gross receivables) from $263mn (13.0% of gross receivables) in FYQ1. What gave us pause, however, is that compared to the year-ago period the percentage of gross receivables spiked from 10.7% ($211mn). On an apples-to-apples receivables-percentage basis, this doubtful accounts figure increased roughly $65mn, or 25% from FQ2:00. In our view, this is a figure worth monitoring in future quarters.

### Oracle's Quarterly Allowance for Doubtful Accounts ($mn)

|  | Allowance for Doubtful Accts | % of Gross Receivables |  | Allowance for Doubtful Accts | % of Gross Receivables |
|---|---|---|---|---|---|
| FY4Q99 (May) | $217 | 8.8% | FY4Q00 (May) | $272 | 9.7% |
| FY1Q00 (Aug) | $226 | 13.0% | FY1Q01 (Aug) | $263 | 13.4% |
| FY2Q00 (Nov) | $211 | 10.7% | FY2Q01 (Nov) | $305 | 13.6% |
| FY3Q00 (Feb) | $235 | 11.3% |  |  |  |

Source: Company data and Thomas Weisel Partners

### Oracle Implied Growth Rate Analysis

| Company | Ticker | Price | Ent Value | Estimated Revenue 2001 | TWP Hurdle Rate | Assumed 2006 EBITDA Multiple | Assumed 2006 EBITDA Margin | Implied 2006 Ent. Value | Implied 2006 Revenue |  | Reality Check Last Q's Y/Y Rev. Growth | Reality Check 2000's Y/Y Rev. Growth |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ariba - SB | ARBA* | $36 | $11,567 | $900 | 20% | 30x | 25% | $28,782 | $3,836 | vs. | 687% | 587% |
| Commerce One - MP | CMRC* | $23 | $3,446 | $826 | 20% | 30x | 25% | $8,575 | 1,143 | vs. | 866% | 1054% |
| i2 Technologies - SB | ITWO* | $48 | $21,920 | $1,600 | 20% | 30x | 25% | $54,545 | 7,273 | vs. | 118% | 91% |
| Microsoft - MP | MSFT* | $53 | $267,390 | $28,500 | 20% | 30x | 50% | $665,351 | 44,357 | vs. | 8% | 10% |
| PeopleSoft | PSFT | $49 | $14,074 | $2,130 | 20% | 30x | 25% | $35,020 | 4,669 | vs. | 28% | 19% |
| SAP AG | SAP | $42 | $53,027 | $7,400 | 20% | 30x | 25% | $131,947 | 17,593 | vs. | 27% | 16% |
| Siebel Systems - SB | SEBL* | $68 | $33,758 | $2,600 | 20% | 30x | 25% | $83,996 | 11,199 | vs. | 130% | 117% |
| Averages/Totals |  |  | $405,179 |  |  |  |  | $1,008,216 |  |  | 266% | 270% |
| Oracle - MP | ORCL* | $32 | $182,845 | $13,016 | 20% | 30x | 35% | $454,978 | 43,580 | vs. | 15% | 15% |

Notes: All figures are presented for calendar year
EBITDA multiples based on faster growth compared to historical ERP software companies
EBITDA margins reflect progression, but short of best case

Sources: Thomas Weisel Partners estimates, I/B/E/S, Bridge, Wall Street research reports
*Thomas Weisel Partners makes a market in the securities mentioned in this table (ARBA, CMRC, ITWO, MSFT, ORCL, SEBL)

### Oracle Corp. Quarterly Revenue Model ($mn)

| FY May | F2000A Q1A Aug | F2000A Q2A Nov | F2000A Q3A Feb | F2000A Q4A May | F2000 | F2001E Q1A Aug | F2001E Q2A Nov | F2001E Q3E Feb | F2001E Q4E May | F2001E | F2002E Q1E Aug | F2002E Q2E Nov | F2002E Q3E Feb | F2002E Q4E May | F2002E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Servers (Database) | $443 | $651 | $778 | $1,228 | $3,100 | $585 | $775 | $934 | $1,474 | $3,768 | $696 | $923 | $1,111 | $1,754 | $4,484 |
| Tools (Database) | 50 | 59 | 66 | 116 | 292 | 31 | 38 | 33 | 68 | 161 | 31 | 38 | 33 | 58 | 161 |
| Applications | 109 | 168 | 199 | 447 | 923 | 156 | 279 | 348 | 781 | 1,563 | 241 | 418 | 504 | 1,113 | 2,275 |
| Total License Revenue | 603 | 877 | 1,043 | 1,792 | 4,315 | 771 | 1,093 | 1,314 | 2,313 | 5,492 | 968 | 1,379 | 1,648 | 2,925 | 6,920 |
| Support | 667 | 720 | 754 | 837 | 2,979 | 839 | 873 | 940 | 1,046 | 3,698 | 1,049 | 1,126 | 1,223 | 1,338 | 4,736 |
| Consulting & Education | 685 | 699 | 624 | 697 | 2,704 | 616 | 668 | 657 | 732 | 2,673 | 646 | 694 | 677 | 755 | 2,773 |
| Other | 30 | 25 | 28 | 48 | 132 | 26 | 25 | 31 | 53 | 145 | 40 | 28 | 34 | 59 | 160 |
| Total revenues | $1,985 | $2,322 | $2,449 | $3,374 | $10,130 | $2,262 | $2,660 | $2,943 | $4,144 | $12,008 | $2,703 | $3,227 | $3,582 | $5,077 | $14,588 |
| **Revenue mix** |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| Servers (Database) | 22% | 28% | 32% | 36% | 31% | 26% | 29% | 32% | 36% | 31% | 26% | 29% | 31% | 35% | 31% |
| Tools (Database) | 3% | 3% | 3% | 3% | 3% | 1% | 1% | 1% | 1% | 1% | 1% | 1% | 1% | 1% | 1% |
| Applications | 5% | 7% | 8% | 13% | 9% | 7% | 11% | 12% | 19% | 13% | 9% | 13% | 14% | 22% | 16% |
| Total License Revenue | 30% | 38% | 43% | 53% | 43% | 34% | 41% | 45% | 56% | 46% | 36% | 43% | 46% | 58% | 47% |
| Support | 34% | 31% | 31% | 25% | 29% | 37% | 33% | 32% | 25% | 31% | 39% | 35% | 34% | 26% | 32% |
| Consulting & Education | 35% | 30% | 25% | 21% | 27% | 27% | 25% | 22% | 18% | 22% | 24% | 22% | 19% | 15% | 19% |
| Other | 1% | 1% | 1% | 1% | 1% | 2% | 1% | 1% | 1% | 1% | 1% | 1% | 1% | 1% | 1% |
| Total Revenue | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% |
| **Y/Y growth** |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| Servers (Database) | 8% | 17% | 32% | 12% | 17% | 32% | 19% | 20% | 20% | 22% | 19% | 19% | 19% | 19% | 19% |
| Tools (Database) | 1% | -5% | -2% | 2% | -1% | -38% | -34% | -50% | -50% | -45% | 0% | 0% | 0% | 0% | 0% |
| Applications | 11% | 31% | 35% | 61% | 42% | 42% | 66% | 75% | 75% | 69% | 55% | 50% | 45% | 43% | 46% |
| Total License Revenue | 8% | 18% | 30% | 21% | 20% | 28% | 25% | 26% | 29% | 27% | 25% | 26% | 25% | 26% | 26% |
| Support | 27% | 27% | 29% | 25% | 27% | 26% | 21% | 25% | 25% | 24% | 25% | 29% | 30% | 28% | 28% |
| Consulting & Education | 7% | -3% | -7% | -8% | -3% | -10% | -4% | 5% | 5% | -1% | 5% | 4% | 7% | 3% | 4% |
| Other | 19% | 15% | 33% | 66% | 35% | 22% | -2% | 10% | 10% | 10% | 10% | 10% | 10% | 10% | 10% |
| Total Revenue | 13% | 13% | 18% | 15% | 15% | 14% | 15% | 20% | 23% | 19% | 19% | 21% | 22% | 23% | 21% |

Source: Thomas Weisel Partners and Company data                                                           1/17/01

Robert J. Schwartz, PhD  617.488.4625                                                                             5

Thomas Weisel Partners LLC                      TWP 0076

Oracle Corp. Quarterly Income Statement ($mn)

| FY May | F2000A Q1A Aug | Q2A Nov | Q3A Feb | Q4A May | F2000A | F2001E Q1A Aug | Q2A Nov | Q3E Feb | Q4E May | F2001E | F2002E Q1E Aug | Q2E Nov | Q3E Feb | Q4E May | F2002E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Licenses | $632 | $903 | $1,071 | $1,841 | $4,447 | $807 | $1,118 | $1,345 | $2,366 | $5,637 | $1,007 | $1,406 | $1,682 | $2,984 | $7,080 |
| Services | 1,352 | 1,419 | 1,378 | 1,534 | 5,683 | 1,455 | 1,541 | 1,598 | 1,777 | 6,371 | 1,695 | 1,820 | 1,900 | 2,093 | 7,509 |
| Total revenues | 1,985 | 2,322 | 2,449 | 3,374 | 10,130 | 2,262 | 2,660 | 2,943 | 4,144 | 12,008 | 2,703 | 3,227 | 3,582 | 5,077 | 14,588 |
| Sales and marketing | 538 | 631 | 595 | 852 | 2,617 | 573 | 641 | 706 | 1,011 | 2,931 | 668 | 774 | 860 | 1,218 | 3,520 |
| Cost of services | 757 | 753 | 707 | 725 | 2,943 | 674 | 695 | 719 | 800 | 2,888 | 763 | 819 | 855 | 942 | 3,379 |
| Research and development | 236 | 248 | 256 | 270 | 1,010 | 251 | 266 | 294 | 365 | 1,176 | 297 | 323 | 351 | 432 | 1,403 |
| General and administrative | 108 | 113 | 122 | 138 | 481 | 106 | 111 | 132 | 166 | 515 | 127 | 135 | 150 | 203 | 616 |
| Total operating expenses | 1,639 | 1,746 | 1,680 | 1,986 | 7,050 | 1,604 | 1,714 | 1,851 | 2,341 | 7,510 | 1,855 | 2,052 | 2,218 | 2,795 | 8,918 |
| Operating income | 346 | 576 | 770 | 1,389 | 3,080 | 558 | 946 | 1,092 | 1,802 | 4,498 | 848 | 1,175 | 1,366 | 2,282 | 5,671 |
| Extraordinary items | (3) | 0 | 415 | 6,521 | 6,934 | 15 | (14) | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 |
| Other income (expense) | 22 | 15 | 24 | 48 | 110 | 103 | 33 | 45 | 45 | 226 | 48 | 50 | 53 | 55 | 205 |
| Pretax income | 364 | 592 | 1,209 | 7,958 | 10,123 | 776 | 966 | 1,136 | 1,847 | 4,726 | 895 | 1,225 | 1,419 | 2,337 | 5,876 |
| Income tax provision | 127 | 207 | 446 | 3,046 | 3,827 | 276 | 343 | 403 | 658 | 1,678 | 318 | 435 | 504 | 830 | 2,086 |
| Net income | $237 | $384 | $763 | $4,912 | $6,297 | $501 | $623 | $733 | $1,192 | $3,048 | $578 | $790 | $915 | $1,507 | $3,790 |
| Reported EPS | $0.04 | $0.06 | $0.13 | $0.82 | $1.05 | $0.08 | $0.11 | $0.12 | $0.20 | $0.52 | $0.10 | $0.13 | $0.15 | $0.25 | $0.63 |

Adjustments:

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Pretax income | 364 | 592 | 1,209 | 7,958 | 10,123 | 776 | 966 | 1,136 | 1,847 | 4,726 | 895 | 1,225 | 1,419 | 2,337 | 5,876 |
| Extraordinary items | (1) | 0 | 415 | 6,521 | 6,934 | 15 | (14) | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 |
| Adjusted pretax income | 368 | 592 | 794 | 1,437 | 3,190 | 761 | 979 | 1,136 | 1,847 | 4,728 | 895 | 1,225 | 1,419 | 2,337 | 5,875 |
| Income tax provision | 127 | 207 | 286 | 511 | 1,131 | 270 | 348 | 403 | 658 | 1,677 | 318 | 435 | 504 | 830 | 2,086 |
| Adjusted net income | 240 | 384 | 508 | 926 | 2,059 | 491 | 632 | 733 | 1,192 | 3,051 | 578 | 790 | 915 | 1,507 | 3,790 |
| Adjusted EPS | $0.04 | $0.06 | $0.08 | $0.15 | $0.34 | $0.08 | $0.11 | $0.12 | $0.20 | $0.52 | $0.10 | $0.13 | $0.15 | $0.25 | $0.63 |
| Fully diluted shares | 5,969 | 6,013 | 5,996 | 6,010 | 5,896 | 5,933 | 5,875 | 5,904 | 5,834 | 5,912 | 5,964 | 5,993 | 6,023 | 6,053 | 6,008 |

| Calendar Year | 1999 | 2000 | 2001 |
|---|---|---|---|
| Total Revenues | $9,329 | $10,745 | $13,016 |
| Operating Income | $2,135 | $3,762 | $4,917 |
| Operating Margin | 22.9% | 35.0% | 37.8% |
| Adjusted EPS | $0.24 | $0.43 | $0.55 |

Margin analysis

| | Q1A | Q2A | Q3A | Q4A | F2000A | Q1A | Q2A | Q3E | Q4E | F2001E | Q1E | Q2E | Q3E | Q4E | F2002E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Gross margin, services | 44% | 46.9% | 49% | 53% | 48% | 54% | 55% | 55% | 55% | 55% | 55% | 55% | 55% | 55% | 55% |
| Gross margin | 62% | 67.6% | 71% | 78% | 71% | 70% | 74% | 76% | 81% | 76% | 72% | 75% | 76% | 81% | 77% |
| Operating margin | 17% | 24.8% | 31% | 41% | 30% | 29% | 35% | 37% | 43% | 37% | 31% | 36% | 38% | 45% | 39% |
| Adjusted net margin | 12% | 16.6% | 21% | 27% | 20% | 22% | 24% | 25% | 29% | 25% | 21% | 24% | 26% | 30% | 26% |

Revenue mix

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Licenses | 32% | 39% | 44% | 55% | 44% | 36% | 42% | 46% | 57% | 47% | 37% | 44% | 47% | 59% | 49% |
| Services | 68% | 61% | 56% | 45% | 56% | 64% | 58% | 54% | 43% | 53% | 63% | 56% | 53% | 41% | 51% |

% of revenue

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sales and Marketing | 27% | 27% | 24% | 25% | 26% | 25% | 24% | 24% | 24% | 24% | 25% | 24% | 24% | 24% | 24% |
| Research and development | 12% | 11% | 10% | 8% | 10% | 11% | 10% | 10% | 9% | 10% | 11% | 10% | 10% | 9% | 10% |
| General and administrative | 5% | 5% | 5% | 4% | 5% | 5% | 4% | 4% | 4% | 4% | 5% | 4% | 4% | 4% | 4% |
| Total operating expenses | 83% | 75% | 69% | 59% | 70% | 71% | 64% | 63% | 57% | 63% | 69% | 64% | 62% | 55% | 61% |

Y/Y growth

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Licenses | 9% | 18% | 30% | 22% | 21% | 28% | 24% | 26% | 29% | 27% | 25% | 26% | 25% | 26% | 26% |
| Services | 16% | 10% | 10% | 7% | 11% | 8% | 9% | 16% | 16% | 12% | 17% | 18% | 19% | 18% | 18% |
| Total revenues | 13% | 13% | 16% | 15% | 15% | 14% | 15% | 20% | 23% | 19% | 19% | 21% | 22% | 23% | 21% |
| Sales and marketing | 6% | 7% | 5% | -11% | 0% | 6% | 1% | 19% | 19% | 12% | 17% | 21% | 22% | 21% | 20% |
| Cost of services | 11% | -3% | -11% | -11% | -4% | -11% | -8% | 2% | 10% | -2% | 13% | 18% | 19% | 18% | 17% |
| Research and development | 26% | 24% | 22% | 11% | 20% | 6% | 7% | 15% | 35% | 16% | 18% | 21% | 19% | 18% | 19% |
| General and administrative | 14% | 11% | 16% | 9% | 13% | -1% | -1% | 8% | 20% | 7% | 20% | 22% | 14% | 23% | 20% |
| Operating income | 24% | 51% | 69% | 72% | 64% | 90% | 64% | 42% | 30% | 46% | 29% | 24% | 25% | 27% | 26% |
| Adjusted net income | 23% | 40% | 63% | 76% | 62% | 104% | 64% | 44% | 29% | 48% | 18% | 25% | 25% | 26% | 24% |
| Adjusted EPS | 22% | 38% | 63% | 73% | 60% | 106% | 68% | 46% | 30% | 50% | 17% | 23% | 22% | 24% | 22% |

Source: Thomas Weisel Partners and Company data                                                     1/17/01

## Oracle Corp. Balance Sheet ($mn)

| | F1999 | | | | F2000 | | | | F2001 | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Q1A | Q2A | Q3A | Q4A | Q1A | Q2A | Q3A | Q4A | Q1A | Q2A |
| FY May | Aug | Nov | Feb | May | Aug | Nov | Feb | May | Aug | Nov |
| **Assets** | | | | | | | | | | |
| Cash and short term investments | $2,302 | $1,908 | $2,189 | $2,563 | $2,722 | $2,134 | $2,768 | $7,762 | $5,063 | $4,356 |
| Trade receivable, net | 1,351 | 1,604 | 1,564 | 2,238 | 1,514 | 1,769 | 1,849 | 2,534 | 1,696 | $1,936 |
| Prepaids and other current assets | 481 | 575 | 584 | 646 | 553 | 497 | 529 | 587 | 500 | $532 |
| Total current assets | 4,134 | 4,088 | 4,336 | 5,447 | 4,789 | 4,400 | 5,145 | 10,883 | 7,259 | 6,823 |
| Long term investments | 197 | 152 | 302 | 250 | 208 | 193 | 120 | 110 | 70 | $30 |
| PP&E, net | 953 | 977 | 978 | 987 | 966 | 966 | 967 | 934 | 937 | $942 |
| Other assets | 308 | 331 | 387 | 476 | 517 | 717 | 1,018 | 1,054 | 1,158 | $1,129 |
| Total assets | $5,691 | $5,647 | $6,102 | $7,260 | $6,579 | $6,376 | $7,349 | $13,077 | $9,513 | $8,924 |
| **Liabilities** | | | | | | | | | | |
| Notes payable | $4 | $8 | $3 | $4 | $4 | $3 | $2 | $3 | $4 | $3 |
| Accounts payable | 246 | 297 | 255 | 284 | 255 | 245 | 225 | 287 | 253 | 283 |
| Income taxes payable | 117 | 100 | 137 | 278 | 157 | 112 | 270 | 2,822 | 517 | 526 |
| Customer advances and unearned revenues | 956 | 800 | 818 | 1,007 | 1,090 | 925 | 1,020 | 1,133 | 1,270 | 1,054 |
| Other current liabilities | 912 | 1,048 | 1,065 | 1,474 | 1,043 | 1,186 | 1,293 | 1,617 | 1,263 | 1,302 |
| Total current liabilities | 2,235 | 2,252 | 2,278 | 3,046 | 2,549 | 2,471 | 2,809 | 5,862 | 3,307 | 3,168 |
| Long-term debt | 304 | 304 | 304 | 304 | 301 | 301 | 305 | 299 | 301 | 301 |
| Long-term liabilities | 56 | 58 | 72 | 78 | 71 | 74 | 73 | 168 | 178 | 191 |
| Deferred income taxes | 16 | 16 | 107 | 136 | 158 | 131 | 178 | 266 | 356 | 338 |
| Stockholders' equity | 3,081 | 3,015 | 3,342 | 3,695 | 3,500 | 3,401 | 3,984 | 6,481 | 5,371 | 4,926 |
| Total liabilities and SE | $5,691 | $5,647 | $6,102 | $7,260 | $6,579 | $6,376 | $7,349 | $13,077 | $9,513 | $8,924 |
| **Quarterly cash flows** | | | | | | | | | | |
| Net Income | $195 | $274 | $293 | $527 | $237 | $384 | $763 | $4,912 | $501 | $623 |
| Write-off of in-process R&D/Gain on sale | 0 | 0 | (24) | 0 | 0 | 0 | (432) | (6,505) | 0 | (2) |
| Depreciation and amortization | 73 | 78 | 82 | 66 | 77 | 77 | 82 | 78 | 73 | 66 |
| Amortization of excess asset purchase price | 8 | 11 | 17 | 20 | 18 | 19 | 19 | 20 | 19 | 18 |
| Provision for doubtful accounts | 20 | 37 | 9 | 32 | 16 | 24 | 40 | 56 | 59 | 35 |
| Changes in operating assets and liabilities | 301 | (371) | 68 | 71 | 308 | (393) | 498 | 2,625 | (1,510) | (148) |
| Net cash from operations | 598 | 29 | 445 | 736 | 656 | 112 | 970 | 1,185 | (858) | 593 |
| Net cash from investing | (174) | 29 | (415) | (242) | (253) | 102 | 599 | 6,446 | 132 | (10) |
| Net cash from financing | (60) | (354) | 134 | (205) | (496) | (631) | (593) | (2,462) | (1,662) | (1,217) |
| Effect of foreign currency | (9) | 16 | (8) | (7) | 26 | 16 | (25) | (6) | (3) | (38) |
| Net cash flow | $354 | ($279) | $155 | $282 | ($68) | ($401) | $951 | $5,162 | ($2,592) | ($671) |
| **Analysis** | | | | | | | | | | |
| Cash per share | $0.39 | $0.32 | $0.37 | $0.43 | $0.46 | $0.35 | $0.46 | $1.29 | $0.85 | $0.74 |
| Net cash per share | $0.34 | $0.27 | $0.31 | $0.38 | $0.41 | $0.30 | $0.41 | $1.24 | $0.80 | $0.69 |
| Equity per share | $0.52 | $0.51 | $0.56 | $0.62 | $0.59 | $0.57 | $0.66 | $1.08 | $0.91 | $0.84 |
| Reported EPS | $0.03 | $0.05 | $0.05 | $0.09 | $0.04 | $0.06 | $0.13 | $0.82 | $0.08 | $0.11 |
| Operating cash flow per share | $0.10 | $0.00 | $0.07 | $0.12 | $0.11 | $0.02 | $0.16 | $0.20 | ($0.14) | $0.10 |
| DSO-90 | 70 | 70 | 68 | 68 | 69 | 69 | 68 | 68 | 67 | 66 |
| Days deferred revenue | 49 | 35 | 35 | 31 | 49 | 36 | 37 | 30 | 51 | 36 |

Source: Thomas Weisel Partners and Company data

1/17/01

# EQUITY RESEARCH DIRECTORY

H. Perry Boyle, Jr., CFA • Director of East Coast Research • 212.271.3750 • pboyle@tweisel.com

## B2B COMMERCE & SERVICES

**Business-to-Business e*Commerce**
Robert J. Schwartz, PhD, Principal
617.488.4525 rschwartz@tweisel.com
David Gremmels, CFA
617.488.4630 dgremmels@tweisel.com
   Kevin McGuire
   415.364.2656 kmcguire@tweisel.com

**Business Process Outsourcing**
Andrea Dunlevy
415.364.2631 adunlevy@tweisel.com

**Digital Information, Intellectual Capital and e*Learning**
R. Keith Gay, Partner
415.364.2582 kgay@tweisel.com
   Brian Neigut
   415.364.7106 bneigut@tweisel.com
Fred McCrea
415.364.2660 fmccrea@tweisel.com

**e*Finance**
Jim Fowler, Principal
415.364.5930 jfowler@tweisel.com

## CONSUMER / RETAIL

**e*Commerce**
Tim Fogarty, Vice President
415.364.2919 tfogarty@tweisel.com
   Debra R. Bernstein
   415.364.2891 drbernstein@tweisel.com

**Restaurants, Specialty Retailers and Consumer Products**
John W. Weiss, CFA, Partner
415.364.2580 jweiss@tweisel.com
Anne-Marie Lillestrand, CFA, Vice President
415.364.2578 alillestrand@tweisel.com
   Hil Davis
   415.364.2996 hdavis@tweisel.com
   Megan Hall
   415.364.2641 mhall@tweisel.com

## GROWTH STOCK STRATEGY

Mat Johnson, Vice President
415.364.2769 mjohnson@tweisel.com
   Shane Wells
   415.364.2794 swells@tweisel.com
   Stephen G. Kawaja
   415.364.7121 skawaja@tweisel.com
   Matthew Nemer
   415.364.7012 mnemer@tweisel.com

## HEALTHCARE

**Specialty Pharmaceuticals / Drug Delivery**
Donald B. Ellis, PharmD, Partner
Group Head, Healthcare Research
415.364.7038 dellis@tweisel.com
   Adam Walsh, MD
   415.364.5934 awalsh@tweisel.com
   Diana Rikkola
   415.364.2796 drikkola@tweisel.com

**Healthcare Technology**
Paul Knight, CFA, Partner
212.271.3757 pknight@tweisel.com
   David P. Parsekian
   212.271.3764 dparsekian@tweisel.com
   David Lewis
   415.364.2939 dlewis@tweisel.com
Scott R. Greenstone, CFA, Vice President
212.271.3766 sgreenstone@tweisel.com

## HEALTHCARE (cont'd)

**Healthcare Information and Delivery**
Bruce Hochstadt, MD, Principal
415.364.2784 bhochstadt@tweisel.com
   Johnny Yee
   415.364.5993 jyee@tweisel.com

**Communications Services**
Ned P. Zachar, CFA, Partner
Director of Telecom Services Research
415.364.2590 nzachar@tweisel.com
   Kelly Chase
   212.271.3762 kchase@tweisel.com
Peter DeCaprio, Principal
617.488.4103 pdecaprio@tweisel.com
   James D. Breen, Jr.
   617.488.4107 jbreen@tweisel.com
   Kent Siefers
   617.488.4104 ksiefers@tweisel.com
James J. Linnehan, Principal
212.271.3751 jlinnehan@tweisel.com
   Kevin Monroe
   212.271.3767 kmonroe@tweisel.com
   John Sharko, CFA
   212.271.3759 jsharko@tweisel.com

**Media / e*Media**
Gordon Hodge, Partner
415.364.2575 ghodge@tweisel.com
   Margaret Burke
   415.364.2622 mburke@tweisel.com
   Christa Sober
   415.364.7154 csober@tweisel.com
   Lauren Grismanauskas
   415.364.267 lgrismanauskas@tweisel.com
Ray Schleinkofer, CFA, Vice President
212.271.3595 rschleinkofer@tweisel.com
Sara D'Eathe
617.488.4108 sdeathe@tweisel.com

## TECHNOLOGY

**Communications Equipment**
Hasan Imam, PhD, Principal
212.271.3698 himam@tweisel.com
   Nigel Frankson
   212.271.3581 nfrankson@tweisel.com
   Bobby Sarkar
   212.271.3582 bsarkar@tweisel.com

**Communications ICs**
Jeremy Bunting, PhD, Principal
415.364.2610 jbunting@tweisel.com
   Adam Boers
   415.364.2664 aboers@tweisel.com
   Neville Shah
   415.364.2856 nshah@tweisel.com

**Communications Infrastructure and Optical Networking**
Mark Edelen, Vice President
415.364.2659 medelen@tweisel.com
   Ann Forst
   415.364.5998 aforst@tweisel.com
Max Schuetz, Principal
415.364.2662 mschuetz@tweisel.com
   Rusty Bacon
   415.364.2759 rbacon@tweisel.com
   Yvette Tom
   415.364.2583 ytom@tweisel.com

## TECHNOLOGY (cont'd)

**Digital Security Software and Systems**
Geoff Beard, Vice President
415.364.2639 gbeard@tweisel.com
   Mark Bourguignon
   415.364.5983 mbourguignon@tweisel.com
   Philip Frank
   415.364.2581 pfrank@tweisel.com

**Electronic Supply Chain**
Jim Savage, Partner
212.271.3756 jsavage@tweisel.com
   Abel Beyene
   212.271.3763 abeyene@tweisel.com
Matt Sheerin, Vice President
212.271.3753 msheerin@tweisel.com
Eric Gomberg, Vice President
212.271.3755 egomberg@tweisel.com
   Mark W. Bachman
   212.271.3586 mbachman@tweisel.com
   Jason Pflaum, CFA
   212.271.3583 jpflaum@tweisel.com

**Enterprise Systems and Storage, Rich Media**
Doug van Dorsten, CFA, Partner
415.364.2574 dvandorsten@tweisel.com
   Kevin Hunt, CFA
   415.364.2674 khunt@tweisel.com
Jason Ader, CFA
617.488.4621 jader@tweisel.com

**Infrastructure and Platform Software**
Tim Klasell, Principal
415.364.2949 tklasell@tweisel.com
   Rob Breza
   415.364.5974 rbreza@tweisel.com
   Tom Ernst
   415.364.2789 ternst@tweisel.com
   Kerry O'Connor
   415.364.2855 koconnor@tweisel.com

**Internet Infrastructure Software**
Katherine Egbert, Vice President
415.364.2795 kegbert@tweisel.com
   Allison Ruckey
   415.364.5952 aruckey@tweisel.com

**IT Services**
David Grossman, Partner
415.364.2541 dgrossman@tweisel.com
Jackie Moss
415.364.2751 jmoss@tweisel.com

**Semiconductor Devices, Equipment and Materials**
Eric M. Ross, Principal
415.364.2773 eross@tweisel.com
   Robert J. Burleson
   212.271.3590 rburleson@tweisel.com
   Michael McConnell
   415.364.5979 mmcconnell@tweisel.com
   Alan Curry
   415.364.2526 acurry@tweisel.com

**Software and Internet**
David Readerman, CFA, Partner
Director of Internet Strategy
415.364.2573 dreaderman@twoisel.com
Erika Henik, Vice President
415.364.5990 ehenik@tweisel.com
   Jeff Gregor
   415.364.2757 jgregor@tweisel.com
   Sanjay Puri
   415.364.7039 spuri@tweisel.com

**Wireless Software Infrastructure and Data Services**
Matt Finick, Vice President
415.364.2577 mfinick@tweisel.com
   Trevor Caldwell
   415.364.5959 tcaldwell@tweisel.com

TWP 0079