
US bancorp
Piper Jaffray®

geekanalysts.com

*February 7, 2001*

# ORACLE®

**ORACLE CORPORATION**             **BUY**
ORCL - 27 5/8 - NASDAQ (#)

**Jon M. Ekoniak**
Vice President
Senior Research Analyst,
  Technology
650-838-1378
jekoniak@pjc.com

**Kevin Merritt**
Research Analyst
Equity Research,
  Technology
650-838-1373
kmerritt@pjc.com

Menlo Park

> Initiating Coverage Of Software Bellwether With A Buy Rating.

## HIGHLIGHTS

- **Oracle is a leading provider of database, application server, and enterprise software products.** Its products allow companies to more effectively run their entire business by enabling the collection, storage, and analysis of corporate data (through its database), as well as the automation of various business functions, including payroll, procurement, and collaborative design (through its enterprise software).
- **Oracle dominates the database business, which is a cash cow for the Company and an excellent source of leads for other product lines.** During fiscal 2000 (ending May 2000), the Company's database division generated $7.4 billion in total revenue and $3.1 billion in license revenue, and still managed annual growth of more than 15%. Oracle leads on both the Unix platform (Oracle has 63% market share) and the NT platform (Microsoft represents a close No. 2 competitor at 35% market share versus Oracle's 40%). More importantly to future growth, Oracle's installed base of more than 100,000 database software customers serves as an excellent breeding ground for follow-on sales of Oracle's other products.

| Price: | $27 5/8 | | | 52-Week Range | $46 15/32 - $21 1/2 |
|---|---|---|---|---|---|
| FY End: | May | | | Shares Outstanding (Mil) | 5,872.0 |
| | | | | Market Cap (Mil) | $162,214.0 |
| **Operating EPS** | **2000** | **2001E** | **2002E** | Avg Daily Volume | 47,261,492 |
| Aug | $0.04 | $0.08A | $0.10 | Book Value | $4,926,463 |
| Nov | $0.06 | $0.11A | $0.13 | Book Value per Share | $0.8 |
| Feb | $0.09 | $0.12E | $0.15 | Dividend | Nil |
| May | $0.16 | $0.20E | $0.25 | Net Cash per Share | $0.7 |
| FY | $0.34 | $0.51E | $0.63 | Debt/Market Cap | 0.3% |
| Cal | $0.43 | $0.55E | | 3-5 Yr EPS Growth | N/A |
| **P/E (Cal)** | **64.2x** | **50.2x** | **43.8x(FY)** | | |
| | | | | | |
| **Revs ($million)** | **2000** | **2001E** | **2002E** | Mkt Cap / Rev Multiples (Cal) | |
| Aug | $1,984.5 | $2,261.9A | $2,726.0 | 2000A | 15.1x |
| Nov | $2,321.9 | $2,659.5A | $3,202.0 | 2001E | 12.5x |
| Feb | $2,449.4 | $2,890.0E | $3,471.0 | 2002E (FY) | 11.4x |
| May | $3,374.3 | $4,110.0E | $4,852.0 | | |
| FY | $10,130.1 | $11,921.4E | $14,251.0 | Qtr End | February 28, 2001 |
| Cal | $10,745.1 | $12,928.0E | | Rep Date | Mid-March 2001 |

*EPS numbers do not include amortization or other noncash charges.

Not FDIC insured

No bank guarantee

May lose value

February 7, 2001

- The two main drivers of growth for Oracle are e-business applications and application servers, both of which are in competitive marketplaces in which Oracle is not the dominant player.

- Oracle is increasingly emphasizing its e-business applications suite, one of the Company's broadest product offerings that includes financial accounting, CRM, supply chain, human resources, and e-procurement. While Oracle takes a suite approach to its sales, other companies are focused on dominating specific categories and have established impressive market share statistics. Category killers such as Siebel Systems (#) in CRM and i2 Technologies (#) in supply chain will be difficult competitors, as well as the broad application players such as SAP, PeopleSoft (#), and Lawson. We believe Oracle is going to get more aggressive in its advertising and marketing campaigns during the next few quarters, as Oracle's biggest obstacles seem to be lack of mind share and not getting invited to bid on projects.

- Within the application server business, BEA Systems (#) is currently the market leader, with IBM and Sun also representing substantial competitors. However, this market is large, growing rapidly, and highly fragmented; according to IDC, the overall market size in 1999 was $994 million, and is projected to grow to $11.3 billion in 2004, representing a 62% CAGR. Oracle will look to aggressively leverage its leading database software position in order to win the upcoming battle within the application server market.

- Margin improvements were the big story in 2000, and may continue somewhat into 2001, as operating efficiencies continue to be implemented. During the last four quarters, the Company has generated an operating margin of 35%, the high point of which was 41% during fourth quarter 2000 (May 2000). Oracle is renowned for "eating its own dog food" and in fact, claims to have saved approximately $1 billion during fiscal 2000, thanks to the use of its own e-business suite. Such savings equate to an almost 1,000 basis point improvement in operating margin. Additional margin improvements will be more difficult to come by and sustain, although we believe the Company can improve by 300-500 basis points. Each 100 basis points of margin improvement equals a $0.02 boost in EPS.

- The stellar balance sheet remains very strong, with $4.3 billion in cash, a current ratio of 2.2, DSOs of 66, and more than $1 billion in deferred revenue. Moreover, during the past two quarters, the Company has repurchased more than $3.4 billion of its own stock.

- Oracle is led by CEO Larry Ellison, a true technology visionary, and one of the Company's original founders. While certainly an eccentric figure, Ellison has proven for more than 20 years that he understands where technology trends are heading, and that he has the execution skills to capitalize on these trends–whether within the database or enterprise software markets.

- Oracle is trading slightly above its historical P/E range, and at the high end of the range of its comps. The Company is now trading at approximately 50x calendar 2001 EPS, while for the last eight years the Company has mostly stayed within a P/E range of 20 to 45. In relation to its comps, Oracle trades at a slight premium, versus 47.8x for the comp group (on a weighted basis).

*February 7, 2001*

- Considering Oracle's current valuation, we believe additional stock price appreciation can come from  a) An acceleration of applications software growth and key wins in the fast-growing segments of CRM and supply-chain management; b) Continued margin expansion beyond the 150 basis point improvement that we built into fiscal 2002 estimates; and c) Accelerating growth in the application server market.

- We are initiating coverage of Oracle with a Buy rating.

## Company Description

**Oracle is a leading provider of database, application server, and enterprise application software.**  The Company's installed base is enormous, numbering more than 100,000 in database software and more than 8,500 in enterprise software applications, and includes scores of the world's largest corporations, along with thousands of companies in the middle market (>30% of total revenue).

**Oracle helps companies manage their information.**  A wealth of information gets created on a daily basis that needs to be categorized, stored, analyzed, and reported.   With the increase in electronic transactions, this information is often overwhelming, creating many companies that are data-rich but knowledge-poor.  Oracle provides a complete Internet-based platform for managing information, enabling users to create, modify, customize, and retrieve specific data to help run their businesses.  Oracle's main product lines include database software (representing 67% of revenues), application server (representing 3% of revenues) and enterprise software applications (representing approximately 30% of revenues), along with an extensive service offering (approximately 13,000 consultants) and a set of development tools to complement all product lines.  Although the database is the Company's flagship product, the biggest area of growth and focus has been enterprise software applications.

Key Facts
- Founded in 1977
- Led by CEO Larry Ellison
- Installed base in excess of 100,000 for database software
- Installed base in excess of 8,500 for enterprise software
- Latest-12-months (LTM) operating margin of 35%
- 42,000 employees worldwide
- Headquarters in Redwood Shores, CA

**The Company was founded in 1977 as a database software company, and is currently the world's No. 1 provider of such software,** a distinction that it has held for some time.  The database business now represents approximately 70% of the Company's total revenue, and effectively serves as a cash cow which enables Oracle to fund its expansion into other high-growth areas such as enterprise application software and application servers.

*February 7, 2001*

Oracle has long been a leading player within the enterprise resource planning, or ERP market, particularly with its financial products. Its main competitors in this market have historically been SAP and PeopleSoft, along with others such as Baan and J.D. Edwards. This market has evolved considerably during the past few years, with inter-enterprise functionality taking precedence over traditional, internal ERP applications. This market now encompasses areas such as HR and financial, CRM (customer relationship management), SCM (supply-chain management), procurement, and analytics.

Oracle has poured tremendous resources into its product development efforts during the past few years (more than $1 billion in R&D spending during fiscal 2000). This has recently resulted in new editions of its database software (Oracle 8i, with 9i coming in June), application server (Oracle 9i), and its e-business software suite (Oracle 11i). With this packaged offering, the Company is able to offer its clients a complete data management and software solution.

The Company generates high operating margins, and boasts a stellar balance sheet. During the past four quarters the Company has generated a 35% operating margin, a number which reached as high as 41% during fourth quarter 2000 (May 2000). Oracle has virtually no debt, quick and current ratios above 2.0, more than $4.3 billion in cash, and has still managed to repurchase more than $3.4 billion of its own stock during the past two quarters.

Oracle, based in Redwood Shores, California, is led by its CEO and co-founder Larry Ellison, and has approximately 42,000 employees. The Company was founded in 1977, went public in 1985, and now conducts business in more than 145 countries worldwide.

## Products, Market, And Competition

Within this section we will examine the market opportunity for Oracle, its corresponding set of products, and its main competitors. As Oracle plays within three main market segments, we will break the section into three parts, each one addressing one of these market segments.

Database Software

By far the Company's largest product line, database software represents the Company's original foundation, with its roots stretching back more than two decades. Oracle is the undisputed market leader in database software, with more than 100,000 customers. With such a huge installed base, the database serves as the grease that gets Oracle's salespeople in the door for other Oracle products. Over the years Oracle has turned this product line into a hugely profitable business, which has enabled the Company to invest considerable resources in its other product lines, such as enterprise software and the application server.

Oracle's database helps companies collect, store, analyze, report, and manage information. The database serves as the core of enterprise computing environments. Without it, companies would find it extremely difficult to manage and run a business of any significant size. Most corporate information and transactions are stored electronically in

*February 7, 2001*

the database. Yet the software goes far beyond storage, enabling users to retrieve and manipulate data to fit their customized needs. Oracle provides the key to data management, transaction processing, and data warehousing. For example, the software allows multiple people within an enterprise to draw upon the same pool of data, yet pick different pieces of this data and format it in a variety of ways: a salesperson can access a client's purchase history in order to offer a volume discount, a sales manager can review the sales history of a product to build a forecast for next year, and a sales executive can look at all product lines to determine which lines are most profitable and which lines should be discontinued.

### DATABASE SOFTWARE OVERVIEW – FISCAL 2000 DATA

| | |
|---|---|
| Total revenue | $7.20 billion |
| License revenue | $2.95 billion |
| Service revenue | $4.25 billion |

Source: Company reports, U.S. Bancorp Piper Jaffray Research

**Oracle is the No. 1 provider of database software in the world, and has held this position for some time.** Its main competitors in this business are IBM, Informix, Sybase, and Microsoft, though only IBM competes across all platforms. On the NT platform, Microsoft represents a close No. 2 competitor (40% Oracle share, versus 35% Microsoft), but on Unix, Oracle is the dominant leader (63% market share). Below please find additional database software market share details, by platform.

### DATABASE MARKET SHARE



UNIX Platform

Informix 12%  IBM 10%  Sybase 6%  NCR 3%  Other 6%  Oracle 63%

NT Platform

Sybase 3%  Other 7%  IBM 15%  Oracle 40%  Microsoft 35%

Source: Dataquest

*February 7, 2001*

Oracle launched the first Internet-based data management system in 1999 with Oracle 8i. The move was a strategic one in that it signaled a movement away from client/server and to the centralized processes of the Internet. While still an early release, the product has been upgraded twice and boasts a suite of new Internet-based functionality that includes Java-based functionality, increased XML support, security, and content management.

Moreover, the Company is expected to release the complete 9i suite in summer 2001, with the 9i application server already in general release. The 9i suite continues the Company's movement to simplified, centralized processing by integrating the database, application server, and Internet development tool kit. The 9i offering is designed for the hosted applications market, allowing companies to run a single database and single application server, with access provided over the Internet.

The Company is also the first to push into new territories in terms of broadening the reach of where information and applications need to be accessed from in the future, and by whom. There are multiple versions of the Company's database software, including the specialized versions such as Oracle Enterprise Edition, Standard Edition (for departmental Internet deployment), Personal Edition (a desktop version), Lite Version (for mobile devices), and Appliance Edition (preconfigured for an Intel [#]-based server).

Not surprisingly, Oracle is also the clear leader in customer retention within the database software market, as indicated below.

### DATABASE SOFTWARE – CUSTOMER RETENTION

| Vendor | Retention Rate |
| --- | --- |
| Oracle | 85% |
| IBM DB2 | 66% |
| Microsoft SQL Server | 66% |

Source: AMR

So, why does Oracle win so convincingly in this market? We have identified the following key reasons:
1) Technology leadership—a long history of technological leadership; first with an Internet-based product.
2) Options—a variety of different product offerings, from the latest and most robust product such as Oracle 9i (coming in summer 2001), to lighter products such as Oracle Lite 8i, designed to optimize performance on mobile devices.
3) Vision—articulated by a leader who has matched vision with results for more than two decades.
4) Integrated solution—the ability to optimally run a combination of database, application server, and enterprise software applications. It is worth noting that Oracle's enterprise software applications run only on the Oracle database.
5) Market power, reputation, and brand—Oracle has one of the largest sales forces in the field. Moreover, with the Company's reputation for success, it is much easier to justify a purchase of the Oracle database than that of a competitor.

*February 7, 2001*

We believe Oracle can continue to grow this market 15% annually over the next few years, as databases continue to be a central part of any organization. As more and more data and transaction information can be captured electronically, proper storage, access, and analysis become critical to the success of an organization. Oracle can help companies grow and scale their businesses appropriately. Moreover, given Oracle's dominant market position, we expect that its pricing power will remain strong, allowing the Company to further invest in its product development, both within the database business and its other product lines.

Application Server

This product line represents a new area of focus for Oracle, as the Company hopes to sell clients a fully integrated enterprise solution, including database software, application server, and software applications. While representing a nominal amount of Oracle's revenue today, the Company's management has marshaled a meaningful amount of resources toward its development, and expects its growth to be substantial in the coming years.

### APPLICATION SERVER – FISCAL 2000 DATA

| | |
|---|---|
| Total Revenue | $200 million |
| License Revenue | $150 million |

Source: Company reports, U.S. Bancorp Piper Jaffray Research

The application server market is large, growing rapidly, and highly fragmented; according to IDC, the overall market size in 1999 was $994 million, and is projected to grow to $11.3 billion in 2004, representing a 62% CAGR.

### APPLICATION SERVER – MARKET OVERVIEW

| | |
|---|---|
| 1999 Market Size (actual) | $994 million |
| 2004 Market Size (estimated) | $11.3 billion |
| CAGR, 1999-2004 | 62% |

Source: IDC

Oracle's application server product has traditionally been developed on its own, but is now part of the overall infrastructure that Oracle markets to its customers, and hence developed by the same team that works on database software. This is a major move on Oracle's part, as it will allow the application server product to move "up the internal food chain" in terms of allocation of development resources.

February 7, 2001

The application server allows companies to manage various applications and their functionality centrally, rather than locally at the client (i.e., on a desktop). To provide a specific example, consider an investment bank that uses multiple pieces of financial software and feeds of market data. Such applications can reside centrally on an application server, rather than on each user's desktop. This not only drastically reduces installation, upgrade, and maintenance costs, but also allows the bulk of data processing, calculations, and the like to be conducted on a powerful server computer, rather than on a simple laptop computer.

The Company believes that its application server product will grow to generate a meaningful percentage of overall revenue over the next few years. The Company believes that its integrated product is technologically superior to that of the competition. In fact, the Company is offering a $1 million guarantee: the Oracle application server and database will run production Web sites three times faster than those being run by Microsoft SQL Server or IBM DB2. While the application server has received positive reviews, we will continue to reserve judgment of the Company's ability to win significant market share until we see meaningful traction.

Nonetheless, we believe Oracle has a good opportunity to make inroads in the applications server market for the following three reasons:
1) **Fragmentation** – aside from BEA, which has a great market reputation, the market is extremely fragmented and ripe for consolidation.
2) **Strong technology** – Oracle has created a compelling product in terms of technology offering.
3) **Integrated solution** – the ability to optimally run a combination of database, application server, and enterprise software applications. Oracle can piggyback on its database penetration and sell its integrated product offering.

Enterprise Software Applications

This market segment goes by many names, but we will generally refer to it as the enterprise software applications, or e-business applications market, which encompasses traditional, internal ERP applications such as HR and financials, along with new-generation, inter-enterprise applications such as CRM, supply chain, procurement, and others.

This market represents Oracle's most strategic market segment today, and the fastest growing. It is one of the main drivers of Oracle's stock price. Over the past six quarters, the Company generated annual revenue growth in excess of 30% within this segment. It is clear from the statistics shown below that the enterprise software applications market is large and growing at a substantial rate. IDC estimates that this market will be more than $77 billion in size by 2004, representing 27% annual growth.

It is also important to note specifically where that growth is taking place. While enterprise resource management (ERM) applications were the largest subsegment of this overall universe during 2000, representing 55% of the total market, new inter-enterprise application areas such as CRM, supply-chain, and procurement are expected to grow at a far more rapid clip than ERM during the next few years. In fact, CRM and supply-chain are expected to collectively make up 55% of the overall market by 2004. Thus, it will be crucial for Oracle to be among the leaders within these two subsegments.

*February 7, 2001*

Below please find an overview of the various market segments that Oracle is attacking within the entire enterprise applications universe, along with their estimated market sizes and growth rates.

## APPLICATIONS MARKET – SECTORS AND ESTIMATED GROWTH RATES
($ In Thousands)

| | 1999 | 2000 | 2001E | 2002E | 2003E | 2004E | CAGR 2000-2004 |
|---|---|---|---|---|---|---|---|
| **Product Supply-Chain Automation** | $4,381 | $6,907 | $10,622 | $15,945 | $22,580 | $30,715 | |
| Annual Growth | 59% | 58% | 54% | 50% | 42% | 36% | 45% |
| **Procurement** | $770 | $2,050 | $4,600 | $6,700 | $8,000 | $9,700 | |
| Annual Growth | NA | 166% | 124% | 46% | 19% | 21% | 47% |
| **CRM** | $3,267 | $4,603 | $6,299 | $8,263 | $10,245 | $12,068 | |
| Annual Growth | NA | 41% | 37% | 31% | 24% | 18% | 27% |
| **ERM** | $14,462 | $16,189 | $18,076 | $20,211 | $22,436 | $24,806 | |
| Annual Growth | NA | 12% | 12% | 12% | 11% | 11% | 11% |
| **Enterprise Applications Total** | $22,881 | $29,749 | $39,598 | $51,118 | $63,261 | $77,289 | |
| Annual Growth | NA | 30% | 33% | 29% | 24% | 22% | **27%** |

Note: ERM encompasses HR, Financials, and other traditional ERP applications; Procurement encompasses e-procurement, marketplace, and content management applications.
Source: IDC and U.S. Bancorp Piper Jaffray Research

## ENTERPRISE SOFTWARE APPLICATIONS MARKET



**2000 (Actual)**

Supply Chain 23%
CRM 15%
Procurement 7%
ERM 55%

**2004 (Estimate)**

Supply Chain 39%
ERM 32%
CRM 16%
Procurement 13%

Source: IDC and U.S. Bancorp Piper Jaffray Research

February 7, 2001

Oracle provides a comprehensive suite of software products that address a wide spectrum of a client's e-business needs, which is called the e-Business Suite. Oracle started as an ERP player by addressing a company's back-office needs, and became particularly well known for the strength of its Financials product line. Oracle's back-office applications focused exclusively on business processes that impacted only the company itself, and were typically accessed only by a limited number of employees (< 10% on average). Its ERP installed base is in excess of 8,500 customers. These applications still generate a significant percentage of Oracle's total enterprise software revenue, but that percentage is declining as Oracle pushes into new product categories.

Oracle now offers an integrated suite of back-office and front-office applications. Oracle expanded beyond back-office applications into front-office applications by delivering products that directly touch or impact relationships outside the corporate firewall. The front-office applications enable a company to get closer with its customers, partners or suppliers, by better understanding their needs and communicating with them in a more efficient manner. The applications have the ability to directly impact a company's bottom line through cost reductions, reduced customer attrition, revenue increases, and optimized profitability.

Unlike some of its competitors, Oracle has not traditionally been an acquisitive company, preferring instead to build software internally, ensuring that it can plug into the rest of the Oracle platform. This is a key selling point for the Company, yet has also resulted in Oracle entering new markets at a later stage, as developing new products takes time.

It is important to note that the Company's enterprise software products are not compatible with other companies' database software. Hence, if a client buys Oracle's enterprise software products, it must also buy its database software. However, given the fact that its database software installed base is in excess of 100,000, this rarely impedes application sales.

The following is a description of Oracle's new 11i e-Business Suite of enterprise applications:

Key Facts
- Internet architecture.
- Integrated suite addressing all corporate functions, from HR to supply chain.
- Available on a suite or component basis.
- 110 modules, 45% of which are new.
- 83 customers live, more than 1,000 implementing the suite.
- Version 3 coming to market.
- Must run on top of Oracle's database software.

The Suite has offerings in all of the areas relevant to enterprise management, including among others the following:
- Supply-chain planning and procurement.
- Finance.
- Human resources.
- CRM.

*February 7, 2001*

**Financial Accounting.** Historically Oracle's strongest product line, financial applications enable companies to better manage and report the complete financial picture of their company. The applications provide the tools to automate, record, analyze, and report financial information in methods that help people throughout the organization make better business decisions. The applications quickly generate the required reporting and regulatory documents, and also facilitate internal controls. Although financial applications such as a general ledger and accounts payable are a standard part of virtually every organization, Oracle supplements these with applications that allow users to generate additional insight and capture more relevant information. The Finance offering includes modules such as General Ledger, Receivables, Cash Management, and Financial Intelligence.

**Human Resources.** A traditional ERP product of Oracle's, human resource applications increase organizational effectiveness through the strategic managing, tracking, and empowering of work forces. Originally, the applications were designed to better manage and track employees, replacing many of the manual functions of the human resources department. However, the applications have grown to become more strategic in nature and have extended far beyond the human resources department. For example, Oracle also offers a related Projects product line, which helps to facilitate the optimal planning and deployment of project resources, timely generation of management reports, and automated, self-service HR applications for mobile employees. The applications extend to help companies better plan for and utilize their most important asset, their human capital, across all departments within an enterprise. Modules include Payroll, Time Management, HR Intelligence, and Project Connect.

**Customer Relationship Management (CRM).** The CRM umbrella encompasses the Sales and Marketing, Support & Service, and Call Center offerings. Oracle has made CRM a major focus, and it now generates approximately 25% of enterprise software license revenue. The offerings provide applications that improve a company's relationships with its customers through the sales, marketing, and customer service channels, providing a single, integrated view of the customer. The applications are designed to bring the enterprise more closely in sync with its customers so that the enterprise can attract, retain, and service profitable customers. Oracle's applications allow clients to reach their customer through virtually any touchpoint, including the Web, telephone, mobile device, direct sales force, pager, etc. These applications are highly strategic to Oracle's future growth, but this represents an extremely competitive space, with Siebel as the clear leader, and a variety of other players vying for position, including PeopleSoft. Modules include eMail Center, Campaign Plus, iStore, Marketing Intelligence, TeleSales, and Mobile Field Service.

**Supply-Chain Management.** Another very strategic area for Oracle, but again, a competitive area, this encompasses the Procurement offering as well. Category killers i2 and Manugistics both have solid momentum, and SAP is also a major player in this market. The ability to link Financial and Procurement modules allows clients to seamlessly integrate data and make decisions throughout its operations, from collaborative forecasting to client billing. Modules include Demand Planning, Constrain-Based Optimization, Supply-Chain Intelligence, and iSupplier Portal.

*February 7, 2001*

## ORACLE'S PRODUCT OFFERING

| | Sector Growth Rates | Comments | Competition |
|---|---|---|---|
| Human Resources | Core HR products are standard cost-reduction software, and the market is growing relatively slowly, at 10%-15% annually. However, a new wave of products is on the horizon that will enable companies to more effectively utilize and leverage their employees, as well as strategically share intellectual capital throughout an organization. This market, although small today, is expected to grow 60%-110% annually through 2004. | Traditional ERP product, in an area led by PeopleSoft. New sectors emerging, including Services Automation and Employee Self Service. | PeopleSoft, SAP, Lawson |
| Financial Applications | Growth of 10%-15% annually. Essentially every company needs some sort of financial accounting package. The differentiating value comes in the architecture and the integration with other Oracle applications. | Traditionally the Company's strongest product line. While this is a slower-growth area, it represents a must-have application set for Oracle to deliver an integrated suite of products. | SAP, Baan, PeopleSoft, JD Edwards, Lawson |
| Customer Relationship Management (CRM) | Growth of 25%-30% annually. There is a tremendous focus on developing much closer relationships with customers, and CRM products provide the applications and analytics to enable companies to provide customized sales, marketing, and customer service, resulting in increased customer retention rates, higher service levels, and greater levels of profitability. | Very strategic area for Oracle, yet one in which it will encounter stiff competition from the likes of Siebel, which often wins on reputation alone. | Siebel, PeopleSoft, Clarify, SAP |
| Supply-Chain Management | Growth of 40%-50% annually. This is a strategically important area for B2B applications, helping companies share information about production, inventory and demand, so that everyone within the value chain can improve overall efficiencies. | The ability to link Financial and Procurement modules allows clients to seamlessly integrate data and make decisions throughout its operations, from collaborative forecasting to client billing. | i2, SAP, Manugistics |

Source: U.S. Bancorp Piper Jaffray

## Competitors

The enterprise software sector is exceptionally competitive. The space is filled with a variety of competitors, some of which compete across a variety of functional areas (i.e., PeopleSoft and SAP), and others that are best of breed within a particular area of functionality (i.e., Siebel in CRM, Ariba (#) in procurement, i2 in supply chain). Other companies are quickly entering the market as the importance of e-business applications continues to grow; for example, Microsoft is now poised to join the applications space with its announced acquisition of Great Plains Software (#@). Below please find an outline of the main competitors.

*February 7, 2001*

## COMPETITION

| Company | Core Strength | Comments |
| --- | --- | --- |
| PeopleSoft | HR, Financials, CRM | Recently rearchitected product line; large installed base (4700 plus); capable of selling a suite, but more focused on components; formidable competitor |
| SAP | ERP, Manufacturing | Largest installed base (13,500 plus); new partnership with Commerce One to attack the marketplace opportunity; particularly strong within continental Europe |
| Ariba / Commerce One | Procurement | No. 1 Procurement and marketplace players, respectively; expanding breadth of product footprint – Ariba through its acquisition of Agile and Commerce One through its partnership with SAP |
| Siebel | CRM | No. 1 CRM player; most difficult best-of-breed vendor to beat one-on-one |
| Lawson | e-Business suite | Rearchitected suite of e-business products, with strong base of mid-market customers and some strong, high-end accounts |
| i2 | Supply chain (SCM) | No. 1 SCM player; looking to expand its footprint; also difficult to beat head-to-head, though Oracle's integration of all applications, along with its database software, offers a strong value proposition |

### e-Business/ERP

- **PeopleSoft.** PeopleSoft is best known for its dominant position in the HR market, as well as its large installed base of more than 4700 customers. The Company acquired Vantive Corporation in late 1999 in order to bolster its presence in the CRM space, and is now positioning itself as a meaningful competitor across the entire e-business applications landscape. During the past two years, the Company mobilized a force of 2,500 developers and invested more than $500 million to completely rearchitect its products for the Internet, the result of which is the new PeopleSoft 8.0 product line. The Company represents significant competition for Oracle, particularly within the HR, Financial, and CRM product areas.

- **SAP.** SAP is the leading worldwide provider of ERP software with a customer base of 13,500, 10 million licensed users, and the largest applications revenue base. The Company is very strong in delivering manufacturing, financial, and human resources applications. The Company is also striving to be a single-source provider of applications, with many companies favoring SAP over best-of-breed solutions. The Company has also released its mySAP.com product line, the Company's e-business platform, which now generates 61% of license revenues. The Company has added CRM, supply-chain management, business intelligence, product life cycle, management, and e-procurement applications to its existing products over the last couple of years. The knocks on SAP are that its products work well only as a suite, are fairly inflexible, and still take a long time to install. SAP is working hard to overcome these issues and shed itself of its legacy ERP image. Nonetheless, it provides tough competition for Oracle today, as it has for years.

*February 7, 2001*

**Best of Breed**

- **Siebel** is the biggest player in the CRM space and has the dominant position in terms of revenues and mind share. Siebel offers a full range of CRM products, from its core strength in SFA products to field service, call center, marketing, and others. Siebel has become the trusted name in the CRM space and it is difficult to beat in head-to-head competition.

- **Ariba and Commerce One.** Ariba and Commerce One have solid offerings in the e-procurement and marketplace arenas (procurement represents the biggest revenue contributor within Oracle's supply-chain management offering). Both of these companies exploded in terms of revenue growth in 2000, and carry tremendous momentum into 2001. They offer a strong best-of-breed offering and have signed up a number of Fortune 500 companies. Both companies are now in the process of significantly expanding their product footprints, through Ariba's acquisition of Agile Software and Commerce One's partnership with SAP.

- **i2 and Manugistics.** These players have been focused on the supply-chain world since inception and have established strong brand identities. i2 is the dominant leader in this category and is also beginning to expand its footprint into collaboration, content aggregation, and the marketplace arena. Manugistics is a distant No. 2 player, but nonetheless offers a compelling best-of-breed solution.

## ORACLE'S APPLICATIONS – COMPETITIVE STRENGTHS AND WEAKNESSES

| Strengths | Weaknesses |
|---|---|
| Comprehensive suite of integrated products | Competes with best-of-breed competitors who may have deeper functionality and/or referenceable customer bases |
| Targets businesses of all sizes | Thought of as a midmarket applications provider by many customers |
| Internet architecture | |
| 8,500-plus applications customers, a huge installed base of database customers, providing a foot in the door | Not known as a broad applications provider and often does not get invited to bid on a deal |
| Huge R&D capabilities | Spread out broadly across multiple products |

Source: US Bancorp Piper Jaffray Research

**The applications space is an incredibly competitive market,** and it is unquestionable that Oracle will encounter tough competition in certain markets, particularly CRM and supply chain. Siebel and i2 are excellent companies, have well-oiled marketing machines, and will not cede territory to Oracle easily. They will tell potential customers that Oracle is 1) unfocused, 2) a database, rather than an applications company, and 3) selling a lot of vision, without a lot of meat on the bone.

*February 7, 2001*

**The next four to six quarters will be telling for Oracle,** and will likely determine whether the Company will be a clear leader in enterprise software. Moreover, this time frame will also be telling in terms of whether we will continue to see a broad trend towards suite software solutions, rather than best-of-breed, which of course would benefit Oracle.

## Sales And Strategy

**Oracle has a massive sales and marketing organization,** and the Company generates roughly 70% of its revenue from its own direct sales force. Its staff within the sales and marketing divisions numbers more than 8,000, including more than 3,000 quota-carrying sales representatives.

**Oracle has one of the best sales forces in the software world.** In addition to its size, the sales force is composed of high-quality, aggressive individuals. Through the pervasiveness of the Oracle database, the sales force already has a foot in the door to many of the largest companies worldwide. Moreover, the Oracle culture is very competitive: exceed quota and get compensated well, consistently miss quota and get weeded out.

**The Oracle sales force is versed in and sells all of the Company's products.** This appears to be a liability considering the broad scope of Oracle's products, from technology-laden application servers to process-oriented application functionality. However, a presales team can also accompany the sales force to provide specific product knowledge and support.

**Oracle generates approximately 30% of its revenue through alliance partners.** Oracle's Alliance partners include value-added resellers (VARs), distributors, hardware providers, systems integrators, and independent software vendors (ISVs).

**Oracle is also aggressively selling its products over the Web.** In an effort to further reduce costs and simplify the sales process, Oracle is providing yet another way to purchase its products. This method makes Oracle's products and services available to all businesses globally, whether or not they have been called on by a salesperson.

## MARKETING MUSCLE

| | |
|---|---|
| Annual Sales & Marketing expenditure (FY00) | $2.6 billion |
| Sales & Marketing headcount | 8,000+ |
| Quota-carrying sales reps | 3,000+ |

Source: Company reports

*February 7, 2001*

The Company spent more than $2.6 billion in sales and marketing during fiscal 2000. Roughly 80% of this figure can in some way be attributed to sales force compensation, with marketing spend representing a relatively small percentage. Despite all of these resources, Oracle operates the sales and marketing unit quite efficiently.

Oracle's most impressive marketing pitch has been that the Company saved more than $1 billion and improved its operating margins by 1,000 basis points by implementing its own e-business software. Significant cost savings came through Oracle's global consolidation to centralized data centers, rejecting the client/server nightmare of adding more software, more hardware, and more support personnel to handle increasing volumes. Oracle has already consolidated 60 disparate financial databases, running in 60 different countries, down to one. The centralization continues with plans to go from 97 e-mail servers and 120 databases to four servers running four databases, from 32 back-office servers with 60 databases to two servers running four databases, and consolidating 27 support applications down to one worldwide. Overall, the changes have greatly reduced the Company's hardware investment as well as the cost of maintenance and upgrades.

The Company is marketing itself as the complete e-business solutions provider—THE provider of the tools, technology, and guidance needed to transform a client's business into an e-business. This type of marketing pitch goes far beyond simply promising to provide companies with a specific piece of database software, or module of accounting software, and instead dramatically broadens the scope of Oracle's impact within an organization. Oracle is able to provide its clients with insightful guidance and products related to data and application management, organizational process redesign, and software implementation, and positions the Company's offering as a driver in facilitating major organizational change for a client.

Oracle's target market is "big business, small business, all business." The Company's database is installed at some of the world's largest organizations and has strong market share within the midmarket customer base as well. The Company's applications business has its strongest foothold within the midmarket customer base, although the Company is expanding its reach and focus. The Company's varied sales techniques (direct sales, Alliance Partners, Web sales, and hosting) allow it to effectively reach all potential customers.

As we have stated previously, Oracle's most strategic product line today is enterprise software. The Company is now actively marketing its new 11i e-Business Suite of applications, a fully Web-based suite that includes financials, HR, CRM, supply chain, project management, business intelligence, and procurement applications. Below please find a sample list of Oracle's new 11i customers:

## SAMPLING OF ORACLE 11 E-BUSINESS SUITE CUSTOMERS

| Industry | Sample Customers |
| --- | --- |
| Consumer Products | Odwalla, Ralston Purina |
| Financial Services | Citigroup, MBNA (#), Bank of Montreal, Barclays UK |
| Health Care | GE Medical |
| Exchanges | Covisint, Chevron/Retailers Market Exchange |
| High Technology | HP, Retek (#@), JDS Uniphase (#) |

Source: Company reports

*February 7, 2001*

**Oracle is dedicating huge resources to the applications effort.** During recent years, the Company has spent as much as 30% of its R&D budget on the development of enterprise software applications. The Company has more than 10,000 employees working on this effort. However, going forward management expects this number to be closer to 15%, as part of a more balanced, across-the-board development effort. It is also worth noting that application server and database software R&D efforts are now conducted jointly, complementing the selling of a complete solution to customers.

**Oracle aggressively pushes the products in suite form, but will also sell applications as stand-alone components.** The Company's differentiable value proposition comes in being able to offer an integrated suite of products (versus stand-alone players such as Siebel, i2, and Ariba). Benefits include lower near-term systems integration costs, a more fluid working unit of commonly architected applications, and reduced training, integration, and maintenance costs in the longer term. Moreover, the Company offers the applications server and database products that the other suite providers (SAP, PeopleSoft, and Lawson) cannot provide.

**We are only cautiously optimistic that the suite approach will work in the near term.** Most companies have a number of disparate applications already in place and are only looking to add on new functionality. They do not want to scrap their millions of dollars invested in software and training (in some cases hundreds of millions of dollars) and replace them with a new product. We believe the suite approach is a long-term vision and sales proposition that many companies may not pursue at this time. Nonetheless, it is a compelling long-term solution, and a wise move for an existing Oracle customer or a new company starting out fresh.

**Nonetheless, suite approaches tend to win in the long run.** With new product or technology introductions, point solutions tend to do best because they offer the most robust functionality. As the market matures, consolidation begins and the suite solution is more advantageous for customers. We are starting to see the first signs of consolidation as software companies work to broaden their functionality either through partnership (i.e., SAP and Commerce One [#@]) or acquisition (i.e., Ariba's acquisition of Agile[#]). It would be inaccurate to characterize the "suite camp" as larger than that of best-of-breed at this point. However, a continued move in this direction would play directly into the strategy of Ellison and Oracle.

**We believe the Company will step up its marketing within the applications world,** aggressively going after tough rivals such as Siebel in CRM and i2 in supply chain. Oracle tends to lose a good percentage of its deals by not even making the short list. This is due to the poor perception that potential customers have of Oracle as an applications company. Oracle clearly wants to change this sentiment and, we believe, will be taking bold steps in advertising and marketing campaigns to make sure that it gets invited to the bidding process.

**Oracle began migrating its pricing scheme one year ago to a system known as Power Unit pricing.** Under this system, application licenses are typically priced based on processing power needed, rather than number of seats, users, or the like. Moreover, the Company has made a concerted effort to implement standardized discount terms, in order to speed contract closing, reduce excessively discounted pricing points, and simplify the contract management administration.

*February 7, 2001*

## Management

Oracle is led by its CEO, Larry Ellison, who co-founded the Company in 1977. There have been two high-profile departures in the past several months, with President Ray Lane and EVP Gary Bloom leaving to join Kleiner Perkins and Veritas, respectively. Nonetheless the Company has a deep and talented management team, including the following:

**Larry Ellison, Chairman and CEO**—Ellison cofounded the Company in 1977, at the age of 31, under the name of Software Development Laboratories. During the past 24 years, Ellison has grown Oracle into a powerhouse with more than $10 billion in annual revenue and incredibly high operating margins. A technology visionary, Ellison serves on the board of Apple Computer and is also co-chairman of California's Council on Information Technology.

**Jeff Henley, CFO**—Henley has served as Oracle's CFO since 1992 and is also a director of the Company. Prior to joining Oracle, Henley served as CFO of Pacific Holding Company, a private company with diversified interests in real estate and manufacturing. Henley has also served as CFO of Saga, a food service company, and director of finance at Memorex.

**Jay Nussbaum, EVP, Oracle Service Industries**—Nussbaum joined Oracle in 1992, and is responsible for Oracle Service Industries, which encompasses government, education, health care, communications, utilities, and financial services. Nussbaum joined Oracle after 24 years with Xerox, which culminated with his position as president of Integrated Systems Operations.

**George Roberts, EVP, U.S. Sales**—Roberts has held numerous leadership roles in Oracle's U.S. sales division during the past eight years, and now oversees the entire group. Prior to joining Oracle, Mr. Roberts held several sales positions at Applied Data Research.

**Edward "Sandy" Sanderson, EVP**—Sanderson is responsible for Oracle Exchanges, Oracle Product Industries (OPI), Oracle Consulting, and the Latin America Division. Prior to joining Oracle, Sanderson was president of Unisys' Worldwide Information Services. Previously, he was a partner at both McKinsey and Andersen Consulting.

**Safra Catz, EVP, Global Business practices**—Catz joined Oracle in 1999. Previously she served as a managing director with Donaldson, Lufkin & Jenrette, and worked in a variety of investment banking positions for 13 years.

## Global Focus

Oracle is a truly global corporation, with roughly half of its revenue and employees generated and stationed outside of the United States, and substantial components of its overall growth coming from the Asia-Pacific region. Highlights include the following:

*February 7, 2001*

## INTERNATIONAL OVERVIEW

| Metric | Amount | % Of Worldwide Total |
|---|---|---|
| Employees | 21,342 | 51% |
| International Revenue (LTM) | $4.4 billion | 41% |
| EMEA Revenue (LTM) | $3 billion | 28% |
| APAC Revenue (LTM) | $1.4 billion | 13% |

Note: "LTM" indicates the last 12 months, which includes December 1999 through November 2000.
Source: Company reports and U.S. Bancorp Piper Jaffray Research

Given the current uncertainty regarding the U.S. economy, and the effects that a slowdown may have on software and technology spending, Oracle's international diversification provides the Company with a distinct advantage vis-à-vis its competition.

While a U.S. slowdown will undoubtedly impact international economic performance to some extent, the correlation factor is not equal to one. With that in mind, should the United States enter a recession, it is comforting to know that in effect Oracle has a $4.4 billion international subsidiary that despite its size, is still growing 10% annually. On this topic, below please find an overview of projected global GDP growth rates for 2001.

## ECONOMIC OUTLOOK – GDP GROWTH

| Region | 1999 | 2000 | 2001E |
|---|---|---|---|
| World | 2.9% | 4.2% | 3.4% |
| North America | 4.3% | 5.2% | 3.2% |
| Western Europe | 2.2% | 3.4% | 3.0% |
| APAC | 2.9% | 4.0% | 3.9% |
| Latin America | 0.2% | 3.7% | 3.9% |

Source: The Economist Intelligence Unit

## Currency Matters

Oracle is exposed to fluctuations in the value of the U.S. dollar versus other major currencies, given the size of its international operations (42% of total revenue during fiscal 2000). During the past several quarters, the U.S. dollar's marked appreciation against major currencies, such as the euro, has resulted in an understatement of the size of Oracle's international results.

The Company engages in a foreign currency hedging program, in order to somewhat mitigate the risks associated with such currency movements. Primarily this involves the use of forward FX (foreign exchange) contracts. As of November 30, 2000, the Company held the following forward FX positions (among others), all of which have maturities of less than 90 days.

*February 7, 2001*

## CURRENCY

| | Notional Amount ($ Thousands) | Weighted Average Exchange Rate | Current Exchange Rate |
|---|---|---|---|
| U.K. pound | $124,977 | 1.42 | 1.48 |
| euro | $73,659 | 0.86 | 0.94 |
| Canadian dollar | $41,150 | 1.53 | 1.51 |
| Swedish krona | $22,561 | 10.11 | 9.51 |
| Korean won | $19,638 | 1,196.63 | 1262.10 |

Source: Company reports, Bloomberg, and U.S. Bancorp Piper Jaffray Research

Despite its hedging activities, currency fluctuations can still have a meaningful impact on Oracle's financial results. For example, during fiscal 2000, EMEA region license revenue growth was reported at 5%, but in local currency terms actually grew at 14%. This was largely due to the fact that the euro fell sharply from its initial level of 1.15 U.S. dollars per euro. Despite the fact that EMEA license revenue makes up only 12% of Oracle's overall revenue, had the U.S. dollar been completely stable against the EMEA currencies, revenue would have come in $96.5 million higher, resulting in a $0.01 increase in EPS.

Currency movements could benefit Oracle during the current quarter. For example, as shown above, the euro is now trading at 0.94 U.S. dollars per euro, versus the weighted-average level of 0.86 at which Oracle entered into forward FX contracts during second quarter 2001. According to our third quarter 2001 forecast, should EMEA results come in as expected, with the euro remaining at its current level, this would result in approximately $40 million in additional revenue for Oracle.

## Financials

Oracle operates on a May fiscal year, and is currently in fiscal third quarter 2001, which will end in February.

Revenue Recognition: Oracle adheres to generally accepted accounting principles (SOP 97-2) in recognizing revenue. Oracle is required to adopt SAB 101 by fourth quarter 2001, but does not anticipate that this will have a material impact on its results. License revenue is primarily recognized upon delivery (96% of contracts), unless acceptance criteria are established, for example related to customization. Services are recognized as provided, and maintenance revenue is recognized ratably over the term of the contract. The typical annual maintenance payment for the purchaser of a software license contract is equivalent to 22% of the license fee.

Oracle generates revenue through license fees and service fees. License fees are received for enterprise software applications, database software, application servers, and tools. License fees for database software and application servers are combined under the term "server license fees," with database license representing approximately 95% of this category's total.

*February 7, 2001*

Service fees are received for consulting and education, and product support. The Company also receives compensation for documentation, systems integration, and other miscellaneous services, which it classifies as "other revenue," though this represents only roughly 1% of overall revenue. Oracle's revenue breakdown is as follows:

## ORACLE'S REVENUE SOURCES

| Type | 1999 | 2000 | 2001E | 2002E |
|---|---|---|---|---|
| **Total Revenue** | $8.8 billion | $10.1 billion | $11.92 billion | $14.25 billion |
| U.S. | 57.2% | 58.4% | | |
| EMEA | 32.3% | 29.4% | | |
| APAC | 10.4% | 12.2% | | |
| **License Fees** | 40.7% | 42.6% | 45.7% | 46.8% |
| Application license Fees | 7.4% | 9.1% | 13.0% | 15.6% |
| Server License Fees | 30.0% | 30.6% | 30.9% | 30.0% |
| Tools License Fees | 3.3% | 2.9% | 1.7% | 1.1% |
| **Service Fees** | 58.2% | 56.1% | 53.1% | 52.1% |
| Support | 26.6% | 29.4% | 30.7% | 32.5% |
| Consulting And Education | 31.6% | 26.7% | 22.4% | 19.7% |

Note: "Server license fees" includes license fees for application servers and database software, 95% of which is for database software.
Source: Company reports and U.S. Bancorp Piper Jaffray Research

The Company's database business makes up the lion's share of its revenue, both in terms of license and service fees. However, the area with the highest rate of growth is the enterprise applications area, which generated 66% year-over-year growth and has grown in excess of 30% year over year for each of the past six quarters. The Company does not formally break out its enterprise software revenue by product line, and in fact focuses on the suite sale when approaching clients.

From a profitability perspective, the Company's segments, as broken out in its SEC filings, generate the margin levels outlined below. However, it is important to note that these levels of profitability do not take into account corporate expense allocations, and simply account for expenses over which these segments have direct control.

## BUSINESS SEGMENT

| | Profit Margin |
|---|---|
| License | 56% |
| Overall Service | 58% |
| Support | 82% |
| Consulting | 23% |
| Education | 44% |

Source: Company reports

February 7, 2001

Fiscal 2000 (ended May 2000) was a great year for Oracle. The Company grew overall revenue by 15%, generated an operating margin of 30.4%, and prepared its new 11i e-Business Suite for market release.

The first two quarters of fiscal 2001 have seen Oracle continue its pace of achievement, with total revenue growing 14%, and operating margin expanding to 33%. Importantly, Oracle's application license revenue grew 66% year over year during second quarter 2001, as the 11i e-Business Suite began to pick up steam in the market.

The Company will report its third quarter 2001 (ending February) results in mid-March. We believe that Oracle will continue to gain traction with its 11i product, and are forecasting the following results: $2.9 billion in total revenue, $340 million in application license revenue (71% year-over-year growth), and a 36% operating margin. In terms of earnings, we are forecasting EPS of $0.12, which is in line with First Call consensus estimates.

### SUMMARY OF THIRD QUARTER 2001 FORECAST (ENDING FEBRUARY)

| | |
|---|---|
| Total Revenue | $2.9 billion (annual growth of 18%) |
| Application License Revenue | $340 million (annual growth of 71%) |
| Database Software And Application Server License Revenue | $900 million (annual growth of 16%) |
| Operating Margin | 36% |
| EPS | $0.12 (in-line with First Call consensus estimate) |

Source: U.S. Bancorp Piper Jaffray Research

We expect that Oracle's momentum will continue into fiscal 2002, and believe that the Company will continue to expand its presence in the CRM, supply chain, and application server markets in particular. For fiscal 2002 we are forecasting the following results: $14.25 billion in total revenue (20% annual growth), $2.2 billion in application license revenue (43% annual growth), a 38.8% operating margin, and EPS of $0.63 (23% annual growth).

### SUMMARY OF FISCAL 2002 FORECAST

| | |
|---|---|
| Total Revenue | $14.25 billion (annual growth of 20%) |
| Application License Revenue | $2.2 billion (annual growth of 43%) |
| Database Software And Application Server License Revenue | $4.3 billion (annual growth of 16%) |
| Operating Margin | 38.8% |
| EPS | $0.63 (annual growth of 23%) |

Source: U.S. Bancorp Piper Jaffray Research

*February 7, 2001*

It is clear to us that Oracle now has a substantial amount of momentum, and we are confident that the Company will continue to pick up steam in the near term. Nonetheless the Company is attacking many markets in which it has not been present before, and is doing so with the prospect of an economic slowdown in the wings. Therefore, while we are comfortable with our estimates at this moment, we are conscious of the fact that such growth will not be without its share of execution challenges.

**Seasonality**—Oracle has traditionally experienced substantial seasonality in its business results, with fiscal fourth quarter (May quarter) representing the Company's strongest quarter, and the following fiscal first quarter (August) quarter oftentimes generating sequentially negative growth. For example, first quarter 2001's total revenue of $2.26 billion was down 33% sequentially.

## Balance Sheet

Oracle has a stellar balance sheet, with a substantial amount of cash, a nominal level of debt, and strong liquidity metrics. Highlights include the following:

### BALANCE SHEET OVERVIEW
(Balance Sheet Data As Of November 30, 2000)

| | |
|---|---|
| Cash And ST Investments | $4.3 billion |
| Current Ratio | 2.2 |
| Quick Ratio | 2.0 |
| DSO | 66 days |
| Debt / Market Cap | 0.3% |
| Deferred Revenue | $1.05 billion |

Source: Company reports and U.S. Bancorp Piper Jaffray Research

It is difficult to overstate the strength of Oracle's financial position. During the past two quarters, the Company has repurchased more than $3.4 billion of its own stock, and still has more than $4 billion in cash on hand. Currently the Company is authorized to repurchase 1.06 billion shares of its own stock; to date approximately 90 million shares of this authorization have been repurchased.

*February 7, 2001*

## Valuation

Below please find our valuation analysis of Oracle, which we have conducted from a variety of angles, including the following:

1) Performance relative to major indices during the past five years.
2) Forward P/E trading ranges during the past nine years.
3) Price/sales and P/E ratios relative to the competition.
4) Our overall take.

1) **Performance Relative To Major Indices During The Past Five Years**

The growth and operating performance of Oracle's business during the past few years has resulted in tremendous stock price performance. Below please find an overview of the stock's performance versus the major indices:

### ORACLE'S RELATIVE STOCK PRICE PERFORMANCE, 1996-2001

| Company / Index | % Performance |
| --- | --- |
| Oracle | +687% |
| DJIA | +103% |
| NASDAQ | +147% |



Source: Bloomberg

Despite this impressive performance, the Company's stock price is now significantly below its previous high of $46.50, which it reached during May 2000.

*February 7, 2001*

### 2) Forward P/E Trading Ranges During The Past Nine Years

It is clear that like much of the market, Oracle's stock had a great run during the past several years, but has fallen significantly as of late. But how does it look on a longer-term historical basis? Below please find an analysis of the Company's historical forward P/E trading performance.

---

### ORACLE – FORWARD P/E FACTS AND FIGURES

| | |
|---|---|
| Common range, 1992-1998 | 20x – 45x |
| Decade high, 2000 | 118x |
| Current | 50x |

---

### FORWARD P/E ANALYSIS



Source: Baseline and U.S. Bancorp Piper Jaffray Research

---

As demonstrated in the chart above, between 1992 and 1998, Oracle's stock traded within a relatively tight forward P/E multiple range of 20x to 45x. As the Company's earnings grew, so did its share price, but largely in a linear and consistent fashion. Yet, starting in 1999, the stock began to trade far above this range, reaching a decade-high forward P/E multiple of 118x in early 2000. However, in the last several months, investors have shown a new appreciation for the forces of gravity and brought Oracle's shares nearly in-line with this historical range—currently at a forward P/E multiple of 50x.

### 3) Price/Sales And P/E Ratios Relative To The Competition

Below please find an analysis of Oracle's P/E and P/Sales ratios, relative to its main competitors within the enterprise software, database software, and application server markets.

*February 7, 2001*

## ORACLE CORPORATION COMPARABLES

| | Price 2/7/01 | Market Cap | CY01 EPS | P/E | CY01E Rev (000) | P/Rev |
|---|---|---|---|---|---|---|
| Oracle | $27.625 | 162,214 | $0.55 | 50.0 | 12,928 | 12.5 |

| | Price 2/7/01 | Market Cap | 2001E EPS | P/E | 2001E Rev (Mil.) | P/Rev |
|---|---|---|---|---|---|---|
| **Enterprise Software** | | | | | | |
| SAP | $45.36 | $23,573 | $0.66 | 68.7 | $7,390 | 3.2 |
| PSFT | $40.56 | $12,737 | $0.63 | 64.4 | $2,102 | 6.1 |
| SEBL | $66.25 | $35,106 | $0.70 | 94.6 | $2,624 | 13.4 |
| ITWO | $51.50 | $20,842 | $0.39 | 132.1 | $1,693 | 12.3 |
| ARBA | $31.75 | $9,081 | $0.26 | 122.1 | $856 | 10.6 |
| CMRC | $28.38 | $6,441 | $0.02 | NM | $900 | 7.2 |
| *Group mean* | | | | *96.4* | | *8.8* |
| *Group median* | | | | *94.6* | | *8.9* |
| **Database Software** | | | | | | |
| IBM | $114.19 | $200,333 | $5.00 | 22.8 | $96,466 | 2.1 |
| MSFT | $62.56 | $333,604 | $1.86 | 33.6 | $26,869 | 12.4 |
| IFMX | $7.66 | $2,142 | $0.38 | 20.1 | $1,049 | 2.0 |
| SYBS | $25.75 | $2,258 | $1.36 | 18.9 | $1,083 | 2.1 |
| *Group mean* | | | | *23.9* | | *4.7* |
| *Group median* | | | | *21.5* | | *2.1* |
| **Application Server** | | | | | | |
| BEAS | $62.88 | $27,040 | $0.37 | 169.9 | $1,210 | 22.3 |
| SUNW | $27.81 | $89,556 | $0.75 | 37.1 | $23,215 | 3.9 |
| IBM | $114.19 | $200,333 | $5.00 | 22.8 | $96,466 | 2.1 |
| *Group mean* | | | | *76.6* | | *9.4* |
| *Group median* | | | | *37.1* | | *3.9* |

Source: First Call, Bloomberg, and U.S. Bancorp Piper Jaffray Research

As shown above, Oracle is trading at a discount to its more rapidly growing enterprise software competitors, yet at a premium to the median multiple of its database software and application server competitors. If we weight these multiples in proportion to Oracle's forecast calendar 2001 revenue, the Company is trading at a slight premium to the mean on a P/E basis: 50x for Oracle versus 47.8x for its comps.

4) Our Overall Take
In our view, Oracle's stock is trading at the high end of its historical range, and slightly ahead of its comps. We believe there is room for stock price appreciation through:

A) An acceleration of applications software growth and key wins in the fast-growing segments of CRM and supply-chain management;
B) Even greater efficiency gains, resulting in higher operating margins beyond our fiscal 2002 estimates;
C) Accelerating growth in the applications server market.

*February 7, 2001*

## Summary

- We believe that Oracle is well positioned to provide its clients with an integrated technology offering. By leading with its category-killer database software product, the Company is well placed, in our view, to cross-sell its compelling suite of enterprise software applications, as well as its application server product. While the Company will undoubtedly encounter cut-throat competition from best-of-breed enterprise software companies (i.e., Ariba, Siebel, and i2), we believe Oracle is well-equipped for battle.

- We are initiating coverage of Oracle with a Buy rating.

## Company Description

Founded in 1977, Oracle is a leading provider of database, application server, and enterprise application software. The Company's products allow companies to more effectively run their entire business by enabling the collection, storage, and analysis of corporate data (through its database), as well as the automation of various business functions, including payroll, procurement, and collaborative design (through its enterprise software). Oracle is the world's No. 1 provider of database software with an installed base of more than 100,000, as well as an enterprise software installed base of more than 8,500.

Oracle has headquarters in Redwood Shores, CA, is led by CEO and co-founder Larry Ellison, and currently employs more than 42,000 worldwide.

## Investment Risks

- The management team is faced with managing rapid growth and continuing to execute while dealing with the challenges of growth.

- The Company must maintain its ability to hire and retain managerial talent, one of its most important resources. Oracle has lost two key executives, Ray Lane and Gary Bloom, during the past nine months.

- The Company has recently released and will soon be releasing a variety of new products across its entire product line, and is aggressively marketing these products to customers. While providing tremendous opportunity, these products may not be widely accepted by the market.

- The Company has traditionally experienced substantial seasonality in its business results, with fiscal fourth quarter (May quarter) normally representing the Company's strongest quarter, and the following fiscal first quarter (August) quarter oftentimes generating sequentially negative growth.

*February 7, 2001*

## INCOME STATEMENT
(Dollars In Thousands, Except Per Share)

| | Year F1999 | Aug Q1:00 | Nov Q2:00 | Feb Q3:00 | May Q4:00 | Year F2000 |
|---|---|---|---|---|---|---|
| **Gross Revenues** | | | | | | |
| License Revenue and Other | $3,688,364 | $632,181 | $902,632 | $1,071,373 | $1,840,609 | $4,446,795 |
| Application License | 651,042 | 109,143 | 167,818 | 198,830 | 447,413 | 923,204 |
| Database Server License | 2,646,783 | 443,255 | 650,670 | 778,045 | 1,228,327 | 3,100,297 |
| Service Revenue | 5,138,886 | 1,352,336 | 1,419,251 | 1,378,045 | 1,533,701 | 5,683,333 |
| **Total Revenues** | 8,827,252 | 1,984,517 | 2,321,883 | 2,449,418 | 3,374,310 | 10,130,128 |
| | | | | | | |
| **Cost of Revenues** | | | | | | |
| Cost of Revenue | 3,064,148 | 756,750 | 753,170 | 707,261 | 725,498 | 2,942,679 |
| **Total Cost of Revenues** | 3,064,148 | 756,750 | 753,170 | 707,261 | 725,498 | 2,942,679 |
| | | | | | | |
| **Gross Profit** | 5,763,102 | 1,227,767 | 1,568,713 | 1,742,157 | 2,648,812 | 7,187,449 |
| | | | | | | |
| **Operating Expenses** | | | | | | |
| Research & Development | 841,406 | 235,941 | 248,160 | 255,552 | 270,229 | 1,009,882 |
| Sales & Marketing | 2,622,379 | 538,426 | 631,433 | 594,696 | 852,194 | 2,616,749 |
| General & Administrative | 426,438 | 107,537 | 113,055 | 122,188 | 137,878 | 480,658 |
| **Total Operating Expenses** | 3,890,223 | 881,904 | 992,648 | 972,436 | 1,260,301 | 4,107,289 |
| | | | | | | |
| **Operating Income** | 1,872,881 | 345,863 | 576,065 | 769,721 | 1,388,511 | 3,080,160 |
| Interest Income & Other | 109,197 | 18,347 | 15,450 | 15,727 | 48,372 | 97,896 |
| Pretax Income | 1,982,078 | 364,210 | 591,515 | 785,448 | 1,436,883 | 3,178,056 |
| | | | | | | |
| Taxes | 692,320 | 127,474 | 207,031 | 274,907 | 502,909 | 1,112,321 |
| **Net Operating Income** | 1,289,758 | 235,736 | 384,484 | 510,541 | 933,974 | 2,065,735 |
| | | | | | | |
| Extraordinary Expense/(Credit) | 0 | 0 | 0 | (423,882) | (6,521,496) | (6,945,378) |
| Restructuring Charge | 0 | 0 | 0 | 0 | 0 | 0 |
| Amortization of Deferred Compensation | 0 | 0 | 0 | 0 | 0 | 0 |
| Amortization of Goodwill | 0 | 0 | 0 | 0 | 0 | 0 |
| | | | | | | |
| **Net Reported Income** | 1,289,758 | 235,736 | 384,484 | 763,176 | 4,912,407 | 6,296,803 |
| | | | | | | |
| **Operating EPS (fully taxed)** | $0.87 | $0.04 | $0.06 | $0.09 | $0.16 | $0.34 |
| EPS as Reported | $0.87 | $0.04 | $0.06 | $0.13 | $0.82 | $1.05 |
| | | | | | | |
| Shares Outstanding (000s) | 1,484,225 | 5,964,804 | 6,012,600 | 5,996,378 | 6,009,586 | 5,995,842 |

*February 7, 2001*

| Aug Q1:01 | Nov Q2:01 | Feb Q3:01E | May Q4:01E | Year F2001E | Aug Q1:02E | Nov Q2:02E | Feb Q3:02E | May Q4:02E | Year F2002E |
|---|---|---|---|---|---|---|---|---|---|
| $807,238 | $1,118,238 | $1,320,000 | $2,345,000 | $5,590,476 | $1,001,000 | $1,382,000 | $1,641,000 | $2,797,000 | $6,821,000 |
| 155,526 | 279,271 | 340,000 | 780,000 | 1,554,797 | 260,000 | 425,000 | 520,000 | 1,025,000 | 2,230,000 |
| 584,627 | 775,443 | 900,000 | 1,425,000 | 3,685,070 | 680,000 | 900,000 | 1,050,000 | 1,650,000 | 4,280,000 |
| 1,454,637 | 1,541,308 | 1,570,000 | 1,765,000 | 6,330,945 | 1,725,000 | 1,820,000 | 1,830,000 | 2,055,000 | 7,430,000 |
| 2,261,875 | 2,659,546 | 2,890,000 | 4,110,000 | 11,921,421 | 2,726,000 | 3,202,000 | 3,471,000 | 4,852,000 | 14,261,000 |
| | | | | | | | | | |
| 673,878 | 694,998 | 751,000 | 908,000 | 3,027,876 | 830,000 | 890,000 | 895,000 | 1,045,000 | 3,660,000 |
| 673,878 | 694,998 | 751,000 | 908,000 | 3,027,876 | 830,000 | 890,000 | 895,000 | 1,045,000 | 3,660,000 |
| | | | | | | | | | |
| 1,587,997 | 1,964,548 | 2,139,000 | 3,202,000 | 8,893,545 | 1,896,000 | 2,312,000 | 2,576,000 | 3,807,000 | 10,591,000 |
| | | | | | | | | | |
| 251,027 | 266,280 | 280,000 | 305,000 | 1,102,307 | 285,000 | 305,000 | 325,000 | 355,000 | 1,270,000 |
| 572,964 | 640,865 | 700,000 | 950,000 | 2,863,829 | 650,000 | 725,000 | 775,000 | 1,070,000 | 3,220,000 |
| 105,965 | 111,402 | 120,000 | 145,000 | 482,367 | 120,000 | 130,000 | 150,000 | 165,000 | 565,000 |
| 929,956 | 1,018,547 | 1,100,000 | 1,400,000 | 4,448,503 | 1,055,000 | 1,160,000 | 1,250,000 | 1,590,000 | 5,055,000 |
| | | | | | | | | | |
| 658,041 | 946,001 | 1,039,000 | 1,802,000 | 4,445,042 | 841,000 | 1,152,000 | 1,326,000 | 2,217,000 | 5,536,000 |
| 102,769 | 33,348 | 45,000 | 47,500 | 228,617 | 50,000 | 50,000 | 50,000 | 50,000 | 200,000 |
| 760,810 | 979,349 | 1,084,000 | 1,849,500 | 4,673,659 | 891,000 | 1,202,000 | 1,376,000 | 2,267,000 | 5,736,000 |
| | | | | | | | | | |
| 275,566 | 343,069 | 384,820 | 656,573 | 1,660,028 | 316,305 | 426,710 | 488,480 | 804,785 | 2,036,280 |
| 485,244 | 636,280 | 699,180 | 1,192,928 | 3,013,632 | 574,695 | 775,290 | 887,520 | 1,462,215 | 3,699,720 |
| | | | | | | | | | |
| (15,433) | 13,468 | 0 | 0 | (1,965) | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | | | | | | | | |
| 500,677 | 622,812 | 699,180 | 1,192,928 | 3,015,597 | 574,695 | 775,290 | 887,520 | 1,462,215 | 3,699,720 |
| | | | | | | | | | |
| $0.08 | $0.11 | $0.12 | $0.20 | $0.51 | $0.10 | $0.13 | $0.15 | $0.25 | $0.63 |
| $0.08 | $0.11 | $0.12 | $0.20 | $0.51 | $0.10 | $0.13 | $0.15 | $0.25 | $0.63 |
| | | | | | | | | | |
| 5,932,870 | 5,874,987 | 5,872,000 | 5,869,000 | 5,869,000 | 5,866,000 | 5,863,000 | 5,860,000 | 5,857,000 | 5,857,000 |

*February 7, 2001*

## BALANCE SHEET
(Dollars In Thousands)

|  | May Q4:98 | May Q4:99 | May Q4:00 | Aug Q1:01 | Nov Q2:01 |
|---|---|---|---|---|---|
| **Assets** | | | | | |
| Cash & Equivalents | $1,273,681 | $1,785,715 | $7,429,206 | $4,837,097 | $4,356,165 |
| Short-Term Investments | 645,518 | 777,049 | 332,792 | 225,475 | 0 |
| Accounts Receivable | 1,857,480 | 2,238,204 | 2,533,964 | 1,696,320 | 1,935,767 |
| Other Receivables | 207,544 | 240,792 | 256,203 | 162,847 | 0 |
| Prepaid Expenses & Other Assets | 338,827 | 405,514 | 331,169 | 336,856 | 531,532 |
| **Total Current Assets** | **4,323,050** | **5,447,274** | **10,883,334** | **7,258,595** | **6,823,464** |
| | | | | | |
| Net Property & Equipment | 934,350 | 987,482 | 934,455 | 936,757 | 941,793 |
| Long-Term Investments | 186,511 | 249,547 | 110,000 | 70,000 | 30,000 |
| Computer Software Development Costs | 99,012 | 0 | 0 | 0 | 0 |
| Intangible & Other Assets | 276,088 | 575,351 | 1,148,990 | 1,247,175 | 1,128,510 |
| **Total Assets** | **5,819,011** | **7,259,654** | **13,076,779** | **9,512,527** | **8,923,767** |
| | | | | | |
| **Liabilities & S/H Equity** | | | | | |
| Current Portion of Notes Payable | 2,924 | 3,638 | 2,691 | 3,660 | 2,596 |
| Trade Accounts Payable | 239,698 | 283,896 | 287,495 | 253,243 | 282,738 |
| Income Taxes Payable | 300,954 | 406,474 | 2,987,080 | 600,846 | 526,492 |
| Accrued Liabilities | 521,693 | 651,741 | 725,630 | 778,082 | 1,301,990 |
| Other Compensation | 541,809 | 693,525 | 725,860 | 401,693 | 0 |
| Deferred Revenue | 877,087 | 1,007,149 | 1,133,482 | 1,269,585 | 1,053,809 |
| **Total Current Liabilities** | **2,484,165** | **3,046,423** | **5,862,238** | **3,307,109** | **3,167,625** |
| | | | | | |
| Deferred Revenue | 0 | 0 | 0 | 0 | 0 |
| Notes Payable, less current portion | 304,337 | 304,140 | 300,770 | 300,731 | 300,802 |
| Deferred Income Taxes | 15,856 | 135,887 | 266,130 | 355,661 | 337,620 |
| Other LT Liabilities | 57,095 | 77,937 | 186,178 | 178,128 | 191,257 |
| | | | | | |
| **S/H Equity:** | | | | | |
| Convertible Preferred Stock | 0 | 0 | 0 | 0 | 0 |
| Common Stock | 973 | 2,862 | 2,808 | 0 | 0 |
| Additional Paid-In Capital | 975,302 | 1,472,901 | 3,109,318 | 0 | 0 |
| Deferred Compensation | 0 | 0 | 0 | 0 | 0 |
| Notes Receivable from S/H | 0 | 0 | 0 | 0 | 0 |
| Retained Earnings | 1,981,283 | 2,219,504 | 3,349,337 | 0 | 0 |
| **Total Shareholders' Equity** | **2,957,558** | **3,695,267** | **6,461,463** | **5,370,898** | **4,926,463** |
| **Total Liabilities & S/H Equity** | **5,819,011** | **7,259,654** | **13,076,779** | **9,512,527** | **8,923,767** |

Some or all of the following hedges may pertain: (#)U.S. Bancorp Piper Jaffray Inc. makes a market in the company's securities. (~)A U.S. Bancorp Piper Jaffray Inc. officer, director, or other employee is a director and/or officer of the company. (@)Within the past three years, U.S. Bancorp Piper Jaffray Inc. was managing underwriter of an offering of, or dealer manager of a tender offer for, the company's securities or securities of an affiliate. Additional information is available upon request.

# U.S. Bancorp Piper Jaffray Technology Equity Research

## BUSINESS COMMERCE & SOFTWARE

### EQUITY RESEARCH

**Jon M. Ekoniak**
jekoniak@pjc.com, 650-838-1378

**Kevin Merritt**
kmerritt@pjc.com, 650-838-1373

**Erin E. Jennings**
ejennings@pjc.com, 650-838-1395

### INVESTMENT BANKING

**James C. Lim**
jlim@pjc.com, 650-838-1380

**John T. Twichell**
jtwichell@pjc.com, 650-838-1375

**William J. Benjamin III**
wbenjamin@pjc.com, 612-303-6342

**Christopher V. Hasslinger**
chasslinger@pjc.com, 612-303-5681

## TECHNOLOGY TEAM

### EQUITY RESEARCH

Robert W. Peterson, Head
612-303-5512
F. Alger Boyer, Jr., Manager
612-303-6340
Jeffrey K. Evanson, Production Manager
612-303-6457

**B2B Information & Services**
T. Brett Manderfeld    612-303-6334
Brian Gesuale         612-303-6450
Jordan F. Lamb        612-303-1512

**Business Commerce & Software**
Jon M. Ekoniak        650-838-1378
Kevin Merritt         650-838-1373
Erin E. Jennings      650-838-1395

**Collaborative Enterprise Commerce**
Timothy M. Klein      612-303-5544
Ryan T. Novaczyk      612-303-1515

**Digital Infrastructure**
C. Eugene Munster     612-303-6452
Robert S. Drobinski   612-303-6419

**e-Business Software Solutions**
Sarah T. Bernstein    212-284-9310
Avishai Kantor        212-284-9308
Robert M. Cheney      415-277-1593

**e-Consumer**
Anthony N. Gikas      612-303-6245

**e-Finance**
Stephen C. Franco     415-277-1595
H. Thomas Carter      415-277-1596
Jason M. Lind         415-277-1597

**e-Infrastructure**
Michael C. Marzolf    650-838-1354
Tad W. Piper, CFA     650-838-1393

**e-Services**
Terrence P. Tierney   212-284-9304
Gina M. Parizek       612-303-5528
Peter M. Gallagher    212-284-9307

**Internet Media & Marketing**
Safa Rashtchy         650-838-1347
Joshua S. Meyers      650-838-1336
Nikolas H. Sten       650-838-1348

**Learning Services**
Mark A. Marostica     612-303-5572
Robert D. Brown       612-303-2204

**Semiconductors & Computer Hardware**
Ashok Kumar, CFA      650-838-1414

**INTERNET & SOFTWARE STRATEGY**
Hany M. Nada          650-233-2286

**FUNDAMENTAL MARKET STRATEGY**
Brian G. Belski       612-303-1503
Jorgen Bocklage       612-303-1509

**TECHNICAL/MICROGROUP PROJECT**
Edward P. Nicoski, CFA   612-303-6473
Shelley D. Moen          612-303-6479
David P. Nicoski         612-303-1049

### INVESTMENT BANKING

Paul D. Grangaard, Head
612-303-6336
Thomas P. Schnettler, Co-Head
612-303-6339

Chad R. Abraham
650-838-1363

Kent R. Adams
612-303-6304
William J. Benjamin III
612-303-6342
John R. Jacobs
206-287-8831
M. Mitchell Stevko
415-277-1530
Paul R. Jevnick
612-303-6370
James C. Lim
650-838-1380
William L. Pelfrey
612-303-5645
Gilbert S. Ahrens
415-277-1522
Cameron M. Hewes
206-287-8837
Sidney Ho
650-838-1343
Jerome T. Will
612-303-6309
William P. Koffler
650-838-1385
Christopher V. Hasslinger
612-303-5681
David R. Koshenina
650-838-1321
Trey MacLeod
650-838-1357
Paul Midura
612-303-6340
Zackery Moxcey
650-838-1331
Walter W. O'Haire
415-277-1539
Ryan A. Secrist
206-287-7846
Thomas G. Smith
612-303-6336
Mary Jo Torres
612-303-6329
John T. Twichell
650-838-1375
George Varvitsiotis
206-287-8868

**Mergers & Acquisitions**
Hugh J. Hoffman
612-303-1396
Steven R. Rickman
612-303-6258
Christopher C. Headrick
650-838-1344
Adam T. Haynes
612-303-1216
Eamon H. Moran
612-303-8273

**Private Capital Group**
Michael A. Mitgang
650-838-1396
Ted J. Christianson
612-303-6282
R.B. Kiernat
612-303-8039
Christopher R. Perry
612-303-5274

**Corporate Client Services**
Brenda B. Sallstrom
612-303-5791
Ryan D. Steensland
612-303-5767
Mark E. Cieciura
612-303-8249
Jayne L. Ellegard
612-303-6377
Thomas E. Wright
612-303-6039
Jay A. Hershey
612-303-5724
Jennifer L.M. Pederson
612-303-1233
James A. Sand
612-303-8311
Heather H. Williamson
612-303-5521
Amanda L. Brooks
612-303-1218
Jill M. Burns
612-303-6388
Kirstin G. Eichmann
612-303-8212
Linda J. Moran
612-303-1241

This material is based on data obtained from sources we deem to be reliable; it is not guaranteed as to accuracy and does not purport to be complete. This information is not intended to be used as the primary basis of investment decisions. Because of individual client requirements, it should not be construed as advice designed to meet the particular investment needs of any investor. It is not a representation by us or an offer or the solicitation of an offer to sell or buy any security. Further, a security described in this publication may not be eligible for solicitation in the states in which the client resides. U.S. Bancorp and its affiliated companies, and their respective officers or employees, or members of their families, may own the securities mentioned and may purchase or sell those securities in the open market or otherwise. In the United Kingdom, this report may only be distributed or passed on to persons of the kind described in Article 11(3) of the Financial Services Act 1986 (Investment Advertisements) (Exemptions) Order 1996 (as amended by the Financial Services Act 1986 (Investment Advertisements) (exemptions) Order 1997). Securities products and services offered through U.S. Bancorp Piper Jaffray Inc., member of SIPC and NYSE, Inc., a subsidiary of U.S. Bancorp.

(c)2001 U.S. Bancorp Piper Jaffray Inc., 800 Nicollet Mall, Suite 800, Minneapolis, Minnesota 55402-7020

http://www.gotoanalysts.com

ADVANCING IDEAS



**EQUITY RESEARCH**

EQUITY CAPITAL MARKETS OFFICES

**MINNEAPOLIS**
U.S. Bancorp Center
800 Nicollet Mall
Suite 800
Minneapolis, MN 55402
612-303-6000
800-333-6000

**MENLO PARK**
275 Middlefield Road
Suite A-100
Menlo Park, CA 94025
650-838-1300
800-981-1203

**SEATTLE**
1400 IBM Building
1200 Fifth Avenue
Seattle, WA 98101
206-287-8830
800-677-4737

**CHICAGO**
233 South Wacker Drive
Suite 3620
Chicago, IL 60606
312-920-2130
800-973-1192

**SAN FRANCISCO**
353 Sacramento Street
Suite 1600
San Francisco, CA 94111
415-277-1500
800-214-0540

**NEW YORK**
The Chrysler Center
58th Floor
405 Lexington Ave.
New York, NY 10174
212-836-4100
800-333-6000

**LOS ANGELES**
11766 Wilshire Boulevard
Suite 870
Los Angeles, CA 90025
310-478-5678

**BOSTON**
60 State Street
Suite 710
Boston, MA 02109
800-333-6000

**LONDON**
76 Cannon Street
London EC4N 6AE
England
011-44-207-489-9902

**GENEVA***
31 Boulevard Helvetique
CH-1211 Geneva 3
Switzerland
011-41-22-707-8700

**TEL AVIV***
Harel House, 9th Floor
3 Abba Hillel Street
Ramat Gan 52522
Israel
011-972-3-753-2020

*STRATEGIC ALLIANCE

*Securities products and services offered through U.S. Bancorp Piper Jaffray Inc.,
member SIPC and NYSE, Inc., a subsidiary of U.S. Bancorp*

**gotoanalysts.com**

**Web Site:** http://www.gotoanalysts.com | http://www.piperjaffray.com
**Institutional/Corporate Clients:** http://clientaccess.pjc.com | **Individual Investors:** https://online.piperjaffray.com

01-0120