IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

Certified Copy

In re ORACLE CORPORATION

SECURITIES LITIGATION.

Master File No. C-01-0988-MJJ

This Document Relates To:


    ALL ACTIONS.

_____/


---o0o---


VIDEOTAPED DEPOSITION OF GEORGE FOSTER

FRIDAY, JULY 6, 2007

---o0o---


SHEILA CHASE & ASSOCIATES
REPORTING FOR:
LiveNote World Service
221 Main Street, Suite 1250
San Francisco, California 94105
Phone:  (415) 321-2311
Fax:  (415) 321-2301

Reported by:
DIANA NOBRIGA, CSR, CRR
LICENSE NO. 7071

1          THE WITNESS:   I think the basic structure of

2    the conclusions that I've come to have pretty much held.

3    In subsequent statements I may have examined issues in a

4    lot further detail to document or examine an issue

5    further.

6          MR. BRITTON:   Q.   But no real fundamental

7    change in your opinions?

8      A.    The basic structure of the conclusions I

9    believe have held.

10     Q.    All right.   Now, let's talk about your report

11   for a second and how you prepared it.

12         When did you start preparing your report?

13     A.    It was in two stages.   One is what would be

14   the types of issues that I would want to look at if I

15   was asked to do an analysis of the forecasting system

16   and the justifications for the forecasts.   And that

17   really was started very soon after the November period,

18   in that there were just a couple of brief meetings that

19   I had with some people at Analysis Group.

20         Bruce Deal I had worked extensively with on

21   the AT&T litigation.   Because there were some aspects of

22   this litigation that were similar to this, I knew the

23   general types of issues that I would want information

24   collected on.   And I put in place some directives about

25   what types of data collection, what types of tests that

1   I would be wanting to do if I was called on to make a

2   report.

3            So that was really between, I would say,

4   November and May.

5       Q.   And you gave the directives for the documents

6   that you wanted to see to Analysis Group?

7       A.   It would be really the times of issues that I

8   would be covering.  It wouldn't be -- at that stage I

9   was not deep enough into it to say what specifically

10  were the documents.  And then I was contacted in --

11  after Mr. Goedde's report -- Goedde.

12      Q.   Goedde.

13      A.   Dr. Goedde's report.  And I did a very

14  detailed read of that several times.  And then I moved

15  quickly into architecting the report.

16      Q.   Did you yourself write the report, type it in?

17      A.   I did not type the report.  I did -- I did a

18  very detailed outline of the areas that I want covered,

19  I wrote parts of the report.  Then I was reacting to

20  drafts of the issues that I wanted covered in further

21  detail by Analysis Group.

22      Q.   So let me ask this broadly.  Who actually

23  drafted the report other than the sections that you

24  drafted?

25      A.   I mean, I drafted the report in the sense of

1    every word I changed or ran with.  I did an extensive

2    draft at the outset.  It would be James Rosberg and

3    Peter Hull -- Hess.  Peter Hess.  James Rosberg,

4    R-o-s-b-e-r-g, and Peter Hess, H-e-s-s.

5         Q.   And both James and Peter are with Analysis

6    Group?

7         A.   Yes, Dr. Hess and Dr. Rosberg, I believe.

8         Q.   How much time did you spend meeting with

9    Dr. Rosberg and Dr. Hess during the preparation of your

10   report?

11        A.   I would say a large part of the approximately

12   40 to 50 hours was either I was writing -- I was

13   reacting to them in conjunction with them there, so I

14   would say 20 to 25 hours at least.

15        Q.   Did you meet with defense counsel at any time

16   during the preparation of your report?

17        A.   No, I did not.

18        Q.   Do you know if Dr. Rosberg or Hess met with

19   defense counsel?

20        A.   I believe they had conversations with defense

21   counsel.

22        Q.   Do you know how frequently those conversations

23   occurred?

24        A.   No, I do not.

25        Q.   Now, when you began your initial work in the

1   late 2006 time period, had you heard about this case?

2        A.    Yes, I had.

3        Q.    How did you hear about it?

4        A.    Well, I read the newspapers, I -- Stanford has

5   several faculty members that I believe are on the board

6   of Oracle, and I think three, and that had caused

7   several people to make comments about the case.

8        Q.    Say that one more time.

9        A.    The fact that three Stanford people were on

10  the board I think brought it to the discussion among

11  several faculty.

12       Q.    Who do you remember speaking to about the case

13  from Stanford?

14       A.    I really can't remember the individuals.  I

15  know Mr. Henley came, I believe, came to a colleague's

16  case -- class and gave a talk.  I don't know what time

17  specifically, a Professor Moureen McNichols, I believe

18  had Mr. Henley come to the class.

19       Q.    How do you spell the name of that professor?

20       A.    Moureen, M-o-u-r-e-e-n; McNichols,

21  M-c-N-i-c-h-o-l-s.

22       Q.    And do you know what the topic Mr. Henley was

23  speaking about?

24       A.    No, I don't.  It was corporate financial

25  reporting.  But I don't know -- the course was on

1   tight link where I published a paper and somebody liked

2   the paper and said, "Here is another 200,000 to pursue

3   the research."  That research is much more open-ended

4   than that.

5           MR. BRITTON:  Q.  So alumni contributions --

6   withdrawn.  Alumni contributions, would you agree with

7   me, are important to the university?

8       A.   Yes, they are.

9       Q.   And you understand them to be important;

10  right?

11      A.   They are.

12      Q.   You understand that Oracle has -- withdrawn.

13           Do you understand that Mr. Ellison has donated

14  to Stanford University on occasions?

15      A.   I have heard that, but I don't know for sure.

16      Q.   Do you know how much Mr. Ellison has donated

17  to Stanford?

18      A.   No, I do not.

19      Q.   Now, when you were retained in this

20  litigation, did you do any conflicts checks?

21      A.   I always do a general conflict check.  And it

22  is typically have I got a prior business association

23  with the company that may create some issues, or the

24  plaintiffs.  And I did not know the plaintiffs.

25      Q.   Did you check to see whether any of the board

1    members at Oracle or Mr. Ellison had made any

2    contributions to your university that would affect your

3    opinion?

4         A.    I did not --

5               MS. KYROUZ:  Object to form.

6               THE WITNESS:  No, I did not check that.

7               MR. BRITTON:  Q.  Were you aware that between

8    2002 and 2005 that Mr. Ellison's medical foundation

9    donated over $20 million to Stanford?

10        A.    I'm not aware of the dollar amounts.

11        Q.    Were you aware of the relative size of the

12   contributions?

13        A.    No, I was not.

14        Q.    What about Mr. Lucas, are you aware between

15   2003 and 2005 his foundation contributed over $5 million

16   to the university?

17        A.    I'm not aware of that.

18        Q.    And that didn't come up in your conflicts

19   check?

20        A.    I do not consider those conflicts for me.

21        Q.    Do you think that if you offered opinions in

22   this case that were contrary to the opinions that you're

23   giving that it would affect any relationships that you

24   may have at Stanford?

25        A.    I do not base my opinions on -- I base my

1    opinions on my professional judgment, not on what are

2    the consequences to other parties.  And -- but I don't

3    believe that that is an issue in this case.

4        Q.   So if you were to give an opinion in this case

5    that Mr. Ellison committed fraud, you wouldn't be

6    concerned about the donations that Mr. Ellison was

7    giving to Stanford?

8        A.   I just haven't considered that issue.  My

9    opinion as a professional are in relation to the facts

10   at issue.

11       Q.   Now, were you aware of the derivative

12   litigation before you were retained in this case?

13       A.   Do you want to explain what the derivative

14   litigation is?

15       Q.   Same case, were you aware that Professor

16   Grundfest and Professor Molina were board members and

17   members of a special litigation committee for Oracle?

18       A.   Yes, I was.

19       Q.   How were you aware of that?

20       A.   I think I had heard about that there was a

21   report done, but it was very vague.

22       Q.   Okay.  Did you hear that the Special

23   Litigation Committee was found to be conflicted because

24   of their ties to Stanford?

25       A.   No, I did not.

1      Q.    You didn't hear that at all?

2      A.    No.

3      Q.    Do you ever work with Mr. Grundfest?

4      A.    I have met him several times.  I have not

5   professionally worked with him.

6      Q.    And in what context have you met Professor

7   Grundfest?

8      A.    He's a law professor, our areas overlap

9   somewhat, and I have heard him talk.

10     Q.    Where did you hear him talk?

11     A.    At the Stanford Law School.

12     Q.    What was the -- what was the event?

13     A.    It was a joint course that he was teaching

14   with Professor McNichols and Professor Barth, on, I

15   believe, securities litigation.

16     Q.    And what was the topic of the presentation

17   that you heard from Professor Grundfest?

18     A.    I can't remember.

19     Q.    Do you have a close working relationship with

20   Ms. McNichols?

21     A.    Yes, I do.

22     Q.    And can you describe your working relationship

23   with her?

24     A.    I was initially in the accounting department

25   at Stanford, in the accounting group, and Professor

1  McNichols joined that group about 1984.  One of my areas

2  of research is financial statement analysis, and that is

3  Professor McNichols' predominant area of interest, and

4  we've had discussions.

5          I have never co-authored a paper with

6  Professor McNichols.  We have been research colleagues

7  and just colleagues for over 20 years.

8      Q.   Did you talk to Professor McNichols about this

9  litigation at all?

10     A.   No, I have not.

11     Q.   Did you speak to her about the derivative

12  litigation at all?

13     A.   I can't remember.

14     Q.   Why did you attend the presentation that

15  Professor Grundfest gave?

16     A.   It was -- this was a joint law school/business

17  school course that I thought was a very useful

18  experiment to do.  And if I remember that night there

19  were two talks.  The first talk I believe was Professor

20  Mary Barth on international accounting standards boards,

21  which I was specifically interested in hearing.  And

22  Professor Grundfest was either before Professor Barth or

23  after Professor Barth.

24     Q.   You don't remember the subject?

25     A.   I did not specifically attend the talk to hear

1    the topic that Professor Grundfest was talking about,

2    but I decided to stay and listen to it.

3        Q.   Have you ever work with Mr. Boskin?

4        A.   No, I have not.

5        Q.   Do you know him?

6        A.   I have met him several times.

7        Q.   And what occasions have you met him?

8        A.   As a Stanford professor, whose area -- he's in

9    business, economics, at either Hoover Institution

10   functions or other Stanford functions.  I remember

11   meeting him once on a plane going either to New York or

12   back from New York and chatting to him.

13       Q.   Does Mr. Boskin work or do any research with

14   anybody that you work with?

15       A.   No, he does not.

16       Q.   Mr. Lucas, do you know him?

17       A.   I have never met him.

18       Q.   Does anybody that you work with work with him?

19       A.   I believe he's a computer science professor.

20   And, no, I don't.

21       Q.   Do you have any involvement with the Stanford

22   Institute for Economic Policy Research?

23       A.   No, I do not.

24       Q.   Do you do any work with the Rock Center for

25   Corporate Governance at Stanford?

1      A.    No, I do not.

2      Q.    Do any of your colleagues do any work for the

3   Rock Center for Corporate Governance?

4      A.    Yes, they do.

5      Q.    Who is that?

6      A.    Certainly Professor David Larcker does, I

7   believe he's the co-director of the Rock Center, with

8   two other, Professor Grundfest and one other law

9   professor.  And I believe Moureen McNichols does some

10  work with the Rock Center, but I'm not sure what

11  specifically she does.

12     Q.    And do you do any work with Mr. Larcker?

13     A.    Professor Larcker and I are opposite of each

14  other in terms of offices, and we chat quite frequently.

15  But I have not co-authored any papers or started any

16  research projects with Professor Larcker.

17     Q.    Did you speak to Mr. Larcker about this

18  litigation?

19     A.    No, I did not.

20     Q.    Did you speak to him about the derivative

21  litigation?

22     A.    No, I have not.

23     Q.    Have you ever met Larry Ellison?

24     A.    I think I have been introduced to him once.

25     Q.    When was that?

1     A.    Some time ago at a Stanford basketball
2  function.
3     Q.    Going back to the preparation of your report,
4  at some point in time did you ask for documents to
5  review?
6     A.    Yes, I did.
7     Q.    And how did you determine which documents that
8  you wanted to review?
9     A.    I had read Dr. Goedde's reports, so I was very
10 interested in the documents underlying that.  I had
11 asked for a fairly detailed description of what was the
12 Oracle forecasting process.  And read some depositions.
13 And so that led to a listing in terms of the actual
14 forecast process to try to break down what was the
15 forecasting process, who were the major players, and
16 what were the key documents in that.
17    Q.    And how did you decide which depositions to
18 review?
19    A.    It was a combination of looking at -- at this
20 stage I believe in drafting this report I had also
21 access to Professor Hubbard's report.  So it was a
22 combination of Professor Hubbard's report -- this was
23 after April.  I think the reports were filed April the
24 25th, or approximately in late April or late -- late
25 May.  Late May, when it was.

1          And so I had access to those two reports,

2     which described in some detail the budgeting process,

3     but I wanted to see the actual documents themselves.

4          And I asked or was asking was there a manual

5     or a very detailed description, and was told -- I

6     couldn't find one.  So unlike -- some companies have a

7     very extensive manual, Oracle does not operate with what

8     you would call a 200-page coding document that describes

9     it.

10          So it was really pulling together different

11     documents to get an overview of the process.

12     Q.   If you turn in your report to Appendix C.  Is

13     this a list of all the documents you relied upon for

14     purposes of preparing your rebuttal report?

15     A.   I believe it is -- yes, I prepared this in

16     conjunction with Analysis Group, and I believe it is.

17     Q.   It is a complete list?

18     A.   I believe it is.

19     Q.   Could you turn to the second page of Appendix

20     C.  These are the depositions, transcripts that you

21     reviewed; is that right?

22     A.   I asked people to provide to me the original

23     extracts from depositions that would be important to the

24     case after I outlined the issues I wanted to track down.

25     Some depositions I went through, tried to go through the

1      Q.    You've read the opening one, of course?

2      A.    Yes.

3      Q.    And did you read his rebuttal?

4      A.    Yes, I did.

5      Q.    Now, why did you offer a rebuttal on the

6   topics that you're addressing rather than Professor

7   Hubbard?

8      A.    The opinions that I formed are opinions that I

9   think, given my background and my experience, I'm in the

10  position to form a judgment on.

11     Q.    Do you think your background and experience is

12  superior to Professor Hubbard's in terms of forecasting?

13            MS. KYROUZ:  Objection; vague.

14            THE WITNESS:  I'm not in the position -- I'm

15  not making any judgments of my background relative to

16  Professor Hubbard's.  My concern is I've been asked to

17  give some opinions in terms of the forecasting system,

18  do I have the background to do that.

19            MR. BRITTON:  Q.  You've read Professor

20  Hubbard's qualifications; is that right?

21     A.    Yes, I have.

22     Q.    And sitting here today, do you have an opinion

23  on whether you are more qualified to offer an opinion on

24  forecasting issues than Professor Hubbard?

25            MS. KYROUZ:  Objection; vague.

1          THE WITNESS:   I don't have an opinion on that.

2          MR. BRITTON:   Q.   You won't draw one?

3     A.   Beg pardon?

4     Q.   You won't draw an opinion on that?

5     A.   That's not what I have analyzed.

6     Q.   So you just haven't analyzed that?

7     A.   No.

8     Q.   Now, you mention in your report that you

9     understand that Professor Hubbard was doing the economic

10    analysis, and you really didn't offer an opinion on the

11    economic conditions that were facing Oracle in the third

12    quarter of 2001; is that fair?

13    A.   I mentioned -- I don't think I used the word

14    economic.  I think I used the word macroeconomic.

15    Q.   So you haven't done a study of the

16    macroeconomic conditions facing Oracle in 2000 -- in the

17    third quarter of 2001?

18    A.   My analysis is what -- of the budgeting and

19    the forecasting process would be what information

20    sources could that come through.  And my analysis of the

21    forecasting process is that it does come through the

22    customer level.  So I, in fact, have done it at the

23    customer level.  I have not tried to look at

24    macroeconomic indicators.

25    Q.   Did you read the deposition of Professor

1    Hubbard?

2          A.    No, I did not.

3          Q.    Did you watch his deposition?

4          A.    No, I did not.

5          Q.    Do you understand that Professor Hubbard

6    believes that the macroeconomic conditions would be an

7    input into the forecasting process?

8          A.    I could -- I think that is -- macroeconomic

9    conditions are an input into the forecasting process,

10   that's right.

11         Q.    If that's right, why didn't you do an analysis

12   of economic conditions facing Oracle in the third

13   quarter of 2001 versus the prior year?

14         A.    Because the forecasting process involves the

15   salespeople doing that as they speak to the customers,

16   that is where that information comes into the process.

17         Q.    I understand your argument.  But what I'm

18   getting more at, as a person, as an expert that is

19   opining on the reasonableness of a forecasting process,

20   you do not believe that it is important for you to look

21   at what the economic conditions were?  Whether or not

22   the field looked at them or not, that it wasn't

23   important for you to look at what the economic

24   conditions were like?

25         A.    I'm aware what the economic conditions were.

1   I did not choose to look at specific economic

2   indicators, because I believe the budget process had a

3   documented record of being able to adjust for those.

4        Q.   How do you know what the economic conditions

5   were if you haven't studied it?

6        A.   I was -- I've been involved in companies in

7   that specific period.

8        Q.   So you remember back, based on your own

9   experience, what the economy was like?

10       A.   I have done research covering companies in

11  that period.  And I have done -- I've sat on boards of

12  companies in that period.  So I'm very much aware of

13  what was going on in 2000, 2001.

14       Q.   And you took that into consideration in your

15  opinions here?

16       A.   The general backdrop.

17       Q.   So, can you point to me where in your report

18  you list the studies that you've done that opine upon

19  the economic conditions in 2001 and 2000?

20            MS. KYROUZ:  Objection; misstates testimony

21  and his report.

22            THE WITNESS:  The research that I've -- when I

23  sit on boards, I'm --

24            MR. BRITTON:  Q.  Well, you said you've done

25  research, then you also said you sat on boards.  I want

1    to focus more on the research.

2           Can you point me to the research in here

3    that's helping you form your opinion on what the economy

4    was like in 2000 and 2001?

5       A.   Well, the research project I did on the

6    emergence of companies, which I believe covers about

7    1996 to about 2002, we interviewed the CEO, business

8    development officer and the CFO of 78 companies.  And an

9    extensive part of those -- and we have coded

10   interviews -- talk about what's the economic backdrop

11   and how that changes in that period.

12      Q.   Is there a written record of what the economic

13   backdrop was?

14           MS. KYROUZ:  Objection; vague.

15           MR. BRITTON:  Q.  In the study you are talking

16   about, is there a written record that reflects what the

17   discussions were about?

18      A.   Not in the write-up of the papers.

19      Q.   Okay.  So you're just remembering off the top

20   of your head conversations you've had with these

21   executives about what the economy was like?

22      A.   That's -- these were -- I was involved in at

23   least 120 interviews personally in that period, so

24   that's a lot of time talking to executives about the

25   period.  I was also teaching courses, having guest

1    speakers come to my class.  I was running a class,

2    "Managing to IPO," and another class, "Early-Stage

3    Globalization" at that period, and I would have people

4    come in.  And there were discussions about growth rates

5    of early-stage companies, dot coms.

6        Q.   Okay.  And what was your opinion of the

7    economy facing Oracle in calendar year 2000?

8        A.   Calendar year 2000?

9             MS. KYROUZ:  Objection; vague.

10            THE WITNESS:  The -- there was a -- the

11   general economy, I would say that there were different

12   sectors.  It is not -- the way I break up the economy is

13   not to think of it as a singular economy.  I think in

14   the early part of the 2000 there was a decline in the

15   revenues of the dot com companies.

16            MR. BRITTON:  Q.  Early part of calendar 2000?

17       A.   Calendar 2000, yes.  So I think you would look

18   at January, February, March, in that period.  I think

19   you would look at there was a later decline in the

20   hardware companies, probably later in terms of the

21   middle of the year, and there was a later decline in the

22   telecommunications companies in that period.

23       Q.   Now, in the studies that you're talking about,

24   did you look at the economic conditions in 1999 calendar

25   year?

1     A.    Yes, I did.

2     Q.    And what was --

3     A.    Well, looking at the revenue growth rates of

4  companies in that period, some early-stage companies.

5     Q.    And what was the growth rate of the economy

6  like in calendar year 1999?

7     A.    In certain -- I can just talk about in terms

8  of sectors, I think some of the software companies had

9  stronger growth rates.  2000 was less than '99.

10    Q.    Okay.  Now, for purposes of this report, did

11 you go back and look at those studies to refresh

12 yourself on what the economy was like in calendar year

13 1999 versus calendar year 2000?

14    A.    I have done research in this period, so I

15 remember.

16    Q.    You remember.  But you didn't go back to the

17 report and look at it and say, "Okay, this is what I

18 said about that"?

19    A.    No.

20    Q.    You would agree, wouldn't you, that a

21 company's products are an input into the forecasting

22 process?

23          MS. KYROUZ:  Objection; vague.

24          THE WITNESS:  Knowledge of the company's

25 products?

1          THE WITNESS:  I was not aware of it.

2          MR. BRITTON:  Q.  Did you ever read the

3    Special Litigation Committee report in this case?

4          A.   I saw the Special Litigation Committee report

5    after I filed my report.

6          Q.   After you filed your report.  Have you read

7    it?

8          A.   I've read parts of it.

9          Q.   Which parts?

10         A.   The general summary, like the first 55 pages.

11         Q.   After you read the summary, did you think of

12   anything that you needed to do that you hadn't done with

13   respect to your report?

14         A.   No.  I was comfortable with what I did to make

15   my conclusions.

16         Q.   Do you know if Drs. Hess and Rosberg were

17   involved in preparing Professor Hubbard's report?

18         A.   I believe they were.

19         Q.   Do you know if they had the same involvement

20   in preparing Hubbard's report that they had in preparing

21   your report?

22         MS. KYROUZ:  Objection; lacks foundation.

23         THE WITNESS:  I don't have an opinion on that.

24         MR. BRITTON:  Q.  Can you turn to Appendix A.

25   This is your current and accurate resume?

 1        A.    Yes, it is.

 2        Q.    Do you have anything to add or subtract from

 3   it?

 4        A.    It includes published papers.  I typically do

 5   not include work in process or working papers.  But some

 6   authors include working papers; I don't.

 7        Q.    You don't put the work in process papers in

 8   there?

 9        A.    No.  Or the topics.

10        Q.    Now, there was one paper that was a work in

11   process that was supposed to be published in 2007.  Do

12   you remember which one that was?

13        A.    I believe that would be the "Management

14   Control Systems in Early-Stage Companies," 2007,

15   forthcoming, The Accounting Review.

16        Q.    Which page is that?

17        A.    Page 4 of the resume.

18        Q.    "Management Control Systems in Early-Stage

19   Start-Up Companies"?

20        A.    Right.

21        Q.    Has that been published yet?

22        A.    It is in the process.  I proofread the galleys

23   in the last two weeks.

24        Q.    Can we get a copy of this paper?

25        A.    Certainly.

1          MR. BRITTON:  Michelle, can you send us the

2     paper?

3          MS. KYROUZ:  Okay.

4          MR. BRITTON:  At some point.

5     Q.   Okay.  I have looked through your resume and

6     I've tried to figure out what you were doing between

7     1975 and 1987, and I think I need some help with it.

8     Can you tell me where you were and what you were doing

9     between 1975 and 1987?

10    A.   That's interesting.  1975 I graduated from

11    Stanford, and I taught at the University of Chicago for

12    three years.  Then 1977/78 I was an associate professor

13    at the Australian Graduate School of Management.

14    Q.   At the?

15    A.   Australian Graduate School of Management.  And

16    starting in 1978 I was an associate professor at

17    Stanford.  So I've been at Stanford since 1978.

18    Q.   So in '78 you were an associate professor at

19    the Graduate School of Australia?

20    A.   No.  '77 to '78 I was associate professor at

21    the Australian Graduate School of Management.

22    Q.   Then '78 you started with Stanford?

23    A.   Right.

24    Q.   Have you ever worked in the private industry

25    for companies or businesses other than your board

1    Q.   Are those two separate courses?

2    A.   Yes.

3    Q.   Is a session an hour?

4    A.   Hour forty-five.

5    Q.   I was never on the quarter system.

6         Okay.  Now, let me break it down between

7    budgeting and forecasting.  Or can you break it down in

8    your teaching?  Can you break it down, here is how you

9    forecast and here is how you budget?

10   A.   They are -- the way it is taught is they are

11   often intermingled.

12   Q.   And do you teach different approaches to

13   forecasting in your courses?

14        MS. KYROUZ:  Objection; vague.

15        THE WITNESS:  We talk about bottoms up and top

16   down type of forecasting and budgeting.

17        MR. BRITTON:  Q.  Let's take the first one,

18   bottoms up.  That's what we talk about deals being put

19   into the pipeline going up; right?

20   A.   That is where the process starts with

21   information from the product and customer marketplace.

22   Q.   What about the top down?

23   A.   Top down is typically where some expectations

24   as to the growth of the firm come from either the senior

25   executive team or a link to security analysts'

1    expectations.  They are not by any stretch of the

2    imagination separable approaches.  A lot of firms

3    combine both of them.  It is often really where the

4    starting point occurs.

5         Q.   If you turn to your report, it is going to be

6    at the second page, paragraph 8.

7         A.   Second page, paragraph 8?

8         Q.   Page 2, paragraph 8.  You have -- are you

9    talking about -- is this the same project you were

10   talking about earlier?

11        A.   Yes, it is.

12        Q.   When did this occur?

13        A.   I would say 2001 or 2002 to 2004 was the basic

14   research, I think.

15        Q.   Now, you have in the third sentence, "Planning

16   budgeting systems and marketing sales systems were among

17   the systems examined for every company in the study."

18             How did you examine those systems?

19        A.   We asked the participants when they

20   implemented budgeting systems, and then we did

21   interviews that lasted anything from 45 to 90 minutes

22   with each of the three people as follow-ups to them.

23        Q.   And what in particular were you examining?

24        A.   What was the prompt to the adoption of the

25   system, what role did the system play in terms of key

1    decisions.  What refinements did you make to the system

2    over time.

3         Q.   Accuracy of the systems?  Was that a measure?

4         A.   That was one of the factors that was

5    discussed.

6         Q.   And what did you discuss?

7         A.   What factors may have -- who was suggesting

8    the systems be adopted.  Was it coming from internal

9    suggestions or was it coming from external sources, such

10   as a venture capitalist or a major funder.

11        Q.   Now, are these companies publicly traded?

12        A.   Most of them were not publicly traded.

13        Q.   How many were?

14        A.   I'm not sure of the answer to that.

15        Q.   And what were the relative size of these

16   companies?

17        A.   These were relatively small companies,

18   early-stage companies.

19        Q.   When you say relatively small, what do you

20   mean?

21        A.   At some stage at least getting to over 50

22   employees, minimum.

23        Q.   Minimum 15 employees?

24        A.   Fifty.

25        Q.   Fifty employees.  What about max employees?

1      A.    Some of them got into the thousands fairly

2  quickly.

3      Q.    Were these -- you called them early-stage

4  companies?

5      A.    Right.

6      Q.    Start-ups?

7      A.    That's another phrase for it.

8      Q.    Now, at paragraph 9 you reference an

9  Enterprise Ireland Irish Software Association, Learning

10  for Growth CEO custom program.

11      A.    Yes.

12      Q.    What was that?

13      A.    This is a program that I direct for the Irish

14  government on building stronger Irish software

15  companies.

16      Q.    And when did this occur?

17      A.    It started in September of 2006.

18      Q.    Is it ongoing now?

19      A.    Yes.

20      Q.    Now, you have the same or similar reference,

21  this involved gaining detailed knowledge of their

22  management systems.  How did you do that?

23      A.    Each of the companies sends the CEO of the

24  company, and I have assignments that the CEO works with

25  his management team.  So one of the assignments is how

1    well do their management systems scale.  Another

2    assignment is what are the growth accelerators and what

3    are the growth inhibitors for their company and how can

4    they go about changing those accelerators and reducing

5    the impact of the inhibitors.

6        Q.   You said that how well does the management

7    systems scale.  What do you mean by that?

8        A.   As the companies grow, how well do the systems

9    retain their reliability as growth occurs, without major

10   new investments in software or people.

11       Q.   So how do you gauge that?

12       A.   You are asking them to rate the scalability of

13   the system, or you look for evidence that the system is

14   providing inaccurate information in their perception or

15   delayed information, lack of timely information.

16       Q.   This is based on conversations that you had

17   with the CEO?

18       A.   It is based on assignments that they are doing

19   with their management team for me, then I will have

20   discussions with the participants on that.

21       Q.   Are you actually in doing the study of the

22   systems, or are you relying on the conversations you're

23   having with the executives?

24       A.   I'm -- they are describing their systems in

25   the written documents to me.  Then I'm sitting there and

1    spending quite a bit of time going through each

2    company's systems, descriptions of their systems.

3    Sometimes they will provide me actual source documents,

4    sometimes not.

5        Q.   Now, you've used the terms inhibitors and

6    accelerators; right?

7        A.   Yes.

8        Q.   What is an inhibitor?

9        A.   An inhibitor is a factor that would slow the

10   rate of progress of a company.  So it could be an

11   unwillingness of a management to invest in a new

12   software system.  It could be the lack of qualified

13   people available to hire.

14       Q.   And what about the accelerators?

15       A.   Accelerators are things at which you can

16   fast-track the progress of a company.  So it could be

17   hiring qualified, skilled people.  It could be a joint

18   venture.

19       Q.   And you said these were software companies.

20   Were they public or private?

21       A.   It is a mixture of private and public.

22       Q.   And how big of a percentage is the public?

23       A.   I think they are the smaller percentage.

24       Q.   What percentage?

25       A.   I'm not quite sure.

```
 1        Q.    Fifty percent?   Twenty percent?

 2        A.    No.   Lower.   Probably more the 10 to 15

 3   percent.

 4        Q.    Ten to fifteen percent.   And how big are the

 5   companies that are part of this program?

 6        A.    That I'm not sure, in terms of --

 7        Q.    Employees or --

 8        A.    I think 300 to 500 million in revenue is one

 9   company, I believe.

10        Q.    That's one company?

11        A.    Yes.

12        Q.    And what about on the low end?

13        A.    Of the private ones?

14        Q.    Yes.

15        A.    They would be start-ups.

16        Q.    How big of a percentage are the start-ups?

17   Program?

18        A.    The start-ups, probably about 20 percent.

19        Q.    And when you said the 300 to 500 million in

20   revenue, that's annual revenue?

21        A.    Yes.

22        Q.    Is that the largest company in the program?

23        A.    I believe so.

24        Q.    How many in the program are on that scale?

25        A.    I would think possibly three.
```

1       Q.    And there is -- is there a wide gap between

2    the three that are in the 300 to 500 million and then

3    the next?

4       A.    I haven't looked specifically in terms of a

5    distribution on that score.

6       Q.    How often do you meet with these companies?

7       A.    They came to Stanford -- I went to Dublin in

8    September, they came to Stanford in October.  They sent

9    me -- each company sends me two assignments between

10   October and December.  They came -- between October and

11   January, and then they came to Stanford for a week.

12   Each of them sent me three assignments between February

13   and May.  They came to Stanford for a week, and they are

14   doing assignments now for me.

15      Q.    And then let's go to paragraph 10.  You say

16   that, "In addition to my academic experience, I've

17   served on the board of directors of a venture capital

18   company, and I've also served on the boards of directors

19   of multiple software technology companies."

20            Are the companies that are listed in this

21   paragraph all of the companies on which you serve or

22   served?

23      A.    I believe not.  Bluegum Technologies was a

24   technology company that was acquired by Selectron.  Next

25   one, Authentic8, was a software company dealing with

1    security that was acquired by a French company.

2         Q.   Let me stop you, because I was trying to see

3    if this is a complete list -- and I notice you are

4    looking at your CV in Appendix A, page 2?

5         A.   Yes.

6         Q.   Are these all of the boards on which you serve

7    or have served?

8         A.   I believe so.

9         Q.   For any of these companies do you have any

10   forecasting responsibilities?

11             MS. KYROUZ:  Objection; vague.

12             THE WITNESS:  A board member typically does

13   not have forecasting responsibilities.  You interpret

14   information coming from the executives, but that's not

15   the role of a board.

16             MR. BRITTON:  Q.  I was trying to see if it

17   was unique.

18             Now, have you ever been in the position of

19   having to do a forecast for a particular time period?

20        A.   I have not been part of a forecasting team.

21   I've been asked to look at the forecasts of small and

22   large companies, but I've not prepared them.

23        Q.   Have you not prepared the forecasts, never sat

24   in the hot seat and said, "I think we're going to

25   forecast this at this point in time"?

1          MR. BRITTON:  Q.  Dr. Foster, can you please

2     return to your report, page 11.  Paragraph 29 is under

3     the heading, "What is a reasonable forecast process?"

4     And you say, "I have examined and analyzed financial

5     forecasting systems of companies for many years.  Based

6     on my experience, the criteria I use to evaluate a

7     financial forecasting system include:  A.  Is there a

8     structured, broad-based process for collecting and

9     evaluating information?  B.  Does the process have

10    appropriate checks and balances?  C.  Is the process

11    historically valid?"

12         Did I describe that fairly?

13    A.   That is correct.

14    Q.   Question I have for you is have these -- well,

15    what did you do to arrive at this opinion?

16    A.   This is an approach I've had to evaluating, in

17    general, control systems, not just forecasting systems,

18    budgeting systems for some time.  And you adapt that to

19    fit the specific context.

20         So if it's a forecasting approach, then you

21    are very interested in the historical validation.  And

22    you tailor that criteria to the specific context.  But

23    I've been teaching with this for some time.

24    Q.   Has this opinion here appeared in any peer

25    reviewed publication as it is set forth here?

1          A.   I don't believe it has.

2          Q.   Has the opinion that you have here achieved

3     general acceptance in your field?

4          A.   I have not tested that.

5          Q.   And did you create the opinion as it is here

6     for purposes of this litigation?  In other words, you're

7     adapting it for this litigation?

8          A.   No.  I believe I've had that general criteria

9     for some time.

10         Q.   Just based in your mind and how you work with

11    companies?

12         A.   Certainly in the AT&T litigation I used this

13    criteria.

14         Q.   Are there any differing views amongst

15    practitioners or professors in your field -- withdrawn.

16              Are there any different views in the field as

17    to what is the criteria to evaluate the financial

18    forecasting system?

19         A.   I think my sense is that the criteria there

20    are a reasonable set of criteria that I think a lot of

21    scholars would agree with.

22         Q.   And have you checked with them?

23         A.   No, I have not checked.

24         Q.   Have you checked with even one?

25         A.   I have not attempted to.

1        Q.    Are there any more than these three?

2        A.    I think these are three pretty broad-based

3    criteria.

4        Q.    Now, with respect to number -- the last one,

5    "Is the process historically validated?"  If something

6    in the process that you were evaluating had changed,

7    what would you do?  How would it affect the

8    reasonableness of the forecasting process?

9             MS. KYROUZ:  Objection; vague.

10            MR. BRITTON:  Q.  In other words, you couldn't

11   historically validate it anymore.  It changed,

12   therefore, you couldn't go back and compare it to prior

13   years.  What would you do?

14       A.    I think that you would look at not -- you

15   would try to understand what has -- in the historical

16   process what is similar in the new environments and the

17   old environments, what may be different, and try and

18   look at it not as a zero, one, because rarely is

19   anything a zero, one.  There will often be very

20   commonalities at a substantive level that at the surface

21   level seem like the world has changed quite a bit.

22            So I think most historians would argue that

23   you -- a look at the past is always informative, even if

24   things are moving in the future.

25       Q.    So you would have to test it to see if, in

1    Q.    Correct.

2    A.    I believe that is a fair description of what

3    his statement is in his report.

4    Q.    So let me -- looking at this methodology that

5    you have here, that you described, looking at month one

6    to predict month three, and month one and two to predict

7    month three, has this methodology appeared in a peer

8    reviewed publication?

9    A.    Not in this form.  This is just a straight-out

10   testing of a proposition put forward by somebody else.

11   Q.    What's the error rate attributable to your

12   methodology?

13   A.    What do you mean by error rate?

14   Q.    Is there any way to determine whether it's

15   wrong or not?

16   A.    Well, it is a regression analysis, and the

17   more observations the better on this.  The R-squareds

18   are not high, so there is a lot of variation going on.

19   Q.    Where are you looking?

20   A.    Table 6.

21   Q.    So the R-squareds are pretty low?

22   A.    It is saying that -- which is consistent with

23   there is just a lot of uncertainty in the process.  If,

24   in fact, the R-squared was higher and the coefficient on

25   the month one was positive, then that would be

1    consistent with Dr. Goedde's proposition.

2            The fact that we find here the R-squared is

3    relatively low and the coefficient on month one is

4    negative, in this case significant, minus 2.34, is

5    inconsistent with that argument.

6        Q.   But you're not saying that your test here

7    proves that if Oracle's month one is down significantly,

8    that it is not providing any information about whether

9    or not Oracle is going to make the quarter?

10            MS. KYROUZ:  Objection; vague.

11            THE WITNESS:  I'm saying, if you looked at the

12   last five or six years, whatever, here, that there is --

13   there are months when the first month is down that they

14   subsequently came back.  And on balance, there is not a

15   significant association between the rate of growth in

16   month one and the rate of growth in month three.

17            MR. BRITTON:  Q.  So, in other words, if month

18   one is down, since there is no correlation, there could

19   be -- anything could happen in Q3 and they could make

20   the numbers?

21        A.   No.  They could go this way or they could go

22   that way.

23        Q.   Okay.  Now, has the methodology that you have

24   put forward in paragraph 72, has that achieved general

25   acceptance in the field, in your field?

1      A.    The regression methodology, certainly,

2  acceptance.  You don't normally put published papers on

3  a proposition like this.

4      Q.    But the regression analysis has achieved

5  general acceptance.  But I'm talking about comparing

6  month one and month two to month three, the way you

7  framed it here, that hasn't achieved general acceptance

8  anywhere, has it?

9      A.    I don't believe the proposition -- in academic

10  circles we don't put a proposition out there and have a

11  poll.

12      Q.    Was this methodology you have here created for

13  purposes of this litigation?

14      A.    This methodology was my derived test to probe

15  an assumption, yes.

16      Q.    For purposes of this litigation?

17      A.    Yes.

18      Q.    You have never done this before?  This is the

19  first time?

20           MS. KYROUZ:  Objection; misstates testimony.

21           THE WITNESS:  I have done regressions with

22  revenue growth rates many, many times.

23           MR. BRITTON:  Q.  Have you looked at it this

24  way?

25      A.    Not specifically this way.

1      Q.   Go back to Table 6 again.  How would someone

2   employing this methodology know an error had occurred in

3   what you're doing?

4           MS. KYROUZ:  Objection; vague.

5           THE WITNESS:  An error had occurred?  Well --

6           MR. BRITTON:  Q.  You said with Dr. Goedde,

7   the fact it is up at 97 percent is a serious

8   misspecification.  Is there any way to determine

9   whether --

10      A.   I'm saying here -- well, you can check the

11   data in terms of -- and see whether there's a

12   correlation.  You could check the plots of the data,

13   which I have.  And you can see whether -- you could run

14   a test like this over many years of data, and you can

15   see whether the relationship -- you could break the data

16   up into say five years, then another five years, and

17   another five years, and see if there is a consistent

18   pattern.

19      Q.   Now, did you run this same analysis for Q3?

20      A.   There is not enough observations to run it

21   just for one quarter.

22      Q.   Because Q3 is a larger percentage of month

23   one -- or, withdrawn.

24           Because month one and month two are larger

25   percentages of the quarter in Oracle's third quarters,

1            MR. BRITTON:   Q.   You've got a pretty forceful

2    opinion in here, sir, that says in summary the field

3    forecasts did not behave unusually in Q3 '01.  But you

4    haven't focused on the part of the business that was

5    down.

6         A.   The field forecast, the total revenues.

7         Q.   I'm talking U.S. license.  That's where the

8    big miss came.

9         A.   Right.  But the total revenues are the major

10   item in terms of if you were working out a valuation

11   item for Oracle, the total revenues of EPS are the major

12   items, then there is some subcomponents.

13        Q.   Right.  But the U.S. license divisions

14   represent a huge amount of that, don't they?

15        A.   They are part of that.

16        Q.   A big part.  But you don't know how big they

17   are?

18        A.   At this stage I don't have a specific number.

19        Q.   Isn't it true you didn't study that because it

20   was bad for you?

21        A.   That is absolutely not correct.

22            MS. KYROUZ:   Objection; argumentative.

23            MR. BRITTON:   Q.   They behave exactly opposite

24   of the conclusion you are giving?

25        A.   I didn't not study that.

Foster, George                                          7/6/2007

```
 1        Q.   Now, you saw the evidence from John Nugent,
 2   didn't you, about what the AVPs were saying in the
 3   field?
 4             MS. KYROUZ:  Objection; vague.
 5             THE WITNESS:  I can't remember the specific
 6   thing you're referring to.
 7             MR. BRITTON:  Q.  Do you know who John Nugent
 8   is?
 9        A.   No, I don't.
10        Q.   You have no idea who John Nugent is?
11        A.   I can't recollect.
12        Q.   What about George Roberts?
13        A.   George Roberts is, I believe, head of the
14   North American division.
15        Q.   And John Nugent was below him.  You don't
16   remember what John Nugent said about the behavior of the
17   field forecasts at the end of Q3 '01?
18             MS. KYROUZ:  Objection; vague.
19             THE WITNESS:  I don't remember that specific
20   comment.
21             MR. BRITTON:  Q.  It is cited in Dr. Goedde's
22   report.  Did you read it?
23        A.   Yes, I did.
24        Q.   But you don't remember what they said?
25        A.   I don't remember what they said.
```

1          Q.   I'll tell you what they said.  AVPs were

2     beginning to voice concern in December, and the AVPs

3     were reluctant to raise the forecast.

4               So it had some meaning inside Oracle.  Does

5     that suggest that to you?

6               MS. KYROUZ:   Objection; vague.

7               THE WITNESS:  Can I have a look?

8               MR. BRITTON:   Q.  It is just my notes.

9          A.   It is deposition testimony?

10         Q.   That is an actual document -- I'm not going to

11    go through it.  If you don't remember it, you don't

12    remember it.

13         A.   Okay.

14         Q.   What is your opinion with respect to the

15    behavior of the potential forecast?

16         A.   I believe that the potential forecast has

17    proved over time to be a better forecaster than the

18    forecast, as indicative of a well-functioning

19    forecasting process.

20         Q.   I'm talking more on the movement of the

21    potential forecast through 3Q '01.  What's your

22    understanding of what the potential forecast did

23    throughout the quarter?

24         A.   It is my understanding that it came down.

25         Q.   Turn to page 50 of your report.  And you offer

1    several opinions at paragraph 114 about the declines in

2    the upside not supporting Dr. Goedde's opinion; right?

3        A.   Yes, I do.

4        Q.   And then you have Figure 11, it's on the next

5    page, that seeks to measure the relative contributions

6    or the relative percentage of the license revenue that

7    the upside represented?

8        A.   Is this Figure 11 or Figure 12?

9        Q.   Pardon me.   Figure 12.

10       A.   This is the upside adjustment as a percentage

11   of the license revenue.

12       Q.   Right.   So you use this chart to reach the

13   conclusions that the potential had declined at times

14   during each of the seven quarters prior to Q3 '01;

15   right?

16       A.   The potential coming down can be a function of

17   both the forecasts coming down and the adjustment factor

18   coming down.   So it would be two factors operating near.

19   So what I'm referring to is on Figure 3 in Table 3 that

20   the potential had declined several times.   I believe

21   that is correct.

22       Q.   Let's focus on Figure 12, page 52.

23       A.   Which is just the adjustment factor itself.

24       Q.   Correct.   Now, you use this to support your

25   opinion that, "The potential had declined at times

1    during each of the seven quarters prior to Q3 '01," that

2    is Figure 3.

3            Figure 12, that's paragraph 115, it says,

4    "Ms. Minton had a general pattern of revising the upside

5    as a proportion of the field license revenue forecast

6    downward over the course of the quarter"; right?

7        A.    There is on average, if you look at the

8    eyeball chart, certainly there are a certain number of

9    downs going on.

10       Q.    Had it ever gone down as low as it did in Q3

11   '01?

12           MS. KYROUZ:  Objection; vague.

13           THE WITNESS:  No, it did not.

14           MR. BRITTON:  Q.  And it went down far lower

15   than every other graph by week eight; didn't it?

16           MS. KYROUZ:  Objection; vague.

17           MR. BRITTON:  Q.  Do you know why?

18       A.    Well, there's -- Jennifer Minton is revising

19   her opinion in terms of what is the adjustment she

20   thinks is necessary.

21       Q.    What was she basing that on?  She testified to

22   it.

23       A.    It is information that she thought that some

24   deals may be -- there's certain softness in some of the

25   deals.

1    Q.   And where did she get that information from?

2    A.   Just that -- just general understanding.  But

3    I can't point to a specific factor.

4    Q.   So the downward upside adjustments were the

5    reflection of negative information coming from the

6    field; weren't they?

7         MS. KYROUZ:  Objection; vague.

8         THE WITNESS:  There is a flow of -- there's

9    some new deals being added, there's some other deals

10   that are dropping.

11        MR. BRITTON:  Q.  So the new deals being added

12   are what was causing Ms. Minton's adjustments to come

13   down so low?

14   A.   No.

15   Q.   It was true the reason she was reducing that

16   upside so low was because there was bad information

17   coming from the field; right?

18        MS. KYROUZ:  Objection; vague.

19        THE WITNESS:  I would have to look at the

20   specific testimony.  I can't remember the exact words

21   that she said on that.

22        MR. BRITTON:  Q.  Do you remember any of the

23   words she said?

24   A.   I can't remember the exact words.

25   Q.   Anything generally that she said?

1        A.    I can't remember that.   At this stage there is

2     still very sizable uncertainty in terms of what the

3     actual outcome, given the back-ended nature of the

4     revenue series.

5             MR. BRITTON:   Move to strike that last answer

6     as nonresponsive.

7        Q.    The next opinion you give is at -- go to

8     paragraph 114, second sentence.   "Furthermore, the

9     potential had indicated an EPS below market expectation

10    in several prior quarters in which Oracle eventually

11    made or beat its target."   And you're referring to

12    Figure 3.

13       A.    This is page 114 we're referring to?

14       Q.    Paragraph 114, second sentence.   I'm trying to

15    find Figure 3.   Okay?

16       A.    Yes.

17       Q.    So your testimony is, "The potential had

18    indicated an EPS below market expectation in several

19    prior quarters in which Oracle eventually made or beat

20    its target."   Do you see that?

21       A.    That is correct.

22       Q.    And can you tell me when Oracle started to

23    give guidance?

24       A.    I believe it was the second quarter of 2001.

25       Q.    So prior to that period of time the market

1    expectation was set by analysts; right?

2        A.   There are ongoing conversations between Oracle

3    and analysts before -- I mean, it is not a single thing.

4    Just because you didn't give a guidance doesn't mean the

5    analysts aren't talking to management at this stage.

6        Q.   But the analysts had to come up with their own

7    models based on input from the company, but the company

8    didn't give guidance?

9        A.   But the analysts still come up with their own

10   models without the guidance.  So I don't see that as a

11   difference.

12       Q.   What information do you know that Oracle was

13   giving to the analysts for the analysts to set their own

14   guidance?

15       A.   The analysts are looking at a whole lot of

16   information sources all the time.  Some are company

17   sources, whether they are publicly available, some are

18   interviews with management, some are talking to

19   competitors, analyzing competitors.

20       Q.   So what you're saying is that's the functional

21   equivalent of the company giving guidance?

22       A.   No, I'm not saying that at all.

23       Q.   Is there an appreciable difference in your

24   mind between the company coming out and saying we're

25   going to do 12 cents per share versus giving analysts

1    information the analysts can use to come up with --

2        A.   I think --

3            MS. KYROUZ:  Objection; vague.

4            THE WITNESS:  I didn't say that.  I think

5    coming out and making a statement is a formal process.

6            MR. BRITTON:  Q.  Now, the point you're making

7    is that the earnings per share was below market

8    expectation in several prior quarters.

9            Now, you're familiar with Mr. Henley's

10   testimony about what he thought about Ms. Minton's

11   upside getting to 11.58 cents on January 29th; aren't

12   you?

13       A.   I'm not familiar with that.

14       Q.   You don't know what he said about Minton's

15   upside report?

16       A.   I don't remember the specifics of that.

17       Q.   Do you remember generally?

18       A.   I don't remember that.

19       Q.   Okay.  Now, go to page 51, paragraph 115.  You

20   have in here, "An end-of-quarter rally in this metric

21   was thus not without precedent."  Do you see that?  The

22   last sentence of paragraph 115.

23       A.   That's correct.

24       Q.   So is your point -- let me ask you, what's

25   your point?

1          MS. KYROUZ:  Objection.

2          THE WITNESS:  I don't want to make an opinion

3    on something that I haven't studied.

4          MR. BRITTON:  Q.  Do you know what Ms. Minton

5    testified to in terms of the hockey stick effect on her

6    forecast?

7          MS. KYROUZ:  Objection; vague.

8          THE WITNESS:  I know Jennifer Minton was aware

9    of the hockey stick, and recognized that in her

10   forecasting.

11         MR. BRITTON:  Q.  Did she say it had an impact

12   on her forecasting process?

13      A.  I'm not aware.  I don't remember at this stage

14   the specific answer to that question.

15      Q.  Do you remember the general answer to that

16   question?

17      A.  No, I don't.

18      Q.  Do you think that the lack of big deals for

19   Oracle in its NAS division was a source of concern for

20   the company?

21         MS. KYROUZ:  Objection; vague.

22         THE WITNESS:  It's -- I'm not sure about the

23   factual basis of what you're saying.  In what period are

24   you referring to?

25         MR. BRITTON:  Q.  Third quarter of 2001.

1   What's your understanding of the big deal situation in

2   the NAS division in the beginning of Q3 '01?

3            MS. KYROUZ:   Objection; vague.

4            THE WITNESS:   It is my understanding that

5   Mr. Henley addressed that issue and gave his opinion, is

6   that not only was it something that didn't give him

7   concern, but it is actually good.

8            MR. BRITTON:   Q.   In your experience is the

9   lack of sizable deals a good thing?

10      A.   I think if you narrowly define it to the -- if

11  you have 100 deals and you keep 100, you would like some

12  of them to be large and some of them to be small.

13           Where the question gets tougher to ask is if

14  you don't keep it to 100, if you go to 140 deals, would

15  you rather have 140 deals that are slightly smaller or

16  100 deals that have a sizable weighting on one or two

17  companies.   That becomes a tougher question to answer.

18      Q.   Okay.   Did Mr. Winton, who sent the e-mail

19  about the big deals, did he see it as a source of

20  concern for his division?

21           MS. KYROUZ:   Objection; vague.

22           THE WITNESS:   I'm not aware of the specific

23  comments of Mr. Winton.

24           MR. BRITTON:   Q.   He said that big deals had

25  driven NAS's results in Q1 and Q2.   So would you, under

1   those circumstances, see it as a good thing that he

2   didn't have big deals in the third quarter?

3       A.   I'm not -- I would have to look at your first

4   characterization whether that's correct.  As I would

5   stand by my statement that it is not whether you have

6   one or two deals, it is also the total number of deals.

7           And I know certain companies -- I've spoken to

8   CEOs on this, and they prefer to have 200 medium-sized

9   deals than 100 very heavily weighted deals.  And I have

10  spoken to CEOs where they have given me the reverse

11  opinion.

12      Q.   NAS was a division at Oracle that had many

13  small deals; right?

14      A.   They had some small deals.

15      Q.   They had a lot of small deals.  Wasn't that

16  the division where all the small deals were located or

17  most of the small deals were located?

18      A.   I don't have the evidence to know what was the

19  weighting of the specific deals.

20      Q.   So you're not -- in that kind of division

21  you're not going to be concerned with having just a few

22  large deals; right?

23      A.   I don't follow your line of questioning.

24      Q.   Well, if you have a division that focuses on

25  customers that are smaller in size and have smaller

1      Q.    Were you aware -- are you aware of the

2   accounting allegations in this case?

3      A.    At a very vague level.

4      Q.    Have you looked at any of the expert reports,

5   the accounting expert reports?

6      A.    No, I have not.

7      Q.    If Oracle had manipulated its financial

8   results in the second quarter of 2001, would that have

9   an effect on your opinion one way or the other?

10          MS. KYROUZ:  Objection; incomplete

11   hypothetical.

12          THE WITNESS:  I have not considered that

13   issue.

14          MR. BRITTON:  Q.  Okay.  Sitting here today

15   considering it, if you saw evidence that Oracle, in

16   fact, was managing its earnings and in the second

17   quarter reported 10 cents per share instead of 11 cents

18   per share, would that affect your opinion?

19          MS. KYROUZ:  Same objections.

20          THE WITNESS:  I just would have to look into

21   the issue in a lot more detail.  Because, as I said,

22   earnings management is a term that has many different

23   connotations.

24          MR. BRITTON:  Q.  Accounting improprieties?

25      A.    Accounting improprieties also have different

1    connotations.   Sometimes --

2         Q.   I'll bet; right?

3         A.   They do.

4         Q.   So, let me put it a different way.   If

5    Oracle -- what is your understanding of how Oracle

6    issued its 12 cents earnings per share guidance in the

7    third quarter of 2001?

8              MS. KYROUZ:  Objection; vague.

9              THE WITNESS:  I think my understanding that

10   Jennifer Minton was forecasting a 12.8, I think, and the

11   CFO brought that down to a 12.

12             MR. BRITTON:  Q.  Why did he bring it down to

13   a 12?

14        A.   He was using his judgment.

15        Q.   Did it relate in any way to Q2?

16        A.   I have not examined that issue.

17        Q.   Isn't it true that he said that the reason

18   we're going to 12 cents per share is because Q3 is

19   typically a penny per share more than Q2?

20             MS. KYROUZ:  Objection; mischaracterizes.

21             THE WITNESS:  I have not examined that issue.

22             MR. BRITTON:  Q.  You studied Dr. Goedde's

23   report; right?

24        A.   Reports.

25        Q.   His reports; all right.  Is there anything

1    that Dr. Goedde did in his reports that you believe he

2    should not have done?

3              MS. KYROUZ:  Objection; vague.  He's written a

4    whole report on this subject.

5              THE WITNESS:  I think that in the report here

6    I have addressed the issues of concern to me in the

7    first Goedde report.

8              MR. BRITTON:  Q.  So everything that you're --

9    that you have with respect to the first Goedde report is

10   in there.  Now, with respect to the Goedde rebuttal

11   report, is there anything that he did in the rebuttal

12   report that you believe he should not have done?

13       A.   I have only read the report.  I have not

14   attempted to sort of do a detailed rebuttal of it.

15       Q.   Is there anything that Dr. Goedde didn't do in

16   his first report that you believe he should have done

17   that's not addressed in your rebuttal report?

18       A.   No.  I believe I have been fairly

19   comprehensive in what my concerns are.

20       Q.   Is there anything in Dr. Goedde's rebuttal

21   report that he didn't do that you think he should have

22   done?

23       A.   The second report?  I have not examined that

24   issue.

25              MR. BRITTON:  Okay.  Can we take five?

1          VIDEOGRAPHER:  Off the record at 4:25.

2                   (Recess, 4:25 p.m. - 4:43 p.m.)

3          VIDEOGRAPHER:  On record at 4:43.

4          MR. BRITTON:  Q.  Earlier we talked about

5     Mr. Lucas, and I believe you testified that you knew

6     Mr. Lucas?

7          A.   No.

8          Q.   No?

9          A.   Mr. Lucas is the computer science professor?

10         Q.   Is that your understanding?  Because Mr. Lucas

11    is not a professor at Stanford, he is an Oracle board

12    member.  So the question I have is, how do you know

13    Mr. Lucas?

14         A.   I think you asked me the question did I know

15    Mr. Lucas, and I said no.  We can draw that up.  But I

16    think I said I knew Professor Boskin.

17         Q.   How about Professor -- or Hector Garcia

18    Molina?

19         A.   No.

20         Q.   Can you tell me what Mr. Ellison testified

21    about what was the key forecasting indicators to him?

22         A.   I think he mentioned pipeline.  I can't

23    remember the other ones.  Dr. Goedde I think lists them

24    in his deposition report.  I can't remember specifically

25    what they --

1      Q.    The only ones you can remember is the

2  pipeline?

3      A.    At here.  But I can easily get the deposition.

4      Q.    Do you know when Oracle started selling CRM?

5            MS. KYROUZ:  Objection; vague.

6            THE WITNESS:  No, I do not.

7            MR. BRITTON:  Q.  Do you know when Oracle

8  started selling 11i?

9      A.    I believe 11i was sometime during 2000.

10     Q.    Fiscal 2000 or calendar 2000?

11     A.    I was referring to calendar 2000.  Sometime in

12  the April/May/June period is my guess, my understanding.

13     Q.    Do you understand that Ms. Minton explained

14  that she wanted to sell stock in the third quarter of

15  2001?

16     A.    You mean Ms. Minton wanted to sell stock

17  personally?  I don't know anything about that.

18     Q.    Do you know what Ms. Minton said about whether

19  deals that closed stayed in the pipeline or not?

20     A.    I have observed differences of opinion on

21  that, and my conclusion is that the deals did stay in

22  the pipeline after they were signed.

23     Q.    How do you reach that conclusion?

24     A.    It's my general understanding that's how

25  pipelines work based on discussions with other people.

1   And I -- the general impressions I got from the

2   depositions was that was more the case.  I think there

3   was one statement by Mr. Ellison implying that they

4   didn't.  But in the light of conflicting evidence, it

5   was my inference that they did.

6       Q.   Why in your experience do closed deals stay in

7   the pipeline?

8       A.   Because what you are doing is for the quarter

9   that is going through.  And so if the definition of the

10  pipeline is all those deals that are going to close

11  during the quarter and the deal did close during the

12  quarter, then under that definition you would include

13  them.

14      Q.   Do you know what the divisions were within

15  Oracle's NAS line of business?

16      A.   I think NAS is typically the manufacturing

17  division.  So there would be some automotive divisions.

18  I think one of them is called manufacturing.  I'm not --

19  I couldn't specifically state.  It is the -- in some

20  sense the nonservice sector.

21      Q.   Do you know where Oracle's miss occurred?

22      A.   This is the 2001, third quarter?

23      Q.   Third quarter 2001.

24      MS. KYROUZ:  Objection; vague.

25      THE WITNESS:  I think it was more in the

```
 1   STATE OF CALIFORNIA        )

 2                              )

 3   COUNTY OF ALAMEDA          )

 4         I, DIANA NOBRIGA, hereby certify that the

 5   witness in the foregoing deposition was by me duly sworn

 6   to testify to the truth, the whole truth, and nothing

 7   but the truth in the within-entitled cause; that said

 8   deposition was taken at the time and place therein

 9   stated; that the testimony of said witness was reported

10   by me, a Certified Shorthand Reporter and disinterested

11   person, and was thereafter transcribed into typewriting,

12   and that the pertinent provisions of the applicable code

13   or rules of civil procedure relating to the notification

14   of the witness and counsel for the parties hereto of the

15   availability of the original transcript of the

16   deposition for reading, correcting and signing have been

17   met.

18         And I further certify that I am not of counsel

19   or attorney for either or any of the parties to said

20   deposition, nor in any way interested in the outcome of

21   the cause named in said action.

22         DATED:  _July 9, 2007_

23

24         _____

25         DIANA  NOBRIGA, CSR NO. 7071
```