# Rebuttal Declaration of Randall W. Jensen, PhD

**Regarding**
**Expert Report of Edward Yourdon**
dated 25 May 2007

in the Matter of
**Oracle Corporation ("Oracle") Securities Litigation**
**United States District Court**
**Northern District of California**
**San Francisco Division**
**Case No. C-01-0988-MJJ**

June 22, 2007

## Publications

My publications within the past ten years are included in my resume, attached.

## Prior Expert Witness Testimony

I do not have any expert witness testimony within the past four years.

## Expert Compensation

The compensation to be paid for services rendered in this matter is as follows: preparation, research and consulting at $450 per hour plus expenses; deposition testimony at $2,750 per half day plus expenses; and trial testimony at $6,000 per day plus expenses. To date, I have spent approximately 16 hours on this assignment.

## Concluding Comments

This declaration has summarized my opinions and has presented the basis on which they were formed.

Signed,

*[signature]*

Randall W. Jensen, PhD

Enclosure