IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Certified Copy

In re ORACLE CORPORATION

SECURITIES LITIGATION.

                Master File No. C-01-0988-MJJ

This Document Relates To:

    ALL ACTIONS.

_____/

---oOo---

CONFIDENTIAL

VIDEOTAPED DEPOSITION OF LAWRENCE ELLISON

Volume II

Thursday, September 21, 2006

---oOo---

SHEILA CHASE & ASSOCIATES
REPORTING FOR:
LiveNote World Service
221 Main Street, Suite 1250
San Francisco, California 94105
Phone: (415) 321-2300
Fax: (415) 321-2301

Reported by:
RACHEL FERRIER, CSR
CSR No. 6948

```
 1  others?
 2      A    Yes.
 3      Q    Do you know who Lia Burke is?
 4      A    I do not.
 5      Q    And it says, "Larry, Jeff asked that we
 6  provide you with a status on the use of OSO to
 7  capture pipeline and forecast data.
 8           "The pipeline data in OSO is in very good
 9  shape, as the data in OSO is very dynamic, at the
10  time of the forecast submissions earlier this week
11  the pipeline data was in agreement with what is being
12  presented to the EC on Monday.  The forecast module
13  is newer and while most of the data is good we
14  continue to work with a few groups to ensure OSO is
15  being kept up to date."
16           Do you see that?
17      A    I do.
18      Q    Is that an issue that you were involved
19  in at that time --
20      A    Yeah.
21      Q    -- what was going into OSO?
22      A    Yeah.  Specifically, I wanted to not get
23  forecasts that weren't -- that didn't come out of the
24  system, so our old practice where people -- the sales
25  executives would come into the room and they would
```

```
 1   have their forecasts on spreadsheets or in their
 2   heads and you go around the room and get everyone's
 3   forecast, and I thought -- and then we would go back
 4   and look at OSO and the two might not necessarily
 5   agree, so we were trying -- you know, I was trying to
 6   get the system to be used at all times.
 7       Q    Okay.  At around this time, did you want
 8   more risk to be put into the forecasts?
 9            MR. LINDSTROM:  Vague and ambiguous.
10            THE WITNESS:  No.  I've always wanted the
11   forecast to be accurate.  You know, I would say
12   slightly conservative but accurate.
13            MR. SOLOMON:  Okay.
14            THE WITNESS:  So sometimes -- sometimes
15   people would get so conservative, you get a culture
16   where everyone wants to beat their forecast every
17   time, and then you can get very -- you know,
18   misleadingly low forecasts.  So I've always -- I'll
19   stop there.
20            MR. SOLOMON:  Okay.  So we are having
21   marked as the next exhibit another document produced
22   by the defendants with the control numbers 203681
23   through 683.
24            (Exhibit No. 110 was marked for
25            identification.)
```

```
 1              THE WITNESS:  Okay.
 2   BY MR. SOLOMON:
 3       Q    Do you recognize this?
 4       A    I don't.
 5       Q    You will see, on the third page of the
 6   exhibit -- well, first, on the first page, the
 7   subject is "Draft New terminology on Forecasting"?
 8       A    Yeah.
 9       Q    It's dated October the 6th, 2000; right?
10       A    Right.
11       Q    And then the third page has some text, and
12   it starts, "Hi, Jim, we can talk through the
13   recommendation, let me know your thoughts...
14            "Recently Larry has changed the way that he
15   is interpreting our forecast.  He would like us to
16   reflect our numbers as follows," and then there's a
17   "Worst," "Forecast," and a "Best" category.
18            Do you see that?
19       A    I do.
20       Q    Does this reflect the -- a change in
21   forecasting that you directed?
22       A    Yeah.  I was trying to accomplish two
23   things.  I wanted to -- you know, yeah.  Rather than
24   a single number -- rather than getting a single
25   number, I wanted to get three numbers:  Worst case,
```

most likely case, and best case --

    THE REPORTER: Say it one more time.

    THE WITNESS: Rather than getting a single forecast number from each of the sales executives, I wanted to get three separate numbers reflecting a worst case, guaranteed we will at least do that well; a most likely case, what you thought you were actually going to do; and a best case, if everything goes really well, how high could it go.

    And I was also trying to get -- in putting in the new methodology, I was also trying to synchronize the way Europe forecasts with the way Latin America forecasts and Asia Pacific and different groups would have different ways of doing their forecast. And I was trying to get as much of that variability out of the system as possible.

    Now, you can't get the personalities out of the system. I mean, if you have a conservative sales executive, they are going to forecast conservatively. If you have an optimistic sales executive, they are going to forecast less conservatively.

BY MR. SOLOMON:

    Q    What drove you to make this change?

    A    The -- we were going to put the three numbers in the computer system. What I wanted to

1  see -- I've done -- to get more information, just
2  getting more -- you know, getting more data rather
3  than one number, which usually was someplace between
4  the best case and the most likely -- what they used
5  to call a commit forecast; one we could count on.  I
6  was trying to, you know, get a better idea of what,
7  you know -- get more data -- more data to work with.
8      Q   Okay.  And, at that stage -- and we are
9  talking about October 2000 -- how long had Oracle
10 internally been using OSO?
11     A   I don't recall.
12     Q   Years or months, could you tell me that?
13     A   I think a few years.
14         MR. SOLOMON:  Okay.  Mark as the next
15 exhibit a document produced by the defendants with
16 the control number 6123 -- 612306 and 307.
17         (Exhibit No. 111 was marked for
18         identification.)
19         THE WITNESS:  Okay.
20 BY MR. SOLOMON:
21     Q   Do you recognize having seen this before?
22     A   No, I don't.
23     Q   The e-mail exchange in the bottom half of
24 the page is from David Winton to David Winton, and it
25 appears that went up the chain to George Roberts.

```
 1            Do you see that?
 2     A      Yes.
 3     Q      And it says that David Winton wrote, and
 4   then there are a few paragraphs and some numbered
 5   paragraphs starting with, "1. Slow start in FY'00."
 6            Just for the record, this is dated 7th of
 7   December -- this is dated the 6th of December 2000.
 8            "Slow start in FY'00 -- The growth
 9   comparisons to last year have been relatively easy in
10   the first two quarters as we did not perform that
11   well a year ago.  The disruption over account moves
12   in Majors last year was the main factor."
13            Were you aware that, as stated here, the
14   growth comparisons for last year had been -- the last
15   year had been relatively easy in the first two
16   quarters because they -- Oracle did not perform well
17   in those quarters in the previous year?
18     A      Don't recall.
19     Q      You don't recall.  Okay.
20            And then No. 2, "More Big Deals this
21   Q1&2 -- As the schedule shows, our results this year
22   have been boosted by big deals in both quarters.
23   Combined, these greater than $5 million deals
24   contributed over $55 million year to date.  Note that
25   we only have one deal over $5 million currently in
```

```
 1    the Q3 Pipe.  Last year we had four deals that netted
 2    $28 million."
 3           Do you see that?
 4    A     I do.
 5    Q     Did you know that in December of 2000?
 6           MR. LINDSTROM:  Compound.
 7           THE WITNESS:  This is -- this is in George
 8    Roberts' sales unit.
 9           MR. SOLOMON:  Correct.
10           THE WITNESS:  Because we have lots and lots
11    of sales units.
12           MR. SOLOMON:  Correct.
13           THE WITNESS:  But, no, I did not know
14    specifically know the details in his unit.
15    BY MR. SOLOMON:
16    Q     And "3.  Growth comparisons tougher in
17    Q3&4."  It says, "NAS results took off last year in
18    Q3 and continued into Q4.  Growth rates will slow in
19    the second half but we still feel that the annual 31%
20    target is achievable with some potential upside of 2
21    to 3 points if Q3 is strong."
22           Do you see that?
23    A     I do.
24    Q     Were you aware of those facts in December
25    of 2000?
```

```
 1              CERTIFICATE OF DEPOSITION OFFICER
 2         I, RACHEL FERRIER, CSR, CSR No. 6948, duly
 3   authorized to administer oaths pursuant to Section
 4   8211 of the California Code of Civil Procedure,
 5   hereby certify that the witness in the foregoing
 6   deposition was by me sworn to testify to the truth,
 7   the whole truth and nothing but the truth in the
 8   within-entitled cause; that said deposition was taken
 9   at the time and place therein stated; that the
10   testimony of said witness was reported by me and was
11   thereafter transcribed by me or under my direction by
12   means of computer-aided transcription; that the
13   foregoing is a full, complete and true record of said
14   testimony; and that the witness was given an
15   opportunity to read and correct said deposition and
16   to subscribe same.
17         I further certify that I am not of counsel or
18   attorney for either or any of the parties in the
19   foregoing deposition and caption named, nor in any
20   way interested in the outcome of the cause named in
21   said caption.
22         IN WITNESS WHEREOF, I have hereunto subscribed
23   by my hand this 28th day of September, 2006.
24   _____
25         RACHEL FERRIER, CSR No. 6948
```