Minton, Jennifer 4/21/2005

1   IN THE UNITED STATES DISTRICT COURT
2   NORTHERN DISTRICT OF CALIFORNIA
3

In re ORACLE CORPORATION
4   SECURITIES LITIGATION

Master File No. C-01-0988-MJJ
5   This Document Relates To:
6   ALL ACTIONS.
_____/
7
8
9               ---oOo---
10   DEPOSITION OF JENNIFER MINTON
11       Thursday, April 21, 2005
12              ---oOo---
13
14       SHEILA CHASE & ASSOCIATES
         25 Otsego Avenue
15   San Francisco, California  94112
         Phone: (415) 333-7474
16        Fax:   (415) 333-7412
17
18
19
20  Reported by:
    SANDRA L. CARRANZA, CSR, RPR, CRR
21  CSR No. 7062
22
23
24
25

Minton, Jennifer 4/21/2005

1  supporting them and may have said, "No, I want my
2  forecast to remain at 120."
3      Q.   Okay.  What reports were generated by the
4  business units in -- in the forecasting process?
5      A.   The -- the financial analysts would prepare
6  reports that would summarize the deals in the pipeline
7  over a certain dollar threshold.  They would prepare
8  reports that would analyze historical license pipeline
9  conversion rates and whatnot.
10          But what they did at the divisional level, I
11 would not necessarily have a hundred percent access to.
12 We did similar types of analyses at the corporate level.
13     Q.   Can you think of any other reports that you are
14 familiar with that the business units would generate in
15 their forecasting process?
16     A.   I just need to reiterate, again, I was not
17 involved in any meetings that were held by the
18 divisions, you know, during their own individual --
19     Q.   Uh-huh.
20     A.   -- organizational meetings.  I was not involved
21 in developing any of those reports.  So I'm telling you
22 the types of reports that would likely be prepared, but
23 I was not involved in, you know, Jay Nussbaum's sales
24 forecasting call with his organization or with
25 Sandy Sanderson's forecasting call in their

Minton, Jennifer 4/21/2005

1   organization. They came up with their own forecasts and
2   had their own way of analyzing their forecast and
3   defining what number they wanted to commit to.
4      Q. Okay. Are you familiar with how the business
5   units would enter information into the pipeline for
6   their individual sales units?
7      A. The license sales reps were responsible for
8   entering in the opportunity, "the opportunity" being
9   defined as a potential deal that had the opportunity to
10  close in the current quarter.
11     Q. And how would you define "pipeline"? What does
12  that word mean to you?
13     A. The pipeline represents -- it's a -- it's a
14  comprehensive number -- let me -- it's a comprehensive
15  population of all potential deals that have an
16  opportunity to be closed in a given quarter.
17     Q. And what system did -- withdrawn.
18        Did Oracle use one system for its pipeline in
19  terms of gauging at what stage of the sales process a
20  given deal was, how likely it was to close in the
21  current quarter?
22     A. There were Excel spreadsheets, as an example,
23  and OSO had the capability as well. When tracking large
24  deals, they would indicate whether it was one or
25  whether -- you know, what percentage of likelihood or

Minton, Jennifer 4/21/2005

1  probability that a deal might close.

2     Q.   Okay.  And was there a -- a guide or any
3  specific parameters that the sales representatives would
4  use in terms of gauging how likely a deal was to close
5  in the current quarter?

6     A.   That was their best judgment.

7     Q.   Was there any type of regression analysis
8  performed at Oracle to predict the likelihood or -- or
9  the potential that deals in the pipeline would close?

10    A.   "Regression analysis"?  I don't understand what
11 you mean by that.

12    Q.   An analysis to predict, you know, using
13 information historically to predict what the information
14 was likely to close in the current quarter.

15    A.   At -- at corporate we performed a license
16 pipeline conversion analysis.

17    Q.   Okay.  So let's go back to the -- the
18 forecasting process again.

19         We were at the -- the business unit level, and
20 then it would get put into OFA, and then a consolidated
21 report would be prepared; and then you would make your
22 adjustments on the upside report, and then that would go
23 up to certain members of the executive management
24 committee.  I want to talk to you a little bit about how
25 you -- how you performed the upside adjustments.

Minton, Jennifer 4/21/2005

1     Can you describe that process for me, please.

2  A.  Sure.

3     The upside adjustments were based on a variety

4  of factors: One was the license pipeline conversion

5  analysis. We would take a look at the pipeline for the

6  same corresponding prior year period, and look at what

7  actually closed as a percentage of that pipeline to come

8  up with a historical pipeline conversion ratio. And we

9  would apply that to the current pipeline in order to

10 predict what we thought would be the actual conversion

11 or the actual -- the actual conversion of that pipeline

12 for the current quarter. And we broke it down by

13 geography or business unit. And it was in totality a

14 fairly good -- had proven to be a fairly good predictor

15 of what our true forecast and actual reports would be.

16     And in addition to that, we held in the

17 Americas, we held meetings on Thursday afternoons, and

18 we would review the Americas' forecast, which was

19 inclusive of LAD; and we would talk about large deals,

20 what the opportunities were. Various folks would attend

21 those forecast calls; Jeff Henley, myself, my staff,

22 the -- the four EVPs, Frank Varsano, Jay Nussbaum,

23 Sandy Sanderson. And sometimes Larry would join and

24 Safra would join.

25     And those calls -- again, we reviewed in more

1  detail than we did in the EC meetings on Monday the

2  opportunities for the current quarter to determine what

3  the likelihood was that they were going to close.

4      Q.   And describe those calls for me.

5           What type -- what types of questions were being

6  asked and what types of answers were being given during

7  those calls?

8           MR. RUBENSTEIN:  Object to the form.

9           MR. BRITTON:  You can answer.

10          MR. RUBENSTEIN:  You can answer.

11          THE WITNESS:  Oh, okay.

12          MR. RUBENSTEIN:  I'm sorry.

13          THE WITNESS:  We would ask each business unit

14  leader whether -- what their forecast was.  They would

15  talk about their worst case, their best case, as well as

16  what their commit number was.

17          And, again, they would reveal -- or not reveal,

18  but they would review the status of certain large

19  transactions and at times would ask for executive

20  involvement to ensure that a deal progressed and -- and

21  closed during the course of a quarter.

22          MR. BRITTON:  Q.  How would the information

23  that you obtained on these Thursday calls affect the

24  upside adjustment in your upside reports?

25      A.   There were oftentimes large bi- -- large deals,

Minton, Jennifer 4/21/2005

1  what I will refer to as a mega deal, that somebody may
2  not want to put in their forecast, because it was
3  binary, and they would talk about it on the call and --
4  and refer to it as likely to close, but they didn't want
5  to put it in their forecast yet, as an example. So I
6  would take information like that.
7           I would also talk to the field finance folks
8  reporting to me, or eventually reporting to me, and get
9  their independent thinking as to whether -- whether or
10 not the forecast was a likely outcome or if there was
11 more upside to the forecast.
12          And based on all that input, including the
13 analysis of the historical conversion ratio, I would
14 make some upside adjustments to the submitted forecast
15 to come up with the company's consolidated forecast, and
16 that's the forecast that we always relied upon for
17 setting expectations. That would be the potential
18 column in the upside reports.
19    Q.   Okay. So this was for the Americas.
20         So let's -- what I'd like to do is -- is talk
21 about who the field finance folks that you were speaking
22 to for each of -- of the different units. I know we
23 talked about at least one, the assistant, the one that
24 supported the business head.
25         Were there others that you would speak to for

Minton, Jennifer  4/21/2005

1  OPI, OSI or NAS or LAD to get an indication about the

2  likelihood of potential deals closing?

3      A.   Again, I would speak to the key financial

4  person that was supporting the business unit leader.

5      Q.   So --

6      A.   So Sarah Kopp, David Winton, Jim English,

7  Cheryl McDowell, William Plant, Greg Davies, all the

8  names that I testified to earlier this morning.

9      Q.   And how would those individuals be in a

10 position to tell you the likelihood of a potential deal

11 or mega deal closing?  What was their knowledge source?

12     A.   They would participate in the weekly forecast

13 calls that the business unit leaders held with their

14 sales management, so they got to hear each of the sales

15 managers speak to all the deals in their pipeline.

16     Q.   Okay.

17     A.   These meetings could be like three-, four-hour

18 long meetings.

19     Q.   Okay.  And when you had your discussions with

20 the field finance individuals, were -- were your upside

21 adjustments based upon their opinion about the

22 likelihood of it closing, or would they describe where

23 that particular transaction was in the sales process?

24     A.   It wasn't necessarily on a transaction-by-

25 transaction basis.  It was based on their own

1  independent assessment based on their own, you know,
2  knowledge base from the meetings, from doing their own
3  conversion analyses, from hearing about the stages of
4  the deals, knowing the individuals who were forecasting,
5  because you would get to know the forecasting behaviors
6  of lots of individuals.
7      So, for example, Jay Nussbaum and
8  George Roberts both historically always exceeded their
9  forecast. And so that's one of the reasons why we had
10 to put these upside adjustments in, so that we could get
11 to what we thought were the true forecasts for the
12 quarter before we set down these expectations and as we
13 evaluated where we were going -- you know, where we
14 thought we were going to end throughout the course of a
15 quarter.
16   Q.  Okay. Did you have conversations with the
17 business unit heads about the upside adjustments for
18 their particular unit?
19   A.  I would talk to them about -- I would talk to
20 them directly about deals and -- and -- and come to my
21 conclusions. I'm -- I'm certain that I had
22 conversations with regards to amounts that I might be
23 putting in on top of what their forecasts were, not all
24 the time, but on occasion.
25   Q.  Right. Right.

```
 1                    REPORTER'S CERTIFICATE
 2         I hereby certify that the foregoing is a true
 3   record of the testimony as reported to the best of my
 4   ability by me, a duly certified shorthand reporter and a
 5   disinterested person, and was tghereafter transcribed
 6   under my direction into typewriting by computer.
 7
 8         I FURTHER CERTIFY that I am not interested in the
 9   outcome of the said action and not connected with nor
10   related to any of the parties in said action or their
11   respective counsel.
12
13
14
15   Dated:  May 4, 2005
16
17                _____
                  SANDRA L. CARRANZA, CSR No. 7062
```