1  IN THE UNITED STATES DISTRICT COURT
2  NORTHERN DISTRICT OF CALIFORNIA
3  ---oOo---
4
5                                          CERTIFIED COPY
6  In re ORACLE CORPORATION
   SECURITIES LITIGATION
7                           FILE NO. C-01-0988-MJJ
8  This Document Relates To:
   _____/
9
10
11              CONFIDENTIAL
12       DEPOSITION OF JENNIFER MINTON
13           Friday, July 7, 2006
14
15          SHEILA CHASE & ASSOCIATES
16              REPORTING FOR:
17           LiveNote World Service
18        221 Main Street, Suite 1250
19       San Francisco, California 94105
20            Phone: (415) 321-2311
21            Fax:   (415) 321-2301
22
23
24  Reported by:
25  ANDREA M. IGNACIO HOWARD, RPR, CSR NO. 9830

Minton, Jennifer
CONFIDENTIAL
7/7/2006

1  deliver that forecast at a minimum.
2      Q   The criteria -- let's get a little
3  preliminary.
4          I'll be talking primarily about the 2000,
5  2001 time period. So most of my questions will,
6  unless I say otherwise, will cover or be during that
7  time period; is that okay?
8      A   Fiscal 2000 and fiscal 2001?
9      Q   Yes.
10     A   Okay.
11     Q   Okay. And then when I use the term "class
12 period," I mean December 1st, 2000, to February 28,
13 2001; do you understand that?
14     A   Q3?
15     Q   Yes, Q3 of fiscal 2001; is that yes?
16     A   That's correct.
17     Q   Okay. Did the criteria for the forecast
18 column ever change during the 2000, 2001 time period?
19     A   Not that I recall.
20     Q   Okay. Then on the upside reports, you had an
21 upside column?
22     A   That is correct.
23     Q   Okay. And is it fair to say that that
24 represented your management judgment or your judgment
25 on what to add on top of the field?

upside when you were gone?

A   There were a number of people that came to my aide while I was gone. So it could have been Larry Garnick, could have been Lia Burke, it could have been -- I'm not sure that Ivgen Guner was there at the time, so I really cannot testify as to who prepared this.

Q   Okay. Now, you mentioned earlier that the sales force "sandbagged."

A   That is correct.

Q   Okay. What's your understanding of the -- that term, how it was used at Oracle?

A   That they would commit to numbers that were significantly less than what they would actually deliver.

Q   Okay. Was this a source of contention with Mr. Ellison?

A   Yes, it was.

Q   And you testified earlier you don't remember him ever changing the parameters for the forecasts for the commit numbers; is that right?

A   Excuse me?

Q   You don't remember Mr. Ellison changing the parameters or the criteria for the forecast number for the field?

```
 1        A    I don't understand your question.
 2        Q    All right.
 3             Maybe I'll give you some documents to help
 4   you.  Minton -- what's the next in order?
 5             THE REPORTER:  31.
 6             MR. BRITTON:  This will be 31A, and this one
 7   will be 31B.
 8             THE WITNESS:  Are we done with these
 9   documents?
10             (Document marked Exhibit No. 31A - 31B
11               for identification.)
12             BY MR. BRITTON:  Q.  Okay.  The court
13   reporter has placed in front of you what's been marked
14   as Minton Exhibits 31A and 31B.
15             MR. WALD:  Which is which, Doug?
16             MR. BRITTON:  31A starts at Bates 202815 and
17   ends at 202998.  31B -- pardon me -- 31B starts with
18   NDCA-ORCL 202995 and ends with 998.
19             MR. WALD:  I think you just misspoke
20   yourself.  31A is 202815 through 821.
21             MR. BRITTON:  Through 821.
22             MR. WALD:  Okay.
23             MR. BRITTON:  And then 31B is 202995 through
24   202998.
25             MR. WALD:  Okay.  Yeah, you just misspoke
```

```
 1   yourself on the first one.
 2        BY MR. BRITTON:  Q.  Do you recognize
 3   Exhibits 31A and B?
 4        A    I recognize the license revenue forecast
 5   analyses.  I just read this e-mail note.
 6        Q    Okay.  Let's start with 31A.  Top page, this
 7   appears to be an e-mail from you to several
 8   individuals dated September 19th, 2001 --
 9        A    That is correct.
10        Q    -- is that right?
11             Is this a true and accurate copy of an e-mail
12   you sent on that day?
13        A    I presume it is.
14        Q    Okay.  Is it part of your job
15   responsibilities to send this e-mail?
16        A    I was asked by Jeff to put together an
17   analysis of the accuracy of the field forecasts.
18        Q    All right.
19        A    I think that this document in itself supports
20   why I had to make upside adjustments to get to a
21   realistic forecast.
22        Q    Okay.  If you look at the last page of
23   Exhibit 31A --
24        A    Uh-huh.
25        Q    -- it says "FYI.  We need to work closely
```

```
 1   with management to improve the accuracy of the
 2   forecast.  Larry made it clear --"
 3       A   I'm sorry.  Where are you at?
 4       Q   Last page.
 5       A   Okay.
 6       Q   It says "FYI.  We need to work closely with
 7   management to improve the accuracy of the forecast.
 8   Larry made it clear that he wants everyone to submit
 9   realistic forecasts - he is not interested in 'commit'
10   numbers."
11           Is that part of the e-mail that you wrote?
12       A   I'm assuming this is all part of the same
13   e-mail note.  There's two different pages of the text
14   which is somewhat confusing to me.
15       Q   Right, which is why I marked 31B.
16           If you look at 31B, if you look at 202997, in
17   the middle of the page it says "Jennifer Minton
18   wrote."
19       A   Right.  Now this is a much more intuitive
20   e-mail trail.
21       Q   Right.
22           The reason I marked this one instead of the
23   other one is because this one doesn't have the
24   analysis on it, 31B.
25       A   Right, but it also doesn't show the string of
```

```
 1   who the e-mail is being --
 2        Q   Right.
 3        A   -- sent to.
 4        Q   So the text that I read from 31A is the
 5   e-mail that you wrote; is that right?
 6        A   Yes.
 7        Q   Okay.  Now, when you mention "Larry made it
 8   clear," is that Larry Ellison?
 9        A   Yes.
10        Q   Okay.  And did you implement any changes in
11   response to Mr. Ellison's frustrations with the commit
12   numbers?
13        A   I don't understand your question.  I'm so
14   sorry.
15        Q   Change parameters?  Change definitions of
16   forecast?  Did you do anything to adjust?
17        A   I asked my finance team to work closer with
18   the field to make sure that the --
19        Q   Okay.
20        A   -- field sales organizations were submitting
21   more realistic numbers.
22        Q   Okay.  And do you know how they did that?
23        A   No, I do not know how they did that.
24        Q   Weren't they doing that before?
25        A   If I can speak to the U.S. sales finance
```

Minton, Jennifer
CONFIDENTIAL
7/7/2006

1  individuals at the time versus the international
2  folks, they would submit effectively whatever they
3  were instructed to submit. They would not have an
4  independent view of the forecasts.
5       So if, for example, Jay Nussbaum wanted to
6  submit a forecast, and he knew that he was -- had --
7  that he could easily overdeliver on that forecast,
8  they would still submit a lower forecast, in my
9  opinion.
10      Q   Okay.
11      A   They would not necessarily agree with me.
12      Q   Okay. Now, were -- weren't you working with
13  the finance people for the divisions to determine what
14  your upside was?
15      A   I would confer with them, yes.
16      Q   Okay. So how was that different than what
17  you instructed them to do in September of 2000 in
18  terms of working closer with the sales managers to get
19  a realistic forecast?
20      A   I'm not sure I understand your question.
21      Q   Well, my confusion is the -- the finance
22  assistance for the field would help you come up
23  with -- would talk with you and then you'd come up
24  with your upside number.
25      A   Uh-huh.

Minton, Jennifer
CONFIDENTIAL
7/7/2006

1  Q  Here you're asking them to work closer with
2  the field to get a realistic forecast.
3  A  Uh-huh.
4  Q  So what were they doing differently or what
5  did you have in mind for them to do differently based
6  on this directive that they were already doing when
7  they were talking with you with their upside numbers?
8  A  I wanted them to look at historical
9  conversion rates as an example and apply that to the
10 pipeline to validate whether or not the submitted
11 forecasts were too conservative.
12 Q  Okay. And did they do that?
13 A  Some of them, some of them I tracked the U.S.
14 folks most.
15        (Document marked Exhibit No. 32
16         for identification.)
17 BY MR. BRITTON:  Q.  I'm placing in front of
18 you what's been marked as Minton Exhibit 32. Will you
19 take a moment to look at this exhibit?
20        For the record, Exhibit 32 starts at
21 NDCA-ORCL 203681 and ends at 683.
22        Have you had an opportunity to look at
23 Exhibit 32?
24 A  Yes, I have.
25 Q  Do you recognize it?

LiveNote World Service        800.548.3668 Ext. 1

1    A    I've read it.  I recall roughly what this is
2    in relation to.
3    Q    Okay.  Can you tell me what you recall about
4    this?
5    A    In -- yeah.  Most certainly.
6         In the early part of fiscal 2001, I believe,
7    although I'm not certain as to the time period, we
8    were rolling out Oracle sales online.  And whenever
9    you have three different sales organizations, we
10   actually had more than that if you count the
11   international folks, you had different practices with
12   regards to forecasting, and -- and one of the things
13   we were attempting to do was to roll out a new
14   application, was to develop a global standard process
15   for interpreting the data that's within the -- the
16   pipeline.
17        But prior to that we had, you know, deals on
18   Excel spreadsheets, and deals in one system.  I think
19   we called it -- well, I can't remember the one for
20   ISD, the telesales organizations.  So we didn't have
21   all of our forecasts at one point in one common
22   system.
23        So as we were moving towards getting all of
24   the deals, all the opportunities into one system, we
25   wanted everyone to adopt a global standard philosophy

```
 1    for putting a probability and to forecasting a
 2    particular opportunity
 3        Q   Okay.  Now, this -- you're not on this
 4    e-mail.  It's from Patricia McManus to James English
 5    dated October 6, 2000; am I reading that right?
 6        A   Yes, it is from Patty McManus to Jim in
 7    October 2000.
 8        Q   Right.
 9            Now, the second paragraph of the e-mail body
10    which is on 203683 it says, "Recently Larry has
11    changed the way he is interpreting our forecast.  He
12    would like us to reflect our numbers as follows," and
13    then the first heading is "Worst - this is our bottom
14    threshold - minimum 80% probability for opportunity -
15    our old thinking of commit."
16            Do you remember -- withdrawn.
17            Do you know if that's referring to
18    Larry Ellison?
19            MR. WALD:  I'll object to the form of the
20    question.  It lacks foundation, unless you can
21    establish that this witness has read this document and
22    knows what it refers to, but I'll also point out for
23    the record the subject line says "Draft:  New
24    Terminology on Forecasting."
25            MR. BRITTON:  Peter, I think that was a
```

```
 1   speaking objection, if I ever heard one.
 2        MR. WALD:  I don't think so.
 3        MR. BRITTON:  I think so.  I'd appreciate it
 4   if you wouldn't do it.
 5        MR. WALD:  Well, my objection stands, and I'd
 6   appreciate it if you would be kind enough to put into
 7   the record the titles of the e-mails that you're
 8   asking the witness about and lay a foundation if you
 9   want to ask her a question about the e-mail.
10        MR. BRITTON:  Peter, I -- this is a speaking
11   objection like I've never seen before.  If you keep it
12   up, we'll get Fontaine on the phone.
13        MR. WALD:  I'd be happy to.
14        MR. BRITTON:  This is disrupting.  This is
15   disrupting this deposition.  If you want on
16   cross-examination -- let me speak -- so on
17   cross-examination you want to come back and do
18   whatever you think you need to do, feel free, but I'm
19   going to conduct this deposition the way I see fit.
20        MR. WALD:  And I'm going to object when you
21   ask questions that lack foundation.
22        MR. BRITTON:  All right.  You can say
23   "foundation," but if you keep talking like this, we'll
24   get Fontaine on the phone.
25        MR. WALD:  Well, you are talking.
```

```
 1        BY MR. BRITTON:  Q.  Okay.  The question I
 2   have for you is do you know if this is referring to
 3   Larry Ellison?
 4        A    I don't know precisely.  I could only assume
 5   it's referring to Larry, but I have no idea.
 6        Q    Okay.
 7        A    I have no basis for --
 8        Q    Does this refresh your recollection at all on
 9   whether there was any changes made in response to
10   Larry Ellison being frustrated, if you will, about the
11   field's commit number?
12             MR. WALD:  Object to the form.
13             THE WITNESS:  No.  Again, what I recall
14   during this time frame was that we were rolling out a
15   new application, Oracle sales online, and we wanted to
16   have consistent definitions so that the field would be
17   using a new application in a consistent fashion.
18   Again, in part, due to the fact that we had three
19   different sales organizations in North America.
20        BY MR. BRITTON:  Q.  Do you remember, during
21   this period of time, Larry changing the way that he
22   was interpreting the forecasts from the field?
23        A    No.
24        Q    Okay.  Now, the fourth paragraph says "This
25   is a change from our current thinking in that our
```

```
1    forecasts is not usually had a significant amount of
2    judgment.  It was the amount that you believed you
3    could deliver at a minimum."
4         Do you remember whether the field forecast
5    beginning in Q2 of 2001 included more management
6    judgment than it had in the past?
7       A    I do not recall.
8       Q    Okay.  Before I get to the next topic, if you
9    go back to Financial Report 54 --
10      A    Are we done with this one?
11      Q    Financial Report 54B, it's the document that
12   was so hard to read.  There.  It's the page with 9441.
13           MR. WALD:  Can we have the court reporter
14   mark the original as 54B, because it's right now just
15   54.
16           MR. BRITTON:  That should have been -- wait a
17   minute.  I'm on the wrong -- 54B.  So, yes, mark the
18   original as 54B.
19      Q    Okay.  If you turn to the page with Bates
20   9442, it's the spreadsheet.  Are we on the same page?
21           Now, I asked you earlier if this entire
22   document was kept in electronic form, and I believe
23   you testified that it wasn't.
24           Do you know if these spreadsheets were kept
25   in electronic form?
```

1  Q  That's NAS?

2  A  That's NAS.

3  Q  Okay.

4  A  So, you know, clearly there was, based on information from that meeting, I brought my upside down for NAS as well from 50 to -- from 50 million to 14 million, which got me to a forecast of 340 -- I'm sorry -- 360, which was their best.

9  Q  Their best, and you also removed all the upside?

11  A  Not their -- not their -- yes, their best as indicated on this particular document.

13  Q  Okay. And then you also removed the upside for OSI?

15  A  That is correct.

16  Q  Okay. Now, can you tell me why -- you remember today why you reduced NAS's forecast like you did?

19  A  Well, again, I don't recall specifically.

20  MR. WALD: I think you misspoke. I don't think she said she reduced their forecast. They had their forecast. I think she said she reduced the upside.

24  THE WITNESS: Their forecast remained the same.

1           BY MR. BRITTON:  Correct.  Let me rephrase.
2       Q   Do you remember, sitting here today, you
3   reduced NAS's upside from 50 to 14 million?
4       A   I can presume that based on whatever
5   discussions took place, I felt it was necessary to
6   bring it down to what they were indicating as their
7   best case at the point in time -- at this point in
8   time.
9       Q   Okay.  And did David Winton's January 11th
10  e-mail impact your upside adjustment for NAS in any
11  way?
12      A   It may have been brought into consideration
13  and further elaborated on within the forecast call,
14  but I really do not recall.
15      Q   Okay.
16      A   I can just, sitting back here, tell you it
17  would not be unreasonable for me to bring it down
18  based on the information that was presented.
19      Q   Okay.  You can -- now, the fact that you
20  reduced your upside from 159 to 94, was that discussed
21  at the executive committee meeting following this
22  report?
23      A   I do not know if we had an executive
24  committee meeting that date, nor do I recall the
25  specific details.

1  Q  Okay. Is it the type of information that
2  would have been discussed at the executive committee
3  meetings reduction in your upside?
4  A  Again, we would discuss the forecast. I
5  cannot recall the specifics of any of the EC meetings.
6  Q  Okay. When you say you discussed the
7  forecast, would that include upside adjustments?
8  A  Generally not. It was primarily focused on
9  large deals that were in play.
10  Q  Okay.
11  A  And, you know, asking -- you know, I think at
12  this point in time we were pushing these guys to find
13  out whether or not there was any changes in their
14  forecast which is a result of the macroeconomic
15  conditions that were prevalent in the news, but nobody
16  was moving off their forecast.
17  Q  Okay.
18  A  I'm not certain we had EC meetings every week
19  in January.
20  Q  Okay. Do you know whether you skipped any EC
21  meetings in January?
22  MR. WALD: When you say "you," you mean
23  whether Oracle skipped them or whether the witness was
24  not present?
25  BY MR. BRITTON: Q. Okay. Do you know

1    whether --
2        A    I'm just advising you that I vaguely recall
3    that there was a meeting that was not held, but I may
4    not be correct.
5        Q    Okay.
6        A    Certainly if we go back to the diaries of
7    some of the individuals, you might be able to discern
8    that information.
9            (Document marked Exhibit No. 41
10              for identification.)
11           BY MR. BRITTON:  Q.  I've placed in front of
12   you what's been marked as Minton Exhibit 41.  Will you
13   take a moment to look at this exhibit?
14       A    So may I go back and point something out?
15       Q    Sure.
16       A    The Americas package was dated 12/15 which
17   would have been a Monday.
18           MS. KYROUZ:  You mean January 15th?
19           THE WITNESS:  Sorry.  January 15th.
20           MR. WALD:  Let's see if we can find that for
21   you.
22           THE WITNESS:  I'm just pointing out that that
23   day was actually a Monday.
24           MR. WALD:  There it is.
25           THE WITNESS:  So this date, January 15th, on

```
 1                    CERTIFICATE OF REPORTER
 2
 3        I, ANDREA M. IGNACIO HOWARD, hereby certify
 4   that the witness in the foregoing deposition was by me
 5   duly sworn to tell the truth, the whole truth, and
 6   nothing but the truth in the within-entitled cause;
 7
 8        That said deposition was taken in shorthand
 9   by me, a Certified Shorthand Reporter of the State of
10   California, and was thereafter transcribed into
11   typewriting, and that the foregoing transcript
12   constitutes a full, true and correct report of said
13   deposition and of the proceedings which took place;
14
15        That I am a disinterested person to the said
16   action.
17
18        IN WITNESS WHEREOF, I have hereunto set my
19   hand this         day of            2006.
20
21   _____
22        ANDREA M. IGNACIO HOWARD CSR No. 9830
23
24
25
```