**2/27/2004 Ellison, Lawrence J.**

1  IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA
2  IN AND FOR THE COUNTY OF SAN MATEO
3  ---oOo---
4  COORDINATION PROCEEDING
   SPECIAL TITLE (RULE 1550(b)),
5
   ORACLE CASES
6
7                                    JUDICIAL COUNCIL COORDINATION
                                     PROCEEDING NO. 4180
8
   THIS DOCUMENT RELATES TO:
9
   ALL ACTIONS
10 _____/
11
12
13              DEPOSITION OF LAWRENCE J. ELLISON
14                 FRIDAY, FEBRUARY 27, 2004
15                 Volume II (Pages 222 - 428)
16
17
18
19
   REPORTED BY:
20
   KAREN E. THOMPSON, RDR-CRR
21 CSR NO. 2792
22
23              ROBERT BARNES ASSOCIATES
                Certified Shorthand Reporters
24              760 Market Street, Suite 844
                San Francisco, California  94102
25                 Phone:  (415)788-7191

2/27/2004 Ellison, Lawrence J.

```
 1                back-end loaded that the flash reports for
 2                the first two months provide very little
 3                information about quarterly earnings."
 4        Is that an accurate reflection of your beliefs as
 5   to the value of the flash reports?
 6        A. The majority of our revenue happens in the last
 7   month of the quarter.
 8        Q. Yes.
 9        A. In fact, the majority of that quarter [sic]
10   happens in the last week.
11        Q. Yes.
12        A. And the majority of the big deals happen in the
13   last few days.
14        Having said all that, it's much better to get off
15   to a good start in the quarter than a bad start.  So it's
16   good to get ahead.
17        In the specific example of Q3, we had signed a
18   very, very large deal, Covisint.
19        Q. Yes.
20        A. So -- and -- well, it's by no means a perfect
21   predictor, it's a useful predictor.  Being off to a good
22   start is better than being off to a bad start.  Being off
23   to a very good start is better than -- is better still.
24        Q. The second full paragraph -- in the second full
25   paragraph, the interview summary says:
```

2/27/2004 Ellison, Lawrence J.

```
 1            "Even absent Covisint, the company had a
 2       solid start, in Ellison's view, given the
 3       holidays are always slow sales in the
 4       third quarter."
 5       Is that -- does that accurately reflect what you
 6  told the SLC?
 7       A. Again, to amplify, we were -- we had a very, very
 8  strong pipeline at the beginning of the quarter. So we
 9  started the quarter with an extremely strong pipeline.
10  Then we closed this very, very large deal. So the
11  combination of having closed a very, very large deal and
12  very strong year-over-year pipeline growth led me to
13  believe we're off to a heck of a start.
14       Q. So was the sentence that I read an accurate
15  reflection of what you told the SLC?
16       A. Incomplete but accurate, yes.
17       Q. Okay. What is your understanding of the relative
18  importance of the first month's revenues to the quarter's
19  revenues?
20       A. In general --
21       Q. Yes.
22       A. -- again, it's a reasonable -- I've never gone --
23  I have not gone back and looked at how often, when we get
24  off to a good start, that's a predictor of a good
25  quarter. It's an interesting question. I really -- I
```

2/27/2004 Ellison, Lawrence J.

1  don't know the answer to it. My sense is if we're off to
2  a good start in the first month and second month, that
3  it's a reasonable predictor that we're going to have a
4  good quarter. So it's not a hundred percent correlated.
5  Maybe it's only 60 percent correlated. But it's
6  useful -- it's useful in predicting the quarter. It is
7  not an accurate -- by no means an accurate predictor --
8  sometimes I think -- I think the quarter before this, in
9  Q2, we had a phenomenal number of big deals come in in
10 the last couple of days. We were behind, well behind,
11 and made it up. So there are certainly examples of being
12 behind and making it up and being ahead and falling --
13 and not making it up.
14      So there is some correlation to being off to a
15 good start.
16      Q. All right. This -- the sentence that I read seems
17 to indicate that December is, in your view, usually not a
18 good month.
19      A. Oh, it's normally a terrible month. So --
20 because of the holidays. A, it's -- we just finished a
21 quarter in November, so the salespeople are scrubbing
22 their pipelines and trying to come up with a forecast for
23 the remaining -- for the next quarter. They're taking
24 off, going -- so they're not doing a lot of selling in
25 the first couple of weeks of December. They're -- then

2/27/2004 Ellison, Lawrence J.

1  take off for holiday for a couple of weeks, over
2  Christmas-New Year's.  So it is not typically a good
3  month, and it's unusual for us to have a very strong
4  December.
5       We had a very strong December because of
6  Covisint.
7       Q.  Does the fact that a number of your customers
8  have fiscal years that are the same as the calendar year
9  have an effect on Oracle's December revenues in
10 comparison to other months?
11      A.  You would think so.  Nonetheless, December is
12 not -- typically, not a good month for us, compared
13 with -- I mean, it's much -- November is a much bigger
14 month than December.  So there's more of a correlation to
15 the end of our quarter than to the end of the customers'
16 fiscal year.
17      Q.  What if you're just talking about first months of
18 quarters?  What's your sense of how --
19      A.  How is December?
20      Q.  How is December, yes.
21      A.  Versus a June?
22      Q.  Yes.
23      A.  Which is also a first month of a quarter.
24      Q.  Right.
25      A.  Complicated answer.  If we had a number of big

2/27/2004 Ellison, Lawrence J.

| | |
|---|---|
| 1 | deals slip out of Q2, it is our practice -- if we had a |
| 2 | bunch of big deals slip out of November, we might work |
| 3 | very hard to close those early on in December. So I'm |
| 4 | not sure -- and I'm not sure I'm able to generalize about |
| 5 | December is a better month than June, typically. So |
| 6 | there is -- you know, there is seasonality. But our |
| 7 | sales are much more correlated to the last month of our |
| 8 | quarter than to the fiscal close of our customers' |
| 9 | quarters. |
| 10 | Q. Okay. Is there any correlation between December |
| 11 | revenues for Oracle and pushes being made by competitors |
| 12 | who have calendar-year fiscal years, to close out their |
| 13 | years? |
| 14 | A. Again, I'll just go back to our Decembers are -- |
| 15 | December's not a big month for us, even though it's when |
| 16 | our competitors close a lot of their deals, and customers |
| 17 | are making decisions in December. But nonetheless, |
| 18 | December is typically not a big month for us. |
| 19 | (Whereupon, DC Exhibit 107 was marked |
| 20 | for identification.) |
| 21 | MR. DE GHETALDI: Q. Have you had a chance to |
| 22 | review Exhibit 107? |
| 23 | A. Yes. |
| 24 | Q. Was Exhibit 107 one of the documents that you |
| 25 | reviewed in preparation for your deposition? |