1   LATHAM & WATKINS LLP                  LATHAM & WATKINS LLP
      Peter A. Wald (SBN 85705)             Patrick E. Gibbs (SBN 183174)
2      Michele F. Kyrouz (SBN 168004)        Matthew Rawlinson (SBN 231890)
    505 Montgomery Street, Suite 2000      140 Scott Drive
3   San Francisco, California 94111-2562   Menlo Park, California 94025
    Telephone: (415) 391-0600              Telephone: (650) 328-4600
4   Facsimile: (415) 395-8095              Facsimile: (650) 463-2600
    E-mail: peter.wald@lw.com              E-mail: patrick.gibbs@lw.com
5          michele.kyrouz@lw.com                   matt.rawlinson@lw.com

6   LATHAM & WATKINS LLP
      Jamie L. Wine (SBN 181373)
7   633 West Fifth Street, Suite 4000
    Los Angeles, California 90071
8   Phone: (213) 485-1234
    Fax: (213) 891-8763
9   E-mail: jamie.wine@lw.com

10  Attorneys for Defendants ORACLE CORPORATION, LAWRENCE
    J. ELLISON, JEFFREY O. HENLEY, and EDWARD J. SANDERSON
11
    ORACLE CORPORATION
12    Dorian Daley (SBN 129049)
      James C. Maroulis (SBN 208316)
13  500 Oracle Parkway
    Mailstop 5OP7
14  Redwood Shores, CA 94065
    Telephone: (650) 506-5200
15  Facsimile: (650) 506-7114
    E-mail: jim.maroulis@oracle.com
16
    Attorneys for Defendant ORACLE CORPORATION
17

18              **UNITED STATES DISTRICT COURT**

19      **NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION**

20  | In re ORACLE CORPORATION | Master File No. C-01-0988-MJJ |
21  | SECURITIES LITIGATION | (Consolidated) |
22  | | **DECLARATION OF SEAN P.J. COYLE** |
    | | **IN SUPPORT OF DEFENDANTS'** |
23  | This Document Relates To: | **OPPOSITION TO PLAINTIFFS'** |
    | | **AMENDED MOTION FOR PARTIAL** |
24  | ALL ACTIONS. | **SUMMARY JUDGMENT** |
25  | | Date:     September  26, 2007 |
    | | Time:     2:30 p.m. |
26  | | Judge:    Hon. Martin J. Jenkins |
27

28

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

COYLE DECL IN SUPPORT OF DEFS' OPPOSITION TO PLFS'
MOTION FOR PARTIAL SUMMARY JUDGMENT
Master File No. C-01-0988-MJJ

I, Sean P.J. Coyle, declare as follows:

1. I am an attorney duly licensed to practice before the courts of the State of California. I am an associate with the law firm of Latham & Watkins LLP, counsel of record for defendants in the above-entitled action. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. I submit this declaration (the "Coyle Declaration") in support of Defendants' Opposition to Plaintiffs' Amended Motion for Partial Summary Judgment.

3. Attached hereto as Exhibit 251 is a true and correct copy of Oracle's Form 10-Q for period ended November 30, 2000, Bates numbered NDCA-ORCL 143468-507.

4. Attached hereto as Exhibit 252 are true and correct copies of excerpts from the transcript of the April 21, 2005 deposition of Jennifer Minton, Oracle's Senior Vice President and Controller during the relevant time period.

5. Attached hereto as Exhibit 253 are true and correct copies of excerpts from the transcript of the November 16, 2006 deposition of Jeffery Henley, Oracle's Chief Financial Officer during the relevant time period.

6. Attached hereto as Exhibit 254 is a true and correct copy of the Rebuttal Expert Report of Christopher M. James, dated June 22, 2007.

7. Attached hereto as Exhibit 255 is a true and correct copy of Plaintiff SEIU's Third Supplemental Responses to Defendants' Second Set of Interrogatories, dated January 31, 2007, which is substantively identical in all relevant respects to Plaintiffs' other responses of that date to the same interrogatories. Exhibit 255 to the Coyle Declaration was previously attached as exhibit 81 to the Harrison Declaration in support of Defendants' Motion for Summary Judgment. Defendants attach this additional copy to highlight additional, relevant evidence for the Court's convenience in reviewing the record.

8. Attached hereto as Exhibit 256 is a true and correct copy of the Court's Amended Order Setting a Discovery Plan, dated March 10, 2005.

9. Attached hereto as Exhibit 257 is a true and correct copy of a Notice of Entry of Order Granting Plaintiffs 18 Additional Customer Subpoenas, dated June 14, 2006.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

COYLE DECL IN SUPPORT OF DEFS' OPPOSITION TO PLFS'
MOTION FOR PARTIAL SUMMARY JUDGMENT
Master File No. C-01-0988-MJJ

10.     Attached hereto as Exhibit 258 is a true and correct copy of a document produced by third party Timberland, Inc., Bates numbered TIM 00006-07.

11.     Attached hereto as Exhibit 259 is a true and correct copy of Expert Report of Christopher M. James, dated May 25, 2007.  Exhibit 259 to the Coyle Declaration was previously attached as exhibit 80 to the Harrison Declaration in support of Defendants' Motion for Summary Judgment.  Defendants attach this additional copy to highlight additional, relevant evidence for the Court's convenience in reviewing the record.

12.     Attached hereto as Exhibit 260 is a true and correct copy of Oracle Corporation's Product Revenue Reporting Package for 4Q01, Bates Numbered NDCA-ORCL 977282-366.  Exhibit 260 to the Coyle Declaration was previously attached as exhibit 28 to the Guner Declaration in support of Defendants' Motion for Summary Judgment.  Defendants attach this additional copy to highlight additional, relevant evidence for the Court's convenience in reviewing the record.

13.     Attached hereto as Exhibit 261 are true and correct copies of excerpts from the March 16, 2006 Class Certification Hearing.

14.     Attached hereto as Exhibit 262 is a true and correct copy of the Expert Report of J. Duross O'Bryan.  Exhibit 262 to the Coyle Declaration was previously attached as exhibit 220 to the Harrison Declaration in support of Defendants' Motion for Summary Judgment.  Defendants attach this additional copy to highlight additional, relevant evidence for the Court's convenience in reviewing the record.

15.     Attached hereto as Exhibit 263 are true and correct copies of excerpts from the transcript of the July 12, 2007 deposition of J. Duross O'Bryan, Defendants' accounting expert.

16.     Attached hereto as Exhibit 264 are true and correct copies of excerpts from the transcript of the July 9, 2007 deposition of D. Paul Regan, Plaintiffs' Accounting Expert.

17.     Attached hereto as Exhibit 265 is a true and correct copy of the Declaration of Greg Myers in Support of Defendants' Opposition to Plaintiffs' Motion to

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

COYLE DECL IN SUPPORT OF DEFS' OPPOSITION TO PLFS'
MOTION FOR PARTIAL SUMMARY JUDGMENT
Master File No. C-01-0988-MJJ

Compel Defendants' Production of Accounting Documents, dated June 6, 2006.  Exhibit 265 to the Coyle Declaration was previously attached as exhibit 217 to the Harrison Declaration in support of Defendants' Motion for Summary Judgment.  Defendants attach this additional copy to highlight additional, relevant evidence for the Court's convenience in reviewing the record.

18.     Attached hereto as Exhibit 266 are true and correct copies of excerpts from the transcript of the April 12, 2005 deposition of Greg Myers, Oracle's Manager and Senior Manager in the Accounts Receivable department during the relevant time period.

19.     Attached hereto as Exhibit 267 is a true and correct copy November 14, 2002 Declaration of Michael Quinn, Senior Director, Americas, Revenue Accounting, Finance & Administration, during the relevant time period.  Exhibit 267 to the Coyle Declaration was previously attached as exhibit 219 to the Harrison Declaration in support of Defendants' Motion for Summary Judgment.  Defendants attach this additional copy to highlight additional, relevant evidence for the Court's convenience in reviewing the record.

20.     Attached hereto as Exhibit 268 are true and correct copies of excerpts from the April 13, 2006 deposition of Molly Venkataramana, an Oracle Collections Analyst during the relevant time period.

21.     Attached hereto as Exhibit 269 are true and correct copies of excerpts from the transcript of the October 10, 2006 deposition of Ian Hatada, an Oracle Collection Analyst during the relevant time period.

22.     Attached hereto as Exhibit 270 are true and correct copies of excerpts from the transcript of the September 25, 2006 deposition of Jennifer Minton, Oracle's Senior Vice President and Controller during the relevant time period.

23.     Attached hereto as Exhibit 271 are true and correct copies of a transcript of Oracle's December 14, 2000 second quarter financial results conference call, Bates numbered NDCA-ORCL 003215-47.  Exhibit 271 to the Coyle Declaration was previously attached as exhibit 56 to the Harrison Declaration in support of Defendants' Motion for Summary Judgment. Defendants attach this additional copy to highlight additional, relevant evidence for the Court's convenience in reviewing the record.

LATHAM&WATKINS<sup>LLP</sup>
ATTORNEYS AT LAW
SAN FRANCISCO

3

COYLE DECL IN SUPPORT OF DEFS' OPPOSITION TO PLFS'
MOTION FOR PARTIAL SUMMARY JUDGMENT
Master File No. C-01-0988-MJJ

24.     Attached hereto as Exhibit 272 is a true and correct copy of the transcription of the November 29, 2000 earnings call, which was attached as Exhibit 6 to the July 17, 2007 deposition of Christopher James.

25.     Attached hereto as Exhibit 273 are true and correct copies of excerpts from the transcript of the May 16, 2006 deposition of Gregory Seiden, Oracle's Vice President of Applications Integration (reporting up through ERP division) during the relevant time period.

26.     Attached hereto as Exhibit 274 are true and correct copies of excerpts from the transcript of the May 3, 2006 deposition of Keith Block, Oracle's Senior Vice President, North America Consulting during the relevant time period

27.     Attached hereto as Exhibit 275 is a true and correct copy of excerpts from the transcript of the May 30, 2006 deposition of Mark Jarvis, Oracle's Chief Marketing Officer during the relevant time period.

28.     Attached hereto as Exhibit 276 are true and correct copies of excerpts from the transcript of the June 22, 2006 deposition of George J. Roberts, Oracle's Executive Vice President of North American Sales division during the relevant time period.

29.     Attached hereto as Exhibit 277 is a true and correct copy of a draft internal Oracle Technical White Paper on *Customer Relationship Management*, print date February 6, 2001 Bates numbered NDCA-ORCL 106680-728.  Exhibit 277 to the Coyle Declaration was previously attached as exhibit 113 to the Harrison Declaration in support of Defendants' Motion for Summary Judgment.  Defendants attach this additional copy to highlight additional, relevant evidence for the Court's convenience in reviewing the record.

30.     Attached hereto as Exhibit 278 are true and correct copies of excerpts from the transcript of the March 3, 2006 deposition of Clifford S. Godwin, Jr., Oracle's Senior Vice President, Applications Technology during the relevant time period.

31.     Attached hereto as Exhibit 279 are true and correct copies of excerpts from the transcript of the April 6, 2005 deposition of Alan Fletcher, Oracle's Vice President of Operations for CRM during the relevant time period.

LATHAM&WATKINS<sub>LLP</sub>
ATTORNEYS AT LAW
SAN FRANCISCO

4

COYLE DECL IN SUPPORT OF DEFS' OPPOSITION TO PLFS'
MOTION FOR PARTIAL SUMMARY JUDGMENT
Master File No. C-01-0988-MJJ

32.     Attached hereto as Exhibit 280 are true and correct copies of excerpts from the transcript of June 13, 2006 deposition of Bradford Scott, Oracle's Group Vice President of CRM Consulting during the relevant time period.

33.     Attached hereto as Exhibit 281 are true and correct copies of excerpts from the transcript of the July 26, 2006 deposition of Edward J. Sanderson, Jr., Oracle's Executive Vice President for Oracle Product Industries ("OPI") and Latin America Sales Divisions, and for Oracle's Americas Consulting Division during the relevant time period.

34.     Attached hereto as Exhibit 282 is a true and correct copy of the Expert Report of Edward Yourdon, dated May 25, 2007.  Exhibit 282 to the Coyle Declaration was previously attached as exhibit 102 to the Harrison Declaration in support of Defendants' Motion for Summary Judgment.  Defendants attach this additional copy to highlight additional, relevant evidence for the Court's convenience in reviewing the record.

35.     Attached hereto as Exhibit 283 is a true and correct copy of a January 10, 2001 Solomon Smith Barney Analyst Report titled: *Oracle EVP Visist to SSB*, Bates numbered NDCA-ORCL 035470-03.  Exhibit 283 to the Coyle Declaration was previously attached as exhibit 83 to the Harrison Declaration in support of Defendants' Motion for Summary Judgment. Defendants attach this additional copy to highlight additional, relevant evidence for the Court's convenience in reviewing the record.

36.     Attached hereto as Exhibit 284 is a true and correct copy of a 2001 META Group Analyst Report titled, *Evaluation of: Oracle Sales*, Bates numbered NDCA-ORCL 009889-93.  Exhibit 284 to the Coyle Declaration was previously attached as exhibit 244 to the Harrison Declaration in support of Defendants' Motion for Summary Judgment.  Defendants attach this additional copy to highlight additional, relevant evidence for the Court's convenience in reviewing the record.

37.     Attached hereto as Exhibit 285 is a true and correct copy of L. Ellison's February 2001 Speech at Oracle AppsWorld, Bates numbered NDCA-ORCL 306988-7021. Exhibit 285 to the Coyle Declaration was previously attached as exhibit 101 to the Harrison Declaration in support of Defendants' Motion for Summary Judgment.  Defendants attach this

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

5

COYLE DECL IN SUPPORT OF DEFS' OPPOSITION TO PLFS'
MOTION FOR PARTIAL SUMMARY JUDGMENT
Master File No. C-01-0988-MJJ

1    additional copy to highlight additional, relevant evidence for the Court's convenience in

2    reviewing the record.

3               38.        Attached hereto as Exhibit 286 are true and correct copies of excerpts

4    from the transcript of the June 28, 2007 deposition of Brooks Hilliard, Plaintiffs' technical expert

5    for Suite 11i issues.

6               39.        Attached hereto as Exhibit 287 is a true and correct copy of a December

7    14, 2000 Oracle Press Release titled: *Oracle Net Income Up 62%, Earnings per Share $0.11;*

8    *Application Sales Up 66%, Database Sales Up 19%*, Bates numbered NDCA-ORCL 296295-97.

9    Exhibit 287 to the Coyle Declaration was previously attached as exhibit 29 to the Harrison

10   Declaration in support of Defendants' Motion for Summary Judgment.  Defendants attach this

11   additional copy to highlight additional, relevant evidence for the Court's convenience in

12   reviewing the record.

13              40.        Attached hereto as Exhibit 288 is a true and correct copy of the Expert

14   Report of Brooks Hilliard.  Exhibit 288 to the Coyle Declaration was previously attached as

15   exhibit 190 to the Harrison Declaration in support of Defendants' Motion for Summary

16   Judgment.  Defendants attach this additional copy to highlight additional, relevant evidence for

17   the Court's convenience in reviewing the record.

18              41.        Attached hereto as Exhibit 289 are true and correct copies of excerpts

19   from the transcript of the September 21, 2006 deposition of Lawrence Ellison, Oracle's Chief

20   Executive Officer during the relevant time period.

21              42.        Attached hereto as Exhibit 290 are true and correct copies of excerpts

22   from the transcript of the March 23, 2006 deposition of Ronald Wohl, Executive Vice President,

23   Applications Development during the relevant time period.

24              43.        Attached hereto as Exhibit 291 is a true and correct copy of Expert

25   Rebuttal Report of Edward Yourdon, dated June 22, 2006.  Exhibit 291 to the Coyle Declaration

26   was previously attached as exhibit 200 to the Harrison Declaration in support of Defendants'

27   Motion for Summary Judgment.  Defendants attach this additional copy to highlight additional,

28   relevant evidence for the Court's convenience in reviewing the record.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

6

COYLE DECL IN SUPPORT OF DEFS' OPPOSITION TO PLFS'
MOTION FOR PARTIAL SUMMARY JUDGMENT
Master File No. C-01-0988-MJJ

44.     Attached hereto as Exhibit 292 is a true and correct copy of the October 2001 Forrester Research Group document entitled *Living with your Enterprise App.*, Bates numbered NDCA-ORCL 271760-80.

45.     Attached hereto as Exhibit 293 is a true and correct copy of a November 3, 1999 Wall Street Journal article entitled, *Whirlpool Experiences Shipping Delays Over Computer Glitches in SAP Software.*

46.     Attached hereto as Exhibit 294 is a true and correct of a November 15, 2002 article entitled, *Supply Chain: Hershey's Bittersweet Lesson.*

47.     Attached hereto as Exhibit 295 are true and correct copies of excerpts of the transcript of the March 21, 2006 deposition of Joel Summers, Senior Vice President, HR Product Development.

48.     Attached hereto as Exhibit 296 is a true and correct copy of a September 11, 2000 document entitled, "*Postmortem Report for Liberty Mutual*" Bates numbered NDCA-ORCL 1028759-60.

49.     Attached hereto as Exhibit 297 is a true and correct copy of a January 3, 2001 R11i Customer Information Sheet Bates Numbered NDCA-ORCL 418744-54.  Exhibit 299 to the Coyle Declaration was previously attached as exhibit 45 to the Anthony Declaration in support of Defendants' Motion for Summary Judgment.  Defendants attach this additional copy to highlight additional, relevant evidence for the Court's convenience in reviewing the record.

50.     Attached hereto as Exhibit 298 are true and correct copies of excerpts from the transcript of the July 13, 2007 deposition of Randall Jensen, Plaintiffs' Rebuttal technical expert for Suite 11i issues.

51.     Attached hereto as Exhibit 299 are true and correct copies of excerpts from the transcript of the July 25, 2006 deposition of Edward J. Sanderson, Jr., Oracle's Executive Vice President for Oracle Product Industries ("OPI") and Latin America Sales Divisions, and for Oracle's Americas Consulting Division during the relevant time period.

LATHAM&WATKINS™
ATTORNEYS AT LAW
SAN FRANCISCO

7

COYLE DECL IN SUPPORT OF DEFS' OPPOSITION TO PLFS'
MOTION FOR PARTIAL SUMMARY JUDGMENT
Master File No. C-01-0988-MJJ

1    52.    Attached hereto as Exhibit 300 are true and correct copies of excerpts

2 from the February 26, 2006 deposition of Richard Sellers Vice President, Oracle Support

3 Services, Americas during the relevant time period.

4    53.    Attached hereto as Exhibit 301 are true and correct copies of excerpts

5 from the transcript of the July 13, 2006 deposition of Lawrence Ellison, Oracle's Chief

6 Executive Officer during the relevant time period.

7    54.    Attached hereto as Exhibit 302 are true and correct copies of excerpts

8 from the transcript of the April 7, 2006 deposition of Michael Rocha, Oracle's Executive Vice

9 President of Global Support Services and Platform Technologies during the relevant time period.

10    55.    Attached hereto as Exhibit 303 are true and correct copies of excerpts

11 from the transcript of the September 19, 2006 deposition of Kirsten Shaw, Oracle's Director and

12 Senior Director of Triage (ERP) during the relevant time period.

13    56.    Attached hereto as Exhibit 304 is a true and correct copy of Oracle's Form

14 10-K Fiscal Year 2001, Bates numbered NDCA-ORCL 143910-80.  Exhibit 304 to the Coyle

15 Declaration was previously attached as exhibit 54 to the Harrison Declaration in support of

16 Defendants' Motion for Summary Judgment.  Defendants attach this additional copy to highlight

17 additional, relevant evidence for the Court's convenience in reviewing the record.

18    57.    Attached hereto as Exhibit 305 is a true and correct copy of Oracle

19 Corporation's Form 10-Q for the period ended February 28, 2001, Bates numbered NDCA-

20 ORCL 140856-75.

21    58.    Attached hereto as Exhibit 306 are true and correct copies of excerpts

22 from the May 18, 2006 deposition of Sukumar Rathnam, Vice President of Development in

23 Oracle's Customer Relationship Management division during the relevant time period.

24    59.    Attached hereto as Exhibit 307 are true and correct copies of excerpts

25 from the transcript of the July 11, 2006 deposition of Mark Barrenechea, Oracle's Senior Vice

26 President of Applications Development (CRM) during the relevant time period.

27

28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

8

COYLE DECL IN SUPPORT OF DEFS' OPPOSITION TO PLFS'
MOTION FOR PARTIAL SUMMARY JUDGMENT
Master File No. C-01-0988-MJJ

60.     Attached hereto as Exhibit 308 are true and correct copies of excerpts from the May 22, 2006 deposition of Juliette Sultan, Vice President of Development in Oracle's Customer Relationship Management division during the relevant time period.

61.     Attached hereto as Exhibit 309 are true and correct copies of excerpts from the transcript of the June 20, 2006 deposition of Donald E. Klaiss, Oracle's Senior Vice President of Manufacturing Supply Chain Products (ERP) during the relevant time period.

62.     Attached hereto as Exhibit 310 is a true and correct copy of excerpts from the transcript of the August 11, 2006 deposition of Mary Ann Anthony, a Director in the ERP Development Group and Coordinator of Product Release Process ("PRP") for ERP during the relevant time period.

63.     Attached hereto as Exhibit 311 are true and correct copies of excerpts from the transcript of the May 24, 2006 deposition of Julie Cullivan, a Vice President of Sales Consulting for Oracle during the relevant time period.

64.     Attached hereto as Exhibit 312 are true and correct copies of excerpts from the transcript of the February 24, 2006 deposition of Gayle Fitzpatrick, a Vice President of Sales Consulting for Oracle during the relevant time period

65.     Attached hereto as Exhibit 313 are true and correct copies of excerpts from the transcript of the April 11, 2006 deposition of Valerie Ann Borthwick, Oracle's Senior Vice President of Global Consulting during the relevant time period.

66.     Attached hereto as Exhibit 314 are true and correct copies of excerpts from the transcript of the April 26, 2006 deposition of Steve Johnson, Vice President of the South Central Region of the Majors Division of Oracle's North American Sales Group during the relevant time period.

67.     Attached hereto as Exhibit 315 are true and correct copies of excerpts from the transcript of the June 16, 2006 deposition of Michael Cochran, Vice President of the Northeast Region of the Majors Division of Oracle's North American Sales Group during the relevant time period.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

9

COYLE DECL IN SUPPORT OF DEFS' OPPOSITION TO PLFS'
MOTION FOR PARTIAL SUMMARY JUDGMENT
Master File No. C-01-0988-MJJ

1      68.      Attached hereto as Exhibit 316 is a true and correct copy of document

2 entitled *Oracle Corporation Technical White Paper: Customer Relationship Management*, Print

3 Date April 12, 2001, Bates numbered NDCA-ORCL 181346-478.

4      69.      Attached hereto as Exhibit 317 is a true and correct copy of an April 3,

5 2001 email from M. Barrenechea to L. Ellison, *et al.* Re: CRM White Paper, including

6 attachments, Bates numbered  NDCA-ORCL 179491-620.  The copy of the CRM White Paper

7 included in Exhibit 317 is identical to Exhibit 46 to Plaintiffs' Motion for Partial Summary

8 Judgment, including the same "printed" date and time, except that Plaintiffs' Exhibit 46 is only a

9 partial copy of the document in question.  *Compare* Exhibit 317 at NDCA-ORCL 179492-541

10 *with* Plaintiffs' Exhibit 46 at NDCA-ORCL 106680-728.

11      70.      Attached hereto as Exhibit 318 is a true and correct copy of an April 26,

12 2001 Email from M. Barrenechea to L. Ellison, *et al.* Re: 11.5.4 CRM Update, Bates numbered

13 NDCA-ORCL 069260-62.

14      71.      Attached hereto as Exhibit 319 is a true an correct copy of an April 5,

15 2001 Email from M. Jarvis to J. Burton, *et al.*, Re: CRM White Paper, Bates numbered NDCA-

16 ORCL 061838.

17      72.      Attached hereto as Exhibit 320 is a true and correct copy of a May 2, 2001

18 Sendmail Re: Oracle CRM: Q4 Breaking News, Bates numbered NDCA-ORCL 062030-32.

19      73.      Attached hereto as Exhibit 321 is a true and correct copy of a September

20 29, 2006 Defendants' Supplemental Responses to Plaintiffs' Third Set of Requests for

21 Admission.

22      74.      Attached hereto as Exhibit 322 is a true and correct copy of Oracle's SEC

23 Form 10-K for the fiscal year ended May 31, 2000, Bates numbered NDCA-ORCL 143829-909.

24      75.      Attached hereto as Exhibit 362 is a true and correct copy of a February 29,

25 2000 article entitled *Unicode Standard Extends to All World Languages*, Unicode Consortium

26 Press Release.

27

28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

10

COYLE DECL IN SUPPORT OF DEFS' OPPOSITION TO PLFS'
MOTION FOR PARTIAL SUMMARY JUDGMENT
Master File No. C-01-0988-MJJ

1    I hereby declare under penalty of perjury under the laws of the State of California

2 that the foregoing is true and correct and that this declaration was executed on August 27, 2007

3 in San Francisco, California.

4

5                         /S/

6                    Sean P.J. Coyle

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

11

COYLE DECL IN SUPPORT OF DEFS' OPPOSITION TO PLFS'
MOTION FOR PARTIAL SUMMARY JUDGMENT
Master File No. C-01-0988-MJJ