Minton, Jennifer 4/21/2005

1    IN THE UNITED STATES DISTRICT COURT
2       NORTHERN DISTRICT OF CALIFORNIA
3

   In re ORACLE CORPORATION
4  SECURITIES LITIGATION

                    Master File No. C-01-0988-MJJ
5  This Document Relates To:
6       ALL ACTIONS.
   _____/
7
8
9                    ---oOo---
10         DEPOSITION OF JENNIFER MINTON
11            Thursday, April 21, 2005
12                   ---oOo---
13
14          SHEILA CHASE & ASSOCIATES
               25 Otsego Avenue
15         San Francisco, California  94112
              Phone: (415)  333-7474
16             Fax:   (415)  333-7412
17
18
19
20 Reported by:
   SANDRA L. CARRANZA, CSR, RPR, CRR
21 CSR No. 7062
22
23
24
25

Minton, Jennifer 4/21/2005

1  as "the various other individuals"?

2  A.  Can you please repeat your question.

3  Q.  I'm trying to figure out who was involved in
4  this process.  And you -- and you mentioned that the
5  controller and one other individual assisted you with
6  the reporting process and you would review it and they
7  would review the 10-Qs and 10-Ks.

8  A.  Right.

9  Q.  And then you mentioned some other individuals.
10 And I'm wondering on a -- on a vertical scale, the other
11 individuals that you referenced, were those people that
12 you reported to?

13 A.  They would not -- I would not necessarily
14 report to them.  I would report to the CFO, but it was,
15 again, external counsel, internal counsel, the CFO,
16 auditors.

17 Q.  Okay.  Okay.  Can you tell me the -- the names
18 of the individuals during the relevant period that
19 assisted you with the external reporting?

20 A.  That would be June 2000 to June 2001?

21 Q.  Uhm-hum.

22 A.  In June 2000, I was not involved in the
23 preparation of the Form 10-K for the prior fiscal year
24 period because I was on medical leave.

25 Q.  Okay.

Minton, Jennifer 4/21/2005

```
 1     A.   So Tom Williams, who was the previous chief
 2  accounting officer and my former boss, stepped in and
 3  took over responsibility for that process.
 4     Q.   Okay.
 5     A.   So a -- a gentleman named Larry Garnick, who is
 6  the assistant controller, I believe, at the time would
 7  have been assisting in that process as well.
 8          I should also say that Tom Williams always
 9  reviewed, up until his departure from the company, the
10  10-Qs and the 10-Ks as well.
11     Q.   When did he leave?
12     A.   Approximately two years ago, two or three years
13  ago.
14     Q.   2001 to 2002?
15     A.   2002 to 2003, somewhere in there.
16     Q.   Okay.  And Larry Garnick, he is still with
17  Oracle?
18     A.   Yes, he is.
19     Q.   Okay.  Did he have a staff reporting to him?
20     A.   Yes, he did.
21     Q.   Okay.  Do you know how many?
22     A.   I don't recall.
23     Q.   On a percentage basis, in terms of your duties
24  and responsibilities, how much of your time was spent on
25  forecasting versus external reporting?
```

Page 28

```
 1            MR. MAROULIS:  Objection.  Time period.
 2            MR. BRITTON:  Relevant, relevant period.
 3            THE WITNESS:  Again, I was on medical leave for
 4   a good portion of Q1, so June through July.  I would get
 5   involved heavily in the forecasting process towards the
 6   end of a quarter and whenever we published a forecast
 7   report; and the SEC reporting comes after the quarter is
 8   closed, and, you know, would take a couple of weeks
 9   to -- during that time period to -- to produce and
10   finalize and file the documents with the SEC.
11            MR. BRITTON:  Q.  Okay.  So the bulk of the
12   forecasting responsibility came before the quarter ended
13   and then the bulk of the SEC reporting occurred after
14   the quarter?
15       A.   In the first month of the subsequent quarter.
16       Q.   When you were engaged in the SEC reporting
17   after the quarter had ended, were you also doing any
18   forecasting for the next quarter?
19       A.   We would prepare a forecast in advance of our
20   earnings call.
21       Q.   So, say, in the two weeks following a quarter,
22   how much of your time was spent on SEC reporting versus
23   forecasting?
24       A.   The first two weeks of a quarter were generally
25   spent closing the books, reviewing the numbers, and
```

1  ensuring that the numbers were accurate and getting

2  ready for the earnings release.

3      The time spent on the SEC reporting was

4  primarily after we released earnings.

5  Q.  Okay.

6      Going back to the corporate financial planning

7  and analysis group, you said there was about ten

8  individuals in that group?

9  A.  I think that that's an approximate number.

10 Q.  Okay.  Did that -- did you -- withdrawn.

11     Can you tell me if that number stayed

12 consistent during the relevant period, or did it grow or

13 decrease?

14 A.  I do not recall.

15 Q.  Can you tell me who you remember being in the

16 corporate financial planning and analysis group during

17 the relevant period?

18 A.  There are three names that come to mind; one is

19 Lia Burke, another is Ivgen Guner, and the third is

20 Roberta Ronsse.

21 Q.  You said Ronseg [sic]?

22 A.  Ronsse.  R-O-N-S-S-E, I believe.

23 Q.  Do you recall any other names?

24 A.  Those three individuals were part of the

25 corporate financial planning and analysis group that

Minton, Jennifer 4/21/2005

1   worked, for the most part, on the forecasts, to the best

2   of my recollection.

3       Q.   Okay.

4       A.   Other individuals worked on other functions

5   that fell under the umbrella of the corporate financial

6   planning and analysis group.

7       Q.   Okay.  But not on forecasts?

8       A.   I believe those three were the ones that were

9   primarily involved in the forecasts during the relevant

10  period.

11      Q.   Okay.  Is the same true for the budgeting

12  process?

13      A.   That would be correct, to the best of my

14  recollection.

15      Q.   And what was Lia Burke's position?

16      A.   I'm -- I'm trying to recall her title.  I think

17  it was a director or senior manager.

18      Q.   And then Ivgen Guner?

19      A.   Ivgen Guner, when she joined my group, she was

20  also a vice president, I believe, but I do not recall

21  for certain.

22      Q.   And then Roberta Ronsse?

23      A.   I don't recall what her position -- her title

24  was.

25      Q.   Okay.  And then who did you report to during

**Minton, Jennifer  4/21/2005**

1  MR. BRITTON:  Yeah, we can go off the record.
2  We don't have to have lunch on the record.
3  THE VIDEOGRAPHER:  Going off the record.  The
4  time is 12:24 -- 3.
5  (Whereupon, the proceedings were adjourned
6  for lunch at 12:23 P.M.)
7                    --- oOo ---
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Minton, Jennifer  4/21/2005

```
 1    AFTERNOON SESSION                          1:06 P.M.
 2
 3          EXAMINATION BY MR. BRITTON (RESUMED)
 4          THE VIDEOGRAPHER:  Back on record.  The time is
 5   1:06.
 6          MR. BRITTON:  Q.  Good afternoon.  Can you
 7   describe the forecasting process for me at Oracle during
 8   the relevant period?
 9      A.   Sure.
10           As I testified earlier, we submit a forecast
11   every other week in month one and month two of the
12   quarter, and then weekly in month three of the quarter.
13   The various field finance analysts would submit the
14   forecasts on behalf of the business units.  Each
15   business unit -- when I say "business unit," for now I
16   am just going to refer to sales, license sales.
17           Generally speaking, each of the business units
18   would hold a forecast call on a weekly basis and review
19   the deals that were in the pipeline.  And then based on
20   those meetings, they would submit their forecasts in
21   to -- or the field finance people would submit the
22   forecasts to OFA on their behalf.
23           THE REPORTER:  To who?  I'm sorry.
24           THE WITNESS:  The field forecast would submit
25   the forecasts --
```

Minton, Jennifer 4/21/2005

1   THE REPORTER:  Submit the forecasts to?

2   THE WITNESS:  In to OFA on their behalf.  OFA

3 being Oracle Financial Analyzer.

4   We would then consolidate the forecasts.  The

5 forecast was always submitted in local currency, and

6 then we would convert it into constant dollars using,

7 generally, the -- was the budget rate.  And we would

8 also convert it into U.S. dollars based on the most

9 recent exchange rate at that point in time.

10   But when evaluating the forecasts and

11 discussing the forecasts at ET calls, as an example, on

12 Mondays, we would always be talking about the constant

13 dollars -- or constant dollar forecast numbers.

14   MR. BRITTON:  Q.  When you said "the budget

15 rate," what are you referring to?

16   A.  At the beginning of every year, we have to take

17 the -- we have to translate the local currency amounts

18 into U.S. dollars, so we usually use the rate at the

19 beginning of the fiscal year; and that rate is used

20 throughout the entire fiscal year when translating the

21 local currency forecast amounts into U.S. dollars, so

22 that you have it -- that's why we call it the constant

23 dollar rate.

24   Q.  Okay.

25   A.  And the reason why we do that is that we want

```
 1                    REPORTER'S CERTIFICATE
 2        I hereby certify that the foregoing is a true
 3   record of the testimony as reported to the best of my
 4   ability by me, a duly certified shorthand reporter and a
 5   disinterested person, and was tghereafter transcribed
 6   under my direction into typewriting by computer.
 7
 8        I FURTHER CERTIFY that I am not interested in the
 9   outcome of the said action and not connected with nor
10   related to any of the parties in said action or their
11   respective counsel.
12
13
14
15   Dated:  May 4, 2005
16                    _____
17                    SANDRA L. CARRANZA, CSR No. 7062
```