IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In re ORACLE CORPORATION
SECURITIES LITIGATION,

vs.                              Master File No.: C-01-0988-MJJ

This Document Relates To:,

     ALL ACTIONS.

_____/

Certified Copy

---o0o---

CONFIDENTIAL

DEPOSITION OF JEFFREY HENLEY

Thursday, November 16, 2006

VOLUME II, Pages 228 - 494

---o0o---

SHEILA CHASE & ASSOCIATES
REPORTING FOR
LiveNote World Service
221 Main Street, Suite 1250
San Francisco, California 94105
Phone:  (415) 321-2311
Fax:  (415) 321-2301

Reported by
APRIL DAWN HEVEROH, CSR
CSR No. 8759

1    A.   I don't recall.  I don't recall.  Either --

2   whether it was weekly or biweekly.  It was more than

3   once a month.

4    Q.   Okay.  And you'll see that the pipeline growth

5   is the left-hand column, second from left at the bottom?

6    A.   Yes.

7    Q.   Now, did you have any understanding, as of

8   around the date of this document, December 11, 2000,

9   that deals were being entered into the pipeline under

10  different -- any different criteria than was in place

11  for the prior quarter -- for the prior quarter?

12   A.   I don't recall.

13       MR. SOLOMON:  Okay.  I'm going to have marked

14  as the next exhibit another document produced by the

15  defendants with the control No. 609550 and 51.

16       (Whereupon, Plaintiff's Exhibit 63 was marked

17       for identification.)

18       MR. SOLOMON:  Q.  Do you recognize this?

19   A.   I'm not sure if I can -- if I remember this.

20   Q.   Okay.  You don't dispute, though, that you

21  wrote it, the first string?

22   A.   Correct.  And factually, it is correct.  The

23  fact is that, historically, Q2 and Q3 were very similar

24  on EPS.

25   Q.   And you're referring to your language where

1    you say, "I think we should position the folks at the

2    call that historically, Q3 isn't a lot more EPS than

3    Q2...  So a penny more per share would seem right."  Is

4    that right?

5         A.   Uh-huh.

6         Q.   And do you know what the EPS was for Q2 that

7    fiscal year?

8         A.   I don't recall.  I'm looking at the second

9    page.  I can read that if you want.  It says 11 cents,

10   but I --

11        Q.   Okay.

12        A.   I don't recall.

13        Q.   Okay.

14        A.   Presumably, this is correct, I guess.

15        Q.   And so, therefore, consistent with your

16   assessment, if it was 11 cents in Q2, 12 cents in Q3

17   would appear reasonable to you; is that right?

18        A.   That's correct.  Historically, we either were

19   flat or up a penny or so.  So the results that came up

20   from the bottom seemed to make sense.

21        Q.   And, in fact, the true results for Q2 were 10

22   cents and not 11, then you would have inserted 11 cents,

23   rather than 12 cents for --

24        A.   Well, I certainly would have asked myself why

25   is it up more than a penny.  So that's for sure.  It

1    would definitely send out signals to me of, "Gee," you

2    know, "it's 2 cents too much."

3         Q.    And are you aware that if the accounting rules

4    had been followed for Q2 01, that Oracle would have

5    reported less than 11 cents per share?

6              MR. LINDSTROM:  Assumes facts, argumentative.

7              THE WITNESS:  Again, I think Oracle, to the

8    best of my knowledge, always followed the accounting

9    rules when I was CFO.  So I have no reason to believe

10   our quarter wasn't what it was.

11             MR. SOLOMON:  Q.  Okay.  If -- if Oracle's

12   pipeline was showing signs of softening in January of

13   2001, do you believe that would be information that any

14   reasonable investor at Oracle would want to know about?

15             MR. LINDSTROM:  Objection.  Calls for

16   speculation, no foundation.

17             THE WITNESS:  It depends on, you know, all the

18   interpretations of what's going on.  So we started, I

19   recall, with a pipeline that you presented to me that

20   was very, very high.  In fact, we didn't believe it

21   totally, so we went with a forecast that contemplated

22   that probably there would be some slowdown in the

23   pipeline growth as we went through the quarter.  So, you

24   know, if we positioned a growth target based on the

25   original pipeline, then that would be relevant,

1    absolutely.  It might indicate we would miss our

2    quarter.  But that wasn't the case.

3            MR. SOLOMON:  Q.  If, in January of 2001, the

4    Majors in your NAS division were seeing a slowdown,

5    would that be information that Oracle investors would

6    reasonably want to know?

7            MR. LINDSTROM:  Objection.  Calls for

8    speculation, no foundation.

9            THE WITNESS:  Again, I don't know what seeing

10   a slowdown means.  I really don't know what that means.

11   As I testified earlier, I routinely sat in the weekly

12   calls with George Roberts, who ran NAS, and the other

13   individuals, and we talked about the forecast.  Jennifer

14   Minton was there and Larry was there, 'cause I had been

15   concerned about the economy.  But they were steadfast in

16   their ability to deliver the quarter.

17           MR. SOLOMON:  Q.  If, as of January 2001, both

18   general business and Majors in your NAS division were

19   seeing a slowdown for both Q3 and Q4, do you believe

20   that would be information that a reasonable investor in

21   Oracle might want to know?

22           MR. LINDSTROM:  No foundation, calls for

23   speculation.  Assumes facts.

24           THE WITNESS:  Everything is relative to what

25   their expectations are already, what we've said.  So

1    the street.

2        Q.    Why do you think Mr. Minton was making these

3    points?

4        A.    Giving George Roberts perspective.  This is

5    very common to analyze quarters versus previous quarters

6    and that sort of thing.  Doing his job as the financial

7    person, you give George perspective.

8        MS. KYROUZ:  You said Mr. Minton, but I think

9    you meant Mr. Winton.  Is that fair?

10       MR. SOLOMON:  Yes.  Thank you.

11       Q.    Now, are you familiar, Mr. Henley, with

12   allegations in this case concerning debit memo

13   transactions in November of 2000?

14       A.    Yes.

15       Q.    And what do you understand those allegations

16   to be?

17       A.    That somehow the accounting department

18   manufactured hundreds of millions of dollars of

19   fictitious revenue, is the way I would boil it down.

20       Q.    And were you involved, in November of 2000,

21   with any of the debit memo transactions that are alleged

22   in our complaint?

23       A.    Again, I'm mindful of the earlier day

24   conversation about defining involvement, okay?

25       Q.    Okay.

```
 1        A.   Since this was in my shop, I was a little more

 2   involved at a high level, when the allegations were

 3   made, in making sure that we checked it out, but I was

 4   never involved in creating any of these debits and using

 5   the Oracle systems and so forth.  But I surely heard

 6   about it, and we certainly launched an investigation to

 7   make sure that these claims were hopefully not true, and

 8   they proved to be not true.

 9        Q.   Did you -- well, the jury hasn't determined

10   that yet, has it?

11        A.   Auditors, our internal auditors, we have a

12   variety of experts that did determine that there was no

13   fictitious revenue created.

14        Q.   And were you involved as a result of reviewing

15   what happened, or were you involved in November of 2000

16   with any activity concerning the debit memo

17   transactions --

18        A.   As reviewed in former, but once these

19   allegations were stated, I clearly was -- wanted to know

20   what was going on and, you know, got people involved all

21   the way down the level to -- and then we brought in

22   auditors and so forth.  So -- but I was never involved

23   in creating any of these transactions.  It was all news

24   to me that this stuff was going -- supposedly going on,

25   if you will.
```

```
 1        Q.   Were you aware of a so-called cleanup at the
 2   time?
 3             MR. LINDSTROM:  At the time?
 4             THE WITNESS:  At the time, no.  Again, it was
 5   way down below me, and I was far removed in this stage
 6   of my career at Oracle of getting involved in, you know,
 7   accounts payable, accounts receivable, thousands of
 8   people in my organization.  So, no, I was not aware.
 9             MR. SOLOMON:  Q.  Do you have an understanding
10   now what was going on in November 2000 with respect to
11   the debit memos?
12        A.   At a high level.
13        Q.   What is your understanding?
14        A.   Again, it was awhile ago, so I can't tell you
15   precisely every last detail that went on.
16        Q.   Give me your understanding, please.
17        A.   Again, my understanding was that we were going
18   through a change in our system, and that debits and
19   credits weren't being applied to the right individual
20   accounts, but in total, at the end of the day, once you
21   got all the stuff cleaned up, there was no effect on
22   revenue.  I mean, these were not sort of one-sided
23   entities that create phantom revenues as these
24   allegations were being made.  And we ultimately had our
25   auditors look at it, internal auditors, we made a full
```

1    report to the audit committee.  This was a very serious

2    allegation.  I wanted to be certain that there was no

3    basis for it, but I, like everybody else, sat and

4    listened to all the information and so forth.

5        Q.   And is it your belief that there was zero

6    financial statement impact as a result of the November

7    2000 cleanup?

8        A.   Again, zero is a fairly precise number.  It's

9    my belief there was no significant or material impact.

10       Q.   Okay.  Which suggests that you may think that

11   there was some impact, but it was not material.

12       A.   It would be hard to know, you know -- when you

13   get involved in lots of entries, if there might be

14   something, but it was -- it could have been zero, it

15   could have been 10, I don't know.  But we were assured

16   by the auditors and everybody else that there was no

17   significant impact here.  So, yeah, I think it was -- it

18   was a misunderstanding, I guess, by people who

19   thought -- who didn't understand the way the system

20   worked, that somehow there was revenue being created

21   that wasn't real.

22       Q.   If, but for that cleanup, Oracle would have

23   only reported, for example, 11 cents EPS for the second

24   quarter of fiscal '01, rather than 12 cents for that

25   quarter, would you have considered that to be material?

1    were done."

2              Do you see that?

3        A.   Yes.

4        Q.   And do you recall reversing -- having revenue

5    reversed out of Q3 '01 because it was recorded

6    incorrectly?

7              MR. LINDSTROM:  You're asking him whether he

8    recalls?

9              MR. SOLOMON:  Yes.

10             THE WITNESS:  Again, I said that I didn't

11   recollect the numbers, anything that happened in the

12   accounting organization.

13             MR. SOLOMON:  Q.  Okay.

14             Okay.  Let's go off the record for a few

15   minutes.

16             (Recess taken from 4:43 to 5:06 P.M.)

17             MR. SOLOMON:  Q.  Were you aware, Mr. Henley,

18   that throughout fiscal 2001, tens of millions of dollars

19   were transferred from Oracle's customer overpayments

20   account to Oracle's bad debt reserve?

21       A.   Customer overpayments to bad debts.  Again,

22   does this relate to this matter we talked about earlier

23   where there were accounting -- things were being debited

24   and credited to wrong accounts, and we had to go clean

25   that up?  Is this what you're referring to?

1        Q.   I'm trying to ask you that question, actually,

2    without necessarily tying it to the cleanup.  I just

3    want to know if you're aware that throughout fiscal

4    2001, tens of millions of dollars was taken out of the

5    customer overpayment account at Oracle and applied to

6    the bad debt reserve.

7        A.   Again, as I said earlier, I was not aware of

8    all the ins and outs of what people were doing in the

9    departments.

10       Q.   Who at Oracle, in fiscal 2001, would have been

11   responsible for making adjustments to Oracle's bad debt

12   reserve?

13       A.   Certainly the review was done by Jennifer

14   Minton, and then there were typically people in the

15   geographic areas, like the Americas in this case.  I

16   think you're speaking to like Tom Williams and his group

17   would go through that review, sure.

18       Q.   So assuming it's true, that tens of millions

19   of dollars in fiscal 2001 were taken from the customer

20   overpayment account and applied to the bad debt reserve,

21   assuming that's true, would you expect Ms. Minton to

22   have been aware of it?

23       A.   I don't know.  I mean, the original

24   assertions, allegations that were made, I remember she

25   was like me.  We didn't -- it was over in Rocklin, and

1    both of us thought it was a fantasy, but it was a

2    concern.  "My goodness, we need to look into this."  So

3    I have no idea what she knew or didn't know.  But I know

4    specifically she did a review with the folks over there,

5    and did this for years, on the bad debt reserve.

6        Q.   And she would do that intra-quarter; is that

7    right?

8        A.   Typically, we would do it before the quarter

9    ended, yes.

10        Q.   Right.

11        A.   Towards the end of the quarter.

12        Q.   Okay.  And you said, earlier on, that with

13    respect to the -- what we're going to call, or what I

14    think Oracle has called the cleanup, with respect to the

15    debit memos in November of 2000, after we made our

16    allegations, you got people involved; is that right?

17        A.   That's correct.

18        MR. LINDSTROM:  Vague and ambiguous.

19        THE WITNESS:  I asked Jennifer and then all

20    the way down, and we got people in the -- the department

21    itself, as well as others, including the internal audit,

22    external auditors, to really get in and understand what

23    did or didn't happen.

24        MR. SOLOMON:  Q.  Okay.  And so you've

25    answered at least the question partially.  You got

 1    Ms. Minton involved, you got external auditors involved.

 2    Which external auditors?

 3         A.   Whoever were our public auditors at the time.

 4         Q.   Okay.

 5         A.   Either Arthur Anderson or Ernst and Young.

 6    And I testified earlier, I can't remember when we

 7    switched auditors.

 8         Q.   And you got Tom Williams involved?

 9         A.   Tom Williams worked for Jennifer Minton, and

10    he clearly was involved because the credit collections

11    department and billing and those things all reported to

12    him, I think.

13         Q.   Are you aware that after allegations had been

14    made with respect to the debit memos, that thereafter,

15    hundreds of refunds were then made to Oracle customers?

16              MR. LINDSTROM:  Assumes facts.

17              THE WITNESS:  I can't remember, but I was

18    aware of the cleanup, and part of the cleanup was kind

19    of getting caught up on duplicate payments or things

20    like that.  So whether it was hundreds or not, I don't

21    know the specifics.

22              MR. SOLOMON:  Q.  Okay.  And have you ever

23    made an effort to ascertain the total dollar amount of

24    refunds that were made after our allegations were filed?

25         A.   These are refunds to customers?  No, I have

1    right?  This is what we've been given to work with, so

2    I'm not trying to torture you with this.

3         A.   I see 1 of 11, 3 of 11.

4         Q.   Yeah, so the first page says 11 of 11, and

5    it's -- and it says 050364.  Okay?  The very first page

6    of the exhibit, it says 050364.

7         A.   Yes.

8         Q.   Okay.  And that says, in the top right-hand

9    side, 11 of 11.

10        A.   Yes.

11        Q.   And then the next number is 365, and the next

12   is 366.

13        A.   Yes.

14        Q.   And that takes us to page 1 of 11, right?

15        A.   Yes.

16        Q.   And then, as Mr. Maroulis has pointed out, the

17   Bates range then starts at 050383 and goes through to

18   390.  Do you see that?

19        A.   Yes.

20        Q.   And so that starts, then, with page 3 of 11.

21        A.   Yes.  I see all that.

22        Q.   And you have no idea where 2 of 11 is?

23        A.   I have the same answer as before.

24        Q.   Okay.  We'll have the same request of Counsel.

25             Okay.  Let's have marked as the next exhibit a

```
 1    document produced -- excuse me -- a document not

 2    produced by defendants, but marked in a previous

 3    deposition in this case.

 4              (Whereupon, Plaintiff's Exhibit 93 was marked

 5              for identification.)

 6              MR. SOLOMON:  Q.  Let me know if you recognize

 7    it.

 8        A.   Again, on my copy, I don't believe I'm

 9    familiar with this particular document.

10        Q.   Okay.  And it's called the Unapplied Cash

11    Project.  And if you look on the first page, it's dated

12    October 21, 2002, it's from Michael Quinn to Ryan

13    Roberts, Greg Myers and copies Tom Williams and Michael

14    Quinn.

15              Do you see that?

16        A.   Yes.

17        Q.   And it says, "There are three deliverables.

18    We need to provide an update to the audit committee," in

19    parens, "(a subcommittee of Oracle's Board of Directors)

20    in regards to what revenue impact this process of taking

21    unapplied cash receipts to the reserve will have on our

22    financial statements."

23              Do you see that?

24        A.   Yes.

25        Q.   Do you know what reserve is being discussed
```

1    there?

2        A.   I'm not sure.

3        Q.   Okay.  And then it goes on to say, "In

4    addition, we need to provide what impact this process

5    has had on revenue in each of the last 8 quarters.  The

6    update will be provided to the audit committee", in

7    capitols, "THIS WEDNESDAY."

8            The next bullet point, "We need to clean up

9    the ENTIRE", capitals, "problem prior to the end of

10   October by moving cash receipts to the proper buckets",

11   in parens, "(unapplied, customary overpayments, or on

12   account) as appropriate."

13           And the last bullet point, "We need to

14   establish new policies and procedures to ensure this

15   never happens again."

16           Do you see all that?

17       A.   Yes.

18       Q.   These requirements, are these the requirements

19   that you imposed when you had people look into this?

20       A.   I don't recall what requirements that started

21   with, as we talked about earlier, this allegation that

22   there was all of this manufactured or false revenue, or

23   whatever.  So out of that, we discovered that accounts

24   were not being applied to the right accounts, and things

25   like that.  So there was a lot of analysis and work and

1    ultimate cleanup.  But I don't remember exactly what we

2    agreed were the deliverables or whatever, but certainly

3    myself, the audit committee, everybody wanted to be sure

4    that we got things corrected and right and that,

5    hopefully, we weren't going to repeat some of the same

6    problems.

7         Q.   And what was the cause of those problems?

8         A.   Again, my recollection, as best I can tell, I

9    think, was that the group over there that was in that

10   department started falling behind and was not -- were

11   not staying up on top of the work, and it had -- there

12   was a similar problem when I joined the company many

13   years ago, which we cleaned up.  And so I was

14   disappointed when I found out about it because here we

15   were repeating sins of the past many years later.

16        Q.   And were there no internal controls in place

17   to ensure that that didn't happen again?

18        A.   Again, there were a lot more controls in the

19   company over the years, but -- and certainly in the

20   revenue recognition area, a number of controls.  But in

21   this case, there was a collections department, there was

22   a manager, and I don't think there was adequate

23   supervision.  So there was some that -- while there were

24   controls, they fell behind.  It didn't necessarily

25   create a material accounting problem, but it was

1    sloppiness and it was not thorough, and so we devoted a

2    lot of effort, my recollection was, to get on top of

3    this again and get it clean, get it right.

4         Q.   Okay.  If you go to the last bullet point on

5    the first page, beginning "For items in the

6    Miscellaneous Offset", do you see that?

7         A.   Yes.

8         Q.   The last sentence of that bullet point says,

9    "I do not have the full report", and then the parens,

10   "(Greg, please send to this group), closed parens,

11   "however, based upon looking at the August, October and

12   November reports in the 12601 detail spreadsheet, this

13   should cover over 80 percent of the total."

14        Do you see that?

15        A.   Yes.

16        Q.   You don't know what the 12601 detail

17   spreadsheet refers to, do you?

18        A.   Again, I'm not familiar with that, no.

19        Q.   Would you be concerned were you to learn that,

20   in fact, amounts that were in the customer overpayment

21   account were utilized, at least in part, to add to the

22   bad debt reserve?

23        MR. LINDSTROM:  Assumes facts, calls for

24   speculation.

25        THE WITNESS:  Again, in the process of

1  cleaning up, they did all kinds of nettting and so

2  forth, so I have no idea what -- the right context to

3  that -- your comment into.

4          MR. SOLOMON:  Q.  If, at the end of a quarter,

5  Oracle reported, for example -- had calculated, for

6  example, 10.6 pennies EPS for the quarter, how would

7  that ultimately get reported in the financial statements

8  as 10.6 EPS?

9      A.   Usually, we did simple rounding.  An analyst

10  could calculate it, and some actually, I think, did,

11  probably, and put it in their own spreadsheets, but --

12  'cause they can make the calculation.  But for

13  simplicity, we typically rounded to whole pennies.

14     Q.   And you rounded up from 5 and down from 5; is

15  that right?

16     A.   Yes.

17          MR. LINDSTROM:  Mark, if I may, I notice, in

18  looking at the LiveNote, that the reporter, in his last

19  response prior to this exchange that you've now engaged

20  in, where I believe the witness said that there was

21  netting, he was talking about netting, it got recorded

22  as "neglect".

23          THE REPORTER:  If you look down, though, I put

24  parentheses.  I corrected it.

25          MS. KYROUZ:  Ah, I just saw that.

```
 1                    REPORTER'S CERTIFICATE

 2

 3          I hereby certify that the foregoing is a true

 4   record of the testimony as reported to the best of my

 5   ability by me, a Certified Shorthand Reporter and a

 6   disinterested person, and was thereafter transcribed

 7   under my direction into typewriting by computer.

 8

 9          I FURTHER CERTIFY that I am not interested in

10   the outcome of the said action and not connected with

11   nor related to any of the parties in said action or

12   their respective counsel.

13   Dated: 11-21-06

14                       APRIL DAWN HEVEROH, CSR
                              CSR NO. 8759
15

16

17

18

19

20

21

22

23

24

25
```

Case:          In re Oracle Securities Litigation, Master File No. C-01-0988MJI

Witness:       Jeffrey O. Henley

Date:          November 16, 2006

Reporter:      April Dawn Heveroh, CSR No. 8759

I HAVE READ THE EXAMINATION AS REQUESTED.  PLEASE NOTE THE FOLLOWING:

———————        No changes need to be made to the transcript.

___X___        Changes listed below.

WITNESS SIGNATURE _Jeffrey O. Henley_        _1-5-07_
                                             DATE SIGNED

Note:  Please check the appropriate column for add (+) or delete (-).  If you wish to add anything to the deposition, use the <u>exact</u> words you want to add.  If you wish to delete anything from the deposition, please use the <u>exact</u> words you want to delete. Thank you.

| Page/Line | + - | | Reason |
|---|---|---|---|
| 238:3 | | Change "knowing what the market did" to "knowing things before the market knew it" | Incomplete |
| 244:17 | | Change "reiteration" to "reiterating" | Grammatical error |
| 253:16 | | Change the period to a comma | Typographical error |
| Passim | | Change "sale site" to "sell side" | Typographical error |
| Passim | | Change "APSWorld" to "Apps World" | Typographical error |
| 273:16 | | Delete "an" | Grammatical error |
| Passim | | Change "Lang" to "Lange" | Typographical error |
| 293:10 | | Change "what the audit committee." to "what the audit committee intended." | Incomplete sentence |
| 299:4 | | Change "whether that detail." to "whether that detail was listed." | Incomplete sentence |
| 300:25 | | Change "we occasionally have" to "we occasionally have them" | Incomplete |
| 302:16 | | Change "time, at the time was Bruce Lang" to "time, Bruce Lange" | Grammatical error |

| 316:19 | Change "and" to "at" | Typographical error |
| 329:8 | Change "wouldn't" to "would" | Grammatical error |
| 345:14 | Change "'cause" to "because" | Grammatical error |
| 348:25 | Change "asking about Larry Ellison" to "being asked about Larry Ellison" | Incomplete |
| 359:21 | Change "accounts in" to "accounts division in" | Incomplete |
| 390:3 | Delete "from the previous" | Incorrect preposition |
| 407:2 | Change "Zone" to "Zhone" | Typographical error |
| 407:3 | Change "representative for Baker" to "representative, Baker" | Typographical error |
| 409:16 | Change "management" to "Order management" | Incomplete |
| 409:19 | Change "Oracle management" to "Order management" | Typographical error |
| Passim | Change "1103" to "11.0.3" | Typographical error |
| 415:25 | Change "technology, database" to "technology (database)" | Typographical error |
| 417:23 | Change "So" to "But" | Grammatical error |
| 419:13 | Change "reporting to him" to "reporting to me" | Incorrect |
| 420:20 | Delete "or" | Typographical error |
| 420:23 | Change "anything" to "nothing" | Grammatical error |
| 430:10 | Change "hit his" to "his" | Grammatical error |
| 453:5 | Change "Anderson" to "Andersen" | Typographical error |
| 467:1 | Change "nettting" to "netting" | Typographical error |
| 490:5 | Capitalize Economist | Typographical error |