LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
MARK SOLOMON (151949)
DOUGLAS R. BRITTON (188769)
VALERIE L. McLAUGHLIN (191916)
GAVIN M. BOWIE (235532)
STACEY M. KAPLAN (241989)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
marks@lerachlaw.com
dougb@lerachlaw.com
valeriem@lerachlaw.com
gbowie@lerachlaw.com
        – and –
SHAWN A. WILLIAMS (213113)
WILLOW E. RADCLIFFE (200087)
ELI R. GREENSTEIN (217945)
MONIQUE C. WINKLER (213031)
100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@lerachlaw.com
willowr@lerachlaw.com
elig@lerachlaw.com
moniquew@lerachlaw.com

Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION <br><br> This Document Relates To: <br><br> ALL ACTIONS. | Master File No. C-01-0988-MJJ <br><br> <u>CLASS ACTION</u> <br><br> 1199 SEIU GREATER NEW YORK PENSION FUND'S THIRD SUPPLEMENTAL RESPONSES TO DEFENDANTS' SECOND SET OF INTERROGATORIES TO PLAINTIFFS |

1199 SEIU Greater New York Pension Fund further objects to this interrogatory to the extent it seeks a legal conclusion.

Subject to and without waiving the foregoing specific and general objections, 1199 SEIU Greater New York Pension Fund directs defendants to the RSAC and the Ninth Circuit's Opinion in Nursing Home Pension Fund, Local 144 v. Oracle Corp., 380 F.3d 1226, 1230 (9th Cir. 2004).

SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 10:

Plaintiff supplements its responses as follows:

Problems with Suite 11i identified in the Complaint caused Oracle to fail to meet its 3Q01 revenue and sales forecast for the following reasons:

- Customers and potential customers of defendants declined or deferred purchasing Suite 11i due to the problems with Suite 11i;

- Customers and potential customers of defendants declined or deferred purchasing products and services sold by defendants in conjunction with sales of Suite 11i due to the problems with Suite 11i;

- Customers and potential customers of defendants declined or deferred purchasing database products due to the problems with Suite 11i;

- Customers and potential customers of defendants declined or deferred purchasing products and services sold by defendants in conjunction with sales of database products due to the problems with Suite 11i; and

- Problems with Suite 11i forced Oracle to defer revenue and to incur contra-revenue and expenses associated with concessions, unbillable costs, product returns, "free consulting" and settlements.

INTERROGATORY NO. 11:

Identify the "Witnesses" who You allege in paragraph 7 of the Complaint "confirmed" that Oracle was extending "deep discounts in order to fend off emerging database competitor IBM." When Identifying such witnesses, if any were Oracle employees, please include each such witness'