1  LERACH COUGHLIN STOIA GELLER
       RUDMAN & ROBBINS LLP
2  MARK SOLOMON (151949)
   DOUGLAS R. BRITTON (188769)
3  VALERIE L. McLAUGHLIN (191916)
   GAVIN M. BOWIE (235532)
4  655 West Broadway, Suite 1900
   San Diego, CA 92101
5  Telephone: 619/231-1058
   619/231-7423 (fax)
6  marks@lerachlaw.com
   dougb@lerachlaw.com
7  valeriem@lerachlaw.com
   gbowie@lerachlaw.com
8         – and –
   SHAWN A. WILLIAMS (213113)
9  WILLOW E. RADCLIFFE (200087)
   ELI R. GREENSTEIN (217945)
10 JENNIE LEE ANDERSON (203586)
   MONIQUE C. WINKLER (213031)
11 100 Pine Street, Suite 2600
   San Francisco, CA 94111
12 Telephone: 415/288-4545
   415/288-4534 (fax)
13 shawnw@lerachlaw.com
   willowr@lerachlaw.com
14 elig@lerachlaw.com
   jenniea@lerachlaw.com
15 moniquew@lerachlaw.com

16 Lead Counsel for Plaintiffs

17                     UNITED STATES DISTRICT COURT

18                    NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 19  In re ORACLE CORPORATION SECURITIES LITIGATION | ) Master File No. C-01-0988-MJJ ) |
| 20 | ) CLASS ACTION |
| 21  This Document Relates To: | ) ) NOTICE OF ENTRY OF ORDER ) GRANTING PLAINTIFFS 18 ADDITIONAL |
| 22       ALL ACTIONS. | ) CUSTOMER SUBPOENAS ) |

1  TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD

2  PLEASE TAKE NOTICE that on June 13, 2006, The Honorable Edward A. Infante (Ret.),

3  Special Master, signed the Order Granting Plaintiffs 18 Additional Customer Subpoenas, which is

4  attached hereto as Exhibit A.

5  DATED: June 14, 2006  LERACH COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
6  MARK SOLOMON
   DOUGLAS R. BRITTON
7  VALERIE L. McLAUGHLIN
   GAVIN M. BOWIE

8

9
                        /s/ MARK SOLOMON
10                         MARK SOLOMON

11  655 West Broadway, Suite 1900
    San Diego, CA 92101
12  Telephone: 619/231-1058
    619/231-7423 (fax)
13
    LERACH COUGHLIN STOIA GELLER
14    RUDMAN & ROBBINS LLP
    SHAWN A. WILLIAMS
15  WILLOW E. RADCLIFFE
    ELI R. GREENSTEIN
16  JENNIE LEE ANDERSON
    MONIQUE C. WINKLER
17  100 Pine Street, Suite 2600
    San Francisco, CA 94111
18  Telephone: 415/288-4545
    415/288-4534 (fax)
19
    Lead Counsel for Plaintiffs
20  S:\CasesSD\Oracle3\NOT00031885_ENTRY.doc

21

22

23

24

25

26

27

28

NOTICE OF ENTRY OF ORDER GRANTING PLAINTIFFS 18 ADDITIONAL CUSTOMER
SUBPOENAS - C-01-0988-MJJ                                                        - 1 -

| | |
|---|---|
| 1 | CERTIFICATE OF SERVICE |
| 2 | I hereby certify that on June 14, 2006, I electronically filed the foregoing with the Clerk of |
| 3 | the Court using the CM/ECF system which will send notification of such filing to the e-mail |
| 4 | addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have |
| 5 | mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF |
| 6 | participants indicated on the attached Manual Notice List. |

      s/ MARK SOLOMON
      MARK SOLOMON

LERACH COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
E-mail: MARKS@lerachlaw.com

# Mailing Information for a Case 3:01-cv-00988-MJJ

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jennie Lee Anderson**
  jenniea@lerachlaw.com

- **Eric J. Belfi**
  ebelfi@labaton.com ElectronicCaseFiling@labaton.com

- **Doug Britton**
  dougb@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Patrick Edward Gibbs**
  patrick.gibbs@lw.com zoila.aurora@lw.com

- **Eli Greenstein**
  Elig@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Kirke M. Hasson**
  kirke.hasson@pillsburylaw.com cheryl.grant@pillsburylaw.com

- **Reed R. Kathrein**
  reedk@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Michele F. Kyrouz**
  michele.kyrouz@lw.com

- **Nicole Lavallee**
  nlavallee@bermanesq.com

- **William S. Lerach**
  e_file_sd@lerachlaw.com

- **James C. Maroulis**
  jim.maroulis@oracle.com

- **Shinyung Oh**
  shinyungoh@paulhastings.com sandradiluzio@paulhastings.com

- **Willow E. Radcliffe**
  willowr@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Darren J. Robbins**
  e_file_sd@lerachlaw.com

- **Sanna Rachel Singer**
  sanna.singer@pillsburylaw.com

- **Mark Solomon**
  marks@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Shawn A. Williams**
  shawnw@lerachlaw.com e_file_sd@lerachlaw.com;e_file_sf@lerachlaw.com

- **Monique Winkler**
  MoniqueW@lerachlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Dorian Daley
500 Oracle Parkway
Redwood City, CA 94065

Corey D. Holzer
Holzer Holzer & Cannon LLC
1117 Perimeter Center West
Suite E-107
Atlanta, GA 30338

Brian P. Murray
Murray Frank & Sailer LLP
275 Madison Avenue
Suite 801
New York, NY 10016
```

# EXHIBIT A

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| In re ORACLE CORPORATION SECURITIES LITIGATION | ) ) ) | Master File No. C-01-0988-MJJ  CLASS ACTION |
|---|---|---|
| This Document Relates To:  ALL ACTIONS. | ) ) ) ) ) | [~~PROPOSED~~] ORDER GRANTING PLAINTIFFS 18 ADDITIONAL CUSTOMER SUBPOENAS |

1  In accordance with the oral ruling of this Court at the April 25, 2006 discovery hearing
2  granting plaintiffs 18 additional customer subpoenas, and good cause shown thereof,
3  IT IS HEREBY ORDERED that plaintiffs have leave of Court to serve 18 additional
4  subpoenas on Oracle customers identified in defendants' response to plaintiffs' Interrogatory No. 4.
5  * * *
6  ORDER
7  IT IS SO ORDERED.
8  DATED: June 13, 2006
   The Honorable Edward A. Infante (Ret).
9  Special Master
   United States District Court,
10 For the Northern District of California
   450 Golden Gate Avenue
11 San Francisco, CA 94102

12 Submitted by:

13 LERACH COUGHLIN STOIA GELLER
      RUDMAN & ROBBINS LLP
14 MARK SOLOMON
   DOUGLAS R. BRITTON
15 VALERIE L. McLAUGHLIN
   GAVIN M
16
17
18 ───────────────────────────
         MARK SOLOMON
19
   655 West Broadway, Suite 1900
20 San Diego, CA 92101
   Telephone: 619/231-1058
21 619/231-7423 (fax)

22 LERACH COUGHLIN STOIA GELLER
      RUDMAN & ROBBINS LLP
23 SHAWN A. WILLIAMS
   WILLOW E. RADCLIFFE
24 ELI R. GREENSTEIN
   JENNIE LEE ANDERSON
25 MONIQUE C. WINKLER
   100 Pine Street, Suite 2600
26 San Francisco, CA 94111
   Telephone: 415/288-4545
27 415/288-4534 (fax)

28 Lead Counsel for Plaintiffs

[PROPOSED] ORDER GRANTING PLAINTIFFS 18 ADDITIONAL "CUSTOMER" SUBPOENAS - C-01-0988-MJJ - 1 -

1  S:\CasesSD\Oracle3\ORD00031791.doc

[PROPOSED] ORDER GRANTING PLAINTIFFS 18 ADDITIONAL "CUSTOMER" SUBPOENAS - C-01-0988-MJJ

- 2 -