# TERMINATION OF ORACLE NEGOTIATIONS

## TALKING POINTS

### Decision

Timberland decided not to go forward with Oracle software and implementation services due to (1) project risks and compromise of functionality in order to remain within budget and (2) overall economic climate impacting business. Based on a financial decision not to invest in one integrated global solution at this time.

### Rationale

1. **Economic Climate and External Trends**

    The combination of the rapid acceleration in the <u>weakness of the U.S. economy</u> over the past several months, including the retail sector, and the continuing impact to Timberland's business from <u>external trends related primarily to foreign exchange and higher leather</u> costs has caused Timberland to re-evaluate its near-term needs.

    Examples:

    - Comparable domestic retail and factory store sales decreased 2.3% in Q1; TBL <u>US Retail segment in Q1 incurred a loss</u> before taxes due in part to the impact of the challenging retail environment
    - TBL Q1 <u>revenues</u>, in part, adversely impacted by foreign exchange
    - TBL Q1 <u>gross profit</u> decrease primarily due to negative impact of foreign exchange and higher leather costs; trends which are continuing
    - <u>TBL pursuing cost-saving and margin enhancement opportunities</u> to lessen impacts of external trends
    - TBL continues to closely monitor external trends and leverage its diverse business portfolio

2. **Project risks and compromise of functionality to stay within budget**

    After a good, collaborative effort by Timberland and Oracle to provide a global financial and human resources solution within <u>Timberland's project budget</u>, it is has become apparent to Timberland that the solution contemplated cannot be effectively implemented within that budget at this time without <u>substantial risk to the success of the project</u> and without <u>compromise of the functionality and flexibility</u> required by Timberland for the long-term.

    Examples:

    - <u>Elimination of Oracle overall project manager</u> to meet TBL budget, but TBL subsequently realized critical to success of project
    - <u>Lack of dedicated in-house IT and business resources</u> to implement the project and manage on an on-going basis
    - License fees quoted based on a smaller processor than the larger one TBL owns and planned to use to run the software; TBL needs to <u>purchase a new, smaller processor to</u>



CONFIDENTIAL
Subject to Protective Order

TIM 000006

- <u>retain quoted license fees or pay higher license fees to run the software on TBL's current equipment</u>
- <u>Need additional modules of software</u>, e.g. EDI gateway module, Oracle Express OLAP Database and the architecture needed another hardware component.

**Express appreciation for all of Oracle's work on this project.**

### Q&A

Q: What will TBL be doing? Are you going to a competitor of Oracle?

A: TBL is looking at alternatives for a localized, low cost solution for Asia, and TBL intends to keep all of its options open.

Q: Did Oracle or its personnel do anything to change TBL's mind? Is there anything Oracle can do to change TBL's mind?

A: As I mentioned earlier, TBL is concerned about risks and functionality given its budget for the project and the general economic climate and external trends impacting TBL's business.

CONFIDENTIAL
Subject to Protective Order

TIM 000007