UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

_____)
IN RE ORACLE CORPORATION                )   MASTER FILE NO:
SECURITIES LITIGATION                   )   C001-0988-MJJ
_____)

# EXPERT REPORT OF CHRISTOPHER M. JAMES

announcement on March 1, 2001.  Moreover, Oracle's competitors reported earnings or revenues that were record-setting as late as February 23, 2001.  For example:

> **Ariba Press Release:**  Ariba First Internet B2B to Report Profit[152]
>
> **i2 Technologies Press Release:**  i2 First e-Business Solutions Provider to Top $1 Billion in Annual Revenues with Announcement of Record Quarterly Revenues and Earnings[153]
>
> **Commerce One Press Release:**  Commerce One Reports Record Fourth Quarter and Full Year 2000 Results[154]
>
> **PeopleSoft Press Release:**  PeopleSoft Announces Record Financial Results[155]
>
> **BEA Systems Press Release:**  BEA Reports Record Fourth Quarter and Fiscal Year Financial Results[156]

69.     Exhibit 8 also reveals that five of the nine companies reported earnings that either were below or just met the market's expectation for the quarter following Oracle's March 1, 2001 announcement.  Finally, during the June 30, 2001 quarter, seven firms in the group missed the market's earnings expectations.

## X.     Analysis of the Market's Response to Oracle's Announcement on March 15, 2001

70.     The Complaint alleges that Oracle's March 15, 2001 announcement was a "post Class Period admission."[157]  On March 15, 2001, Oracle announced the final breakdown of revenue growth between database revenue and applications revenue that differed from the breakdown provided in the preliminary announcement on March 1, 2001.  My analysis reveals

---

[152] "Ariba First Internet B2B to Report Profit," Ariba Press Release, January 11, 2001.
[153] "i2 First e-Business Solutions Provider to Top $1 Billion in Annual Revenues with Announcement of Record Quarterly Revenues and Earnings," i2 Technologies Press Release, January 17, 2001.
[154] "Commerce One Reports Record Fourth Quarter and Full Year 2000 Results," Commerce One Press Release, January 18, 2001.
[155] "PeopleSoft Announces Record Financial Results," PeopleSoft Press Release, January 30, 2001.
[156] "BEA Reports Record Fourth Quarter and Fiscal Year Financial Results," BEA Systems Press Release, February 22, 2001.
[157] Complaint ¶76.

reserve account (which inflated revenue, net income and EPS) and various other revenue and expense accounts (which also inflated revenue, net income and EPS)."[173] It is my understanding that the amount allegedly transferred improperly during 2QFY01 was approximately $20.1 million.

82. I find no evidence supporting any argument advanced in the Complaint or Plaintiffs' Contention Responses that links the 3QFY01 miss in earnings and revenues or the stock price decline on March 2, 2001 to the alleged 2QFY01 overstatement of earnings and revenues.[174] I also find no mention of potentially erroneous revenues reported in 2QFY01 in any of the financial analyst reports or public press that I have reviewed in connection with Oracle's 3QFY01 earnings miss announced on March 1, 2001 and on March 15, 2001. Thus, I find no evidence that the market viewed the 3QFY01 earnings miss as having anything to do with allegedly improper accounting of 2QFY01 results.

---

[173] Plaintiffs' Contention Responses, p. 21.

[174] I understand that if the $20.1 million in transfers in 2QFY01 had not been made, then Oracle would have earned $0.1038/share, as opposed to $0.1060/share. Of course, this presumes that the full $20.1 million in transfers was improper, which I do not understand to be the case. In any event, even if Oracle had reported $0.10/share as opposed to $0.11/share, financial analysts would have calculated any change in earnings per share with greater precision than simply rounding to the nearest penny per share, and therefore would have viewed the difference in EPS as being $0.0022, and not $0.01/share. See, for example, Table 1 in Banc of America Securities, December 15, 2000.



# Exhibit 8
## Earnings Results vs. Analysts' EPS Consensus Mean Forecast

Source: *Factiva;* First Call

Note: Dates in parentheses indicate that a company pre-announced on that date; all other dates are earnings announcements. SAP's First Call EPS consensus data is not reliable and was excluded from this table. Based on press reports, SAP missed EPS estimates for the quarter ending on 9/30/00 and beat EPS estimates for the following 3 quarters.

[1] For fiscal quarters ending before 3/1/01, actual results compared to analysts' EPS consensus mean forecast two months before the end of the fiscal quarter; for fiscal quarters ending after 3/1/01, actual results compared to analysts' EPS consensus mean forecast as of 1/31/01. Data provided by First Call.