# LIVENOTE | World Service℠

*A new perspective on court reporting.*

## In the United States District Court
## Northern District of California

Deposition

Of

Gregory Myers

April 12, 2005

## In Re: Oracle Corporation Securities Litigation



A LiveNote World Service Transcript. Reported by CLSP, Sheila Chase & Associates
LiveNote Inc. • 221 Main Street, Suite # 1250, San Francisco, California 94105 • 1-800-LIVENOTE

**CONFIDENTIAL - Myers, Gregory 4/12/2005**

```
 1              IN THE UNITED STATES DISTRICT COURT
 2                 NORTHERN DISTRICT OF CALIFORNIA
 3
 4   In re ORACLE CORPORATION
 5   SECURITIES LITIGATION
 6                              Master File No. C-01-0988-MJJ
 7   This Document Relates To:
 8       ALL ACTIONS.
                                     /
 9
10
                           ---oOo---
11
                          CONFIDENTIAL
12
           30(b)(6) DEPOSITION OF GREGORY SCOTT MYERS
13
                    Tuesday, April 12, 2005
14
                           ---oOo---
15
16                 SHEILA CHASE & ASSOCIATES
17                       REPORTING FOR:
18                    LiveNote World Service
19                 221 Main Street, Suite 1250
20                San Francisco, California 94105
21                     Phone: (415) 321-2311
22                      Fax:  (415) 321-2301
23   Reported by:
24   DIANA NOBRIGA, CSR, CRR
25   LICENSE NO. 7071
```

                                                                1

CONFIDENTIAL - Myers, Gregory  4/12/2005

1  us.

2     Q.   Okay.  But really -- but there was no plan as

3  to how it was going to be used going forward at that

4  time?

5     A.   November 20th, as the e-mail alludes to, we

6  did not know exactly the parameters.  I mean, again, I

7  believe we wanted it to stay as close as we could to the

8  standard functionality -- let it be prepayments, or let

9  it be customer payments that could be used for future

10 transactions, but we hadn't put the, I guess, the

11 parameters around it yet.

12           MR. WILLIAMS:  Okay.  You want to stop?

13           MR. RUBIN:  Did you finish your answer on the

14 process when --

15           THE WITNESS:  Yeah.

16           MR. RUBIN:  -- he asked you what you -- where

17 it went?

18           THE WITNESS:  Yeah, I think we should finish

19 up.  We went through step 1, where we took it from

20 On Account to unapplied.  I think we should walk through

21 the remaining steps.

22           MR. WILLIAMS:  Q.  We have the whole

23 afternoon, unless you just want to tell me now.  I mean,

24 it's fine.

25    A.   Well, maybe just finish the answer now and

CONFIDENTIAL - Myers, Gregory  4/12/2005

1  then you can --

2    Q.  If you have something to say, sure, go ahead.

3    A.  Okay.  So the first step was to move the item 4 from On Account to unapplied.  And again, that generated 5 a debit/credit in 25005.  No accounting impact, no 6 different than when we applied it to On Account, a 7 debit/credit to 25005, which I think we discussed 8 earlier.

9    The second step was to create the debit memos 10 in the system -- and I'm sure we'll be discussing this 11 all afternoon.  And by raising the debit memos in the 12 system, we debited and credited 25005 as well.  So no 13 accounting impact, no net accounting impact by the debit 14 memos being raised.

15    Then the third step was to apply the items 16 that were previously On Account, now sitting in 17 unapplied, to the debit memos, such that now the items 18 that were On Account were now in applied status to these 19 open debit memos.  And when we did the applications of 20 the unapplied to the debit memos, again, debit/credit 21 25005, no accounting entries.  So at the end of the day, 22 all we really did was move the status from On Account to 23 a debit memo with no accounting impact.

24    MR. WILLIAMS:  Okay.

25    MR. RUBIN:  Okay.  What do you want?  You want

1  to say an hour or --

2         MR. WILLIAMS: However much -- do you want an
3  hour to take a break or 45 minutes? It's up to you
4  really.

5         THE WITNESS: I just want some food.

6         MR. SCHMELTZ: Can you give us an hour so that
7  we can --

8         MR. WILLIAMS: Sure. Twenty to 2:00, then?

9         MR. RUBIN: That's fine.

10        VIDEOGRAPHER: Going off record. The time is
11 12:39.

12        (Lunch recess, 12:39 - 1:48 p.m.)

13        VIDEOGRAPHER: Going back on record. The time
14 is 1:48.

15        MR. WILLIAMS: Q. Okay. We left off and you
16 were telling me about the steps that were taken to do
17 this process that occurred on November 17th. Do you
18 recall that? And you said the first step was to remove
19 the item from On Accounts to unapplied; right?

20     A.  Yes.

21     Q.  And what was -- what was required to make that
22 move? What was the entry into the system or documents
23 created to do that?

24     A.  It is a compound question. I'll try to make
25 sure I answer each of the questions or each of the

CERTIFICATE OF DEPOSITION OFFICER

I, DIANA NOBRIGA, hereby certify that the witness in the foregoing deposition was by me duly sworn to testify to the truth, the whole truth, and nothing but the truth in the within-entitled cause; that said deposition was taken at the time and place therein stated; that the testimony of said witness was reported by me, a Certified Shorthand Reporter and disinterested person, and was thereafter transcribed into typewriting, and that the pertinent provisions of the applicable code or rules of civil procedure relating to the notification of the witness and counsel for the parties hereto of the availability of the original transcript of the deposition for reading, correcting and signing have been met.

I further certify that I am not of counsel or attorney for either or any of the parties to said deposition, nor in any way interested in the outcome of the cause named in said action.

DATED: April 19, 2005

DIANA   NOBRIGA, CSR NO. 7071