```
 1              IN THE UNITED STATES DISTRICT COURT
 2                 NORTHERN DISTRICT OF CALIFORNIA
 3
 4   In re ORACLE CORPORATION
     SECURITIES LITIGATION,
 5
 6   vs.                         Master File No.: C-01-0988-MJJ
 7   This Document Relates To:,
 8        ALL ACTIONS.
 9   _____/
10
11                           ---oOo---
12                         CONFIDENTIAL
13              DEPOSITION OF MOLLY VENKATARAMANA
14                   Thursday, April 13, 2006
15                           ---oOo---
16
17              SHEILA CHASE & ASSOCIATES
                       REPORTING FOR
18                 LiveNote World Service
                221 Main Street, Suite 1250
19            San Francisco, California 94105
                   Phone:  (415) 321-2311
20                 Fax:    (415) 321-2301
21
22   Reported by
     APRIL DAWN HEVEROH, CSR
23   CSR No. 8759
24
25
```

```
 1              No, it does not relate to any debit memos or
 2     the accounting of those debit memos.
 3         Q.   Molly, can I direct your attention to what has
 4     previously been marked as Exhibit No. 8, and for the
 5     record, it is Bates labeled PLF-ORC 000122 to 000129.
 6              Can you take a moment to review that document
 7     for me, please?
 8         A.   Okay.
 9         Q.   Do you recall testifying about this document a
10     little bit earlier? .
11         A.   Yes.
12         Q.   And in testifying about this document, you had
13     the opportunity to review the document; did you not?
14         A.   Yes.
15         Q.   In reviewing this document, do you see
16     anything that in any way refers or relates to the
17     creation of the November 17th debit memos?
18              MR. GLENNON:  Objection.
19              MR. GREENSTEIN:  Objection.  Form.
20              MR. GLENNON:  Q.  Do you understand my
21     question?
22         A.   Yes.
23         Q.   Can you answer my question?
24         A.   Yes.
25              No, I do not see that this relates to the
```

```
 1   debit memos.
 2        Q.   And focusing your attention again on Exhibit
 3   No. 8, having reviewed Exhibit No. 8, did you see
 4   anything that refers or relates to the accounting
 5   treatment of the between 40 and 50,000 debit memos that
 6   were created on or about November 17th, 2000?
 7             MR. GREENSTEIN:  Objection.  Form.
 8             MR. GLENNON:  Q.  Do you understand my
 9   question?
10        A.   Yes.
11        Q.   Can you answer my question?
12        A.   Yes.
13             No, I do not see that there's any discussion
14   of the accounting of the debit memos.
15        Q.   So in conducting what we have described as the
16   1,099 project, or more specifically, the project to
17   resolve the 1,099 items of unresolved, unapplied cash,
18   did that project in any way involve or relate to the
19   accounting or the audit trail of the November 17th, 2000
20   debit memos?
21             MR. GREENSTEIN:  Objection.  Form.
22             THE WITNESS:  No.
23             MR. GLENNON:  Q.  Did you understand my
24   question before you answered it?
25        A.   Yes.
```

1    Q.   A moment ago you were asked about specific
2    managers being interviewed, and you described a series
3    of interviews relating to what you called third-party
4    lawsuit.
5         Do you recall that testimony?
6    A.   Yes.
7    Q.   Do you have any reason to believe that that
8    testimony was the derivative securities class action?
9    A.   No.
10   Q.   Do you have any reason to believe that those
11   interviews were conducted in any way in relation to this
12   securities class action?
13   A.   No.
14   Q.   Do you have any information whatsoever, other
15   than perhaps what has been provided to you by counsel,
16   about the purpose of those particular interviews?
17        MR. GREENSTEIN:  Objection.  Form.
18        MR. GLENNON:  Q.  Do you understand my
19   question?
20   A.   Can you clarify?
21   Q.   Sure.  Do you have any information about the
22   underlying lawsuits which related or stemmed from those
23   interviews?
24        MR. GREENSTEIN:  Objection.  Form.
25        MR. GLENNON:  I think I'm going to re-ask that

REPORTER'S CERTIFICATE

I hereby certify that the foregoing is a true record of the testimony as reported to the best of my ability by me, a Certified Shorthand Reporter and a disinterested person, and was thereafter transcribed under my direction into typewriting by computer.

I FURTHER CERTIFY that I am not interested in the outcome of the said action and not connected with nor related to any of the parties in said action or their respective counsel.

Dated: 4-25-06               *April Dawn Heveroh*
                             APRIL DAWN HEVEROH, CSR
                             CSR NO. 8759