IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRIT OF CALIFORNIA

--oOo--

In re ORACLE CORPORATION
SECURITIES LITIGATION

                              File No. C-01-0988-MJJ

_____/

--oOo--

TUESDAY, OCTOBER 10, 2006

--oOo--

VOLUME 2

VIDEOTAPED DEPOSITION OF

IAN HATADA

--oOo--

Reported By:  CAROL NYGARD DROBNY, CSR No. 4018
                 Registered Merit Reporter

Certified Copy

1   working with.

2   BY MR. GLENNON:

3       Q.    Do you remember who you saw pull up the

4   general ledger?

5            MR. GREENSTEIN:  Objection.  Mischaracterizes

6   testimony.  Vague.  Lacks foundation.

7            THE WITNESS:  I believe it was Molly

8   Littlefield.

9   BY MR. GLENNON:

10      Q.    And do you recall when you saw her pull up the

11  general ledger?

12           MR. GREENSTEIN:  Same objections.

13           THE WITNESS:  No.

14  BY MR. GLENNON:

15      Q.    Do you recall whether it was once or on more

16  than one occasion?

17      A.    I think it was only once.

18      Q.    Okay.  And was that the person that you

19  testified a moment ago who told you that it was the

20  general ledger?

21           MR. GREENSTEIN:  Objection.  Vague.  Lacks

22  foundation.  Calls for speculation.

23           THE WITNESS:  Yes.  Sorry.

24  BY MR. GLENNON:

25      Q.    Other than what she told you did you have an

```
 1   independent basis of believing that what she was pulling

 2   up was, in fact, the general ledger?

 3            MR. GREENSTEIN:  Same objections.

 4            THE WITNESS:  No.

 5   BY MR. GLENNON:

 6       Q.    All right.  You can put that exhibit aside.

 7            Thank you.

 8            Now, Mr. Hatada, you testified on direct that

 9   you were aware that on November 17th, 2000 Oracle

10   created 46,000 debit memos; is that correct?

11            MR. GREENSTEIN:  Objection.  Lacks foundation.

12   Mischaracterizes testimony.

13            THE WITNESS:  That's only what I was told.

14   BY MR. GLENNON:

15       Q.    You learned about the 46,000 debit memos for

16   the first time two years after the fact in October of

17   2002; is that a correct statement?

18            MR. GREENSTEIN:  Objection.  Leading.  Lacks

19   foundation.

20            THE WITNESS:  Correct.

21   BY MR. GLENNON:

22       Q.    So in between the time of November 17th, 2000

23   through the series of meetings you've testified about in

24   October of 2002, you were unaware of the creation or

25   accounting of the 46,000 debit memos; is that accurate?
```

1            MR. GREENSTEIN:  Objection.  Mischaracterizes

2    testimony.  Compound.  Vague and ambiguous.  Lacks

3    foundation.  Calls for speculation.

4            THE WITNESS:  Correct.

5    BY MR. GLENNON:

6       Q.    Before the fall of 20002 did you know what a

7    "debit memo" was?

8            MR. GREENSTEIN:  Objection.  Vague.

9            THE WITNESS:  No.

10   BY MR. GLENNON:

11      Q.    Before the fall of 2002 did you know what

12   debit memos were used for in the Oracle system?

13           MR. GREENSTEIN:  Objection.  Vague.  Lacks

14   foundation.

15           THE WITNESS:  No.

16   BY MR. GLENNON:

17      Q.    Before the fall of 2002 did you understand the

18   credits and debits associated with debit memos?

19           MR. GREENSTEIN:  Objection.  Vague.

20   Foundation.  Speculation.

21           THE WITNESS:  No.

22   BY MR. GLENNON:

23      Q.    As you sit here today, do you have an

24   understanding as to a what a "debit memo" is?

25      A.    No.  I couldn't give you a full description on

1    it, what exactly it was.

2         Q.    As you sit here today, do you have an

3    understanding as to the accounting entries associated

4    with debit memos in the Oracle system?

5              MR. GREENSTEIN:  Objection.  Vague.  Lacks

6    foundation.  Calls for speculation.

7              THE WITNESS:  Can you repeat that?

8              MR. GLENNON:  Can I have the Court Reporter

9    repeat the question, please.

10             (Record Read)

11             MR. GREENSTEIN:  Same objections.

12             THE WITNESS:  I couldn't give you a full

13   description, no.

14   BY MR. GLENNON:

15        Q.    Well, can you give me any description as to

16   the accounting entries that are associated with debit

17   memos?

18             MR. GREENSTEIN:  Same objections.

19             THE WITNESS:  From what I understand, debit

20   memos are created when you're in the application.

21             Whether credits are -- are done, like I said,

22   I couldn't give you a full description of exactly what

23   it is.

24   BY MR. GLENNON:

25        Q.    Did you personally participate in the creation

1    of the 46,000 debit memos on November 17th, 2000?

2            MR. GREENSTEIN:  Objection.  Lacks foundation.

3    Vague.

4            THE WITNESS:  No.

5    BY MR. GLENNON:

6        Q.    Do you know whether the debit memos that were

7    created on November 17th, 2000 were created manually or

8    through a computer program?

9            MR. GREENSTEIN:  Objection.  Vague.  Calls for

10   speculation.

11           THE WITNESS:  From what I was told they were

12   -- created by both.

13   BY MR. GLENNON:

14       Q.    And who told you that the debit memos were

15   created both manually and by a computer script?

16       A.    Michael Quinn and Greg Myers.

17       Q.    And when did they tell you that?

18       A.    In our first meeting to discuss the

19   reconciliation of this project.

20       Q.    And what was the date of that first meeting?

21       A.    I'm not sure.

22       Q.    Do you know the year of that first meeting?

23       A.    I believe it was '02.

24       Q.    Do you know whether that meeting took place in

25   2003?

 1              MR. GREENSTEIN:  Objection.  Vague.  Lacks

 2    foundation.

 3              THE WITNESS:  I believe it took place in '02.

 4    BY MR. GLENNON:

 5       Q.    Okay.  Do you recall the month in which that

 6    meeting took place?

 7       A.    No.

 8       Q.    Have you ever reviewed any computer program in

 9    connection with the creation of the 46,000 debit memos

10    on November 17th, 2000?

11              MR. GREENSTEIN:  Objection.  Vague.

12    Foundation.

13              THE WITNESS:  No.

14    BY MR. GLENNON:

15       Q.    Do you know whether the debit memos that were

16    created on November 17th, 2000 were given a specific

17    prefix number?

18              MR. GREENSTEIN:  Objection.  Vague.

19    Foundation.

20              THE WITNESS:  I know they were all -- they all

21    started with a 55 something.  I don't know.

22              I -- from what I was told and what I saw in

23    the system it was just -- they all started with a five.

24    BY MR. GLENNON:

25       Q.    Now, do you know if that was unique to the

```
 1    Foundation.  Speculation.
 2              THE WITNESS:  No.  I wasn't a part of that.
 3    BY MR. GLENNON:
 4         Q.    Do you know who moved the unapplied cash out
 5    of the normal unapplied account?
 6              MR. GREENSTEIN:  Same objections.
 7              THE WITNESS:  From my understanding from that
 8    first meeting Mike Quinn had stated that Greg Myers was
 9    responsible for the movement.
10    BY MR. GLENNON:
11         Q.    And other than what Mike Quinn told you did
12    you have any other basis for believing that Greg Myers
13    was responsible for moving the unapplied cash out of the
14    normal unapplied account?
15              MR. GREENSTEIN:  Objection.  Vague.
16    Speculation.
17              THE WITNESS:  No.  Again, this is the first I
18    heard of movement.
19    BY MR. GLENNON:
20         Q.    Did Mike Quinn also explain to you during this
21    meeting that this on account problem at issue in 2002
22    was a recent problem?
23              MR. GREENSTEIN:  Objection.  Vague.
24    Foundation.
25              THE WITNESS:  He said it was both a problem
```

```
 1    from years past as well as ongoing.
 2    BY MR. GLENNON:
 3        Q.    Do you know how Greg Myers went about -- let
 4    me start that question over.
 5            Do you have an understanding based on what
 6    Mike told you about how Greg Myers moved this unapplied
 7    cash out of the normal unapplied account?
 8            MR. GREENSTEIN:  Objection.  Speculation.
 9    Vague.
10            THE WITNESS:  No.
11    BY MR. GLENNON:
12        Q.    Now, during this series of meetings towards
13    the end of 2002 the November 17th, 2000 debit memos were
14    discussed; correct?
15        A.    Correct.
16        Q.    Were Quinn and Myers explaining the debit
17    memos because Oracle's collections managers and analysts
18    were coming across them in customer billing histories
19    and were getting confused as to whether the debit memos
20    were open invoices?
21            MR. GREENSTEIN:  Objection.  Vague.  Lacks
22    foundation.  Speculation.
23            THE WITNESS:  There was some conversation in
24    regards to that, but it wasn't -- it was -- they were --
25    they were stating that there was some confusion with the
```

1    collections analysts.

2    BY MR. GLENNON:

3        Q.    And that was in connection with the discussion

4    about the 46,000 debit memos that were appearing in

5    customer billing histories; is that correct?

6            MR. GREENSTEIN:  Same objections and leading.

7            THE WITNESS:  Correct, but it was a small

8    portion of it.

9    BY MR. GLENNON:

10       Q.    Did Quinn and Myers clarify during the course

11   of this particular meeting that the debit memos were, in

12   fact, not open invoices and that you couldn't apply

13   money against one of the 550 debit memos?

14           MR. GREENSTEIN:  Objection.  Compound.

15   Foundation.  Vague.

16           THE WITNESS:  I'm unsure if they had stated

17   that.

18   BY MR. GLENNON:

19       Q.    Do you specifically recall whether Myers or

20   Quinn specifically said that the 46,000 debit memos were

21   responsible for moving the money from the unapplied

22   account in to a reserve account?

23           MR. GREENSTEIN:  Objection.  Foundation.

24   Speculation.  Vague.  Leading.

25           THE WITNESS:  I specifically remember Mike

```
 1    Quinn stating that.
 2    BY MR. GLENNON:
 3        Q.    Stating that the 46,000 debit memos had moved
 4    the money in to a reserve account?
 5             MR. GREENSTEIN:  Same objections.
 6             THE WITNESS:  I don't know a number.  He just
 7    said "debit memos."
 8    BY MR. GLENNON:
 9        Q.    Okay.  Do you recall Mike Quinn saying that
10    debit memos that were created on November 17th, 2000 --
11    actually, let me start that question over.
12             Do you know which debit memos Mike Quinn was
13    describing as having moved money from the unapplied
14    account to a reserve account?
15             MR. GREENSTEIN:  Objection.  Vague.
16    Speculation.  Foundation.
17             THE WITNESS:  I couldn't tell you exact
18    numbers.  He just said "debit memos on November 17th,
19    2000."
20    BY MR. GLENNON:
21        Q.    Okay.  So your specific recollection -- and
22    you specifically recall Mike Quinn saying that debit
23    memos that were created on November 17th, 2000 moved
24    money from the unapplied account to a reserve account?
25             You specifically recall that statement?
```

```
 1               MR. GREENSTEIN:  Objection.  Mischaracterizes
 2     testimony.  Lacks foundation.  Vague.  Leading.
 3               THE WITNESS:  From what I remember, that's
 4     what he had stated to Greg Myers.
 5               He was explaining that -- trying to explain it
 6     to us, but, again, as I stated in my -- in the first
 7     deposition, what was being stated to us, we didn't
 8     understand it fully when we walked out of there.
 9     BY MR. GLENNON:
10        Q.     So you didn't understand what Mike Quinn was
11     explaining with respect to the debit memos' impact on
12     the unapplied cash account; is that fair?
13               MR. GREENSTEIN:  Objection.  Mischaracterizes
14     testimony.  Leading.  Foundation.
15     BY MR. GLENNON:
16        Q.     Is that a fair statement?
17        A.     That's fair.
18        Q.     Mr. Hatada, are you aware of the fact that
19     Ernst & Young reviewed the 46,000 debit memos that were
20     created on November 17th, 2000 and concluded that no
21     money changed accounts by virtue of those debit memos?
22               MR. GREENSTEIN:  Objection.  Lacks foundation.
23     Vague.
24               THE WITNESS:  No.
25     BY MR. GLENNON:
```

1      Q.    Okay.   Are you aware that Oracle engaged a

2    special litigation committee composed of world-renowned

3    experts incorporate governance specifically to study the

4    accounting impact of the debit memos that were created

5    on November 17th, 2000 and that special litigation

6    committee concluded that the debit memos did not result

7    in money, any money, changing accounts?

8            MR. GREENSTEIN:   Objection.   Lacks foundation.

9    Vague.   Mischaracterizes testimony.

10            THE WITNESS:   No.

11    BY MR. GLENNON:

12      Q.    Mr. Hatada, are you aware that the creation in

13    accounting for the debit memos that were created on

14    November 17th, 2000 were investigated by the United

15    States Securities & Exchange Commission and that after

16    that investigation the SEC refused to bring formal

17    charges against Oracle?

18            MR. GREENSTEIN:   Objection.   Lacks foundation.

19            THE WITNESS:   No.

20    BY MR. GLENNON:

21      Q.    You are aware, however, that Oracle's other

22    current and former employees, including employees who

23    worked in collections and accounts receivable during

24    20023, have been deposed in this case; right?

25            MR. GREENSTEIN:   Objection.   Leading.

1                          --o0o--

2          I, CAROL NYGARD DROBNY, a Certified Shorthand

3    Reporter of the State of California, duly authorized to

4    administer oaths, do hereby certify:

5          That I am a disinterested person herein; that

6    the Witness, IAN HATADA, named in the foregoing

7    deposition was by me duly sworn to testify the truth,

8    the whole truth, and nothing but the truth; that the

9    deposition was reported in shorthand by me, CAROL NYGARD

10   DROBNY, a Certified Shorthand Reporter of the State of

11   California, and thereafter transcribed into typewriting.

12         That before completion of the deposition,

13   review of the transcript [X ] was [ ] was not requested.

14   If requested, any changes made by the deponent (and

15   provided to the Reporter) during the period allowed are

16   appended hereto.

17

18                    Dated:  _October 11, 2006_____

19

20   _Carol Nygard Drobny_____

21   CAROL NYGARD DROBNY CSR #4018

22                          --o0o--

23

24

25

614