ORACLE CORPORATION
Moderator: Stephanie Aas
12-14-00/4:30 p.m. CT
Confirmation # 474122
Page 1

# ORACLE CORPORATION

## Moderator: Stephanie Aas
## December 14, 2000
## 4:30 p.m. CT

Operator: Good day, everyone, and welcome to today's Oracle Corporation second quarter financial results conference call. Today's conference is being recorded. At this time, I would like to introduce Oracle Corporation's Senior Director of Investor Relations, Stephanie Aas. Stephanie, please go ahead.

Stephanie Aas: Thank you, operator. I would like to introduce, to you, the speakers, Mr. Larry Ellison, Chairman and Chief Executive Officer and Jeff Henley, Executive Vice President and Chief Financial Officer. Today's call will begin with Jeff, reviewing some of the key financial results and Larry will cover the state of the company and industry trends. Then, we'll - then, it will be followed by Q&A session.

Again, in consideration of the SEC's regulation FD, we will be adjusting our communications with the financial community. Today, during the Q&A session, Jeff will lead a discussion in some of the assumptions analysts may use in building their financial model. Rather than reviewing our assumptions in separate, one-on-one discussions with analysts, we'll try to address all these questions at one time in a public forum. So going forward, therefore, the quarterly earnings call will serve as the primary form of communication with analysts on building their models.

CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER

NDCA-ORCL 003215

ORACLE CORPORATION
Moderator: Stephanie Aas
12-14-00/4:30 p.m. CT
Confirmation # 474122
Page 10

a bunch of companies. Rolling out the entire suite for the entire company. So, you know, we have a whole list of people. We won about 25 different, advanced planning deals in the quarter.

The good news about applications, this quarter, is that every part of the little sub-markets that we're in, we're strong. And every geography, (we're) strong, Europe, Asia, U.S.. So there's nothing that we - no weakness in our applications business and the pipelines at every one of these geographies looks astounding for this next quarter. So we're very excited and we really do think that the message we have will only continue to gain traction over time. OK?

So with that, I think I'll turn it over to Larry and he can make some comments - further comments.

Lawrence Ellison: Well, again, I'd like to reiterate what Jeff said, the pipelines really are astounding. The issue has been for some time, customers that we're talking to, not whether they want the suite, or not, but whether we can deliver (the suite). And that's really been the big question. And it's been a very challenging engineering project, you know, taken place over the last several years. It's getting clearer and clearer to the marketplace that not only, we can deliver the suite, but we have delivered the suite.

We have almost 100 live customers running right now. And some of them are very, very large. BellSouth is live on all of the back office accounting pieces, and is now moving to implementation of the CRM. We have a project at GE, that (I'm) intimately involved with. For - from the time they made the decision at GE Power, we're going to have their first factory up and running in six months. The whole - all of GE Power, up and running in 18 months.

Now, these are astounding timeframes, in terms of delivering a comprehensive application automation of very, very large companies. The question is, how can we do it? You know, how can we do it? We do it because there's no systems integration required. This is a huge point and is not well understood. The conventional way of delivering applications, the so-called best-of-

CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER

NDCA-ORCL 003224

ORACLE CORPORATION
Moderator: Stephanie Aas
12-14-00/4:30 p.m. CT
Confirmation # 474122
Page 11

breed (approaches) - customer buys applications from several different suppliers. And after they accumulate those applications and enough pieces are in the garage, they hire - they got the parts. Now, they had to hire the labor – either Anderson Consulting or IBM – to assemble these parts into a complete and running system. And in fact, it's really the responsibility of the consuming company of this technology, to make all the pieces work together. Typically, the cost of (system) integration is five to 10 times the cost of the software. And it takes years to get those pieces running. There are (SAP) implementations that cost billions of dollars and taken years and years, and they're still not complete.

Our approach is radically different. If you buy the complete E-Business Suite, there is no systems integration required. I might add that General Electric Power, GE Power, is putting in (our) applications, (our) manufacturing, (there are) other things (in), with no modifications at all. No systems integration. No modifications. It goes in very, very fast, matter of months, and you get a return. You get a return in savings, very quickly.

Most of the risk associated with installing these applications has to do with the labor you hire to glue these pieces together. IBM shows up with a bunch of guys with glue guns, and they're trying to figure out how to attach (Siebel) to (BroadVision) to (Epiphany) to - you know, to Commerce One, to Ariba to (SAP). And it's hard, and it's complex. In fact, IBM is planning a whole new series of ads, emphasizing how complex this is. And our whole approach is to agree with IBM. (That it is) an enormously complex process. And if you're going to go into a process like that, you need to hire IBM or Anderson Consulting, and you need to have lots and lots of money and lots and lots of time. And a stomach for risk. Or, you can buy our complete E-Business Suite, where all the pieces are designed and engineered to fit together, and no systems integration is required. It's up and running in months. You get the savings in months. It costs you less, and it takes less time to install.

CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER

NDCA-ORCL 003225

ORACLE CORPORATION
Moderator: Stephanie Aas
12-14-00/4:30 p.m. CT
Confirmation # 474122
Page 23

(CRM), Supply Chain management and then some of the net markets, what you're seeing in pricing.

Jeff Henley: Well again, the biggest (impediment), as I said before, is the cost of this offer has very little to do with the cost of putting in one of these systems. The cost of putting one of these systems is predominately labor. So our - in terms of our value proposition, if you're buying a whole E-Business Suite we're not forced to aggressively discount simply because you save so much by avoiding systems integration, you know, that the, again, the cost of this offer is (diminimus) compared with the cost of labor. So, again, I would say that we've been able to hold prices pretty well, you know, versus our competition.

Robert Schwartz: OK. Then just a follow-up to that, to (Chuck's) question, more specifically. Could you just talk about the health of relationships with system integrators? And who you're having success with and how it's changed over the last quarter or so?

Jeff Henley: Now, I'm very careful to say - we don't require systems integration or application modification. You still have to - you know, to put in our software - you still have to clearly convert your data, move your data out of the old system and into our system. There is still some labor involved in implementing our applications. But that labor is not computer programming. I'm going to be very clear. You don't need computer programmers to implement our systems. You've got to convert data, train some users, do things like that. You don't need to - you don't want to hire programmers to glue our software to other people's software, you don't want to hire programmer to, worse yet, to (actually) change our software.

So, the nature of the consulting practice that implements an Oracle application is very different. The - we used to have computer programmers going in and heavily modifying our software, you know, connecting our applications to third party applications. Now, what we're really doing is going in and helping people optimize their business processes for the Internet, simplify their

CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER

NDCA-ORCL 003237