1               UNITED STATES DISTRICT COURT

2              NORTHERN DISTRICT OF CALIFORNIA

3                       - - -

4    In re ORACLE CORPORATION      )

     SECURITIES LITIGATION,        )

5                                  )

                                   )  No. C-01-0988-MJJ

6    This Document Relates To:     )

                                   )

7         ALL ACTIONS.             )            Certified Copy

     _____)

8

9

10

11           VIDEOTAPED DEPOSITION OF

12                GREGORY SEIDEN

13           SAN FRANCISCO, CALIFORNIA

14                May 16, 2006

15

16

17

18

19

20           SHEILA CHASE & ASSOCIATES

                REPORTING FOR:

             LiveNote World Service

21           221 Main Street, Suite 1250

             San Francisco, California 94105

22              Phone: (415) 321-2311

                Fax: (415) 321-2301

23

24   REPORTED BY:

25   RICHARD M. RAKER, CSR NO. 3445

1     Q.    And that was about the same time that

2  Ron Wohl joined Oracle?

3     A.    It was three to six months after --

4  not when he joined Oracle, but when he took over

5  responsibilities for the applications division.

6     Q.    And what are the applications management

7  meetings?

8     A.    It's a weekly status meeting that Ron

9  Wohl chaired.

10    Q.    And who else attended those meetings?

11    A.    Ron's direct reports.

12    Q.    And did anybody more senior than Ron

13  attend those meetings?

14    A.    No.

15    Q.    And approximately how many direct

16  reports were under Mr. Wohl at that time, when you

17  were the director of porting kit management?

18    A.    I guess seven or eight.

19    Q.    We'll probably come back to that a

20  little bit later, but I wanted to get through your

21  job descriptions at Oracle first because I know that

22  you had a -- you mentioned you had several more.

23          So then after you -- after director of

24  porting kit management, then what was your title

25  after that?

1          A.      Director of integration --

2     applications integration.

3          Q.      And about approximately when did you

4     become director of applications integration?

5          A.      I will venture a guess and say '96.

6          Q.      And what were your duties?

7          A.      The titles were largely self-chosen.

8     I changed at that time because, in addition to the

9     role that I had with the porting kit management,

10    creation of the porting kit, I started a team whose

11    focus was integration testing of the applications.

12          We were a QA -- quality assurance was

13    the responsibility of each of the various product

14    organizations, and we created what I characterize

15    as sort of an audit function to go in and check the

16    testing that had been done by those organizations

17    to be able to report our findings on that.

18          And so I now had these two groups, the

19    integration testing group and the porting kit

20    management group, and so I tried to come up with a

21    name that sort of reflected what we did.

22          Q.      What do you mean by the term

23    "integration"?

24          A.      That all of the pieces of the

25    applications fit together, the transactions flow

 1    across product boundaries.

 2         Q.    And what do you mean by "the pieces fit

 3    together"?

 4         A.    Any software product is a collection

 5    of many, many individual components that all have

 6    their function and all have to work together.

 7              The typical testing definitions would

 8    be that there is unit testing that's testing each

 9    component individually.  Does it work?  Do all of

10    its inputs and outputs -- are they produced

11    according to specification.

12              Then there is the concept of system

13    testing, which is, do the outputs of one component

14    flow as the inputs of the next component.  And

15    system testing, at least in our definition,

16    encompasses the -- an entire product.

17              So they -- the development team would

18    be responsible for system-testing the general

19    ledger.  So they would test not only the individual

20    program that posted the general ledger, but that

21    once posted to the general ledger, we can run

22    financial reports and so forth.

23              So taking all of the pieces and make

24    sure that they work in concert together and doing

25    that within a product, we called "system testing."

Seiden, Gregory                                        5/16/2006

1              And then integration testing is

2    ensuring that transactions flow across product.

3    So, you know, creating a purchase order within the

4    purchasing system would create the correct

5    liabilities in the general ledger system.

6        Q.    Okay.  So when you say transactions flow

7    across products, is it fair to say that the

8    transactions are the information?

9        A.    Ultimately, yes.  Oracle's an

10   information company.  So, yes, absolutely.  That's

11   exactly it.  That the data is -- you know, is

12   flowing from one component to others as it's

13   specified to do.

14       Q.    So is it fair to say, when the data is

15   flowing from one component to another as it's

16   specified to do, that that's integrated?

17       A.    Yes.

18       Q.    Okay.  And when you were director of

19   applications integration, were you reporting to Ron

20   Wohl at that time?

21       A.    Yes.

22       Q.    And did you have direct reports?

23       A.    Yes.

24       Q.    Approximately how many direct reports

25   did you have?

1    A.    Direct, probably a half dozen.

2    Q.    And how long were you director of

3  applications integration, approximately?

4    A.    I -- the one question I did prepare

5  for was when I became vice president, and that was

6  January of 1999.

7    Q.    And if you could remind me, your title

8  then was vice president of?

9    A.    Applications integration.

10   Q.    Did your -- I understand -- well,

11  withdraw that.

12        Did your job duties change

13  significantly between the time you became director

14  of applications integration and the time that you

15  were vice president of applications integration?

16   A.    They changed while I was director.

17  Basically you have to perform the job before you

18  get the title.  So, no, they didn't change after I

19  got the title.

20   Q.    So you gained more responsibility

21  progressively.  And do you recall the names or

22  positions of the -- of your direct reports when

23  you -- when you were still the director?

24   A.    I had Ric Ginsberg, R-i-c Ginsberg,

25  who managed the -- let's see.  Ric managed

1    the integration between CRM and ERP, but ultimately

2    we were just an audit group.  Testing was the

3    responsibility of the individual product

4    organizations.

5    BY MS. ANDERSON:

6        Q.    What type of testing did your group do?

7        A.    The integration testing as described,

8    we would -- we identified eighteen to twenty key

9    business flows and we would execute those.

10       Q.    Can you give me an example of a key

11   business flow that would run across CRM and ERP

12   products?

13             MR. GIBBS:  Objection; asked and

14   answered.

15             THE WITNESS:  To create a quote and

16   turn that into an order.

17   BY MS. ANDERSON:

18       Q.    Okay.  And in May of 2001 when 11i came

19   out, did you conduct that type of testing?  For

20   example, the creating a quote example?

21       A.    I believe that we did.

22       Q.    And how did that test go?

23       A.    By the time we released, we were able

24   to execute all of our key business flows.

25       Q.    What do you mean by "execute"?

```
 1         A.    We were able to run the test as
 2   defined.
 3         Q.    What do you mean by "run the test as
 4   defined"?
 5         A.    Able to answer a quote and create an
 6   order from that.
 7         Q.    And what does -- what would it mean for
 8   CRM and ERP to be integrated?
 9               MR. GIBBS:  Objection; vague.
10               Answer if you can.
11               THE WITNESS:  The -- it would mean
12   that they're running off -- or that there's
13   communication at the data level between the
14   applications.
15               So in the case of the E-Business
16   Suite, it means that we're sharing the same schema
17   or the same definition of a customer, the same
18   definition of an order, the same data as opposed to
19   something that's not integrated where there needs
20   to be -- either there is no communication between
21   the programs or you have to do custom integration
22   and create programs to move data back and forth and
23   keep them synchronized.
24   BY MS. ANDERSON:
25         Q.    And when was Suite 11i integrated?
```

1          MR. GIBBS:  Objection; vague.

2          Answer if you can.

3          THE WITNESS:  It's integrated by

4   design.  It was -- it's never not integrated.

5   BY MS. ANDERSON:

6        Q.    When was it running as an integrated

7   product?

8          MR. GIBBS:  Objection; vague.

9          Answer if you can.

10          THE WITNESS:  Again, its -- its -- its

11   very nature is that it's integrated.  They share

12   the database.  They share, you know, the underlying

13   data structures and multiple underlying systems.

14   They can't not be integrated.

15   BY MS. ANDERSON:

16        Q.    So when Suite 11i was released in May of

17   2000, what was the level of integration between CRM

18   and ERP?

19        A.    Again, I don't really know how to

20   answer that.  They are integrated.  They can't be

21   not integrated.

22          MS. ANDERSON:  I think that we need to

23   change the tape, so let's go ahead and do that.

24          THE VIDEO OPERATOR:  This concludes

25   Videotape No. 1 of the May 16, 2006, deposition of

1    Greg Seiden.  We're going off the record at 11:04.

2              (Break taken.)

3              THE VIDEO OPERATOR:  This begins

4    Videotape No. 2 of the May 16, 2006, deposition of

5    Greg Seiden.  We're going on the record at 11:09.

6    BY MS. ANDERSON:

7         Q.    Okay.  Did the integration testing team

8    participate in the preproduct release test of

9    Suite 11i?

10        A.    Yeah, by definition, what they were

11   doing was preproduct release testing.

12        Q.    And did they participate in that product

13   testing for each release?  Release 1, Release 2?

14        A.    Yes.

15        Q.    And what types of tests did they -- you

16   described one where the -- the key business flows.

17        A.    Correct.

18        Q.    And is that -- what other types of tests

19   would they conduct?  Would they conduct, like,

20   installation tests?

21        A.    No.

22        Q.    Okay.

23        A.    The only other testing that they would

24   do we refer to sometimes as "monkey testing."  They

25   just get on and start keying in transactions,

1         A.    No.

2         Q.    Did Ron Wohl report the progress of your

3   organizations at these meetings?

4         A.    Very little, if anything, in my

5   organization was of any interest at this level of

6   staff meeting.

7         Q.    What was usually discussed at these

8   staff meetings in the 2000-2001 time period?

9         A.    Product direction, product strategy,

10  new features.  It was very often used as a sounding

11  board for demos, especially around the daily

12  business intelligence product.

13        Q.    What's a daily business intelligence

14  product?

15        A.    It's -- that was our name for it.  Now

16  you'll see them referred to as CEO dashboards.

17  It's the concept of being able to extract realtime

18  information, business-oriented information from

19  your transaction-oriented system without having to

20  use a data warehouse.

21        Q.    Was that part of Suite 11i in the

22  2000-2001 time period?

23        A.    Yes, it was.

24        Q.    And were customer complaints discussed

25  at this meeting?

**Seiden, Gregory**                                            5/16/2006

```
 1          A.    Only if they were highly escalated.  I
 2   don't recall -- I don't recall any in particular.
 3          Q.    Other than the weekly -- or ostensibly
 4   weekly, as you said, meetings with Larry Ellison, did
 5   you communicate with Mr. Ellison in any way?
 6          A.    No.
 7          Q.    What about with Jeff Henley?
 8          A.    No.
 9          Q.    With Sandy Sanderson?
10          A.    No.
11          Q.    And any communication with George
12   Roberts?
13          A.    No.
14          Q.    We've talked quite a bit about
15   integrated, and I was wondering if you -- what's your
16   understanding of the term "fully integrated"?
17               MR. GIBBS:  Objection; vague.
18               Answer if you can.
19   BY MS. ANDERSON:
20          Q.    As it was used in Oracle in the
21   2000-2001 time period.
22               MR. GIBBS:  Same objection.
23               THE WITNESS:  Fully integrated, to me,
24   implies that you don't need to write any software
25   to stitch the applications together, in contrast
```

Seiden, Gregory                                          5/16/2006

1    with the best-of-breed approach where you would

2    have to write interface programs to interface your

3    procurement system to your financial system or your

4    sale system to your order entry system; that the

5    Oracle applications all shared the same database

6    and used the same data definitions, so that wasn't

7    necessary.

8    BY MS. ANDERSON:

9        Q.    Do you draw any distinction from

10   integrated versus fully integrated?

11       A.    No.

12       Q.    And what's your understanding of the

13   term "preintegrated" as it was used at Oracle in the

14   2000-2001 time period?

15       A.    Again, I think that's just synonymous

16   with "integrated." It implies that you don't need

17   to do integration.

18       Q.    And what's your understanding of the

19   term "interoperable"?

20       A.    "Interoperable" as we used it within

21   development referred to the technology stack. So

22   we would produce patches -- we would call

23   interoperability patches -- if we were to change

24   the underlying database version or if -- and it

25   required a change to the Oracle applications, or if

1    you changed your hardware operating system and we

2    needed to make a change to the applications, that

3    would be an interoperability patch.  So that's --

4        Q.    Can you give me an example -- a layman's

5    example of an interoperability patch, when you would

6    use that?

7        A.    Okay.  I just gave two, but I'll try

8    again.

9        Q.    I'm -- maybe they'll be similar.

10        A.    I'll just start at the beginning.

11        Q.    Okay.

12        A.    So the customer has installed the

13    Oracle applications and they're running, and the

14    initial releases of Oracle application is used in

15    8i version of the database.

16        Q.    Okay.

17        A.    Subsequent to our releasing the

18    applications on database version 8i, the database

19    group separately came out with version 9i of the

20    database.  So customers would see that there are

21    exciting new features in 9i and would want to then

22    run their Oracle applications on the latest version

23    of the database.

24            So Glenn Ong, whom I referred to

25    earlier, is in charge of doing database

**Seiden, Gregory**                                              5/16/2006

 1    data included in the key business flow tests with

 2    respect to the eighteen to twenty key business flows

 3    you identified before?

 4              A.      Yes.

 5              Q.      Were there other key integration points

 6    of data with respect to ERP and CRM that were also

 7    tested?

 8              A.      I don't know.

 9              Q.      Are you aware of any other points that

10    were tested?

11              A.      No.

12              Q.      And how many integration points of data

13    are there in total between ERP and CRM if they're

14    operating together all products?

15              A.      That would be a very difficult thing

16    to define.  It's easy to make the broad-stroke

17    definition and say customers and orders, but there

18    is -- you know, it's a level of detail that I don't

19    even have.

20              And we've got tens of thousands of

21    tables within the applications, and so they --

22    there are many, many more potential data-sharing

23    points, but I don't know what they are.  I mean,

24    you'd really have to ask the developers of the

25    individual program units to know.

1        Q.     But you only know of two types of key

2    integration points of data that were involved in the

3    key business flow tests; is that accurate?

4        A.     Yes.

5        Q.     And so at any time before the release of

6    Suite 11i, was -- did you test integration of the

7    entire business suite?

8               MR. GIBBS:  Objection; vague.  You

9    mean his organization, him personally?

10              MS. ANDERSON:  Let me start with the

11   organization.

12              THE WITNESS:  We would run eighteen to

13   twenty key business flows through the system.

14   BY MS. ANDERSON:

15       Q.     So the entire business suite was not

16   tested, just the eighteen to twenty business flows.

17              MR. GIBBS:  Objection; argumentative

18   and misstates his testimony.

19              MS. ANDERSON:  I'm just trying to

20   verify it.

21              THE WITNESS:  My team would run the

22   eighteen to twenty key business flows.

23   BY MS. ANDERSON:

24       Q.     Okay.  And do you know if there were

25   other teams engaged in integration testing?

1          A.     Each team was responsible for testing

2     its portion of the software, and that included

3     their touch points.  So they were supposed to test

4     their product and anything that it interfaces to.

5          Q.     Okay.  And the interface with other

6     products, that's known as a touch point?

7          A.     I'm using your definition there.  We

8     wouldn't -- the transactions flow in and out of any

9     particular product --

10         Q.     Okay.

11         A.     -- so they're responsible for making

12    sure the transactions can flow into their products

13    from other products and can flow out of their

14    products to other products.

15         Q.     And -- so to the degree that in your

16    testing you identified a problem with that

17    information flowing, who did you -- who did you

18    bring -- who did you talk to about that problem?

19         A.     We would just log a bug in the bug

20    database.

21         Q.     And then that would be the

22    responsibility of that --

23         A.     That development --

24         Q.     -- development team?

25         A.     -- group.  Yeah.

1   Q.   Okay.  I had a follow-up question with

2   respect to the criteria -- the release criteria

3   applied at Oracle.  You had mentioned that there

4   couldn't be any P1's and -- or any install failures

5   and that the P2's was sort of a judgment call.  Who

6   made the final call on whether the product was ready

7   for release?

8   A.   I guess ultimately we couldn't release

9   without Ron Wohl's approval.

10   Q.   And what information would Ron Wohl

11   review before making that -- before you getting his

12   approval?

13   A.   He would review the bug reports as

14   objective data, and he would pretty much poll his

15   direct reports and ask if it was ready to go.

16   Q.   And do you know whether he relayed that

17   information to his superior, Larry Ellison?

18   A.   I don't know.

19   Q.   Now, at any point after the initial

20   release of Suite 11i, did you learn that certain ERP

21   and CRM modules weren't working together?

22         MR. GIBBS:  Objection; vague.

23         THE WITNESS:  No.

24   BY MS. ANDERSON:

25   Q.   Do you know one way or the other whether

1        Q.     Do you recall seeing this document

2   before?

3        A.     I don't recall this document.

4        Q.     If you could turn to NDCA-ORCL 148325.

5   I have a couple of questions on that page.  See where

6   it says under "Analysis conclusion" Point No. 2?

7        A.     Yes.

8        Q.     Do you know what OM is?

9        A.     I assume that's order management.

10        Q.     And is that part of ERP?

11        A.     Yes.

12        Q.     And what about PO?

13        A.     That's purchasing, procurement.

14        Q.     And were you aware of these reported

15   significant performance issues and functional

16   stability with these products?

17        A.     No.

18        Q.     And do you know what "acceptance tested"

19   means as it's used in No. 2?

20              MR. GIBBS:  Objection; lack of

21   foundation.

22              THE WITNESS:  I can speak to the term

23   as it's generally used in the industry.  The

24   acceptance testing is a phase that a customer will

25   go through to verify that the product that they're

Seiden, Gregory                                      5/16/2006

1    installing is working as expected.

2    BY MS. ANDERSON:

3        Q.    Were the order management and purchase

4    ordering modules modules that your group tested?

5        A.    Yes.

6        Q.    And did you encounter these performance

7    issues and functional stability problems?

8            MR. GIBBS:  Objection; lack of

9    foundation.

10           THE WITNESS:  I don't know what these

11   problems were, but we did not have issues with

12   order management or purchasing.

13   BY MS. ANDERSON:

14       Q.    And did anyone relay the issues they

15   were having at Huawei to you?

16       A.    No.

17       Q.    Do you recall being advised that this

18   company Huawei had concerns with respect to system

19   performance and upgrade performance?

20           MR. GIBBS:  Objection --

21           THE WITNESS:  No.

22           MR. GIBBS:  -- vague.

23           THE WITNESS:  No, I'm not.

24   BY MS. ANDERSON:

25       Q.    Did you -- how often did you work

1   directly with customers?

2        A.    I would work directly with customers

3   if there were escalated situations around installs

4   or upgrades.  I would also speak to customers if

5   they were at the Oracle campus at our corporate

6   visitor center and wanted to talk to someone about

7   any of the areas I was responsible for.

8        Q.    And in the 2000-2001 time period, what

9   escalated situations with respect to installs or

10  upgrades do you recall being pulled in on?

11       A.    I don't have any specific

12  recollection.

13       Q.    Did you become aware of situations where

14  patches were causing new problems requiring new

15  patches with respect to 11i upgrades?

16       A.    Not with respect to 11i upgrades, but

17  it's a criticism that I've heard before.

18       Q.    Okay.  And what is -- what's your

19  experience with that?

20       A.    The first time I heard that was in

21  relation to Release 11.0.  It was characterized by

22  our then senior vice president or executive vice

23  president of support that three-quarters of the

24  applications patches released either don't fix the

25  customer's bug or they introduce a new bug.

1    Q.    Do you know what patch iteration is?

2    A.    That would be patching, testing, and

3  then if we need more patches based on that testing,

4  more patches.

5    Q.    And do you know when Release 3 was

6  originally scheduled to go to market?

7    A.    I don't.

8    Q.    And do you know -- and do you know --

9  this e-mail is dated December 8, 2000, correct?

10   A.    Correct.

11   Q.    And it's to Larry Ellison and cc'd to

12 you and Mark Barrenechea; is that correct?

13   A.    And Safra Catz.

14   Q.    And Safra Catz.

15         Would it be common to -- withdraw that

16 question.

17         In the first line, second sentence,

18 you say -- it says, "We promise the field an

19 integrated release."  Do you know what Mr. Wohl is

20 talking about there?

21         MR. GIBBS:  Objection; lack of

22 foundation.

23         THE WITNESS:  I believe what he's

24 referring to here is that the applications, the ERP

25 code and the CRM code, will be released

1    simultaneously.

2    BY MS. ANDERSON:

3         Q.    And what's the basis of that belief?

4         A.    That we are basically working on two

5    different schedules.  Mark Barrenechea is asking

6    for two weeks and Ron is concurring and agreeing to

7    delay for two weeks and specify what we would do

8    with that additional time.  I also know that a

9    later release that we did, 11.5.6, we actually went

10   separately.

11        Q.    Now -- so if there is still testing

12   going on with CRM, would there still need to be

13   additional testing done to see how the ultimate CRM

14   product relates with ERP?

15             MR. GIBBS:  Objection; vague.

16             THE WITNESS:  In here he's referring

17   to Vision testing.  We need to test the data that

18   goes into Vision to ensure that it demos correctly.

19   And Vision is also a living database.  It needs to

20   move from one version of the software to another.

21             And to ensure that we can still demo

22   properly, it needs regular maintenance.  You need

23   to close accounting periods and open new accounting

24   periods, create new transactions and so forth.  And

25   then also given that we're putting new

Seiden, Gregory                                          5/16/2006

1    functionality into it, you also have to enter in

2    transactions related to that new functionality.

3              So CRM -- CRM at this time is still an

4    evolving product.  They were still creating

5    additional modules throughout the 11i time frame,

6    so they would still be adding and needing to test

7    those modules in the Vision database.

8    BY MS. ANDERSON:

9         Q.    Did your group utilize the Vision

10   database for testing?

11             MR. GIBBS:  Objection; vague.

12             THE WITNESS:  The key business flow

13   testing that we would do, we would do on the Vision

14   database.  We would also do upgrade testing using

15   the Vision database.  It was a, you know,

16   general-purpose database.

17   BY MS. ANDERSON:

18        Q.    Okay.  Was that the case throughout the

19   2000-2001 time period?

20        A.    Yes.

21        Q.    And I apologize if you said this, but is

22   Vision a brand name?

23        A.    No.

24        Q.    Is that something developed at Oracle?

25        A.    Yes.

1              MR. GIBBS:  Objection; asked and

2     answered.

3              THE WITNESS:  Vision is the -- Vision

4     Enterprises is the name of the fictitious company

5     that's modeled in the demo database.

6     BY MS. ANDERSON:

7         Q.    Okay.  I see.  So it's like a Jane Doe

8     kind of?

9         A.    Yeah.  It's Jane Doe's diary and life

10    story.

11        Q.    And do you recall whether you conducted

12    additional upgrade testing at that time, as

13    referenced in paragraph 2?

14        A.    I don't recall.

15             MR. GIBBS:  Are you changing subjects?

16    Is this a reasonable time for a five-minute

17    break --

18             MS. ANDERSON:  Sure.

19             MR. GIBBS:  -- between documents?

20             MS. ANDERSON:  Yeah, that's fine.

21             THE VIDEO OPERATOR:  This concludes

22    Videotape No. 3 of the May 16, 2006, deposition of

23    Greg Seiden.  We're off the record at 4:10.

24             (Break taken.)

25             THE VIDEO OPERATOR:  This begins

1          A.    No.   It's a bug in an underlying

2     database code.

3          Q.    And what about the NT Pro*C bug

4     discussed in the next paragraph?  Is that a bug in

5     the applications?

6          A.    It's not in the applications code.

7     It's a bug in an underlying technology layer.

8          Q.    You were asked a series of questions

9     about whether you asked your assistant to look for

10    responsive documents or preserve responsive

11    documents.  Do you recall that?

12         A.    Yes.

13         Q.    Does your assistant maintain any files

14    for you?

15         A.    No.

16         Q.    Do you maintain your own?

17         A.    Yes.

18         Q.    You had a conversation with plaintiff's

19    counsel a little earlier about interoperability

20    patches.  Do you recall that?

21         A.    Yes.

22         Q.    I want to try to understand that a

23    little bit better.  Does an interoperability patch

24    have anything to do with the ability of CRM and ERP

25    applications to work with one another?

```
 1              MS. ANDERSON:  Objection; form.

 2              THE WITNESS:  No, it does not.

 3    BY MR. GIBBS:

 4         Q.    What does interoperability refer to in

 5    that context?  Interoperability between what?

 6         A.    Interoperability as we refer to it

 7    within development is interoperability with

 8    different versions of the underlying technology

 9    stack components.  It could be a different version

10    of the database.  It could be a different operating

11    system.

12         Q.    So it's referring to interoperability

13    between the applications and some other layer of the

14    stack?

15         A.    Yes.

16         Q.    Not between or among the applications

17    themselves?

18         A.    That's correct.

19         Q.    The key business flow testing that you

20    referred to earlier, I think at some point you

21    characterize that as a kind of audit?

22         A.    That's correct.

23         Q.    Was that key business flow testing by

24    your group the primary testing for bugs within

25    Suite 11i?
```

**Seiden, Gregory**                                                    5/16/2006

1              MS. ANDERSON:  Objection; form.

2              THE WITNESS:  No, it was not.  The

3     testing was responsibility of the individual

4     development organizations, and we provided an

5     audit, a checkpoint of that work.

6     BY MR. GIBBS:

7         Q.    Ask you to take a look, please, at

8     Seiden Exhibit 6.  This is the discussion of the

9     licensing issues.

10        A.    Yes.

11        Q.    The problems described here with these

12    licensing functions within the software, would those

13    problems have any impact on user's experience in

14    trying to use the software?

15             MS. ANDERSON:  Objection; form.

16             THE WITNESS:  As Ric Ginsberg notes,

17    the overall effect is somewhat unknown.  But I know

18    of only one instance in the entire suite where

19    there is any dependence on the actual license

20    status.  So, no, it shouldn't really have an

21    impact.

22    BY MR. GIBBS:

23        Q.    At some point a little earlier, you

24    referred to a situation in which the ERP code and the

25    CRM code were released at different points in time.

1    Do you recall that?

2              A.    Yes.

3              Q.    If in -- with one of the releases the

4    CRM and ERP code were released separately, would that

5    separate release have any impact on the integration

6    between the ERP and CRM modules as you've used that

7    term here today?

8                    MS. ANDERSON:  Objection; form.

9                    THE WITNESS:  No, it wouldn't.

10   BY MR. GIBBS:

11             Q.    Would the release of the ERP and CRM

12   codes -- code at different points in time require

13   customers to do any systems integration work in order

14   to have the ERP and CRM modules work together?

15             A.    No, they would not.

16                   MR. GIBBS:  I don't have anything else

17   at this time.

18                   MS. ANDERSON:  I'm going to have a few

19   follow-up questions, but I'd like to go off the

20   record for about five minutes.

21                   THE VIDEO OPERATOR:  The time is 5 --

22   yes -- 5:59.  Off the record.

23                   (Break taken.)

24                   THE VIDEO OPERATOR:  The time is 6:11.

25   On the record.

REPORTER'S CERTIFICATE

I, RICHARD M. RAKER, CSR #3445, Certified Shorthand Reporter, certify:

That the foregoing proceedings were taken before me at the time and place therein set forth, at which time the witness was put under oath by me;

That the testimony of the witness and all objections made at the time of the examination were recorded stenographically by me and were thereafter transcribed;

That the foregoing is a true and correct transcript of my shorthand notes so taken.

I further certify that I am not a relative or employee of any attorney or of any of the parties, nor financially interested in the action.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated this 29th day of May, 2006.

_____
RICHARD M. RAKER, C.S.R. No. 3445

269

# ERRATA Sheet

**Deposition of:** Gregory Seiden, May 16, 2006  In re: Oracle Corporation Securities Litigation

## I wish to make the following changes for the following reasons:

| Page | Line | Change | Reason |
|------|------|--------|--------|
| 7 | 4 | change: "1215 U Street"<br>to: "1215 Yew Street" | spelling correction |
| 13 | 20 | change: "senior staff manager"<br>to: "senior staff, manager" | these are two different titles |
| 16 | 10 | change: "platforms.  So they're"<br>to: "platforms, other" | transcription error |
| 16 | 22 | change: "sequence"<br>to: "Sequent" | transcription error |
| 17 | 5 | change: "pyramid"<br>to: "Pyramid" | company name, proper noun |
| 17 | 8 | change: "IBM VMS"<br>to: "IBM MVS" | transcription error |
| 20 | 8 | change: "Lilly Chang"<br>to: "Lily Chang" | spelling correction |
| 41 | 21 | change: "upgrade is a self-code"<br>to: "upgrade is itself code" | transcription error |
| 52 | 10 | change: "a current version"<br>to: "the current version" | transcription error |
| 64 | 4 | change: "Customer relations management"<br>to: "Customer Relationship Management" | transcription error |
| 69 | 5 | change: "answer a quote"<br>to: "enter a quote" | transcription error |
| 80 | 23 | change: "Internet"<br>to: "intranet" | transcription error |
| 100 | 17 | change: "Ash"<br>to: "Ashok" | transcription error |
| 102 | 11 | change: "database client's"<br>to: "database client" | transcription error |
| 109 | 20 | change: "any when"<br>to: "any.  Then" | transcription error |

**Witness Signature/Date** _____  6/30/06

# ERRATA Sheet

**Deposition of:**  Gregory Seiden, May 16, 2006  In re: Oracle Corporation Securities Litigation

## I wish to make the following changes for the following reasons:

| Page | Line | Change | Reason |
|------|------|--------|--------|
| 124 | 9 | change: Rick Jewel"<br>to: "Rick Jewell" | spelling correction |
| 124 | 10 | change: Rick Jewel"<br>to: "Rick Jewell" | spelling correction |
| 126 | 11 | change: "Alvin Russel, R-u-s-s-e-l"<br>to: "Alvin Roussel, R-o-u-s-s-e-l" | transcription error |
| 134 | 24 | change: "Glenn Ong"<br>to: "Glen Ong" | spelling correction |
| 156 | 5 | I don't know what I said here, but transcript doesn't make sense. | |
| 219 | 21 | change: "created in Vision demo"<br>to: "created, and the Vision demo" | transcription error |
| 221 | 14 | change: "apple top"<br>to: "APPL_TOP" | apple top is the pronounciation - the spelling is still properly APPL_TOP |
| 221 | 14<br>23 | change: "apple top"<br>to: "APPL_TOP" | spelling correction |
| 222 | 25 | change: "apple top"<br>to: "APPL_TOP" | spelling correction |
| 223 | 5 | change: "and laid down"<br>to: "and lay down" | transcription error |
| 227 | 14 | change: "apple top"<br>to: "APPL_TOP" | spelling correction |
| 227 | 15 | change: "apple top"<br>to: "APPL_TOP" | spelling correction |
| 227 | 17 | change: "apple top"<br>to: "APPL_TOP" | spelling correction |
| 231 | 24 | change: "weakened"<br>to: "weekend" | spelling correction |
| 235 | 21 | change: "division demo database"<br>to: "Vision demo database" | transcription error |

**Witness Signature/Date** _____   6/30/06

# ERRATA Sheet

**Depostion of:**  Gregory Seiden, May 16, 2006  In re: Oracle Corporation Securities Litigation

**I wish to make the following changes for the following reasons:**

| Page | Line | Change | Reason |
|------|------|--------|--------|
| 237 | 24 | change: "apple top" to: "APPL_TOP" | spelling correction |
| 244 | 21 | change: "documentation library, CD" to: "documentation library CD" | transcription error |
| 246 | 15 | change: "Rick Jewel" to: "Rick Jewell" | spelling correction |
| Exhibit 6 | N/A | please note that exhibit 7 was appended to exhibit 6, and all subsequent tabs are incorrect | production issue |

**Witness Signature/Date** _____  6/30/06

1  STATE OF CALIFORNIA        )

2                             ) ss.

3  COUNTY OF SAN FRANCISCO )

4

5

6

7        I, the undersigned, declare under penalty of

8  perjury that I have read the foregoing transcript,

9  and I have made any corrections, additions, or

10  deletions that I was desirous of making; that the

11  foregoing is a true and correct transcript of my

12  testimony contained therein.

13        EXECUTED this _16th_ day of _June_____,

14  2006, at _Redwood City_____, _CA_____.

                    (City)              (State)

GREGORY SEIDEN

6/30/06

# ERRATA Sheet

**Deposition of:** Gregory Seiden, May 16, 2006  In re: Oracle Corporation Securities Litigation

## I wish to make the following changes for the following reasons:

| Page | Line | Change | Reason |
|---|---|---|---|
| 7 | 4 | change: "1215 U Street"<br>to: "1215 Yew Street" | spelling correction |
| 13 | 20 | change: "senior staff manager"<br>to: "senior staff, manager" | these are two different titles |
| 16 | 10 | change: "platforms. So they're"<br>to: "platforms, other" | transcription error |
| 16 | 22 | change: "sequence"<br>to: "Sequent" | transcription error |
| 17 | 5 | change: "pyramid"<br>to: "Pyramid" | company name, proper noun |
| 17 | 8 | change: "IBM VMS"<br>to: "IBM MVS" | transcription error |
| 20 | 8 | change: "Lilly Chang"<br>to: "Lily Chang" | spelling correction |
| 41 | 21 | change: "upgrade is a self-code"<br>to: "upgrade is itself code" | transcription error |
| 52 | 10 | change: "a current version"<br>to: "the current version" | transcription error |
| 64 | 4 | change: "Customer relations management"<br>to: "Customer Relationship Management" | transcription error |
| 69 | 5 | change: "answer a quote"<br>to: "enter a quote" | transcription error |
| 80 | 23 | change: "Internet"<br>to: "intranet" | transcription error |
| 100 | 17 | change: "Ash"<br>to: "Ashok" | transcription error |
| 102 | 11 | change: "database client's"<br>to: "database client" | transcription error |
| 109 | 20 | change: "any when"<br>to: "any. Then" | transcription error |

**Witness Signature/Date** _____    6/30/06

# ERRATA Sheet

**Deposition of:** Gregory Seiden, May 16, 2006  In re: Oracle Corporation Securities Litigation

## I wish to make the following changes for the following reasons:

| Page | Line | Change | Reason |
|------|------|--------|--------|
| 124 | 9 | change: Rick Jewel"<br>to: "Rick Jewell" | spelling correction |
| 124 | 10 | change: Rick Jewel"<br>to: "Rick Jewell" | spelling correction |
| 126 | 11 | change: "Alvin Russel, R-u-s-s-e-l"<br>to: "Alvin Roussel, R-o-u-s-s-e-l" | transcription error |
| 134 | 24 | change: "Glenn Ong"<br>to: "Glen Ong" | spelling correction |
| 156 | 5 | I don't know what I said here, but transcript doesn't make sense. | |
| 219 | 21 | change: "created in Vision demo"<br>to: "created, and the Vision demo" | transcription error |
| 221 | 14 | change: "apple top"<br>to: "APPL_TOP" | apple top is the pronounciation - the spelling is still properly APPL_TOP |
| 221 | 14<br>23 | change: "apple top"<br>to: "APPL_TOP" | spelling correction |
| 222 | 25 | change: "apple top"<br>to: "APPL_TOP" | spelling correction |
| 223 | 5 | change: "and laid down"<br>to: "and lay down" | transcription error |
| 227 | 14 | change: "apple top"<br>to: "APPL_TOP" | spelling correction |
| 227 | 15 | change: "apple top"<br>to: "APPL_TOP" | spelling correction |
| 227 | 17 | change: "apple top"<br>to: "APPL_TOP" | spelling correction |
| 231 | 24 | change: "weakened"<br>to: "weekend" | spelling correction |
| 235 | 21 | change: "division demo database"<br>to: "Vision demo database" | transcription error |

**Witness Signature/Date**  6/30/06

# ERRATA Sheet

**Depostion of:** Gregory Seiden, May 16, 2006  In re: Oracle Corporation Securities Litigation

**I wish to make the following changes for the following reasons:**

| Page | Line | Change | Reason |
|------|------|--------|--------|
| 237 | 24 | change: "apple top"<br>to: "APPL_TOP" | spelling correction |
| 244 | 21 | change: "documentation library, CD"<br>to: "documentation library CD" | transcription error |
| 246 | 15 | change: "Rick Jewel"<br>to: "Rick Jewell" | spelling correction |
| Exhibit 6 | N/A | please note that exhibit 7 was appended to exhibit 6, and all subsequent tabs are incorrect | production issue |

Witness Signature/Date _____  6/30/06