1       IN THE UNITED STATES DISTRICT COURT

2         NORTHERN DISTRICT OF CALIFORNIA

3            SAN FRANCISCO DIVISION

4

5   In re ORACLE CORPORATION

6   SECURITIES LITIGATION.

7                    Master File No. C-01-0988-MJJ

8   This Document Relates To:

9

10      ALL ACTIONS.

11   _____/

12

13              ---oOo---

14            CONFIDENTIAL

15      DEPOSITION OF KEITH BLOCK

16        WEDNESDAY, MAY 3, 2006

17              ---oOo---

18

19      SHEILA CHASE & ASSOCIATES

        REPORTING FOR:

20      LiveNote World Service

        221 Main Street, Suite 1250

21   San Francisco, California 94105

          Phone:  (415) 321-2311

22          Fax:  (415) 321-2301

23

    Reported by:

24   DIANA NOBRIGA, CSR, CRR

    LICENSE NO. 7071

25

1      Q.   And was Valerie Borthwick the person who was

2  in charge of developing the methodologies by which your

3  staff would do the implementations of 11i?

4      A.   Yes.

5      Q.   Would those methodologies be -- withdrawn.

6           Were those methodologies communicated through

7  written documents?

8      A.   What do you mean communicated?

9      Q.   Well, she developed methodologies for

10  implementation; right?

11     A.   Yes.

12     Q.   And how would those methodologies be

13  communicated to the staff and your staff?  Through

14  training sessions or manuals?

15     A.   Yes.  Certainly training sessions.

16     Q.   Training sessions and possibly manuals?

17     A.   Yeah.

18     Q.   And did you ever attend any of those training

19  sessions?

20     A.   No.

21     Q.   So is it fair to say that you didn't have, I

22  guess, specific experience with the actual

23  implementations of 11i, rather you were overseeing the

24  organization, that is, at least for the commercial

25  division?

Block, Keith
CONFIDENTIAL

5/3/2006

1    A.   At that period of time?

2    Q.   In 2000 and after the release of 11i.

3    A.   Yes.

4    Q.   And you had heard that at least 11i was

5  marketed to be preintegrated and intraoperable, meaning

6  the ERP and CRM modules worked together?

7    A.   Well, it is an integrated suite of

8  applications, yes.

9    Q.   What do you mean by integrated suite of

10  applications?

11    A.   That you don't have to write software code to

12  have one part of the application talk to another part of

13  the application.

14    Q.   Okay.  So would you say that the ERP modules

15  were integrated with one another, just ERP?

16    A.   Yes.

17    Q.   And the CRM modules were integrated with one

18  another?

19    A.   Yes.

20    Q.   But the marketing surrounding 11i was that the

21  CRM was integrated with ERP; is that fair to say?

22    A.   CRM was part of that suite, so, yes.

23    Q.   But that was -- wasn't -- isn't it true

24  that -- well, withdrawn.

25        At the time did you know of any other

1    applications provider that sold CRM and ERP in a suite

2    of products together?

3         A.    Not that I'm aware of.

4         Q.    11i was kind of revolutionary in that sense;

5    that fair to say?

6         A.    Yes.

7         Q.    That the CRM and ERP were actually integrated

8    with one another in one suite of software?

9         A.    Yes.

10        Q.    That's just what I was getting at in terms of

11   what you mean by an integrated suite.  It wasn't unusual

12   for ERP modules to be integrated with one another;

13   right?

14        A.    No.

15        Q.    Nor was it unusual for CRM modules to be

16   integrated with one another?

17        A.    Right.  Again, it is a suite.  It's --

18   everybody has different terms for all this.

19        Q.    That's fine.

20        A.    So even people will have difficulty defining

21   what ERP means.  There is disagreements over what ERP

22   means.

23        Q.    Okay.

24        A.    Does it include financials?  Is it human

25   resources?  Is it supply chain?  But all those families,

1    CERTIFICATE OF DEPOSITION OFFICER

2    I, DIANA NOBRIGA, hereby certify that the

3    witness in the foregoing deposition was by me duly sworn

4    to testify to the truth, the whole truth, and nothing

5    but the truth in the within-entitled cause; that said

6    deposition was taken at the time and place therein

7    stated; that the testimony of said witness was reported

8    by me, a Certified Shorthand Reporter and disinterested

9    person, and was thereafter transcribed into typewriting,

10   and that the pertinent provisions of the applicable code

11   or rules of civil procedure relating to the notification

12   of the witness and counsel for the parties hereto of the

13   availability of the original transcript of the

14   deposition for reading, correcting and signing have been

15   met.

16   I further certify that I am not of counsel or

17   attorney for either or any of the parties to said

18   deposition, nor in any way interested in the outcome of

19   the cause named in said action.

20   In WITNESS WHEREOF, I have hereunto

21   subscribed by my hand this 10th day of May 2006.

22

23

24

25   DIANA NOBRIGA, CSR NO. 7071

FROM LATHAM & WATKINS LLP Fax Machine #2      (FRI) 5.26'06 10:24/ST. 10:22/NO. 4861909146 P  4

# LIVENOTE | **World Service**™

Worldwide Deposition Reporting & Legal Videography

## **ERRATA Sheet**

Deposition of: _Keith Block_

I wish to make the following changes for the following reasons:

| Page | Line | Change | Reason |
|------|------|--------|--------|
|      |      |        |        |
|      |      |        |        |
|      |      |        |        |
|      |      |        |        |
|      |      |        |        |
|      |      |        |        |
|      |      |        |        |
|      |      |        |        |
|      |      |        |        |
|      |      |        |        |
|      |      |        |        |
|      |      |        |        |

Witness Signature/Date _____    5-25-06

Block, Keith
**CONFIDENTIAL**                                                         5/3/2006

1                         CERTIFICATE OF WITNESS

2

3              I, the undersigned, declare under

4    penalty of perjury that I have read the foregoing

5    transcript, and I have made any corrections,

6    additions, or deletions that I was desirous of

7    making; that the foregoing is a true and correct

8    transcript of my testimony contained therein.

9

10   EXECUTED this _____ day of _____ _____,

11

12   2006, at _____, _____.

13                  (City)                    (State)

14

15

16

17

18            _____

                   KEITH BLOCK

19

20

21

22

23

24

25