1          IN THE UNITED STATES DISTRICT COURT

2          NORTHERN DISTRICT OF CALIFORNIA

                                            Certified Copy

3                    --o0o--

4   In re ORACLE CORPORATION

5   SECURITIES LITIGATION

6                          Master File No.

7   This Document Relates To:    C-01-0988-MJJ

8        ALL ACTIONS.

9   _____/

10

11                  ---o0o---

12          CONFIDENTIAL VIDEOTAPED

13      30(b)(6) DEPOSITION OF MARK JARVIS

14          Tuesday, May 30, 2006

15                  ---o0o---

16      SHEILA CHASE & ASSOCIATES

                REPORTING FOR:

17

            LiveNote World Service

18      221 Main Street, Suite 1250

        San Francisco, California  94105

19          Phone:  (415) 321-2300

                Fax:  (415) 321-2301

20

21

22

23   Reported by:

24   COLLEEN M. REDAMONTI

25   CSR No. 7012

1    A.     I don't remember anything specific to this

2    exact statement.

3    Q.     Okay.

4    A.     However, ten points of margin improvement

5    equates to a billion dollars.

6    Q.     But you don't recall any specific verification

7    of either of those numbers; is that true?

8           MR. HARRISON:  Objection.  Lacks foundation.

9           THE WITNESS:  Specific to this press release,

10   no.  Because the billion-dollar savings was a whole

11   focus in its own right.

12   Q.     BY MS. ANDERSON:  Okay.  So --

13   A.     And as I said earlier, there was a third-party

14   analysis of that data.

15   Q.     Okay.  Was there a third-party analysis of the

16   quote that your operating margins have increased by

17   more than ten points?

18   A.     That's in our financial statements.

19   Q.     Okay.  And if you could turn to the next page.

20   There's a discussion about Compaq, and it states in

21   the last paragraph:

22          "When fully implemented, Compaq expects to

23   save $48 million by the end of 2001."

24          Do you know of any claim substantiation that

25   was conducted before that number was released?

1  A.      This would have been approved by Compaq.

2  Q.      Okay.

3          And then if you could turn to page 3.  Okay.

4  The second paragraph reads:

5          "Because Oracle's E-Business Suite provides

6  complete integration out of the box, Oracle customers

7  have not wasted valuable time, budget and resources

8  on the kinds of integration products necessary when

9  companies adopt a so-called 'best of breed'

10 approach."

11         Do you see that?

12 A.      Yes.

13 Q.      Again, I need to know what is meant by

14 "complete integration."

15         MR. HARRISON:  Objection.  Lacks foundation.

16 Asked and answered.

17         THE WITNESS:  "Complete integration" means

18 that all of the applications use the same data source

19 to interact, which is why we are comparing it with

20 the best of breed approach --

21 Q.      BY MS. ANDERSON:  Uh-huh.

22 A.      -- where every application has its own data

23 source, and you therefore end up in a situation of

24 having to integrate all of those data sources

25 together in order to make your data flow across your

1   business.

2   Q.     Okay.  Before we had the discussion where you

3   had said that complete and integration were separate

4   terms, so I just wanted to make sure that that didn't

5   change.

6        Is integration, complete integration, and

7   complete integration integration, are they

8   interchangeable?

9        MR. HARRISON:  Objection.  Vague and

10  ambiguous.  Asked and answered.  Misstates testimony.

11       THE WITNESS:  I think you are -- um, I think

12  you're picking on a semantic issue, which is -- I do

13  not think is an issue.

14  Q.     BY MS. ANDERSON:  Okay.  Now, it says

15  "integration out of the box."  What does "out of the

16  box" mean?

17       MR. HARRISON:  Objection.  Lacks foundation.

18  Calls for speculation.

19       THE WITNESS:  That the software works -- that

20  the software works on the same -- on an integrated

21  single data source when the software arrives at your

22  business --

23  Q.     BY MS. ANDERSON:  Okay.

24  A.     -- which is it arrives in a box.

25  Q.     And was "out of the box" a marketing term used

Jarvis, Mark
**CONFIDENTIAL**

1   at Oracle in the 2000-2001 time period?

2   A.      It's an industry term.

3   Q.      Okay.  And was it used at Oracle to describe

4   Suite 11i in the 2000-2001 time period?

5   A.      Not that I'm aware of.  It's in this press

6   release, though.

7          I think it's a figure of speech.

8   Q.      So did marketing ever use "integration out of

9   the box" to describe Suite 11i?

10  A.      I think you're taking five words --

11  Q.      Uh-huh?

12  A.      -- out of a whole sentence and trying to place

13  them separately.  Um, however, integration is all of

14  the data coming -- is a single data source for all of

15  the applications.  That's what we mean when we say

16  it's integrated.  That's what we mean by integration.

17  Q.      Well, so does the term "out of the box" add

18  anything --

19          MR. HARRISON:  Objection --

20  Q.      BY MS. ANDERSON:  -- in your opinion, to

21  integration?

22          MR. HARRISON:  Objection.  Lacks foundation.

23  Calls for speculation.

24          THE WITNESS:  No, I think that's a figure of

25  speech.

REPORTER'S CERTIFICATE

1

2          I certify that the foregoing proceedings in the

3     within-entitled cause were reported at the time and

4     place therein named; that said proceedings were

5     reported by me, a duly Certified Shorthand Reporter

6     of the State of California, and were thereafter

7     transcribed into typewriting

8          I further certify that I am not of counsel

9     or attorney for either or any of the parties to said

10    cause of action, nor in any way interested in the

11    outcome of the cause named in said cause of action.

12          IN WITNESS WHEREOF, I have hereunto set my

13    hand this _____ day of _____, 2006.

14

15          _____

16          COLLEEN M. REDAMONTI, CSR
           Certified Shorthand Reporter
17         Certificate No. 7012

18

19

20

21

22

23

24

25

268