1        IN THE UNITED STATES DISTRICT COURT

          NORTHERN DISTRICT OF ILLINOIS

2              EASTERN DIVISION

3

     IN RE:  ORACLE CORPORATION      )

4                                    )

     SECURITIES LITIGATION           )

5                                    )

                                     ) Master File

6    This Document Relates To:       ) No. C-01-0988

                                     ) MJJ

7        ALL ACTIONS.                )

8

9                  CONFIDENTIAL

10

11        The videotaped deposition of

12   GEORGE J. ROBERTS, taken in the

13   above-entitled cause before Cheryl L.

14   Sandecki, a notary public within and for the

15   County of Lake and State of Illinois, taken

16   pursuant to the Federal Rules of Civil

17   Procedure for the United States District

18   Courts, at 203 East Wisconsin Avenue,

19   Milwaukee, Wisconsin, on the 22nd day of

20   June, A.D., 2006, commencing at 8:02 a.m.

21

22

23

24

**Certified Copy**

Roberts, George
CONFIDENTIAL

6/22/2006

```
 1   they don't have to worry about it.  Sales is
 2   like, well, we need more than just products,
 3   we need to be able to sell products.
 4         So the application development
 5   organization had the application
 6   demonstration system underneath them.  And,
 7   frankly, it wasn't a big priority to them to
 8   make it run right.
 9        Q.    Okay.
10        A.    So they didn't tune it.  We had
11   performance problems.  And they were focused
12   on releasing the application versus releasing
13   the application, at the same time allowing us
14   to demonstrate the full capability of the
15   application.
16        Q.    Understood.
17        A.    It is kind of like the last thing
18   they want to do is write documentation, even
19   though when you release the product, you need
20   documentation.  But, you know, they are just
21   let me just coast.
22        Q.    And the salespeople needed it
23   because they needed to be able to demonstrate
24   the product in order to sell it?
```

```
 1        A.    Uh-huh.

 2        Q.    And so he is telling you -- Ken is

 3   talking about a few different customers here,

 4   which there are some issues with; is that

 5   fair to say?

 6        A.    Well, he is saying he is having some

 7   issues with these customers around showing

 8   them the product the way they want to see the

 9   product.

10        Q.    Right.  And he says -- he writes to

11   you about three-quarters of the way down, he

12   says "here is the exposure.  Not only have we

13   lost deals in which we were the new player,

14   many deals have been lost with installed base

15   customers."  Do you see that?

16        A.    Yes.

17        Q.    And did you guys keep track of deals

18   that were lost due to either I guess failed

19   or not very good demonstrations?

20             MS. KYROUZ:  Objection, vague, lacks

21   foundation.

22             THE WITNESS:  By keep track what do

23   you mean?

24
```

1    BY MR. WILLIAMS:

2        Q.   Well, it looks like in this note he

3    is at least describing three or four

4    customers that deals were lost because of

5    poor demonstrations.

6        A.   It doesn't --

7            MS. KYROUZ:  Objection, misstates

8    the document.

9            THE WITNESS:  I don't think it says

10   we lost these deals to these clients.  We

11   might have.

12   BY MR. WILLIAMS:

13       Q.   Okay.

14       A.   But it says we are having issues

15   with them and that it's putting us in danger.

16       Q.   Okay.  I misspoke.  I think he is

17   saying that prior to this note that he had

18   lost the deals.  Is that fair?

19       A.   It says in here "not only have we

20   lost deals in which we were the new player."

21       Q.   Uh-huh.

22       A.   "Many deals have been lost with

23   installed base customers."

24       Q.   Okay.

1      A.   That's what he's saying.   And by the

2  way, nobody likes to lose deals.

3      Q.   No, I understand.

4      A.   You know.   And it's also -- the

5  other thing you should understand is it is

6  also the responsibility of the sales

7  organization to understand if you are losing

8  business, why you would be losing business.

9      Q.   And put that in context of what we

10  are talking about here for me.

11      A.   You might have training issues.   You

12  might have -- in this case he is saying that

13  the application demo system isn't set up

14  properly.

15      Q.   Okay.

16      A.   You know, he is not -- not

17  complaining about the application at all.   He

18  is saying the application demo system, which

19  was run by development, is not responsive to

20  the sales forces needs when it comes to being

21  able to demonstrate the product in the

22  marketplace.

23      Q.   Okay.

24      A.   He is also stating in here that the

1    issue is because we are new to the market for

2    a lot of this functionality around 11i, where

3    before normally we led the market.  So we

4    have got to be able to prove to people this

5    stuff.  And that from when the product was

6    released to when we can actually demonstrate

7    it, there was a time lag.

8        Q.   All right.

9        A.   Because it wasn't development's

10   priority to -- unfortunately, it wasn't.

11       Q.   To get it right.  Okay.  That's

12   fine.  So what do you see when -- well,

13   withdrawn.

14            I am just going to ask you to turn

15   your attention to the next page, Bates ending

16   617113.  He has his recommendation there.  Do

17   you see that?

18       A.   Yes.

19       Q.   And the first line, what does he say

20   in the first line there?

21       A.   "The product is a demo."

22       Q.   Okay.  And what did you understand

23   that to mean, if you -- if you have an

24   understanding?

```
 1            MS. KYROUZ:  Objection, lacks

 2     foundation.

 3            THE WITNESS:  What -- what he is

 4     saying is that we need to be able to show

 5     people product.

 6     BY MR. WILLIAMS:

 7        Q.   Okay.

 8        A.   That's what he means by that.

 9        Q.   All right.  Was that one of the

10     documents you looked at yesterday?

11        A.   You know, I don't know whether I

12     looked at this one specifically or not.

13        Q.   Okay.  I'm going to ask the

14     reporter --

15        A.   Sorry.

16        Q.   -- to mark this document as Roberts

17     No. 1.

18                        (Whereupon Roberts

19                        Deposition Exhibit No. 1

20                        was marked as

21                        requested.)

22     BY MR. WILLIAMS:

23        Q.   Roberts number -- I'm sorry.  I'll

24     wait for you.  Roberts No. 1 is Bates
```

1    our inability to competently pull these off

2    as proof that the E-business suite is not a

3    reality."

4        Q.    Okay.   In the fall of 2000, Oracle's

5    applications competition was Siebel, right,

6    PeopleSoft?

7        A.    Siebel, PeopleSoft, those are two of

8    them.

9        Q.    Uh-huh.   SAP, S-A-P?

10       A.    Yes.

11       Q.    Who else in the applications space?

12       A.    Ariba.

13       Q.    Ariba?

14       A.    I2, Commerce One, Manugistics, J.D.

15   Edwards, Lawson, Retech.   And a host of

16   others.

17       Q.    Oracle owns all those companies now.

18       A.    It's a good thing.   Still a

19   shareholder.

20       Q.    So --

21       A.    There is something to be said about

22   that.

23       Q.    Yeah.   In the fall of 2000, you

24   understood that Oracle's competition

1   challenged whether Oracle could actually put

2   together a full E-business suite; is that

3   fair?

4          MS. KYROUZ:  Objection, vague.

5          THE WITNESS:  I don't know that --

6   the competition, you know, always challenges.

7   It doesn't matter who you are.  If you have a

8   new release, they say, you know, they want to

9   challenge, does it do what Oracle says, just

10  like we want to challenge does theirs do what

11  they say it does.

12  BY MR. WILLIAMS:

13     Q.   Right.

14     A.   So, you know, it was standard for

15  whether its -- whether you are selling

16  copiers or insurance or software, your

17  competition is going to say, well, you know,

18  we do X, Y and Z and they don't.  So --

19     Q.   Okay.

20     A.   -- that's what the deal is.  And,

21  you know, any advantage you can get, you take

22  advantage of it.

23     Q.   All right.  Here you wrote that "as

24  we stated in our meeting last week, these

1   difficulties are now common knowledge by our

2   competition and they position our inability

3   to competently pull these off as,

4   quote/unquote, proof that E-business suite is

5   not a reality."  What did you mean by that?

6        A.    It says in the paragraph above that.

7        Q.    Okay.

8        A.    It says the ADS system issues.

9        Q.    Right.

10       A.    Not the 11i issues.  It says "I have

11   asked the team to get more specific on the

12   application demo system issues."

13       Q.    Okay.

14       A.    And so as I said, the application

15   demo system was how we used our -- how we

16   showed our products.  And if the application

17   demo system -- I am not saying the

18   applications -- the demo system wouldn't

19   support what we needed, then we couldn't show

20   the product the way we wanted to to the

21   customer.

22       Q.    Right.

23       A.    And that's what I'm talking about.

24   And it -- it says that in there.

Roberts, George
**CONFIDENTIAL**                                                    6/22/2006

1       Q.    All right.  Now, going to the next

2   page, excuse me, ending 718, if you go down

3   to halfway down the page, I guess this is

4   part of Gayle's note to you when she is

5   talking about Pier One, right?

6       A.    Okay.

7       Q.    And on the last sentence, she writes

8   "the lack of integration between IP and

9   purchasing was inconvenient since we could

10  not show the entire flow without using fake

11  data."  Do you see that?

12      A.    Yes.

13      Q.    Did you understand what she meant

14  when she wrote that?

15      A.    Not exactly.

16      Q.    Okay.  Go down to the next section

17  or the section where she talks about Clopay?

18      A.    Yes.

19      Q.    All right.  Clopay was another

20  customer that, I guess, Oracle was trying to

21  make a sale to; is that fair?

22      A.    Well, we are doing a demonstration

23  to them, so we are probably trying to sell

24  them something.

```
 1    reasons why someone might consider the

 2    critical account.

 3    BY MR. WILLIAMS:

 4        Q.    Okay.  And you see -- what is a

 5    concession request, if you know?

 6        A.    I don't know.  They are not normal.

 7    His headline he saying it is a concession

 8    request.  But I didn't get them on any sort

 9    of regular basis at all.  So...

10        Q.    But did you have an understanding

11    what the concession request was even if it

12    wasn't --

13        A.    No, not unless I read the E-mail.

14        Q.    Okay.

15        A.    You know, if someone said I am

16    sending you a concession request, concession

17    is a broad term --

18        Q.    Okay.

19        A.    -- until I read the topic and

20    understand what's the concession.

21        Q.    I see.

22        A.    I mean, what are they looking for.

23        Q.    What are they looking for?

24        A.    Yeah.  Do they want a sales
```

1   consultant to come train their people for

2   free?  I don't know.

3        Q.   Okay.  I understand.

4        A.   You know, it -- and by the way, it

5   could be a concession request as in

6   negotiation to buy the product.  We want

7   these concessions on the terms.  It is

8   natural.

9        Q.   It could mean --

10       A.   People ask for concessions all the

11  time.  That's --

12       Q.   That's fine.  Do you know whether or

13  not based on your review of this document,

14  whether Paxar was granted a concession in

15  terms either a refund or free consulting?

16       A.   I don't remember, to be honest with

17  you.  I can tell you that it -- you know, in

18  all of my years, I don't think I ever gave

19  anybody a refund.

20       Q.   Okay.

21       A.   Now, whether we assisted them in

22  some consulting help, make them successful or

23  not, that could have been.

24       Q.   Right.

1      A.   But, you know, we weren't in the

2   habit of giving money back to people.

3          MR. WILLIAMS:  All right.  This one.

4   I am going to ask the reporter to mark this

5   document as Roberts No. 6.

6                          (Whereupon Roberts

7                          Deposition Exhibit No. 6

8                          was marked as

9                          requested.)

10  BY MR. WILLIAMS:

11     Q.   Roberts No. 6 is Bates numbered

12  NDCA-ORCL 013041 through 47.  I will ask you

13  to take a look at it.  It is a relatively

14  lengthy document.  But if you would like to

15  read the whole thing, you can.

16     A.   I will.  Okay.  I have read it.

17     Q.   Do you recognize Roberts No. 6?

18     A.   I have it in front of me, yes.

19     Q.   And did you see it yesterday?

20     A.   No.

21     Q.   It looks like a series of E-mails,

22  most of which you are copied on, in January

23  of 2001; is that fair?

24     A.   Yes.

1      Q.   It looks like one of the E-mails

2   that Gayle Fitzpatrick sent to you was

3   January 15, 2001?

4      A.   Yes.

5      Q.   And it looks like you may have

6   forwarded it to Mark Barrenechea, Ron Wohl,

7   Sandy -- and Sandy Sanderson?

8      A.   Yes.

9      Q.   Now, looking at the bottom of Bates

10   ending 415 over to the next page, the E-mail

11   from Gayle Fitzpatrick appears to provide you

12   an update on the demonstration issues that

13   had been occurring in the -- in the fall,

14   October, 2000, right?

15      A.   Yes.

16      Q.   The issue we had talked about

17   earlier today?

18      A.   About the ADS system being a good

19   demonstration environment to show the

20   product?

21      Q.   Right.

22      A.   Yes.

23      Q.   It is related to that; is that fair?

24      A.   Yes.

1        Q.    And she says that "there has been

2    good progress on some of the issues that we

3    were experiencing earlier.  Disconnects

4    during demos seem to have diminished

5    greatly."  Do you see that, it is like on the

6    bottom of that first page?

7        A.    Yes, I do.

8        Q.    Do you see that?  And connection

9    issues are one of the things that you and I

10   talked about earlier today --

11       A.    Yes.

12       Q.    -- right?

13            Ms. Fitzpatrick goes on to say that

14   "we are still faced with some challenges in

15   the following areas:  System performance and

16   product integration and stability.  The

17   system stability and performance issues still

18   result in a poor showing in front of the

19   customer, and we need to be able to

20   demonstrate that our E-business solution and

21   architecture are better performing than our

22   competitors, especially -- particularly those

23   who bring their own servers."  Do you see

24   that?

1        A.    Yes.

2        Q.    Now, do you know what she meant by

3   product integration and stability being one

4   of the issues or challenges that Oracle was

5   still facing?

6             MS. KYROUZ:   Objection, lacks

7   foundation.

8             THE WITNESS:   One -- I don't know

9   specifically.   But my speculation --

10  BY MR. WILLIAMS:

11       Q.    Uh-huh.

12       A.    -- is as we talked about before,

13  development's focus wasn't on the ADS system

14  as much as getting out product.   And so the

15  application demonstration system lagged the

16  production code.   So development would have

17  had product ready, and we might not be able

18  to get that new product on the application

19  demonstration system for it might be 90 days

20  or 120 days.

21            And in some of these, I think it

22  talked about a refresh of the application

23  demo system.   And consequently we might not

24  be able to show them the latest software we

1    had.

2        Q.   Okay.

3        A.   And that's probably what she

4    referring to there.

5        Q.   Okay.  She does indicate here that

6    there has been some -- some good progress,

7    though; is that right?

8        A.   She does indicate that, yes.

9        Q.   So it wasn't as if no one was

10   working on the issue for the three months or

11   two months between the October information

12   that Ms. Fitzpatrick sent to you and the --

13   the January E-mail?

14       MS. KYROUZ:  Objection, lacks

15   foundation.

16       THE WITNESS:  No.  They are always

17   working with us.

18   BY MR. WILLIAMS:

19       Q.   Okay.  Do you know whether or not in

20   December and January the demonstration system

21   or problems with it had impacted the ability

22   to actually make sales of 11i?

23       MS. KYROUZ:  Objection, vague, lacks

24   foundation.

1          THE WITNESS:  Well, I -- I mean, as

2    I have said, we had some issues with the

3    demonstration system.  And if you can't show

4    your product the way you would like, it can

5    impact your sales process.

6    BY MR. WILLIAMS:

7       Q.   Okay.

8       A.   I can't point to specific

9    transactions.  But...

10          MR. WILLIAMS:  Okay.  I am going to

11   ask the reporter to mark this document as

12   Roberts No. 11.

13                    (Whereupon Roberts

14                    Deposition Exhibit

15                    No. 11 was marked as

16                    requested.)

17   BY MR. WILLIAMS:

18      Q.   And Roberts No. 11 is Bates numbered

19   NDCA-ORCL 063409 through 410.  I am going to

20   ask you to take a look at that.  Let me know

21   when you are done.

22      A.   I'm reading it right now.  Okay.

23      Q.   Okay.  Excuse me.  Do you recognize

24   Roberts 11?

1      Q.    Okay.  But the environment wasn't

2  created for individual customer needs, right?

3      A.    That's correct.

4      Q.    Okay.  So do you see -- turning to

5  the next page 617971 --

6      A.    Uh-huh.

7      Q.    Do you see where I guess Julie

8  Cullivan writes to Sandy Sanderson "the

9  consistent themes continue to be poor

10  performance, inability to improve our

11  E-business suite integration story and

12  product stability/quality issues"?  Do you

13  understand what product stability and quality

14  issues means?

15          MS. KYROUZ:  Objection, lack of

16  foundation.

17          THE WITNESS:  Well, I --

18  BY MR. WILLIAMS:

19      Q.    In the context of this document, of

20  course.

21      A.    I understand what -- what I believe

22  product stability and quality issues are.  I

23  can't tell you what she was referring to in

24  hers.

1       But, you know, sometimes when you

2   have a new release, you have some product

3   issues which are -- you know, over time they

4   get resolved.  I mean, everybody has it,

5   whether -- again whether it is a technology

6   vendor, an application vendor -- Microsoft

7   has it when they release their latest release

8   in Windows.

9       So it is an issue that when a new

10  product is released, it takes some time to

11  work out issues that customers find.  Because

12  even though you test, you are never going to

13  find them all because everybody uses it

14  different.

15      Q.   Uh-huh.

16      A.   And the other thing that's

17  interesting is not only do they all use it

18  different, but they all have a completely

19  different infrastructure they put it on,

20  which compounds the complexity of what you

21  are trying to solve.

22      Q.   Generally, but with --

23      A.   Not generally, all the time.

24      Q.   The demonstration environment which

1    is what is the context of this document --

2        A.   Yes.

3        Q.   -- is referring to and the point of

4    my question was do you know what product

5    stability and quality issues means even from

6    your perspective in the context of the

7    demonstration environment?

8            MS. KYROUZ:  Objection, lacks

9    foundation.

10           THE WITNESS:  You know, I think if

11   you look at the product stability, quality

12   issues and stuff, it could mean that, you

13   know, we ran into some issues like the

14   customers did.

15           But the other interesting thing in

16   this and which is -- you know, talks about at

17   the bottom of that page is, you know, you

18   can't show complete demo because they have

19   separate instances of the products.  And this

20   is again where development would release a

21   product and they wouldn't release all of the

22   products.  They were doing it separately.

23   And that's how they put it in the

24   applications environment.  And our ability to

1    get a demonstration across all of that was,

2    frankly, hampered because of the way they

3    were putting the products in the application

4    demo system.

5    BY MR. WILLIAMS:

6        Q.   You referred to the bottom of the

7    page and said that you can't show the demo or

8    complete demo because there is separate

9    instances?

10       A.   Separate instances, yeah.

11       Q.   Is that what the document says?

12       A.   It says on the bottom line here

13   "can't show complete --" da, da, da "-- suite

14   demo.  There are separate instances, iStore,

15   sales, telesales, customer care, support."

16       Q.   So even though it doesn't say

17   because, you interpret that as meaning

18   because?

19       A.   Yes.

20       Q.   So do you -- are you saying that if

21   there weren't separate instances, that they

22   would be able to show a complete integrated

23   CRM demo?

24       A.   They would be able -- they would be

1    more successful at demonstrating the product,

2    including the business flows across the

3    product, yes.

4            See, the way development works when

5    they release -- when -- number one, you have

6    a release and then you have point releases

7    where you are attaching products and adding

8    additional functionality and everything else.

9    And they are releasing a lot of those at

10   different times and consequently they are

11   getting phased into the demo system at

12   different times.  And they are separate

13   instances.  And it sounds goofy, but it was

14   the way it was done.  And it makes it much,

15   much more difficult to be able to go through

16   and show a consistent flow versus if you had

17   one cut of the product that was current and

18   installed on the application demo at the same

19   time versus them releasing separate instances

20   and then being 90 to 120 days behind when the

21   products are released before they update the

22   application demo system.

23           So it's -- it's -- it certainly

24   wasn't ideal.  And this whole centralized

1    application demo system was a new direction

2    to how we were going for the corporation.  So

3    we were learning as we were going through the

4    whole process.  And it is part of Larry's all

5    centralization deal on let's have it in one

6    place, everybody should be able to access it,

7    everybody should be able to use it.

8            And so we were shaking down that

9    whole process as we were learning.

10       Q.   So this was -- I am sorry, were you

11   done?

12       A.   Yes.

13       Q.   This organization responsible for

14   the demo environment was Ron Wohl's

15   organization, right?

16       A.   Yes.

17       Q.   Okay.  And Gayle Fitzpatrick was the

18   person in your organization in charge of

19   overseeing demonstration execution?

20       A.   No.

21            MS. KYROUZ:  Objection, lacks

22   foundation.

23            THE WITNESS:  No, no.  Gayle

24   Fitzpatrick was Mary Anne Gillespie's sales

1   consulting manager.

2   BY MR. WILLIAMS:

3       Q.   Right.

4       A.   All right.  And so she took the

5   point on this, as far as working with the

6   application development system people, for

7   all the demonstrations across North America.

8       Q.   Okay.  How is that different from

9   what I said?

10      A.   From what I understand you to mean

11  -- and I could have been wrong -- was that

12  her job was just to do that, and it wasn't.

13      Q.   I think you -- your response is

14  fine.  But she was sort of overseeing this

15  stuff among other -- whatever else she was

16  doing for NAS, no?

17      A.   We -- I -- to me -- well, yeah -- I

18  don't -- what -- what -- what we had done is,

19  I mean, we had three or four different sales

20  organizations that used the application demo

21  system.  So rather than having each one of

22  them bug the ADS people, Gayle was one person

23  that consolidated all the feedback, and she

24  was the direct interface with them for North

1    the operations team, whether he just used

2    David and David's staff.  But we had -- in

3    North America there were probably four or

4    five financial-type people with David who did

5    all the financial work we needed done.

6         Q.   Okay.  Do you know when the

7    demonstration issues had gotten resolved?

8         A.   Well --

9         MS. KYROUZ:  Objection, lacks

10   foundation.

11        THE WITNESS:  I don't -- as I said,

12   you know, I guess they are never resolved.

13   BY MR. WILLIAMS:

14        Q.   Maybe I will withdraw the question.

15        A.   Because you are always moving down a

16   deal.  And so -- and everything is changing

17   all the time.  So it is kind of -- I hate to

18   say it, but it is always a challenge, you

19   know.  Plus the web was new.  Everything was

20   new then.  But I don't remember when it

21   settled down.  Sooner or later, it does, but

22   I don't remember when.  And you do the next

23   release and you are off to the next horse

24   race again.

```
 1        Q.   Do you know when -- when or if the

 2   sales consultants were able to show a

 3   complete E-business suite via --

 4        A.   They were.

 5        Q.   Excuse me, hold on.

 6        A.   Sorry.

 7        Q.   -- through ADS?

 8        MS. KYROUZ:   Objection, vague, lacks

 9   foundation.

10        THE WITNESS:   The -- the demon --

11   the sales consultants were able to do

12   successful demos under ADS.

13   BY MR. WILLIAMS:

14        Q.   Of the complete E-business suite

15   including CRM?

16        A.   How do you define -- what do you --

17   how do you define complete?  Because every

18   client looks at it and says I want this,

19   this, this and this.  And even though, quote,

20   they might have bought, quote, the world, all

21   they want to see is the flow through those

22   six to 12 or 13 applications.

23        Q.   Okay.

24        A.   So I don't know how you say
```

1    complete.  All right.  But were they able to

2    do successful demos of the E-business suite

3    based on what the client's needs were, the

4    answer was yes.  All they way along they were

5    able to do that.

6           Now, were they able to do them all

7    as perfectly as they would like and did they

8    have some problems, I think the E-mails

9    indicate we did with the demo system.  But we

10   are were still doing successful demos and we

11   were selling application software all the way

12   along.  But it is just you hate to have any

13   deal not go the way you want.

14      Q.   Okay.  I would start with this one

15   and then when you find that -- this was in

16   the back.

17           Do you recall going to the Robertson

18   Stephens technology conference in

19   February 2001?

20      A.   I might have.  I don't recall it.

21   Where was it?

22      Q.   I think it was in San Francisco.

23      A.   I might have -- I might have.

24      Q.   All right.

```
 1      A.   I wouldn't be surprised.  I have
 2 gone to them before, whether it is Robertson
 3 Stephens or Goldman Sachs or somebody else's.
 4           MR. WILLIAMS:  I ask the reporter to
 5 mark this document as Roberts No. 17.
 6           THE WITNESS:  Thank you.
 7                       (Whereupon Roberts
 8                       Deposition Exhibit
 9                       No. 17 was marked as
10                       requested.)
11 BY MR. WILLIAMS:
12      Q.   Roberts 17 is marked or Bates
13 stamped NDCA-ORCL 03260 through 03280.  It's
14 a relatively long presentation.
15           MS. KYROUZ:  Why don't we take a
16 five-minute break and let him read it.
17           THE WITNESS:  Is this a transcript?
18 BY MR. WILLIAMS:
19      Q.   That's how it was produced to us
20 from Oracle.  So it looks like a transcript
21 to me.
22      A.   Okay.  Yeah, I am just trying to
23 understand.
24           MR. WILLIAMS:  If you want to go off
```

1      A.   No.   I mean, again this is -- when I

2   look at this, this is typical of a

3   presentation I could have very easily given

4   to someone like Robinson Stephens or I could

5   have very easily given it in the customer

6   visit center.

7      Q.   I understand.

8      A.   So, no.

9      Q.   Okay.   Taking you just to the very

10  last page --

11     A.   Uh-huh.

12     Q.   -- sorry, the second to last page

13  ending 3279, the last sentence where it says

14  "however," beginning with "however"?

15     A.   However.

16     Q.   Can you just read that last sentence

17  for me?

18     A.   "However, our guidance remains the

19  same that we indicated at the beginning of Q3

20  when we did our Q4 or Q2 earnings call.   So

21  our guidance continues to remain the same."

22     Q.   Does that help refresh your

23  recollection as to when this presentation was

24  given?

1      A.   Again, it -- it might have been at

2    the Robinson Stephens conference.  I couldn't

3    tell you for sure.

4      Q.   Okay.

5      A.   Okay.

6      Q.   I ask you to turn to page ending

7    03273.  That's the Bates number.  It's 14.

8      A.   Page 14?

9      Q.   Yeah.

10     A.   Sorry.  All right.

11     Q.   And maybe it is -- it makes sense to

12   go to the previous page just to put some

13   context around it.

14     A.   Okay.

15     Q.   You see the paragraph where it

16   begins "as far as"?

17     A.   Yes.

18     Q.   Can you just read that for me?

19     A.   "As far as the E-business suite, to

20   kind of give you a little kind of pictorial

21   on why we believe this is important."  Do you

22   want me to keep reading?

23     Q.   Yeah, just go ahead.

24     A.   "This is what we would call the

1   E-business kit.  This is what you would have

2   to get if you go best of breed.  The problem

3   is that when you look across these

4   application suites, okay, your marketing

5   application contains certain information

6   about your customers.  When you go to your

7   sales application, it contains certain

8   application data or certain data about your

9   customers also.  Some of it is different.

10  And then when you go to service, it again

11  contains another piece of information about

12  your customers.  Again, some of that

13  information is different than the other two

14  applications."

15      Q.   Okay.  So does it appear there that

16  you are discussing the best of breed -- a

17  best of breed type of approach --

18      A.   Yes.

19      Q.   -- to application?

20      A.   Yes.

21      Q.   Can you just go on?

22      A.   "And, frankly, it is worse than

23  that.  Okay.  It is fragmented and

24  implemented on a global basis.  So while a

```
1    quote is supposed to be global

2    implementation, it tends to be a local

3    implementation with these products."

4       Q.   Okay.  And just the next paragraph

5    for me.

6       A.   "We believe again the Oracle

7    alternative is a compelling value

8    proposition.  It is complete.  It is simple.

9    It is preintegrated with one view of the

10   information, one view of the customer, which

11   is very important going forward."

12      Q.   Okay.  When you -- when you talk

13   about the Oracle alternative, are you

14   referring to the E-business suite there?

15      A.   Yes.

16      Q.   And that is 11i, right?

17      A.   Yes.

18      Q.   When you say or that it is complete

19   and it is simple -- well, withdrawn.

20           When you say it is complete, what do

21   you mean by that?

22      A.   What we mean is that from an

23   application perspective, it's complete across

24   front office and back office.  So there is
```

1    applications on both side, sales and

2    manufacturing and finance and HR and payroll.

3    And it is complete at the data architectural

4    level because it is a single scheme up.  And

5    it's integrated at the data level, which is

6    where the integration really has to be if you

7    are going to be successful versus a best of

8    breed, which is not integrated at the data

9    level or the application level.

10       Q.   Okay.  And where you say "it is

11   simple and it is preintegrated," what did you

12   mean?

13       A.   I meant that it is integrated at the

14   data level and it is integrated at the

15   application level.

16       Q.   Okay.  What about when you say it is

17   simple, is that you are referring to the same

18   thing?

19       A.   Yes.

20       Q.   And when you say that with one view

21   of the -- "with one view of the information,

22   one view of the customer," what does that

23   mean?

24       A.   It means that you are integrated at

1    a key customer concern primarily due to OM

2    issues"?

3        A.    Uh-huh.

4        Q.    Was OM --

5        A.    Yes.  I should say yes.

6        Q.    -- an acronym for Order Management?

7        A.    I believe -- that's what it would

8    mean to me.

9        Q.    To you.  Based -- withdrawn.

10            In your organization, North American

11   sales, do you know whether at the end of Q2

12   the lack of integration between ERP and CRM

13   had become an issue communicated to you by

14   your -- by your staff of customers in that

15   organization or customers in that area?

16        MS. KYROUZ:  Objection, vague, lacks

17   foundation, misstates the document and prior

18   testimony.

19        THE WITNESS:  I get -- first of all,

20   when you talk integration, there is

21   integration in different levels between

22   application.  So when they say lack of

23   integration, I don't know what they mean or

24   how far they are, you know, defining that.

1          And was, you know -- and we have

2    seen some E-mails about certain clients that

3    had concerns or issues that we were working

4    with to resolve.

5          But, you know, were there a hundred

6    of those, not that I'm aware of.  Did I see a

7    huge escalation of -- of support calls, no.

8    We had -- we had our fair share from a new

9    release that you always have any time you

10   have a new release.

11         But, you know, I didn't see a big,

12   you know, explosion of situations where we

13   had, you know, a hundred of them at one time.

14         So I mean if you look at the list of

15   names you have shown me, maybe there is a

16   dozen of them.  Maybe there are 25 or

17   something.  But, you know, compared to the

18   thousands of clients we have on applications

19   and everything else, I don't know that that's

20   an outrageous number based on a new release

21   of a product.

22   BY MR. WILLIAMS:

23        Q.   Okay.

24        A.   But, you know, is it painful at the

1   time when you have clients who are unhappy

2   about certain things?  Sure, it is.

3       Q.   I am going to ask you to turn to the

4   next page, 033449.  It looks like that is

5   kind of a continuance of Americas support

6   current top five issues.

7       A.   Right.

8       Q.   See the first bullet point where it

9   says "the current license forecast for Q3 and

10  Q4 shows softening, which would result in

11  lower first year support."  Do you see that?

12      A.   Yes.

13      Q.   And do you know whether at the end

14  of Q2 of '01 North American sales license

15  forecast for Q3 and Q4 had shown any

16  softening?

17           MS. KYROUZ:  Objection, lacks

18  foundation, vague.

19           THE WITNESS:  Not that I'm aware of.

20  I mean, at the end of Q2 we were on our

21  budget.  We had had a good Q2 or a good Q1, a

22  good Q2.  And Q3 we weren't forecasting

23  budget.  We never did during Q2.  We were

24  forecasting a revenue number but not the

1          Q.    Uh-huh.

2                MS. KYROUZ:  183 or 193?

3                MR. WILLIAMS:  I'm sorry, 193.

4     BY MR. WILLIAMS:

5          Q.    Still in the ERP session?

6          A.    Uh-huh.

7          Q.    Issues?

8          A.    Uh-huh, yeah.

9          Q.    Was there a different -- well, hold

10    on a second.  So this was not a key issue; it

11    was just an issue.  Was there a real

12    differentiation there?

13         A.    Well, let me see.

14               MS. KYROUZ:  Objection, vague.

15    BY MR. WILLIAMS:

16         Q.    Well, earlier --

17         A.    There was probably -- I don't know.

18    It is probably a subpoint.

19         Q.    Okay.

20         A.    I mean, it's -- you know, we are

21    talking the key issues overall.  Then we say

22    what are the issues, general business --

23         Q.    Okay.

24         A.    -- Canada, how about HR, how about

1     training.  So there are points on we are

2     trying to make to improve the performance.

3         Q.   All right.  So on this page, 193, we

4     were talking about -- or you are talking

5     about HR?

6         A.   Yes.

7         Q.   And first bullet point says "lack of

8     stability in the demo system and integration

9     with other APS."

10        A.   Yes.

11        Q.   Are you talking about one thing

12    here, meaning just the demo system and

13    integration with other apps, or did other HR

14    have issues with -- related to its

15    integration with other apps?

16        A.   I think they are definitely talking

17    about, you know, the demo system.  But again

18    it is important to understand that -- that

19    software -- software evolves.  I mean, that

20    is why they got release one, release two,

21    release three, release four.

22             So when you have your first release

23    with a new product, you are bringing out

24    functionality and integration, all right.

1   But you may not have all the functionality or

2   integration that your clients want or the

3   marketplace wants.  So every point release

4   you are adding more capability and more

5   integration points into the software.

6          So, you know, they might have been

7   saying that there is some integration that HR

8   has where it integrates into accounts payable

9   as part of payroll, but, you know, how come

10  it is not integrated into CRM when that --

11  when someone wants to -- wants to look up a

12  candidate or whatever in the CRM system, how

13  come it doesn't show me their HR resumé.

14        Q.   Okay.

15        A.   Okay.

16        Q.   Why don't we -- let's go to 180201.

17  I think this kind of gets into the CRM

18  session.  180201.

19        A.   Uh-huh.  Okay.

20        Q.   Okay.  You agree with me that this

21  is in the CRM section of the presentation?

22        A.   Yes.

23        Q.   Okay.  And so we are talking about

24  key issues.  And on this page it says "still

1    only doing average on these key fronts."   And

2    the first bullet point is the 11i system

3    stability.

4         A.   Yes.

5         Q.   Do you know what is meant by that?

6         A.   My guess is we are looking for the

7    product to continue to mature.   When we

8    released the E-business suite 11i, a

9    significant portion of the E-business suite

10   was new product.   One thing is the

11   architecture and a data model.   The other

12   thing is adding additional modules.   All

13   right.

14        If you look at the history of

15   Oracle, while we are selling some CRM-type

16   applications like sales force automation and

17   some other stuff before 11i, so in 11 and

18   stuff we had some CRM modules.   11i was a

19   major push with some significant additional

20   modules in CRM.   So it wasn't nearly as

21   mature as our ERP offerings, which we have

22   had for -- you know, since 1990, 1989 they

23   have been selling GL and financial and

24   manufacturing.

1    interested in the outcome thereof.

2           I further certify that this

3    certificate applies to the original signed IN

4    BLUE and certified transcripts only.   I

5    assume no responsibility for the accuracy of

6    any reproduced copies not made under my

7    control or discretion.

8           IN TESTIMONY WHEREOF, I have hereunto

9    set my hand and affixed my notarial seal this

10   _23ʳᵈ_ day of _June_____, 2006.

11

12

13   _____Cheryll Sandecki_____
         Notary Public, Lake County, Illinois

14

15   My Commission Expires

16   June 13, 2007

17

18

19

20

21

22

23

24

Case:       In re Oracle Securities Litigation, Master File No. C-01-0988MJJ

Witness:    George Roberts

Date:       June 22, 2006

Reporter:   Linda D. White, CSR No. 12009

I HAVE READ THE EXAMINATION AS REQUESTED.  PLEASE NOTE THE FOLLOWING:

____ No changes need to be made to the transcript.

__X__ Changes listed below.

_George Roberts_____        _6/2/06_____
WITNESS SIGNATURE                    DATE SIGNED

Note:  Please check the appropriate column for add (+) or delete (-).  If you wish to
add anything to the deposition, use the exact words you want to add.  If you wish to
delete anything from the deposition, please use the exact words you want to delete.
Thank you.

| Page | Line | + | - | | |
|---|---|---|---|---|---|
| 17 | 2 | + | Staff on anything | Staff to anything | Misspelling |
| 25 | 1 | + | he | I | wrong word |
| 37 | 17 | - | Jane Abadjian | Jay Nussbaum | wrong word |
| 47 | 1 | - | Generation | Generalization | Misspelling |
| 56 | 16 | - | Ten | Thin | Misspelling |
| 77 | 21 | - | Coast | Code | Misspelling |
| 102 | 18 | - | VAC | Application | wrong word |
| 105 | 11 | - | XXIS | WIS | wrong word |
| 217 | 7 | - | Rocelli | Rosalli | |
| 223 | 4 | - | Scheme up | Schema | |
| 220 | 1 | - | OTM | OTN | |
| 291 | 23 | - | Q2 | Q3 | |
| 339 | 10 | - | Everybody | Anybody | |

SF\555398.1

Page 357

```
1    IN THE UNITED STATES DISTRICT COURT
2      NORTHERN DISTRICT OF ILLINOIS
3           EASTERN DIVISION
4
5
6    IN RE:  Oracle Corporation   )
7    SECURITIES LITIGATION        )
8                      ) Master File
9    This Document Relates To:   ) No. C-01-0988
10   ALL ACTIONS.        ) MJJ
11
12
13
14
15       I, GEORGE J. ROBERTS, state that I
16   have read the foregoing transcript of the
17   testimony given by me at my deposition on the
18   22nd day of June 2006, and that said
19   transcript constitutes a true and correct
20   record of the testimony given by me at
21
22
23
24
```

Page 358

```
1    said deposition except as I have so indicated
2    on the errata sheets provided herein.
3
4
5
6
7              GEORGE J. ROBERTS
8    No corrections  (Please initial)_____
9    Number of errata sheets submitted ____/____ (pgs)
10
11   SUBSCRIBED and sworn to
12   before me this ___ day of
13   _____, 2006.
14
15   _____
16   Notary Public
17
18
19
20
21
22
23
24
```

Page 359

```
1    STATE OF ILLINOIS  )
2                       ) SS:
3    COUNTY OF LAKE    )
4        I, Cheryl L. Sandecki, Illinois
5    C.S.R. No. 084-03710, registered Professional
6    Reporter and Notary Public in and for the
7    County of Lake, State of Illinois, do hereby
8    certify that previous to the commencement of
9    the examination, said witness was duly sworn
10   by me to testify the truth; that the said
11   deposition was taken at the time and place
12   aforesaid; that the testimony given by said
13   witness was reduced to writing by means of
14   shorthand and thereafter transcribed into
15   typewritten form; and that the foregoing is a
16   true, correct, and complete transcript of my
17   shorthand notes so taken as aforesaid.
18       I further certify that there were
19   present at the taking of the said deposition
20   the persons and parties as indicated on the
21   appearance page made a part of this
22   deposition.
23       I further certify that I am not
24   counsel for nor in any way related to any of
25   the parties to this suit, nor am I in any way
```

Page 360

```
1    interested in the outcome thereof.
2        I further certify that this
3    certificate applies to the original signed IN
4    BLUE and certified transcripts only.  I
5    assume no responsibility for the accuracy of
6    any reproduced copies not made under my
7    control or discretion.
8        IN TESTIMONY WHEREOF, I have hereunto
9    set my hand and affixed my notarial seal this
10   _____ day of _____, 2006.
11
12
13   _____
14       Notary Public, Lake County, Illinois
15   My Commission Expires
16   June 13, 2007
17
18
19
20
21
22
23
24
```

Pages 357 to 360