Oracle Corporation

Technical White Paper

# Customer Relationship Management

Mark J. Barrenechea

ORACLE CONFIDENTIAL

NDCA-ORCL 106680

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

*Oracle Customer RelationshipManagement White Paper*

on the E-Business Suite within 90 days of purchase—or within 5 days if they elect to use it as a service across the Internet. And the implementation costs will be low.

This is what the E-Business Suite means to Oracle customers; these are the strategic advantages that will differentiate them from many of their competitors. Some of those competitors are using applications from Siebel.

**Results**

Oracle maintains that it can do a worldwide installation of its CRM suite at any customer location in just 90 days.

Three months after signing a contract with Oracle the company will have marketing, sales, service, and every other customer-facing function, on the Internet in every country in the world in which it does business. And Oracle will do this for a low fixed fee.

Sound impossible? How can Oracle install any one of a dozen CRM applications, globally, in less time and for less money than it takes Siebel to install just one application—sales automation—in one country? The reason Oracle can do it and Siebel can't is really quite simple.

Oracle's CRM suite is both complete and integrated (Figure 1). By *complete* we mean that every CRM application needed—marketing, sales, service, contracts, Web store, etc.—for sales and service to customers is included in the Oracle CRM suite. By *integrated* we mean that every application in the CRM suite has been engineered around a unified global customer and product database. All the applications have been designed and built by Oracle to work together and share information. So no systems integration is required to install the Oracle CRM suite.



*Figure 1. Oracle CRM Suite*

ORACLE CONFIDENTIAL

NDCA-ORCL 106690

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER