```
 1              THE UNITED STATES DISTRICT COURT
 2            NORTHERN DISTRICT OF CALIFORNIA
 3                                              Certified Copy
 4   IN RE ORACLE CORPORATION
     SECURITIES LITIGATION,
 5
 6                          Master File No. C-01-0988-MJJ
 7   This Document Relates To:
 8        ALL ACTIONS.
 9   _____
10
11
         VIDEOTAPED DEPOSITION OF CLIFFORD S. GODWIN, JR.
12
                    Friday, March 3, 2006
13
14
15
              BIEHL & BELL, ET AL.
16                REPORTING FOR:
              LiveNote World Service
17         221 Main Street, Suite 1250
          San Francisco, California 94105
18            Phone:  (415) 321-2300
              Fax:    (415) 321-2301
19
20
21
     Reported by:
22   LINDA SILVER RYAN, CSR
     CSR No. 9915
23
24
25
```

```
 1   correct?
 2        A    Packaging them.
 3        Q    What does packaging mean?
 4        A    Well, it means that -- when you build a
 5   common installation that installs the various
 6   artifacts of all of the individual applications, the
 7   things that are produced by all of the individual
 8   application teams are all essentially brought
 9   together and then packaged in a way where they are --
10   they are all installed when you install the
11   E-Business Suite.  So it's -- and there is -- there
12   are phasing -- there are aspects of installing or of
13   doing the upgrade which work more efficiently when
14   it's all done once rather than -- you don't run an
15   installation for each of the individual applications.
16   You just have one combined installation, and no
17   matter what application you're using, you are running
18   off of the one combined installation.
19             So the process of producing the one combined
20   installation from the things produced by each of the
21   individual product development groups is what Greg's
22   group did.
23        Q    Now, did Greg's -- was Greg's group also
24   responsible for developing how the various
25   applications would communicate with one another?
```

```
 1        A    No.

 2        Q    And who was responsible for that?

 3        MR. GIBBS:  Objection; vague.

 4        THE WITNESS:  I don't really understand.  There

 5   is no single person with that responsibility.

 6   BY MS. WINKLER:

 7        Q    Was there a group with that responsibility?

 8        A    Not -- not really.  That's not a -- that's

 9   not something that had a named responsibility and an

10   associated person with it.  There is a -- there are

11   common development standards that are used to build

12   the applications and principles that everybody is

13   using, and those are -- there is no individual who is

14   performing that specific task or group that is

15   performing that specific task.

16        Q    So is everyone responsible for that task in

17   a sense?

18        MR. GIBBS:  Same objection.

19        THE WITNESS:  I'm -- it's not a task.  I don't

20   understand.  You need to -- I mean, there is not a --

21   I mean, the applications all are built off of a

22   single coherent data model, and there is nobody who

23   has the task of -- I mean -- that's just the design

24   point of the applications.  That's what everybody is

25   doing is building things off of a single coherent
```

1   data model.
2         So there are people who are focused on what
3   the actual subject detail choices are going to be
4   made in any individual area, but the principle that
5   we're building off of a common data model, it's not a
6   task.  It's just a design principle of the
7   applications that everyone subscribes to.
8   BY MS. WINKLER:
9        Q   When you're talking about applications and
10  the responsibilities of these various individuals who
11  reported to Ron Wohl, are you referring only to what
12  is known as the ERP applications?
13       A   Some of the -- some of the functions I'm
14  describing spanned ERP and CRM applications, and some
15  of them were unique to activities that were unique to
16  Ron's organization.
17       Q   Going back to the list of individuals that
18  you -- who you described to me as having reported to
19  Ron Wohl, were those individuals responsible only for
20  ERP, or were they also responsible for CRM?
21       A   Varied by individual is what I'm saying.
22       Q   Going back to Mr. Klaiss, did his
23  responsibilities include both ERP and CRM?
24       A   No.  He was basically responsible for a set
25  of products that were delivered from his development

```
 1   organization that was not the CRM Mark Barrenechea
 2   organization.
 3        Q    How about Steve Miranda?
 4        A    Same.  Actually, I -- when-- let me clarify
 5   that answer.
 6             The products that -- I need to be more
 7   precise what I'm saying.
 8             The products -- I mean, Steve Miranda
 9   reported to Ron Wohl and was responsible for
10   delivering certain products.  So in that sense Steve
11   Miranda's products are part of the ERP organization
12   under Ron.  That was the management chain for that.
13   Steve Miranda produced products which were also
14   central to the CRM applications.  Steve Miranda owned
15   the customer model, which all of the CRM applications
16   depend on centrally.
17             But organizationally that reported into Ron,
18   so I'm trying to give you a distinction because if
19   you're asking did Steve Miranda report to Ron and was
20   he accountable for ERP products normally associated
21   with ERP, yes, he is.  But the CRM products depended
22   on Steve's products as well.  So I just want to be
23   clear about that.
24        Q    How about Mr. Summers?
25        A    His -- well, same -- his development
```

1   some -- just as the Trading Community Architecture
2   was owned by Steve Miranda but used consistently by
3   all of the products, including the CRM products, Joel
4   Summer's area owns the model of organizations,
5   because that's something that is very central to
6   human resources.  So his group is the one that owns
7   that but all of the applications use it.
8           So to the extent that CRM applications make
9   reference to a hierarchy of organizations that a
10  customer of Oracle sets up to model their -- how
11  their business is organized, that would use
12  facilities that were built in Joel's group.
13      Q   Now, is the model of organizations known by
14  any other terminology, or is that how it's generally
15  referred to within Oracle?
16      A   It's sometimes -- it would probably be
17  called the org model.
18      Q   The what model?
19      A   Org, short for organization.  But generally
20  that's what it is.
21          MS. WINKLER:  Let's take a short five-minute
22  break.
23          THE VIDEOGRAPHER:  Off the record at 10:05.
24          (Recess.)
25          THE VIDEOGRAPHER:  On record at 10:13.

```
 1   BY MS. WINKLER:
 2        Q   Mr. Godwin, I think I heard you testify
 3   earlier that the 11i suite of applications was built
 4   on a single coherent data model.  Is that correct?
 5        A   Yes.
 6        Q   Can you describe more about what you mean
 7   about single coherent data model.
 8        A   Right.  It means that the applications are
 9   referring -- there's a single set of tables that is
10   used to store the information in the applications and
11   that the information is -- the information needed by
12   any application is accessed from basically a single
13   way of being stored, you know, within the
14   applications.
15        Q   So if we had two individuals who were
16   programming or writing the code for two separate
17   applications and they both wanted the ability to
18   access, let's say, for example, a customer of the
19   customer's, how -- can you describe for me how the
20   single coherent data model fits into that example.
21        A   Sure.  If I were -- if I needed
22   information -- if I needed to get the customer's
23   address, for example, for a billing application or
24   for a marketing application, I would call an API
25   provided by the Trading Community Architecture team
```

1   to get information about the customer.  And I would
2   get the same information even though there was two
3   different applications.  And that information would
4   be maintained in one place by those applications.
5   And that's basically it.
6        Q   You said you would call an API provided by
7   the TCA team.  What do you mean by "API"?
8        A   Application programming interface.  There
9   are several different ways of accessing information
10  in the applications.  Developers can code SQL
11  statements directly.  The SQL structured query
12  language is basically the programming language for
13  accessing the database, so people building the
14  applications can write SQL statements directly to go
15  get the information directly out of those tables.
16           Or to have information aggregated in
17  particularly useful ways, teams will often structure
18  standard programming interfaces which allow you to
19  ask a -- ask the module a question and get an answer,
20  and those APIs can be -- can exist in a variety of
21  programming languages.  But generally the concept is
22  that you have a standard way of accessing the
23  information.
24       Q   So when you said "standard programming
25  interfaces," by that you mean the API?

```
 1      A    I'm sorry, I don't remember saying -- I
 2   think I mean -- I don't remember the question.  I
 3   don't remember what I said when I said standard
 4   programming.  What I mean is that there -- that all
 5   the applications access the information in a standard
 6   way, in the same way by calling APIs or by accessing
 7   the data directly in the tables using SQL.
 8      Q    When you say "calling APIs," what do you
 9   mean?
10      A    Meaning that the particular application that
11   wants the information as part of its code, it writes
12   code to invoke the API or to call the API, this
13   programming interface, which in effect is a way of
14   asking another part of the system for information.
15      Q    So if two different applications wanted to
16   access the same piece of information, do they use the
17   same API, or do they each have their own API to
18   access that information?
19      A    It usually -- the API is provided by the
20   group that essentially publishes the information, and
21   you can have -- you think of it as one publisher,
22   multiple subscribers.  You can have basically -- the
23   application that wants the information calls the API
24   that is provided by the supplying team, and then
25   another application that wants the information calls
```

1   mean that there were not a lot of complex pricing
2   rules, but I don't know what other -- what the
3   context of the problems or the other statements that
4   he is making are about.
5       Q   Okay.  And going down to the last sentence
6   that starts with "Oracle Internal," could you read
7   that for me, please.
8       A   "Oracle Internal is also experiencing
9   performance problems with OM."
10      Q   Do you have a recollection of Oracle
11  Internal experiencing performance problems with OM?
12      A   Not substantively.  I mean, I wouldn't tell
13  you that they didn't, but I don't remember the detail
14  of that situation.
15      Q   Do you recall when Oracle started using 11i
16  internally?
17      A   Well, 11i was -- after 11i was released or
18  even before 11i was released, Oracle Internal began a
19  project to implement 11i to upgrade our own system.
20  And so they would be in their own internal testing
21  environments, not in our actual running production
22  systems, but in our test environments we were trying
23  to do this project.  They would be testing out sample
24  flows for Oracle's own business processes.  And so
25  whether -- this may be a reference to some test that

```
 1   was going on in Oracle Internal that Ahmed was aware
 2   of, but I can't speak to that since I don't know what
 3   the substance of that is.
 4        Q   Do you have an understanding of -- strike
 5   that.
 6            Do you recall whether as of August 23rd,
 7   2000 Oracle had implemented 11i internally, and I
 8   don't mean in the test mode, that they were actually
 9   using it?
10        A   I don't believe we were live on it in August
11   of 2000.
12        Q   Do you recall when Oracle went live on 11i?
13        A   I think it was sometime in 2001.  But I
14   can't -- I mean I'm not testifying that it was
15   2000 -- sometime in 2001.  I think it was sometime in
16   2001.
17        Q   When Oracle went live on 11i, did they go
18   live on the entire suite at one time, or was it
19   implemented piecemeal?
20        A   Well, Oracle in that time frame had more
21   than one instance of the applications running, so
22   there wasn't like a moment in time when everything
23   switched over.  It was done on a -- the project was
24   done on a per instance basis.
25        Q   What do you mean by "instance"?
```

1    A    There was an installation of the
2    applications, for example, that supported -- because
3    this is how we had to do things historically, there
4    was an instance of things that supported, I don't
5    know, Japan, and different installation of the
6    applications that supported the United States, and
7    those two didn't go to 11i at the same time.
8         Q    So was it done geographically?
9         A    Yeah, partly.  There is -- I -- it was
10   largely a geographic split among the existing
11   instances that we had to upgrade.  Because
12   historically the applications before 11i, you
13   actually had to, if you were going to run multiple
14   languages, for example, you actually had to have like
15   a -- you could set up the system in French or set up
16   the system in Spanish, but you couldn't set up in
17   both French and Spanish.
18            So you had to set up a French system and you
19   had to set up a Spanish system.  So we had all these
20   systems around for that reason.  And we were
21   beginning, because 11i enables the consolidation of
22   these things all into one place, we were beginning
23   the project to do that consolidation, but we hadn't
24   done it yet since 11i was new.  So we had a bunch of
25   instances to upgrade and consolidate, and there was a

1   lot of IT activity around that.
2        Q   So was the end result one single instance,
3   or did each geographic area continue to operate on a
4   separate instance of 11i?
5        A   The ultimate result was to get to one
6   instance.  We are now at one instance as I sit here
7   today.  We are -- the process of getting there was a
8   combination of upgrading some of the other instances
9   to 11i and consolidating various countries into
10  various instances.  There is a whole consolidation
11  strategy that occurred progressing through 11i and
12  doing these consolidation projects went on in
13  parallel.
14       Q   Did the US go live on 11i first?
15       A   I think so, but I can't tell you for
16  certain.  I don't recall the status of the European
17  projects, for example, whether they -- or whether
18  some other small country made it first.  We may have
19  gone live in Latin America first because it was
20  simpler, but I don't know, so I can't answer the
21  question.
22       Q   Okay.  Looking back at the sentence that
23  starts with "We bypassed," what is your understanding
24  of the term "benchmark" as its used in that sentence?
25       MR. GIBBS:  Objection; lack of foundation.

1    Answer if you can.
2    THE WITNESS: Okay. A benchmark in this context
3    is -- I understand to mean a test, a performance --
4    a test of the large scale performance of the system
5    to determine if it will meet a customer's
6    requirement.
7    BY MS. WINKLER:
8        Q    Can you read the very first sentence on that
9    page for me.
10       A    The one that starts with "I agree"?
11       Q    Yes.
12       A    "I agree that we need to continue with our
13   analysis of OM /Pricing /Shipping /inventory /ATP/
14   Configurator performance metrics. We appreciate your
15   help."
16       Q    You can stop there. That's all right.
17            In that sentence, does -- do you have an
18   understanding of -- strike that.
19            Is Mr. Campbell -- do you have an
20   understanding of whether Mr. Campbell is referring to
21   a single application in that sentence?
22       A    Well, the Order Management system, I
23   actually don't -- I'm not the right person to tell
24   you how the taxonomy, the Order Management
25   application area breaks down. Shipping and

1   result of logged bugs being worked by development can
2   be that the issue was resolved with a code change
3   because there was actually something that needed to
4   be corrected or because it could -- or it can provide
5   a data fix or just provide advice that support
6   couldn't provide, whatever, all kinds of bugs are
7   resolved without code changes, but that's basically
8   the flow of work between development and support.
9         Q    What do you mean by the phrase data fix?
10        A    There are often -- well, I don't know often.
11  There are situations that occur where in a later
12  release of the applications we are performing tighter
13  validation that something has to be a certain way in
14  the applications, which should always have been, but
15  now we're actually checking for it in a more tightly
16  constrained fashion than we did before.  So sometimes
17  what happens in with customer data if they're
18  upgrading in particular is that some data got into
19  their system in a prior version.  It could have been
20  imported from a different system.  It could have been
21  typed in, just somebody made an error that wasn't
22  caught or whatever it might be.
23             And when the data comes up to our newer
24  system, it runs a foul of this validation.  So
25  sometimes the fix is to clean up something that

```
 1   occurred before that will make the system then in
 2   this tighter consistent state.  So it can go forward
 3   on the new software, so those aren't defects in the
 4   new software.  They're just tighter enforcements.  So
 5   we -- but sometimes we -- development because you're
 6   actually altering customer data, sometimes
 7   development expertise is needed to get that right.
 8           And so those kind of fixes are often
 9   provided by development even though they're not
10   changing code the customer is running.
11       Q   Going back to the first page of this
12   document, 078381, the last paragraph on that page
13   also uses the term "UTF8" --
14       A   Um-hum.
15       Q   -- "piece."  Do you have an understanding of
16   what that is?
17       A   Yes.  The UTF8 is a -- this is another one
18   of these kind of primer answer questions, but
19   basically when you store characters of information in
20   the system, you pick a particular end coding for
21   those, so all of the regular English characters could
22   be coded in a character set called ASCII.  And there
23   are certain characters in Western European languages
24   things like accented Es, and umlauts and things like
25   that don't exist in our standard English ASCII --
```

1   American English ASCII code set.  So there is a
2   broader code set, a Western European code set that
3   encompasses all of the characters needed to run in
4   Western Europe and the US.
5              You go to other parts of the world where
6   you're -- like Greece or Russia and you get into
7   characters that are completely different from the US
8   encoding of, you know, Slavic language and coding
9   Greek and coding Semitic language and coding
10  Japanese, Chinese, Korean, Hindi and so forth, all
11  kinds of languages.
12             UTF8 is a character encoding that will
13  support all of the languages that are spoken in the
14  world, and so one of the goals of 11i was to allow
15  all of these geographic regions to run in a common
16  system.  And so to do that, we had to support people
17  using this UTF8 character set which we had not
18  supported previously.  So it used to be if you wanted
19  to have a Russian system, you had to like set up your
20  database with a Russian character set and on Western
21  European you had had to set that up with Western
22  European character set and you couldn't put Russian
23  characters in the Western European because they would
24  just be garbage.
25             And that was the state of the world before

1   we got to this common system in support of UTF8, so
2   now you can run Russian and Korean and Arabic and
3   English all in a common system with 11i.
4        Q    What group at Oracle was responsible for
5   bringing in UTF8 as part of 11i?
6        A    Well, there are a lot of groups that had to
7   do work and my group was really the one that was
8   coordinating that activity.
9        Q    What do you mean when you say there are a
10  lot of groups that had to do work?
11       A    Well, the nature of the changes that you
12  need to make to support UTF8 is something that
13  affects potentially all the different applications.
14  In particular, if you are -- just to give you a sense
15  of the issue, I'm happy to -- like I say, I mean I
16  think is fascinating stuff, I spend all day on it.
17            But basically, if you have a 30-character,
18  you know, Japanese name, in the Japanese character
19  set, that only takes 30 bytes of information.  Or a
20  Tai, better example, a Tai in Thailand, you can have,
21  there is a Tai character set and with one byte of
22  information you can store every character just like
23  English.  The problem is when you go to UTF8 just
24  because you ran out of positions in the table of all
25  of the characters, it takes two or even more

1   characters just because where it lands to support --
2   to identify the character in the Tai character set.
3           So where you used to have a 30-byte storage
4   allocation in your program to hold the name, now you
5   have to change your program to have 60 or 90 or
6   something because you might be filling it up with Tai
7   name.
8       Q   So that's what the individual application
9   groups?
10      A   The individual application groups had to do
11  that, and we basically coordinated that type of
12  activity across the application groups to lengthen a
13  bunch of character columns in the applications.
14      Q   Now, did UTF8 -- did the UTF8 piece need to
15  be, I don't know the correct term, but need to be set
16  up before 11i could be used in any other languages?
17      A   No, it's a choice that a customer would have
18  if you -- which is apparently what GE is referring to
19  here.  If you -- if you are still just a Western
20  European customer of the business suite, you can
21  still run in the Western European character set.
22  Life goes on.  Right.  So it's really -- the reason
23  you would convert to UTF8 would be if you really were
24  trying to deploy to users in beyond the Western
25  European character set and really having people from

```
 1
 2
 3         I, the undersigned, a Certified Shorthand
 4   Reporter of the State of California, do hereby
 5   certify:
 6         That the foregoing proceedings were taken before
 7   me at the time and place herein set forth; that any
 8   witnesses in the foregoing proceedings, prior to
 9   testifying, were placed under oath; that a verbatim
10   record of the proceedings was made by me using
11   machine shorthand which was thereafter transcribed
12   under my direction; further, that the foregoing is an
13   accurate transcription thereof.
14         I further certify that I am neither financially
15   interested in the action nor a relative or employee
16   of any attorney of any of the parties.
17         IN WITNESS WHEREOF, I have this date subscribed
18   my name.
19
20   Dated:    March 20, 2006
21
22
23         _____
             LINDA STEVER RYAN, CSR
24           CSR No. 9915
25
```