# LIVENOTE | World Service℠

*A new perspective on court reporting.*

**In the United States District Court
Northern District of California**

CONFIDENTIAL

Deposition of
Alan Fletcher

April 6, 2005

**In re: Oracle Corporation Securities Litigation**



A LiveNote World Service Transcript. Reported by CLSP, Sheila Chase & Associates
LiveNote Inc. • 221 Main Street, Suite 1250, San Francisco, California 94105 • 1-800-LIVENOTE

Fletcher, Alan  4/6/2005

1   IN THE UNITED STATES DISTRICT COURT
2   NORTHERN DISTRICT OF CALIFORNIA
3
    In re ORACLE CORPORATION
4   SECURITIES LITIGATION
            Master File No. C-01-0988-MJJ
5   This Document Relates To:
6   ALL ACTIONS.
    _____/
7
8
9           ---oOo---
10          CONFIDENTIAL
11   30(b)(6) DEPOSITION OF ALAN FLETCHER
12          Wednesday, April 6, 2005
13          ---oOo---
14
15          SHEILA CHASE & ASSOCIATES
              REPORTING FOR:
16          LiveNote World Service
          221 Main Street, Suite 1250
17        San Francisco California 94105
            Phone: (415) 321-2311
18          Fax: (415) 321-2301
19
20
21   Reported by:
     LORRIE L. MARCHANT, CSR, RPR
22   CSR No. 10523
23
24
25

Page 1

Fletcher, Alan 4/6/2005

1    necessary to achieve a complete view."

2       Do you see that?

3    A. Correct, yes.

4    Q. Can you just read that sentence for me?

5    A. "This tight integration is also necessary

6       to achieve a complete view of the impact

7       that customer-related -- -related activity

8       have throughout the enterprise."

9    Q. What is meant by "tight integration"?

10   A. Tight integration refers to the -- the level of

11   integration that exists within -- between modules within

12   the E-Business Suite.

13   Q. So when you say "level," does that -- the level

14   of integration, does that mean -- withdrawn.

15      How do you measure the level of integration

16   between the modules?

17   A. I know of no scientific way to measure the

18   level of integration.

19   Q. So how does one determine whether integration

20   is "tight"?

21   A. It's a relative scale, and this is saying

22   relative to software from disparate software vendors,

23   which you would integrate yourself.

24   Q. And they're saying Oracle's -- the 11i Suite

25   had the integration between its modules in the suite

Fletcher, Alan  4/6/2005

1   with type?

2       A.  It is saying that the integration within the
3   E-Business Suite is tighter than the information would
4   be if you were to buy your applications from multiple
5   software vendors and integrate them yourself.

6       Q.  M-hm.  And did Oracle -- withdrawn.

7           Prior to May 24th, 2000, did Oracle test the
8   integration of the 11i modules internally at Oracle?

9       A.  Yes.

10      Q.  Okay.  And how was that testing done?

11      A.  I -- I don't recall specifics.

12      Q.  Was it -- well, generally how -- withdrawn.

13          You have approximately 20 years of software
14  experience, right?

15      A.  Correct.

16      Q.  Generally -- well, withdrawn.

17          And you've been at Oracle for what, almost
18  14 years, 15 years?

19      A.  15, 16 years.

20      Q.  Okay.  And generally can you explain to me how
21  testing of -- of 11i -- or withdrawn -- of software
22  integration is done.

23      A.  I'm not sure there's any general answer to
24  that.  I'm not sure how to answer you.  You need to ask
25  me something more specific.

Page 67

Fletcher, Alan  4/6/2005

1  Q. Well, you indicated earlier that it was your

2  belief that -- I guess Oracle's belief that the

3  integration of these modules eliminated costs based on

4  your 20 years or almost 20 years experience.

5      And I'm trying to understand how one would

6  test -- someone with -- withdrawn.

7      I'm trying to understand how someone with your

8  experience would test the integration of -- of modules.

9  A. I would test the integration of modules by

10 installing the software, configuring the software, and

11 running through test cases which exercise those

12 integration points.

13 Q. The last part? Exercise what?

14 A. Those integration points.

15 Q. And was that what Oracle did with Suite 11i

16 in -- say, before May 24th, 2000?

17 A. Can you repeat the question, please.

18      (Record read as follows:

19      "Q And was that what Oracle did with Suite

20      11i in -- say, before May 24th, 2000?")

21      THE WITNESS: Yes.

22      MR. WILLIAMS: Q. Okay. Was that done

23 internally at Oracle?

24 A. Yes.

25 Q. Was it also done at customer sites before

Fletcher, Alan 4/6/2005

1     Q. In the same bug database?

2     A. Correct.

3     Q. How is one -- how can one differentiate the

4     bugs that were experienced by Oracle in its own

5     implementation from bugs that were being experienced by

6     customers?

7     A. Within the bug database, there's a field where

8     we capture the customer name. We would have used

9     "Oracle internal" or something along those terms.

10    Q. M-hm. How is -- if one were to review the --

11    the bug database, which seems like the primary database

12    where problems with the software are housed, how would

13    one determine whether a bug or type of bug impacted the

14    integration of the applications or modules in the

15    11i suite?

16         MR. KRISS: Could I have that read back,

17    please.

18         (Record read as follows:

19         "Q How is -- if one were to review the --

20         the bug database, which seems like the

21         primary database where problems with the

22         software are housed, how would one

23         determine whether a bug or type of bug

24         impacted the integration of the

25         applications or modules in the 11i suite?")

Page 138

Fletcher, Alan  4/6/2005

1      THE WITNESS:  So there was no structured way

2   where integration-related issues were characterized.

3   You would need to search through the narrative within

4   the bugs for a specific term, such as integration or

5   review each bug one at a time.

6      MR. WILLIAMS:  Q.  M-hm.  And, say, after --

7   say, between May 2000 and May of 2001, did you have

8   access to the bug database?

9      A.  Yes.

10     Q.  And would you characterize -- withdrawn.

11        Would you say that there were, you know,

12  thousands or millions of bugs for that period of time in

13  the bug database?

14     A.  Not millions, maybe thousands.

15     Q.  Maybe thousands?

16     A.  I don't know.

17     Q.  Okay.  Can you tell -- can you describe for me

18  what is meant when Oracle says that the 11i E-Business

19  Suite or -- yeah, the 11i E-Business Suite was based on

20  a single schema?

21     A.  Yes.  The -- all of the modules of the

22  E-Business Suite share a common integrated schema.

23     Q.  What is a schema?

24     A.  A schema is the -- is the -- this is, kind of,

25  hard to explain.  A schema is the representation of all

Fletcher, Alan  4/6/2005

1  of the data objects required to fulfill the business

2  functionality supported by the E-Business Suite.

3  Q.  Is -- is -- is a -- well, withdrawn.

4  The basis of 11i being on a single schema --

5  was that different from software applications that are

6  typically made by other companies?  I'm trying to

7  differentiate between Oracle being on a single schema

8  and other providers doing something different.

9  A.  Yes.

10  Q.  What -- are other software companies, at least

11  at the time, writing software on multiple different

12  schemas?

13  A.  Yes.

14  Q.  What is a -- a single instance?

15  A.  A single instance refers to a single instance

16  of the database supporting a company's entire global

17  business operations.

18  MR. WILLIAMS:  Can you read that back, please.

19  (Record read as follows:

20  "A  A single instance refers to a single

21  instance of the database supporting a

22  company's entire global business

23  operations.")

24  MR. WILLIAMS:  Q.  You used the term "single

25  instance" in there, and I still don't understand what

1   single instance means?

2   A. "Single" meaning one.

3   Q. What's an "instance"?

4   A. An occurrence. So a single occurrence of the

5   database.

6   Q. So if -- if a customer is going live on a

7   single instance of 11i, what does that mean?

8   A. It means that that customer will be running the

9   entire scope of their implementation in one database.

10   Q. Are you familiar with the acronym BOL?

11   A. Yes.

12   Q. What is that?

13   A. Business Online.

14   Q. Okay. Can you tell me what a "hot patch" is?

15   A. A hot patch, we -- I don't know of any formal

16   definition of a hot patch, but generally that term

17   applies to a patch that can be implemented on a system

18   while that system is running certain business processes.

19   Q. So is it fair to say that -- other types of

20   patches, a business would have to, kind of, bring down

21   their system or, kind of, shut down the system to apply

22   a patch and then bring it up again?

23   A. Some patches.

24   Q. Some patches?

25   A. Yes.

CONFIDENTIAL depo of Alan Fletcher, 4/6/2005

```
 1            CERTIFICATE OF DEPOSITION OFFICER
 2       I, LORRIE L. MARCHANT, RPR, CSR NO. 10523, duly
 3   authorized to administer oaths pursuant to Section
 4   8211 of the California Code of Civil Procedure, hereby
 5   certify that the witness in the foregoing deposition
 6   was by me sworn to testify to the truth, the whole truth
 7   and nothing but the truth in the within-entitled cause;
 8   that said deposition was taken at the time and place
 9   therein stated; that the testimony of said witness was
10   reported by me and was thereafter transcribed by me or
11   under my direction by means of computer-aided
12   transcription; that the foregoing is a full, complete
13   and true record of said testimony; and that the witness
14   was given an opportunity to read and correct said
15   deposition and to subscribe same.
16       I further certify that I am not of counsel or
17   attorney for either or any of the parties in the
18   foregoing deposition and caption named, nor in any way
19   interested in the outcome of the cause named in said
20   caption.
21       IN WITNESS WHEREOF, I have hereunto subscribed
22   by my hand this 11th day of April, 2005,
23
24   _____
     LORRIE L. MARCHANT, RPR, CSR NO. 10523
25
```

Fletcher, Alan 4/6/2005

1     CERTIFICATE OF WITNESS

2

3     I, the undersigned, declare under penalty of

4 perjury that I have read the foregoing transcript, and I

5 have made any corrections, additions, or deletions that

6 I was desirous of making; that the foregoing is a true

7 and correct transcript of my testimony contained

8 therein.

9

10 EXECUTED this __23rd__ day of __June__,

11 20_06_, at __Redwood Shores__, __CA__.

     (City)     (State)

12

13

14

15 __A. Fletcher__

    ALAN FLETCHER

16

17

18

19

20

21

22

23

24

25

# ERRATA

Deposition of: __Alan Fletcher__

I wish to make the following changes for the following reasons:

| Page | Line | | |
|---|---|---|---|
| 35 | 17 | Change: | Change "Williams" to "Kriss" |
| | | Reason: | Reporter Error |
| 61 | 25 | Change: | Change "Discounted" to "Documented" |
| | | Reason: | Reporter Error |
| 67 | 1 | Change: | Change "with type" to "were tight" |
| | | Reason: | Reporter Error |
| 81 | 8 | Change: | Change "times" to "types" |
| | | Reason: | Reporter Error |
| 116 | 11 | Change: | Delete "use" |
| | | Reason: | Reporter Error |
| 131 | 8 | Change: | Change "A business" to "E business" |
| | | Reason: | Reporter Error |
| 166 | 20 | Change: | Change "maxtrix" to "metrics" |
| | | Reason: | Reporter Error |
| 215 | 24 | Change: | Change "P4" to "P3" |
| | | Reason: | Witness mis-spoke |

Signed: _A. Fletcher_
Date: _6/23/06_