```
 1              IN THE UNITED STATES DISTRICT COURT
 2                NORTHERN DISTRICT OF CALIFORNIA
 3                           ---oOo---
 4                                          Certified Copy
 5
 6    In re ORACLE CORPORATION
      SECURITIES LITIGATION
 7                              FILE NO. C-01-0988-MJJ
 8    This Document Relates To:
      _____/
 9
10
11                        CONFIDENTIAL
12              DEPOSITION OF W. BRADFORD SCOTT
13                   Tuesday, June 13, 2006
14
15              SHEILA CHASE & ASSOCIATES
16                    REPORTING FOR:
17                 LiveNote World Service
18              221 Main Street, Suite 1250
19             San Francisco, California 94105
20                 Phone: (415)  321-2300
21                 Fax:   (415)  321-2301
22
23
24    Reported by:
25    ANDREA M. IGNACIO HOWARD, RPR, CSR NO. 9830
```

```
 1       A    Yeah, I think that's probably a fair
 2   statement.
 3       Q    Okay.  Which applications in the CRM were
 4   part of those end-to-end business flows?
 5       A    I think they pretty much touched them all.
 6       Q    Okay.  So there was overlap in the -- in the
 7   products that Mr. Davis and Ms. Heinrich were working
 8   with and the end-to-end business flows; is that fair?
 9            MR. GIBBS:  Objection; vague.
10            Answer, if you can.
11            THE WITNESS:  Well, the business flows
12   were -- would span -- application development is, you
13   know, kind of very siloed, a bunch of silos.
14   Businesses don't work that way.  They work on very
15   broad business prospects across the parts.
16            The -- Todd and Noreen had experts in those
17   application silos, but they were also trained on the
18   business droves that traversed the predominant areas
19   of their expertise.
20            Keever's focus was on, you know, the
21   broad-based, which actually crossed into ERP as well.
22   You know, these broad-based business flows.  So they
23   were complimentary in terms of what they were doing,
24   but the -- our -- our people and Todd's and Noreen's
25   area became experts in the business flows --
```

1   Q   Okay.
2   A   -- around their areas.
3   Q   Okay. And are you familiar with the term
4   "integration" as it's used in the applications
5   software industry?
6   A   Yes, I'm familiar with it.
7   Q   And what's your understanding of that term?
8   A   Well, it takes place in different levels. I
9   think the most fundamental capability around
10  integration is data integration.
11  Q   Okay.
12  A   And if you look at what happens in a lot of
13  companies, you know, they'll have a hodgepodge of
14  systems, and so they'll have a marketing system that
15  has a definition of customer which is different than
16  the sales definition -- sales system, which is
17  different than the order of management, which is
18  different than their accounts receivable.
19      And so these systems integrators have to go
20  out and work with these customers to write all this
21  stuff.
22      To my knowledge, 11i was the first commercial
23  application that ever had a single schema, which means
24  a single definition of customer. So when a marketing
25  system defined customer, the sales system sought and

1  could add information to it.
2          The order of management system could take an
3  order for that customer, and the accounts receivable
4  system could build that customer.  And so when you
5  hear a lot of discussion around integration, probably
6  the hardest problem was this common definition and the
7  common use of the same data across an application
8  suite, and that's -- I mean, even Siebel have multiple
9  customer definitions.  PeopleSoft, SAP, all multiple
10 schemas.
11         We, I believe, are the first -- I think still
12 today -- the only one in the e-business suite of our
13 business to have a single schema application.
14    Q   Now, this integration, as you described it to
15 me, is that what Mr. Keever was working on with this
16 sort of horizontal affect from the end-to-end business
17 flows?
18    A   Well, no.  I think that our development
19 organization was working on that.
20    Q   Okay.  I'm just trying to get an
21 understanding.
22    A   I think he was configuring.  When you --
23 applications come with many switches, which are
24 options.
25    Q   Okay.

```
 1      A   Some are driven by data, some are driven by
 2   configurations.
 3          What Mark was working on was
 4   preconfigurations across the suite of these major
 5   business flows to ensure our customer -- our
 6   consultants knew how to activate it properly and had
 7   the collateral to successfully deliver it into -- into
 8   our customer base.
 9      Q   Okay.  And Mr. Keever -- if I understand your
10   testimony correctly -- Mr. Keever was attempting to do
11   that for all of the applications within CRM and also
12   if they connect to ERP?
13      A   That is correct.  That is correct.
14      Q   Okay.  Could you explain.  I'm still having a
15   little bit of trouble with this concept.
16          If there's integration, this shared data
17   among certain modules, then what type of
18   preconfiguration is necessary in addition to that
19   integrated schema?
20          MR. GIBBS:  Objection; vague.
21          Answer it, if you can.
22          THE WITNESS:  This goes back to that point
23   about having all these switches.
24          MS. ANDERSON:  Right.
25          THE WITNESS:  So, for example --
```

```
 1                    CERTIFICATE OF REPORTER
 2
 3         I, ANDREA M. IGNACIO HOWARD, hereby certify
 4   that the witness in the foregoing deposition was by me
 5   duly sworn to tell the truth, the whole truth, and
 6   nothing but the truth in the within-entitled cause;
 7
 8         That said deposition was taken in shorthand
 9   by me, a Certified Shorthand Reporter of the State of
10   California, and was thereafter transcribed into
11   typewriting, and that the foregoing transcript
12   constitutes a full, true and correct report of said
13   deposition and of the proceedings which took place;
14
15         That I am a disinterested person to the said
16   action.
17
18         IN WITNESS WHEREOF, I have hereunto set my
19   hand this 22 day of June 2006.
20
21   _____
22         ANDREA M. IGNACIO HOWARD CSR No. 9830
23
24
25
```