1                IN THE UNITED STATES DISTRICT COURT

2                  NORTHERN DISTRICT OF CALIFORNIA

3                                                    CERTIFIED COPY

                                          )
4    In re ORACLE CORPORATION             )
     SECURITIES LITIGATION                )  Master File No.
5    _____  )
                                          )  C-01-0988-MJJ
6    THIS DOCUMENT RELATES TO:            )
                                          )
7        ALL ACTIONS.                     )
     _____  )

8

9

10

11                        CONFIDENTIAL

12

13                         VOLUME II

14   VIDEOTAPED DEPOSITION OF EDWARD J. SANDERSON, JR.

15               Wednesday, July 26, 2006

16

17                     VIDEOTRACK LLC
                       Reporting For:

18

19                 LiveNote World Service
                 221 Main Street, Suite 1250
20           San Francisco, California  94105
                 Phone:  (415) 321-2300
21               Fax:  (415) 321-2301

22

23

24   REPORTED BY: KAE F. GERNANDT
                  CSR No. 5342

25

1   who prepared this, right?

2          A.    As I said, just previously in my

3   testimony, I believe it was done by Jim English or

4   somebody in his organization.   This is what Finance

5   would typically do.

6          Q.    Okay.   Is it fair to say you got

7   something like this on a weekly basis?

8          A.    Yes.   With one qualification, Shawn.   At

9   the beginning of the quarter, I might get it every

10  two weeks, and then toward the end of the quarter, I

11  would get it every week.   And then possibly even --

12  I would say once a week at least.

13         Q.    Okay.   In the first section, it appears

14  to be a summary of the forecast for each region that

15  you were responsible for, right?

16         A.    Right.

17         Q.    And the last row says "HQ."   I'm

18  assuming that's headquarters.

19         A.    Uh-huh.

20         Q.    Do you know what that line represents?

21         A.    That may have been my judgment --

22  "Management judgment has become larger since prior

23  forecast."   That must have been my judgment.

24         Q.    The HQ judgment was --

25         A.    Yeah.

1          Q.    -- your judgment?

2          A.    Yeah.

3          Q.    Okay.  On the right, it has some reasons

4    for changes in the forecast.

5          A.    Uh-huh.

6          Q.    And the first one from the Central says

7    "Compaq removed from forecast."  You see that?

8          A.    Yes, I do.

9          Q.    Does that indicate that, at least for

10   2Q, whatever deal this is referring to is not going

11   to close in Q2?

12         A.    Yeah.  Through the process -- for

13   example, you might do -- you typically do the demo

14   early on in the sales cycle.  And then after you've

15   done the demo, you'll have more discussions with the

16   client.  You'll, obviously, from a sales perspective

17   be encouraging the client to close that quarter.

18   They may have different reasons that they choose not

19   to.

20               And I don't recall here why that's the

21   case.  But, obviously, Compaq went out of the -- was

22   in the forecast, and then we took it out, which was

23   not unusual to have deals move in and out during the

24   quarter.

25         Q.    Sure.

1        A.    I mean, that's the art of sales.

2        Q.    Okay.  And the next row says, "Large

3   upside deals," explaining changes in the West.  And

4   that's Sun and Gap, right?

5        A.    Uh-huh, yes.

6        Q.    And does that appear to indicate that

7   the expectation was that Sun and Gap would be part

8   of a possible upside for the quarter?

9        A.    Yes.  Just as Compaq had moved out, Sun

10  and Gap either came into the -- into the -- had some

11  relation to the forecast or were already there and

12  had increased.

13        Q.    Okay.  Just going down to where it says

14  "Consulting, LOB."

15        A.    Uh-huh -- yes.

16        Q.    A few bullet points, probably six or

17  seven bullet points down, it says, "Bookings of

18  50 million represent a 1.3:1 book to bill ratio."

19  Can you explain that to me?

20        A.    One of the things that, as I recall,

21  that you want to do -- I was always -- I like to

22  focus to book to bill ratio.  And what you wanted is

23  that you're booked, which means new consulting

24  engagements sold, so new projects -- that I'd want

25  that number ideally to be higher than what we were

1          A.    She used to work for me.  She was in my

2     group, and then she -- she ran my applications

3     service line.  And then she had an opportunity to

4     have a promotion, and I believe that she went over

5     and ran the partnering program, I think, for the

6     company or for the Americas.  I think probably for

7     the -- I'm not sure, but she went into some

8     partnering role, but it was a promotion for her.

9          Q.    And that was similar to what Valerie

10    Borthwick was doing?

11         A.    Valerie's focus on partnering was

12    largely around the General Business space.  What

13    Renee, as I recall, was doing, was focusing on

14    partner programs in general, whether it applied to

15    Majors, whether it applied to OPI.

16              She would have relationships with

17    companies like Accenture, Deloitte.  I remember she

18    actually brought Deloitte into my office a couple of

19    times.  And it could be Price Waterhouse when --

20    before they became part of IBM Global Services,

21    those kinds of things.

22              So, she would have kind of the more

23    executive-level relationships, broad-based

24    relationships within those companies.  And in those

25    companies, they would typically have a Renee Ni-like

1    person that she would connect with.

2         Q.    Okay.   Let's take a look at page 11 --

3         A.    Okay.

4         Q.    -- and from line 12 down to 25.  If you

5    can just read that to yourself.

6         A.    Okay.

7         Q.    Okay.  Here's what you're talking about,

8    the E-Business Suite, right?

9         A.    It is, but particularly a subset of the

10   E-Business Suite, and that is the one -- the concept

11   of one data model for all the applications.

12        Q.    Right.  And then you talk about that,

13   the single customer database.  And line 22, you say,

14   "Whether you're touching them there.  Whether you're

15   touching them through once you've taken the order,

16   through orders that once you capture that order,

17   that that impacts your manufacturing," et cetera,

18   are you referring to order management or supply

19   chain management there?

20        A.    What I'm talking about is, regardless of

21   the application, if -- within the E-Business Suite

22   or the module within the E-Business Suite, if it's

23   touching the customer, it's going to go to one

24   database.

25               So, to answer your question, if it's

1    accounts receivable, if it's taking an order, if

2    it's -- if it has something to do with manufacturing

3    a product, a discrete product for a particular

4    customer, that would all be captured in that single

5    database.

6         Q.   Okay.  So, you're not talking about a

7    specific module in that section?

8         A.   No.  It's actually a series of

9    modules --

10        Q.   Okay.

11        A.   -- just showing that the architecture of

12   the product was that you had one database, which was

13   a real advantage over best-of-breed solution because

14   then everybody brings their own customer database

15   in, and that's when you have to do the interfacing.

16        Q.   Okay.  If you go to page 13 at the

17   bottom --

18        A.   Okay.

19        Q.   -- you -- looks like you're talking

20   about -- well, you say, "For example, in the sales

21   area, the sales automation area, I can now -- Larry

22   can look at, for example, our forecast on a global

23   basis, our forecast around the world up to the

24   minute at any level of detail you want to see.  You

25   can go down to that account rep in Hungary or you

```
 1    can look at it on a global around the world."  See
 2    that?
 3            A.   Yes, I do.
 4            Q.   And that's referring to Oracle
 5    SalesOnline there?
 6            A.   That would be -- yes.  At least -- I
 7    can't say it's only Oracle SalesOnline but, clearly,
 8    Oracle SalesOnline is the module that comes to my
 9    mind that does that.
10            Q.   Okay.  And that's what -- well,
11    withdrawn.
12                 Then later on on page 14, you say, "Now
13    I can see every deal out there that my reps around
14    the world are working.  So, that's a significant
15    benefit."
16            A.   Yeah.
17            Q.   Still talking about Oracle
18    SalesOnline --
19            A.   Most likely, yes.
20            Q.   -- mostly?
21                 On the bottom of page 15, you say, "It's
22    all about 11i.  That's our E-Business Suite.  Here's
23    the status of our internal rollout because we're
24    implementing these in Oracle."  Right?
25            A.   Uh-huh.
```

1

2

3                          REPORTER'S CERTIFICATE

4

5              I, KAE F. GERNANDT, a Certified Shorthand

6     Reporter for the State of California, do hereby certify:

7              That the witness in the foregoing deposition

8     was by me duly sworn; that the deposition was then taken

9     before me at the time and place herein set forth; that

10    the testimony and proceedings were reported by me

11    stenographically and were transcribed through

12    computerized transcription under my direction; and the

13    foregoing is a true and correct record of the testimony

14    and proceedings taken at that time.

15             IN WITNESS WHEREOF, I have subscribed my

16    name this 3rd day of August, 2006.

17

18

19

20    _____

21             Kae F. Gernandt, CSR No. 5342

22

23

24

25

568