# Evaluation of: Oracle Sales

**Software Supplier: Oracle**

| Web site: | www.oracle.com |
|---|---|
| Main phone: | 650-506-7000 |
| Name of Current Release: | Oracle CRM 11i Release 5.6 |
| Date of Current Release: | 2001 |
| Date of Next Release: | TBD |

**Strengths:**

- Availability of Incentive Compensation, a module for determining sales commissions (a fairly unique feature in the industry).

- Integration with back-office functions, including a shared data model that provides Oracle customers with the opportunity to have stronger links with functions such as order management and product availability (ATP, etc.).

- Integration with an online selling application — Oracle's iStore.

- Partners Online is a Partner Relationship Management (PRM) module for managing VARs and VADs (on the organization's instance of the application) as well as providing a partner exchange, which resides on a separate instance of the application. This is useful for enabling the user to determine the degree of visibility partners will have into the user's information.

- The application provides an advanced pricing engine and product configurator (Quote versioning is also supported).

- Advanced multi-channel tools: Mobile Device Gateway (Laptop/Palm PDA), Wireless Device Gateway and 9iAS Wireless Edition (WAP Phones and Wireless PDAs), full telephony support (VoIP, IVR, PBX/ACD integration), Web-based chat/collaboration (iMeeting), Email (eMail Center).

- iMeeting provides Web-based collaborative chat and co-browsing for real-time, interactive selling sessions.

**ORACLE CONFIDENTIAL**

Copyright © 2001 META Group Inc. SPEX is a division of META Group Inc. and may be reached at 1950 Roland Clarke Place, Suite 300, Reston VA 20191. Phone (703) 860-6223 Fax (703) 860-6611 Web checkspex.com. This publication may not be reproduced in any form or by any electronic or mechanical means, including information storage and retrieval systems, without prior written permission. All rights reserved. Reprints are available.

NDCA-ORCL 009889

Evaluations

On December 13, 2001, Oracle released its 2Q02 financial results. The company announced second quarter revenues of $2.4B and net income of $549M. Earnings per share of $0.10 compares with $0.11 in Q2 last year. Second quarter operating margins were 35% versus 36% last year. New software license sales were down 27%, while software license renewals and product support services were up 8% and 12%, respectively. Services revenue was flat with the prior year.

The company has approximately 43,000 employees and a presence in 140 countries worldwide. In addition to its leading position in the application market, the company is a leader in the field of database management systems, owning 80% of the current market. Companies acquired during the last five years include: Datalogix (1/95), Treasury Services Corporation (8/97), Activa (from PwC) (11/98), Concentra (12/98), Tinoway (1998), Geodan (1999), Versatility (1998), eTravel (3/99), Graphical Information (10/98), and Financial Projects (1999). Oracle's direct competitors include SAP and PeopleSoft.

**Package Background:**
Oracle CRM applications are a part of the Oracle E-Business Suite. The suite uses a multi-tier, 100% Internet computing-based architecture with shared application schema and data models (customer, inventory, order management, pricing, etc.).

The suite provides a scalable thin-client solution that uses no proprietary software on the desktop. It is layered, component-based, and has a 100% Internet-based architecture. The Data Tier is based on an Oracle9i database, which hosts the Oracle E-Business Suite schema, PL/SQL APIs, and some common interfaces.

The lowest layer on the Application Tier is the Data Access Layer. It manages a pool of database connections for scalability and offers an object-oriented framework for business objects. Business logic is implemented in Java and leverages a set of common services that include important functions (e.g., security, session management, UI components, cache, search).

HTML and WML application pages are served through a standard JSP/Servlet infrastructure. WML support uses a WML adaptor that translates XML output into the various WML flavors supported by WML-based devices.

B2B and application-to-application (A2A) integration and transactions are enabled through XML/SOAP open-source based technology, which leverages the investment made in business logic in the application tier and exposes it in the form of Web Services. For intra-enterprise integration (EAI), Oracle 9iAS InterConnect currently offers adapters for all major ERP systems (PeopleSoft, SAP, JD Edwards) and Siebel 2000. InterConnect consists of a design environment, metadata repository, adapters to

**ORACLE CONFIDENTIAL**

Copyright © 2001 META Group Inc. SPEX is a division of META Group Inc. and may be reached at 1950 Roland Clarke Place Suite 300 Reston VA 20191 Phone (703) 860-6223 Fax (703) 860-6611 Web checkspex.com. This publication may not be reproduced in any form or by any electronic or mechanical means including information storage and retrieval systems, without prior written permission. All rights reserved. Reprints are available.

NDCA-ORCL 009891