| Time Code | | Notes |
|---|---|---|
| | Please welcome, Chairman and CEO, Oracle Corporation, Larry Ellison. | |
| 13:09:05 | Thank you. Thank you very much. Well it's been about, what is it, been eight months since we released Version 11i of our applications, the eBusiness suite and I thought I'd take a bit of time to give you a report card. How we've done in our first eight months. And we have literally dozens, actually more than a hundred customers live on 11i but I'm going to highlight some of the, I'm going to start with some very, very large companies and then I'll talk about other companies, that are just about to go live with the suite. | |
| 13:09:48 | Maybe the most interesting, maybe the most interesting, we're talking about the world's largest steel company that will be going live this year on the eBusiness suite. The, one of the world's, one of the world's, you know, largest technology, technology companies going live on the complete suite. But perhaps the single most interesting company is General Electric. General Electric in many ways is a very, it's a very, it's a very unusual company. It's got many different divisions. They're in the finance business. They've got GE Capital. | |
| 13:10:32 | They're in the aerospace and defense business. They make jet engines. And actually they've got a division called GE Power where they make power generating equipment and it's a $22 billion business. And it turns out we signed a contract for the eBusiness suite with General Electric Power in November, in November and they will have completely re-engineered their business, that is redefined all of their business processes, simplified their business processes and moved those processes to the Internet and bring, and bring a new plant live in five months. In | |

ORCL 0122992
ORACLE CONFIDENTIAL

**CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER**

NDCA-ORCL 306988

AppWorld 2001
Larry Ellison Keynote

| Time Code | | Notes |
|---|---|---|
| | information gets. | |
| 13:35:00 | It's true. Let me tell you why. Our IT systems are so fragmented. We have so many IT systems. Everyone says hey, let's put that great new Siebel system in for sales automation. That will cost a lot of money. That must be good. We'll be spending more on IT. That will make the board happy. Let's put that great new Web store in from BroadVision. That will, that's good. The trouble is the BroadVision system is separate from the Siebel system. You are fragmenting your information. You have too many IT systems. You're spending too much money on IT because you have too many separate systems. Every time you build another separate system, you still further fragment your information. | |
| 13:36:02 | Some of your data is in the Epiphany marketing system. Some of your data is in the Siebel system. Some of your data is in the SAP system. Some of your data is in a PeopleSoft system. Some of your data is in an I2 system. Some of your data is in a BroadVision system. No wonder you can't see what's happening in your business. Your data is chopped up into too many separate systems, too many separate databases. | |
| 13:36:32 | The more you spend, the worse it gets. Every time you put in another brand new separate system, you take another little piece of your data and hide it in another place. You implement another separate set of processes. But, of course, people tell you and I'll pick on IBM. IBM tells you this is not a problem. We can help you. We can glue all of these separate systems together. We can glue them all together. And it's a process we call systems integration. Great word, systems | |

ORCL 0123003
ORACLE CONFIDENTIAL

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 306999

AppWorld 2001
Larry Ellison Keynote

| Time Code | | Notes |
|---|---|---|
| | integration. | |
| 13:37:23 | IBM has 300,000 consultants that are eager to help you with your problems. All they want to do is help. And they do this thing called systems integration. And IBM actually how now, they've now made, they now have alliances. Partnerships with 500 separate software companies to give you a large menu of choices to choose from and once you choose, they will, they have guys with glue guns come and glue it all together for you. And that's IBM's business, right now. | |
| 13:38:12 | IBM's software business is actually getting smaller but IBM's labor business is getting bigger. What is systems integration anyway? What does it mean to attach the Epiphany system to the Siebel system, to the BroadVision system, the SAP system, to the I2 system, to the CommerceOne system? What is it, what does that mean? How do they do it? What do those 300,000 people do all day? Well, let's look at a normal day in the life of a company. | |
| 13:38:54 | One of the things companies like to do is sell their stuff. Got to find people who are interested in buying your stuff. So it's called marketing. So we want to, let's say we want to use, let's say, and let's say we're using the Internet. We want to use the Internet and we want to send electronic mail to tens of thousands of prospective customers. How do we do that? Well, we bought this Epiphany system over here for marketing so we have to load the Epiphany database with the names and addresses of these thousands and thousands of people we want to send an e-mail to. That's what the Epiphany system does. It's an, it's an, it's an Internet marketing system. | |

ORCL 0123004
ORACLE CONFIDENTIAL

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 307000

AppWorld 2001
Larry Ellison Keynote

| Time Code | | Notes |
|---|---|---|
| 13:39:36 | So we've got to load up this database with those names and addresses. And us being a modern Internet kind of company, we want those people to either go to our Web site or call us on the phone if they're interested, after they get the e-mail. Visit our Web site, call us on the phone. The problem is, that Web site is run by the software we bought from BroadVision. So we need to move that, the names of those companies out of the Epiphany system over to the BroadVision system over here, just in case someone visits our Web site. That's systems integration. Writing that program to move data out of your BroadVision database into the, oh, excuse me, out of the Epiphany data, customer database, into the BroadVision database. | |
| 13:40:24 | That's systems integration, that's what those guys do. But what if they call on the phone after visiting the Web site? It's not a problem. There are 300,000 of these guys. So they also write a program to move the data out of the BroadVision system and the Epiphany system into the Siebel sales system. You see, Siebel has a customer database and BroadVision has a customer database and the Epiphany has a customer database and the databases have to agree. If you're moving data back and forth, marketing campaign at Epiphany. Visit the Web store at BroadVision. Call on the phone, Siebel system. | |
| 13:41:05 | You've got to move the data. It's great, things are going well, okay. Now, one of the customers decides to actually buy something of, darn. Let's see, now we've got to move the data from the sales system, by the way, they can buy on the Web or they can buy on the phone so you've got to move data from the Web system, from | |

ORCL 0123005
ORACLE CONFIDENTIAL

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 307001