CONFIDENTIAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

--oOo--

In re:  ORACLE CORPORATION            Master File No.
SECURITIES LITIGATION                 C-01-0988-MJJ (JCS)
_____/      CLASS ACTION



-- TRANSCRIPT DESIGNATED AS CONFIDENTIAL --

Videotaped Deposition of

BROOKS L. HILLIARD, CMC, CCP

_____

Thursday, June 28, 2007

Reported by:
Leslie Rockwood

CSR No. 3462

Job No. 75262

CONFIDENTIAL

| | | |
|---|---|---|
| 12:19:33 | 1 | that were made, and they weren't representations relative |
| 12:19:36 | 2 | to other -- or at least the ones that are at issue and |
| 12:19:45 | 3 | that I wrote -- that I wound up having opinions on |
| 12:19:49 | 4 | weren't ones that were relative to other suites.  So I |
| 12:19:55 | 5 | didn't -- or other enterprise -- strike suites -- other |
| 12:20:01 | 6 | enterprise software products.  So I didn't look at it on |
| 12:20:08 | 7 | a relative basis. |
| 12:20:11 | 8 | Q.  Okay.  And just to be a little more specific, |
| 12:20:14 | 9 | for purposes of forming your opinions in this case, you |
| 12:20:17 | 10 | didn't compare the number of bugs experienced by Suite |
| 12:20:25 | 11 | 11i users during the class period, say, to the number of |
| 12:20:27 | 12 | bugs experienced by users of any other enterprise |
| 12:20:30 | 13 | application suite; correct? |
| 12:20:32 | 14 | A.  During what period? |
| 12:20:33 | 15 | Q.  During any period. |
| 12:20:35 | 16 | A.  No. |
| 12:20:35 | 17 | Q.  Do you know how many bugs were experienced by |
| 12:20:38 | 18 | Suite 11i users during class period? |
| 12:20:43 | 19 | A.  I have a number that was the number that was |
| 12:20:54 | 20 | publicly announced by Oracle sometime prior to the class |
| 12:21:00 | 21 | period.  And I have a number of TARs for approximately |
| 12:21:13 | 22 | the first year.  And I have a relationship between TARs |
| 12:21:23 | 23 | and bugs, and the number of TARs for the first year and |
| 12:21:26 | 24 | the relationship with TARs and bugs come from Oracle |
| 12:21:29 | 25 | itself. |

CONFIDENTIAL

| | | |
|---|---|---|
| 12:21:30 | 1 | So I have some parameters that would include |
| 12:21:38 | 2 | the class period, but I don't have a number specifically |
| 12:21:43 | 3 | for the class period. |
| 12:21:45 | 4 | Q.  Okay.  The parameters you're referring to, |
| 12:21:48 | 5 | those are the calculations that are referred to in your |
| 12:21:50 | 6 | opening report, where you take number of reported TARs |
| 12:21:54 | 7 | over the first year and you apply a percentage of TARs |
| 12:21:58 | 8 | that are bugged and you come up with a bug number; is |
| 12:22:02 | 9 | that right? |
| 12:22:02 | 10 | A.  That's correct. |
| 12:22:03 | 11 | Q.  Other than that number, and I think you |
| 12:22:06 | 12 | referred to something that Oracle had publicly announced? |
| 12:22:09 | 13 | A.  Yes. |
| 12:22:10 | 14 | Q.  Well, let's just pause on that for a second. |
| 12:22:15 | 15 | What's the number that publicly -- that was publicly |
| 12:22:17 | 16 | announced by Oracle that you referred to in your prior |
| 12:22:20 | 17 | answer? |
| 12:22:20 | 18 | MR. WILLIAMS:  Objection.  Form. |
| 12:22:22 | 19 | THE WITNESS:  It -- I saw a response to |
| 12:22:29 | 20 | Forbes magazine where Forbes magazine asked Oracle to |
| 12:22:34 | 21 | confirm that there were 5,000 bugs in the software, I |
| 12:22:43 | 22 | believe as of the point in time of the Oracle |
| 12:22:46 | 23 | applications user group, and Oracle responded to that |
| 12:22:52 | 24 | questionnaire confirming that there were 5,000 bugs as of |
| 12:22:57 | 25 | that date.  So I would call that a public announcement. |

88

CONFIDENTIAL

| | | |
|---|---|---|
| 12:23:00 | 1 | Q.  BY MR. GIBBS:  Okay.  That's the number |
| 12:23:02 | 2 | you're referring to? |
| 12:23:03 | 3 | A.  Yes. |
| 12:23:04 | 4 | Q.  What do you know about that document that |
| 12:23:09 | 5 | you've just described? |
| 12:23:12 | 6 | MR. WILLIAMS:  Objection.  Form. |
| 12:23:13 | 7 | THE WITNESS:  I read the document. |
| 12:23:18 | 8 | Q.  BY MR. GIBBS:  Okay.  Do you know who |
| 12:23:21 | 9 | prepared it? |
| 12:23:22 | 10 | A.  Someone in -- I believe, I'm not absolutely |
| 12:23:27 | 11 | sure, but I believe it was someone in Oracle's public |
| 12:23:31 | 12 | relations department. |
| 12:23:34 | 13 | Q.  Do you know whether the version of the |
| 12:23:35 | 14 | document you looked at was a final or a draft? |
| 12:23:45 | 15 | Just for the record, this document, I take |
| 12:23:46 | 16 | it, is Exhibit A to your rebuttal report? |
| 12:23:50 | 17 | A.  Yes. |
| 12:24:02 | 18 | MR. GIBBS:  The rebuttal report is Exhibit 2 |
| 12:24:04 | 19 | to the deposition, just for the record. |
| 12:24:12 | 20 | THE WITNESS:  I don't recall seeing any |
| 12:24:12 | 21 | marking on it as to whether it was a final or a draft.  I |
| 12:24:18 | 22 | also know that that number was published in -- in several |
| 12:24:28 | 23 | places, and the special litigation committee, in their |
| 12:24:32 | 24 | report, also referred to that -- although that wasn't |
| 12:24:35 | 25 | published, referred to that number as being accurate for |

89

CONFIDENTIAL

| | | |
|---|---|---|
| 12:24:39 | 1 | that time frame. |
| 12:24:40 | 2 | Q.  BY MR. GIBBS:  The special litigation |
| 12:24:42 | 3 | committee report referred to 5,000 bugs or 5,000 patches? |
| 12:24:46 | 4 | A.  I'm almost certain it referred to 5,000 bugs. |
| 12:24:50 | 5 | Q.  Okay.  Referring back to Exhibit A to your |
| 12:24:54 | 6 | rebuttal report, do you know whether that document |
| 12:24:56 | 7 | actually was transmitted to Forbes magazine? |
| 12:25:03 | 8 | A.  I do not.  But there were a lot of press |
| 12:25:05 | 9 | reports in that time frame that included that number so |
| 12:25:12 | 10 | it seems likely that this or something like it was |
| 12:25:16 | 11 | transmitted.  But I don't know for sure that it was. |
| 12:25:18 | 12 | Q.  And those press reports you found credible? |
| 12:25:22 | 13 | A.  Well, the number that appeared in the |
| 12:25:26 | 14 | document, along with a special litigation committee, |
| 12:25:29 | 15 | along with all the press reports, along with a lot of |
| 12:25:33 | 16 | internal communication referring to 5,000 bugs, when you |
| 12:25:37 | 17 | add it all together, I found it credible, yes.  I |
| 12:25:41 | 18 | wouldn't necessarily -- specifically from that document, |
| 12:25:44 | 19 | wouldn't necessarily have concluded that, but that was |
| 12:25:49 | 20 | one of many.  And so that's -- |
| 12:25:57 | 21 | Q.  I want to follow up on your reference to |
| 12:25:59 | 22 | internal communication referring to 5,000 bugs.  What |
| 12:26:03 | 23 | internal communications are you referring to? |
| 12:26:04 | 24 | A.  There were a number of emails. |
| 12:26:08 | 25 | Q.  Do you know who sent or received them? |

CONFIDENTIAL

```
12:26:16   1          A.  I don't recall.  I remember doing a search on

12:26:18   2     the number 5,000 and came up with, as I recall, dozens,

12:26:26   3     if not over 100 -- I think actually it was under 100, but

12:26:33   4     there were lots and lots of emails referring to that.

12:26:36   5     Now, the -- some of them were duplicative.  I don't

12:26:40   6     remember all of the emails and all of the individuals on

12:26:43   7     those emails, no.

12:26:44   8          Q.  Do you recall whether any of those documents

12:26:47   9     were talking about internal Oracle bug counts as

12:26:51  10     contrasted with talking about press reports referring to

12:26:55  11     5,000 bugs?

12:26:57  12          A.  Some of each, as I recall.

12:27:01  13          Q.  All right.  So did you ever see a bug count

12:27:05  14     from Oracle's development group indicating that there had

12:27:09  15     been 5,000 bugs?

12:27:11  16          A.  Don't recall seeing one.

12:27:15  17          Q.  Okay.  Do you know how many P1 bugs Suite 11i

12:27:25  18     users experienced during the class period?

12:27:28  19               MR. WILLIAMS:  Objection.  Form.

12:27:34  20               THE WITNESS:  I don't have any numbers

12:27:37  21     specifically for the class period.

12:27:39  22          Q.  BY MR. GIBBS:  What about any other time

12:27:51  23     period?

12:27:51  24               MR. WILLIAMS:  Objection.  Form.

12:27:52  25               THE WITNESS:  As indicated in my report,
```

91

CONFIDENTIAL

| | | |
|---|---|---|
| 12:27:55 | 1 | there were, I believe, nine -- on the order of 19,000 |
| 12:28:03 | 2 | TARs during the first year.  And 32 percent of those, I |
| 12:28:10 | 3 | believe, were bugged TARs. |
| 12:28:13 | 4 | Now, we don't know -- we don't know whether |
| 12:28:26 | 5 | each bugged TAR was one bug or multiple bugs.  So a bug |
| 12:28:38 | 6 | TAR could, once investigated, have a dozen, two dozen |
| 12:28:43 | 7 | bugs associated with it or could be just one.  Some of |
| 12:28:49 | 8 | the TARs could be duplicative.  But presumably the |
| 12:29:00 | 9 | 32 percent would be a fair estimation, given that some |
| 12:29:04 | 10 | could be duplicative and some could be reflective of |
| 12:29:08 | 11 | multiple bugs of the number of bugs during the one year |
| 12:29:11 | 12 | from launch until, I believe, May 18th of '01. |
| 12:29:15 | 13 | Q.  Okay.  That just goes to the number of TARs |
| 12:29:17 | 14 | that were, quote, bugged; correct? |
| 12:29:20 | 15 | A.  Correct. |
| 12:29:20 | 16 | Q.  Do you know what it means within Oracle to |
| 12:29:22 | 17 | say that a TAR has been bugged? |
| 12:29:25 | 18 | A.  Yes. |
| 12:29:26 | 19 | Q.  What does it mean? |
| 12:29:27 | 20 | A.  It means it either has a software bug or a |
| 12:29:32 | 21 | documentation bug. |
| 12:29:33 | 22 | Q.  And so that's the basis for your |
| 12:29:34 | 23 | understanding or for your calculation about the number of |
| 12:29:37 | 24 | bugs during the first year? |
| 12:29:39 | 25 | A.  Well, that's my -- the only document that I |

92

CONFIDENTIAL

| | | |
|---|---|---|
| 12:29:41 | 1 | found that explained that was an Oracle standards |
| 12:29:48 | 2 | document which turns out is consistent with what |
| 12:29:54 | 3 | Caper Jones writes, that that document actually predates |
| 12:30:01 | 4 | the class period.  But it says -- it defines bug TAR, and |
| 12:30:07 | 5 | it says there are two kinds of bug TARs:  There are |
| 12:30:11 | 6 | software bugs and documentation bugs.  And a bug TAR must |
| 12:30:17 | 7 | fit into one category or the other.  I found nothing |
| 12:30:22 | 8 | contradicting that. |
| 12:30:24 | 9 | Q.  Can you point me to that document?  Is it |
| 12:30:26 | 10 | cited in your reports? |
| 12:30:28 | 11 | A.  No. |
| 12:30:29 | 12 | Q.  Okay.  What else do you remember about it? |
| 12:30:32 | 13 | A.  It describes the definition of a -- of a bug |
| 12:30:44 | 14 | TAR.  It describes P1, P2, and P3, responses to bug TARs |
| 12:30:53 | 15 | depending on the priority, and so fourth. |
| 12:31:00 | 16 | Q.  Have you seen any testimony in this case to |
| 12:31:02 | 17 | the effect that when a TAR is bugged, all that really |
| 12:31:07 | 18 | means is it's been assigned to someone in the development |
| 12:31:11 | 19 | group? |
| 12:31:12 | 20 | A.  I have. |
| 12:31:12 | 21 | MR. WILLIAMS:  Objection.  Form.  Sorry. |
| 12:31:14 | 22 | Q.  BY MR. GIBBS:  Is it your understanding that |
| 12:31:15 | 23 | just because something is assigned to the development |
| 12:31:18 | 24 | group, it is ultimately determined to be a defect in the |
| 12:31:21 | 25 | software? |

93

CONFIDENTIAL

| | | |
|---|---|---|
| 12:38:37 | 1 | time period, PeopleSoft was often thought of as best of |
| 12:38:45 | 2 | breed for purposes of human resources? |
| 12:38:48 | 3 | A.  By some folks. |
| 12:38:51 | 4 | Q.  And some vendors like i2 or Manugistics were |
| 12:38:57 | 5 | viewed as being best of breed in supply, chain, and |
| 12:39:01 | 6 | manufacturing types of applications; correct? |
| 12:39:03 | 7 | A.  By some folks, yes. |
| 12:39:05 | 8 | Q.  Okay.  So when I ask you whether for purposes |
| 12:39:09 | 9 | of forming your opinions in this case you compared Suite |
| 12:39:13 | 10 | 11i to a set of best-of-breed products from different |
| 12:39:18 | 11 | vendors covering the same functions as Suite 11i, what I |
| 12:39:22 | 12 | mean is did you compare Suite 11i with a system of |
| 12:39:27 | 13 | applications comprised of best-of-breed products like |
| 12:39:33 | 14 | Siebel CRM, PeopleSoft HR, i2 for manufacturing, after |
| 12:39:39 | 15 | they've all been integrated together?  Do you understand |
| 12:39:42 | 16 | the question? |
| 12:39:43 | 17 | MR. WILLIAMS:  Objection.  Form. |
| 12:39:44 | 18 | THE WITNESS:  I took that into account, but |
| 12:40:01 | 19 | didn't find that relevant, a strict comparison of one to |
| 12:40:07 | 20 | the other, to the specific representations that I |
| 12:40:15 | 21 | evaluated.  So I didn't make the comparison in |
| 12:40:24 | 22 | relationship to the specific representations that I |
| 12:40:33 | 23 | evaluated and reached opinions on in this report. |
| 12:40:36 | 24 | Q.  BY MR. GIBBS:  Is that because you didn't |
| 12:40:38 | 25 | understand any of those specific representations to be |

98

CONFIDENTIAL

| | | |
|---|---|---|
| 12:40:42 | 1 | speaking to comparisons between Suite 11i and a |
| 12:40:48 | 2 | best-of-breed system? |
| 12:40:49 | 3 | A.  There certainly were representations that |
| 12:40:59 | 4 | were made that were comparative representations.  I |
| 12:41:03 | 5 | didn't form any opinions one way or another on those |
| 12:41:10 | 6 | representations, the ones that were comparative. |
| 12:41:13 | 7 | Q.  Okay. |
| 12:41:13 | 8 | A.  The ones I formed opinions on were the ones |
| 12:41:16 | 9 | that were not comparative. |
| 12:41:18 | 10 | Q.  So I take it you don't have an opinion on the |
| 12:41:21 | 11 | question of whether Suite 11i, the whole suite, was more |
| 12:41:29 | 12 | or less integrated than the type of best-of-breed system |
| 12:41:34 | 13 | I have described that's made up of several different |
| 12:41:37 | 14 | best-of-breed products from different vendors that had |
| 12:41:41 | 15 | been stitched together with systems integration? |
| 12:41:44 | 16 | A.  And are fully stitched together and are up |
| 12:41:47 | 17 | and working? |
| 12:41:48 | 18 | Q.  Uh-huh. |
| 12:41:48 | 19 | A.  I stated no such opinion. |
| 12:42:01 | 20 | Q.  Okay.  And you don't intend to offer such |
| 12:42:04 | 21 | opinion? |
| 12:42:04 | 22 | A.  No. |
| 12:42:05 | 23 | Q.  I'll just switch gears here quickly, and we |
| 12:42:09 | 24 | may be getting to about the time -- |
| 12:42:11 | 25 | A.  Hold on.  Let me -- in the course of |

99

CONFIDENTIAL

| | | |
|---|---|---|
| 12:42:14 | 1 | testimony and rebuttal and so forth, I may, depending on |
| 12:42:20 | 2 | what other testimony is, at some point state an opinion. |
| 12:42:27 | 3 | I don't have one yet.  I haven't heard all of the other |
| 12:42:31 | 4 | testimony, particularly opposing expert testimony.   I |
| 12:42:36 | 5 | may, depending on other testimony that comes up, I may |
| 12:42:42 | 6 | have an opinion in that relationship -- relating to that |
| 12:42:46 | 7 | issue relevant to other opinions that are stated. |
| 12:42:53 | 8 | Q.   Okay.   Let me just touch base on a very brief |
| 12:42:57 | 9 | topic here, and then I think we're about at the time I |
| 12:43:01 | 10 | said we would take a break. |
| 12:43:02 | 11 | Do you know who Ed Yourdon is? |
| 12:43:05 | 12 | A.   Yes, I do. |
| 12:43:06 | 13 | Q.   Did you know who Mr. Yourdon was before you |
| 12:43:09 | 14 | learned he'd been retained as an expert for the |
| 12:43:12 | 15 | defendants in this case? |
| 12:43:13 | 16 | A.   Yes. |
| 12:43:13 | 17 | Q.   How did you know Mr. Yourdon? |
| 12:43:15 | 18 | A.   I've met him.   I have been -- he's been the |
| 12:43:26 | 19 | opposing expert in other matters that I've been involved |
| 12:43:29 | 20 | in, and he is widely published.   And I have read some of |
| 12:43:37 | 21 | his publications and articles. |
| 12:43:41 | 22 | Q.   Do you believe Mr. Yourdon has expertise in |
| 12:43:44 | 23 | the software field? |
| 12:43:45 | 24 | A.   In certain aspects of the software field, |
| 12:43:52 | 25 | yes. |

100

CONFIDENTIAL

14:35:40  1    the ability of the system user to respond to somebody on

14:35:47  2    the telephone.

14:35:47  3            If it was causing delays of more than five,

14:35:58  4    six, eight seconds on something that would normally be

14:36:03  5    expected to work in zero to three seconds, you know, I

14:36:12  6    would -- I consider that to be a software bug, absent

14:36:19  7    communications or hardware issues.

14:36:26  8            There might well be other analogous kinds of

14:36:30  9    applications where certain types of performance are

14:36:37  10   inherent to the proper operation of the application, and

14:36:44  11   call center is the best example of that, or the easiest

14:36:49  12   to explain example of that.  But there are others that

14:36:52  13   are analogous where the performance problem would cause a

14:36:55  14   doubling or tripling or more of the amount of time.  I

14:37:00  15   considered that to be a big performance problem as

14:37:05  16   opposed to a small one.

14:37:06  17            Is that clear?

14:37:12  18       Q.  I'm sure it will be.

14:37:13  19       A.  I'm trying to be as responsive to your

14:37:16  20   questions as I can.

14:37:17  21       Q.  I appreciate that.  Let me turn now and ask

14:37:20  22   you about some of your opinions, and I actually want to

14:37:23  23   start with Opinion Number 2.

14:37:24  24       A.  Okay.

14:37:25  25       Q.  Has to do with preintegration and

CONFIDENTIAL

| | | |
|---|---|---|
| 14:37:28 | 1 | integration.  My first question is:  Would you agree with |
| 14:37:40 | 2 | me that using your definition of integration, as you've |
| 14:37:47 | 3 | articulated it in your report, if you took a bunch of |
| 14:37:50 | 4 | best-of-breed products developed by separate vendors, |
| 14:37:58 | 5 | PeopleSoft HR, Siebel CRM, and you load them onto a |
| 14:38:04 | 6 | server with no systems integration work, those different |
| 14:38:07 | 7 | applications are not integrated with one another, as you |
| 14:38:10 | 8 | use that term in your report.  Is that correct? |
| 14:38:15 | 9 | A.  I suppose there's infinitesimal possibility |
| 14:38:20 | 10 | that -- that there might be some integration, but I'd |
| 14:38:25 | 11 | agree with you. |
| 14:38:26 | 12 | Q.  Okay.  Talk about serendipitous. |
| 14:38:29 | 13 | A.  Yes. |
| 14:38:29 | 14 | Q.  Barring divine intervention, those two |
| 14:38:32 | 15 | products would not work together; correct? |
| 14:38:34 | 16 | A.  Correct. |
| 14:38:35 | 17 | Q.  Or systems integration. |
| 14:38:45 | 18 | A.  That was the premise that you gave me, that |
| 14:38:47 | 19 | there was no -- no work done, no programming, no |
| 14:38:49 | 20 | integration effort, no systems integration done to |
| 14:38:51 | 21 | integrate them. |
| 14:38:51 | 22 | Q.  Absolutely. |
| 14:38:52 | 23 | A.  And I was answering on that premise. |
| 14:38:57 | 24 | Q.  That was the premise. |
| | 25 | A.  Yeah. |

144

CONFIDENTIAL

| 14:38:58 | 1 | Q. Once systems integration work has been done, |
| 14:39:01 | 2 | those applications developed by different vendors may be |
| 14:39:07 | 3 | integrated; is that correct? |
| 14:39:13 | 4 | A. Yes. |
| 14:39:13 | 5 | Q. It may depend in part on the quality of the |
| 14:39:17 | 6 | systems integration work; correct? |
| 14:39:18 | 7 | A. Correct. See, that's easy. |
| 14:39:23 | 8 | Q. If I just ask the question right? |
| 14:39:26 | 9 | In forming your opinion in this case, I take |
| 14:39:29 | 10 | it you didn't compare the degree of integration between |
| 14:39:33 | 11 | the modules of Suite 11i with the degree of integration |
| 14:39:38 | 12 | between best-of-breed applications once systems |
| 14:39:42 | 13 | integration work has been done; is that correct? |
| 14:39:56 | 14 | A. I did not -- I don't think it's possible to |
| 14:40:00 | 15 | compare that because there's such a variety of quality, |
| 14:40:05 | 16 | as you've pointed out, of systems integration work. |
| 14:40:15 | 17 | Q. Would you agree that once someone has taken a |
| 14:40:18 | 18 | set of best-of-breed products from different vendors and |
| 14:40:21 | 19 | has done systems integration work, there may be a wide |
| 14:40:31 | 20 | range of levels of integration. Let me rephrase that. |
| 14:40:35 | 21 | Once they've been integrated to some degree, |
| 14:40:41 | 22 | the level of integration between those best-of-breed |
| 14:40:44 | 23 | products from different vendors may vary significantly. |
| 14:40:49 | 24 | Correct? |
| 14:40:50 | 25 | MR. WILLIAMS: Objection. Form. |

145

CONFIDENTIAL

14:44:35    1   from the customers themselves.  I couldn't have included

14:44:43    2   every single email that I saw.  I suppose I could have,

14:44:48    3   but it seemed to be redundant to have included every

14:44:55    4   single one that I -- every single email on every single

14:44:59    5   issue that I addressed.  So I didn't necessarily include

14:45:03    6   all of them, but I am certain that I saw emails from

14:45:07    7   customers other than just Brock Tool and Yale.  I

14:45:14    8   can't -- as we sit here today, I can't tell you who they

14:45:17    9   are.

14:45:17   10        Q.  Okay.  But if you relied on it in forming

14:45:20   11   your opinion, it should be cited in your reports?

14:45:33   12        A.  The ones I cited in my report were sufficient

14:45:37   13   for the opinion.  I considered many others.  I felt it

14:45:46   14   was in the interest of brevity, and I know it's hard to

14:45:51   15   look at a hundred-page report and say it's brief.  But in

14:45:54   16   the interest of brevity, I did -- I did not include every

14:46:01   17   single document that I considered in forming my opinion,

14:46:08   18   and that's why in the -- where I talked about documents,

14:46:12   19   I said that I reviewed a lot more -- you know, the whole

14:46:17   20   range of documents, and you asked me what they were

14:46:19   21   earlier today.

14:46:22   22        Q.  In the course of forming your opinions in

14:46:24   23   this matter, did you see any documents or testimony in

14:46:27   24   which a customer said in words or effect that Suite 11i

14:46:31   25   was integrated?

148

CONFIDENTIAL

14:46:32  1      A.  During the class period or in general?

14:46:42  2      Q.  In general.

14:46:44  3      A.  I may have.  I didn't see any in the class

14:46:54  4  period where the integration was more than just

14:46:58  5  integration between a couple of modules, and in

14:47:03  6  particular, where the integration was just between a

14:47:07  7  couple of modules within either ERP -- or mostly it was

14:47:10  8  ERP, but perhaps there might have been a CRM as well.

14:47:15  9      Q.  Okay.  In the course of forming your opinions

14:47:18  10  in this matter, you didn't review the technical reference

14:47:23  11  manuals for Suite 11i; correct?

14:47:25  12      A.  I looked at them.

14:47:27  13      Q.  All of them?

14:47:28  14      A.  No.

14:47:32  15      Q.  Can you give me a guess how much?

14:47:35  16      MR. WILLIAMS:  Objection.  Form.

14:47:36  17      THE WITNESS:  I looked at a few of them, and

14:47:48  18  having looked at them, determined that they weren't

14:47:53  19  relevant to the specific issues on -- that my opinions

14:48:02  20  were directed toward.

14:48:09  21      Q.  BY MR. GIBBS:  You've got a definition of

14:48:17  22  integration in your report.  To meet your standard of

14:48:23  23  integration, is it necessary for every single module to

14:48:27  24  communicate and share data with every other module within

14:48:30  25  a suite?

149

CONFIDENTIAL

| | |
|---|---|
| 14:48:37 | 1 |
| 14:48:41 | 2 |
| 14:48:43 | 3 |
| 14:48:44 | 4 |
| 14:48:47 | 5 |
| 14:48:56 | 6 |
| 14:49:01 | 7 |
| 14:49:09 | 8 |
| 14:49:21 | 9 |
| 14:49:26 | 10 |
| 14:49:35 | 11 |
| 14:49:38 | 12 |
| 14:49:42 | 13 |
| 14:49:45 | 14 |
| 14:49:49 | 15 |
| 14:49:52 | 16 |
| 14:49:56 | 17 |
| 14:50:07 | 18 |
| 14:50:10 | 19 |
| 14:50:17 | 20 |
| 14:50:21 | 21 |
| 14:50:25 | 22 |
| 14:50:28 | 23 |
| 14:50:32 | 24 |
| 14:50:35 | 25 |

A.   Well, clearly there are modules that have nothing to do with one another.

Q.   Okay.

A.   And so certainly there would be no requirement that they share data.  For -- to meet my level of integration, what I've defined as integration, which is not substantially different than what Mr. Goedde said or what Mr. Wohl said or even what Mr. Yourdon said, at least in his -- I can't speak for everything that he said, but he did have a definition of integration.

It would be necessary that all -- like we talked about the logical things that, for instance, an accounts payable system must have.  To meet my standard of definition, the same logic would have to apply for the integration between modules.  If there are two modules that obviously must work together because they're related, and there are obvious ways in which they need to integrate in order to work together, it would include all of those.  But if there are ways that only a few customers in oddball situations might require, I wouldn't necessarily feel it was not integrated if those were not included.  And in fact, when I was citing examples, if I saw those types of examples, I disregarded them.

Q.   Okay.  And as with the specific functionality that a particular application would be expected to have

CONFIDENTIAL

| | | |
|---|---|---|
| 14:57:51 | 1 | high-level requirements document that I could look at? |
| 14:57:55 | 2 | Q.  I'm sure we do.  Let me -- let's mark that |
| 14:57:59 | 3 | down.  We'll get it probably at the break, and we'll talk |
| 14:58:02 | 4 | about it. |
| 14:58:02 | 5 | Are there any other examples that come to |
| 14:58:05 | 6 | mind?  I know the document well.  So are there any other |
| 14:58:08 | 7 | examples that come to mind? |
| 14:58:10 | 8 | A.  I think there are some others, but they don't |
| 14:58:19 | 9 | come to mind right now. |
| 14:58:21 | 10 | MR. WILLIAMS:  Is this a good time to take a |
| 14:58:23 | 11 | break or do you want to -- |
| 14:58:23 | 12 | MR. GIBBS:  There are a couple others we |
| 14:58:27 | 13 | could get through pretty quickly. |
| 14:58:30 | 14 | Q.  When you say that the modules of Suite 11i |
| 14:58:33 | 15 | were not engineered to work together, you've referred to |
| 14:58:36 | 16 | coding, testing, some other aspects of engineering.  I |
| 14:58:45 | 17 | take it what you mean is whether or not that engineering |
| 14:58:50 | 18 | was intended to make the modules work together, it |
| 14:58:56 | 19 | failed, in your opinion; is that correct? |
| 14:59:01 | 20 | A.  I didn't take intentions into account.  It -- |
| 14:59:08 | 21 | the engineering either worked or it didn't. |
| 14:59:11 | 22 | Q.  And in your view, it didn't? |
| 14:59:13 | 23 | A.  In many cases, it did not. |
| 14:59:16 | 24 | Q.  Okay.  And so it's not an either/or.  It is a |
| 14:59:21 | 25 | question of degree? |

CONFIDENTIAL

| | | |
|---|---|---|
| 14:59:22 | 1 | A.  I don't understand your question. |
| 14:59:25 | 2 | Q.  Okay.  I said in your view, it didn't, |
| 14:59:33 | 3 | meaning the engineering didn't work in order to cause the |
| 14:59:38 | 4 | modules to work together, and you said in many cases it |
| 14:59:41 | 5 | did not, which I took to be neither a "yes" or a "no," |
| 14:59:45 | 6 | but something in the middle, and I'm trying to |
| 14:59:48 | 7 | understand. |
| 14:59:48 | 8 | A.  In some cases, it was engineered to work |
| 14:59:51 | 9 | together, and other cases, it was not engineered to work |
| 14:59:53 | 10 | together. |
| 14:59:53 | 11 | Q.  So some parts of the suite were engineered to |
| 14:59:57 | 12 | work together and others were not.  Is that your opinion? |
| 15:00:01 | 13 | A.  There's evidence to support some portions of |
| 15:00:06 | 14 | the suite being engineered to work together.  There is |
| 15:00:18 | 15 | evidence to support some portions of the suite not being |
| 15:00:25 | 16 | engineered to work together.  Very clear evidence of |
| 15:00:29 | 17 | that.  I didn't include that as part of my opinion.  My |
| 15:00:45 | 18 | opinion was focused on was the product integrated.  It |
| 15:00:50 | 19 | wasn't focused on whether it was designed or engineered |
| 15:00:55 | 20 | to be integrated. |
| 15:00:57 | 21 | Q.  Okay.  Would it be fair to say that although |
| 15:01:00 | 22 | you may have an opinion on that, the opinions you've |
| 15:01:04 | 23 | offered here (indicating) in your reports go to what the |
| 15:01:07 | 24 | software did in the field as opposed to what it was |
| 15:01:11 | 25 | designed or engineered to do? |

156

CONFIDENTIAL

| 15:01:12 | 1 | MR. WILLIAMS: Objection. Form. The |
| 15:01:17 | 2 | opinions speak for themselves, at least as they are |
| 15:01:21 | 3 | articulated in the report. |
| 15:01:23 | 4 | THE WITNESS: I think I've already answered |
| 15:01:27 | 5 | that question. |
| 15:01:30 | 6 | Q.  BY MR. GIBBS: Okay. So you don't want to |
| 15:01:32 | 7 | say "yes" or "no" again? |
| 15:01:36 | 8 | A.  Ask it again. I'll try and understand it. |
| 15:01:39 | 9 | Q.  Okay. I asked you whether you had an opinion |
| 15:01:41 | 10 | as to whether the software was designed and engineered to |
| 15:01:45 | 11 | work together. You first said no, and then you said wait |
| 15:01:50 | 12 | a minute, there are aspects of engineering that that |
| 15:01:54 | 13 | initial answer didn't take into account, and you said you |
| 15:02:02 | 14 | had an opinion that the software was not engineered to |
| 15:02:05 | 15 | work together. But then you said you didn't include that |
| 15:02:08 | 16 | in your opinion. And so I'm just trying to understand |
| 15:02:10 | 17 | what you meant by that. |
| 15:02:12 | 18 | As I understand -- tell me if I'm wrong -- |
| 15:02:15 | 19 | A.  And I think what Mr. Williams said is the |
| 15:02:20 | 20 | opinions speak for themselves. I don't address the |
| 15:02:22 | 21 | design and engineering or the intent in the opinions or |
| 15:02:25 | 22 | the explanation. |
| 15:02:28 | 23 | Q.  Okay. That's all I was getting at. |
| 15:02:31 | 24 | Do you have an opinion as to whether the |
| 15:02:33 | 25 | modules of Suite 11i shared a common data schema? |

157

CONFIDENTIAL

| | | |
|---|---|---|
| 15:02:40 | 1 | A.  Yes. |
| 15:02:41 | 2 | Q.  What's that opinion? |
| 15:02:42 | 3 | A.  Well, for the most part, they did, although |
| 15:03:03 | 4 | there were some significant defects. |
| 15:03:06 | 5 | Q.  Okay.  And do you recall where the defects |
| 15:03:13 | 6 | were? |
| 15:03:14 | 7 | A.  Once again, that same document I referenced |
| 15:03:22 | 8 | before addresses at least some of those. |
| 15:03:24 | 9 | Q.  Okay.  And do any other sources, documents, |
| 15:03:26 | 10 | or testimony come to mind?  I'm just asking what you can |
| 15:03:30 | 11 | recall right now. |
| 15:03:31 | 12 | A.  I believe there were also some other emails, |
| 15:03:45 | 13 | internal communication among Oracle employees that |
| 15:03:48 | 14 | addressed that same issue.  But I think that one document |
| 15:03:58 | 15 | we discussed is probably as good a summary as -- it may |
| 15:04:05 | 16 | not cover every single instance. |
| 15:04:08 | 17 | Q.  And do you have an opinion as to whether or |
| 15:04:10 | 18 | not the modules of Suite 11i were able to run as a single |
| 15:04:15 | 19 | instance on a single database? |
| 15:04:17 | 20 | A.  I didn't see enough evidence to conclude that |
| 15:04:30 | 21 | that could always be done or not. |
| 15:04:33 | 22 | Q.  What about sometimes? |
| 15:04:40 | 23 | A.  I suppose if you get a limited enough goal of |
| 15:04:47 | 24 | implementation, that would certainly be possible.  And |
| 15:04:54 | 25 | it's quite possible that for more comprehensive |

158

CONFIDENTIAL

| | |
|---|---|
| 15:04:59 | 1 |
| 15:05:02 | 2 |
| 15:05:06 | 3 |
| 15:05:14 | 4 |
| 15:05:20 | 5 |
| 15:05:28 | 6 |
| 15:05:31 | 7 |
| 15:05:33 | 8 |
| 15:05:37 | 9 |
| 15:05:41 | 10 |
| 15:05:45 | 11 |
| 15:05:47 | 12 |
| 15:05:48 | 13 |
| 15:05:50 | 14 |
| 15:05:51 | 15 |
| 15:05:55 | 16 |
| 15:05:58 | 17 |
| 15:06:02 | 18 |
| 15:06:05 | 19 |
| 15:06:07 | 20 |
| 15:06:10 | 21 |
| 15:06:10 | 22 |
| 15:06:14 | 23 |
| 15:06:16 | 24 |
| 15:06:21 | 25 |

implementations, for many more comprehensive
implementations, it would be possible.  But it's not
clear that it would be possible for all implementations
that were represented -- that it was represented that the
software would operate under, for all circumstances and
all functionality that it was represented that the
software would perform.

         It's not clear that it could -- the software
could -- and in this case I'm using the word "perform"
differently than we defined it previously.  I'm using the
word "perform" in the more global sense.

     Q.  Okay.

     A.  Okay?  Of what it does.

     Q.  Uh-huh.

     A.  It's not clear that it could perform as --
that the software could perform as represented in all
respects and still do so on a single global instance.
I'm not saying it can't; I'm not saying it could.  I
don't think I have enough information.

         MR. GIBBS:  Okay.  Now is good time for a
break.

         THE VIDEOGRAPHER:  This concludes Videotape
Number 3, Volume 1, in the deposition of Brooks Hilliard.
Going off the record, the time is 3:05.

         (Recess.)

CONFIDENTIAL

17:44:50   1   Because if I didn't, I don't understand -- I mean, I

17:44:54   2   could answer that, but it wouldn't be -- have any

17:44:56   3   relevance at all to the opinions.

17:44:57   4        Q.   BY MR. GIBBS:   Well, I would like you to

17:45:00   5   answer it.   And I understand your relevance objection.

17:45:05   6        A.   Okay.   First let me say I don't think I used

17:45:09   7   any such examples, if I saw such examples, I tried not to

17:45:14   8   use them.   Therefore, I think the answer I'm about to

17:45:18   9   give you has no relevance to my opinion.

17:45:22   10        Coming back to your hypothetical, if under

17:45:26   11   those circumstances you still want an answer, if someone

17:45:29   12   is using -- is doing something way off the wall and it

17:45:33   13   didn't work the first time any customer tried to do that

17:45:36   14   one thing way off the wall, that might not -- what was

17:45:40   15   the phrase you used?

17:45:41   16        Q.   Be indicative of a broader quality problem.

17:45:45   17        A.   Might not be indicative of a broader quality

17:45:48   18   problem.

17:45:49   19        Q.   Let me ask a few questions about the need for

17:45:52   20   systems integration portion of this opinion.

17:45:54   21        A.   Surely.

17:46:00   22        Q.   You're not saying, are you, that customers

17:46:03   23   would have taken Oracle's statements about no systems

17:46:07   24   integration needed to mean that if they wanted to use a

17:46:14   25   portion of Suite 11i along with, say, Siebel CRM

CONFIDENTIAL

| | | |
|---|---|---|
| 17:46:19 | 1 | products, that they wouldn't need to do systems |
| 17:46:21 | 2 | integration between those two, are you? |
| 17:46:24 | 3 | MR. WILLIAMS:  Objection to the form.  Excuse |
| 17:46:26 | 4 | me, Patrick, are you referring to his opinion -- are you |
| 17:46:28 | 5 | stating his opinion and extrapolating from it or -- |
| 17:46:33 | 6 | MR. GIBBS:  I'm asking what his opinion is. |
| 17:46:35 | 7 | THE WITNESS:  And I didn't understand the |
| 17:46:37 | 8 | question. |
| 17:46:38 | 9 | Q.  BY MR. GIBBS:  Okay.  At page 60 of your |
| 17:46:41 | 10 | report, you state that Oracle did not, as represented, |
| 17:46:46 | 11 | eliminate or make major steps towards eliminating systems |
| 17:46:51 | 12 | integration, paraphrasing the first sentence of the last |
| 17:46:56 | 13 | paragraph on page 60 in the text. |
| 17:46:58 | 14 | Do you see that language? |
| 17:47:00 | 15 | A.  Yes.  Now, what's your question? |
| 17:47:07 | 16 | Q.  Well, you say that Oracle didn't eliminate or |
| 17:47:12 | 17 | make major steps towards eliminating systems integration, |
| 17:47:14 | 18 | and then you refer to testimony from Mr. Sellers |
| 17:47:18 | 19 | indicating that customers are in fact installing parts of |
| 17:47:22 | 20 | Suite 11i and integrating it with third-party products. |
| 17:47:27 | 21 | I don't understand this portion of the |
| 17:47:30 | 22 | opinion.  When you say that they didn't eliminate systems |
| 17:47:33 | 23 | integration, I don't understand what you think customers |
| 17:47:37 | 24 | would have understood Oracle's representation to mean, |
| 17:47:40 | 25 | and therefore, why you're saying that Oracle didn't live |

225

CONFIDENTIAL

| | | |
|---|---|---|
| 17:47:43 | 1 | up to those representations. |
| 17:47:46 | 2 | So when you refer to representing that it |
| 17:47:49 | 3 | eliminated or made major steps towards eliminating |
| 17:47:54 | 4 | systems integration, what do you mean? |
| 17:47:56 | 5 | A.  Fair question.  Let me see if I can clarify. |
| 17:47:59 | 6 | Q.  Okay. |
| 17:48:07 | 7 | A.  I agree with Mr. Ellison that systems |
| 17:48:12 | 8 | integration is not desirable for the same reasons that he |
| 17:48:22 | 9 | states.  I believe that customers don't do systems |
| 17:48:35 | 10 | integration, based on my experience -- it's not just a |
| 17:48:41 | 11 | belief coming out of the air, but based on experience -- |
| 17:48:43 | 12 | they don't do systems integration just because they want |
| 17:48:47 | 13 | to do it.  Customers do systems integration because for |
| 17:48:50 | 14 | one reason or another, they need to do it. |
| 17:48:55 | 15 | When Mr. Ellison says that Oracle 11i will |
| 17:49:02 | 16 | meet the figurative 80 percent of the needs, whatever |
| 17:49:08 | 17 | 80 percent is, recognizing that's an arbitrary number, |
| 17:49:16 | 18 | 80 percent of a business's needs, if you expect -- accept |
| 17:49:19 | 19 | the arbitrariness of it, are the generic things that all |
| 17:49:24 | 20 | businesses of a particular -- in a particular industry |
| 17:49:27 | 21 | would need to do.  All electrical supply distributors |
| 17:49:34 | 22 | need to manage their electrical supplies inventory and so |
| 17:49:38 | 23 | forth. |
| 17:49:42 | 24 | Companies don't become profitable and succeed |
| 17:49:50 | 25 | and get successful enough that they can afford to buy |

226

CONFIDENTIAL

| 17:49:53 | 1 | Oracle or anybody else's software by doing the same |
| 17:49:59 | 2 | generic things that everybody else in their industry |
| 17:50:03 | 3 | does.  Every company -- most every successful company |
| 17:50:13 | 4 | succeeds by establishing some sort of a competitive |
| 17:50:17 | 5 | difference or a competitive advantage. |
| 17:50:22 | 6 | If all you do is 80 percent, thereabouts, of |
| 17:50:27 | 7 | the needs, and it's the same 80 percent that everybody |
| 17:50:31 | 8 | else in your industry does, you're not going to be able |
| 17:50:39 | 9 | to establish that competitive advantage that you need to |
| 17:50:43 | 10 | succeed. |
| 17:50:44 | 11 | And therefore, what I'm saying here is that |
| 17:50:51 | 12 | every business, in trying to establish some sort of a |
| 17:50:57 | 13 | uniqueness or a difference that they can exploit in the |
| 17:51:01 | 14 | marketplace -- and I'm using exploit in the positive |
| 17:51:05 | 15 | sense -- to be successful, needs to do a few things that |
| 17:51:11 | 16 | are different, that are out of the mold of what every |
| 17:51:15 | 17 | other company in their industry does. |
| 17:51:16 | 18 | And that may involve some systems integration |
| 17:51:21 | 19 | to integrate maybe a bit of legacy software that they |
| 17:51:26 | 20 | develop themselves or, you know, some combination of |
| 17:51:30 | 21 | little applications that do specific functionalities that |
| 17:51:34 | 22 | maybe -- functions that maybe some of their competitors |
| 17:51:37 | 23 | don't do so they can provide better service to the |
| 17:51:41 | 24 | customer than the competitor.  So they can deliver a |
| 17:51:44 | 25 | higher quality -- you know, a product that meets a higher |

227

CONFIDENTIAL

| | | |
|---|---|---|
| 17:51:46 | 1 | quality standard or something like that. |
| 17:51:48 | 2 | And what I'm referring to here is that in |
| 17:51:51 | 3 | fact Mr. Sellers was saying that everyone is doing stuff |
| 17:51:55 | 4 | like that.  No one does -- wants to do lots of it.  No |
| 17:52:00 | 5 | one does lots of it.  But by delivering 80 percent |
| 17:52:04 | 6 | solutions, or thereabouts, you don't eliminate the need |
| 17:52:08 | 7 | for doing that.  The need for doing that exists and |
| 17:52:12 | 8 | becomes maybe even more important, and that's what I'm |
| 17:52:17 | 9 | trying to say. |
| 17:52:17 | 10 | Q.  Do you think that customers who heard Oracle |
| 17:52:20 | 11 | say that no systems integration was required to use the |
| 17:52:25 | 12 | 11i suite believed that it would automate every single |
| 17:52:35 | 13 | piece of functionality they needed for their particular |
| 17:52:38 | 14 | business so they would not need to integrate with any |
| 17:52:41 | 15 | legacy systems or any point solution providers? |
| 17:52:45 | 16 | MR. WILLIAMS:  Objection.  Form. |
| 17:52:46 | 17 | THE WITNESS:  I didn't look at this from the |
| 17:52:49 | 18 | perspective of the customer.  I looked at it from the |
| 17:52:58 | 19 | perspective -- because those statements, as I understood |
| 17:53:00 | 20 | them, were made to financial analysts who were then |
| 17:53:04 | 21 | interpreting them or repeating them verbatim or what have |
| 17:53:08 | 22 | you to determine whether they would make stock |
| 17:53:11 | 23 | recommendations or not. |
| 17:53:12 | 24 | So I was looking at it not from the |
| 17:53:18 | 25 | perspective of someone in the IT industry or from a |

228

CONFIDENTIAL

| | | |
|---|---|---|
| 17:53:23 | 1 | customer, but from the perspective to those people to |
| 17:53:24 | 2 | whom that statement was made who are people who don't |
| 17:53:27 | 3 | have that knowledge, and who I think without that |
| 17:53:30 | 4 | knowledge would have had every reason to take that |
| 17:53:33 | 5 | literally. |
| 17:53:33 | 6 | Q. BY MR. GIBBS: So you think that financial |
| 17:53:35 | 7 | analysts hearing Oracle say that customers using the |
| 17:53:41 | 8 | E-Business suite wouldn't need to do any systems |
| 17:53:44 | 9 | integration, those financial analysts would have believed |
| 17:53:48 | 10 | that large numbers of customers would be able to run |
| 17:53:52 | 11 | their entire business on Suite 11i and no other software |
| 17:53:56 | 12 | at all? |
| 17:53:56 | 13 | MR. WILLIAMS: Objection. Misstates his |
| 17:54:00 | 14 | testimony. |
| 17:54:00 | 15 | THE WITNESS: I'm not professing to be an |
| 17:54:03 | 16 | expert on financial analysts. The no systems integration |
| 17:54:09 | 17 | was said so many times by so many people in so many |
| 17:54:16 | 18 | places as an absolute. No systems integration, none. |
| 17:54:26 | 19 | Zero. It's eliminated. That's what was being said. |
| 17:54:29 | 20 | And I'm saying people without the specific -- |
| 17:54:32 | 21 | whether they're financial analysts or whether they're |
| 17:54:37 | 22 | court reporters or whether they're lawyers might well |
| 17:54:44 | 23 | take that literally, and I would expect they would take |
| 17:54:48 | 24 | it literally, and that's why I looked at it literally. |
| 17:54:51 | 25 | Q. BY MR. GIBBS: But what about people who are |

CONFIDENTIAL

| | | |
|---|---|---|
| 18:14:37 | 1 | Going from 10.7 to 11, for instance. |
| 18:14:42 | 2 | They don't, in my experience -- and as I |
| 18:14:45 | 3 | said, I don't think it has any relevance here -- but |
| 18:14:48 | 4 | necessarily expect major increases in functionality |
| 18:14:52 | 5 | between 11i two and 11i three or 11i seven and 11i eight. |
| 18:15:01 | 6 | Q.  A different question:  You've reached an |
| 18:15:06 | 7 | opinion about whether Suite 11i was of commercial |
| 18:15:11 | 8 | quality.  And you've done so without comparing |
| 18:15:18 | 9 | specifically the quality of Suite 11i to other enterprise |
| 18:15:25 | 10 | application suites from vendors like PeopleSoft and "my |
| 18:15:29 | 11 | SAP" and J.D. Edwards. |
| 18:15:31 | 12 | And my question is:  Is it possible under |
| 18:15:35 | 13 | your standard of commercial quality for a product like |
| 18:15:42 | 14 | Suite 11i to be better than PeopleSoft 8, better than "my |
| 18:15:48 | 15 | SAP," better than One World, and still not be of |
| 18:15:54 | 16 | commercial quality? |
| 18:15:58 | 17 | MR. WILLIAMS:  Objection.  Form. |
| 18:15:59 | 18 | THE WITNESS:  Hypothetically, I don't know |
| 18:16:10 | 19 | that I would agree that it was better than any of those. |
| 18:16:19 | 20 | Okay? |
| 18:16:22 | 21 | Q.  BY MR. GIBBS:  I took that as a given. |
| 18:16:25 | 22 | A.  Okay.  And moreover, I don't have the same |
| 18:16:29 | 23 | level of information to determine whether it would be |
| 18:16:31 | 24 | better than any of those.  And to the extent that I might |
| 18:16:36 | 25 | have had some information to that effect, I wouldn't be |

Esquire Deposition Services
800.770.3363

CONFIDENTIAL

| | | |
|---|---|---|
| 18:16:44 | 1 | able to use that in this engagement due to |
| 18:16:47 | 2 | confidentiality agreements in other engagements. |
| 18:17:00 | 3 | I guess I don't -- because of those factors, |
| 18:17:05 | 4 | I don't think I can answer your question. |
| 18:17:08 | 5 | Q.  Let me ask it a different way.  For purposes |
| 18:17:12 | 6 | of your opinion that Suite 11i was not of commercial |
| 18:17:17 | 7 | quality, as I understand your opinion, it's irrelevant |
| 18:17:20 | 8 | whether Suite 11i was better or worse than products like |
| 18:17:26 | 9 | PeopleSoft 8, "my SAP," J.D. Edwards' One World, Baan's |
| 18:17:34 | 10 | ERP suite.  Is that understanding correct? |
| 18:17:35 | 11 | MR. WILLIAMS:  Objection to the form. |
| 18:17:36 | 12 | THE WITNESS:  You asked me whether it's |
| 18:17:44 | 13 | irrelevant? |
| 18:17:45 | 14 | Q.  BY MR. GIBBS:  Uh-huh. |
| 18:17:45 | 15 | A.  I don't know.  If I had that same level of |
| 18:17:51 | 16 | information for all the others and could do a comparison, |
| 18:17:59 | 17 | understanding that all these ERP or enterprise-type |
| 18:18:06 | 18 | products aren't identical, they're -- Oracle 11, I was |
| 18:18:12 | 19 | represented to be the first of its kind to do the |
| 18:18:19 | 20 | integration of CRM and ERP, and that according to the |
| 18:18:25 | 21 | representation, nothing else did that.  I don't know |
| 18:18:29 | 22 | that, number one, I could compare them.  I don't know |
| 18:18:33 | 23 | that they're comparable in the way that you've described, |
| 18:18:37 | 24 | although they may have some comparable functionality. |
| 18:18:41 | 25 | But if I had -- if they were comparable, and |

234

CONFIDENTIAL

18:18:46   1   as I say, I don't think necessarily they are, and if I

18:18:51   2   had the same depth of information on them that I had on

18:18:57   3   this, I might take that into consideration.  I didn't.  I

18:19:03   4   didn't have the information, the comparability -- the

18:19:07   5   hypothetical is just so far off that I couldn't consider

18:19:13   6   that in this opinion.

18:19:16   7        Q.  Is it fair to say, though, that you didn't

18:19:18   8   think that kind of information, comparative information

18:19:22   9   on those other products, was necessary in forming your

18:19:27   10  opinion?

18:19:27   11       A.  Well, I formed my opinion without it.

18:19:31   12       Q.  I thought that was a safe assumption.

18:19:35   13       A.  Yeah.

18:19:35   14            MR. GIBBS:  Okay.  I will close to the end.

18:19:38   15  I don't have anything else.

18:19:39   16            MR. WILLIAMS:  Okay.  I've probably got maybe

18:19:42   17  five minutes, and I'll take five minutes between now and

18:19:45   18  then.

18:19:45   19            MR. GIBBS:  Okay.

18:19:47   20            THE VIDEOGRAPHER:  Off the record.  The time

18:19:49   21  is 6:19.

18:19:51   22            (Recess.)

18:25:35   23            THE VIDEOGRAPHER:  We are back on the record.

18:25:53   24  The time is 6:25.

           25  ///

235

1          REPORTER'S CERTIFICATE

2        I certify that the witness in the forgoing

3   deposition,

4

5   was by me duly sworn to tell the truth, the whole truth

6   and nothing but the truth in the within-entitled cause;

7   that said deposition was taken at the time and place

8   herein named; that the testimony of said witness was

9   reported by me, a duly certified shorthand reporter and

10  a disinterested person, and was thereafter transcribed

11  under my direction into typewriting.

12       I further certify that I am not of counsel or

13  attorney for either or any of the parties to said

14  deposition, nor in any way interested in the outcome of

15  the cause named in said caption.

16       Dated

17            **JUN 2 9 2007**

18

19            _Leslie Rockwood_

20            Leslie Rockwood
              Certified Shorthand Reporter
              State of California
21            Certificate No. 3462

22

23

24

25