

Oracle Net Income Up 62%, Earnings per Share $0.11; Application Sales Up 66%, Database Sales Up 19%
http://www.oracle.com/corporate/press/505455.html

# Oracle Press Release

Contact(s):
Stephanie Aas
Oracle Corp.
(650) 506 4073
investor_us@oracle.com

## Oracle Net Income Up 62%, Earnings per Share $0.11; Application Sales Up 66%, Database Sales Up 19%
### Operating Margin increases 11 points to 36%

REDWOOD SHORES, Calif., Dec. 14, 2000 - (http://www.oracle.com/tellmemore/?505455) Today, Oracle Corporation announced that second quarter net income increased 62% to $623 million, or $0.11 per share, while revenue grew to $2.7 billion. This compares to $2.3 billion in revenue, $384 million in net income, and $0.06 per share in Q2 last year. Applications software sales increased 66% to $279 million, while database software sales grew 19% to $775 million. Total software license revenue was up 25% to $1.1 billion, while total service revenue increased 9% to $1.5 billion for the quarter.

"Our applications business is strong and getting stronger," said Oracle CEO, Larry Ellison. "Oracle's new e-business suite puts every aspect of a business -- marketing, sales, service, procurement, supply chain, manufacturing, accounting, human resources -- everything, on the Internet. All the applications in our suite are designed and engineered to work together, so customers buying the entire suite don't need to do any systems integration."

"Customers buying a part of the suite are doing systems integration to connect our applications with applications from other vendors," Ellison continued. "This quarter's results prove that we're winning more and more of these best-of-breed battles against Ariba, I2, Seibel and other niche specialists. And once a customer uses one of our applications, it's just a matter of time before they move to the entire suite. Systems integration is so complex and expensive that nobody really wants to do it."

"This quarter's numbers are even more impressive when you factor out currency fluctuations," said Oracle Chief Financial Officer, Jeff Henley. "The proper way to measure our growth year over year is in constant dollars. Using that measure, quarterly applications software sales were up 73% while database software sales were up 26%. Total license growth increased 32%. That's stellar growth for a company our size. Add the fact that it took us just two years to double operating margins and more than double profits, and you have a measure of the strength of our business."

Oracle Corporation is the world's second largest software company. With annual sales of more than $10 billion, Oracle provides the software that powers the Internet. For more information about Oracle, please call Investor Relations at (650) 506-4073 or visit Oracle on the web at www.oracle.com.

ORCL 0012544

"Safe Harbor" Statement Under the Private Securities Litigation Reform Act of 1995: Information in this release relating to Oracle's future prospects which are "forward-looking statements" are subject to certain risks and uncertainties that could cause actual results to differ materially, including, but not necessarily limited to, the following: (1) Management's ability to manage growth, continuously hire and retain significant numbers of qualified

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 296295