# Declaration of Brooks L. Hilliard  CMC CCP

in the Matter of

## Oracle Corporation ("Oracle") Securities Litigation

United States District Court
Northern District of California
San Francisco Division

Case No. C-01-0988-MJJ

May 25, 2007

Declaration of Brooks Hilliard, dated 5/25/2007, page 6

### 3. <u>**Procedures Used**</u>

In order to reach the opinions above, I reviewed the relevant pleadings in this case as well as numerous documents, deposition transcripts and industry analyses and reviews. I also had electronic access to all of the Bates stamped documents produced in this matter via an electronic document management system maintained by Lerach Coughlin Stoia Geller Rudman & Robbins LLP that I understand to be dedicated to this litigation. The majority of the documents and testimony that I relied on are referenced in footnotes herein.

#### 3.1  The Oracle 11*i* software

In addition to reviewing the documents in this matter, I had access to a copy of the Oracle 11*i* E-Business Suite software[3] that was represented as capable of being installed and tested. The software produced by Oracle was provided on more than 300 CDs, most of which are marked as installable on a Sun SPARC computer.[4] However, no minimum computer configuration and no installation instructions or manuals were provided. After serious consideration, I elected not to attempt to install and test the software because I determined that such a test would not be practical and would have no significant value in reaching my opinions. Business

---

[3]   See NDCA-ORCL 050681-051015. Note: These Bates-numbered items are CDs (not documents) containing Oracle 11*i* and associated software, versions 1 through 5, with dates ranging from May 2000 to May 2001.

[4]   SPARC computers are what the computer industry refers to as "mid-range" systems, meaning they are bigger, more powerful and considerably more expensive than PCs, and smaller, less powerful and less expensive than "mainframe" computers. SPARC systems, of the size that would typically be used to run ERP or CRM software, are manufactured and sold only by Sun Microsystems, use a Sun-proprietary version of the Unix operating system (not Microsoft Windows) and typically sell for tens of thousands to hundreds of thousands of dollars.