IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**Certified Copy**

In re ORACLE CORPORATION

SECURITIES LITIGATION.

                Master File No. C-01-0988-MJJ

This Document Relates To:

    ALL ACTIONS.

_____/

---oOo---

CONFIDENTIAL

VIDEOTAPED DEPOSITION OF LAWRENCE ELLISON

Volume II

Thursday, September 21, 2006

---oOo---

SHEILA CHASE & ASSOCIATES
REPORTING FOR:
LiveNote World Service
221 Main Street, Suite 1250
San Francisco, California 94105
Phone: (415) 321-2300
Fax: (415) 321-2301

Reported by:
RACHEL FERRIER, CSR
CSR No. 6948

```
 1      A     I think we engaged in early implementations
 2   with the teams of people that -- that our customers
 3   responsible for that implementation, I think we
 4   worked with the right people.
 5      Q     Okay.  What about the last sentence -- "'As
 6   it was, it took us until November to realize we had
 7   issues here and to start to mobilize" -- do you know
 8   what that refers to?
 9      A     I'm not sure what -- no.
10      Q     Okay.  Now, looking further down the page,
11   two-thirds of the way down, it reads:  "'The next
12   really big push was to get in contracting and order
13   management over New Year's.'"
14            Do you see that?
15      A     I do.
16      Q     And this is referencing Oracle's internal
17   implementation; is that right?
18      A     I don't know.  I would have to --
19      Q     Okay.
20      A     -- I can't really tell.  Give me a second.
21      Q     Okay.
22      A     Okay.
23      Q     Okay?
24      A     Yeah.
25      Q     So this reflects Mark Barrenechea
```

```
 1   referencing the big push; correct?
 2        A    Yes.
 3        Q    Okay.  And then he goes on to say, "'What
 4   happened was one of the most dramatic moments I'd
 5   seen during my five years at Oracle.  Everyone except
 6   Ron knew that we could not place an order with the
 7   new system.'"
 8             And then there's an asterisk, and that's
 9   because you entered a clarification; correct?
10        A    Yes.
11        Q    In fact, correction.  You say, "'Nonsense.
12   Of course Ron knew about the problems with our
13   internal order management implementation.  He was
14   personally running the project to put it in and make
15   it work.  We planned to be down for a while, and we
16   were."
17             Is it accurate?
18             MR. LINDSTROM:  Have you read it
19   accurately, or are the statements in there accurate?
20             MR. SOLOMON:  Both.
21        Q    Have I read it accurately?
22        A    I was reading along as you read.
23        Q    Okay.
24        A    But the statements as written here is
25   accurate.
```

```
 1      Q    Okay.  Then it goes on in the text:  "And
 2 Larry, knowing we can't place an order, not knowing
 3 when we would be able to place an order, and knowing
 4 that once we turned off the old bespoke system that
 5 there was no going back. . . 'We are going live
 6 anyway.  I need a forcing function, so off we go.'
 7 So we upgraded, and Oracle went down.  We were down
 8 for fourteen days.  For fourteen days that January,
 9 Oracle could not place a single order."
10           Is it true that for the 14 days he refers
11 to that Oracle could not place a single order?
12      A    I think I said "Nonsense," you know.  No.
13      Q    So your -- your clarification or your
14 asterisk and your "Nonsense" doesn't just refer to
15 the sentence where the asterisk is; it continues,
16 does it?
17      A    Well, I don't think -- I don't think we
18 were down for 14 -- I'm not sure.  I don't recall
19 exactly how many days we were down.  But even when we
20 were down, we had ways to work around the system and
21 place orders.
22           So the -- the sys -- there's no question
23 the system -- you know, when we put the new system
24 in, we were out, and that happens with almost every
25 release:  When you put in a new system, you are out
```

1  some number of days, and there were some number of
2  days we were definitely out of service, putting the
3  new system in.
4          But we solved the problems, got the system
5  up and running, and we were fine.
6      Q   Okay.  And when you were -- when you were
7  down, do you know if that was before you sold your
8  stock at the end of January?
9      A   I have no recollection.
10     Q   Okay.  It goes on to say, "It was
11 frightening.  But we got it to work.  Larry was
12 right.  It was a great forcing function.  At that
13 point I became acutely aware of the customer
14 dissatisfaction and immediately started drilling down
15 into the implementations we were doing."
16         Do you see that?
17     A   I do.
18     Q   Now, were you aware at that time that Mark
19 had become -- Mark Barrenechea had become acutely
20 aware of customer dissatisfaction?
21     A   I would have hoped he would have been aware
22 before then.  I mean, we were having -- you know, I
23 asked that we go over all of the dissatisfied
24 customers and keep -- you know, keep track of them.
25     Q   Were you acutely aware of customer

1   dissatisfaction at that time?
2       A    I think I've said before that we have -- we
3   had several customers that were having problems, and
4   we monitored them closely and made them successful.
5           MR. SOLOMON:  Okay.  We will have marked as
6   the next exhibit further excerpts from the book
7   Softwar.
8           (Exhibit No. 91 was marked for
9           identification.)
10  BY MR. SOLOMON:
11      Q    Okay.  On page 193, at the top, Ron Wohl,
12  referring, I believe, to the order management system,
13  is quoted as saying, "'Technically, we really had to
14  include it to fulfill the objective of the E-Business
15  Suite.  If it had the flexibility to meet modern
16  e-business practices, you're in great shape; if it
17  doesn't, you don't really have an E-Business Suite.'"
18          Do you see that?
19      A    I do.
20      Q    Is that factually accurate?
21      A    No.
22      Q    And you didn't clarify or dispute it,
23  though, did you?
24      A    Well, I mean, initially, if you recall our
25  five steps, we were going to include the old version

```
 1              CERTIFICATE OF DEPOSITION OFFICER
 2         I, RACHEL FERRIER, CSR, CSR No. 6948, duly
 3    authorized to administer oaths pursuant to Section
 4    8211 of the California Code of Civil Procedure,
 5    hereby certify that the witness in the foregoing
 6    deposition was by me sworn to testify to the truth,
 7    the whole truth and nothing but the truth in the
 8    within-entitled cause; that said deposition was taken
 9    at the time and place therein stated; that the
10    testimony of said witness was reported by me and was
11    thereafter transcribed by me or under my direction by
12    means of computer-aided transcription; that the
13    foregoing is a full, complete and true record of said
14    testimony; and that the witness was given an
15    opportunity to read and correct said deposition and
16    to subscribe same.
17         I further certify that I am not of counsel or
18    attorney for either or any of the parties in the
19    foregoing deposition and caption named, nor in any
20    way interested in the outcome of the cause named in
21    said caption.
22         IN WITNESS WHEREOF, I have hereunto subscribed
23    by my hand this 28th day of September, 2006.
24    _____
25         RACHEL FERRIER, CSR No. 6948
```