# LIVENOTE | World Service℠

*A new perspective on court reporting.*

Certified Copy

In The United States District Court
Northern District of California
San Francisco Division

**CONFIDENTIAL**

Deposition

Of

Ronald Wohl

Volume I

March 23, 2006

In re: Oracle Corporation Securities Litigation

A LiveNote World Service Transcript. Reported by CLSP, Sheila Chase & Associates
LiveNote Inc. • 221 Main Street, Suite 1250, San Francisco, California 94105 • 1-800-LIVENOTE

```
 1              IN THE UNITED STATES DISTRICT COURT
 2              NORTHERN DISTRICT OF CALIFORNIA
 3                   SAN FRANCISCO DIVISION
 4
 5   In re ORACLE CORPORATION
 6   SECURITIES LITIGATION
 7                              Master File No. C-01-0988-MJJ
 8   This Document Relates To:
 9        ALL ACTIONS.
     _____/
10
11                        ---oOo---
12                       CONFIDENTIAL
13              DEPOSITION OF RONALD WOHL
14                        VOLUME I
15              THURSDAY, MARCH 23, 2006
16                        ---oOo---
17
                 SHEILA CHASE & ASSOCIATES
18
                      REPORTING FOR:
19
                   LiveNote World Service
20
               221 Main Street, Suite 1250
21
              San Francisco, California 94105
22
                   Phone:  (415) 321-2311
23
                    Fax:   (415) 321-2301
24   Reported by:
25   DIANA NOBRIGA, CSR 7071, CRR
```

```
 1   request information from something on the ERP side to
 2   complete something that was happening on the CRM side?
 3        A.   May have been requesting information, it may
 4   have been requesting a piece of software code to be
 5   executed.
 6        Q.   Okay.  Did you at some point learn after the
 7   release of 11i that some of the CRM software didn't work
 8   with the ERP software?
 9             MR. GIBBS:  Objection; vague.
10             Answer if you can.
11             THE WITNESS:  I learned of some functional
12   deficiencies relating to that, yes.
13             MR. WILLIAMS:  Q.  And if you recall, why
14   don't you tell me some of the functional deficiencies
15   that you learned relating to that.
16        A.   I don't recall the details of it.
17        Q.   Okay.  Do you recall generalities?
18        A.   There were -- in the early days of 11i there
19   were too many bugs, and I'm not sure where you want me
20   to go with this, but there were too many bugs, and that
21   caused some number of customer issues.
22        Q.   Well, when you say there were too many bugs,
23   as far as you know, were there too many bugs in the CRM
24   module or too many bugs in the ERP or both?
25        A.   I focused my attention on my products, on the
```

```
 1  ERP side.  And there were some of the products I had
 2  that were quite good, and there were, you know, some
 3  that weren't as good.  And they were certainly the focus
 4  of my attention to improve as quickly as possible.
 5       Q.  My original question was whether you learned
 6  after the release of 11i that certain CRM applications
 7  just did not work with the ERP applications they were
 8  intended to work with.
 9           MR. GIBBS:  Objection; vague.
10           Answer if you can.
11           THE WITNESS:  Let me say as -- maybe as an
12  element of clarification, work versus not work isn't
13  really a binary issue in software.
14           The kind of software we're talking about has
15  thousands and thousands and thousands of functions.  So
16  you're asking kind of as if it's almost an on/off
17  switch, did it work, did it not work.  The answer has
18  got to be more nuance than that because of the endless
19  thousands of features.  Those features might -- you
20  know, an individual feature might work, an individual
21  feature might work for some customers, might not work
22  correctly under a different circumstance for a different
23  customer.
24           So clearly I learned, you know, from -- I
25  learned that there were things that didn't work, there
```

1  were things that didn't work in my own products, there
2  were things that didn't work in the CRM products, and
3  there were some things that didn't work between the CRM
4  and the ERP products.
5          MR. WILLIAMS:  Q.  And part of that was --
6  part of that was due to inadequate testing?
7      A.  In retrospect, we certainly -- I certainly
8  believed that what we learned is we should have done
9  more testing.
10     Q.  Now, did you learn that -- withdrawn.
11         Is it your belief you should have done more
12 testing on the ERP side or there should have been more
13 testing on the CRM side?
14     A.  I focused my attention primarily on the ERP
15 side, and I was focused on quality issues that came up
16 within the products under my domain.
17         VIDEOGRAPHER:  I'm sorry, counsel, I'm going
18 to have to change the tape so I don't have a problem.
19         MR. WILLIAMS:  Sure.
20         VIDEOGRAPHER:  We're going off the videotape
21 record.  The time is 11:24 a.m.  This is the end of tape
22 number one.
23             (Recess, 11:24 - 11:31 a.m.)
24         VIDEOGRAPHER:  We are back on the videotape
25 record.  The time is 11:31 a.m.  This is the beginning

```
 1   practice and the move from the custom software to the
 2   product software and so forth.
 3       Q.   Did it cause any loss of revenue?
 4       A.   I don't know if that one did.  That one may
 5   have caused a little bit.  I think the education group
 6   was very afraid it would.  I don't know if it actually
 7   did.
 8       Q.   Afraid it would?
 9       A.   They were very afraid it would.  I don't know
10   if it actually did or not.  I don't remember.
11       Q.   How long did the upgrade take?
12       A.   What do you mean by that?
13       Q.   Well, the upgrade to 11i began sometime in
14   December 2000?
15       A.   If you're saying -- the upgrade process, at a
16   certain point the 11.0 system was taken offline from
17   users, then upgrade scripts were run and new -- I don't
18   know if new database versions were put in or not.  New
19   applications versions were put in, et cetera.  It was a
20   multi-day process.
21       Q.   So it takes a few days?
22       A.   For Oracle at that time -- did I say in here
23   how long it took?
24           It took more than one day, I know that for
25   certain.  I don't remember how many days it took.
```

1  Q. I ask only because -- well, withdrawn.
2     Would Oracle -- would it be considered live
3  after that day or so or couple days it took?
4  A. Oracle would be considered live once the first
5  production users began using the system. So once
6  accountants began signing on and doing their accounting
7  and order management, people began typing in customer
8  orders and people began doing all the normal course of
9  business, Oracle would be considered live.
10 Q. Right. And if 11.0 was taken down and 11i was
11 kind of brought up in that kind of few-day period, after
12 that three days Oracle would be considered live; is that
13 fair to say?
14 A. Just as I said. I think we're agreeing, yes.
15 Q. Because some of the customers it took several
16 months to go live?
17 A. I think there are two different definitions of
18 going live. The preparatory effort for the IT group to
19 configure -- to load the software into a test
20 environment, do a test upgrade, do -- run through all
21 their test plans, train the new users, determine the new
22 functionality they wish to turn on, figure out how to
23 change the business processes to take advantage of that
24 new functionality, that was a multi-month process. And
25 for Oracle that was a multi-month process as well.

```
 1             Once you did all that preparation, the actual
 2   upgrade period was obviously a much shorter process,
 3   because nobody could take down their live production
 4   system for months.  People would do all that preparatory
 5   work in test environments, then the cut-over of the live
 6   environment, the goal was have it take as short as
 7   possible.
 8        Q.   I see.  So that could explain the time period
 9   from the customer actually licensing the software and
10   then ultimately going live on whatever piece of the
11   software?
12        A.   That's correct.
13        Q.   Sometimes it was, you know -- sometimes it was
14   months -- a lot of times it was months?
15        A.   To do what?
16        Q.   To go live from the date a customer purchased
17   the software to the date that they were live?
18        A.   It would depend on what the customer was
19   trying to do and how simple or complex.
20        Q.   Okay.  You mentioned earlier that order
21   management was one of those modules that had the most
22   added functionality?
23        A.   That's right.
24        Q.   And also had probably the most immaturity or
25   bugs in it?
```

1   A.   Among the product I was responsible for
2   managing, that's my judgment.
3   Q.   And what was -- in an ideal world, what does
4   order management do?  What does that module do?
5   A.   I know it sounds simple to be able to capture
6   orders and process orders and then do the right thing
7   with it, but there are so many different variations on
8   orders that you can have.
9       Just the simplest definition is order
10  management allows you to record the information about an
11  order, changes to the order, cancellations of an order,
12  and then do whatever is appropriate with that order.
13  That may mean passing that on to the manufacturing
14  system if it's something that's supposed to be
15  manufactured.  It may mean interfacing with the
16  inventory system if it deals with, you know, with parts
17  that are in inventory.
18      The system I mentioned for education at
19  Oracle, it interfaced with Oracle's training
20  administration system, which is part of the HR family of
21  products, to allow it to process orders for live
22  training of students, which is a very different kind of
23  order when you are basically reserving a slot in a
24  class, in a classroom or so.
25      So it dealt with all the orders.  It dealt

```
 1                CERTIFICATE OF DEPOSITION OFFICER
 2                I, DIANA NOBRIGA, hereby certify that the
 3   witness in the foregoing deposition was by me duly sworn
 4   to testify to the truth, the whole truth, and nothing
 5   but the truth in the within-entitled cause; that said
 6   deposition was taken at the time and place therein
 7   stated; that the testimony of said witness was reported
 8   by me, a Certified Shorthand Reporter and disinterested
 9   person, and was thereafter transcribed into typewriting,
10   and that the pertinent provisions of the applicable code
11   or rules of civil procedure relating to the notification
12   of the witness and counsel for the parties hereto of the
13   availability of the original transcript of the
14   deposition for reading, correcting and signing have been
15   met.
16                I further certify that I am not of counsel or
17   attorney for either or any of the parties to said
18   deposition, nor in any way interested in the outcome of
19   the cause named in said action.
20                In WITNESS WHEREOF, I have hereunto
21   subscribed by my hand this 31st day of March 2006.
22
23
24                          _____
25                           for  DIANA NOBRIGA, CSR NO. 7071
```