**Postmortem Report for Liberty Mutual**
September 11, 2000
By: Phillip Tate, Eastern Area Customer Care
**Customer Profile**
Liberty Mutual is our fifth largest HR/Payroll customer and our first install of 11i HR.
**Oracle Product**
Oracle Applications 11i HR/Payroll

**Problem Summary**
Liberty Mutual was 10 calendar days away from their second conference room pilot (CRP) that had to be ready on 7/31 for a full three day demo. They had users nationwide scheduled to fly in for the demonstration. In addition, they needed to be in production in October, running in parallel against their existing legacy system for a January 2001 go-live.
**What triggered the escalation**
The Liberty Mutual (Liberty) escalation began on 7/20 as a request for assistance from Tony Kender, VP for US HR Apps Sales, to Al Snyder. Tony stated that Liberty, our first 11i HR/Payroll customer, was unable to run payroll while preparing for a Conference Room Pilot (CRP). Further, that they, Liberty, were not getting calls returned from Support or, when calls were returned, they were told that they were not a priority because they were not yet live.

**Major Participants**
Ron Feldman from Sales

John Beatty, Angelo Rosado and Lori Kaczmarek from BDE
Deidre Figueroa, Robin Weiss, William Hamilton, Dustin Register and Gordon Maben from PSF
Beth Correa and Mark Reid from Development
Phil Tate from Customer Care & Escalations

**Show Stopper TARs and Bug Numbers**
Tar: 1026582.996 – opened 7/19, closed 7/26.
**Significant Events**
The Liberty Mutual (Liberty) escalation began on 7/20 as a request for assistance from Tony Kender, VP for US HR Apps Sales, to Al Snyder. Tony stated that Liberty, our first 11i HR/Payroll customer, was unable to run payroll while implementing a Conference Room Pilot (CRP). Further, that they, Liberty, were not getting calls returned from Support or, when calls were returned, they were told that they were not a priority because they were not yet live. TAR number 1026582.996 was opened on 7/19 against the payroll problem. Additional information received from Laurie Holden, Project Manager at Liberty, indicated that they would be making a go/no go decision on Tuesday, 7/25 for the 7/31 CRP.
At the time, 7/20, Liberty had at least 7 open TARs, verified by Marianne Beales from HRMS BDE. Liberty was advised by Beth Correa, Product Manager, Canadian HRMS, to apply the HRMS 11i Family Pack. Liberty tried to apply this patch earlier but had problems. so they wanted Oracle to verify the install sequence of all the patches to be applied.
On Friday 7/21, an Oracle verified patch list was forwarded to Liberty. The Family Pack was expected to resolve 3 of 5 open payroll issues. Liberty would apply the patches over the weekend then reevaluate the open technical issues on Monday.
By Sunday, 7/23, the family pack was successfully applied and some functional testing had occurred but Liberty was unable to locate the Vertex patch and the Canadian Payroll patch was yet to be applied.
On Monday, 7/24 the Vertex patch was located on Metalink and downloaded by Liberty. After the patch was applied Liberty ran several payroll jobs but none completed. The problem was perceived to be a memory leak by Liberty. The TAR was upgraded to a severity 1.
On Tuesday, 7/25 (go/no go day) at about 11:00 EDT they still were unable to complete a payroll run but they did not make a go/no go decision.

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

With the collaboration of PSF, BDE and Development the payroll problem was resolved on 7/26. Once the payroll mandatory patches were installed and previous "runs" of of payroll purged, Liberty also needed to run "analyze" against the application's tables. Once this was accomplished they were able to run Payroll successfully.
Work continued on two important but non-showstopper TARs, 1025183.996 – cannot copy hierarchy and 1152548.999 – error copying HRSS Workflow.
Liberty was able to workaround unresolved issues and had a successful conference room pilot that begun on Monday, 7/31.  TAR 1025183.996 was resolved on 8/1 and TAR 1152548.999 is still being addressed.

**What Did Oracle Do Well**
There is no evidence in TAR 1026582.996 which shows that calls were not being returned, nor were there extensive delays in customer responses.
PSF was on the right track towards a resolution even before the account was flagged as escalated. The delays in getting the payroll issue resolved was getting the HR Family Pack and dependent/prerequisite  patches installed successfully by Liberty Mutual. This was completed on 7/25. Once completed and payroll still did not run the TAR was upgraded to a Severity 1. The final piece of the solution was discovered the following day by Development.
Once the account was flagged as escalated and the customer's business situation clearly understood, additional efforts from PSF, BDE and Development were focused on resolving the technical problem.


**What Can We Do Better**
Once the iTAR was assigned (next day, 7/20) there was focus on the technical problem. However, there is no evidence in the TAR that indicates an understanding of the business impact to the customer. It is possible that if the business impact was well understood that the probability of an escalation would have been reduced.
**Recommendations**
As much as possible, if the business impact of a particular situation is not readily apparent due to it not being documented in the TAR then it should be discussed with the customer and documented in the TAR as early as possible.
Root Cause Code, (reason for escalation): Business Impact Awareness
Root Cause Code, (technical resolution): Documentation
1) Documentation: customer unaware of information on "Maintaining Oracle Applications" 2) Customer was unaware of the sequence to apply patches.
*The opinions above are my own based on TAR analysis, discussions with the customer and personal and direct involvement with the situation. It is not my intention to misrepresent any fact, individual or team contribution.*
--
Phillip S. Tate, Sr. Escalation Specialist
Customer Care & Escalations, Eastern Area, OSS
Desk: 407.458.5822. Cell: 407.718.0876

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER