CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

NDCA-ORCL 418744

R11i Customer Information
As of 01/03/2001

| Customer | Go-live Date | Products | New/Upgrade | Source | Comments | Platform | Executive Sponsor |
|---|---|---|---|---|---|---|---|
| **11i Live Customers** | | | | | | | |
| Advanced Telecom Group | Live | AP, PO, GL | New | West | PA and FA to be live on 3/01 | | |
| Aero Fulfillment Services | Live | ERP, CRM | New | East | | | |
| Agilera | Live | GL, AP, AR | New | Marketing | Plans to go live on Sales OnLine, HR, Project Costing, Project Billing, and Self-Service Time and Expense by 1/17/01 | | |
| American Bureau of Shipping | Live | Financials, HR, OTA | New | West | PA - 3/01 | | |
| American Linen Supply | Live | GL, AP, AR, PO, INV | New | West | | | |
| Applied Digital Solutions | Live | Financials | New | East | OM, INV in Dec. | | |
| ATA | Live | HR, OTA, OAB | New | West | | HP | Summers |
| AT&T | Live | Financials | Upg | East | Live on Financials in Argentina. Other LA countries to follow in Dec. and Jan. | | Miranda |
| Atrion | Live | GL, AP, AR, FA and CE | New | Cons | Also looking at HRMS, Projects, and CRM | Hosted | |
| At Stake | Live | Financials | New | East | Working on Projects & HR | | |
| Bank First | Live | Financials, PO, HR | New | West | | | |
| Barclays UK | Live | Financials, iProcurement | New | EMEA | | Sun | |
| Belgacom | Live | iProcurement | New | EMEA | Belgium. Interconnect to SAP R/3 is next | | |
| Boeing | Live | iProcurement | New | West | BSC later | | Robson |
| Broad Band | Live | Financials | New | Cons | Fast Forward Financials except for AR | Sun | |
| Cap Gemini | Live | Financials, PA | Upg | EMEA | UK | | Lowell |
| Carling Technologies | Live | GL, AP | New | Cons | | Sun | |
| CDMV (Quebec) | Live | GL, AP | New | Cons | | | |
| Center 7 | Live | Financials | New | Marketing | BOL | Hosted | |
| Chevron (RMX) | Live | AR, FA, CE, GL, AP, SSP, CRM | New | West | Planning go-live on iStore, Svc, OM, Cust Care on 12/4 | Hosted | |
| City3K | Live | Financials | New | EMEA | UK | | |
| Compaq | Live | Iprocurement, PO | | West | | NT | |
| Corrugated Services | Live | PO, Financials, OPM | Upg | West | From 11.0 | Sun | Souza |
| Curl Corporation | Live | Financials, PO, INV, HR | | East | CRM - 1/9/01 | | |
| CyberSource | Live | Financials, PO, INV | New | West | | Sun | |
| Digital Lighthouse | Live | Financials, Projects | New | West | | | |
| Doral | Live | Financials | New | OCS | In Puerto Rico. Implementing Treasury as part of second phase. | IBM | |
| EchoStar | Live | iProcurement (with 11.0) | New | West | | | |
| Edge Consultant Pte Ltd | Live | Financials | New | APAC | Singapore | | |
| eGarden.com | Live | Financials | New | OCS | | Sun | |
| Egreetings Network | Live | Financials, Projects, OM, PO | New | BOL | | Hosted | |

R11i Customer Information
As of 01/03/2001

| Customer | Go-live Date | Products | New/Upgrade | Source | Comments | Platform | Executive Sponsor |
|---|---|---|---|---|---|---|---|
| Ensemble Communications | Live | GL, AP, FA, INV, BOM, PO, MRP, OM | New | West | Implementation SI is PwC | | |
| Entegra | Live | OM, Inv, PO, MRP, AR | Upg | East | Also has iStore | | |
| Expedient | Live | BOM, WIP, INV, SSP5 | New | East | OM live date is TBD | | |
| Fidelity Employer Services Corp | Live | OAB | New | East | | | |
| Franke | Live | GL, AP, PO, FA | New | Cons | AR is scheduled for the end of October. | HP | |
| F&W Publications | Live | GL, FA, AP | New | East | PO Later | NT | |
| GiantLoop Network | Live | GL, AP, PO, FA, AR and CE | New | BOL | HR planned for Dec. Projects planned for Feb. | Hosted | |
| Guangzhou Zhujiang Brewery Group | Live | Financials | Upg | APAC | China. OPM - May 01 | | |
| Hallmark | Live | GL, FA, PA | Upg | West | Upgrade from 10.7. Go-live of 1/15/01 for AP/PO/Web Exp | | |
| Honeywell - corporate | Live | Financials, SSP5, SSE | Upg | West | | | Miranda Lowell |
| Hostcentric | Live | GL, AP, FA, HRMS, iPay, Service, Contracts, Cus Care, AR, INV, BOM | New | West | | Sun | |
| Hutchinson Telecom (UK) | Live | GL, AP, CE, FA, Web Expenses, HRMS | New | EMEA | | HP | |
| Imation | Live | Financials, OM | Upg | EMEA | Netherlands. Multi-lingual, multi-org, multi-currency. US live TBD. 3/12 | | |
| Industry Suppliers | Live | | New | EMEA | France. | | |
| Ingersoll Rand | Live | iProcurement | New | East | Also implementing ERP and CRM products | | |
| Intelitouch.com | Live | OM, Contracts, iSupport | New | East | | | |
| Inventec | Live | Financials, iProcurement | New | APAC | OM - Jan. 01 | IBM | |
| Kelly Services | Live | HR, Payroll | | West | | | |
| Kleinfelder | Live | HR | | West | OTM - 1/1/01. PA - 4/1/01 | | |
| Legerity | Live | Financials, OM, HR | New | West | MRP to follow in Nov. | | |
| Liberty Mutual | Live | HR, Pay | New | East | | | Summers |
| Loomis and Fargo | Live | Service, Contracts | New | CRM | | | |
| Loudcloud | Live | Financials, Mfg, SSE, HR, PA | New | West | | | |
| Ludwig Beck | Live | Istore | New | EMEA | | | |
| Lufthansa Airplus | Live | CRM - Customer care | New | EMEA | | | |
| Maple Networks | Live | Financials, PO | New | BOL | | Hosted | |
| Maritz Corporation | Live | AP,AR,GL | New | West | | | |
| MetalMaker | Live | iProcurement, PO, Supplier Portal | New | West | | Hosted | |
| MobShop.com | Live | GL, AR, AP, PO | New | West | | | |

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

NDCA-ORCL 418745