CONFIDENTIAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

--oOo--

In re:  ORACLE CORPORATION           Master File No.
SECURITIES LITIGATION                C-01-0988-MJJ (JCS)
_____/     CLASS ACTION



-- TRANSCRIPT DESIGNATED AS CONFIDENTIAL --

Videotaped Deposition of

RANDALL W. JENSEN, PH.D.

Friday, July 13, 2007

Reported by:
Leslie Rockwood

CSR No. 3462

Job No. 75321

CONFIDENTIAL

1   and probably more; correct?

2        A.   To determine if -- yeah, if the errors -- the

3   defect rate was lower than expected.  Not necessarily

4   low, most likely, or high.  It's what was expected.

5        Q.   Okay.  And let's assume for present purposes

6   that there were 5,000 software patches in the first six

7   months.  And let's further assume, as you have, that all

8   of those 5,000 software patches were to correct some kind

9   of defect.  Without knowing how big or how complex the

10  software is and without knowing what defect removal

11  procedures were undertaken, how can you possibly have an

12  opinion as to whether 5,000 defects is higher than what

13  you would expect?

14        MR. WILLIAMS:  Objection.  Form.

15        THE WITNESS:  That does -- that requires

16  something that's beyond the material I had.

17        Q.   BY MR. GIBBS:  So you can't reach that

18  conclusion?

19        A.   No.

20        Q.   Now, I can't tell from the report, but you

21  seem to be comparing the 5,000 software patches to the

22  1,000 high severity defects referenced in Mr. Yourdon's

23  report; is that correct?

24        A.   No.  In his report, he talked about a

25  thousand of the defects would be high severity defects,

CONFIDENTIAL

1   quoting -- not anything other than quoting Capers Jones.
2   That's where he got his information.
3           Is 5,000 high?  Well, Capers Jones says a
4   thousand should be expected.  I don't think the software
5   patches that were put in those first six months were
6   cosmetic.
7       Q.  Do you have any basis for concluding that
8   every one of the 5,000 was a high severity defect?
9           MR. WILLIAMS:  Objection.  Form.
10          THE WITNESS:  That requires something that
11  nobody really knows.
12      Q.  BY MR. GIBBS:  Well, you don't know it.
13      A.  I don't know.  I don't think anyone else
14  does, either.
15      Q.  So would that be impossible to determine?
16          MR. WILLIAMS:  Objection.  Form.
17          THE WITNESS:  That's -- first there has to be
18  a definition of a high severity defect.  The trail that
19  the TARs went through, there was no apparent formal
20  process that said this is a bug and this isn't a bug.
21  It's what they felt like calling it at the time.  It's
22  not unusual and it's not non-standard practice to do
23  that.
24      Q.  BY MR. GIBBS:  Let me -- let's talk about the
25  TARs.  Do you understand TAR to mean a technical

```
 1   assistance request?
 2         A.   Uh-huh.
 3         Q.   And that's a term used at Oracle?
 4         A.   That's what Oracle calls them.
 5         Q.   And do you understand that that's a request
 6   from a software user for some kind of assistance?
 7              MR. WILLIAMS:  Objection.  Form.
 8              THE WITNESS:  That's right.
 9         Q.   BY MR. GIBBS:  It might include a report of
10   an error in the software?
11         A.   It might.
12         Q.   In your work in the software development
13   field, were you ever called upon to diagnose defects in
14   the software that you were either developing yourself or
15   overseeing the development of?
16         A.   Yes.
17         Q.   And I take it diagnosing a defect in the
18   software typically starts with a user reporting some kind
19   of error; correct?
20         A.   That's right.
21         Q.   Is the user's error report by itself
22   typically enough to know whether there is in fact a
23   defect in the software?
24         A.   Not initially, no.
25         Q.   Okay.  What else do you need to do after
```

```
 1   receiving an error report to determine whether there is
 2   in fact a defect in the software?
 3           MR. WILLIAMS:  Objection.  Form.
 4           Go ahead.
 5           THE WITNESS:  Go ahead.
 6           MR. WILLIAMS:  Yeah.
 7           THE WITNESS:  The -- typically a committee
 8   gets together and says -- analyzes the problem and says
 9   this is a problem with the software or it's a problem
10   with the user interface or it was an incorrect action by
11   the user or it's something that would be nice to have,
12   and they're categorized.
13           And in a typical sense -- I don't say this
14   facetiously -- the ones that are called true errors are
15   minimized because you don't want a high error rate in
16   your software.  That's typical.  And I think this was
17   handled, from what I read, fairly typically.
18       Q.  BY MR. GIBBS:  But in your life as a software
19   developer and a manager of software development projects,
20   once you have a user reporting an error, before you can
21   conclude whether or not there is in fact a defect in the
22   software, you'd need to exclude other potential causes of
23   the error other than a defect in the software itself;
24   correct?
25       A.  Or -- or what you could do is say, yes, there
```

CONFIDENTIAL

```
 1   is a defect in the software, but here's a workaround.
 2           Q.  Okay.  But that's a -- that addresses a
 3   different question, and I'll get there --
 4           A.  It's the same question.  It's not an error if
 5   there's a workaround.
 6           Q.  Let's set aside the workaround issue for now.
 7           A.  Okay.
 8           Q.  Let me come at it a different way.
 9               A user might report an error by the software
10   for reasons that have nothing to do with the defect in
11   the software itself; correct?
12           MR. WILLIAMS:  Objection.  Form.
13           THE WITNESS:  They could.  It could be a user
14   error.
15           Q.  BY MR. GIBBS:  It could be a user error.  It
16   could be an error or defect in some other piece of
17   software that the application is interacting with;
18   correct?
19           MR. WILLIAMS:  Objection.  Form.
20           THE WITNESS:  The software is interacting
21   with other software?
22           Q.  BY MR. GIBBS:  Uh-huh.
23           A.  Wouldn't you think that's an error?  I'd put
24   that as an error because if Excel doesn't talk to Word,
25   using that as a simple example, then is that an error?
```

86

```
 1        Q.   Let me try a different angle.  So -- and I'll
 2   continue with that example.  So you've got Microsoft
 3   Office, and it's running on a Microsoft operating system.
 4        A.   Uh-huh.
 5        Q.   Let's set aside Vista for now.  Let's talk
 6   about XP, okay?  I have Microsoft Office on my machine
 7   down in my office, and it's running on Windows XP, the
 8   operating system.
 9        A.   Okay.
10        Q.   I might be using my Outlook email program and
11   experience an error.  It shuts down.  You can't tell --
12   if I just tell you, hey, my email just shut down for no
13   reason, you can't tell whether that has been caused by a
14   defect in Outlook, can you, based on that information
15   alone?
16             MR. WILLIAMS:  Objection.  Form.
17             THE WITNESS:  Doesn't your system come up and
18   say do you want us to send this report to Microsoft or
19   not?
20             MR. GIBBS:  Mine doesn't.
21             THE WITNESS:  Yours don't?  I'm sorry.
22   Typically mine does.  Mine comes up and says do you want
23   us to report this?  And you can say no, forget about it,
24   or send the report.
25        Q.   BY MR. GIBBS:  My question is really on a
```

```
 1   feature because their environment is not triggering that
 2   bug that's affecting the first user.  Is that right?
 3        A.   It's not being triggered.
 4             MR. WILLIAMS:  Objection.  Form.
 5             THE WITNESS:  That's true.
 6        Q.   BY MR. GIBBS:  So the fact that one customer
 7   using a piece of software is encountering a particular
 8   bug doesn't mean that every customer who uses that same
 9   piece of software is going to encounter the same bug;
10   correct?
11        A.   That's part of the rationale that most
12   commercial organizations use to get their software what
13   we call it commercially viable or relatively bug free or
14   good.  I'll just call it good.  The alpha testers are
15   more stringent or they use the software differently than
16   the developers.  The alpha testers are high-risk people.
17   They just love to take chances and use software that
18   doesn't work.  And their purpose is to break the
19   software.
20             Beta users are more like real users, but
21   they're also signing up to a lot of risk because the
22   software isn't commercially viable yet.  And they'll use
23   it in different ways, which surfaces different bugs.
24             And finally, when they make it commercially
25   available, most of the weird things that people would
```

96

1    come up with have been found, most of, not all of.
2         Q.   Okay.  But even after release, it's possible
3    that a bug could affect one customer in its environment
4    and not affect a customer using the very same feature of
5    the very same application in a different environment;
6    correct?
7              MR. WILLIAMS:  Objection.  Form.
8              THE WITNESS:  In a different way.
9         Q.   BY MR. GIBBS:  Are you familiar with the
10   concept of a bad fix injection rate?
11        A.   Oh, yes.
12        Q.   Okay.  What do you understand that phrase to
13   refer to?
14        A.   In a light way, a light way says any time you
15   repair an error, you introduce a new error.
16        Q.   And so the bad fix injection rate would refer
17   to the rate at which an intended fix introduces a new
18   error?
19        A.   Yeah.  And it happens.
20        Q.   It does happen?
21        A.   (Witness nods head.)
22        Q.   Mr. Jones, in various places in Estimating
23   Software Costs --
24        A.   He talks about that.
25        Q.   -- he talks about that.  Page 134, for

```
 1   example, he says about 7 percent of all defect repairs
 2   will accidentally inject new defects.
 3           A.   What page was that?
 4           Q.   134.
 5           A.   134?
 6                MR. WILLIAMS:  I want to object to the form.
 7                THE WITNESS:  Okay.
 8           Q.   BY MR. GIBBS:  Do you have any disagreement
 9   with his 7 percent number as a broad average?
10                MR. WILLIAMS:  Objection.  Form.
11                THE WITNESS:  I have to make a judgment on
12   that.  As with many of the other things in this book, he
13   got that number from somewhere.  I have no idea where it
14   came from, whether it's real or not.  7 percent?  I don't
15   know if -- I know some people who if they repaired
16   software that I had written would probably introduce two
17   bugs for every one that they fixed.  Depends on the
18   software, depends on the developer.  It's -- that's an
19   awfully -- seven is a good number to use because it's --
20   it's much like 42 is a good number.
21           Q.   BY MR. GIBBS:  What does that mean?
22           A.   42 is the prime number of the universe.
23           Q.   Okay.  I was told there would be no math.
24                Okay.  You don't have any other alternative
25   number as a broad average across --
```

```
 1                    REPORTER'S CERTIFICATE
 2        I certify that the witness in the forgoing
 3   deposition,
 4
 5   was by me duly sworn to tell the truth, the whole truth
 6   and nothing but the truth in the within-entitled cause;
 7   that said deposition was taken at the time and place
 8   herein named; that the testimony of said witness was
 9   reported by me, a duly certified shorthand reporter and
10   a disinterested person, and was thereafter transcribed
11   under my direction into typewriting.
12        I further certify that I am not of counsel or
13   attorney for either or any of the parties to said
14   deposition, nor in any way interested in the outcome of
15   the cause named in said caption.
16        Dated            JUL 1 6 2007
17
18
19                        Leslie Rockwood
                          ─────────────────────
20                        Leslie Rockwood
                          Certified Shorthand Reporter
                          State of California
21                        Certificate No. 3462
22
23
24
25
```