1          IN THE UNITED STATES DISTRICT COURT

2            NORTHERN DISTRICT OF CALIFORNIA

3                                                **CERTIFIED COPY**

                                    )
4    In re ORACLE CORPORATION          )
     SECURITIES LITIGATION             )  Master File No.
5    _____    )
                                        )  C-01-0988-MJJ
6    THIS DOCUMENT RELATES TO:          )
                                        )
7        ALL ACTIONS.                   )
     _____    )

8

9

10                    CONFIDENTIAL

11

12                    VOLUME I

13   VIDEOTAPED DEPOSITION OF EDWARD J. SANDERSON, JR.

14            Tuesday, July 25, 2006

15

16                 VIDEOTRACK LLC
                  Reporting For:

17

18            LiveNote World Service
         221 Main Street, Suite 1250
19       San Francisco, California  94105
            Phone:  (415) 321-2300
20          Fax:  (415) 321-2301

21

22

23

24   REPORTED BY: KAE F. GERNANDT
              CSR No. 5342

25

1    Veriad.

2            MR. WILLIAMS:  Okay.

3            THE WITNESS:  And I don't know what part of

4    11i they were implementing.  So, it's hard for me to

5    comment on what training material was available or

6    not available.

7    BY MR. WILLIAMS:

8        Q.    Understood.  I'm going to ask you to

9    turn to the next page.

10       A.    Okay.

11       Q.    And in the middle of the remainder of

12   the e-mail, he writes to you, "I'm attaching a

13   spreadsheet which provides detailed account

14   information where we have been forced to work at no

15   cost due to product issues."  You see that?

16       A.    Yes, I do.

17       Q.    When he writes "work at no cost," does

18   that mean that consultants are providing services to

19   customers but are not being billed -- and those

20   customers are not being billed for those services?

21       A.    That's correct.

22       Q.    And "product issues" there, is it fair

23   to say he's still referring to 11i, right?

24       A.    Yes.

25       Q.    And then he writes, "In Q1 alone, this

```
 1    equated to 1730 days, a North America hit of

 2    approximately $3 million."  See that?

 3         A.   Yes, I do.

 4         Q.   Does that mean that in Q1, there were

 5    consultants working, and those hours couldn't be

 6    billed, and there was a cost to Oracle in Q1 of

 7    $3 million?

 8         MR. GIBBS:  Objection.  Lack of foundation.

 9         THE WITNESS:  Ask the question again.  I want

10    to make sure I answer it correctly, if you don't

11    mind.

12    BY MR. WILLIAMS:

13         Q.   Does that mean in Q1 there were

14    consultants working, and those hours couldn't be

15    billed, and there was a cost to Oracle in Q1 of

16    $3 million?

17         MR. GIBBS:  Same objection.

18         THE WITNESS:  That's the way I would read it

19    as well.  And Q1 would be right after the product

20    was released.  And having these kind of issues,

21    while disappointing, was not unusual for us or,

22    again, any major release of a product.

23    BY MR. WILLIAMS:

24         Q.   I understand.  Okay.  And Keith Block is

25    not referring to the entire company.  He's just
```

1   referring to his organization, would that be fair to

2   say, with respect to the 3-million-dollar cost?

3         MR. GIBBS:  Objection.  Lack of foundation.

4         THE WITNESS:  He's talking about North

5   America, which would be Canada and U.S. Consulting.

6   BY MR. WILLIAMS:

7         Q.   Okay.  And he then writes, "As more

8   license deals are closed, I expect this number to

9   increase for Q2."  You see that?

10        A.   Yes, I do.

11        Q.   "Due to the bugs and the number of

12  patches required in some cases, field consulting

13  teams have recommended to clients to wait until the

14  new year until the product shakes out."  See that?

15        A.   Yes, I do.

16        Q.   Were you aware that consultants were

17  telling customers not to purchase the 11i until the

18  new year?

19        MR. GIBBS:  Objection.  Lack of foundation.

20        THE WITNESS:  I don't recall that generally,

21  and I don't recall this e-mail.

22  BY MR. WILLIAMS:

23        Q.   Okay.  But you don't think that Keith

24  was being untruthful when he wrote you this e-mail,

25  was he?

```
 1              A.   Does it have a specific meaning?  It
 2       would mean that those patches were tested with
 3       11.5.2, successfully completed the testing for
 4       11.5.2.  And what this is saying is that had not
 5       occurred yet.
 6              Q.   Okay.  So, down at the next line, he
 7       writes "Development EPR," which I'm assuming is
 8       ERP --
 9              A.   I think you're right.
10              Q.   -- "and CRM is now saying harmonization
11       will occur in 11.5.3, tentatively scheduled for the
12       end of November."  See that?
13              A.   Yes, I do.
14              Q.   And when -- do you know what Kevin Glynn
15       meant when he wrote "harmonization"?
16              A.   Yes.
17              MR. GIBBS:  Objection.  Calls for
18       speculation.
19              THE WITNESS:  That's when the CRP patches
20       will be certified with 11.5.2.
21       BY MR. WILLIAMS:
22              Q.   You mean CRM patches?
23              A.   He's saying ERP and CRM, so it's saying
24       that all -- the different patches that have been
25       released on 11i will be brought together and all
```

```
 1    tested and consistent with each other in 11.5.3.

 2           Q.   So, at least in October or as of

 3    October 21st of 2000, some ERP and CRM modules,

 4    including their patches, had not even been tested in

 5    terms of their ability to work together.  Is that

 6    fair?

 7           MR. GIBBS:  Objection.  That completely

 8    misstates his testimony and the document.

 9    BY MR. WILLIAMS:

10           Q.   Is that fair?

11           A.   No.  No, I don't interpret that at all.

12    What it's saying is ERP and CRM, when 11i was

13    released, was tested.  Again, because of the

14    significance of the release, you're going to have,

15    in the breadth of the software, because it was the

16    first truly integrated ERP and CRM software.  We

17    called it the EBusiness Suite, and patches were

18    released in some cases on a stand-alone basis as

19    things were discovered.

20                As you might imagine, not every client

21    were -- was implementing the same software at the

22    same time, and so, you would have different patches

23    related to different pieces of the software.

24           Q.   Okay.  Why don't we take a look at the

25    next page.
```

Sanderson, Edward - Volume I
CONFIDENTIAL

7/25/2006

```
 1          A.   Okay.

 2          Q.   This appears to be a chart prepared by

 3     Kevin Glynn discussing possible client situations

 4     and the recommended patching and upgrade, right?

 5          A.   Correct.

 6          Q.   If you go down to, I guess, the

 7     fourth -- one, two, three -- entry where he writes

 8     "ERP & CRM 11.5.1 client," see that?

 9          A.   Yes, I do.

10          Q.   "Take CRM Rollup patches off Metalink.

11     Do not apply 11.5.2."  See that?

12          A.   Yes, I do.

13          Q.   And isn't it fair to say that he's

14     recommending that clients who are using or purchased

15     ERP and CRM 11.5.1 should not apply 11.5.2?

16          MR. GIBBS:   Objection.  Calls for

17     speculation.

18     BY MR. WILLIAMS:

19          Q.   Isn't that what it says?

20          A.   No.  No, it doesn't.  I mean, that's --

21     I understand your interpretation of that, but I

22     believe your interpretation is wrong.

23          Q.   Okay.

24          A.   What it's saying is when 11.5.1 or any

25     release is made to the product, it doesn't cover the
```

```
 1   or making such comments to you that "CRM is broken"

 2   in the fall of 2000?

 3       A.   No, I don't.

 4       Q.   Okay.  Valerie Borthwick provide that

 5   information to you or say that she had heard that

 6   from members of the consulting staff around the

 7   world?

 8       A.   I don't recall.

 9       Q.   Okay.

10       A.   As you see here, I'm not copied on this

11   e-mail.

12       Q.   I understand.  But your expectation was

13   that you wanted a -- you wanted feedback on 11i

14   issues, right?

15       A.   Right, and this would be one piece of

16   feedback.

17       Q.   Right.  So, do you think that Valerie

18   would have sent this information to you?

19       A.   Whether she sent this specific e-mail, I

20   don't recall.  I'm sure having requested, as

21   indicated here in the e-mail, a document was

22   provided to me that took the input from all the

23   folks that provided feedback.

24       Q.   Do you know whether you got such a

25   document?
```

Sanderson, Edward - Volume I
CONFIDENTIAL

7/25/2006

```
 1          A.    I don't recall.
 2          Q.    Did you know Chuan Yew?
 3          A.    No, I did not.
 4          Q.    Did you know that people in
 5   Consulting -- well, withdrawn.
 6               I'm going to ask you to turn to Bates
 7   ending 052.
 8          A.    Okay.
 9          Q.    Top of the page, appears that Mr. Yew
10   writes to Heather, "Generally, the new modules are
11   very buggy.  Culprits are APS, OM and CRM.  I think
12   the products have not undergone any form of
13   integration testing and is failing in this area."
14   You see that?
15          A.    Yes, I do.
16          Q.    Did people in your consulting staff
17   indicate to you that they had felt that 11i had not
18   undergone any integration testing prior to its
19   release?
20          MR. GIBBS:  Objection.  Lack of foundation.
21          THE WITNESS:  I don't recall being told that,
22   and I know that integration testing had been done
23   with the product.  One of the challenges that
24   Development has is they test the integration of a
25   product within the environment that Development has
```

1   and its specific servers and specific database

2   technology or release.

3           As you get out into the field, one of

4   the challenges that we always had in consulting was

5   you had clients that operated on different hardware,

6   different operating systems, different versions of

7   the database would implement the applications in a

8   different way, that kind of thing.

9           And oftentimes in consulting, once

10  you're out there in the live environment, when

11  you're truly over a period of time testing the

12  product in multiple environments, you find more

13  issues.

14  BY MR. WILLIAMS:

15          Q.    Okay.  You see where Mr. Yew writes, "I

16  also think the patches are not well tested,

17  especially with other modules, to ensure that it

18  does not impact the system."  Do you see that?

19          A.    Yes, I do.

20          Q.    And it also says "Very often the patches

21  break a heck of a lot of other stuff."

22          A.    "A lot of stuff," yes.

23          Q.    I'm sorry.  "A heck of a lot of stuff."

24          Did you know whether 11i patches

25  actually caused other areas of the software not to

1  work once they were applied?

2      A.    I don't recall that.  What I would point

3  out is I'm sure this was one of the reasons Kevin

4  Glynn wrote Exhibit 4 to help provide clarity to the

5  field on how to implement using this table here

6  because of these kind of issues.

7      Q.    And -- okay.  Further down in the same

8  e-mail almost halfway down the page beginning with

9  the paragraph that says "Patches that are released

10 are not properly tested" --

11     A.    Okay.

12     Q.    -- see that?

13          This is actually a pretty accurate

14 statement when compared with Kevin Glynn's e-mail to

15 you of October 21st, indicating that at least the

16 CRM Rollup patches had not yet been certified on

17 11.5.2, right?

18     MR. GIBBS:  Objection.  Vague, lack of

19 foundation.  That mischaracterizes both documents.

20     THE WITNESS:  Shawn, do you mind asking the

21 question again?  It would help me answer it

22 correctly.

23 BY MR. WILLIAMS:

24     Q.    Okay.  See where Mr. Yew writes,

25 "Patches that are released are not properly tested"?

```
 1              THE WITNESS:  No, I wouldn't disagree.
 2    Again, as a reminder, it was a large, integrated
 3    system, and in the November, December, January
 4    timeframe is when a lot of those initial projects --
 5    the first implementation of the 11i was being done.
 6    BY MR. WILLIAMS:
 7         Q.   But a lot of those customers in
 8    January -- in those months, November, December and
 9    January -- withdrawn.
10              A lot of those customers in November,
11    December of 2000 and January of 2001 were
12    implementing either 11i.2 and .3; isn't that fair?
13              MR. GIBBS:  Objection.  Lack of foundation.
14              THE WITNESS:  I don't -- I don't know.
15    BY MR. WILLIAMS:
16         Q.   Or they had installed patches from 11i.2
17    and 3, right?
18              MR. GIBBS:  Objection.  Lack of foundation.
19              THE WITNESS:  I would speculate that they
20    were installing the most current versions of their
21    particular project.  Again, following the kind of
22    outline that Kevin Glynn identified in Sanderson
23    Exhibit 4.
24         Q.   Right.  And Sanderson Exhibit 4 is
25    dated -- that's in October e-mail, right?
```

```
1           A.   Yes.

2           Q.   All right.

3           A.   Was there a significance to the question

4    about that it was in -- but it was an October

5    e-mail?

6           Q.   No.

7           A.   Okay.

8           Q.   Looking at the message from Mayfield to

9    Keith, he also says in the body there in the second

10   paragraph, last sentence, "These delays are

11   frequently due to defects or functional shortcomings

12   in our products."  Do you see that?

13          A.   Yes, I do.

14          Q.   You didn't disagree with that either,

15   did you?

16          MR. GIBBS:  Objection.  Vague, lack of

17   foundation.

18          THE WITNESS:  There were issues, but it was a

19   brand-new product.  And no matter how good the

20   product is, when we all buy software, we all buy a

21   house, we all buy a car, we always can find things

22   we'd like to see a little bit better.

23   BY MR. WILLIAMS:

24          Q.   Sure.  And so, Keith Block forwarded

25   this e-mail -- well, withdrawn.
```

```
 1              Keith Block wrote to Mike, "I have a
 2    directs meeting at the end of the month in
 3    Washington.  Can you attend and present this to my
 4    team?"
 5         A.   Uh-huh, yes.
 6         Q.   And he cc'd you on that?
 7         A.   Yes.
 8         Q.   All right.  Do you know if that
 9    presentation occurred?
10         A.   No, I don't.  I have no reason to
11    believe it didn't.
12         Q.   Okay.  I'll show you what's been
13    previously marked as Roberts No. 14.  It's Bates
14    numbered NDCA-ORCL 052475 through 478.  Ask you to
15    take a look at that and let me know when you're
16    done.
17         A.   Okay.
18         Q.   Okay.  Do you recognize Roberts No. 14?
19         A.   I do not.
20         Q.   Okay.  It's an e-mail from -- well, it's
21    a series of e-mails that you either sent or received
22    or were copied in January of 2001, right?
23         A.   Yes.
24         Q.   And why don't we just go to page ending
25    476.
```

```
 1   don't recall whether we walked through it with Larry
 2   or not.
 3        Q.   What do you mean?
 4        A.   I don't know if, when we met with Larry,
 5   whether we had a chance to present it or not.
 6        Q.   I see.
 7        A.   Larry decides what you present and what
 8   you don't present.
 9        Q.   Well, here you and your organization
10   indicate that "Adverse business conditions will
11   continue to challenge us," I guess Consulting, "in
12   fiscal '02" --
13        A.   Correct.
14        Q.   -- right?  And what did you mean when
15   you wrote "Uncertainty around the economy"?
16        MR. GIBBS:  Objection.  Lack of foundation.
17        THE WITNESS:  I don't recall.
18   BY MR. WILLIAMS:
19        Q.   All right.  And how about the dot-com
20   crisis?
21        MR. GIBBS:  Same objection.
22        THE WITNESS:  What it means here, based on
23   the sub-bullet is we had some accounts receivable
24   write-offs from customers because they were going
25   into bankruptcy.
```

```
 1    BY MR. WILLIAMS:

 2          Q.   And that had begun in the first half of

 3    2000, hadn't it, first half of calendar 2000?

 4          A.   I don't recall specifically.

 5          Q.   And the next -- the next bullet point,

 6    Product Issues, "21 million in fiscal '01," seems to

 7    indicate that your organization absorbed $21 million

 8    of costs related to product issues in the fiscal

 9    year of '01, right?

10          MR. GIBBS:  Objection.  Lack of foundation.

11          THE WITNESS:  Yes, that's what it says here.

12    BY MR. WILLIAMS:

13          Q.   And that -- but it doesn't have a

14    breakdown by quarter?

15          A.   No, it doesn't.

16          Q.   And this $21 million is just for

17    Consulting, right?  This doesn't include some of the

18    support relief that we talked about earlier, right?

19          A.   Right.  On average, about $2 million a

20    month with a new product, correct.

21          Q.   I'm sorry?

22          A.   About on an average of $2 million a

23    month for a new product, that's correct.

24          Q.   What do you mean?

25          A.   11i was a new product that we had
```

```
 1   introduced.  The 21 million divided by 12 is
 2   approximately $2 million a month.
 3        Q.   Oh, that's what you're -- okay.
 4        A.   Yeah.
 5        Q.   All right.  But in the first quarter of
 6   fiscal '01, 11i hadn't been -- hadn't yet been
 7   released, right?
 8        A.   First quarter of '01, which would have
 9   been June of 2000 --
10        Q.   That's right.  So, it had been, right.
11   Okay.
12        A.   -- it had been introduced.
13        Q.   My mistake.
14             What are CPG settlements?
15        A.   It's consumer packaged goods.  It's
16   companies that produce consumer products, and so,
17   food companies, food manufacturers, et cetera.  And
18   we had developed a separate set of products separate
19   from 11i, where we integrated different vendor
20   products or interfaced different products together
21   and produced a CPG solution.  And it ended up being
22   not a huge success, and, as you can see here, we had
23   settlements of $6 million.
24        Q.   Okay.  When you refer to "settlements"
25   in the document, does that mean that legal action
```

1   was indeed brought by these customers, and the

2   company settled out of court, or does it simply mean

3   that there was an issue that you settled?

4        MR. GIBBS:  Objection.  Lack of foundation.

5        THE WITNESS:  As I told you earlier, I don't

6   recall any legal settlements.  This is most likely

7   settlements with the customer.

8   BY MR. WILLIAMS:

9        Q.   Okay.  I'll ask you to turn your

10  attention to Bates ending 569.  It looks like the

11  total for fiscal '01 related to release 11i product

12  issues was 21 million.

13       A.   Correct.

14       Q.   It appears that it's estimated, though,

15  because 4Q had not yet been concluded as of the date

16  of this document, which is April 3rd of 2001,

17  right?

18       A.   Correct.

19       Q.   Do you know what the total was for

20  fiscal '01 for 11i product issues?

21       A.   The actual number?

22       Q.   Yeah.

23       A.   No, I don't.

24       Q.   The title of this page says "Release 11i

25  Product Issues had a large impact year to date,

1    January of 2001, OPI and/or your consulting

2    organizations were still dealing with challenges

3    with respect to the demonstration system?

4          A.    Just one point of clarification, on --

5    Consulting typically wasn't involved with a demo.

6    The SCs, or sales consultants, report in to the

7    sales organization.   So, Consulting typically didn't

8    get involved with that.   I don't -- I don't recall.

9          Q.    Okay.

10         A.    I don't recall.

11         Q.    So, part of the forward down at the

12   bottom of the page that you had mentioned a few

13   moments ago, I think that's an e-mail from Gayle

14   Fitzpatrick to George Roberts, right?

15         A.    Good point.   Yes.   I think I said George

16   said that, but you're correct.

17         Q.    And at the very last sentence on that

18   page, she writes, "We're still faced with some

19   challenges in the following areas.   1, system

20   performance, and 2, product integration and

21   stability.   The system stability and performance

22   issues still result in poor showing in front of the

23   customer.   We need to be able to demonstrate that

24   our E-Business solution and architecture is better

25   performing than our competitors, particularly those

```
 1   who bring their own servers."

 2          A.   Right.

 3          Q.   Do you see that?

 4          A.   Yes, I do.

 5          Q.   Do you know what she meant or at the

 6   time do you -- withdrawn.

 7               Do you know what she meant when she said

 8   that one of the challenges that the company was

 9   still facing was product integration and stability?

10          MR. GIBBS:  Objection.  Lack of foundation,

11   calls for speculation.

12          THE WITNESS:  She touches on it later that in

13   part -- at least in part answers the question where

14   she says that our competitors bring their own

15   servers.  One of the things that we tried to do with

16   the 11i demo environment -- let me take a step back.

17               The way we used to demo our product is

18   we'd bring in a PC or our own server and demo.  So,

19   it was a stand-alone demo.  What we decided to do or

20   where the decision was made by Larry and the

21   development team was the demo environment would be a

22   hosted environment like you were talking about

23   earlier and that you would access it remotely

24   through the network.

25               And that was one of the issues that we
```

 1    had, and that was a competitive issue for us.

 2    Around -- and that would affect probably, at least

 3    in part, the stability issue.  Because if you're

 4    going over the network -- and it applies in the

 5    second paragraph there that we tried to do some

 6    things to improve the stability.

 7             Gayle is -- was the head of the SC

 8    organization.  It was directly involved in selling a

 9    product, and if there was any issues around product

10    integration, she was going to highlight that.

11    Whether it was large or small, she was going to

12    highlight it 'cause she wanted to have a perfect

13    demo environment, as any of us would have.

14    BY MR. WILLIAMS:

15        Q.   Sure.  But part of the problem, as you

16    know, was related to the software itself being

17    unstable; isn't that right?

18        MR. GIBBS:  Objection.  Lack of foundation.

19        THE WITNESS:  This was written in

20    January 2001, and so, yes, we were still -- we had

21    released it in May, so we were still having

22    stability issues to some degree at that point,

23    correct.

24        MR. WILLIAMS:  Okay.  I'm going to ask the

25    reporter -- I'm sorry.  Withdrawn.

1

2

3                    REPORTER'S CERTIFICATE

4

5          I, KAE F. GERNANDT, a Certified Shorthand

6  Reporter for the State of California, do hereby certify:

7          That the witness in the foregoing deposition

8  was by me duly sworn; that the deposition was then taken

9  before me at the time and place herein set forth; that

10  the testimony and proceedings were reported by me

11  stenographically and were transcribed through

12  computerized transcription under my direction; and the

13  foregoing is a true and correct record of the testimony

14  and proceedings taken at that time.

15          IN WITNESS WHEREOF, I have subscribed my

16  name this 2nd day of August, 2006.

17

18

19

20  _____

21          Kae F. Gernandt, CSR No. 5342

22

23

24

25

Case:         In re Oracle Securities Litigation, Master File No. C-01-0988MJJ

Witness:      Edward J. Sanderson, Jr.

Date:         July 25, 2006 and August 7, 2006

Reporter:     Kae F. Gernandt, CSR No. 5342

I HAVE READ THE EXAMINATION AS REQUESTED.  PLEASE NOTE THE FOLLOWING:


_____        No changes need to be made to the transcript.

___X___           Changes listed below.


WITNESS SIGNATURE                                    DATE SIGNED    9/3/06

Note:  Please check the appropriate column for add (+) or delete (-).  If you wish to
add anything to the deposition, use the exact words you want to add.  If you wish to
delete anything from the deposition, please use the exact words you want to delete.
Thank you.

---

Page   Line   +      -

205:18          Change "to" to "into"

247:17          Change "SalesOnline" to "Sales Online"

248:1           Change "SalesOnline" to "Sales Online"

252:23          Change "SalesOnline" to "Sales Online"

255:17          Change "SalesOnline" to "Sales Online"

258:1           Change "SalesOnline" to "Sales Online"

266:23          Change "SalesOnline" to "Sales Online"

268:5           Change "SalesOnline" to "Sales Online"

268:23          Change "SalesOnline" to "Sales Online"

269:5           Change "SalesOnline" to "Sales Online"

269:15          Change "SalesOnline" to "Sales Online"

270:17          Change "SalesOnline" to "Sales Online"

275:25          Change "SalesOnline" to "Sales Online"

316:12          Change "req" to "rec"

SV\521217.1                                          Page 1 of 2

| | |
|---|---|
| 317:25 | Change "Caulter" to "Coulter" |
| 344:14 | Change "at" to "of" |
| 370:12 | Change "Tool" to "Tools" |
| 387:14 | Change "SalesOnline" to "Sales Online" |
| 403:19 | Change "SalesOnline" to "Sales Online" |
| 425:23 | Change "meet" to "mean" |
| 467:5, 7, 8, 18 | Change "SalesOnline" to "Sales Online" |
| 472:6 | Change "SalesOnline" to "Sales Online" |
| 499:25 | Change "req" to "rec" |
| 532:7 | Change "inversion" to "version" |
| 563:18 | Change "SalesOnline" to "Sales Online" |

43:10   Change "MCKENZIE" to "McKinsey"
43:09      "      "      "     "
314:22   Change "Focus to book to bill" to "Focus on book to bill"
315:6   Change "worth of note" to "worth to note"