IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

---oOo---

**Certified Copy**

In re ORACLE CORPORATION
SECURITIES LITIGATION

FILE NO. C-01-0988-MJJ

This Document Relates To:
_____/

CONFIDENTIAL

DEPOSITION OF KIRSTEN SHAW

Tuesday, September 19, 2006

SHEILA CHASE & ASSOCIATES

REPORTING FOR:

LiveNote World Service

221 Main Street, Suite 1250

San Francisco, California 94105

Phone: (415) 321-2311

Fax:   (415) 321-2301

Reported by:

ANDREA M. IGNACIO HOWARD, RPR, CSR NO. 9830

```
 1       Q    But reading this note to you, does that seem
 2   inaccurate?
 3       MR. HARRISON:  Objection; lacks --
 4       MS. ANDERSON:  Q.  Do you have any reason to
 5   believe that they didn't stop the pending project?
 6       MR. HARRISON:  Objection; lacks foundation;
 7   argumentative.
 8       THE WITNESS:  I mean, I don't know what to
 9   tell you.  I don't remember anything about Kyocera at
10   this point in time.
11       MS. ANDERSON:  Okay.  We'll just let the
12   document speak for itself then.
13       Mark this Shaw 18, please.
14       (Document marked Exhibit No. 18
15        for identification.)
16       THE WITNESS:  Thank you.
17       MS. ANDERSON:  For the record, this is an
18   e-mail to Kirsten Shaw regarding "Kyocera Mita Update
19   Options to move Forward," and it is Bates labeled
20   NDCA-ORCL 618645 to 648.
21       Q    Do you recognize this document?
22       A    No.
23       Q    Okay.  Do you have any reason to believe that
24   you didn't receive this e-mail on April 11th, 2001?
25       A    No.
```

Shaw, Kirsten
CONFIDENTIAL
9/19/2006

```
 1      Q   Do you have any reason to believe that the
 2   embedded message from yourself is inaccurate in any
 3   way?
 4      A   No.
 5      Q   Okay.  This document memorializes various
 6   options for going forward with the Kyocera project; is
 7   that accurate?
 8      A   It lists some options.
 9      Q   Okay.  Now, if you could turn -- sorry.  If
10   you could turn to the second page.
11      A   Uh-huh.
12      Q   Several of these options include non-billable
13   time in the amount of about 11,000, rounded up to
14   12,000.
15          Do you recall whether Kyocera received free
16   consulting or services from Oracle --
17      A   No.
18      Q   -- to compensate them with the problems with
19   their product?
20      A   I don't recall.
21      Q   Okay.  If you could look at your note to Nick
22   on the fifth paragraph, you say -- you write, "Another
23   thing you're going to need to consider - development
24   doesn't collect revenue.  We are on the books as an
25   R&D expense.  So we don't have money to give the
```

```
 1   customer.  When customers get reimbursed, it's usually
 2   by sales."
 3         Do you see that?
 4      A  Uh-huh.
 5      Q  How did you know that?
 6      A  Customers ask to be reimbursed all the time,
 7   and consulting asks us to reimburse them for their
 8   time all the time.  When you're in a tough situation
 9   that's a negotiating ploy, it doesn't necessarily mean
10   anything.
11      Q  And how do you know customers ask to be
12   reimbursed all the time?
13      A  Well, the customers I work with frequently do
14   ask to be reimbursed.
15      Q  Because of product problems?
16      A  For all sorts of problems.  They'll ask to be
17   reimbursed because they feel sales misrepresented the
18   problem.  They'll ask to be reimbursed because they
19   feel support wasn't quick enough in turning things
20   around, or the product doesn't do what they were
21   promised by someone in Oracle, or -- I mean, there's a
22   lot of reasons.
23      Q  And when a customer makes that kind of
24   request to you, what do you do?
25      A  I tell them that they need to talk to their
```

Shaw, Kirsten
CONFIDENTIAL

9/19/2006

```
 1   sales rep, because I don't have money to give them.
 2      Q   Okay.  And you said that sometimes consulting
 3   also seeks reimbursement; what do you mean by that?
 4      A   Consulting -- consulting sometimes will ask
 5   development to reimburse them for costs when they feel
 6   that cost overruns at the client site were due to
 7   product bugs, but we point out to them for stuff that
 8   everybody has bugs, and customers don't always resist
 9   that, you know.  If Accenture was in there
10   implementing, they would have to deal with it, too.
11      Q   And who at sales deals with customer
12   reimbursement?
13      A   The process, as I understand it, goes up to
14   Safra Catz's organization for approval, but I don't
15   actually follow the details of it.  It's just not part
16   of my job.
17      Q   Okay.  What about reimbursement for Oracle
18   consulting?  Does that go through Safra Catz as well?
19      A   As far as I'm aware, yes.
20      Q   Okay.  And earlier you mentioned, when we
21   were talking about free consulting and things like
22   that, you mentioned possibly -- well, withdraw that.
23          Are you aware of any customers in the 2000,
24   2001 time frame who received reimbursement through
25   Safra Catz's organization?
```

```
 1                    CERTIFICATE OF REPORTER
 2
 3        I, ANDREA M. IGNACIO HOWARD, hereby certify
 4   that the witness in the foregoing deposition was by me
 5   duly sworn to tell the truth, the whole truth, and
 6   nothing but the truth in the within-entitled cause;
 7
 8        That said deposition was taken in shorthand
 9   by me, a Certified Shorthand Reporter of the State of
10   California, and was thereafter transcribed into
11   typewriting, and that the foregoing transcript
12   constitutes a full, true and correct report of said
13   deposition and of the proceedings which took place;
14
15        That I am a disinterested person to the said
16   action.
17
18        IN WITNESS WHEREOF, I have hereunto set my
19   hand this 2nd day of October 2006.
20
21   _____
22       ANDREA M. IGNACIO HOWARD CSR No. 9830
23
24
25
```