IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Certified Copy

---

In re ORACLE CORPORATION )
SECURITIES LITIGATION, )
vs. ) No. C-01-0988-MJJ
This Document Relates To: )
ALL ACTIONS. )

---

VIDEOTAPE DEPOSITION UPON ORAL EXAMINATION OF

SUKUMAR RATHNAM

(CONTAINS CONFIDENTIAL TESTIMONY SUBJECT TO PROTECTIVE ORDER AND FOR ATTORNEYS' EYES ONLY)

---

9:09 A.M.

MAY 18, 2006

1700 SEVENTH AVENUE, SUITE 2260

SEATTLE, WASHINGTON

REPORTED BY: DIANE M. MILLS, CCR No. 2399

Q. And how did your responsibilities change with respect to being the director of applications?

A. It was a larger team, there were more modules. The company essentially was growing and we were adding more products.

Q. And --

A. And that's not a complete history of everything I did there, so that's just -- that's the major things I did there.

Q. Okay, I guess we can fill that in later.

With respect to director of applications, you indicated there's more modules. Were there more modules added to the suite that you were talking about earlier?

A. There have been more components. So when you say modules, are you talking from a pricing SKU perspective or from a software component standpoint?

Q. From a software component standpoint.

A. Yes, there were more features added. There were more --

Q. And were these features integrated with the existing product?

A. Yes.

Q. And was it one of your job responsibilities to ensure that the features were integrated?

A. Yes.

MR. HARRISON: Objection. Vague.

Q. (BY MS. RADCLIFFE) And what did you do to ensure that the features were integrated with the existing product?

MR. HARRISON: Objection. Vague, "integrated."

A. I reviewed designs.

Q. (BY MS. RADCLIFFE) Did you also review other types of documents?

A. What kinds of documents?

MR. HARRISON: Objection. Vague.

Q. (BY MS. RADCLIFFE) Well, you indicated that you reviewed designs as part of ensuring that the features were integrated, and I'm trying to ascertain if there were any other documents that you would review in determining whether or not features were integrated.

A. Specifically that features were integrated or just what features in general?

Q. That the features were integrated.

A. So one of the purposes of the designs was to understand how much integration was desired, it was not the only purpose of the design reviews. And as a general software developing life cycle methodology, there were requirements documents that described the

set of features or the -- that described I guess the requested -- the potential requested list of features, to be more precise, I guess.

Q. And when you say --

A. It was a proposal, it was an ask more than -- (Court reporter interruption/clarification.) It's someone saying I would like you to consider the following things for the next release. It was not a contract of any sort, in essence.

Q. And when you discuss the term "integrated," what is your understanding of the term "integrated" that you've been discussing?

MR. HARRISON: Objection. Vague, ambiguous as to time in general.

A. Integrated could mean just about -- it could mean a lot of things.

Q. (BY MS. RADCLIFFE) And when you were at Scopus, what was your understanding of what the term "integrated" meant with respect to the features?

A. What it meant with respect to the features.

MR. HARRISON: Objection. Vague.

A. What it meant was that the features taken as a whole worked with each other to some level.

Q. (BY MS. RADCLIFFE) And was that level defined by the documentation at Scopus?

MR. HARRISON: Objection. Vague.

A. That would be covered under my NDA with Scopus.

Q. (BY MS. RADCLIFFE) I'm sorry, did you say NDA?

A. My non-disclosure agreement on what -- on how exactly we -- I'm not sure I can talk about it.

Q. I'm not asking for specific details, I'm asking whether or not there was the process by which you ascertained whether or not the features taken as a whole worked with each other to some level, whether there were some guiding principles.

MR. HARRISON: Objection -- sorry.

Q. (BY MS. RADCLIFFE) And so actually there's no question pending. So the question is, is whether or not there were some guiding principles at Scopus that defined the level of which the features taken as a whole worked with each other.

MR. HARRISON: Objection. Vague and ambiguous.

A. It depends on the level of integration you're talking about.

Q. (BY MS. RADCLIFFE) Well, was there a document at Scopus that would have defined the level of integration that was sought by the particular products?

Q. And did you have an occasion during this 2000/2001 time frame to communicate with Jeff Henley about your job duties at Oracle?

MR. HARRISON: Objection. Vague.

A. I don't recall what communication I would have had with Jeff Henley, with Jeff specifically personally one-on-one, no.

Q. (BY MS. RADCLIFFE) During this 2000/2001 time frame, did you communicate with Sandy Sanderson as part of your job duties?

A. I did not have specific meetings with Sandy Sanderson where I was alone with Sandy. I could have been in a couple of meetings with him with other people, I don't recall the specifics of when, where, how many and any of those things. I may have sent e-mail on which Sandy Sanderson was copied.

Q. And do you recall generally what the content of those communications would have been related to?

A. They could have been related either to product or to the internal implementation of the product at Oracle.

Q. And when did Oracle internally implement Oracle's Suite 11i?

MR. HARRISON: Objection. Vague.

A. So "when" is a time range, it's not a day.

Q. (BY MS. RADCLIFFE) When did it -- I should say when did it commence implementation of Oracle's Suite 11i?

A. Initial implementation of CRM 11i within Oracle, the go-live, the initial go-live was December of 2000 for CRM. And for ERP, the first implementation of 11i for ERP was either December of 2000 or January of 2001.

Q. And do you know if Oracle internally was -- ever fully implemented Oracle's Suite 11i?

MR. HARRISON: Objection. Calls for speculation.

A. When you say fully implemented --

Q. (BY MS. RADCLIFFE) In other words, completed the implementation.

A. So I'm just trying to -- when you say complete the implementation, are you talking about -- I just want to know when you say "completed."

Q. Certainly. Did the functionality that Oracle's Suite 11i at the time that it went live in December of 2000 for CRM ever become fully achieved?

MR. HARRISON: Objection.

Q. (BY MS. RADCLIFFE) Within Oracle?

MR. HARRISON: Sorry. Same objection.

A. So the scope of what you're trying to achieve

kept changing over time by definition as new features get added into the product, right, so different groups went live with different levels of functionality over a period of time. And over a period of time as new versions of software came out, different groups would want to use some of the new functionality that was coming up with some of the new releases. So in some sense it's a never-ending -- it's a never-ending proposition.

Q. (BY MS. RADCLIFFE) Did the internal --

A. Do you know when I say never-ending proposition what I'm trying to say?

Q. I understand there's always new functionality which a company may want to add to enhance their business.

A. Right. So technically you keep enhancing the implementation, you keep working at it, it just doesn't stop and go away at some point.

Q. Were there any --

A. But certainly over time more people, more groups, more functionality was used.

Q. Were there any defects with respect to Oracle's Suite 11i CRM modules that were implemented in December of 2000 that affected Oracle's ability to function as a business?

MR. HARRISON: Objection. Calls for speculation, lacks foundation.

A. Again, I want to try and understand the question. When you say impacted Oracle's ability, are you talking about any impact to any ability of any individual of the company, or big broad impact of a lot of people and a lot of -- I mean --

Q. (BY MS. RADCLIFFE) The big broad impact.

MR. HARRISON: Same objections.

A. So the initial go-live was very specific and very targeted to a specific set of users who were using the previous release, and it was a -- the initial go-live was an upgrade.

Q. (BY MS. RADCLIFFE) And it was an upgrade of a previous version of Oracle Suite 11i or a previous Oracle product?

A. The first go-live in December of 2000 was an upgrade from a previous version of Oracle applications, of Oracle applications 11.0x/3iV/CRM3iV, V1 and V2.

Q. Which was not part of Oracle Suite 11i?

A. It was a previous release, it was a previous major -- I'm trying to explain this, let me -- the fair and best way to explain this.

So 11i is a set of releases, correct? The previous generation of releases, if that term is -- can

MR. HARRISON: Objection. Vague and ambiguous, calls for speculation.

A. Are you talking about a broad question about test coverage and testing or specifically certain releases, certain features?

Q. (BY MS. RADCLIFFE) With respect to 11.5.0.

A. So product teams that had integration with other product teams would test the integrations that they had and that they depended on.

Q. And who decided what tests would be run?

MR. HARRISON: Objection. Lacks foundation.

A. No one person decided, the test team would decide, in conjunction with the development team and the product management team.

Q. (BY MS. RADCLIFFE) And with respect to the products that you were responsible for with respect to 11.5.0, do you know what testing was done with respect to the integration of those modules with other modules?

A. There was integration testing done between Oracle Incentive Compensation and other products that it had dependencies with, and with the other products as well, Oracle Sales Online and Oracle Telesales, so as part of the development process there was testing done for the products.

Q. And was that testing documented?

MR. HARRISON: Objection. Lacks foundation.

A. What kind of documentation?

Q. (BY MS. RADCLIFFE) In other words, were the results of that test written down in any form or manner?

A. If there were defects that were found as a result of the testing, they should have been logged into the bug tracking system. (Court Reporter interruption/clarification.) Into the bug tracking system. That was the standard process, or rather, that was the recommended best practice of the standard practice.

Q. And were you advised of any defects with respect to the testing relating to the integration of the modules that were tested under your management?

A. I don't recall specific integration test bugs or bugs from -- or bugs resulting from integration of the modules that I was -- that my teams were working on.

Q. Do you know if there was any testing done with respect to the integration of the modules under your management and ERP modules?

A. So for those integration -- so for those pieces of functionality that were integrated between the modules that were under my management and ERP,

there was integration testing.

Q. Do you know what that testing entailed?

A. I don't know all the details of what all the testing entailed.

Q. Do you know approximately how many tests were performed?

A. The number of test cases, I don't recall the number of test cases.

Q. Do you know if the number of test cases would have been documented?

MR. HARRISON: Objection. Lacks foundation.

A. I don't recall if it was documented.

Q. (BY MS. RADCLIFFE) Do you know who would have been in charge of ascertaining the number of test cases within your department?

MR. HARRISON: Same objection.

A. It could have been the QA leads and the QA manager. Test leads, test managers.

Q. (BY MS. RADCLIFFE) And for --

A. And the test directors.

Q. I'm sorry, the test managers and the test directors?

A. The test director.

Q. And would all of those individuals collectively decide the number of test cases?

MR. HARRISON: Objection. Calls for speculation.

A. Those individuals would be involved in determining the number of test cases but they wouldn't be the only ones taking part in determining how many test cases and what the test cases were.

Q. (BY MS. RADCLIFFE) Who else would be involved?

A. Product management and development.

Q. Were you involved in that process?

A. Not to the level of reviewing individual test cases. I don't recall reviewing specific test cases.

Q. Do you recall being advised regarding the number of test cases?

A. I don't recall the number of test cases.

Q. Do you recall whether or not -- strike that.

And with respect to Version 11.5.1, would your answer be the same with respect to recalling the number of test cases?

A. We were always adding more and more test cases for each release.

Q. And was it the same individuals involved in determining the number of test cases with respect to Version 11.5.1, the titles as opposed to the individuals?

MR. HARRISON: Lacks foundation. Objection.

A. I don't recall.

Q. (BY MS. RADCLIFFE) Do you know in the course of your duties at Oracle whether or not you ever reviewed Post 11i Requirement Lists during the 2000/2001 time frame?

A. I reviewed requirements lists for future releases. Whenever a release -- at the start of a release I reviewed lists of requirements for future releases.

Q. And why did you review those requirements?

A. To understand what requirements were, try and understand what the requirements were.

Q. And does this document and our discussion refresh your recollection as to whether or not there was documentation with respect to the requirements for the different versions of Oracle's Suite 11i?

A. This document just says post 11i, it doesn't point to specific versions of 11i.

Q. And do you recall that there were 11i requirements with respect to any of the specific versions of Oracle's Suite 11i?

A. Can you just repeat that?

MR. HARRISON: Objection. Vague and ambiguous.

Q. (BY MS. RADCLIFFE) Do you recall that there were -- I'm going to strike that.

If you turn to the next page, under Executive Summary, under the 11iR2 heading, there indicates that there were integration points dropped from 11i.

Do you recall with respect to any of the first five versions of Oracle's Suite 11i software whether or not integration points were dropped --

MR. HARRISON: Objection. Lacks foundation.

Q. (BY MS. RADCLIFFE) -- from 11i?

MR. HARRISON: Sorry. Objection. Lacks foundation.

A. To clarify, integration points dropped --

Q. (BY MS. RADCLIFFE) I'm sorry?

A. To clarify, your question said integration points dropped if the first five versions?

Q. Correct. Do you not have an understanding of what integration points being dropped means?

A. It could mean several different things. I don't understand the context of the question here.

Q. Certainly. Do you understand -- and I think we discussed it before what the term "integration points" means. Do you have a common understanding of what the word "dropped" means?

MR. HARRISON: Objection. Vague and

ambiguous. Go ahead.

A. The common understanding of the word "dropped" would be that something was planned and -- something was asked for, it may or may not have been planned or targeted, and ultimately it ended up not making it into the software.

Q. (BY MS. RADCLIFFE) And using those definitions, do you have an understanding that with respect to the first five versions of Oracle Suite 11i whether or not there were any integration points dropped from those versions?

A. I don't recall specifics of what was dropped.

Q. Do you recall generally that there were integration points dropped?

MR. HARRISON: Objection. Asked and answered.

A. There were features that were dropped at integration, and integration is a feature, it's a type of feature.

Q. (BY MS. RADCLIFFE) Down below with respect to, under the heading 11iR3, there is a discussion of, "Fixing what is broken - centered around high profile components that span CRM applications."

Are you aware of what high profile components were contained in CRM applications?

A. I need to read the document.

Q. Outside of this document with respect to any of the first five versions of Oracle's Suite 11i product, were you aware of what high profile components span the CRM applications?

A. There were components that spanned the CRM applications.

Q. And I guess the secondary question is, is the high profile portion in that. In other words, do you have an understanding of what a high profile component would have been within the CRM application?

A. According to whom?

Q. According to yourself first.

A. So there are components that span the CRM applications, and they span all the CRM applications.

Q. Did you understand with respect to any of the first four versions of Oracle's Suite 11i software that any of those components were broken?

A. Define broken.

Q. Required fixing.

MR. HARRISON: Objection. Vague and ambiguous.

A. Fixing? There were defects.

Q. (BY MS. RADCLIFFE) And were there defects in each of the first five versions of Oracle's Suite 11i software?

A. Yes, bugs. Defects meaning bugs.

Q. And were there defects that spanned the CRM applications?

MR. HARRISON: Objection. Calls for speculation and lacks foundation.

A. I don't recall. Backtrack. There were defects -- I don't recall the specific lists of defects in the components that spanned the CRM applications, a specific list of bugs.

Q. (BY MS. RADCLIFFE) Do you recall that there were bugs that spanned the CRM applications?

A. There were bugs and components that were used across the CRM applications, yes.

Q. There's a reference here to handling dropped functionality and integration points.

Did you have any role while you were at Oracle in handling dropped functionality or integration points?

A. Yes.

Q. And what was that role?

A. In every release we set out with a list of functionality that you could build. There's a list drawn from multiple sources. That list is filtered, it's prioritized, and a subset of that list is what is built. And what is not built becomes a potential

candidate for the next release. It doesn't mean it'll be in the next release.

Q. Does functionality also refer to defects with respect to Oracle's Suite 11i?

MR. HARRISON: Objection. Vague and ambiguous, assumes facts not in evidence.

A. Can you clarify that?

Q. (BY MS. RADCLIFFE) Sure, I'll clarify. The term "functionality" while you were at Oracle, did you come across instances where the term "functionality" was used to describe a defect?

MR. HARRISON: Same objections.

A. Was there -- was there ever a case where I've ever heard the word "functionality" used and it could have referred to a potential defect? Or is it that -- are you asking that functionality, generally the word "functionality" also includes the word "defects"?

Q. (BY MS. RADCLIFFE) The latter question.

A. Generally functionality -- there are different kinds of defects. Some kinds of defects could be considered functionality.

Q. And what kinds of defects would that include?

A. Wrong requirements. (Court Reporter interruption/clarification.) I asked you for a red house, I wanted a blue house. That --

Q. And would that require a change in the code?

A. Yes.

Q. And does functionality differ from performance with respect to Oracle's Suite 11i software?

MR. HARRISON: Objection. Vague and ambiguous. Lacks foundation.

A. I'm just trying to understand, are you asking me -- I think is the question you asked is the word "functionality," is it the same as performance?

Q. (BY MS. RADCLIFFE) Is it the same as performance or are there differences?

A. Functionality is not the same as performance.

Q. And could you describe with respect to Oracle's Suite 11i software what performance relates to?

MR. HARRISON: Objection. Vague and ambiguous, calls for speculation.

A. Performance would relate to how long it took for something, an action or a request was made, how long it took to fulfill.

Q. (BY MS. RADCLIFFE) If you'll turn to the next page. At the top of the page it indicates "Fix Broken Basics," and under sub(a) it indicates "Sukumar's Hot List." Did you ever maintain a hot list while you were at Oracle?

MR. HARRISON: Objection. Lacks foundation.

A. Did I ever maintain a list?

Q. (BY MS. RADCLIFFE) Yes.

A. I don't recall -- a list of what? I mean, this says Sukumar's Hot List.

Q. A list -- well, why don't we flip back, and this may refresh your recollection. If you turn to, it's Page 18 of the document or NDCA-ORCL 067189, and there appears to be what's referenced as Sukumar's Hot List. After reading that list, does that refresh your recollection of whether or not the items set forth in that list came from you?

MR. HARRISON: Objection. Lacks foundation.

A. I don't recall if it came exclusively from me. It says Sukumar's Hot List here.

Q. (BY MS. RADCLIFFE) Do you recall if you provided input with respect to the items listed here, specifically the "Important technical and common components...not included within the various baseline themes..."?

A. I provided input, but is this list -- I don't recall if this is the complete list. I don't recall if this list is only things I provided. It may have been called Sukumar's Hot List, but.

Q. And do you recall having responsibilities with

REPORTER'S CERTIFICATE

I, DIANE M. MILLS, the undersigned Certified Court Reporter and Notary Public, do hereby certify:

That the testimony and/or proceedings, a transcript of which is attached, was given before me at the time and place stated therein; that any and/or all witness(es) were by me duly sworn to tell the truth; that the sworn testimony and/or proceedings were by me stenographically recorded and transcribed under my supervision, to the best of my ability; that the foregoing transcript contains a full, true, and accurate record of all the sworn testimony and/or proceedings given and occurring at the time and place stated in the transcript; that I am in no way related to any party to the matter, nor to any counsel, nor do I have any financial interest in the event of the cause.

WITNESS MY HAND AND SEAL this 30th day of May 2006.

Diane M. Mills

DIANE M. MILLS,
Certified Court Reporter
CCR No. 2399
Notary Public in and for the State of Washington, residing in King County. Commission expires 10/10/06.

DIANE M. MILLS
COMMISSION EXPIRES
NOTARY PUBLIC
10-10-06
STATE OF WASHINGTON

LIVENOTE | World Service℠
Worldwide Deposition Reporting & Legal Videography

# ERRATA Sheet

Deposition of: Sukumar Rathnam

I wish to make the following changes for the following reasons:

| Page | Line | Change | Reason |
|---|---|---|---|
| | | There are 72 changes in the | |
| | | attached page | |
| | | Suk | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |




Witness Signature/Date [signature] 6/22/05 ?

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 1 | # | Page | Line | Change | Reason |
| 2 | 1 | 8 | 19 | | missing text marked with -- |
| 3 | 2 | 8 | 20 | | missing text marked with -- |
| 4 | 3 | 11 | 3 & 4 | change 'Facilty and coordination and customer support teams' to 'Facilitating coordination in customer support teams' | mis-transcribed |
| 5 | 4 | 11 | 13 | change 'Emoryville' to: "Emaryville' | misspelling |
| 6 | 5 | 12 | 4 | | missing text marked with -- |
| 7 | 6 | 12 | 12 | | missing text marked with -- |
| 8 | 7 | 12 | 24 | change: "DCL" to "TCL" | misspelling |
| 9 | 8 | 13 | 12 | change: 'complications' to: 'applications' | mis-transcribed |
| 10 | 9 | 14 | 12 | change 'producers' to: "produces" | mis-transcribed |
| 11 | 10 | 15 | 3 | | missing text marked with -- |
| 12 | 11 | 18 | 6 | | missing text marked with -- |
| 13 | 12 | 20 | 4 | | missing text marked with -- |
| 14 | 13 | 20 | 5 | | missing text marked with -- |
| 15 | 14 | 25 | 15 | | missing text marked with -- |
| 16 | 15 | 26 | 8 | | missing text marked with -- |
| 17 | 16 | 26 | 17 | | missing text marked with -- |
| 18 | 17 | 28 | 5 | change 'Houromid' to: "Nour-Omid" | misspelling |
| 19 | 18 | 29 | 20 | change. "August" to "October" | mis-transcribed |
| 20 | 19 | 31 | 2 | | missing text marked with -- |
| 21 | 20 | 31 | 9 | | missing text marked with -- |
| 22 | 21 | 32 | 6 | | missing text marked with -- |
| 23 | 22 | 34 | 24 | | missing text marked with -- |
| 24 | 23 | 34 | 6 | change: "I managed" to "I did not manage" | mis-transcribed |
| 25 | 24 | 37 | 16 | | missing text marked with -- |
| 26 | 25 | 40 | 16 | change "the main" to: "many" | mis-transcribed |
| 27 | 26 | 41 | 12 | | missing text marked with -- |
| 28 | 27 | 42 | 10 | | missing text marked with -- |
| 29 | 28 | 43 | 5 | | missing text marked with -- |
| 30 | 29 | 47 | 18 | | missing text marked with -- |
| 31 | 30 | 49 | 9 | | missing text marked with -- |
| 32 | 31 | 52 | 23 | | missing text marked with -- |
| 33 | 32 | 54 | 23 | change: "11 50" to: 11.5.0" | mis-transcribed |
| 34 | 33 | 55 | 5 | change" June 1" to January 1" | mis-transcribed/correction |
| 35 | 34 | 55 | 23 | change. "11.5n" to: "11.5.n" | mis-transcribed |
| 36 | 35 | 55 | 23 | change: "11 5n" to: "11.5.n" | mis-transcribed |
| 37 | 36 | 57 | 6 | | missing text marked with -- |
| 38 | 37 | 58 | 6 | change: "operator" to: "operates" | mis-transcribed |
| 39 | 38 | 58 | 7 | change: "AP" to: "ARU" | mis-transcribed |
| 40 | 39 | 62 | 2 | | missing text marked with -- |
| 41 | 40 | 62 | 3 | | missing text marked with -- |
| 42 | 41 | 72 | 1 | change "Bcnvinet" to: "Bcnvanie" | misspeling |
| 43 | 42 | 72 | 4 | change: "Meza" to: " Majzoub" | misspeling |
| 44 | 43 | 72 | 12 | change: "Jasper" to: "Jesser" | misspeling |
| 45 | 44 | 73 | 5 | change: "Bonvinet" to: "Bcnvanie" | misspeling |
| 46 | 45 | 73 | 9 | change: "Meza" to: " Majzoub" | misspeling |
| 47 | 46 | 73 | 12 | change: "Renee" to "Rene" | misspeling |
| 48 | 47 | 73 | 18 | change: "Renee" to "Rene" | missing text marked with -- |
| 49 | 48 | 94 | 22 | | missing text marked with -- |
| 50 | 49 | 125 | 3 | | missing text marked with -- |
| 51 | 50 | 127 | 7 | | missing text marked with -- |
| 52 | 51 | 133 | 2 | | missing text marked with -- |
| 53 | 52 | 165 | 25 | | misspeling |
| 54 | 53 | 169 | 17 | change: "Kruse" to: "Cruze" | misspeling |
| 55 | 54 | 169 | 20 | change: "Kruse" to: "Cruze" | garbled paragraph text |
| 56 | 55 | 179 | 7 to 13 | | missing text marked with -- |
| 57 | 56 | 181 | 12 | | misspeling |
| 58 | 57 | 204 | 1 | change: "Gardner" to: "Gartner" | misspeling |
| 59 | 58 | 204 | 2 | change: "Gardner" to: "Gartner" | misspeling |
| 60 | 59 | 204 | 4 | change: "Gardner" to: "Gartner" | misspeling |
| 61 | 60 | 204 | 5 | change: "Gardner" to: "Gartner" | misspeling |
| 62 | 61 | 204 | 6 | change: "Gardner" to: "Gartner" | garbled there was no reference to XL |
| 63 | 62 | 208 | 19 | | missing text marked with -- |
| 64 | 63 | 228 | 19 | | missing text marked with -- |
| 65 | 64 | 233 | 5 | | missing text marked with -- |
| 66 | 65 | 233 | 6 | | missing text marked with -- |
| 67 | 66 | 233 | 11 | | mis-transcribed/correction |
| 68 | 67 | 244 | 10 | change "11.5.2" to: "11i" | misspeling |
| 69 | 68 | 247 | 5 | change: "Hulga" to: "Holger" | misspeling |
| 70 | 69 | 247 | 6 | change: "Hulga" to: "Holger" | mis-transcribed |
| 71 | 70 | 260 | 5 | change: "BRD means, detail spreadsheet" to: "3RD master detail spreadsheet means" | missing pages |
| 72 | 71 | 273 to 279 | | | garbled paragraph text |
| 73 | 72 | 284 | 12 to 14 | | |

Deposition of Sukumar Rathnam

I wish to make these changes

Witness Signature / Date

[signature] 6/22/05