```
 1              IN THE UNITED STATES DISTRICT COURT
 2                 NORTHERN DISTRICT OF CALIFORNIA
 3                           ---oOo---
 4
 5                                          CERTIFIED COPY
 6   In re ORACLE CORPORATION
     SECURITIES LITIGATION
 7                                  FILE NO. C-01-0988-MJJ
 8   This Document Relates To:
     _____/
 9
10
11                          CONFIDENTIAL
12              DEPOSITION OF MARK BARRENECHEA
13                   Tuesday, July 11, 2006
14
15              SHEILA CHASE & ASSOCIATES
16                       REPORTING FOR:
17                  LiveNote World Service
18              221 Main Street, Suite 1250
19             San Francisco, California 94105
20                  Phone: (415)  321-2311
21                  Fax:   (415)  321-2301
22
23
24   Reported by:
25   ANDREA M. IGNACIO HOWARD, RPR, CSR NO. 9830
```

```
 1   difference between whether Office is running on your
 2   machine or running over the internet.
 3          So -- so I always think of sort of a market
 4   standard, right.  You reach certain -- a certain
 5   threshold, and you use certain marketing terms.  So
 6   Microsoft, as an example, used integrated, I believe,
 7   in the early -- in the mid '90s, and here we are ten
 8   years later, yet three releases later, there's more
 9   and more integration.  I think that analogy is also
10   true for Oracle applications.
11          THE VIDEOGRAPHER:  20 minutes of tape,
12   Counsel.
13          BY MS. WINKLER:  Q.  Let's focus on how
14   integration progressed at Oracle --
15      A   Yeah.
16      Q   -- within the Oracle applications.
17          How did integration, for example, progress
18   within the CRM applications from 3i to 11i.1?
19          MR. GIBBS:  Objection; vague.
20          Answer, if you can.
21          THE WITNESS:  From 3i to 11i?
22          BY MS. WINKLER:  Q.  To 11i.1.
23      A   11i.1.  It's really hard to recall how it
24   kind of advanced between the two releases.
25      Q   Did it advance between the two releases?
```

```
 1     A   I believe it did, but it's hard to kind of
 2   recall the specifics.
 3     Q   Okay.  And did the integration progress or
 4   advance between each subsequent release of 11i?
 5     A   I guess the way I'd kind of try to answer
 6   that is with 11i, you're kind of putting it into
 7   context of 10.7, 10.7SC, 3i, 11i.
 8         Back in the 10.7 days, you know, which winds
 9   you all the way back to the early '90s and kind of the
10   IAD with Nimish's organization for industry appli- --
11   the application division.  IAD actually went to market
12   with their industry applications with third-party
13   components, right.
14         I may get the actual names wrong, but things
15   like, I think, Ariba was part of that group as well,
16   procurement, for example.
17         So actually Oracle went to market, sold as
18   part of IAD third-party products which, over time, got
19   removed, and Oracle actually built the modules
20   themselves, Oracle procurement.
21         So as integration progresses, I guess, or
22   advances, procurement needs to be integrated.  So
23   anything new that got built was built integrated,
24   right, versus going to market stand alone.
25         So, I think, that's one simple example of how
```

```
 1    integration progressed where in the mid to early '90s,
 2    IAD went to market with third-party modules that were
 3    not Oracle's. And as the series of 11i components
 4    came to market through 11.1, I think I left by 11.7,
 5    procurement came into being, and it was integrated
 6    into the suite.
 7          Now, because when you bring -- and when you
 8    bring a new module to market, there's only so much
 9    engineering you can do functionally, right. But, you
10    know, version two of procurement has more
11    functionality, and that functionality is integrated.
12    So that's what I kind of mean as integration
13    advancing.
14       Q   So do you simply mean that integration
15    advances or progresses as -- to mean as new modules
16    are added they are integrated with what existed prior
17    to that time?
18       A   As new modules are added, as new
19    functionality and existing modules are added is
20    probably a simpler way to say it, and as customers see
21    new opportunities, right.
22          I mean, though, you know, you -- you hire
23    domain experts, customers have an amazing view in your
24    software that it's just very hard -- it's impossible
25    to anticipate every customer requirement. And, you
```

```
 1   know, customers can bring to you great insight into
 2   new ways to do things, and I always kind of relish
 3   kind of the great customer experiences I've had of
 4   having customers be able to give me insight into new
 5   opportunities functionally in software.
 6       Q   Now, is it true that as Oracle moved from 3i
 7   to 11i.1, 11i.2, 11i.3, that functionality that
 8   existed, for example, in 3i and also existed in 11i
 9   became better integrated?
10           MR. GIBBS:  Objection; vague.
11           Answer, if you can.
12           THE WITNESS:  The qualifier "better" I don't
13   like, right.  Again, I -- I -- I will -- I still, you
14   know, to the best of my understanding and still sort
15   of feel strongly about, that I would call 3i an
16   integrated release, 11i an integrated release.
17   Integration expanded and improved, right, from 3i to
18   11i.1, expanded from 11.1 to 11.2, to 11.3, 11.4,
19   11.5, which is like Microsoft integration expanded
20   from 1990 to 2006 --
21       Q   I guess what I'm trying to say --
22       A   -- and will improve every release going
23   forward.
24       Q   What I'm trying to understand is what you
25   include when you say "expanded" and "improved."
```

1   A   New functionality you add to the suite,
2   right. You know, you're 20 -- 20, 30 years of Oracle
3   applications, release after release, there is new
4   functionality every release. There will always be new
5   functionality every release, whether there's a market
6   change, Sarbanes Oxley requirement, a Euro
7   requirement, HR laws in Italy changed. Functionality
8   just changes release after release.
9       Every new piece of functionality, you have
10  opportunities to integrate in new unique ways. So --
11  so every release, when there is new functionality, you
12  have an opportunity to integrate.
13      Q   And I'm asking, other than new functionality,
14  what changed with respect to integration from one
15  release to another release of 11i, for example?
16      A   Well, here's a -- here's an interesting
17  example that maybe will give a little color as I'm
18  kind of thinking through this a little bit.
19          Again, kind of driven by customer kind of
20  demand and market demand. I'm hesitant to lean back
21  because it's going to look like I'm lounging, but I'm
22  not trying to. I'll sit on the edge of my seat,
23  because it goes all the way back.
24          There's a concept of employee. So in
25  applications, there is a concept of employee, a

1  concept of a vendor, concept of a consultant, concept
2  of a supplier, concept of a partner.  And you can
3  write applications and functionality around each of
4  those communities.
5       Through the course of 11i, the product team
6  that owned that conceived of a better way and said,
7  "You know what, why don't we integrate those things,"
8  right.
9       The functionality was integrated into each of
10 those pieces, but why not have it all look the same,
11 right, and do it in a more efficient way, and let's
12 call that the trading community architecture, the TCA.
13      So it still met the market definition prior
14 to TCA as integrated, but we discovered a new and
15 efficient way to say, you know what, we can bring all
16 that data even more closely together.
17      So I think that's an example of how it might
18 have progressed through time or advanced through time.
19    Q    What do you mean when you say "it still met
20 the market definition of integration"?
21    A    CRM was integrated into customer information,
22 but CRM didn't need to look at supplier information at
23 that time.
24    Q    Why not?
25    A    Wasn't a customer requirement for it.

1   much more oriented towards business, right.
2          So this is just kind of mismatch when it says
3   "Technical White Paper" on it versus more market
4   oriented which this paper is.
5      Q   When you say "oriented towards business," or
6   "market oriented," do you mean oriented towards
7   customers?
8      A   Well, this is clearly not oriented toward a
9   program, right, which you think a technical paper
10  would be.  You know, this is more of a -- kind of a
11  functional description of the products at a very high
12  level, as well as kind of commentary on the industry,
13  and some commentary on what CRM is, right.
14         So I guess what I'm just highlighting is
15  "Technical White Paper" is kind of a mismatch with
16  what's on the front page.
17     Q   Okay.  Do you recall authoring a document
18  about customer relationship management?
19     A   Like I said, I --
20         MR. GIBBS:  Hang on.  Hang on.
21         Objection; vague.
22         Answer, if you can.
23         THE WITNESS:  I don't remember authoring this
24  paper.  Though I -- though it's very possible I had
25  some editorial control over it.

```
 1          BY MS. WINKLER:  Q.  What do you mean when
 2   you say "editorial control"?
 3       A   That this was assembled, somebody asked me to
 4   review it, and asked me to put my name on it to give
 5   it more importance that a senior executive has their
 6   name on a paper, and that's what I mean by editorial
 7   control.
 8       Q   Do you have any reason to believe that you
 9   didn't review it some time in 2001?
10       A   You know, I just don't recall.  I don't
11   recall, but it is possible.
12       Q   Were "Technical White Papers" generally
13   published to the public on Oracle's website, or was it
14   an internal publication?
15           MR. GIBBS:  Objection; vague.
16           THE WITNESS:  There's a process to go through
17   that I remember which would have included marketing,
18   editing the paper, which doesn't look like happened
19   here.
20           It would have been put in an Oracle format,
21   which didn't happen here.  Legal would have reviewed
22   it and put their disclaimers in it, which didn't
23   happen here.  So there is a process one would go
24   through.
25           BY MS. WINKLER:
```

1    Q   And did that process culminate then in
2    publication of the paper?
3    A   Yes.
4    Q   And was that a publication outside of Oracle?
5        MR. LIBBY: Objection; vague.
6        THE WITNESS: Technical white papers, which
7    this is not, had been published on Oracle's website.
8    The Oracle website could then download a technical
9    white page.
10       BY MS. WINKLER: Q. Did Oracle generally
11   produce "Technical White Papers" about its products?
12   A   Yeah, I'd say they published papers usually
13   available on Oracle.com.
14   Q   Do you recall there being a different
15   "Technical White Paper" about customer relationship
16   management?
17   A   I don't recall one.
18   Q   Did you ever offer a different "Technical
19   White Paper" about customer relationship management?
20   A   I don't believe I could publish a "Technical
21   White Paper" on CRM. So no, I don't recall one.
22   Q   Why do you say that?
23   A   You know, this is what -- I hadn't programmed
24   in many, many years, and in that level of specificity
25   on "Technical White Paper" was beyond my skill at this

```
 1   on the responsibility for integration testing between
 2   CRM and ERP"?
 3           Do you have any reason to dispute that
 4   statement?
 5           MR. GIBBS:  Objection; vague; argumentative;
 6   lacks foundation.
 7           MR. LIBBY:  Join.
 8           THE WITNESS:  Could you repeat the question?
 9           BY MS. WINKLER:  Sure.
10       Q   Do you see -- you've read what appears under
11   Roman numeral I?
12       A   Yeah.
13       Q   Do you have any reason to dispute what's
14   discussed under Roman numeral I?
15           MR. GIBBS:  Objection; vague; argumentative,
16   and lacks foundation.
17           MR. LIBBY:  Join.
18           THE WITNESS:  Do I have any reason to
19   dispute?
20           Possibly.  You know, I -- I think it was
21   everybody's responsibility to test, right.  So I don't
22   know who authored this.  I don't know the scope of the
23   document, the -- you know, there is no legend on the
24   document, no internal, no external, no page numbers.
25           You know, certainly -- you know, the
```

```
 1   development teams were responsible for testing,
 2   whether it be, you know -- you know, as discussed in
 3   here or otherwise.
 4          So I wouldn't say I took on the -- you know,
 5   my team took on the responsibility.  I would say it
 6   was everybody's responsibility.  So in that respect,
 7   yeah, I would dispute that statement.
 8          By MS. WINKLER:  Q.  Okay.  What about
 9   anything else in that paragraph?
10          MR. GIBBS:  Objection; vague; argumentative;
11   and lacks foundation.
12          MR. LIBBY:  Join.
13          THE WITNESS:  I have no idea.  I don't know
14   what demos they're talking about, so I don't know how
15   to respond to it.
16          I mean, if you could be more specific around
17   what demos, maybe I could recall my memory six years
18   later.  But just based on that, I -- and not
19   necessarily being at the meeting, I don't recall what
20   this means.
21          BY MS. WINKLER:  Q.  Okay.  Is it your
22   recollection that the product teams had the
23   responsibility for integration testing between CRM and
24   ERP?
25          MR. GIBBS:  Objection; vague.
```

1        MR. LIBBY:  Join.

2        THE WITNESS:  To the example we used earlier

3    of sales compensation, which I think is a good

4    example, the sales comp in -- Oracle sales

5    compensation module, that team was responsible for

6    testing their functionality in testing the integration

7    all the way through those products.

8        So, you know, sales comp is a product that

9    understands orders placed.  It understands

10   compensation plans for sales reps, runs through its

11   calculations to understand what reps get paid based on

12   what they would sell.

13       They would then interface over both,

14   interface to financials and interface into HR, so the

15   product teams would be responsible for their testing.

16   So it was my understanding that, you know, the

17   specific product teams, where they integrated, they

18   were responsible for making sure their product worked.

19   Q   You used the phrase, I think, "testing the

20   integration all the way through those products."

21   A   Uh-huh.

22   Q   What did you mean by that phrase?

23   A   Making sure their integration was complete,

24   right.  So, you know, if the sales compensation module

25   integrated into accounts payable, they needed to make

```
 1   sure not just their -- the stand alone -- their stand
 2   alone capabilities were tested for CRM, but those
 3   capabilities that then went through ERP was also
 4   tested.
 5        Q   And how did they do that?
 6            MR. GIBBS:  Objection; lacks foundation;
 7   vague.
 8            MR. LIBBY:  Join.
 9            THE WITNESS:  We discussed earlier, I don't
10   really recall the actual testing methodologies
11   individuals used.  I did kind of remember certain
12   tools like Load Runner, and Testing Scripts that we
13   used.  But beyond that, I don't remember kind of our
14   QA processes that the team by team, dozens if not
15   hundreds of teams actually testing.  I don't remember
16   kind of their actual QA processes they used.
17            BY MS. WINKLER:  Q.  Do you remember any kind
18   of overall schema or plan about QA testing?  Other
19   than that, what was at the team-by-team level?
20        A   That, again, you know, the direction was
21   given, you know, by having, you know, very senior
22   people running pieces of the organization, that they
23   needed to make sure their products worked.
24            And if sales compensation define their
25   product to mean both CRM capabilities and integration
```

1    capabilities, those development teams needed to test
2    their product completely.  Outside of that, I don't
3    know the methodology and detailed QA process they
4    used.
5         Q    You said the direction was given.  You mean
6    the direction was given by you or by whom?
7         A    I certainly would tell my direct reports "You
8    are empowered to deliver your products."
9         Q    And was the direction given to you by anyone?
10        A    Which direction?
11        Q    The direction that the products needed to be
12   integrated and the integration needed to be tested.
13        A    That would give me the direction.
14             We talked about our method, methodology of
15   kind of canvassing, that the constituencies were
16   defining those requirements, and for 11i we --
17   integration was -- business processes were important,
18   right, kind of a driving theme.
19             An aspect of that was integration, so I don't
20   recall someone telling me versus kind of the team, you
21   know, deciding on the functional requirements for the
22   product.
23        Q    What team?
24        A    What team?  I'm a little lost in the question
25   right now.  I'm not sure what team, for what.

```
 1      Q   You just said the team deciding on the
 2   functional requirements for the product.
 3      A   My team, right.
 4      Q   How did the members of a particular team know
 5   what any given module in ERP did or was capable of
 6   doing so they knew what integration to write or to
 7   test?
 8          MR. LIBBY:  Objection; vague; lacks
 9   foundation; calls for speculation.
10          MR. GIBBS:  Same.
11          THE WITNESS:  I don't know precisely, but the
12   general development environment was one of great
13   collaboration.  So again I keep going to an example,
14   because I think the clearest of them or an easy one or
15   relatively easy one to understand is where the sales
16   compensation team would talk to the GL team.  They
17   would talk to the payroll team.  They would, like a
18   customer, have the manual that was published.
19          So I don't know precisely, but I know the
20   general kind of milieu of the environment was very
21   collaborative, that teams on a day-to-day basis sat
22   near each other, talked to each other.
23          You know, one of the -- one of the things I
24   actually tried to do was the teams that, you know, had
25   great kind of dialogue, we actually tried to sit them
```

# CERTIFICATE OF REPORTER

I, ANDREA M. IGNACIO HOWARD, hereby certify that the witness in the foregoing deposition was by me duly sworn to tell the truth, the whole truth, and nothing but the truth in the within-entitled cause;

That said deposition was taken in shorthand by me, a Certified Shorthand Reporter of the State of California, and was thereafter transcribed into typewriting, and that the foregoing transcript constitutes a full, true and correct report of said deposition and of the proceedings which took place;

That I am a disinterested person to the said action.

IN WITNESS WHEREOF, I have hereunto set my hand this 17th day of July 2006.

_____
ANDREA M. IGNACIO HOWARD CSR No. 9830