Certified Cop

1          THE UNITED STATES DISTRICT COURT

2          NORTHERN DISTRICT OF CALIFORNIA

3

4

5

   In Re:   Oracle Corporation              )

6                                           )

            Securities Litigation           )  Master File

7                                           )  C-01-0988-MJJ

   THIS DOCUMENT RELATES TO                 )

8  ALL ACTIONS                              )

                                            )  CONFIDENTIAL

9  _____)

10

11

12

13          DEPOSITION OF JULIETTE SULTAN

14                  VOLUME 1

15            MONDAY, MAY 22, 2006

16

17

18

19

20

21

22

23

   Reported by:

24 Charolette Martinez

   CSR No. 11983

25

1   voluntarily leave?

2       A    No.

3       Q    Do you recall the reason given why you

4   were terminated?

5       A    My position was eliminated.

6       Q    Do you recall when you changed positions

7   from the VP of product strategy CRM Apps to the VP

8   of industry solutions, if there was another

9   individual who took over your position as the VP of

10  product strategy for CRM applications?

11      A    No.

12      Q    Do you know if there was someone who took

13  over those duties and responsibilities that you

14  formally had as the VP of product strategy for CRM

15  applications?

16      A    That's the question you just asked; right?

17      Q    Well, there's a difference between someone

18  taking over a job title and someone taking over the

19  job functions, and so my question is the latter.

20      A    Okay, got it.  So the demos and the

21  integration testing team went to Alan Fletcher.  The

22  strategy piece, I think there was -- I was still

23  kind of doing it while I was doing the industry as

24  well.  It was just a change of focus in my

25  priorities.

1        Q    I don't think we spoke earlier about

2   integration testing.  What was your involvement with

3   respect to integration testing?

4        A    It was to do functional testing of the

5   integration points.  Suite.

6        Q    What did that functional testing involve?

7        A    Looking only at the user interface and

8   keying in some data, and make sure that the data was

9   processed through the software.

10       Q    And where did you get that data?

11       A    The data, we were entering it.  We're just

12  creating it.  For example, we're creating an order

13  from our telesales application making sure the order

14  was booked through that module that would insure the

15  integration between telesales and order management.

16            So we were creating an order, let's say,

17  ordering a block of paper, plus a pen, plus a cup.

18  Making sure the three lines with the price unit were

19  being ordered, booked.

20       Q    And do you recall who worked with you on

21  that integration testing?

22       A    Rhonda Pitts.  I used to manage that team

23  and then there was a team of several people.

24       Q    And was this integration testing for all

25  of the CRM applications?

1     A    It was all the CRM, we were focusing on

2    integration points.  So there were some modules that

3    we were touching less than others.

4     Q    And did that also involve the integration

5    of CRM and the ERP?

6     A    Mostly order management.

7     Q    And do you recall when this integration

8    testing took place at Oracle?

9          MR. HARRISON:  Objection.  Vague.

10          THE WITNESS:  When?

11   BY MS. RADCLIFFE:

12     Q    When?

13     A    Well --

14     Q    Was it while you were the VP of CRM

15   product apps?

16     A    Yeah.

17     Q    Do you recall if integration testing took

18   place with the -- prior to the first release of

19   Oracle Suite 11i?

20     A    When was that?

21     Q    I guess we'll start with:  Are you

22   familiar with the initial release of Oracle

23   Suite 11i?

24     A    I'm familiar.  I can't recall the time

25   line.

1   Oracle's potential customers?

2        MR. HARRISON:  Object.  Sorry.  Objection.

3   Vague.

4        THE WITNESS:  My responsibility and my

5   team's responsibility was to build demos to assist

6   sales consultant that were providing demos to

7   customers.

8   BY MS. RADCLIFFE:

9        Q   And as part of that responsibility did you

10  or members of your team attend the demonstrations to

11  Oracle's potential customers?

12       A   I did not on my team, not to my knowledge.

13       Q   And was that primarily the function of the

14  sales consultants themselves?

15       A   I don't know whether it was primary.  It

16  was one of their functions, yeah.

17       Q   And did the sales consultants provide

18  feedback to you and your team with regard to the

19  demo presentations?

20       A   Yes.

21       MR. HARRISON:  Sorry.  Objection.  Vague.

22       Go ahead.

23       THE WITNESS:  Yes, there was a specific

24  feedback system.  Whereas sales consultant would

25  register to use a specific instance of our system to

1    do a demo, we would requesting feedback once the

2    demo had been done.

3    BY MS. RADCLIFFE:

4         Q    And that feedback would be provided by the

5    sales consultant.  Is that correct?

6         A    Yes.

7         Q    And you mentioned it's a feedback system?

8         A    (No audible response).

9         Q    Is it a informal system or is it

10   documented?

11        A    It was small application that was owned by

12   Marina Zago's team.  We call it the ADS

13   registration, and as part of the registration sales

14   consultant could also provide feedback.

15        Q    And you mentioned that sales consultants

16   registered to use the demos.  Is that correct?

17        A    Uh-huh.

18        Q    Could you explain that process?

19        A    Yes.  We had an infrastructure to provide

20   demos to our sales consultant.  We call it the ADS

21   system, which was an infrastructure of many servers.

22   Each server being the repository for several

23   instance of our software.  And each instance

24   was -- could be booked and reserved by sales

25   consultant for a period of time.  And it could take

1    that instance and further develop the demos based on

2    the specific requirements of his or her particular

3    customer.

4        Q   Was there a set number of demos available

5    for all of the sales consultants to use?

6            MR. HARRISON:  Objection.  Vague as to

7    time.

8            THE WITNESS:  What do you mean by demos?

9    You mean instances or demos?

10   BY MS. RADCLIFFE:

11       Q   Actual demos.

12       A   What do you mean by "actual demos"?

13       Q   Demos that you and your team created.

14       A   So I would not recall the numbers because

15   the -- we -- we scale over time the infrastructure.

16       Q   And did it grow --

17       A   And we also created more demos as time

18   pass by.

19       Q   Do you recall a time when the sales

20   consultants who wanted demos outnumbered the demos

21   that were available for their use?

22           MR. HARRISON:  Objection.  Vague.

23           THE WITNESS:  I recall at the beginning

24   when I got the responsibility, a lot of the CRM

25   application was brand-new.  They were not configured

1    and set up in the ADS system.  And we -- the team

2    worked very hard to configure, put data so we could

3    actually demo in the full fledge of the

4    functionality and the integration of the product.

5              MR. HARRISON:  Whenever you think it's a

6    good time to break, we've been going for an hour and

7    a half.

8              MS. RADCLIFFE:  Now is fine.  We can take

9    a break.

10             MR. HARRISON:  Great.  Thanks.

11             THE VIDEOGRAPHER:  Going off the record.

12   The time is 10:27.

13             (Off the record)

14             THE VIDEOGRAPHER:  This marks the

15   beginning of Videotape No. 2.  We're back on record.

16   The time is 10:54.

17   BY MS. RADCLIFFE:

18       Q   Ms. Sultan, you understand you're still

19   under oath?

20       A   Yes, I do.

21       Q   Before we broke you were explaining, I

22   believe, that the CRM applications were brand-new

23   and they weren't configured yet or set up in the ADS

24   system.  Is that correct?

25             MR. HARRISON:  Objection.  Vague as to

```
 1   time.
 2           THE WITNESS:  That is correct when I took
 3   my responsibility.
 4   BY MS. RADCLIFFE:
 5       Q   And do you recall when you took your
 6   responsibility?
 7       A   Around June or July of 2000.
 8       Q   And do you recall when the CRM
 9   applications were configured and set up in the ADS
10   system?
11       A   I don't recall the time frame.
12       Q   Do you recall approximately how long it
13   took?
14       A   I don't recall.
15       Q   Do you recall if it took less than a
16   month?
17       A   No.  It took more than a month.
18       Q   Do you recall if it took more than six
19   months?
20       A   I can't recall.
21       Q   Do you recall if the CRM applications were
22   configured and set up in ADS by January 1 of 2001?
23       A   The way we're working in the ADS system is
24   that we would push software on a regular basis, but
25   there was constraint on when we could do that
```

1    because as the ADS system was used by the sales

2    consultant, we could not disrupt them using it.  So

3    there were constraint to push the new software.  So

4    I can't recall what was the schedule of pushing the

5    various release into the ADS system.  At the same

6    time there may have been some application pushed and

7    not some others, even though they were already

8    released to the general public.

9         Q   And were there other reasons why

10   applications that were released to the general

11   public would not be pushed through besides the time

12   constraints you spoke of?

13        MR. HARRISON:  Objection.  Calls for

14   speculation.  Lacks foundation.

15        THE WITNESS:  I wouldn't know.

16   BY MS. RADCLIFFE:

17        Q   Who decided which applications to push

18   through on the demos?

19        MR. HARRISON:  Same objections.

20        THE WITNESS:  I don't know.

21   BY MS. RADCLIFFE:

22        Q   How did you know which demos you and your

23   team should be working on at any particular point in

24   time?

25        MR. HARRISON:  Objection.  Vague..

```
 1              THE WITNESS:  Many factors could

 2    be -- first there would be what the product was

 3    doing, and we wanted to show it, so we develop

 4    scenarios to show it.  Other factors could be

 5    specific customers requirement.

 6    BY MS. RADCLIFFE:

 7         Q   And was your team responsible for

 8    configuring the CRM applications?

 9         A   Setting it up, yes.

10         Q   And you mentioned the ADS system.  Does

11    ADS stand for anything in particular?

12         A   I'm sure A's application.  Application

13    Demo Systems.

14         Q   And you mentioned, I believe, that one of

15    the purposes of the demos was to show integration of

16    the product.  Is that correct?

17              MR. HARRISON:  Objection.  Vague.

18              THE WITNESS:  We were showing everything,

19    all the functioning of our products.

20    BY MS. RADCLIFFE:

21         Q   And other than the functionality of the

22    products, what was the purpose of the demos?

23         A   That's pretty much it.

24         Q   And we talked a little bit about

25    configuring the CRM applications and setting them up
```

1    in the ADS system.  What did that involve?

2         A    Let me give you an example.  If we take

3    the sales force automation product, it will entail

4    to set up territories of sales group and

5    organization with the different reporting structure

6    and so forth in the system before we can actually

7    start entering data which would be opportunities,

8    forecast, and so forth.

9              Each different module had their own setup

10   screens with quite a bit of information that we had

11   to create.  We were creating that information around

12   the fictional companies that was already created in

13   the ADS system to stay consistent.

14        Q    Were demos ever configured with data from

15   actual companies as opposed to fictional companies?

16        A    Only if a customer, so -- not by my team,

17   but I have knowledge of sales consultant having

18   request from customers to have their own data.

19   Usually we -- we used to move away from the demo

20   system and call it a pilot project.

21        Q    And who was responsible for that?

22        A    Whatever sales consultant was assigned to

23   the customer.  It's part of the field

24   responsibility.

25        Q    And did your department or group have any

1  interaction with the sales consultant with respect

2  to these pilot projects?

3      A    They would -- they would ask us as we were

4  some expert in configuration on how to do something

5  sometimes.

6      Q    And you -- you mentioned before with

7  respect to demos one of the things you were

8  demonstrating was integration.  Is that correct?

9          MR. HARRISON:  Objection.  Vague.

10          THE WITNESS:  Can you repeat what I said

11  in the record?

12          MS. RADCLIFFE:  I think the court reporter

13  can find it.

14          (Off the record)

15          MS. RADCLIFFE:  Go back on the record.

16  BY MS. RADCLIFFE:

17      Q    Do you have an understanding of what the

18  term integration means with respect to Oracle's

19  Suite 11i product?

20      A    The integration was to be able to pass

21  data from one module to another one.

22      Q    And in the demos that you and your team

23  worked on was integration one of the items that was

24  demonstrated?

25          MR. HARRISON:  Objection.  Vague.

Sultan, Juliette
CONFIDENTIAL                                          5/22/2006

1          We could also use demo shields at customer

2    sites when their firewall would not enable sales

3    consultant to connect to our DNZ, which is basically

4    where our ADS server rely.  They were outside of the

5    firewall, of the Oracle firewall.  So Government --

6    Government agency usually don't let us do this.

7          Q   And so I just want to clarify, and I think

8    you explained this in your answer, but demo shields

9    were used at Oracle.  Is that correct?

10         A   Yes.

11         Q   Do you know when you were working on demos

12   whether or not a full suite of CRM applications were

13   ever live for demo purposes?

14             MR. HARRISON:  Objection.  Vague.

15             THE WITNESS:  I don't understand your

16   question.

17   BY MS. RADCLIFFE:

18         Q   Was there ever an attempt -- I'll rephrase

19   it.

20             Was there ever an attempt to demo a full

21   suite of MR -- CRM applications at the same time?

22             MR. HARRISON:  Objection.  Vague.

23             THE WITNESS:  I wouldn't know.

24             MS. RADCLIFFE:  You mean for one customer,

25   one demo?

```
 1   BY MS. RADCLIFFE:

 2        Q    Yes.

 3        A    That would be a weird scenario, but I do

 4   not recall.

 5        Q    Do you recall if there were ever any

 6   performance issues with the demos that you or your

 7   team worked on?

 8        A    Yes.

 9             MR. HARRISON:  Objection.  Vague.

10   BY MS. RADCLIFFE:

11        Q    And what is your understanding of the

12   performance issues that you understood occurred?

13        A    What we were observing as functional is

14   that sometimes the processing of screens coming

15   would take a long time.  My understanding is that

16   our ADS system was -- was set up in a way that was

17   very different than a live production because rather

18   than having the software on one server at a customer

19   site, we had, you know, sometime 10 or 12 instance

20   on one server, and with various sales consultant

21   accessing each instance.  Some -- that could be at

22   the same time.  So the performance of the

23   infrastructure needed to be fine-tuned so we could

24   optimize.  So there were a lot of discussion, and

25   I'm not technical, so I can't go into details on how
```

1    to optimize the ADS system.

2         Q    And did you participate in those

3    discussions?

4         A    I was listening to be aware of what was

5    the solution, but to be honest, I was not in all the

6    meetings because my team, again, was not technical

7    and we were just mentioning the problem.

8         Q    And do you know who else was involved in

9    these discussions?

10        A    So Marina Zago who had the same

11   responsibility for the ERP team in terms of

12   development of functional demos was also responsible

13   for the infrastructure of the ADS system.

14        Q    Anyone else that you recall?

15        A    She had a specific team just doing the

16   infrastructure.  I can't recall their names.

17        Q    And forgive me because I think I asked you

18   this before, but Ms. Zago reported to Ron Wohl.  Is

19   that correct?

20        A    That's correct.

21        Q    Do you recall any issues surrounding the

22   stability among the CRM modules with respect to

23   demos that you or your team worked on?

24        MR. HARRISON:  Objection.  Vague and

25   ambiguous.

1      Q    Do you know if these bugs were something
2  that the development team was in charge of?
3      A    Yes.
4      Q    And --
5      A    And they had to work with Marina Zago's
6  team to understand what was a bug versus what was
7  ADS infrastructure issue to make sure they were not
8  touching something that was working fine in the
9  product in a different site.
10     Q    And do you know who was in charge of
11 ascertaining whether or not a demo was ready to be
12 demonstrated?
13         MR. HARRISON:  Objection.  Vague and
14 ambiguous.
15         THE WITNESS:  I don't recall.
16 BY MS. RADCLIFFE:
17     Q    How did you or your team know when
18 a -- they were finished with a particular demo?
19         MR. HARRISON:  Same objection.
20         THE WITNESS:  We were really never
21 finished with the demo.  There was always a time
22 when there was sufficient build-out of the demo that
23 it was worth rolling it out if the schedule of the
24 ADS was we going to have to do it next week.
25 ///

1    BY MS. RADCLIFFE:

2        Q    Now, with respect to demos, were the demos

3    of existing Oracle Suite 11i products or were there

4    also demos for future releases of Oracle Suite 11i

5    products that you were working on?

6        A    In ADS it was only release software.

7        Q    Did you work on demos outside of the ADS

8    system besides the pilot projects that you mentioned

9    earlier?

10       A    So before when I started with this

11   responsibility, the schedule to refresh the ADS

12   system -- so basically to put the new code -- was

13   further, so there was that period of time where we

14   needed to show the software to customers, but we

15   could not put it in ADS right away.  So we had a few

16   servers that took the data of ADS and on which we

17   built the CRM demos or we started building the CRM

18   demos waiting for the refresh of ADS.

19       Q    And do you know when the refresh of ADS

20   occurred?

21       A    I can't recall.

22       Q    Do you recall how long it took from the

23   time you took on the position in June, July 2000?

24       A    I don't.

25       Q    Do you recall if it was more than six

1    months?

2        A    I can't recall.

3        Q    Do you recall if it was more than a month?

4        A    It was more than a month.

5        Q    And do you know what a scripted demo is?

6        A    It was when we created those demo script

7    that would -- it was a training tool for a sales

8    consultant to demo a specific flow and will know

9    exactly what was the story line.

10       Q    So let me see if I have this right.  The

11   demo script would actually provide the story line to

12   the sales consultant to present to a customer?

13       A    To highlight our differentiators versus

14   our competitors'.

15       Q    And your team was in charge of drafting

16   those demo scripts.  Is that right?

17       A    Yes.

18       Q    For the CRM products?

19       A    For the CRM products.

20       Q    And was there a collaboration with your

21   counterparts in ERP to create a collaborative

22   script?

23       A    Yeah.  They would do the same type of work

24   on their ERP application.  And we would create

25   ERP-CRM integrated flows as well together.

```
 1        A    I can't recall what format and whether
 2   they had any.
 3        Q    Do you recall if the ERP team had
 4   documentation for sales consultants regarding
 5   differentiators?
 6        A    I can't recall.
 7             (Exhibit 3 marked)
 8   BY MS. RADCLIFFE:
 9        Q    I'm going to mark this next in order,
10   which I believe is Sultan's Exhibit 3.
11             You want to take a minute to look at that
12   document.  And I'll just note for the record this is
13   a multiple-page document Bates NDCA-ORCL 153364 to
14   153369.
15        A    Okay.
16        Q    Did you have an opportunity to review the
17   document, Ms. Sultan?
18        A    Yes.
19        Q    Do you recall whether you attended an NAS
20   Dialogs-E-Business Suite?
21        A    I don't.
22        Q    Does the document refresh your
23   recollection regarding integrated demos at Oracle?
24             MR. HARRISON:  Objection.  Vague.
25             THE WITNESS:  No.
```

```
 1    BY MS. RADCLIFFE:
 2        Q   On the first page at the first, at the
 3    Roman numeral, it states, "Integrated demo solution
 4    integration to back office apps is critical to show
 5    the entire business solution."
 6            Do you know whether in November of 2000
 7    demos were able to show integration to the back
 8    office applications?
 9            MR. HARRISON:  Objection.  Lacks
10    foundation, and calls for speculation.
11            THE WITNESS:  I can't recall.
12    BY MS. RADCLIFFE:
13        Q   Do you recall if there were issues while
14    you were at Oracle with the ability to integrate to
15    back office applications with respect to demos?
16        A   At that particular time?
17        Q   At any time at Oracle.
18            MR. HARRISON:  Objection.  Vague and
19    ambiguous.
20            THE WITNESS:  As I mentioned, the timing
21    of the ADS refresh was not in sync with the release
22    of the software.  So when we started with 11i, we
23    had to wait for the ADS refresh.  At that time it
24    was more difficult to show the integration than when
25    we actually implemented within ADS the full suite of
```

1    the software.  That was a demo problem, nothing to

2    do with the product.

3    BY MS. RADCLIFFE:

4        Q   Do you see further down under Roman

5    Numeral 1 where there's actually text, it's about

6    halfway down the page, there's indication that Mark

7    Barrenechea's team is currently taking on the

8    responsibility for integration testing between CRM

9    and ERP?  Do you know who in Mark Barrenechea's team

10   was taking on that responsibility?

11       MR. HARRISON:  Objection.  Sorry.

12   Objection.

13       THE WITNESS:  I had some of the

14   responsibility with my integration testing, but many

15   other teams were doing testing and integration

16   testing.

17   BY MS. RADCLIFFE:

18       Q   And with respect to your responsibility,

19   what was being undertaken with respect to

20   integration testing?

21       A   I already mentioned, we were doing

22   functional testing of some business flows from a

23   user interface perspective, not from the back end

24   processing perspective.

25       Q   Do you know who else on Mark Barrenechea's

```
 1    team was taking on responsibility for integration

 2    testing between CRM and the ERP?

 3         A    No, I don't know.

 4         Q    Do you recall at some point the

 5    integration between CRM and ERP was not working?

 6              MR. HARRISON:  Objection.  Vague and

 7    ambiguous.  And calls for speculation.  And lacks

 8    foundation.

 9              THE WITNESS:  It really depends on the

10    time frame.

11    BY MS. RADCLIFFE:

12         Q    Do you recall in November of 2000 whether

13    or not integration between CRP -- CRM and ERP was

14    working?

15         A    I can't recall.

16              MR. HARRISON:  Same objections.

17    BY MS. RADCLIFFE:

18         Q    Do you have any reason to believe that

19    this document is inaccurate when it indicates that

20    integration is not working?

21              MR. HARRISON:  Objection.  Lacks

22    foundation.  Calls for speculation.

23              THE WITNESS:  I don't know who draft this

24    and what was their meaning when they wrote that.

25              I would also say that it talks a lot about
```

1    you what she was working on.

2        Q    Do you see under No. 6 it says, "Help with

3    demo scripts," and it says, "Field should get demo

4    scripts to Juliette Sultan's team, the more the

5    better.  Her team will help find work-arounds or

6    customize the demos." Do you recall your team

7    finding work-arounds or customizing demos?

8        A    So what we would do with the field is as

9    they were interfacing with customers, they will come

10   with different scenarios than the one that my team

11   and I worked on.  And "the more the better" most

12   likely would mean give us those scenarios that the

13   customers you met with were interested in.  And we

14   will try to develop a standard demo that we'll push

15   in ADS.  So customizing the demo would be this.

16        The work-around is that, you know, if

17   something was not working in those, how can we show

18   the functionality.  And we did those for specific

19   customers helping the SCs, but mostly we were

20   working on standard demo that we could push in ADS.

21        Q    And with respect to the work-arounds, you

22   indicated something not working.  What were you

23   referring to?

24        MR. HARRISON:  Objection.  Vague and

25   ambiguous.

1              THE WITNESS:  It could be a bug.  It could

2      be, but it could be anything.  It's not specific

3      enough.

4      BY MS. RADCLIFFE:

5          Q   And do you recall creating work-arounds

6      for bugs?

7          A   It's kind of hard when something doesn't

8      work.  I think it was more a functionality that we

9      couldn't show, but we knew where in the product how

10     to figure out a way to show it.

11         Q   And do you recall your team being tasked

12     with finding work-arounds regarding bugs?

13         A   We probably tried, but to be honest, if

14     the software is buggy, the best way is to actually

15     fix the bug.

16         Q   Were there situations that you encountered

17     while you were at Oracle where bugs needed to be

18     fixed before the demos that you and your team were

19     working on could be completed?

20         A   Yes.  There were some case.  Once again,

21     I'm not sure of the time frame.  It actually

22     happens -- in general the way we working in ADS is

23     that we would -- with that big refresh that I

24     mentioned, we would work on a what we call a testing

25     instance of the ADS system where we put all the

1    software, and we developed the setups and

2    everything.  And once we're satisfied with what we

3    built, both with ERP and CRM demo teams, then we

4    would refresh all the ADS systems.  We talk about

5    400 instances, 40 servers, so major refresh.  So

6    while we were building the demos on the testing,

7    there would be sometime bugs, and we were working

8    with development to fix the one that were necessary

9    to push into the ADS system.

10        Q   Do you recall how long it took to refresh

11   the ADS system?

12        A   It was very long.  The refresh itself did

13   not take such a long time, maybe a weekend, but the

14   time between two refresh was sometime -- I mean, we

15   would not -- we would release our software, but the

16   time that the demo was available would not be there

17   right there when the software was available.

18        Q   And so the demos that sales consultants

19   were using, were those demos based on a prior

20   version of the software until the new demos could be

21   refreshed in the ADS system?

22        A   Right.  So that was a source of

23   frustration for them.  They couldn't show the new

24   functionality.

25        Q   And do you recall approximately how long

1    after release of a software that it took to create

2    the demos for the new software?

3         MR. HARRISON:  Objection.  Vague and

4    ambiguous.

5         THE WITNESS:  I can't recall, but I recall

6    at the beginning it was a long time.  And as we did

7    more release or more refresh, we were working

8    actively with the ERP team to make it less, but it

9    could -- it could have been month, months.  But,

10   again, I don't recall specifically your time frame,

11   what it was.

12   BY MS. RADCLIFFE:

13        Q    Do you know who Mark Jarvis was at Oracle?

14        A    Yes.  Uh-huh.  He was our CMO.  Actually,

15   you know what, yes, he was at that time.

16        Q    And what does CMO stand for?

17        A    Chief Marketing Officer.

18        Q    And did you work with Mr. Jarvis while you

19   were at Oracle?

20        A    I worked with mostly with Lisa, who was

21   working for Jarvis.

22        Q    If you turn to page it says 153367 at the

23   bottom.  At the bottom of the page it indicates,

24   "Currently Myoracle.com site will go live on

25   December 1 for customers."  Do you have any

1   knowledge of what Myoracle.com was?

2        A   That was not product from CRM.  It was

3   from another group or -- I'm not sure it was an app.

4   But because we used it internally, I have some

5   knowledge of what it was.  It is basically

6   Oracle.com personalized.  Just like My Yahoo versus

7   Yahoo.com.  That was the concept, but I'm not an

8   expert on this.

9        Q   And if you see on the first sentence it

10  says, "The biggest concern that Jarvis expressed was

11  the fact that we do not have any 11i customer

12  references."

13       Do you have any involvement with the

14  respect to 11i -- excuse me -- with respect to 11i

15  customer references during this November 2000 time

16  period?

17            MR. HARRISON:  Objection.  Vague.

18            THE WITNESS:  What do you mean by

19  "experience" or "involvement"?

20  BY MS. RADCLIFFE:

21       Q   In other words, did you have any knowledge

22  that you recall in November 2000 with respect to how

23  many 11i customer references were available?

24            MR. HARRISON:  Objection.  Calls for

25  speculation.  Lacks foundation.

```
 1   document.

 2        A    -55?

 3        Q    Yes, -55.  Under participants confirmed to

 4   attend the November 2nd E-Business Suite Dialogs.

 5   Do you see your name listed there?

 6        A    I do.

 7        Q    Does that refresh your recollection at all

 8   whether or not you attended these dialogs?

 9        A    Not at all.

10        Q    Did the agenda on the second page of the

11   documents refresh your recollection about attending

12   these dialogs?

13        A    No.  And even though it says that it was

14   confirmed, I'm not sure I attended.  But to be

15   honest, I don't recall.

16        Q    Do you see on the top of -55 it indicates

17   that there was a need for developing and launching

18   targeted sales campaigns?

19        A    Sorry.  Where is that?

20        Q    The first bullet point on the top of the

21   page.

22        A    Yes.  Targeted sales campaign?

23        Q    Yes.  And do you see if it goes on a

24   little further there, it says that it's needed to

25   put together a comprehensive campaigns around key
```

1    product areas upon the -- which the field can easily

2    execute campaign to cash sales operations?

3            Are -- we previously spoke about campaign

4    to cash sales operations.  Is that correct?

5        A    No.  I'm not sure what he mean by

6    sales -- campaign to cash was a business flow, and

7    we did marketing campaign, but I'm not sure what

8    they mean by sales campaign, and I don't understand

9    what campaign to cash sales operation would mean.

10       Q    And did you work on a marketing campaign

11   with respect to campaign to cash?

12       A    I didn't work at all on marketing

13   campaigns.  That was Lisa Arthur.  I think I

14   mentioned that before.  But I did develop the

15   business flows, me and my team, on campaign to cash,

16   what the flow would look like.

17       Q    Do you see under the second bullet point

18   under integration it says it references integrated

19   demo environments?

20       A    Uh-huh.

21       Q    Do you have a recollection at Oracle what

22   was meant by integrated demo environments?

23       A    All the products would be on the same demo

24   system so that it would be integrated like the

25   product was.

1      Q   And did this happen during your tenure at

2   Oracle?

3           MR. HARRISON:  Objection.  Vague.  Lacks

4   foundation.  Calls for speculation.

5           THE WITNESS:  I explained the fact that

6   when a new product would come, the refresh of ADS

7   would come later, I think.  Somewhere in the

8   document there were reference to the point that they

9   wanted to have demos at the same time the product

10  was going live.  That's exactly what was going on.

11  BY MS. RADCLIFFE:

12     Q   So I guess my question's a little

13  different.  During your tenure at Oracle do you

14  recall whether there was a point in time where all

15  the products of Oracle's Business Suite 11i were on

16  the same demo system?

17          MR. HARRISON:  Same objections.

18          THE WITNESS:  All product for Oracle on

19  the same demo system, no.

20  BY MS. RADCLIFFE:

21     Q   All products of the Suite 11i on the same

22  demo system?

23     A   I can't recall.  They were always some

24  products that were not in the same time -- timed

25  release, so -- I don't recall, but I don't believe

```
 1   so.
 2       Q   Do you recall whether at any point in time
 3   during your tenure at Oracle whether all the
 4   products for a particular version of Oracle Suite
 5   11i were available to be demoed on the same system?
 6           MR. HARRISON:  Objection.  Vague and
 7   ambiguous.
 8           THE WITNESS:  My response would be the
 9   same as before.  The same version.  Some products
10   would be actually coming later.
11   BY MS. RADCLIFFE:
12       Q   If you turn to 617456.
13       A   Yes.
14       Q   Under main issues, Point No. 1, it says,
15   "Demos - need to improve systems stability and
16   performance to show the entire e-business solution."
17   Did you understand that to be a problem at Oracle
18   with respect to the demos at any point during your
19   tenure there?
20           MR. HARRISON:  Objection.
21           THE WITNESS:  I don't understand.
22           MR. HARRISON:  Lacks foundation.  Go
23   ahead.
24           THE WITNESS:  What they mean, and what
25   they intended to mean at that time?
```

 1    BY MS. RADCLIFFE:

 2         Q    Do you know what systems stability would

 3    refer to?

 4         A    No.

 5         Q    Do you know what the entire e-business

 6    solution would refer to?

 7         A    No.

 8              MR. HARRISON:  Objection.  Lacks

 9    foundation.

10    BY MS. RADCLIFFE:

11         Q    And under Point No. 2 it says,

12    "Integration CRM to back office."  Do you know what

13    that means?

14              MR. HARRISON:  Same objection.

15              THE WITNESS:  I can't be in the head of

16    the person who wrote that.  I don't know.

17    BY MS. RADCLIFFE:

18         Q    Do you know what "CRM to back office"

19    refers to?

20              MR. HARRISON:  Same objection.

21              THE WITNESS:  No.

22    BY MS. RADCLIFFE:

23         Q    Do you know what a back office might refer

24    to at Oracle?

25         A    It could be any different things.

1    was reporting to Marina, but dedicated to CRM.

2         Q    Do you recall who those people were?

3         A    No.

4         Q    And if you see at the top of the page, the

5    first bullet point, it says, "Integration to back

6    office apps critical."  Do you know what the

7    reference to back office apps means?

8              MR. HARRISON:  Lacks foundation.  Calls

9    for speculation.

10             THE WITNESS:  I don't know what they

11   meant, but --

12   BY MS. RADCLIFFE:

13        Q    Do you know in general what back office --

14        A    It could have been ERP apps in this case.

15   It talks about apps, so I'm not sure which ERP.

16        Q    Was there more than one ERP or --

17        A    Application?

18        Q    Yes.

19        A    Of course.

20        Q    If you see -- if you could turn to 617458.

21             And on the top of that page, it says,

22   "Joint Development - CRM/ERP, Demo Issues."  Were

23   you aware during your tenure at Oracle of an

24   inability to show an integrated demo?

25        A    I think we just talked about that before,

1   so it's the same.

2          Q   The same, you can't recall?

3          A   I can't recall.  And because of the way we

4   were working ADS, it was hard at certain time to

5   have to be able to show all the products that was

6   live because the ADS was not updated until later

7   time.

8          Q   And there were other reasons I think we

9   talked about?

10         A   Actually, it's your first bullet point

11  here, "Demos should be released prior or same time

12  as the product."

13         Q   And do you see under the third bullet

14  point it says, "The primary problems fall into three

15  categories"?  And it says the stability of 11i in

16  performance OM, CRM, and the length of time to get

17  solid demos for the complete e-business suite"?

18         A   Yeah.

19         Q   And the second one is product integration

20  and stability.  And the third is deviation from the

21  ADS scripts?

22         A   What I see here is people were looking at

23  the demo system that we had and seeing its

24  shortfall, but had nothing to do with the products.

25         Q   Your interpretation is that it didn't have

```
 1   anything to do with the products?
 2        A    My interpretation is they need to -- that
 3   I read, they need to get solid demos, and that
 4   confirms what I've been saying since this morning is
 5   our demo -- our ability to demo was not optimized in
 6   order to show the full product into an instance
 7   right when the product was going live.
 8        Q    And how does that relate to product
 9   integration and stability under No. 2?
10             MR. HARRISON:  Objection.  Lacks
11   foundation and calls for speculation.
12             THE WITNESS:  In the case where you don't
13   have all the products installed in ADS, it can't
14   really show the integration with a product that is
15   missing on the implementation.
16   BY MS. RADCLIFFE:
17        Q    And do you recall whether there were any
18   instances where products were installed in ADS, but
19   there still was an inability to show integration
20   among those products?
21        A    I can't recall integration specifically,
22   but I do recall there were some bugs.  We were
23   working on solving the bugs.
24        Q    And is it possible?
25        A    And they were setup and configuration
```

1    issues, and we were solving those configuration

2    issues.

3        Q    And is it possible that some of those bugs

4    related to integration?

5            MR. HARRISON:  Objection.  Calls for

6    speculation and lacks foundation.

7            THE WITNESS:  It could have been, but

8    usually your code stop in one module and start in

9    other modules, so it's always a bug related to a

10   module.

11   BY MS. RADCLIFFE:

12       Q    Under the next section which is "11i

13   Product Issues," under No. 1 it says, "Product

14   quality in 11i, both for CRM and ERP, is causing

15   problems with customers trying to implement."  Were

16   you aware of product quality issues with respect to

17   11i which were causing problems with customers

18   trying to implement the product?

19       A    There were bugs, and the development team

20   was issuing the patches that you -- we mentioned

21   before.

22       Q    And did you have discussions with anyone

23   at Oracle regarding product quality issues with

24   respect to Oracle Suite 11i?

25       A    I heard about it, but development was

1    just making a comment that when you read here "full

2    system testing of ADS," this is not a product

3    testing.   It's not quality assurance testing.

4          Again, I want to differentiate demos from

5    products.   And this is all about bringing to the

6    field demos that are fully presentable.

7    BY MS. RADCLIFFE:

8          Q   The software on the ADS system, though, it

9    would be Oracle Suite 11i; correct?

10         A   It would be, but if it's not configured

11   and set up properly, you cannot show functionality.

12   And what I'm reading here is that there were time

13   constraint to deploy all the configuration and

14   setups.

15         Q   You don't know one way or the other,

16   however, whether there was testing done on the

17   product itself that was on the ADS system.   Is that

18   correct?

19         A   We had our testing teams in development,

20   so testing was done for sure.

21         Q   And do you know as of August 24th, 2000,

22   whether the product was fully tested on the ASD

23   system?

24         A   I can't comment on that.   I was not in

25   charge of product testing.

```
 1            MR. HARRISON:  Objection.  Vague.
 2   BY MS. RADCLIFFE:
 3        Q   So you don't recall one way or another
 4   what Mr. Donaldson is referring to here as there was
 5   not time to do the full system testing that ADS
 6   usually performs whether that testing related to the
 7   product itself or related to a configurations and
 8   setups?
 9        A   It's on -- the ADS team, there's no
10   testing per se in ADS.  It was just testing the
11   demos.  Roger Donaldson was working for Marina Zago,
12   and the ADS team's responsibilities were not product
13   testing.  So what I was pointing here is referring
14   to demo testing.
15        Q   The product, however, needs to work in
16   order for the demo to be successful.  Is that
17   correct?
18        A   If you read --
19            MR. HARRISON:  Objection.
20            THE WITNESS:  -- here.
21            MR. HARRISON:  Lacks foundation.  Vague
22   and ambiguous.  Go ahead.
23            THE WITNESS:  Here you have the product
24   ERM working in one instance, and then in the new
25   version of the refresh, they haven't had time to
```

1   configure it fully with the CRM, so it's a limited

2   way to present it.  So here you have the same

3   software fully demo-able, but the way -- because we

4   wanted to have CRM demo functionality in ADS, we

5   limited the setup and configuration of order

6   management of OM and ERP.  It's the same software

7   configured two different ways.  One you can see

8   limited functionality.  The other one you can see

9   full functionality.

10  BY MS. RADCLIFFE:

11      Q   And was the functionality limited a result

12  of the lack of time?

13      A   Time to set up.

14      Q   Of time to set up.

15      A   (No audible response).

16      Q   And who decided the amount of time to set

17  up?

18      A   The amount of time to set up is whatever

19  is required, but there was a schedule for ADS to say

20  we have to push the ADS demos at that specific time

21  and they would give a deadline to the demo team.  So

22  they would do whatever they could do in that time

23  frame, and after that they had to wait for the next

24  refresh.

25      Q   There's an indication here that we also

1    specified that flows only are supported?

2         A    That is because the setups were done only

3    around those flows.

4         Q    And are these the business flows we were

5    talking about earlier?

6         A    Uh-huh.

7              MR. HARRISON:  Audibly.  Audibly.

8              THE WITNESS:  Yes.

9              MR. HARRISON:  Sorry.  Just trying to --

10             THE WITNESS:  Oh, by the way, flows that

11   we specify, but I'm not sure which one because the

12   list of flows was moving every day.  So whatever we

13   reviewed in the previous document, I'm not sure

14   whether that is what he's referring to.

15   BY MS. RADCLIFFE:

16        Q    Do you see where there's an indication

17   probably about two-thirds of the way down the page,

18   it's a last sentence of the full paragraph of the

19   e-mail that says, "Problems encountered in other

20   functionality ERP or CRM may be substantial and we

21   may not be able to correct them before a given

22   demo."  Do you know what Mr. Donaldson was referring

23   to?

24             MR. HARRISON:  Objection.  Lacks

25   foundation.  Calls for speculation.

1    it says -- kind of in the middle e-mail it says,

2    "Per previous conversations demos of sales for Comms

3    must be done out of TST115, not DOM115."  Does

4    TST115 refer to a different instance?

5        A    It looks like it, yeah.

6        Q    And do you see on page -711, it's about

7    two-thirds of the way down the page, and it says,

8    "Bill, per our discussion does Alltel know that

9    11ir2 Sales 4 Comms is not a released product?"

10            Based on our conversation earlier, if the

11   product wasn't released, it couldn't be demonstrated

12   on ADS.  Is that correct?

13       A    That's correct.

14       Q    There would need to be a workaround.  Is

15   that what we refer to it as?

16            MR. HARRISON:  Objection.  Misstates

17   testimony.

18            THE WITNESS:  Define "workaround."

19   BY MS. RADCLIFFE:

20       Q    We discussed earlier what a workaround

21   was.

22       A    Can you remind me what we said?

23       Q    Well, actually, it was -- it was a term

24   that you defined.

25       A    Can you remind me what I said?

1        Q    I can try.  How's that?

2             We talked about workarounds and

3     customizations being something that your -- that

4     might be used if a product was unable to be demoed

5     in the ADS system.

6        A    Probably not what I said.  Customization

7     is to make the demo specific for a customer.

8        Q    So I guess I'm trying to understand -- and

9     maybe I'll just rephrase it a different way -- is

10    how the 11ir2 Sales 4 Comms indicated here could be

11    demoed if it was not a released product?

12            THE WITNESS:  Say that again.

13            MR. HARRISON:  Objection.  Lacks

14    foundation.  Calls for speculation.

15    BY MS. RADCLIFFE:

16       Q    I'm trying to understand how the 11ir2

17    Sales 4 Comms product that is referenced here could

18    be demoed if it was not a released product?

19            MR. HARRISON:  Same objections.

20            THE WITNESS:  I'm not sure.  Could not be

21    demoed out of the ADS.

22    BY MS. RADCLIFFE:

23       Q    Were there demos done out of other systems

24    at Oracle that you are aware?

25       A    Yeah.  Before CRM products were in ADS, we

1   set up what we call the mini ADS, which were

2   referred in a previous document.  And before the

3   first time of the launch of CRM product in ADS, we

4   needed still to give the field away to demo the CRM

5   products.  So we set up an instance that were not

6   ADS instance.  We call them the mini ADS with CRM.

7   With that being said, the mini ADS instance were not

8   those instance that they're referring.

9        Q    In this particular --

10       A    Yeah.

11       Q    -- case?

12       A    But people will set up instances outside

13  of ADS.

14       Q    And who is responsible for setting up the

15  instances and then mini -- in the mini ADS?

16       A    The mini ADS, John Holte set them up from

17  an infrastructure perspective.  And my team was

18  building the demos in the mini ADS.  And then when

19  we run live to ADS, we move into the ADS system.

20       Q    So when the ADS system was live, the mini

21  ADS system was no longer used.  Is that correct?

22       A    Actually, we used them for products that

23  were not in ADS as we were continuously producing

24  product -- delivering products to the market and

25  then ADS was too slow to show those products.

1    Again, if you refer to one of those documents,

2    somebody said we need to do the demos at the same

3    time the product is released.  That was a problem.

4         Q    And so --

5         A    So we had -- we were -- rather than

6    waiting for ADS and not having the products that

7    were, you know, released, not being able to show

8    them, we would actually put them into mini ADS.

9         Q    So products that were still in development

10   in order to demonstrate the -- or use demos for

11   them, mini ADS may have been a vehicle to --

12        A    That's correct.

13        Q    -- vehicle to demo?

14             I'm going to mark next in order --

15        A    We're done with this one?

16             MS. RADCLIFFE:  Yes, thank you.

17             (Exhibit 12 marked)

18   BY MS. RADCLIFFE:

19        Q    Go ahead and look at that, Ms. Sultan.

20        A    Yep.

21        Q    Do you recognize portions of this

22   document?

23        A    No.

24        Q    Do you see on page 619041 that it kind of

25   continues over to 619042?

1      A    Uh-huh.

2      Q    Appears to be some e-mail communications

3  between you and Don Gruesu and Scott Johnson?

4      A    I see that.

5      Q    Do you have any reason to believe this

6  document is not an Oracle document?

7      A    No.

8           MR. HARRISON:  Objection.  Lacks

9  foundation.

10 BY MS. RADCLIFFE:

11     Q    Do you have any reason to believe that you

12 did not receive this e-mail communication?

13     A    No.

14     Q    Do you see on 619041 Scott Johnson

15 indicates that there is a demo scheduled for 10/12?

16 And he further goes on to say, "We need to show

17 teleservice and detailed order management and

18 inventory.  Is there an integrated instance

19 available?"  Do you --

20     A    I see that.

21     Q    Do you recall whether there was an

22 integrated instance available?

23     A    I don't recall any of this conversation or

24 its context.

25     Q    Do you recall an Oracle potential customer

1     I further certify that I am not a relative or

2   employee or attorney or counsel of any of the parties,

3   nor am I a relative or employee of such attorney or

4   counsel, nor am I financially interested in the outcome

5   of this action.

6

7     IN WITNESS WHEREOF, I have subscribed my name

8   this 5th day of June_____, 2006.

9

10

11   _____

12   CHAROLETTE A. MARTINEZ, CSR No. 11983

13

14

15

16

17

18

19

20

21

22

23

24

25

262

FROM LATHAM & WATKINS LLP Fax Machine #2      (THU) 7. 6 06 10:48/ST. 10:47/NO. 4661909548 P 3

1              PENALTY OF PERJURY CERTIFICATE

2

3        I hereby declare 1 am the witness in the within

4   matter, that I have read the foregoing transcript and

5   know the contents thereof; that I declare that the same

6   is true to my knowledge, except as to the matters which

7   are therein stated upon my information or belief, and as

8   to those matters, I believe them to be true.

9        I declare being aware of the penalties of perjury,

10  that the foregoing answers are true and correct.

11

12

13

14

15        Executed on the  4th  day of  July       , 2006,

16   at  San Francisco        ,  CALIFORNIA       .

17              (CITY)                    (STATE)

18

19

20

21        _____

22   JULIETTE SULTAN

23

24

25

FROM LATHAM & WATKINS LLP Fax Machine #2        (THU) 7. 6'06 10:48/ST. 10:47/NO. 4861909548 P  4

## LIVENOTE | **World Service**℠

Worldwide Deposition Reporting & Legal Videography

# **ERRATA Sheet**

Deposition of: _Juliette Sutton_

I wish to make the following changes for the following reasons:

| Page | Line | Change | Reason |
|---|---|---|---|
| 3 | 9 | and Julie Chen → and Juliette Sutton | My name is Juliette Sutton |
| 10 | 19 | at my desk | ommission by court steno |
| 13 | 526 | Ecole Superieure de Commerce de Paris, France - | Error |
| 18 | 2 | new marketing "application" | error |
| 21 | 7 | specifically → specificities | error |
| 27 | 23 | Stere Cappelucci | error / mispell |
| 29 | 3 | Equipment → document | error |
| 32 | 1 | Mr → Mrs | error |
| 38 | 4 | No | ommission by court reporter |
| 40 | 14 | direct → direction | error |
| 41 | 6 | Not → Now | error |
| 41 | 23 | Units → thurmtz | error |
| 46 | 14 | who → had | error |
| 58 | 8 | it → I | error |
| 87 | 20 | Software → computer | error |
| 88 | 5 | ENZ → DHZ | error |

Witness Signature/Date _Jult_     _July 4th, 2006_

---

Thank you for using LiveNote World Service for your reporting needs.
For assistance, please call 800-LIVENOTE (548-3668)

221 Main Street, Suite 1250, San Francisco, CA 94105
www.livenoteworldservice.com

| Page | Line | Change | Reason |
|------|------|--------|--------|
| 100 | 18 | CO → CEO | error |
| 101 | 15 | performance To functionality | ommission |
| 102 | 1 | Consult → consultant | error |
| 107 | 8 | It wasn't exhaustive | error |
| 108 | 9 | It was subjective | error |
| 112 | 13 | presentation for the | error |
| 138 | 5 | CM → CRM | error |
| 156 | 10 | Readable | error |
| 156 | 25 | provers → approves | error |
| 165 | 16 | Fletcher's son | ommission |
| 192 | 7 | NERP → ERP | error |
| 196 | 24 | ERM → ERP | error |
| 200 | 23 | seven → have | error |
| 223 | 9 | It → he | error |
| 224 | 22 | It → he | error |
| 234 | 2 | more fair | ommission |
| 241 | 23 | ADZ → ADS | error |
| 243 | 2 | stain → stay | error |
| 244 | 22 | parody → parallel | error |

—END—

_[signature]_  July 4th, 2006.