1              IN THE UNITED STATES DISTRICT COURT

2            NORTHERN DISTRICT OF CALIFORNIA   CERTIFIED COPY

3                          --o0o--

4    In re ORACLE CORPORATION

5    SECURITIES LITIGATION

6                                      Master File No.

7    This Document Relates To:     C-01-0988-MJJ

8         ALL ACTIONS.

9    _____/

10

11

12                      ---o0o---

13                    CONFIDENTIAL

14       30(b)(6) DEPOSITION OF DONALD E. KLAISS

15               Tuesday, June 20, 2006

16                      ---o0o---

17

18           SHEILA CHASE & ASSOCIATES

                  REPORTING FOR:

19

              LiveNote World Service

20           221 Main Street, Suite 1250

            San Francisco, California  94105

21             Phone:  (415) 321-2300

                Fax:  (415) 321-2301

22

23   Reported by:

24   COLLEEN M. REDAMONTI

25   CSR No. 7012

```
 1   have been some that were added into the suite on

 2   subsequent releases.  So we'd have to, you know,

 3   research, count the exact product composition.

 4        But it was -- there were a set of new

 5   applications.  There were enhancements to existing

 6   applications.  The suite included finance

 7   applications, human resource applications, supply

 8   chain and manufacturing applications, CRM, customer

 9   relationship management applications.  You know, a

10   broad set of business applications.

11   Q.     Okay.  And the supply chain and manufacturing

12   applications, HR, and finance, are those all within

13   the ERP?

14   A.     Correct.

15   Q.     Okay.

16   A.     Yeah.  Purchasing applications and . . .

17   Q.     Okay.  Now, do you -- I had represented that

18   the first release of Suite 11i was May of 2000.

19        Does that sound about right to you?

20   A.     Um, about right.  Again, I'm fuzzy on the

21   exact date, but that sounds about right.

22   Q.     All right.  And do you recall when the second

23   release was released?

24   A.     (Negative nod.)

25   Q.     Okay.  Does October 2000 sound about right?
```

1   A.      Could be.

2   Q.      Okay.  And for the third version, do you

3   recall when the third release of 11i was?

4   A.      I don't recall.

5   Q.      Does January of 2001 sound about right?

6   A.      Um, that would put them between four and six

7   months apart.  That sounds -- you know, sounds about

8   right.

9   Q.      Okay.  Now, who was in charge of deciding when

10  a version of Suite 11i would be released?

11          MR. HARRISON:  Objection.  Calls for

12  speculation.  Lacks foundation.

13          THE WITNESS:  Yeah.  Actually, it's hard to --

14  there's not one person that I can put my finger on

15  that was responsible.

16  Q.      BY MS. ANDERSON:  Okay.  Were you involved in

17  the decisions around the release?

18  A.      I was involved in input to the release of the

19  product.

20  Q.      Okay.  And what type of input did you provide?

21  A.      Um, status updates on where the products were

22  in their development and testing cycle.

23  Q.      And was that limited to the supply chain and

24  manufacturing or did it include other products?

25  A.      Primarily focused on the products that were in

1    my organization.

2    Q.     Okay.  And to whom would you provide these

3    status updates with respect to, you know, where the

4    products were in development and testing?

5    A.     To Ron Wohl.

6    Q.     Okay.  And how would you relay those updates?

7    A.     Um, one-on-one meetings and application

8    management committee meetings.

9    Q.     Okay.  And do you recall who else at Oracle

10   was providing information with respect to product

11   readiness for release?

12   A.     Well, I assume that it was the other product

13   family heads.  So, you know, some of the --

14   Joel Summers who was responsible for the HR

15   applications.

16        Mark Barrenechea who was responsible for the

17   CRM applications.

18        I'm not sure who was running the financial

19   group at that time.  It was either John Wookey or

20   Steve Miranda.  Wookey, W-o-o-k-e-y, or Steve

21   Miranda.

22        It would be Cliff Godwin who was responsible

23   for the technology there.

24   Q.     And did you discuss or did you -- withdraw

25   that question.

```
 1          Um, and these other heads of product family,
 2    they would also relay this type of information
 3    during, for example, Ron Wohl's application
 4    management meeting?
 5    A.      Yes, uh-huh.
 6    Q.      Okay.  Can you recall who else other than the
 7    individuals you just identified would attend
 8    Ron Wohl's weekly application management meetings?
 9    A.      I don't recall specific people during that
10    time frame.
11    Q.      Uh-huh.
12    A.      From time to time, it would be people from the
13    consulting organization that would be present.  There
14    was whoever was running the demo, demonstration test
15    database group.  But I don't recall who specifically
16    at that time.
17    Q.      Okay.  Did Larry Ellison ever attend those
18    meetings?
19    A.      He did not attend those meetings.  However, we
20    did meet with Larry on a somewhat regular basis.
21    Q.      Okay.  And who ran the meetings with
22    Mr. Ellison?
23    A.      Um, the agenda was generally put together by
24    either Ron Wohl or Mark Barrenechea.  And the
25    attendees included Ron Wohl, Joel Summers, John
```

Klaiss, Donald
CONFIDENTIAL                                          6/20/2006

1    A.      Um, I don't remember specific discussions

2    around that.  However, that would have been an

3    appropriate discussion once we began shipping the

4    product.  As early customers began going live, we

5    would be looking, you know, to get references.

6            It would not generally have been a topic prior

7    to shipping the software because no one could use it

8    before we shipped it.

9    Q.      Okay.  Now, were there agendas distributed for

10   Mr. Wohl's staff meetings?

11   A.      No.

12   Q.      And were there any materials distributed,

13   handouts, anything of that sort?

14   A.      I don't recall.

15   Q.      Okay.  Um, were there minute meetings --

16   A.      No.

17   Q.      -- taken?

18   A.      Not that I recall.

19   Q.      Did you take notes?

20   A.      Generally, not.

21   Q.      Uh-huh.  Did you sometimes take notes?

22   A.      Um, not -- I don't recall ever taking notes.

23   Q.      Okay.  Um, was there generally follow up with

24   respect to issues raised during the meetings?

25   A.      Um, most likely, if there were -- if there

1    were, you know, action items that came out of a

2    discussion, you know, those people that had the

3    action item would generally follow up on it.

4    Q.    Okay.  And how would you receive follow-up

5    information?

6    A.    Um, most likely it would be -- you know, if it

7    required a group discussion, it would be raised again

8    at a follow-on meeting.

9    Q.    Uh-huh.

10   A.    You know, to report status.

11   Q.    Okay.  And do you know whether topics of

12   discussion during Ron Wohl's staff meeting were then

13   reported to Mr. Ellison?

14   A.    I'm not aware of any specific -- you know,

15   specific communications between Ron and Mr. Ellison,

16   other than those that I may have participated in as

17   part of the -- Larry's applications meetings.

18   Q.    Okay.  But Mr. Wohl reported directly to

19   Mr. Ellison, correct?

20   A.    Yes.

21   Q.    I'd like to get a better sense of the product

22   families that are within the supply chain management

23   and manufacturing group.

24   A.    Okay.

25   Q.    Um, can you give me a very general description

1   of those product families?

2   A.      Okay.  Just the broad families?

3   Q.      Uh-huh.

4   A.      There's order management.

5   Q.      Okay.  And what does order management entail?

6   A.      That is involved in the processes -- the

7   process of capturing customer order information --

8   Q.      Uh-huh.

9   A.      -- entering the customer order into a system,

10  reserving material and inventory, all the way through

11  the business processes around shipping --

12  Q.      Uh-huh.

13  A.      -- that customer order to the customer.

14  Q.      Okay.

15  A.      So -- and then, generally -- then the process

16  moves into finance, and that's involved in receiving,

17  you know, receiving -- collecting the receivable from

18  the customer.

19  Q.      Okay.

20  A.      So order management is all around entering the

21  customer order, managing inventory, and shipping the

22  product to the customer.

23  Q.      Okay.  And, um, was order management part of

24  Suite 11i?

25  A.      Yes.

1    Q.      Okay.

2    A.      As well as prior releases.

3    Q.      Okay.  And is order management considering

4    a -- withdraw that question.

5         Does the functionality that kind of falls

6    within the order management umbrella, is that

7    considered sort of basic functionality in the ERP

8    suite?

9         MR. HARRISON:  Objection.  Vague and

10   ambiguous.

11        THE WITNESS:  Could you spell --

12   Q.      BY MS. ANDERSON:  I'm trying to get a sense

13   whether order management constitutes a large portion

14   of the Suite 11i functionality.

15        MR. HARRISON:  Same objection.

16        THE WITNESS:  Yeah.  If I go -- if I go

17   through the other product families, you can see it's

18   not a major -- it's not a major part.

19   Q.      BY MS. ANDERSON:  Okay.

20   A.      And it is a function that is -- has been in

21   every kind of enterprise system.  It has to be in

22   every system.  It was in systems we had built ten

23   years before that.

24        So basic order management capability is

25   unique.  The order management function is part --

1    A.      Yes.   Correct.

2    Q.      When these reports, whether they be in the

3    spreadsheet or the centralized system were developed,

4    what did you do with them?

5    A.      Um, we generally reviewed them during the

6    meeting.

7    Q.      Uh-huh.

8    A.      And then if, you know, if we were behind in an

9    area or if we felt we didn't have enough coverage, we

10   would assign them to go augment their tests with

11   additional tests.

12   Q.      Okay.

13   A.      So it was basically an ongoing process of

14   assessing how far through the testing cycle we were.

15   Q.      Okay.

16   A.      You know, and we would make judgments based on

17   the success of the tests, the number of bugs that

18   were found, whether they run additional rounds of

19   testing or not.

20   Q.      Okay.

21   A.      So a number of rounds for the 11i release.

22   Q.      And how many bugs would indicate that

23   additional rounds of testing were necessary, in your

24   experience?

25   A.      It's really not a -- simply a matter of

1    number, but it's a number and the quality and the

2    types of issues that are being found.  If there were

3    any -- if they're significant issues that were being

4    found, then, you know, more testing was warranted.

5         If they were issues -- cosmetic issues, like

6    lining up fields on a report or something, those were

7    less significant, although still needed to be fixed

8    in the code.

9    Q.     Okay.  And do you recall encountering

10   significant issues with respect to the release of

11   Suite 11i?

12        MR. HARRISON:  Objection.  Vague and

13   ambiguous.

14        THE WITNESS:  Could you be more specific?

15   Q.     BY MS. ANDERSON:  Well, you just mentioned

16   that if you encountered significant issues, that

17   additional testing would be appropriate.

18        And so I'm wondering if you recall

19   encountering what you deemed significant issues with

20   respect to the release of Suite 11i?

21   A.     I don't recall any significant issues at the

22   completion of the testing.  I don't recall specific

23   areas that we may have had them drill down on

24   further.

25        But we did -- you know, we did do a

1    significant amount of testing on 11i.  We did more

2    testing on 11i than we had done on any release ever

3    in the history of the company.  So, you know, it was

4    really a significant set of testing.

5    Q.      And when was testing complete --

6            MR. HARRISON:  Are you done with your answer?

7            THE WITNESS:  Yeah.

8    Q.      BY MS. ANDERSON:  And when was testing

9    complete for Suite 11i?

10   A.      I don't recall specific dates.

11   Q.      And was there ongoing testing for each

12   release?

13   A.      Yes.  And then as we came up with, you know,

14   ongoing point releases after that, we would continue

15   to run the same tests we had run for the base

16   release, and augment them with additional tests

17   whenever we added new features to cover those

18   additional features.

19   Q.      Um, and in your experience, what types of

20   issues or bugs, if you will, would be so significant

21   as to require more testing or delay a release?

22           MR. HARRISON:  Objection.  Lacks foundation.

23           THE WITNESS:  Rephrase that.

24   Q.      BY MS. ANDERSON:  Okay.  I'm just wondering

25   what degree of problems, and that may be a number of

1    bugs, I'm not sure if that's how you quantify it or

2    not, would deem release of -- an 11i release

3    inappropriate?

4                MR. HARRISON:   Same objection.

5                THE WITNESS:   I can say that what we were

6    looking at toward, you know, in that regard and,

7    you know, reviewing the tests was any major

8    functionality that was important to the customers not

9    working.  So we didn't want to release it with any --

10   you know, any major functionality not operating.  And

11   I don't recall any functionality that wasn't

12   operating when we did the release.

13               We also endeavored to have some additional

14   feedback on the quality outside the individual

15   development teams.  And we had a -- our demo group

16   that prepared the demo databases for the sales force

17   that was also doing independent testing at the

18   release and before -- prior to release.  So we had

19   feedback from our development -- from our demo group.

20   Q.     Okay.  So by "demo group," what do you mean by

21   demo group?

22   A.     There was a group that took the software and

23   prepared demonstration systems for use by the sales

24   force.

25   Q.     Okay.  And who from the demo group was in

1    Q.     Okay.  And how did you access that type of a

2    report?

3    A.     Um, by calling up and generating reports on

4    demand.

5    Q.     Uh-huh.

6    A.     Or having them forwarded from one of the QA

7    teams or a central QA team or a group like this --

8    Q.     Okay.

9    A.     -- that wanted a report on -- this is a case

10   where they're not reporting on their bugs, they're

11   reporting on things they're depending on other teams

12   to do.

13   Q.     Uh-huh, uh-huh.

14   A.     But the source of the data for all those

15   purposes was the same system, the bug tracking

16   system.

17   Q.     Okay.  And how often did you access the bug

18   tracking system?

19   A.     We used -- we used the results of it every

20   week in our -- you know, in my staff meeting and in

21   the Ron Wohl management meetings to review current

22   progress --

23   Q.     Okay.

24   A.     -- of testing.

25   Q.     Did you also use it to review current progress

1    with respect to your report at the Larry Ellison

2    meetings?

3    A.     Um, I don't recall.

4    Q.     Okay.

5    A.     It's -- I don't recall.

6    Q.     Okay.  And, um, were there any other reasons

7    that you would access the bug summaries?

8    A.     Um, it was also the repository for all of our

9    existing, you know, modules.  So we used it to track

10   any open issues that customers had on our prior

11   existing versions, as well as the new version in

12   development.

13   Q.     And do you recall any specific instances such

14   as this where an ERP bug was preventing CRM from

15   conducting its testing?

16   A.     I don't recall any specific instances, but

17   this is common in the development world where you

18   have a lot of integrated products that, you know, as

19   different teams are testing new flows or adding new

20   points of integration --

21   Q.     Uh-huh.

22   A.     -- that they have dependencies on other teams

23   to support that -- that flow.

24   Q.     Uh-huh.

25   A.     So this is common.

1   Q.      Would the CRM and ERP groups conduct -- hold

2   meetings around these types of issues as well?

3   A.      Um, yes, they would.  Typically, those

4   meetings occurred between different development teams

5   that were working on specific integrated business

6   flows.  Whether they were in CRM or ERP, those tended

7   to be transitory organizational structures at Oracle.

8   Q.      What type of development team?

9   A.      Well, we were going through some of my teams

10  earlier, like purchasing and manufacturing and order

11  management and so on.

12  Q.      Uh-huh.

13  A.      You know, those teams would build

14  integrations -- integrated business flows, automated

15  processes between them, and they would work with each

16  other on that.

17          They would also work on building new

18  integration points with some of the CRM applications,

19  and as such, they would test out those -- they design

20  and test out those flows between those two teams.

21  Q.      Okay.

22  A.      So they were regularly holding meetings

23  between the teams that were building those

24  integrations.

25  Q.      Okay.  Um, these -- some of my questions I

1   know may seem very basic to you.

2   A.      No, that's okay.

3   Q.      But if you could explain to me what you mean

4   by "integration point."

5   A.      Okay.  So integration, as I'm describing it,

6   is the supporting a business process between

7   different applications within the suite where data is

8   being passed between different applications to

9   support a business flow generally between departments

10  in a company.

11  Q.      Okay.  Um, and if you could also further

12  describe what you mean by "an integration business

13  flow."

14  A.      Um -- okay.  So, to have an integrated set of

15  applications, there's integration on two different

16  levels.  One is integration at the database level, so

17  that you have a common -- database definition of

18  common tables that the surrounding applications all

19  use.  So that's the data level of integration.

20       And the other is at the business process level

21  of integration.  Supporting business flows that

22  operate between departments that are all supported

23  with the workflow of the application itself.

24       And one of the unique things about the 11i

25  release was the degree of support for a broad set of

1    products across the entire company that were built

2    around a single database scheme and supported

3    business process integration between flows.

4    Q.    Okay.

5    A.    So unlike the alternative, which would be to

6    buy different applications from different companies

7    in the market, none of which were designed around the

8    same database --

9    Q.    Uh-huh.

10   A.    -- so you ended up with a lot of redundant

11   data, you know.  One company's view of a customer and

12   another application's view of a customer may be very

13   different.  So you ended up with very different, you

14   know, distributed copies of the same data.

15   Q.    Uh-huh.

16   A.    And you ended up with business flows that had

17   absolutely no integration between them.  If you

18   bought Point Solution products and assembled them

19   yourself.

20         Whereas if you bought an integrated suite of

21   applications, you ended up with an environment where

22   you had a single definition of the data model, so

23   that, you know, all the applications were built

24   around one common view of data.  And you had quite a

25   number of integration business flows that were

```
 1   pre-integrated out of the box.
 2         Not that every possible business flow,
 3   you know, was integrated, or every possible data
 4   point, you know, was reconciled.
 5   Q.    Uh-huh.
 6   A.    But compared with the alternative of buying
 7   individual products that were never designed to work
 8   together, and having to spend time and money
 9   integrating those flows yourself, and still ending up
10   with a lot of distributed data, redundant data --
11   Q.    Uh-huh.
12   A.    -- buying a suite of applications you ended up
13   with a much more integrated data model and integrated
14   flows.  And that's what . . .
15   Q.    Okay.  So it's sort of a two-part process.
16         How many -- how many integrated business flows
17   were developed for Suite 11i?
18         MR. HARRISON:  Objection.  Lacks foundation.
19   Calls for speculation.
20   Q.    BY MS. ANDERSON:  We'll start with the first
21   release, for example.
22         MR. HARRISON:  Same objections.
23         THE WITNESS:  I don't have -- I don't have any
24   way of providing a count of the business flows.
25   Q.    BY MS. ANDERSON:  Okay.
```

1    A.      But there were quite a -- you know, quite a

2    number of flow -- integrated flows that existed from

3    prior releases, and quite a number of new integrated

4    flows that were added in each subsequent release.

5    Q.      Okay.

6    A.      So there were some number of new ones and

7    pre-existing ones in this release, as in any release.

8            MS. ANDERSON:  All right.  I'm at a pretty

9    good breaking point if we want to break for lunch

10   now.

11           MR. HARRISON:  Sure.

12           MS. ANDERSON:  That makes sense with the

13   exhibits and whatnot.

14           THE WITNESS:  Okay.

15           VIDEOTAPE OPERATOR:  Going off the record.

16           The time is 12:30.

17    (Lunch recess was taken at 12:30 p.m. to 1:21 p.m.)

18           VIDEOTAPE OPERATOR:  Back on the record.

19           The time is 1:21.

20   Q.      BY MS. ANDERSON:  Okay.  Welcome back.  And,

21   Mr. Klaiss, you understand that you're still under

22   oath?

23   A.      Yes.

24   Q.      Okay.  I'd like to talk a little bit about

25   presentations that you have made in the 2000 to 2001

1    in their area of the software than Bret.

2    Q.     BY MS. ANDERSON:   Okay.   Who were focusing on

3    the physical implementation?

4    A.     The users in the different departments, the

5    accounting, the accounting people, the management

6    people, the warehouse people, the finance people.

7    Q.     Okay.   Would those people report to

8    Bret Fuller, if you know?

9    A.     No.

10   Q.     Okay.   So they're not necessarily in the IT

11   department?

12   A.     No.   There would be people in IT that

13   supported each of those user communities, but the

14   user communities were in the business organization

15   themselves.

16   Q.     Okay.   Earlier we had talked about the various

17   phases of testing and your group's involvement in

18   conducting that testing.   Um, and I'd like to revisit

19   that for a little bit now -- a little bit more now.

20   A.     Okay.

21   Q.     Um, can you tell me what an integration

22   testing environment refers to?

23   A.     Um, without focusing on specific, you know,

24   instance of the use of those words --

25   Q.     Okay.

1   A.     -- generally it would be a test environment

2   where business flows that expand multiple modules

3   would be executed in a test environment.

4   Q.    Okay.  And how does that differ from --

5          Well, are you familiar with the term "rifle

6   shot testing"?

7   A.     In general, yeah.

8   Q.    What's your understanding generally of that

9   term?

10  A.     Rifle shot testing is -- those terms could be

11  used to describe testing, you know, very specific

12  paths through the software.

13  Q.    Uh-huh.

14  A.     As opposed to, you know, a broader set of

15  tests that might, you know, validate a wider range of

16  business scenarios.

17         MS. ANDERSON:  Okay.  I'll mark this as the

18  next exhibit in line.  I think it's 8.

19         (Plaintiff's Exhibit 8 was marked.)

20  Q.    BY MS. ANDERSON:  If you could take a look at

21  this document.

22  A.     Uh-huh.

23  Q.    I apologize we don't have a clearer copy.

24  This is the way it was produced.

25  A.     Uh-huh.

1   Q.     For the record, this is NDCA-ORCL 056440 to

2   -442.

3          Just let me know when you have had a chance to

4   look at it.  I have a few questions.

5   A.     Uh-huh, uh-huh.

6          Okay.

7   Q.     Okay.  Have you seen this document before?

8   A.     Um, I don't recall seeing it specifically,

9   but -- you know, with a hundred E-mails a day, going

10  back to 2000, I can't remember many individual

11  E-mails.  But it appears that I was sent this and

12  forwarded it on.

13  Q.     Okay.  So this is an E-mail from you to -- it

14  appears to be to Mark Barrenechea, Alan Fletcher, and

15  David Williamson --

16  A.     Correct.

17  Q.     -- with Ron Wohl cc'd.

18  A.     Yep.

19  Q.     Who is David Williamson?

20  A.     David worked for Mark Barrenechea, and he had

21  some kind of operational -- operations manager's role

22  in Mark's organization.

23  Q.     Okay.  And I just have a few specific

24  questions.

25         Do you know what "TST 115" is?

1    A.      It's one of the test databases that was used

2    for system testing.

3    Q.      Okay.  How many test databases were used for

4    system testing at Oracle?

5    A.      Um, each of the development teams tended to

6    have their own test databases, and then there was one

7    common test environment for the ERP products, which

8    was TST 115.

9    Q.      Okay.  So this is for all ERP products?

10   A.      Correct.  Right.

11   Q.      Okay.  Um --

12   A.      And there were other test databases that the

13   CRM products team also was using.

14   Q.      Okay.  Now, you indicate that Oracle at this

15   time was releasing ERP and CRM Family Packs without

16   testing them against each other.

17          What did you mean by that?

18   A.      Well, this was after the -- these were --

19   Family Packs were collections of bug fixes, and

20   sometimes functionality enhancements that were

21   released on a regular basis.

22   Q.      Uh-huh.

23   A.      This was after the -- after the basic release

24   of the products.

25   Q.      Uh-huh.

1    A.      So these were kind of update -- customer

2    update releases.

3    Q.      Okay.  And if you turn to the second page.

4    A.      Uh-huh.  Yep.

5    Q.      This note from Drew, he does refer to the

6    rifle shots that I asked you about before; that they

7    had to rely on limited rifle shots for the key OM

8    flows.

9            Do you have an understanding of what he's

10   referring to there?

11   A.      Not really.  I mean, he wrote it.  You have to

12   ask him what he --

13   Q.      Okay.

14   A.      -- what he was specifically meaning.

15           The note he was forwarding on, though --

16   Q.      Uh-huh.

17   A.      -- seems to me to be clearer --

18   Q.      Okay.

19   A.      -- in terms of the statement of the request.

20   Q.      Okay.  Why do you say that?

21   A.      Um, well, as I read it, it's asking for

22   something specific.  So it's from Hema Raman, who's

23   Drew's QA manager.

24   Q.      Uh-huh.

25   A.      And she's asking for a -- kind of a policy

1   change whereby all of the product teams would install

2   their latest versions of their software in a single

3   global test environment.  She was suggesting it would

4   be TST 115.

5   Q.     Uh-huh.

6   A.     Without that, for certain integrated testing,

7   individual product teams were needing to use their

8   own private databases to do those tests.

9   Q.     Okay.

10  A.     So they would be using management databases or

11  CRM databases to do those tests.

12  Q.     And -- excuse me.

13         And did Oracle ultimately design some kind of

14  controlled environment where they could test

15  completely the integration systems?

16         MR. HARRISON:  Objection.  Assumes facts not

17  in evidence.  Calls for speculation.

18         THE WITNESS:  I don't recall the specific

19  evolution of the test databases --

20         MS. ANDERSON:  Uh-huh.

21         THE WITNESS:  -- but there was a constant move

22  to -- toward centrally maintained test environments

23  to free the individual development teams from having

24  to maintain their own test environments.

25  Q.     BY MS. ANDERSON:  Okay.

1    A.      So there was kind of a steady progression in

2    this direction.

3    Q.      Okay.   But you don't recall when that was

4    ultimately achieved?

5    A.      Not really.

6    Q.      Okay.

7            Um, and the only other question I have is, did

8    the CRM teams begin to participate in the TST 115?

9    A.      I don't recall whether it was, you know, that

10   specific, you know -- this specific recommendation or

11   whether it was some other database that was created

12   for, you know, maintain -- centrally maintained

13   testing.   But there was clearly a movement in that

14   direction, because it was too inefficient for the

15   individual product teams to maintain, you know, all

16   separately --

17   Q.      Okay.

18   A.      -- you know, separate tests and databases.

19   Q.      Um, and then you indicate that the current

20   situation is -- you say that it's "clearly a bad

21   situation."

22           What did you mean by that?   What did you think

23   needed to be done?

24   A.      Um, again, the words here were to make a

25   point, so "bad" was used as a way to create urgency



```
 1   around the topic.
 2        But what it refers to is that patch releases
 3   with bug fixes were being issued from multiple teams.
 4   Q.    Uh-huh.
 5   A.    And there was not one central test environment
 6   that all those would apply to, to be tested at the
 7   same time.  They were being applied to separate ERP
 8   and CRM test databases.  And it would be a much
 9   better situation to have a centrally maintained one
10   where everything could be applied before it went out.
11   Q.    Okay.
12   A.    But that's eventually what we moved on.
13   Q.    Okay.
14   A.    So this was -- this was not related to the
15   initial release of products, but it was related to
16   these ongoing patch releases which were going out
17   independently from the ERP and the CRM teams.
18   Q.    Okay.  Now, did you learn of customer
19   complaints that CRM and ERP were not properly
20   integrated?
21        MR. HARRISON:  Objection.  Vague and
22   ambiguous.
23        THE WITNESS:  I'm not aware of any specific
24   complaints around lack of integration.
25        MS. ANDERSON:  Okay.
```

1    Q.     Um, can you tell me what your understanding of

2    the term "live" is as it relates to Suite 11i and

3    being live on Suite 11i or an application?

4    A.     Um, it means -- it's generally used to mean

5    that a company is using a specific -- at least one

6    application, you know, or -- one or more applications

7    in the support of their production business

8    applications.

9    Q.     Okay.

10   A.     So someone could be live on a product if

11   they -- someone could be live if they were using the

12   software to support production operation of the

13   business.

14   Q.     Okay.  Can someone be live on Suite 11i if

15   they are still having problems with the module?

16   A.     Sure.

17   Q.     Okay.  And do you know when the first customer

18   was live on Suite 11i?

19   A.     I don't know who the first customer was or

20   when.

21   Q.     Okay.  Okay.  Um, are you familiar with the

22   term "early adopter" as it was used at Oracle with

23   respect to Suite 11i?

24   A.     I'm not sure the terms were used consistently

25   by every product team.

REPORTER'S CERTIFICATE

1
2        I certify that the foregoing proceedings in the
3    within-entitled cause were reported at the time and
4    place therein named; that said proceedings were
5    reported by me, a duly Certified Shorthand Reporter
6    of the State of California, and were thereafter
7    transcribed into typewriting
8            I further certify that I am not of counsel
9    or attorney for either or any of the parties to said
10   cause of action, nor in any way interested in the
11   outcome of the cause named in said cause of action.
12           IN WITNESS WHEREOF, I have hereunto set my
13   hand this *28th* day of *June* , 2006.

14
15        *for Shula Chase*
             COLLEEN M. REDAMONTI, CSR
16           Certified Shorthand Reporter
             Certificate No. 7012