UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

-oOo-

Certified Copy

IN RE
ORACLE CORPORATION
SECURITIES LITIGATION

MASTER FILE NO.
C-01-0988-MJJ

This Document Relates To:

ALL ACTIONS
_____/

-oOo-

CONFIDENTIAL

VIDEOTAPED DEPOSITION OF MARY ANN ANTHONY

August 11, 2006

-oOo-

SHEILA CHASE & ASSOCIATES
REPORTING FOR:
LiveNote World Service
221 Main Street, Suite 1259
San Francisco, CA 94105
Telephone: (415) 321-2300
Fax: (415) 321-2301

-oOo-

Reported by:

KELLIE A. ZOLLARS, CSR, RPR, CRR
CSR License No. 5735

1    MR. GIBBS: Objection. Lack of foundation.

2    THE WITNESS: To provide training on 11i.

3    BY MS. ANDERSON:

4    Q. Just training in general? I mean, SWAT team sort of indicates a sense of urgency to me. Is that accurate, that the name was to indicate some type of urgency?

7    A. I don't know how the name came about, it was assigned by Education.

9    Q. Uh-huh.

10    A. But the -- they were responsible for training the lines of business on the new features that were in 11i.

12    Q. Okay. And who would advise the SWAT team of the new features?

14    A. The development -- the appropriate development organizations would.

16    Q. Okay. And then once the SWAT team was advised of the new features by Development, was -- then did they just focus on getting up to speed on that new functionality so they could then go out and train at customer sites? Is that accurate?

21    A. No, that's not accurate.

22    Q. Okay. You tell me.

23    A. The way the process worked was that the SWAT team members would be assigned as beta testers. You know, I mentioned the beta testing program.

1   Q.   Uh-huh.

2   A.   So the SWAT team members came in and got the
3   training from Development on the new features at the
4   headquarters site, and then tested the product. It was
5   part of the beta testing. Then they took the Development
6   developed training materials and developed their own
7   training materials. And then they were chartered to go out
8   and train the lines of business. They did not train
9   customers, they trained other people in Education, they
10  trained consultants and they trained Support.

11  Q.   Okay.
12       And what -- did the beta testing procedure occur
13  with every release of 11i?
14  A.   Just with the major re- -- well, it occurred with
15  the major 11i release, and then there were several beta
16  testing waves later on for other products. There was a
17  beta testing wave for Order Management, which I helped the
18  Order Management product team develop. I believe that was
19  in -- from what I remember, the bulk of the beta testing
20  waves were in 1999, and then there would have been some
21  additional waves probably in early 2000 for Order
22  Management and maybe other products, but I don't remember
23  specifically.
24  Q.   But not necessarily -- for example, we discussed
25  11.5.2 and 11.5.3. Would there be a round of beta testing

1  for those types of general releases?
2      A.  Not for those incremental releases.  It was a huge
3  undertaking to coordinate a beta testing program.
4      Q.  And did the SWAT team participate in training
5  outside of a beta testing effort?
6      A.  Did they -- I'm sorry, I don't understand the
7  question.
8      Q.  Withdraw the question.
9          You mentioned that the SWAT team acted as beta
10 testers.  Did they conduct training in addition to training
11 on products that were new and had been beta tested?  Like
12 OM, for example.
13     A.  Could you clarify your question, please.
14     Q.  So were the -- was a SWAT team only used for the
15 first release of 11i and additional products that Oracle
16 conducted a wave of beta testing on?
17     A.  I don't remember.  They certainly were chartered
18 to train the lines of business on everything that was in
19 the beta testing for 11i in the 1999 time frame.  I don't
20 remember about Order Management.  I believe they were
21 chartered to train lines of business on Order Management as
22 well.
23     Q.  And who was in charge of the SWAT team, if you
24 recall?
25     A.  Her name was Tatina Ott.

```
 1    Q.   Can you -- do you know how to spell her last name?
 2    A.   Ott is O-t-t.
 3    Q.   And who did she report to?  What group was she in?
 4    A.   Well, she was originally a Consulting manager, but
 5  I believe during the time of the SWAT team she reported
 6  through Education.  You know, through customer education
 7  group.
 8    Q.   And who was in charge of the customer education
 9  group in Oracle in 2000, 2001?
10    A.   Don't remember.
11    Q.   Now, when you attended the AMCM meetings, did you
12  take notes at these meetings?
13    A.   Don't remember.  Probably.
14    Q.   Okay.  And what did you do with your notes?
15    A.   Don't remember.
16    Q.   Okay.  Do you know if anyone was assigned or, in
17  fact, took minute -- meeting minutes?  Excuse me.  During
18  the AMCM?
19    A.   Don't remember.
20    Q.   Okay.  Do you recall receiving any follow-up with
21  respect to what was discussed at the AMCM meeting, such as
22  a summary or action points that followed?
23    A.   Don't remember.
24    MS. ANDERSON:  I'd like to mark this next exhibit
25  Anthony 3.
```

CONFIDENTIAL - DEPOSITION OF MARY ANN ANTHONY - 8/11/06

1  STATE OF CALIFORNIA )
2  COUNTY OF SAN MATEO )
3       I hereby certify that the witness in the foregoing
4  deposition, MARY ANN ANTHONY, was by me duly sworn to
5  testify to the truth, the whole truth, and nothing but the
6  truth, in the within-entitled cause; that said deposition
7  was taken at the time and place herein named; that the
8  deposition is a true record of the witness's testimony as
9  reported by me, a duly certified shorthand reporter and a
10 disinterested person, and was thereafter transcribed into
11 typewriting by computer.
12      I further certify that I am not interested in the
13 outcome of the said action, nor connected with, nor related
14 to any of the parties in said action, nor to their
15 respective counsel.
16      IN WITNESS WHEREOF, I have hereunto set my hand
17 this 25th day of August, 2006.
18
19 _____
20 KELLIE A. ZOLLARS, CSR NO. 5735
21 STATE OF CALIFORNIA
22
23
24
25