```
 1          THE UNITED STATES DISTRICT COURT
 2          NORTHERN DISTRICT OF CALIFORNIA
 3
 4                              Certified Copy
 5
     In Re:  Oracle Corporation        )
 6                                      )
             Securities Litigation     ) Master File
 7                                      ) C-01-0988-MJJ
     THIS DOCUMENT RELATES TO          )
 8   ALL ACTIONS                       )
                                        )
 9   _____)
10
11
12
13       THE DEPOSITION OF JULIE CULLIVAN, taken
14       on behalf of the Plaintiff, at 100 Pine
15       Street, San Francisco, California 94111,
16       starting at 9:07 a.m. on Wednesday, May
17       24, 2006, before LINDA D. WHITE, CSR No.
18       12009.
19
20
21
22
23
24
25
```

1    mean try to help you with the demonstration?

2         A    It's hard for me to separate demonstration

3    from product.

4         Q    Okay.

5         A    So they had to help us with the product --

6         Q    Okay.

7         A    -- so that we could then deliver a

8    demonstration to the customer.

9         Q    Okay.  When you say that, do you mean that

10   they had to first try to make sure that the product

11   included what you were going to demo to Sysco?

12        A    That it was working.

13        Q    Okay.

14        A    So that we could show what Sysco wanted to

15   see.

16        Q    Okay.  When you were demoing Suite 11i,

17   were you demoing the same release that the company

18   was selling, or how did that work?

19        A    I don't understand your question.

20        Q    For example, when Oracle first released

21   Suite 11i, it was the initial release.

22        And at some point in time they released

23   Version 2; is that fair?

24        A    What do you mean by "Suite 11i"?

25        Q    I'm using your definition of Suite 11i.

Cullivan, Julie                                    5/24/2006

```
1        A    Okay.

2        Q    Which I think you told me this morning.

3        A    We were able to demonstrate the ERP

4   components of 11i.

5        Q    Okay.

6        A    So yes, we were demoing ERP 11i.

7        Q    So for some -- strike that.

8        Is it fair to say that for some time after

9   Suite 11i was released, you were unable to

10  demonstrate the CRM components of Suite 11i?

11       A    It was difficult to demonstrate.

12       Q    Okay.  And why was it difficult to

13  demonstrate?

14       A    It was a separate environment.  They were

15  on a rapid release cycle, constant change.

16       Q    What do you mean it was a "separate

17  environment"?

18       A    CRM was a separate demonstration

19  environment.

20       Q    What do you mean when you use the term

21  "environment"?

22       A    The ERP applications ran through the demo

23  team hosted available.  The CRM applications were

24  managed and maintained from someone in the CRM

25  organization.  They were on separate machines.
```

1    Separate releases.  They were separate.

2        Q    When you say "they were on separate

3    machines," do you mean the demo environments were on

4    separate machines?

5        A    I cannot separate product from demo.

6        Q    Okay.

7        A    So the products were installed and running

8    on different machines.

9        Q    Okay.  Did there come a time, where you

10   were VP, that that changed?

11       A    No.

12       Q    Okay.  Did there come a time that you were

13   VP when the demo group that you talked about earlier

14   led by Ms. Zago also was in charge of demoing CRM?

15       A    They were in a transition.  That was the

16   direction.

17       Q    Were they still transitioning when you

18   left Oracle?

19       A    Yes.

20       Q    Okay.  What do you mean when you used the

21   phrase "rapid release cycle"?

22       A    Oracle had two different organizations

23   developing applications.  One focused on ERP, one

24   focused on CRM.  They were not on the same release

25   process.  So whereas on the ERP side, it was a more

1      A    One transaction runs seamlessly from the
2   CRM products all the way to the ERP products without
3   any custom work.
4      Q    Does your definition differ from Oracle's
5   definition of integrated?
6      A    I don't know.
7      MR. GIBBS:   Objection.   Vague and lack of
8   foundation.
9   BY MS. WINKLER:
10     Q    Were you ever told that there was a
11  definition of integrated that you were to market to
12  customers?
13     A    No.
14     Q    How about interoperable; what is your
15  definition of "interoperable"?
16     A    Marketing term.   I don't know what it's
17  supposed to mean.
18     Q    Did you ever use the term interoperable
19  with your customers?
20     A    Probably.
21     Q    Did customers ever ask you what that
22  means?
23     A    No.
24     Q    How about "out of the box"; was that a
25  marketing term that you were given by the marketing

1    organization?

2        A    Yes.  It's an industry standard term.

3        Q    Okay.  What is the industry -- what does

4    that mean, industry standard?

5        A    A product capable that works upon

6    installation and configuration and requires no

7    customization.

8        Q    Okay.  Did you use "out of the box" as

9    part of your selling of Suite 11i?

10       A    I don't recall.

11       Q    Do you recall using the term "integrated"

12   when selling Suite 11i?

13       A    Yes.

14       Q    Going back to your definition of

15   integrated, was Suite 11i integrated when you sold

16   Suite 11i?

17       A    No.

18       Q    Do you know what Vision System was?

19       A    Yes.

20       Q    What was the Vision System?

21       A    It was a fictional company name used in

22   the demonstration environment.

23       Q    So in, for example, the demonstration that

24   you gave to Sysco, did you use the Vision System?

25       A    I don't recall.

Cullivan, Julie                                          5/24/2006

```
 1        Q    Were there times when you used something
 2   other than the Vision System in giving
 3   demonstrations?
 4        A    The CRM demos were something other than.
 5        Q    Okay.  So the Vision System was the ERP
 6   demos?
 7        A    Yes.
 8        Q    What were the CR -- was there a
 9   counterpart for the CRM demos?
10        A    Not that I know of.
11        Q    Okay.  Was there a fictional company that
12   was used in the CRM demos -- fictional company that
13   was used in the CRM demos?
14        A    Not that I recall.
15        Q    So when you gave a demonstration to Sysco,
16   was it a -- was Sysco the company that was used in
17   the demonstration?
18        A    I don't recall.
19        Q    Do you recall using the name of the
20   specific company that you were presenting a
21   demonstration to as the company in the
22   demonstration?
23        A    I don't recall.
24        Q    Do you know what a CRM HTML demo was?
25        A    Yes.
```

```
1        Q     What was that?

2        A     A web-based demonstration built in HTML.

3        Q     Was there a time when you didn't use

4   web-based demonstrations?

5        A     Yes.

6        Q     Do you recall when you started using

7   web-based demonstrations?

8        A     Not exactly.

9        Q     Did you ever demonstrate CRM on a nonbased

10  web-based demonstration?

11       A     Early versions of CRM, yes.

12       Q     Okay.  And when it was not a web-based

13  demonstration, what kind of demonstration was it?

14       A     Client server.

15       MS. WINKLER:  I'm going to come back to those.

16  The videographer has told me that he needs to change

17  his videotape.  So we will take a short break.

18       THE VIDEOGRAPHER:  This marks the end of

19  Videotape Number 1 in the deposition of

20  Julie Cullivan.  We're going off the record.  The

21  time is 11:14.

22               (A break was taken)

23       THE VIDEOGRAPHER:  This marks the beginning of

24  Videotape Number 2 in the deposition of

25  Julie Cullivan.  We're back on the record.  The time
```

1      A    So as new issues arose, making sure that

2    they were made aware of them, but also tracking what

3    was happening with fixing the ones we were already

4    aware of.

5      Q    Did you continue to meet with individuals

6    outside of -- strike that.

7      Did you continue to meet with individuals from

8    the Central and East regions after you prepared your

9    initial e-mail to Mr. Sanderson?

10     A    I don't remember.

11     Q    When you said you were providing feedback,

12    did you provide feedback from the Central and

13    Eastern regions?

14     A    I don't remember after this e-mail was

15    consolidated.

16     Q    Okay.  What did you do to track what was

17    happening with the issues that you list in your

18    e-mail?

19     A    I don't remember, but I know that this

20    list of issues became something that people were

21    trying to address.

22     Q    Okay.  How do you know that?

23     A    Because we would walk through these items

24    on the phone.

25     Q    During Mr. Wohl's meetings?

1      A      "Where are we in fixing these things," and

2  we would go through.

3      Q      That was something that you did during

4  Mr. Wohl's meetings?

5      A      Yes.

6      Q      Okay.  Who is Maria Borowski that you

7  CC'ed on your e-mail?

8      A      I don't remember.  I don't know.

9      Q      Okay.  What did you mean when you said

10  "one of the consistent themes was 'poor

11  performance'"?

12      A      It was slow.

13      Q      And when you say "it," do you mean just

14  the demo or the product and the demo?

15      MR. GIBBS:  Objection.  Vague.

16      THE WITNESS:  When you were demonstrating the

17  product, it was slow.

18  BY MS. WINKLER:

19      Q      Okay.  What do you mean when you say

20  "inability" -- what did you mean when you said

21  "inability to prove our E-business Suite integration

22  story"?

23      A      It was difficult to show a seamless demo

24  where transactions flowed from CRM to ERP without a

25  bunch of effort, as well as there was multiple UIs.

1   So you might be showing a piece of the Suite and

2   walking through how you do something and then when

3   it was time move to the next step in the process or

4   in that transaction's flow, you might have a

5   different-looking UI.  It was just hard to show that

6   complete solution to a customer.

7        Q    Was that in part because the Suite wasn't

8   integrated?

9        A    It was due to the fact we did not have a

10  single demo environment in which all the products

11  ran together.  I don't know if it's because it

12  wasn't integrated.

13       Q    Okay.  What do you mean by the term "UI"?

14       A    User interface.

15       Q    What did you mean when you said "product

16  stability quality issues"?

17       A    It was difficult to get the software to

18  perform the same way over and over.  There was a bit

19  of unpredictable behavior that was hard to work

20  around in front of a prospect or customer.  So it

21  may have been a product problem.  It may have been

22  an environmental problem.  But it was -- did not

23  perform consistently.

24       Q    What about the quality issues part of

25  that?

1       I'm looking now at the top of your e-mail

2   that's on the second page of this document.

3       A    Well, I was using that as a combined.

4   It's unpredictable in its performance, and that made

5   me question the quality of the product and that the

6   appropriate testing and validation had been done.  I

7   was sort of using those together.

8       Q    Did you do anything to ascertain whether

9   the appropriate testing and validation had been

10  done?

11      A    No.

12      Q    Was that ever discussed in any of the

13  meetings that you held after sending this e-mail?

14      A    Not that I remember.

15      Q    And going down to the third paragraph of

16  your e-mail that starts with "As mentioned by

17  majors" --

18      A    Yes.

19      Q    -- where you say "highly scripted

20  demonstrations," do you mean the same thing that we

21  talked about earlier with respect to scripted

22  demonstrations?

23      A    Yes.

24      Q    Okay.  What do you mean by the phrase

25  "canned ADS scripts"?

1    THE WITNESS:  I don't care.

2    MR. GIBBS:  Whenever is a reasonable time

3 break.

4    MS. WINKLER:  Okay.  I think we've -- it might

5 be a good time to take a break now since we've been

6 kind of in-depth in this document.  And we can take

7 however how long you guys want to take.

8    MR. GIBBS:  About an hour.

9    MS. WINKLER:  Okay.

10    THE VIDEOGRAPHER:  We're going off the record.

11 The time is 12:26.

12                 (A break was taken)

13    THE VIDEOGRAPHER:  We're back on the record.

14 The time is 1:39.

15 BY MS. WINKLER:

16    Q    Ms. Cullivan, going back to Exhibit 4.

17    Do you see in approximately the center of the

18 second page where we talked about folder forms?

19    A    Uh-huh.  Yes.

20    Q    What do you mean when you say "last patch

21 update"?  What does that refer to?

22    A    They worked, and then they did not work

23 after a patch was applied.

24    Q    What was the patch?

25    A    I have no idea.

```
 1        Q     Was it a patch to the product itself or
 2   patches applied to the demos?
 3        A     A patch is applied to the product.
 4        Q     Okay.  Directing your attention to the
 5   bottom of the page under where you have "CRM"
 6   listed.
 7        Do you see that?
 8        A     Yes.
 9        Q     What do you mean when you say there are
10   "separate instances for I store sales and tele sales
11   and customer care and support"?
12        A     What that means is there were separate
13   demonstration environments for each of those
14   products.  Therefore, you could not show them all
15   together in one environment.
16        Q     If you were demoing, for example, I store
17   and sales and tele sales to a potential customer,
18   how did you switch between environments?
19        A     You had to bring up a different system and
20   try it in a way that it seemed somewhat smooth to
21   the person watching the demo, but you were having to
22   close down one set of applications and open another
23   to be able to demonstrate any sort of flow.
24        Q     Okay.  What did that involve, in as far as
25   the person who was demonstrating?  What did they
```

Cullivan, Julie                                      5/24/2006

1    actually have to do to move from one environment to

2    the other?

3         A    Log into a new machine.

4         Q    And if, for example, it was a web-based

5    demo, they -- did they do a separate log-in over the

6    web?

7         A    Yes.

8         Q    Okay.  Could I ask you to turn to the next

9    page of that document?

10        A    (Witness complies.)

11        Q    What does "UWQ" refer to at the top?

12        A    Universal work queue.

13        Q    What was the universal work queue?

14        A    It was essentially workload manager.  So

15   as support requests, for example, came in, they went

16   into a work queue, and then were dispatched to

17   people to work on them.  So it's a piece of

18   functionality that you see in a supporter service

19   product or solution area.

20        Q    So it was part of a -- one of the CRM

21   modules?

22        A    Yes.  It was shared across multiple CRM

23   modules.

24        Q    Was it also shared with ERP modules?

25        A    Not to my knowledge.

1       Q     What do you mean by the phrase "scripting

2    is stand alone and runs in citrics.  Launching it is

3    slow and ugly"?

4       A     I'm not sure what scripting I was

5    referring to specifically.  So I can't answer that.

6       Q     What was scripting?

7       A     Scripting is a set of questions that,

8    depending on somebody's answer, a new question

9    will -- so as you're on the phone talking to

10   somebody about a problem, or if you're trying to do

11   some telemarketing or selling, you have a script in

12   front of you that says ask them this question.  When

13   the answer to that question is this, then will

14   populate a new --

15      We do kind of script and help them walk

16   through -- help the person conducting the call walk

17   through a predetermined set of questions that

18   hopefully end up in resolving a problem or

19   potentially moving a sale along.  It was used both

20   from a selling and support perspective in CRM.

21      Q     So was scripting part of more than one

22   module or application within CRM?

23      A     My recollection is it worked for both

24   sales and support in CRM.

25      Q     Okay.  What was "call center

1    processes are working.  Are you paying things on

2    time?  Are you minimizing finance charges?  Are you

3    processing things in, you know, particular number of

4    days?  It's a set of metrics that one would use to

5    manage individual parts of a business.

6         It was not how I measured my business.  This

7    was an application capability.

8         Q    Okay.  What did you mean when you said

9    "CRM and ERP duplicate functionality and

10   architecture issues"?

11        A    I meant duplicate.

12        Q    Okay.

13        A    So there was a set of capabilities that

14   you could do in CRM that you could also do in ERP.

15   And there was a certain amount of confusion on when

16   to use which piece.

17        Q    Was the architecture issue something

18   separate?

19        A    I don't remember specifically what I meant

20   by architecture issues.

21        Q    Do you recall any of the specific

22   functionalities that were duplicated between CRM and

23   ERP?

24        A    I only recall what was listed here.  I

25   mean, I don't remember exactly, but there's this

1    list of items here.

2        Q    Okay.  Is the e-mail, this list of items

3    starting with order management portal, is that the

4    list of items that is meant to explain the duplicate

5    functionality portion of the e-mail?

6        A    Yes.

7        Q    Okay.  What did you mean when you said

8    inconsistent architecture messaging across E-biz

9    Suite?

10       A    I'm not sure.

11       Q    And is E-biz Suite another way to refer to

12   Suite 11i?

13       A    Yes.

14       Q    What's an API?

15       A    My definition of an API is an application

16   programming interface.  It's an interface that

17   allows you to integrate data or software into your

18   applications.

19       Q    What did you mean when you said, "APIs in

20   CRM means something else than APIs in ERP"?

21       A    I do not remember.

22       Q    What did you mean when you said, "one

23   organization should own demonstrations that are

24   E-biz Suite focused, not CRM separate from ERP"?

25       A    I mean exactly that.  One team should be

1    demonstrating to the field organization that include

2    the entire suite of products in one environment.

3         Q    So was that a complaint about the fact

4    that you had to go to Ms. Zago's organization for an

5    ERP demonstration and CRM development for a CRM

6    development demonstration?

7         A    Yes.

8         Q    What did you mean when you said, "We all

9    anxiously await the next release of the E-biz Suite

10   in March"?

11        A    I meant exactly that.

12        Q    Was there a new release coming in March of

13   2001?

14        A    I believe so, based on this.

15        Q    And who did you mean when you said "we"?

16        A    The OPI team.

17        MR. GIBBS:  If you're switching documents, can

18   we take two minutes to handle an emergency call?

19        MS. WINKLER:  Sure.  No problem.

20        THE VIDEOGRAPHER:  Going off the record.  The

21   time is 1:58.

22                  (A break was taken)

23        THE VIDEOGRAPHER:  We're back on the record.

24   The time is 2:12.

25        MS. WINKLER:  I'm going to ask the court

1    reporter to mark NDCA-ORCL 061306 through 309.  It's

2    called Exhibit 5.

3    (Whereupon Exhibit 5 was marked for identification)

4    BY MS. WINKLER:

5        Q    Ms. Cullivan, let me know when you had a

6    chance to look at that document.

7        A    (Witness complies.)  Okay.

8        Q    Do you recognize this document,

9    Ms. Cullivan?

10       A    Not until I'm just looking at it now.

11       Q    Do you recall having this e-mail exchange

12   with Mr. Henley?

13       A    Uh-huh.  Yes.  Sorry.

14       Q    Directing your attention first to the

15   second page of the document, at the top under where

16   it says, "Julie Cullivan wrote" --

17       A    Uh-huh.

18       Q    -- what did you mean when you said, "Now,

19   if we can get 11i where it needs to be and get some

20   pipeline developed, we might be more competitive"?

21       A    I was referring to some of the issues we

22   were facing from a demonstration perspective with

23   11i.

24       Q    What did you mean when you said "get some

25   more pipeline developed"?

1        A     Yes.

2        Q     And was there a specific forecast number

3   generated by the OPI West division?

4        A     Yes.

5        Q     Do you have an understanding as to what

6   that forecast number consisted of?  What it meant?

7        A     Not specifically what it meant to

8   management up above.

9        Q     Okay.  Do you know generally what it meant

10  within OPI West?  What did you consider the forecast

11  number to be?

12       MS. WINKLER:  Objection.  Form.

13       THE WITNESS:  There's two elements to a

14  forecast.  One is deals that West OPI is saying

15  these are going to happen this quarter.  Then

16  there's a set of opportunities that have some

17  potential for the quarter.  There's a possibility

18  they could come in, but West OPI wasn't willing to

19  say they're coming in.  So that was called upside to

20  the forecast.  So there were terms that were used

21  such as "committed" and "upside."

22       And to me, the forecast, when it's submitted,

23  has both of those elements.  What people are most

24  interested in, typically, is what's the committed

25  set of deals that are going to come in.

```
1    BY MR. GIBBS:
2         Q    Okay.  Would it be fair to say that
3    forecast would refer to the deals that the group has
4    committed to bring in, while upside would include
5    deals that might close but they're not committing
6    to?
7         MS. WINKLER:  Objection.  Form.
8         THE WITNESS:  I don't know what Oracle's
9    definition of forecast was specifically.
10   BY MR. GIBBS:
11        Q    Okay.  I was trying to figure out what
12   stage of the sales cycle most of the demonstration
13   activity would take place in.  Let me try coming at
14   that from a different angle.
15        Typically, would most of the demonstration
16   activity take place during the same quarter in which
17   a deal is expected to close?
18        MS. WINKLER:  Objection.  Form.
19        THE WITNESS:  Not typically.
20   BY MR. GIBBS:
21        Q    So it would be common for you to be doing
22   the bulk of your demonstration work in a quarter
23   before the quarter in which the deal is actually
24   expected to close?
25        MS. WINKLER:  Objection.  Form; misstates prior
```

1      testimony.

2          THE WITNESS:  The quarter before?  Two quarters

3      before?  They were long sales cycles in many cases.

4      BY MR. GIBBS:

5          Q     You had a conversation with Ms. Winkler

6      earlier today about a potential opportunity at

7      Sysco.

8              Do you remember that conversation?

9          A     Yes.

10         Q     I believe you described a demonstration

11     and related your understanding that the products

12     demonstrated to Sysco did not meet their

13     requirements.

14             Do you recall that conversation?

15         A     Yes.

16         Q     Do you recall at what stage of the sales

17     cycle that demonstration was?

18         A     Very early.

19         Q     Do you know whether it was the first

20     meeting?

21         A     No, it was not the first meeting.

22         Q     Okay.  Do you know whether the OPI West

23     division had committed the Sysco deal with its

24     forecast by the time that demonstration took place?

25             MS. WINKLER:  Objection.  Form.

1          THE WITNESS:  I do not know but I would be

2    highly doubtful, that it was in the forecast.

3    BY MR. GIBBS:

4          Q    Ms. Winkler asked you why you would

5    demonstrate a product that did not have the features

6    that Sysco wanted.

7          Do you recall that question?

8          A    Yes.

9          Q    Is it unusual to demonstrate a product to

10   a potential customer that does not have all the

11   feature the customer wants?

12         MS. WINKLER:  Objection.  Form.

13         THE WITNESS:  Can you say that question again

14   so I answer it correctly?

15   BY MR. GIBBS:

16         Q    Yeah.  Let me try it a slightly different

17   way.  I can probably do it shorter.

18         You said that the product did not have all the

19   features that Sysco wanted, right?

20         A    Right.

21         Q    But you demonstrated it to them anyway?

22         A    Right.

23         Q    Is that unusual?

24         A    No.

25         MS. WINKLER:  Objection.  Form.

Cullivan, Julie                                    5/24/2006

```
 1        A    I think that's what my definition was.
 2    The only differences, it was from CRM to ERP as
 3    opposed to --
 4        Q    Do you know, as a technical matter,
 5    whether Suite 11i was integrated in that sense
 6    during the time you were at Oracle?
 7        MS. WINKLER:  Objection.  Form; asked and
 8    answered.
 9        THE WITNESS:  I know that we could not
10    demonstrate it.  That's all.
11        We did not have a demonstration environment in
12    which it was set up that way.
13    BY MR. GIBBS:
14        Q    Do you know whether Suite 11i as installed
15    at a customer site, during the period that you were
16    at Oracle, was integrated?
17        A    I don't know.
18        Q    If someone -- strike that.
19        If a senior developer from the development
20    organization were to say that customers did not need
21    to write custom code in order to allow transactions
22    to flow from CRM to ERP within Suite 11i, would you
23    be in a position to disagree with them?
24        MS. WINKLER:  Objection.  Form.
25        THE WITNESS:  No.
```

```
 1   BY MR. GIBBS:

 2        Q    Why not?

 3        A    They're far more technical than I am.

 4        Q    Discussing Cullivan Exhibit 4 with

 5   Ms. Winkler, you discussed a reference in your

 6   e-mail, and that is on the second page of

 7   Exhibit 4 - you discussed a reference in your

 8   e-mail, down at the bottom of the second page, that

 9   says there are separate instances for I store sales

10   and tele sales and customer care and support.

11        Do you recall discussing that sentence?

12        A    Yes.

13        Q    I think you said that that just means that

14   in the -- well, let me strike that.

15        That sentence means that in the demonstration

16   environment at that time, each of those products was

17   running on a separate instance?

18        MS. WINKLER:  Objection.  Form; misstates prior

19   testimony.

20        THE WITNESS:  Yes.

21   BY MR. GIBBS:

22        Q    Were those modules designed to be run by

23   customers on separate instances?

24        MS. WINKLER:  Object.  Form.

25        THE WITNESS:  Not to my knowledge.
```

Cullivan, Julie                                                    5/24/2006

```
 1   BY MR. GIBBS:

 2       Q    So the demonstration environment was set

 3   up in a way that was different from how customers

 4   would be expected to use those products?

 5       MS. WINKLER:  Objection.  Form.

 6       THE WITNESS:  I believe so.

 7   BY MR. GIBBS:

 8       Q    Do you know whether, if those products

 9   were all installed on a single instance, they would

10   have enabled or allowed transactions to flow between

11   those different modules?

12       MS. WINKLER:  Objection.  Form.

13       THE WITNESS:  I don't know.  I never saw it.  I

14   don't know.

15       MR. GIBBS:  That is all I have right now,

16   subject to following up on other questions you might

17   have.

18       MS. WINKLER:  I don't have any follow-up.

19   We're done.

20       THE VIDEOGRAPHER:  This marks the end of

21   Videotape Number 3 in the deposition of

22   Julie Cullivan we're going off the record.  The time

23   is 4:14 p.m.

24

25   (The deposition proceedings concluded at 4:14 p.m.)
```

1    I further certify that I am not a relative or

2  employee or attorney or counsel of any of the parties,

3  nor am I a relative or employee of such attorney or

4  counsel, nor am I financially interested in the outcome

5  of this action.


7    IN WITNESS WHEREOF, I have subscribed my name

8  this 30th day of May_____, 2006.




LINDA D. WHITE, CSR No. 12009