```
 1              IN THE UNITED STATES DISTRICT COURT
 2                NORTHERN DISTRICT OF CALIFORNIA                Certified Copy
 3
 4   In re ORACLE CORPORATION
 5   SECURITIES LITIGATION
 6                              Master File No. C-01-0988-MJJ
 7   This Document Relates To:
 8        ALL ACTIONS.
                                        /
 9
10
11                         ---oOo---
12                        CONFIDENTIAL
13           DEPOSITION OF GAYLE FITZPATRICK
14              FRIDAY, FEBRUARY 24, 2006
15                         ---oOo---
16
                   SHEILA CHASE & ASSOCIATES
17
                        REPORTING FOR:
18
                     LiveNote World Service
19
                 221 Main Street, Suite 1250
20
                  San Francisco, California 94105
21
                     Phone:   (415) 321-2311
22
                      Fax:   (415) 321-2301
23   Reported by:
24   DIANA NOBRIGA, CSR, CRR
25   LICENSE NO. 7071
```

| | |
|---|---|
| 1 | MS. KYROUZ: It is referring to demonstrations |
| 2 | to potential companies that might buy the product. This |
| 3 | is all about demos. |
| 4 | MR. WILLIAMS: Q. Do you know whether or not |
| 5 | these were actually Oracle customers? |
| 6 | MS. KYROUZ: I'm objecting to your |
| 7 | characterization. The document doesn't say they are |
| 8 | customers. |
| 9 | MR. WILLIAMS: Q. Do you know whether these |
| 10 | companies were companies that people in your |
| 11 | organization were working with at the time? |
| 12 | MS. KYROUZ: Same objection. |
| 13 | THE WITNESS: I mean, working with, yes. |
| 14 | MR. WILLIAMS: Q. Do you know who -- |
| 15 | withdrawn. |
| 16 | I'm going to ask you to turn to 617116. |
| 17 | That's the first page of the document. |
| 18 | A.   Sure.  Yes. |
| 19 | Q.   Do you know who Sohaib is? |
| 20 | A.   Sohaib. |
| 21 | Q.   Sohaib? |
| 22 | A.   Yes. |
| 23 | Q.   Do you know -- who is that? |
| 24 | A.   He's a gentleman who worked in our technology |
| 25 | development group. |

```
 1      Q.   And do you know his last name?  Is it Abbasi?
 2      A.   Abbasi.
 3      Q.   Okay.  Do you know whether any of these
 4  companies listed in this e-mail actually purchased any
 5  of the 11i software after these demonstrations?
 6      A.   You know, I don't recall.  I believe a couple
 7  did, but I don't remember specifically all of them.
 8      Q.   Which ones do you believe did?
 9      A.   I think McGraw-Hill.  But I don't remember
10  about the rest of them.
11      Q.   Okay.  I just wanted to call your attention to
12  617120.
13      A.   Okay.
14      Q.   At the bottom of the page where it looks like
15  you're writing a summary.
16      A.   Um-hum.
17      Q.   You see where you say that "The lead time
18  between the release of our products to the market and
19  our ability to show these to our customers is hurting
20  the business"?
21      A.   Yes.
22      Q.   Do you know -- withdrawn.
23           What did you mean by that?
24           MS. KYROUZ:  Objection; lacks foundation.
25           THE WITNESS:  I believe in reading this what I
```

1    meant by that is the release of the software that were
2    used for our demos was not the same as the version that
3    we released to the customers.  So we would be one or two
4    releases behind, so we didn't have the most current
5    version in our demo environments to show the current
6    capabilities to our customers.
7              MR. WILLIAMS:  Q.  Is that true?
8         A.   Um-hum.
9         Q.   So you're saying what you mean here is that
10   the demonstrations that are being referred to here are
11   not what is actually being sold to the customer?
12        A.   What I was saying is that the version -- it is
13   a demo environment, demonstration of our software.  And
14   it could -- it was not always -- once the product is
15   released, we then have to put it into our demo
16   environment, so it was not always the same version that
17   the customer was seeing -- customer could buy that we
18   were using to show our products.
19        Q.   So --
20        A.   It was a demo environment, so it could be it
21   was lagging, versus leading.
22        Q.   So you were actually -- internally you're
23   saying that you were using something older to show
24   customers than what was released?
25        A.   That's what I'm saying.

```
 1        Q.   Okay.  Do you know where I could -- where that
 2   would be documented somewhere?
 3        A.   I don't know where it would be documented.
 4        Q.   So if, say, McGraw-Hill purchased, you know,
 5   11i software after this demonstration, is it fair to say
 6   that they would be purchasing something that was a later
 7   version of what you were demonstrating?
 8        A.   Depends on when the -- I can't say that
 9   specifically, because I don't know when they bought or
10   what they bought and what was generally released versus
11   what was in our demo environment.
12        Q.   Okay, well, just based on your testimony,
13   assuming that they hadn't already bought as of October
14   2000, because you were demonstrating the product, if
15   they did buy, they wouldn't necessarily be buying
16   exactly what you demonstrated; is that fair to say?
17   They might be buying a later version?
18        A.   Correct.  I mean, you could have 11.5.2 or
19   11.5.1 in our demo environment, we may have released
20   11.5.3 and it wasn't in our demo environment yet.
21        Q.   Right.  Which means they could be buying a
22   later version than what was demonstrated here?
23        A.   Correct.
24        Q.   And so if you have a problem with a
25   demonstration, it doesn't necessarily mean a customer, a
```

```
 1  is the feedback from?
 2       A.   You know, I don't recall specifically where
 3  this came from.
 4       Q.   The feedback itself?
 5       A.   Yes.  Obviously I wrote this note.  All the
 6  details, I don't recall where it came from.
 7       Q.   Okay.  Do you see there, there are -- how
 8  many, 48 separate different feedback items relating to
 9  the integration of ERP and CRM demo integration?
10       A.   Yes.  I see that.
11       Q.   Now, this is in April of 2001.  Do you know
12  whether between October 2000 and April of 2001 Oracle
13  had updated or tried to correct integration issues in
14  the demonstrations that it was doing for customers?
15            MS. KYROUZ:  Objection; vague.
16            THE WITNESS:  Make sure I understand the
17  question.
18            MR. WILLIAMS:  Let me withdraw it and ask it
19  again.
20            THE WITNESS:  Okay.
21            MR. WILLIAMS:  Q.  Earlier we talked about
22  some e-mails that you had written in October of 2000
23  regarding demonstrations and problems in demonstrations.
24  Do you know whether between October 2000 and April of
25  2001 whether Oracle took any action to correct or make
```

```
 1   the demo integration better?
 2             MS. KYROUZ:  Same objection.
 3             THE WITNESS:  I mean, I know that we gave
 4   feedback, whatever.  I can't remember the date on the
 5   document that we referred to earlier, right, and that we
 6   gave feedback to the ADS team, and that they would, you
 7   know, look at the feedback and make changes as
 8   appropriate to help with the demos.
 9             MR. WILLIAMS:  Q.  Okay.  So, but as of
10   April 20th, this is the feedback that you provided to
11   these people in what's represented in Exhibit No. 12?
12       A.    Correct.  But this is like not the same kind
13   of feedback versus the other.
14       Q.    How is it different?
15       A.    The other document we referred to was very
16   specific by customer in a demo.  This is just a list of
17   things that I can't tell you what this is referring, in
18   reference to.  I don't remember what was meant by
19   putting this list together.
20       Q.    Okay.  That's fine.  But it obviously related
21   to the demo integration of the ERP and CRM.  That's the
22   subject; right?
23       A.    Correct.  That's what the subject is.
24       Q.    Okay.
25       A.    But keep in mind a demo is a -- a demo is, you
```

1  know, a demo environment, not the, you know, live
2  software that a customer is using.
3       Q.   Okay.
4       A.   It is all built on, you know, a fictitious
5  company called Vision.  And then we build in, you
6  know -- you build -- you load data to build transactions
7  around, you know, different business flows.
8       Q.   So you're able to -- Oracle is able to
9  actually create the environment for the demo to work in?
10      A.   Correct.
11      Q.   All right.  So there is no outside factor;
12 Oracle is actually creating the environment for this
13 demonstration to work?
14      A.   Right.  But when you create it, keep in mind,
15 you know, we're loading data in to build a demo
16 environment.
17      Q.   Sure, I understand.
18      A.   It may not -- it may not include every, you
19 know, kind of permutation that you could send a
20 transaction through, because it is a demo environment.
21 Some things you discover when you go to do the demo.
22      Q.   I understand that.  I was just being clear
23 that the demo environment is actually created by Oracle
24 with Oracle software.
25      A.   Yes.  It is using our application software and

```
 1   it is using our, you know, database -- it is using our
 2   software products, both applications and technology.
 3        Q.   So in a way it is kind of the perfect
 4   environment; there are no outside factors going into
 5   creating the demonstration environment?
 6             MS. KYROUZ:  Objection; misstates testimony.
 7             MR. WILLIAMS:  I'm not saying that's what you
 8   said.
 9             THE WITNESS:  That's not -- but that's fine.
10             MR. WILLIAMS:  Q.  All right, okay.  In the
11   document -- in this document where -- I can just direct
12   you to, say -- say, 42, it is on 617309.  When you write
13   "SCs," does that mean sales consultants?
14        A.   Yeah.  SCs would be a sales consultant.
15        Q.   And those aren't the people in your division;
16   right?
17        A.   Those are the people in my division.
18        Q.   Okay.  Forgive me.
19        A.   It's okay.
20        Q.   The people in the consulting organization,
21   what acronym do they go by?
22        A.   They just go by consultants.  I don't know if
23   they have an acronym.  Their division is called OCS.
24        Q.   All right.
25        A.   And they are consultants who work in the
```

```
 1              MR. WILLIAMS:  Q.  All right, go ahead.  Tell
 2   me --
 3        A.   That my understanding of the issues -- what
 4   issues at the time?
 5        Q.   That all the demo issues had to do with the
 6   company's key marketed strength integration.
 7        A.   I wouldn't say all of our demo issues.
 8        Q.   Okay, would you say some?
 9        A.   Some.
10        Q.   Okay.
11        A.   But I wouldn't say all.
12        Q.   Okay, that's fine.  What are the other issues,
13   if there were others?
14        A.   I think that the note that I -- that you saw
15   previously for me, we talked about, you know,
16   performance, stability, things of that nature.
17        Q.   Okay.  Great.  You see where he wrote, "We
18   still have a great deal of difficulty showing Oracle's
19   integrated suite of applications."  Do you see where he
20   wrote that?
21        A.   Yes, I see where he wrote that.
22        Q.   Were the SCs in your organization experiencing
23   the same type of difficulty as articulated here?
24              MS. KYROUZ:  Objection; lacks foundation.
25              MR. WILLIAMS:  In fact, withdrawn.
```

1    Q.   The SCs in your organization were having the
2    same sort of difficulty as articulated by Ken Hamel
3    here; isn't that true?
4         MS. KYROUZ:  Same objection; vague.
5         MR. WILLIAMS:  Q.  Difficulty showing Oracle's
6    integrated --
7    A.   You know, I can't remember what was in the
8    note that I had written about the same topic.  I don't
9    know if it specifically stated integration.  It may
10   have.  But, again, as we discussed before, this is a
11   demo environment.
12   Q.   I understand.
13   A.   And it was not the current release of the
14   software.
15   Q.   I totally understand.
16   A.   Okay.
17   Q.   I understand your testimony to be that.  All
18   right?
19   A.   Yes.
20   Q.   So, isn't it true that during the same period,
21   the SCs in your organization were having difficulty
22   showing Oracle's integrated suite of applications?
23        MS. KYROUZ:  Same objections.
24        THE WITNESS:  I mean, I -- some problems
25   showing integration.

```
 1            MR. WILLIAMS:  Q.  Okay.  And just further
 2   down on the same page, 617112, see where he writes,
 3   "Here's the exposure"?
 4       A.   Yes.  Yes.
 5       Q.   See where he says, "Not only have we lost
 6   deals in which we were the new player, many deals have
 7   been lost with installed base customers"?  Do you see
 8   that?
 9       A.   Yes, I do.
10       Q.   Do you know what was meant by installed base
11   customers?
12       A.   I don't know what he was referring to.
13       Q.   Do you know what the phrase means as it
14   relates to your experience at Oracle?
15       A.   As it relates to my experience, installed base
16   would be a definition of a customer who already owns
17   some part of Oracle's software.
18       Q.   Okay.  Now, do you know if the Majors
19   organization, as of October 6, 2000, had lost deals in
20   part because Oracle couldn't show an integrated suite of
21   applications?
22            MS. KYROUZ:  Objection; vague.
23            THE WITNESS:  I have no, you know,
24   recollection of that.
25            MR. WILLIAMS:  Q.  Okay.  Were people in
```

```
 1              CERTIFICATE OF DEPOSITION OFFICER
 2          I, DIANA NOBRIGA, hereby certify that the
 3   witness in the foregoing deposition was by me duly sworn
 4   to testify to the truth, the whole truth, and nothing
 5   but the truth in the within-entitled cause; that said
 6   deposition was taken at the time and place therein
 7   stated; that the testimony of said witness was reported
 8   by me, a Certified Shorthand Reporter and disinterested
 9   person, and was thereafter transcribed into typewriting,
10   and that the pertinent provisions of the applicable code
11   or rules of civil procedure relating to the notification
12   of the witness and counsel for the parties hereto of the
13   availability of the original transcript of the
14   deposition for reading, correcting and signing have been
15   met.
16          I further certify that I am not of counsel or
17   attorney for either or any of the parties to said
18   deposition, nor in any way interested in the outcome of
19   the cause named in said action.
20          In WITNESS WHEREOF, I have hereunto
21   subscribed by my hand this 3rd day of March 2006.
22
23
24                                  [signature]
25                          DIANA NOBRIGA, CSR NO. 7071
```

LIVENOTE | World Service℠
Worldwide Deposition Reporting & Legal Videography

# ERRATA Sheet

Deposition of: **Gayle Fitzpatrick**

I wish to make the following changes for the following reasons:

| Page | Line | Change | Reason |
|---|---|---|---|
| 14 | 19 | I've asked to I've been asked | missing word |
| 25 | 14 | Mark to Marc | mis spelling |
| 25 | 15 | Mark to Marc | mis spelling |
| 27 | 4 | Island to Iselin | mis spelling |
| 40 | 21 | SCU to SC | mis spelling |
| 74 | 3 | have to have been | missing word |
| 81 | 12 | Seattle to CRM | wrong word |
| 87 | 17 | Integra to Entegra | mis spelling |
| 91 | 4 | hat to hot | mis spelling |
| 96 | 25 | supplied to purchased | wrong word |
| 99 | 9 | We worked at development to He worked in development | wrong word |
| 99 | 12 | Riley to Reilly | mis spelling |

Witness Signature/Date _Gayle E. F_____   3/19/06

Thank you for using LiveNote World Service for your reporting needs.
For assistance, please call 800-LIVENOTE (548-3668)
221 Main Street, Suite 1250, San Francisco, CA 94105
www.liveneteworldservice.com

LIVENOTE | World Service℠
Worldwide Deposition Reporting & Legal Videography

# ERRATA Sheet

Deposition of: **Gayle Fitzpatrick**

I wish to make the following changes for the following reasons:

| Page | Line | Change | Reason |
|---|---|---|---|
| 105 | 8 | was on an to was an | wrong word |
| 111 | 25 | system to 1) system | missing # |
| 152 | 9 | OBI to OPI | name correction |
| 168 | 8 | me to mean | wrong word |
| 198 | 3 | It to He | wrong word |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

Witness Signature/Date _Gayle E. Fitzpatrick_   3/20/06

Thank you for using LiveNote World Service for your reporting needs.
For assistance, please call 800-LIVENOTE (548-3668)

221 Main Street, Suite 1250, San Francisco, CA 94105
www.livenoteworldservice.com