```
 1   IN THE UNITED STATES DISTRICT COURT
     NORTHERN DISTRICT OF CALIFORNIA         CERTIFIED COPY
 2
     Master File No. C-01-0988-MJJ
 3   ─────────────────────────────────────────
 4   VIDEO DEPOSITION OF VALERIE ANN BORTHWICK
                                     April 11, 2006
 5   ─────────────────────────────────────────
 6   In re ORACLE CORPORATION
 7   SECURITIES LITIGATION
 8
     This Document Relates To:
 9
     ALL ACTIONS.
10   ─────────────────────────────────────────
11   APPEARANCES:
12       LERACH COUGHLIN STOIA GELLER RUDMAN &
         ROBBINS LLP
13             By Shawn A. Williams, Esq.
                   and
14               Monique C. Winkler, Esq.
                 100 Pine Street, Suite 2600
15               San Francisco, California  94111
                 (415) 288-4545
16               swilliams@lerachlaw.com
                 moniquew@lerach.com
17                 Appearing on behalf of Plaintiff.
18       LATHAM & WATKINS LLP
               By Matthew D. Harrison, Esq.
19               505 Montgomery Street, Suite 1900
                 San Francisco, California  94111-2562
20               (415) 395-8202
                 matt.harrison@lw.com
21                 Appearing on behalf of Defendants
                   and deponent.
22
         Also Present:  William O. Pace, CLVS
23
24
25
```

```
 1       Q     Yeah, sure.
 2       A     There may have been a similar request that
 3  went to Craig Brennan --
 4       Q     Right.
 5       A     -- at the time Heather --
 6       Q     Sent this to you.
 7       A     -- sent this one to us.
 8       Q     I understand.
 9       A     And I'm not -- I don't have visibility to
10  that.
11       Q     Okay.  But Brad Scott was in CRM prior to
12  you taking it over?
13       A     That's correct.
14       Q     Right.  Right.  And then when Craig left,
15  did he -- his position didn't change, did it?
16       A     I gave him more responsibility.
17       Q     Okay.  In October of 2000, separate from
18  this e-mail that was forwarded to you, had you heard
19  that patches that were being issued for Oracle's CRM
20  had not been well tested?
21       A     No, I had not heard that patches for CRM
22  were not well tested.
23       Q     Had you heard that patches for ERP or IIi,
24  as a whole, were not -- had not been well tested?
25       A     No.  And, again, things are tested in
```

```
 1   development pretty rig -- rig -- rigorously.  But you
 2   can't -- when you have thousands of setups, which
 3   means you have many thousands of permutations and
 4   combinations of those setups across the suite, you
 5   can't test everything until it gets out to a
 6   customer's site.
 7            And when things -- when there are problems
 8   at a customer's site, those are escalated through
 9   TARs, as you probably already know, back through
10   support to the development organization.  Those TARs
11   are given priority.  And then those patches are
12   released back to customers to be -- to be tested.
13       Q    Okay.  So --
14       A    Back to be implemented, not tested.
15   They're tested before they're sent out, but they're
16   back to customers to be implemented.
17       Q    Right.  But my question is,
18   notwithstanding the rigorousness of the testing that
19   was done, had you heard, in the October of 2000 time
20   frame, that Oracle had not tested the patches well
21   enough?
22       A    No.
23       Q    Okay.  Had you heard, separate from this
24   e-mail at least, that patches for 11i applications
25   actually caused more problems when they were applied
```

```
 1   than they actually solved?
 2        A    In the 12 years I was with Oracle --
 3        Q    Uh-huh.
 4        A    -- and in all of the product releases,
 5   there were always, you know, with a new release, an
 6   occasion -- there was frequently an occasion where a
 7   patch deck would go out, and it -- as I said, it
 8   hadn't been tested against every permutation and
 9   combination.  It might have caused a problem that
10   wasn't tested until it went to a customer's site.
11   That created another problem that was fixed and then
12   rolled back out to a client.
13             I think that's the nature of -- of
14   software development and new software rollouts.
15   Those things happen.
16             So was there anything different with 11i
17   than previous releases?  No.  It was -- you know,
18   there were occasions, I'm sure, where that
19   happened --
20        Q    Uh-huh.
21        A    -- but nothing that was extraordinary that
22   came to my attention.
23        Q    Okay.  Great.  In the October 2000 time
24   frame or even shortly thereafter, had you heard that
25   customers who had purchased 11i applications had been
```

```
 1   complaining about the quality of the software?
 2        A    You would have to say which customer and
 3   which module and which component for me to be able to
 4   even begin to answer that question.
 5        Q    Okay.  Well, are there any that you
 6   recall, any customers that complained about the
 7   quality of the CRM module?
 8        A    I can't recall a specific customer.
 9        Q    Okay.  Had you -- do you recall generally
10   hearing that any customers were complaining about the
11   quality of the CRM module?
12        A    No.
13        Q    Okay.  Did you work with Joel Summers?
14        A    My teams worked with Joel Summers.
15        Q    All right.  And do you remember what
16   position he held in the fall of 2000 into early 2001?
17        A    I recall that Joel had the HR products.
18        Q    Uh-huh.  And HR was part of ERP?
19        A    Pretty much.
20        Q    Yeah.  Okay.
21             MR. WILLIAMS:  I'll just ask the reporter
22   to mark this document as Borthwick No. 6.  And it's
23   Bates numbered NDCA-ORCL 056055 through 056056.
24             (Exhibit 6 marked.)
25        Q    (By Mr. Williams)  I'll just ask you to
```

Case 3:01-cv-00988-SI   Document 1227-24   Filed 10/09/07   Page 6 of 6

306

1  STATE OF COLORADO)
2           ) ss.    REPORTER'S CERTIFICATE
3  COUNTY OF DENVER )

4           I, Alan E. Bjork, do hereby certify that I
5  am a Certified Shorthand Reporter and Notary Public
6  within the State of Colorado; that previous to the
7  commencement of the examination, the deponent was duly
8  sworn to testify to the truth.

9           I further certify that this deposition was
10 taken in shorthand by me at the time and place herein
11 set forth, that it was thereafter reduced to
12 typewritten form, and that the foregoing constitutes a
13 true and correct transcript.

14          I further certify that I am not related to,
15 employed by, nor of counsel for any of the parties or
16 attorneys herein, nor otherwise interested in the
17 result of the within action.

18          In witness whereof, I have affixed my
19 signature and seal this 19th day of April, 2006.
20          My commission expires July 8, 2007.

21          _____
            Alan E. Bjork, CSR
22          216 - 16th Street, Suite 650
            Denver, Colorado  80202
23
24
25