# LIVENOTE | World Service℠

Worldwide Deposition Reporting & Legal Videography

**Certified Copy**

In The United States District Court
Northern District of California
San Francisco Division

**\*\*CONFIDENTIAL\*\***

**Deposition**

**Of**

**Steve Johnson**

**April 26, 2006**

In re: Oracle Corporation Securities Litigation

```
 1              IN THE UNITED STATES DISTRICT COURT
 2              NORTHERN DISTRICT OF CALIFORNIA
 3                   SAN FRANCISCO DIVISION
 4
    IN RE: ORACLE CORPORATION)
 5  SECURITIES LITIGATION    )
                             )
 6                           )  Master File No.
    This Document Relates to:)  C-01-0988-MJJ
 7        ALL ACTIONS.       )
                             )
 8
        *******************************************
 9
                         CONFIDENTIAL
10
                        STEVE JOHNSON
11
                       APRIL 26, 2006
12
        *******************************************
13
14
15
16       HENJUM GOUCHER LITIGATION SERVICE
                    REPORTING FOR:
17            Livenote World Service
           221 Main Street, Suite 1250
18        San Francisco, California  94105
                Phone:  (415) 301-2311
19              Fax:    (415) 301-2301
20
21
22
23  Reported by:
    SUSAN STANLEY KLINGER, RMR-CRR, CSR
24  Texas License No:  6531
25
```

1   financial presentation, a fair amount of negotiating of
2   contract terms and conditions.  It would involve the
3   engagement of a -- either a -- in the case of
4   applications software, the engagement of people to
5   install and deliver and, you know, deploy the software,
6   potentially subsequent technical evaluations and, you
7   know, further refinement, and then a whole cycle of
8   working with procurement to get the deal closed, so it's
9   a rather complex and long process.
10      Q.  And closed, you mean getting paid for the profit?
11      A.  No, closed meaning getting signatures and a
12  purchase order, signatures on a contract and a purchase
13  order to authorize the billing.
14      Q.  Okay.  And for -- in the 2000 time period, how
15  long for technology products in general did this process
16  take?
17          MS. BUSBY:  Objection.  Do you mean in his
18  region again?
19      Q.  You can answer.
20      A.  In -- you know, the experience was, I'm going to
21  just give you a broad -- it's my opinion or feel for it.
22  It could take anywhere from three months to a year.
23      Q.  For technology products?
24      A.  Yeah.
25      Q.  Was it different for apps?

1    A.   Yeah.

2    Q.   How much -- what was the general time period for

3    applications products?

4         MS. BUSBY:  Same objections.  I'm -- I'm

5    just not clear whether the record is reflecting what

6    specifically you're trying to ask.

7         MR. BRITTON:  I think I've -- I think we're

8    very clear that we're talking about his division, and

9    we've been talking about his division for a long time,

10   so --

11        MS. BUSBY:  So we're still talking about his

12   specific region?

13        MR. BRITTON:  Yeah.  How would he know what

14   other people were doing?  He knows what he was doing.

15   A.   It -- it takes longer to sell the applications,

16   and it can be -- I'm going to say generally it takes

17   nine months at the minimum, and it could take a couple

18   of years at the -- on the long side of it.

19   Q.   For the applications products?

20   A.   Yeah.

21   Q.   Okay.  And did that change, the length of the

22   sales cycle change from say the 1998 time period to the

23   2000 time period?

24   A.   My recollection is no.

25   Q.   Okay.  So, now, you talked about deals and you

| | |
|---|---|
| 1 | qualify the deals weekly with your sales managers -- |
| 2 | A. Uh-huh. |
| 3 | Q. -- is that right? And you did that by telephone? |
| 4 | A. Generally by telephone. |
| 5 | Q. Okay. Was there any set calls, that you had a |
| 6 | set schedule that you employed during the 2000, 2001 |
| 7 | time period? |
| 8 | A. You know, specific to that time period, I |
| 9 | couldn't tell you. Generally speaking, every week the |
| 10 | same time. |
| 11 | Q. Okay. What -- what is the time? |
| 12 | A. You know, I would set aside a couple of hours on |
| 13 | a -- I used to have to do the same thing for my boss. |
| 14 | Q. Right. |
| 15 | A. So the day before that, I would do it with my |
| 16 | guys. |
| 17 | Q. Okay. Any set day of the week that you would do |
| 18 | it? |
| 19 | A. I don't remember what day it was, but yeah, there |
| 20 | would be a set day. |
| 21 | Q. Set day for a call with all of your regional |
| 22 | managers or one on one day, one on another day? |
| 23 | A. No, they were all at the same time. |
| 24 | Q. All at the same time. All on the same call? |
| 25 | A. All on the same call. |

STEVE JOHNSON

Page 244

1       Mr. Britton, Attorney for Plaintiff(s)

2       Ms. Busby, Attorney for Defendant(s)

3       I further certify that I am neither counsel for,
4  related to, nor employed by any of the parties or
5  attorneys in the action in which this proceeding was
6  taken, and further that I am not financially or
7  otherwise interested in the outcome of the action.

8       Certified to by me this 10th day of May, 2006.

*[Signature]*

Susan S. Klinger, Texas CSR No. 6531
Expiration Date: 12/31/06
Henjum Goucher Reporting Services
Firm No. Dallas: 69  Houston: 373
2501 Oak Lawn Avenue
435 Oak Lawn Plaza
Dallas, Texas  75219
(214) 521-1188