```
 1              IN THE UNITED STATES DISTRICT COURT
 2               NORTHERN DISTRICT OF CALIFORNIA
 3                         ---oOo---                  Certified Copy
 4
 5
 6   In re ORACLE CORPORATION
     SECURITIES LITIGATION
 7
                              FILE NO. C-01-0988-MJJ
 8   This Document Relates To:

     _____/
 9
10
11               HIGHLY CONFIDENTIAL
12       VIDEOTAPED DEPOSITION OF MICHAEL COCHRAN
13                Friday, June 16, 2006
14
15             SHEILA CHASE & ASSOCIATES
16                  REPORTING FOR:
17               LiveNote World Service
18            221 Main Street, Suite 1250
19           San Francisco, California 94105
20               Phone: (415) 321-2310
21                Fax:  (415) 321-2301
22
23
24   Reported by:
25   ANDREA M. IGNACIO HOWARD, RPR, CSR NO. 9830
```

```
 1   Ted meant in this portion of the document?
 2        A    Right.
 3             MS. BUSBY:  Objection; lacks foundation;
 4   vague.
 5   BY MS. RADCLIFFE:
 6        Q    Do you know if there was a history of failed
 7   attempts with respect to Oracle's Suite 11i product?
 8             MS. BUSBY:  Objection; vague and lacks
 9   foundation.
10             THE WITNESS:  No, I don't recall any history
11   of failed attempts.  Looks like he's talking about the
12   sales process as far as us competing, versus SAP, or
13   something like that.  You win some, and you lose some,
14   so....
15   BY MS. RADCLIFFE:
16        Q    Do you know if there was a high level of due
17   diligence pressure from customers with respect to
18   Oracle's Suite 11i product?
19             MS. BUSBY:  Objection; lacks foundation;
20   vague.
21             Answer if you can.
22             THE WITNESS:  Whenever there's -- I don't
23   know why this would be any -- there's always a lot of
24   due diligence on application sales.  That's why it's
25   such a long process, so I don't know why he would
```

```
 1   specifically point out a certain time frame.
 2          This is the history of selling APPS.  It's a
 3   long sales cycle.  It is today, and it was then, and
 4   it was before then.
 5   BY MS. RADCLIFFE:
 6       Q   With respect to Oracle's Suite 11i product,
 7   do you recall how long the sales cycle was with
 8   respect to the product?
 9           MS. BUSBY:  Objection; vague as to time.
10           THE WITNESS:  Everyone is different.  You
11   know, if a customer is looking at two modules versus
12   ten modules, if it's a multi-billion-dollar customer,
13   versus 100-billion-dollar-customer, the sales cycle
14   varies.  They're typically not short.  They're
15   typically a minimum of six months.
16   BY MS. RADCLIFFE:
17       Q   If you could turn to the next page, it -- the
18   second bullet point indicates "Tremendous gap within
19   customer expectations."
20           Do you know what was meant by that statement?
21           MS. BUSBY:  Objection; lacks foundation;
22   calls for speculation.
23           THE WITNESS:  I have no idea what he means by
24   that.
25   BY MS. RADCLIFFE:
```

```
 1       Q   If you turn to -- this one is upside down, so
 2   it makes it a little different, but it's NDCA ORCL
 3   261766.0016.
 4       A   Is this still Ted's?
 5       Q   You can take a look if you want to make sure.
 6   I believe it's page 16 of that same presentation.
 7       A   Okay.
 8       Q   Do you see under the first bullet point
 9   there's a reference to a "CRM Swat team"?
10       A   I do.
11       Q   Were you aware of an Oracle CRM Swat team
12   during the second quarter of Oracle's fiscal year
13   2001?
14       A   I don't recall a Swat team.
15       Q   Do you recall whether or not you attended any
16   of the road shows listed on this page?
17       A   No, these are all in his territory.
18       Q   Do you recall if you attended any road shows
19   for your territory during the 2000, 2001 time frame?
20           MS. BUSBY:  Objection; lacks foundation;
21   vague.
22           THE WITNESS:  I don't recall specifically.
23   BY MS. RADCLIFFE:
24       Q   Do you recall attending any road shows with
25   respect to CRM products --
```

```
 1                    CERTIFICATE OF REPORTER
 2
 3        I, ANDREA M. IGNACIO HOWARD, hereby certify
 4   that the witness in the foregoing deposition was by me
 5   duly sworn to tell the truth, the whole truth, and
 6   nothing but the truth in the within-entitled cause;
 7
 8        That said deposition was taken in shorthand
 9   by me, a Certified Shorthand Reporter of the State of
10   California, and was thereafter transcribed into
11   typewriting, and that the foregoing transcript
12   constitutes a full, true and correct report of said
13   deposition and of the proceedings which took place;
14
15        That I am a disinterested person to the said
16   action.
17
18        IN WITNESS WHEREOF, I have hereunto set my
19   hand this 22nd day of June 2006.
20
21        _____
22        ANDREA M. IGNACIO HOWARD CSR No. 9830
23
24
25
```

LIVENOTE | World Service℠

Worldwide Deposition Reporting & Legal Videography

# ERRATA Sheet

Deposition of: __MICHAEL COCHRAN__

I wish to make the following changes for the following reasons:

| Page | Line | Change | Reason |
|------|------|--------|--------|
|      |      |        |        |
|      |      |        |        |
|      |      | Look okay — some minor mistakes | spelling |
|      |      |        |        |
|      |      |        |        |
|      |      |        |        |
|      |      |        |        |
|      |      |        |        |
|      |      |        |        |
|      |      |        |        |

Witness Signature/Date __Michael Cochran   7/14/06__

Thank you for using LiveNote World Service for your reporting needs.
For assistance, please call 800-LIVENOTE (548-3668)

221 Main Street, Suite 1250, San Francisco, CA 94105
www.livenoteworldservice.com