[Fwd: 11.5.4 CRM Update]

**Return-Path:** <Jeffrey.Henley@oracle.com>
**Received:** from oracle.com (whq4op3w38-rtr-vev-11.us.oracle.com [130.35.30.57])by gmgw01.oraclecorp.com (Switch-2.1.1/Switch-2.1.0) with ESMTP id f3TIHXR03155;Sun, 29 Apr 2001 11:17:34 -0700 (PDT)
**Message-ID:** <3AEC5BA3.46CCAA89@oracle.com>
**Date:** Sun, 29 Apr 2001 11:21:23 -0700
**From:** Jeff Henley <Jeffrey.Henley@oracle.com>
**Organization:** Oracle Corporation
**X-Mailer:** Mozilla 4.7 [en] (Win95; I)
**X-Accept-Language:** en
**MIME-Version:** 1.0
**To:** "Minton,Jennifer" <JENNIFER.MINTON@oracle.com>, "Aas,Stephanie" <STEPHANIE.AAS@oracle.com>
**Subject:** [Fwd: 11.5.4 CRM Update]
**Content-Type:** multipart/mixed;boundary="------------8A70F41FD4B41D7D24A296E0"
**X-Mozilla-Status:** 8001
**X-Mozilla-Status2:** 00000000

fyi

---

**Return-Path:** <mark.barrenechea@oracle.com>
**Received:** from oracle.com ([152.68.19.170])by gmgw01.oraclecorp.com (Switch-2.1.1/Switch-2.1.0) with ESMTP id f3R6rhR25854;Thu, 26 Apr 2001 23:53:43 -0700 (PDT)
**Message-ID:** <3AE918AB.8F077D4D@oracle.com>
**Date:** Thu, 26 Apr 2001 23:58:51 -0700
**From:** Mark J Barrenechea <mark.barrenechea@oracle.com>
**Reply-To:** mark.barrenechea@oracle.com
**Organization:** Applications
**X-Mailer:** Mozilla 4.61 (Macintosh; I; PPC)
**X-Accept-Language:** en
**MIME-Version:** 1.0
**To:** "Ellison,Lawrence" <LARRY.ELLISON@oracle.com>,
"Roberts,George" <GEORGE.ROBERTS@oracle.com>,
"Sanderson,Edward" <SANDY.SANDERSON@oracle.com>,
"Nussbaum,Jay" <JAY.NUSSBAUM@oracle.com>,
"GIACOLETTO,SERGIO" <SERGIO.GIACOLETTO@oracle.com>,
"Catz,Safra" <SAFRA.CATZ@oracle.com>,
"Henley,Jeffrey" <JEFF.HENLEY@oracle.com>,
"Wohl,Ronald" <RON.WOHL@oracle.com>,
"WILLIAMS,DEREK" <DEREK.WILLIAMS@oracle.com>,
"ROCHA,MICHAEL" <MICHAEL.ROCHA@oracle.com>
**Subject:** 11.5.4 CRM Update
**Content-Type:** multipart/mixed;boundary="------------675371D871DD80329B1A3A41"

Many good things are happening, and I want to let you know about them. For each item below (except live customers) the crm.us.oracle.com home page has full information for download and printing.

**ORACLE CONFIDENTIAL**

1

NDCA-ORCL 069260

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

[Fwd: 11.5.4 CRM Update]

**This e-mail contains updates on:**

-11.5.4

- Gartner Group

- Chuck Phillips view of Oracle CRM

- Hosted Implementations on E-Squared

- CRM in 90 Days

- CRM White Paper and E-Business or Out of Business

- Live Customers

- Other Analysts

**11.5.4**

... is now shipping as part of Platinum v3.2. Fresh installs and Vision demos are currently available for HP and Sun platforms. In our first week we had more than a thousand orders and downloads. CRMAP has also been updated with 11.5.4 we went live before we shipped it!

**Gartner Group**

Great news. Gartner has reissued its CRM-Suite magic quadrant, and Oracle CRM has moved from a "Niche Player" to a "Challenger" a quarter-inch away from Siebel. Gartner makes it clear that there are two viable CRM-suite companies: Oracle and Siebel.

**Chuck Phillips CIO Survey for Morgan Stanley**

Chuck surveys CIOs twice a year for their buying considerations. Siebel and Oracle rank neck and neck in the Number-1 and Number-2 spots, far ahead of Number 3, which is BroadVision.

The followers, in descending order, are Hyperion, Nortel (Clarify), Informatica, Blue Martini, Vignette, PeopleSoft (Vantive), E.piphany, Business Objects, Interwoven, and a bunch of others.

**E-Squared**

In our first three weeks, we have a pipeline of 50 companies. EMC, IKON, and GE Capital have already signed up for hosted implementations. This is an excellent (free) service, to reduce risk, improve the experience for customers and consultants, and accelerate go-lives. E-Squared is covered at some length in the CRM White Paper.

**ORACLE CONFIDENTIAL**

**CRM in 90 Days**

This week we launched the CRM-in-90-days program. For more information, check with Brad Scott (x44618).

NDCA-ORCL 069261

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

[Fwd: 11.5.4 CRM Update]

### CRM White Paper

With a great deal of help from the CRM team, I have assembled a comprehensive white paper that surveys the complete CRM product line and sets forth Oracle's positioning of the E-Business Suite. It is a must read.

### E-Business or Out of Business

... has sold over 40,000 copies in its first 90 days. Another great source of material for education and sales!

### Live Customers

... include

BellSouth
Color Line
HP
JDSU
Papa John's
Retailers Market Xchange (Chevron)
Siemens
Toshiba Medical
Wincor Nixdorf
Veritas

### Other Analysts

... include Mario Apicella of InfoWorld, whose article reports survey results that show Oracle ranking first in several important CRM areas. Other positive feedback from analysts can also be accessed through crm.us.oracle.com.

Keep on truckin'! Your efforts are paying off.

Please distrubte thie email widely.

--mark

> Mark J Barrenechea <mbarrene@us.oracle.com>
> SVP

ORACLE CONFIDENTIAL

NDCA-ORCL 069262

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER