oracle

| From: | Mark Jarvis [Mark.Jarvis@oracle.com] |
| --- | --- |
| Sent: | Thursday, April 05, 2001 9:59 AM |
| To: | Burton,Jeremy; Arthur,Lisa; Gibbs,Julie; Burrin,Paul |
| Subject: | [Fwd: [Fwd: CRM White Paper]] |

[Fwd: CRM White Paper] (1.12 M...)   Mark.Jarvis.vcf

we should extract from this and get the stuff on our website...

ORACLE CONFIDENTIAL

NDCA-ORCL 061838

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER