oracle

| From: | Mark Jarvis [Mark.Jarvis@oracle.com] |
|---|---|
| Sent: | Wednesday, May 02, 2001 12:03 PM |
| To: | Gabriele Sheahan |
| Cc: | Burton, Jeremy |
| Subject: | Re: PLEASE APPROVE SENDMAIL: CRM:Q4 BREAKING |

approved.

Gabriele Sheahan wrote:

Hi Mark, please approve the attached sendmail for global distribution. Jeremy Burton has approved. Thank you - Gaby

Beating Siebel - Lots of Wins
Available Now - Oracle CRM 11.5.4
Gartner Moves Oracle Up
Global CRM in 90 Days
New CRM White Paper
Morgan Stanley CIO Survey

### Oracle CRM: Q4 Breaking News

WINS OVER SIEBEL, NEW 11.5.4 RELEASE, AND THE LATEST REPORTS ON ORACLE'S MOMENTUM.

**Beating Siebel - Lots of Wins**
It's a fact - Siebel can be beat and Oracle Sales proves it every day. In fact we have seven documented wins with the strategies and the technologies that were used to close the Oracle CRM deals.

Successful Oracle sales teams have employed a range of strategies and tactics in winning deals against Siebel. By focusing on the Oracle differentitators, such as integration and a single customer view, they have used the Oracle vision of E-Business to outsell Siebel. The successful Oracle teams study, plan, prepare, and build the relationships that will help them achieve their goal - Winning the deal!

Read about "How the Deal was Won":
NewsAmerica Marketing - Compaq - Xerox - UBS Warburg - Simplex - Americredit - GE Medical

Go to http://compete3.us.oracle.com for more competitive info

Go to http://crm.us.oracle.com for more CRM product info

More sales wisdom

Back to top

**ORACLE CONFIDENTIAL**

NDCA-ORCL 062030

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER

### Gartner Moves Oracle Up on CRM Magic Quadrant

Oracle is closing the gap on Siebel. Look past the headline in the recently updated Gartner CRM Magic Quadrant and you'll find Gartner has improved its view of Oracle CRM. In fact, with regard to CRM Suites, Gartner cites Siebel as the only leader with Oracle identified as the only challenger. Gartner published the following report after Oracle held a 2 day briefing in April with fourteen Gartner CRM analysts. Read the report and see "Figure 2" for the Magic Quadrant

Look for more details in a follow up Gartner send mail.
☐Back to top

### Global CRM in 90 Days - Winning the War on Complexity

Get the Global CRM in 90 Days Online Sales Kit April 24th was the official launch of Global CRM in 90 Days and, to date, there have been more than 1,000 landing pad registrants.

More than 150 press and analysts were briefed via analyst and press tours, the press roundtable events, Press Day in Redwood Shores, and EMEA and APAC teleconferences.  Key publications included in the effort are BusinessWeek, Forbes, San Jose Mercury News, SF Chronicle, Reuters, Bloomberg, Industry Standard, Asian Wall Street Journal. Analyst firms that were briefed included AMR, Yankee Group, Summit Strategies, IDC, Hurwitz.

The advertising initiatives feature CRM in 90 Day ads in Financial Times, WSJ, Business Week, Economist, Fortune, Forbes, New York Times.  Also included are Silicon Valley billboards and Yahoo front page banner. Banners will also run on Selling Power, Internet.com, Line 56, Destination CRM, CRM Guru, i-CRM, i-Sales. Also look for the direct mail dropping week of May 7, mentions in online newsletters, insert letter in May Profit Magazine, and features on Oracle.com, Appsnet, and EBN.

Click here for the landing pad and enter keyword "crm90"Check out EBN for Global CRM in 90 Days iSeminars and Events.
☐Back to top

### New - CRM White Paper

Great content and overview of E-Business and CRM Strategies and technologies.
Customer Relationship Management, Technical White Paper by Mark Barrenechea. Everything you need to know about CRM but were afraid to ask.
☐Back to top

### Morgan Stanley CIO Survey

Read what 225 CIOs had to say about the economic outlook, vendor environment and how Oracle's CRM strategy ranks against other CRM providers. Get the survey results
☐Back to top

Oracle Worldwide Marketing

**ORACLE CONFIDENTIAL**

**NDCA-ORCL 062031**

**CONFIDENTIAL-PURSUANT TO PROTECTIVE ORDER**

ORACLE CONFIDENTIAL

NDCA-ORCL 062032

CONFIDENTIAL-PURSUANT
TO PROTECTIVE ORDER