

1  LATHAM & WATKINS LLP
    Peter A. Wald (SBN 85705)
2   Michele F. Kyrouz (SBN 168004)
    Rees F. Morgan (SBN 229899)
3  505 Montgomery Street, Suite 2000
   San Francisco, California 94111-2562
4  Telephone: (415) 391-0600
   Facsimile: (415) 395-8095
5  E-mail: peter.wald@lw.com
           michele.kyrouz@lw.com
6          rees.morgan@lw.com

LATHAM & WATKINS LLP
    Patrick E. Gibbs (SBN 183174)
    Matthew Rawlinson (SBN 231890)
140 Scott Drive
Menlo Park, California 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600
E-mail: patrick.gibbs@lw.com
        matt.rawlinson@lw.com

7  LATHAM & WATKINS LLP
    Jamie L. Wine (SBN 181373)
8  633 West Fifth Street, Suite 4000
   Los Angeles, California 90071
9  Phone: (213) 485-1234
   Fax: (213) 891-8763
10 E-mail: jamie.wine@lw.com

11 Attorneys for Defendants ORACLE CORPORATION, LAWRENCE
   J. ELLISON, JEFFREY O. HENLEY, and EDWARD J. SANDERSON
12
   ORACLE CORPORATION
13   Dorian Daley (SBN 129049)
     James C. Maroulis (SBN 208316)
14 500 Oracle Parkway
   Mailstop 5OP7
15 Redwood Shores, CA 94065
   Telephone: (650) 506-5200
16 Facsimile: (650) 506-7114
   E-mail: jim.maroulis@oracle.com
17
   Attorneys for Defendant ORACLE CORPORATION
18

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Master File No. C-01-0988-MJJ (Consolidated)<br><br>**DECLARATION OF REES F. MORGAN IN SUPPORT OF DEFENDANTS' REPLY IN SUPPORT OF MOTION TO EXCLUDE DECLARATIONS AND TESTIMONY OF BROOKS HILLIARD** |

LATHAM & WATKINS
ATTORNEYS AT LAW
SAN FRANCISCO

MORGAN DEC. ISO DEF'S REPLY ISO MOTION TO EXCLUDE DECLARATIONS AND
TESTIMONY OF B. HILLIARD
Master File No. C-01-0988-MJJ

I, Rees F. Morgan, declare as follows:

1. I am an attorney duly licensed to practice before the courts of the State of California. I am an associate with the law firm of Latham & Watkins LLP, counsel of record for defendants in the above-entitled action. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. I submit this declaration (the "Morgan Declaration") in support of Defendants' Reply in Support of Motion to Exclude Declarations and Testimony of Brooks Hilliard.

3. Attached hereto as Exhibit 1 is a true and correct of the May 25, 2007 Declaration of Brooks L. Hilliard CMC CCP ("Hilliard Declaration").

4. Attached hereto as Exhibit 2 is a true and correct copy of excerpts from the July 13, 2007 Deposition of Randall W. Jensen ("Jensen Tr.").

5. Attached hereto as Exhibit 3 is a true and correct copy of excerpts from the June 28, 2007 Deposition of Brooks L. Hilliard ("Hilliard Tr.").

6. Attached hereto as Exhibit 4 is a true and correct copy of the May 25, 2007 Expert Report of Edward Yourdon ("Yourdon Report").

7. Attached hereto as Exhibit 5 is a true and correct copy of the June 22, 2007 Rebuttal Expert Report of Edward Yourdon ("Yourdon Rebuttal").

8. Attached hereto as Exhibit 6 is a true and correct copy of excerpts from the July 3, 2007 Deposition of Edward Yourdon ("Yourdon Tr.").

9. Attached hereto as Exhibit 7 is a true and correct copy of excerpts from the Brooks L. Hilliard website: http://www.computerexpertwitness.com ("Hilliard Website")

I hereby declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on September 10, 2007 in San Francisco, California.

**/S/**

_____
Rees F. Morgan

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

MORGAN DEC. ISO DEF'S REPLY ISO MOTION TO EXCLUDE DECLARATIONS AND TESTIMONY OF B. HILLIARD
Master File No. C-01-0988-MJJ