CONFIDENTIAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

--oOo--

In re:  ORACLE CORPORATION          Master File No.
SECURITIES LITIGATION               C-01-0988-MJJ (JCS)
_____/            CLASS ACTION



-- TRANSCRIPT DESIGNATED AS CONFIDENTIAL --

Videotaped Deposition of

BROOKS L. HILLIARD, CMC, CCP

_____

Thursday, June 28, 2007

Reported by:
Leslie Rockwood

CSR No. 3462

Job No. 75262

CONFIDENTIAL

| | | |
|---|---|---|
| 09:58:53 | 1 | A.  Yes. |
| 09:58:54 | 2 | Q.  Do you recall what the gist of your opinion |
| 09:58:57 | 3 | was in that case? |
| 09:58:59 | 4 | A.  There was an ancillary issue in that case, |
| 09:59:04 | 5 | and the quality was fine. |
| 09:59:06 | 6 | Q.  Do you recall which modules were at issue? |
| 09:59:10 | 7 | A.  No. |
| 09:59:11 | 8 | Q.  What about Baan, how many cases in your |
| 09:59:24 | 9 | estimate involved ERP software from Baan? |
| 09:59:30 | 10 | A.  Three. |
| 09:59:31 | 11 | Q.  Do you recall which products? |
| 09:59:34 | 12 | A.  I think it's -- the product's just called |
| 09:59:42 | 13 | Baan.  I don't remember the revision levels. |
| 09:59:44 | 14 | Q.  And what about J.D. Edwards, would that also |
| 09:59:48 | 15 | be World and One World? |
| 09:59:49 | 16 | A.  Yes. |
| 09:59:50 | 17 | Q.  Any other J.D. Edwards products? |
| 09:59:54 | 18 | A.  No. |
| 09:59:54 | 19 | Q.  PeopleSoft, do you recall which product? |
| 10:00:00 | 20 | A.  Eight. |
| 10:00:06 | 21 | Q.  Did any of the Baan cases involve an opinion |
| 10:00:09 | 22 | from you as to the quality of the software? |
| 10:00:11 | 23 | A.  I think they all did. |
| 10:00:23 | 24 | Q.  Do you recall the gist of your opinions -- |
| 10:00:28 | 25 | let me ask it a different way. |

20

CONFIDENTIAL

| | | |
|---|---|---|
| 10:00:31 | 1 | Actually, let me just work with this.  J.D. |
| 10:00:35 | 2 | Edwards, did any of those cases involve an opinion from |
| 10:00:38 | 3 | you as to the quality of the software? |
| 10:00:39 | 4 | A.  Well, you know, maybe I should clarify all of |
| 10:00:43 | 5 | these, that when I'm commenting on the quality of the |
| 10:00:46 | 6 | software, it's the quality of the software for the |
| 10:00:48 | 7 | specific application that the software was being -- had |
| 10:00:56 | 8 | been sold to do and was being used for.  I don't know |
| 10:01:00 | 9 | necessarily that I ever, in any case, previously had |
| 10:01:11 | 10 | evaluation of the software overall with respect to all of |
| 10:01:18 | 11 | its functionality.  Each case involved a specific buyer |
| 10:01:23 | 12 | of -- or customer of the software vendor, be it Baan or |
| 10:01:31 | 13 | J.D. Edwards or PeopleSoft or whomever.  Or Oracle or |
| 10:01:34 | 14 | whomever.  And what I was looking at was the quality of |
| 10:01:39 | 15 | the functionality that was delivered -- and this applies |
| 10:01:44 | 16 | to the CRM as well -- to that customer and how that |
| 10:01:51 | 17 | functionality worked based on what it had been |
| 10:01:54 | 18 | represented to do. |
| 10:01:59 | 19 | So I don't know that in any case I |
| 10:02:01 | 20 | necessarily had opinions on the overall quality of the |
| 10:02:06 | 21 | product as a whole.  I don't believe I ever did.  It was |
| 10:02:10 | 22 | just on the quality of specific functionality of the |
| 10:02:15 | 23 | product for the particular instance and circumstances |
| 10:02:19 | 24 | that were involved. |
| 10:02:20 | 25 | Q.  Okay.  I appreciate that clarification. |

21

CONFIDENTIAL

10:02:23  1        A.   Now, do you want to come back to the -- you

10:02:26  2   were asking me about J.D. Edwards.

10:02:28  3        Q.   Not just yet.  I want to move to a slightly

10:02:33  4   different topic.  But before I do, I want to get a little

10:02:35  5   bit of terminology straight.

10:02:36  6        A.   Certainly.

10:02:37  7        Q.   We talked about ERP as a category.  We've

10:02:40  8   talked about CRM as a category.  If I refer to both of

10:02:43  9   those categories generally as enterprise application

10:02:47  10  software, will you understand it that way?  Does that

10:02:50  11  make sense to you?

10:02:50  12       A.   Yes.

10:02:55  13            MR. WILLIAMS:  Is that going to be throughout

10:02:57  14  the remaining portion of the deposition?

10:03:01  15            MR. GIBBS:  Yes.  When I use the term

10:03:04  16  "enterprise application software," I mean that to include

10:03:07  17  ERP and CRM.

10:03:08  18            MR. WILLIAMS:  Okay.

10:03:11  19            THE WITNESS:  I believe I used that

10:03:13  20  terminology in my report.

10:03:15  21       Q.   BY MR. GIBBS:  Okay.  Have you ever testified

10:03:16  22  that any enterprise application software comparable to

10:03:20  23  Suite 11i was integrated as you define that term in your

10:03:23  24  report?

10:03:23  25            MR. WILLIAMS:  Objection.  Form, ever.

22

CONFIDENTIAL

| | | |
|---|---|---|
| 10:03:25 | 1 | THE WITNESS:  I believe I probably have, yes. |
| 10:03:39 | 2 | Q.  BY MR. GIBBS:  Do you recall which one? |
| 10:03:42 | 3 | A.  I believe with respect to the J.D. Edwards |
| 10:03:51 | 4 | software, that for the functionality that was being used, |
| 10:03:56 | 5 | it was integrated in almost all respects and usable in |
| 10:04:05 | 6 | almost all respects.  However, there were a few critical |
| 10:04:09 | 7 | integration flaws.  But overall, for the functionality |
| 10:04:15 | 8 | that it had been bought for, most of the integration in |
| 10:04:19 | 9 | fact did exist and worked. |
| 10:04:21 | 10 | Q.  Do you recall which J.D. Edwards product that |
| 10:04:29 | 11 | was? |
| 10:04:29 | 12 | A.  One World, I believe. |
| 10:04:30 | 13 | Q.  Do you recall which release of One World? |
| 10:04:32 | 14 | A.  No. |
| 10:04:33 | 15 | Q.  Do you recall how long One World had been on |
| 10:04:37 | 16 | the market at the time you gave that opinion? |
| 10:04:39 | 17 | MR. WILLIAMS:  Testimony? |
| 10:04:40 | 18 | MR. GIBBS:  Yes. |
| 10:04:41 | 19 | THE WITNESS:  I don't know the original |
| 10:04:47 | 20 | release date of One World.  So, no, I don't. |
| 10:04:52 | 21 | Q.  BY MR. GIBBS:  Do you recall when that |
| 10:04:54 | 22 | testimony was? |
| 10:04:54 | 23 | A.  Can I refer to my report? |
| 10:05:00 | 24 | Q.  Of course. |
| 10:05:21 | 25 | A.  It would have been a bit over four years ago. |

23

CONFIDENTIAL

| | | |
|---|---|---|
| 10:05:25 | 1 | Q.  But not much? |
| 10:05:28 | 2 | MR. WILLIAMS:  Objection.  Form. |
| 10:05:29 | 3 | THE WITNESS:  I think between four and five. |
| 10:05:33 | 4 | Q.  BY MR. GIBBS:  Okay.  Have you ever testified |
| 10:05:35 | 5 | that any enterprise application software comparable to |
| 10:05:41 | 6 | Suite 11i was not integrated in the way you've defined |
| 10:05:45 | 7 | that term in your report? |
| 10:05:46 | 8 | A.  I've testified that specific functionality |
| 10:05:48 | 9 | that was represented to be integrated was not integrated, |
| 10:05:53 | 10 | yes.  In the same case. |
| 10:05:58 | 11 | Q.  Any others? |
| 10:06:00 | 12 | A.  Probably. |
| 10:06:01 | 13 | Q.  Can you think of any instance in which you've |
| 10:06:04 | 14 | testified about the lack of integration as a whole as |
| 10:06:08 | 15 | opposed to specific functionality? |
| 10:06:22 | 16 | A.  I don't recall any case where I testified to |
| 10:06:27 | 17 | the lack of integration as a whole. |
| 10:06:30 | 18 | Q.  Okay.  And what about offering an opinion as |
| 10:06:33 | 19 | opposed to testifying? |
| 10:06:39 | 20 | A.  I don't have perfect recall. |
| 10:06:41 | 21 | Q.  Understood.  I don't, either. |
| 10:06:43 | 22 | A.  I don't believe I've ever offered an opinion |
| 10:06:53 | 23 | that some suite of modules was -- for all practical |
| 10:07:02 | 24 | purposes, previously, offered an opinion that a suite was |
| 10:07:07 | 25 | for all practical purposes not integrated and should have |

24

CONFIDENTIAL

| | | |
|---|---|---|
| 10:07:11 | 1 | been. |
| 10:07:11 | 2 | Q.  All right.  Have you ever offered an opinion |
| 10:07:14 | 3 | that any enterprise application software comparable to |
| 10:07:19 | 4 | Suite 11i was either available or of commercial quality |
| 10:07:22 | 5 | as you have used those phrases in your report? |
| 10:07:31 | 6 | A.  Yes. |
| 10:07:33 | 7 | Q.  Which products? |
| 10:07:34 | 8 | A.  Well, there's an ongoing case relating to |
| 10:07:42 | 9 | Baan where I haven't yet rendered an opinion, but I found |
| 10:08:01 | 10 | nothing to indicate that it was not of commercial |
| 10:08:06 | 11 | quality, and there have been some others where the |
| 10:08:27 | 12 | software has been of commercial quality, as I've defined |
| 10:08:33 | 13 | it.  I don't recall the details off the top of my head. |
| 10:08:41 | 14 | Q.  The case involving Baan, do you recall what |
| 10:08:44 | 15 | release of the software is involved? |
| 10:08:46 | 16 | A.  It's ongoing.  I'm a non disclosed witness on |
| 10:08:50 | 17 | that one at this time, and I really can't tell you any |
| 10:08:56 | 18 | more about it. |
| 10:08:57 | 19 | Q.  Have you ever offered an opinion that any |
| 10:09:00 | 20 | enterprise application software comparable to Suite 11i |
| 10:09:03 | 21 | was not available or not of commercial quality, as you |
| 10:09:07 | 22 | have used those terms in your report? |
| 10:09:09 | 23 | MR. WILLIAMS:  Objection.  Form. |
| 10:09:10 | 24 | THE WITNESS:  And once again, I should go |
| 10:09:18 | 25 | back and say this applies to my prior answer as well. |

25

CONFIDENTIAL

| | | |
|---|---|---|
| 10:21:36 | 1 | points in time. |
| 10:21:37 | 2 | A.  Yes. |
| 10:21:37 | 3 | Q.  Correct? |
| 10:21:38 | 4 | A.  Yes. |
| 10:21:39 | 5 | Q.  And that ERP suite was not designed for any |
| 10:21:45 | 6 | particular specific industry, was it?  It was a general |
| 10:21:48 | 7 | suite available for various kinds of businesses? |
| 10:21:51 | 8 | MR. WILLIAMS:  Objection.  Form. |
| 10:21:53 | 9 | Q.  BY MR. GIBBS:  Is that fair? |
| 10:21:54 | 10 | A.  Are you asking what usage it was suitable for |
| 10:21:58 | 11 | or what usages it was sold into? |
| 10:22:02 | 12 | Q.  The latter.  Let me rephrase. |
| 10:22:07 | 13 | A.  Okay. |
| 10:22:08 | 14 | Q.  Do you understand the Baan ERP suite to have |
| 10:22:10 | 15 | been offered as an industry specific solution or as a |
| 10:22:15 | 16 | general ERP suite? |
| 10:22:17 | 17 | MR. WILLIAMS:  Objection.  Form.  Which Baan |
| 10:22:19 | 18 | suite are we talking about? |
| 10:22:21 | 19 | THE WITNESS:  The latter.  A general industry |
| 10:22:26 | 20 | suite for a wide range of industries. |
| 10:22:32 | 21 | Q.  BY MR. GIBBS:  Do you have a view as to |
| 10:22:35 | 22 | whether Baan's ERP suite was either available or of |
| 10:22:40 | 23 | commercial quality, as you have defined those terms, |
| 10:22:41 | 24 | within the first year after its release? |
| 10:22:44 | 25 | A.  I do not.  And there are multiple releases of |

33

CONFIDENTIAL

| | | |
|---|---|---|
| 10:22:55 | 1 | Baan.  I don't recall the release numbers.  I don't have |
| 10:22:58 | 2 | a particular opinion on any of the individual releases. |
| 10:23:03 | 3 | Q.  Let me switch gears a little bit and ask you |
| 10:23:07 | 4 | a little bit about your process. |
| 10:23:09 | 5 | A.  Certainly. |
| 10:23:10 | 6 | Q.  At page 9 of your opening report, you write |
| 10:23:14 | 7 | that when rendering an opinion in legal matters, you, |
| 10:23:16 | 8 | quote, use a rigorous and standardized methodology, end |
| 10:23:20 | 9 | quote. |
| 10:23:21 | 10 | Can you describe that rigorous and |
| 10:23:23 | 11 | standardized methodology for me? |
| 10:23:25 | 12 | A.  Certainly.  I'd be happy to. |
| 10:23:28 | 13 | It is basically the same methodology that I |
| 10:23:32 | 14 | use as a consultant.  And perhaps to explain that, I need |
| 10:23:38 | 15 | to give you a little background on my consulting |
| 10:23:42 | 16 | practice.  Most of my consulting, I am a consultant to |
| 10:23:50 | 17 | customers for software, either when I first started this |
| 10:23:56 | 18 | in the early '80s, sometimes it was first-time buyers of |
| 10:24:03 | 19 | business software, and certainly from the mid-'80s |
| 10:24:09 | 20 | onward, and now, it's always buyers that are looking to |
| 10:24:14 | 21 | either -- are considering whether to upgrade their |
| 10:24:18 | 22 | existing software or to convert to new software. |
| 10:24:26 | 23 | And my practice, consulting practice in |
| 10:24:29 | 24 | working with them deals with the entire spectrum from |
| 10:24:33 | 25 | helping them define their needs through the |

34

CONFIDENTIAL

| | | |
|---|---|---|
| 10:24:37 | 1 | implementation and making sure that the software comes up |
| 10:24:41 | 2 | and performs as we expected it would when we contracted |
| 10:24:48 | 3 | for it. |
| 10:24:49 | 4 | Now, the process that I use in expert |
| 10:24:54 | 5 | engagements is essentially the same as the process that I |
| 10:24:59 | 6 | use and that literally hundreds or thousands of other IT |
| 10:25:05 | 7 | consultants use in the selection of software.  It starts |
| 10:25:10 | 8 | with looking at needs, it then goes into evaluating |
| 10:25:16 | 9 | specific vendors' suitability to that needs, evaluating |
| 10:25:21 | 10 | it in depth.  It goes through the contracting process for |
| 10:25:29 | 11 | the selected vendor of the software, and then follows |
| 10:25:37 | 12 | through the implementation process to make sure that the |
| 10:25:43 | 13 | commitments and -- that were made during the sale |
| 10:25:49 | 14 | procedure are followed through during the implementation. |
| 10:25:54 | 15 | And when issues arise, as they almost |
| 10:26:00 | 16 | inevitably do -- although I've certainly had a couple of |
| 10:26:05 | 17 | clients where no substantive issues arose -- making sure |
| 10:26:11 | 18 | that they get resolved quickly so that the implementation |
| 10:26:17 | 19 | can be completed successfully. |
| 10:26:19 | 20 | Now, I apply that same process that, as I |
| 10:26:23 | 21 | say, hundreds or thousands of other IT consultants do |
| 10:26:27 | 22 | around the world, to the expert engagements.  However, |
| 10:26:32 | 23 | because the consulting engagements are a prior to |
| 10:26:40 | 24 | implementation activity, certain types of analysis are |
| 10:26:50 | 25 | available then that are not available in the litigation |

35

CONFIDENTIAL

| | | |
|---|---|---|
| 10:26:57 | 1 | context, which takes place in almost every situation |
| 10:27:00 | 2 | after a decision has been made in a -- and an |
| 10:27:07 | 3 | implementation has begun or it is ongoing. |
| 10:27:14 | 4 | So -- but basically I look at the same |
| 10:27:18 | 5 | issues. I look at the vendor qualifications, I look at |
| 10:27:24 | 6 | the software reliability, I look at references, I look at |
| 10:27:29 | 7 | demo -- demonstrations of the software. I talk to users |
| 10:27:37 | 8 | of the software in the consulting environment. |
| 10:27:39 | 9 | In the litigation environment, I look at |
| 10:27:44 | 10 | those exact same types of issues. However, in the |
| 10:27:48 | 11 | litigation environment, I have to look at them through |
| 10:27:50 | 12 | the documentation of them rather than through the -- |
| 10:27:56 | 13 | being able to do them prospectively by talking to the |
| 10:28:01 | 14 | individuals. Same thing for the implementation. |
| 10:28:05 | 15 | In the consulting context, I do the -- the |
| 10:28:11 | 16 | implementation is actually working with the individuals |
| 10:28:15 | 17 | from my client, who would be the customer, and the |
| 10:28:20 | 18 | individuals from the vendor to resolve problems. In a |
| 10:28:23 | 19 | litigation context, it's the exact same issues, the exact |
| 10:28:27 | 20 | same things I'm looking at, but in general, I'm looking |
| 10:28:30 | 21 | at them from a -- the documentation of what went on |
| 10:28:33 | 22 | situation rather than being able to see it live. |
| 10:28:39 | 23 | Q. Let me talk a little bit about -- ask you a |
| 10:28:45 | 24 | little bit about the consulting side, if I may, and get a |
| 10:28:48 | 25 | little more detail. |

CONFIDENTIAL

10:28:48   1         A.   Certainly.

10:28:49   2         Q.   You talked about a process of defining needs

10:28:51   3    for the customer.

10:28:52   4         A.   That's correct.

10:28:53   5         Q.   When you do that in a consulting context, I

10:28:55   6    take it you usually talk directly to the customer;

10:28:59   7    correct?

10:28:59   8         A.   The company that will be the customer, the

10:29:04   9    software is my client, yes.  So I wind up talking

10:29:08   10   directly to the customer.

10:29:09   11        Q.   And you elicit their needs by talking to

10:29:12   12   them; correct?

10:29:12   13        A.   That's correct.

10:29:13   14        Q.   You didn't talk to any customers in

10:29:15   15   connection with forming your opinion in this case, did

10:29:17   16   you?

10:29:17   17        A.   No, I did not.

10:29:20   18        Q.   In the implementation process on the

10:29:24   19   consulting side, do you actually observe the software as

10:29:30   20   its operating during the implementation process?

10:29:34   21        A.   Sometimes.  Sometimes I'm there for

10:29:40   22   milestones that might be tests of the software, might be

10:29:43   23   an acceptance test -- a final acceptance test of the

10:29:47   24   software.

10:29:49   25             In most cases -- well, yeah, some cases I'm

37

CONFIDENTIAL

| | | |
|---|---|---|
| 10:29:55 | 1 | actually observing live demonstrations of the progress of |
| 10:30:00 | 2 | the implementation.  Other times, it's just discussion of |
| 10:30:03 | 3 | that. |
| 10:30:03 | 4 | Q.  And the discussion of that, I take it is |
| 10:30:06 | 5 | discussions that you have with people who have observed |
| 10:30:10 | 6 | the software operating at the client's business? |
| 10:30:12 | 7 | MR. WILLIAMS:  Objection.  Form. |
| 10:30:15 | 8 | THE WITNESS:  The discussions would be with |
| 10:30:16 | 9 | the -- my clients who would be the buyers and the |
| 10:30:23 | 10 | implementers and sometimes the managers of the |
| 10:30:27 | 11 | implementers, sometimes the senior managers of the |
| 10:30:33 | 12 | software company or of the implementation company. |
| 10:30:36 | 13 | Q.  BY MR. GIBBS:  And some or all of those |
| 10:30:39 | 14 | people would have observed the software operating at the |
| 10:30:41 | 15 | client's business; correct? |
| 10:30:42 | 16 | A.  That's correct. |
| 10:30:43 | 17 | Q.  You didn't observe Suite 11i actually |
| 10:30:48 | 18 | operating at a client site in the course of forming your |
| 10:30:52 | 19 | opinions in this case; correct? |
| 10:30:53 | 20 | A.  I basically did the same thing from |
| 10:30:56 | 21 | documentation on both sides, the pre-sale and the |
| 10:31:01 | 22 | implementation.  I looked at the same issues.  I did the |
| 10:31:04 | 23 | same things.  I analyzed the same types of issues in both |
| | 24 | cases. |
| 10:31:16 | 25 | In this case, it was after the fact, and I |

CONFIDENTIAL

| | | |
|---|---|---|
| 10:31:19 | 1 | did it from documentation.  So I didn't talk to |
| 10:31:21 | 2 | individual implementers or customers who were involved, |
| 10:31:28 | 3 | but it's the same thing, same process. |
| 10:31:31 | 4 | Q.  I don't think I got an answer to my question. |
| 10:31:34 | 5 | So let me try to clarify. |
| 10:31:35 | 6 | A.  I'm sorry, I did try to answer the question. |
| 10:31:38 | 7 | I'm sorry if I wasn't clear. |
| 10:31:40 | 8 | Q.  I appreciate that. |
| 10:31:42 | 9 | You did not physically observe anyone |
| 10:31:44 | 10 | operating Suite 11i software in the course of forming |
| 10:31:49 | 11 | your opinions in this case; is that correct? |
| 10:31:50 | 12 | A.  Yes, I believe I did say that in the course |
| 10:31:53 | 13 | of my other answer, but if it was not clear, I apologize. |
| 10:31:56 | 14 | Q.  And you did not speak directly to anyone who |
| 10:32:00 | 15 | has operated Suite 11i software in the course of forming |
| 10:32:05 | 16 | your opinions in this case; is that correct? |
| 10:32:07 | 17 | A.  That's correct. |
| 10:32:13 | 18 | Q.  Did you speak directly to any Suite 11i |
| 10:32:17 | 19 | reference customers in the course of forming your |
| 10:32:20 | 20 | opinions in this case? |
| 10:32:20 | 21 | MR. WILLIAMS:  Objection.  Form, to reference |
| 10:32:23 | 22 | customers.  What does that mean? |
| 10:32:25 | 23 | Q.  BY MR. GIBBS:  Do you understand the |
| 10:32:27 | 24 | question? |
| 10:32:27 | 25 | A.  I'm not sure how you're distinguishing |

39

CONFIDENTIAL

| | | |
|---|---|---|
| 11:50:00 | 1 | presidential level and up within Oracle, as well as some |
| 11:50:06 | 2 | other depositions, but I didn't read every deposition. |
| 11:50:10 | 3 | So I can't say whether I caught every bit of testimony. |
| 11:50:17 | 4 | Q.  Do you know how many customers were in the |
| 11:50:21 | 5 | process of implementing some portion of Suite 11i during |
| 11:50:24 | 6 | the third quarter of the Oracle's 2001 fiscal year? |
| 11:50:29 | 7 | A.  What do you mean by "in the process of |
| 11:50:31 | 8 | implementing"? |
| 11:50:33 | 9 | Q.  Well, I mean they had bought software and |
| 11:50:35 | 10 | they were somewhere in the process of implementing it? |
| 11:50:38 | 11 | A.  So you would include customers who had bought |
| 11:50:41 | 12 | the software and not actually taken any other action |
| 11:50:44 | 13 | other than signing a contract? |
| 11:50:46 | 14 | Q.  No.  I said bought software and they were |
| 11:50:49 | 15 | somewhere in the process of implementing.  You've |
| 11:50:52 | 16 | described for me the implementation process that you go |
| 11:50:56 | 17 | through with your customers -- |
| 11:50:57 | 18 | A.  Yes. |
| 11:50:58 | 19 | Q.  -- on the consulting side.  If there's some |
| 11:51:01 | 20 | lack of clarity about what it means to implement a |
| 11:51:04 | 21 | product, then we should work through that, but I assumed |
| 11:51:07 | 22 | you understood what that means. |
| 11:51:08 | 23 | A.  No, I do, and the reason I was asking for the |
| 11:51:11 | 24 | clarification is that all the numbers I saw would include |
| 11:51:14 | 25 | all of the customers, including those who had signed the |

76

CONFIDENTIAL

11:51:19  1    contract and done nothing more.

11:51:22  2          And so I didn't see any numbers that would

11:51:25  3    indicate how many were actually in the -- because I

11:51:28  4    wouldn't count those as being in the process of

11:51:31  5    implementing.  Those who had just signed the contract and

11:51:34  6    hadn't begun any other activity.  And all the numbers I

11:51:37  7    saw included those.  So I don't know what number were in

11:51:40  8    the process of implementing, no.

11:51:42  9          Q.  What numbers are you referring to when you

11:51:44  10   say you saw numbers that included people who had just

11:51:48  11   bought the software but hadn't actually started the

11:51:51  12   process of implementing?

11:51:53  13         A.  My -- and I actually can't tell you where

11:51:55  14   I -- specifically what document I got this from, but my

11:52:05  15   understanding of the numbers that were quoted, the 2500

11:52:09  16   or 3500 or numbers in that range, included all of those

11:52:14  17   who had just signed and done nothing else.  So I --

11:52:22  18   that's why I can't tell you how many were in the

11:52:24  19   procession of implementing.

11:52:26  20         Q.  Where did you get the understanding that

11:52:28  21   that -- that those numbers included people who had signed

11:52:31  22   the contract and done nothing else?

11:52:33  23         A.  I just told you, I can't tell you where I got

11:52:36  24   that understanding.

11:52:37  25         Q.  Do you know where the document or testimony

77

CONFIDENTIAL

| | |
|---|---|
| 11:52:40 | 1 |
| 11:52:45 | 2 |
| 11:52:45 | 3 |
| 11:52:47 | 4 |
| 11:52:53 | 5 |
| 11:52:57 | 6 |
| 11:53:02 | 7 |
| 11:53:05 | 8 |
| 11:53:19 | 9 |
| 11:53:32 | 10 |
| 11:53:39 | 11 |
| 11:53:46 | 12 |
| 11:53:51 | 13 |
| 11:53:58 | 14 |
| 11:54:04 | 15 |
| 11:54:11 | 16 |
| 11:54:15 | 17 |
| 11:54:32 | 18 |
| 11:54:34 | 19 |
| 11:54:37 | 20 |
| 11:54:45 | 21 |
| 11:54:52 | 22 |
| 11:54:57 | 23 |
| 11:55:00 | 24 |
| 11:55:03 | 25 |

that gave you that impression is cited in either of your
reports?

    A.   I don't know.

    Q.   Did you do any analysis to determine whether
the customers you've cited in your reports make up any
kind of representative sample of the customers who were
implementing Suite 11i during the class period?

    A.   That wasn't -- in most cases, I was looking
at customers' experiences as a way of determining whether
the -- let me put it this way:  There were several
smoking guns, what I would call smoking guns of actions
that Oracle should have taken and did not take in order
to get this software to a point where it was performing
as represented.  Among these prominently were testing.

    In many cases, testing was negligible, or in
some cases, it was described as not having been done at
all.  The inevitable result of not testing is failures,
defects, failures, bugs and so forth.

    And so I looked at -- and so I knew from
Oracle's failures to do what it needed to do in order to
have the software perform as represented that there were
certain inevitable results.  I looked at the customers to
see whether that confirmed those inevitable results, and
it did, the customer accounts.

    I didn't look to see whether there might have

CONFIDENTIAL

| | | |
|---|---|---|
| 11:55:07 | 1 | been -- whether that was represented -- representative, |
| 11:55:13 | 2 | because that wasn't relevant. |
| 11:55:15 | 3 | Q.  So am I correct to understand that your |
| 11:55:17 | 4 | opinion is based primarily on what you understand to be |
| 11:55:23 | 5 | the limits of the testing done to the software and the |
| 11:55:27 | 6 | various customer experiences that you cite were |
| 11:55:30 | 7 | confirmatory of the conclusion you drew from the limits |
| 11:55:34 | 8 | on the testing? |
| 11:55:35 | 9 | A.  If that's the impression I gave you by what I |
| 11:55:38 | 10 | said, that's much too limited. |
| 11:55:41 | 11 | Q.  Okay. |
| 11:55:48 | 12 | A.  Not -- |
| 11:55:50 | 13 | MR. WILLIAMS:  Hold on.  Is there a question |
| 11:55:52 | 14 | pending? |
| 11:55:53 | 15 | MR. GIBBS:  Well, I thought he was about to |
| 11:55:55 | 16 | explain what was wrong with the understanding I just |
| 11:55:58 | 17 | articulated for him. |
| 11:55:59 | 18 | MR. WILLIAMS:  I think that you asked him a |
| 11:56:01 | 19 | question and he answered that question. |
| 11:56:03 | 20 | Q.  BY MR. GIBBS:  Okay.  What was incorrect |
| 11:56:04 | 21 | about the way I just articulated it? |
| 11:56:07 | 22 | A.  It wasn't just the testing.  We know, for |
| 11:56:14 | 23 | instance, from documents subsequent to the class period |
| 11:56:25 | 24 | that, for instance, multi-byte support, which is required |
| 11:56:31 | 25 | for globalization in many of the Asia Pacific |

79

CONFIDENTIAL

| | | |
|---|---|---|
| 11:56:36 | 1 | countries -- because you can't display their characters |
| 11:56:41 | 2 | without it, you can't display them on the screen, you |
| 11:56:45 | 3 | can't print them, so forth -- was missing from some of |
| 11:56:49 | 4 | the modules that were being delivered.  Regardless of |
| 11:56:54 | 5 | whether testing was done or not, we know from accounts |
| 11:56:58 | 6 | later that that was missing. |
| 11:57:01 | 7 | We know, for instance, that there was -- |
| 11:57:05 | 8 | there were data redundancies so that data that should |
| 11:57:14 | 9 | have been shared among applications, different |
| 11:57:17 | 10 | applications had different repositories for that data |
| 11:57:22 | 11 | that was not synchronized, so different parts of the -- |
| 11:57:26 | 12 | of a company using the software wouldn't -- would think |
| 11:57:34 | 13 | they were using the same data, but wouldn't be, |
| 11:57:37 | 14 | regardless of testing.  We know that to be the case from |
| 11:57:42 | 15 | the documents that document it. |
| 11:57:45 | 16 | There are other -- there are other issues of |
| 11:58:03 | 17 | that nature that we know that certain functionality could |
| 11:58:05 | 18 | not have worked during the class period because there |
| 11:58:12 | 19 | were structural or other problems that still existed in |
| 11:58:22 | 20 | the software subsequent to the class period.  So the user |
| 11:58:25 | 21 | experiences in many cases were confirmatory of what was |
| 11:58:28 | 22 | the inevitable result of those things not having been in |
| 11:58:33 | 23 | the product during the class period. |
| 11:58:39 | 24 | In some cases, particularly with regard to |
| 11:58:50 | 25 | software performance, I think the user results were |

80

CONFIDENTIAL

| | | |
|---|---|---|
| 12:05:24 | 1 | time is 12:04. |
| 12:05:26 | 2 | (Recess.) |
| 12:18:12 | 3 | THE VIDEOGRAPHER:  We are back on the record. |
| 12:18:14 | 4 | The time is 12:17. |
| 12:18:18 | 5 | Q.  BY MR. GIBBS:  Mr. Hilliard, I want to switch |
| 12:18:21 | 6 | to a different topic now.  Still focusing on your |
| 12:18:25 | 7 | methodology and your process. |
| 12:18:26 | 8 | A.  Sure. |
| 12:18:27 | 9 | Q.  For purposes of forming your opinions in this |
| 12:18:30 | 10 | case, you didn't compare Suite 11i to any other competing |
| 12:18:38 | 11 | enterprise application suite, did you? |
| 12:18:41 | 12 | A.  As -- by "competing," you mean a suite that |
| 12:18:44 | 13 | has the full complement of capabilities integrated |
| 12:18:50 | 14 | together as this was represented to be during -- at the |
| 12:18:57 | 15 | time of the launch? |
| 12:18:57 | 16 | Q.  I don't mean identical, I just mean |
| 12:19:00 | 17 | comparable. |
| 12:19:01 | 18 | MR. WILLIAMS:  Objection.  Form. |
| 12:19:02 | 19 | THE WITNESS:  Maybe you could ask me |
| 12:19:08 | 20 | specifics. |
| 12:19:09 | 21 | Q.  BY MR. GIBBS:  Sure.  Well, for purposes of |
| 12:19:11 | 22 | forming your opinions in this case, did you compare Suite |
| 12:19:14 | 23 | 11i to any enterprise application suite? |
| 12:19:22 | 24 | A.  I focused on what my assignment was, and I |
| 12:19:28 | 25 | didn't -- I viewed that as looking at the representations |

86

CONFIDENTIAL

| 12:19:33 | 1 | that were made, and they weren't representations relative |
| 12:19:36 | 2 | to other -- or at least the ones that are at issue and |
| 12:19:45 | 3 | that I wrote -- that I wound up having opinions on |
| 12:19:49 | 4 | weren't ones that were relative to other suites.  So I |
| 12:19:55 | 5 | didn't -- or other enterprise -- strike suites -- other |
| 12:20:01 | 6 | enterprise software products.  So I didn't look at it on |
| 12:20:08 | 7 | a relative basis. |
| 12:20:11 | 8 | Q.  Okay.  And just to be a little more specific, |
| 12:20:14 | 9 | for purposes of forming your opinions in this case, you |
| 12:20:17 | 10 | didn't compare the number of bugs experienced by Suite |
| 12:20:25 | 11 | 11i users during the class period, say, to the number of |
| 12:20:27 | 12 | bugs experienced by users of any other enterprise |
| 12:20:30 | 13 | application suite; correct? |
| 12:20:32 | 14 | A.  During what period? |
| 12:20:33 | 15 | Q.  During any period. |
| 12:20:35 | 16 | A.  No. |
| 12:20:35 | 17 | Q.  Do you know how many bugs were experienced by |
| 12:20:38 | 18 | Suite 11i users during class period? |
| 12:20:43 | 19 | A.  I have a number that was the number that was |
| 12:20:54 | 20 | publicly announced by Oracle sometime prior to the class |
| 12:21:00 | 21 | period.  And I have a number of TARs for approximately |
| 12:21:13 | 22 | the first year.  And I have a relationship between TARs |
| 12:21:23 | 23 | and bugs, and the number of TARs for the first year and |
| 12:21:26 | 24 | the relationship with TARs and bugs come from Oracle |
| 12:21:29 | 25 | itself. |

87

CONFIDENTIAL

| | | |
|---|---|---|
| 12:21:30 | 1 | So I have some parameters that would include |
| 12:21:38 | 2 | the class period, but I don't have a number specifically |
| 12:21:43 | 3 | for the class period. |
| 12:21:45 | 4 | Q.   Okay.   The parameters you're referring to, |
| 12:21:48 | 5 | those are the calculations that are referred to in your |
| 12:21:50 | 6 | opening report, where you take number of reported TARs |
| 12:21:54 | 7 | over the first year and you apply a percentage of TARs |
| 12:21:58 | 8 | that are bugged and you come up with a bug number; is |
| 12:22:02 | 9 | that right? |
| 12:22:02 | 10 | A.   That's correct. |
| 12:22:03 | 11 | Q.   Other than that number, and I think you |
| 12:22:06 | 12 | referred to something that Oracle had publicly announced? |
| 12:22:09 | 13 | A.   Yes. |
| 12:22:10 | 14 | Q.   Well, let's just pause on that for a second. |
| 12:22:15 | 15 | What's the number that publicly -- that was publicly |
| 12:22:17 | 16 | announced by Oracle that you referred to in your prior |
| 12:22:20 | 17 | answer? |
| 12:22:20 | 18 | MR. WILLIAMS:   Objection.   Form. |
| 12:22:22 | 19 | THE WITNESS:   It -- I saw a response to |
| 12:22:29 | 20 | Forbes magazine where Forbes magazine asked Oracle to |
| 12:22:34 | 21 | confirm that there were 5,000 bugs in the software, I |
| 12:22:43 | 22 | believe as of the point in time of the Oracle |
| 12:22:46 | 23 | applications user group, and Oracle responded to that |
| 12:22:52 | 24 | questionnaire confirming that there were 5,000 bugs as of |
| 12:22:57 | 25 | that date.   So I would call that a public announcement. |

88

CONFIDENTIAL

| | | |
|---|---|---|
| 12:24:39 | 1 | that time frame. |
| 12:24:40 | 2 | Q.  BY MR. GIBBS:  The special litigation |
| 12:24:42 | 3 | committee report referred to 5,000 bugs or 5,000 patches? |
| 12:24:46 | 4 | A.  I'm almost certain it referred to 5,000 bugs. |
| 12:24:50 | 5 | Q.  Okay.  Referring back to Exhibit A to your |
| 12:24:54 | 6 | rebuttal report, do you know whether that document |
| 12:24:56 | 7 | actually was transmitted to Forbes magazine? |
| 12:25:03 | 8 | A.  I do not.  But there were a lot of press |
| 12:25:05 | 9 | reports in that time frame that included that number so |
| 12:25:12 | 10 | it seems likely that this or something like it was |
| 12:25:16 | 11 | transmitted.  But I don't know for sure that it was. |
| 12:25:18 | 12 | Q.  And those press reports you found credible? |
| 12:25:22 | 13 | A.  Well, the number that appeared in the |
| 12:25:26 | 14 | document, along with a special litigation committee, |
| 12:25:29 | 15 | along with all the press reports, along with a lot of |
| 12:25:33 | 16 | internal communication referring to 5,000 bugs, when you |
| 12:25:37 | 17 | add it all together, I found it credible, yes.  I |
| 12:25:41 | 18 | wouldn't necessarily -- specifically from that document, |
| 12:25:44 | 19 | wouldn't necessarily have concluded that, but that was |
| 12:25:49 | 20 | one of many.  And so that's -- |
| 12:25:57 | 21 | Q.  I want to follow up on your reference to |
| 12:25:59 | 22 | internal communication referring to 5,000 bugs.  What |
| 12:26:03 | 23 | internal communications are you referring to? |
| 12:26:04 | 24 | A.  There were a number of emails. |
| 12:26:08 | 25 | Q.  Do you know who sent or received them? |

90

CONFIDENTIAL

| | | |
|---|---|---|
| 12:26:16 | 1 | A.  I don't recall.  I remember doing a search on |
| 12:26:18 | 2 | the number 5,000 and came up with, as I recall, dozens, |
| 12:26:26 | 3 | if not over 100 -- I think actually it was under 100, but |
| 12:26:33 | 4 | there were lots and lots of emails referring to that. |
| 12:26:36 | 5 | Now, the -- some of them were duplicative.  I don't |
| 12:26:40 | 6 | remember all of the emails and all of the individuals on |
| 12:26:43 | 7 | those emails, no. |
| 12:26:44 | 8 | Q.  Do you recall whether any of those documents |
| 12:26:47 | 9 | were talking about internal Oracle bug counts as |
| 12:26:51 | 10 | contrasted with talking about press reports referring to |
| 12:26:55 | 11 | 5,000 bugs? |
| 12:26:57 | 12 | A.  Some of each, as I recall. |
| 12:27:01 | 13 | Q.  All right.  So did you ever see a bug count |
| 12:27:05 | 14 | from Oracle's development group indicating that there had |
| 12:27:09 | 15 | been 5,000 bugs? |
| 12:27:11 | 16 | A.  Don't recall seeing one. |
| 12:27:15 | 17 | Q.  Okay.  Do you know how many P1 bugs Suite 11i |
| 12:27:25 | 18 | users experienced during the class period? |
| 12:27:28 | 19 | MR. WILLIAMS:  Objection.  Form. |
| 12:27:34 | 20 | THE WITNESS:  I don't have any numbers |
| 12:27:37 | 21 | specifically for the class period. |
| 12:27:39 | 22 | Q.  BY MR. GIBBS:  What about any other time |
| 12:27:51 | 23 | period? |
| 12:27:51 | 24 | MR. WILLIAMS:  Objection.  Form. |
| 12:27:52 | 25 | THE WITNESS:  As indicated in my report, |

91

CONFIDENTIAL

| | | |
|---|---|---|
| 12:27:55 | 1 | there were, I believe, nine -- on the order of 19,000 |
| 12:28:03 | 2 | TARs during the first year.  And 32 percent of those, I |
| 12:28:10 | 3 | believe, were bugged TARs. |
| 12:28:13 | 4 | Now, we don't know -- we don't know whether |
| 12:28:26 | 5 | each bugged TAR was one bug or multiple bugs.  So a bug |
| 12:28:38 | 6 | TAR could, once investigated, have a dozen, two dozen |
| 12:28:43 | 7 | bugs associated with it or could be just one.  Some of |
| 12:28:49 | 8 | the TARs could be duplicative.  But presumably the |
| 12:29:00 | 9 | 32 percent would be a fair estimation, given that some |
| 12:29:04 | 10 | could be duplicative and some could be reflective of |
| 12:29:08 | 11 | multiple bugs of the number of bugs during the one year |
| 12:29:11 | 12 | from launch until, I believe, May 18th of '01. |
| 12:29:15 | 13 | Q.  Okay.  That just goes to the number of TARs |
| 12:29:17 | 14 | that were, quote, bugged; correct? |
| 12:29:20 | 15 | A.  Correct. |
| 12:29:20 | 16 | Q.  Do you know what it means within Oracle to |
| 12:29:22 | 17 | say that a TAR has been bugged? |
| 12:29:25 | 18 | A.  Yes. |
| 12:29:26 | 19 | Q.  What does it mean? |
| 12:29:27 | 20 | A.  It means it either has a software bug or a |
| 12:29:32 | 21 | documentation bug. |
| 12:29:33 | 22 | Q.  And so that's the basis for your |
| 12:29:34 | 23 | understanding or for your calculation about the number of |
| 12:29:37 | 24 | bugs during the first year? |
| 12:29:39 | 25 | A.  Well, that's my -- the only document that I |

92

CONFIDENTIAL

| | | |
|---|---|---|
| 12:29:41 | 1 | found that explained that was an Oracle standards |
| 12:29:48 | 2 | document which turns out is consistent with what |
| 12:29:54 | 3 | Caper Jones writes, that that document actually predates |
| 12:30:01 | 4 | the class period.  But it says -- it defines bug TAR, and |
| 12:30:07 | 5 | it says there are two kinds of bug TARs:  There are |
| 12:30:11 | 6 | software bugs and documentation bugs.  And a bug TAR must |
| 12:30:17 | 7 | fit into one category or the other.  I found nothing |
| 12:30:22 | 8 | contradicting that. |
| 12:30:24 | 9 | Q.  Can you point me to that document?  Is it |
| 12:30:26 | 10 | cited in your reports? |
| 12:30:28 | 11 | A.  No. |
| 12:30:29 | 12 | Q.  Okay.  What else do you remember about it? |
| 12:30:32 | 13 | A.  It describes the definition of a -- of a bug |
| 12:30:44 | 14 | TAR.  It describes P1, P2, and P3, responses to bug TARs |
| 12:30:53 | 15 | depending on the priority, and so fourth. |
| 12:31:00 | 16 | Q.  Have you seen any testimony in this case to |
| 12:31:02 | 17 | the effect that when a TAR is bugged, all that really |
| 12:31:07 | 18 | means is it's been assigned to someone in the development |
| 12:31:11 | 19 | group? |
| 12:31:12 | 20 | A.  I have. |
| 12:31:12 | 21 | MR. WILLIAMS:  Objection.  Form.  Sorry. |
| 12:31:14 | 22 | Q.  BY MR. GIBBS:  Is it your understanding that |
| 12:31:15 | 23 | just because something is assigned to the development |
| 12:31:18 | 24 | group, it is ultimately determined to be a defect in the |
| 12:31:21 | 25 | software? |

93

CONFIDENTIAL

| | | |
|---|---|---|
| 13:55:58 | 1 | Is that also fair? |
| 13:56:00 | 2 | A.  You know, if -- and I believe I probably did |
| 13:56:02 | 3 | say that, but that's probably not exactly what I meant. |
| 13:56:10 | 4 | In the absence of -- if there were something about a |
| 13:56:17 | 5 | particular document or email or item of testimony that |
| 13:56:22 | 6 | indicated that a particular integration order management |
| 13:56:27 | 7 | issue was caused by something other than a defect, a |
| 13:56:35 | 8 | software defect in order management or a defective |
| 13:56:39 | 9 | integration, then I discounted that one. |
| 13:56:42 | 10 | But if it was just a straight account of an |
| 13:56:49 | 11 | order management defect or a straight account of -- of an |
| 13:56:57 | 12 | integration defect without any other explanation saying |
| 13:57:00 | 13 | that there could have been other contributing factors in |
| 13:57:05 | 14 | this one, then I attributed it to the defects in those |
| 13:57:10 | 15 | areas. |
| 13:57:11 | 16 | But if there was some explanation that said |
| 13:57:14 | 17 | this particular issue that came up could also have been |
| 13:57:17 | 18 | caused by X, Y, or Z, then I disregarded that. |
| 13:57:21 | 19 | Q.  If it was a straight account of an |
| 13:57:23 | 20 | integration problem with no reference to any other |
| 13:57:26 | 21 | contributing factors, you took no additional steps to |
| 13:57:30 | 22 | exclude other items that can affect the ability of the |
| 13:57:36 | 23 | software to operate correctly, other than defects in the |
| 13:57:42 | 24 | software itself.  Correct? |
| 13:57:43 | 25 | A.  Since in those areas I was looking at them |

121

CONFIDENTIAL

| | | |
|---|---|---|
| 13:57:52 | 1 | primarily -- well, not primarily, since I was looking at |
| 13:58:03 | 2 | them as confirmatory in general, I can't say I never did, |
| 13:58:09 | 3 | but in general, if there was just a straight account of |
| 13:58:12 | 4 | an integration failure, with no other explanation -- no |
| 13:58:19 | 5 | explanation other than that, I took that as confirmatory |
| 13:58:23 | 6 | of the integration defect. |
| 13:58:25 | 7 | Q.  And is the same true of straight account of |
| 13:58:29 | 8 | problems with order management; you didn't reference some |
| 13:58:34 | 9 | other potential cause? |
| 13:58:35 | 10 | A.  Correct. |
| 13:58:46 | 11 | You know, it would depend also on the |
| 13:58:51 | 12 | description of the order management problem.  Sometimes |
| 13:58:54 | 13 | you can just tell from the description that even though |
| 13:58:57 | 14 | it's an order management problem, it wasn't caused by a |
| 13:59:00 | 15 | software defect.  And if that was the case, I disregarded |
| 13:59:04 | 16 | that. |
| 13:59:11 | 17 | Q.  I want to spend a little bit of time talking |
| 13:59:14 | 18 | about some terminology before we move into your opinions |
| 13:59:17 | 19 | themselves. |
| 13:59:18 | 20 | Would you agree that a bug in the software |
| 13:59:22 | 21 | exists only if the software is behaving in some way |
| 13:59:27 | 22 | that's inconsistent with its documentation? |
| 13:59:30 | 23 | A.  No. |
| 13:59:30 | 24 | Q.  Okay.  Why not?  Let me put it another way: |
| 13:59:38 | 25 | If the software is -- well, can you just explain that |

122

CONFIDENTIAL

13:59:42  1   answer?

13:59:43  2       A.   Certainly.  I can give you a good example.

13:59:47  3   This might not be the only example.  But if a feature or

13:59:59  4   capability or function of the software has been

14:00:07  5   demonstrated to a prospect or promised to a prospect,

14:00:18  6   value vision being an example, and not delivered,

14:00:28  7   regardless of whether it was in the documentation, the

14:00:37  8   addition of that feature into the software is a bug.

14:00:40  9   It's not an enhancement, in my view.

14:00:45  10      Q.   Okay.

14:00:46  11      A.   That's one example.  There may be others.

14:00:49  12      Q.   Okay.  Setting aside the possibility that a

14:00:54  13   vendor has made a specific promise of functionality to a

14:00:58  14   specific customer.  Let's put that off to the side for

14:01:02  15   now.  If a customer wants a product to do something that

14:01:07  16   it is not designed to do, is that a bug?

14:01:12  17           MR. WILLIAMS:  Objection.  Form.

14:01:13  18           THE WITNESS:  If a customer wants a product

14:01:19  19   to do something it is not designed to do, it could be a

14:01:24  20   bug or it could be an enhancement request.

14:01:31  21      Q.   BY MR. GIBBS:  What would make it a bug?

14:01:33  22      A.   There are certain types of functionality that

14:01:42  23   must exist in software to be -- for instance, an accounts

14:01:48  24   payable system must have a 1099 tax form, IRS 1099

14:01:57  25   capability.  Any software vendor who sells an accounts

123

CONFIDENTIAL

| | | |
|---|---|---|
| 14:35:40 | 1 | the ability of the system user to respond to somebody on |
| 14:35:47 | 2 | the telephone. |
| 14:35:47 | 3 | If it was causing delays of more than five, |
| 14:35:58 | 4 | six, eight seconds on something that would normally be |
| 14:36:03 | 5 | expected to work in zero to three seconds, you know, I |
| 14:36:12 | 6 | would -- I consider that to be a software bug, absent |
| 14:36:19 | 7 | communications or hardware issues. |
| 14:36:26 | 8 | There might well be other analogous kinds of |
| 14:36:30 | 9 | applications where certain types of performance are |
| 14:36:37 | 10 | inherent to the proper operation of the application, and |
| 14:36:44 | 11 | call center is the best example of that, or the easiest |
| 14:36:49 | 12 | to explain example of that.  But there are others that |
| 14:36:52 | 13 | are analogous where the performance problem would cause a |
| 14:36:55 | 14 | doubling or tripling or more of the amount of time.  I |
| 14:37:00 | 15 | considered that to be a big performance problem as |
| 14:37:05 | 16 | opposed to a small one. |
| 14:37:06 | 17 | Is that clear? |
| 14:37:12 | 18 | Q.  I'm sure it will be. |
| 14:37:13 | 19 | A.  I'm trying to be as responsive to your |
| 14:37:16 | 20 | questions as I can. |
| 14:37:17 | 21 | Q.  I appreciate that.  Let me turn now and ask |
| 14:37:20 | 22 | you about some of your opinions, and I actually want to |
| 14:37:23 | 23 | start with Opinion Number 2. |
| 14:37:24 | 24 | A.  Okay. |
| 14:37:25 | 25 | Q.  Has to do with preintegration and |

143

CONFIDENTIAL

| | | |
|---|---|---|
| 14:37:28 | 1 | integration.  My first question is:  Would you agree with |
| 14:37:40 | 2 | me that using your definition of integration, as you've |
| 14:37:47 | 3 | articulated it in your report, if you took a bunch of |
| 14:37:50 | 4 | best-of-breed products developed by separate vendors, |
| 14:37:58 | 5 | PeopleSoft HR, Siebel CRM, and you load them onto a |
| 14:38:04 | 6 | server with no systems integration work, those different |
| 14:38:07 | 7 | applications are not integrated with one another, as you |
| 14:38:10 | 8 | use that term in your report.  Is that correct? |
| 14:38:15 | 9 | A.  I suppose there's infinitesimal possibility |
| 14:38:20 | 10 | that -- that there might be some integration, but I'd |
| 14:38:25 | 11 | agree with you. |
| 14:38:26 | 12 | Q.  Okay.  Talk about serendipitous. |
| 14:38:29 | 13 | A.  Yes. |
| 14:38:29 | 14 | Q.  Barring divine intervention, those two |
| 14:38:32 | 15 | products would not work together; correct? |
| 14:38:34 | 16 | A.  Correct. |
| 14:38:35 | 17 | Q.  Or systems integration. |
| 14:38:45 | 18 | A.  That was the premise that you gave me, that |
| 14:38:47 | 19 | there was no -- no work done, no programming, no |
| 14:38:49 | 20 | integration effort, no systems integration done to |
| 14:38:51 | 21 | integrate them. |
| 14:38:51 | 22 | Q.  Absolutely. |
| 14:38:52 | 23 | A.  And I was answering on that premise. |
| 14:38:57 | 24 | Q.  That was the premise. |
| | 25 | A.  Yeah. |

144

CONFIDENTIAL

14:38:58    1          Q.   Once systems integration work has been done,

14:39:01    2     those applications developed by different vendors may be

14:39:07    3     integrated; is that correct?

14:39:13    4          A.   Yes.

14:39:13    5          Q.   It may depend in part on the quality of the

14:39:17    6     systems integration work; correct?

14:39:18    7          A.   Correct.   See, that's easy.

14:39:23    8          Q.   If I just ask the question right?

14:39:26    9               In forming your opinion in this case, I take

14:39:29    10    it you didn't compare the degree of integration between

14:39:33    11    the modules of Suite 11i with the degree of integration

14:39:38    12    between best-of-breed applications once systems

14:39:42    13    integration work has been done; is that correct?

14:39:56    14         A.   I did not -- I don't think it's possible to

14:40:00    15    compare that because there's such a variety of quality,

14:40:05    16    as you've pointed out, of systems integration work.

14:40:15    17         Q.   Would you agree that once someone has taken a

14:40:18    18    set of best-of-breed products from different vendors and

14:40:21    19    has done systems integration work, there may be a wide

14:40:31    20    range of levels of integration.   Let me rephrase that.

14:40:35    21              Once they've been integrated to some degree,

14:40:41    22    the level of integration between those best-of-breed

14:40:44    23    products from different vendors may vary significantly.

14:40:49    24    Correct?

14:40:50    25              MR. WILLIAMS:   Objection.   Form.

145

CONFIDENTIAL

14:40:51  1          THE WITNESS:  That's a difficult question in

14:40:59  2   that systems integration is specified in many cases, and

14:41:12  3   in fact, should be specified in much the same way that

14:41:15  4   software is specified.  In some cases, systems

14:41:19  5   integration is only necessary and is only specified for a

14:41:25  6   very limited functionality.  And it could be done

14:41:30  7   perfectly on -- one way of looking at that it would be

14:41:38  8   completely integrated at the level specified.  Another

14:41:41  9   way of looking at it could be that's a very negligible

14:41:48  10  integration compared to the whole scope of what possible

14:41:51  11  integration there could be between that.

14:41:53  12          So depending on what frame of reference

14:41:56  13  you're looking at, it makes it very difficult to answer

14:41:59  14  your question, although perhaps by explaining that, I've

14:42:02  15  already answered.

14:42:03  16      Q.  I think a little bit.  Let me try coming at

14:42:06  17  it from a different angle, though.

14:42:08  18      A.  Sure.

14:42:08  19      Q.  Once some degree of integration has been done

14:42:12  20  between best-of-breed products from different vendors, at

14:42:15  21  that point integration may be relative depending on what

14:42:19  22  is the scope of the project and what is the quality of

14:42:23  23  the work done on the project; is that fair?

14:42:24  24      A.  I don't understand that at all.

14:42:26  25      Q.  Okay.

146

CONFIDENTIAL

14:42:32   1        A.   I'm sorry.

14:42:33   2        Q.   I don't think I'm going to do any better than

14:42:36   3    the answer you gave me before --

14:42:39   4        A.   I really tried to be responsive in that

14:42:42   5    answer that I gave you.

14:42:43   6        Q.   In the course of forming your opinions in

14:42:45   7    this matter, did you see any documents or testimony in

14:42:47   8    which a customer asserted that the various modules of

14:42:54   9    Suite 11i were not integrated with one another?

14:42:57   10       A.   Yes.

14:42:58   11       Q.   Okay.   What -- feel free to refer to your

14:43:02   12   report, as I looked at the integration section of your

14:43:08   13   report, and the only customer I saw cited in there was

14:43:12   14   Yale.   If there's another, please let me know.

14:43:15   15       A.   I believe Brock, and I believe there was

14:43:21   16   direct documentation from Brock Tool -- B-r-o-c-k, Tool,

14:43:41   17   both capitalized.   I may not have quoted the -- any words

14:43:50   18   out of the Brock Tool emails, but I believe I certainly

14:43:57   19   did consider the Brock Tool emails and -- but I think the

14:44:07   20   quotes may have been just from the integrator.   I don't

14:44:10   21   recall.

14:44:10   22       Q.   Okay.   Do any other customers come to mind as

14:44:17   23   having themselves complained about a lack of integration

14:44:21   24   between the modules of Suite 11i?

14:44:25   25       A.   I am certain that I saw emails to that effect

CONFIDENTIAL

| 14:59:22 | 1 | A.  I don't understand your question. |
| 14:59:25 | 2 | Q.  Okay.  I said in your view, it didn't, |
| 14:59:33 | 3 | meaning the engineering didn't work in order to cause the |
| 14:59:38 | 4 | modules to work together, and you said in many cases it |
| 14:59:41 | 5 | did not, which I took to be neither a "yes" or a "no," |
| 14:59:45 | 6 | but something in the middle, and I'm trying to |
| 14:59:48 | 7 | understand. |
| 14:59:48 | 8 | A.  In some cases, it was engineered to work |
| 14:59:51 | 9 | together, and other cases, it was not engineered to work |
| 14:59:53 | 10 | together. |
| 14:59:53 | 11 | Q.  So some parts of the suite were engineered to |
| 14:59:57 | 12 | work together and others were not.  Is that your opinion? |
| 15:00:01 | 13 | A.  There's evidence to support some portions of |
| 15:00:06 | 14 | the suite being engineered to work together.  There is |
| 15:00:18 | 15 | evidence to support some portions of the suite not being |
| 15:00:25 | 16 | engineered to work together.  Very clear evidence of |
| 15:00:29 | 17 | that.  I didn't include that as part of my opinion.  My |
| 15:00:45 | 18 | opinion was focused on was the product integrated.  It |
| 15:00:50 | 19 | wasn't focused on whether it was designed or engineered |
| 15:00:55 | 20 | to be integrated. |
| 15:00:57 | 21 | Q.  Okay.  Would it be fair to say that although |
| 15:01:00 | 22 | you may have an opinion on that, the opinions you've |
| 15:01:04 | 23 | offered here (indicating) in your reports go to what the |
| 15:01:07 | 24 | software did in the field as opposed to what it was |
| 15:01:11 | 25 | designed or engineered to do? |

156

CONFIDENTIAL

| | | |
|---|---|---|
| 15:01:12 | 1 | MR. WILLIAMS:  Objection.  Form.  The |
| 15:01:17 | 2 | opinions speak for themselves, at least as they are |
| 15:01:21 | 3 | articulated in the report. |
| 15:01:23 | 4 | THE WITNESS:  I think I've already answered |
| 15:01:27 | 5 | that question. |
| 15:01:30 | 6 | Q.  BY MR. GIBBS:  Okay.  So you don't want to |
| 15:01:32 | 7 | say "yes" or "no" again? |
| 15:01:36 | 8 | A.  Ask it again.  I'll try and understand it. |
| 15:01:39 | 9 | Q.  Okay.  I asked you whether you had an opinion |
| 15:01:41 | 10 | as to whether the software was designed and engineered to |
| 15:01:45 | 11 | work together.  You first said no, and then you said wait |
| 15:01:50 | 12 | a minute, there are aspects of engineering that that |
| 15:01:54 | 13 | initial answer didn't take into account, and you said you |
| 15:02:02 | 14 | had an opinion that the software was not engineered to |
| 15:02:05 | 15 | work together.  But then you said you didn't include that |
| 15:02:08 | 16 | in your opinion.  And so I'm just trying to understand |
| 15:02:10 | 17 | what you meant by that. |
| 15:02:12 | 18 | As I understand -- tell me if I'm wrong -- |
| 15:02:15 | 19 | A.  And I think what Mr. Williams said is the |
| 15:02:20 | 20 | opinions speak for themselves.  I don't address the |
| 15:02:22 | 21 | design and engineering or the intent in the opinions or |
| 15:02:25 | 22 | the explanation. |
| 15:02:28 | 23 | Q.  Okay.  That's all I was getting at. |
| 15:02:31 | 24 | Do you have an opinion as to whether the |
| 15:02:33 | 25 | modules of Suite 11i shared a common data schema? |

157

CONFIDENTIAL

15:02:40  1          A.   Yes.

15:02:41  2          Q.   What's that opinion?

15:02:42  3          A.   Well, for the most part, they did, although

15:03:03  4   there were some significant defects.

15:03:06  5          Q.   Okay.  And do you recall where the defects

15:03:13  6   were?

15:03:14  7          A.   Once again, that same document I referenced

15:03:22  8   before addresses at least some of those.

15:03:24  9          Q.   Okay.  And do any other sources, documents,

15:03:26 10   or testimony come to mind?  I'm just asking what you can

15:03:30 11   recall right now.

15:03:31 12          A.   I believe there were also some other emails,

15:03:45 13   internal communication among Oracle employees that

15:03:48 14   addressed that same issue.  But I think that one document

15:03:58 15   we discussed is probably as good a summary as -- it may

15:04:05 16   not cover every single instance.

15:04:08 17          Q.   And do you have an opinion as to whether or

15:04:10 18   not the modules of Suite 11i were able to run as a single

15:04:15 19   instance on a single database?

15:04:17 20          A.   I didn't see enough evidence to conclude that

15:04:30 21   that could always be done or not.

15:04:33 22          Q.   What about sometimes?

15:04:40 23          A.   I suppose if you get a limited enough goal of

15:04:47 24   implementation, that would certainly be possible.  And

15:04:54 25   it's quite possible that for more comprehensive

Esquire Deposition Services
800.770.3363

CONFIDENTIAL

17:43:38    1    that statement was written in.

17:43:40    2         Q.   BY MR. GIBBS:   Okay.   Let's remove it from

17:43:42    3    the context.   I understand your disagreement with

17:43:44    4    Mr. Cochran as to whether those situations are unusual,

17:43:47    5    but indulge my hypothesis of a customer using software in

17:43:55    6    a way that's highly unusual.   Do the problems that that

17:43:57    7    customer experiences indicate a broader quality problem

17:44:01    8    in the software?

17:44:03    9              MR. WILLIAMS:   Hold on.   Objection.   Form.

17:44:06   10              Can you read that question back for me,

17:44:32   11    please.

17:44:32   12              (The record was read by the reporter as

           13              follows:

           14              "QUESTION:   Okay.   Let's remove it from the

           15              context.   I understand your disagreement with

           16              Mr. Cochran as to whether those situations

           17              are unusual, but indulge my hypothesis of a

           18              customer using software in a way that's

           19              highly unusual.   Do the problems that that

           20              customer experiences indicate a broader

17:44:36   21              quality problem in the software?")

17:44:36   22              MR. WILLIAMS:   Calls for substantial

17:44:38   23    speculation.

17:44:38   24              THE WITNESS:   Are you trying to imply by that

17:44:42   25    that I used such examples as support for my opinions?

                                                                    223

CONFIDENTIAL

17:44:50  1   Because if I didn't, I don't understand -- I mean, I

17:44:54  2   could answer that, but it wouldn't be -- have any

17:44:56  3   relevance at all to the opinions.

17:44:57  4          Q.  BY MR. GIBBS:  Well, I would like you to

17:45:00  5   answer it.  And I understand your relevance objection.

17:45:05  6          A.  Okay.  First let me say I don't think I used

17:45:09  7   any such examples, if I saw such examples, I tried not to

17:45:14  8   use them.  Therefore, I think the answer I'm about to

17:45:18  9   give you has no relevance to my opinion.

17:45:22  10         Coming back to your hypothetical, if under

17:45:26  11  those circumstances you still want an answer, if someone

17:45:29  12  is using -- is doing something way off the wall and it

17:45:33  13  didn't work the first time any customer tried to do that

17:45:36  14  one thing way off the wall, that might not -- what was

17:45:40  15  the phrase you used?

17:45:41  16         Q.  Be indicative of a broader quality problem.

17:45:45  17         A.  Might not be indicative of a broader quality

17:45:48  18  problem.

17:45:49  19         Q.  Let me ask a few questions about the need for

17:45:52  20  systems integration portion of this opinion.

17:45:54  21         A.  Surely.

17:46:00  22         Q.  You're not saying, are you, that customers

17:46:03  23  would have taken Oracle's statements about no systems

17:46:07  24  integration needed to mean that if they wanted to use a

17:46:14  25  portion of Suite 11i along with, say, Siebel CRM

CONFIDENTIAL

| | | |
|---|---|---|
| 17:46:19 | 1 | products, that they wouldn't need to do systems |
| 17:46:21 | 2 | integration between those two, are you? |
| 17:46:24 | 3 | MR. WILLIAMS:  Objection to the form.  Excuse |
| 17:46:26 | 4 | me, Patrick, are you referring to his opinion -- are you |
| 17:46:28 | 5 | stating his opinion and extrapolating from it or -- |
| 17:46:33 | 6 | MR. GIBBS:  I'm asking what his opinion is. |
| 17:46:35 | 7 | THE WITNESS:  And I didn't understand the |
| 17:46:37 | 8 | question. |
| 17:46:38 | 9 | Q.  BY MR. GIBBS:  Okay.  At page 60 of your |
| 17:46:41 | 10 | report, you state that Oracle did not, as represented, |
| 17:46:46 | 11 | eliminate or make major steps towards eliminating systems |
| 17:46:51 | 12 | integration, paraphrasing the first sentence of the last |
| 17:46:56 | 13 | paragraph on page 60 in the text. |
| 17:46:58 | 14 | Do you see that language? |
| 17:47:00 | 15 | A.  Yes.  Now, what's your question? |
| 17:47:07 | 16 | Q.  Well, you say that Oracle didn't eliminate or |
| 17:47:12 | 17 | make major steps towards eliminating systems integration, |
| 17:47:14 | 18 | and then you refer to testimony from Mr. Sellers |
| 17:47:18 | 19 | indicating that customers are in fact installing parts of |
| 17:47:22 | 20 | Suite 11i and integrating it with third-party products. |
| 17:47:27 | 21 | I don't understand this portion of the |
| 17:47:30 | 22 | opinion.  When you say that they didn't eliminate systems |
| 17:47:33 | 23 | integration, I don't understand what you think customers |
| 17:47:37 | 24 | would have understood Oracle's representation to mean, |
| 17:47:40 | 25 | and therefore, why you're saying that Oracle didn't live |

225

CONFIDENTIAL

| | | |
|---|---|---|
| 17:47:43 | 1 | up to those representations. |
| 17:47:46 | 2 | So when you refer to representing that it |
| 17:47:49 | 3 | eliminated or made major steps towards eliminating |
| 17:47:54 | 4 | systems integration, what do you mean? |
| 17:47:56 | 5 | A.  Fair question.  Let me see if I can clarify. |
| 17:47:59 | 6 | Q.  Okay. |
| 17:48:07 | 7 | A.  I agree with Mr. Ellison that systems |
| 17:48:12 | 8 | integration is not desirable for the same reasons that he |
| 17:48:22 | 9 | states.  I believe that customers don't do systems |
| 17:48:35 | 10 | integration, based on my experience -- it's not just a |
| 17:48:41 | 11 | belief coming out of the air, but based on experience -- |
| 17:48:43 | 12 | they don't do systems integration just because they want |
| 17:48:47 | 13 | to do it.  Customers do systems integration because for |
| 17:48:50 | 14 | one reason or another, they need to do it. |
| 17:48:55 | 15 | When Mr. Ellison says that Oracle 11i will |
| 17:49:02 | 16 | meet the figurative 80 percent of the needs, whatever |
| 17:49:08 | 17 | 80 percent is, recognizing that's an arbitrary number, |
| 17:49:16 | 18 | 80 percent of a business's needs, if you expect -- accept |
| 17:49:19 | 19 | the arbitrariness of it, are the generic things that all |
| 17:49:24 | 20 | businesses of a particular -- in a particular industry |
| 17:49:27 | 21 | would need to do.  All electrical supply distributors |
| 17:49:34 | 22 | need to manage their electrical supplies inventory and so |
| 17:49:38 | 23 | forth. |
| 17:49:42 | 24 | Companies don't become profitable and succeed |
| 17:49:50 | 25 | and get successful enough that they can afford to buy |

Esquire Deposition Services
800.770.3363

CONFIDENTIAL

| | | |
|---|---|---|
| 17:49:53 | 1 | Oracle or anybody else's software by doing the same |
| 17:49:59 | 2 | generic things that everybody else in their industry |
| 17:50:03 | 3 | does.  Every company -- most every successful company |
| 17:50:13 | 4 | succeeds by establishing some sort of a competitive |
| 17:50:17 | 5 | difference or a competitive advantage. |
| 17:50:22 | 6 | If all you do is 80 percent, thereabouts, of |
| 17:50:27 | 7 | the needs, and it's the same 80 percent that everybody |
| 17:50:31 | 8 | else in your industry does, you're not going to be able |
| 17:50:39 | 9 | to establish that competitive advantage that you need to |
| 17:50:43 | 10 | succeed. |
| 17:50:44 | 11 | And therefore, what I'm saying here is that |
| 17:50:51 | 12 | every business, in trying to establish some sort of a |
| 17:50:57 | 13 | uniqueness or a difference that they can exploit in the |
| 17:51:01 | 14 | marketplace -- and I'm using exploit in the positive |
| 17:51:05 | 15 | sense -- to be successful, needs to do a few things that |
| 17:51:11 | 16 | are different, that are out of the mold of what every |
| 17:51:15 | 17 | other company in their industry does. |
| 17:51:16 | 18 | And that may involve some systems integration |
| 17:51:21 | 19 | to integrate maybe a bit of legacy software that they |
| 17:51:26 | 20 | develop themselves or, you know, some combination of |
| 17:51:30 | 21 | little applications that do specific functionalities that |
| 17:51:34 | 22 | maybe -- functions that maybe some of their competitors |
| 17:51:37 | 23 | don't do so they can provide better service to the |
| 17:51:41 | 24 | customer than the competitor.  So they can deliver a |
| 17:51:44 | 25 | higher quality -- you know, a product that meets a higher |

227

CONFIDENTIAL

| | | |
|---|---|---|
| 17:51:46 | 1 | quality standard or something like that. |
| 17:51:48 | 2 | And what I'm referring to here is that in |
| 17:51:51 | 3 | fact Mr. Sellers was saying that everyone is doing stuff |
| 17:51:55 | 4 | like that.  No one does -- wants to do lots of it.  No |
| 17:52:00 | 5 | one does lots of it.  But by delivering 80 percent |
| 17:52:04 | 6 | solutions, or thereabouts, you don't eliminate the need |
| 17:52:08 | 7 | for doing that.  The need for doing that exists and |
| 17:52:12 | 8 | becomes maybe even more important, and that's what I'm |
| 17:52:17 | 9 | trying to say. |
| 17:52:17 | 10 | Q.  Do you think that customers who heard Oracle |
| 17:52:20 | 11 | say that no systems integration was required to use the |
| 17:52:25 | 12 | 11i suite believed that it would automate every single |
| 17:52:35 | 13 | piece of functionality they needed for their particular |
| 17:52:38 | 14 | business so they would not need to integrate with any |
| 17:52:41 | 15 | legacy systems or any point solution providers? |
| 17:52:45 | 16 | MR. WILLIAMS:  Objection.  Form. |
| 17:52:46 | 17 | THE WITNESS:  I didn't look at this from the |
| 17:52:49 | 18 | perspective of the customer.  I looked at it from the |
| 17:52:58 | 19 | perspective -- because those statements, as I understood |
| 17:53:00 | 20 | them, were made to financial analysts who were then |
| 17:53:04 | 21 | interpreting them or repeating them verbatim or what have |
| 17:53:08 | 22 | you to determine whether they would make stock |
| 17:53:11 | 23 | recommendations or not. |
| 17:53:12 | 24 | So I was looking at it not from the |
| 17:53:18 | 25 | perspective of someone in the IT industry or from a |

228

CONFIDENTIAL

| | | |
|---|---|---|
| 17:53:23 | 1 | customer, but from the perspective to those people to |
| 17:53:24 | 2 | whom that statement was made who are people who don't |
| 17:53:27 | 3 | have that knowledge, and who I think without that |
| 17:53:30 | 4 | knowledge would have had every reason to take that |
| 17:53:33 | 5 | literally. |
| 17:53:33 | 6 | Q.  BY MR. GIBBS:  So you think that financial |
| 17:53:35 | 7 | analysts hearing Oracle say that customers using the |
| 17:53:41 | 8 | E-Business suite wouldn't need to do any systems |
| 17:53:44 | 9 | integration, those financial analysts would have believed |
| 17:53:48 | 10 | that large numbers of customers would be able to run |
| 17:53:52 | 11 | their entire business on Suite 11i and no other software |
| 17:53:56 | 12 | at all? |
| 17:53:56 | 13 | MR. WILLIAMS:  Objection.  Misstates his |
| 17:54:00 | 14 | testimony. |
| 17:54:00 | 15 | THE WITNESS:  I'm not professing to be an |
| 17:54:03 | 16 | expert on financial analysts.  The no systems integration |
| 17:54:09 | 17 | was said so many times by so many people in so many |
| 17:54:16 | 18 | places as an absolute.  No systems integration, none. |
| 17:54:26 | 19 | Zero.  It's eliminated.  That's what was being said. |
| 17:54:29 | 20 | And I'm saying people without the specific -- |
| 17:54:32 | 21 | whether they're financial analysts or whether they're |
| 17:54:37 | 22 | court reporters or whether they're lawyers might well |
| 17:54:44 | 23 | take that literally, and I would expect they would take |
| 17:54:48 | 24 | it literally, and that's why I looked at it literally. |
| 17:54:51 | 25 | Q.  BY MR. GIBBS:  But what about people who are |

229

CONFIDENTIAL

| | | |
|---|---|---|
| 17:54:53 | 1 | familiar with the -- |
| 17:54:54 | 2 | A.  I didn't look at it from that perspective. |
| 17:54:57 | 3 | Q.  So you don't have an opinion from that |
| 17:54:58 | 4 | perspective? |
| 17:55:00 | 5 | A.  I don't have an opinion from that |
| 17:55:06 | 6 | perspective -- well, any thoughts I might have weren't |
| 17:55:13 | 7 | relevant to the opinions I stated.  It's not that I might |
| 17:55:19 | 8 | not be able to form an opinion, but since whatever |
| 17:55:21 | 9 | opinion I might be able to form on that really wasn't |
| 17:55:25 | 10 | relevant to the issues that I was writing my opinions on, |
| 17:55:30 | 11 | it's -- I just didn't consider it. |
| 17:55:34 | 12 | Q.  Well, let me just ask you now:  Do you think |
| 17:55:37 | 13 | that someone with a reasonable degree of familiarity with |
| 17:55:41 | 14 | the enterprise application software business would have |
| 17:55:45 | 15 | understood those statements about no systems integration |
| 17:55:50 | 16 | required to mean that the functionality of Suite 11i was |
| 17:55:53 | 17 | so broad that significant numbers of companies would be |
| 17:55:57 | 18 | able to run their entire business on Suite 11i without |
| 17:56:01 | 19 | using any other software at all? |
| 17:56:06 | 20 | A.  You're asking me this as a hypothetical? |
| 17:56:08 | 21 | Q.  Yes. |
| 17:56:08 | 22 | MR. WILLIAMS:  Hold on a second. |
| 17:56:10 | 23 | Objection to the form. |
| 17:56:11 | 24 | THE WITNESS:  Not with any relationship to my |
| 17:56:18 | 25 | opinions? |

230

REPORTER'S CERTIFICATE

1

2      I certify that the witness in the forgoing

3  deposition,

4

5  was by me duly sworn to tell the truth, the whole truth

6  and nothing but the truth in the within-entitled cause;

7  that said deposition was taken at the time and place

8  herein named; that the testimony of said witness was

9  reported by me, a duly certified shorthand reporter and

10 a disinterested person, and was thereafter transcribed

11 under my direction into typewriting.

12     I further certify that I am not of counsel or

13 attorney for either or any of the parties to said

14 deposition, nor in any way interested in the outcome of

15 the cause named in said caption.

16     Dated

17     **JUN 2 9 2007**

18

19     Leslie Rockwood

20     Leslie Rockwood
       Certified Shorthand Reporter
21     State of California
       Certificate No. 3462

22

23

24

25