**Confidential**

# Rebuttal Expert Report of Edward Yourdon

in the matter of Oracle Corporation Securities Litigation

Master File No. C-01-0988-MJJ

**June 22, 2007**

Confidential

# TABLE OF CONTENTS

I       MY ASSIGNMENT IN THIS MATTER...................................................................1

II      QUALIFICATIONS AND EXPERIENCE ...........................................................2

III     SUMMARY OF MY OPINIONS ............................................................................2

IV      RESPONSE TO MR. HILLIARD'S METHODOLOGY ......................................3

    IV.1    MR. HILLIARD'S CONCLUSIONS HAVE NOT BEEN VALIDATED BY ANY DETAILED EXAMINATION OF THE TECHNICAL ASPECTS OF ORACLE'S SUITE 11I PRODUCT.......................................5

    IV.2    MR. HILLIARD RELIES ON EVIDENCE ON WHICH IT PROFESSIONALS WOULD NOT NORMALLY RELY, AND HE DOES SO WITHOUT PUTTING SUCH INFORMATION IN ANY MEANINGFUL CONTEXT.........6

        IV.2.1   Mr. Hilliard Fails To Establish That Alleged Problems Were Caused By Defects In Suite 11i     7

        IV.2.2   Mr. Hilliard Has Performed No Analysis To Determine Whether The Problems Certain Customers Complained Of Were Typical Or Anomalous ................................................ 12

    IV.3    MR. HILLIARD REFERS TO UNIDENTIFIED OR NONEXISTENT "STANDARDS" ............................ 13

        IV.3.1   Mr. Hilliard's Definitions And Explanations Are So Vague, Ambiguous, And/Or Heavily Qualified That They Are Essentially Meaningless................................................................. 14

        IV.3.2   Mr. Hilliard Has Done No Analysis To Determine Whether Oracle's Suite 11i Product Had Substantially More Bugs Than Any Other Comparable Enterprise Software Product In The Marketplace At The Time ................................................................................................ 14

    IV.4    MUCH OF THE EVIDENCE MR. HILLIARD CITES IS INCOMPLETE, INACCURATE, MISLEADING, OR OUT OF CONTEXT ................................................................................................................ 19

        IV.4.1   Mr. Hilliard Misconstrues Various Statements Made By Defendants............................ 19

        IV.4.2   Many Of The Statements Are Demonstrably Incorrect.................................................... 20

V       ALLEGEDLY FALSE STATEMENTS ADDRESSED BY MR. HILLIARD ...................... 21

VI      RESPONSE TO MR. HILLIARD'S OPINION #1 REGARDING PUBLIC REPRESENTATIONS OF THE FUNCTIONALITY OF SUITE 11I.............................................. 22

    VI.1    FUNCTIONAL DEFECTS ............................................................................................................. 22

        VI.1.1   Order Management ........................................................................................................ 26

    VI.2    SUITE 11I'S SUPPORT FOR GLOBAL OPERATIONS ................................................................... 27

    VI.3    RAPID IMPLEMENTATION ........................................................................................................ 35

    VI.4    IMMEDIATE AVAILABILITY ..................................................................................................... 41

    VI.5    SYSTEMS INTEGRATION ........................................................................................................... 45

VII     MR. HILLIARD'S OPINION #2 REGARDING INTEGRATION MISCONSTRUES BOTH THE CONCEPT OF INTEGRATION AND ORACLE'S STATEMENTS REGARDING INTEGRATION................................................................................................................................ 48

    VII.1   HILLIARD'S "INTEGRATION" ANALYSIS IS FLAWED IN SEVERAL CRITICAL RESPECTS............... 48

        VII.1.1   Four Key Issues Regarding Mr. Hilliard's Integration Opinion..................................... 49

        VII.1.2   Mr. Hilliard Does Not Contest That Suite 11i Was Designed To Be Integrated ............. 49

        VII.1.3   Mr. Hilliard's Analysis of Testing Is Flawed As Well .................................................... 50

        VII.1.4   The Hilliard Report Sets An Impossible Standard For Integration That Is Not Accepted By The Industry ................................................................................................................................ 53

        VII.1.5   Oracle's Internal Assessment ....................................................................................... 56

    VII.2   CUSTOMERS' EXPERIENCE ...................................................................................................... 60

VIII    MR. HILLIARD'S OPINION #3 ABOUT POOR QUALITY AND "INFERIOR" PERFORMANCE OF SUITE 11I IS INACCURATE, MISLEADING, AND UNREALISTIC ......... 61

    VIII.1   HILLIARD'S BASIC CLAIM.......................................................................................................... 63

**Confidential**

*VIII.1.1    The Evidence Does Not Support The Conclusion That The Volume Of Complaints Received Was Out Of The Ordinary For ERP/CRM Software* ............................................................. 63

*VIII.1.2    The Hilliard Report Ignores Many Suite 11i Success Stories*........................................... 65

*VIII.1.3    Many Of The Complaints Cited Are From Customers Who Successfully Implemented Suite 11i And Were Satisfied With The Results* ...................................................................... 66

*VIII.1.4    The Problems Cited In The Hilliard Report Are Neither Unexpected Nor Unusual For A Major ERP Release* ....................................................................................................... 73

*VIII.1.5    The Hilliard Report's Reliance On Statements By Persons Without Knowledge Of The Underlying Facts Is Misplaced*......................................................................................... 75

*VIII.1.6    Problems With The Demonstration Product For Suite 11i Are Not Indicative Of Problems With the Software Itself* ................................................................................................. 76

*VIII.1.7    Oracle Had An Appropriate Number Of Live Users* ........................................................ 78

VIII.2    ORACLE'S IMPLEMENTATION..................................................................................... 79

VIII.3    CLAIMS ABOUT PERFORMANCE DEFICIENCIES ......................................................... 83

VIII.4    CLAIMS ABOUT SUPPORT........................................................................................... 85

IX        LOST DEALS .......................................................................................................... 86

X         DISCUSSION OF "SHOWSTOPPERS" RELATING TO HEWLETT PACKARD'S PURCHASE OF ADDITIONAL SUITE 11I CRM LICENSES IN NOVEMBER 2000 ...................... 87

XI        CONCLUSIONS ...................................................................................................... 89

Page 1                                                              **Confidential**

# I       MY ASSIGNMENT IN THIS MATTER

1.      I filed an initial Expert Report in this matter on May 25, 2007. In that Report, I discussed such topics as software development and ERP systems, generally; the development, integration, quality, and success of Oracle's Suite 11i product, specifically; certain statements made by Oracle regarding Suite 11i that Plaintiffs have alleged to be false; and what impact any problems with Suite 11i may have had on deals in Oracle's Q3 FY 2001 forecast or pipeline.

2.      Subsequently, I received and reviewed a Report by Brooks L. Hilliard, who was retained by Plaintiffs to provide opinions regarding the functionality, internal integration, and quality of Oracle's Suite 11i software during the period of December 14, 2000 to March 1, 2001.[1]

3.      Counsel for Oracle has asked me to respond to the issues raised by Mr. Hilliard's Report. Specifically, I will address the following topics in this Rebuttal Report:

   •    The reliability and suitability of Mr. Hilliard's methodology in reaching his opinions, including the manner in which Mr. Hilliard defined terminology used in his Report;

   •    Mr. Hilliard's assertions that Defendants made false statements regarding the functionality of Suite 11i[2];

   •    Mr. Hilliard's assertions that Defendants made false statements regarding the integration of Suite 11i[3]; and

   •    Mr. Hilliard's assertions that Suite 11i was not suitable for "normal commercial use."[4]

4.      I also received and reviewed Reports by D. Paul Regan and Bjorn J. Steinholt. Counsel for Oracle asked me to respond to limited issues in their Reports. Specifically, I will address Mr. Regan's discussion of "showstopper" bugs relating to Hewlett Packard's purchase of certain Suite 11i CRM licenses in November 2000 and portions of Mr. Steinholt's discussion of loss causation.

5.      To the extent that my opinion and conclusions are dependent on depositions, Expert Reports, and other evidence that may be produced after the submission of this Report, I naturally reserve the right to supplement or amend my opinions.

---

[1] *See* Declaration of Brooks L. Hilliard (May 25, 2007) (hereinafter, "Hilliard Report"), at Introduction.

[2] *See* Hilliard Report, at page 4, "Opinion #1."

[3] *Ibid*, at page 4, "Opinion #2."

[4] *Ibid*, at page 4, "Opinion #3."

## II   QUALIFICATIONS AND EXPERIENCE

6.    My qualifications and experience are described in Section I of my May 25, 2007 Report, and have not changed in any material fashion since then.

## III   SUMMARY OF MY OPINIONS

7.    I continue to stand by all opinions discussed in my May 25, 2007 Report.

8.    In addition, as discussed in greater detail in the subsequent sections of this Report, I have reached several other main conclusions:

- Mr. Hilliard's methodology is unreliable, as he does not review or reference any direct evidence of Suite 11i's technical capabilities (*e.g.*, the software itself or the technical specification documents). He instead cites anecdotal evidence of customer complaints, which simply is not the kind of evidence an IT professional would rely on to identify the source of, or remedy to, a problem. In addition, Mr. Hilliard does not utilize any metrics or other comparative data in order to give context to the purported problems that arose with Suite 11i.

- Mr. Hilliard references "standards" without identifying the source of those standards or even comparing Suite 11i to comparable ERP software. Without such baselines, Mr. Hilliard's opinions are meaningless.

- Mr. Hilliard's terminology is vague and ambiguous, particularly his references to "normal commercial use" and "commercial acceptability," concepts that simply cannot be defined given the extraordinarily broad range of customers purchasing Suite 11i and the widely varied needs those customers purchased Suite 11i to fulfill.

- Mr. Hilliard's conclusion that Suite 11i was not suitable for "normal commercial use" and wasn't "commercially acceptable" is flatly inconsistent with the evidence that large numbers of customers successfully implemented Suite 11i during the class period.

- The Hilliard Report omits significant portions of the purportedly false statements made by Oracle; these omissions not only result in a misleading characterization of those statements themselves, but also mischaracterize the understanding shared by experienced IT professionals and the computer marketplace on the whole. When presented completely, the specific statements regarding the Suite 11i product that Mr. Hilliard identified as "false" were, in fact, accurate.

- The Hilliard Report specifically misconstrues Defendants' statements regarding the capability of Suite 11i to "work in every language." The market understood that Oracle's statement that Suite 11i "work[ed] in every language" referred to Suite 11i's ability to receive inputs in every major language via Unicode. Based on this understanding, Defendants' statements were accurate.

**Page 3**                                                                                    **Confidential**

- The Hilliard Report improperly conflates Oracle's demonstration version of Suite 11i with the Suite 11i product itself. The issues Mr. Hilliard identifies regarding the demonstration environment and the demonstration version of the software are not indicative of general problems with Suite 11i.

- The Hilliard Report has taken statements regarding the testing of Suite 11i out of context, and Mr. Hilliard's conclusion that "no integration testing" was performed prior to the initial release of the software is contradicted by the evidence in this case. In addition, any deficiencies in testing are irrelevant to whether the software itself was integrated.

- The evidence cited in the Hilliard Report regarding customer complaints or other issues with Suite 11i is insufficient to support the conclusion that Suite 11i had problems that were unusual or unexpected for new software of its size and complexity.

## IV      RESPONSE TO MR. HILLIARD'S METHODOLOGY

9.    Mr. Hilliard contends that he has used a "rigorous and standardized methodology ... [that] follows all industry-accepted guidelines,"[5] but he does not explain that methodology. Contrary to his assertion, in a number of key respects, Mr. Hilliard's methodology is not only unsupported, but contrary to accepted and typical practices in the software field. As a result, all of Mr. Hilliard's conclusions are undermined by the following methodological failings:

- Mr. Hilliard does not examine any direct evidence about the software he claims to be evaluating, even though a great deal of such material was available. Specifically, Mr. Hilliard did not attempt to operate any portion of the executable software, nor did he examine Suite 11's technical documentation, even though all of that information was available to him for nearly a year.[6]

- Because he dismissed the direct technical evidence available to him, Mr. Hilliard relies entirely on indirect (and largely anecdotal) evidence of Suite 11i's quality and performance; however, no expert in the software field would rely on such material to evaluate the quality or functionality of complex software of any kind, especially ERP software. Many of the complaints made by Oracle customers (and even internal Oracle end-users) can only be characterized as "trouble reports" and do not demonstrate that these problems were actually caused by bugs in Oracle's software rather than other likely causes. Compounding the unreliability and subjectivity of this evidence, Mr. Hilliard has made no effort to determine whether the few complaints he has cited represent a typical customer experience or an

---

[5] Hilliard Report, at Section 3.2.

[6] This is particularly surprising since I understand that the software was produced *so that* Plaintiffs' expert could test it.

**Confidential**

anomaly. Mr. Hilliard also fails to make any effort to compare the relative satisfaction of Suite 11i customers to that of customers of Oracle's previous ERP offerings or customers of the ERP offerings made by other vendors.

- Mr. Hilliard's conclusions are not based on any defensible metric or standard:

  - The definitions of technical terms and explanations of analyses provided by Mr. Hilliard is couched in language so vague and ambiguous, and/or so heavily qualified, as to be essentially meaningless;

  - Mr. Hilliard refers to "standards" that he does not identify and, to the best of my knowledge, do not exist; and

  - *If* Mr. Hilliard were to use typical ERP implementations as his "standard" – assuming it were possible to describe a "typical" implementation, given the complexity of the software and the diversity of the market for ERP software – he still has not performed any analysis to determine whether Oracle's Suite 11i product had substantially more bugs than any other comparable enterprise software product in the marketplace at the time. Absent such a baseline, his conclusions about product quality are also meaningless. In fact, it follows from Mr. Hilliard's analysis that Suite 11i could be considered lacking in functionality and not "commercially acceptable" *even if it were the best performing software of its kind in the market.*

- Many of the propositions upon which Mr. Hilliard bases his conclusions are demonstrably incorrect:

  - Many of the statements attributed to Oracle employees (including the named Defendants in this case) are incomplete, inaccurate, misleading, and/or taken out of context. When considered in context, it is plain that Mr. Hilliard's understanding of them is unsupportable; and

  - Other factual assumptions on which Mr. Hilliard relies are simply not true – and he offers no basis to support them. For instance, Mr. Hilliard appears to base his claim that Oracle's Suite 11i product was not "available" on the assertion that "the software fails every time a customer receives delivery and tries to implement some normal type of function." This factual presumption is plainly false; Mr. Hilliard's reliance on it, as well as a number of other presumptions made in his report, undermines his conclusions at the most basic level.

**Confidential**

### IV.1 Mr. Hilliard's Conclusions Have Not Been Validated By Any Detailed Examination Of The Technical Aspects Of Oracle's Suite 11i Product

10.     The essence of Mr. Hilliard's Report is an analysis and critique of Oracle's Suite 11i Enterprise Resource Planning (ERP) product – yet he does not attempt to support his analysis and critique with any examination of the technical aspects of Oracle's Suite 11i product – nor for that matter, a technical analysis of *any* other software product of a comparable nature.

11.     In Section 3.1 of Mr. Hilliard's Report, he acknowledges that he has access to a copy of the actual Oracle Suite 11i software for versions 11i.1 through 11i.3. In spite of this, he "elected not to attempt to install and test the software because [he] determined that such a test would not be practical and would have no significant value in reaching [his] opinions."[7] Mr. Hilliard's explanation for why he chose not to install the software is not persuasive, particularly as he bases his opinion regarding the software on its performance. It is nonsensical to suggest that firsthand observation of the software's performance would have "no significant value" over hearsay communications between vendor and customer about isolated instances of performance. In addition, Mr. Hilliard was retained by Plaintiffs' Counsel more than a year before his Report was produced,[8] ample time to install the software or to seek help from someone more technologically savvy. While such an installation might have proved difficult or time-consuming for Mr. Hilliard, I see no reason why Plaintiffs could not have provided additional technical experts and/or any other resources required to fully inform his opinions – particularly given the importance of having a technical understanding of the software before opining on its design and functionality. Mr. Hilliard's apparently made no effort to contact any customer who operated versions 11i.1 through 11i.3 of Oracle's ERP product discuss their experiences.

12.     Mr. Hilliard's analyses and conclusions about Oracle's Suite 11i product are based on nothing more than emails and witnesses' memories of complex installations carried out more than five years earlier. Even though the software is admittedly available to Mr. Hilliard and in use around the world, he can provide no independent corroboration for his opinions based on firsthand experience with the product.

13.     Also, regardless of whether he *installed* and *operated* the Suite 11i software, Mr. Hilliard shows no evidence in his Report of having examined, analyzed, or drawn conclusions from the technical design documents associated with Suite 11i, which also were produced as evidence in the case and therefore made available to him. In particular, the technical design documents included extensive and detailed documentation about the *data model* for Suite 11i. Since Suite 11i's single data model represented one of the primary ways in which the software was integrated,

---

[7] Hilliard Report, at Section 3.1, page 6.

[8] *Ibid*, at "Introduction."

**Confidential**

Mr. Hilliard might have referenced the design documents to offer specific comments about the weaknesses or deficiencies he alleges to have existed with regard to the *integration* of components with Suite 11i.

14.     Even more fundamental than the data model, which provides the underlying foundation for the integration in Oracle's Suite 11i, Mr. Hilliard's failure to review the technical documentation for Suite 11i makes it impossible for him to render any valid opinions about the presence or absence of *bugs* in the resulting product. After all, the difference between a TAR and a bug is, fundamentally: (a) a TAR is a customer's request for technical assistance for any reason; and (b) a "bug" is when the Suite 11i software does not function *in the manner described in Oracle's technical documentation for the product*. Since Mr. Hilliard acknowledges that he hasn't read the documents that describe how the software is *supposed* to work, he really doesn't know whether any customer-reported problem is actually a "bug." At best, he knows that someone else has described some aspect of Suite 11's behavior as a bug, but as will be discussed in detail below, there is considerable testimony in this case to show that customers commonly refer to such behaviors as "bugs" when they are ultimately something else entirely.

15.     Indeed, anyone can speculate about problems with Suite 11i's technical features based on whatever stories they may have heard from others; Plaintiffs' attorneys have already done so in their Complaint. The onus on a technical expert – such as Mr. Hilliard – is instead to investigate and explicate the technical aspects of Oracle's Suite 11i, including the software itself (or at least its underlying technical documentation), and to offer specific commentary, analysis, and conclusions based on such investigation. Mr. Hilliard has failed to do that. This failure is particularly troubling because, as discussed more fully below, much of the material that Mr. Hilliard relies on instead is inherently unreliable for the very purposes for which he uses it.

**IV.2   Mr. Hilliard Relies On Evidence On Which IT Professionals Would Not Normally Rely, And He Does So Without Putting Such Information In Any Meaningful Context**

16.     Since Mr. Hilliard does not rely on direct evidence of the software and its capabilities, he instead cites anecdotal evidence from customers and Oracle employees regarding their experiences with Suite 11i. This is not the kind of information technical professionals would rely on in making determinations about the design, capabilities, or functionality of software. A customer complaint normally does not provide enough information to draw conclusions whether the problem can even be replicated, let alone whether it was caused by a bug in the software or any number of other issues, such as user error, hardware limitations, customer requests for enhancements, or incorrect configurations. *Thus, this evidence does not provide a meaningful assessment of problems with Suite 11i itself.* In addition, Mr. Hilliard does not put this evidence in context, such as by exploring whether the complaints were actually typical of Suite 11i customers rather than isolated occurrences, or somehow different from normal bumps in the

road for such large-scale implementations of complex software. Ultimately, this amounts to an inherently unreliable basis for his technical conclusions about Suite 11i.

### IV.2.1  Mr. Hilliard Fails To Establish That Alleged Problems Were Caused By Defects In Suite 11i

17.    In my May 25, 2007 Report, I noted that many problems observed by end-users and non-technical personnel in a large computer system may be misconstrued as software "bugs" and reported as such, and that those who make such observations may be sincerely convinced that they *are* software bugs; however, when subsequently analyzed by experienced programmers, testers, and other QA personnel, those "problems" are often discovered to be something *other* than software bugs.[9]

18.    Sometimes, the problem is caused by incorrect data entry or operational behavior by the end-user, even though he or she doesn't recognize those errors. Sometimes *that* behavior is caused by inadequate training, or because a new system exhibits traits different from an old system, with which the end-user was familiar. The problem may eventually be traced to hardware issues, third-party software problems (*e.g.*, problems with the Unix or Windows operating system), network errors, configuration errors (*e.g.,* the Suite 11i software may have been improperly configured and installed by consultants or systems integrators), or corrupt "legacy" data that was imported into the new system.

19.    This "fact of life" often comes as a surprise to non-technical personnel. Nevertheless, the evidence in this case clearly demonstrates that Oracle's QA and technical support department found that less than one-third of all "trouble reports" from customers and end-users were actually associated with software bugs.[10] Mr. Hilliard presumably had access to that evidence; even aside from the specifics of

---

[9] In footnote 75, Mr. Hilliard admits that Technical Assistance Requests (TARs) at Oracle were not created just for bugs or defects in the code of Oracle's software products (Hilliard Report, at page 39) ("[N]ot every "TAR" is related to an underlying software defect."). Indeed, Ron Wohl testified that "the significant majority of TAR reports did not result in bugs." Deposition of Ron Wohl (March 23, 2006), at 141:21-23). Despite all of this, Mr. Hilliard confuses the concept of a TAR throughout his Report, assuming that a TAR necessarily indicated some defect in Suite 11i's code. For instance, Mr. Hilliard describes one "customer with particularly severe Order Management defects," and then cites for support a letter from that customer reporting, "100 TARs have been logged, and most of them OM related" (Hilliard Report, at pages 35-36). But as Mr. Hilliard just acknowledged, TARs are not necessarily defects in the Suite 11i code, and in fact are more likely to be some other issue. *See, e.g.*, Deposition of Ron Wohl (March 23, 2006), at 142:7-14 (In explaining the cause of most TARs, Mr. Wohl testified that "they could be misunderstandings, they could be configuration issues. Same kind of things we went over before. It could be that the support analyst had not uncovered enough detail behind the issue, and that the individual developer looking at it in more detail, you know, one studying the problem at a greater level of depth was able to uncover a more correct nature of the problem.").

[10] May 25, 2007 Report, at Section X.1.2; *see also* Deposition of Richard Sellers (February 28, 2006), at 38:3-15; *see also* Deposition of Kirsten Shaw (September 19, 2006), at 239:3-7.

**Confidential**

this case, Mr. Hilliard's previous experience with large, complex ERP installations (which, according to his Report, included litigation-support activities involving ERP products from SAP, PeopleSoft, and J.D. Edwards) should have been sufficient to remind him that a customer's complaints about software bugs are often inaccurate or exaggerated.

20.   In a similar fashion, Mr. Hilliard refers to "patches" and "fixes" in his Report, making a strong implication that any such modifications were necessitated by bugs in the existing software. As the evidence and deposition testimony in this case clearly indicate – and as Mr. Hilliard must surely know, based on his background and experience in the software field – there are *many* reasons for making "patches" and "fixes" to existing software. Such modifications may reflect new or enhanced functionality; in other cases, they may reflect alterations mandated by changing laws or regulatory requirements. In still other cases, they may reflect changes necessitated by new versions of hardware or third-party software (*e.g.*, new versions of Microsoft Windows operating systems); or they may reflect changes to improve the performance of existing software, even in the absence of complaints or requests from customers. And, yes, some of the patches and fixes may be necessitated by bugs encountered after the product is released; but customers and industry analysts do not always distinguish between these many different forms and origins of patches and fixes.[11]

21.   As several witnesses have testified in this case, and as experienced software professionals well know, a "trouble report," or "customer complaint" – known as a "Technical Assistance Request," or TAR, in Oracle's parlance – is nothing more than an indication that a customer (or, perhaps, a consultant, or an Oracle representative in the field) has encountered a problem that he or she is unable to solve on his or her own.[12]

22.   In the highly charged atmosphere of an ERP implementation, a non-technical customer may well assume that *every* TAR is associated with a bug in the vendor's software – but a surprising number of the TARs are resolved by referring the customer to the appropriate user manual, in order to use the system in the proper manner, or by informing the customer that the problem had *already* been fixed, with an available patch that the customer could download and install. In some cases, the TAR may refer to a problem that had already been reported by some other customer; so the "new" TAR is simply cross-referenced to the "old" TAR.

23.   As Donald Klaiss testified[13]:

> Q. Okay. And just to make the record clear, I referred to "TARs," but what's your understanding of a TAR?

---

[11] May 25, 2007 Report, at V.2.4.

[12] This point was also discussed in paragraph 190 of my May 25, 2007 Report.

[13] Deposition of Donald Klaiss (June 20, 2006), at 228:1-6.

> A. A TAR is a - that's important to get that defined. So it's a - it's an issue raised from a customer to the support organization. It - these issues can include questions about the software that they would like to have answers, questions on how to set it up. It could include, you know, documentation issues. It could include software defects. And it can include requests for enhancements in the software. So it includes all those different categories.

24.   Other problems *do* require further investigation and analysis, and the TAR system is merely a way for Oracle's support and QA personnel to keep track of the ongoing investigation and resolution of the problems. As Joel Summers testified:[14]

> Q. Okay. Now, are you familiar with the term or acronym TAR as it's used at Oracle?
>
> A. Yes, I am.
>
> Q. And what is a TAR?
>
> A. A TAR is a technical assistance request, that's what it stands for, and it is a - it is - it is when an external customer has any question, query, concern, incident, they log a TAR.
>
> Q. Okay.
>
> A. In other words, I have seen TARs that say when's the next users conference.
>
> Q. And how does a customer log a TAR?
>
> A. Either - okay, again, indirectly by calling customer support, a customer support representative would take the information from the customer and key in that information, okay.
>
> Q. And key it into what?
>
> A. Into the TAR tracking system. Again, I don't know the name of it, per se.
>
> Q. Okay. All right, and could customers access that TAR tracking system on their own as well?
>
> A. There was a period of time when Oracle put out - and I don't know the date, when Oracle put out a direct customer access to the TAR system so that a customer could log a TAR interactively versus call a support person and/or review the status.
>
> Q. And did you have access to the TAR tracking system used at Oracle?
>
> A. I could have access to it, sure.

---

[14] Deposition of Joel Summers (March 21, 2006), at 121:25 – 123:13.

**Confidential**

> Q. Did all Oracle employees have access to that tracking system?
>
> A. I have no idea.
>
> Q. Okay. Did individuals at your management level have access to the TAR tracking system?
>
> A. Yes.
>
> Q. And what about individuals who were above you in the hierarchy like Ron Wohl and Larry Ellison?
>
> A. Speculation. I assume that Ron could - but, yeah.

25.    In some cases, the Oracle personnel may find that the customer-reported problem cannot be replicated within Oracle's environment, and thus can't be pursued in any methodical fashion. In other cases, the ongoing analysis may eventually prove that the problem was caused by defective hardware, "noisy" telecommunications networks, incorrect configuration, "corrupted" data imported into the system from a legacy database, buggy interfaces with other "best-of-breed" components with which the system was interfaced, or other such causes.

26.    If these other causes are eliminated – *i.e.*, if it appears that the customer's problem was actually caused by a software problem in Suite 11i itself – then the TAR is assigned to the appropriate development group within the ERP or CRM organizations for further analysis and resolution. From the perspective of the development group, the TAR is simply a "tracking number" that functions as the developer's work queue, and does not reflect judgment of what caused the reported issue. As Joel Summer testified in his deposition:[15]

> Q. Okay. And where would you look at Oracle to find out if those critical fixes and changes in code did occur?
>
> A. Okay, so what I would look at is this - probably the best place to look is within the customer support system, okay.
>
> I talked earlier about the TAR, incident tracking system, that TARs would be issued by the customers, technical assistance requests would be issued by the customers. Some of those would be general questions, some of those would potentially point to implementation issues, some of them configuration issues, and some of them could point to software bugs.
>
> Q. Okay.
>
> A. And if a bug number was assigned, that doesn't necessarily mean it was a bug. That meant that somebody in support felt it was a bug, okay.

---

[15] Deposition of Joel Summers (March 21, 2006), at 240:4 – 241:1.

**Confidential**

```
Our development organization would then get the -
understand the bugs, would research those, would say,
yeah, this is a bug, no, it is not a bug, it's a
implementation or a configuration issue. Go back and
tell the customer to set this flag or set that if it
is an implementation issue.
```

27.   Thus, TARs, by themselves, are not reliable diagnostic tools; software experts and experienced testing/QA personnel in the software field understand that they cannot rely on them as credible evidence of "trouble" with the quality or functionality of the software at issue. They may use this information to confirm there had been trouble, but no credible technical consultant would rely on such evidence to establish the true *nature* of a problem.

28.   It is troubling that Mr. Hilliard would place such great emphasis on TARs and critical emails from customers without seeking some form of independent corroboration of the technical issues involved. Taking into consideration the politics and financial negotiations that may have surfaced in communications between Oracle and its customers, the customer complaints about bugs and missing and/or non-working features cannot be accepted as accurate and relevant commentary unless they have been confirmed by some technically credible authority (*e.g.*, Oracle's technical support or QA department).

29.   By refusing to address this issue in a forthright and accurate manner, Mr. Hilliard encourages non-technical readers of his Report to assume that *all* problems, complaints, and "trouble reports" – as well as "patches" and "fixes" – did, in fact, represent actual bugs in the Suite 11i software. This is an inexcusable oversight for a software professional. In any event, it is not consistent with common practice in the software field.

30.   Experienced IT professionals and software experts know, for example, that there are well-established methodologies and procedures for analyzing customer-reported problems, determining whether they are capable of replication,[16] and then trouble-shooting the cause of the problem. Virtually every large software-product company – from IBM to Microsoft, and from Apple to Oracle (and SAP, and Baan, and PeopleSoft, and J.D. Edwards) – has a detailed, formal methodology for analyzing and investigating the causes of problems reported through a TAR mechanism.

---

[16] This can involve such subtle issues as "heisenbugs" – *i.e.,* bugs whose visible manifestations vanish when debugging tools are used, because (in a fashion analogous to the Heisenberg Uncertainty Principle), the act of *observing* the software system (*via* debugging tools) changes the *behavior* of the system. For more details about heisenbugs, *see* <http://en.wikipedia.org/wiki/Heisenbug#Heisenbugs>, last visited on June 19, 2007 at 10:30 AM.

**Confidential**

### IV.2.2  Mr. Hilliard Has Performed No Analysis To Determine Whether The Problems Certain Customers Complained Of Were Typical Or Anomalous

31.   By presenting only an analysis and set of conclusions based on the comments and complaints of a few Oracle customers, Mr. Hilliard implies that these comments and complaints represent the opinions and experiences of *all* users.

32.   In fact, several witnesses – including confidential witnesses[17] – have testified that Oracle 11i was no buggier than any other comparable software, and that customers encountered no more than the usual number of problems.[18]  More importantly, there are a large number of "silent" customers – silent, in any case, with regard to this dispute – who may have experienced occasional problems, and who may have registered occasional complaints to their sales or service representatives, but who successfully implemented Suite 11i to run some or all of their business.

33.   The evidence in this case shows that, during most (if not all) of the "Class Period," only a fraction of the thousands of Suite 11i installations underway were "escalated" customers receiving special attention.[19]  In any case, Mr. Hilliard has made no attempt to analyze the ratio of "happy" to "unhappy" customers; nor has he provided any objective evidence to credibly claim that Suite 11i resulted in more unhappy customers than did Oracle's earlier ERP products[20]; nor does he analyze the ratio of "happy" to "unhappy" customers with comparable ERP products developed by Oracle's competitors.

34.   Even with reasonably reliable and familiar appliances, there will always be those who complain about their dishwasher, complain about their television, complain about their cell-phone, and complain about their MP3 music player. With more complex and sophisticated products and systems, there are that many more opportunities to complain; and when those products and systems must be

---

[17] It is noteworthy that Mr. Hilliard did not cite any of Plaintiffs' confidential witnesses to support his opinions, despite the fact that 35 of the 49 confidential witnesses testified regarding Suite 11i.

[18] *See*, for example, Deposition Transcript of Lawrence Grace (August 14, 2006), at 60:16 - 61:14 ("Just about every piece of software that I've ever worked with at Oracle or any other software company at one point in time has errors – has software errors....I don't think it had any more than any other products that I've worked with before, but, yes, obviously, you know, all of these have bugs in them, problems that need to be resolved.").

[19] *Compare, e.g.,* May 29, 2001 Escalated Customer Management Report (NDCA-ORCL 121581-610) (showing approximately 130 escalated customers, 32 of which are listed as "cool," meaning any severe, outstanding implementation issues have been resolved) with *Oracle: The State of E-Business is Strong,* Oracle Press Release, February 20, 2001 (NDCA-ORCL 102009-12), at 102009 (stating that 2,500 Oracle customers were implementing Suite 11i). *See also* Jeff Henley FY 2001 Review Presentation, June 2001 (JPM 00691-701), at 00699 (showing more than 3,500 customers implementing Suite 11i).

[20] In fact, evidence in this case indicates that customers – including ViewSonic – were happier with Suite 11i than previous Oracle ERP releases. *See* Key Customer Profiles (NDCA-ORCL 068725-977), at 068761 ("I've had experience with Oracle implementations including 10.6, 10.7, 11.0, 11.03 and now 11i. In my experience, this was the smoothest and most bug-free implementation I have done. Our Superusers agree.' - Robert Moon, VP Information Services, ViewSonic.").

**Confidential**

integrated with a customer's existing "legacy" environment, the opportunities become greater, still. The question Mr. Hilliard has not answered, in any specific and/or quantifiable fashion, is whether there were substantially more complaints made about Suite 11i than there were made about other comparable products.

35.   As described more fully below, talk of customer satisfaction is particularly meaningless when not combined with reliable comparative information because, rightly or wrongly, customers of large complex software have historically had high rates of dissatisfaction with these products.[21] Sometimes this is because of the software, but often is it the result of unrealistic or even internally inconsistent expectations from the customers.

36.   As I discussed in paragraph 93 of my May 25, 2007 Report, a single customer experiencing problems with a particular component or module of a large software system doesn't necessarily mean that *all* customers will experience the same problems, particularly given the breadth and diversity of Oracle's customer base.[22] Even if the problems *are* caused by a vendor software bug, the circumstances that "exposed" that bug – *i.e.,* the unique combination of hardware, third-party software, and operational data – may not occur in any other customer environment. Thus, even if one assumes that a problem reported by GE was a problem with Oracle's Suite 11i software (a conclusion which cannot be credibly drawn from the evidence cited by Mr. Hilliard), that does not mean any other customer would have trouble executing the very same function in their own environment.

## IV.3  Mr. Hilliard Refers To Unidentified Or Nonexistent "Standards"

37.   Throughout his Report, Mr. Hilliard refers to *standards*, usually as the basis for an assertion that Oracle failed to follow or adhere to a particular criterion; however, his argument reflects a sloppy application of the term and concept of "standards." Standards are developed, published, promulgated, and sometimes enforced by either government agencies, regulatory bodies, or professional scientific/engineering organizations. In the United States, for example, standards are created and enforced by such diverse agencies as the FAA, FDA, FDIC, FTC, SEC, and NRC. In the computer field, standards are created and published by such

---

[21] Even when reliably compared it is not a useful measure of the technical quality or functionality of the product. Many technically elegant products have failed to satisfy customers and many technically inferior products have succeeded with and satisfied customers. This is yet another reason why "customer satisfaction" (even if defined more meaningfully and rigorously than Mr. Hilliard has attempted here) is not a useful measure of product quality in this context.

[22] *See* Deposition of Ron Wohl (March 23, 2006) at 134:1-11 ("You know, you can have two different customers using the same products, that because they have configured the products differently, one of them will think the software runs perfectly and there are no problems whatsoever, another one of them could hit some bug that they consider an egregious bug.... There is a near infinite number of configurations, so it's not possible to test every possible permutation of the software."); Deposition of Mark Barrenechea (July 11, 2006), at 262:7-11 ("We're talking about a piece of software now that is automating everything from the world's most successful software company, to DSL, to self-service pizza orders in one software package.").

**Confidential**

organizations as the International Standards Organization (ISO), and the Institute of Electrical and Electronic Engineers (IEEE).

38.   If Mr. Hilliard means to claim that Oracle should have followed a particular standard during the development, marketing, installation, and/or support of its Suite 11i software, there is an obligation to *cite* the standard, and demonstrate why and how it is applicable to the situation being discussed. Mr. Hilliard has not done that.

39.   None of these well-known and widely-accepted notions of "standards" applies to the references Mr. Hilliard makes to "standards" in his Report. Rather, his Report refers to *common practice* in the computer field, or what he refers to as "industry accepted guidelines," regarding such issues as testing, integration, bugs, *etc.* Following "common practice" or "industry accepted guidelines" for certain activities and development processes in the software field may or may not be a good idea; and following "best practices" (a notion also described in only the vaguest of terms by Mr. Hilliard) may also be a good idea – but is rarely a *requirement* for a vendor. Indeed, Mr. Hilliard doesn't even provide any credible information about *how common* these "common practices" are, or what authority determined that certain software development practices have been named as "best practices." Mr. Hilliard's qualifications do not appear to reference any experience with implementations of ERP software in the last twenty years.

**IV.3.1   Mr. Hilliard's Definitions And Explanations Are So Vague, Ambiguous, And/Or Heavily Qualified That They Are Essentially Meaningless**

40.   Mr. Hilliard professes to be a technical expert, with considerable experience in the field of computer software; thus, his definitions, analyses and opinions should be technically precise and unambiguous. In many cases, they are not. For instance, as described below, his definitions of "commercial quality" and "integration" are vague – and if consistently applied as he does here, would exclude nearly all commercial software of any size that claims either to be integrated or of commercial quality.

**IV.3.2   Mr. Hilliard Has Done No Analysis To Determine Whether Oracle's Suite 11i Product Had Substantially More Bugs Than Any Other Comparable Enterprise Software Product In The Marketplace At The Time**

41.   If Mr. Hilliard meant to demonstrate that Oracle's actions were contrary to "standards" comprised of the expectations of either vendors or customers in the software industry, he could have drawn comparisons to the number of bugs in Oracle's Suite 11i product, versus the number of bugs in comparable products from such vendors as SAP, PeopleSoft, J.D. Edwards, and Baan. He has not done so; indeed, he has not even compared the number of Oracle bugs with industry figures (*e.g.,* figures available from sources such as *Estimating Software Costs,*

**Confidential**

cited in my May 25, 2007 Report[23]), or with figures from Oracle's *previous* ERP product (*i.e.*, version 10.7 of its software).

42.   Instead, Mr. Hilliard has provided a flawed and misleading analysis of the TARs and bugs in Suite 11i at a particular point in time, and uses it to draw the conclusion that "the quality of the Oracle 11*i* E-Business Suite ... never achieved minimally acceptable standards for commercial business software."[24] Aside from the fact that the analysis does not compare Suite 11i to other comparable ERP products, or previous Oracle products, the evidence supports the conclusion that Suite 11i's quality was high. For example:

- Mr. Hilliard claims that, as of June 2001, Suite 11i was experiencing an average of 54 bugs per customer, by dividing 19,000 bugs by 352 customers.[25] The basis of this calculation is incorrect, however. Mr. Hilliard is obviously basing his calculation on *live* customers, whereas TARs were submitted by *all* customers who were in the process of implementing Suite 11i, *or* actually operating Suite 11i in a production environment. The same document cited by Mr. Hilliard for his calculation states "Over 3,500 Customers are currently implementing 11i"[26]; and that figure is supported by a presentation by Oracle's CFO, Jeff Henley.[27]

- Also, Mr. Hilliard's calculation of 19,000 bugs is based on a June 8, 2001 email message from Oracle's Charles Kendig that states, *inter alia*, that "60,225 ERP TARs have been logged," and "32% of TARs are bugged."[28] Assuming that the figures cited by Mr. Kendig are accurate, the phrase "32% of TARs are bugged" does not mean that 32% of the TARs *are* software bugs; it simply means that they have been forwarded on to the appropriate development group as *potential* bugs. Subsequent analysis by the development group typically eliminated several of these TARs as duplicates, or as situations where Suite 11i's behavior and functionality was correct, even though the customer objected to it – *e.g.*, situations where the customer might have said, "I don't care what the Oracle manual says; I think the software *should* be doing X, Y, and Z." This scenario was addressed in Greg Seiden's deposition[29]:

  > Q. Sure. What other types of things would be logged in the bug database?

---

[23] *See* Capers Jones, *Estimating Software Costs: Bringing Realism to Estimating* (Second Edition, McGraw-Hill, 2007), page 151.

[24] Hilliard Report, at page 109.

[25] *Ibid*, at page 108, footnote 241.

[26] *Ibid*.

[27] *See* Jeff Henley FY 2001 Review Presentation, June 2001 (JPM 00691-701), at 00699 (showing more than 3,500 customers implementing 11i).

[28] *See* NDCA-ORCL 121507.

[29] Deposition of Greg Seiden (May 16, 2006) at 87:3-24.

**Confidential**

> A. As I said, it becomes sort of a work queue for the development team, so there might be a request in the bug database to refresh a database or to - to add a new enhancement, a new feature to the product.
>
> Also, even of the bugs that are logged, they aren't necessarily code defects. Basically it's just a request for development to get involved. So a large percentage of what gets logged in the bug database gets closed out to a status that says that it's not a bug.
>
> (Interruption)
>
> THE WITNESS: I'm sorry. A large percentage of what gets entered into the bug database turns out to not be a code defect and not result in a code fix.

- And the same concept was confirmed in Cliff Godwin's deposition[30]:

> Q What is the - what do the various status applied to the bugs mean? And by that I'm referring to for example 10, 11, 30, 40?
>
> ...
>
> A Status 11 means that the bug is open to development, meaning that the - generally that means that the bug is sufficiently well characterized to be worked on by the people that actually own the code in that area. Status 13 is generally a documentation issue that is open to a writing group to improve the documentation. Status 40 means that this particular bug is waiting for the resolution of another underlying bug.
>
> ...
>
> Q So were status 11 bugs viewed as product defects?
>
> A Status 11 bugs were open to the development team to work on with the view that they might be product defects. They - ultimately status 11 bugs can be resolved by turning out to be a configuration issue, some issue in another area, not a bug at all, because there is some misuse of the software or the feature, something like that. So status 11 just means it's open to development to work on.

- It also was addressed in the Mary Ann Anthony's deposition[31]:

> Q. The first bullet point you write, "Consulting expressed concern that 68 percent of OM TARs are bugged." Is that Order Management TARs?

---

[30] Deposition of Cliff Godwin, 278:7 – 280:6.

[31] Deposition of Mary Ann Anthony, 136:10-20.

**Confidential**

> A. That's correct.
>
> Q. And do you know why Consulting expressed a concern about that?
>
> A. Uhm, don't remember. I could speculate that just a percentage – the percentage of Order Management TARs had bugs that Development had to look at. But, again, that could have been just things that Development needed to review that might not have been an error in the software.

- Ron Wohl also testified that not all "bugged TARs" actually do represent bugs in the software:[32]

> Q. What does it mean when a TAR is bugged? Do you know what that means?
>
> A. I believe what it means is – the TAR is the technical assistance request, is judged or determined by a support analyst to be a likely product defect, and that that support analyst then logged a bug report.
>
> Q. Okay. So a TAR doesn't always mean a bug?
>
> A. That's correct.

- Even if all 19,000 "bugged TARs" *were* software bugs, this would mean that the 3,500 "active" Suite 11i customers had encountered an average of 5.4 bugs as of May 19, 2001 (the date cited in Mr. Kendig's email).[33] By itself, this figure does not allow us to draw any meaningful conclusions about Suite 11i's quality; among other things, we have no way of knowing how many of these 5.4 bugs per customer were high-severity P1 or P2 bugs, and how many were less-severe P3 or P4 bugs.

- Based on Mr. Kendig's June 8, 2001 email, Mr. Hilliard claims that "1,300 new TARs per week is more than three and a half times as high as the average for the year."[34] A footnote attached to this sentence states that "19,000 bugs divided by 52 weeks is approximately 365 bugs per week,

---

[32] Deposition of Ron Wohl (March 23, 2006), at 267:14-268:6.

[33] This is close to, and consistent with, the bugs-per-customer figure presented to Alcoa Corporation in a "Quality Overview" presentation on February 21, 2002 (NDCA-ORCL 118225-239, at 118228), which also showed that the "bug rate" had stabilized at approximately three bugs per customer in the fall of 2001. It is also consistent with a PowerPoint slide titled "E-Business Suite 11*i* Bugs per Customer Declining," contained within a presentation titled "Oracle-business" (NDCA-ORCL 073396-458, at 073397), which showed that that the number of bugs per customer declined from 8.3 in Suite 11i.3 to 5.2 in 11i.4.

[34] Hilliard Report, at page 108.

compared to more than 1,280 bugs per week in May 2001."[35] What Mr. Hilliard fails to incorporate into his explanation is that *far* more Oracle customers were actively involved in implementing Suite 11i in May 2001 than had been the case for an "average" week throughout the one-year period from May 2000 to May 2001.[36] So, *of course* there would be more TARs logged, especially during this first year of Suite 11i's use in the marketplace.

43.     Finally, it should be noted that even if Mr. Hilliard's calculations were all reasonably accurate, and all 19,000 "bugged TARs" really were software defects, this number pales in comparison to the industry-wide ERP defect figures reported by Capers Jones: at first deployment of a typical ERP product, as many as 150,000 defects would still be present, of which 1,000 would be high-severity defects, 20,000 would be medium-severity defects, and 129,000 would be low-severity defects. Unless Mr. Hilliard is trying to suggest that *no* ERP product is of "commercial quality," it would seem that he should be praising Oracle's quality, not criticizing it.[37]

44.     Mr. Hilliard, while opining on Suite 11i's quality (and he repeatedly makes this same point when he discusses "functional defects," "integration," "availability," and "commercially acceptable"), always discusses the errors in a vacuum, without addressing the fact that all commercially available software has bugs, or attempting to compare Suite 11i to other large, complex software and ERP systems. Absent an analysis of the true frequency of errors in Suite 11i, and absent a meaningful comparison to other ERP offerings, there is no way of knowing whether Suite 11i was better, worse, or the same as other offerings, much less whether it was so far grossly divergent that it could be viewed as commercially "unacceptable."

45.     While both vendors and users would prefer as few defects as practicable, Oracle's situation was by no means unique. Bugs are not only an unavoidable consequence of the complexity of today's software systems – they are also part of a deliberate trade-off that all software product vendors must make between schedule (*i.e., time*

---

[35] Though not stated explicitly, it appears that Mr. Hilliard calculated his figure of "1,280 bugs per week in May 2001" by multiplying the 4,000 TARs that were being generated in May 2001 by the figure of 32% of TARs that were "bugged." As explained above, this is inaccurate: not all "bugged TARs" *are* bugs.

[36] A rough idea of the growth in implementation activity can be obtained by observing the growth of "live" customers, discussed in paragraph 113, below.

[37] After all, as discussed at length in my May 25, 2007 Report, *all* commercially available software has bugs. There may be isolated exceptions, in the case of "safety-critical" systems such missile-guidance systems, and flight control systems, where the customer is willing to spend substantially greater amounts of time and money to ensure the absence, or near-absence, of bugs. But even the FAA's air-traffic control system, which has been operational for decades, and which is subjected to rigorous testing and QA processes, occasionally has problems. *See, e.g.*, "LaGuardia, JFK passengers stranded for hours after FAA glitch," *Newsday.com*, June 8, 2007, at <http://www.newsday.com/news/local/wire/ newyork/ny-bc-ny–flightdelays-metr0608jun08,0,5846682.story?coll=ny-region-apnewyork>, visited June 9, 2007 at 11:00 AM.

to market), functionality (*i.e.,* the "features" and functions built into the product), and quality (which includes not only bugs, but also flexibility, portability, maintainability, user-friendliness, and other characteristics). Given the same set of data about the status of a software development effort for a new product, different executives and product managers will make different decisions about how best to balance those trade-offs. With the benefit of 20-20 hindsight, even the *same* executives will acknowledge that they could have, and perhaps should have, struck a different balance.

46.     Oracle's executives are on record as having acknowledged that they wished they had conducted more testing before releasing Suite 11i – but that doesn't mean their initial decision, based on data available to them at the time, was wrong. It certainly doesn't suggest that good-faith trade-off decisions were made with specific awareness of, and conscious indifference to the consequences of those decisions. And their hindsight beliefs that more could have been done to eliminate bugs certainly does not amount to the violation of any "standard."[38]

## IV.4   Much Of The Evidence Mr. Hilliard Cites Is Incomplete, Inaccurate, Misleading, Or Out Of Context

### IV.4.1   Mr. Hilliard Misconstrues Various Statements Made By Defendants

47.     In my May 25, 2007 Report, I noted that several statements made by Plaintiffs in their Complaint were incomplete, inaccurate, misleading, or out of context. For example, as discussed below at paragraph 128, Mr. Hilliard's discussion of Edward Sanderson's comments regarding integration at a February 2001 investor conference at Goldman Sachs fails to explain that his comments compare the integration of Suite 11i to that of best-of-breed alternatives – and that he uses an ellipsis to stand in place of *three pages of commentary* in which Mr. Sanderson discusses best-of-breed alternatives and compares Suite 11i to them. [39]

48.     Similarly, Mr. Hilliard takes Mr. Sanderson's statement regarding Release 3 of Suite 11i unfairly out of context.[40] Mr. Hilliard completely changes the meaning of the statement to suggest that Mr. Sanderson admitted that Oracle's third release of 11i was the first "integrated" release and that it was a significant challenge to make 11i.3 integrated as compared to the previous releases.[41] Mr. Sanderson's actual

---

[38] Deposition of Ronald Wohl (March 23, 2006) at 116:2-7 ("Clearly we learned a lot through the experience, and our testing methodologies got a lot more sophisticated, a lot more – a lot more controlled. And we in retrospect obviously would have liked to have had that full degree of knowledge and discipline earlier in the cycle.").

[39] Hilliard Report, at pages 13-14 (*citing* NDCA-ORCL 03286-92).

[40] Hilliard Report, at page 26, footnote 44.

[41] *Ibid.* Hilliard's conjured quotation is as follows: "...our third release of 11i shipped in January [which was] a significant challenge building a completely integrated E-Business Suite...".

statement was unambiguous and plainly refers to the entire multiyear process of bringing Suite 11i :

```
And then our version - our third release of 11i
shipped in January. We found in launching 11i
that it was a significant challenge building a
completely    integrated    E-Business    suite,
leveraging    common    architecture,    common
technology, single-customer schema, so that you
can truly get this single view from around the
world in whatever business that - aspect of the
business that you want to look at, was a
significant effort.
```

49.   I will discuss these and other inaccuracies in greater detail in subsequent sections of this Report.

**IV.4.2 Many Of The Statements Are Demonstrably Incorrect**

50.   Mr. Hilliard also relies on several key factual assumptions that are plainly incorrect and that, as a result, undermine the credibility of his broader conclusions. For instance, Mr. Hilliard claims that Oracle essentially did no integration testing or regression testing before releasing Suite 11i.[42] The evidence in the case (which Mr. Hilliard does not dispute, but merely ignores) flatly contradicts his assertions.[43] As discussed in Section VII.1.3, there is ample evidence that Oracle performed extensive testing on Suite 11i, including both integration testing and regression testing.

51.   In the same vein, Mr. Hilliard bases his opinion that Suite 11i was not "available" on the claim that "the software fails every time a customer receives delivery and tries to implement some normal type of function."[44] But there is no support for this claim, whereas there does exist a host of references to live customers that had quick and relatively easy implementations. The suggestion that the software (or even any significant portion of the software) "failed every time" a customer tried to implement it is unsupportable as is the conclusion that Mr. Hilliard bases on this assumption.

---

[42] Hilliard Report, at pages 27, 32-33, 88.

[43] Question & Answer Document for OAUG Conference Honolulu, Hawaii, October 22 - 26, 2000 (NDCA-ORCL 094603-58 ("Release 11i follows the Oracle Product Release Process…[which] includes a prerelease sign-off by senior management, who review quality criteria for the release, including open bug counts, and the breadth and depth of the functional, system, integration, performance, and regression testing that was performed."); *see also* Deposition of Alan Fletcher (April 6, 2005) at 164:23-165:3 ("Oracle was doing testing at many levels both manually and leveraging regression test capabilities, automated regression test capabilities."); Deposition of Sukumar Rathnam (May 18, 2006) at 180:9-182:15; CRM Business Intelligence Test Plan, (NDCA-ORCL 67801-08) at 67804.

[44] Hilliard Report, at page 57.

# V    ALLEGEDLY FALSE STATEMENTS ADDRESSED BY MR. HILLIARD

52.    In Section 4 of his Report, Mr. Hilliard identifies a series of statements made by Oracle executives before,[45] during, and after Oracle's Q3 FY 2001 regarding the capabilities of Suite 11i. Mr. Hilliard organizes the statements into the following six categories: (i) statements regarding integration; (ii) statements regarding support for global operations; (iii) statements regarding globally accessible real-time data[46]; (iv) statements regarding extremely rapid implementation; (v) statements regarding comprehensive functionality[47]; and (vi) statements regarding immediate availability.[48] Based on my review of the evidence and my knowledge of business software and large software projects, I believe that the statements identified by Mr. Hilliard as false are, in fact, true for the reasons described throughout my May 25, 2007 Report, and particularly in Section IX of that Report.

53.    Most of these statements Mr. Hilliard lists are the same as those identified in Section IX.1 of my May 25, 2007 Report. Although Mr. Hilliard has included some new statements (such as those addressing rapid implementation and immediate availability), all of Mr. Hilliard's opinions boil down to an opinion about Suite 11i's quality – even though he does not provides any meaningful evidence that would suggests Suite 11i's quality fell outside the mainstream (or even that it was not relatively good). Most critically, I believe Mr. Hilliard errs by

---

[45] Mr. Hilliard contends that the statements that predated the Class Period "were reiterated by [the Defendants] in various forms numerous times over the course of the next 12 months" (Hilliard Report, at page 12 ); however, he fails to explain when or how they were reiterated. It is far from clear, for example, that Mr. Sanderson's statement that "I think our applications work in 23 languages" "reiterates" the pre-Class Period statement that "[Suite 11i] works in every country and in every language."

[46] Although Mr. Hilliard claims in Section 4.2.3 of his Report that Oracle made a false statement regarding "globally accessible real-time data," he does not address that statement in his Opinion sections, nor does he otherwise explain why the identified statement is allegedly false. Although Mr. Hilliard does not explain what he means by "globally accessible real-time data" (and Defendants did not use that phrase), it appears that the statement he has quoted refers to Suite 11i's integrated data module. As discussed in my May 25, 2007 Report, at Section VIII.1, Suite 11i was data integrated; Mr. Hilliard offers neither evidence nor opinions to the contrary.

[47] Mr. Hilliard also fails to follow up on his claim in Section 4.2.5 that Oracle made false statements regarding Suite 11i's "comprehensive functionality." As noted in my May 25, 2007 Report, at paragraph 147, Oracle's statements regarding Suite 11i's "complete" offerings were accurate when viewed in context. *See* Deposition of Mark Jarvis (May 30, 2006), at 173:24-174:8 ("The marketing terms [regarding Suite 11i] were *complete*, as in all of the pieces of software necessary to run your generic business. And *integrated*, which is single scheme or all of the applications interact with it" [emphasis added].); *see also* L. Lederman, *Report From Oracle's Analyst Day: Maintain Buy Rating*, Blair, William & Co. Analyst Report (NDCA-ORCL 308696-99), at 308696 ("With the release, the company has a full e-business applications suite, including marketing software, electronic store, salesforce [sic] automation, call center, supply chain, e-procurement and back-end ERP (including accounting, manufacturing, and human resources).").

[48] Hilliard Report, at pages 12-20. Some of these statements are identified in the RSAC; others are identified in Plaintiffs' Contention Interrogatory Responses; and some have never been specifically identified by Plaintiffs in this litigation. I do not opine about any legal significance that may arise from this distinction.

concluding that the mere existence of bugs – which are indisputably par for the course in a major software release – render software non-functional or unsuitable for commercial use.

54.     In addition, as discussed above, I believe Mr. Hilliard has taken many of these statements out of context. Based on my review of the documents and/or transcripts containing the allegedly false statements, it does not appear that the various speakers intended to convey the meaning that Mr. Hilliard attributes to them. In my experience, IT professionals, including market analysts and IT professionals at Oracle's customers, would have understood the speaker's true meaning.

55.     As a result, Mr. Hilliard's opinions fail for the same reasons described in my May 25, 2007 Report. Nevertheless, I will address the specific issues raised by Mr. Hilliard in greater detail in the sections below.

# VI     RESPONSE TO MR. HILLIARD'S OPINION #1 REGARDING PUBLIC REPRESENTATIONS OF THE FUNCTIONALITY OF SUITE 11i

56.     The first opinion in Mr. Hilliard's Report alleges that "Oracle and the individual defendants made public representations about the functionality of the Oracle 11i E-Business Suite (and the component modules comprising it) that they knew or should have known were false at the time." Mr. Hilliard's basic point in this Section, as throughout his Report, is to complain that Suite 11i fell below some standard of quality that it should have met, though he never defines the standard in any meaningful sense. As discussed in detail in my May 25, 2007 Report, however, a piece of software as large and complex as Suite 11i (*i.e.*, larger than 250,000 function points) would be expected to ship to customers with a significant number of unknown bugs – and that as many as 1,000 of these bugs would be "showstoppers," or "P1" bugs.

57.     Mr. Hilliard's Report does not challenge that basic point, nor does he identify any evidence to support the conclusion that Suite 11i had more bugs than would be expected based on this well-established framework. Given Mr. Hilliard's background, he should be well aware of this industry data (at least as it applies to large software products generally). His failure to consider it in reaching his conclusions is surprising, to say the least.

58.     Though this basic point alone undermines all of Mr. Hilliard's claims in this Section, I will continue to address his specific points below.

## VI.1 Functional Defects

59.     The first area of functionality addressed by Mr. Hilliard has to do with defects: he complains that Suite 11i "did not work [as represented], and it still suffered from

severe deficiencies with respect to its integration and its quality."[49] As evidence, Mr. Hilliard relies on a handful of internal Oracle emails citing certain problems that the sales force and customers were experiencing, as well as a report from GE noting incorrect accounting results from a particular workflow[50]; but Mr. Hilliard misconstrues this evidence, particularly the issues supposedly experienced at GE.[51] The authors make clear that the problem is that of an enhancement request by this customer, *not* a bug or defect in the Suite 11i software.[52] This evidence is far from sufficient to suggest that Suite 11i was missing functionality.

60.   Mr. Hilliard takes this anecdotal evidence of problems experienced during implementation and draws a conclusion about "customer satisfaction" (or lack thereof); however, there is no evidence that the problems described were actually experienced by all, or even several, customers. For instance, throughout his entire Report, Mr. Hilliard identifies fewer than 40 different customers who expressed dissatisfaction out of hundreds (and eventually thousands) implementing Suite 11i. He provides no basis for inflating this fraction of the whole to thus expound upon the overall quality of Oracle's product, or the functionality it delivered.

61.   Moreover, customer satisfaction is a subjective quality. Customers often attempt to satisfy incompatible goals – such as achieving maximum functionality, with an extremely short turnaround, and at a bargain basement price. Ultimately, tradeoffs must be made, and satisfaction may diminish – even if there is nothing fundamentally wrong with the product.

---

[49] Hilliard Report, at page 25.

[50] *Ibid*, at page 30-31.

[51] With respect to GE, Mr. Hilliard wrote that Mr. Ellison "had heavily promoted GE for its success at the AppsWorld conference" (Hilliard Report, at page 31, footnote 55). In his footnote, Mr. Hilliard notes that, at AppsWorld, Ellison referred to "a different GE specifically, but also the whole of GE generally" (*ibid*). Mr. Hilliard unfairly suggests that Mr. Ellison was promoting all of GE at AppsWorld; in reality, Ellison clearly singled out one division of GE in his presentation:

> But perhaps the single most interesting company is General Electric. General Electric in many ways is a very, very unusual company. It's got many different divisions. They're in the finance business. They've got GE Capital … They make jet engines … And actually, they've got a division called GE Power where they make power generating equipment, and it's a $22 billion business. And it turns out we signed a contract for the eBusiness suite with General Electric Power in November … [They will] bring a new plant live in 5 months. They will have completed a complete re-engineering of all 20 plants around the world in 18 months.

Larry Ellison AppsWorld Keynote (NDCA-ORCL 141544-602), at 141544-45.

[52] Hilliard Report, at page 31, footnote 56 (*citing* NDCA-ORCL 056364-5, July 19, 2001 email from Alvin Law to Don Klaiss, *et al.*), at NDCA-ORCL 056364 ("[P]lease take a look at this issue to see if it is a bug or an enhancement." Oracle development responds by saying "[w]e are working with the consulting team responsible for developing this solution to … accelerate the development *of this enhancement*.").

**Confidential**

62.    Customer satisfaction is also often transitory, both when it is good and when it is bad. As Mr. Hilliard admits, the implementation of an ERP system is typically a long process, lasting many months, and any given implementation typically has its ups and downs. A sample of a single moment (or even a few weeks) cannot show, in any meaningful sense, the overall satisfaction of even a single customer, much less general satisfaction with the product of the entire marketplace.

63.    Customer satisfaction is also very context-specific. In my experience, customers who are new to ERP implementations have lower satisfaction rates than experienced customers, in large part because they usually underestimate the magnitude of the project, and the subsequent impact on their business practices – no matter how well they were warned. Similarly, satisfaction is often lower with larger-scale implementations than smaller-scale implementations, because the greater scope of the project means there are more moving parts, more stakeholders to satisfy, and more things that can go wrong.

64.    Mr. Hilliard has made no effort to account for these variables in assessing customer satisfaction; worse, he has proceeded to extrapolate conclusions regarding Suite 11i's quality from limited evidence regarding customer satisfaction.

65.    Mr. Hilliard's attempt to address more general evidence is no more illuminating. He suggests that Oracle issued "three major software revisions … to address the thousands of user-reported software defects,"[53] in reference to the updated versions of Suite 11i that Oracle periodically issued as development, testing, and customer experience progressed, and suggests that this demonstrates functional problems with the software. As explained in Section VI.7.4 of my May 25, 2007 Report, updated versions – such as these – are a normal part of the software development and release process for any software, particularly software as complicated as Suite 11i. These releases added new functionality and fixed bugs that had been previously identified. It is simply incorrect to state that these releases were "necessitated" by the problems that Mr. Hilliard conjures, or that they were unusual or unexpected in this context. PeopleSoft had at least eight releases in only 18 months of its CRM modules alone between the release of PeopleSoft CRM 8 in June 2001 and PeopleSoft CRM 8.8 in December 2002.[54] Even Apple's iTunes – a dramatically simpler program – has had 17 interim releases since it was introduced in 2001.[55]

---

[53] Hilliard Report, at page 26.

[54] PeopleSoft Launches Next Generation Customer Relationship Management, PeopleSoft Press Release, *Business Wire*, June 4, 2001; PeopleSoft CRM 8.8 Delivers Fast Implementations, PeopleSoft Press Release, *Business Wire*, December 9, 2002.

[55] *See* iTunes Version History, <http://en.wikipedia.org/wiki/ITunes_version_history>, visited June 11, 2007 at 6:20 PM.

66.     Another well-known example illustrates the principle even more clearly[56]:

> Microsoft released Windows XP on Oct. 25, 2001. That same day, in what may be a record, the company posted *18 megabytes* of patches on its Web site: bug fixes, compatibility updates, and enhancements. Two patches fixed important security holes. Or rather, one of them did; the other patch didn't work. Microsoft advised (and still advises) users to back up critical files before installing the patches. Buyers of the home version of Windows XP, however, discovered that the system provided no way to restore these backup files if things went awry.

67.     As this example illustrates, any suggestion that the release of updates or patches was somehow unusual, or that Oracle's three releases within a single year was somehow atypical (particularly for software as complex as Suite 11i), ignores the reality of the industry and that of a customer's typical experience.

68.     This also illustrates another error by Mr. Hilliard, this time with respect to bug fixes: he comments in his Report that "some of the fixes, while designed to address specific problems, created new problems themselves."[57] As discussed in my May 25, 2007 Report (and as illustrated in the Microsoft example, above), it is well known in the software industry that the installation of fixes is a tedious and error-prone process that often creates additional problems.[58] There is a "bad fix error rate" that has been well known for years.[59] Mr. Hilliard's suggestion that regression testing could have prevented this problem from occurring is simply not true. Although regression testing is commonly used to confirm that previously-working features still function correctly after changes have been made (either to fix bugs or to add new features), bad-fix injections still occur *even with regression testing*.[60] Oracle did, in fact, performed regression testing on Suite 11i[61] – but it is not surprising, nor unexpected, that some bugs still remained.

---

[56] "Why Software Is So Bad," June 23, 2002, *Technology Review*, at <http://www.technologyreview.com/printer_friendly_article.aspx?id=12887>, visited June 8, 2007 at 12:05 PM (emphasis in original).

[57] *See* Hilliard Report, at page 27.

[58] *See* May 25, 2007 Report, at Section V.2.4; *see also* Deposition of Valerie Borthwick (April 11, 2006), at 166:2-15 ("In the 12 years I was with Oracle … and in all of the product releases, there were always, you know, with a new release, an occasion – there was frequently an occasion where a patch deck would go out, and it – as I said, it hadn't been tested against every permutation and combination. It might have caused a problem that wasn't tested until it went to a customer's site. That created another problem that was fixed and then rolled back out to a client. I think that' the nature of – of software development and new software rollouts. Those things happen.").

[59] *Estimating Software Costs: Bringing Realism to Estimating* (Second Edition, McGraw-Hill, 2007), by Capers Jones, is based on an earlier edition with the same title.

[60] *See* May 25, 2007 Report, Table 1, in Section V.3.3, for quantification of "bad-fix" defects.

**Confidential**

### VI.1.1  Order Management

69.     In an effort to bolster his claim that Suite 11i had "functional defects," Mr. Hilliard focuses on alleged functional defects experienced with Order Management, a new module in Suite 11i that had never previously been included in Oracle's ERP software.

70.     Mr. Hilliard's discussion of Order Management is undermined by the same flaws addressed above. His conclusions are drawn from the subjective experiences of a few customers, and he presents no evidence that the problems described were experienced by all, or even several, customers.

71.     Nor does Mr. Hilliard offer any basis his conclusion that the issues Order Management experienced were more severe than those other software product vendors experienced with similar programs. In fact, Mr. Hilliard offers no evidence about the overall error rate in the Order Management module, the overall severity of such errors, or how such an error rate compares to the expected level, either as to frequency or severity. Mr. Hilliard also does not consider whether the alternative – a system comprised of a customized solution that combined software components from two different vendors – would have been "better" from any relevant perspective, such as cost, time, or ultimate error rate.

72.     Mr. Hilliard also fails to acknowledge that some of the complaints Oracle received regarding Order Management resulted from factors unrelated to the software itself. For example, although he cites a February 1, 2001 email from Oracle Sales Consulting Vice President Julie Cullivan to Edward Sanderson noting that Order Management is "buggy and slow,"[62] he fails to note that the email discussed the functionality of Order Management in the *demonstration environment*, only. At his deposition, Mr. Sanderson explained that at least some of the problems experienced with Order Management were caused by the fact that the demonstrations were being run through a single phone line at that time.[63] In addition – as discussed in my May 25, 2007 Report, at Section X.1.5, and in this

---

[61] *See, e.g.*, Question & Answer Document for OAUG Conference Honolulu, Hawaii, October 22 - 26, 2000 (NDCA-ORCL 094603-58 ("Release 11i follows the Oracle Product Release Process...[which] includes a prerelease sign-offby senior management, who review quality criteria for the release, including open bug counts, and the breadth and depth of the functional, system, integration, performance, and regression testing that was performed."); *see also* Deposition of Alan Fletcher (April 6, 2005) at 164:23-165:3 ("Oracle was doing testing at many levels both manually and leveraging regression test capabilities, automated regression test capabilities. "); Deposition of Sukumar Rathnam (May 18, 2006) at 180:9-182:15; CRM Business Intelligence Test Plan, (NDCA-ORCL 67801-08) at 67804..

[62] February 1, 2001 email from J. Cullivan to E. Sanderson) (NDCA-ORCL 061313-15).

[63] *See* Deposition of Edward Sanderson (July 25, 2006), at 227:6-17 ("One comment I'd make on 'slow' ... it at least was in part due to trying to do demos via the phone line for a pretty comprehensive application."). Recall that during the 2000-2001 timeframe, high-speed broadband Internet access was *not* widely available; in most cases, business professionals were forced to use relatively slow, low-speed dial-up modems to access the Internet when they were away from their own office environment.

**Confidential**

Report, at Section VIII.1.6 – problems experienced in the demonstration version of the software were not reliable indicators of problems experienced in the delivered software.

73.    Mr. Hilliard's primary evidence of Order Management's alleged flaws is his reference to Mark Barrenechea's testimony about the downtime Oracle experienced after implementing the software within its own organization; however, as discussed more fully in Section VIII.2, below, Oracle's own implementation experience, including its experience with the Order Management module, does not support Mr. Hilliard's broad conclusions. Indeed, even the portions of *Softwar* that Mr. Hilliard references note that "the new order management system was dramatically better than the old one."[64] Given that basic fact – which Mr. Hilliard does not dispute in his characterization – his use of Order Management as an example that the software functioned poorly is odd, and hardly suggests that Oracle erred in releasing Order Management when it did.

## VI.2  Suite 11i's Support For Global Operations

74.    Mr. Hilliard takes issue with Oracle's statements about Suite 11i's ability to "support global operations,"[65] contending that in order to "support global operations," software must have the following features: (i) "translation for the screens, messages, prompts and documentation into all user-country languages," (ii) "software development needed to handle domestic and foreign currencies appropriately throughout all the Oracle 11i applications," (iii) "software development needed to handle multi-currency conversion as required for customers with global operations," (iv) "development of software logic needed to handle localized laws and regulations," and (v) "testing and quality control for global capabilities."[66] Without ever reviewing the software or its technical documentation, Mr. Hilliard discusses anecdotal evidence of a small number of difficulties customers experienced with languages and concludes that whatever Suite 11i *was* engineered to do, it was incapable of supporting global operations.[67]

75.    Again, Mr. Hilliard has misconstrued Oracle's statements and imposed an unrealistic and inaccurate construction on the phrase "support global operations." Oracle's statements regarding such support were, in fact, true. Unlike earlier Oracle applications releases, Suite 11i was designed and engineered to: (i) run any combination of languages on a single, global instance, rather than only one base language with custom consulting solutions for additional languages; (ii) merge all localizations, including the statutory, legal, and cultural practices of different countries, into a single database instance without overwriting or conflicting with

---

[64] Hilliard Report, at page 32 (citing *Softwar*, at page 192).

[65] Hilliard Report, at pages 15, 37-42.

[66] *See ibid*, at page 41.

[67] *Ibid*, at pages 37-42.

**Confidential**

each other; (iii) provide customer-facing external documents, such as customer invoices and packing slips, in the installed language of choice; (iv) allow dates to be entered and viewed in the user's preferred format instead of in the single format previously supported; (v) allow users to enter and view numbers in the radix format appropriate to the country of operation, and (vi) define multiple organizations and the relationship among them in a single installation; and (vii) report and maintain accounting records at the transaction level in more than one functional currency.[68] *These features* provided Suite 11i's capability to support the global operations of Oracle's multi-national customers.

76.     Mr. Hilliard insistently focuses on the issue of user-interface translations, claiming that they were late and/or problematic, and does not discuss any other features of Suite 11i's support for global operations. His focus is misplaced: when Oracle stated that Suite 11i "works in every country and every language," this was not meant to convey that Suite 11i's user interface was *translated into every language as of that date*. Instead, Oracle meant that, unlike prior releases, Suite 11i was capable of running any number of supported languages in a single instance because it maintained all of the characters in common use in all of the world's modern languages.[69]

77.     In Suite 11i, Oracle redesigned the software architecture to accept information in "Unicode" – a standard character set designed to allow text and symbols from all languages to be represented within, and used by, the software – as a replacement for the older ASCII character set, which allows text and symbols from only Western languages.[70] As a result, even if some of the display screens were not yet translated, users could input information in any language and Suite 11i would allow it. Without Unicode, the software would have to be customized to accept different language text and symbols.

78.     In addition, Suite 11i could run multiple languages for its applications on a single, global instance, instead of setting up multiple, separate instances in different

---

[68] *See* Oracle Applications Documentation Library, Release 1, Oracle Applications Concepts (NDCA-ORCL 050972), at page 25-32; Summary of New Features and Enhancements, Oracle Applications From Release 10.7 to Release 11 and Release 11i (NDCA-ORCL 617464-656), at 617477-656617464; *Evaluation: Oracle – Oracle Applications: Ovum Evaluates: Corporate Financial Systems: Evaluation: Oracle – Oracle Applications*, January 18, 2000 (NDCA-ORCL 061424061427-59), at 061447.

[69] *See* Oracle Applications Documentation Library, Release 1, Oracle Applications Concepts (NDCA-ORCL 050972), at page 25.

[70] *See* <http://www.wikipedia.com/wiki/Unicode>, visited June 6, 2007, at 12:00 PM; *see also* Deposition of Clifford Godwin (March 3, 2006) at 130:12-131:3 ("[A version of Unicode called] UTF8 is a character encoding that will support all of the languages that are spoken in the world, and so one of the goals of 11i was to allow all of these geographic regions to run in a common system … And that was the state of the world before we got to this common system in support of UTF8, so now you can run Russian and Korean and Arabic and English all in a common system with 11i.").

**Confidential**

languages.[71] This represented a major improvement over versions 10.7 and 11: while both 10.7 and 11 were available in multiple languages, only Suite 11i could run multiple languages in a single instance of the software.[72] In effect, Unicode was the human-language version of "data integration"; and, as such, it was a major part of Oracle's strategy for an integrated system that would allow a company to run all of its business operations from a single instance.

79.   Consistent with this functionality, Oracle's product literature described Suite 11i as a single system that was capable of accepting and processing data in all languages, *without* requiring any customization or set-up for individual languages. From the initial Suite 11i press release, Oracle explained that "[t]he Oracle E-Business Suite also supports global operations, multiple languages, multiple currencies and Internet business practices, *all from a single global system*" [emphasis added].[73]

80.   This concept was explained in the documentation for Suite 11i, including the following excerpt from the Suite 11i.1 release library[74]:

> In Release 10.7 you could run Oracle Applications in one language, referred to as the base language. If you needed to run Oracle Applications in more than one language, Oracle Consulting provided a customized solution. With Release 11 you could run Oracle Applications in more than one language, but the set of languages you could run was limited to the languages supported by your character set. Textual parts of Oracle Applications, such as Forms, Reports, messages, help text, menu prompts, and lists of report names were available in the all active languages, but most data at the product level was still available only in the base language. This meant, for example, you could enter payment terms only in the base language, even

---

[71] *See* Summary of New Features and Enhancements, Oracle Applications From Release 10.7 to Release 11 and Release 11i (NDCA-ORCL 617464-656), at 617634 (noting under the title of "Global Operation Support" that "Unicode support uses the Oracle UTF-8 character set. You can run any combination of languages in an Oracle Applications UTF-8 installation instead of being restricted to the smaller set of languages supported by any other character set."); Undated Presentation by Ron Wohl Re: 11i.1 (NDCA-ORCL 114965-85), at 114968 (noting under the heading "11i" Meeting Global Requirements" the fact that "[a]ll localizations in one code base," and "[a]ll languages supported by unicode [sic]").

[72] Deposition of Clifford Godwin (March 3, 2006), at 109:11-23 ("Because historically the applications before 11i, you actually had to, if you were going to run multiple languages, for example, you actually had to have like a – you could set up the system in French or set up the system in Spanish, but you couldn't set up in both French and Spanish. So you had to set up a French system and you had to set up a Spanish system. So we had all these systems around for that reason. And we were beginning, because 11i enables the consolidation of these things all into one place, we were beginning the project to do that consolidation … ").

[73] *See Oracle Ships 11i, Industry's First Integrated E-Business Suite*, Oracle Press Release, May 24, 2000 (NDCA-ORCL 012501-03014906-8), at 14907.

[74] 11i.1 Release Library, Concepts, NDCA-ORCL 050972.

**Confidential**

```
though Forms would come up in a non-base language. For
additional multilingual support in the products,
Oracle Consulting provided a customized solution.

In Release 11i, support for the Unicode UTF8 character
set removes the limitation on the number of supported
languages that can be run in a single instance. The
Unicode character set supports all characters in
common use in all of the world's modern languages. The
majority of Oracle Applications products (but not all)
have been restructured in Release 11i to provide
multilingual support at the data level. The additional
multilingual support features available in earlier
releases from Oracle Consulting are incorporated in
Release 11i.
```

81.   Internal Oracle documents discussing "Global Operation Support" highlight the difference between "translations" and the ability of Suite 11i to "run" in every language through Unicode. Under headings entitled Enhanced Multilingual Support and Unicode Character Set Support, Oracle explains that[75]:

```
You can run any combination of languages in an Oracle
Applications UTF-8 installation instead of being
restricted to the smaller set of languages supported
by any other character set.
```

82.   Oracle freely disclosed to the public that Suite 11i had only been translated into a set – though substantial – number of languages at release. For instance, Oracle's FY 2000 10-K, published in August of 2000, stated that 11i was "[a]vailable in approximately 30 languages."[76] Even earlier, in March of 2000, Oracle informed the Oracle Applications Users Group (OAUG) that Oracle's applications "currently support 29 languages [though Oracle would] continue to add more languages in future releases."[77] Oracle specifically explained at that time that, "[f]or some of the languages, not all modules are translated. Your Oracle account representative can help you determine translation availability for your language and release."[78]

83.   Moreover, the public – at least the segment that follows the business application software industry – was undoubtedly aware of Unicode's role in facilitating translations. Even before the release of Suite 11i in May 2000, a Morgan Stanley industry analyst had already explained how Oracle planned to accomplish continuing translations in Suite 11i when he wrote that the release "pulls all

---

[75]*See* Summary of New Features and Enhancements, Oracle Applications From Release 10.7 to Release 11 and Release 11i (NDCA-ORCL 617477617464-656), at 617634

[76] Oracle's SEC Form 10-K for the fiscal year ended May 31, 2000 (NDCA-ORCL 143829-909), at 143834.

[77] *See* March 19-22, 2000 OAUG Question & Answer (NDCA-ORCL 094367-419), at 094390.

[78] *Ibid.*

**Confidential**

country localizations and languages into a single Unicode to eliminate separate, regional versions."[79] Most importantly, Oracle executives repeatedly explained the difference between Unicode and potential translations of the Suite 11i software at OAUG Question & Answer sessions. For example, on February 2, 2000, Oracle responded to an OAUG question as follows[80]:

> OAUG Question: Release 11i is the first release with the Unicode code set. Are all languages supported out of box?
>
> Answer: Translated language support is different than Unicode supt. When 11i ships, it will have Unicode, but not a complete set of all possible permutations. Oracle will post on Metalink a fully tested matrix, warnings, and conversion issues.

84.   Oracle executives further discussed using Unicode to support translations at the OAUG Fall 2000 Conference: "In Release 11i, we support the Unicode character set which can represent the characters of all languages, so it is possible to install translations of multiple languages into the same Unicode database."[81] Oracle customers and investors – indeed, anyone who followed the business applications software industry at the time – would have understood these statements to mean what Oracle executives intended: that Suite 11i could support any language through its Unicode character set, that the software was, in fact, translated into numerous languages already, and that Suite 11i would be translated into more languages in the future. Far from hiding Suite 11i's supposed language limitations, Oracle executives openly discussed the current state of translations and heavily marketed Suite 11i's great language enabler, Unicode. Mr. Hilliard's assertion to the contrary simply does not comport with the record.

85.   In any event, even the evidence Mr. Hilliard references to support his claim that Oracle's translations in Suite 11i doomed its ability to support global operations is weak and overblown. At best, he has shown that there were some bugs in translations,[82] and that there was some lag time between the release dates for

---

[79] *See* February 16, 2000 Morgan Stanley industry report by Charles E. Phillips entitled "Oracle: Still Rolling P1" (NDCA-ORCL 009248-51), at 009250.

[80] February 2, 2000 OAUG Question & Answer (OAUG 0038931-41), at 0038934.

[81] October 22-26, 2000 OAUG Question & Answer Session (OAUG 0041565-670), at 0041602.

[82] *See, e.g.,* Deposition of Gregory Seiden (May 16, 2006), at 207:14-208:12 ("Well, this customer is using the languages, so it's not a question of language availability for TMP. They've got bugs in the languages … But they have the translations. And the issue is that on any given form where there might be a hundred words they're finding some of those words were in English."); Deposition of Michael Cochran (June 16, 2006), at 229:24-230:3 ("In financial roll outs, there's always localization issues. Like United States has FASB rules for accounting, and France has probably similar accounting rules, so everybody has what they call localization issues.").

**Confidential**

American English and other translations.[83] This is ordinary and expected in the software industry; it certainly does not render Suite 11i incapable of supporting operations, particularly in light of Suite 11i's use of the Unicode set to accept inputs in every language and consolidate multinational data in a single system.

86.    It should also be noted that Mr. Hilliard mischaracterizes statements made by Mr. Ellison explaining that Oracle 11i was "engineered to" support global operations. Calling Mr. Ellison's statements regarding Suite 11i's design "an endemic explanation used by Oracle ... to justify all manner of failures," Mr. Hilliard complains that:[84]

> There is a difference between **being engineered such that**—at some future time—a product **could be further developed to provide** [emphasis in original] some functionality or level of performance and actually **delivering a product that does provide** [emphasis in original] that functionality or level of performance.

87.    There is nothing to support Mr. Hilliard's claim that Mr. Ellison – or any other Oracle representative – testified that Suite 11i was engineered to do something "at some future time." Rather, Mr. Ellison and others have testified regarding functionality that Suite 11i was designed to support global operations, but that bugs or other issues may have interfered with functionality at various times. In mischaracterizing the testimony this way, Mr. Hilliard ignores a basic reality: *a bug in a software system that was <u>designed</u> to accomplish a particular feature, function, or capability does not mean the system <u>lacks</u> that feature; it simply means that the system has a bug that (temporarily) prevents the feature from working.*

88.    In support of his position that Suite 11i could not handle global operations, Mr. Hilliard identifies a few international Oracle customers that were dealing with bugs and other issues with their implementations.[85] As an initial matter, Mr. Hilliard's "evidence" here actually demonstrates that numerous multinational customers were implementing and using Suite 11i to run their businesses abroad. Mr. Hilliard identifies one document that lists 45 "critical customers in EMEA" (Oracle's Europe – Middle East – Africa division) that were currently

---

[83] *See* Deposition of Larry Ellison (September 21, 2006), at 308:24-309:11 ("Q And were you aware, as of June 2001, that local languages, other than the American English release, still were not available? A Local languages were available; they just weren't available for – there's a delay – they weren't available for the latest release ... [W]henever a new release comes out, like 11.5.4, it comes out first in American English which then goes into translation."); Deposition of Edward Sanderson (July 25, 2006), at 191:5-191:7 ("It was not unusual that when you released a new product that other languages for other countries would come out at a later date."); Deposition of Ron Wohl (March 23, 2006), at 223:8-223:15 ("Basically in this note Sergio was trying to exaggerate a point, he was trying to argue for faster translation, so he was trying to pick not the release date of English and compare it to the release date of translations ... ").

[84] *See* Hilliard Report, at page 38.

[85] Hilliard Report at 42, footnote 79.

**Confidential**

implementing Suite 11i.[86] It stands to reason that these customers – among the largest and most sophisticated companies in Europe, the Middle East and Africa – would not spend millions of dollars to implement a business applications product without concluding that it could function in their respective languages or meet their various localization needs. Moreover, Mr. Hilliard's critical customers list shows that many of even these "critical" customers had on-track and successful implementations, presumably including language and localization support. For instance, seven customers' implementations had apparently so improved that they were removed from the "critical" list, including global companies operating in countries like Germany (Touristik Union International), Denmark (Maersk Sealand), Belgium (Bombadier Eurorail), and the United Arab Emirates (Musafi Mineral Water).[87] Finally, the customers listed on this spreadsheet include only *critical* customers in EMEA, a small subset of the more than 500 customers actually implementing Suite 11i in that geographic area during January of 2001.[88] Accordingly, Mr. Hilliard ignores the more than 455 customers *from EMEA alone* enjoying successful Suite 11i implementations in this time period.[89]

89.   Mr. Hilliard also ignores numerous other examples in the record of international companies that successfully deployed Suite 11i. Many of Oracle's best reference customers were international companies. By May of 2001, one half of the customers enrolled in Oracle's E-Leaders programs were foreign companies.[90] In September of 2001, at least sixteen of Oracle's 52 Key Customer References for Suite 11i were foreign companies.[91] Many customers that were successfully using Suite 11i to run their businesses were enormous international corporations managing global operations. For instance, Inventec, a Malaysian electronics manufacturer, purchased Oracle's full ERP suite to tie together its far-flung

---

[86] *See* NDCA-ORCL 063711-28.

[87] *See* NDCA-ORCL 063711.

[88] *See, e.g.,* Oracle EMEA Doubles Its Applications Business for the Second Straight Quarter (December 14, 2000) (NDCA-ORCL 011968-74) at 011968 ("Now, more than 500 customers in EMEA have chosen to run their businesses using Oracle's E-Business Suite.") It is worth noting that many of these customers were implementing Suite 11i's CRM offerings. *See* PR Newswire (April 18, 2001), *Oracle EMEA Gains 189 New CRM Customers in Nine Months; European, African and Middle Eastern Companies Reap Benefits of an Integrated Suite.*

[89] Hundreds of customers in Oracle's APAC (Asia – Pacific) division were also implementing Suite 11i in this time period. *See* Asia Pacific Q2 FY01 PRP Summary (NDCA-ORCL 012348-18) at 012349 (stating that 190 customers had purchased and/or were implementing R11i by the end of Q2 FY01). At the conclusion of the third quarter of Oracle's fiscal year, "more than 300 businesses across 12 countries in the Asia Pacific rim" had selected Suite 11i. *See* PR Newswire (March 21, 2001), *Oracle E-Business SuiteTakes Off in Asia Pacific.* And in October of 2001, APAC could boast of 139 customers that were live on 11i, with another 575 implementing the Suite. *See* Asia Pacific Q1 FY02 PRP Summary (NDCA-ORCL 052258-70) at 052258. Like the EMEA customers discussed above, presumably these APAC customers would not buy an expensive, complex software system that lacked necessary localizations.

[90] *See* R11i Reference Report (NDCA-ORCL 419023-9) (showing 16 foreign companies among the 32 live, referenceable 11i customers enrolled in the E-Leaders program).

[91] *See* 11i Key Customer References (NDCA-ORCL 419000-21).

**Confidential**

operations in Taiwan, mainland China, Malaysia, the U.S., Scotland, Singapore, Japan and South Korea.[92] Ametek, another manufacturer, implemented Suite 11i's Financials, Manufacturing and iProcurement to link its 45 manufacturing facilities and 8,000 employees in North America, Europe, Asia and South America.[93] Westpac, the oldest financial services institution in Australia with 33,000 employees worldwide, implemented Suite 11i's Financials for all of its global operations, resulting in the largest single instance of Suite 11i's General Ledger anywhere in the world.[94] Finally, McDATA, a "global leader in open storage networking solutions," implemented the "Oracle E-Business Suite to centrally manage its multi-currency and multi-organizational operations."[95] As McDATA's CIO, Don Wenninger, stated, "McDATA's challenge of growing business operations in Europe, Asia and the United States can only be met with a flexible open system like Oracle's E-Business Suite."[96] Mr. Hilliard simply ignores this evidence (including even the evidence he cites), which clearly indicates that Suite 11i not only could but did support global operations.

90.     Similarly, the four documents cited by Mr. Hilliard at the end of this Section of his Report as proof of Suite 11i's inability to support global operations, at the end of this section of his Report, are also meaningless.[97] Several of these documents reflect nothing more than bugs that arose in certain foreign implementations, many of which have nothing to do with languages.[98] Others have nothing to do with the issue of "support for global operations."[99] The claim that these documents prove that Suite 11i was incapable of "supporting global operations" is exaggerated, to say the least.

91.     Thus, once again, Mr. Hilliard's opinion about the presence or absence of a feature or capability of Suite 11i – and thus Oracle's allegedly false representations about those features and capabilities – can be reduced to a refusal to acknowledge the

---

[92] *Ibid*, at NDCA-ORCL 419003.

[93] *Ibid*, at NDCA-ORCL 419004.

[94] *See* PR Newswire (February 20, 2001), *Westpac Taps Oracle E-Business Suite for Financial Overhaul; Oracle Financials Streamline Leading Australian Bank's Business Processes. See also* NDCA-ORCL 419000-21 at 419008.

[95] *See* PR Newswire (April 2, 2001), *McDATA Selects Oracle E-Business Suite to Manage Global Operations.*

[96] *See* Key Customer Profiles (NDCA-ORCL 068725-977) at 068749.

[97] *See* Hilliard Report at page 42, footnote 79.

[98] *See* Critical Accounts Operation Team Conference Call, March 1, 2001 (NDCA-ORCL 063711-28) (listing all escalated, foreign Suite 11i customers and bugs causing problems, only a handful of which cite translation issues).

[99] *See, e.g.,* May 2, 2001 Email From C. Wiklund to I. Gunder Re: Global Implementation Status Report (NDCA-ORCL 131672-76) (discussing status of Suite 11i internal implementation at Oracle's EMEA division); E-Business Suite Agenda, NAS Executive Dialogs, November 2, 2001 (NDCA-ORCL 617454-59) at 617458-59 (noting only that translations of online help – not actual Suite 11i applications – into Canadian French slipped to version 11i.2).

**Confidential**

number of bugs in virtually every major ERP product in the marketplace, and his vague and unacceptable definition of "commercial quality." For this fundamental reason, and for the other reasons discussed above, I believe that his opinion about Oracle's lack of support for global operations must be rejected.

## VI.3   Rapid Implementation

92.   The Hilliard Report asserts that Oracle's representation that Suite 11i could be "rapidly implemented" was false because, according to Mr. Hilliard, Oracle executives knew or should have known that Suite 11i customers experienced implementation difficulties and lacked rapid implementation methodologies, which resulted in prolonged implementations.[100] Mr. Hilliard's contention is incorrect for a number of reasons.

93.   Mr. Hilliard takes statements by Oracle executives regarding the speed with which a company could implement Suite 11i out of context. First, he cites the May 24, 2000 Oracle Press Release, which states that "[c]ompanies can adopt Oracle E-Business Suite 11i in a matter of days rather than months."[101] He then omits the remainder of this statement, which reads, " … by deploying either the modular, integrated offerings, bundled solutions or Oracle's hosting services."[102] Given this context, Oracle clearly was not saying that customers could implement the *entire* E-Business suite in a few days. Even Mr. Hilliard acknowledged that no rational customer of complex business applications software would have understood Oracle's press release to mean that a major implementation could be completed in a matter of days.[103]

94.   The second statement Mr. Hilliard cites, ostensibly made by Oracle's Larry Ellison, is actually a paragraph from Oracle's CRM White Paper.[104] Mr. Hilliard's incorrect attribution is important: the fact that this statement appeared in the CRM White Paper provides necessary context. First, since the CRM White Paper is the source of this statement, it obviously applies only to the CRM suite within Oracle's E-Business Suite 11i, contrary to Mr. Hilliard's assertion that this statement applied to all of Suite 11i.[105] Moreover, as discussed in my May 25,

---

[100] *Ibid,* at pages 42-49.

[101] *See* Hilliard Report, at page 11.

[102] *See* May 24, 2000 Oracle Press Release entitled "Oracle Ships 11i, Industry's First Integrated E-Business Suite (NDCA-ORCL 014906-08), at NDCA-ORCL 014907.

[103] *See* Hilliard Report, at page 16 ("[I]t would not be reasonable to interpret [Oracle's statement] as meaning 30 days or less.").

[104] *See* Hilliard Report, at page 17, footnote 24 (*citing* NDCA-ORCL 061874).

[105] *Ibid.*

**Confidential**

2007 Report, the CRM White Paper most likely was not published until after the third quarter of Oracle's fiscal year, in April of 2001, if it was published at all.[106]

95.     Mr. Hilliard also cites Mr. Ellison's statement at the January 2001 AppsWorld conference as a third purportedly false statement regarding Suite 11i's ability to be rapidly implemented.[107] As will be shown in greater detail below, Mr. Ellison stated at AppsWorld that Suite 11i could be installed in a matter of months, which was true. Mr. Hilliard omitted a crucial contextual point, which is that Mr. Ellison was discussing the speed of implementing Suite 11i *versus implementing a comparable, complete, best-of-breed solution.* When describing Suite 11i to customers at AppsWorld, Mr. Ellison explained that Oracle did not "kind of take one part and glue it onto another ... All the pieces fit together. And we can install it in a matter of months ... and give you benefits in a matter of months, in a short period of time."[108] Any person with experience in the enterprise application software industry – which would include nearly all of the AppsWorld attendees – would have understood Mr. Ellison was referring to the time saved during a major implementation by not having to integrate a series of separate vendors' applications. Since Suite 11i was pre-integrated, customers could implement the Oracle software faster than a comparable best-of-breed system that would require extensive systems integration in order to make the entire ERP system work together.

96.     Putting aside Mr. Hilliard's incorrect interpretation, the record indicates that these statements were, in fact, true, even under Mr. Hilliard's characterization. Mr. Hilliard wrote that "[e]nterprise-type software – including such software categories as Enterprise Resource Planning (ERP) and Customer Relationship Management (CRM) software – has historically taken customers *a year or more to implement; six months would be extremely fast*" [emphasis added].[109] Even more specifically, Mr. Hilliard acknowledged that it is customary in the business applications industry for smaller implementation projects to take 295 days to complete, with very large implementations requiring 379 days or more.[110]

---

[106] Former EVP of CRM Development, Mark Barrenechea, the primary author of the white paper, testified that he does not believe this document was ever published. *See* Deposition of Mark Barrenechea (July 11, 2006), at 161:12-24; *see also* April 3, 2001 email from Mark Barrenechea to Larry Ellison, *et al.* re CRM White Paper (NDCA-ORCL 061840) (indicating that the document had not been published yet and that edits were expected over the next few months).

[107] *See* Hilliard Report, at page 17.

[108] *See* Larry Ellison AppsWorld Keynote (NDCA-ORCL 141544-602), at NDCA-ORCL 141553-4.

[109] *See* Hilliard Report, at page 16.

[110] *Ibid*, at page 47, footnote 90 (*citing* NDCA-ORCL 061340). The study Mr. Hilliard cites with approval here was a survey of Oracle Suite 11i customers conducted by the Oracle Applications User Group (OAUG). John Schindler, President of the OAUG at the time of this survey, testified that, "based on size and complexity, nine months might be an acceptable timeframe [for an implementation]. It just depends on what it is you are doing. I think every – every customer is going to have a unique situation that you'd have to look at." Deposition of John Schindler (Eaton Corp.) (June 8, 2006), at 145:18-22.

**Confidential**

97.     Armed with these figures, Mr. Hilliard must have known that his criticism that "even Oracle itself could not implement [Suite 11i] quickly for its own needs"[111] was misleading and unfair. There is a perfectly good explanation for Mr. Hilliard's snide observation that "[e]ven though Oracle had developed the Oracle 11i software with full knowledge of its own needs and even though it used its own personnel to test the software, it could still not begin implementing it for more than six months after the product launch"[112]: *Oracle was a multi-billion dollar company, with tens of thousands of employees, and operations in dozens of countries around the world. Furthermore, Oracle's implementation of Suite 11i was one of the most heavily-customized of all its Suite 11i implementations.* Thus, it should be no surprise to anyone, including Mr. Hilliard, that months of advance planning and preparation were required before Oracle's internal implementation effort could commence, and that the implementation effort itself would be time-consuming and daunting.

98.     Mr. Hilliard also complains that it was unrealistic for Oracle to admonish its customers to avoid customization, and that such advice "was nothing more than a self-serving method of 'blaming the customer' for the poor quality of the product."[113] It's not clear to me how Mr. Hilliard's professed expertise in software enables him to determine whether Oracle's advice to its customers was altruistic or self-serving – but we *do* have evidence indicating that Larry Ellison – and, presumably, other Oracle executives – drew a distinction between "good" customization and "bad" customization, and would naturally encourage its customers to avoid "bad" customizations, and restrict their customization efforts to the "good" variety[114]:

```
I tried to distinguish customization, meaning changing
the code, from customization, if you will, extending
the code, adding your own - you know, so don't -
there's a difference between a module you write, a
component you write, and then you connect to Oracle
versus actually going into the Oracle written code and
changing it.... [I]f you have clever ideas and you want
to, you know, implement your own systems and write
those systems, that's all well and good. The mistake
is usually going into our code, the Oracle written
code, and making changes to that.
```

---

[111] *Ibid*, at page 49.

[112] *Ibid.* In fact, Mr. Hilliard's claim is simply incorrect; as discussed in Section VIII.2, Oracle actually began implementing Suite 11i internally during the summer of 2000 in various parts of its global business environment. It was the North American headquarters operation that was implemented during the in December 2000 and early January 2001, some six months after the initial release of Suite 11i.

[113] *Ibid*, at page 43.

[114] Deposition of Larry Ellison (September 21, 2006), at 363:14-364:2.

**Confidential**

99.     In any case, the record is replete with references to Oracle customers successfully implementing Suite 11i in far shorter timeframes than those considered normal and customary by Mr. Hilliard.[115] For instance, in a February 26, 2001 *Computerworld* article covering the AppsWorld conference, the author described a successful 90-day implementation of Suite 11 financials, procurement, inventory, and self-service by Tropian, a radio circuit manufacturer.[116] Indeed, TeliaNet completed an upgrade from version 10.7 to the complete Suite 11i ERP offering, generally considered a more difficult project than a new installation, in just 15 days.[117] Similarly, GE Power implemented all of Suite 11i at one of its plants in a mere five months,[118] and planned to complete a total re-engineering of all its plants on the complete Suite 11i offering within another 18 months.[119] Compaq implemented a single global instance of Suite 11i's i-Procurement for 4,000 users in just five months and Inventec completed an implementation of the complete 11i ERP suite in six months.[120] Accepting Mr. Hilliard's assessment that a six-month ERP or CRM implementation would be considered "extremely fast" in the business applications software industry, the record indicates that Oracle's Suite 11i in fact *did* deliver a relatively quick implementation. Mr. Hilliard does not discount or refute this evidence, he just fails to address it.

100.    Evidence of Suite 11i customers completing successful and relatively rapid implementations is not limited to a few isolated companies. A quick review of the Suite 11i go-live lists compiled by Mary Ann Anthony suggests that numerous customers were implementing Suite 11i at rates far faster than the average timeframes endorsed by Mr. Hilliard. For example, 85 customers had completed their Suite 11i implementations by December 13, 2000, a mere five months after

---

[115] Contrary to Mr. Hilliard's suggestion that Oracle lacked procedures for rapid implementation, as early as 1998 Oracle had designed a program called FastForward to implement applications on an expedited schedule. *See, e.g.*, Oracle Press Release, *Oracle Speeds Triton Networks to E-Business*, February 7, 2001 (NDCA-ORCL 027320) ("Using [Oracle FastForward Human Resources], Triton Networks went live on Oracle HRMS in less than four weeks, under budget."); *see also* . During the first three quarters of FY 2001, Oracle did $49.5 million business in FastForward implementations. April 23, 2001 email from V. Borthwick to Pamela Truswell, *et al*, re FastForward Proof Points (NDCA-ORCL 181629-40), at 181641.

[116] *See* Oracle AppsWorld Report – Addendum – March 7, 2001, (NDCA-ORCL 1051704-10), at 1051706-07.

[117] *See* 11i Key Customer References as of 9/20/01(NDCA-ORCL 419000-21), at 419020 (indicating that "Telia Net [sic] is live on Order Management, Financials, Financials & Sales Analyzers, Payroll, HR (Payroll, Training Administration), Discrete Manufacturing and Projects (Billing, Costing"). TeliaNet implemented the software "out of the box" and without customization; the speed of its implementation illustrates the degree to which delays at many customers who chose to alter the software were likely attributable to customizations.

[118] This was an implementation described as "big" in the transcript of the March 15, 2001 Oracle Corporation third-quarter financial results conference call (NDCA-ORCL 419819-59), at 419828.

[119] *See* Larry Ellison AppsWorld Keynote (NDCA-ORCL 141544-602), at 141544-45..

[120] *See* 11i Key Customer References as of 9/20/01(NDCA-ORCL 419000-21), at 419003.

**Confidential**

Suite 11i was initially released.[121] Within a year of Suite 11i's initial release, more than 350 customers had completed their implementations of the software.[122] Using the average implementation timeframes endorsed by Mr. Hilliard, a small implementation project generally would take 295 days (nearly 10 months) and large implementations could take 379 days or longer (13 months or longer). By these measures, the record indicates that customers were, in fact, implementing Suite 11i more rapidly than other ERP or CRM systems (and presumably far more rapidly than the comparable, best-of-breed offering actually contemplated when Oracle executives discussed Suite 11i's capacity for relatively quick implementation.)

101.    As part of his argument that Oracle's representation regarding "rapid implementation" was false, Mr. Hilliard cites a May 2002 AMR Research report[123] that summarized the "satisfaction level" of 115 customers who had implemented, or upgraded to, versions 11.5.6 and 11.5.7 of Suite 11i. With an entire 15-page report filled with charts, tables, and statistics to use as his basis, Mr. Hilliard focused instead on the "fact" that *these Oracle customers believed their implementations took approximately 40% longer than what they expected"* [emphasis in original].

102.    While the AMR Research report contains a number of interesting details, Mr. Hilliard's citation is of dubious value because neither he nor the report itself provides any discussion of whether the Oracle customers' "expectations" were at all realistic. After all, Plaintiffs' complaint, and the discussion in Section 5.1.3 of Mr. Hilliard's Report, was concerned with the alleged falsity of Oracle's representations about rapid implementation, *not* with Oracle's ability to meet the expectations of a subset of its customers with regard to rapid implementation.

103.    Any reliance on the AMR Research report must also take into account the following limitations:

- There is no indication whether the "sample" of 115 respondents to the survey is a statistically significant number.

---

[121] *R11i Customer Information*, Oracle Internal Document, December 13, 2000 (NDCA-ORCL 418888-96), at 418888-91 (listing 85 "11i Live Customers" as of December 13, 2001). Note also that Mr. Hilliard has cited only one survey of Suite 11i customers; several other surveys and analyses – generally complimentary and approving in tone – were published during the Class Period, as well as during the 2002 timeframe when the AMR Research report was published. *See, e.g.,* Charles E. Phillips, *Oracle Apps – The Users Have Spoken,* January 17, 2002 (NDCA-ORCL 064381-402); M. Maoz, W. Close, G. Herschel, *CRM Suites Magic Quadrant 2001: Only One Leader,* April 16, 2001 (NDCA-ORCL 1056572-577); Rod Johnson and Joanie Rufo, *Picking the Right CRM Vendor: It's More than a One Horse Race,* AMR Research, September 2001 (NDCA-ORCL 062340-371); Jennifer Chew, *Living With Your Enterprise App,* The Forrester Report, October 2001 (NDCA-ORCL 271760-80).

[122] *See R11i Customer Information,* Oracle Internal Document, May 16, 2001 (NDCA-ORCL 417824-42), at 417824-35 (listing 352 "11i Live Customers" as of May 16, 2001).

[123] *See* NDCA-ORCL 118006-020.

**Confidential**

- The survey was apparently made available to Oracle Suite 11i customers on the Internet, and it "generated responses from 115 of approximately 1,400 businesses currently running 11i … "[124] This strongly implies that it was a "self-selected" group of respondents, who may well have been the 115 toughest of the 1,400 Oracle customers.[125]

- The survey notes that "[t]here remain another 2,000 Oracle applications users on earlier versions that will be attempting their upgrades in coming months,"[126] and that their opinions were not captured. This implies that, at least to some extent, the 1,400 business who *were* invited to participate in the survey were among the "early adopters" of Suite 11i, and that their expectations – regarding cost, schedule, and various other issues – may well have been atypical of the broader base of Oracle customers, or the marketplace as a whole.

- Notwithstanding the dissatisfaction about longer-than-expected implementation schedules, the survey noted several other positive reactions to Suite 11i – *e.g.*, 75 percent of respondents stated that the Suite 11i functionality had greatly increased their software environment; 60 percent of respondents were "satisfied" or "very satisfied" with Oracle as a company; and 42 percent of respondents "testified that the new release was delivering significant benefits to their targeted business environment,"[127] while only 6 percent reported that required functionality was lost or degraded.

- Regarding dissatisfaction with the schedule for implementation, the survey noted that "customers involved with small and midsize projects had the most difficulty predicting the required timeframe, which may be related to the fact that they are less likely to use external consultants in the planning stage."[128]

- As for the reasonableness of the schedule expectations of the customers who responded to this survey, Mr. Hilliard himself has stated that "[e]nterprise-type software – including such software categories as Enterprise Resource Planning (ERP) and Customer Relationship Management (CRM) software – has historically taken customers *a year or more to implement; six months would be extremely fast*" [emphasis added].[129]

---

[124] *Ibid*, at NDCA-ORCL 118016.

[125] It should also be noted that the AMR Research survey was co-sponsored by the Oracle Applications Users Group (OAUG). A contemporaneous report, written by Morgan Stanley's Charles Phillips in January 202, noted that "[OAUG] is run completely independent of Oracle to the extent to [sic] going through a high profile feud with Oracle on competing conferences. **Consequently these users may be tougher evaluators than the user base at large**" [emphasis added]. (*See* NDCA-ORCL 064382).

[126] *See* NDCA-ORCL 118006-020 at NDCA-ORCL 118017.

[127] *Ibid, at* NDCA-ORCL 118016.

[128] *Ibid, at* NDCA-ORCL 118018.

[129] *See* Hilliard Report, at page 16.

**Confidential**

### VI.4   Immediate Availability

104.   The Hilliard Report asserts that Oracle falsely represented that Suite 11i was "available immediately," because Suite 11i had too many quality problems – such as bugs, gaps in functionality, implementation difficulties, and other problems in its early stages.[130] This contention misconstrues what it means for a product in the enterprise business software market to be "available."

105.   Indeed, Oracle's statements only indicated that the product was available for purchase.[131] There is no dispute that Oracle was selling and delivering Suite 11i in May 2000. Indeed, Mr. Hilliard himself acknowledges, "Oracle *was* delivering computer software to customers continuously from May 2000 onward."[132]

106.   In addition, the Hilliard Report estimates that "enterprise-type software has historically taken customers a year or more to implement,"[133] while the evidence in this case indicates that Oracle had over 350 live Suite 11i customers within a year of release.[134] Taken together, these facts indicate that Suite 11i was commercially available *and* that customers were implementing the software and running their businesses on it within a timeframe that Mr. Hilliard regards as typical. This would have to meet any industry definition of "available."

107.   Of course, for a large, ERP/CRM software vendor to release a commercially viable product, the vendor (and customers who choose to adopt an early release) must weigh the precise level of functionality and defects against the advantages of getting the product to market early. As Ron Wohl has testified[135]:

> It's a judgment call. It is very tricky to figure out a good way to do it, because the only way you really have not a single bug report is if not a single customer uses your product. . . . The more customers use the products, generally the more different variations of usage they have, and that has risk of uncovering more bugs.

---

[130] *See* Hilliard Report, at pages 19-20, 50-59 (citing Oracle Ships 11i, Industry's First Integrated E-Business Suite, Oracle Press Release, May 24, 2000 (NDCA-ORCL NDCA-ORCL 014906-08020914-15), at 014908 ("The Oracle E-Business Suite 11i, is available immediately either as a complete suite or on a standalone basis in key business areas.")).

[131] *Oracle Ships 11i, Industry's First Integrated E-Business Suite*, Oracle Press Release, May 24, 2000 (NDCA-ORCL NDCA-ORCL 014906-08020914-15), at NDCA-ORCL 020914014906'

[132] Hilliard Report, at page 51 (emphasis in original).

[133] Hilliard Report, at paragraph 4.2.4.

[134] *See R11i Customer Information*, Oracle Internal Document, May 16, 2001 (NDCA-ORCL 417824-42), at 417824-35.

[135] Deposition of Ron Wohl (March 23, 2006), at 109:22-110:3.

108.  Mr. Hilliard cites *Softwar* to make the claim that Mr. Ellison eventually
acknowledged that the release of Suite 11i should have been delayed even longer
because "[Suite] 11i was not really ready for customers when it was released in
mid-2000."[136] Plaintiffs asked Mr. Ellison about this specific statement in his
deposition.[137] Mr. Ellison explained that "I would have released [Suite 11i] at
exactly the same time, but in terms of our existing customer base, who were
planning to migrate, I should have slowed that process down."[138] In asserting that
Mr. Ellison would have further delayed the release of Suite 11i, Mr. Hilliard
ignored this relevant testimony, which provides insight necessary to accurately
interpret Mr. Ellison's notation in *Softwar*. Clearly, Mr. Ellison believed that Suite
11i was ready for customers in May of 2000.

109.  Similarly, though Mr. Hilliard quotes Oracle's Ron Wohl as saying "We have too
many bugs and too many patches"[139] in answer to questions raised during an
OAUG conference in October, 2000, I have seen no evidence that Mr. Wohl ever
suggested that the release of Suite 11i should have been delayed or postponed. In
fact, Mr. Hilliard's reference to Mr. Wohl's remarks at that conference provide yet
another example of his selective cropping of quotations. Mr. Wohl's full comment
came in the context of a question and answer session regarding improvements to
the already-extensive testing that Oracle had performed on Suite 11i prior to
release, and he was commenting on ways to reduce the number of bugs in released
software[140]:

```
Question: There are common themes here--patching and
support. You will never be successful if you keep
having to support buggy software. You have buggy
software at the beginning. What can you do to fix
testing and the QA function? It's broken. You need
true end users doing the testing.

Ron Wohl: We have too many bugs and too many patches.
This is despite the fact that we have people outside
Oracle who are testing the software. We have built a
large set of regression tests that cover the software
being used in different ways. We have done a
significant amount of testing on the software. It's
not so much about how can we test, but rather, how can
we automate certain operations. On patches, can we
automatically create database patch drivers to
eliminate sources of errors? We want to automate to
```

---

[136] Hilliard Report, at page 50.

[137] *See* Deposition of Larry Ellison (September 21, 2006), at 412:9 – 414:1.

[138] *Ibid*, at 413:19-22.

[139] *See* Hilliard Report, at pages 51-52 (citing commentary from Ron Wohl at an October 2000 OAUG
conference, taken from NDCA-ORCL 101788).

[140] October 2000 OAUG conference, taken from NDCA-ORCL 101788

```
               eliminate errors. Testing alone is not the answer.
               You'll see a lot of improvement.
```

110.    As discussed at length in my May 25, 2007 Report and herein, inevitable problems
        accompany all major releases of such complex software; ERP software is still
        considered functional and available even with some degree of dissatisfaction. My
        review of the evidence in this case indicates that Suite 11i was sufficiently
        functional to be considered "available" by May 2000.

111.    It comes as little surprise that the Hilliard Report adopts a purported "computer
        industry" definition of "available": that the software is (i) "tested," (ii)
        "functionally complete," (iii) "documented," (iv) "in a position to be sold," and (v)
        "in a position for customers to go live on."[141] This definition is taken from the
        deposition of an Oracle witness – out of context – though Mr. Hilliard provides no
        indication that this definition is accepted elsewhere in the industry.

112.    In any event, Suite 11i *still* meets Mr. Hilliard's definition of availability, as it was
        (i) tested extensively (using regression, integration, and other testing methods,
        including beta programs),[142] (ii) functionally complete to run a company's
        common business functions (despite inevitable bugs),[143] (iii) documented (in

---

[141] *See* Hilliard Report, at page 50 (citing Deposition of Mark Barrenechea, at pages 233-34).

[142] *See, e.g.,* Deposition of Donald Klaiss (June 20, 2006) at 82:21-83:4 ("I don't recall any significant issues at the completion of the testing. I don't recall specific areas that we may have had them drill down on further. But we did – you know, we did do a significant amount of testing on 11i. We did more testing on 11i than we had done on any release ever in the history of the company. So, you know, it was really a significant set of testing."); Deposition of Ron Wohl (March 23, 2006), at 106:22-107:24 ("We did more testing than what had previously been released."); Question & Answer Document for OAUG Conference Honolulu, Hawaii, October 22 - 26, 2000 (NDCA-ORCL 094603-58 ("Release 11i follows the Oracle Product Release Process…[which] includes a prerelease sign-off by senior management, who review quality criteria for the release, including open bug counts, and the breadth and depth of the functional, system, integration, performance, and regression testing that was performed."); Deposition of Gregory Seiden (May 16, 2006), at 68:18-69:6.

[143] *See, e.g.,* L. Lederman, *Report From Oracle's Analyst Day: Maintain Buy Rating,* Blair, William & Co. Analyst Report (NDCA-ORCL 308696-99), at 308696 ("With the release, the company has a full e-business applications suite, including marketing software, electronic store, salesforce [sic] automation, call center, supply chain, e-procurement and back-end ERP (including accounting, manufacturing, and human resources)."); Key Customer Profiles (April 2, 2002) NDCA-ORCL 068725-977 at 068747 ("'Oracle provides all the tools, guidance and consultancy we need to re-engineer our organization and become a true e-business.' Wing Commander Philip Godfrey, Royal Air Force Training Group Defense Agency); *ibid* at 068835 ("'[W]e needed a suite of components, integrated seamlessly, simple and fast to implement, but complete in functionality. That's why we chose the Oracle solution.' Peter Tilby, Saggio Holdings Ltd."); *ibid* at 068875 ("'For UAC's purposes, no other software vendor offers a software suite as complete and integrated as the Oracle E-Business Suite.' Brad Snook, Vice President, United Asset Coverage, Inc."); Deposition of Mark Barrenechea (July 11, 2006), at 233:8-234:1; *see also* Oracle Corporation Technical White Paper: Customer Relationship Management, Print Date February 6, 2001 (NDCA-ORCL 106680-728), at 106690 (By complete we mean that every CRM application needed — marketing, sales, service, contracts, Web store. etc. — for sales and service to customers is included in the Oracle CRM suite.");

**Confidential**

technical reference manuals, for example),[144] (iv) in a position to be sold (making hundreds of millions of dollars in licenses even after Oracle's alleged announcement of the "truth," on March 1 and March 15, 2001),[145] and (v) in a position for customers to go live on (over 350 customers did go live during the release's first year, alone).[146]

113.    In fact, the very AMCM sources that Mr. Hilliard relies on for the proposition that Suite 11i was not available demonstrate a steadily increasing roster of customers who had successfully implemented the software and were using it to run their business:

- November 27, 2000 AMCM (63 live customers)[147]

- January 3 and 24, 2001 AMCM (between 100 and 149 live customers)[148]

- January 29, 2001 AMCM (152 live customers)[149]

- February 5, 2001 AMCM (155 live customers)[150]

- March 21, 2001 AMCM (215 live customers)[151]

- April 10, 2001 AMCM (254 live customers)[152]

---

[144] *See, e.g.,* CD of Oracle Technical Resource Manuals, NDCA-ORCL 050972.

[145] *See* Oracle Product Revenue Reporting Package, Q4 2001 (NDCA-ORCL 110948-1032) at 110953 (noting $337,999 of total applications revenue for Q4 2001); *see also* G. Teagarden, *ORCL: Detailed Overview of 4Q01 and Upgrade,* Solomon Smith Barney Analyst Report, June 19, 2001 (NDCA-ORCL 430557-60) at 430558 (stating that "[d]atabase and applications revenues contributed $1.234 billion and $338 million, respectively," to Oracle's $1.656 billion in Q4 2001 software licensing revenues).

[146] *See* below, at paragraph 205; *see also* R11i Customer Information, Oracle Internal Document, May 16, 2001 (NDCA-ORCL 417824-42), at 417824-35 (listing 352 "11i Live Customers" as of May 16, 2001).

[147] *See R11i Customer Information,* Oracle Internal Document, November 28, 2000 (NDCA-ORCL 418902-5) at 418902-3 (listing 63 "11i Live Customers" as of November 28, 2000).

[148] *See R11i Customer Information,* Oracle Internal Document, January 3, 2001 (NDCA-ORCL 418744-54), at 418744-47 (listing 100 live customers as of January 3, 2001); *R11i Customer Information,* Oracle Internal Document, January 24, 2001 (NDCA-ORCL 418726-36), at 418726-31 (listing 149 live customers as of January 24, 2001).

[149] *See R11i Customer Information,* Oracle Internal Document, January 29, 2001 (NDCA-ORCL 418687-97), at 418687-92 (listing 152 "11i Live Customers" as of January 29, 2001).

[150] *See R11i Customer Information,* Oracle Internal Document, February 5, 2001 (NDCA-ORCL 418454-64), at 418454-59 (listing 155 "11i Live Customers" as of February 5, 2001).

[151] *See R11i Customer Information,* Oracle Internal Document, March 21, 2001 (NDCA-ORCL 418373-87), at 418373-80 (listing 215 "11i Live Customers" as of March 21, 2001).

[152] *See R11i Customer Information,* Oracle Internal Document, April 10, 2001 (NDCA-ORCL 418169-84), at 418169-77 (listing 254 "11i Live Customers" as of April 10, 2001). Mr. Hilliard notes that this AMCM agenda listed five referenceable customers among Oracle's marketing E-Leaders group for Suite 11i (Hilliard Report, at page 55). He then suggests that a single document presumably authored during this period by Oracle's competitor, Siebel, demonstrates that "Oracle was claiming references it did not have" (Hilliard Report, at page 55, footnote 112). First, this document lacks any source of corroboration whatsoever. Moreover, Plaintiffs examined Mr. Ellison regarding this very document. *See* Deposition of

**Confidential**

- May 16, 2001 AMCM (352 live customers)[153]

114. It is impossible to reconcile the fact that hundreds of customers were successfully running the software (and thousands were in the process of implementing it) with Mr. Hilliard's claim that the product was not "available."[154]

**VI.5  Systems Integration**

115. The Hilliard Report asserts that Oracle's representations that Suite 11i "was capable of being implemented with no systems integration" were false because, according to Mr. Hilliard, Oracle executives knew or should have known that *all* implementations require systems integration.[155] Mr. Hilliard's assertion is wrong because he unfairly takes these representations out of context; moreover, when placed in context, Oracle's claim that Suite 11i did not require systems integration to make the components of the suite work together is true.

116. As discussed at length in my May 25, 2007 Report, at Section IX.2, Oracle consistently argued that Suite 11i required no systems integration to allow the components to work together, with the result that "customers buying the entire

---

Larry Ellison (September 21, 2006), at 317:12 – 322:18. Mr. Ellison informed Plaintiffs that he thought most of the companies listed on this document were, in fact, Oracle customers (*ibid*). The handwritten notations on the document support Mr. Ellison's opinion (*see* NDCA-ORCL 397378-80). For example, the document lists Unisys, British Telecom, and POSCO as "completely fabricated" Oracle references. Regarding British Telecom, however, the handwritten notes read: "new win ... incentive comp and HR intelligence ... this is exactly how it's positioned in the release" (*ibid*, at 397378). With respect to POSCO, the notes read "live ... 18 mo project, CRM + ERP implemented w/ no modifications" (*ibid*). Other Oracle documents support both Mr. Ellison's testimony and these handwritten notes, as is particularly clear regarding the POSCO story. By August 2000, *one year before this document was created*, POSCO had purchased and was implementing the entire Suite 11i. *See* letter from Ryoo Kyeong-Ryul, POSCO CIO, to Larry Ellison (August 1, 2000), at NDCA-ORCL 028931 ("In this project we are implementing over 50 modules of Oracle Applications Release 11i in an 18 month timeframe with a go live date of July 2001."). In the same month that Siebel authored this document, Oracle issued a press release trumpeting the successful implementation of both Suite 11i CRM and ERP at POSCO. *See* "The World's Largest Steel Manufacturer, POSCO, is Live on the Oracle E-Business Suite" (August 20, 2001), at NDCA-ORCL 307143-45. In short, Mr. Hilliard's reliance on a single, uncorroborated, and largely inaccurate document authored by one of Oracle's arch-rivals is misplaced.

[153] *See R11i Customer Information*, Oracle Internal Document, May 16, 2001 (NDCA-ORCL 417824-42), at 417824-35 (listing 352 "11i Live Customers" as of May 16, 2001).

[154] Mr. Hilliard''s suggestion that Oracle had particular problems making available Suite 11i for the Windows NT operating system or the small and midsize business market also fails. Hilliard Report, at page 57. Oracle did over $43 million in business in its General Business unit during 3Q 2001, increasing to $44 million in 4Q 2001. *See* Q4 Summary, (NDCA-ORCL 248174-75). Mr. Hilliard has mischaracterized Mr. Cochran's testimony, which in fact explained that he did not even remember the name of the customer Plaintiff's counsel were asking about nor the nature of any problems they were faced while implementing the software. *See* Deposition of Michael Cochran (June 16, 2006) at 208:22-209:4. This is entirely insufficient to support a conclusion that Oracle faced any unusual problems with the Windows NT platform.

[155] *See* Hilliard Report, at pages 59-60.

Case 3:01-cv-00988-SI   Document 1228-4   Filed 10/09/07   Page 49 of 97

suite don't need to do any systems integration."[156] In his own Report, however, Mr. Hilliard fails to provide the remainder of Mr. Ellison's statement, which provides additional detail and contradicts the basic claim made by Mr. Hilliard.[157] Oracle was expressly discussing the need for system integration in cases when the entire suite was not used, and connection with software from other vendors was involved:

> Customers buying a part of the suite are doing systems integration to connect our applications with applications of other vendors … once a customer uses one of our applications, it's just a matter of time before they move to the entire suite. Systems integration is so complex and expensive that nobody really wants to do it.

117.     As discussed in my May 25, 2007 Report, members of the business applications industry understood Mr. Ellison's meaning when he stated that a company "buying the entire suite wouldn't need to do any systems integration." As is likewise noted in my May 25, 2007 Report, Plaintiffs' (or in this case, Mr. Hilliard's) characterization of the CRM White paper is also incorrect, and ignores that the document set out specific meanings for the terms "integrated" and "complete," and provided the appropriate context for the statements regarding systems integration.[158]

118.     Mr. Hilliard distorts the plain meaning of these statements – presumably in an attempt to portray Oracle executives as claiming that *no* customer would *ever* need

---

[156] *Ibid*, at page 13 (*citing* December 14, 2000 PR Newswire Article (NDCA-ORCL 011965-7), at 011965).

[157] December 14, 2000 PR Newswire Article (NDCA-ORCL 011965-7), at 011965.

[158] As I explained in my May 25, 2007 Report, the white paper explained exactly what Oracle meant by integration; it mean integrated *as compared to best-of-breed* offerings:

> Oracle's CRM suite is both complete and integrated (Figure 1). By *complete* we mean that every CRM application needed — marketing, sales, service, contracts, Web store. etc. — for sales and service to customers is included in the Oracle CRM suite. By *integrated* we mean that every application in the CRM suite has been engineered around a unified global customer and product database. All the applications have been designed and built by Oracle to work together and share information. So no systems integration is required to install the Oracle CRM suite.

> In contrast, Siebel's CRM offerings require systems integration — a lot of custom programming and a lot of architectural reconstruction — to make the different applications in the suite work together. That's because Siebel did not design or build most of the applications in the Siebel product set.

Oracle Corporation Technical White Paper: Customer Relationship Management, Print Date February 6, 2001 (NDCA-ORCL 106680-728), at 106690.

to perform systems integration work on Suite 11i, even if the customer chose to integrate another vendor's applications with Suite 11i. Placed in the proper context, no one with any experience in the business applications industry would understand these statements to mean what Mr. Hilliard implicitly suggests. In fact, the very notion that Suite 11i could somehow be "pre-integrated" *with another vendor's applications* without any systems integration is absurd.

119.   Putting aside Mr. Hilliard's reading of these statements, I believe them to be true. Contrary to Mr. Hilliard's claim, Suite 11i *did* eliminate (or took major steps toward eliminating) systems integration. Whereas customers previously performed expensive and time-consuming systems integration work to link modules in a best-of-breed approach (for a CRM suite of modules from a variety of vendors, say), customers that bought the Suite 11i CRM suite avoided that systems integration for those pre-integrated 11i modules.[159] Oracle executives were describing exactly this advantage in the statements misinterpreted by Mr. Hilliard, above.

120.   Indeed, customers obtained an iterative advantage as they implemented more of the suite; that is, the more modules they implemented, the more relief from systems integrations they received.[160]

121.   Indeed, Mr. Hilliard does not dispute that no systems integration was required to make the elements of Suite 11i work together. Nor does he dispute that if all of the elements of the Suite were used, that the suite would constitute the full range of necessary functionality to run a business (which, as Mr. Ellison pointed out at the time, was not necessarily the same as having all of the functionality a customer might think it wants). These are significant concessions, and they essentially undermine any claim that Oracle's statements were not true. In other words, Mr. Hilliard concedes that if the suite was purchased and used as a whole, then no systems integration would be required.

122.   Mr. Hilliard avoids addressing that issue (and by so doing, implicitly admits that Oracle's claim is true), instead arguing that, because most customers did not use the suite that way, Oracle's claim was misleading. In support of this argument, Mr. Hilliard relies on Mr. Sellers' deposition, and once again he unfairly takes a quotation out of context. While Mr. Sellers did opine that many customers *chose* to keep some legacy software from another vendor that must be integrated with Suite 11i, he specifically contrasted that choice with Mr. Ellison's recommendation – as expressed in both the December 14, 2000 press release and earnings call cited by

---

[159] May 25, 2007 Report, at Sections VI.3 and VIII.1.

[160] *See* December 14, 2000 PR Newswire Article (NDCA-ORCL 011965-7), at 011965 ("Customers buying a part of the suite are doing systems integration to connect our applications with applications of other vendors … once a customer uses one of our applications, it's just a matter of time before they move to the entire suite. Systems integration is so complex and expensive that nobody really wants to do it.").

Mr. Hilliard – that customers select only Suite 11i modules to avoid systems integration[161]:

> They integrate [Suite 11i] with something or some little piece of software that they just think they have to have. So all of these installations aren't installations; they're integrations. And that is what – you've probably heard Larry, in all of his speeches, talk about that. They wire things together instead of installing a whole product and bringing things up.

123.   The omitted testimony illustrates what is perverse in Mr. Hilliard's analysis[162]: Mr. Ellison was arguing that customers were not taking as many steps as they could to eliminate customization and the need for costly systems integration. Rather, they (in Ellison's view) consistently erred on the side of adopting too many solutions, primarily because they believed they needed more functionality, and this resulted in a system that was less effective than he envisioned – an integrated suite with a footprint broad enough to eliminate the need for applications from other venders. In essence, Mr. Hilliard is arguing that because many customers did not take Oracle's advice, Oracle's statements about the benefits of following its advice were misleading.

## VII        MR. HILLIARD'S OPINION #2 REGARDING INTEGRATION MISCONSTRUES BOTH THE CONCEPT OF INTEGRATION AND ORACLE'S STATEMENTS REGARDING INTEGRATION

### VII.1 Hilliard's "Integration" Analysis Is Flawed In Several Critical Respects

124.   Mr. Hilliard's second opinion is that "Oracle and the individual defendants made public representations about the pre-integration of the components of the Oracle 11i E-Business Suite that they knew or should have known were false at the time they made them."

125.   Mr. Hilliard's conclusion is seriously flawed for several reasons. First, as in a number of other respects, Mr. Hilliard distorts Oracle's actual statements, often by omitting relevant portions; when read fairly and in context, the statements are clear and accurate. Second, Mr. Hilliard does not dispute that Suite 11i was designed and structured to be "pre-integrated," and admits that no systems integration was required to make the pieces work together. Third, Mr. Hilliard relies extensively on the alleged lack of testing in reaching his conclusion, but this analysis is only marginally relevant, and is factually incorrect as well. Fourth and finally, Mr. Hilliard's "definition" of integration, as applied, essentially requires that Oracle

---

[161] Deposition of Richard Sellers (February 28, 2006), at 94:19-95:1.

[162] *See* Hilliard Report, at page 43.

produce error-free software, a standard that Mr. Hilliard has acknowledged no software of this type could achieve.

126.   In addition to these general flaws, and contrary to Mr. Hilliard's suggestion, neither "Oracle's internal assessment," nor the "customer experience" – upon which he relies so heavily – supports his conclusion that Suite 11i was not integrated. All of these issues are discussed more extensively, below.

### VII.1.1 Four Key Issues Regarding Mr. Hilliard's Integration Opinion

#### VII.1.1.1 The Hilliard Report Omits Necessary Portions Of Defendants' Statements

127.   The most pervasive omissions made in the Hilliard Report involve Defendants' comments comparing Suite 11i to the "best-of-breed" approach, and the effect that adopting a suite approach can have on systems integration. As I discussed in my May 25, 2007 Report, at Section VI.3, the concept of an integrated suite can only be understood in the context of the market at the time. Oracle and other manufacturers who marketed "integrated" or "pre-integrated" ERP suites defined these suites as "integrated" to contrast them against "best-of-breed" solutions. It is troubling that Mr. Hilliard ignores the context of these statements altogether, and never considers the scope and quality of the integration in Oracle's product, relative to " best-of-breed" alternatives, or even to other "integrated" suites available at the time. He never considers what customers understood an "integrated suite" to mean. In fact, from Mr. Hilliard's analysis, one might not know that this was the context of Oracle's statements.

128.   For example, when Mr. Hilliard discusses Edward Sanderson's comments regarding integration at a February 2001 investor conference at Goldman Sachs, he quotes Mr. Sanderson as saying, "[W]e've opted to take the Integrated Solution strategy … Common architecture, common technology, and a common single view of the customer … "[163] What Mr. Hilliard omits, however, is the introductory sentence, where Mr. Sanderson explains: "[W]hat I want to talk to you about is Best of Breed versus Integrated Solutions." Worse, the ellipsis in Mr. Hilliard's quotation stands in the place of *three pages of commentary* in which Mr. Sanderson discusses best-of-breed alternatives, and compares them to Suite 11i.

### VII.1.2 Mr. Hilliard Does Not Contest That Suite 11i Was Designed To Be Integrated

129.   Though he opines that Suite 11i was not integrated, Mr. Hilliard never denies that Suite 11i was *designed* to be integrated. As discussed at length in my May 25, 2007 Report, the Suite was designed around a common data model, with the intention of sharing data in order to integrate key business flows. This design was reflected in extensive documentation, which was available to Mr. Hilliard but which he apparently never reviewed. Mr. Hilliard never denies that such a system is "integrated" under the common understanding of the term.

---

[163] *See* Hilliard Report, at page 13.

130.    In fact, Mr. Hilliard does not dispute that no systems integration was required for the various components of Suite 11i to work together. As noted above, the discussions of "integration" that Mr. Hilliard claims were false, often spoke in some detail about how Oracle's suite concept eliminated the need for systems integration between those modules. In other words, Mr. Hilliard appears to concede the key point that Oracle emphasized over and over again: that the components of its suite were designed to work together without systems integration.

131.    Perhaps anticipating this problem, Mr. Hilliard claims that "integration" and "systems integration" are two concepts that are only "marginally related."[164] Not only is this claim wrong (because systems integration is merely a variety of integration), it demonstrates how thoroughly Mr. Hilliard ignores what Oracle actually said. Mr. Hilliard states, correctly, that "systems integration" refers to "the interfaces between applications with different developers and is typically done by consultants." But he then goes on to claim that "integration (in the context used by Oracle in reference to the Suite 11i E-Business Suite)" means "the relationship between modules within a single product or suite of products, and is typically done by the product's developers."[165] Mr. Hilliard's distinction is refuted by the numerous statements made by Defendants that consistently tie their use of the terms "integration" and "pre-integration" to the notion of eliminating the "systems integration" work necessary when customers acquire separate products from different vendors. Thus, Suite 11's "integration" was designed to eliminate the need for "systems integration." Mr. Hilliard's claim that the two concepts are not related ignores the direct relationship between them repeatedly drawn by Oracle.

### VII.1.3 Mr. Hilliard's Analysis of Testing Is Flawed As Well

132.    As noted in the introductory Section of this Report, Mr. Hilliard never reviews the direct evidence that addresses whether Suite 11i is integrated, including technical documentation and the software itself.

133.    Having ignored this direct evidence, Mr. Hilliard claims that Oracle did little or nothing in the way of testing or quality control before Suite 11i was released.

134.    The issue of "testing" is only marginally (and indirectly, if at all) relevant to the integration issue. The question before us is whether the software was integrated, not whether it received more or less testing than is typical before release. Given the direct evidence available with respect to this question (such as technical documentation and the software itself), professionals in the business software applications industry would not rely instead on incomplete or anecdotal evidence of the amount of testing conducted in order to deduce a degree of integration. In

---

[164] *Ibid*, at page 60, footnote 131.

[165] *Ibid*.

other words, the testing evidence relied upon by Mr. Hilliard is the wrong evidence to consider.

135.    Even putting this aside, Mr. Hilliard's basic premise regarding testing is wrong. Based on my review of the evidence in this case, it is clear that a significant amount of testing and quality control work was done.

136.    The Hilliard Report relies in part on a statement made by Oracle's VP of Operations for CRM, in which he explained that Oracle had switched to "Mercury's automated testing software since it was a better solution than the proprietary software we had been using"[166] – but that statement merely highlights the fact that Oracle was *already* using its own internally-developed, automated testing software, and that it hoped to improve upon that testing capability by acquiring a comprehensive (albeit expensive) commercial testing tool already popular in the marketplace.

137.    In claiming that Oracle did "no integration testing," Mr. Hilliard disregards the testimony of Oracle's Alan Fletcher, who specifically stated that Oracle tested the integration of the Suite 11i modules prior to the May 24, 2000 release date. Mr. Fletcher went on to explain[167]:

> I would test the integration of modules by installing
> the software, configuring the software, and running
> through test cases which exercise those integration
> points.

138.    Greg Seiden also discussed integration testing of the major business flows:[168]

> Q. What type of testing did your group do?
>
> A. The integration testing as described, we
> would - we identified eighteen to twenty key
> business flows and we would execute those.
>
> Q. Can you give me an example of a key business
> flow that would run across CRM and ERP products?
>
> ...
>
> THE WITNESS: To create a quote and turn that
> into an order.
>
> ...
>
> Q. Okay. And in May of 2001 (sic) when 11i came
> out, did you conduct that type of testing? For
> example, the creating a quote example?

---

[166] *Ibid*, at page 27 (*citing* Deposition of Alan Fletcher, at page 169).

[167] Deposition of Alan Fletcher (April 6, 2005), at 66:7-67:24.

[168] Deposition of Gregory Seiden (May 16, 2006), at 67:17-69:6.

**Confidential**

```
A. I believe that we did.

Q. And how did that test go?

A. By the time we released, we were able to
execute all of our key business flows.

Q. What do you mean by "execute"?

A. We were able to run the test as defined.

Q. What do you mean by "run the test as
defined"?

A. Able to answer a quote and create an order
from that.
```

139.    The Hilliard Report also misconstrues Donald Klaiss' testimony regarding the
        evolution of the testing environment for Suite 11i. The testimony Mr. Hilliard cites
        for the proposition that "no integration testing" was performed on the suite merely
        notes that integration testing on certain patches was only performed by individual
        development teams, and not in a centralized testing environment.[169] This may not
        be Mr. Hilliard's preferred manner of testing, but every software development
        organization fosters its own protocols and procedures; there is certainly no
        mandatory approach that must be followed by Oracle, or any other commercial
        software vendor.

140.    Similarly, the testimony Mr. Hilliard cites in defense of the assertion that no one at
        Oracle tested integration between models actually reveals that no *single* person
        was responsible for such testing – but rather that *all* developers were involved in
        the process. Again, this may not be Mr. Hilliard's preferred approach, but that does
        not make it incorrect. As Clifford Godwin testified[170]:

```
[T]hat's not something that had a named responsibility
and an associated person with it. There is a – there
are common development standards that are used to
build the applications and principles that everybody
is using, and those are – there is no individual who
is performing that specific task or group that is
performing that specific task.
```

141.    Indeed, Oracle's witnesses testified that they did more testing on Suite 11i than
        they had ever done with any previous release.[171] But, as described in my May 25,

---

[169] Deposition of Donald Klaiss (June 20, 2006), at 168:25-173:17.

[170] Deposition of Clifford Godwin (March 3, 2006), at 32:23-34:7; *see also* Deposition of Gregory Seiden
(May 16, 2006), at 67:17 - 69:6.

[171] *See, e.g.,* Deposition of Ron Wohl (March 23, 2006), at 106:22-107:24 ("We did more testing than what
had previously been released."). In contrast, Mr. Hilliard cites to a single email from a consultant
experiencing problems in the field, who had no personal knowledge of what testing was actually performed
and who at least two witnesses testified was incorrect regarding testing and embellishing the problems
experienced. *Compare* Hilliard Report at 88 *with* Deposition of Edward Sanderson (July 25, 2006), at

2007 Report, it is practically impossible to test a product as large and complex as Suite 11i sufficiently to eliminate all bugs. Mr. Hilliard essentially concedes this as a practical matter in explaining his own decision not to run or test the software himself[172]:

> Business software of the complexity of Oracle 11i, is designed to have hundreds of built-in options which can be combined in thousands of permutations and combinations. It could have taken months of non-stop 24 hour testing of Oracle 11i in a single setup to simulate even a fraction of the permutations and combinations of options that were exercised in the course of the dozens of attempted live implementations about which I received data.

142.   As discussed in Section V.3.3 of my May 25, 2007 Report, and more fully in Section VII.1.4 directly below, it is an unavoidable fact that large, complex applications experience a significant number of bugs that cannot be identified and removed prior to deployment. That Suite 11i had some bugs is not, in itself, evidence of any failure in QA or testing. There is simply no basis to infer from the existence of bugs that the direct testimony and other evidence of extensive testing is inaccurate, much less that this indirect and incomplete evidence regarding testing somehow proves that Oracle's claim that the product was integrated to be false.

**VII.1.4 The Hilliard Report Sets An Impossible Standard For Integration That Is Not Accepted By The Industry**

143.   Mr. Hilliard's claims that he adopts the same definition of "integration" that Oracle has adopted – that is, that the "modules of Suite 11i [are able to] work together and share information."[173] This definition is sufficiently vague that it does not, in itself, answer two important questions – namely, "how should they be able to work together," and "what information should they be able to share?" As a result, in assessing Mr. Hilliard's "definition" of "integration," the devil is in the details.

144.   Mr. Hilliard's concept of integration suffers from at least four significant problems. First, as described above, Mr. Hilliard ignores the context of Oracle's statements, which defined the concept of integration (as did a number of other suite vendors) against the best-of-breed alternative, on the premise that it would avoid systems integration within the suite. Mr. Hilliard does not dispute that Suite

---

103:21-23 (referring to the document cited by Mr. Hilliard: "I don't recall being told that, and I know that integration testing had been donewith the product."); Deposition of Valerie Borthwick (April 11, 2006), at 156 :20-157:13 ("If you know Kevin, he's kind of saying – he's, you know, kind of whining here and embellishing …. It's based – no, it's based on my personal knowledge of – of Kevin.").

[172] *See* Hilliard Report, at page 7.

[173] *Ibid*, at page 64.

11i accomplished this goal, but he views that as irrelevant. In other words, Mr. Hilliard's practical definition of the term "integration" is inconsistent with the very purpose of the "integration" that Oracle and other suite providers were selling.

145.   Second, Mr. Hilliard ignores that the term "integrated" can be an absolute or relative term, depending on context. Some software is clearly not "integrated" when it is purchased, because it was not designed to, and cannot, work together in any sense, or share any data with other modules. For instance, the best-of-breed programs that Oracle compared to its "integrated" suite would meet this definition, as they would not be able to "work together at all" or "share data" in any sense without systems integration. Within the world of "integrated" suites, however, there may be a variety of examples of different pieces of software that "work together" and "share information" in a variety of different ways, and to a variety of extents.

146.   Mr. Hilliard makes no effort to evaluate Suite 11i in light of this reality. Instead, by using terms like "complete" and "seamless," he suggests that if anyone could imagine additional ways in which software might communicate data or "work together," these are not present in Suite 11i, and thus the suite was not integrated. Absent some baseline, this evaluation makes no sense. For instance, if Suite 11i "worked together" more extensively (or as extensively) and shared data as well as (or better than) the other "integrated suites" on the market, and far better than the best-of-breed alternatives that were the benchmark Oracle used to define its "integrated suite," it does not make any sense to claim that Oracle was "not integrated." Mr. Hilliard's analysis ignores this fundamental point, and his discussion of additional communication or additional ways the software could "work together" appears intended to obscure this basic point.

147.   In other words, Mr. Hilliard's definition of "integration" is inconsistent with the practice and reality of the software industry. As a result, the Hilliard Report posits an unattainable standard – "seamless" communication between all modules of a suite *and* software from other vendors. As discussed in greater detail in my May 25, 2007 Report, at Section VI.6, there are various forms of integration – but none is consistent with the definition used by Mr. Hilliard. Suite 11i was integrated to a far greater extent at the time of purchase than could be achieved through best-of breed components, even after those components had been "stitched together" through a systems integration process. This was accomplished primarily through the use of a single data model.[174] Finally, Mr. Hilliard's application of "integration" is wrong because, if for no other reason, it would mean that Suite 11i was not "integrated" even if it "worked together" and its modules "shared data" far more than most, if not all, of the alternatives.

148.   Much of Mr. Hilliard's argument can be reduced to the claim that, because Suite 11i had bugs, and because some of those bugs affected portions of the software

---

[174] *See* May 25, 2007 Report, at Section VIII.1.

Confidential

that implemented the integrated design, the suite was not "integrated." Mr. Hilliard characterizes this as the difference between "designed" to be integrated, and actually *being* integrated.[175] Specifically, he argues that, while Suite 11i may have been "engineered such that – at some future time – a product could be further developed to provide some functionality," Oracle was not actually "delivering a product that does provide that functionality" during the relevant Class Period.[176] This is simply an attempt to recast the presence of bugs in the software as a failure of integration. As discussed in my May 25, 2007 Report, software that implements integration is no different than other software – the same rules apply. Software implementing integration will have bugs, and if it is big, complex software, it will likely have lots of bugs.

149.    But as Mr. Hilliard himself acknowledges, in the same section of his Report in which he discusses "engineered-versus-delivered" features,[177]

> ```
> Neither this opinion, nor any of the others, are based
> on an assumption that Oracle 11i had to be 100% free
> of defects in order to be usable. No software of the
> complexity of Oracle 11i ever reaches zero defect
> levels [emphasis added]. Thus, the standard used in
> this report is with the software operated well enough
> that it was suitable for normal commercial use for the
> business applications for which it was licensed. This
> is the standard I refer to as being of "commercial
> quality."
> ```

150.    Though Mr. Hilliard admits this fact, he then ignores the obvious corollary: *a bug in a software system that was designed to be integrated does not mean the system is not integrated; it simply means the system has a bug.* As discussed in Section VIII, below, Mr. Hilliard's definition of "commercial quality" is vague, ambiguous, unquantified, and unsupported by any recognizable authority. Meanwhile, what we *do* know is that bugs are inevitably present in *all* software, including ERP software; as noted in my May 25, 2007 Report, ERP products of the size and complexity of Oracle's Suite 11i can be expected to have approximately 1,000 high-severity defects, 20,000 medium-severity defects, and 129,000 low-severity defects when first released.[178] Mr. Hilliard's conclusion – that a giant piece of software that had bugs, just as expected, was not integrated because some of those bugs affected the integration features – is entirely without basis and certainly inconsistent with the understanding of the software industry.

---

[175] *See* Hilliard Report, at page 75.

[176] *Ibid*, at page 38.

[177] *Ibid*, at page 38, footnote 73.

[178] *See* Capers Jones, *Estimating Software Costs: Bringing Realism to Estimating* (Second Edition, McGraw-Hill, 2007), page 290; *see also* May 25, 2007 Report, at paragraph 87.

151.    Finally, as discussed in my May 25, 2007 Report, Mr. Hilliard's suggestion that
        Suite 11i could be integrated "out of the box" with any number of programs *from
        other vendors* is unreasonable; the evidence in this case does not support the
        conclusion that customers, analysts, and/or the market generally expected that
        Suite 11i would be integrated out of the box with any number of programs, all
        written by different vendors or customers, many propriety, in different formats and
        languages. There is no evidence that anyone believed such a thing, nor should they
        have.

**VII.1.5 Oracle's Internal Assessment**

152.    To support his opinions about Suite 11i's integration failures, Mr. Hilliard cites
        extensively from a June 7, 2002 internal Oracle report entitled "E-Business Suite
        High Level Requirements Document."[179] His reliance on this document is
        unjustified for three reasons:

   • There is no indication that the report's authors were qualified to render a
     balanced, objective assessment of Suite 11i's integration capabilities or
     weaknesses. The three main authors, and many of the "contributors," were
     from the European and Middle Eastern (EMEA) regional division of Oracle;
     there do not appear to be any contributions to, commentary on, or
     acknowledgment of the report by the larger North American division, nor the
     product development groups headed by Messrs. Wohl and Barrenechea, nor the
     senior executives in the company.

   • While the Introduction to the report does refer to what it calls "fundamental
     gaps" (a phrase enclosed in quotation marks in the report itself), it *begins* by
     referring to Suite 11i as "probably one of the greatest achievements in the
     history of the software industry." And it continues, in the opening paragraph,
     to state that "we still need an additional 'housekeeping' effort." This hardly
     appears to be a dire condemnation of the ERP product.

   • The Introduction to the report concludes by stating that "we would welcome
     the opportunity to sit down with development and discuss [these issues] in
     greater detail" – which strongly implies that the report's authors had *not*
     conducted such a discussion prior to writing their report. Thus, sincere and
     well-intentioned as the report may have been, it presents only one side of the
     story – much like Mr. Hilliard's Report.

153.    Interpreting this report the way he does, Mr. Hilliard makes the same mistake
        when describing integration. Much of the discussion in this report is directed at
        adding additional functionality to Suite 11i, in order to make the pieces of the
        Suite "work together" even better than they already do.[180]

---

[179] *See* Hilliard Report, at pages 71-72; citations are from NDCA-ORCL 069907-939.

[180] *See* E-Business Suite High Level Requirements Document, (NDCA-ORCL 069907-39).

**Confidential**

154.   It is not at all surprising that, by the time of this report (some two and a half years after the release of Suite 11i), one could imagine additional ways that the software could share data and work together. In fact, it would be surprising if, after the release of Suite 11i, both Oracle and its competitors would, partially in response to what the authors of this report call "one of the greatest achievements in the history of the software industry," fail to develop additional functionality and more varieties of integration – particularly in the area of workflow, or business process, integration. It would also be no surprise that Oracle needed to respond to these developments in the market to maintain the comparative advantage of Suite 11i, or to fix what, in their opinion, were additional isolated integration points that had not been noticed as such when the product was released. For example:

- Section 2 of the report begins by saying that it "contains all those requirements that are deemed critical to overcome the lack of integration between the E-Business Suite modules (ERP/CRM) as well as the lack of integration within the individual groups of modules."[181] While the language may sound rather harsh, there are only 13 "requirements" on the list, which is hardly an overwhelmingly large number of missing features or aspects of integration. Indeed, as Suite 11i designers Gregory Seiden and Sukumar Rathnam testified, Suite 11i had thousands upon thousands of integration points between various modules, and the level of integrations and functionality continued to increase over time, even to the present day.[182] Nor do many of them sound "critical"[183] – and, as noted above, such a characterization reflects the opinion of only one group within Oracle, who had not even discussed their opinions with the senior development executives of the company.

- The first of the "integration requirements" discussed in the report is "projects integration to CRM and ERP," which appears to be part of a "wish list" of features for some future version of the product, but not necessarily a current requirement, let alone something that Oracle had promised to the marketplace[184]:

  > Companies should ideally be able to track cost not only for the development of a product/service, but the costs throughout the whole lifecycle from cradle to grave and should

---

[181] *Ibid*, at NDCA-ORCL 069920.

[182] Deposition of Gregory Seiden (May 16, 2006), at 152:12-25 ("[W]e've got tens of thousands of tables within the applications, and so they – there are many, many more potential data-sharing points,"); Deposition of Sukumar Rathnam (May 18, 2006), at 136:19-137:9.

[183] None of the issues raised rendered the product unfit for "commercial use" by the many hundreds of customers who had implemented Suite 11i by that time – including Oracle itself.

[184] E-Business Suite High Level Requirements Document, (NDCA-ORCL 069907-39) at NDCA-ORCL 069922.

**Confidential**

> ```
> have visibility across all relevant activities.
> Some Key Industries that would benefit from such
> tight integration are: Telco, Service
> Industries, Automotive (Warranty costs) …
> ```

- Another "integration requirement" in the report is "Cost Rollup for Contracts," which is described as a requirement that would improve Oracle's ability to sell its product, was available in some competitive products, and was accomplished (in the absence of the integration feature) by means of a workaround – none of which provides any support for Mr. Hilliard's fundamental argument that Suite 11i's integration was a "failure"[185]:

> ```
> This is a real business issue for Prospects, and
> damaging for Oracle Sales campaigns to prospects
> (i.e., unlike Oracle Manufacturing, we cannot
> identify accrued costs against a Contract over
> time) …
> ```

> ```
> This is a Sales Issue at Lanier, Atlas Copco,
> and Canon Copiers. We currently handle this by
> use of user defined data in flexfields and
> custom Discover Reports. Should be standard
> functionality just like our competitors do
> (Contract specialists Astea and Metrix have it)
> …
> ```

- Still another "integration requirement" in the report is "Demand Planner and CRM Integration," which was described in critical terms as "broken."[186] To the extent that this assessment was technically correct at the time – which neither Mr. Hilliard nor I have evaluated in order to confirm or deny – it simply confirms the basic reality that I have emphasized both in my May 25, 2007 Report and this Rebuttal Report: complex software products have bugs, some of which are not discovered until long after the products are released.

155. None of this sheds much light on whether Suite 11i was integrated at the time it was released. For instance, at roughly the same time this report was written – addressing improvements that the authors would like to see implemented in Suite 11i – customers were offering the following characterizations of their experiences with Suite 11i's integration[187]:

- *Odwalla*: Referring to Odwalla's legacy best-of-breed system, Gary Hensley, Director of IT, said that "[o]ur biggest pain point was the lack of

---

[185] *Ibid.*

[186] *Ibid.*

[187] Key Customer Profiles, April 1, 2002, (NDCA-ORCL 068725-977).

Confidential

integration. We ended up with very creative systems that, unfortunately, couldn't 'talk' to each other." Odwalla chose 11i because "[o]ur charter was to choose a single system that would integrate the business." Now "Oracle establishes the foundation for Odwalla's entire enterprise."

- *Visa*: Gretchen McCoy, SVP of Visa International, stated that "When you start using this powerful software not only do you address past ills, but you can also leverage the whole Oracle platform to transform the entire company into an e-business. Once you have an integrated system, you realize just how important it is."

- *Kvaerner*: Woody Muth, Director of IT at Kvaerner Pulp and Paper, stated that "Before we upgraded to Oracle 11i, Kvaerner was a manual operation. The time between taking the order, shipping the product and invoicing was between three and five weeks. With Oracle's integrated products, we now have an automated system and we recognize revenue immediately when orders are shipped."

- *Corrugated Services*: Forest Felvey, CEO of Corrugated Services LP, stated that "We initially focused on harnessing the power of Oracle's ERP applications to establish the infrastructure for our e-business solution. Immediately, we started seeing benefits from Oracle's integrated software, from production scheduling to purchasing, to having answers for our customers."

- *MCDATA*: Don Wenninger, CIO of McDATA, stated that "McDATA's challenge of growing business operations in Europe, Asia, and the United States can only be met with a flexible open system like Oracle's E-Business Suite. Buying disparate "best-of-breed" applications requires costly and time-consuming integration services. Oracle offers a seamless, fully integrated, modular business solution."

- *The Jackson Laboratory*: Lee Wilbur, Chief Operating Officer of Jackson Laboratory, stated that "We were a disconnected shop: we had legacy systems that were not connected. We had systems for order processing, general ledger, financials, and human resources, and a home-grown system for managing grants. With the Oracle E-Business Suite, we've been able to integrate these disparate systems and streamline our business processes."

- *John I. Haas*: Kyle Lambert, Vice President of Information Solutions for John I. Haas, stated that "The integrated suite idea is very good; best of breed just really doesn't work beyond the first and maybe second version … After that, there are just too many inconsistencies and too many difficulties with gluing all the pieces together."

### VII.2 Customers' Experience

156.    Mr. Hilliard references only one customer as evidence of a "lack of integration" – Yale University. According to Mr. Hilliard, Yale unwittingly witnessed their implementation become "an unplanned integration test."[188]  Since the implementation at Yale was in fact conceived as a "collaboration of Oracle Corporation and Yale University to test the upgrade from Release 10.7 to Release 11i of a broad suite of applications and a large database," it is impossible to accept Mr. Hilliard's contention that the testing was "unplanned" or that Yale was not involved in the decision to test at its site.[189]  Rather, after other academic institutions expressed concern over the potential complexity of upgrading given their unique needs, Oracle and Yale agreed to work together "to identify and resolve – as quickly as possible – issues that adversely affected the upgrade process for higher education clients."[190]

157.    In any event, the evidence cited by Mr. Hilliard does not support his conclusion that Yale experienced problems in their implementation due to a lack of integration in Suite 11i. The email he cites[191] indicates that some form of integration testing did take place at Yale, but the email's author, Mr. Kendig, testified in his deposition that the integration testing was not due to issues with the Suite 11i code, but rather was the result of heavy customization by Yale, and corresponding configuration issues.[192]  In addition, not only was the Yale implementation expressly designed to afford an opportunity to test integration, acceptance testing is a normal part of every implementation and involves testing to make sure that workflows between modules are working properly; thus, the fact that such testing occurred at Yale does not indicate that a "lack of integration" affected Yale's implementation.

---

[188] Hilliard Report, at page 74.

[189] Fran Dykstra and Robert Condon, *Swallowing the Elephant – Upgrading from 10.7 to 11i*, presented at OAUG Spring Conference, Atlanta, GA, April 24-28, 2001 <http://www.yale.edu/finance/ias/papers/swallowing_the_elephant.doc>, visited on June 20, 2007 at 6:40 PM; *see also* <http://www.oaug.org/conferencesandeducation/conferences/spring2001/presentations-c.shtml>, visited on June 22, 2007 at 11:45 AM.

[190] *Ibid.*

[191] *See* May 23, 2001 email from Charlie Kendig to Ronald Wohl, *et al.*, NDCA-ORCL 621302.

[192] *See* Deposition of Charles Kendig (May 4, 2006), at 316:19-317:5 ("Q. Now, what does that mean, 'integration testing'? A. Yale – it kind of gets back to what we've been talking about all day with the customization. Very, very customized. So as they began to put modules in, they had difficulty because the system was vanilla. And so they had to – whenever they would map their configuration to the new 11i, they had to test everything, and if it just wasn't matched correctly with the customization, they had difficulty.").

# VIII   MR. HILLIARD'S OPINION #3 ABOUT POOR QUALITY AND "INFERIOR" PERFORMANCE OF SUITE 11I IS INACCURATE, MISLEADING, AND UNREALISTIC

158.   As noted above, the third opinion in Mr. Hilliard's Report asserts that "Oracle knew or should have known that the Oracle 11i Suite of software shipped to customers (and all or most of its components) was so unstable[193] and unsupportable, and its performance was so inferior that the product could not be considered of commercial quality and ready for commercial use in a 'live' environment."

159.   This opinion is not materially different from Mr. Hilliard's other opinions, and is based entirely on his conclusion that Suite 11i had bugs at the time of its release. Mr. Hilliard's analysis of this issue fails for the same broad reason that his other opinions failed: he does not provide an appropriate context to his discussion of Suite 11i – by comparing it to other ERP software, or even software in general – which makes it impossible to determine whether there is any basis for his criticism.

160.   In addition, Mr. Hilliard's opinion is based on a vague and ambiguous definition of "commercial quality" that he himself acknowledges lacks a "formal and universally accepted standard or reference authority that provides metrics to measure such quality … "[194] Lacking any such formal basis for the term, he posits the *hypothetical* existence of a consensus of how computer industry professionals would define it[195]:

> [I]t is my experience that an overwhelming consensus [sic] of computer industry professionals *could* [emphasis added] reach a consensus that software, in order to be of "commercial quality," must provide a level of reliability and functionality suitable for commercial usage for the purposes it is promoted and sold to perform.

161.   And finally, Mr. Hilliard attaches the following criterion to "commercial quality"[196]:

---

[193] Mr. Hilliard asserts that "[t]he term 'stability' is widely used in the computer industry to characterize whether a software product is free of software defects that would cause a program to either (a) produce erroneous results or (b) 'crash' (i.e., to stop abnormally" … the 11i E-Business Suite had debilitating stability deficiencies throughout the Class Period and beyond." (beginning of Section 5.3.1 of the Hilliard Report, at page 80). But the remainder of this section of Mr. Hilliard's Report basically discusses his overall theme about bugs being unacceptable in a "commercial quality" product.

[194] *See* Hilliard Report, at page 77.

[195] *Ibid*, at page 77-78. Note that Mr. Hilliard does not claim that computer industry professionals *have* reached a consensus on the issue, but merely makes the tentative claim that they *could* do so, under unspecified conditions.

[196] *Ibid*, at page 78.

**Confidential**

> In addition, all software must be able to operate
> reliably enough that business users can depend on it
> to perform its functions when they need it to. This
> does not mean that the software must be perfect … only
> that it performs at a level of reliability sufficient
> to meet the business needs it is sold to meet. Since
> Oracle 11i was widely marketed to businesses of all
> sizes, in a wide variety of industries in the United
> States and **worldwide**, I have used the expressed needs
> of these actual Oracle 11i customers as the standard.

162.   Mr. Hilliard fails to identify *which* "actual Oracle 11*i* customers" he means, nor does he identify any kind of "requirements document," or any other written representation of the "expressed needs" of these unidentified customers. Indeed, it appears that Mr. Hilliard has based his opinion entirely on after-the-fact complaints from some unknown – but relatively small – percentage of critical customers. Not only is this entirely subjective and unscientific, it presents Oracle with an impossible conundrum: if these complaints were only disclosed *after* Suite 11i had been shipped, how could Oracle have known, *prior* to its release of version 11i.1 in May 2000, whether its software would meet Mr. Hilliard's vague standard of "commercial quality?"

163.   In fact, earlier in his Report, Mr. Hilliard admits that it is arbitrary to claim that Oracle's software will meet 80-85 percent of customer needs because "it is not really possible to compute a meaningful number of needs met and unmet (particularly since some needs have more value than others)."[197] Apparently, Oracle must meet the "business needs" of "typical customers" even though Plaintiffs' expert opines that it is "not really possible" to determine what percentage of business needs Oracle *has* met with Suite 11i. Thus, Mr. Hilliard has created a standard that he concedes is completely unworkable.

164.   The definition of a viable software product put forth in the Hilliard Report would effectively require that software be free of bugs prior to release.[198] But, as both IT professionals and laymen in today's business environment well know, defects are normal in any major software release. A *Computerworld* article explained[199]:

> There are very few markets where 'buyers are willing
> to accept products that they know are going to
> malfunction,' said Gregory Tassey, the NIST senior
> economist who headed the study. 'But software is at
> the extreme end in terms of errors or bugs that are in
> the typical product when it is sold.'

---

[197] *Ibid*, at page 43.

[198] *Ibid*, at page 79.

[199] "Study: Buggy software costs users, vendors nearly $60B annually," *Computerworld*, June 25, 2002.

165.   Though one may dream, the definition of a successful software product, as put forth by Mr. Hilliard, has not been met by any commercial software yet released. Given that Mr. Hilliard's definition would render virtually *all* software unsuitable for commercial use, I do not believe it can be used in this case.

166.   Thus, we must reject Mr. Hilliard's notion of "commercial quality" as nothing more than a personal opinion, unsupported by any recognized standard or authority, undocumented in any fashion that would support an objective analysis, and unquantified in any way that would have allowed Oracle to know whether it needed to remove one more bug, or two more bugs, or a hundred more bugs before it could gain Mr. Hilliard's approval.

## VIII.1   Hilliard's Basic Claim

### VIII.1.1      The Evidence Does Not Support The Conclusion That The Volume Of Complaints Received Was Out Of The Ordinary For ERP/CRM Software

167.   A fundamental premise of the Hilliard Report is that one can evaluate software quality, and a product's suitability for "commercial use," based on expressions of customer dissatisfaction *from a limited number of customers*; however, Mr. Hilliard's failure to place customer complaints in any kind of context is problematic, particularly given the context.

168.   For better or for worse, the software industry is well known for having high levels of customer dissatisfaction. For instance[200]:

> Of 800 business-technology managers responding to an *InformationWeek* Research survey last month, 97% reports problems with software bugs and flaws in the past year, and nine out of 10 report higher costs, lost revenue, or both as a result. While most disputes don't end up in court, there's a growing consensus among business-technology managers that they will no longer tolerate poor software quality. Companies have become so dependent on software that any failures carry the threat of irreparable harm to their businesses - especially if systems are supposed to operate around the clock.

169.   Based on this data[201]:

> The *InformationWeek* Research survey found that 62% of respondents say the software industry is doing a bad job of producing bug-free software. At most businesses, software patches and bug fixes are a normal part of everyday life: 62% of respondents do

---

[200] Mary Hayes, Quality First, *InformationWeek*, May 20, 2002.

[201] *Ibid.*

**Confidential**

```
         periodic updates of patches and fixes, while 24%
         download them automatically. Only slightly more than a
         third consider their most-strategic vendors' products
         trustworthy, and about a half consider them somewhat
         trustworthy.
```

170.    As this material demonstrates, Mr. Hilliard's representative claim of problems
        experienced by a handful of customers (and the evidence noting problems
        experienced by a small fraction of the total customer base) provides little basis for
        any conclusion about how Oracle's software performed, as a technical matter,
        compared to other large, complex pieces of software.

171.    Indeed, there is some evidence that Oracle produced satisfaction that was as high,
        or higher, than any comparable products. For example, the Forrester analyst firm
        published an October 2001 customer survey of 61 companies, regarding their
        experiences after 83 ERP/CRM implementations, including upgrades, support, and
        maintenance. Oracle compared favorably with other suite vendors: 20 percent of
        its upgrading customers experienced major disruptions, compared to 27 percent of
        SAP's customers, 29 percent of PeopleSoft's customers, and none of Siebel's
        customers; and Oracle "received top scores in three key categories – cost of
        maintenance, upgrades, and technical support."[202] Forrester's Jennifer Chew noted
        that users appreciated Oracle's "fast, high-quality solutions, strong upgrade tools,
        and a noticeably better product vision. And despite recent bad press, 97 percent of
        users would repurchase the app." Indeed, fully 97 percent of Oracle customers
        surveyed responded "Yes" when asked "Knowing what you know now, would you
        still buy an application from this vendor?" – compared to only 69 percent of SAP
        customers, 73 percent of PeopleSoft customers, and 83 percent of Siebel
        customers.[203]

172.    This data is by no means exhaustive, but it demonstrates the vacuity of Mr.
        Hilliard's conclusions in this regard, which he appears to have reached without
        considering or analyzing any such data. Taken to its logical conclusion, the data
        actually suggests that under Mr. Hilliard's view, *none* of the most commercially
        significant ERP/CRM offerings were "commercially viable."

173.    In summary, Mr. Hilliard's analysis here fails in a number of respects. First, he
        never establishes that customer satisfaction is a valid measure of the technical
        quality or functionality of the software. In the business software application
        industry, it is not used in this manner for precisely the reasons I have given in my
        May 25, 2007 Report and above. Second, he never establishes in any meaningful
        sense of what the actual level of "satisfaction" or "dissatisfaction" among Oracle
        customers is, but relies on a very small subset of customers who have lodged
        complaints. Third, having never established a reliable measure of the satisfaction

---

[202] Jennifer Chew, *Living With Your Enterprise App*, The Forrester Report, October 2001 (NDCA-ORCL
271760-80), at NDCA-ORCL 271770.

[203] *Ibid*, at NDCA-ORCL 271771.

of Oracle's customers, he fails to compare such a number to customer satisfaction with competing products, to determine whether Suite 11i was better or worse (much less so much, "worse" that it would justify some sort of overall conclusion about the product).

### VIII.1.2    The Hilliard Report Ignores Many Suite 11i Success Stories

174.   As part and parcel of the methodological failure described above, Mr. Hilliard ignores evidence of Suite 11i's success. As noted in Section VIII.1.7, above, hundreds of customers had gone live on Suite 11i by the end of the Class Period. While some of those customers admittedly experienced difficulty with their implementation process – and while some may have complained to Oracle about perceived issues with Suite 11i – most of these customers had successful implementations. The Hilliard Report fails to acknowledge the existence of these customers, nor does it test Mr. Hilliard's theories about the software against these successful customers.

175.   Significant evidence has been produced regarding customers who were satisfied (or better) with their purchase of Suite 11i. In April 2001, for example, *Time* magazine featured the story of Tropian, a communications company based in Cupertino, California, that spent $200,000 on financial and purchasing modules of Suite 11i. Tropian implemented the software in Fall 2000 and had saved $530,000 by April 2001 as a result of the improved processing of purchase orders.[204]

176.   Another well-publicized success story was The Boeing Company, which purchased over $2 million worth of Suite 11i applications,[205] and began a company-wide implementation in the second quarter of Oracle's fiscal year.[206] By March of 2001, Boeing's implementation was a success, and the company was live on Suite 11i.[207] Boeing's use of the new iProcurement modules drew accolades even in the press, and was featured in a *Wall Street Journal* article.[208] After putting "10,000 users in 5 sites live on 11i iProcurement" and going live just "7 months after [its] contract was signed," Boeing agreed to serve as a key customer reference for Oracle's Suite 11i.[209] Indeed, after a year of operation on Suite 11i, Boeing awarded Oracle its Q100 Supplier Quality Award, "given for outstanding performance against tough Boeing quality standards."[210]

---

[204] Adam Cohen, "Spending to Save," *Time*, April 1, 2001 (NDCA-ORCL 125485-87), at 125486.

[205] Q2 Pipeline Deals (NDCA-ORCL 096943-60), at 096949.

[206] Quarter-In-Review, November 30, 2000 (NDCA-ORCL 421300-25), at 421317.

[207] Quarter-In-Review, March 31, 2001 (NDCA-ORCL 104395-513), at 104405 ("Alcoa, Boeing and Ford went live with no software modifications.").

[208] *See* NDCA-ORCL 113233-35 at 113234.

[209] 11i Key Customer References, September 20, 2001 (NDCA-ORCL 419000-21), at 419000.

[210] Oracle Wins Boeing Q100 Supplier Quality Award (NDCA-ORCL 075696-715), at 075696.

### VIII.1.3 Many Of The Complaints Cited Are From Customers Who Successfully Implemented Suite 11i And Were Satisfied With The Results

177. The Hilliard Report features a series of complaints from customers who experienced difficulty during their implementations; but many of those customers cited eventually went live on Suite 11i, and many became "reference customers" for Oracle – including Alcoa, Silterra, Odwalla, POSCO, Bank of Montreal, and Ingersoll Rand.

178. The Hilliard Report features a series of complaints from customers who experienced difficulty during their implementations; but the vast majority of those customers cited eventually went live on Suite 11i, and many later became "reference customers" for Oracle. For instance, Mr. Hilliard cites complaints from POSCO, Xerox, Alcoa, Bank of Montreal, Hitachi, PapaJohns, Ingersoll Rand, Odwalla, and UBS Warburg regarding their Suite 11i implementations.[211] Yet, despite whatever initial issues these customers encountered, each of these companies completed a successful deployment of the 11i applications they had purchased and were so satisfied with the product's performance that they served as Oracle Key Customer Profiles.[212] Similarly, Mr. Hilliard identified Bell South, Hostcentric and Franklin Covey as 11i customers that experienced particularly difficult implementations.[213] But each of these Suite 11i CRM customers successfully implemented their Suite 11i CRM modules and agreed to serve as Top CRM References.[214] Silterra, another customer Mr. Hilliard describes as troubled, successfully implemented Oracle's entire 11i ERP suite and was a key reference by September of 2001.[215] UPS, identified by Mr. Hilliard for its Suite 11i problems, actually went live and was an "11i Customer Spotlight" by June of 2001.[216]

---

[211] See Hilliard Report at 89 (POSCO), 89 (Xerox), 34 (Alcoa), 106 (PapaJohns), 90 (Bank of Montreal), 89 (Hitachi), 93 (Ingersoll Rand), 54 (Odwalla), 47 (UBS).

[212] See, e.g., Key Customer Profiles as of April 1, 2002 (NDCA-ORCL 068725-977). This document contains a series of two-page customer success profiles, including each of the companies mentioned above. See, id., at NDCA-ORCL 068726-7 (POSCO), 068730-1 (Xerox), 068732 (Alcoa), 068751 (PapaJohns), 068816-7 (Bank of Montreal), 068819-20 (Hitachi), 068821-2 (Ingersoll Rand), 068837-8 (Odwalla), and 068942-3 (UBS). Most of these customers had gone live on Oracle's Suite 11i long before the creation of this document. See, e.g., NDCA-ORCL 417824-42 at 417824; 417829 (showing Alcoa and Ingersoll Rand live on 11i as of May 1, 2001); NDCA-ORCL 270404 (showing POSCO live on 11i on July 4, 2001); NDCA-ORCL 417888-928 at 417911 (showing PapaJohns live on 11i on October 3, 2000).

[213] See Hilliard Report at 46 (Hostcentric), 89 (Bell South), and 89 (Franklin Covey).

[214] See Top CRM References as of March 20, 2002 (NDCA-ORCL 116572-661). This document includes a series of two-page CRM customer success profiles, including GE Medical Systems (at 116610-1), Hostcentric (at 116618-9), Bell South (at 116579-80), and Franklin Covey (116608-9). Again, most of these companies had gone live on 11i months prior to this document. See, e.g., NDCA-ORCL 417888-928 at 417892; 417901; 417904 (showing Bell South live on 11i on January 7, 2001, Franklin Covey on April 6, 2001, and Hostcentric on October 18, 2000, respectively).

[215] See Hilliard Report at 35; NDCA-ORCL 419000-21 at 419017.

[216] Ibid, at 36; NDCA-ORCL 134073-81 at 134073.

179.    Still more of the customers cited by Mr. Hilliard for purportedly problematic
        implementations actually achieved successful implementations of the Suite 11i
        software. Mr. Hilliard describes problems with the Suite 11i implementations at
        GE, Kyocera Mita, Toshiba, TMP Worldwide, Huawei, and Fosters Brewing
        Company.[217] But the record indicates that each of these companies had a
        successful implementation and went live on Suite 11i.[218] Similarly, Mr. Hilliard
        concludes from a few isolated emails that the implementations of Suite 11i at
        Paxar, Canon, Sierra Healthcare and Chipotle Grill (owned by McDonald's) went
        poorly, yet the evidence demonstrates that each of these customers also went live
        on Suite 11i.[219] The same holds true for Brock Tool, UPS, Cellulares Telefonica,
        Epicentre, NCR, Ferrofluidics, and Bimbo Bakeries, another group of customers
        cited by Mr. Hilliard for experiencing troubled Suite 11i implementations.[220] The
        record indicates that each of these companies went live on Suite 11i.[221]

180.    In summary, *of the 37 customers specifically cited in Mr. Hilliard's report as
        having difficult Suite 11i implementations, the evidence in the record clearly
        establishes that at least 32 of them actually went live on Suite 11i. Fifteen of these
        companies further agreed to serve as reference customers for Suite 11i.* This
        illustrates another serious flaw in Mr. Hilliard's Report; by focusing on a handful
        of emails regarding each customer's implementation – but ignoring the broader
        context – Mr. Hilliard has presented a misleading snapshot of one or more brief
        periods of time in a process that takes a matter of months to complete. The fact
        that customers experienced difficulties or expressed frustration at some point
        during these projects is neither surprising nor unusual for ERP implementations

---

[217] *Ibid,* at page 35 (Kyocera and Toshiba); page 56 (TMP); and page 106 (Huawei and Fosters).

[218] *See, e.g.,* NDCA-ORCL 252493-506 (showing Kyocera live on 11i as of November 1, 2001); NDCA-ORCL 397381-4 at 397382 (showing Toshiba live on 11i as of September 17, 2001); NDCA-ORCL 129418-38 at 129434; 129437 (showing Huawei and TMP live on 11i in February 2002 and August 2001, respectively); *Oracle Net Income Up 16%, Earnings Per Share $0.10, Applications Sales Up 25%, Database Sales Up 6%,* March 15, 2001 (NDCA-ORCL 421178-9) at 421178 (showing Fosters Brewing Company live on 11i as of March 15, 2001); NDCA-ORCL 417888-928 at NDCA-ORCL 417902 (showing GE Corporate and GE Capital went live on 11i on February 7, 2001 and April 20, 2001 respectively).

[219] *Compare* Hilliard Report at 56 (Paxar), 89 (Canon), 99 (Sierra Healthcare) and 104 (Chipotle Grill/McDonald's *with* NDCA-ORCL 417280-305 at 417298; 417303 (showing Paxar and Sierra Healthcare live on 11i on September 4, 2001 and August 24, 2001, respectively); NDCA-ORCL 055092-104 at 055093 (showing Canon live on 11i in Oracle's APAC division on April 24, 2002); and NDCA-ORCL 418610-21 at 418611 (showing Chipotle live on 11i as of February 6, 2001).

[220] *See* Hilliard Report at page 35 (Brock Tool), page 36 (UPS), page 89 (Cellulares Telefonica and Epicentre), page 93 (NCR), page 100 (Ferrofluidics) and page 102 (Bimbo Bakeries).

[221] *See* NDCA-ORCL 417538-62 at 417541 (showing Brock Tool live on 11i on May 21, 2001); NDCA-ORCL 418667 (showing Cellulares Telefonica live on 11i on February 3, 2001); NDCA-ORCL 417204-33 at 417219 (showing Epicentre live on 11i on November 19, 2001); NDCA-ORCL 019716-25 at 019722 (showing NCR live on 11i on November 1, 2001); NDCA-ORCL 417888-928 at 417900; 417924 (showing Ferrofluidics and UPS live on 11i on April 9, 2001 and March 23, 2001, respectively); and NDCA-ORCL 418317-57 at 418322 (showing Bimbo Bakeries live on 11i on March 21, 2001).

**Confidential**

generally, and it certainly does not support Mr. Hilliard's conclusion that the product was could not be considered "commercial quality."

181.   POSCO, for example, achieved great success implementing the full suite, despite Mr. Hilliard's description of the Korean steel manufacturer as one of Oracle's "most highly escalated customer(s)."[222] POSCO served as a beta test site for the Suite 11i software pre-release,[223] and was implementing the full suite at release. POSCO instituted an extremely aggressive plan to completely re-engineer their business using Oracle's Suite 11i.[224] As early as July 20, 2000, the POSCO implementation was progressing well and on schedule.[225] On December 1, 2000, the POSCO implementation was again listed as on track for go-lives of Suite 11i financials, manufacturing, iProcurement, CRM, Order Management, HR, and supply chain management in June 2001[226] and some Suite 11i applications went live even earlier.[227] While the POSCO implementation encountered bugs in the software (as all business applications software customers do), the evidence indicates that those issues were resolved quickly and to POSCO's satisfaction.[228]

---

[222] *See* Hilliard Report, at page 89. It should be emphasized that an "escalated customer" does not necessarily mean that Oracle's software was experiencing significant bugs or quality problems; it simply means that – usually at the request of a mid-level manager in Oracle's Sales or Support departments – a particular customer has some heightened level of executive involvement within the Support or Development groups. Such high-level involvement may have been justified because Oracle decided that the customer was a "flagship" account, whose implementation success would provide an important reference or testimonial. Or it may have been justified because the customer was having implementation problems with its consultants, its hardware/software vendors, its own internal IT and business groups, or (possibly) the Suite 11i software. As a practical matter, every large software product vendor, especially in the ERP marketplace, is likely to have hundreds of implementations underway at any given time; and of that number, there will almost always be a small percentage of escalated customers. At any given time (including today) Oracle will have some number of customers with issues that have been "escalated."

[223] Asia Pacific PRP Meeting Minutes (December 8, 1999), NDCA-ORCL 111464-71 at 111466.

[224] *See* POSCO Value-Based Management, June 2001, (NDCA-ORCL 075967-82). This apparently POSCO-drafted document outlined POSCO's project goals as "all-out innovation rather than phased change," a "Big-Bang approach for comprehensive revolution in [a] short time," and "enterprise-wide standardization" (*ibid*, at 075974). *See also* August 9, 2001 Letter from Ryoo Kyeong-Ryul, POSCO CIO, to Larry Ellison (August 1, 2000), at NDCA-ORCL 028931 ("In this project we are implementing 50 modules of Oracle Applications Release 11i in an 18 month timeframe with a go live date of July 2001. The project is the largest in POSCO's 30 year history, involving over 1,170 people in this development stage alone.").

[225] *See* July 20, 2000 email from Sarma Vangala to Sid Handoo, *et al.* (NDCA-ORCL 057622-24), at 057622 ("I am attaching a spreadsheet that addresses the savings in effort for going to 11i over 11.0.3. This was done for Posco, one of our largest clients in Asia. I was recently in touch with them and they seem to be on schedule to meet or exceed these savings.").

[226] *See* Asia Pacific R11i Customer – Go-Live as of December 1, 2000, (NDCA-ORCL 418867-72), at 418869.

[227] *See* Oracle *Software Powers the Internet* presentation by Jeremy Burton, (NDCA-ORCL 076371-424), at 076405.

[228] *See* April 16, 2001 email from Bill Bounds to Murray Swanson, *et al.*, (NDCA-ORCL 054952). In this email, Bill Bounds, a Development Triage manager, thanked a team that had fixed two performance bugs at POSCO. Bounds reported that "both fixes were delivered AHEAD OF SCHDULE! ... You should know that

**Page 69**                                                      **Confidential**

Throughout the summer, POSCO implemented various Suite 11i modules, completing their very successful, massive implementation by July 4, 2001.[229] Contrary to Mr. Hilliard's suggestion, the evidence in the record indicates that POSCO was pleased with the implementation of Suite 11i, as well as the product's performance once the implementation was complete.[230] POSCO reported that "less than two months after going live with the new system, the 4,600 users at the steel manufacturing giant had already reduced budgeting time from 110 days to 30 days … reduced month-end closing time from 6 days to 1 day, and reduced standard closing time from 15 days to 3 days."[231] Given this increased efficiency, "POSCO expects to save US$120 million each year with Oracle E-Business Suite."[232] Ryoo Kyeong-Ryul, POSCO's CIO, summed up his assessment of Suite 11i as follows: "I can definitely say that in terms of flexibility, the Oracle E-Business Suite 11i is the best package ever to deal with the various processes that customers demand."[233]

182. In his Report, Mr. Hilliard often cites Liberty Mutual as another customer that experienced implementation and performance problems with Suite 11i[234]; however, the evidence indicates that Liberty Mutual's Suite 11i implementation was very successful. Liberty Mutual purchased Oracle's Suite 11i human resource management and payroll software (called "HRMS") from Oracle in late 1999, and began implementing HRMS 11i in June 2000 (the first company to do so).[235] Liberty Mutual successfully implemented HRMS 11i in only six months,[236] going live on January 1, 2001, as scheduled, despite the fact that the implementation appears to have been both very large, and very complex.[237] Liberty Mutual, a

---

your efforts have resolved the two most critical and visible issues for Posco and will allow Posco to go live with the HR and SSHR modules at the beginning of May … right on schedule" (*ibid*)!

[229] *See* July 4, 2001 email from Don Klaiss to Indrek Peenmaa, (NDCA-ORCL 270404) ("The largest Steel company in the world (Posco in Korea) just went live on the full e-Business suite."); *see also* July 15, 2001 email from Bill Bounds to Ron Wohl, at NDCA-ORCL 056361-2 (July 15, 2001) ("[T]hings are going very well at Posco. Performance has been very strong even with their full Financials users on line. Manufacturing should be completely ramped up now and the first orders entered in 11i will begin shipping in the next couple days.").

[230] "The World's Largest Steel Manufacturer, POSCO, is Live on the Oracle E-Business Suite," Oracle Press Release, August 20, 2001) (NDCA-ORCL 307143-5).

[231] Key Customer Profiles, April 1, 2002 (NDCA-ORCL 068725-977), at NDCA-ORCL 068726.

[232] *Ibid.*

[233] NDCA-ORCL 307143-5 at NDCA-ORCL 307143.

[234] *See* Hilliard Report, at pages 57, 102.

[235] November 9, 2000 email from Joel Summers to Hardat Ramkhelawan and Ron Wohl (NDCA-ORCL 018745-018749), at 018746-77; September 11, 2000 Postmortem Report for Liberty Mutual, by Phillip Tate (NDCA-ORCL 1028759-60), at 1028759 ("Liberty Mutual is our fifth largest HR/Payroll customer and our first install of 11i HR.")."

[236] *See* 11i Key Customer References as of October 9, 2001 (NDCA-ORCL 131156-131175), at 131164.

[237] September 11, 2000 Postmortem Report for Liberty Mutual, by Phillip Tate (NDCA-ORCL 1028759-60), at 1028759; R11i Customer Information as of January 3, 2001 (NDCA-ORCL 418744-54) at 418745..

**Confidential**

Fortune 500 company, implemented Oracle's HRMS program to manage its 25,000 North American employees.[238] In doing so, Oracle's HRMS 11i replaced four payroll and five benefit systems, and brought seven North American subsidiaries online in a single instance.[239] While Liberty Mutual appears to have experienced some issues during the course of their Suite 11i implementation, the evidence does not show that these issues were abnormal for a company of its size going through a complex overhaul of its human resource management software.[240] In fact, Liberty Mutual agreed to serve as a customer reference for HRMS 11i.[241]

183.   Mr. Hilliard discusses Ingersoll Rand as a customer that experienced problems with Suite 11i; however, despite these purported problems, Ingersoll Rand decided to undertake an aggressive multi-year migration of their whole business to Oracle's Suite 11i applications, which they were still successfully pursuing as of 2006.[242]

184.   Ingersoll Rand's move to Suite 11i appears to have been a massive undertaking, but the evidence indicates that progress it was made throughout 2001 and 2002, and that they were seeing immediate benefits as a result of their adoption of Suite 11i. By May 2001, Ingersoll Rand was live on several Suite 11i applications over multiple business units.[243] According to Steven Wright of Ingersoll Rand, Oracle's Suite 11i applications helped Ingersoll Rand "streamline" their business to

---

[238] 11i Key Customer References as of October 9, 2001 (NDCA-ORCL 131156-131175), at 131164.

[239] *Ibid.*

[240] Indeed, issues raised by Liberty Mutual appear to have been dealt with by Oracle very quickly, and to Liberty Mutual's satisfaction. *See* January 3, 2001 email from Ron Wohl to Helen Sayles and Joel Summers (NDCA-ORCL 012406-10), at 012406 ("We were very pleased with your company's response to the issues we raised in early November ... and the team (your folks and ours) has worked extremely hard to ensure we go forward on the timetable planned."); *see also* March 14, 2001 email from Joel Summers to Roh Wohl, *et al.* (NDCA-ORCL 063458-61) (indicating that "Liberty Mutual is happy with HR/Pay[roll] but we believe that their contract prohibits the use of their name in a press release."). ""

[241] 11i Key Customer References as of October 9, 2001 (NDCA-ORCL 131156-131175), at 131164.

[242] *See Oracle Customer Case Study: Oracle's Configuration Support Manager Helps Ingersoll Rand to Ease and Speed its Global Transformation*, at <http://www.oracle.com/support/library/customer/ingersoll-rand.pdf>, visited June 21, 2007 at 12:30 PM, ("Our ultimate goal is to migrate all of our five business sectors to Oracle within a challenging timescale."); *see also ibid.* at 4 ("Ingersoll Rand has been an Oracle customer for nine years. It is currently running Oracle 11i ERP (11.i8-11.i10) in five different sectors on six separate systems, supported globally by two service centers ... The company's transformation will be complete when it has consolidated to a single global instance for each business sector, and [Ingersoll Rand's Operations Systems Manager, Mervyn Lally] expects a smooth transition with the guidance and assistance of Oracle Premier Support."); *see also Oracle AppsWorld Media Coverage*, Internal Oracle Document, February 2001 (NDCA-ORCL 1051704-10) at 1051707 (indicating in February 2001 Ingersoll Rand was "moving to completely standardize on 11i throughout its far-flung manufacturing operations" over the next "five to seven years.").

[243] NDCA-ORCL 417824-42 (at 417829) (indicating Ingersoll Rand, and its Thermo King Division, had together gone live on iProcurement, Financials, Discrete Manufacturing and Distribution).

business strategy.[244] By late summer of 2001, Ingersoll Rand had agreed to be a reference for Suite 11i.[245]

185.   As with the other customers cited by Mr. Hilliard, Ingersoll Rand experienced some complications during the course of their implementations, but I have seen no evidence to suggest that Ingersoll Rand experienced problems outside the normal range one would expect for such a large-scale deployment.[246] Indeed, whatever issues Ingersoll Rand may have encountered in or around the fall of 2000 (see Hilliard Report, at page 83, footnote 171, and pages 96-97, footnote 209, citing documents from October 2000), those issues were not serious enough to prevent Ingersoll-Rand from continuing to pursue this company-wide rollout of Suite 11i as of February 2001.[247] The fact that Ingersoll Rand was moving to standardize its entire business on Suite 11i worldwide just a few months after the documents Mr. Hilliard cites illustrates the hazards of relying on isolated customer complains or concerns, as Mr. Hilliard does, as an indicator of software quality, or even as an indicator of a given customer's overall satisfaction with the product. If Ingersoll Rand had agreed with Mr. Hilliard's assessment that Suite 11i was not of commercial quality, nor ready for use in a "live" environment, it would not have moved forward with a five- to seven-year project to standardize its entire business on Suite 11i. The fact that Ingersoll Rand was, and apparently continues to be, a reference for Suite 11i, and the fact that they continued to pursue a worldwide adoption of Suite 11i well after the Class Period, indicates that they were satisfied with Suite 11i and their implementation experience.[248]

---

[244] NDCA-ORCL 132521-73 (at 132557) ("We have Oracle Internet Procurement connected to Oracle iSupplier Portal as well as the core Oracle applications. ... Having integrated e-business systems is tremendously important for us."); see also NDCA-ORCL 062043-45 (at 062044) ("Oracle Internet Procurement will allow us to better leverage relationships and share information across the company, resulting in cost and error reductions.").

[245] See NDCA-ORCL 131261-75 (at 131264); see also NDCA-ORCL 019734-41 (at 019740) (indicating that Ingersoll Rand's Thermo King European manufacturing division was also a reference for Suite 11i.).

[246] In fact, Keith Block, Senior VP for North American Consulting, testified that the issues at Ingersoll Rand "were actually very independent of the product." See Deposition of Keith Block (May 3, 2006), at 195:25-196:2; ibid, at 196:18-20 ("Well, there were a number of issues that had to be resolved within the control of Ingersoll Rand. It 'wouldn't have mattered whose software they were using."). Mr. Block testified that the implementation issues at Ingersoll Rand resulted because the decision to move to Suite 11i originated in the company's IT department, rather than being driven at the outset by the business side of the company, result in a lack of resources being dedicated to the implementation by Ingersoll Rand. Ibid, at 195:11-196:2. In addition, he testified that, because end users on the business side of the company were unfamiliar with the product, they initially asked the product to do things it was not designed to do. Ibid, at 196:5-9.

[247] See NDCA-ORCL 1051704-10 (at 1051707) (indicating in February 2001 Ingersoll Rand was "moving to completely standardize on 11i throughout its far-flung manufacturing operations" over the next "five to seven years.").

[248] See Deposition of Larry Ellison (July 13, 2006), at 521:20-21 ("Ingersoll-Rand again is now implemented successfully and is very happy."); see also Deposition of Keith Block (May 3, 2006), at 192:2-3 ("So, Ingersoll Rand today is one of our most referenceable customers.").

186.    Ingersoll Rand also serves as a good illustration of the dynamic I discussed in my May 25, 2007 Report, in which software customers often try to leverage complaints about a product in order to gain concessions from their software vendors in the form of free or discounted licenses, consulting, and support services.[249] Vendors, in turn, often agree to such concessions for strategic and politically expedient reasons (such as maintaining good customer relations), without regard to whether the customer complaints to which they are ostensibly a response are the result of actual software defects.[250] In May 2001, Oracle and Ingersoll Rand appear to have negotiated an agreement for Oracle to forgive $2.7 million in consulting fees and to give Ingersoll Rand $1.5 million in future discounts on license, support, and education services, in connection with Ingersoll Rand's ongoing, company-wide Suite 11i implementation.[251] Oracle's decision to grant these concessions in May of 2001 is not necessarily evidence that Oracle believed that any defect in its software was responsible for problems with Ingersoll-Rand's implementation. Indeed, Mr. Block testified that Ingersoll Rand's Suite 11i implementation issues were not the result of product issues, but were instead caused by factors originating within Ingersoll Rand itself.[252] Nevertheless, Oracle had a strong long-term interest in keeping the customer happy and committed to its world-wide Suite 11i implementation. Thus, the May 2001 concessions were included as part of a broader agreement that included long-term benefits to Oracle. In addition to the additional license, support, and education revenues associated with the $1.5 million in future discounts (to realize the discount, Ingersoll Rand would have to buy additional products from Oracle), the agreement also called for a *new* $10 million consulting agreement between the two companies to be signed in the first quarter of FY 2002.[253] Thus, although Oracle agreed to forego $2.7 million in consulting fees, it gained a much larger, future consulting agreement in return. Far from reflecting any fundamental dissatisfaction on Ingersoll Rand's part, the arrangement reflected a further commitment by Ingersoll Rand to a long-term project (which has been under way since then) to run its entire business, worldwide, on Suite 11i.

187.    Ultimately, Mr. Hilliard's citations of issues customers experienced at certain points in time during their implementations are insufficient to draw conclusions

---

[249] May 22, 2007 Report at paragraphs 95-97.

[250] *Ibid.* The opportunity for a software customer to negotiate a concession is even greater in the case of new software, where consulting and other implementation costs can be high, and thus a likely target for a negotiated reduction. Indeed, any company rolling out a new product of the scope of Suite 11i would expect these kinds of negotiated concessions as an inevitable byproduct of the release. *See, e.g.*, Deposition of Larry Ellison (July 13, 2006), at 120:25-121:5 ("New product takes more consulting to deliver. The customers sometimes get upset if the size of the consulting bill is too big, because the consultants are learning about the products as they go, and it is not uncommon for us to have to make concessions under those circumstances.").

[251] *See* NDCA-ORCL 1915399-400.

[252] Deposition of Keith Block (May 3, 2006), at 195:25-196:20.

[253] *See* NDCA-ORCL 1915399-400.

**Confidential**

about the quality of the product. Indeed, a survey by the META Group during precisely this timeframe indicated that 55-75 percent of all attempts to implement CRM software *failed altogether*.[254] This puts into perspective Mr. Hilliard's analysis, and demonstrates that his conclusion – that Suite 11i should be considered functionally deficient, based entirely on a handful of complaints during what proved to be successful implementations – is unsupportable.

### VIII.1.4    The Problems Cited In The Hilliard Report Are Neither Unexpected Nor Unusual For A Major ERP Release

188.  Those problems that are identified by the Hilliard Report are not out of the ordinary for a major software release. For example, Mr. Hilliard's discussion of a few isolated issues with respect to an implementation at ValueVision is not indicative of a systemic problem with Suite 11i.

189.  Mr. Hilliard cites two emails concerning ValueVision's Suite 11i implementation in support of his opinion that Oracle made false and misleading "public representations about the functionality of the Oracle 11i E-Business Suite (and the component software modules comprising it)." Mr. Hilliard does not specify which "public representations" he believes are contradicted by ValueVision's implementation experience, but the two emails he cites regarding ValueVision do not suggest that any of the "public representations" addressed in Mr. Hilliard's report were false.

190.  According to the documents and testimony I have reviewed, it appears that ValueVision claimed Oracle's sales representatives had demonstrated or promised, *to ValueVision*, specific features or functionality that were not included in the delivered product. Oracle subsequently agreed to develop the functionality ValueVision requested.[255] I do not know whether Oracle specifically promised or demonstrated the features and functionality in question to ValueVision.[256]

---

[254] See February 15, 2001 Meta Group report entitled "Integration: Critical Issues for Implementation of CRM Solutions" (NDCA-ORCL 069404-20), at 069416.

[255] *See* NDCA-ORCL 063555-57 (at 063555) ("At your request, this email contains the four pieces of functionality that have been removed from the Oracle products that Value Visions saw, ordered, and received last May."); Deposition of George Roberts (June 22, 2006) at 76:15-18 (indicating Oracle developers "worked to get [ValueVision] the functionality they needed to run the business.").

[256] *See, e.g.,* Deposition of George Roberts (June 22, 2006) 76:1-8 ("Q: And it was ValueVision's position that Oracle had demonstrated functionality that in fact was not there or had been removed? ... THE WITNESS: That – I mean they say that in an E-mail. But I don't know whether it was demonstrated to them or not because I wasn't involved in the demonstrations at all."); *see also* Deposition of Donald Klaiss (June 20, 2006) at 283:25-285:25 (indicating that the Order Management-dependent functionality ValueVision complained had been "removed" from Suite 11i was never supported by Order Management, so "it could not have ... ever been demonstrated as part of the order management system."). According to Ron Wohl, it would have been Mark Barrenechea's CRM group that was responsible for developing the Order Capture functionality ValueVision complained had been pulled from the product (*See* Deposition of Ron Wohl (March 23, 2006) at 275:6-22; *see also* NDCA-ORCL 063555-5 (at 063555)), but Plaintiffs did not ask Mr. Barrenechea about ValueVision at his deposition.

(Neither, by the way, does Mr. Hilliard; he only knows that this is what ValueVision claimed.) The question of whether Oracle promised or demonstrated some specific features or functionality to ValueVision is irrelevant to the opinion that Mr. Hilliard puts forth – namely, that Oracle's "public" representations about Suite 11i were false or misleading. Certainly, Mr. Hilliard's Report does not cite a single "public" representation made by Oracle that Suite 11i would include or did include the specific features and functionality that were the subject of ValueVision's complaint.

191.    To the extent that Mr. Hilliard has implied that these were basic features and functionality of any ERP system, thereby rendering Oracle's general statements about Suite 11i false or misleading, there is no support for such an opinion. Mr. Hilliard cites an email claiming that these issues "are not simply issues of convenience, they are fundamental business requirements"; but that fact that *ValueVision* viewed these items as "fundamental business requirements" for its business does not mean that they were "fundamental" requirements of any ERP system. In fact, the specific features and functionality that ValueVision requested were highly specialized, if not unique to ValueVision.[257] They were not the kind of basic, fundamental features – such as a General Ledger or Payroll module – that one would expect any ERP system to have. Many ERP customers have specific business requirements that they would like their ERP systems to automate. But Suite 11i, like competing ERP "suites" from companies such as SAP, PeopleSoft, J.D. Edwards and Baan, are not custom products; these ERP offerings are "off-the-shelf" systems designed to automate common business processes across an extremely broad customer base. Such products are not – nor could they be – designed to automate every conceivable business process that a particular customer might wish to automate. Thus, a failure to include a unique or unusual feature desired by one customer, or even by several customers, does not mean that such systems are defective or that they are "missing" critical functionality. To say otherwise would be like suggesting that the Ford Taurus is not a "car" because a dealer promised a particular customer that his Taurus would have a sunroof, even though sunroofs are not a standard feature of the Taurus. Put another way, Oracle's alleged failure to include the features and functionality ValueVision wanted does not suggest that Oracle sold ValueVision a product akin to "a car without wheels." It suggests only that ValueVision wanted (and claims it was promised) certain features and functions beyond the baseline features and functions that Oracle included in the initial releases of Suite 11i.

---

[257] For example, according to the documents cited by Mr. Hilliard, ValueVision complained that Suite 11i's Order Capture module did not feature a "New Customer Button," and it didn't allow "Split Payments"; and that Oracle had yet to release a reporting tool called "Discover" for use on IBM's AIX platform, which was adversely affecting the Business Intelligence application. NDCA-ORCL 094128-37; *see also* Deposition of George Roberts (June 22, 2006), at 75:10-23 ("ValueVision was a – it was a unique business.... So what this was about is them getting some specific functionality into the product that was specific.").

192.    Thus, regardless of whether Oracle's sales representatives promised or demonstrated certain features or functionality *to ValueVision*, Oracle's alleged failure to deliver those specific features and functionality *to ValueVision* (even if true) does not render false or misleading any of the "public representations" cited in Mr. Hilliard's Report. Nor does it mean, moreover, that Oracle failed to deliver a working ERP product to ValueVision.[258]

193.    In addition, Mr. Hilliard's citation of a problem at GE[259] does not establish causation – *i.e.,* there is no evidence that GE obtained incorrect accounting results as a result of a bug in the Suite 11i software. As discussed in Section X.1.2 of my May 25, 2007 Report, there are many possible causes for any given problem, including user error, incorrect configuration, hardware limitations, customer requests for enhancements, *etc*. Mr. Hilliard establishes no basis to conclude that this email indicated missing or incorrect functionality in the Suite 11i software.

### VIII.1.5    The Hilliard Report's Reliance On Statements By Persons Without Knowledge Of The Underlying Facts Is Misplaced

194.    The sources on which the Hilliard Report relies for its contention that testing was not done lack knowledge of, or experience with, Oracle's testing process for Suite 11i. For example, Mr. Hilliard heavily relies on the testimony of self-described "ombudsman" Charles Kendig,[260] for the former's contention that that there were quality deficiencies with Suite 11i. Mr. Kendig testified that his knowledge of the product development was very limited. Indeed, Mr. Kendig had no role in testing, and admitted that he had no idea how much testing was done, how much testing should have been done, or when the product should have been released.

195.    The difference between Mr. Kendig's statements and the testimony of other witnesses regarding Suite 11i's quality may be attributed to his job function: as he explained, he essentially was an ombudsperson in charge of raising issues on behalf of customers.[261] Mr. Kendig admitted that he was only in charge of raising those issues, not resolving them. And even Mr. Kendig acknowledged that he understood fewer than 50 percent of TARs were actually bugs, and that he had no role in determining what the issues underlying the TARs were.[262]

---

[258] In fact the evidence indicates that as of May 29, 2001, just two weeks after the latest email regarding ValueVision cited by My. Hilliard, ValueVision was live on several Oracle Suite 11i applications and was a referenceable account. *See* NDCA-ORCL 419023-29 (at 419028).

[259] *See* Hilliard Report, at page 31.

[260] *Ibid*, at page 58.

[261] Deposition of Charles Kendig (May 4, 2006), at page 54-55 ("My duties were to foster relationship with clients, long-term relationships with clients … Some of the other things I did – one of the major responsibilities was, when there were issues with clients, to marshal resources within the company to get them resolved.").

[262] The testimony of other witnesses also raises doubts regarding Mr. Kendig's statements. *See* Deposition of Richard Sellers (February 28, 2006), at 164:14-15 (characterizing statements by Mr. Kendig as "hyperbole"

196.   Notwithstanding Mr. Kendig's testimony, Mr. Hilliard has mischaracterized his role at Oracle in order to justify the emphasis he places on Kendig's critical remarks. He describes Mr. Kendig as the "only" quality control person for Suite 11i[263]; however, *Mr. Kendig had no role in quality control.* He had no role in identifying, analyzing, or resolving quality issues; he merely passed along complaints he had received from customers.[264] Meanwhile, more than 4,000 people working on the Suite 11i development team were *actually* responsible for the quality of the product. Oracle's product support group also had quality control responsibilities – including fielding TARs and calls about the product, determining whether they actually were bugs, and/or identifying other possible reasons for problems.

197.   Mr. Hilliard turns a blind eye to the many witnesses who testified that Suite 11i was no buggier than previous Oracle releases. In fact, many witnesses disagreed with Mr. Kendig's statements: Michael Rocha, for example, who was in charge of fielding TARs, testified that there always were numerous issues, including bugs, for every product Oracle released – and that he saw no reason for unique concern regarding Suite 11i.[265]

### VIII.1.6   Problems With The Demonstration Product For Suite 11i Are Not Indicative Of Problems With the Software Itself

198.   It is neither uncommon nor unusual for demonstration products to lack the full functionality of the underlying product, and Mr. Hilliard's emphasis on problems with Oracle's demonstration product – as evidence of bugs or lack of functionality in Suite 11i – is misplaced.

199.   For example, Mr. Hilliard references a February 1, 2001 email from Oracle Sales Consulting Vice President Julie Cullivan to Edward Sanderson, in which Ms. Cullivan provides a list of defects that were being experienced with the

---

that was "not uncommon to come from this individual"). As it was Mr. Kendig's job to serve as an advocate for customers and to draw attention to their problems, it makes sense that he might sometimes regress into hyperbole in describing a given customer's problems.

[263] *See* Hilliard Report, at page 58, footnote 128; *ibid*, at page 80.

[264] Deposition of Charles Kendig (May 4, 2006), at 55:2-5.

[265] Deposition of Michael Rocha (April 7, 2006) at 212:14-20 ("[T]here was bugs just like every software that's ever gone out of a software lab. There were problems with implementation, just like most large implementations I ever saw."); *see also* Deposition of Richard Sellers (February 28, 2006) at 127:10-13 ("And, Charles [Kendig], as you can see here, was also complaining about the 10.7 release. So hearing him complain about the 11i release was like, Okay, Charles, as we know, it's the same issues you had with 10.7."); Deposition of Valerie Borthwick (April 11, 2006), at 166:16-22 ("Q So was there anything different with 11i than previous releases? A No. It was – you know, there were occasions, I'm sure, where that happened … but nothing that was extraordinary that came to my attention."); Kristin Shaw (September 19, 2006), at 223:18 ("It had bugs. All the products had bugs.").

**Confidential**

demonstration systems in the field.[266] But, as discussed in Section X.1.5 of my May 25, 2007 Report, Oracle's demonstration system for Suite 11i was necessarily different from the commercial product itself. Given the size and complexity of Suite 11i, it could only be shown in a scaled-down, simplified "demo environment," not a fully implemented environment. Indeed, the Suite 11i demonstrations usually ran with simulated data on host servers. Many of the problems that Ms. Cullivan notes – particularly those having to do with slow processes[267] – resulted from errors in, or limitations of, the demonstration hardware/software/network environment, *not* the Suite 11i application software.[268] Even if the defects described by Ms. Cullivan actually reflected problems with the suite, they still appear to be of the nature that one would expect during the early go-live period of a new, complex ERP software product.

200.    Witnesses in this action have testified extensively about the differences between the demonstration software and the Suite 11i product itself. Oracle's EVP of North American Sales, George Roberts, has explained that the demonstration product often has considerably less functionality than the software itself, because the development team made its priority the product, rather than the demonstration[269]:

> ... whenever you are in a business, whether it is engineering and sales or anywhere, right, engineering thinks all they have to do is build products and they don't have to worry about it. Sales is like, well, we need more than just products, we need to be able to sell products. So the application development organization had the application demonstration system underneath them. And, frankly, it was a big priority for them to make it run right.

201.    Mark Barrenechea supports this hypothesis. He testified that concerns with the "Advance Demo System [are] independent of 11i. This is not about the products released in the market."[270] In fact, the demonstration system was set up in a manner that the product released in the market would never be installed; it

---

[266] *See* Hilliard Report, at page 29 (*citing* February 1, 2001 email from J. Cullivan to E. Sanderson) (NDCA-ORCL 061313-15).

[267] *See* Deposition of Edward Sanderson (July 25, 2006), at 227:6-17. Recall that during the 2000-2001 timeframe, high-speed broadband Internet access was *not* widely available; in most cases, business professionals were forced to use relatively slow, low-speed dial-up modems to access the Internet when they were away from their own office environment.

[268] Deposition of Edward Sanderson (July 25, 2006), at 227-230; Deposition of Jeffrey Henley (November 16, 2006), at 389-394.

[269] Deposition of George Roberts (June 22, 2006), at 76:20-77:8.

[270] Deposition of Mark Barrenechea (July 11, 2006), at 208:1-18; *see also* Deposition of Gayle Fitzpatrick, at 156:25-157:2 ("But keep in mind a demo is a – a demos is, you know, a demo environment, not the, you know, live software that the customer is using.").

**Confidential**

involved several different servers.[271] As a result, it was not possible to demonstrate integrated business flows between modules that were installed on different servers without logging onto a new machine.[272] No customer would ever install Suite 11i in that way, and thus the inability to run certain integrated processes in the demonstration environment has nothing to do with what the software could do when installed on a single server at a customer site.

202.    Mr. Hilliard relies heavily on an email by Oracle salesperson Ken Hamel to Oracle's EVP of North American Sales, George Roberts, to suggest that the product and the demo system were interchangeable.[273] In particular, Mr. Hilliard seizes on Mr. Hamel's suggestion that the "product is the demo."[274] However, both Mr. Roberts (as quoted above) and Mr. Hamel explained at their depositions that there is a difference between the product itself, and the demonstration system. Mr. Hamel specifically addressed his statement that the "product is the demo" at his deposition[275]:

> What it means is that the demonstration
> environment we're utilizing is not configured
> properly to showcase the product. So we're
> having to - my guys were having to do stuff in
> the demonstration environment to do that. . . .
> "The product is the demo." I think what I was
> just saying - I was implying as soon as the
> product is available, you need to be able to
> demo it.

203.    As Mr. Hamel makes clear, whatever issues Oracle encountered with the Suite 11i demonstration system should not be associated with the Suite 11i product.

### VIII.1.7      Oracle Had An Appropriate Number Of Live Users

204.    Given that the sales cycle for ERP software is long, and a "normal" implementation can take several months to accomplish, it is not unusual or troubling that it took some time for Oracle to accumulate live and reference customers. Mr. Hilliard specifically states that "enterprise-type software has historically taken customers a year or more to implement: six months would be

---

[271] Deposition of Julie Cullivan (May 24, 2006) at 118:23-119:11 ("It was difficult to show a seamless demo where transactions flowed from CRM to ERP without a bunch of effort.... It was due to the fact that we did not have a single demo environment in which all the products ran together."); *ibid*, at 53:3-25 ("The ERP applications ran through the demo team hosted available. The CRM applications were managed and maintained from someone in the CRM organization. They were on separate machines. Separate releases. They were separate.").

[272] *Ibid*, at 133:4-134:3.

[273] *See* Hilliard Report, at page 68.

[274] October 6, 2000 email from Ken Hamel to George Roberts, *et al.* (NDCA-ORCL 617112-4), at 617113.

[275] Deposition Jeffrey Hamel (May 22, 2006), at 81:13-17; 85:21-23.

**Confidential**

extremely fast."[276] The amount of time it took for Oracle to generate a substantial number of live customers is not uncommon in the industry, especially for software of this complexity.

205.    In fact, Oracle had many customers live on its Suite 11i software during the Class Period. As noted below, only six months after the first commercial release of Suite 11i, Oracle had 33 live customers; if we trace the number of live customers as of the AMCM meeting agendas the Hilliard Report references, Oracle went from a few dozen live customers[277] in November 2000 to over 350 in its first year of release – and hundreds more within a few months.[278] This is impossible to reconcile with Mr. Hilliard's claim that the product was not ready for commercial use.

## VIII.2  Oracle's Implementation

206.    As support for the prospect that Suite 11i was not of commercial quality or ready for commercial use in a "live" environment, Mr. Hilliard asserts that Oracle's internal implementation of Suite 11i was itself "experiencing instability."[279] Mr. Hilliard's assessment of Oracle's internal implementation of Suite 11i suffers from many of the same overarching defects as his assessment of Suite 11i itself.

207.    First, Mr. Hilliard purports to adhere to a defined industry standard of the term "stability" – but never identifies or applies any specific published or recognized standard. Instead, he supplies his own definition of "stability," under which software is considered "stable" only if it does not experience *any* bugs that would "produce erroneous results" or "crash" a program.[280] Ignoring well-known evidence that the implementation of large software is generally a complex and messy business (including his own admission that it typically takes a year or more to complete a large implementation), Mr. Hilliard compares Oracle's implementation, and the underlying Suite 11i software, to his idiosyncratic definition and determines that the typical customer implementation of the software demonstrates that Suite 11i was not stable. But no software systems of comparable size and scope would ever by considered stable under Mr. Hilliard's definition – because all such systems, and even much smaller systems, contain bugs that cause

---

[276] *See* Hilliard Report, at Section 4.2.4.

[277] As is common in the industry, Oracle listed a customer as "live" when it had fully implemented at least one module of Suite 11i. Mr. Hilliard's contention that a customer is not live unless it has implemented the *entire* ERP system is not consistent with the nature of ERP suites such as Suite 11i, which typically offer dozens of modules, not all of which may be desirable or useful to every customer.

[278] *See R11i Customer Information*, Oracle Internal Document, May 16, 2001 (NDCA-ORCL 417824-42), at 417824-35.

[279] Indeed, the fact that Oracle undertook to convert its own multi-billion business to Suite 11i – and did so successfully – seriously undercuts Mr. Hilliard's assertion that Oracle knew or should have known that Suite 11i was not of commercial quality or ready for commercial use in a "live" environment.

[280] *See* Hilliard Report, at page at 80.

**Confidential**

such errors (as any user of commercial software products knows all too well, from experience) on a significant scale.[281]

208.    Second, much of the evidence Mr. Hilliard cites in support of his criticisms of Oracle's internal implementation are taken out of context, and do not support his conclusion that the implementation was troubled, or that the software was unstable. For instance, Mr. Hilliard cites an email from Oracle's CFO Jeff Henley in October, 2000 regarding the planned upgrade to Suite 11i Oracle Sales Online ("OSO") as evidence that Mr. Henley was concerned about possible instability in OSO.[282] However, in the cited email, Mr. Henley stated that he preferred postponing the OSO upgrade until after the Q2 earnings announcement, for reasons that related to his past experience in implementing new software – *not* because of Suite 11i quality concerns.[283] There is no indication in the email that Mr. Henley was concerned that Suite 11i was more unstable than any other new software release with which he had previous implementation experience, or that his concern was anything more than the appropriate recognition that implementing major software is a significant undertaking, and that its potential impact on operations should be considered in scheduling it. In any event, planning documents that anticipate potential problems do not provide meaningful evidence about whether problems actually occurred, much less that problems that might have occurred were unusual or unexpected. Consequently, this evidence does not provide support for Mr. Hilliard's conclusions regarding the quality of Suite 11i.

209.    Finally, Mr. Hilliard's discussion of the Oracle implementation fails, in similar fashion to his general assessment of Suite 11i, to make any attempt to place the Oracle implementation in context or to compare it to the implementation of similar software at other large companies. Without such a baseline, Mr. Hilliard's claims about Suite 11i are irrelevant when comparing the quality of that product relative to market expectations. In fact, the evidence in the record demonstrates that, compared to the normal situation in the marketplace, the Oracle implementation (like many other Suite 11i implementation discussed above) was successful and relatively uneventful. Thus, even if Mr. Hilliard has identified evidence of

---

[281] In this context, my May 25, 2007 Report cited the study of ERP systems by Capers Jones, in which Mr. Jones stated "after several years of deployment and usage, the ERP packages achieve reasonable levels of stability." (from my May 25, 2007 Report, paragraph 88, citing Capers Jones, *Estimating Software Costs: Bringing Realism to Estimating* (Second Edition, McGraw-Hill, 2007), page 151).

[282] *See* Hilliard Report, at page 93 (citing October 16, 2000 email chain with subject "UPDATE Re: oso/osc upgrade" (NDCA-ORCL 040638-40)).

[283] Specifically, Mr. Henley stated that he favored delaying the upgrade because OSO contained entirely new code (he had heard), and thus it would, in his experience, require more time to test during the course of implementation (a "historical" problem he clearly did not view as uniquely relating to Suite 11i). Oracle had not historically upgraded its sales software at the end of a quarter, a period in which it would be uniquely important to the business; and he worried that the aggressive timetable for the implementation did not leave enough time for data migration from old systems and for training. *See* October 16, 2000 email chain with subject "UPDATE Re: oso/osc upgrade" (NDCA-ORCL 040638-40), at 040639-40; *see also* Deposition of Jeff Henley deposition (July 27, 2006), at 163-71.

"instability" in Oracle's implementation – however one defines that term – he has offered no evidence that Oracle's experience was atypical for such a large-scale, complex implementation.

210.   This point is well illustrated by Mr. Hilliard's citation to statements attributed to Mr. Barrenechea in *Softwar*. Mr. Hilliard uses these statements to support his assertion that Oracle experienced a "catastrophic 14-day failure" during the Suite 11i implementation, which cost substantial lost revenue. But Mr. Hilliard takes Mr. Barrenechea's attributed comments completely out of context: the remainder of the passage cited by Mr. Hilliard makes clear that the downtime associated with the upgrade was anticipated, and planned for, by Oracle.[284] In addition, while Mr. Barrenechea expressed that he was initially skeptical about the decision to go forward with the upgrade knowing it would cause downtime,[285] he went on to say that "we got it to work," and "Larry was right" to force the company to proceed with the aggressive upgrade schedule.[286] Furthermore, Mr. Barrenechea's comments did not indicate that Oracle lost revenue due to this downtime; in fact, Mr. Ellison testified that Oracle was able to take orders during this period.[287]

211.   More fundamentally, Mr. Hilliard fails to place the idea of "downtime" in context. It is well known that companies typically anticipate downtime associated with a software implementation of this size, and is it not unusual to experience substantial unexpected downtime as a result of such an implementation.[288] Precisely for this reason, many companies – including Oracle, in this instance – schedule implementation of "mission-critical" or "strategic" software products during times

---

[284] Mr. Ellison is quoted in *Softwar* as stating that Oracle "knew that we were going to go down for some time," because of the size and aggressive timetable of the upgrade (on a scope and timetable Mr. Ellison admittedly would "never, ever recommend to [Oracle's] customers"), so Oracle "scheduled the installation over the Christmas/New Year's holiday." *See Softwar*, at 196-97; *see also* Deposition of Larry Ellison (September 21, 2006), at 350:23-351:5 ("[W]hen we put the new system in, we were out, and that happens with almost every release: When you put in a new system, you are out some number of days, and there were some number of days we were definitely out of service, putting the new system in. But we solved the problems, got the system up and running, and we were fine.").

[285] *Softwar*, at page 196 ("Larry, knowing we can't place an order" and not knowing how long it would take to be able to place an order following the upgrade, "said 'We're going live anyway.'").

[286] *Ibid*, at page 196.

[287] Deposition of Larry Ellison (Sept. 21, 2006), at 350:20-21 ("[E]ven when we were down, we had ways to work around the system and place orders."). What is more, the presentation cited by Mr. Hilliard to prove that the overall internal implementation cost Oracle $30 million in revenue appears, on its face, to be a draft presentation, as many key figures still are blank. *See* Oracle presentation by Jeff Henley entitled Fiscal 2002 Budget (NDCA-ORCL 190253-74) ("Americas margin dropped by XX. Europe margin improved by XX. Japan margin improved by XX. APAC margin improved by XX."). And, in any event, the presentation slide cited by Mr. Hilliard purports to pertain to *all* of FY01, rather than the third quarter, so it cannot reasonably refer to the 14-day downtime cited by Mr. Hilliard (*ibid*).

[288] Deposition of Larry Ellison (September 21, 2006), at 350:23-351:5 ("[W]hen we put the new system in, we were out, and that happens with almost every release: When you put in a new system, you are out some number of days, and there were some number of days we were definitely out of service, putting the new system in. But we solved the problems, got the system up and running, and we were fine.").

when any disruption will be minimized, such as holidays or off-season lulls in their normal business cycle.[289] The mere fact that Oracle experienced downtime during its Suite 11i implementation does not prove that the quality of Suite 11i was worse than the norm for comparable software, nor does it even provide meaningful evidence to support the conclusion; such an opinion is without basis.

212.   Mr. Hilliard also cites a series of emails dated February 22, 2001 between Messrs. Barrenechea and Wohl regarding further downtime within Oracle's Global Single Instance[290] as evidence that Suite 11i "defects" continued to trouble Oracle at this time; however, as Mr. Hilliard admits, this email chain indicates on its face that the downtime was caused by a *database* bug, which would have absolutely nothing to do with the quality of the Suite 11i applications.[291]

213.   Given Oracle's size and global reach, the internal upgrade to Suite 11i was a massive undertaking.[292] Before upgrading to Suite 11i, Oracle's ERP applications were run on multiple instances, divided primarily by geography, each of which had to be upgraded to Suite 11i individually.[293] However, the implementation appears to have gone relatively smoothly. Oracle began the internal implementation of Suite 11i during the summer of 2000, around the time when Suite 11i was released, and by January of 2001, Oracle had already upgraded multiple worldwide instances, including an upgrade of its largest, most complex instance in the United States.[294] Mr. Hilliard's own Report acknowledges that this is well within the normal time range expected for an implementation of this size.[295]

---

[289] Deposition of Ron Wohl (March 23, 2006), at 238:19-22.

[290] Global Single Instance, or "GSI," refers to the migration of all of Oracle's ERP systems from multiple instances worldwide to one consolidated instance through its upgrade to Suite 11i. *See* Clifford Godwin Deposition (March 3, 2006), at 175:23-176:13 ("GSI refers to global single instance, which means the target environment we're ultimately going to consolidate all of these ERP systems."); Deposition of Ron Wohl (March 23, 2006), at 258:2-5; 262:15-262:17 ("GSI refers to the internal implementation. The acronym stood for global single instance ... [referring to the email cited by Mr. Hilliard:] GSI in this case appears to be the entire applications system"); Deposition of Brett Fuller (March 4, 2005), at 57:2-7 ("So there was a server called GSI during the relevant time period, and that contained the Americas, including Latin America, and Asia Pacific regions.").

[291] *See* Hilliard Report, at page 95, footnote 205 (citing February 22, 2001 email from Ron Wohl to Mark Barrenechea, *et al.*, (NDCA-ORCL 052556-57)); Deposition of Ron Wohl (March 23, 2006), at 263:12-23.

[292] *See* Deposition of Ron Wohl (March 23, 2006), at 242:25-243:5 ("Oracle for the U.S. was a very complex customer of our own products, so it – you know, Oracle had a lot of testing to go through ... So it was a substantial effort to upgrade."); *see also* Deposition of Valerie Borthwick (April 11, 2006), at 195:4-6 ("And Oracle's systems internally were very – like any other customer, they were customized. They were complex.").

[293] *See* Deposition of Ron Wohl (March 23, 2006), at 237:22-238:22.

[294] *Ibid,* at 238:17-22 ("So the first ones we upgraded were either – I'm not sure if it was all or the part of Latin America, if I remember correctly, over the summer of 2000. And then the U.S. instance, which was the largest one, and most complex by far, we upgraded over Christmas or New Year's."); *See also* December 30, 2000 email from R. Wohl (NDCA-ORCL 431971-73), at 431972 (including email from Brett Fuller stating "[w]e are upgrading to R11i this weekend"); January 2, 2001 email from R. Wohl (NDCA-ORCL 028881) (indicating "[g]ood progress on the Suite 11i upgrade issues this weekend"); January 2, 2001 email

Confidential

214.   To be sure, as with all complex software implementations, technical issues arose during the course of Oracle's internal implementation of Suite 11i; however, as noted above, nothing in Mr. Hilliard's Report indicates that the implementation faced product "stability" issues at a rate atypical of what one would expect for such a large-scale deployment.

## VIII.3  Claims about performance deficiencies

215.   Mr. Hilliard's complaints about performance deficiencies are beyond the scope of the allegedly "false" statements identified by Plaintiffs and Mr. Hilliard. In any case, his opinions here are plagued by the same inadequacies as those regarding the statements he and Plaintiffs identified, including a complete failure to put the alleged performance deficiencies in the context of what would be expected for software of this type.

216.   In addition, it is impossible to reach the conclusion that Suite 11i customers were experiencing performance deficiencies so severe "that the product could not be considered of commercial quality and ready for commercial use in a 'live' environment" without reviewing the software itself. Hardware limitations, inadequate network bandwidth, user error, and customer expectations or requests for enhancements play a particularly large role in complaints regarding slow performance or other performance deficiencies, and Mr. Hilliard does not appear to have made any effort to link these deficiencies to causes within the software.

217.   The handful of complaints Mr. Hilliard cites show that some customers thought that some processes ran too slowly sometimes – and nothing more. They do not show that Suite 11i had pervasive performance deficiencies, let alone deficiencies so severe as to render it below commercial quality. And since Mr. Hilliard did not ever use the software himself – even though the versions released during the Class Period were made available to him, and even though some Oracle customers still run those versions – he has no independent way to assess whether there were indeed pervasive performance deficiencies.

---

from R. Wohl (NDCA-ORCL 028884) (indicating "11i internal upgrade continuing to run on schedule"); January 7, 2001 email from R. Wohl (NDCA-ORCL 028887) (indicating "good progress" being made with respect to technical issues arising in newly implemented internal Suite 11i system); Deposition of Sukumar Rathnam (May 18, 2006), at 136:4-9 ("Initial implementation of CRM 11i within Oracle, the go-live was December 2000 for CRM. And for ERP, the first implementation of 11i for ERP was either December 2000 or January of 2001").

[295] *See* Hilliard Report, at page 16 ("Enterprise-type software – including such software categories as Enterprise Resource Planning (ERP) and Customer Relationship Management (CRM) software – has historically taken customers a year or more to implement; six months would be extremely fast."); *see also ibid*, at page 47, footnote 90 (indicating that it is customary in the business applications industry for smaller implementation projects to take 295 days to complete, with very large implementations requiring 379 days or more) (citing NDCA-ORCL 061339-40). At the time Oracle was completing the upgrade of its United States systems, it was also in the process of upgrading its business systems in Europe and Asia. *See* Status for GSI for 17 Jul 00 (NDCA-ORCL 018619-29).

218.   Indeed, several of his citations do not even reflect actual performance deficiencies in Suite 11i. For example, he references problems with running the software through the demonstration environment. As was explained in Section VIII.1.6, above, Mr. Hilliard's complaints about the demonstration environment running slowly must be disregarded entirely, both because the demonstration software was different from the delivered software and because of hardware limitations in the demonstration environment (*e.g.*, it was running extremely complicated software over a single phone line). Mr. Hilliard makes no effort to show that performance deficiencies with the demonstration were indicative of deficiencies in the delivered software, and I have seen no evidence to support such a claim. Another citation that does not reflect actual performance problems with Suite 11i is Mr. Hilliard's highly selective excerpt from an email about the status of Suite 11i at PapaJohns.[296] Mr. Hilliard accurately notes that PapaJohns had set a goal for their new Suite 11i system of handling 90 pizza orders per minute, a benchmark Oracle had not yet reached.[297] However, he fails to mention that the problem was not that the Suite 11i software was unable to handle that load, but that "PapaJohns has only been able to drive enough demand for the website to create 35 pizza orders/min at peak times."[298] The performance problems at PapaJohns that Mr. Hilliard identifies were driven by the customer's business issues. At any rate, regardless of these issues, the record indicates that PapaJohns was pleased with both the Suite 11i implementation and the software's subsequent performance.[299]

219.   Other citations appear to reflect temporary issues that routinely arise in the course of an implementation process – and that typically are resolved. Mr. Hilliard's reference to slow performance numbers do no refer to the live performance of Suite 11i generally but rather to the performance of the modules during the early stages of the internal upgrade at Oracle.[300] Similarly Mr. Hilliard's reference to the internal upgrade of Oracle University ("OU") call centers reflects problems experienced during the very earliest days of implementation. The call centers had just upgraded on the day previous to the email: the email summarized application's performance on the first day following the upgrade.[301] Obviously, the fact that this application experienced slow performance the *first day* it was in use at OU does not reasonably lead to the conclusion Mr. Hilliard draws – *i.e.*, that "performance deficiencies were still causing major problems." Indeed, particularly on the first

---

[296] *See* Hilliard Report, at page 106.

[297] April 4, 2001 email from Gayle Fitzpatrick to George Roberts, et al. (NDCA-ORCL 617279-82), at 617281 ("[T]he peak load at the busiest time (Saturday night) has only been 35 orders/min.").

[298] *Ibid.*

[299] *See* Key Customer Profiles (NDCA-ORCL 068725-977), at 068751 ("Oracle delivers flexibility and scalability, their applications are mature, and they're here to stay." - John Black, VP of Information Services, PapaJohns International).

[300] *See, e.g.*, Deposition of Valerie Borthwick (April 11, 2006), at 193:11-12; 195:1-14.

[301] January 26, 2001 email from S. Abbasi to Larry Ellison, (NDCA-ORCL 034365-67).

day of *any* implementation, it is more likely than not that a good portion of the slowdown was linked to users adjusting to a new system.

220.   Similarly, any performance problems experienced by Liberty Mutual in the early stages of its implementation were also resolved, as Liberty Mutual successfully implemented the software and even became a reference customer for Suite 11i. Indeed, it is critical to remember that even Mr. Hilliard acknowledges that typical ERP implementations take roughly one year. It is not surprising that the software might run slowly, or experience other deficiencies, in the first days of use.

221.   My review of the evidence in this case has not uncovered any unusual or unexpected performance deficiencies with Suite 11i. To the extent that performance deficiencies existed, they appear well within ordinary levels for software of this type and complexity.

## VIII.4 Claims About Support

222.   Mr. Hilliard's complaints about customer support go well beyond the "false statements" that I understand this case involves. To the best of my knowledge, neither Plaintiffs nor Mr. Hilliard have raised any issues with statements Oracle made about support for Suite 11i; the quality of Oracle support bears no relationship to the statements Plaintiffs and Mr. Hilliard have identified, such as whether the product was integrated, supported global operations, or even whether it was "available."

223.   The emails Mr. Hilliard relies on for his contention that support was inadequate indeed reflect the sentiments of frustrated customers; but anyone who has experienced a computer problem and has placed a technical support call is familiar with the frustration inherent to such a process – and the fact is, statements may be made in the heat of the moment that do not accurately reflect the competence of the technical support professional involved. To compound the unreliability of such information, Mr. Hilliard heavily cites complaints made by sales representatives, including "ombudsman" Charles Kendig, who other witnesses testified were known to exaggerate problems in order to draw attention to them.[302]

224.   In any event, Mr. Hilliard's claims regarding poor customer support rely on a faulty definition of "support": Mr. Hilliard measures the efficacy of support based on "the approximate amount of time from when a bug was first reported to Oracle until an effective patch or solution was returned to the client." An unfortunate fact of large ERP systems is that bug repair intervals are often longer than either the clients or the vendors wish. In part, this is due to the volume of bug reports received immediately after the release of a large system, and in part it is due to the intrinsic complexity and numerous interfaces of large applications.

---

[302] See above, at Section VIII.1.5.

225.    In addition, like many of Mr. Hilliard's other assertions, it is impossible to meaningfully evaluate the quality of Oracle's support without making reference to metrics regarding normal bug resolution times for other major ERP software vendors. In fact, the evidence in this case indicates that not only was Oracle's support well within normal performance ranges for major ERP vendors – it was superior. In a Forrester survey of ERP customers regarding post-implementation support, "users consistently selected Oracle first" when compared to SAP, Siebel, and PeopleSoft. [303] The survey asked the following questions:

- How would you rate the value of the money you spend for maintenance fees?

- On average, how long does it take the vendor to initially respond to support requests?

- How often are solutions to your support issues provided in a timely fashion?

- How satisfied are you with the vendor's ability to provide you with a quality solution to your support issue?

226.    Oracle finished first in every category, making clear that Mr. Hilliard's extremely narrow definition of "support" does not capture the full picture.

227.    My review of the evidence of this case has not uncovered any unusual or unexpected problems with Oracle's support for Suite 11i.

## IX       LOST DEALS

228.    As discussed in Section XI of my May 25, 2007 Report, the evidence in this case does not support the conclusion that potential deals in Oracle's forecast or pipeline failed to close in Q3 FY 2001 either (i) because customers became aware of facts that were inconsistent with Oracle's statements about integration or interoperability, or (ii) because of generally unknown or unexpected quality problems with Suite 11i.

229.    The Hilliard Report addresses whether Oracle's statements about integration or interoperability were accurate – and whether generally unknown or unexpected quality problems with Suite 11i existed; however, the Hilliard Report does not assert what impact, if any, those factors had on potential deals.

230.    As a result, even if Mr. Hilliard's assertions regarding the accuracy of Defendants' statements or problems with product quality were correct, there remains no reason to conclude that these issues caused Oracle to lose potential deals from its Q3 FY 2001 forecast or pipeline.

---

[303] Jennifer Chew, *Living With Your Enterprise App*, The Forrester Report, October 2001 (NDCA-ORCL 271760-80), at NDCA-ORCL 271768.

**Confidential**

231.   I note also that Mr. Hilliard has made no reference to the Expert Report of Bjorn J.
       Steinholt, who was retained by Plaintiffs' counsel "to analyze and provide expert
       testimony regarding the economic issues related to market efficiency, materiality,
       **loss causation** [emphasis added], and the calculation of Section 10(b) damages …
       "[304] And Mr. Steinholt's Report simply *assumes* "that plaintiffs' allegations are
       true,"[305] including the allegation that[306]:

           Suite 11i was beset with severe technical problems and
           defects, including integration problems, and required
           costly implementations to work. These problems caused
           customers to delay and/or forego planned purchases
           from Oracle.

232.   Mr. Steinholt asserts this without providing any explanation, reasoning, analysis,
       or basis – or even an illustrative example – for his assumption. He also states, and
       implicitly accepts, Plaintiffs' allegation that :

           Suite 11i was experiencing severe development defects
           and integration problems resulting in delays,
           implementation costs and cancellations.

233.   Again, Mr. Steinholt makes this assertion without providing any semblance of an
       explanation, reasoning, analysis, basis, or illustrative examples.

234.   Having made two such statements, perhaps Mr. Steinholt subscribes to the theory
       of "proof by repeated assertion." As an objective matter, neither he nor Mr.
       Hilliard has provided any expert support for Plaintiffs' allegations that Oracle lost
       deals as a result of software bugs, low quality, or lack of integration in Oracle's
       Suite 11i.

## X      DISCUSSION OF "SHOWSTOPPERS" RELATING TO HEWLETT PACKARD'S PURCHASE OF ADDITIONAL CRM LICENSES

235.   I understand that Plaintiffs' accounting expert, D. Paul Regan, has offered opinions
       about certain issues Hewlett Packard ("HP") raised relating to CRM software that
       HP licensed from Oracle.[307] I understand that Mr. Regan has opined that Oracle
       should not have recognized revenue from a license transaction executed by HP and
       Oracle on November 30, 2000 because HP had referred to 14 "showstoppers" two
       days before the license agreement was signed.[308]

---

[304] *See* Expert Report of Bjorn I. Steinholt, dated May 25, 2007, paragraph 4.

[305] *Ibid*, at paragraph 7.

[306] *Ibid*, at paragraph 8.

[307] *See* Expert Report of D. Paul Regan, May 25, 2007 ("Regan Report") at paragraphs 111-117.

[308] *Ibid*.

**Confidential**

236.    I am not an expert in accounting, and of course I offer no opinion as to whether Oracle should have recognized revenue in connection with the November 30, 2000 license agreement with HP. In my opinion, Mr. Regan misunderstands the nature of the 14 so-called "showstopper" issues referred to by HP in November 2000. The evidence appears to indicate that these 14 "showstoppers" referred to items that HP wanted Oracle to incorporate into its CRM software, most likely as part of a future release.

237.    HP licensed CRM software from Oracle in 1999.[309] HP's implementation of that software was ongoing in 2000.[310] As of November 2000, HP had 1800 salespeople live on Oracle CRM products.[311] And it was during this period that representatives of Oracle and HP discussed the 14 "showstoppers" to which Mr. Regan refers.

238.    Typically, the term "showstopper" refers to a Priority 1 or "P1" bug that prevents a system from working at all.[312] However, like many terms used in the software industry, the term "showstopper" can be applied to many different contexts to convey different meanings.[313] Indeed, in the specific context of the 14 "showstoppers" Mr. Regan cites, HP witness Thomas Rathjens testified that the term "showstopper" referred to "functionality that [HP] wanted to see incorporated into the software."[314] This is a very different meaning than is typically ascribed to the term "showstopper," and it does not suggest (as the term often means) that HP was unable to use Oracle's CRM software at all. On the contrary, as noted above, it appears that HP had 1800 users "live" on that software as of November 2000.

239.    As I have noted previously, ERP products like Suite 11i are constantly evolving, as vendors constantly seek to improve their products by adding new features and functionality. Knowing this, existing customers very often lobby vendors to

---

[309] 1999 CRM License Agreement, (NDCA-ORCL 3043017-24).

[310] *See* CRM Escalated and Key Customer Report, July 6, 2000 (NDCA-ORCL 1027417-32), at 1027427-32 (showing HP as a "key customer" implementing various CRM modules).

[311] *See* November 11, 2000 Email from M. Barrenechea to M. DeCesare, *et al.* Re: HP Q2 Order Update (NDCA-ORCL 020850-51), at 020850 ("The HP-CRM implementation is continuing with good progress: – 1800 Sales Reps live in the US on 11.0.3.")

[312] *See* March 25, 2007 Report at V.3.3; *see also* Deposition of Brad Scott (June 13, 2006) at 277:2-4 ("Q ... Now, when it says 'There is a bug that is a show stopper,' what does that mean?  A Typically a P1."); Deposition of Ron Wohl (March 23, 2006) ("Q. Would that be – would a show stopper bug also be characterized as a severity 1 or priority 1 bug? A. Probably."); Deposition of Alan Fletcher (April 6, 2005) at 109:4-16 ("I have an understanding that it is generally used to indicate that a show-stopper bug is impeding progress in some area of an implementation.").

[313] *See also* Deposition of Alan Fletcher (April 6, 2005) at 110:21-22 ("Show stopper was not a scientifically captured term. It was purely anecdotal."); Deposition of Sukumar Rathnam (May 18, 2006) at 126:1-8 ("Again, show stopper used by different software teams, different companies could be used in slightly different ways. There's no sort of formal precise definition that, you know, everyone in software development would agree on what a show stopper is, but I have a general notion of what a show stopper is, could be.").

[314] *See* Deposition of Thomas Rathjens (HP) (June 30, 2006) at 90:18-23.

**Confidential**

include specific new features and functions in future releases.[315] Customers, in other words, try to influence the future direction of the product. When HP licensed CRM software from Oracle in 1999, Oracle and HP expected that HP would do precisely that.[316] Moreover, Mr. Rathjens testified that HP did, in fact, lobby Oracle to include specific features and functionality in future releases of Oracle's products, including at the time of the November 2000 license transaction.[317]

## XI      CONCLUSIONS

240.    As discussed in my May 25, 2007 Report and this subsequent Rebuttal Report, I have reached several conclusions after reviewing deposition testimony, analyst reports, and the considerable body of other evidence in this case. My conclusions have not been swayed by Mr. Hilliard's Report.

241.    Mr. Hilliard's Report, however, has raised several issues to which I have responded more fully in this Rebuttal Report.

---

[315] *See, e.g.,* Deposition of George Roberts (July 11, 2006) at 33:6-20 ("[W]hen you build an application, you build it with a set of functionality. That functionality meets the client's needs. And then some clients have needs outside of the functionality that's there. So when you look at this, they're asking for some specific enhancements to the product. So enhancements don't mean the product isn't working. Enhancements means that they'd like some additional functionality added. . . . It could have been something they discovered because they've changed how they're running business so now they want the application to do it this way."); Deposition of Joel Summers (March 21, 2006) at 102:24-103:12 ("Q. And then in addition, you indicated that there was – that there was functionality – improvements in the releases? A. Or additions, yeah.... Customers on an ongoing basis would provide enhancement requests, okay.... Some new aspect of what – you know, just something in their business that they thought would be good to have in the software.").

[316] *See* HP Takes A New Look At Customer Relationship Management, 1999 HP Press Release, (NDCA-ORCL 304312-55) at 3043154 ("As Oracle's largest CRM sales force automation customer to date, HP will be a beta site for future releases and therefore able to influence future functionality to meet our needs.").

[317] *See* Deposition of Thomas Rathjens (HP) (June 30, 2006) at 128:18-129:2 (Q. Okay. Now, what about addressing change orders or product enhancements? Was that part of Oracle's responsibility as well? A. It was a negotiation.... We wanted to get HP requested changes into the Oracle product, and we would prioritize those and encourage Oracle to make the highest requested changes.... Highest priority changes."); *id.* at 129:3-10 ("Q. And do you recall if HP was charged for those changes? A. In general, we did not talk about additional charges for that type of change request. Q. Okay. Why not? A. In the context of this conversation we were asking for changes to existing modules, and we'd expect those to be changed in a subsequent version of the software."); *id.* at 128:18-129:2 ("We had lots of dialogue, discussion, and process to get our requested changes into the Oracle software done by Oracle development that we expected to see in the software products at a further point in time.... And that was a big premise on which we purchased the software. That Oracle would continue to develop it to meet HP's needs.").

Edward Yourdon
Dated June 22, 2007

# APPENDIX A: Documents Relied On

In addition to materials identified in Appendix A of my May 25, 2007 Report, I relied on the following materials in the preparation of this Report.

## A.    DEPOSITION TRANSCRIPTS AND EXHIBITS

1.  Deposition transcript and exhibits from deposition of Brett Fuller (March 4, 2005)

## B.    ARTICLES

1.  "Swallowing the Elephant: Upgrading from 10.7 to 11i," Frances A. Dykstra and Robert Condon, Yale University, 2001

2.  "Westpac Taps Oracle E-Business Suite for Financial Overhaul; Oracle Financials Streamline Leading Australian Bank's Business Processes," PR Newswire, February 20, 2001

3.  "Oracle E-Business Suite Takes Off in Asia Pacific; Rapid Adoption Demonstrates Oracle's Continued Momentum as the Leading Provider of E-Business Applications," PR Newswire, March 21, 2001

4.  "McDATA Selects Oracle E-Business Suite to Manage Global Operations," PR Newswire, April 2, 2001

5.  "Oracle EMEA Gains 189 New CRM Customers in Nine Months; European, African and Middle Eastern Companies Reap the Benefits of An Integrated E-Business Suite," PR Newswire, April 18, 2001

6.  OAUG Spring 2001 Conference Agenda, Atlanta, Georgia, April 24-28, 2001

7.  "PeopleSoft Launches Next Generation Customer Relationship Management; Industry's First Pure Internet Solution Delivers Dramatic Business Benefits," Business Wire, June 4, 2001

8.  "Quality First: Users say software quality is critical. But it's up to them, and their vendors, to do something about it," InformationWeek, May 20, 2002

9.  "Study: Buggy software costs users, vendors nearly $60B annually," Computerworld, June 25, 2002

10. "Why Software Is So Bad," Technology Review Published by MIT, July 23, 2002

11. "PeopleSoft CRM 8.8 Delivers Fast Implementations, Enhanced Usability and Enables Intelligent Business Processes; PeopleSoft Broadens its Suite of CRM Industry Solutions," Business Wire, December 9, 2002

12. "Oracle Customer Case Study: Oracle's Configuration Support Manager Helps Ingersoll Rand to Ease and Speed its Global Transformation," October 2006

13. "LaGuardia, JFK passengers stranded for hours after FAA glitch," Newsday.com, June 8, 2007

## C.   PRODUCED/BATES-STAMPED MATERIALS

| | | | |
|---|---|---|---|
| 1. | JPM 00691-701 | 22. | NDCA-ORCL 057622-4 |
| 2. | NDCA-ORCL 009248-51 | 23. | NDCA-ORCL 061427-59 |
| 3. | NDCA-ORCL 011965-7 | 24. | NDCA-ORCL 061841-967 |
| 4. | NDCA-ORCL 011968-74 | 25. | NDCA-ORCL 062043-45 |
| 5. | NDCA-ORCL 012348-57 | 26. | NDCA-ORCL 062340-371 |
| 6. | NDCA-ORCL 012406-10 | 27. | NDCA-ORCL 063458-61 |
| 7. | NDCA-ORCL 014906-8 | 28. | NDCA-ORCL 064381-402 |
| 8. | NDCA-ORCL 018619-29 | 29. | NDCA-ORCL 067801-08 |
| 9. | NDCA-ORCL 019716-25 | 30. | NDCA-ORCL 068725-977 |
| 10. | NDCA-ORCL 019734-41 | 31. | NDCA-ORCL 073396-458 |
| 11. | NDCA-ORCL 020850-51 | 32. | NDCA-ORCL 075696-715 |
| 12. | NDCA-ORCL 027320 | 33. | NDCA-ORCL 075967-82 |
| 13. | NDCA-ORCL 028881 | 34. | NDCA-ORCL 076371-424 |
| 14. | NDCA-ORCL 028884 | 35. | NDCA-ORCL 094367-419 |
| 15. | NDCA-ORCL 028887 | 36. | NDCA-ORCL 094603-58 |
| 16. | NDCA-ORCL 028931 | 37. | NDCA-ORCL 096943-60 |
| 17. | NDCA-ORCL 034365-7 | 38. | NDCA-ORCL 104395-513 |
| 18. | NDCA-ORCL 052258-70 | 39. | NDCA-ORCL 111464-71 |
| 19. | NDCA-ORCL 054952 | 40. | NDCA-ORCL 113233-5 |
| 20. | NDCA-ORCL 055092-104 | 41. | NDCA-ORCL 114965-85 |
| 21. | NDCA-ORCL 056361-2 | 42. | NDCA-ORCL 116572-661 |

| | |
|---|---|
| 43. NDCA-ORCL 118006-020 | 68. NDCA-ORCL 417538-62 |
| 44. NDCA-ORCL 118225-239 | 69. NDCA-ORCL 417824-42 |
| 45. NDCA-ORCL 121581-610 | 70. NDCA-ORCL 417888-928 |
| 46. NDCA-ORCL 125485-87 | 71. NDCA-ORCL 418169-84 |
| 47. NDCA-ORCL 129418-38 | 72. NDCA-ORCL 418317-57 |
| 48. NDCA-ORCL 131156-75 | 73. NDCA-ORCL 418454-64 |
| 49. NDCA-ORCL 131261-75 | 74. NDCA-ORCL 418610-21 |
| 50. NDCA-ORCL 131672-86 | 75. NDCA-ORCL 418667 |
| 51. NDCA-ORCL 132521-73 | 76. NDCA-ORCL 418867-72 |
| 52. NDCA-ORCL 134073-81 | 77. NDCA-ORCL 418902-5 |
| 53. NDCA-ORCL 141746-79 | 78. NDCA-ORCL 419000-21 |
| 54. NDCA-ORCL 143829-909 | 79. NDCA-ORCL 419023-9 |
| 55. NDCA-ORCL 181629-50 | 80. NDCA-ORCL 419044-51 |
| 56. NDCA-ORCL 190253-74 | 81. NDCA-ORCL 419819-59 |
| 57. NDCA-ORCL 1915399-400 | 82. NDCA-ORCL 421178-9 |
| 58. NDCA-ORCL 248174-75 | 83. NDCA-ORCL 421300-25 |
| 59. NDCA-ORCL 252493-506 | 84. NDCA-ORCL 431971-3 |
| 60. NDCA-ORCL 270404 | 85. NDCA-ORCL 617279-82 |
| 61. NDCA-ORCL 271760-80 | 86. NDCA-ORCL 617454-59 |
| 62. NDCA-ORCL 296435-53 | 87. NDCA-ORCL 617464-656 |
| 63. NDCA-ORCL 307143-5 | 88. NDCA-ORCL 621302 |
| 64. NDCA-ORCL 397378-80 | 89. NDCA-ORCL 1027417-32 |
| 65. NDCA-ORCL 397381-4 | 90. NDCA-ORCL 1028759-60 |
| 66. NDCA-ORCL 417204-33 | 91. NDCA-ORCL 1051704-10 |
| 67. NDCA-ORCL 417280-305 | 92. NDCA-ORCL 1056572-577 |

**Page 94**                                                      **Confidential**

93.    NDCA-ORCL 3043017-24          95.    OAUG 0038931-41

94.    NDCA-ORCL 3043152-55          96.    OAUG 0041565-670