IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

**Certified Copy**

In re ORACLE CORPORATION

SECURITIES LITIGATION.

                      Master File No. C-01-0988-MJJ

This Document Relates To:


   ALL ACTIONS.

_____/


---oOo---


VIDEOTAPED DEPOSITION OF EDWARD YOURDON

TUESDAY, JULY 3, 2007

---oOo---


SHEILA CHASE & ASSOCIATES
REPORTING FOR:
LiveNote World Service
221 Main Street, Suite 1250
San Francisco, California 94105
Phone:  (415) 321-2311
Fax:    (415) 321-2301

Reported by:
DIANA NOBRIGA, CSR, CRR
LICENSE NO. 7071

1  entity with the same name on various diagrams?"

2     A.   Yes.  Then that's followed by a statement that

3  I also examined the associated business flow diagrams so

4  that I could address the second and third question.

5     Q.   But I was just talking about the first

6  question.

7     A.   Okay.

8     Q.   So you were able to answer the first question

9  in your view at least by simply looking at what you

10 defined as a representative subset of diagrams?

11         MR. RAWLINSON:  Objection to form.

12         THE WITNESS:  That is correct, yes.

13         MR. WILLIAMS:  Q.  And that's it?

14    A.   Yes, representative set of business flow

15 diagrams and also representative set of the associated

16 or related data model diagrams, which are illustrated in

17 Figures 7 and 8.  That's correct.

18    Q.   And I might need a microscope to see this, on

19 the top of that page, top right-hand corner, it looks

20 like this was copyrighted 1999 -- yeah, it was

21 copyrighted 1999.

22    A.   I believe that's correct.

23    Q.   And one cannot determine, based on the review

24 of the representative subset that you looked at, whether

25 or not the software actually functioned in the way that

1   the diagrams you reviewed depicted?
2       A.   Could you either reread or repeat that
3   question?
4       Q.   One cannot determine, based on the review of
5   the representative subset that you looked at, whether or
6   not the software actually functioned in the way that the
7   diagrams you reviewed depicted?
8       A.   Not completely and not with precision, you are
9   absolutely right.  I could use this to see the
10  architecture and the design.  And then beyond that point
11  I had to look at actual implementations and reports from
12  customers to see whether it was operating as designed.
13      Q.   And you found customers using Suite 11i --
14  withdrawn.  You found evidence of customers that were
15  using Suite 11i, and that evidence demonstrated that the
16  software was functioning as depicted in the diagrams you
17  reviewed with respect to the first question you pose in
18  paragraph 138?
19           MR. RAWLINSON:  Objection to form.
20           THE WITNESS:  Yes, I found that in the
21  negative sense, i.e., I did not see evidence from
22  operational experience or customer reports indicating
23  that the -- that there was a failure to accomplish the
24  first question about common data elements -- common data
25  entities referring to the same entity.

1              MR. WILLIAMS:  Q.  So you concluded based on
2     failure to see evidence that, what, customers were
3     complaining that the software didn't work as depicted in
4     the diagram you -- diagrams you reviewed in a
5     representative subset form?
6              MR. RAWLINSON:  Objection to form.
7              THE WITNESS:  That's correct.  So I did not
8     see using the examples here that customers said, you
9     know, we expect to see a data entity called an order or
10    an employee, and we don't find any at all, or we find
11    there are two different versions that are different.  I
12    don't recall seeing that.
13             Had there been a few such instances, I would
14    have concluded that that was simply a bug.  If I found
15    many such instances or a complete absence of adherence
16    to these diagrams, then I would have drawn a different
17    conclusion.
18             MR. WILLIAMS:  Q.  What was the representative
19    subset that you reviewed for -- to help you answer
20    question one?
21        A.   The --
22        Q.   The diagrams.
23        A.   Yeah.  The diagrams that I reviewed were the
24    data model diagrams, as illustrated by Figure 7 and 8,
25    associated with the business flows as illustrated by

1   Figure 9, in turn associated with these 12 business
2   flows listed in the bullet point of footnote 59.
3       Q.   So how many diagrams did you review to allow
4   you to answer the question that you pose by the first
5   question in paragraph 138?
6       A.   As I recall, several dozen.  I don't recall
7   the precise number.
8       Q.   But you didn't -- did you cite them?  Did you
9   identify which ones you reviewed specifically to answer
10  question one?
11      A.   No, I did not.
12           MR. RAWLINSON:  Objection to form.
13           THE WITNESS:  I did not.
14           MR. WILLIAMS:  Q.  Is there anyone --
15  withdrawn.
16           Is there any way for me to go and find which
17  ones you reviewed in order to answer question one,
18  without your help?
19      A.   I don't think it requires my help.  But you
20  would need to go through the same kind of process that I
21  went through, with help perhaps from somebody.
22      Q.   I wouldn't be able to identify the very same
23  ones you did, would I -- I'm sorry.  Would I be able to
24  determine the very same diagrams that you used to answer
25  question number one?

```
 1   STATE OF CALIFORNIA        )
 2                              )
 3   COUNTY OF ALAMEDA          )
 4              I, DIANA NOBRIGA, hereby certify that the
 5   witness in the foregoing deposition was by me duly sworn
 6   to testify to the truth, the whole truth, and nothing
 7   but the truth in the within-entitled cause; that said
 8   deposition was taken at the time and place therein
 9   stated; that the testimony of said witness was reported
10   by me, a Certified Shorthand Reporter and disinterested
11   person, and was thereafter transcribed into typewriting,
12   and that the pertinent provisions of the applicable code
13   or rules of civil procedure relating to the notification
14   of the witness and counsel for the parties hereto of the
15   availability of the original transcript of the
16   deposition for reading, correcting and signing have been
17   met.
18              And I further certify that I am not of counsel
19   or attorney for either or any of the parties to said
20   deposition, nor in any way interested in the outcome of
21   the cause named in said action.
22              DATED:  July 6, 2007
23
24                              _____
25                              DIANA  NOBRIGA, CSR NO. 7071
```

# LIVENOTE | World Service
Worldwide Deposition Reporting & Legal Videography

## ERRATA Sheet

Deposition of:
Edward Yourdon, July 3, 2007         EY  8/1/2007

I wish to make the following changes for the following reasons:

| Page | Line | Change | Reason |
|---|---|---|---|
| 19 | 21 | "brood" should read "broad" | Typographical error |
| 15 | 23 | delete "layer" | Typographical error |
| 21 | 8 | "they" should read "there" | Typographical error |
| 41 | 25 | "defender" should read "defendant" | Typographical error |
| 69 | 25 | "determine" should read "determined" | Typographical error |
| 75 | 23 | delete quotation mark before "Your" | Typographical error |
| 75 | 23 | insert quotation mark before "review" | Typographical error |
| 90 | 17 | "Anderson" should read "Andersen" | Typographical error |
| 90 | 23 | "Anderson" should read "Andersen" | Typographical error |
| 95 | 11 | "Anderson" should read "Andersen" | Typographical error |
| 95 | 15 | "excessive" should read "expensive" | Typographical error |
| 97 | 9 | "Anderson" should read "Andersen" | Typographical error |
| 103 | 25 | "operable" should read "interoperable" | Typographical error |
| 148 | 6 | "release's" should read "releases'" | Typographical error |
| 156 | 23 | "at somewhat" should read "at a somewhat" | Typographical error |

| 182 | 4 | "25 to 100" should read "2,500" | Typographical error |
| 200 | 8 | "META link" should read "Metalink" | Typographical error |
| 209 | 5 | "revenues" should read "revenue" | Typographical error |
| 210 | 24 | "Vaughn" should read "Baan" | Typographical error |

Witness Signature/Date *Edward Yourdon*   Aug 1, 2007

Thank you for using LiveNote World Service for your reporting needs.
For assistance, please call 800-LIVENOTE (548-3668)

221 Main Street, Suite 1250, San Francisco, CA 94105
www.livenoteworldservice.com