

**Expert Witness computers and software / systems**

# Brooks L. Hilliard
*Consultant and expert*

- Home
- Non-performance
- Intellectual Property
- Computer forensics
- Other matters
- Consulting services
- Professional Bio
- Associate Experts
- Certification
- Contact

Brooks Hilliard has **testified more than 30 times** as a computer expert witness and has been **engaged on more than 90 such matters** for both plaintiffs and defendants. He has done expert witness and consulting assignments in 25 states, and has **qualified as an expert witness on computer software and hardware** (*including* **ERP, SCM** *and* **CRM systems**) in both state and federal litigation. His expert witness engagements have included courtroom and deposition testimony in lawsuits, arbitrations, mediations and formal governmental hearings.

Mr. Hilliard has worked as a computer and management consultant since the 1980s, and has experience in software development, project management, and computer/software sales and marketing. His expert engagements have covered the following types of matters:

- Allegations of **ERP** and **CRM system failures** *and/or* **defective business software/systems**.
- *eDiscovery* of data allegedly deleted or modified without authorization (**computer forensics**).
- **Intellectual property** (including patent, trade secret and copyright issues related to software and hardware).
- **Valuation of computer hardware, software and services**.
- **Regulatory, Procurement and Tax** matters.

Business Automation Associates also provides information technology, management and Internet consulting services to business, government and not-for-profit enterprises.

Brooks Hilliard, Business Automation's president and principal consultant, is **a graduate of MIT and the Harvard Business School** and is one of fewer than 15 consultants in the world to have earned designation as both a **Certified Management Consultant (CMC)** and a **Certified Computing Professional (CCP)**. He is also a published author and a professional speaker.

## Contact Information

**Telephone**
> 602.264.9263

**Address**
> Business Automation Associates Inc.
> 11811 North Tatum Boulevard
> Suite 3031-113
> Phoenix, Arizona 85028-1632

**Electronic mail**
> BHilliard@ComputerExpertWitness.com

[ Home ] [ Non-performance ] [ Intellectual Property ] [ Computer forensics ] [ Other matters ]
[ Consulting services ] [ Professional Bio ] [ Associate Experts ] [ Certification ] [ Contact ]

Copyright © 2006 Business Automation Associates Inc.