| | |
|---|---|
| LATHAM & WATKINS LLP<br>  Peter A. Wald (SBN 85705)<br>  Michele F. Kyrouz (SBN 168004)<br>505 Montgomery Street, Suite 2000<br>San Francisco, CA  94111-2562<br>Telephone: (415) 391-0600<br>Facsimile: (415) 395-8095<br>E-mail: peter.wald@lw.com<br>          michele.kyrouz@lw.com | LATHAM & WATKINS LLP<br>  Patrick E. Gibbs (SBN 183174)<br>  Matthew Rawlinson (SBN 231890)<br>140 Scott Drive<br>Menlo Park, CA 94025<br>Telephone: (650) 328-4600<br>Facsimile: (650) 463-2600<br>E-mail: patrick.gibbs@lw.com<br>          matt.rawlinson@lw.com |

LATHAM & WATKINS LLP
  Jamie L. Wine (SBN 181373)
633 West Fifth Street, Suite 4000
Los Angeles, CA 90071
Phone: (213) 485-1234
Fax: (213) 891-8763
E-mail: jamie.wine@lw.com

Attorneys for Defendants ORACLE CORPORATION, LAWRENCE J. ELLISON, JEFFREY O. HENLEY, and EDWARD J. SANDERSON

ORACLE CORPORATION
  Dorian E. Daley (SBN 129049)
  James C. Maroulis (SBN 208316)
500 Oracle Parkway
Mailstop 5OP7
Redwood Shores, California 94065
Telephone: (650) 506-5200
Facsimile: (650) 506-7114
E-mail: jim.maroulis@oracle.com

Attorneys for Defendant ORACLE CORPORATION

**UNITED STATES DISTRICT COURT**

**NORTHERN  DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Master File No. C-01-0988-MJJ (JCS) (Consolidated)<br><br><u>CLASS ACTION</u><br><br>**MANUAL FILING NOTIFICATION FOR EXHIBITS 251, 260, 265, 282, 291, 292, 304, 316, 317, 321 and 322 TO THE DECLARATION OF SEAN P.J. COYLE IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT** |

<u>**MANUAL FILING NOTIFICATION**</u>

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

MANUAL FILING NOTIFICATION FOR COYLE DEC. ISO
DEFENDANTS' OPPOSITION TO PLAINTIFFS'
MOTION FOR PARTIAL SUMMARY JUDGMENT
MASTER FILE NO. C-01-0988-MJJ (JCS)

1  Regarding Exhibits 251, 260, 265, 282, 291, 292, 304, 316, 317, 321 and 322 to the Declaration
2  of Sean P.J. Coyle in Support of Defendants' Opposition to Plaintiffs' Motion for Partial
3  Summary Judgment:
4  This filing is in paper or physical form only, and is being maintained in the case file in the
5  Clerk's office.
6  If you are a participant on this case, this filing will be served in hard-copy shortly.
7  For information on retrieving this filing directly from the court, please see the court's main web
8  site at http://www.caed.uscourts.gov under Frequently Asked Questions (FAQ).  This filing was
9  not e-filed for the following reason(s):
10  _X_    Voluminous Document (PDF file size larger than e-filing system allowances)
11  ___    Unable to Scan Documents
12  ___    Physical Object (description): _____
13  _____
14  ___    Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media
15  ___    Item Under Seal
16  ___    Conformance with the Judicial Conference Privacy Policy (General Order 53).
17  ___    Other (description): _____
18
19  DATED:  October 9, 2006                      Respectfully submitted,
20                                                LATHAM & WATKINS LLP
                                                    Peter A. Wald
21                                                  Michele F. Kyrouz
                                                    Jamie L. Wine
22                                                  Patrick E. Gibbs
23                                                  Matthew Rawlinson
24                                                            /S/
25                                              By:_____
                                                    Michele F. Kyrouz
26                                                  Attorneys for Defendants ORACLE
27                                                  CORPORATION, LAWRENCE J.
                                                    ELLISON, JEFFREY O. HENLEY,
28                                                  and EDWARD J. SANDERSON

2

III

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

MANUAL FILING NOTIFICATION FOR COYLE DEC. ISO
DEFENDANTS' OPPOSITION TO PLAINTIFFS'
MOTION FOR PARTIAL SUMMARY JUDGMENT
MASTER FILE NO. C-01-0988-MJJ (JCS)