LATHAM & WATKINS LLP
Peter A. Wald (SBN 85705)
Michele F. Kyrouz (SBN 168004)
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-2562
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
E-mail: peter.wald@lw.com
michele.kyrouz@lw.com

LATHAM & WATKINS LLP
Patrick E. Gibbs (SBN 183174)
Matthew Rawlinson (SBN 231890)
135 Commonwealth Drive
Menlo Park, CA 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600
E-mail: patrick.gibbs@lw.com
matt.rawlinson@lw.com

LATHAM & WATKINS LLP
Jamie L. Wine (SBN 181373)
633 West Fifth Street, Suite 4000
Los Angeles, CA 90071-2007
Telephone: (213) 485-1234
Facsimile: (213) 891-8763
E-mail: jamie.wine@lw.com

Attorneys for Defendants ORACLE CORPORATION, LAWRENCE J. ELLISON, JEFFREY O. HENLEY, and EDWARD J. SANDERSON

ORACLE CORPORATION
Dorian E. Daley (SBN 129049)
James C. Maroulis (SBN 208316)
500 Oracle Parkway
Mailstop 5OP7
Redwood Shores, California 94065
Telephone: (650) 506-5200
Facsimile: (650) 506-7114
E-mail: jim.maroulis@oracle.com

Attorneys for Defendant ORACLE CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Master File No. C-01-0988-MJJ (JCS) (Consolidated)<br><br>CLASS ACTION<br><br>**SUPPLEMENTAL DECLARATION OF ALAN J. FLETCHER IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date: September 26, 2007<br>Time: 2:30 p.m.<br>Judge: Hon. Martin J. Jenkins |
LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

SUPP. DECL. OF ALAN J. FLETCHER IN SUPPORT OF
OPP. TO PLS.' MOT. FOR PARTIAL SUMM. J.
Master File No. C-01-0988-MJJ (JCS)

I, Alan J. Fletcher, declare as follows:

1. I submit this declaration in support of Defendants' Opposition to Plaintiffs' Partial Motion for Summary Judgment. I have personal knowledge of the facts set forth below and, if called upon, I could and would competently testify thereto.

2. I have been employed by Oracle Corporation for over 18 years. I currently am Oracle's Vice President of E-Business Suite Development. During the time period relevant to this litigation, I was the Vice President of Operations for Customer Relationship Management ("CRM") Development. In this position, I was responsible for the development methodology for Oracle's Suite 11i CRM software applications, which included the fundamental design and coding of these products. I was also responsible for designing a methodology for testing Suite 11i's CRM applications. In carrying out these responsibilities, my team and I interacted on a regular basis with software developers in the ERP group.

3. In connection with my work in Oracle's development group over the past 18 years (including the time period relevant to this litigation), it has been part of my responsibility to prepare and review high-level documentation of Oracle's enterprise application software, including Oracle's Suite 11i applications. During that time, the development group has regularly drafted and circulated such documentation of the software's functionality both for internal use and, in some instances, dissemination to Oracle's customers and partners.

4. Attached hereto as Exhibit 249 is a true and correct copy of a CD ROM containing the Oracle Applications Documentation Library for Release 1 of Oracle's Suite 11i. One document in the Library, titled *Oracle Applications Concepts* (NDCA-ORCL 050972) reports information concerning the configuration and implementation of the first release of Suite 11i. The Application Document Library also contains a number of *Technical Reference Manuals* for the applications included in the first release of Suite 11i. During the time period in which I have been employed in Oracle's development group (including Oracle's fiscal years 2000 and 2001), Oracle's applications development group has regularly made and kept documentation libraries for Oracle applications as part of Oracle's regular course of business. The

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

SUPP. DECL. OF ALAN J. FLETCHER IN SUPPORT OF
OPP. TO PLS.' MOT. FOR PARTIAL SUMM. J.
Master File No. C-01-0988-MJJ (JCS)

1  documentation library referenced above was made and kept by Oracle's development group as
2  part of Oracle's regular course of business.

3        5.      Attached hereto as Exhibit 250 is a true and correct copy of an Oracle
4  document entitled *Summary of New Features and Enhancements, Oracle Applications From
5  Release 10.7 to Release 11 and Release 11i* (NDCA-ORCL 617464-656), created on April 30,
6  1998 and last updated on June 30, 2000. This Oracle business record describes some of the new
7  functionality of Suite 11i as compared to its predecessor application releases (Release 11 and
8  Release 10.7). During the time period in which I have been employed in Oracle's development
9  group (including Oracle's fiscal years 2000 and 2001), Oracle's applications development group
10 has regularly made and kept documentation of new features and enhancements for each new
11 release of enterprise applications (which Oracle's consulting group then compiles into
12 summaries of those features and enhancements) as part of Oracle's regular course of business.
13 The summary of new features and enhancements referenced above was made and kept by
14 Oracle's development and consulting groups as part of Oracle's regular course of business.

15     I declare under penalty of perjury under the laws of the State of California that the
16 foregoing is true and correct. Executed this 24 day of August, 2007, at Redwood City,
17 California.

*[Signature]*

Alan J. Fletcher

LATHAM•WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

SUPP. DECL. OF ALAN J. FLETCHER IN SUPPORT OF
OPP. TO PLS.' MOT. FOR PARTIAL SUMM. J.
Master File No. C-01-0988-MJJ (JCS)