| | |
|---|---|
| LATHAM & WATKINS LLP<br>  Peter A. Wald (SBN 85705)<br>  Michele F. Kyrouz (SBN 168004)<br>505 Montgomery Street, Suite 2000<br>San Francisco, CA  94111-2562<br>Telephone: (415) 391-0600<br>Facsimile: (415) 395-8095<br>E-mail: peter.wald@lw.com<br>       michele.kyrouz@lw.com | LATHAM & WATKINS LLP<br>  Patrick E. Gibbs (SBN 183174)<br>  Matthew Rawlinson (SBN 231890)<br>140 Scott Drive<br>Menlo Park, CA 94025<br>Telephone: (650) 328-4600<br>Facsimile: (650) 463-2600<br>E-mail: patrick.gibbs@lw.com<br>       matt.rawlinson@lw.com |

LATHAM & WATKINS LLP
  Jamie L. Wine (SBN 181373)
633 West Fifth Street, Suite 4000
Los Angeles, CA 90071
Phone: (213) 485-1234
Fax: (213) 891-8763
E-mail: jamie.wine@lw.com

Attorneys for Defendants ORACLE CORPORATION, LAWRENCE J. ELLISON, JEFFREY O. HENLEY, and EDWARD J. SANDERSON

ORACLE CORPORATION
  Dorian E. Daley (SBN 129049)
  James C. Maroulis (SBN 208316)
500 Oracle Parkway
Mailstop 5OP7
Redwood Shores, California 94065
Telephone: (650) 506-5200
Facsimile: (650) 506-7114
E-mail: jim.maroulis@oracle.com

Attorneys for Defendant ORACLE CORPORATION

**UNITED STATES DISTRICT COURT**

**NORTHERN  DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION<br><br>―――――――――――――――<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Master File No. C-01-0988-MJJ (JCS)<br>(Consolidated)<br><br><u>CLASS ACTION</u><br><br>**MANUAL FILING NOTIFICATION FOR EXHIBITS 249 and 250 TO THE SUPPLEMENTAL DECLARATION OF ALAN J. FLETCHER IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT** |

<u>**MANUAL FILING NOTIFICATION**</u>

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

MANUAL FILING NOTIFICATION FOR FLETCHER DEC. ISO
DEFENDANTS' OPPOSITION TO PLAINTIFFS'
MOTION FOR PARTIAL SUMMARY JUDGMENT
MASTER FILE NO. C-01-0988-MJJ (JCS)

1 Regarding Exhibits 249 and 250 to the Supplemental Declaration of Alan D. Fletcher in Support

2 of Defendants' Opposition to Plaintiffs' Motion for Partial Summary Judgment:

3 This filing is in paper or physical form only, and is being maintained in the case file in the

4 Clerk's office.

5 If you are a participant on this case, this filing will be served in hard-copy shortly.

6 For information on retrieving this filing directly from the court, please see the court's main web

7 site at http://www.caed.uscourts.gov under Frequently Asked Questions (FAQ).  This filing was

8 not e-filed for the following reason(s):

9 _X_  Voluminous Document (PDF file size larger than e-filing system allowances)

10 ___  Unable to Scan Documents

11 ___  Physical Object (description): _____

12 _____

13 ___  Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

14 ___  Item Under Seal

15 ___  Conformance with the Judicial Conference Privacy Policy (General Order 53).

16 ___  Other (description): _____

17

18 DATED: October 9, 2006                    Respectfully submitted,

19                                           LATHAM & WATKINS LLP
                                              Peter A. Wald
20                                            Michele F. Kyrouz
                                              Jamie L. Wine
21                                            Patrick E. Gibbs
                                              Matthew Rawlinson
22

23                                                    /S/

24                                         By:_____
                                              Michele F. Kyrouz
25                                            Attorneys for Defendants ORACLE
                                              CORPORATION, LAWRENCE J.
26                                            ELLISON, JEFFREY O. HENLEY,
                                              and EDWARD J. SANDERSON
27

28  | ||

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

MANUAL FILING NOTIFICATION FOR FLECTHER DEC. ISO
DEFENDANTS' OPPOSITION TO PLAINTIFFS'
MOTION FOR PARTIAL SUMMARY JUDGMENT
MASTER FILE NO. C-01-0988-MJJ (JCS)