LATHAM & WATKINS LLP
   Peter A. Wald (SBN 85705)
   Michele F. Kyrouz (SBN 168004)
   David M. Friedman (SBN 209214)
505 Montgomery Street, Suite 2000
San Francisco, California 94111-2562
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
E-mail: peter.wald@lw.com
        michele.kyrouz@lw.com
        david.friedman@lw.com

LATHAM & WATKINS LLP
   Patrick E. Gibbs (SBN 183174)
   Matthew Rawlinson (SBN 231890)
140 Scott Drive
Menlo Park, California 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600
E-mail: patrick.gibbs@lw.com
        matt.rawlinson@lw.com

LATHAM & WATKINS LLP
   Jamie L. Wine (SBN 181373)
633 West Fifth Street, Suite 4000
Los Angeles, California 90071
Phone: (213) 485-1234
Fax: (213) 891-8763
E-mail: jamie.wine@lw.com

Attorneys for Defendants ORACLE CORPORATION, LAWRENCE J. ELLISON, JEFFREY O. HENLEY, and EDWARD J. SANDERSON

ORACLE CORPORATION
   Dorian Daley (SBN 129049)
   James C. Maroulis (SBN 208316)
500 Oracle Parkway
Mailstop 5OP7
Redwood Shores, CA 94065
Telephone: (650) 506-5200
Facsimile: (650) 506-7114
E-mail: jim.maroulis@oracle.com

Attorneys for Defendant ORACLE CORPORATION

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Master File No. C-01-0988-MJJ (Consolidated)<br><br>**DECLARATION OF DAVID M. FRIEDMAN IN SUPPORT OF DEFENDANTS' REPLY IN SUPPORT OF THEIR MOTION TO EXCLUDE EXPERT REPORTS AND TESTIMONY OF BJORN I. STEINHOLT** |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

FRIEDMAN DEC. ISO DEF'S REPLY ISO MOTION TO EXCLUDE EXPRT REPORTS
AND TESTIMONY OF B. STEINHOLT
Master File No. C-01-0988-MJJ

I, David M. Friedman, declare as follows:

1. I am an attorney duly licensed to practice before the courts of the State of California. I am an associate with the law firm of Latham & Watkins LLP, counsel of record for defendants in the above-entitled action. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. I submit this declaration (the "Friedman Declaration") in support of Defendants' Reply in Support of Their Motion to Exclude Expert Reports and Testimony of Bjorn I. Steinholt.

3. Attached hereto as Exhibit 1 is a true and correct copy of the Bradford Cornell and Gregory Morgan article entitled, "Using Finance Theory to Measure Damages on Fraud on the Market Cases," 37 UCLA L. Rev. 883 (June 1990), which was attached as Exhibit 19 to the May 25, 2007 Expert Report of Bjorn I. Steinholt, CFA.

I hereby declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on September 10, 2007 in San Francisco, California.

/S/

_____
David M. Friedman

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

FRIEDMAN DEC. ISO DEF'S REPLY ISO MOTION TO EXCLUDE EXPRT REPORTS
AND TESTIMONY OF B. STEINHOLT
Master File No. C-01-0988-MJJ