1
2
3
4
5
6

LATHAM & WATKINS LLP
   Peter A. Wald (SBN 85705)
   Michele F. Kyrouz (SBN 168004)
   Kyra G. Busby (SBN 216035)
505 Montgomery Street, Suite 2000
San Francisco, California 94111-2562
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
E-mail: peter.wald@lw.com
          michele.kyrouz@lw.com
          kyra.busby@lw.com

LATHAM & WATKINS LLP
   Patrick E. Gibbs (SBN 183174)
   Matthew Rawlinson (SBN 231890)
140 Scott Drive
Menlo Park, California 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600
E-mail: patrick.gibbs@lw.com
          matt.rawlinson@lw.com

7
8
9
10

LATHAM & WATKINS LLP
   Jamie L. Wine (SBN 181373)
633 West Fifth Street, Suite 4000
Los Angeles, California 90071
Phone: (213) 485-1234
Fax: (213) 891-8763
E-mail: jamie.wine@lw.com

11
12

Attorneys for Defendants ORACLE CORPORATION, LAWRENCE
J. ELLISON, JEFFREY O. HENLEY, and EDWARD J. SANDERSON

13
14
15
16
17

ORACLE CORPORATION
   Dorian Daley (SBN 129049)
   James C. Maroulis (SBN 208316)
500 Oracle Parkway
Mailstop 5OP7
Redwood Shores, CA 94065
Telephone: (650) 506-5200
Facsimile: (650) 506-7114
E-mail: jim.maroulis@oracle.com

18

Attorneys for Defendant ORACLE CORPORATION

19
20

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION

| | |
|---|---|
| 21   In re ORACLE CORPORATION<br>SECURITIES LITIGATION | Master File No. C-01-0988-MJJ<br>(Consolidated) |
| 22 | |
| 23 | **DECLARATION OF KYRA G. BUSBY IN** |
| | **SUPPORT OF DEFENDANT ELLISON'S** |
| 24   This Document Relates To: | **OPPOSITION TO PLAINTIFFS' MOTION**<br>**FOR SUMMARY JUDGMENT AGAINST** |
| 25   ALL ACTIONS. | **LAWRENCE ELLISON FOR TRADING**<br>**ON THE BASIS OF NON-PUBLIC** |
| 26 | **INFORMATION** |
| 27 | Date:      September 26, 2007 |
| | Time:      2:30 p.m. |
| 28 | Judge:    Hon. Martin J. Jenkins |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

I, Kyra G. Busby, declare as follows:

1.      I am an attorney duly licensed to practice before the courts of the State of California. I am an associate with the law firm of Latham & Watkins LLP, counsel of record for defendants in the above-entitled action. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      I submit this declaration (the "Busby Declaration") in support of Defendant Ellison's Opposition to Plaintiffs' Motion for Summary Judgment Against Ellison for Trading on the Basis of Non-Public Information.

3.      Attached hereto as Exhibit 323 is a true and correct copy of excerpts from the transcript of the February 27, 2004 deposition of Lawrence J. Ellison, Oracle's Chief Executive Officer during the relevant time period.

4.      Attached hereto as Exhibit 324 is a true and correct copy of excerpts from the transcript of the November 16, 2006 deposition of Jeffrey Henley, Oracle's Chief Financial Officer during the relevant time period.

5.      Attached hereto as Exhibit 325 is a true and correct copy of Oracle Corporation's Pipeline Reporting Package for January 15, 2001, Bates Numbered NDCA-ORCL 008548-57. Exhibit 325 to the Busby declaration was previously attached as Exhibit 12 to the Guner Declaration in Support of Defendants' Motion for Summary Judgment. Defendants attach this additional copy to highlight additional, relevant evidence for the Court's convenience in reviewing the record.

6.      Attached hereto as Exhibit 326 is a true and correct copy of Oracle Corporation's Quarterly Financial Reference Book for 3Q01, Bates Numbered 975959-6091. Exhibit 326 to the Busby declaration was previously attached as Exhibit 23 to the Guner Declaration in Support of Defendants' Motion for Summary Judgment. Defendants attach this additional copy to highlight additional, relevant evidence for the Court's convenience in reviewing the record.

7.      Attached hereto as Exhibit 327 is a true and correct copy of Expert Rebuttal Report of George Foster, dated June 22, 2007.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

BUSBY DECL IN SUPPORT OF DEFENDANT ELLISON'S OPP
TO PLFS' MOTION FOR SJ AGAINST LAWRENCE ELLISON
Master File No. C-01-0988-MJJ

8.      Attached hereto as Exhibit 328 is a true and correct copy of Oracle Corporation's Pipeline Reporting Package for February 5, 2001, Bates Numbered 306669-79. Exhibit 328 to the Busby declaration was previously attached as Exhibit 13 to the Guner Declaration in Support of Defendants' Motion for Summary Judgment. Defendants attach this additional copy to highlight additional, relevant evidence for the Court's convenience in reviewing the record.

9.      Attached hereto as Exhibit 329 is a true and correct copy of excerpts from the transcript of the July 26, 2006 deposition of Edward Sanderson Jr., Oracle's Executive Vice President for Oracle Product Industries ("OPI") and Latin America Sales Divisions, and for Oracle's Americas Consulting Division during the relevant time period.

10.     Attached hereto as Exhibit 330 is a true and correct copy of excerpts from the transcript of the March 2, 2004 deposition of Jeffrey Henley, Oracle's Chief Financial Officer during the relevant time period.

11.     Attached hereto as Exhibit 331 is a true and correct copy of excerpts from the transcript of the February 26, 2004 deposition of Lawrence J. Ellison, Oracle's Chief Executive Officer during the relevant time period.

12.     Attached hereto as Exhibit 332 is a true and correct copy of excerpts from the transcript of the July 11, 2007 deposition of Alan Goedde, Plaintiffs' forecasting expert.

13.     Attached hereto as Exhibit 333 is a true and correct copy of excerpts from the transcript of the April 21, 2005 (Rule 30(b)(6) deposition of Oracle Corporation) deposition of Jennifer Minton, Oracle's Senior Vice President and Controller during the relevant time period.

14.     Attached hereto as Exhibit 334 is a true and correct copy of Oracle Corporation's Pipeline Reporting Package for December 11, 2000, Bates Numbered 033549-58. Exhibit 334 to the Busby declaration was previously attached as Exhibit 11 to the Guner Declaration in Support of Defendants' Motion for Summary Judgment. Defendants attach this additional copy to highlight additional, relevant evidence for the Court's convenience in reviewing the record.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

BUSBY DECL IN SUPPORT OF DEFENDANT ELLISON'S OPP
TO PLFS' MOTION FOR SJ AGAINST LAWRENCE ELLISON
Master File No. C-01-0988-MJJ

15.     Attached hereto as Exhibit 335 is a true and correct copy of Expert Rebuttal Report of R. Glenn Hubbard, dated June 22, 2007.

16.     Attached hereto as Exhibit 336 is a true and correct copy of a December 20, 2000 CIO Survey titled: *MSDW CIO Survey Series: Release 1.8*, which was submitted as Exhibit 9 at the July 11, 2007 deposition of Alan Goedde.

17.     Attached hereto as Exhibit 337 is a true and correct copy of a January 31, 2001 BEA data titled: *Gross Domestic Product: Fourth Quarter 2000 (ADVANCE)*, which was submitted as Exhibit 5 at the July 11, 2007 deposition of Alan Goedde.

18.     Attached hereto as Exhibit 338 is a true and correct copy of excerpts from the transcript of the April 12, 2006 deposition of Nicholas Classick, Oracle's Area Vice President for the General Business West Division of North American Sales during the relevant time period.

19.     Attached hereto as Exhibit 339 is a true and correct copy of a January 11, 2001 Email from D. Winton to J. Minton, copying D. Winton Regarding Forecast Update, Bates Numbered NDCA-ORCL 003419.

20.     Attached hereto as Exhibit 340 is a true and correct copy of a September 19, 2000 Email from J. Minton to W. Plant, G. Davies, C. Mcdowell, D. Winton, T. Ford, J. English, and I. Guner Regarding License Revenue Forecast Accuracy, Bates Numbered NDCA-ORCL 151963-69.

21.     Attached hereto as Exhibit 341 is a true and correct copy of excerpts from the transcript of the July 7, 2006 deposition of Jennifer Minton, Oracle's Senior Vice President and Controller during the relevant time period.

22.     Attached hereto as Exhibit 342 is a true and correct copy of excerpts from the transcript of the September 21, 2006 deposition of Lawrence J. Ellison, Oracle's Chief Executive Officer during the relevant time period.

23.     Attached hereto as Exhibit 343 is a true and correct copy of excerpts from the transcript of the June 14, 2006 deposition of Sarah Kopp, Oracle's Senior Finance Director for the Service Industries Division during the relevant time period.

LATHAM&WATKINS<sup>LLP</sup>
ATTORNEYS AT LAW
SAN FRANCISCO

3

BUSBY DECL IN SUPPORT OF DEFENDANT ELLISON'S OPP
TO PLFS' MOTION FOR SJ AGAINST LAWRENCE ELLISON
Master File No. C-01-0988-MJJ

24.     Attached hereto as Exhibit 344 is a true and correct copy of excerpts from the transcript of the March 23, 2006 deposition of Ronald Wohl, Oracle's Executive Vice President of Applications Development (ERP) during the relevant time period.

25.     Attached hereto as Exhibit 345 is a true and correct copy of excerpts from the transcript of the March 21, 2006 deposition of Joel Summers, Oracle's Vice President of Human Resources Management Development during the relevant time period.

26.     Attached hereto as Exhibit 346 is a true and correct copy of excerpts from the transcript of the June 20, 2006 deposition of Donald Klaiss, Oracle's Senior Vice President of Manufacturing Supply Chain Products (ERP) during the relevant time period.

27.     Attached hereto as Exhibit 347 is a true and correct copy of excerpts from the transcript of the May 16, 2006 deposition of Gregory Seiden, Oracle's Vice President of Applications Integration (reporting up through ERP division) during the relevant time period.

28.     Attached hereto as Exhibit 348 is a true and correct copy of excerpts from the Expert Report of Edward Yourdon, dated May 25, 2007. Exhibit 348 to the Busby declaration was previously attached in its entirety as Exhibit 102 to the Harrison Declaration in Support of Defendants' Motion for Summary Judgment.  Defendants attach this additional copy to highlight additional, relevant evidence for the Court's convenience in reviewing the record.

29.     Attached hereto as Exhibit 349 is a true and correct copy of excerpts from the Expert Report of Brooks Hilliard, dated May 25, 2007. Exhibit 349 to the Busby declaration was previously attached in its entirety as Exhibit 190 to the Harrison Declaration in Support of Defendants' Motion for Summary Judgment.  Defendants attach this additional copy to highlight additional, relevant evidence for the Court's convenience in reviewing the record.

30.     Attached hereto as Exhibit 350 is a true and correct copy of excerpts from the transcript of the June 22, 2006 deposition of George Roberts, Oracle's Executive Vice President of North American Sales division during the relevant time period.

31.     Attached hereto as Exhibit 351 is a true and correct copy of excerpts from the transcript of the July 25, 2006 deposition of Edward Sanderson Jr., Oracle's Executive Vice

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4

BUSBY DECL IN SUPPORT OF DEFENDANT ELLISON'S OPP
TO PLFS' MOTION FOR SJ AGAINST LAWRENCE ELLISON
Master File No. C-01-0988-MJJ

1  President for Oracle Product Industries ("OPI") and Latin America Sales Divisions, and for

2  Oracle's Americas Consulting Division during the relevant time period.

3      32.     Attached hereto as Exhibit 352 is a true and correct copy of excerpts from

4  the transcript of the May 30, 2006 deposition of Mark Jarvis, Oracle's Chief Marketing Officer

5  during the relevant time period.

6      33.     Attached hereto as Exhibit 353 is a true and correct copy of a February 21,

7  2001 First Union Securities Analyst Report titled: *Report from AppsWorld 2001*, Bates

8  Numbered NDCA-ORCL 091447-49.

9      34.     Attached hereto as Exhibit 354 is a true and correct copy of an October 4,

10 2000 Lehman Brothers Analyst Report titled: *Oracle Corp: Reiterate Oracle 1-Buy Rating*,

11 Bates Numbered NDCA-ORCL 421258-60.

12     35.     Attached hereto as Exhibit 355 is a true and correct copy of a December

13 15, 2000 Morgan Stanley Report titled: *Oracle: How Suite it is*, Bates Numbered NDCA-ORCL

14 023373-80. Exhibit 355 to the Busby declaration was previously attached as Exhibit 173 to the

15 Harrison Declaration in Support of Defendants' Motion for Summary Judgment. Defendants

16 attach this additional copy to highlight additional, relevant evidence for the Court's convenience

17 in reviewing the record.

18     36.     Attached hereto as Exhibit 356 is a true and correct copy of excerpts from

19 the transcript of the August 8, 2006 deposition of George Roberts, Oracle's Executive Vice

20 President of North American Sales division during the relevant time period.

21     37.     Attached hereto as Exhibit 357 is a true and correct copy of a January 1,

22 2001 Salomon Smith Barney analyst report titled: *Oracle EVP to Visit SSB*, Bates Numbered

23 NDCA-ORCL 078420-23. Exhibit 357 to the Busby declaration was previously attached as

24 Exhibit 180 to the Harrison Declaration in Support of Defendants' Motion for Summary

25 Judgment. Defendants attach this additional copy to highlight additional, relevant evidence for

26 the Court's convenience in reviewing the record.

27

28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

5

BUSBY DECL IN SUPPORT OF DEFENDANT ELLISON'S OPP
TO PLFS' MOTION FOR SJ AGAINST LAWRENCE ELLISON
Master File No. C-01-0988-MJJ

1         38.     Attached hereto as Exhibit 358 is a true and correct copy of May 16, 2001,

2 Telecomworldwire Article titled: *Latest ASA Adjudications Concerning the Telecomms/IT*

3 *Industries*, Bates Numbered ST&B 006916-17.

4         39.     Attached hereto as Exhibit 359 is a true and correct copy of excerpts from

5 the transcript of the September 6, 2006 deposition of Philip Simon, Lawrence J. Ellison's

6 Financial Advisor during the relevant time period.

7         40.     Attached hereto as Exhibit 360 is a true and correct copy of an April 1,

8 2006 Email from M. Winkler to B. Glennon and P. Gibbs attaching a list of potential deponents.

9         41.     Attached hereto as Exhibit 361 is a true and correct copy of the Court's

10 September 15, 2006 Order Granting in Part and Denying in Part Plaintiffs' Motion to Compel

11 Documents Responsive to Plaintiffs' First Set of Requests for Production of Documents and

12 Compliance with the Discovery Plan.

13      I hereby declare under penalty of perjury under the laws of the State of California that the

14 foregoing is true and correct and that this declaration was executed on August 27, 2007 in San

15 Francisco, California.

16

17                         KYRA G. BUSBY

18

19

20

21

22

23

24

25

26

27

28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

6

BUSBY DECL IN SUPPORT OF DEFENDANT ELLISON'S OPP
TO PLFS' MOTION FOR SJ AGAINST LAWRENCE ELLISON
Master File No. C-01-0988-MJJ