```
 1        IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA
 2              IN AND FOR THE COUNTY OF SAN MATEO
 3                          ---o0o---
 4     COORDINATION PROCEEDING
       SPECIAL TITLE (RULE 1550(b)),
 5
              ORACLE CASES
 6
 7                                  JUDICIAL COUNCIL COORDINATION
                                    PROCEEDING NO. 4180
 8
       THIS DOCUMENT RELATES TO:
 9
       ALL ACTIONS
10     _____/
11
12
13            DEPOSITION OF LAWRENCE J. ELLISON
14               FRIDAY, FEBRUARY 27, 2004
15                Volume II (Pages 222 - 428)
16
17
18
19
       REPORTED BY:
20
       KAREN E. THOMPSON, RDR-CRR
21     CSR NO. 2792
22
23              ROBERT BARNES ASSOCIATES
                Certified Shorthand Reporters
24              760 Market Street, Suite 844
                San Francisco, California  94102
25                   Phone:  (415)788-7191
```

```
1          IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE

2                     IN AND FOR NEW CASTLE COUNTY

3

4    IN RE ORACLE CORPORATION

                                    Consolidated C.A. No. 18751

5    DERIVATIVE LITIGATION

6    _____/

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1            back-end loaded that the flash reports for
2               the first two months provide very little
3               information about quarterly earnings."
4        Is that an accurate reflection of your beliefs as
5   to the value of the flash reports?
6        A. The majority of our revenue happens in the last
7   month of the quarter.
8        Q. Yes.
9        A. In fact, the majority of that quarter [sic]
10  happens in the last week.
11       Q. Yes.
12       A. And the majority of the big deals happen in the
13  last few days.
14          Having said all that, it's much better to get off
15  to a good start in the quarter than a bad start.  So it's
16  good to get ahead.
17          In the specific example of Q3, we had signed a
18  very, very large deal, Covisint.
19       Q. Yes.
20       A. So -- and -- well, it's by no means a perfect
21  predictor, it's a useful predictor.  Being off to a good
22  start is better than being off to a bad start.  Being off
23  to a very good start is better than -- is better still.
24       Q. The second full paragraph -- in the second full
25  paragraph, the interview summary says:

```
 1                "Even absent Covisint, the company had a
 2                solid start, in Ellison's view, given the
 3                holidays are always slow sales in the
 4                third quarter."
 5           Is that -- does that accurately reflect what you
 6      told the SLC?
 7           A. Again, to amplify, we were -- we had a very, very
 8      strong pipeline at the beginning of the quarter.  So we
 9      started the quarter with an extremely strong pipeline.
10      Then we closed this very, very large deal.  So the
11      combination of having closed a very, very large deal and
12      very strong year-over-year pipeline growth led me to
13      believe we're off to a heck of a start.
14           Q. So was the sentence that I read an accurate
15      reflection of what you told the SLC?
16           A. Incomplete but accurate, yes.
17           Q. Okay.  What is your understanding of the relative
18      importance of the first month's revenues to the quarter's
19      revenues?
20           A. In general --
21           Q. Yes.
22           A. -- again, it's a reasonable -- I've never gone --
23      I have not gone back and looked at how often, when we get
24      off to a good start, that's a predictor of a good
25      quarter.  It's an interesting question.  I really -- I
```

1  don't know the answer to it.  My sense is if we're off to
2  a good start in the first month and second month, that
3  it's a reasonable predictor that we're going to have a
4  good quarter.  So it's not a hundred percent correlated.
5  Maybe it's only 60 percent correlated.  But it's
6  useful -- it's useful in predicting the quarter.  It is
7  not an accurate -- by no means an accurate predictor  --
8  sometimes I think -- I think the quarter before this, in
9  Q2, we had a phenomenal number of big deals come in in
10  the last couple of days.  We were behind, well behind,
11  and made it up.  So there are certainly examples of being
12  behind and making it up and being ahead and falling --
13  and not making it up.
14       So there is some correlation to being off to a
15  good start.
16       Q. All right. This -- the sentence that I read seems
17  to indicate that December is, in your view, usually not a
18  good month.
19       A. Oh, it's normally a terrible month.  So --
20  because of the holidays.  A, it's -- we just finished a
21  quarter in November, so the salespeople are scrubbing
22  their pipelines and trying to come up with a forecast for
23  the remaining -- for the next quarter.  They're taking
24  off, going -- so they're not doing a lot of selling in
25  the first couple of weeks of December.  They're -- then

293

1   take off for holiday for a couple of weeks, over
2   Christmas-New Year's.  So it is not typically a good
3   month, and it's unusual for us to have a very strong
4   December.
5           We had a very strong December because of
6   Covisint.
7       Q. Does the fact that a number of your customers
8   have fiscal years that are the same as the calendar year
9   have an effect on Oracle's December revenues in
10  comparison to other months?
11      A. You would think so.  Nonetheless, December is
12  not -- typically, not a good month for us, compared
13  with -- I mean, it's much -- November is a much bigger
14  month than December.  So there's more of a correlation to
15  the end of our quarter than to the end of the customers'
16  fiscal year.
17      Q. What if you're just talking about first months of
18  quarters?  What's your sense of how --
19      A. How is December?
20      Q. How is December, yes.
21      A. Versus a June?
22      Q. Yes.
23      A. Which is also a first month of a quarter.
24      Q. Right.
25      A. Complicated answer.  If we had a number of big

1   deals slip out of Q2, it is our practice -- if we had a
2   bunch of big deals slip out of November, we might work
3   very hard to close those early on in December.  So I'm
4   not sure -- and I'm not sure I'm able to generalize about
5   December is a better month than June, typically.  So
6   there is -- you know, there is seasonality.  But our
7   sales are much more correlated to the last month of our
8   quarter than to the fiscal close of our customers'
9   quarters.
10      Q. Okay.  Is there any correlation between December
11  revenues for Oracle and pushes being made by competitors
12  who have calendar-year fiscal years, to close out their
13  years?
14      A. Again, I'll just go back to our Decembers are --
15  December's not a big month for us, even though it's when
16  our competitors close a lot of their deals, and customers
17  are making decisions in December.  But nonetheless,
18  December is typically not a big month for us.
19                  (Whereupon, DC Exhibit 107 was marked
20                      for identification.)
21      MR. DE GHETALDI:  Q.  Have you had a chance to
22  review Exhibit 107?
23      A. Yes.
24      Q. Was Exhibit 107 one of the documents that you
25  reviewed in preparation for your deposition?

295

1   off to a good start if we didn't -- if we did not have

2   Covisint, we would not be off to a good start.

3       Q. Is that an indicator to you of how well Oracle's

4   business was doing, if not considering this one big deal?

5       A. As I said earlier, December is not necessarily a

6   good indicator -- with or without Covisint, December is

7   not necessarily a good indicator of how we are going to

8   do in the quarter.  We had an extremely strong forecast,

9   and we had an extremely strong pipeline.

10      Q. Mr. Ellison, do you realize that December, out of

11  all of the four first months of quarters regularly takes

12  in the highest percentage of the total quarter revenue?

13      A. Of first quarters?

14      Q. Yes.

15      A. Yes, yes.

16      Q. So you knew that fact --

17      A. Yes.

18      Q. -- in December and January 2001?

19      A. Yes.

20      Q. Okay.  And so compared to other first quarters,

21  December was a better indicator?  Is that accurate?

22      A. It was still a very small percentage of the total

23  quarter.  But --

24      Q. Twenty percent?  Do you consider 20 percent as a

25  small percentage of the total quarter?

1       A. I think it's less, but okay.

2       Q. Look at bullet point 3.

3       A. Okay.  Nineteen -- okay.  Nineteen percent.

4       Q. That's 19 percent of the forecast.

5       A. Yeah.

6       Q. And Mr. Garnick says in fiscal year '00 and
7   fiscal year '99, it represented between 16 and 19 percent
8   of the total quarter.

9           And if you go through the historical
10  percentage-of-quarter rates in Exhibit 109, you'll see
11  that the five-year total average is 21 percent.

12      A. Okay.

13      Q. So is that -- is that a small percentage of the
14  quarter, to you, any of those figures?

15      A. It's not -- it's not an absolute -- I'm not sure
16  you're saying is 20 -- it is what it is.  It's 20 percent
17  of the quarter.  We had Covisint in.  We were way -- we
18  had a huge pipeline.  Covisint was in.  I mean, it's
19  interesting to look at what the quarter would have been
20  without big deal -- he doesn't compare it to the previous
21  year's quarter without big deals.  I mean, the correct
22  comparison would be not how this quarter looks without
23  its biggest deal, without also taking the big deals out
24  of the previous quarter.  At least I don't think it's a
25  legitimate comparison.

1       Q. Okay.  My -- my question was related to an answer
2   that you gave where you said, in response to my question
3   where I had asked, "And so compared to the other first
4   quarters, December was a better indicator; is that
5   accurate?"
6       You said, "It was still a very small percentage
7   of the total quarter."
8       My question was, following that, "Is 16 to
9   20 percent, in your mind, a very small percentage of the
10  total quarter?"
11      A. Yes.  And I don't think -- I don't think it's a
12  legitimate comparison to pull a large deal out of Q3 '01
13  with also -- without also looking at what large deals we
14  had included in Q3 '00 and also pulling those out.
15      Q. Well, isn't it true that Covisint was something
16  more than a simple, large deal?
17      A. Absolutely.  It was the largest deal in our
18  history.
19      Q. Was there anything comparable to Covisint, even
20  remotely comparable to Covisint in Q3 '00?
21      A. I'm sure we had large deals -- we had some number
22  of large deals in Q3 '00.  I don't know what they were,
23  but -- while a $60 million deal was unusual, a
24  $20 million was not unusual.  And if you pull the
25  $20 million deal out of that, then I think that's a more

1       A. It's close enough, yes.

2       Q. And then the -- the 15th, revenue growth, at

3  least as forecast by the field -- now, these are field

4  forecast numbers; right?

5       A. Right, right.

6       Q. -- is 23 percent, and the pipeline growth is

7  34 percent.

8       A. Yes.

9       Q. Narrowing gap; right?

10      A. Yes.

11      Q. And by the 29th, the revenue growth percent is --

12 for license is still at 23, and the pipeline growth has

13 shrunk to 31 percent --

14      A. Yes.

15      Q. -- right?

16      A. Yes.

17      Q. And then, if we compare the forecast revenue

18 growth to the pipeline growth --

19      A. Yes.

20      Q. -- it's -- revenue license growth is forecast at

21 38 percent on December 8th compared to 52 percent on --

22 of pipeline growth?

23      A. I -- I think you miss -- can you repeat that

24 sentence?

25      Q. Right.  On January -- I'm sorry.  On

```
 1   December 8th --
 2        A. Yes.
 3        Q. -- license revenue growth was forecast by the
 4   finance group.
 5        A. At?
 6        Q. Thirty-eight percent.
 7        A. And where are you getting that?  I'm just --
 8        Q. The column over to the right-hand side.
 9        A. Yes.  Got it.  Okay.
10        Q. Okay?  All right?
11            And the pipeline growth percent is 52 percent
12   still.
13        A. Correct.
14        Q. Because nobody does upside on pipeline; right?
15        A. That's right.
16        Q. And -- and then for the 15th, the -- the revenue
17   growth is 32 percent for the finance forecast, and the
18   pipeline growth is 34 percent?
19        A. Yes.
20        Q. Only a 2 percent difference there.
21        A. Yes.
22        Q. Pretty narrow; right?
23        A. Still more than enough to make the forecast.
24        Q. Okay.  And -- but it indicates -- the narrow --
25   the narrowing relationship indicates increased
```

1   difficulty, doesn't it?  In meeting the forecast?
2       A. There was still -- again, it's a little bit of --
3   we had -- we had this huge pipeline to start with, with
4   52 percent, and the fact that it's come down is -- you
5   know, I'd much rather have a 52 percent pipeline and than
6   a 45 percent pipeline.
7       Q. Okay.  Well, here it's a 34 percent pipeline
8   growth.  But my point is that isn't it true that as the
9   gap between pipeline growth and revenue growth narrows,
10  that's an indication that it will be more difficult to
11  meet the revenue forecast?
12      A. I would say as long -- as long as the pipeline
13  growth is greater than -- than the revenue growth, you
14  should be able to meet your numbers.
15          As the pipeline -- as the pipeline growth -- as
16  it dropped -- let me be clear.  As it dropped from 52 to
17  34, our ability to exceed our numbers has been
18  diminished.  All right?  So we -- so the likelihood of,
19  you know, greatly exceeding the numbers has gone down.
20      Q. Okay.  All right.
21      A. But we still should have enough to make our
22  numbers.
23      Q. Okay.  Are you familiar with the term "backfill"?
24      A. I think I know what it means.
25      Q. I'm not talking about dirt; I'm talking about

1    deals.

2         A. It means rebuilding the pipeline?  Actually, I'm

3    not -- people use funny terms, and I try to stay away

4    from them.

5         Q. Okay.  That's fine.

6         A. Backfill, I think, means rebuilding the pipeline.

7    Or if a deal is lost, to replace it with another deal.

8         Q. Okay.  Then let's look at the divisions, just

9    briefly, the license divisions for the Americas.

10        A. And which one -- which document are you looking

11   at?

12        Q. I'm back to December 8th.

13           Now, the forecast -- the field forecast for OPI

14   has a revenue growth of 80 percent?

15        A. Yes.

16        Q. And a pipeline growth of 76 percent.

17        A. Right.

18        Q. Now we've got a situation where the revenue

19   growth is higher than the pipeline growth; right?

20        A. But you know why.

21        Q. Why?

22        A. The Covisint deal came in.

23        Q. It came out?

24        A. No, it came in.

25        Q. Oh, it came in.