IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In re ORACLE CORPORATION
SECURITIES LITIGATION,

vs.                         Master File No.: C-01-0988-MJJ

This Document Relates To:,

    ALL ACTIONS.

_____/

*Certified Copy*

---oOo---

CONFIDENTIAL

DEPOSITION OF JEFFREY HENLEY

Thursday, November 16, 2006

VOLUME II, Pages 228 - 494

---oOo---

SHEILA CHASE & ASSOCIATES
REPORTING FOR
LiveNote World Service
221 Main Street, Suite 1250
San Francisco, California 94105
Phone:  (415) 321-2311
Fax:    (415) 321-2301

Reported by
APRIL DAWN HEVEROH, CSR
CSR No. 8759

```
 1   Do you see that?
 2        A.   Yes.
 3        Q.   Okay.  And were you aware, at or around the
 4   date of this report, of OSI reporting a negative growth
 5   rate in U.S. dollars of 81 percent?
 6        A.   I don't recall.  But as I've previously
 7   testified, the first month of any quarter is not
 8   particularly meaningful.  It tends to be very small.
 9        Q.   But regardless of that comment, you don't
10   recall --
11        A.   I don't recall whether I saw plus 81 or plus
12   or minus 81, or plus 82 later in the column.  I don't
13   recall any of this.
14        Q.   Okay.  Now, it's fair to say, isn't it, that
15   the investing public, as of January 17, 2001, would not
16   know of this negative 81 percent trend reflected here?
17        A.   That's correct.
18        Q.   And the same for Roberts and NAS.  You see
19   there's a negative 24 percent there.  Do you see that?
20        A.   Yes.
21        Q.   And do you see that -- sorry.  You agree that
22   the investing public wouldn't have that information as
23   of the middle of January 2001?
24        A.   That's correct.
25        Q.   And do you remember whether you had that
```

```
 1  information?
 2       A.   Again, I don't recall whether I went through
 3  every line of detail on this report.
 4       Q.   Okay.
 5       A.   So I just don't recall.
 6       Q.   And then under Sanderson and OPI, you see a
 7  positive there of 243 percent.  Do you see that?
 8       A.   Uh-huh.
 9       Q.   And were you aware of that in the middle of
10  January of 2001?
11       A.   I was aware of the Covisint transaction having
12  been concluded.  So I was aware that that created, you
13  know, a big effect for him in that month.
14       Q.   Okay.
15       A.   I don't remember the precise number.
16       Q.   Okay.  Do you know what the -- what that
17  figure would have been if you backed Covisint out?
18       A.   No.  I would have to go look at the document.
19  Offhand, I don't know.
20       Q.   Would it surprise you to learn that it would
21  be in the negative 80 percent or more?
22       A.   It's positive, it's possible, just like
23  252 percent positive in Smith.  I mean, there's all
24  sorts of things in first months of quarters.  You
25  just -- it's not particularly indicative of how your
```

```
 1   quarter will do, as I testified earlier.
 2       Q.   Okay.  It gets more indicative as the quarter
 3   goes, is your testimony; is that right?
 4       A.   I said it's somewhat more indicative after
 5   two quarters, but I said at the end of the day, the real
 6   numbers happen in the third month, and particularly in
 7   the last week of the quarter.  That's what I said
 8   earlier.
 9       Q.   Okay.  Now, if you'll go to the first page,
10   you'll see that there's a reference to, in the first
11   bullet point, to license revenue growth.  Do you see
12   that?
13       A.   Yes.  The first bullet?  Yes.
14       Q.   Yes.  And you'll see the last sentence says,
15   "Excluding Covisint, OPI license revenue growth would
16   have been negative 85 percent."  Do you see that?
17       A.   Yes, I do.
18       Q.   Okay.  Now, did you have anything to do with
19   the creation of this document?
20       A.   No.
21       Q.   Did you discuss this document with anybody
22   around the time you received it?
23       A.   I don't recall.
24       Q.   And did you discuss with anybody, either
25   before the creation of this document or afterwards, the
```

```
 1   exclusion of Covisint to show what rates would have been
 2   applicable without the Covisint deal?
 3           MR. LINDSTROM:  Vague and ambiguous.
 4           THE WITNESS:  Ask the question again.
 5           MR. SOLOMON:  Q.  I guess what I'm trying to
 6   get at is:  Did you talk about why Mr. Garnick backed
 7   out of Covisint to show you that negative 85 percent?
 8       A.  I don't recall, but --
 9           MR. LINDSTROM:  You've answered the question.
10           THE WITNESS:  I don't recall.
11           MR. SOLOMON:  Q.  And do you have an idea as
12   to why he would have done that?
13       A.  I can speculate.
14       Q.  Go ahead.
15       A.  Standard financial analysis at Oracle was to
16   do all kinds of supplemental analysis to try to look at
17   different trends.  So we all knew Covisint was very
18   large, and so I think it's not the only time in our
19   history where we've kind of taken things out and said,
20   "Well, it would have been with and without," and that
21   sort of thing.  So that was the purpose of it.  I think
22   he did it on his own.  It's not something I instructed
23   him to do, but it was a typical analytic technique that
24   we use from time to time.
25       Q.  And you said, just to quote your language, you
```

```
 1          THE WITNESS:  I would have to look at the
 2   data, but -- again, I would be speculating.  I remember
 3   when you showed me a report here for December, I would
 4   have to go back and look at January to be certain, I
 5   guess.
 6          MR. SOLOMON:  Q.  Was your pipeline as strong
 7   in January as it was in -- 2001 as it was in
 8   December 2000?
 9      A.  Well, that's a question of what "stronger"
10   means.  So the issue, what does "stronger" mean?  Does
11   it mean larger than it was the year before in January?
12      Q.  All right.  So let's go back to the line of
13   questioning.  You think it's true, as of December 2000,
14   you can't, without more information, tell me if it was
15   true for January 2001; is that right?
16      A.  Right, 'cause we've already reminded myself,
17   looking at the September -- excuse me -- the December
18   report, that we had 52 percent in total and higher ups,
19   whatever.  So, you know, without being sure and looking
20   at January.
21      Q.  Okay.  Let's put it this way:  If there had
22   been a decline in pipeline growth --
23      A.  If the growth rate were somewhat lower than
24   the 52 percent?
25      Q.  Yes.  Correct.  Would that statement still be
```

```
 1   true?
 2           MR. LINDSTROM:  Calls for speculation, no
 3   foundation.
 4           THE WITNESS:  Yeah, it could well be,
 5   absolutely.
 6           MR. SOLOMON:  Q.  Tell me how.
 7       A.  Because, again, everything is relative.
 8   Everything is relative to where you are in the course of
 9   a quarter, historically how much your -- the absolute
10   size of the pipeline at that point in time.  So the
11   pipelines typically come down over the course of a
12   quarter because deals slip and so forth.  So you
13   wouldn't expect the pipeline to be as large at the end
14   of January as it is at the end of -- as it is starting
15   out in December, for instance.  I mean, so it's a
16   very -- but I think his statement is accurate in that we
17   were still seeing a very strong pipeline.  Things looked
18   very good.
19       Q.  Okay.  Now --
20           MR. LINDSTROM:  Counsel, can you make a
21   representation as to when this conference occurred, or
22   when the statement was made?
23           MR. SOLOMON:  I can't right now, but I will
24   endeavor to.
25       Q.  Now, as of -- let's ask the question for
```

```
 1   February now.  Would this be true in February of 2001?
 2        A.   And again, we're assuming he's making these
 3   statements in that period of time, right?  Again, I
 4   would have to go see the information to be sure.
 5        Q.   You don't know is the answer?
 6        A.   I don't know.  I don't know without going back
 7   and looking at the data.
 8             MR. SOLOMON:  Okay.  Let's have marked as the
 9   next exhibit a document produced by the defendants with
10   the control numbers 141794 and 95.
11             (Whereupon, Plaintiff's Exhibit 73 was marked
12             for identification.)
13             THE WITNESS:  Okay.
14             MR. SOLOMON:  Q.  Okay.  Have you seen this
15   before?
16        A.   I don't recall seeing it.
17        Q.   Okay.  And you see it's by TheStreet.com and
18   it's entitled "Goldman Conference:  Its Stock Weak,
19   Oracle Talks of Strong Business."
20             Do you see that?
21        A.   Yes.
22        Q.   And you'll see that there's a reference in the
23   top third left-hand portion of the first page to
24   "Conference Coverage Goldman Sachs."  Do you see that?
25        A.   Yes.
```

```
 1                  REPORTER'S CERTIFICATE
 2
 3          I hereby certify that the foregoing is a true
 4     record of the testimony as reported to the best of my
 5     ability by me, a Certified Shorthand Reporter and a
 6     disinterested person, and was thereafter transcribed
 7     under my direction into typewriting by computer.
 8
 9          I FURTHER CERTIFY that I am not interested in
10     the outcome of the said action and not connected with
11     nor related to any of the parties in said action or
12     their respective counsel.
13     Dated: 11-21-06        _____
14                              APRIL DAWN HEVEROH, CSR
                                     CSR NO. 8759
15
16
17
18
19
20
21
22
23
24
25
```

Case: In re Oracle Securities Litigation, Master File No. C-01-0988MJJ
Witness: Jeffrey O. Henley
Date: November 16, 2006
Reporter: April Dawn Heveroh, CSR No. 8759

I HAVE READ THE EXAMINATION AS REQUESTED. PLEASE NOTE THE FOLLOWING:

_____ No changes need to be made to the transcript.

\_\_X\_\_ Changes listed below.

WITNESS SIGNATURE: Jeffrey C. Henley

DATE SIGNED: 1-5-07

Note: Please check the appropriate column for add (+) or delete (-). If you wish to add anything to the deposition, use the exact words you want to add. If you wish to delete anything from the deposition, please use the exact words you want to delete. Thank you.

| Page/Line | + - | Change | Reason |
|---|---|---|---|
| 238:3 | | Change "knowing what the market did" to "knowing things before the market knew it" | Incomplete |
| 244:17 | | Change "reiteration" to "reiterating" | Grammatical error |
| 253:16 | | Change the period to a comma | Typographical error |
| Passim | | Change "sale site" to "sell side" | Typographical error |
| Passim | | Change "APSWorld" to "Apps World" | Typographical error |
| 273:16 | | Delete "an" | Grammatical error |
| Passim | | Change "Lang" to "Lange" | Typographical error |
| 293:10 | | Change "what the audit committee." to "what the audit committee intended," | Incomplete sentence |
| 299:4 | | Change "whether that detail." to "whether that detail was listed," | Incomplete sentence |
| 300:25 | | Change "we occasionally have" to "we occasionally have them" | Incomplete |
| 302:16 | | Change "time, at the time was Bruce Lang" to "time, Bruce Lange" | Grammatical error |

| Location | Change | Reason |
|---|---|---|
| 316:19 | Change "and" to "at" | Typographical error |
| 329:8 | Change "wouldn't" to "would" | Grammatical error |
| 345:14 | Change "'cause" to "because" | Grammatical error |
| 348:25 | Change "asking about Larry Ellison" to "being asked about Larry Ellison" | Incomplete |
| 359:21 | Change "accounts in" to "accounts division in" | Incomplete |
| 390:3 | Delete "from the previous" | Incorrect preposition |
| 407:2 | Change "Zone" to "Zhone" | Typographical error |
| 407:3 | Change "representative for Baker" to "representative, Baker" | Typographical error |
| 409:16 | Change "management" to "Order management" | Incomplete |
| 409:19 | Change "Oracle management" to "Order management" | Typographical error |
| Passim | Change "1103" to "11.0.3" | Typographical error |
| 415:25 | Change "technology, database" to "technology (database)" | Typographical error |
| 417:23 | Change "So" to "But" | Grammatical error |
| 419:13 | Change "reporting to him" to "reporting to me" | Incorrect |
| 420:20 | Delete "or" | Typographical error |
| 420:23 | Change "anything" to "nothing" | Grammatical error |
| 430:10 | Change "hit his" to "his" | Grammatical error |
| 453:5 | Change "Anderson" to "Andersen" | Typographical error |
| 467:1 | Change "nettting" to "netting" | Typographical error |
| 490:5 | Capitalize Economist | Typographical error |