# ORACLE CORP.

## Pipeline Reporting Package

### January 15, 2001

Total Pipeline .................................................. 1
Tech Pipeline .................................................. 2
Apps Pipeline .................................................. 3
Pipeline & Revenue Graphical Detail .................. 4
Cumulative Weekly Pipeline Trends - Americas .... 5
Cumulative Weekly Pipeline Trends - World .......... 7
Pipeline Trends - Total .................................... 8

## FLASH:

| | Pipeline Growth | | | Product Weightings | | Revenue Growth | | | Product Weightings | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Total | Tech | Apps | Tech | Apps | Total | Tech | Apps | Tech | Apps |
| OSI - Nussbaum | 10% | -4% | 69% | 71% | 29% | 19% | 12% | 42% | 72% | 28% |
| NAS - Roberts | 56% | 50% | 66% | 61% | 39% | 12% | -10% | 121% | 67% | 33% |
| OPI - Varasano | 40% | 28% | 53% | 47% | 53% | 80% | 33% | 133% | 39% | 61% |
| LAD - Sanderson | 23% | 32% | 6% | 69% | 31% | 11% | 8% | 29% | 82% | 18% |
| UK, Ireland & S. Africa - Smith | 5% | 0% | 14% | 63% | 37% | 16% | 1% | 101% | 74% | 26% |
| Germany - Jaeger | 40% | 34% | 71% | 79% | 21% | 38% | 29% | 294% | 90% | 10% |
| France, Mid. East & Africa - Jarnick | 21% | 6% | 54% | 61% | 39% | 8% | 2% | 37% | 76% | 24% |
| N., C., & Eastern Europe - Anidjar | 33% | 17% | 73% | 62% | 38% | 24% | 33% | 2% | 77% | 23% |
| Southern Europe - Bonzano | 12% | 1% | 75% | 76% | 24% | 18% | 0% | 282% | 79% | 21% |
| Japan - Skintaku | 45% | 39% | 72% | 79% | 21% | 20% | 13% | 160% | 90% | 10% |
| APAC - Williams | 74% | 37% | 195% | 60% | 40% | 31% | 8% | 224% | 74% | 26% |
| Total Company | 34% | 22% | 60% | 64% | 36% | 23% | 7% | 95% | 71% | 29% |

ORACLE CONFIDENTIAL

## Oracle Corporation
## Q3 Total License Pipeline - January FY01
## Week 6

| Contents Dollar (000's) (khz, 00 rate) | Q3 FY01 Pipeline | Q3 FY00 Pipeline | Variance | Variance % | Q3 FY01 Forecast | Q3 FY00 Actuals | Forecast Growth | Q3 FY01 Forecast Conversion Ratio | Q3 FY00 Actual Conversion Ratio | Est Q3 FY00 Forecast based on Q3 FY00 Ratio | Estimated Upside* | Potential Growth with Upside |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| USE - Nussbaum | 436,827 | 397,600 | 39,227 | 10% | 325,000 | 185,953 | 19% | 0.52 | 0.48 | 236,803 | 11,803 | 25% |
| NAS - Roberts | 815,990 | 531,016 | 294,974 | 56% | 346,000 | 308,555 | 12% | 0.42 | 0.58 | 498,685 | 152,685 | 62% |
| OPI - Sanderson | 249,236 | 249,900 | 99,336 | 40% | 150,000 | 83,272 | 80% | 0.43 | 0.33 | 150,000 | . | 80% |
| Latin America* | 104,673 | 85,417 | 19,256 | 23% | 43,484 | 39,095 | 11% | 0.42 | 0.46 | 65,719 | 22,235 | 48% |
| Europe - Giacoletto | | | | | | | | | | | | |
| UK, Ireland & South Africa - Smith* | 651,231 | 546,797 | 104,435 | 19% | 305,271 | 253,398 | 10% | 0.47 | 0.46 | 250,642 | 24,666 | (1%) |
| Germany - Jager | 183,976 | 175,864 | 8,112 | 5% | 71,942 | 61,871 | 16% | 0.39 | 0.35 | 71,942 | | 16% |
| France & Middle East & Africa - Anidjar* | 100,287 | 71,596 | 28,691 | 40% | 58,002 | 41,939 | 38% | 0.58 | 0.59 | 59,998 | 1,995 | 43% |
| Nooteboom, Central & Eastern Europe - Jarecit* | 122,010 | 101,525 | 21,485 | 21% | 52,962 | 45,863 | 3% | 0.43 | 0.48 | 61,512 | 8,550 | 26% |
| Southern Europe - Bonanno* | 139,847 | 104,848 | 34,999 | 33% | 67,124 | 54,017 | 24% | 0.48 | 0.52 | 61,336 | 7,319 | (61%) |
| Europe Other | 104,112 | 92,964 | 11,148 | 12% | 55,241 | 46,728 | 18% | 0.53 | 0.50 | 33,855 | 6,282 | (23%) |
| | | | | | | (0) | n/a | | | | | n/a |
| Japan - Shintaku | 168,629 | 118,808 | 49,821 | 45% | 109,614 | 91,650 | 20% | 0.68 | 0.83 | 132,890 | 23,277 | 45% |
| Asia Pacific - Williams* | 162,589 | 93,648 | 68,941 | 74% | 86,305 | 65,681 | 31% | 0.53 | 0.70 | 116,354 | 32,968 | 77% |
| Other - Corporate | | | | | | (1,408) | n/a | | | | | n/a |
| Total Company | 3,691,173 | 2,615,185 | 875,990 | 34% | 1,265,573 | 1,029,196 | 33% | 0.47 | 0.51 | 1,579,710 | 268,048 | 53% |

* Regional estimated upside based upon the sum of the calculated upsides for each component country

01/11/2001

Page 1

**ORACLE CONFIDENTIAL**

NDCA-ORCL 008549

## Oracle Corporation
## Q3 Total Tech Pipeline - January FY01
### Week 6

| Constant Dollar 1000's (May 00 rates) | Q3 FY01 Pipeline | Q3 FY00 Pipeline | Variance | Variance % | Q3 FY01 Forecast | Q3 FY00 Actuals | Forecast Growth | Q3 FY01 Forecast Conversion Ratio | Q3 FY00 Actual Conversion Ratio | Est Q3 FY01 Forecast based on Q3 FY00 Ratio | Estimated Upside* | Potential Growth with Upside |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OSI - Nussbaum | 310,874 | 323,000 | (12,126) | (4%) | 162,863 | 145,159 | 12% | 0.51 | 0.45 | 102,863 | - | 12% |
| NAS - Roberts | 505,437 | 337,234 | 168,103 | 50% | 232,535 | 257,094 | (10%) | 0.46 | 0.76 | 385,210 | 152,685 | 50% |
| OPI - Sanderson | 164,948 | 129,200 | 35,748 | 28% | 58,119 | 43,837 | 33% | 0.35 | 0.34 | 58,119 | - | 33% |
| | | | | | | | | | | | | |
| Latin America* | 72,718 | 55,235 | 17,483 | 32% | 35,768 | 33,098 | 8% | 0.49 | 0.60 | 51,859 | 16,090 | 51% |
| | | | | | | | | | | | | |
| Europe - Giacoletto | 436,416 | 399,242 | 37,174 | 9% | 241,384 | 215,518 | 12% | 0.55 | 0.54 | 283,221 | 20,921 | 31% |
| UK, Ireland & South Africa - Smith* | 116,292 | 116,627 | (335) | (0%) | 53,430 | 52,649 | 1% | 0.46 | 0.45 | 53,430 | - | 1% |
| Germany - Jaeger | 79,175 | 59,215 | 19,960 | 34% | 52,027 | 40,403 | 29% | 0.66 | 0.68 | 54,022 | 1,995 | 34% |
| France & Middle East & Africa - Anidjar* | 74,974 | 70,416 | 4,558 | 6% | 40,394 | 39,700 | 2% | 0.54 | 0.56 | 43,382 | 4,987 | 14% |
| Northern, Central & Eastern Europe - Jarnicki* | 86,457 | 74,050 | 12,407 | 17% | 51,822 | 39,051 | 33% | 0.60 | 0.53 | 66,014 | 7,656 | 69% |
| Southern Europe - Bonzano* | 79,518 | 78,934 | 584 | 1% | 43,711 | 43,713 | (0%) | 0.55 | 0.55 | 64,373 | 6,282 | 47% |
| Europe Other | | | | | | 2 | n/a | | | | | n/a |
| | | | | | | | | | | | | |
| Japan - Shintaku | 127,368 | 91,421 | 35,945 | 39% | 98,413 | 87,347 | 13% | 0.77 | 0.96 | 131,690 | 33,277 | 39% |
| | | | | | | | | | | | | |
| Asia Pacific - Williams* | 98,117 | 71,798 | 26,319 | 37% | 63,433 | 58,662 | 8% | 0.65 | 0.81 | 90,287 | 26,854 | 54% |
| | | | | | | | | | | | | |
| Other - Corporate | - | - | - | | - | (3,247) | n/a | | | | - | n/a |
| | | | | | | | | | | | | |
| Total Company | 1,715,878 | 1,407,231 | 308,647 | 22% | 892,506 | 937,469 | 7% | 0.52 | 0.60 | 1,153,250 | 239,827 | 35% |

* Regional estimated upside based upon the sum of the calculated upsides for each component country

ORACLE CONFIDENTIAL

01/11/2001

Page 2

**Oracle Corporation**
**Q3 Total Applications Pipeline - January FY01**
**Week 6**

| Constant Dollar (000's (Mo, 00 rates) | Q3 FY01 Pipeline | Q3 FY00 Pipeline | Variance | Variance % | Q3 FY01 Forecast | Q3 FY00 Actuals | Forecast Growth | Q3 FY01 Forecast Conversion Ratio | Q3 FY00 Actual Conversion Ratio | Est Q3 FY01 Forecast based on Q3 FY00 Ratio | Estimated Upside* | Potential Growth with Upside* |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OSI - Nussbaum | 125,953 | 74,600 | 51,353 | 69% | 62,137 | 43,794 | 42% | 0.49 | 0.59 | 73,540 | 11,803 | 68% |
| NAS - Roberts | 330,553 | 193,682 | 136,871 | 66% | 113,475 | 51,462 | 121% | 0.35 | 0.27 | 113,475 | | 121% |
| OPI - Sanderson | 184,288 | 120,700 | 63,588 | 53% | 91,881 | 39,435 | 133% | 0.50 | 0.33 | 91,881 | | 133% |
| Latin America* | 31,955 | 30,182 | 1,773 | 6% | 7,715 | 5,996 | 29% | 0.24 | 0.20 | 13,860 | 6,145 | 131% |
| Europe - Giacoletto | 214,816 | 147,555 | 67,261 | 46% | 63,887 | 37,879 | 69% | 0.30 | 0.26 | 92,874 | 3,745 | 145% |
| UK, Ireland & South Africa - Smith* | 67,684 | 59,237 | 8,447 | 14% | 18,511 | 9,222 | 101% | 0.27 | 0.16 | 18,511 | | 101% |
| Germany - Jaeger | 21,112 | 12,382 | 8,730 | 71% | 5,976 | 1,516 | 294% | 0.28 | 0.12 | 5,976 | | 294% |
| France & Middle East & Africa - Andjel* | 48,037 | 31,109 | 16,927 | 54% | 12,568 | 9,163 | 37% | 0.26 | 0.29 | 16,130 | 3,562 | 76% |
| Northern, Central & Eastern Europe - Jarmai* | 53,390 | 30,797 | 22,593 | 73% | 15,302 | 14,966 | 2% | 0.29 | 0.49 | 36,782 | 183 | 146% |
| Southern Europe - Bonzano* | 24,593 | 14,029 | 10,564 | 75% | 11,530 | 3,015 | 282% | 0.47 | 0.21 | 15,476 | | 413% |
| Europe Other | | | | | | (2) | n/a | | | | | n/a |
| Japan - Shintaku | 33,261 | 19,386 | 13,875 | 72% | 11,200 | 4,303 | 160% | 0.34 | 0.22 | 11,200 | | 160% |
| Asia Pacific - Williams* | 64,471 | 21,850 | 42,622 | 195% | 22,772 | 7,020 | 224% | 0.35 | 0.31 | 29,399 | 6,557 | 317% |
| Other - Corporate | | | | | | 1,839 | n/a | | | | | n/a |
| Total Company | 975,398 | 607,354 | 367,343 | 60% | 371,067 | 191,717 | 95% | 0.38 | 0.32 | 426,550 | 28,210 | 122% |

* Regional estimated upside based upon the sum of the calculated upsides for each component country

Page 3

01/11/2001

**ORACLE CONFIDENTIAL**

ORACLE CONFIDENTIAL

License Pipeline & Revenue By Product/Region
Month 2 - January / Week 6

Q3 FY01

**Total License Pipeline By Product** (CDN000s)

| | Mix Tech | Mix Apps | | $ Total |
|---|---|---|---|---|
| OSI - Nussbaum | 71% | 29% | | 436,827 |
| NAS - Roberts | 61% | 39% | | 825,990 |
| OPI - Varasano | 47% | 53% | | 349,236 |
| LAD - Sanderson | 69% | 31% | | 104,673 |
| UK, Ireland & S. Africa - Smith | 63% | 37% | | 183,976 |
| Germany - Jaeger | 79% | 21% | | 100,287 |
| France, Mid East & Africa - Jarnick | 61% | 39% | | 123,010 |
| N., C. & Eastern Europe - Anidjar | 62% | 38% | | 139,847 |
| Southern Europe - Bonzano | 76% | 24% | | 104,112 |
| Japan - Skintaku | 79% | 21% | | 160,629 |
| APAC - Williams | 60% | 40% | | 162,589 |
| Total Company | 64% | 36% | | $ 2,691,175 |

**Total License Revenue By Product** (CDN000s)

| | Mix Tech | Mix Apps | | $ Total |
|---|---|---|---|---|
| OSI - Nussbaum | 72% | 28% | | 225,000 |
| NAS - Roberts | 67% | 33% | | 348,000 |
| OPI - Varasano | 39% | 61% | | 150,000 |
| LAD - Sanderson | 82% | 18% | | 43,484 |
| UK, Ireland & S. Africa - Smith | 74% | 26% | | 71,942 |
| Germany - Jaeger | 90% | 10% | | 58,002 |
| France, Mid East & Africa - Jarnick | 76% | 24% | | 52,962 |
| N., C. & Eastern Europe - Anidjar | 77% | 23% | | 67,124 |
| Southern Europe - Bonzano | 79% | 21% | | 55,241 |
| Japan - Skintaku | 90% | 10% | | 109,614 |
| APAC - Williams | 74% | 26% | | 86,205 |
| Total Company | 71% | 29% | | $ 1,265,573 |

**Total License Pipeline By Region**

| | |
|---|---|
| OSI - Nussbaum | 16% |
| NAS - Roberts | 31% |
| OPI - Varasano | 13% |
| LAD - Sanderson | 4% |
| UK, Ireland & S. Africa - Smith | 7% |
| Germany - Jaeger | 4% |
| France, Mid East & Africa - Jarnick | 5% |
| N., C. & Eastern Europe - Anidjar | 5% |
| Southern Europe - Bonzano | 4% |
| Japan - Skintaku | 6% |
| APAC - Williams | 6% |
| Total Company | 100% |

**Total License Revenue By Region**

| | |
|---|---|
| OSI - Nussbaum | 18% |
| NAS - Roberts | 27% |
| OPI - Varasano | 12% |
| LAD - Sanderson | 3% |
| UK, Ireland & S. Africa - Smith | 6% |
| Germany - Jaeger | 5% |
| France, Mid East & Africa - Jarnick | 4% |
| N., C. & Eastern Europe - Anidjar | 5% |
| Southern Europe - Bonzano | 4% |
| Japan - Skintaku | 9% |
| APAC - Williams | 7% |
| Total Company | 100% |

01/11/2001

Oracle Corporation Confidential

NDCA-ORCL 008552

*Americas Cumulative Weekly License Pipeline Trends*

Q3 FY01

**OSI**

| Forecast Week | Pipeline $M | | | Cumulative % Change | | |
|---|---|---|---|---|---|---|
| | Apps | Tech | Total | Apps | Tech | Total |
| **Q1 FY01** | | | | | | |
| W2 | 209.7 | 234.0 | 443.7 | 0% | 0% | 0% |
| W4 | 150.8 | 193.9 | 344.8 | -28% | -17% | -22% |
| W6 | 106.5 | 169.2 | 275.7 | -49% | -28% | -38% |
| W8 | 84.2 | 161.3 | 245.5 | -60% | -31% | -45% |
| W10 | 59.2 | 157.7 | 217.0 | -72% | -33% | -51% |
| W11 | 52.5 | 158.4 | 210.9 | -75% | -32% | -52% |
| W12 | 47.6 | 144.8 | 192.4 | -77% | -38% | -57% |
| W13 | 33.5 | 142.2 | 175.7 | -84% | -39% | -60% |
| **Q2 FY01** | | | | | | |
| W2 | 157.6 | 250.9 | 408.5 | 0% | 0% | 0% |
| W4 | 142.6 | 238.1 | 380.7 | -10% | -5% | -7% |
| W6 | 132.6 | 248.3 | 380.9 | -16% | -1% | -7% |
| W8 | 122.1 | 245.1 | 367.2 | -23% | -2% | -10% |
| W10 | 74.6 | 229.5 | 304.2 | -53% | -9% | -26% |
| W11 | 73.3 | 221.3 | 294.6 | -54% | -12% | -28% |
| W12 | 66.3 | 197.7 | 264.1 | -58% | -21% | -35% |
| W13 | 59.8 | 175.7 | 235.5 | -62% | -30% | -42% |
| **Q3 FY01** | | | | | | |
| W2 | 272.6 | 279.6 | 552.2 | 0% | 0% | 0% |
| W4 | 71.2 | 216.6 | 287.8 | -74% | -23% | -48% |
| W6 | 126.0 | 310.9 | 436.8 | -54% | 11% | -21% |
| W8 | . | . | . | | | |
| W10 | | | | | | |
| W11 | | | | | | |
| W12 | | | | | | |
| W13 | | | | | | |

**NAS**

| Forecast Week | Pipeline $M | | | Cumulative % Change | | |
|---|---|---|---|---|---|---|
| | Apps | Tech | Total | Apps | Tech | Total |
| **Q1 FY01** | | | | | | |
| W2 | 232.6 | 213.7 | 446.3 | 0% | 0% | 0% |
| W4 | 248.3 | 247.2 | 495.5 | 7% | 16% | 11% |
| W6 | 217.4 | 245.2 | 462.7 | -7% | 15% | 4% |
| W8 | 182.1 | 327.1 | 509.2 | -22% | 53% | 14% |
| W10 | 156.3 | 304.8 | 461.0 | -33% | 43% | 3% |
| W11 | 133.0 | 290.5 | 423.5 | -43% | 36% | -5% |
| W12 | 113.3 | 271.7 | 384.9 | -51% | 27% | -14% |
| W13 | 105.3 | 270.8 | 376.1 | -55% | 27% | -16% |
| **Q2 FY01** | | | | | | |
| W2 | 271.1 | 415.8 | 686.8 | 0% | 0% | 0% |
| W4 | 315.6 | 402.0 | 717.6 | 16% | -3% | 4% |
| W6 | 332.4 | 465.5 | 797.9 | 23% | 12% | 16% |
| W8 | 324.8 | 470.5 | 795.3 | 20% | 13% | 16% |
| W10 | 265.6 | 454.8 | 720.4 | -2% | 9% | 5% |
| W11 | 231.5 | 427.5 | 659.0 | -15% | 3% | -4% |
| W12 | 214.0 | 386.8 | 600.8 | -21% | -7% | -13% |
| W13 | 193.4 | 367.1 | 560.5 | -29% | -12% | -18% |
| **Q3 FY01** | | | | | | |
| W2 | 353.2 | 488.9 | 842.0 | 0% | 0% | 0% |
| W4 | 330.6 | 501.3 | 831.9 | -6% | 3% | -1% |
| W6 | 320.6 | 505.4 | 826.0 | -9% | 3% | -2% |
| W8 | . | . | . | | | |
| W10 | | | | | | |
| W11 | | | | | | |
| W12 | | | | | | |
| W13 | | | | | | |

**ORACLE CONFIDENTIAL**

NDCA-ORCL 008553

*Americas Cumulative Weekly License Pipeline Trends*

Q3 FY01

### OPI

| Forecast Week | Pipeline $M | | | Cumulative % Change | | |
|---|---|---|---|---|---|---|
| | Apps | Tech | Total | Apps | Tech | Total |
| **Q1 FY01** | | | | | | |
| W2 | 103.8 | 66.1 | 169.9 | 0% | 0% | 0% |
| W4 | 123.4 | 72.1 | 195.5 | 19% | 9% | 15% |
| W6 | 102.3 | 70.8 | 173.1 | -1% | 7% | 2% |
| W8 | 74.5 | 63.6 | 138.0 | -28% | -4% | -19% |
| W10 | 52.3 | 59.5 | 111.8 | -50% | -10% | -34% |
| W11 | 49.0 | 61.0 | 110.0 | -53% | -8% | -35% |
| W12 | 56.4 | 63.0 | 119.4 | -46% | -5% | -30% |
| W13 | 49.3 | 49.1 | 98.4 | -52% | -26% | -42% |
| **Q2 FY01** | | | | | | |
| W2 | 150.3 | 122.5 | 272.8 | 0% | 0% | 0% |
| W4 | 145.9 | 129.4 | 275.3 | -3% | 6% | 1% |
| W6 | 145.6 | 119.0 | 264.7 | -3% | -3% | -3% |
| W8 | 131.0 | 119.5 | 250.5 | -13% | -2% | -8% |
| W10 | 118.5 | 117.6 | 236.1 | -21% | -4% | -13% |
| W11 | 116.0 | 116.2 | 232.2 | -23% | -5% | -13% |
| W12 | 106.2 | 132.8 | 238.9 | -29% | 8% | -12% |
| W13 | 81.4 | 131.1 | 212.5 | -46% | 7% | -22% |
| **Q3 FY01** | | | | | | |
| W2 | 221.8 | 195.9 | 417.6 | 0% | 0% | 0% |
| W4 | 211.3 | 172.9 | 384.2 | -5% | -12% | -8% |
| W6 | 184.3 | 164.9 | 349.2 | -17% | -16% | -16% |
| W8 | | | | | | |
| W10 | | | | | | |
| W11 | | | | | | |
| W12 | | | | | | |
| W13 | | | | | | |

### LAD

| Forecast Week | Pipeline $M | | | Cumulative % Change | | |
|---|---|---|---|---|---|---|
| | Apps | Tech | Total | Apps | Tech | Total |
| **Q1 FY01** | | | | | | |
| W2 | 34.4 | 42.6 | 77.0 | 0% | 0% | 0% |
| W4 | 33.1 | 39.9 | 73.0 | -4% | -6% | -5% |
| W6 | 28.1 | 36.4 | 64.5 | -18% | -15% | -16% |
| W8 | 28.1 | 36.4 | 64.5 | -18% | -15% | -16% |
| W10 | 27.9 | 36.5 | 64.4 | -19% | -14% | -16% |
| W11 | 23.9 | 32.2 | 56.1 | -31% | -24% | -27% |
| W12 | 20.2 | 33.7 | 53.9 | -41% | -21% | -30% |
| W13 | 19.2 | 31.1 | 50.3 | -44% | -27% | -35% |
| **Q2 FY01** | | | | | | |
| W2 | 33.4 | 52.3 | 85.7 | 0% | 0% | 0% |
| W4 | 29.2 | 52.3 | 81.5 | -13% | 0% | -5% |
| W6 | 29.4 | 57.7 | 87.2 | -12% | 10% | 2% |
| W8 | 28.0 | 56.6 | 84.6 | -16% | 8% | -1% |
| W10 | 36.6 | 43.3 | 79.9 | 10% | -17% | -7% |
| W11 | 19.0 | 52.2 | 71.2 | -43% | 0% | -17% |
| W12 | 14.4 | 53.9 | 68.3 | -57% | 3% | -20% |
| W13 | 14.4 | 56.0 | 70.3 | -57% | 7% | -18% |
| **Q3 FY01** | | | | | | |
| W2 | 50.0 | 80.0 | 130.0 | 0% | 0% | 0% |
| W4 | 33.2 | 76.5 | 109.7 | -34% | -4% | -16% |
| W6 | 32.0 | 72.7 | 104.7 | -36% | -9% | -19% |
| W8 | | | | | | |
| W10 | | | | | | |
| W11 | | | | | | |
| W12 | | | | | | |
| W13 | | | | | | |

Page 6

**ORACLE CONFIDENTIAL**

Oracle Corporation Confidential

Q1 FY0

Cumulative Weekly License Pipeline Trends

France, Middle East & Africa

Japan

UK, Ireland & South Africa

Northern, Central & Eastern Europe

Total Company

Southern Europe

APAC

**ORACLE CONFIDENTIAL**

**Total License Pipeline Trend Analysis**
**Month 2 - January / Week 6**

### Total Company

| Constant $ | | License Pipeline | Quarterly Actuals | Pipeline as % of Actuals | Actuals as % of Pipeline |
|---|---|---|---|---|---|
| Q4 | FY99 | $ 2,474,447 | $ 1,447,392 | 171% | 58% |
| Q1 | FY00 | $ 937,425 | $ 602,804 | 159% | 63% |
| Q2 | FY00 | $ 1,603,023 | $ 859,164 | 190% | 53% |
| Q3 | FY00 | $ 2,015,116 | $ 1,029,196 | 196% | 51% |
| Q4 | FY00 | $ 1,232,245 | $ 1,797,955 | 181% | 55% |
| Q1 | FY01 | $ 1,574,838 | $ 785,431 | 201% | 50% |
| Q2 | FY01 | $ 2,352,248 | $ 1,128,189 | 209% | 48% |
| Q3 | FY01 | $ 2,691,175 | $ 1,265,573 | 213% | 47% |

### Oracle Process Industries (OPI) [2]

| Constant $ | | License Pipeline | Quarterly Actuals | Pipeline as % of Actuals | Actuals as % of Pipeline |
|---|---|---|---|---|---|
| Q4 | FY99 | $ 284,211 | $ 175,856 | 162% | 62% |
| Q1 | FY00 | $ 54,000 | $ 49,766 | 109% | 92% |
| Q2 | FY00 | $ 130,600 | $ 34,404 | 377% | 36% |
| Q3 | FY00 | $ 249,900 | $ 83,272 | 300% | 33% |
| Q4 | FY00 | $ 405,000 | $ 198,499 | 204% | 49% |
| Q1 | FY01 | $ 171,100 | $ 40,632 | 428% | 23% |
| Q2 | FY01 | $ 266,659 | $ 108,699 | 245% | 41% |
| Q3 | FY01 | $ 349,236 | $ 150,000 | 233% | 43% |

### Japan

| Constant $ | | License Pipeline | Quarterly Actuals | Pipeline as % of Actuals | Actuals as % of Pipeline |
|---|---|---|---|---|---|
| Q4 | FY99 | $ 129,817 | $ 107,577 | 121% | 83% |
| Q1 | FY00 | $ 107,906 | $ 75,878 | 142% | 70% |
| Q2 | FY00 | $ 127,392 | $ 108,001 | 118% | 85% |
| Q3 | FY00 | $ 110,803 | $ 91,650 | 121% | 83% |
| Q4 | FY00 | $ 146,046 | $ 129,413 | 113% | 89% |
| Q1 | FY01 | $ 119,246 | $ 93,299 | 128% | 78% |
| Q2 | FY01 | $ 161,555 | $ 147,752 | 109% | 91% |
| Q3 | FY01 | $ 160,629 | $ 109,614 | 147% | 68% |

### Oracle Service Industries (OSI) [2]

| Constant $ | | License Pipeline | Quarterly Actuals | Pipeline as % of Actuals | Actuals as % of Pipeline |
|---|---|---|---|---|---|
| Q4 | FY99 | $ 607,155 | $ 312,912 | 194% | 52% |
| Q1 | FY00 | $ 177,100 | $ 70,496 | 251% | 40% |
| Q2 | FY00 | $ 164,937 | $ 125,915 | 290% | 35% |
| Q3 | FY00 | $ 397,600 | $ 188,593 | 210% | 48% |
| Q4 | FY00 | $ 695,000 | $ 345,055 | 201% | 50% |
| Q1 | FY00 | $ 275,700 | $ 106,907 | 234% | 39% |
| Q2 | FY01 | $ 380,694 | $ 153,227 | 249% | 40% |
| Q3(1) | FY01 | $ 430,827 | $ 223,000 | 194% | 52% |

### Latin America [1]

| Constant $ | | License Pipeline | Quarterly Actuals | Pipeline as % of Actuals | Actuals as % of Pipeline |
|---|---|---|---|---|---|
| Q4 | FY99 | $ 92,444 | $ 49,364 | 187% | 53% |
| Q1 | FY00 | $ 52,300 | $ 21,555 | 243% | 41% |
| Q2 | FY00 | $ 64,112 | $ 31,676 | 202% | 49% |
| Q3 | FY00 | $ 85,417 | $ 39,095 | 218% | 46% |
| Q4 | FY00 | | $ 67,139 | 0% | #DIV/0! |
| Q1 | FY00 | $ 64,511 | $ 26,875 | 240% | 42% |
| Q2 | FY01 | $ 87,159 | $ 38,714 | 225% | 44% |
| Q1(1) | FY01 | $ 104,673 | $ 43,484 | 241% | 42% |

### UK, Ireland & South Africa

| Constant $ | | License Pipeline | Quarterly Actuals | Pipeline as % of Actuals | Actuals as % of Pipeline |
|---|---|---|---|---|---|
| Q4 | FY99 | $ 217,549 | $ 133,376 | 163% | 61% |
| Q1 | FY00 | $ 57,879 | $ 31,174 | 186% | 54% |
| Q2 | FY00 | $ 149,018 | $ 54,891 | 271% | 37% |
| Q3 | FY00 | $ 175,864 | $ 61,471 | 284% | 35% |
| Q4 | FY00 | $ 286,404 | $ 120,873 | 219% | 46% |
| Q1 | FY01 | $ 93,225 | $ 48,591 | 192% | 52% |
| Q2 | FY01 | $ 141,858 | $ 80,772 | 176% | 57% |
| Q1(1) | FY01 | $ 183,076 | $ 71,942 | 255% | 39% |

### North American Sales (NAS) [2]

| Constant $ | | License Pipeline | Quarterly Actuals | Pipeline as % of Actuals | Actuals as % of Pipeline |
|---|---|---|---|---|---|
| Q4 | FY99 | $ 617,061 | $ 374,777 | 165% | 61% |
| Q1 | FY00 | $ 238,300 | $ 129,668 | 183% | 55% |
| Q2 | FY00 | $ 405,345 | $ 196,850 | 206% | 49% |
| Q3 | FY00 | $ 531,016 | $ 310,555 | 171% | 58% |
| Q4 | FY00 | $ 1,002,200 | $ 521,209 | 192% | 52% |
| Q1 | FY01 | $ 462,695 | $ 199,281 | 232% | 43% |
| Q2 | FY01 | $ 797,951 | $ 282,221 | 283% | 35% |
| Q1(1) | FY01 | $ 825,990 | $ 345,000 | 239% | 42% |

### APAC

| Constant $ | | License Pipeline | Quarterly Actuals | Pipeline as % of Actuals | Actuals as % of Pipeline |
|---|---|---|---|---|---|
| Q4 | FY99 | $ 91,473 | $ 66,490 | 138% | 72% |
| Q1 | FY00 | $ 77,349 | $ 51,007 | 152% | 66% |
| Q2 | FY00 | $ 87,371 | $ 54,951 | 159% | 63% |
| Q3 | FY00 | $ 93,644 | $ 65,682 | 143% | 70% |
| Q4 | FY00 | $ 128,190 | $ 99,416 | 130% | 77% |
| Q1 | FY01 | $ 113,412 | $ 72,450 | 157% | 64% |
| Q2 | FY01 | $ 137,860 | $ 81,170 | 165% | 61% |
| Q1(1) | FY01 | $ 162,589 | $ 86,205 | 189% | 53% |

### Germany

| Constant $ | | License Pipeline | Quarterly Actuals | Pipeline as % of Actuals | Actuals as % of Pipeline |
|---|---|---|---|---|---|
| Q4 | FY99 | $ 126,361 | $ 72,401 | 175% | 57% |
| Q1 | FY00 | $ 38,047 | $ 24,194 | 157% | 64% |
| Q2 | FY00 | $ 67,866 | $ 52,701 | 129% | 78% |
| Q3 | FY00 | $ 73,196 | $ 43,919 | 171% | 59% |
| Q4 | FY00 | $ 145,824 | $ 76,679 | 190% | 53% |
| Q1 | FY01 | $ 64,943 | $ 31,981 | 203% | 49% |
| Q2 | FY01 | $ 79,440 | $ 49,637 | 160% | 62% |
| Q1(1) | FY01 | $ 100,287 | $ 58,002 | 173% | 55% |

(1) Data as of January 15, 2001.
(2) America data, Q1 FY00 through current period are based on weekly data. All other periods and countries are monthly.

01/11/2001

**ORACLE CONFIDENTIAL**

**Total License Pipeline Trend Analysis**
**Month 2 - January / Week 6**

**France, Middle East & Africa**

| Constant $ | | License Pipeline | Quarterly Actuals | Pipeline as % of Actuals | Actuals as % of Pipeline |
|---|---|---|---|---|---|
| Q4 | FY99 | $106,644 | $57,537 | 185% | 54% |
| Q1 | FY00 | $55,559 | $33,618 | 165% | 61% |
| Q3 | FY00 | $75,371 | $43,899 | 171% | 58% |
| Q3 | FY00 | $101,325 | $48,863 | 208% | 48% |
| Q3 | FY00 | $182,432 | $63,152 | 289% | 35% |
| Q1 | FY01 | $81,907 | $47,416 | 173% | 58% |
| Q2 | FY01 | $98,607 | $51,189 | 193% | 52% |
| Q2(1) | FY01 | $123,010 | $52,962 | 232% | 43% |

**Southern Europe**

| Constant $ | | License Pipeline | Quarterly Actuals | Pipeline as % of Actuals | Actuals as % of Pipeline |
|---|---|---|---|---|---|
| Q4 | FY99 | $83,327 | $45,210 | 185% | 54% |
| Q1 | FY00 | $41,441 | $30,983 | 134% | 75% |
| Q3 | FY00 | $63,100 | $50,919 | 124% | 81% |
| Q3 | FY00 | $92,964 | $46,738 | 199% | 50% |
| Q3 | FY00 | $104,815 | $56,836 | 185% | 54% |
| Q1 | FY01 | $47,864 | $39,634 | 121% | 83% |
| Q2 | FY01 | $86,693 | $55,831 | 155% | 64% |
| Q2(1) | FY01 | $104,112 | $55,241 | 188% | 53% |

**Northern, Central & Eastern Europe**

| Constant $ | | License Pipeline | Quarterly Actuals | Pipeline as % of Actuals | Actuals as % of Pipeline |
|---|---|---|---|---|---|
| Q4 | FY99 | $118,004 | $75,162 | 157% | 64% |
| Q1 | FY00 | $57,204 | $35,934 | 159% | 63% |
| Q3 | FY00 | $77,149 | $57,332 | 136% | 74% |
| Q3 | FY00 | $104,848 | $54,017 | 194% | 52% |
| Q3 | FY00 | $156,594 | $94,047 | 166% | 60% |
| Q1 | FY01 | $78,226 | $43,132 | 181% | 55% |
| Q2 | FY01 | $119,592 | $74,065 | 161% | 62% |
| Q2(1) | FY01 | $139,847 | $67,124 | 208% | 48% |

(1) Data as of January 15, 2001

**ORACLE CONFIDENTIAL**

01/11/2001