CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

# ORACLE CORP.

## Pipeline Reporting Package

February 5, 2001

Total Pipeline ........................................ 1
Tech Pipeline ........................................ 2
Apps Pipeline ........................................ 3
Pipeline & Revenue Graphical Detail ........................................ 4
Cumulative Weekly Pipeline Trends - Americas ........................................ 5
Cumulative Weekly Pipeline Trends - World ........................................ 7
Pipeline Trends - Total ........................................ 8

**FLASH:**

| | Pipeline Growth | | | Product Weightings | | Revenue Growth | | | Product Weightings | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Total | Tech | Apps | Tech | Apps | Total | Tech | Apps | Tech | Apps |
| OSI - Nussbaum | 10% | -1% | 59% | 73% | 27% | 11% | 7% | 26% | 74% | 26% |
| NAS - Roberts | 30% | 17% | 63% | 64% | 36% | 9% | -9% | 96% | 69% | 31% |
| OPI - Varasano | 59% | 62% | 57% | 51% | 49% | 80% | 50% | 114% | 44% | 56% |
| LAD - Sanderson | 39% | 51% | 10% | 76% | 24% | 19% | 23% | -2% | 87% | 13% |
| UK, Ireland & S. Africa - Smith | 41% | 35% | 56% | 67% | 33% | 16% | 13% | 29% | 83% | 17% |
| Germany - Jaeger | 17% | 13% | 60% | 87% | 13% | 38% | 29% | 293% | 90% | 10% |
| France, Mid. East & Africa - Jamick | 19% | 0% | 90% | 67% | 33% | 8% | 2% | 35% | 77% | 23% |
| N., C. & Eastern Europe - Anidjar | 46% | 55% | 24% | 73% | 27% | 24% | 41% | -21% | 82% | 18% |
| Southern Europe - Bonzano | 11% | 0% | 92% | 80% | 20% | 18% | 2% | 243% | 81% | 19% |
| Japan - Skintaku | 35% | 26% | 96% | 81% | 19% | 20% | 13% | 160% | 90% | 10% |
| APAC - Williams | 76% | 31% | 278% | 61% | 39% | 31% | 12% | 188% | 76% | 24% |
| Total Company | 32% | 20% | 66% | 67% | 33% | 21% | 9% | 71% | 73% | 27% |

ORCL 0003829
CONFIDENTIAL

NDCA-ORCL 306669

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

**Oracle Corporation**
**Q3 Total License Pipeline - February FY01**
**Week 10**

| Constant Dollar 1000's (May 00 rates) | Q3 FY01 Pipeline | Q3 FY00 Pipeline | Variance | Variance % | Q3 FY01 Forecast | Q3 FY00 Actuals | Forecast Growth | Q3 FY01 Forecast Conversion Ratio | Q3 FY00 Actual Conversion Ratio | Est Q3 FY01 Forecast based on Q3 FY00 Ratio | Estimated Upside* | Potential Growth with Upside |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OSI - Nussbaum | 376,362 | 340,879 | 35,483 | 10% | 210,000 | 188,953 | 11% | 0.56 | 0.55 | 224,732 | 14,732 | 19% |
| NAS - Roberts | 740,647 | 569,940 | 170,707 | 30% | 335,995 | 308,555 | 9% | 0.45 | 0.54 | 401,928 | 65,933 | 30% |
| OPI - Sanderson | 351,928 | 220,945 | 130,983 | 59% | 149,999 | 83,272 | 80% | 0.43 | 0.38 | 155,362 | 5,363 | 87% |
| Latin America* | 89,648 | 64,577 | 25,071 | 39% | 46,520 | 39,098 | 19% | 0.52 | 0.61 | 71,332 | 24,811 | 82% |
| Europe - Giacoletto | 559,206 | 437,067 | 122,139 | 28% | 304,315 | 253,398 | 20% | 0.54 | 0.58 | 275,039 | 48,295 | 9% |
| UK, Ireland & South Africa - Smith* | 155,227 | 109,837 | 45,390 | 41% | 71,508 | 61,871 | 16% | 0.46 | 0.56 | 86,117 | 14,609 | 39% |
| Germany - Jaeger | 70,825 | 60,560 | 10,265 | 17% | 58,002 | 41,919 | 38% | 0.82 | 0.69 | 58,002 | - | 38% |
| France & Middle East & Africa - Anidjar* | 114,374 | 96,083 | 18,291 | 19% | 52,776 | 48,863 | 8% | 0.46 | 0.51 | 76,783 | 24,007 | 57% |
| Northern, Central & Eastern Europe - Jarnick* | 124,822 | 85,628 | 39,194 | 46% | 67,001 | 54,017 | 24% | 0.54 | 0.63 | 22,502 | 7,372 | (58%) |
| Southern Europe - Bvanno* | 93,959 | 84,959 | 8,999 | 11% | 55,028 | 46,728 | 18% | 0.59 | 0.55 | 31,635 | 2,306 | (32%) |
| Europe Other | - | - | - | - | - | - | n/a | - | - | - | - | n/a |
| Japan - Shintaku | 148,979 | 110,342 | 38,637 | 35% | 109,601 | 91,650 | 20% | 0.74 | 0.83 | 121,191 | 11,510 | 32% |
| Asia Pacific - Williams* | 151,124 | 86,008 | 65,117 | 76% | 86,140 | 65,682 | 31% | 0.57 | 0.76 | 113,548 | 30,240 | 73% |
| Other - Corporate | - | - | - | - | (182) | (814) | n/a | - | - | (182) | - | n/a |
| Total Company | 2,417,894 | 1,829,757 | 588,137 | 32% | 1,242,469 | 1,029,790 | 21% | 0.51 | 0.56 | 1,477,093 | 201,781 | 43% |

* Regional estimated upside based upon the sum of the calculated upsides for each component country.

ORCL 0003830
CONFIDENTIAL

NDCA-ORCL 306670

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

**Oracle Corporation**
**Q3 Total Tech Pipeline - February FY01**
**Week 10**

| Constant Dollar 1000's (May 00 rates) | Q3 FY01 Pipeline | Q3 FY00 Pipeline | Variance | Variance % | Q3 FY01 Forecast | Q3 FY00 Actuals | Forecast Growth | Q3 FY01 Forecast Conversion Ratio | Q3 FY00 Actual Conversion Ratio | Fst Q3 FY01 Forecast based on Q3 FY00 Ratio | Estimated Upside* | Potential Growth with Upside |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OSI - Nussbaum | 275,004 | 277,315 | (2,311) | (1%) | 154,943 | 145,187 | 7% | 0.56 | 0.52 | 154,943 | - | 7% |
| NAS - Roberts | 471,033 | 404,025 | 67,008 | 17% | 231,461 | 255,087 | (9%) | 0.49 | 0.63 | 297,393 | 65,933 | 17% |
| OPI - Sanderson | 178,097 | 109,966 | 68,131 | 62% | 65,718 | 43,889 | 50% | 0.37 | 0.40 | 71,081 | 5,363 | 62% |
| Latin America* | 68,088 | 44,947 | 23,141 | 51% | 40,645 | 33,098 | 23% | 0.60 | 0.74 | 61,930 | 21,285 | 87% |
| Europe - Giacoletto | 408,996 | 342,057 | 66,939 | 20% | 252,324 | 215,494 | 17% | 0.62 | 0.63 | 312,093 | 36,746 | 45% |
| UK, Ireland & South Africa - Smith* | 104,253 | 77,091 | 27,162 | 35% | 59,573 | 52,649 | 13% | 0.57 | 0.68 | 71,199 | 11,625 | 35% |
| Germany - Jaeger | 61,825 | 54,939 | 6,886 | 13% | 52,041 | 40,403 | 29% | 0.84 | 0.74 | 52,041 | - | 29% |
| France & Middle East & Africa - Anidjar* | 76,485 | 76,136 | 349 | 0% | 40,818 | 40,011 | 2% | 0.53 | 0.53 | 56,322 | 15,504 | 41% |
| Northern, Central & Eastern Europe - Janick* | 91,538 | 58,870 | 32,669 | 55% | 55,210 | 39,074 | 41% | 0.60 | 0.66 | 70,594 | 7,311 | 81% |
| Southern Europe - Bonzano* | 74,895 | 75,021 | (127) | (0%) | 44,682 | 43,713 | 2% | 0.60 | 0.58 | 61,938 | 2,306 | 42% |
| Europe Other | | - | | - | - | (355) | n/a | - | - | - | - | n/a |
| Japan - Shintaku | 120,839 | 95,968 | 24,871 | 26% | 98,474 | 87,347 | 13% | 0.81 | 0.91 | 109,984 | 11,510 | 26% |
| Asia Pacific - Williams* | 92,676 | 70,550 | 22,126 | 31% | 65,889 | 58,659 | 12% | 0.71 | 0.83 | 84,907 | 19,019 | 45% |
| Other - Corporate | - | - | - | - | 1,510 | (2,651) | n/a | - | - | 1,510 | - | n/a |
| Total Company | 1,614,733 | 1,344,828 | 269,904 | 20% | 910,963 | 836,109 | 9% | 0.56 | 0.62 | 1,093,840 | 159,855 | 31% |

* Regional estimated upside based upon the sum of the calculated upsides for each component country

ORCL 0003831
CONFIDENTIAL

NDCA-ORCL 306671

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

**Oracle Corporation**
**Q3 Total Applications Pipeline - February FY01**
**Week 10**

| Constant Dollar 1000's (May 00 rates) | Q3 FY01 Pipeline | Q3 FY00 Pipeline | Variance | Variance % | Q3 FY01 Forecast | Q3 FY00 Actuals | Forecast Growth | Q3 FY01 Forecast Conversion Ratio | Q3 FY00 Actual Conversion Ratio | Est Q3 FY01 Forecast based on Q3 FY00 Ratio | Estimated Upside* | Potential Growth with Upside |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OSI - Nussbaum | 101,358 | 63,564 | 37,794 | 59% | 55,057 | 43,766 | 26% | 0.54 | 0.69 | 69,788 | 14,732 | 59% |
| NAS - Roberts | 269,614 | 165,915 | 103,699 | 63% | 104,535 | 53,468 | 96% | 0.39 | 0.32 | 104,535 | - | 96% |
| OPI - Sanderson | 173,831 | 110,979 | 62,852 | 57% | 84,281 | 39,383 | 114% | 0.48 | 0.35 | 84,281 | - | 114% |
| Latin America* | 21,560 | 19,630 | 1,930 | 10% | 5,875 | 5,997 | [illegible] | 0.27 | 0.31 | 9,402 | 3,527 | 57% |
| Europe - Giacoletto | 150,210 | 95,010 | 55,201 | 58% | 51,991 | 37,904 | 37% | 0.35 | 0.40 | 73,359 | 11,548 | 94% |
| UK, Ireland & South Africa - Smith* | [illegible] | 32,746 | 18,229 | 56% | 11,934 | 9,222 | 29% | 0.23 | 0.28 | 14,919 | 2,984 | 62% |
| Germany - Jaeger | [illegible] | 5,621 | [illegible] | 60% | 5,961 | 1,516 | 293% | 0.66 | 0.27 | 5,961 | - | 293% |
| France & Middle East & Africa - Anidjar* | 37,889 | 19,947 | 17,942 | 90% | 11,958 | 8,853 | 35% | 0.32 | 0.44 | 20,461 | 8,503 | 131% |
| Northern, Central & Eastern Europe - Jarnick* | 33,284 | 26,758 | 6,525 | 24% | 11,791 | 14,944 | [illegible] | 0.35 | 0.56 | 21,152 | 61 | 42% |
| Southern Europe - Bonzano* | [illegible] | 9,938 | 9,126 | 92% | 10,346 | 3,015 | 243 | 0.54 | 0.30 | 10,866 | - | 260% |
| Europe Other | | - | - | - | - | 355 | n/a | - | - | - | - | n/a |
| Japan - Shintaku | 28,140 | 14,374 | 13,766 | 96% | 11,207 | 4,302 | 160% | 0.40 | 0.30 | 11,207 | - | 160% |
| Asia Pacific - Williams* | 58,448 | 15,458 | 42,990 | 278% | 20,252 | 7,023 | 188% | 0.35 | 0.45 | 32,371 | 12,119 | 161% |
| Other - Corporate | - | - | - | - | (1,691) | 1,837 | n/a | - | - | (1,691) | - | n/a |
| Total Company | 803,161 | 484,929 | 318,232 | 66% | 331,506 | 193,681 | 71% | 0.41 | 0.40 | 383,252 | 41,926 | 98% |

* Regional estimated upside based upon the sum of the calculated upsides for each component country

ORCL 0003832
CONFIDENTIAL

NDCA-ORCL 306672

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

# License Pipeline & Revenue By Product/Region

Month 3 - February / Week 10

Q3 FY01

## Total License Pipeline By Product

($000's)

| | Mix Tech | Mix Apps | $ Total |
|---|---|---|---|
| OSI - Nussbaum | 73% | 27% | 376,362 |
| NAS - Roberts | 64% | 36% | 740,647 |
| OPI - Varasano | 51% | 49% | 351,928 |
| LAD - Sanderson | 76% | 24% | 89,648 |
| UK, Ireland & S. Africa - Smith | 67% | 33% | 155,227 |
| Germany - Jaeger | 87% | 13% | 70,825 |
| France, Mid. East & Africa - Jamick | 67% | 33% | 114,374 |
| N., C. & Eastern Europe - Amdjar | 73% | 27% | 124,822 |
| Southern Europe - Bonzano | 80% | 20% | 93,959 |
| Japan - Skintaku | 81% | 19% | 148,979 |
| APAC - Williams | 61% | 39% | 151,124 |
| Total Company | 67% | 33% | $ 2,417,894 |

0% 20% 40% 60% 80% 100%

## Total License Pipeline By Region

| | |
|---|---|
| OSI - Nussbaum | 16% |
| NAS - Roberts | 31% |
| OPI - Varasano | 15% |
| LAD - Sanderson | 4% |
| UK, Ireland & S. Africa - Smith | 6% |
| Germany - Jaeger | 3% |
| France, Mid. East & Africa - Jamick | 5% |
| N., C. & Eastern Europe - Amdjar | 5% |
| Southern Europe - Bonzano | 4% |
| Japan - Skintaku | 6% |
| APAC - Williams | 6% |
| Total Company | 100% |

## Total License Revenue By Product

($000's)

| | Mix Tech | Mix Apps | $ Total |
|---|---|---|---|
| OSI - Nussbaum | 74% | 26% | 210,000 |
| NAS - Roberts | 69% | 31% | 335,995 |
| OPI - Varasano | 44% | 56% | 149,999 |
| LAD - Sanderson | 87% | 13% | 46,520 |
| UK, Ireland & S. Africa - Smith | 83% | 17% | 71,508 |
| Germany - Jaeger | 90% | 10% | 58,002 |
| France, Mid. East & Africa - Jamick | 77% | 23% | 52,776 |
| N., C. & Eastern Europe - Amdjar | 82% | 18% | 67,001 |
| Southern Europe - Bonzano | 81% | 19% | 55,028 |
| Japan - Skintaku | 90% | 10% | 109,681 |
| APAC - Williams | 76% | 24% | 86,140 |
| Total Company | 73% | 27% | $ 1,242,469 |

0% 20% 40% 60% 80% 100%

## Total License Revenue By Region

| | |
|---|---|
| OSI - Nussbaum | 17% |
| NAS - Roberts | 27% |
| OPI - Varasano | 12% |
| LAD - Sanderson | 4% |
| UK, Ireland & S. Africa - Smith | 6% |
| Germany - Jaeger | 5% |
| France, Mid. East & Africa - Jamick | 4% |
| N., C. & Eastern Europe - Amdjar | 5% |
| Southern Europe - Bonzano | 4% |
| Japan - Skintaku | 9% |
| APAC - Williams | 7% |
| Total Company | 100% |

ORCL 0003833
CONFIDENTIAL

NDCA-ORCL 306673

*Americas Cumulative Weekly License Pipeline Trends*

*Q3 FY01*

## OSI

| Forecast Week | Pipeline $M Apps | Pipeline $M Tech | Pipeline $M Total | Cumulative % Change Apps | Cumulative % Change Tech | Cumulative % Change Total |
|---|---|---|---|---|---|---|
| **Q1 FY01** | | | | | | |
| W2 | 209.7 | 234.0 | 443.7 | 0% | 0% | 0% |
| W4 | 150.8 | 193.9 | 344.8 | -28% | -17% | -22% |
| W6 | 106.5 | 169.2 | 275.7 | -49% | -28% | -38% |
| W8 | 84.2 | 161.3 | 245.5 | -60% | -31% | -45% |
| W10 | 59.2 | 157.7 | 217.0 | -72% | -33% | -51% |
| W11 | 52.5 | 158.4 | 210.9 | -75% | -32% | -52% |
| W12 | 47.6 | 144.8 | 192.4 | -77% | -38% | -57% |
| W13 | 33.5 | 142.2 | 175.7 | -84% | -39% | -60% |
| **Q2 FY01** | | | | | | |
| W2 | 157.6 | 250.9 | 408.5 | 0% | 0% | 0% |
| W4 | 142.6 | 238.1 | 380.7 | -10% | -5% | -7% |
| W6 | 132.6 | 248.3 | 380.9 | -16% | -1% | -7% |
| W8 | 122.1 | 245.1 | 367.2 | -23% | -2% | -10% |
| W10 | 74.6 | 229.5 | 304.2 | -53% | -9% | -26% |
| W11 | 73.3 | 221.3 | 294.6 | -54% | -12% | -28% |
| W12 | 66.3 | 197.7 | 264.1 | -58% | -21% | -35% |
| W13 | 59.8 | 175.7 | 235.5 | -62% | -30% | -42% |
| **Q3 FY01** | | | | | | |
| W2 | 272.6 | 279.6 | 552.2 | 0% | 0% | 0% |
| W4 | 71.2 | 216.6 | 287.8 | -74% | -23% | -48% |
| W6 | 126.0 | 310.9 | 436.8 | -54% | 11% | -21% |
| W8 | 126.7 | 294.9 | 421.5 | -54% | 5% | -24% |
| W10 | 101.4 | 275.0 | 376.4 | -63% | -2% | -32% |
| W11 | - | - | - | - | - | - |
| W12 | - | - | - | - | - | - |
| W13 | - | - | - | - | - | - |

## NAS

| Forecast Week | Pipeline $M Apps | Pipeline $M Tech | Pipeline $M Total | Cumulative % Change Apps | Cumulative % Change Tech | Cumulative % Change Total |
|---|---|---|---|---|---|---|
| **Q1 FY01** | | | | | | |
| W2 | 232.6 | 213.7 | 446.3 | 0% | 0% | 0% |
| W4 | 248.3 | 247.2 | 495.5 | 7% | 16% | 11% |
| W6 | 217.4 | 245.2 | 462.7 | -7% | 15% | 4% |
| W8 | 182.1 | 327.1 | 509.2 | -22% | 53% | 14% |
| W10 | 156.3 | 304.8 | 461.0 | -33% | 43% | 3% |
| W11 | 133.0 | 290.5 | 423.5 | -43% | 36% | -5% |
| W12 | 113.3 | 271.7 | 384.9 | -51% | 27% | -14% |
| W13 | 105.3 | 270.8 | 376.1 | -55% | 27% | -16% |
| **Q2 FY01** | | | | | | |
| W2 | 271.1 | 415.8 | 686.8 | 0% | 0% | 0% |
| W4 | 315.6 | 402.0 | 717.6 | 16% | -3% | 4% |
| W6 | 332.4 | 465.5 | 797.9 | 23% | 12% | 16% |
| W8 | 324.8 | 470.5 | 795.3 | 20% | 13% | 16% |
| W10 | 265.6 | 454.8 | 720.4 | -2% | 9% | 5% |
| W11 | 231.5 | 427.5 | 659.0 | -15% | 3% | -4% |
| W12 | 214.0 | 386.8 | 600.8 | -21% | -7% | -13% |
| W13 | 193.4 | 367.1 | 560.5 | -29% | -12% | -18% |
| **Q3 FY01** | | | | | | |
| W2 | 353.2 | 488.9 | 842.0 | 0% | 0% | 0% |
| W4 | 330.6 | 501.3 | 831.9 | -6% | 3% | -1% |
| W6 | 320.6 | 505.4 | 826.0 | -9% | 3% | -2% |
| W8 | 301.9 | 487.5 | 789.3 | -15% | 0% | -6% |
| W10 | 269.6 | 471.0 | 740.6 | -24% | -4% | -12% |
| W11 | - | - | - | - | - | - |
| W12 | - | - | - | - | - | - |
| W13 | - | - | - | - | - | - |

ORCL 0003834
CONFIDENTIAL

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

NDCA-ORCL 306674

*Americas Cumulative Weekly License Pipeline Trends*

*Q3 FY01*

| OPI | | | | | | |
|---|---|---|---|---|---|---|
| Forecast Week | Pipeline $M | | | Cumulative % Change | | |
| | Apps | Tech | Total | Apps | Tech | Total |
| **Q1 FY01** | | | | | | |
| W2 | 103.8 | 66.1 | 169.9 | 0% | 0% | 0% |
| W4 | 123.4 | 72.1 | 195.5 | 19% | 9% | 15% |
| W6 | 102.3 | 70.8 | 173.1 | -1% | 7% | 2% |
| W8 | 74.5 | 63.6 | 138.0 | -28% | -4% | -19% |
| W10 | 52.3 | 59.5 | 111.8 | -50% | -10% | -34% |
| W11 | 49.0 | 61.0 | 110.0 | -53% | -8% | -35% |
| W12 | 56.4 | 63.0 | 119.4 | -46% | -5% | -30% |
| W13 | 49.3 | 49.1 | 98.4 | -52% | -26% | -42% |
| **Q2 FY01** | | | | | | |
| W2 | 150.3 | 122.5 | 272.8 | 0% | 0% | 0% |
| W4 | 145.9 | 129.4 | 275.3 | -3% | 6% | 1% |
| W6 | 145.6 | 119.0 | 264.7 | -3% | -3% | -3% |
| W8 | 131.0 | 119.5 | 250.5 | -13% | -2% | -8% |
| W10 | 118.5 | 117.6 | 236.1 | -21% | -4% | -13% |
| W11 | 116.0 | 116.2 | 232.2 | -23% | -5% | -15% |
| W12 | 106.2 | 132.8 | 238.9 | -29% | 8% | -12% |
| W13 | 81.4 | 131.1 | 212.5 | -46% | 7% | -22% |
| **Q3 FY01** | | | | | | |
| W2 | 221.8 | 195.9 | 417.6 | 0% | 0% | 0% |
| W4 | 211.3 | 172.9 | 384.2 | -5% | -12% | -8% |
| W6 | 184.3 | 164.9 | 349.2 | -17% | -16% | -16% |
| W8 | 187.5 | 181.0 | 368.4 | -15% | -8% | -12% |
| W10 | 173.8 | 178.1 | 351.9 | -22% | -9% | -16% |
| W11 | - | - | - | - | - | - |
| W12 | - | - | - | - | - | - |
| W13 | - | - | - | - | - | - |

| LAD | | | | | | |
|---|---|---|---|---|---|---|
| Forecast Week | Pipeline $M | | | Cumulative % Change | | |
| | Apps | Tech | Total | Apps | Tech | Total |
| **Q1 FY01** | | | | | | |
| W2 | 34.4 | 42.6 | 77.0 | 0% | 0% | 0% |
| W4 | 33.1 | 39.9 | 73.0 | -4% | -6% | -5% |
| W6 | 28.1 | 36.4 | 64.5 | -18% | -15% | -16% |
| W8 | 28.1 | 36.4 | 64.5 | -18% | -15% | -16% |
| W10 | 27.9 | 36.5 | 64.4 | -19% | -14% | -16% |
| W11 | 23.9 | 32.2 | 56.1 | -31% | -24% | -27% |
| W12 | 20.2 | 33.7 | 53.9 | -41% | -21% | -30% |
| W13 | 19.2 | 31.1 | 50.3 | -44% | -27% | -35% |
| **Q2 FY01** | | | | | | |
| W2 | 33.4 | 52.3 | 85.7 | 0% | 0% | 0% |
| W4 | 29.2 | 52.3 | 81.5 | -13% | 0% | -5% |
| W6 | 29.4 | 57.7 | 87.2 | -12% | 10% | 2% |
| W8 | 28.0 | 56.6 | 84.6 | -16% | 8% | -1% |
| W10 | 36.6 | 43.3 | 79.9 | 10% | -17% | -7% |
| W11 | 19.0 | 52.2 | 71.2 | -43% | 0% | -17% |
| W12 | 14.4 | 53.9 | 68.3 | -57% | 3% | -20% |
| W13 | 14.4 | 56.0 | 70.3 | -57% | 7% | -18% |
| **Q3 FY01** | | | | | | |
| W2 | 50.0 | 80.0 | 130.0 | 0% | 0% | 0% |
| W4 | 33.2 | 76.5 | 109.7 | -34% | -4% | -16% |
| W6 | 32.0 | 72.7 | 104.7 | -36% | -9% | -19% |
| W8 | 27.0 | 69.1 | 96.1 | -46% | -14% | -26% |
| W10 | 21.6 | 68.1 | 89.6 | -57% | -15% | -31% |
| W11 | - | - | - | - | - | - |
| W12 | - | - | - | - | - | - |
| W13 | - | - | - | - | - | - |

ORCL 0003835
CONFIDENTIAL

NDCA-ORCL 306675

*Cumulative Weekly License Pipeline Trends*

*Q3 FY01*

### UK, Ireland & South Africa

| Forecast Week | Pipeline $M Apps | Pipeline $M Tech | Pipeline $M Total | Cumulative % Change Apps | Cumulative % Change Tech | Cumulative % Change Total |
|---|---|---|---|---|---|---|
| Q1 FY01 | | | | | | |
| W2 | [illegible] | [illegible] | [illegible] | 0% | 0% | [illegible] |
| W4 | 62.6 | 61.9 | [illegible] | 0% | 0% | [illegible] |
| W6 | 42.5 | [illegible] | [illegible] | 32% | 18% | 25% |
| W8 | 42.5 | [illegible] | [illegible] | 32% | 18% | 25% |
| W10 | 30.6 | [illegible] | [illegible] | 51% | 25% | 38% |
| W11 | 30.6 | [illegible] | [illegible] | -51% | 25% | [illegible] |
| W12 | 30.6 | [illegible] | [illegible] | -51% | 25% | [illegible] |
| W13 | 30.6 | [illegible] | [illegible] | -51% | 25% | [illegible] |
| Q2 FY01 | | | | | | |
| W2 | [illegible] | [illegible] | [illegible] | 0% | [illegible] | [illegible] |
| W4 | [illegible] | [illegible] | [illegible] | 0% | 0% | [illegible] |
| W6 | [illegible] | [illegible] | [illegible] | [illegible] | 0% | [illegible] |
| W8 | [illegible] | [illegible] | [illegible] | [illegible] | 0% | [illegible] |
| W10 | 46.0 | [illegible] | [illegible] | 44% | 12% | [illegible] |
| W11 | 46.0 | [illegible] | [illegible] | -44% | 12% | [illegible] |
| W12 | 46.0 | [illegible] | [illegible] | -44% | 12% | [illegible] |
| W13 | 46.0 | [illegible] | [illegible] | 44% | 12% | [illegible] |
| Q3 FY01 | | | | | | |
| W2 | [illegible] | [illegible] | [illegible] | 0% | [illegible] | [illegible] |
| W4 | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| W6 | [illegible] | [illegible] | [illegible] | 24% | [illegible] | [illegible] |
| W8 | [illegible] | [illegible] | [illegible] | 24% | [illegible] | [illegible] |
| W10 | [illegible] | [illegible] | [illegible] | 41% | [illegible] | [illegible] |
| W11 | | | | | | |
| W12 | | | | | | |
| W13 | | | | | | |

### G[illegible]

| Forecast Week | Pipeline $M Apps | Pipeline $M Tech | Pipeline $M Total | Cumulative % Change Apps | Cumulative % Change Tech | Cumulative % Change Total |
|---|---|---|---|---|---|---|
| Q1 FY01 | | | | | | |
| W2 | 12.1 | 57.2 | 69.3 | [illegible] | [illegible] | [illegible] |
| W4 | 12.1 | 57.2 | 69.3 | 0% | 0% | [illegible] |
| W6 | 24.0 | 41.0 | 64.9 | 98% | 28% | [illegible] |
| W8 | 24.0 | 41.0 | 64.9 | 98% | -28% | [illegible] |
| W10 | 10.1 | 35.6 | 45.8 | 16% | 38% | 34% |
| W11 | 10.1 | 35.6 | 45.8 | -16% | 38% | [illegible] |
| W12 | 10.1 | 35.6 | 45.8 | -16% | 38% | 34% |
| W13 | 10.1 | 35.6 | 45.8 | -16% | -38% | [illegible] |
| Q2 FY01 | | | | | | |
| W2 | 25.4 | 67.3 | 92.8 | [illegible] | [illegible] | [illegible] |
| W4 | 25.4 | 67.3 | 92.8 | [illegible] | 0% | [illegible] |
| W6 | 17.2 | 62.3 | 79.5 | 32% | [illegible] | 14% |
| W8 | 17.2 | 62.3 | 79.5 | -32% | [illegible] | 14% |
| W10 | 7.3 | 61.0 | 68.3 | -71% | [illegible] | [illegible] |
| W11 | 7.3 | 61.0 | 68.3 | 71% | [illegible] | [illegible] |
| W12 | 7.3 | 61.0 | 68.3 | -71% | 9% | [illegible] |
| W13 | 7.3 | 61.0 | 68.3 | -71% | [illegible] | [illegible] |
| Q3 FY01 | | | | | | |
| W2 | 11.0 | 89.2 | 100.3 | [illegible] | 0% | [illegible] |
| W4 | 22.4 | 77.8 | 100.3 | 0% | 0% | [illegible] |
| W6 | 21.1 | 79.2 | 100.3 | [illegible] | 2% | [illegible] |
| W8 | 21.1 | 79.2 | 100.3 | [illegible] | 2% | [illegible] |
| W10 | [illegible] | 63.8 | 70.8 | 60% | 21% | [illegible] |
| W11 | | | | | | |
| W12 | | | | | | |
| W13 | | | | | | |

### France, Middle East & Africa

| Forecast Week | Pipeline $M Apps | Pipeline $M Tech | Pipeline $M Total | Cumulative % Change Apps | Cumulative % Change Tech | Cumulative % Change Total |
|---|---|---|---|---|---|---|
| Q1 FY01 | | | | | | |
| W2 | 42.1 | 44.7 | 86.8 | 0% | 0% | 0% |
| W4 | 42.1 | 44.7 | 86.8 | 0% | 0% | 0% |
| W6 | 33.9 | 48.0 | 81.9 | -19% | 7% | -6% |
| W8 | 33.9 | 48.0 | 81.9 | -19% | 7% | -6% |
| W10 | 34.6 | 48.3 | 82.9 | -18% | 8% | -4% |
| W11 | 34.6 | 48.3 | 82.9 | -18% | 8% | -4% |
| W12 | 34.6 | 48.3 | 82.9 | -18% | 8% | -4% |
| W13 | 34.6 | 48.3 | 82.9 | -18% | 8% | -4% |
| Q2 FY01 | | | | | | |
| W2 | 37.2 | 56.4 | 93.6 | 0% | 0% | 0% |
| W4 | 37.2 | 56.4 | 93.6 | 0% | 0% | 0% |
| W6 | 40.8 | 57.9 | 98.6 | 10% | 3% | 5% |
| W8 | 40.8 | 57.9 | 98.6 | 10% | 3% | 5% |
| W10 | 33.4 | 58.0 | 91.4 | -10% | 3% | -2% |
| W11 | 33.4 | 58.0 | 91.4 | -10% | 3% | -2% |
| W12 | 33.4 | 58.0 | 91.4 | -10% | 3% | -2% |
| W13 | 33.4 | 58.0 | 91.4 | -10% | 3% | [illegible] |
| Q3 FY01 | | | | | | |
| W2 | 59.3 | 78.5 | 137.8 | 0% | 0% | 0% |
| W4 | [illegible] | 80.5 | 140.5 | 0% | [illegible] | 0% |
| W6 | 48.0 | 75.0 | 123.0 | 20% | [illegible] | 12% |
| W8 | 48.0 | 75.0 | 123.0 | 20% | [illegible] | 12% |
| W10 | 37.9 | [illegible] | 114.4 | -37% | [illegible] | -19% |
| W11 | | | | | | |
| W12 | | | | | | |
| W13 | | | | | | |

### Southern Europe

| Forecast Week | Pipeline $M Apps | Pipeline $M Tech | Pipeline $M Total | Cumulative % Change Apps | Cumulative % Change Tech | Cumulative % Change Total |
|---|---|---|---|---|---|---|
| Q1 FY01 | | | | | | |
| W2 | [illegible] | [illegible] | [illegible] | 0% | [illegible] | [illegible] |
| W4 | [illegible] | [illegible] | [illegible] | 0% | [illegible] | [illegible] |
| W6 | 5.3 | 42.5 | [illegible] | 48% | 23% | [illegible] |
| W8 | 5.3 | 42.5 | [illegible] | 48% | 23% | [illegible] |
| W10 | 4.4 | [illegible] | [illegible] | 53% | 4% | [illegible] |
| W11 | 4.4 | [illegible] | [illegible] | 53% | 4% | [illegible] |
| W12 | 4.4 | [illegible] | [illegible] | -53% | 4% | [illegible] |
| W13 | 4.4 | [illegible] | [illegible] | 53% | 4% | [illegible] |
| Q2 FY01 | | | | | | |
| W2 | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| W4 | [illegible] | [illegible] | [illegible] | 0% | [illegible] | [illegible] |
| W6 | 22.5 | 64.2 | [illegible] | 16% | [illegible] | [illegible] |
| W8 | 22.5 | 64.2 | [illegible] | -16% | [illegible] | [illegible] |
| W10 | 14.4 | [illegible] | [illegible] | -46% | 4% | [illegible] |
| W11 | 14.4 | [illegible] | [illegible] | 46% | 4% | [illegible] |
| W12 | 14.4 | [illegible] | [illegible] | 46% | 4% | [illegible] |
| W13 | 14.4 | [illegible] | [illegible] | 46% | 4% | [illegible] |
| Q3 FY01 | | | | | | |
| W2 | [illegible] | [illegible] | [illegible] | 0% | [illegible] | [illegible] |
| W4 | [illegible] | [illegible] | [illegible] | 0% | [illegible] | [illegible] |
| W6 | [illegible] | [illegible] | [illegible] | 26% | [illegible] | [illegible] |
| W8 | [illegible] | [illegible] | [illegible] | 26% | [illegible] | [illegible] |
| W10 | [illegible] | [illegible] | [illegible] | 43% | [illegible] | [illegible] |
| W11 | | | | | | |
| W12 | | | | | | |
| W13 | | | | | | |

### Northern, Central & Eastern Europe

| Forecast Week | Pipeline $M Apps | Pipeline $M Tech | Pipeline $M Total | Cumulative % Change Apps | Cumulative % Change Tech | Cumulative % Change Total |
|---|---|---|---|---|---|---|
| Q1 FY01 | | | | | | |
| W2 | 28.6 | 54.8 | 83.4 | [illegible] | 0% | [illegible] |
| W4 | 28.6 | 54.8 | 83.4 | 0% | 0% | [illegible] |
| W6 | 28.3 | 49.9 | 78.2 | 1% | [illegible] | [illegible] |
| W8 | 28.3 | 49.9 | 78.2 | 1% | [illegible] | [illegible] |
| W10 | 19.1 | 46.6 | 65.7 | 33% | 15% | [illegible] |
| W11 | 19.1 | 46.6 | 65.7 | 33% | 15% | [illegible] |
| W12 | 19.1 | 46.6 | 65.7 | -33% | -15% | [illegible] |
| W13 | 19.1 | 46.6 | 65.7 | 33% | 15% | [illegible] |
| Q2 FY01 | | | | | | |
| W2 | 45.7 | 70.8 | 116.5 | 0% | 0% | [illegible] |
| W4 | 45.7 | 70.8 | 116.5 | 0% | [illegible] | [illegible] |
| W6 | 42.8 | 76.8 | 119.6 | 6% | [illegible] | [illegible] |
| W8 | 42.8 | 76.8 | 119.6 | 6% | [illegible] | [illegible] |
| W10 | 40.5 | 85.6 | 126.1 | 11% | 21% | [illegible] |
| W11 | 40.5 | 85.6 | 126.1 | 11% | 21% | [illegible] |
| W12 | 40.5 | 85.6 | 126.1 | 11% | 21% | [illegible] |
| W13 | 40.5 | 85.6 | 126.1 | 11% | 21% | [illegible] |
| Q3 FY01 | | | | | | |
| W2 | [illegible] | 91.4 | 149.9 | [illegible] | [illegible] | [illegible] |
| W4 | [illegible] | 85.3 | 129.9 | [illegible] | [illegible] | [illegible] |
| W6 | 53.4 | 86.5 | 139.8 | 10% | 1% | [illegible] |
| W8 | 53.4 | 86.5 | 139.8 | 10% | 1% | [illegible] |
| W10 | [illegible] | 91.5 | 124.8 | 32% | [illegible] | [illegible] |
| W11 | | | | | | |
| W12 | | | | | | |
| W13 | | | | | | |

### Japan

| Forecast Week | Pipeline $M Apps | Pipeline $M Tech | Pipeline $M Total | Cumulative % Change Apps | Cumulative % Change Tech | Cumulative % Change Total |
|---|---|---|---|---|---|---|
| Q1 FY01 | | | | | | |
| W2 | 23.2 | 96.6 | 119.8 | 0% | [illegible] | 0% |
| W4 | 23.2 | 96.6 | 119.8 | 0% | [illegible] | 0% |
| W6 | 23.2 | 96.1 | 119.2 | 0% | [illegible] | [illegible] |
| W8 | 23.2 | 96.1 | 119.2 | 0% | [illegible] | [illegible] |
| W10 | 4.9 | 90.6 | 95.5 | 79% | [illegible] | -20% |
| W11 | 4.9 | 90.6 | 95.5 | 79% | [illegible] | -20% |
| W12 | 4.9 | 90.6 | 95.5 | -79% | [illegible] | -20% |
| W13 | 4.9 | 90.6 | 95.5 | -79% | [illegible] | -20% |
| Q2 FY01 | | | | | | |
| W2 | 27.4 | 131.5 | 158.9 | 0% | [illegible] | [illegible] |
| W4 | 27.4 | 131.5 | 158.9 | 0% | [illegible] | [illegible] |
| W6 | 25.0 | 136.6 | 161.6 | -9% | 4% | [illegible] |
| W8 | 25.0 | 136.6 | 161.6 | -9% | 4% | [illegible] |
| W10 | 25.0 | 133.8 | [illegible] | -9% | [illegible] | [illegible] |
| W11 | 25.0 | 133.8 | [illegible] | -9% | [illegible] | [illegible] |
| W12 | 25.0 | 133.8 | 158.8 | -9% | [illegible] | [illegible] |
| W13 | 25.0 | 133.8 | [illegible] | -9% | [illegible] | [illegible] |
| Q3 FY01 | | | | | | |
| W2 | 34.6 | 128.0 | 162.6 | 0% | [illegible] | 0% |
| W4 | 34.6 | 128.0 | 162.6 | 0% | [illegible] | 0% |
| W6 | 33.3 | 127.4 | 160.6 | -4% | [illegible] | [illegible] |
| W8 | 33.3 | 127.4 | 160.6 | -4% | [illegible] | [illegible] |
| W10 | [illegible] | 120.8 | 149.0 | 19% | [illegible] | [illegible] |
| W11 | | | | | | |
| W12 | | | | | | |
| W13 | | | | | | |

### APAC

| Forecast Week | Pipeline $M Apps | Pipeline $M Tech | Pipeline $M Total | Cumulative % Change Apps | Cumulative % Change Tech | Cumulative % Change Total |
|---|---|---|---|---|---|---|
| Q1 FY01 | | | | | | |
| W2 | [illegible] | [illegible] | [illegible] | 0% | [illegible] | [illegible] |
| W4 | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| W6 | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| W8 | [illegible] | 83.0 | [illegible] | [illegible] | [illegible] | [illegible] |
| W10 | 32.4 | [illegible] | [illegible] | 12% | [illegible] | [illegible] |
| W11 | 32.4 | [illegible] | [illegible] | 12% | [illegible] | [illegible] |
| W12 | 32.4 | [illegible] | [illegible] | 12% | [illegible] | [illegible] |
| W13 | 32.4 | [illegible] | [illegible] | 12% | [illegible] | [illegible] |
| Q2 FY01 | | | | | | |
| W2 | [illegible] | 68.4 | [illegible] | [illegible] | [illegible] | [illegible] |
| W4 | [illegible] | 68.4 | [illegible] | 0% | [illegible] | [illegible] |
| W6 | 45.1 | 88.8 | [illegible] | -2% | [illegible] | [illegible] |
| W8 | 45.1 | 88.8 | [illegible] | 2% | [illegible] | [illegible] |
| W10 | 38.2 | 93.5 | [illegible] | 17% | [illegible] | 15% |
| W11 | 38.2 | 93.5 | [illegible] | -17% | [illegible] | 15% |
| W12 | 38.2 | 93.5 | [illegible] | -17% | [illegible] | 15% |
| W13 | 38.2 | 93.5 | [illegible] | -17% | [illegible] | [illegible] |
| Q3 FY01 | | | | | | |
| W2 | 69.3 | [illegible] | [illegible] | 0% | [illegible] | [illegible] |
| W4 | 69.2 | [illegible] | [illegible] | 0% | 0% | 0% |
| W6 | 64.3 | 98.1 | [illegible] | [illegible] | 12% | [illegible] |
| W8 | 64.3 | 98.1 | [illegible] | [illegible] | 12% | [illegible] |
| W10 | [illegible] | [illegible] | [illegible] | 10% | 6% | [illegible] |
| W11 | | | | | | |
| W12 | | | | | | |

### Total Company

| Forecast Week | Pipeline $M Apps | Pipeline $M Tech | Pipeline $M Total | Cumulative % Change Apps | Cumulative % Change Tech | Cumulative % Change Total |
|---|---|---|---|---|---|---|
| Q1 FY01 | | | #VALUE! | #VALUE! | | |
| W2 | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| W4 | [illegible] | 974.4 | [illegible] | [illegible] | [illegible] | [illegible] |
| W6 | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| W8 | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| W10 | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| W11 | [illegible] | 922.5 | [illegible] | 49% | [illegible] | [illegible] |
| W12 | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| W13 | [illegible] | [illegible] | 1,217.4 | [illegible] | [illegible] | [illegible] |
| Q2 FY01 | | | | | | |
| W2 | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| W4 | [illegible] | [illegible] | [illegible] | 2% | 1% | [illegible] |
| W6 | [illegible] | [illegible] | [illegible] | 4% | [illegible] | [illegible] |
| W8 | [illegible] | [illegible] | [illegible] | -7% | [illegible] | [illegible] |
| W10 | [illegible] | [illegible] | 2,115.6 | 24% | 4% | [illegible] |
| W11 | 644.7 | [illegible] | [illegible] | -30% | 2% | [illegible] |
| W12 | [illegible] | [illegible] | [illegible] | -34% | 2% | [illegible] |
| W13 | [illegible] | 1,300.2 | [illegible] | -40% | [illegible] | [illegible] |
| Q3 FY01 | | | | | | |
| W2 | [illegible] | [illegible] | [illegible] | 0% | 0% | [illegible] |
| W4 | [illegible] | 1,616.3 | [illegible] | -20% | -5% | -12% |
| W6 | [illegible] | [illegible] | [illegible] | 22% | [illegible] | [illegible] |
| W8 | 955.5 | [illegible] | [illegible] | 24% | -1% | -11% |
| W10 | [illegible] | [illegible] | [illegible] | 36% | [illegible] | [illegible] |
| W11 | | | | | | |
| W12 | | | | | | |
| W13 | | | | | | |

Oracle Corporation Confidential

ORCL 0003836
CONFIDENTIAL

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

# Total License Pipeline Trend Analysis

Month 3 - February Week 10

### Total Company

| Constant $ | | License Pipeline | Quarterly Actuals | Pipeline as a % of Actuals | Actuals as a % of Pipeline |
|---|---|---|---|---|---|
| Q4 | FY99 | $ 2,317,907 | $ 1,447,292 | 160% | 62% |
| Q1 | FY00 | $ 957,840 | $ 602,804 | 159% | 63% |
| Q2 | FY00 | $ 1,541,638 | $ 859,164 | 179% | 56% |
| Q3 | FY00 | $ 1,829,757 | $ 1,029,791 | 178% | 56% |
| Q4 | FY00 | $ 3,136,995 | $ 1,797,955 | 174% | 57% |
| Q1 | FY01 | $ 1,371,029 | $ 785,431 | 175% | 57% |
| Q2 | FY01 | $ 2,115,637 | $ 1,128,189 | 188% | 53% |
| Q3 (1) | FY01 | $ 2,417,894 | $ 1,242,469 | 195% | 51% |

### Oracle Service Industries (OSI)[1]

| Constant $ | | License Pipeline | Quarterly Actuals | Pipeline as a % of Actuals | Actuals as a % of Pipeline |
|---|---|---|---|---|---|
| Q4 | FY99 | $ 578,348 | $ 312,912 | 185% | 54% |
| Q1 | FY00 | $ 167,180 | $ 70,496 | 237% | 42% |
| Q2 | FY00 | $ 319,107 | $ 125,915 | 253% | 39% |
| Q3 | FY00 | $ 340,879 | $ 188,953 | 180% | 55% |
| Q4 | FY00 | $ 623,654 | $ 345,055 | 181% | 55% |
| Q1 | FY01 | $ 216,950 | $ 106,907 | 203% | 49% |
| Q2 | FY01 | $ 304,167 | $ 153,227 | 199% | 50% |
| Q3 (1) | FY01 | $ 376,362 | $ 210,000 | 179% | 56% |

### North American Sales (NAS)[1]

| Constant $ | | License Pipeline | Quarterly Actuals | Pipeline as a % of Actuals | Actuals as a % of Pipeline |
|---|---|---|---|---|---|
| Q4 | FY99 | $ 572,504 | $ 374,777 | 153% | 65% |
| Q1 | FY00 | $ 250,375 | $ 126,668 | 198% | 51% |
| Q2 | FY00 | $ 412,900 | $ 196,850 | 210% | 48% |
| Q3 | FY00 | $ 569,940 | $ 308,555 | 185% | 54% |
| Q4 | FY00 | $ 1,039,640 | $ 521,209 | 199% | 50% |
| Q1 | FY01 | $ 461,042 | $ 199,281 | 231% | 43% |
| Q2 | FY01 | $ 720,400 | $ 282,321 | 255% | 39% |
| Q3 (1) | FY01 | $ 740,647 | $ 335,995 | 220% | 45% |

### Oracle Process Industries (OPI)[1]

| Constant $ | | License Pipeline | Quarterly Actuals | Pipeline as a % of Actuals | Actuals as a % of Pipeline |
|---|---|---|---|---|---|
| Q4 | FY99 | $ 263,248 | $ 175,856 | 150% | 67% |
| Q1 | FY00 | $ 71,455 | $ 49,766 | 144% | 70% |
| Q2 | FY00 | $ 186,700 | $ 54,404 | 343% | 29% |
| Q3 | FY00 | $ 220,945 | $ 83,272 | 265% | 38% |
| Q4 | FY00 | $ 354,300 | $ 198,499 | 178% | 56% |
| Q1 | FY01 | $ 111,766 | $ 40,622 | 275% | 36% |
| Q2 | FY01 | $ 236,059 | $ 108,699 | 217% | 46% |
| Q3 (1) | FY01 | $ 351,928 | $ 149,999 | 235% | 43% |

### Latin America[2]

| Constant $ | | License Pipeline | Quarterly Actuals | Pipeline as a % of Actuals | Actuals as a % of Pipeline |
|---|---|---|---|---|---|
| Q4 | FY99 | $ 91,823 | $ 49,364 | 186% | 54% |
| Q1 | FY00 | $ 51,100 | $ 21,555 | 237% | 42% |
| Q2 | FY00 | $ 57,923 | $ 31,676 | 183% | 55% |
| Q3 | FY00 | $ 64,577 | $ 39,095 | 165% | 61% |
| Q4 | FY00 | $ 78,910 | $ 67,139 | 118% | 85% |
| Q1 | FY01 | $ 64,401 | $ 26,875 | 240% | 42% |
| Q2 | FY01 | $ 79,881 | $ 38,714 | 206% | 48% |
| Q3 (1) | FY01 | $ 89,648 | $ 46,520 | 193% | 52% |

### APAC

| Constant $ | | License Pipeline | Quarterly Actuals | Pipeline as a % of Actuals | Actuals as a % of Pipeline |
|---|---|---|---|---|---|
| Q4 | FY99 | $ 87,257 | $ 66,490 | 131% | 76% |
| Q1 | FY00 | $ 76,194 | $ 51,007 | 149% | 67% |
| Q2 | FY00 | $ 80,979 | $ 54,935 | 147% | 68% |
| Q3 | FY00 | $ 86,008 | $ 65,682 | 131% | 76% |
| Q4 | FY00 | $ 126,325 | $ 98,416 | 128% | 78% |
| Q1 | FY01 | $ 109,262 | $ 72,450 | 151% | 66% |
| Q2 | FY01 | $ 131,710 | $ 81,170 | 162% | 62% |
| Q3 (1) | FY01 | $ 151,124 | $ 86,140 | 175% | 57% |

### Japan

| Constant $ | | License Pipeline | Quarterly Actuals | Pipeline as a % of Actuals | Actuals as a % of Pipeline |
|---|---|---|---|---|---|
| Q4 | FY99 | $ 113,496 | $ 107,577 | 106% | 95% |
| Q1 | FY00 | $ 86,504 | $ 75,878 | 114% | 88% |
| Q2 | FY00 | $ 114,346 | $ 108,001 | 106% | 94% |
| Q3 | FY00 | $ 110,342 | $ 91,650 | 120% | 83% |
| Q4 | FY00 | $ 136,924 | $ 129,413 | 106% | 95% |
| Q1 | FY01 | $ 95,485 | $ 93,299 | 102% | 98% |
| Q2 | FY01 | $ 158,755 | $ 147,752 | 107% | 93% |
| Q3 (1) | FY01 | $ 148,979 | $ 109,681 | 136% | 74% |

### UK, Ireland & South Africa

| Constant $ | | License Pipeline | Quarterly Actuals | Pipeline as a % of Actuals | Actuals as a % of Pipeline |
|---|---|---|---|---|---|
| Q4 | FY99 | $ 199,374 | $ 133,376 | 149% | 67% |
| Q1 | FY00 | $ 70,516 | $ 31,174 | 226% | 44% |
| Q2 | FY00 | $ 110,699 | $ 54,891 | 202% | 50% |
| Q3 | FY00 | $ 109,837 | $ 61,871 | 178% | 56% |
| Q4 | FY00 | $ 252,985 | $ 130,873 | 193% | 52% |
| Q1 | FY01 | $ 77,051 | $ 48,591 | 159% | 63% |
| Q2 | FY01 | $ 120,977 | $ 80,772 | 150% | 67% |
| Q3 (1) | FY01 | $ 155,227 | $ 71,508 | 217% | 46% |

### Germany

| Constant $ | | License Pipeline | Quarterly Actuals | Pipeline as a % of Actuals | Actuals as a % of Pipeline |
|---|---|---|---|---|---|
| Q4 | FY99 | $ 110,122 | $ 72,401 | 152% | 66% |
| Q1 | FY00 | $ 38,047 | $ 24,194 | 157% | 64% |
| Q2 | FY00 | $ 64,566 | $ 52,701 | 123% | 82% |
| Q3 | FY00 | $ 60,560 | $ 41,919 | 144% | 69% |
| Q4 | FY00 | $ 130,678 | $ 76,679 | 170% | 59% |
| Q1 | FY01 | $ 45,760 | $ 31,981 | 143% | 70% |
| Q2 | FY01 | $ 68,318 | $ 49,637 | 138% | 73% |
| Q3 (1) | FY01 | $ 70,825 | $ 58,002 | 122% | 82% |

(1) Data as of February 5, 2001

(2) Americas data, Q1 FY00 through current period are based on weekly data. All other periods and countries are monthly.

ORCL 0003837
CONFIDENTIAL

NDCA-ORCL 306677

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

# Total License Pipeline Trend Analysis

Month 3 - February - Week 10

**France, Middle East & Africa**

| Constant $ | | | License Pipeline | | Quarterly Actuals | Pipeline as a % of Actuals | Actuals as a % of Pipeline |
|---|---|---|---|---|---|---|---|
| Q4 | FY99 | $ | 109,183 | $ | 57,537 | 190% | 53% |
| Q1 | FY00 | $ | 53,340 | $ | 33,618 | 159% | 63% |
| Q2 | FY00 | $ | 54,360 | $ | 43,899 | 124% | 81% |
| Q3 | FY00 | $ | 96,083 | $ | 48,863 | 197% | 51% |
| Q4 | FY00 | $ | 155,675 | $ | 63,152 | 247% | 41% |
| Q1 | FY01 | $ | 82,924 | $ | 47,416 | 175% | 57% |
| Q2 | FY01 | $ | 91,368 | $ | 51,189 | 178% | 56% |
| Q3 (1) | FY01 | $ | 114,374 | $ | 52,776 | 217% | 46% |

**Southern Europe**

| Constant $ | | | License Pipeline | | Quarterly Actuals | Pipeline as a % of Actuals | Actuals as a % of Pipeline |
|---|---|---|---|---|---|---|---|
| Q4 | FY99 | $ | 70,584 | $ | 45,210 | 156% | 64% |
| Q1 | FY00 | $ | 38,992 | $ | 30,983 | 126% | 79% |
| Q2 | FY00 | $ | 60,784 | $ | 50,919 | 119% | 84% |
| Q3 | FY00 | $ | 84,959 | $ | 46,728 | 182% | 55% |
| Q4 | FY00 | $ | 100,376 | $ | 56,636 | 177% | 56% |
| Q1 | FY01 | $ | 40,653 | $ | 39,674 | 102% | 98% |
| Q2 | FY01 | $ | 77,930 | $ | 55,831 | 140% | 72% |
| Q3 (1) | FY01 | $ | 93,959 | $ | 55,028 | 171% | 59% |

**Northern, Central & Eastern Europe**

| Constant $ | | | License Pipeline | | Quarterly Actuals | Pipeline as a % of Actuals | Actuals as a % of Pipeline |
|---|---|---|---|---|---|---|---|
| Q4 | FY99 | $ | 121,968 | $ | 75,162 | 162% | 62% |
| Q1 | FY00 | $ | 54,137 | $ | 35,934 | 151% | 66% |
| Q2 | FY00 | $ | 79,275 | $ | 57,332 | 138% | 72% |
| Q3 | FY00 | $ | 85,628 | $ | 54,017 | 159% | 63% |
| Q4 | FY00 | $ | 137,527 | $ | 94,047 | 146% | 68% |
| Q1 | FY01 | $ | 65,735 | $ | 43,132 | 152% | 66% |
| Q2 | FY01 | $ | 126,070 | $ | 74,065 | 170% | 59% |
| Q3 (1) | FY01 | $ | 124,822 | $ | 67,001 | 186% | 54% |

(1) Data as of February 5, 2001

ORCL 0003838
CONFIDENTIAL

NDCA-ORCL 306678

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

**Pipeline Growth vs. Revenue Growth**
Month 3 - February / Week 10
Total Company

| | Month 1+ | | Month 2+ | | Month 3+ | | Pipeline Growth | | | License Revenue | | | Growth Gap |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Current | Prior | Current | Prior | Current | Prior | Month 1 | Month 2 | Month 3 | Actuals | Actuals PY | Growth | |
| Q499* | 2,631,377 | 1,808,208 | 2,744,697 | 1,909,890 | 2,499,862 | 1,911,390 | 46% | 44% | 31% | 1,484,610 | 1,213,573 | 22% | -8% |
| Q100* | 1,082,286 | 939,229 | 1,082,286 | 939,229 | 990,380 | 945,995 | 15% | 15% | 5% | 613,089 | 569,961 | 8% | 3% |
| Q200* | 1,487,158 | 1,215,281 | 1,670,241 | 1,181,500 | 1,588,639 | 1,156,588 | 22% | 41% | 37% | 876,132 | 733,617 | 19% | -18% |
| Q300 | 1,987,263 | 1,548,501 | 2,022,586 | 1,601,207 | 1,829,757 | 1,437,038 | 28% | 26% | 27% | 1,029,791 | 772,406 | 33% | 6% |
| Q400 | 3,143,991 | 2,422,973 | 3,203,965 | 2,474,447 | 3,136,995 | 2,317,907 | 30% | 29% | 35% | 1,789,612 | 1,461,358 | 22% | -13% |
| Q101 | 1,737,770 | 929,909 | 1,556,059 | 999,440 | 1,371,029 | 957,840 | 87% | 56% | 43% | 785,431 | 588,423 | 33% | -10% |
| Q201 | 2,286,039 | 1,599,710 | 2,319,232 | 1,644,691 | 2,115,637 | 1,541,638 | 43% | 41% | 37% | 1,128,189 | 859,164 | 31% | -6% |
| Q301 | 2,619,812 | 1,987,263 | 2,649,859 | 2,022,586 | 2,417,894 | 1,829,757 | 32% | 31% | 32% | 1,242,469 | 1,029,791 | 21% | -11% |

+ Month 1 corresponds to quarter based weeks 2 & 4, month 2 to weeks 6 & 8, and month 3 to weeks 10-13. Months outside of the current week default to the pipeline values of their ending week

* At May 99 constant dollar rates, otherwise May 00 rates

ORCL 0003839
CONFIDENTIAL

NDCA-ORCL 306679