1              IN THE UNITED STATES DISTRICT COURT

2                NORTHERN DISTRICT OF CALIFORNIA

3                                                    CERTIFIED COPY

                                          )
4    In re ORACLE CORPORATION             )
     SECURITIES LITIGATION                )  Master File No.
5    _____    )
                                          )   C-01-0988-MJJ
6    THIS DOCUMENT RELATES TO:            )
                                          )
7        ALL ACTIONS.                     )
     _____    )

8

9

10

11                         CONFIDENTIAL

12

13                          VOLUME II

14    VIDEOTAPED DEPOSITION OF EDWARD J. SANDERSON, JR.

15              Wednesday, July 26, 2006

16

17                       VIDEOTRACK LLC
                         Reporting For:

18

19                   LiveNote World Service
                   221 Main Street, Suite 1250
20              San Francisco, California  94105
                    Phone:  (415) 321-2300
21                   Fax:  (415) 321-2301

22

23

24   REPORTED BY: KAE F. GERNANDT
                  CSR No. 5342

25

```
 1            Q.    This is what I'm asking.

 2            A.    Yeah.

 3            Q.    Because the top of the document begins

 4     with the license line of the business.

 5            A.    Right.

 6            Q.    And then the second half is the

 7     consulting line of business.  And then the large

 8     deal impact kind of trails off at the end.  It

 9     appears, logically, that it might relate to the

10     second half.

11            A.    It doesn't relate to Consulting.  And I

12     mean, it's not consulting as well.  If you notice

13     under "Consulting LOB," the very first bullet on

14     11/22, it says revenue forecast is 38 million.

15            If you see on November 10th revenue

16     forecast is 38 million.  We didn't even put judgment

17     against consulting because you can project out

18     billable hours and that kind of thing.  Where you

19     had the more -- you know, the -- where things were

20     less defined was on the sales side, and so, you

21     would track those deals.

22            I also tracked deals, what -- one of the

23     things I did when I took over OPI, I wanted to track

24     the deals in each month of the quarter.  And as you

25     can see, September, October, and November, I saw it
```

```
 1    shows what deals we closed and what the trend is.
 2              And, not surprisingly, particularly in a
 3    sales organization, you're closing more deals in the
 4    last month of the quarter than you did in the first
 5    month.
 6         Q.    Okay.  Just going to 620717.
 7         A.    New quarter.
 8         Q.    Right, the beginning of the third
 9    quarter, right?
10         A.    Correct.
11         Q.    It -- maybe about a quarter of the way
12    down the page, it has the pipeline.
13         A.    Uh-huh.
14         Q.    And it indicates that the pipeline is
15    down 33 million from last week, right?
16         A.    Correct.
17         Q.    But it doesn't offer reasons here?
18         A.    No.  But it was not unusual -- right
19    after a quarter starts, it's when the reps go back
20    and everybody starts focusing on that quarter, and
21    they look at which deals are going to happen this
22    quarter and which deals are going to happen next
23    quarter or not at all.  So, they're cleaning up
24    their pipeline for the new quarter.
25         Q.    Yesterday we talked a little bit about
```

1   reps updating the pipeline prior to, I think it was,

2   December 15th --

3           A.   At that point, we were -- as I recall,

4   we were implementing OSO internally, and Mark

5   Barrenechea was just simply putting a request out

6   that --

7           Q.   That people update.

8           A.   -- we make sure because the system was

9   going to be down for a period of time as we went to

10  the new application.

11          Q.   Right.  So, he wanted everyone to update

12  it before the system went down, right?

13          A.   Until the old system was -- was stopped

14  so that they could begin the preparation to

15  implement OSO, correct.

16          Q.   Do you think that this pipeline

17  reference is a number that's before or after it was

18  updated by the sales reps?

19          A.   I -- I don't recall.

20          Q.   Okay.  Going down to Consulting --

21          A.   Uh-huh.

22          Q.   -- looking at, I guess, the sixth or

23  seventh bullet point down, it has the utilization at

24  57 percent.

25          A.   Uh-huh.

1

2

3                        REPORTER'S CERTIFICATE

4

5          I, KAE F. GERNANDT, a Certified Shorthand

6    Reporter for the State of California, do hereby certify:

7              That the witness in the foregoing deposition

8    was by me duly sworn; that the deposition was then taken

9    before me at the time and place herein set forth; that

10   the testimony and proceedings were reported by me

11   stenographically and were transcribed through

12   computerized transcription under my direction; and the

13   foregoing is a true and correct record of the testimony

14   and proceedings taken at that time.

15             IN WITNESS WHEREOF, I have subscribed my

16   name this 3rd day of August, 2006.

17

18

19

20   _____

21             Kae F. Gernandt, CSR No. 5342

22

23

24

25

Case:        In re Oracle Securities Litigation, Master File No. C-01-0988MJJ

Witness:     Edward J. Sanderson, Jr.

Date:        July 25, 2006 and August 7, 2006

Reporter:    Kae F. Gernandt, CSR No. 5342

I HAVE READ THE EXAMINATION AS REQUESTED.  PLEASE NOTE THE FOLLOWING:

_____        No changes need to be made to the transcript.

___X___           Changes listed below.


_____        _____
WITNESS SIGNATURE                                DATE SIGNED
                                                 9/3/06

Note:  Please check the appropriate column for add (+) or delete (-).  If you wish to add anything to the deposition, use the exact words you want to add.  If you wish to delete anything from the deposition, please use the exact words you want to delete. Thank you.

| Page | Line | + | - | |
|------|------|---|---|---|
| 205:18 | | | | Change "to" to "into" |
| 247:17 | | | | Change "SalesOnline" to "Sales Online" |
| 248:1 | | | | Change "SalesOnline" to "Sales Online" |
| 252:23 | | | | Change "SalesOnline" to "Sales Online" |
| 255:17 | | | | Change "SalesOnline" to "Sales Online" |
| 258:1 | | | | Change "SalesOnline" to "Sales Online" |
| 266:23 | | | | Change "SalesOnline" to "Sales Online" |
| 268:5 | | | | Change "SalesOnline" to "Sales Online" |
| 268:23 | | | | Change "SalesOnline" to "Sales Online" |
| 269:5 | | | | Change "SalesOnline" to "Sales Online" |
| 269:15 | | | | Change "SalesOnline" to "Sales Online" |
| 270:17 | | | | Change "SalesOnline" to "Sales Online" |
| 275:25 | | | | Change "SalesOnline" to "Sales Online" |
| 316:12 | | | | Change "req" to "rec" |

SV\521217.1

Page 1 of 2

317:25          Change "Caulter" to "Coulter"

344:14          Change "at" to "of"

370:12          Change "Tool" to "Tools"

387:14          Change "SalesOnline" to "Sales Online"

403:19          Change "SalesOnline" to "Sales Online"

425:23          Change "meet" to "mean"

467:5, 7, 8, 18          Change "SalesOnline" to "Sales Online"

472:6          Change "SalesOnline" to "Sales Online"

499:25          Change "req" to "rec"

532:7          Change "inversion" to "version"

563:18          Change "SalesOnline" to "Sales Online"

43:10          Change "MCKENZIE" to "M^cKinsey"

43:09          "          "          "          "

314:22          Change "Focus to book to bill" to "Focus on book to bill"

315:6          Change "worthy of note" to "worth to note"

Page 7 of 7