3/2/2004  Henley, Jeffrey [Confidential]

| | |
|---|---|
| 1 | the real dollars that add up.  There's $2 billion worth |
| 2 | of revenue.  When I go down and cut through the numbers, |
| 3 | there's 80 million in Japan, let's say.  What's the real |
| 4 | growth rate here?  'Cause we don't talk in yens.  It's |
| 5 | too complicated. |
| 6 | So you express everything in dollars, but you |
| 7 | ultimately want to say in real terms what's that yen |
| 8 | business in Japan really growing at. |
| 9 | Q.   Okay. |
| 10 | A.   So it is the way that we -- and others, by the |
| 11 | way -- and we actually disclose this publicly.  We talk |
| 12 | about constant dollar growth by region -- done this for |
| 13 | years -- because it is the real measure of what's going |
| 14 | on in your business. |
| 15 | Q.   Right.  And in terms of the budget rate, you |
| 16 | said that it is similar to the constant dollar rate. |
| 17 | Does it differ in any way? |
| 18 | A.   It's -- it's roughly the same.  I'm not sure I |
| 19 | can describe the distinction.  I look at constant |
| 20 | dollars and I look at -- that's what we publish |
| 21 | publicly, the constant and the actual dollars, which |
| 22 | are -- I think I've described the difference. |
| 23 | In terms of internal, people always want to |
| 24 | talk about their budgets.  So we kind of try to fix a |
| 25 | rate that's the budget rate.  And it fairly closely |

3/2/2004  Henley, Jeffrey [Confidential]

```
 1    approximates constant.  But I'm -- I -- I -- I can't
 2    remember -- I don't look at it.
 3         Q.   Okay.
 4         A.   I really look at constant dollar.  That's what
 5    matters to me.
 6         Q.   Okay.
 7         A.   And that's what I talk about publicly.
 8         Q.   We talked earlier about conversion rates.  Can
 9    you just describe what a coverage ratio is.  Do you
10    know?
11         A.   Well, that's the inverse of a conversion
12    ratio.  So if you -- if you convert 50 percent of your
13    deals, that you basically have two times coverage.  You
14    have twice as much in your pipeline as you need to make
15    your forecast.  So if you convert half of it, you'll
16    make your forecast.
17         Q.   And have you ever heard of the term "growth
18    gap"?
19         A.   No.
20              MS. LAVALLEE:  I'd like to mark -- what's the
21    next number?
22              THE REPORTER:  137.
23              (DC Exhibit No. 137
24              marked for identification).
25              MS. LAVALLEE:  I'd like to mark as Exhibit No.
```

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 606482

3/2/2004  Henley, Jeffrey [Confidential]

```
 1    137 a document Bates-stamped CA-ORCL 022288 through 90.
 2             (Discussion off the record).
 3             MS. LAVALLEE:  Q.  Mr. Henley, can you take a
 4    look at this document and then tell me if you recognize
 5    it.
 6        A.   Well, it looks to be the kind of analysis that
 7    I described earlier that we've done historically, kind
 8    of looking at the last couple years' worth of conversion
 9    ratios.
10             So it's got -- the first page, I guess, is
11    similar to the one -- one of the pages you showed
12    earlier where we're -- we've got different
13    organizations, revenue/expense projections year over
14    year.  This is Q4 '00 versus Q4 '99.  Then the second
15    and third pages relate to pipeline.  We kind of show the
16    historical conversion rates and so forth.
17        Q.   Right.  Okay.
18        A.   So I don't recognize the exact report, but
19    it's certainly the kind of stuff we were doing back
20    then.  And the formats have changed over the years, but
21    the basic thing we're trying to look at has remained the
22    same.
23        Q.   Okay.  There's actually some handwriting on
24    this document.  Do you recognize any writing here?
25             THE REPORTER:  You're going to have to slow
```

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 606483

101

104

```
 1    down.
 2              MS. LAVALLEE:  Okay.
 3              THE WITNESS:  Handwriting.  There's
 4    handwriting on the third page.
 5              MS. LAVALLEE:  Correct.
 6              THE WITNESS:  Looks like my handwriting, to be
 7    honest.
 8              MS. LAVALLEE:  Q.  Okay.  Actually, this
 9    document was indicated it was produced from your files.
10    Can you tell me what calculations you were trying to do
11    there.
12         A.   Well, I'll have to think about it for a
13    minute.
14         Q.   Sure.
15              MR. RUBINSTEIN:  You mean on the third page?
16              THE WITNESS:  The handwritten calculation?
17              MS. LAVALLEE:  Q.  Yeah.  You seem to be
18    calculating something.
19         A.   I know, and I'm trying -- I'm trying to
20    recollect what it would be.  Okay.  I think I -- wait a
21    minute.  Sure.  Okay.  I was calculating the difference
22    between the pipeline growth for month three, the
23    third -- fourth to last column --
24         Q.   Okay.
25         A.   -- and the actual growth rate.  And as you can
```

3/2/2004  Henley, Jeffrey [Confidential]

```
 1    see from this, there's variation.
 2        Q.   Right.
 3        A.   Minus 17, minus 9, plus 3, plus 8, plus 13,
 4    minus 8.
 5        Q.   Okay.
 6        A.   So the fact of the matter is that there have
 7    been differences.  Pipeline, while it's interesting
 8    information, doesn't closely correlate always to actual
 9    results.  But it -- it's data.  We try to use it.  And
10    certainly the field looks at their pipeline when trying
11    to makes forecasts.
12        Q.   Okay.  And what were you trying to figure out
13    there, just so I have an understanding?
14        A.   Remind myself of how good the correlation was
15    in -- in pipeline growth versus license growth.  In this
16    case, I was comparing towards the end of the quarter.
17        Q.   Right.
18        A.   So I was comparing month 3.
19        Q.   Okay.
20             MS. LAVALLEE:  Okay.  I'd like to mark as
21    Exhibit No. 138 a document Bates-stamped CA-ORCL 003216
22    through 28.
23             (DC Exhibit No. 138
24             marked for identification).
25             MS. LAVALLEE:  Q.  Mr. Henley, can you take a
```

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

NDCA-ORCL 606485

103

106

3/2/2004 Henley, Jeffrey [Confidential]

```
1    moment to look at this document and then identify what
2    it is for me, please.
3         A.   Yeah.  It is a pipeline reporting package,
4    it's called, that was produced in August 28th of 2000.
5    And again, these -- these formats have changed over
6    time.  But at the time, this was the particular format
7    that was being produced.
8         Q.   Okay.  And actually, if we look at the page
9    Bates-stamped 227, I think the report now actually
10   contains a column that reflects the calculations you
11   were doing earlier.
12        A.   Which page?
13        Q.   3227.
14        A.   Way towards the end.  Right here.  Yes.  Yeah,
15   in fact, I think -- my recollection, I just told them to
16   start doing it.  I was doing it manually.  I said "Why
17   don't you just throw this into the report format."
18        Q.   Okay.  And actually, if you look at the first
19   page, it appears to be a reference to that -- there's an
20   index that actually refers to pipeline growth versus
21   license growth.  And that's effectively what that last
22   calculation's all about, right, comparison between those
23   two figures; is that right?
24        A.   I believe so, yeah.  That's what it looks
25   like.
```

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

NDCA-ORCL 606486

104