```
1        IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA
2              IN AND FOR THE COUNTY OF SAN MATEO
3                         ---o0o---
4    COORDINATION PROCEEDING
     SPECIAL TITLE (RULE 1550(b)),
5
     ORACLE CASES
6
                                  JUDICIAL COUNCIL COORDINATION
7                                 PROCEEDING NO. 4180
8    THIS DOCUMENT RELATES TO:
9    ALL ACTIONS
     _____/
10
11
12            DEPOSITION OF LAWRENCE J. ELLISON
13                Thursday, February 26, 2004
14                  Volume I (Pages 1 - 221)
15
16
17
18
19   REPORTED BY:
20   HOLLY MOOSE, RDR-CRR-CRP
     CSR NO. 6438
21
22
                    ROBERT BARNES ASSOCIATES
23                Certified Shorthand Reporters
                   760 Market Street, Suite 844
24              San Francisco, California  94102
                     Phone:  (415)788-7191
25
```

```
1          IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE

2                    IN AND FOR NEW CASTLE COUNTY

3

4    IN RE ORACLE CORPORATION

                                    Consolidated C.A. No. 18751

5    DERIVATIVE LITIGATION

6    _____/

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1        A.   -- that's a --

2        Q.   The inverse?

3        A.   Right.  Exactly.  We're forecasting a

4    conversion ratio of 33 percent.  We're forecasting,

5    looking forward, forecasting a conversion ratio of

6    33 percent.

7        Q.   Yes.

8        A.   Historically looking backwards, we have a

9    conversion ratio of 50 percent.

10       Q.   An actual.

11       A.   An actual conversion ratio of 50 percent.  So

12   the fact that we're forecasting a conversion ratio of

13   33 percent should give us some comfort --

14            THE REPORTER:  Hold on.

15            THE WITNESS:  -- should give us some comfort

16   that we're forecasting a conversion ratio less than

17   we've historically been getting.

18            So as you compare those two -- the forecast

19   conversion ratio with a historic conversion ratio, you

20   should feel good if the forecast is lower because it

21   means that we -- even if we don't perform as well as we

22   have historically, we're still going to make our

23   forecast.

24            MR. DE GHETALDI:  Q.  Okay.  Now,

25   intraquarter --

1     A.   Yes.

2     Q.   -- this forecast conversion ratio, that is the

3  forecast divided by the pipeline --

4     A.   Yes.

5     Q.   -- did you compare those intraquarter forecast

6  conversion ratios to the intraquarter conversion ratios

7  in the same quarter of the prior year?

8     A.   I don't think so.  I'm not -- I don't think

9  so.

10    Q.   Okay.  One of the things that we talked about

11 earlier today was the comparison of various growth rates

12 to other growth rates.  I think one of the examples that

13 you gave was a comparison of the pipeline growth rate to

14 the forecast growth rate, right?

15    A.   Yes.

16    Q.   Was that something that you regularly looked

17 at in fiscal year '01?

18    A.   Yeah.  All the -- all these things are pretty

19 much the same thing.  Whether you turn them into the

20 ratio or you just look at growth rates, they're all the

21 same thing.  Is the pipeline -- you know, at what rate

22 is the pipeline growing, at what rate is the forecast

23 growing.

24         Back to the coverage notion, you'd like your

25 opportunities to be growing more rapidly than your

1   forecast.  That automatically builds in a certain degree
2   of conservatism into your forecast, and comfort.
3       Q.   Okay.  And to the extent that those numbers
4   tend to converge -- that is, to the extent that your
5   pipeline is growing only a little bit faster than your
6   forecast -- that might be an area for concern, right?
7       A.   Well, it -- I mean, I'd have to look at the
8   numbers.  It depends on how much -- how much -- how much
9   room you had.  So if your pipeline was very, very large
10  and you still had what we call -- hate to use these
11  terms -- have adequate coverage, it might not be an area
12  for concern.  But it might be.  I'd have to see the
13  numbers.
14      Q.   Okay.  Were margin growth rates a useful
15  forecasting indicator?
16      A.   Margins which were related to expenses?
17      Q.   Yes.
18      A.   Yeah, if expenses were going down again, that
19  should give you some comfort that -- there are two ways
20  to make more money.  You know, sell more, spend less.
21  So I'm a simple guy.
22           And so we try to do both simultaneously.  And
23  if our expenses were trending down -- our expenses were
24  trending down, our sales were trending up.  And those
25  are both good things, and both of them contribute to

1    having a good quarter.

2        Q.   All right.  Is it "Covisint" or "Covisint"?

3        A.   I sure don't know.  I'd say "Covisint."

4        Q.   What was -- when did Oracle first become aware

5    of a Covisint opportunity?

6        A.   This is not a simple question.  Covisint was

7    the marriage -- the unlikely marriage between the

8    purchasing department of General Motors and the

9    purchasing department of Ford Motor Company, the two --

10   you know, the then two largest industrial corporations

11   in North America.  The world?  Close.

12            And there was -- during the dot-com bubble,

13   there was the interesting idea that if General Motors or

14   Ford took their purchasing department -- you know, spun

15   off their purchasing department as a Internet --

16   separate Internet company, then that purchasing

17   department would in fact be worth more than the car

18   company.  Interesting.

19            And one of our competitors, Commerce One,

20   signed a deal with General Motors, and we then proceeded

21   to sign a separate deal with Ford Motor Company.  This

22   is before they got together, so ... so we had Internet

23   procurement software -- selling procurement software in

24   what's called a reverse auction.

25            So rather than buying -- General Motors or