IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In re Oracle CORPORATION          )
SECURITIES LITIGATION,            )
                                  )
                                  )        No. C-01-0988-MJJ
                                  )
THIS DOCUMENT RELATES TO:         )
ALL ACTIONS.                      )
                                  )
_____ )

CERTIFIED
COPY

EXHIBITS

VIDEOTAPED DEPOSITION OF ALAN GOEDDE

Los Angeles, California

Wednesday, July 11, 2007

Reported by:

SHERRYL DOBSON, CSR, RPR, CRP

CSR No. 5713

JOB No. 75268

1          A      No, we used our interpretation --

2          MR. BRITTON:  Objection.  Mischaracterizes

3    testimony, vague.

4               Go ahead.

5          THE WITNESS:  We would use macroeconomic forecasts

6    that were prepared by others and had our own assessment

7    of them and analyze them from that perspective.

8    BY MS. KYROUZ:

9          Q      And doesn't look, from the discussion we've

10   had today, that you've ever done a forecast for a

11   technology company.

12              Is that fair?

13         A      Other than what we've discussed today.  That's

14   been the extent of my forecasts for technology companies.

15         Q      Okay.  What do you think we've discussed today

16   that's a technology company?

17         A      Well, the Sputtered Films involved technology

18   issues in particular.

19         Q      Okay.  That's the expert testimony?

20         A      Yes.

21         Q      Yeah.

22              With respect to your job -- that is, not being

23   hired as an expert, but in terms of your job experience,

24   have you ever done a forecast for a technology company?

25         A      I don't believe so.

78

1        Q      How about a software company in particular?

2        A      I don't believe so.

3        Q      You said in your opening report that one of

4   your opinions is that Oracle was facing a major

5   macroeconomic change heading into Q3, fiscal Q3 of '01.

6               What is your definition of a major

7   macroeconomic change?

8        A      A change that affects their business.

9        Q      So you're saying it's a macroeconomic change

10  that affects Oracle's business?

11       A      Yes.

12       Q      So you only know a major macroeconomic

13  change's occurred, then, if you look back and see

14  whether, in fact, it changed the company's business?

15       MR. BRITTON:  Objection.  Vague.

16       THE WITNESS:  A macroeconomic change would be

17  determined outside the actions of the business.  Those

18  are two separate things.

19  BY MS. KYROUZ:

20       Q      Okay.  You said your definition of a major

21  macroeconomic change was a change that affects Oracle's

22  business.

23              Am I understanding that right?

24       A      Yes.

25       MR. BRITTON:  Objection.

```
 1              Let me object.
 2   BY MS. KYROUZ:
 3       Q    So when you say a major -- you said a
 4   macroeconomic change would be determined outside the
 5   actions of the business.
 6              What do you mean by that?
 7       A    I would look at issues that affected the
 8   market for the particular business's products.  In this
 9   case, the market that Oracle was involved in, there'd
10   be -- there was a major macroeconomic change that would
11   affect Oracle's business in that market.
12       Q    So you're saying -- when you say that Oracle
13   was facing a major macroeconomic change, you're saying it
14   was the sector that Oracle operated in, that part of the
15   economy had suffered some sort of an economic --
16   macroeconomic change?  Is that what you mean?
17       A    The sector that -- in which it sold its
18   products.  The purchasers of those -- there was a major
19   macroeconomic change that affected the purchasers of
20   Oracle's products.
21       Q    So I'm asking you for a definition of what you
22   mean by a major macroeconomic change, and you're using
23   the term in your answer.  So it's not really defining
24   what you mean by it.  You're simply reiterating that you
25   thought there was a major macroeconomic change.  Now I
```

80

1    guess you're saying in respect to potential customers.

2            What --

3        MR. BRITTON:  Objection to that colloquy.  It's --

4    mischaracterizes his testimony.

5    BY MS. KYROUZ:

6        Q    I'm asking for your definition of how you know

7    what is a major macroeconomic change.

8        MR. BRITTON:  Objection.  Asked and answered.

9        THE WITNESS:  Macroeconomics would be outside the

10   operation of Oracle.  There were several changes.  The

11   economy -- overall economy was experiencing a period of

12   lower growth, and the more sector-specific economy was

13   experiencing a change in growth as well.

14   BY MS. KYROUZ:

15       Q    Okay.  So a period of lower growth or change

16   in growth is, in your mind, a major macroeconomic change?

17       A    Yes.

18       Q    Is there -- over what particular time period

19   would there have to be a lower growth rate for there to

20   be a major macroeconomic change, according to your

21   definition?

22       A    It would affect -- it's not so much the time

23   period.  It's what the extent of the change was.

24       Q    So when you say a change -- a change from

25   what?  From -- at any other point in time there had been

81

1    a different macroeconomic condition?

2         MR. BRITTON:  Objection.  Vague.

3         THE WITNESS:  I'm not sure I understand your

4    question.

5    BY MS. KYROUZ:

6         Q    You're saying -- you're positing that there

7    would be a major macroeconomic change when there's lower

8    growth or some other change in the economic situation.

9              And I'm saying a lower growth -- lower than

10   what?  What's the comparative to know that something has

11   changed?  Changed from what?

12        A    I would look to see if there was a change from

13   a period of high growth to a period of much lower growth.

14   That would be one way of looking at a macroeconomic

15   change.  Say a turning point.  If the company had

16   undergone a number of periods of high growth and now the

17   conditions were shifting so that they were in low growth,

18   that would be a major change.

19        MS. KYROUZ:  I think we need to change the tape.

20        THE VIDEOGRAPHER:  This concludes Tape Number 1.

21   We're going off the record at 11:27.

22             (Brief recess taken.)

23        THE VIDEOGRAPHER:  And this begins Tape Number 2.

24   We are back on the record at 11:28.

25   BY MS. KYROUZ:

82

1          Q    So at what point does something qualify as a

2    major macroeconomic change?  You said there would be some

3    sort of a turning point.  At what level is there a

4    turning point?  What constitutes a major change, as

5    opposed to some other change?

6          A    A major change would be if there's been a

7    trend in one direction over a period of time and then

8    that trend shifts.  So it's more looking at the trend.

9          Q    So you think any change in the trend of the

10   economy is a major macroeconomic change?

11         MR. BRITTON:  Objection.  Mischaracterizes

12   testimony.

13         THE WITNESS:  No, not necessarily.

14   BY MS. KYROUZ:

15         Q    Okay.  So how do you know if it qualifies to

16   level of a major macroeconomic change under your

17   definition?

18         A    I would look to see what the conditions are of

19   the change, what -- I'd have to look in more detail of

20   the different changes.

21         Q    You're saying you know it when you see it, in

22   terms of what you consider to be major?

23         MR. BRITTON:  Objection.  Mischaracterizes

24   testimony.

25         THE WITNESS:  No, not at all.

83

1    BY MS. KYROUZ:

2         Q    Okay.  Well, then how do we know what is your

3    definition of a major macroeconomic change, as opposed to

4    some other change?

5         MR. BRITTON:  Objection.  Asked and answered.

6         THE WITNESS:  For example, in the U.S. economy, it

7    had gone from a period of where there was concern about

8    inflation and to a period of time, judging about what the

9    Federal Reserve said, is a period of time where there's

10   concern about slower growth.  So that would be quite a

11   change.

12   BY MS. KYROUZ:

13        Q    So is there any way to tell when you get past

14   the turning point that qualifies as a major macroeconomic

15   change?  How much decline in a growth rate does there

16   have to be?

17        A    I don't think there's one number.  It's what

18   the impact of the change is.  If growth is -- has come to

19   be expected or depended upon by the companies in the

20   market or others in the market and then that growth is no

21   longer occurring, that would require -- that's a change.

22   And it would require some sort of activity or action on

23   behalf of the participants in the market.

24        Q    Is "major macroeconomic change" a term of art

25   in macroeconomics?

84

1        A    I'm not aware that it's a term of art.

2        Q    Has it ever been used in any peer-review

3    article you've ever seen?

4        A    I don't know.

5        Q    Have you ever used that term before?  You ever

6    offered an opinion about what constitutes a major

7    macroeconomic change?

8        MR. BRITTON:  Objection.  Asked and answered.

9        THE WITNESS:  I think I've differentiated about

10   changes that are of little consequence and changes that

11   could have greater implications.

12   BY MS. KYROUZ:

13       Q    Have you ever used the term before, "major

14   macroeconomic change," in offering an opinion?

15       A    I don't know.

16       Q    So the major macroeconomic change that you're

17   referring to in your report in this case, are you

18   referring to a comparison, then, between Oracle's fiscal

19   3Q '01 and the year prior 3Q '00?  Is that how you're

20   defining the change?

21       A    Well, there is a change between those two

22   periods.

23       Q    When you say there's a macro -- major

24   macroeconomic change, are you saying between 3Q '00 and

25   3Q '01?

85

1          A      Yes, that was a period of time in which there

2     was major macroeconomic change or changes.

3          Q      Okay.  And is it your opinion that the economy

4     as a whole was declining in that time period?

5          A      I don't know that the economy was declining.

6     The way it was defined is that the economy was entering a

7     period of much slower growth.

8          Q      So you agree the economy wasn't contracting

9     during that period?

10         MR. BRITTON:  Objection.  Vague as to time.

11         THE WITNESS:  Could you repeat your question about

12    the time period?

13    BY MS. KYROUZ:

14         Q      Yeah.

15               At any time between 3Q '00 and the beginning

16    of 3Q '01, is it your opinion that the economy was

17    contracting?

18         MR. BRITTON:  Objection.  Vague.

19         THE WITNESS:  I don't believe the economy was

20    contracting.  The economy was undergoing a period of much

21    slower growth.

22    BY MS. KYROUZ:

23         Q      Okay.  Is it also your opinion that the

24    economic conditions that Oracle faced at the beginning of

25    the second quarter of 2001, fiscal 2001, was -- that

1    your opinion?

2         A    I'm not sure I understand what you mean about

3    doing something different.

4         Q    You've contended that the forecasts that

5    Oracle gave on December 14th, 2000, was unreliable

6    because, in your opinion, they failed to adjust for the

7    negative impact of the economy.  Is that your opinion?

8         A    That's one part of it.  It was unreliable for

9    a number of factors, and that was one factor.

10        Q    Okay.  With respect to that aspect of your

11   opinion, you're saying you believe Oracle should have

12   adjusted its forecast in some way to account for what you

13   believe were certain declining economic conditions?

14        A    Yes, that's one of the factors.  They should

15   have adjusted their forecast based on a variety of

16   factors, of which the changes in the economy was one.

17        Q    And is it your view that, in order to be

18   reasonable, Oracle's forecasted EPS growth for 3Q '01

19   should have been lower than the growth rates achieved in

20   3Q '00, based on your view of what the economy had done

21   in the interim?

22        MR. BRITTON:  Objection.  Vague.

23        THE WITNESS:  It's -- my view is based on all the

24   factors, of which the economy is just one factor.

25   BY MS. KYROUZ:

1       Q      How much lower should the forecasted EPS

2   growth have been in 3Q '01 than it was in 3Q '00?

3       A      I don't know how much lower it should have

4   been.  They had forecasts.  The problem was with the

5   guidance.

6       Q      So they gave an EPS forecast, Oracle did, in

7   December 14th?

8       A      Yes.

9       Q      Okay.  And you contend that that was too high?

10      A      Yes, it was unreliable.

11      Q      Okay.  What should the EPS forecast have been

12  on December 14th, 2000?

13      A      I don't know what that EPS specifically should

14  have been, but they had a forecast; they had a field

15  forecast at that time, which probably would have been

16  better guidance than the upside adjustment forecast that

17  they -- that they had.

18      Q      So you're saying that the EPS forecast that

19  was given was not reasonable, not reliable, but you don't

20  have any opinion as to what it should have been?

21      A      Well, no.  Let me make it clear.  They

22  shouldn't have given a forecast at all.  That was Mistake

23  Number 1.  Because they didn't have a reliable

24  forecasting system in place.

25              And my opinion is that no forecast should be

94

1    given.  No guidance should be given at that time, because

2    they couldn't reliably forecast at that time for a number

3    of reasons about their forecasting process, the economy,

4    and all that.  These were all indicators that told me

5    that it was inappropriate and unreliable for them to

6    provide guidance at that time.

7         Q    So you think that there was no number that

8    Oracle could have provided that would have been

9    reasonable guidance?

10        A    My --

11        MR. BRITTON:  Objection.  Mischaracterizes

12   testimony.

13        THE WITNESS:  My opinion is that they should not

14   have provided guidance at that time because the

15   unreliability of their forecast.

16   BY MS. KYROUZ:

17        Q    Based on your analysis of what you contend was

18   a change in macroeconomic conditions between 3Q '00 and

19   3Q -- beginning of 3Q '01, what do you think the

20   forecasted EPS growth rate should have been for Oracle

21   compared to 3Q '00?

22        MR. BRITTON:  Objection.  Asked and answered.

23        THE WITNESS:  My opinion is they shouldn't have

24   given a forecasted or guidance EPS growth rate at that

25   point, because they didn't have a reliable system.

BY MS. KYROUZ:

Q    So if we were asking you the hypothetical to just look at the effect of the economy and assume that the forecast process itself was perfecting fine.

If you were just looking at the change in the economy, do you offer any opinion, based on what you define as the, quote, "major macroeconomic change," of what the reduction in the forecasted growth rate for EPS should have been based on the changes in the economy?

MR. BRITTON:  Objection.  Incomplete hypothetical.

THE WITNESS:  I don't think I could answer that hypothetical.  I would need a whole lot more information. It's not reasonable to think that there's only one factor that affected them, such as the overall economy.  Doesn't make sense to me.

BY MS. KYROUZ:

Q    Okay.  But you're offering an opinion, are you not, that part of the reason why Oracle's forecast was unreasonable was due to this -- what you've termed a major macroeconomic change, and I'm asking you what impact you believe that piece of your criticism would have on the number that --

A    I didn't make that calculation.

Q    You would agree, would you not, that Oracle

1    THE WITNESS:  I've described how it was

2  implemented.  If this -- it was implemented in several

3  stages.  It would be what sales personnel put into the

4  forecasts, and then there's the management judgment

5  factor.  So it was adhered to.  And whether it gets

6  adhered to directly from a salesperson implementing the

7  details of a certain probability into the report or

8  management judgment at the field level.

9    What I saw was a distinct difference, a

10  distinct change in the amount of management judgment

11  after the implementation of the Ellison directive,

12  exactly what the McMannis memo said would happen, that

13  there'd be more judgment put into the field forecast, and

14  that's exactly what happened.  So that was a good

15  indicator for me.

16  BY MS. KYROUZ:

17    Q    And you're calling it a distinct change and

18  you're referring to it as significant, but you haven't

19  done any analysis of it that you have set forth for us or

20  that sets forth what these numbers are and what you

21  believe the differences are or any other kind of

22  statistical analysis; is that fair?

23    MR. BRITTON:  Objection.  Mischaracterizes his

24  testimony, asked and answered.

25    THE WITNESS:  I've just described it.  The --

1    BY MS. KYROUZ:

2         Q    Other than your characterization, have you

3    done any actual analysis?

4         MR. BRITTON:  Objection.  Asked and answered.

5         THE WITNESS:  That is the analysis, that I -- when

6    I looked at it --

7    BY MS. KYROUZ:

8         Q    That's all you've done.  Okay.

9              Is it your opinion that Larry Ellison issued

10   this directive that you've referred to, that it was

11   perfectly implemented by everyone in the field, and that

12   Jennifer Minton was unaware of this change in Q3 '01?  Is

13   that what your opinion is?

14        MR. BRITTON:  Objection.  Mischaracterizes the

15   report, mischaracterizes his testimony.

16        THE WITNESS:  I don't think anything is done

17   perfectly in the business.  But what I did see is that

18   there was a significant amount of upside adjustment at

19   the field level, indicating the addition of management

20   judgment, just as was described as the way the Ellison

21   directive would be implemented.

22             So I had the description of how it would be

23   implemented.  I see that management judgment is injected

24   at the field sales level, and I think that's pretty good

25   evidence.  Then the Minton -- what happened with Minton's

225

1    estimate is she goes back and used the last year's

2    conversion ratio.  And so she ignores this -- or double

3    counts some of the risk that's already put into the

4    forecast.

5    BY MS. KYROUZ:

6        Q    And you haven't quantified how much -- you

7    said that nothing is implemented perfectly, but you

8    haven't quantified how much this so-called adjustment was

9    made at the field level?

10       MR. BRITTON:  Objection.  Asked and --

11   BY MS. KYROUZ:

12       Q    How much greater it was or any kind of

13   quantification around what happened, in terms of

14   increasing?

15            In other words, it sounds like you're saying

16   you believe a certain amount of additional judgment of

17   risk was entered at the field level, and have you

18   quantified that in any way to know how much corresponding

19   deduction Jennifer should have taken or have you not?

20       A    Well, there's some evidence --

21       MR. BRITTON:  Objection.  Vague and ambiguous and

22   unintelligible.

23       THE WITNESS:  Could you restate that for me,

24   please.

25   BY MS. KYROUZ:

226

1      Q     Sounds like you're saying you believe a

2   certain amount of additional judgment of risk was entered

3   at the field level and you haven't quantified that in any

4   way; have you?

5      A     That additional judgment was entered by

6   including more deals of higher -- of a higher risk

7   proportion -- higher risk percentage into the pipeline

8   originally plus the addition of management judgment at

9   the field level or --

10     Q     And how much?

11     A     -- the division level.

12     Q     How much does that reflect as a result of this

13  so-called directive?  How much of a change are you saying

14  was implemented?  How much less sandbagging was there,

15  according to your interpretation of the so-called

16  directive?

17     A     Well, I don't know how much less sandbagging

18  is, but what did happen is that there was more judgment

19  placed into the forecast, which made using the prior

20  year's conversion rate double counting this effect.  So

21  it was --

22     Q     You don't know how much -- by how much?  You

23  don't know how much?

24     A     I didn't calculate by how much.

25     Q     And so is it your opinion that Jennifer Minton

227

1   should have used a lower conversion ratio than she did in

2   Q3 of '00 if she were somehow accounting for this?

3       A    Well, it should have -- yes, that was one of

4   the errors that was made.  She was double counting some

5   of the risk that's already being put into the forecasts.

6       Q    So when you say double counting, what do you

7   mean by that?

8       A    Additional risk was being put into the

9   forecast by the field.  It's a new -- it's a change.  So

10  that additional risk that's put in originally by field

11  salespeople, then with the upside adjustment made at the

12  division and the U.S. levels -- I guess at the NAS

13  level -- that added an additional risk or upside

14  adjustment.

15      Q    Okay.  And you believe Jennifer Minton should

16  have accounted for what you've just described by using a

17  lower conversion ratio in Q3 '01 than she used in Q3 '00?

18  Is that your criticism?

19      A    Well, clearly, if the forecast process changes

20  and you use the forecast process from last year, that's

21  going to overlap.

22      Q    How much lower of a conversion ratio should

23  she have used in 3Q '01 than she used in 3Q '00?

24      A    Well, one way to look at it, as Ellison did,

25  is to look at what the field forecast was.  So the field

228

1

2

3

4           I, the undersigned, a Certified Shorthand

5     Reporter of the State of California, do hereby

6     certify:

7           That the foregoing proceedings were taken

8     before me at the time and place herein set forth; that

9     any witnesses in the foregoing proceedings, prior to

10    testifying, were placed under oath; that a verbatim

11    record of the proceedings was made by me using machine

12    shorthand which was thereafter transcribed under my

13    direction; further, that the foregoing is an accurate

14    transcription thereof.

15          I further certify that I am neither

16    financially interested in the action nor a relative or

17    employee of any attorney of any of the parties.

18          IN WITNESS WHEREOF, I have this date

19    subscribed my name.

20

21    Dated: _____JUL 1 7 2007_____

22

23                    _____

24                    SHERRYL DOBSON
                      CSR No. 5713

25