Minton, Jennifer 4/21/2005

```
 1            IN THE UNITED STATES DISTRICT COURT
 2                NORTHERN DISTRICT OF CALIFORNIA
 3
    In re ORACLE CORPORATION
 4  SECURITIES LITIGATION
                            Master File No. C-01-0988-MJJ
 5  This Document Relates To:
 6      ALL ACTIONS.
    _____/
 7
 8
 9                         ---oOo---
10              DEPOSITION OF JENNIFER MINTON
11                  Thursday, April 21, 2005
12                         ---oOo---
13
14                 SHEILA CHASE & ASSOCIATES
                         25 Otsego Avenue
15            San Francisco, California  94112
                    Phone: (415)  333-7474
16                  Fax:   (415)  333-7412
17
18
19
20  Reported by:
    SANDRA L. CARRANZA, CSR, RPR, CRR
21  CSR No. 7062
22
23
24
25
```

1  organization.  They came up with their own forecasts and

2  had their own way of analyzing their forecast and

3  defining what number they wanted to commit to.

4     Q.   Okay.  Are you familiar with how the business

5  units would enter information into the pipeline for

6  their individual sales units?

7     A.   The license sales reps were responsible for

8  entering in the opportunity, "the opportunity" being

9  defined as a potential deal that had the opportunity to

10 close in the current quarter.

11    Q.   And how would you define "pipeline"?  What does

12 that word mean to you?

13    A.   The pipeline represents -- it's a -- it's a

14 comprehensive number -- let me -- it's a comprehensive

15 population of all potential deals that have an

16 opportunity to be closed in a given quarter.

17    Q.   And what system did -- withdrawn.

18         Did Oracle use one system for its pipeline in

19 terms of gauging at what stage of the sales process a

20 given deal was, how likely it was to close in the

21 current quarter?

22    A.   There were Excel spreadsheets, as an example,

23 and OSO had the capability as well.  When tracking large

24 deals, they would indicate whether it was one or

25 whether -- you know, what percentage of likelihood or

Minton, Jennifer 4/21/2005

1  probability that a deal might close.

2  Q.  Okay.  And was there a -- a guide or any

3  specific parameters that the sales representatives would

4  use in terms of gauging how likely a deal was to close

5  in the current quarter?

6  A.  That was their best judgment.

7  Q.  Was there any type of regression analysis

8  performed at Oracle to predict the likelihood or -- or

9  the potential that deals in the pipeline would close?

10  A.  "Regression analysis"?  I don't understand what

11  you mean by that.

12  Q.  An analysis to predict, you know, using

13  information historically to predict what the information

14  was likely to close in the current quarter.

15  A.  At -- at corporate we performed a license

16  pipeline conversion analysis.

17  Q.  Okay.  So let's go back to the -- the

18  forecasting process again.

19      We were at the -- the business unit level, and

20  then it would get put into OFA, and then a consolidated

21  report would be prepared; and then you would make your

22  adjustments on the upside report, and then that would go

23  up to certain members of the executive management

24  committee.  I want to talk to you a little bit about how

25  you -- how you performed the upside adjustments.

Minton, Jennifer 4/21/2005

1      Can you describe that process for me, please.

2   A.  Sure.

3      The upside adjustments were based on a variety
4   of factors: One was the license pipeline conversion
5   analysis. We would take a look at the pipeline for the
6   same corresponding prior year period, and look at what
7   actually closed as a percentage of that pipeline to come
8   up with a historical pipeline conversion ratio. And we
9   would apply that to the current pipeline in order to
10  predict what we thought would be the actual conversion
11  or the actual -- the actual conversion of that pipeline
12  for the current quarter. And we broke it down by
13  geography or business unit. And it was in totality a
14  fairly good -- had proven to be a fairly good predictor
15  of what our true forecast and actual reports would be.

16      And in addition to that, we held in the
17  Americas, we held meetings on Thursday afternoons, and
18  we would review the Americas' forecast, which was
19  inclusive of LAD; and we would talk about large deals,
20  what the opportunities were. Various folks would attend
21  those forecast calls; Jeff Henley, myself, my staff,
22  the -- the four EVPs, Frank Varsano, Jay Nussbaum,
23  Sandy Sanderson. And sometimes Larry would join and
24  Safra would join.

25      And those calls -- again, we reviewed in more

1  detail than we did in the EC meetings on Monday the

2  opportunities for the current quarter to determine what

3  the likelihood was that they were going to close.

4      Q.   And describe those calls for me.

5           What type -- what types of questions were being

6  asked and what types of answers were being given during

7  those calls?

8           MR. RUBENSTEIN:  Object to the form.

9           MR. BRITTON:  You can answer.

10          MR. RUBENSTEIN:  You can answer.

11          THE WITNESS:  Oh, okay.

12          MR. RUBENSTEIN:  I'm sorry.

13          THE WITNESS:  We would ask each business unit

14 leader whether -- what their forecast was.  They would

15 talk about their worst case, their best case, as well as

16 what their commit number was.

17          And, again, they would reveal -- or not reveal,

18 but they would review the status of certain large

19 transactions and at times would ask for executive

20 involvement to ensure that a deal progressed and -- and

21 closed during the course of a quarter.

22          MR. BRITTON:  Q.  How would the information

23 that you obtained on these Thursday calls affect the

24 upside adjustment in your upside reports?

25      A.   There were oftentimes large bi- -- large deals,

Minton, Jennifer 4/21/2005

1  what I will refer to as a mega deal, that somebody may
2  not want to put in their forecast, because it was
3  binary, and they would talk about it on the call and --
4  and refer to it as likely to close, but they didn't want
5  to put it in their forecast yet, as an example. So I
6  would take information like that.
7           I would also talk to the field finance folks
8  reporting to me, or eventually reporting to me, and get
9  their independent thinking as to whether -- whether or
10 not the forecast was a likely outcome or if there was
11 more upside to the forecast.
12          And based on all that input, including the
13 analysis of the historical conversion ratio, I would
14 make some upside adjustments to the submitted forecast
15 to come up with the company's consolidated forecast, and
16 that's the forecast that we always relied upon for
17 setting expectations. That would be the potential
18 column in the upside reports.
19    Q.   Okay. So this was for the Americas.
20          So let's -- what I'd like to do is -- is talk
21 about who the field finance folks that you were speaking
22 to for each of -- of the different units. I know we
23 talked about at least one, the assistant, the one that
24 supported the business head.
25          Were there others that you would speak to for

Minton, Jennifer 4/21/2005

1  OPI, OSI or NAS or LAD to get an indication about the
2  likelihood of potential deals closing?
3      A.   Again, I would speak to the key financial
4  person that was supporting the business unit leader.
5      Q.   So --
6      A.   So Sarah Kopp, David Winton, Jim English,
7  Cheryl McDowell, William Plant, Greg Davies, all the
8  names that I testified to earlier this morning.
9      Q.   And how would those individuals be in a
10 position to tell you the likelihood of a potential deal
11 or mega deal closing?  What was their knowledge source?
12     A.   They would participate in the weekly forecast
13 calls that the business unit leaders held with their
14 sales management, so they got to hear each of the sales
15 managers speak to all the deals in their pipeline.
16     Q.   Okay.
17     A.   These meetings could be like three-, four-hour
18 long meetings.
19     Q.   Okay.  And when you had your discussions with
20 the field finance individuals, were -- were your upside
21 adjustments based upon their opinion about the
22 likelihood of it closing, or would they describe where
23 that particular transaction was in the sales process?
24     A.   It wasn't necessarily on a transaction-by-
25 transaction basis.  It was based on their own

Page 126

Minton, Jennifer  4/21/2005

1  independent assessment based on their own, you know,

2  knowledge base from the meetings, from doing their own

3  conversion analyses, from hearing about the stages of

4  the deals, knowing the individuals who were forecasting,

5  because you would get to know the forecasting behaviors

6  of lots of individuals.

7        So, for example, Jay Nussbaum and

8  George Roberts both historically always exceeded their

9  forecast. And so that's one of the reasons why we had

10 to put these upside adjustments in, so that we could get

11 to what we thought were the true forecasts for the

12 quarter before we set down these expectations and as we

13 evaluated where we were going -- you know, where we

14 thought we were going to end throughout the course of a

15 quarter.

16    Q.  Okay. Did you have conversations with the

17 business unit heads about the upside adjustments for

18 their particular unit?

19    A.  I would talk to them about -- I would talk to

20 them directly about deals and -- and -- and come to my

21 conclusions. I'm -- I'm certain that I had

22 conversations with regards to amounts that I might be

23 putting in on top of what their forecasts were, not all

24 the time, but on occasion.

25    Q.  Right. Right.

Minton, Jennifer 4/21/2005

1  How often were the conversion rates changed, or
2  were they changed at all in the pipeline from week to
3  week? Was there any estimate of the conversion rate
4  change for the particular quarter for the deals that
5  were in the pipeline?
6      A.   The -- the conversion rate is an imputed
7  number.
8      Q.   Uh-huh.
9      A.   So each time we had a forecast, the forecast
10 was submitted and the pipeline was submitted, so it was
11 an imputed number based off of those two inputs.
12     Q.   Okay. Can you describe for me the process that
13 the business units would go through to revise their
14 forecasts as the quarter would go along? What would
15 cause them to revise their quarter forecasts versus not
16 revise their forecasts?
17     A.   If they got more information on the status of
18 the deals, their portfolio deals that they were working
19 on in the course of the quarter, they might feel more
20 secure in their forecast or they might feel less secure
21 in their forecast and would change it accordingly.
22     Q.   So if particular deals fell out of the
23 pipeline, that would cause them to adjust their
24 forecast?
25          MR. RUBENSTEIN: Object to the form.

Minton, Jennifer 4/21/2005

```
 1            MR. BRITTON:  Q.  When you said the upside is
 2   not --
 3            THE WITNESS:  Can I have a second, please.
 4            MR. BRITTON:  Yes, yes.
 5               (Off-the-record discussion between witness
 6               and counsel.)
 7            MR. BRITTON:  Q.  Okay.  Just one clarifying
 8   point, I think, to your comment.
 9            Up in the -- the left-hand column, it says,
10   "Q3, Week Six," but the -- it looks like this is dated
11   either June or August of 2002?
12       A.   Where do you find that?
13       Q.   All the way at the bottom where the dates --
14       A.   Oh, eight, August.  Is that eight, four.
15       Q.   It looks like 8/4 to me.  I was wondering,
16   since -- since Q3 is not in August, I am wondering if
17   this is a printing issue as opposed to an actual --
18       A.   I actually don't believe that this report was
19   generated during the relevant period.
20       Q.   It was not?
21       A.   I don't believe so.
22       Q.   Okay.  Okay.  Were there any reports similar to
23   this generated during the relevant period?  And what I
24   mean by that is, deals broken down by size and by
25   customer and comment.
```

**Page 177**

Minton, Jennifer  4/21/2005

1   A.   There were -- there were reports that
2   generated -- that were generated that were maintained in
3   Excel that summarized the large deals, as well as the
4   upside deals that were not in the forecast.
5   Q.   Okay.  And did you have access to those
6   reports?
7   A.   Those were compiled and reviewed in connection
8   with the Americas forecast call.
9   Q.   Okay.  The Americas forecast call?
10   A.   On the Thursday.
11   Q.   On the Thursday, okay.
12        Did you have those documents in your hands on
13   those calls?
14   A.   Those documents were provided to us, yes.
15   Q.   Okay.
16   A.   So that we could look at them as we're going
17   through the forecast call.
18   Q.   Okay.  And see what deals were pending --
19   A.   Right.
20   Q.   Okay.  Did those forecasts have the comments
21   column like this one does here?
22   A.   Not -- not -- they may have had some comments,
23   so I believe that this is not a report that was
24   generated --
25   Q.   Right.

Page 178

```
 1      A.   -- during the relevant period, and the reason
 2  why I'm stating that is that I believe that this was a
 3  report that we started to generate that was downloaded
 4  from OSO.
 5      Q.   Okay.  Okay.
 6           Now, the reports that were similar or had in --
 7  information like this in them that were used on those
 8  Thursday calls, how -- how would you use the information
 9  in those documents in your forecasting of the upside?
10      A.   Those reports basically had -- we tried to get
11  the -- the three guys to sort of standardize so that we
12  didn't have three different types of reports, but
13  effectively what we were looking for was, give us a
14  listing of your -- your big deals and, you know, is it
15  in the forecast, is it not, and what is the likelihood,
16  you know, some comments or something with regards to it.
17      Q.   Uh-huh.  And then how would you use that
18  information?  Would you take that information and then
19  talk to your financial person, your financial analyst
20  and then make a decision based upon --
21      A.   Again, during the forecast calls, we would
22  review the large deals that were committed to, find out
23  the status of those, determine if there was any need for
24  executive help to help close a deal during a quarter.
25           We would also talk about the upside deals what
```

1  it would take in order to, you know, convert them into

2  revenue in the current quarter.  Again, what executive

3  sponsorship could be leveraged.  So, you know, they --

4  they are all trying to attempt to get to the same thing.

5  This just happened to have more detail.

6     Q.   Right.  Okay.

7          You can put that document aside.

8          The -- the mega deals that you referenced

9  earlier, what -- what dollar amounts were those?  Could

10 you categorize it as anything above X?

11    A.   My personal definition would be any deal that's

12 $10 million or greater.

13    Q.   $10 million, okay.

14         Was that a uniform definition, through --

15 throughout of the division?

16    A.   No.

17    Q.   Can you bring back this exhibit, Exhibit 17.

18         To -- if you look three columns from the right,

19 three columns over, it says, "Status Code."

20         What is that column referring to?

21    A.   I honestly don't recall.

22    Q.   Did you use anything similar to that during the

23 relevant period?

24    A.   No.

25    Q.   No, okay.

REPORTER'S CERTIFICATE

I hereby certify that the foregoing is a true record of the testimony as reported to the best of my ability by me, a duly certified shorthand reporter and a disinterested person, and was tghereafter transcribed under my direction into typewriting by computer.

I FURTHER CERTIFY that I am not interested in the outcome of the said action and not connected with nor related to any of the parties in said action or their respective counsel.

Dated: May 4, 2005

_____
SANDRA L. CARRANZA, CSR No. 7062