# ORACLE CORP.

## Pipeline Reporting Package

### December 11, 2000

| | |
|---|---|
| Total Pipeline | 1 |
| Tech Pipeline | 2 |
| Apps Pipeline | 3 |
| Pipeline & Revenue Graphical Detail | 4 |
| Cumulative Weekly Pipeline Trends - Americas | 5 |
| Cumulative Weekly Pipeline Trends - World | 6 |
| Pipeline Trends - Total | 7 |

## FLASH:

| | Pipeline Growth | | | Product Weightings | | Revenue Growth | | | Product Weightings | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Total | Tech | Apps | Tech | Apps | Total | Tech | Apps | Tech | Apps |
| OSI - Nussbaum | 24% | -22% | 210% | 51% | 49% | 19% | 2% | 75% | 66% | 34% |
| NAS - Roberts | 97% | 104% | 88% | 58% | 42% | 12% | -8% | 112% | 68% | 32% |
| OPI - Varasano | 76% | 18% | 212% | 47% | 53% | 80% | 34% | 132% | 39% | 61% |
| LAD - Sanderson | 42% | 54% | 27% | 62% | 38% | 2% | -11% | 78% | 73% | 27% |
| UK, Ireland & S. Africa - Smith | 4% | -24% | 87% | 55% | 45% | 16% | 1% | 103% | 74% | 26% |
| Germany - Jaeger | 27% | 32% | -5% | 89% | 11% | 38% | 25% | 384% | 87% | 13% |
| France, Mid. East & Africa - Jarnick | 42% | 25% | 72% | 57% | 43% | 5% | -2% | 38% | 75% | 25% |
| N., C. & Eastern Europe - Anidjar | 39% | 20% | 86% | 61% | 39% | 22% | 34% | -8% | 79% | 21% |
| Southern Europe - Bonzano | 59% | 51% | 80% | 71% | 29% | 17% | -2% | 285% | 79% | 21% |
| Japan - Sano | 33% | 25% | 80% | 79% | 21% | 20% | 13% | 160% | 90% | 10% |
| APAC - Williams | 103% | 55% | 233% | 56% | 44% | 31% | 6% | 240% | 72% | 28% |
| Total Company | 52% | 24% | 120% | 58% | 42% | 22% | 4% | 102% | 69% | 31% |

ORACLE CONFIDENTIAL

NDCA-ORCL 033549

**Oracle Corporation**
**Q3 Total License Pipeline - December FY01**
**Week 2**

| Constant Dollar 1000's (May 00 rates) | Q3 FY01 Pipeline | Q3 FY00 Pipeline | Variance | Variance % | Q3 FY01 Forecast | Q3 FY00 Actuals | Forecast Growth | Q3 FY01 Forecast Conversion Ratio | Q3 FY00 Actual Conversion Ratio | Est Q3 FY01 Forecast based on Q3 FY00 Ratio | Estimated Upside[1] | Potential Growth with Upside |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **USA** | | | | | | | | | | | | |
| Nussbaum | 552,207 | 447,000 | 105,207 | 24% | 225,000 | 188,953 | 19% | 0.41 | 0.42 | 284,288 | 59,288 | 50% |
| Roberts | 842,045 | 427,645 | 414,400 | 97% | 346,000 | 308,555 | 12% | 0.41 | 0.72 | 633,931 | 287,931 | 105% |
| Varasano | 417,639 | 237,730 | 179,909 | 76% | 150,000 | 83,272 | 80% | 0.36 | 0.35 | 181,651 | 31,651 | 118% |
| Total USA & Canada | 1,811,891 | 1,112,375 | 699,516 | 63% | 721,000 | 580,780 | 24% | 0.40 | 0.53 | 1,099,870 | 378,870 | 89% |
| **Latin America**[1] | 130,000 | 91,416 | 38,584 | 42% | 40,001 | 39,095 | 2% | 0.31 | 0.43 | 48,836 | 8,835 | 25% |
| **Europe** | | | | | | | | | | | | |
| UK, Ireland & South Africa - Smith[1] | 198,643 | 191,193 | 7,450 | 4% | 71,942 | 61,873 | 16% | 0.36 | 0.32 | 71,942 | - | 16% |
| Germany - Jaeger | 100,252 | 78,988 | 21,263 | 27% | 58,002 | 41,919 | 38% | 0.58 | 0.53 | 60,872 | 2,870 | 45% |
| France, Middle East & Africa - Anidjar[1] | 137,837 | 97,119 | 40,717 | 42% | 51,364 | 48,863 | 5% | 0.37 | 0.50 | 73,500 | 22,136 | 50% |
| Northern, Central & Eastern Eur - Jarnick[1] | 149,860 | 107,544 | 42,316 | 39% | 65,938 | 54,017 | 22% | 0.44 | 0.50 | 90,148 | 37,528 | 67% |
| Southern Europe - Bonzano[1] | 113,820 | 71,686 | 42,134 | 59% | 54,633 | 46,728 | 17% | 0.48 | 0.65 | 70,266 | 24,357 | 50% |
| Europe Other | - | - | - | | | (0) | n/a | - | - | - | - | n/a |
| Total Europe - Giacoletto | 700,412 | 546,531 | 153,881 | 28% | 301,879 | 253,398 | 19% | 0.43 | 0.46 | 366,728 | 86,891 | 45% |
| **Japan - Sano** | 162,619 | 121,906 | 40,713 | 33% | 109,614 | 91,650 | 20% | 0.67 | 0.75 | 120,106 | 10,492 | 31% |
| **APAC - Williams**[1] | 156,815 | 77,145 | 79,670 | 103% | 86,191 | 65,682 | 31% | 0.55 | 0.85 | 112,051 | 25,860 | 71% |
| Other | - | - | - | | | (1,408) | n/a | - | - | - | - | n/a |
| **Total Company** | 2,961,737 | 1,949,373 | 1,012,364 | 52% | 1,258,685 | 1,029,196 | 22% | 0.42 | 0.53 | 1,747,591 | 510,949 | 70% |

(1) Regional estimated upside based upon the sum of the calculated upsides for each component country

## Oracle Corporation
## Q3 Total Tech Pipeline - December FY01
## Week 2

| Constant Dollar 1000's (May 00 rates) | Q3 FY01 Pipeline | Q3 FY00 Pipeline | Variance | Variance % | Q3 FY01 Forecast | Q3 FY00 Actuals | Forecast Growth | Q3 FY01 Forecast Conversion Ratio | Q3 FY00 Actual Conversion Ratio | Est Q3 FY01 Forecast based on Q3 FY00 Ratio | Estimated Upside[1] | Potential Growth with Upside |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **USA** | | | | | | | | | | | | |
| Nussbaum | 279,634 | 359,100 | (79,466) | (22%) | 148,486 | 145,159 | 2% | 0.53 | 0.40 | 148,486 | - | 2% |
| Roberts | 488,873 | 239,469 | 249,404 | 104% | 236,922 | 257,094 | (8%) | 0.48 | 1.07 | 524,853 | 287,931 | 104% |
| Varasano | 195,883 | 166,690 | 29,193 | 18% | 58,552 | 43,837 | 34% | 0.30 | 0.26 | 58,552 | - | 34% |
| Total USA & Canada | 964,390 | 765,259 | 199,131 | 26% | 443,960 | 446,090 | (0%) | 0.46 | 0.58 | 731,892 | 287,931 | 64% |
| **Latin America**[1] | 80,000 | 52,114 | 27,886 | 54% | 29,324 | 33,098 | (11%) | 0.37 | 0.64 | 35,335 | 6,011 | 7% |
| **Europe** | | | | | | | | | | | | |
| UK, Ireland & South Africa - Smith[1] | 109,453 | 143,526 | (34,073) | (24%) | 53,188 | 52,649 | 1% | 0.49 | 0.37 | 53,188 | - | 1% |
| Germany - Jaeger | 89,205 | 67,324 | 21,880 | 32% | 50,664 | 40,403 | 25% | 0.57 | 0.60 | 53,534 | 2,870 | 32% |
| France, Middle East & Africa - Anidjar[1] | 78,529 | 62,638 | 15,891 | 25% | 38,757 | 39,701 | (2%) | 0.49 | 0.63 | 54,397 | 15,640 | 37% |
| Northern, Central & Eastern Eur - Jarnick[1] | 91,358 | 76,140 | 15,218 | 20% | 52,183 | 39,051 | 34% | 0.57 | 0.51 | 59,647 | 3,570 | 53% |
| Southern Europe - Bonzano[1] | 80,619 | 53,225 | 27,394 | 51% | 43,042 | 43,713 | (2%) | 0.53 | 0.82 | 69,216 | 23,970 | 58% |
| Europe Other | | | | | | 2 | n/a | - | - | - | - | n/a |
| Total Europe - Giacoletto | 449,163 | 402,853 | 46,311 | 11% | 237,833 | 215,518 | 10% | 0.53 | 0.53 | 289,982 | 46,050 | 35% |
| **Japan - Sano** | 128,010 | 102,669 | 25,341 | 25% | 98,413 | 87,347 | 13% | 0.77 | 0.85 | 108,906 | 10,492 | 25% |
| **APAC - Williams**[1] | 87,281 | 56,256 | 31,025 | 55% | 62,348 | 58,662 | 6% | 0.71 | 1.04 | 82,492 | 20,144 | 41% |
| Other | | | | | | (3,247) | n/a | - | - | - | - | n/a |
| **Total Company** | 1,708,845 | 1,379,151 | 329,694 | 24% | 871,879 | 837,471 | 4% | 0.51 | 0.61 | 1,248,606 | 370,628 | 49% |

(1) Regional estimated upside based upon the sum of the calculated upsides for each component country

**Oracle Corporation**
**Q3 Total Applications Pipeline - December FY01**
**Week 2**

| Constant Dollar 1000's (May 00 rates) | Q3 FY01 Pipeline | Q3 FY00 Pipeline | Variance | Variance % | Q3 FY01 Forecast | Q3 FY00 Actuals | Forecast Growth | Q3 FY01 Forecast Conversion Ratio | Q3 FY00 Actual Conversion Ratio | Est Q3 FY01 Forecast based on Q3 FY00 Ratio | Estimated Upside[1] | Potential Growth with Upside |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **USA** | | | | | | | | | | | | |
| Nussbaum | 272,573 | 87,900 | 184,673 | 210% | 76,514 | 43,794 | 75% | 0.28 | 0.50 | 135,801 | 59,288 | 210% |
| Roberts | 353,172 | 188,176 | 164,996 | 88% | 109,078 | 51,462 | 112% | 0.31 | 0.27 | 109,078 | - | 112% |
| Varasano | 221,756 | 71,040 | 150,716 | 212% | 91,448 | 39,435 | 132% | 0.41 | 0.56 | 123,099 | 31,651 | 212% |
| Total USA & Canada | 847,501 | 347,116 | 500,385 | 144% | 277,040 | 134,690 | 106% | 0.33 | 0.39 | 367,979 | 90,939 | 173% |
| | | | | | | | | | | | | |
| Latin America[1] | 50,000 | 39,302 | 10,698 | 27% | 10,676 | 5,996 | 78% | 0.21 | 0.15 | 13,501 | 2,825 | 125% |
| | | | | | | | | | | | | |
| **Europe** | | | | | | | | | | | | |
| UK, Ireland & South Africa - Smith[1] | 89,190 | 47,667 | 41,523 | 87% | 18,754 | 9,222 | 103% | 0.21 | 0.19 | 18,754 | - | 103% |
| Germany - Jaeger | 11,047 | 11,664 | (617) | (5%) | 7,338 | 1,516 | 384% | 0.66 | 0.13 | 7,338 | - | 384% |
| France, Middle East & Africa - Anidjar[1] | 59,308 | 34,482 | 24,827 | 72% | 12,607 | 9,163 | 38% | 0.21 | 0.27 | 19,103 | 6,496 | 108% |
| Northern, Central & Eastern Eur - Jarnick[1] | 58,502 | 31,404 | 27,098 | 86% | 13,755 | 14,966 | (8%) | 0.24 | 0.48 | 45,848 | 33,958 | 226% |
| Southern Europe - Bonzano[1] | 33,201 | 18,462 | 14,739 | 80% | 11,591 | 3,015 | 285% | 0.35 | 0.16 | 33,059 | 387 | 997% |
| Europe Other | - | - | - | | - | (2) | n/a | - | - | - | - | n/a |
| Total Europe - Giacoletto | 251,248 | 143,678 | 107,570 | 75% | 64,046 | 37,879 | 69% | 0.25 | 0.26 | 127,102 | 40,842 | 236% |
| | | | | | | | | | | | | |
| Japan - Sano | 34,609 | 19,237 | 15,372 | 80% | 11,200 | 4,303 | 160% | 0.32 | 0.22 | 11,200 | - | 160% |
| | | | | | | | | | | | | |
| APAC - Williams[1] | 69,534 | 20,890 | 48,644 | 233% | 23,844 | 7,020 | 240% | 0.34 | 0.34 | 29,560 | 5,716 | 321% |
| | | | | | | | | | | | | |
| Other | - | - | - | | - | 1,839 | n/a | - | - | - | - | n/a |
| | | | | | | | | | | | | |
| **Total Company** | 1,252,892 | 570,222 | 682,670 | 120% | 386,805 | 191,727 | 102% | 0.31 | 0.34 | 549,342 | 140,321 | 187% |

(1) Regional estimated upside based upon the sum of the calculated upsides for each component country

NDCA-ORCL 033552  
ORACLE CONFIDENTIAL

## License Pipeline & Revenue By Product/Region
Month 1 - December / Week 2

**Q3 FY01**

### Total License Pipeline By Product
(CD 000's)

| | Tech | Apps | | $ Total |
|---|---|---|---|---|
| OSI - Nussbaum | 51% | 49% | | 552,207 |
| NAS - Roberts | 58% | 42% | | 842,045 |
| OPI - Varasano | 47% | 53% | | 417,639 |
| LAD - Sanderson | 62% | 38% | | 130,000 |
| UK, Ireland & S. Africa - Smith | 55% | 45% | | 198,643 |
| Germany - Jaeger | 89% | 11% | | 100,252 |
| France, Mid East & Africa - Jarnick | 57% | 43% | | 137,837 |
| N, C & Eastern Europe - Anidjar | 61% | 39% | | 149,860 |
| Southern Europe - Bonzano | 71% | 29% | | 113,820 |
| Japan - Sano | 79% | 21% | | 162,619 |
| APAC - Williams | 56% | 44% | | 156,815 |
| **Total Company** | **58%** | **42%** | | **$ 2,961,737** |



### Total License Pipeline By Region

| | |
|---|---|
| OSI - Nussbaum | 19% |
| NAS - Roberts | 28% |
| OPI - Varasano | 14% |
| LAD - Sanderson | 4% |
| UK, Ireland & S. Africa - Smith | 7% |
| Germany - Jaeger | 3% |
| France, Mid East & Africa - Jarnick | 5% |
| N, C & Eastern Europe - Anidjar | 5% |
| Southern Europe - Bonzano | 4% |
| Japan - Sano | 5% |
| APAC - Williams | 5% |
| **Total Company** | **100%** |



### Total License Revenue By Product
(CD 000's)

| | Tech | Apps | | $ Total |
|---|---|---|---|---|
| OSI - Nussbaum | 66% | 34% | | 225,000 |
| NAS - Roberts | 68% | 32% | | 346,000 |
| OPI - Varasano | 39% | 61% | | 150,000 |
| LAD - Sanderson | 73% | 27% | | 40,001 |
| UK, Ireland & S. Africa - Smith | 74% | 26% | | 71,942 |
| Germany - Jaeger | 87% | 13% | | 58,002 |
| France, Mid East & Africa - Jarnick | 75% | 25% | | 51,364 |
| N, C & Eastern Europe - Anidjar | 79% | 21% | | 65,938 |
| Southern Europe - Bonzano | 79% | 21% | | 54,633 |
| Japan - Sano | 90% | 10% | | 109,614 |
| APAC - Williams | 72% | 28% | | 86,191 |
| **Total Company** | **69%** | **31%** | | **$ 1,258,685** |



### Total License Revenue By Region

| | |
|---|---|
| OSI - Nussbaum | 18% |
| NAS - Roberts | 27% |
| OPI - Varasano | 12% |
| LAD - Sanderson | 3% |
| UK, Ireland & S. Africa - Smith | 6% |
| Germany - Jaeger | 5% |
| France, Mid East & Africa - Jarnick | 4% |
| N, C & Eastern Europe - Anidjar | 5% |
| Southern Europe - Bonzano | 4% |
| Japan - Sano | 9% |
| APAC - Williams | 7% |
| **Total Company** | **100%** |



NDCA-ORCL 033553   ORACLE CONFIDENTIAL

*Americas Cumulative Weekly License Pipeline Trends*  Q3 FY01

### OSI

| Forecast Week | Pipeline $M Apps | Pipeline $M Tech | Total | Cumulative % Change Apps | Cumulative % Change Tech | Total |
|---|---|---|---|---|---|---|
| **Q1 FY01** | | | | | | |
| W2  | 209.7 | 234.0 | 443.7 | 0%   | 0%   | 0%   |
| W4  | 150.8 | 193.9 | 344.8 | -28% | -17% | -22% |
| W6  | 106.5 | 169.2 | 275.7 | -49% | -28% | -38% |
| W8  | 84.2  | 161.3 | 245.5 | -60% | -31% | -45% |
| W10 | 59.2  | 157.7 | 217.0 | -72% | -33% | -51% |
| W11 | 52.5  | 158.4 | 210.9 | -75% | -32% | -52% |
| W12 | 47.6  | 144.8 | 192.4 | -77% | -38% | -57% |
| W13 | 33.5  | 142.2 | 175.7 | -84% | -39% | -60% |
| **Q2 FY01** | | | | | | |
| W2  | 157.6 | 250.9 | 408.5 | 0%   | 0%   | 0%   |
| W4  | 142.6 | 238.1 | 380.7 | -10% | -5%  | -7%  |
| W6  | 132.6 | 248.3 | 380.9 | -16% | -1%  | -7%  |
| W8  | 122.1 | 245.1 | 367.2 | -23% | -2%  | -10% |
| W10 | 74.6  | 229.5 | 304.2 | -53% | -9%  | -26% |
| W11 | 73.3  | 221.3 | 294.6 | -54% | -12% | -28% |
| W12 | 66.3  | 197.7 | 264.1 | -58% | -21% | -35% |
| W13 | 59.8  | 175.7 | 235.5 | -62% | -30% | -42% |
| **Q3 FY01** | | | | | | |
| W2  | 272.6 | 279.6 | 552.2 | 0%   | 0%   | 0%   |
| W4  |       |       |       |      |      |      |
| W6  |       |       |       |      |      |      |
| W8  |       |       |       |      |      |      |
| W10 |       |       |       |      |      |      |
| W11 |       |       |       |      |      |      |
| W12 |       |       |       |      |      |      |
| W13 |       |       |       |      |      |      |

### NAS

| Forecast Week | Pipeline $M Apps | Pipeline $M Tech | Total | Cumulative % Change Apps | Cumulative % Change Tech | Total |
|---|---|---|---|---|---|---|
| **Q1 FY01** | | | | | | |
| W2  | 232.6 | 213.7 | 446.3 | 0%   | 0%   | 0%   |
| W4  | 248.3 | 247.2 | 495.5 | 7%   | 16%  | 11%  |
| W6  | 217.4 | 245.2 | 462.7 | -7%  | 15%  | 4%   |
| W8  | 182.1 | 327.1 | 509.2 | -22% | 53%  | 14%  |
| W10 | 156.3 | 304.8 | 461.0 | -33% | 43%  | 3%   |
| W11 | 133.0 | 290.5 | 423.5 | -43% | 36%  | -5%  |
| W12 | 113.3 | 271.7 | 384.9 | -51% | 27%  | -14% |
| W13 | 105.3 | 270.8 | 376.1 | -55% | 27%  | -16% |
| **Q2 FY01** | | | | | | |
| W2  | 271.1 | 415.8 | 686.8 | 0%   | 0%   | 0%   |
| W4  | 315.6 | 402.0 | 717.6 | 16%  | -3%  | 4%   |
| W6  | 332.4 | 465.5 | 797.9 | 23%  | 12%  | 16%  |
| W8  | 324.8 | 470.5 | 795.3 | 20%  | 13%  | 16%  |
| W10 | 265.6 | 454.8 | 720.4 | -2%  | 9%   | 5%   |
| W11 | 231.5 | 427.5 | 659.0 | -15% | 3%   | -4%  |
| W12 | 214.0 | 386.8 | 600.8 | -21% | -7%  | -13% |
| W13 | 193.4 | 367.1 | 560.5 | -29% | -12% | -18% |
| **Q3 FY01** | | | | | | |
| W2  | 353.2 | 488.9 | 842.0 | 0%   | 0%   | 0%   |
| W4  |       |       |       |      |      |      |
| W6  |       |       |       |      |      |      |
| W8  |       |       |       |      |      |      |
| W10 |       |       |       |      |      |      |
| W11 |       |       |       |      |      |      |
| W12 |       |       |       |      |      |      |
| W13 |       |       |       |      |      |      |

ORACLE CONFIDENTIAL

NDCA-ORCL 033554

ORACLE CONFIDENTIAL

# Americas Cumulative Weekly License Pipeline Trends

## OPI

| Forecast Week | Pipeline $M Apps | Pipeline $M Tech | Pipeline $M Total | Cumulative % Change Apps | Cumulative % Change Tech | Cumulative % Change Total |
|---|---|---|---|---|---|---|
| **Q1 FY01** | | | | | | |
| W2 | 103.8 | 66.1 | 169.9 | 0% | 0% | 0% |
| W4 | 123.4 | 72.1 | 195.5 | 19% | 9% | 15% |
| W6 | 102.3 | 70.8 | 173.1 | -1% | 7% | 2% |
| W8 | 74.5 | 63.6 | 138.0 | -28% | -4% | -19% |
| W10 | 52.3 | 59.5 | 111.8 | -50% | -10% | -34% |
| W11 | 49.0 | 61.0 | 110.0 | -53% | -8% | -35% |
| W12 | 56.4 | 63.0 | 119.4 | -46% | -5% | -30% |
| W13 | 49.3 | 49.1 | 98.4 | -52% | -26% | -42% |
| **Q2 FY01** | | | | | | |
| W2 | 150.3 | 122.5 | 272.8 | 0% | 0% | 0% |
| W4 | 145.9 | 129.4 | 275.3 | -3% | 6% | 1% |
| W6 | 145.6 | 119.0 | 264.7 | -3% | -3% | -3% |
| W8 | 131.0 | 119.5 | 250.5 | -13% | -2% | -8% |
| W10 | 118.5 | 117.6 | 236.1 | -21% | -4% | -13% |
| W11 | 116.0 | 116.2 | 232.2 | -23% | -5% | -15% |
| W12 | 106.2 | 132.8 | 238.9 | -29% | 8% | -12% |
| W13 | 81.4 | 131.1 | 212.5 | -46% | 7% | -22% |
| **Q3 FY01** | | | | | | |
| W2 | 221.8 | 195.9 | 417.6 | 0% | 0% | 0% |
| W4 | - | - | - | | | |
| W6 | - | - | - | | | |
| W8 | - | - | - | | | |
| W10 | - | - | - | | | |
| W11 | - | - | - | | | |
| W12 | - | - | - | | | |
| W13 | - | - | - | | | |

## LAD

| Forecast Week | Pipeline $M Apps | Pipeline $M Tech | Pipeline $M Total | Cumulative % Change Apps | Cumulative % Change Tech | Cumulative % Change Total |
|---|---|---|---|---|---|---|
| **Q1 FY01** | | | | | | |
| W2 | 34.4 | 42.6 | 77.0 | 0% | 0% | 0% |
| W4 | 33.1 | 39.9 | 73.0 | -4% | -6% | -5% |
| W6 | 28.1 | 36.4 | 64.5 | -18% | -15% | -16% |
| W8 | 28.1 | 36.4 | 64.5 | -18% | -15% | -16% |
| W10 | 27.9 | 36.5 | 64.4 | -19% | -14% | -16% |
| W11 | 23.9 | 32.2 | 56.1 | -31% | -24% | -27% |
| W12 | 20.2 | 33.7 | 53.9 | -41% | -21% | -30% |
| W13 | 19.2 | 31.1 | 50.3 | -44% | -27% | -35% |
| **Q2 FY01** | | | | | | |
| W2 | 33.4 | 52.3 | 85.7 | 0% | 0% | 0% |
| W4 | 29.2 | 52.3 | 81.5 | -13% | 0% | -5% |
| W6 | 29.4 | 57.7 | 87.2 | -12% | 10% | 2% |
| W8 | 28.0 | 56.6 | 84.6 | -16% | 8% | -1% |
| W10 | 36.6 | 43.3 | 79.9 | 10% | -17% | -7% |
| W11 | 19.0 | 52.2 | 71.2 | -43% | 0% | -17% |
| W12 | 14.4 | 53.9 | 68.3 | -57% | 3% | -20% |
| W13 | 14.4 | 56.0 | 70.3 | -57% | 7% | -18% |
| **Q3 FY01** | | | | | | |
| W2 | 50.0 | 80.0 | 130.0 | 0% | 0% | 0% |
| W4 | - | - | - | | | |
| W6 | - | - | - | | | |
| W8 | - | - | - | | | |
| W10 | - | - | - | | | |
| W11 | - | - | - | | | |
| W12 | - | - | - | | | |
| W13 | - | - | - | | | |

*Q3 FY01*

NDCA-ORCL 033555



## Total License Pipeline Trend Analysis
Month 1 - December / Week 2

### Total Company

| Constant $ | | | License Pipeline | | Quarterly Actuals | Pipeline as a % of Actuals | Actuals as a % of Pipeline |
|---|---|---|---|---|---|---|---|
| Q4 | FY99 | $ | 2,422,973 | $ | 1,447,292 | 167% | 60% |
| Q1 | FY00 | $ | 929,909 | $ | 602,804 | 154% | 65% |
| Q2 | FY00 | $ | 1,466,390 | $ | 859,164 | 171% | 59% |
| Q3 | FY00 | $ | 1,949,373 | $ | 1,029,196 | 189% | 53% |
| Q4 | FY00 | $ | 3,092,751 | $ | 1,797,955 | 172% | 58% |
| Q1 | FY01 | $ | 1,765,898 | $ | 785,431 | 225% | 44% |
| Q2 | FY01 | $ | 2,284,800 | $ | 1,039,757 | 220% | 46% |
| Q3 (1) | FY01 | $ | 2,961,737 | $ | 1,258,685 | 235% | 42% |

### Oracle Service Industries (OSI)[2]

| Constant $ | | | License Pipeline | | Quarterly Actuals | Pipeline as a % of Actuals | Actuals as a % of Pipeline |
|---|---|---|---|---|---|---|---|
| Q4 | FY99 | $ | 616,455 | $ | 312,912 | 197% | 51% |
| Q1 | FY00 | $ | 220,600 | $ | 70,496 | 313% | 32% |
| Q2 | FY00 | $ | 329,800 | $ | 125,915 | 262% | 38% |
| Q3 | FY00 | $ | 447,000 | $ | 188,953 | 237% | 42% |
| Q4 | FY00 | $ | 678,170 | $ | 345,055 | 197% | 51% |
| Q1 | FY01 | $ | 443,667 | $ | 106,907 | 415% | 24% |
| Q2 | FY01 | $ | 408,522 | $ | 149,938 | 272% | 37% |
| Q3 (1) | FY01 | $ | 552,207 | $ | 225,000 | 245% | 41% |

### North American Sales (NAS)[2]

| Constant $ | | | License Pipeline | | Quarterly Actuals | Pipeline as a % of Actuals | Actuals as a % of Pipeline |
|---|---|---|---|---|---|---|---|
| Q4 | FY99 | $ | 583,154 | $ | 374,777 | 156% | 64% |
| Q1 | FY00 | $ | 204,700 | $ | 126,668 | 162% | 62% |
| Q2 | FY00 | $ | 367,295 | $ | 196,850 | 187% | 54% |
| Q3 | FY00 | $ | 427,645 | $ | 308,555 | 139% | 72% |
| Q4 | FY00 | $ | 892,000 | $ | 521,209 | 171% | 58% |
| Q1 | FY01 | $ | 446,300 | $ | 199,281 | 224% | 45% |
| Q2 | FY01 | $ | 686,825 | $ | 284,180 | 242% | 41% |
| Q3 (1) | FY01 | $ | 842,045 | $ | 346,000 | 243% | 41% |

### Oracle Process Industries (OPI)[2]

| Constant $ | | | License Pipeline | | Quarterly Actuals | Pipeline as a % of Actuals | Actuals as a % of Pipeline |
|---|---|---|---|---|---|---|---|
| Q4 | FY99 | $ | 294,822 | $ | 175,856 | 168% | 60% |
| Q1 | FY00 | $ | 47,000 | $ | 49,766 | 94% | 106% |
| Q2 | FY00 | $ | 88,845 | $ | 54,404 | 163% | 61% |
| Q3 | FY00 | $ | 237,730 | $ | 83,272 | 285% | 35% |
| Q4 | FY00 | $ | 315,150 | $ | 198,499 | 159% | 63% |
| Q1 | FY01 | $ | 169,900 | $ | 40,622 | 418% | 24% |
| Q2 | FY01 | $ | 272,811 | $ | 87,001 | 314% | 32% |
| Q3 (1) | FY01 | $ | 417,639 | $ | 150,000 | 278% | 36% |

### Latin America[2]

| Constant $ | | | License Pipeline | | Quarterly Actuals | Pipeline as a % of Actuals | Actuals as a % of Pipeline |
|---|---|---|---|---|---|---|---|
| Q4 | FY99 | $ | 87,633 | $ | 49,364 | 178% | 56% |
| Q1 | FY00 | $ | - | $ | 21,555 | 0% | #DIV/0! |
| Q2 | FY00 | $ | 59,155 | $ | 31,676 | 187% | 54% |
| Q3 | FY00 | $ | 91,416 | $ | 39,095 | 234% | 43% |
| Q4 | FY00 | $ | - | $ | 67,139 | 0% | #DIV/0! |
| Q1 | FY01 | $ | 77,049 | $ | 26,875 | 287% | 35% |
| Q2 | FY01 | $ | 85,668 | $ | 37,262 | 230% | 43% |
| Q3 (1) | FY01 | $ | 130,000 | $ | 40,001 | 325% | 31% |

### APAC

| Constant $ | | | License Pipeline | | Quarterly Actuals | Pipeline as a % of Actuals | Actuals as a % of Pipeline |
|---|---|---|---|---|---|---|---|
| Q4 | FY99 | $ | 93,097 | $ | 66,490 | 140% | 71% |
| Q1 | FY00 | $ | 77,352 | $ | 51,007 | 152% | 66% |
| Q2 | FY00 | $ | 88,022 | $ | 54,935 | 160% | 62% |
| Q3 | FY00 | $ | 77,145 | $ | 65,682 | 117% | 85% |
| Q4 | FY00 | $ | 127,719 | $ | 98,416 | 130% | 77% |
| Q1 | FY01 | $ | 100,437 | $ | 72,450 | 139% | 72% |
| Q2 | FY01 | $ | 114,557 | $ | 81,963 | 140% | 72% |
| Q3 (1) | FY01 | $ | 156,815 | $ | 86,191 | 182% | 55% |

### Japan

| Constant $ | | | License Pipeline | | Quarterly Actuals | Pipeline as a % of Actuals | Actuals as a % of Pipeline |
|---|---|---|---|---|---|---|---|
| Q4 | FY99 | $ | 129,877 | $ | 107,577 | 121% | 83% |
| Q1 | FY00 | $ | 107,906 | $ | 75,878 | 142% | 70% |
| Q2 | FY00 | $ | 127,560 | $ | 108,001 | 118% | 85% |
| Q3 | FY00 | $ | 121,906 | $ | 91,650 | 133% | 75% |
| Q4 | FY00 | $ | 170,020 | $ | 129,413 | 131% | 76% |
| Q1 | FY01 | $ | 119,787 | $ | 93,299 | 128% | 78% |
| Q2 | FY01 | $ | 158,867 | $ | 123,857 | 128% | 78% |
| Q3 (1) | FY01 | $ | 162,619 | $ | 109,614 | 148% | 67% |

### UK, Ireland & South Africa

| Constant $ | | | License Pipeline | | Quarterly Actuals | Pipeline as a % of Actuals | Actuals as a % of Pipeline |
|---|---|---|---|---|---|---|---|
| Q4 | FY99 | $ | 189,117 | $ | 133,376 | 142% | 71% |
| Q1 | FY00 | $ | 61,295 | $ | 31,174 | 197% | 51% |
| Q2 | FY00 | $ | 110,485 | $ | 54,891 | 201% | 50% |
| Q3 | FY00 | $ | 191,193 | $ | 61,871 | 309% | 32% |
| Q4 | FY00 | $ | 274,059 | $ | 130,873 | 209% | 48% |
| Q1 | FY01 | $ | 124,441 | $ | 48,591 | 256% | 39% |
| Q2 | FY01 | $ | 166,963 | $ | 64,216 | 260% | 38% |
| Q3 (1) | FY01 | $ | 198,643 | $ | 71,942 | 276% | 36% |

### Germany

| Constant $ | | | License Pipeline | | Quarterly Actuals | Pipeline as a % of Actuals | Actuals as a % of Pipeline |
|---|---|---|---|---|---|---|---|
| Q4 | FY99 | $ | 130,253 | $ | 72,401 | 180% | 56% |
| Q1 | FY00 | $ | 52,314 | $ | 24,194 | 216% | 46% |
| Q2 | FY00 | $ | 78,396 | $ | 52,701 | 149% | 67% |
| Q3 | FY00 | $ | 78,988 | $ | 41,919 | 188% | 53% |
| Q4 | FY00 | $ | 153,048 | $ | 76,679 | 200% | 50% |
| Q1 | FY01 | $ | 69,349 | $ | 31,981 | 217% | 46% |
| Q2 | FY01 | $ | 92,787 | $ | 55,002 | 169% | 59% |
| Q3 (1) | FY01 | $ | 100,252 | $ | 58,002 | 173% | 58% |

(1) Data as of December 11, 2000
(2) Americas data, Q1 FY00 through current period are based on weekly data. All other periods and countries are monthly

NDCA-ORCL 033557
ORACLE CONFIDENTIAL
Oracle Corporation Confidential           12/07/2000           Page 7

## Total License Pipeline Trend Analysis
Month 1 - December / Week 2

### France, Middle East & Africa

| Constant $ | | License Pipeline | Quarterly Actuals | Pipeline as a % of Actuals | Actuals as a % of Pipeline |
|---|---|---|---|---|---|
| Q4 | FY99 | $ 103,414 | $ 57,537 | 180% | 56% |
| Q1 | FY00 | $ 57,070 | $ 33,618 | 170% | 59% |
| Q2 | FY00 | $ 68,709 | $ 43,899 | 157% | 64% |
| Q3 | FY00 | $ 97,119 | $ 48,863 | 199% | 50% |
| Q4 | FY00 | $ 188,904 | $ 63,152 | 299% | 33% |
| Q1 | FY01 | $ 86,821 | $ 47,416 | 183% | 55% |
| Q2 | FY01 | $ 93,595 | $ 42,082 | 222% | 45% |
| Q3 (1) | FY01 | $ 137,837 | $ 51,364 | 268% | 37% |

### Southern Europe

| Constant $ | | License Pipeline | Quarterly Actuals | Pipeline as a % of Actuals | Actuals as a % of Pipeline |
|---|---|---|---|---|---|
| Q4 | FY99 | $ 82,109 | $ 45,210 | 182% | 55% |
| Q1 | FY00 | $ 48,034 | $ 30,983 | 155% | 65% |
| Q2 | FY00 | $ 68,937 | $ 50,919 | 135% | 74% |
| Q3 | FY00 | $ 71,686 | $ 46,728 | 153% | 65% |
| Q4 | FY00 | $ 118,593 | $ 56,636 | 209% | 48% |
| Q1 | FY01 | $ 44,730 | $ 39,674 | 113% | 89% |
| Q2 | FY01 | $ 87,737 | $ 50,202 | 175% | 57% |
| Q3 (1) | FY01 | $ 113,820 | $ 54,633 | 208% | 48% |

### Northern, Central & Eastern Europe

| Constant $ | | License Pipeline | Quarterly Actuals | Pipeline as a % of Actuals | Actuals as a % of Pipeline |
|---|---|---|---|---|---|
| Q4 | FY99 | $ 113,041 | $ 75,162 | 150% | 66% |
| Q1 | FY00 | $ 53,639 | $ 35,934 | 149% | 67% |
| Q2 | FY00 | $ 79,186 | $ 57,332 | 138% | 72% |
| Q3 | FY00 | $ 107,544 | $ 54,017 | 199% | 50% |
| Q4 | FY00 | $ 175,068 | $ 94,047 | 186% | 54% |
| Q1 | FY01 | $ 83,417 | $ 43,132 | 193% | 52% |
| Q2 | FY01 | $ 116,468 | $ 61,418 | 190% | 53% |
| Q3 (1) | FY01 | $ 149,860 | $ 65,938 | 227% | 44% |

(1) Data as of December 11, 2000

ORACLE CONFIDENTIAL

Oracle Corporation Confidential          12/07/2000          Page 8