# MORGAN STANLEY DEAN WITTER

**Equity Research**
North America

## Industry

# Enterprise Software

Charles Phillips
+1 (1)212 761-4450
charles.phillips@msdw.com
Ryan Rathman
+1 (1)212 761-6377
ryan.rathman@msdw.com

**Industry Overview**                                    December 20, 2000

# *MSDW CIO Survey Series: Release 1.8*

## In this survey of 150 CIOs:

### ● Annual CIO Outlook Conference Survey Results
Our CIO survey for the CIO Outlook 2001 Conference suggests a slowing in IT budget growth from 12% this year down to 8% next year – a 33% drop in the growth rate. The median budget growth of the 146 CIOs responding was 5.8%, the average was 8.1%.

### ● Total IT Budget
The pattern of spending in 2001 will be more back end loaded than this year. 14% of the respondents said they would spend cautiously in 1H01 to monitor the economy and another 12% have already scaled back budgets. The 2000 budget was just the opposite – front end loaded because of post Y2K and dot-com driven spending. Only 16% expect to have reduced budgets. External spending will account for 40% of the budgets.

### ● IT Spending Plans for 2001
Database software, marketplace software, and e-commerce software were the top three categories mentioned. Network equipment spending came in a strong fourth. At the bottom of the list were consulting services and mainframe software.

### ● B2B Marketplaces
The most popular strategy on exchanges is to participate in both private and public exchanges as needs dictate (36%). Another 19% are going the private exchange route and 9% the public exchange route.

### ● Are CEOs Using Technology?
76% of CEOs are using e-mail; 18% use e-mail through an assistant; only 1% of CEOs are not using e-mail.





DEFENDANT'S
EXHIBIT NO.
FOR IDENTIFICATION
Gredde
DATE
9-11-07

*MORGAN STANLEY DEAN WITTER*

# MSDW CIO Survey Series: Release 1.8

**Table of Contents:**

| | |
|---|---|
| Demographics of the Survey | Page 3 |
| IT Budgets | 4 |
| IT Development | 12 |
| E-commerce | 14 |
| Java | 20 |
| Application Servers | 22 |
| Enterprise Application Integration | 24 |
| Enterprise Resource Planning | 26 |
| Windows 2000 | 27 |
| Call Centers | 28 |
| Customer-Related Data | 31 |
| Web-based Self-help Applications | 32 |
| Legacy / Web Integration | 33 |
| Mainframe | 34 |
| Data Networking | 35 |
| Application Service Providers | 38 |
| Consulting | 40 |
| E-mail | 45 |
| Appendix: Detailed IT Spending Data | 47 |

Please refer to important disclosures at the end of this report.

*MORGAN STANLEY DEAN WITTER*

Exhibit 1

**Demographics of the Survey — Industries Represented in Survey Sample**

| Industry | # of CIOs | % of Total |
|---|---|---|
| Finance (including insurance and real estate) | 35 | 23% |
| Manufacturing | 34 | 23% |
| Electronics (including high tech) | 21 | 14% |
| Health Care | 10 | 7% |
| Retail | 7 | 5% |
| Services | 7 | 5% |
| Education | 6 | 4% |
| Food Services | 6 | 4% |
| Transportation | 6 | 4% |
| Telecommunications | 4 | 3% |
| Petroleum | 4 | 3% |
| Utilities | 3 | 2% |
| Legal | 3 | 2% |
| Agriculture | 2 | 1% |
| Mining | 2 | 1% |
| **TOTAL** | **150** | **100%** |

*Source: Morgan Stanley Dean Witter CIO Survey, November 2000.*

*Enterprise Software – December 20, 2000*

Please refer to important disclosures at the end of this report.

*MORGAN STANLEY DEAN WITTER*

Page 4

Exhibit 2
**IT Budget Outlook**

|  | 1998 | 1999 | 2000 | 2001 |
|---|---|---|---|---|
| **Global IT Budget Growth** | 6.2% | 9.0% | 12.0% | 8.1% |
| **% of IT Budget Spent Externally** | 37.0% | 38.0% | 39.0% | 40.0% |
| **Breakdown of External IT Spend** | | | | |
| **Communications** | 20.0% | 21.0% | 22.0% | 23.0% |
| **Software** | 23.0% | 22.0% | 22.0% | 22.0% |
| **Services** | 29.0% | 28.0% | 26.0% | 25.0% |
| **Hardware** | 28.0% | 29.0% | 30.0% | 30.0% |
| | 100% | 100% | 100% | 100% |

*Source: Morgan Stanley Dean Witter Research and US Commerce Department.*

The pattern of spending in 2001 looks more back end loaded than this year. 14% of the respondents said they would spend cautiously in 1H00 to monitor the economy and another 12% have already scaled back budgets. The 2000 budget was just the opposite – front end loaded because of post Y2K and dot-com driven spending. Only 16% expected to reduce their budgets. External spending will account for 40% of the budgets.

*Enterprise Software – December 20, 2000*

**Please refer to important disclosures at the end of this report.**

# MORGAN STANLEY DEAN WITTER

Exhibit 3
**IT Budget Analysis**



**Histogram of IT Budget Growth**

Source: Morgan Stanley Dean Witter CIO Survey, November 2000

*Enterprise Software – December 20, 2000*

**Please refer to important disclosures at the end of this report.**

# MORGAN STANLEY DEAN WITTER

Exhibit 4
**IT Budgets — Percentage change in IT budget for 2001 from 2000 for the following categories:**



**Growth of Components of IT Spend (2001 vs. 2000)**

| Category | Growth |
| --- | --- |
| Database Software | 9.5% |
| Marketplace Software | 9.1% |
| Other E-commerce Software | 8.9% |
| Network Equipment | 8.5% |
| Unix Servers | 8.5% |
| Total IT Budget | 8.1% |
| ERP Applications | 8.1% |
| Total Software | 7.9% |
| CRM Applications | 7.7% |
| EAI (integration) Tools | 7.1% |
| Supply Chain Applications | 7.0% |
| Intel Servers | 6.8% |
| Application Servers | 6.2% |
| E-procurement Applications | 5.5% |
| Personnel Expenses | 5.4% |
| Storage Hardware | 5.4% |
| Desktop PCs | 5.2% |
| Mainframe Hardware | 5.1% |
| Desktop Productivity Software | 2.9% |
| Mainframe Software | 1.5% |
| Consulting Services | -0.2% |

Source: Morgan Stanley Dean Witter CIO Survey, November 2000.

This chart shows the average growth rates indicated by the 150 CIOs responding in regard to various sub-sectors of IT spend (growth is measured by in-crease/decrease in IT budget for 2001 vs. 2000). Detailed breakouts of responses for each category can be found in the Appendix of this report.

*Enterprise Software – December 20, 2000*

Please refer to important disclosures at the end of this report.

*MORGAN STANLEY DEAN WITTER*

Exhibit 5

**Shortage of IT Talent — A Constraint to Growth**

**IT Employees in the US**

|  | 1998 | 1999 | 2000 |
|---|---|---|---|
| **IT Employees Million** | 2.9 | 3.2 | 3.5 |
| **IT Companies** | 1.2 | 1.3 | 1.5 |
| **Non-IT Companies** | 1.7 | 1.8 | 2.0 |
| **Unfilled demand for IT employees** | 0.6 | 0.7 | 0.8 |

*Source: Morgan Stanley Dean Witter Research, ITAA, US Commerce Department, IDC.*

A shortage of IT talent poses a constraint to growth.

*Enterprise Software – December 20, 2000*

**Please refer to important disclosures at the end of this report.**

MORGAN STANLEY DEAN WITTER

Exhibit 6
**IT Budgets — Percentage change in IT budget for 2001 from 2000**



*Source: Morgan Stanley Dean Witter CIO Survey, November 2000.*

81% of the companies in the survey are planning on flat or up IT budgets for 2001. The bell curve was concentrated around budget growth of 1-10% (35% of the respondents). Only 16% of the respondents are explicitly reducing budgets. The median IT budget growth of the 146 CIOs responding was 5.8%.

*Enterprise Software — December 20, 2000*

Please refer to important disclosures at the end of this report.

# *MORGAN STANLEY DEAN WITTER*

Exhibit 7
**IT Budgets**



Source: *Morgan Stanley Dean Witter CIO Survey, November 2000.*

26% of the respondents have either scaled back spending plans for 2001 or plan to spend more cautiously in the 1H 2001 to monitor economic conditions.  In any given year, 15-20% of the respondents have reduced their spending plans because of industry down turns, cost reduction programs.  The percentage of respondents who are planning on less budget growth than they would have three months ago is about five percentage points higher than a typical year.  We think the increase stems from the current economic uncertainty since 14% of those respondents plan defer spending toward the 2H 2001 to see how things shape up in the economy which isn't necessarily a cut in spending.  *The data suggest a back-end loaded IT spending year as compared to a front end loaded 2000 which was aided by a post Y2K spending bubble and dot com frenzy.*

*Enterprise Software – December 20, 2000*

Please refer to important disclosures at the end of this report.

*MORGAN STANLEY DEAN WITTER*

Exhibit 8
**IT Budgets**

**Does your organization have a centralized IT budget or do the business units make their own procurement decisions?**



Decentralized
6%

Mix / Both
4%

Centralized
90%

*Source: Morgan Stanley Dean Witter CIO Survey, September 2000.*

Budgets continued a trend toward centralization, reversing the prior trend toward distributed budgets in the client/server era. Computing is being re-centralized on big servers so the budgets are following suit.

*Enterprise Software – December 20, 2000*

**Please refer to important disclosures at the end of this report.**

# MORGAN STANLEY DEAN WITTER

Exhibit 9
IT Budgets



Source: Morgan Stanley Dean Witter CIO Survey, November 2000.

The chart above shows the percent of respondents in each category who indicated that IT budgets in that category would either increase, remain flat or decrease from 2000 levels. Detailed breakouts of responses for this graph can be found in the Appendix of this report.

*Enterprise Software – December 20, 2000*

Please refer to important disclosures at the end of this report.

*MORGAN STANLEY DEAN WITTER*

Exhibit 10

**IT Development**



Source: Morgan Stanley Dean Witter CIO Survey, November 2000.

*Enterprise Software – December 20, 2000*

Please refer to important disclosures at the end of this report.

# MORGAN STANLEY DEAN WITTER

Exhibit 11

**IT Development**



**Number of new custom development projects planned for 2001:**

Source: Morgan Stanley Dean Witter CIO Survey, November 2000.

95% of the respondents are starting new projects in 2001, which is the catalyst for follow-on purchases of software tools, hardware, storage, and network capacity.

*Enterprise Software – December 20, 2000*

Please refer to important disclosures at the end of this report.

# MORGAN STANLEY DEAN WITTER

Exhibit 12

**E-commerce**



**Is your company accepting orders over your web site?**

Not Applicable
2%

Planned This Year
7%

Yes
52%

No
39%

*Source: Morgan Stanley Dean Witter CIO Survey, November 2000.*

Just over half of the respondents are accepting orders over the Web site. After rising steadily for the last 18 months, the percentage of yes respondents appears to be leveling off. Another 7% plan to accept orders via the Web over the next year. The balance of the respondents could be in industries where the concept isn't as applicable.

*Enterprise Software – December 20, 2000*

**Please refer to important disclosures at the end of this report.**

# MORGAN STANLEY DEAN WITTER

Exhibit 13
**E-commerce**



What's your strategy for participating in B2B marketplaces?

Source: Morgan Stanley Dean Witter CIO Survey, November 2000.

The most popular strategy on exchanges is to participate in both private and public exchanges as needs dictate (36%). Another 19% are going the private exchange route and 9% the public exchange route.

*Enterprise Software – December 20, 2000*

Please refer to important disclosures at the end of this report.

*MORGAN STANLEY DEAN WITTER*

Exhibit 14
**E-commerce**



Do you currently have direct online connections of any type (EDI, Web) to suppliers for procurement/planning/fulfillment?

*Source: Morgan Stanley Dean Witter CIO Survey, November 2000.*

Only 22% of the respondents had direct online connections to most of their suppliers. Half of the respondents selected the major suppliers only as on line trading partners and haven't folded in their smaller suppliers because of cost and complexity. There lies the opportunity for the Web based commerce networks.

*Enterprise Software – December 20, 2000*

Please refer to important disclosures at the end of this report.

# MORGAN STANLEY DEAN WITTER

Exhibit 15
**E-commerce**



**Are your customers asking you to participate in e-commerce initiatives as a supplier?**

| Category | % of respondents |
|---|---|
| Not applicable | 1% |
| Not sure | 1% |
| No | 32% |
| Yes, most of them | 11% |
| A few but the numbers are growing rapidly | 21% |
| Only a few | 34% |

*Source: Morgan Stanley Dean Witter CIO Survey, November 2000.*

About half of the respondents are receiving questions from suppliers about building online e-commerce links.

*Enterprise Software – December 20, 2000*

**Please refer to important disclosures at the end of this report.**

# MORGAN STANLEY DEAN WITTER

Exhibit 16

**E-commerce**



**Do you currently have direct online connections of any type (EDI, Web) to customers accepting orders?**

| Category | % of respondents |
|---|---|
| Not applicable | 1% |
| Planning to start in next 12 months | 7% |
| Evaluating | 3% |
| No | 33% |
| Yes, most customers | 18% |
| Yes, major customers only | 39% |

*Source: Morgan Stanley Dean Witter CIO Survey, November 2000.*

39% have online connections to their major customers and another 18% have broader electronic reach into most customers. Small customers are still being handled manually.

*Enterprise Software – December 20, 2000*

**Please refer to important disclosures at the end of this report.**

*

*MORGAN STANLEY DEAN WITTER*

Exhibit 17

**E-commerce**



Source: Morgan Stanley Dean Witter CIO Survey, November 2000.

Oracle and PeopleSoft were named most frequently as e-procurement suppliers but that is likely a function of name recognition in a new category where people don't know the category labels or companies that well. Other responses included Trade Power, Source Alliance, i2, Aspect, iProcure, Equal Footing, and D/Lync. 28 respondents, or 19%, stated that they had not selected yet, were unsure, or the question was not applicable to them.

Please refer to important disclosures at the end of this report.

MORGAN STANLEY DEAN WITTER

Exhibit 18
Java

**Has your organization embraced EJB (Enterprise Java Beans) as a standard for developing new server based applications?**

Will over time
3%

Evaluating
16%

Partially
14%

Yes
9%

No
58%

*Source: Morgan Stanley Dean Witter CIO Survey, September 2000.*

Companies are slowly embracing Java on the server as a future architectural standard. However we would place the standard in the checklist category as opposed to wide adoption.

*Enterprise Software – December 20, 2000*

Please refer to important disclosures at the end of this report.

*MORGAN STANLEY DEAN WITTER*

Exhibit 19
**Java**



**Does EJB compliance impact your selection of applications?**

Not sure
3%

Yes
16%

Maybe over time
17%

Sometimes
11%

No
53%

*Source: Morgan Stanley Dean Witter CIO Survey, September 2000.*

16% have EJB compliance on the checklist today.

*Enterprise Software – December 20, 2000*

Please refer to important disclosures at the end of this report.

*MORGAN STANLEY DEAN WITTER*

Page 22

Exhibit 20
**Application Servers**



Has your organization chosen a strategic application server platform?

Evaluating
1%

Unsure
1%

Yes
55%

No
43%

*Source: Morgan Stanley Dean Witter CIO Survey, November 2000.*

Over half of the respondents have consolidated their application server architecture around a single standard.

*Enterprise Software – December 20, 2000*

Please refer to important disclosures at the end of this report.

*MORGAN STANLEY DEAN WITTER*

Exhibit 21
**Application Servers**



### If so, which one?

Source: *Morgan Stanley Dean Witter CIO Survey, November 2000*

IBM is leading the pack for application servers with 47% share among the survey participants followed by BEA at 22%. The remaining alternatives are quite a distance away.

*Enterprise Software – December 20, 2000*

**Please refer to important disclosures at the end of this report.**

# MORGAN STANLEY DEAN WITTER

Exhibit 22
**Enterprise Application Integration**



**Has your organization chosen a strategic EAI (enterprise application integration) product?**

Evaluating 3%

Yes 26%

No 71%

Source: Morgan Stanley Dean Witter CIO Survey, November 2000.

26% of the respondents have selected a strategic EAI product and have an architecture plan in place. The market looks underpenetrated and the challenge is convincing customers to go the EAI route instead of custom-built links.

*Enterprise Software – December 20, 2000*

**Please refer to important disclosures at the end of this report.**

*MORGAN STANLEY DEAN WITTER*

Exhibit 23
**Enterprise Application Integration**



**If so, which vendor?**

| Vendor | % of respondents |
|---|---|
| Active | 2% |
| SAP | 2% |
| JD Edwards | 2% |
| IBM | 5% |
| None, built by consultants | 7% |
| None, built in-house | 17% |
| Sterling Commerce | 10% |
| webMethods | 5% |
| Seebeyond Technologies (STC) | 12% |
| Tibco | 15% |
| Vitria | 17% |
| Crossworlds | 5% |

% of respondents

*Source: Morgan Stanley Dean Witter CIO Survey, November 2000.*

Custom built integration is still a large chunk of the market. Vitria and Tibco led the number of mentions in the survey.

*Enterprise Software – December 20, 2000*

**Please refer to important disclosures at the end of this report.**

*MORGAN STANLEY DEAN WITTER*

Exhibit 24
**Enterprise Resource Planning**



**Where is your organization with respect to back-office applications (HR, Finance, and Manufacturing) roll out?**

Source: *Morgan Stanley Dean Witter CIO Survey, November 2000.*

34% of the respondents have completed their ERP rollout and another 14% is almost complete, suggesting nearly half of the market has been fully penetrated. 16% were considering ERP purchases in the coming year.

*Enterprise Software – December 20, 2000*

Please refer to important disclosures at the end of this report.

*MORGAN STANLEY DEAN WITTER*

Exhibit 25
**Windows 2000**



### How quickly do you expect to deploy Windows 2000?

- Already deployed: 5%
- Currently deploying: 17%
- 1Q01: 8%
- 2Q01: 13%
- 3Q01: 5%
- 4Q01: 13%
- Not until 2002: 27%
- No plans to deploy: 10%
- Will deploy throughout 2001: 1%
- Unsure: 1%

*Source: Morgan Stanley Dean Witter CIO Survey, November 2000.*

We believe Windows 2000 deployment plans continue to look positive with 17% currently deploying, 21% planning to do so in the 1H01 and 39% for the full year next year. It looks like Windows 2000 has finally arrived as a server operating systems after a lengthy trial period.

*Enterprise Software – December 20, 2000*

**Please refer to important disclosures at the end of this report.**

*MORGAN STANLEY DEAN WITTER*

Exhibit 26
**Call Centers**



**Does your organization have a call center (e.g. agents fielding incoming calls from customers)?**

No
23%

Yes
77%

*Source: Morgan Stanley Dean Witter CIO Survey, September 2000.*

*Enterprise Software – December 20, 2000*

**Please refer to important disclosures at the end of this report.**

*MORGAN STANLEY DEAN WITTER*

Exhibit 27
**Call Centers**

**If so, are call center applications tied in with other customer relationship management applications (sales force automation and field support)?**



Yes
56%

No
44%

*Source: Morgan Stanley Dean Witter CIO Survey, September 2000.*

*Enterprise Software – December 20, 2000*

**Please refer to important disclosures at the end of this report.**

# MORGAN STANLEY DEAN WITTER

Exhibit 28
**Call Centers**



If so, has your call center been outsourced?

Yes
6%

No
94%

*Source: Morgan Stanley Dean Witter CIO Survey, September 2000.*

*Enterprise Software – December 20, 2000*

**Please refer to important disclosures at the end of this report.**

*MORGAN STANLEY DEAN WITTER*

Exhibit 29

**Customer-Related Data**



Source: Morgan Stanley Dean Witter CIO Survey, September 2000.

*Enterprise Software – December 20, 2000*

Please refer to important disclosures at the end of this report.

*MORGAN STANLEY DEAN WITTER*

Exhibit 30
**Web-based Self-help Applications**

**Has your organization rolled out self-help web applications for employees (e.g. HR applications)?**



Source: *Morgan Stanley Dean Witter CIO Survey, September 2000.*

*Enterprise Software – December 20, 2000*

**Please refer to important disclosures at the end of this report.**

MORGAN STANLEY DEAN WITTER

Exhibit 31
Legacy / Web Integration



Are your legacy mainframe systems integrated with front-end web site activity so customers accessing the web site are driving processing activity on the mainframe?

Not Applicable
4%

Yes
31%

No
32%

Work in process
23%

Evaluating
7%

Not sure
3%

*Source: Morgan Stanley Dean Witter CIO Survey, September 2000.*

*Enterprise Software – December 20, 2000*
Please refer to important disclosures at the end of this report.

# MORGAN STANLEY DEAN WITTER

Exhibit 32
**Mainframe**



**Which statement best describes your strategy for the mainframe:**

| Statement | % |
|---|---|
| We don't use a mainframe | 17% |
| We plan to be off the mainframe within three years. | 16% |
| The mainframe is important now but we are accelerating the pace of removing applications from that platform in favor of Unix/NT. | 9% |
| The mainframe will continue to run some legacy applications but we are removing applications where possible. | 19% |
| The mainframe is a critical platform, and we are adding new applications. | 13% |
| The mainframe will remain a critical platform for us; existing apps will likely remain there; the need for mainframe MIPs will be fueled by need to power existing apps. | 27% |

% of respondents

*Source: Morgan Stanley Dean Witter CIO Survey, November 2000.*

*Enterprise Software – December 20, 2000*

# MORGAN STANLEY DEAN WITTER

Exhibit 33
**Data Networking**



*Source: Morgan Stanley Dean Witter CIO Survey, November 2000.*

*Enterprise Software – December 20, 2000*

**Please refer to important disclosures at the end of this report.**

*MORGAN STANLEY DEAN WITTER*

Exhibit 34
**Data Networking**



*Source: Morgan Stanley Dean Witter CIO Survey, November 2000.*

*Enterprise Software — December 20, 2000*

Please refer to important disclosures at the end of this report.

MORGAN STANLEY DEAN WITTER

Exhibit 35
Data Networking



Source: Morgan Stanley Dean Witter CIO Survey, November 2000.

*Enterprise Software – December 20, 2000*

Please refer to important disclosures at the end of this report.

*MORGAN STANLEY DEAN WITTER*

Exhibit 38
**Application Service Providers**



*Source: Morgan Stanley Dean Witter CIO Survey, November 2000.*

Page 38

*Enterprise Software – December 20, 2000*

**Please refer to important disclosures at the end of this report.**

*MORGAN STANLEY DEAN WITTER*

Exhibit 37

**Application Service Providers**



What applications would you most likely deploy via an ASP (indicate all that apply)?

- Unsure — 1%
- Non-Critical — 2%
- None — 5%
- Manufacturing — 6%
- Intranet — 6%
- Wireless Applications — 9%
- Supply Chain Management (SCM) — 15%
- Sales Force Automation (SFA) — 17%
- Enterprise Resource Planning (ERP) — 19%
- Industry Specific — 20%
- Procurement — 23%
- Customer Relationship Management (CRM) — 23%
- E-Commerce/Web Store — 41%

% of respondents

*Source: Morgan Stanley Dean Witter CIO Survey, November 2000.*

*Enterprise Software – December 20, 2000*

Please refer to important disclosures at the end of this report.

*MORGAN STANLEY DEAN WITTER*

Exhibit 38
**Consulting**



For what specific initiatives will your organization utilize third party consultants?

*Source: Morgan Stanley Dean Witter CIO Survey, November 2000.*

*Enterprise Software – December 20, 2000*

Please refer to important disclosures at the end of this report.

*MORGAN STANLEY DEAN WITTER*

Exhibit 39

**Consulting**



Do you consider any one consultant or more consultants to be strategic to your organization?

Yes
33%

No
67%

*Source: Morgan Stanley Dean Witter CIO Survey, November 2000.*

*Enterprise Software – December 20, 2000*

**Please refer to important disclosures at the end of this report.**

# MORGAN STANLEY DEAN WITTER

Exhibit 40
**Consulting**



**If so, whom?**

Source: Morgan Stanley Dean Witter CIO Survey, November 2000.

Other responses included Trade Power, Sirrus Com Solutions, Scient, SAIC, Oracle, MJM Melillo, ICR, DMR, CSC, Computer Aid, Inc., Cognizant Technology Solutions (CTS), Bob Allen, AT&T, AnswerThink, Sitecrafters, and Selectica (each represented 2% of the responses).

*Enterprise Software – December 20, 2000*

**Please refer to important disclosures at the end of this report.**

*MORGAN STANLEY DEAN WITTER*

Exhibit 41
**Consulting**



**Are you currently using offshore consulting services?**

Evaluating
8%

Yes
17%

No
75%

*Source: Morgan Stanley Dean Witter CIO Survey, November 2000.*

*Enterprise Software — December 20, 2000*

**Please refer to important disclosures at the end of this report.**

MORGAN STANLEY DEAN WITTER

Exhibit 42
Consulting



If so, whom?

| | % of respondents |
|---|---|
| No disclosure | 4% |
| Offshore development | 4% |
| Not directly using offshore, but development group does use an offshore firm | 4% |
| Using application development who uses offshore researchers | 4% |
| PricewaterhouseCoopers | 8% |
| IBM Global Services | 8% |
| Andersen Consulting | 13% |
| Unsure | 17% |

Source: Morgan Stanley Dean Witter CIO Survey, November 2000.

Other responses included TITI, Syntel, ODSI, Intel Group, Integrity - UK, Dassault Systems, CTS, CBSI and AT&T in Europe (each represented 4% of the responses).

Enterprise Software – December 20, 2000

Please refer to important disclosures at the end of this report.

*MORGAN STANLEY DEAN WITTER*

Exhibit 43
**E-mail**



Does your CEO use e-mail?

No 1%
Occasionally 5%

Yes, but through an assistant 18%

Yes 76%

*Source: Morgan Stanley Dean Witter CIO Survey, November 2000.*

Even the CEOs are getting reachable via e-mail.

*Enterprise Software – December 20, 2000*

**Please refer to important disclosures at the end of this report.**

*MORGAN STANLEY DEAN WITTER*

Exhibit 44
**E-mail**



**Does your firm send out important announcement by email to internal employees?**

Occasionally
10%

No
3%

Yes
87%

*Source: Morgan Stanley Dean Witter CIO Survey, November 2000.*

*Enterprise Software – December 20, 2000*

**Please refer to important disclosures at the end of this report.**

*MORGAN STANLEY DEAN WITTER*

Page 47

# Appendix: Detailed IT Spending Data

*Enterprise Software – December 20, 2000*

**Please refer to important disclosures at the end of this report.**

# MORGAN STANLEY DEAN WITTER

Exhibit 45

**Reported Technology Sector Revenues Correlation to Corporate Pretax Profits and GDP — 1990-2000**

Reported Technology Sector Revenues Correlation to Corporate Pretax Profits and GDP

1990-2000

| | Semiconductors | Computer Processing Hardware | Computer Peripherals | Computer Communications | Telecom Equipment | IT Services | Packaged Software | Internet Software and Services | Gross domestic product | Profits before tax |
|---|---|---|---|---|---|---|---|---|---|---|
| Semiconductors | 1.000 | | | | | | | | | |
| Computer Processing Hardware | 0.864 | 1.000 | | | | | | | | |
| Computer Peripherals | 0.919 | 0.878 | 1.000 | | | | | | | |
| Computer Communications | 0.775 | 0.720 | 0.749 | 1.000 | | | | | | |
| Telecommunications Equipment | 0.780 | 0.633 | 0.791 | 0.662 | 1.000 | | | | | |
| IT Services | 0.917 | 0.869 | 0.933 | 0.873 | 0.757 | 1.000 | | | | |
| Packaged Software | 0.943 | 0.891 | 0.948 | 0.883 | 0.776 | 0.989 | 1.000 | | | |
| Internet Software and Services | 0.872 | 0.806 | 0.733 | 0.847 | 0.648 | 0.858 | 0.878 | 1.000 | | |
| Gross domestic product | 0.942 | 0.917 | 0.968 | 0.841 | 0.761 | 0.967 | 0.986 | 0.845 | 1.000 | |
| Profits before tax | 0.918 | 0.902 | 0.977 | 0.747 | 0.757 | 0.906 | 0.937 | 0.768 | 0.974 | 1.000 |

*Source: Morgan Stanley Dean Witter Research.*

*Enterprise Software – December 20, 2000*

Please refer to important disclosures at the end of this report.

Exhibit 46

**Reported Technology Sector Revenues Correlation to Corporate Pretax Profits and GDP — 1990-1993**

### Reported Technology Sector Revenues Correlation to Corporate Pretax Profits and GDP
1990-1993

| | Semiconductors | Computer Processing Hardware | Computer Peripherals | Computer Communications | Telecom Equipment | IT Services | Packaged Software | Internet Software and Services | Gross domestic product | Profits before tax |
|---|---|---|---|---|---|---|---|---|---|---|
| Semiconductors | 1.000 | | | | | | | | | |
| Computer Processing Hardware | 0.599 | 1.000 | | | | | | | | |
| Computer Peripherals | 0.828 | 0.545 | 1.000 | | | | | | | |
| Computer Communications | 0.976 | 0.542 | 0.975 | 1.000 | | | | | | |
| Telecommunications Equipment | 0.368 | 0.201 | 0.452 | 0.412 | 1.000 | | | | | |
| IT Services | 0.727 | 0.346 | 0.786 | 0.786 | 0.497 | 1.000 | | | | |
| Packaged Software | 0.857 | 0.514 | 0.982 | 0.988 | 0.406 | 0.757 | 1.000 | | | |
| Internet Software and Services | 0.867 | 0.564 | 0.913 | 0.952 | 0.474 | 0.790 | 0.915 | 1.000 | | |
| Gross domestic product | 0.969 | 0.556 | 0.954 | 0.990 | 0.330 | 0.735 | 0.974 | 0.934 | 1.000 | |
| Profits before tax | 0.939 | 0.499 | 0.872 | 0.931 | 0.410 | 0.628 | 0.908 | 0.926 | 0.923 | 1.000 |

*Source: Morgan Stanley Dean Witter Research.*

*Enterprise Software – December 20, 2000*

Please refer to important disclosures at the end of this report.

*MORGAN STANLEY DEAN WITTER*

Exhibit 47

**Reported Technology Sector Revenues Correlation to Corporate Pretax Profits and GDP — 1996-2000**

### Reported Technology Sector Revenues Correlation to Corporate Pretax Profits and GDP
1996-2000

| | Semiconductors | Computer Processing Hardware | Computer Peripherals | Computer Communications | Telecom Equipment | IT Services | Packaged Software | Internet Software and Services | Gross domestic product | Profits before tax |
|---|---|---|---|---|---|---|---|---|---|---|
| Semiconductors | 1.000 | | | | | | | | | |
| Computer Processing Hardware | 0.622 | 1.000 | | | | | | | | |
| Computer Peripherals | 0.852 | 0.628 | 1.000 | | | | | | | |
| Computer Communications | 0.521 | 0.450 | 0.578 | 1.000 | | | | | | |
| Telecommunications Equipment | 0.683 | 0.257 | 0.710 | 0.536 | 1.000 | | | | | |
| IT Services | 0.748 | 0.674 | 0.883 | 0.776 | 0.572 | 1.000 | | | | |
| Packaged Software | 0.814 | 0.702 | 0.902 | 0.814 | 0.676 | 0.973 | 1.000 | | | |
| Internet Software and Services | 0.843 | 0.796 | 0.767 | 0.721 | 0.580 | 0.825 | 0.898 | 1.000 | | |
| Gross domestic product | 0.823 | 0.780 | 0.876 | 0.787 | 0.601 | 0.946 | 0.975 | 0.950 | 1.000 | |
| Profits before tax | 0.796 | 0.767 | 0.771 | 0.565 | 0.546 | 0.709 | 0.796 | 0.911 | 0.878 | 1.000 |

*Source: Morgan Stanley Dean Witter Research.*

*Enterprise Software – December 20, 2000*

Please refer to important disclosures at the end of this report.

*MORGAN STANLEY DEAN WITTER*

Exhibit 48
IT Spending Breakdown



*Source: US Commerce Department.*

*Enterprise Software – December 20, 2000*

Please refer to important disclosures at the end of this report.

*MORGAN STANLEY DEAN WITTER*

Exhibit 49
**Components of IT Spending — 1990 vs. 2000**



Components of IT Spending 1990 Compared to 2000

- ■ Office/accounting equipment
- ■ Communication equipment
- □ Instruments
- □ Software and Consulting
- ■ Photocopy equipment
- ■ Computers and peripheral equipment

*Source: US Commerce Department.*

*Enterprise Software – December 20, 2000*

**Please refer to important disclosures at the end of this report.**

*MORGAN STANLEY DEAN WITTER*

Exhibit 50
**IT Budgets**

| | # of Respondents | Median | Average |
|---|---|---|---|
| Database Software | 143 | 0.0% | 9.5% |
| Marketplace Software | 140 | 0.0% | 9.1% |
| Other E-commerce Software | 140 | 0.0% | 8.9% |
| Network Equipment | 143 | 0.0% | 8.5% |
| Unix Servers | 142 | 0.0% | 8.5% |
| **Total IT Budget** | **146** | **5.8%** | **8.1%** |
| ERP Applications | 144 | 0.0% | 8.1% |
| **Total Software** | **146** | **5.0%** | **7.9%** |
| CRM Applications | 143 | 0.0% | 7.7% |
| EAI (integration) Tools | 135 | 0.0% | 7.1% |
| Supply Chain Applications | 135 | 0.0% | 7.0% |
| Intel Servers | 141 | 0.0% | 6.8% |
| Application Servers | 145 | 0.0% | 6.2% |
| E-procurement Applications | 140 | 0.0% | 5.5% |
| Personnel Expenses | 146 | 5.0% | 5.4% |
| Storage Hardware | 143 | 0.0% | 5.4% |
| Desktop PCs | 145 | 0.0% | 5.2% |
| Mainframe Hardware | 137 | 0.0% | 5.1% |
| Desktop Productivity Software | 133 | 0.0% | 2.9% |
| Mainframe Software | 132 | 0.0% | 1.5% |
| Consulting Services | 141 | 0.0% | -0.2% |

*Source: Morgan Stanley Dean Witter CIO Survey, November 2000.*

The table above shows the average and median growth rates of certain IT sub-sectors for 2001 compared to 2000 levels.  The numbers of respondents in each category vary depending on how many responded "NA" or "Unsure".  The table is sorted by average growth in spending.

*Enterprise Software – December 20, 2000*

**Please refer to important disclosures at the end of this report.**

*MORGAN STANLEY DEAN WITTER*

Exhibit 52
**IT Budgets**

| | Number of Respondents | % of CIOs who indicated an increase in spending | % of CIOs who indicated flat spending | % of CIOs who indicated a decrease in spending |
|---|---|---|---|---|
| Consulting Services | 141 | 38% | 33% | 30% |
| Mainframe Software | 132 | 33% | 50% | 17% |
| **Total IT Budget** | **146** | **63%** | **21%** | **16%** |
| Storage Hardware | 143 | 36% | 50% | 14% |
| Desktop PCs | 145 | 43% | 46% | 11% |
| Intel Servers | 141 | 38% | 51% | 11% |
| ERP Applications | 144 | 34% | 56% | 10% |
| Mainframe Hardware | 137 | 38% | 53% | 9% |
| Desktop Productivity Software | 133 | 27% | 65% | 8% |
| E-procurement Applications | 140 | 38% | 54% | 8% |
| Application Servers | 145 | 45% | 48% | 8% |
| Personnel Expenses | 146 | 55% | 37% | 8% |
| Supply Chain Applications | 135 | 46% | 47% | 7% |
| Unix Servers | 142 | 41% | 52% | 7% |
| **Total Software** | **146** | **54%** | **39%** | **7%** |
| Network Equipment | 143 | 44% | 50% | 6% |
| Other E-commerce Software | 140 | 48% | 47% | 5% |
| CRM Applications | 143 | 38% | 57% | 5% |
| Marketplace Software | 140 | 38% | 58% | 4% |
| Database Software | 143 | 43% | 53% | 4% |
| EAI (integration) Tools | 135 | 34% | 62% | 4% |

*Source: Morgan Stanley Dean Witter CIO Survey, November 2000.*

The table above shows the percent of respondents in each category that responded that IT budgets would either increase, decrease or remain flat. The numbers of respondents in each category vary depending on how many responded "NA" or "Unsure". This exhibit is sorted by percentage of responses that indicated a decrease in spending. This data is graphically represented in Exhibit 9.

*Enterprise Software – December 20, 2000*

**Please refer to important disclosures at the end of this report.**

MORGAN STANLEY DEAN WITTER

Exhibit 53

**IT Budgets — Percentage change in IT budget for 2001 from 2000 for the following category:**



*Source: Morgan Stanley Dean Witter CIO Survey, November 2000.*

*Enterprise Software – December 20, 2000*

Please refer to important disclosures at the end of this report.

*MORGAN STANLEY DEAN WITTER*

Exhibit 54
**IT Budgets — Percentage change in IT budget for 2001 from 2000 for the following category:**



*Source: Morgan Stanley Dean Witter CIO Survey, November 2000.*

*Enterprise Software – December 20, 2000*

Please refer to important disclosures at the end of this report.

*MORGAN STANLEY DEAN WITTER*

Exhibit 55
**IT Budgets — Percentage change in IT budget for 2001 from 2000 for the following category:**



*Source: Morgan Stanley Dean Witter CIO Survey, November 2000.*

*Enterprise Software – December 20, 2000*

Please refer to important disclosures at the end of this report.

*MORGAN STANLEY DEAN WITTER*

Exhibit 56
**IT Budgets — Percentage change in IT budget for 2001 from 2000 for the following category:**



*Source: Morgan Stanley Dean Witter CIO Survey, November 2000.*

*Enterprise Software – December 20, 2000*

Please refer to important disclosures at the end of this report.

*MORGAN STANLEY DEAN WITTER*

Exhibit 57

**IT Budgets — Percentage change in IT budget for 2001 from 2000 for the following category:**



*Source: Morgan Stanley Dean Witter CIO Survey, November 2000.*

*Enterprise Software – December 20, 2000*

Please refer to important disclosures at the end of this report.

*MORGAN STANLEY DEAN WITTER*

Exhibit 58
**IT Budgets — Percentage change in IT budget for 2001 from 2000 for the following category:**



*Source: Morgan Stanley Dean Witter CIO Survey, November 2000.*

*Enterprise Software — December 20, 2000*

*MORGAN STANLEY DEAN WITTER*

Exhibit 59

**IT Budgets — Percentage change in IT budget for 2001 from 2000 for the following category:**



**ERP Applications**

Source: Morgan Stanley Dean Witter CIO Survey, November 2000.

*Enterprise Software — December 20, 2000*

Please refer to important disclosures at the end of this report.

*MORGAN STANLEY DEAN WITTER*

Exhibit 60
**IT Budgets — Percentage change in IT budget for 2001 from 2000 for the following category:**



Source: Morgan Stanley Dean Witter CIO Survey, November 2000.

*Enterprise Software – December 20, 2000*

Please refer to important disclosures at the end of this report.

*MORGAN STANLEY DEAN WITTER*

Exhibit 61

**IT Budgets — Percentage change in IT budget for 2001 from 2000 for the following category:**



*Source: Morgan Stanley Dean Witter CIO Survey, November 2000.*

*Enterprise Software – December 20, 2000*

Please refer to important disclosures at the end of this report.

*MORGAN STANLEY DEAN WITTER*

Exhibit 62

**IT Budgets — Percentage change in IT budget for 2001 from 2000 for the following category:**



Source: *Morgan Stanley Dean Witter CIO Survey, November 2000.*

*Enterprise Software – December 20, 2000*

**Please refer to important disclosures at the end of this report.**

*MORGAN STANLEY DEAN WITTER*

Exhibit 63

**IT Budgets — Percentage change in IT budget for 2001 from 2000 for the following category:**



*Source: Morgan Stanley Dean Witter CIO Survey, November 2000.*

*Enterprise Software — December 20, 2000*

Please refer to important disclosures at the end of this report.

## MORGAN STANLEY DEAN WITTER

Exhibit 64

**IT Budgets — Percentage change in IT budget for 2001 from 2000 for the following category:**



*Source: Morgan Stanley Dean Witter CIO Survey, November 2000.*

*Enterprise Software — December 20, 2000*

Please refer to important disclosures at the end of this report.

# MORGAN STANLEY DEAN WITTER

Exhibit 66
**IT Budgets — Percentage change in IT budget for 2001 from 2000 for the following category:**



Source: Morgan Stanley Dean Witter CIO Survey, November 2000.

*Enterprise Software – December 20, 2000*

Please refer to important disclosures at the end of this report.

*MORGAN STANLEY DEAN WITTER*

Exhibit 66

**IT Budgets — Percentage change in IT budget for 2001 from 2000 for the following category:**



Source: Morgan Stanley Dean Witter CIO Survey, November 2000.

*Enterprise Software – December 20, 2000*

Please refer to important disclosures at the end of this report.

*MORGAN STANLEY DEAN WITTER*

Exhibit 67

**IT Budgets — Percentage change in IT budget for 2001 from 2000 for the following category:**



*Source: Morgan Stanley Dean Witter CIO Survey, November 2000.*

*Enterprise Software – December 20, 2000*

Please refer to important disclosures at the end of this report.

*MORGAN STANLEY DEAN WITTER*

Exhibit 68
**IT Budgets — Percentage change in IT budget for 2001 from 2000 for the following category:**



Source: Morgan Stanley Dean Witter CIO Survey, November 2000.

*Enterprise Software – December 20, 2000*

Please refer to important disclosures at the end of this report.

*MORGAN STANLEY DEAN WITTER*

Exhibit 69

**IT Budgets — Percentage change in IT budget for 2001 from 2000 for the following category:**



*Source: Morgan Stanley Dean Witter CIO Survey, November 2000.*

*Enterprise Software – December 20, 2000*

Please refer to important disclosures at the end of this report.

*MORGAN STANLEY DEAN WITTER*

Exhibit 70
**IT Budgets — Percentage change in IT budget for 2001 from 2000 for the following category:**



*Source: Morgan Stanley Dean Witter CIO Survey, November 2000.*

*Enterprise Software – December 20, 2000*

Please refer to important disclosures at the end of this report.

*MORGAN STANLEY DEAN WITTER*

Exhibit 71

**IT Budgets — Percentage change in IT budget for 2001 from 2000 for the following category:**



Source: *Morgan Stanley Dean Witter CIO Survey, November 2000.*

*Enterprise Software – December 20, 2000*

Please refer to important disclosures at the end of this report.

*MORGAN STANLEY DEAN WITTER*

Exhibit 72
**IT Budgets — Percentage change in IT budget for 2001 from 2000 for the following category:**



Source: *Morgan Stanley Dean Witter CIO Survey, November 2000.*

*Enterprise Software – December 20, 2000*

**Please refer to important disclosures at the end of this report.**

## *MORGAN STANLEY DEAN WITTER*

| The Americas | Europe | Japan | Asia/Pacific | |
|---|---|---|---|---|
| 1585 Broadway<br>New York, NY 10036-8293<br>Tel: (1) 212 761-4000 | 25 Cabot Square, Canary Wharf<br>London E14 4QA, England<br>Tel: (44 20) 7513 8000 | 20-3, Ebisu 4-chome Shibuya-ku,<br>Tokyo 150-6008, Japan<br>Tel: (81) 3 5424 5000 | Three Exchange Square<br>Hong Kong<br>Tel: (852) 2848 5200 | 4th Floor Forbes Building<br>Charanjit Rai Marg Fort<br>Mumbai 400 001, India<br>Tel: (91 22) 209 6600 |
| BCE Place, 181 Bay Street,<br>Suite 3700<br>Toronto, Ontario M5J 2T3,<br>Canada<br>Tel: (1) 416 943-8400 | AB Asesores<br>Plaza de la Lealtad, 3<br>Madrid 28014, Spain<br>Tel: (34 91) 580 11 00 | | 23 Church Street<br>#16-01 Capital Square<br>Singapore 049481<br>Tel: (65) 834 6888 | The Chifley Tower, Level 33<br>2 Chifley Square<br>Sydney NSW 2000, Australia<br>Tel: (61 2) 9770 1111 |

The information and opinions in this report were prepared by Morgan Stanley & Co. Incorporated ("Morgan Stanley Dean Witter"). Morgan Stanley Dean Witter does not undertake to advise you of changes in its opinion or information. Morgan Stanley Dean Witter and others associated with it may make markets or specialize in, have positions in and effect transactions in securities of companies mentioned and may also perform or seek to perform investment banking services for those companies. This memorandum is based on information available to the public. No representation is made that it is accurate or complete. This memorandum is not an offer to buy or sell or a solicitation of an offer to buy or sell the securities mentioned.

Within the last three years, Morgan Stanley & Co. Incorporated, Dean Witter Reynolds Inc. and/or their affiliates managed or co-managed a public offering of the securities of Agile Software Corp., AnswerThink Consulting Grp, Ariba Inc., Click Commerce, Documentum, AMDOCS, E.piphany Inc., i2 Technologies, McAfee.com Corp., Marimba Inc., Network Associates, SilverStream Software, Software Technologies Corp, Vignette Corp., Veritas Software, webMethods, Inc., Electronic Data Systems, Hewlett-Packard, IBM and Sagent.

Morgan Stanley & Co. Incorporated, Dean Witter Reynolds Inc. and/or their affiliates make a market in the securities of Agile Software Corp., AnswerThink Consulting Grp, BMC Software, Click Commerce, Compuware Corporation, Documentum, Hyperion Solutions, Gartner Group, J.D. Edwards, McAfee.com Corp., Marimba Inc., Network Associates, Novell, Oracle, PeopleSoft, Siebel Systems Inc., SilverStream Software, Software Technologies Corp, TeleTech, Vignette Corp., Veritas Software, webMethods, Inc., Electronic Data Systems, Compaq Computer Corp., Intel Corp and Exchange Applications.

Morgan Stanley & Co. Incorporated, Dean Witter Reynolds Inc. and/or their affiliates or their employees have or may have a long or short position or holding in the securities, options on securities, or other related investments of issuers mentioned herein.

An employee or director of Morgan Stanley & Co. Incorporated, Dean Witter Reynolds Inc. and/or their affiliates is a director of Electronic Data Systems and IBM.

The investments discussed or recommended in this report may not be suitable for all investors. Investors must make their own investment decisions based on their specific investment objectives and financial position and using such independent advisors as they believe necessary. Where an investment is denominated in a currency other than the investor's currency, changes in rates of exchange may have an adverse effect on the value, price of, or income derived from the investment. Past performance is not necessarily a guide to future performance. Income from investments may fluctuate. The price or value of the investments to which this report relates, either directly or indirectly, may fall or rise against the interest of investors.

To our readers in the United Kingdom: This publication has been issued by Morgan Stanley Dean Witter and approved by Morgan Stanley & Co. International Limited, regulated by the Securities and Futures Authority Limited. Morgan Stanley & Co. International Limited and/or its affiliates may be providing or may have provided significant advice or investment services, including investment banking services, for any company mentioned in this report. Private investors should obtain the advice of their Morgan Stanley & Co. International Limited representative about the investments concerned.

This publication is disseminated in Japan by Morgan Stanley Dean Witter Japan Limited and in Singapore by Morgan Stanley Dean Witter Asia (Singapore) Pte.

To our readers in the United States: While Morgan Stanley Dean Witter has prepared this report, Morgan Stanley & Co. Incorporated and Dean Witter Reynolds Inc. are distributing the report in the US and accept responsibility for it contents. Any person receiving this report and wishing to effect transactions in any security discussed herein should do so only with a representative of Morgan Stanley & Co. Incorporated or Dean Witter Reynolds Inc.

To our readers in Spain: AB Asesores Morgan Stanley Dean Witter, SV, SA, a Morgan Stanley Dean Witter group company, supervised by the Spanish Securities Markets Commission (CNMV), hereby states that this document has been written and distributed in accordance with the rules of conduct applicable to financial research as established under Spanish regulations.

To our readers in Australia: This publication has been issued by Morgan Stanley Dean Witter but is being distributed in Australia by Morgan Stanley Dean Witter Australia Limited A.C.N. 003 734 576, a licensed dealer, which accepts responsibility for its contents. Any person receiving this report and wishing to effect transactions in any security discussed in it may wish to do so with an authorized representative of Morgan Stanley Dean Witter Australia Limited.

To our readers in Canada: This publication has been prepared by Morgan Stanley Dean Witter and is being made available in certain provinces of Canada by Morgan Stanley Canada Limited. Morgan Stanley Canada Limited has approved of, and has agreed to take responsibility for, the contents of this information in Canada.

**Additional information on recommended securities is available on request.**

## © Copyright 2000 Morgan Stanley Dean Witter & Co.

© 2000 Morgan Stanley Dean Witter