```
 1            IN THE UNITED STATES DISTRICT COURT
 2              NORTHERN DISTRICT OF CALIFORNIA
 3
 4   In re ORACLE CORPORATION
     SECURITIES LITIGATION,
 5
 6   vs.                        Master File No.: C-01-0988-MJJ
 7   This Document Relates To:,
 8        ALL ACTIONS.
 9   _____/
10
11                       ---oOo---
12                      CONFIDENTIAL
13           DEPOSITION OF NICHOLAS CLASSICK
14              Wednesday, April 12, 2006
15                       ---oOo---
16
17           SHEILA CHASE & ASSOCIATES
                  REPORTING FOR
18            LiveNote World Service
           221 Main Street, Suite 1250
19         San Francisco, California 94105
              Phone:  (415) 321-2311
20             Fax:   (415) 321-2301
21
22   Reported by
     APRIL DAWN HEVEROH, CSR
23   CSR No. 8759
24
25
```

```
 1            THE WITNESS:  I can't recall what my forecast
 2   was.
 3            MR. BRITTON:  Q.  Okay.  Did you have any
 4   million-dollar dot-com deals in the pipeline as of
 5   January 2001?
 6       A.   I can't remember specific line items in my
 7   forecast at that point.
 8       Q.   Okay.
 9       A.   Do you want me to look at --
10       Q.   Yeah.
11       A.   Well, dot-com and ASPs.  So Appshops was an
12   ASP, and Exodus was an ASP.
13       Q.   Exodus was an ASP?
14       A.   Yes, as well as Appshops.
15       Q.   Are there any dot-com deals on the first page
16   here?
17       A.   Real Networks is a dot-com.
18       Q.   And that was 500,000.  So you had no
19   million-dollar dot-com deals in the pipeline, at least
20   as of December 14th, 2000?
21       A.   True.
22       Q.   All right.  The next slide down talks about a
23   dramatic decline in the dot-com business.
24            Is that something that you had seen by
25   January 2001?
```

```
 1         MS. KYROUZ:  Objection.  Vague, misstates the
 2   document.
 3         THE WITNESS:  We were -- we were seeing --
 4   again, there was a slowdown.  It wasn't -- again, I
 5   don't know where John is getting all his data because he
 6   lived in Boston.  Everybody in the country had different
 7   phases of this dot-com meltdown.  We still had a lot of
 8   very successful business in the west; he does specify
 9   here the shortfall in the west.
10         MR. BRITTON:  Q.  Yeah, $40 million database
11   shortfall in the west, and you don't remember having any
12   conversations with him about that?
13      A.   No.
14      Q.   No.
15         And is that a big deal, a $40 million
16   shortfall in database --
17         MS. KYROUZ:  Objection.  Vague as to what the
18   shortfall is to.
19         THE WITNESS:  I do not remember having
20   specific discussions with him about that.
21         MR. BRITTON:  Q.  Do you remember expecting to
22   miss your budget, your database budget by $40 million?
23      A.   I do not remember missing it by $40 million.
24   I know we were forecasting to be short of budget for
25   technology for the second half of the year.  That was
```

```
 1   highlighted in one of these documents.
 2        Q.   And here he proposes a dot-com quota reduction
 3   at the bottom, the action item.  And you had testified a
 4   little bit earlier that you remember having a
 5   conversation with John about a quota reduction and
 6   George Roberts saying no.
 7             It's in response to this that you think you
 8   had that conversation with John?
 9        A.   I assume, yes.
10        Q.   Okay.  Have you looked at the next page?
11   There's a number of different criteria; the assumptions
12   for the dot-com quota reduction, and then there's
13   regional managers below it.
14             And which of those regional managers were
15   under your division?
16        A.   Kern, Leahy, McDonald, Frazier, Stone,
17   Priestley and Arntz.
18        Q.   Okay.  So over half of the regional managers
19   that John was putting up for a quota reduction were
20   under your umbrella; is that right?
21        A.   Based on this, yes.
22        Q.   And you don't remember having any
23   conversations with him about it?
24        A.   I did have a discussion with him on it.
25        Q.   About reducing the quota for your
```

```
 1   individual -- or your regional managers?
 2        A.   Yes, we talked about quota reductions.  Never
 3   for myself.
 4        Q.   Okay.
 5        A.   I never talked about a quota reduction for
 6   myself.
 7        Q.   Okay.  But for your regional managers?
 8        A.   Yes.
 9        Q.   Okay.  When did you talk to him?
10        A.   Prior to this.  I don't know specifically
11   when.
12        Q.   Okay.  And that was -- was that a different
13   conversation than the one where he conveyed that George
14   Roberts said, "NO, we're not reducing the quota"?
15        A.   It would be a different discussion, yes.
16        Q.   Different discussion.
17             So it took place at some point prior to
18   January 9th, 2001?
19        A.   Yes.
20        Q.   Okay.  And tell me what you remember about
21   that conversation.  Who initiated it?
22        A.   I don't remember.
23        Q.   Okay.  Well, tell me, what did you say and
24   what did he say?
25        A.   I don't know, specifically.  There was
```

```
 1
 2                    REPORTER'S CERTIFICATE
 3
 4         I hereby certify that the foregoing is a true
 5   record of the testimony as reported to the best of my
 6   ability by me, a Certified Shorthand Reporter and a
 7   disinterested person, and was thereafter transcribed
 8   under my direction into typewriting by computer.
 9
10         I FURTHER CERTIFY that I am not interested in
11   the outcome of the said action and not connected with
12   nor related to any of the parties in said action or
13   their respective counsel.
14   Dated: 4-25-06        _____
                                APRIL DAWN HEVEROH, CSR
15                                 CSR NO. 8759
```