```
       Return-Path: <david.winton@oracle.com>
          Received: from oracle.com (whq4op3x38-rtr-opr1-58.us.oracle.com
                    [130.35.33.144])by gmgw01.oraclecorp.com (8.8.8□.8.8) with ESMTP id
                    VAA21540;Wed, 10 Jan 2001 21:45:48 -0800 (PST)
        Message-ID: <3A5D72A6.7627B2FC@oracle.com>
              Date: Thu, 11 Jan 2001 00:45:26 -0800
              From: David Winton <david.winton@oracle.com>
      Organization: Oracle Corporation
          X-Mailer: Mozilla 4.7 [en] (Win95; I)
 X-Accept-Language: en
      MIME-Version: 1.0
                To: "JENNIFER.MINTON" <JENNIFER.MINTON@oracle.com>
                CC: "Winton,David" <DAVID.WINTON@oracle.com>
           Subject: Forecast Update
      Content-Type: multipart/mixed;boundary="------------CB581EEA66292DB0E7B6E8C0"
  X-Mozilla-Status: 8001
 X-Mozilla-Status2: 00000000
```

We finished the Ops Reviews this afternoon and I wanted to give you a
quick update on the current quarter and full year look.

Our Q3 Forecast of $346M has not changed but the upside or,Best is
revised down by $16.8M to $360M.  Main factors:

1. The Pipe has not grown as we had anticipated.  We're actually
slightly down from December end reporting.
2. Lack of big deals.  Unlike Q1 & Q2, we have few big deals in Best
case that could drive us past the $360 line.
3. Drop in Technology.  As reflected in the softening Pipe, both GB and
Majors see a slow down in both Q3 and Q4.  GB's dot com bubble has
burst( they expect the West to end the year $30-$40M behind their
original Budget for Technology).  Majors sees a slow down in spend along
with smaller deal sizes. Also, the change in the ASP model for Generic
Tech hosting lic's coupled with the dot com crash is impacting projected
Tech results in that segment.

At this point, I still think we're tracking to end Q3 @$354-$355.  If we
get Americredit for an additional $5(in Best), it moves to the $360
range.

For the full year, Technology looks to trail both original Budget and
the Replan targets.  That get's offset to some degree by strong Apps
over performance.  When we add it up it's $1,445 for the full year
equating to 25% growth.  Tech growth is 9% and Apps is
80%(101%CRM/73%ERP).

---

David Winton <david.winton@oracle.com>

CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER

NDCA-ORCL 003419