**From:** Jennifer Minton
**Sent:** Tue, 19 Sep 2000 20:50:24 GMT
**To:** WILLIAM PLANT; DAVIES; Greg; Mcdowell; Cheryl; Winton; David; Ford; Terrence; English; James; Guner; Ivgen
**CC:**
**BCC:**
**Subject:** [Fwd: License Revenue Forecast Accuracy]

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER          NDCA-ORCL 151963

```
begin:vcard
n:;Jennifer
x-mozilla-html:FALSE
adr:;;;;;;
version:2.1
email;internet:jennifer.minton@oracle.com
fn:Jennifer Minton
end:vcard
```

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER     NDCA-ORCL 151964

```
begin:vcard
n:Burke;Lia
tel;fax:(650) 506 7107
tel;work:(650) 506 2534
x-mozilla-html:FALSE
org:<A
HREF="http://www.oracle.com/go/?&URL=http://www.oracle.com/"><imgsrc="http://www
.oracle.com/signature/obanner.gif"></A>;<A
HREF="http://www.oracle.com/go/?&URL=http://www.oracle.com/">Visit us at
http://www.oracle.com</A>
adr:;;;;;;;
version:2.1
email;internet:lia.burke@oracle.com
title:Director, Worldwide Finance
fn:Lia Burke
end:vcard
```

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER       NDCA-ORCL 151965

## LICENSE REVENUE FORECAST ACCURACY

### Q1FY00

| Constant $ (May 99) License | Actuals Q1FY00 | First Forecast Month 1 | First Forecast Month 2 | First Forecast Month 3 | Final Forecast Month 3 | Fcst as % of Actuals Month 1 | Fcst as % of Actuals Month 2 | Fcst as % of Actuals Month 3 | Final Fcst as % of Actuals Month 3 | Final Fcst vs Actuals $ Month 3 |
|---|---|---|---|---|---|---|---|---|---|---|
| **Revenues** | | | | | | | | | | |
| OSI - Nussbaum | $ 70,496 | | $ 68,796 | 62,839 | $ 70,174 | nm | 98% | 89% | 100% | $ (322) |
| NAS - Roberts | 127,869 | 99,549 | 118,415 | 119,021 | | nm | 78% | 93% | 93% | (8,848) |
| OPI - Varasano | 49,767 | 40,998 | 40,559 | 40,441 | | nm | 82% | 81% | 81% | (9,326) |
| LA - Sanderson | 23,021 | 26,325 | 25,052 | 23,733 | | nm | 114% | 109% | 103% | 712 |
| Europe - Giacoletto | 186,571 | 183,624 | 173,911 | 172,668 | | nm | 98% | 93% | 93% | (13,903) |
| APAC - Williams | 51,526 | 49,657 | 51,437 | 51,047 | | nm | 96% | 100% | 99% | (479) |
| Japan - Sano | 66,608 | 64,310 | 63,531 | 63,630 | | nm | 97% | 95% | 96% | (2,978) |
| Corporate Adjustments | 36,471 | - | 4,618 | 5,947 | | nm | nm | 13% | 16% | (30,524) |
| **Total** | $ 612,329 | $ - | $ 533,259 | $ 540,362 | $ 546,661 | nm | 87% | 88% | 89% | $ (65,668) |

### Q2FY00

| Constant $ (May 99) License | Actuals Q2FY00 | First Forecast Month 1 | First Forecast Month 2 | First Forecast Month 3 | Final Forecast Month 3 | Fcst as % of Actuals Month 1 | Fcst as % of Actuals Month 2 | Fcst as % of Actuals Month 3 | Final Fcst as % of Actuals Month 3 | Final Fcst vs Actuals $ Month 3 |
|---|---|---|---|---|---|---|---|---|---|---|
| **Revenues** | | | | | | | | | | |
| OSI - Nussbaum | $ 125,915 | 132,473 | 132,474 | 145,018 | $ 144,977 | 105% | 105% | 115% | 115% | $ 19,062 |
| NAS - Roberts | 197,813 | 135,866 | 138,587 | 151,696 | 151,696 | 68% | 70% | 77% | 77% | (46,119) |
| OPI - Varasano | 54,404 | 57,429 | 57,357 | 61,556 | 54,862 | 105% | 105% | 113% | 101% | 458 |
| LA - Sanderson | 33,507 | 36,345 | 35,086 | 34,579 | 34,566 | 108% | 105% | 103% | 103% | 1,059 |
| Europe - Giacoletto | 286,306 | 234,530 | 235,488 | 239,978 | 238,464 | 82% | 82% | 84% | 83% | (47,842) |
| APAC - Williams | 55,365 | 64,129 | 63,063 | 59,301 | 57,788 | 116% | 114% | 107% | 104% | 2,423 |
| Japan - Sano | 94,807 | 88,243 | 88,013 | 85,825 | 86,963 | 93% | 93% | 91% | 92% | (7,844) |
| Corporate Adjustments | 26,493 | - | 4,812 | 3,939 | 6,491 | nm | 18% | 15% | 25% | (20,002) |
| **Total** | $ 874,610 | $ 747,005 | $ 749,987 | $ 768,783 | $ 775,805 | 85% | 86% | 88% | 89% | $ (98,805) |

### Q3FY00

| Constant $ (May 99) License | Actuals Q3FY00 | First Forecast Month 1 | First Forecast Month 2 | First Forecast Month 3 | Final Forecast Month 3 | Fcst as % of Actuals Month 1 | Fcst as % of Actuals Month 2 | Fcst as % of Actuals Month 3 | Final Fcst as % of Actuals Month 3 | Final Fcst vs Actuals $ Month 3 |
|---|---|---|---|---|---|---|---|---|---|---|
| **Revenues** | | | | | | | | | | |
| OSI - Nussbaum | $ 188,953 | 130,000 | 130,000 | 129,981 | $ 130,009 | 69% | 69% | 69% | 69% | (58,944) |
| NAS - Roberts | 311,818 | 176,356 | 187,205 | 211,642 | 237,279 | 57% | 60% | 68% | 76% | (74,539) |
| OPI - Varasano | 83,272 | 49,992 | 69,700 | 69,985 | 70,029 | 60% | 84% | 84% | 84% | (13,243) |
| LA - Sanderson | 41,243 | 32,175 | 32,500 | 33,130 | 37,435 | 78% | 79% | 80% | 91% | (3,808) |
| Europe - Giacoletto | 279,644 | 262,100 | 262,844 | 263,316 | 267,153 | 94% | 94% | 94% | 96% | (12,491) |
| APAC - Williams | 66,796 | 59,795 | 59,850 | 58,084 | 59,601 | 90% | 90% | 87% | 89% | (7,195) |
| Japan - Sano | 80,453 | 84,347 | 76,567 | 76,387 | 75,448 | 105% | 95% | 95% | 94% | (5,005) |
| USA Sales & Operations | 8 | | | 609 | 90 | nm | nm | 7613% | 1125% | 82 |
| Corporate Adjustments | (2,666) | 5,350 | 5,348 | 5,785 | 6,496 | -201% | -201% | -217% | -244% | 9,162 |
| **Total** | $ 1,049,521 | $ 800,115 | $ 824,014 | $ 848,919 | $ 883,540 | 76% | 79% | 81% | 84% | $ (165,981) |

### Q4FY00

| Constant $ (May 99) License | Actuals Q4FY00 | First Forecast Month 1 | First Forecast Month 2 | First Forecast Month 3 | Final Forecast Month 3 | Fcst as % of Actuals Month 1 | Fcst as % of Actuals Month 2 | Fcst as % of Actuals Month 3 | Final Fcst as % of Actuals Month 3 | Final Fcst vs Actuals $ Month 3 |
|---|---|---|---|---|---|---|---|---|---|---|
| **Revenues** | | | | | | | | | | |
| OSI - Nussbaum | $ 345,055 | 259,963 | 260,003 | 290,030 | $ 310,040 | 75% | 75% | 84% | 90% | (35,015) |
| NAS - Roberts | 523,431 | 385,489 | 387,969 | 423,572 | 436,484 | 74% | 74% | 81% | 83% | (86,947) |
| OPI - Varasano | 198,499 | 105,008 | 120,000 | 130,003 | 160,011 | 53% | 60% | 65% | 81% | (38,488) |
| LA - Sanderson | 70,474 | 50,000 | 50,628 | 54,101 | 57,925 | 71% | 76% | 77% | 82% | (12,549) |
| Europe - Giacoletto | 471,729 | 428,360 | 429,406 | 431,135 | 431,089 | 91% | 91% | 91% | 91% | (40,640) |
| APAC - Williams | 100,550 | 75,880 | 75,665 | 74,907 | 75,947 | 75% | 75% | 74% | 76% | (24,603) |
| Japan - Sano | 113,603 | 102,065 | 102,179 | 102,237 | 107,473 | 90% | 90% | 90% | 95% | (6,130) |
| USA Sales & Operations | 18 | | | (1) | (1) | nm | nm | nm | nm | (19) |
| Corporate Adjustments | 7,397 | 2,931 | 740 | (5,574) | (3,689) | 40% | 10% | nm | 86% | (11,086) |
| **Total** | $ 1,830,756 | $ 1,409,696 | $ 1,429,550 | $ 1,500,410 | $ 1,575,279 | 77% | 78% | 82% | 86% | $ (255,477) |

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER          NDCA-ORCL 151966

**LICENSE REVENUE FORECAST ACCURACY**

## Q1FY01

| Constant $ (May 00) License | Actuals Q1FY01 | First Forecast Month 1 | First Forecast Month 2 | First Forecast Month 3 | Final Forecast Month 3 | Fcst as % of Actuals Month 1 | Fcst as % of Actuals Month 2 | Fcst as % of Actuals Month 3 | Final Fcst as % of Actuals Month 3 | Final Fcst vs Actuals $ Month 3 |
|---|---|---|---|---|---|---|---|---|---|---|
| **Revenues** | | | | | | | | | | |
| OSI - Nussbaum | $ 106,907 | $ 76,995 | $ 76,995 | $ 76,985 | $ 76,985 | 72% | 72% | 72% | 72% | $ (29,922) |
| NAS - Roberts | 199,281 | 150,332 | 165,018 | 170,546 | 179,999 | 75% | 83% | 86% | 90% | (19,282) |
| OPI - Varasano | 40,622 | 55,000 | 55,000 | 55,000 | 52,000 | 135% | 135% | 135% | 128% | 11,378 |
| LA - Sanderson | 26,875 | 27,616 | 29,463 | 27,499 | 27,385 | 103% | 110% | 102% | 102% | 510 |
| UKI - Smith | 46,092 | 46,536 | 46,536 | 41,501 | 41,503 | 101% | 101% | 90% | 90% | (4,589) |
| Germany - Jaeger | 31,981 | 46,487 | 46,465 | 37,096 | 32,007 | 145% | 145% | 116% | 100% | 26 |
| France - Anidjar | 31,037 | 19,519 | 21,129 | 24,122 | 26,257 | 63% | 68% | 78% | 85% | (4,780) |
| S. Europe - Bonzano | 34,496 | 28,035 | 26,651 | 26,509 | 26,529 | 81% | 77% | 77% | 77% | (7,967) |
| N. Europe - Jarnick | 32,309 | 35,724 | 31,530 | 31,573 | 31,482 | 111% | 98% | 98% | 97% | (827) |
| ECEMEA - Gordon | 34,880 | 34,192 | 36,650 | 34,967 | 33,868 | 98% | 105% | 100% | 97% | (1,012) |
| APAC - Williams | 72,450 | 69,436 | 69,740 | 69,468 | 69,411 | 96% | 96% | 96% | 96% | (3,039) |
| Japan - Sano | 93,299 | 80,913 | 84,525 | 62,704 | 82,940 | 87% | 91% | 89% | 89% | (10,359) |
| USA Sales & Operations | 31 | - | - | 34 | 34 | nm | nm | 110% | 110% | 3 |
| Corporate Adjustments | 35,202 | - | (8,000) | (8,556) | (17,094) | nm | nm | nm | nm | (52,296) |
| Total | $ 785,462 | $ 670,785 | $ 681,702 | $ 669,448 | $ 663,306 | 85% | 87% | 85% | 84% | $ (122,156) |

License 4/28/2005

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER       NDCA-ORCL 151967

All,

Attached is an analysis I prepared for Jeff last week comparing the
license revenue forecast at various points over the past 5 quarters with
the actuals for that quarter.  On average at the total company level our
final license revenue forecast is generally between 84% and 89% of our
final license revenues.

Please do not hesitate to contact me with any questions.

Regards,

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER　　　　　　　　　　NDCA-ORCL-151968

FYI.  We need to work closely with managment to improve the accuracy of
the forecast.  Larry made it clear that he wants everyone to submit
realistic forecasts - he is not interested in "commit" numbers.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

NDCA-ORCL-151969