```
 1              IN THE UNITED STATES DISTRICT COURT
 2                 NORTHERN DISTRICT OF CALIFORNIA
 3                          ---oOo---
 4
 5                                              CERTIFIED COPY
 6  In re ORACLE CORPORATION
     SECURITIES LITIGATION
 7                               FILE NO. C-01-0988-MJJ
 8  This Document Relates To:
     _____/
 9
10
11                         CONFIDENTIAL
12               DEPOSITION OF JENNIFER MINTON
13                    Friday, July 7, 2006
14
15               SHEILA CHASE & ASSOCIATES
16                     REPORTING FOR:
17                  LiveNote World Service
18              221 Main Street, Suite 1250
19             San Francisco, California 94105
20                  Phone: (415)  321-2311
21                  Fax:   (415)  321-2301
22
23
24  Reported by:
25  ANDREA M. IGNACIO HOWARD, RPR, CSR NO. 9830
```

```
 1        A    I don't understand your question.
 2        Q    All right.
 3             Maybe I'll give you some documents to help
 4   you.  Minton -- what's the next in order?
 5             THE REPORTER:  31.
 6             MR. BRITTON:  This will be 31A, and this one
 7   will be 31B.
 8             THE WITNESS:  Are we done with these
 9   documents?
10             (Document marked Exhibit No. 31A - 31B
11               for identification.)
12             BY MR. BRITTON:  Q.  Okay.  The court
13   reporter has placed in front of you what's been marked
14   as Minton Exhibits 31A and 31B.
15             MR. WALD:  Which is which, Doug?
16             MR. BRITTON:  31A starts at Bates 202815 and
17   ends at 202998.  31B -- pardon me -- 31B starts with
18   NDCA-ORCL 202995 and ends with 998.
19             MR. WALD:  I think you just misspoke
20   yourself.  31A is 202815 through 821.
21             MR. BRITTON:  Through 821.
22             MR. WALD:  Okay.
23             MR. BRITTON:  And then 31B is 202995 through
24   202998.
25             MR. WALD:  Okay.  Yeah, you just misspoke
```

```
 1   yourself on the first one.
 2           BY MR. BRITTON:  Q.  Do you recognize
 3   Exhibits 31A and B?
 4       A   I recognize the license revenue forecast
 5   analyses.  I just read this e-mail note.
 6       Q   Okay.  Let's start with 31A.  Top page, this
 7   appears to be an e-mail from you to several
 8   individuals dated September 19th, 2001 --
 9       A   That is correct.
10       Q   -- is that right?
11           Is this a true and accurate copy of an e-mail
12   you sent on that day?
13       A   I presume it is.
14       Q   Okay.  Is it part of your job
15   responsibilities to send this e-mail?
16       A   I was asked by Jeff to put together an
17   analysis of the accuracy of the field forecasts.
18       Q   All right.
19       A   I think that this document in itself supports
20   why I had to make upside adjustments to get to a
21   realistic forecast.
22       Q   Okay.  If you look at the last page of
23   Exhibit 31A --
24       A   Uh-huh.
25       Q   -- it says "FYI.  We need to work closely
```

```
 1   with management to improve the accuracy of the
 2   forecast.  Larry made it clear --"
 3       A   I'm sorry.  Where are you at?
 4       Q   Last page.
 5       A   Okay.
 6       Q   It says "FYI.  We need to work closely with
 7   management to improve the accuracy of the forecast.
 8   Larry made it clear that he wants everyone to submit
 9   realistic forecasts - he is not interested in 'commit'
10   numbers."
11           Is that part of the e-mail that you wrote?
12       A   I'm assuming this is all part of the same
13   e-mail note.  There's two different pages of the text
14   which is somewhat confusing to me.
15       Q   Right, which is why I marked 31B.
16           If you look at 31B, if you look at 202997, in
17   the middle of the page it says "Jennifer Minton
18   wrote."
19       A   Right.  Now this is a much more intuitive
20   e-mail trail.
21       Q   Right.
22           The reason I marked this one instead of the
23   other one is because this one doesn't have the
24   analysis on it, 31B.
25       A   Right, but it also doesn't show the string of
```

```
 1    who the e-mail is being --
 2        Q    Right.
 3        A    -- sent to.
 4        Q    So the text that I read from 31A is the
 5    e-mail that you wrote; is that right?
 6        A    Yes.
 7        Q    Okay.  Now, when you mention "Larry made it
 8    clear," is that Larry Ellison?
 9        A    Yes.
10        Q    Okay.  And did you implement any changes in
11    response to Mr. Ellison's frustrations with the commit
12    numbers?
13        A    I don't understand your question.  I'm so
14    sorry.
15        Q    Change parameters?  Change definitions of
16    forecast?  Did you do anything to adjust?
17        A    I asked my finance team to work closer with
18    the field to make sure that the --
19        Q    Okay.
20        A    -- field sales organizations were submitting
21    more realistic numbers.
22        Q    Okay.  And do you know how they did that?
23        A    No, I do not know how they did that.
24        Q    Weren't they doing that before?
25        A    If I can speak to the U.S. sales finance
```

```
1    individuals at the time versus the international
2    folks, they would submit effectively whatever they
3    were instructed to submit.  They would not have an
4    independent view of the forecasts.
5            So if, for example, Jay Nussbaum wanted to
6    submit a forecast, and he knew that he was -- had --
7    that he could easily overdeliver on that forecast,
8    they would still submit a lower forecast, in my
9    opinion.
10       Q   Okay.
11       A   They would not necessarily agree with me.
12       Q   Okay.  Now, were -- weren't you working with
13   the finance people for the divisions to determine what
14   your upside was?
15       A   I would confer with them, yes.
16       Q   Okay.  So how was that different than what
17   you instructed them to do in September of 2000 in
18   terms of working closer with the sales managers to get
19   a realistic forecast?
20       A   I'm not sure I understand your question.
21       Q   Well, my confusion is the -- the finance
22   assistance for the field would help you come up
23   with -- would talk with you and then you'd come up
24   with your upside number.
25       A   Uh-huh.
```

1   Q   Here you're asking them to work closer with
2   the field to get a realistic forecast.
3   A   Uh-huh.
4   Q   So what were they doing differently or what
5   did you have in mind for them to do differently based
6   on this directive that they were already doing when
7   they were talking with you with their upside numbers?
8   A   I wanted them to look at historical
9   conversion rates as an example and apply that to the
10  pipeline to validate whether or not the submitted
11  forecasts were too conservative.
12  Q   Okay.  And did they do that?
13  A   Some of them, some of them I tracked the U.S.
14  folks most.
15        (Document marked Exhibit No. 32
16          for identification.)
17        BY MR. BRITTON:  Q.  I'm placing in front of
18  you what's been marked as Minton Exhibit 32.  Will you
19  take a moment to look at this exhibit?
20        For the record, Exhibit 32 starts at
21  NDCA-ORCL 203681 and ends at 683.
22        Have you had an opportunity to look at
23  Exhibit 32?
24  A   Yes, I have.
25  Q   Do you recognize it?

```
 1   speaking objection, if I ever heard one.
 2           MR. WALD:  I don't think so.
 3           MR. BRITTON:  I think so.  I'd appreciate it
 4   if you wouldn't do it.
 5           MR. WALD:  Well, my objection stands, and I'd
 6   appreciate it if you would be kind enough to put into
 7   the record the titles of the e-mails that you're
 8   asking the witness about and lay a foundation if you
 9   want to ask her a question about the e-mail.
10           MR. BRITTON:  Peter, I -- this is a speaking
11   objection like I've never seen before.  If you keep it
12   up, we'll get Fontaine on the phone.
13           MR. WALD:  I'd be happy to.
14           MR. BRITTON:  This is disrupting.  This is
15   disrupting this deposition.  If you want on
16   cross-examination -- let me speak -- so on
17   cross-examination you want to come back and do
18   whatever you think you need to do, feel free, but I'm
19   going to conduct this deposition the way I see fit.
20           MR. WALD:  And I'm going to object when you
21   ask questions that lack foundation.
22           MR. BRITTON:  All right.  You can say
23   "foundation," but if you keep talking like this, we'll
24   get Fontaine on the phone.
25           MR. WALD:  Well, you are talking.
```

```
1          BY MR. BRITTON:  Q.  Okay.  The question I
2    have for you is do you know if this is referring to
3    Larry Ellison?
4        A    I don't know precisely.  I could only assume
5    it's referring to Larry, but I have no idea.
6        Q    Okay.
7        A    I have no basis for --
8        Q    Does this refresh your recollection at all on
9    whether there was any changes made in response to
10   Larry Ellison being frustrated, if you will, about the
11   field's commit number?
12           MR. WALD:  Object to the form.
13           THE WITNESS:  No.  Again, what I recall
14   during this time frame was that we were rolling out a
15   new application, Oracle sales online, and we wanted to
16   have consistent definitions so that the field would be
17   using a new application in a consistent fashion.
18   Again, in part, due to the fact that we had three
19   different sales organizations in North America.
20           BY MR. BRITTON:  Q.  Do you remember, during
21   this period of time, Larry changing the way that he
22   was interpreting the forecasts from the field?
23       A    No.
24       Q    Okay.  Now, the fourth paragraph says "This
25   is a change from our current thinking in that our
```

```
 1   forecasts is not usually had a significant amount of
 2   judgment.  It was the amount that you believed you
 3   could deliver at a minimum."
 4           Do you remember whether the field forecast
 5   beginning in Q2 of 2001 included more management
 6   judgment than it had in the past?
 7       A   I do not recall.
 8       Q   Okay.  Before I get to the next topic, if you
 9   go back to Financial Report 54 --
10       A   Are we done with this one?
11       Q   Financial Report 54B, it's the document that
12   was so hard to read.  There.  It's the page with 9441.
13           MR. WALD:  Can we have the court reporter
14   mark the original as 54B, because it's right now just
15   54.
16           MR. BRITTON:  That should have been -- wait a
17   minute.  I'm on the wrong -- 54B.  So, yes, mark the
18   original as 54B.
19       Q   Okay.  If you turn to the page with Bates
20   9442, it's the spreadsheet.  Are we on the same page?
21           Now, I asked you earlier if this entire
22   document was kept in electronic form, and I believe
23   you testified that it wasn't.
24           Do you know if these spreadsheets were kept
25   in electronic form?
```

```
                    CERTIFICATE OF REPORTER


        I, ANDREA M. IGNACIO HOWARD, hereby certify
that the witness in the foregoing deposition was by me
duly sworn to tell the truth, the whole truth, and
nothing but the truth in the within-entitled cause;


        That said deposition was taken in shorthand
by me, a Certified Shorthand Reporter of the State of
California, and was thereafter transcribed into
typewriting, and that the foregoing transcript
constitutes a full, true and correct report of said
deposition and of the proceedings which took place;


        That I am a disinterested person to the said
action.


        IN WITNESS WHEREOF, I have hereunto set my
hand this        day of           2006.


                    _____
                    ANDREA M. IGNACIO HOWARD CSR No. 9830
```