```
 1            UNITED STATES DISTRICT COURT
 2          NORTHERN DISTRICT OF CALIFORNIA
 3                      -oOo-
 4   IN RE
     ORACLE CORPORATION                    CERTIFIED COPY
 5   SECURITIES LITIGATION
                                    MASTER FILE NO.
 6                                  C-01-0988-MJJ
     This Document Relates To:
 7
          ALL ACTIONS
 8   _____/
 9
10
11                      -oOo-
12
13                  CONFIDENTIAL
14      VIDEOTAPED DEPOSITION OF SARAH KOPP
15                 June 14, 2006
16
17                      -oOo-
18           SHEILA CHASE & ASSOCIATES
                  REPORTING FOR:
19            LiveNote World Service
            221 Main Street, Suite 1259
20              San Francisco, CA 94105
             Telephone: (415) 321-2300
21               Fax: (415) 321-2301
22                      -oOo-
23   Reported by:
     KELLIE A. ZOLLARS, CSR, RPR, CRR
24   CSR License No. 5735
25
```

1   there accurately.
2       Q.  Okay.
3       A.  The sales reps entering all their deals and
4   all that.
5       Q.  But you don't remember specifically this
6   situation --
7       A.  No.
8       Q.  -- though?
9           Okay.  We'll move on.
10      THE WITNESS:  What should I do with this?
11      MS. McLAUGHLIN:  What we'll do, turn them over,
12  and you'll end up stacking them; and it will be a big
13  stack by the end of the day.
14      Q.  Now, we discussed earlier Jay Nussbaum's
15  forecasts.  Now, Jay Nussbaum was the head of OSI.
16  And was it his responsibility to set the forecast for
17  OSI?
18      A.  It was.
19      Q.  Okay.  And did you have any responsibility in
20  verifying whether his forecast was correct?
21      MS. KYROUZ:  Objection.  Vague.  Lacks foundation.
22      THE WITNESS:  Uhm, I had a responsibility in terms
23  of validating with my boss whether I thought his
24  forecast was reasonable.  I think "correct" is a hard
25  thing to --

```
 1        MS. McLAUGHLIN:  Okay.
 2        THE WITNESS:  -- say.
 3        BY MS. McLAUGHLIN:
 4        Q.  So in your forecasting duties for OSI one of
 5   them was to verify whether you thought his forecast
 6   was reasonable to Jennifer Minton?
 7        A.  That's right.
 8        Q.  And did you do this for each forecasting
 9   period?
10        MS. KYROUZ:  Objection.  Vague.
11        THE WITNESS:  No.
12        BY MS. McLAUGHLIN:
13        Q.  Okay.  When would you do that?
14        A.  Periodically.  There wasn't any specific
15   timing for that.
16        Q.  Would you do it at the beginning of the
17   quarter?
18        A.  Potentially.
19        Q.  And when you would verify whether you felt it
20   was reasonable, what steps would you take in that
21   endeavor?
22        MS. KYROUZ:  Objection.  Vague.
23        THE WITNESS:  I would generally talk to Jay.  And
24   in some cases talk to his directs.  I pulled system
25   data as a data point, but I also would talk to Jay --
```

Kopp, Sarah
CONFIDENTIAL
6/14/2006

1  because he was very personally involved in the
2  deals -- and try and understand, you know, where he
3  was in coming up with those numbers and who he had
4  spoken to.
5      BY MS. McLAUGHLIN:
6      Q.  And so you would on occasion speak with his
7  directs to verify what Jay's position was with the
8  forecast?
9      MS. KYROUZ:  Objection.  Misstates testimony.
10 Vague.
11     THE WITNESS:  So when I would speak it wasn't
12 directly just me.  Jay had periodic staff meetings.
13 Not on any set schedule, but he would have a staff
14 meeting every so often, at which time he would go
15 around and validate the forecast numbers with his
16 directs.  And so I would be a part of that.
17     BY MS. McLAUGHLIN:
18     Q.  Okay.  And at these meetings would you or he
19 pull the information off of OSO and ask the sales reps
20 if this -- or his directs if these, in fact, were
21 deals in the pipeline?
22     MS. KYROUZ:  Objection.  Vague.  Misstates
23 testimony.
24     THE WITNESS:  I don't remember exactly what he
25 would ask them --

Case 3:01-cv-00988-SI   Document 1237-18   Filed 10/09/07   Page 5 of 10

Kopp, Sarah                                                              6/14/2006
CONFIDENTIAL

```
 1      BY MS. McLAUGHLIN:
 2      Q.   Okay.
 3      A.   -- but...
 4      Q.   Is it possible he would do that in a meeting?
 5      A.   It's possible, yes.
 6      Q.   Would that be a way that you could verify
 7   whether Jay's forecast was reasonable?
 8      MS. KYROUZ:   Objection.  Vague.  Lacks foundation.
 9      THE WITNESS:  Yeah.
10      BY MS. McLAUGHLIN:
11      Q.   Okay.  Did you have periodic meetings for the
12   forecasts with -- outside of the people in OSI?
13      MS. KYROUZ:   Objection.  Vague.
14      THE WITNESS:  There were some forecast calls late
15   in the quarter, but I don't remember how many of them
16   and exactly who was on the call.
17      BY MS. McLAUGHLIN:
18      Q.   Would Jay always be in on these calls?
19      A.   No..
20      Q.   "No."
21           Did you have periodic forecasting calls?
22      A.   I'm not following you.
23      Q.   Were there Thursday calls?
24      A.   There were Thursday calls.  I don't think they
25   were every Thursday.
```

LiveNote World Service            800.548.3668 Ext. 1

Page 39

```
 1      Q.  Okay.  Were they like during the forecasting
 2  period?  So if it were every two weeks, would you have
 3  like every two weeks a Thursday call and then at the
 4  end a weekly?
 5      MS. KYROUZ:  Objection.  Lacks foundation.  Vague.
 6      THE WITNESS:  There were Thursday calls, but I
 7  don't remember the regularity.
 8      BY MS. McLAUGHLIN:
 9      Q.  Okay.  And during these Thursday calls, who
10  would attend these Thursday calls?
11      MS. KYROUZ:  Objection.  Lacks foundation.
12      THE WITNESS:  It was a finance call.  But not
13  always the same people were on the call.
14      BY MS. McLAUGHLIN:
15      Q.  Do you recall during that quarter who would
16  have been on the call?
17      A.  It was Jennifer's call, but she wasn't always
18  on the call.  So she might have someone subbing for
19  her running the call instead.  So I don't remember
20  which days she was on and which days she wasn't on,
21  but it was thought of as the finance call.
22      Q.  Okay.  And were -- was it Jennifer and just
23  the OSI people for these Thursday calls?
24      A.  I believe other people were on, but that we
25  took turns.  I don't think we were all listening to
```

```
 1   everybody else's forecast.
 2       Q.  So it would be like the other divisions in the
 3   company, like OPI and NAS at the time?
 4       A.  It would have been.  Yeah, it was just North
 5   America; so it wouldn't have been outside of that.
 6       Q.  Okay.
 7           Okay.  So the Thursday call would have been a
 8   North American finance call?
 9       A.  Yeah, but I don't know if we were broken up.
10   The call has changed forms throughout the years so I
11   can't remember back then the exact form.
12       Q.  Okay.
13           Did you attend any other periodic calls during
14   that time?  Would you have ever been on a Monday call?
15       A.  No.
16       Q.  Are you aware what a Monday call is?
17       A.  It -- well, I don't --
18       MS. KYROUZ:  Objection.  Vague.
19       THE WITNESS:  -- know specifically what you're
20   talking about, but there is an executive committee
21   call that Larry has had for years on Mondays, if
22   that's what you're referring to.
23       MS. McLAUGHLIN:  Yeah.
24       THE WITNESS:  And I never would have attended
25   that, no.
```

1      BY MS. McLAUGHLIN:
2      Q.  And would Jay Nussbaum have attended that?
3      MS. KYROUZ:  Objection.  Lacks foundation.
4      THE WITNESS:  He would have been invited.  Whether
5   he attended them all, I don't know.
6      BY MS. McLAUGHLIN:
7      Q.  Okay.  And on these Thursday calls do you
8   remember or recall what was discussed?
9      A.  It was just a means for Jennifer to ask the
10  EVPs and/or finance where they thought the forecast
11  was going to land.
12     Q.  Okay.
13     A.  It was a very brief call.
14     Q.  Did you prepare any documents for this call?
15     A.  Not that I recall..
16     Q.  When you said this forecast report, the
17  general forecast report, was that in preparation for
18  this Thursday call?
19     MS. KYROUZ:  Objection.  Vague.
20     THE WITNESS:  No.  We did those -- when they were
21  done they were given to Jay on Monday so that he would
22  have them for his call.
23     MS. McLAUGHLIN:  Okay.
24     THE WITNESS:  We used them as a basis -- forecasts
25  were submitted on Tuesday or Wednesday, one of those;

Kopp, Sarah
CONFIDENTIAL
6/14/2006

1  and we used it as a basis for that.
2      BY MS. McLAUGHLIN:
3      Q. Okay. We were on forecast reports.
4          Okay. So we have the general forecast report,
5  and then I think you mentioned there was a big deal
6  report?
7      A. Yeah.
8      Q. And do you recall the official name of that in
9  OSI back then?
10     A. I think it was just called the big deals
11 report.
12     Q. The big deals report. Okay.
13         And what did the big deals report comprise of?
14     A. It listed the deals that were in OSO that had
15 an opportunity value that was higher than 500k.
16     Q. Okay. And I -- is it correct that the big
17 deals report was compiled of information pulled from
18 OSO?
19     A. Partially.
20     Q. Okay. And what other information would be in
21 the big deals report?
22     A. We had added a comments column. Just if there
23 were, you know, things that the sales teams wanted us
24 to know about that deal. And so that was manually
25 pulled together, not from the system.

LiveNote World Service        800.548.3668 Ext. 1

Page 43

```
 1   STATE OF CALIFORNIA    )
 2   COUNTY OF SAN MATEO    )
 3           I hereby certify that the witness in the
 4   foregoing videotaped deposition, SARAH KOPP, was by me
 5   duly sworn to testify to the truth, the whole truth,
 6   and nothing but the truth, in the within-entitled
 7   cause; that said deposition was taken at the time and
 8   place herein named; that the deposition is a true
 9   record of the witness' testimony as reported by me, a
10   duly certified shorthand reporter and a disinterested
11   person, and was thereafter transcribed into
12   typewriting by computer.
13           I further certify that I am not interested in
14   the outcome of the said action, nor connected with,
15   nor related to any of the parties in said action, nor
16   to their respective counsel.
17           IN WITNESS WHEREOF, I have hereunto set my
18   hand this 27th day of June, 2006.
19
20
21                    _____
22                for KELLIE A. ZOLLARS, CSR
23                    STATE OF CALIFORNIA
24
25
```