# LIVENOTE | World Service℠

*A new perspective on court reporting.*

Certified Copy

In The United States District Court
Northern District of California
San Francisco Division

CONFIDENTIAL

Deposition

Of

Ronald Wohl

Volume I

March 23, 2006

In re: Oracle Corporation Securities Litigation

A LiveNote World Service Transcript. Reported by CLSP, Sheila Chase & Associates
LiveNote Inc. • 221 Main Street, Suite 1250, San Francisco, California 94105 • 1-800-LIVENOTE

```
 1              IN THE UNITED STATES DISTRICT COURT
 2                NORTHERN DISTRICT OF CALIFORNIA
 3                    SAN FRANCISCO DIVISION
 4
 5   In re ORACLE CORPORATION
 6   SECURITIES LITIGATION
 7                              Master File No. C-01-0988-MJJ
 8   This Document Relates To:
 9        ALL ACTIONS.
                                            /
10
11                          ---oOo---
12                        CONFIDENTIAL
13                 DEPOSITION OF RONALD WOHL
14                         VOLUME I
15                  THURSDAY, MARCH 23, 2006
16                          ---oOo---
17
                     SHEILA CHASE & ASSOCIATES
18
                         REPORTING FOR:
19
                       LiveNote World Service
20
                   221 Main Street, Suite 1250
21
                   San Francisco, California 94105
22
                       Phone:  (415) 321-2311
23
                        Fax:   (415) 321-2301
24   Reported by:
25   DIANA NOBRIGA, CSR 7071, CRR
```

```
 1   direct reports how often he or she communicated with a
 2   member of the CRM.
 3        Q.   Okay.  Now, would your -- in the development
 4   of the ERP products, would your direct reports or people
 5   on your team, so to speak, report to you the status of
 6   development of the CRM products?
 7        A.   Not as part of a mainstream communication.
 8   They communicated to me about the ERP product.  Issues
 9   may have come up tangentially, or if a CRM product
10   required a change of an ERP product in order to be
11   integrated, that would have been communicated to me.
12   But in general the pure status of the CRM products was
13   not particularly well-communicated to me.
14        Q.   Okay.  So -- or your team -- withdrawn.
15   Withdrawn.
16             You indicated that Mark Barrenechea would --
17   chose not to share certain information with you for
18   whatever reason; right?  Your team members in ERP were
19   not withholding information from you, as far as you
20   know?
21        A.   I don't believe they were withholding any
22   information from me.
23        Q.   So -- so going back to the testing of the ERP
24   modules, how often, if you know, did the people testing
25   ERP modules communicate with those people who were
```

```
 1   developing the CRM modules in Mark Barrenechea's group?
 2       A.   I don't know.
 3       Q.   And the reports that you received concerning
 4   the, you know, the test results of the -- at least the
 5   ERP modules, did they include test results -- test
 6   results that related to their functionality with the CRM
 7   products?
 8       A.   I don't know.  Generally the reports received
 9   were focused on the ERP products.  I don't recall if
10   they also included any tangential information about
11   interactions with the CRM products.  I did not receive
12   any primary reports, I don't believe, on the testing of
13   the CRM products.
14       Q.   Do you know if people on your team received
15   reports of the testing of CRM products?
16       A.   I don't know.
17       Q.   Okay.  In May of 2000, just before or right
18   around the release date of 11i, I guess at some point
19   you agreed that it was time to be -- for it to be
20   released or it was ready to be released; is that fair?
21       A.   Yes.
22       Q.   And did you limit -- withdrawn.
23            Did you give that recommendation to, say,
24   Larry Ellison or members of the executive committee, or,
25   you know, in some form?
```

```
 1        A.    I'm sure Larry and I discussed it and agreed
 2   it was ready for release.
 3        Q.    And you understood -- withdrawn.
 4              Did you limit your recommendation or your
 5   agreement that it was ready to be released to ERP
 6   products?
 7        A.    To the best of my recollection I would have
 8   focused on my recommendation on the ERP products.
 9        Q.    Right.  So your recommendation would only have
10   been, and correct me if I'm wrong, that 11i is ready to
11   be released, except -- well, at least as it relates to
12   the ERP products?
13        A.    That's what I recall.
14        Q.    Okay.  And but you knew, right, that 11i would
15   include CRM products as well?
16        A.    Yes.
17        Q.    Right?  And you also knew that one of the
18   features of 11i was that it was preintegrated and
19   interoperable with CRM software, Oracle's CRM products?
20        A.    That's correct.
21        Q.    But you didn't know whether or not at the time
22   the CRM products actually were -- functioned well or
23   passed any tests with ERP products?
24        A.    I -- I -- repeat your question.
25        Q.    I'll ask it again.
```

1    A.    Okay.

2    Q.    At the time you didn't know whether or not the
3    CRM products, software, had actually passed any tests or
4    functionality tests related to ERP software?

5    MR. GIBBS:  Objection; vague and misstates the
6    testimony.

7    Answer if you can.

8    MR. WILLIAMS:  Q.  Did you understand the
9    question?

10   A.    I had very limited information about the
11   testing completeness of CRM products.

12   Q.    Okay.

13   A.    Whether I actually had zero information, I
14   don't recall.  I probably had some tangential
15   information, but I had very limited information about
16   the CRM products.

17   Q.    Is there something that -- can you explain to
18   me, when you say limited information, can you describe
19   that in a more detailed way?

20   A.    I don't recall what information I had.

21   Q.    Okay.

22   A.    So it was probably more than zero, but not all
23   that much more.

24   Q.    Okay.  And is -- I just want to make sure that
25   I've understood this.  That limited information that you

```
 1                CERTIFICATE OF DEPOSITION OFFICER
 2                I, DIANA NOBRIGA, hereby certify that the
 3     witness in the foregoing deposition was by me duly sworn
 4     to testify to the truth, the whole truth, and nothing
 5     but the truth in the within-entitled cause; that said
 6     deposition was taken at the time and place therein
 7     stated; that the testimony of said witness was reported
 8     by me, a Certified Shorthand Reporter and disinterested
 9     person, and was thereafter transcribed into typewriting,
10     and that the pertinent provisions of the applicable code
11     or rules of civil procedure relating to the notification
12     of the witness and counsel for the parties hereto of the
13     availability of the original transcript of the
14     deposition for reading, correcting and signing have been
15     met.
16                I further certify that I am not of counsel or
17     attorney for either or any of the parties to said
18     deposition, nor in any way interested in the outcome of
19     the cause named in said action.
20                In WITNESS WHEREOF, I have hereunto
21     subscribed by my hand this 31st day of March 2006.
22
23
24                              _____
25                              for  DIANA NOBRIGA, CSR NO. 7071
```