Certified Copy

1  IN THE UNITED STATES DISTRICT COURT
2  NORTHERN DISTRICT OF CALIFORNIA
3  SAN FRANCISCO DIVISION
4
5  In re ORACLE CORPORATION
6  SECURITIES LITIGATION
7                              Master File No. C-01-0988-MJJ
8  This Document Relates To:
9      ALL ACTIONS.
   _____/
10
11              ---oOo---
12              CONFIDENTIAL
13         DEPOSITION OF JOEL SUMMERS
14         TUESDAY, MARCH 21, 2006
15              ---oOo---
16
            SHEILA CHASE & ASSOCIATES
17
              REPORTING FOR:
18
            LiveNote World Service
19
          221 Main Street, Suite 1250
20
          San Francisco, California 94105
21
              Phone:  (415) 321-2311
22
              Fax:    (415) 321-2301
23  Reported by:
24  DIANA NOBRIGA, CSR, CRR
25  LICENSE NO. 7071

```
 1      A.   I don't.  It is just a word that gets floated
 2   around in the software business.
 3      Q.   And what does it mean to you when you hear it
 4   floated around?
 5      A.   When I hear it floated around, I believe that
 6   it means that I can -- I can plug and play.  I can take
 7   a component here and plug out that module and then plug
 8   in another module, and that those modules will behave --
 9   they will play together nicely.
10      Q.   Okay.  In your experience, is there a certain
11   standard used to assess whether a product was ready to
12   be commercially released?
13      A.   You say a standard.  I am not familiar with --
14   do you mean an Oracle standard?
15      Q.   Yes.
16      A.   Or general industry standard or --
17      Q.   Well, factors that at Oracle would be used to
18   assess whether the product was ready for commercial
19   release.
20      A.   Factors --
21      Q.   At Oracle, first.
22      A.   Factors would be related to functionality that
23   was included.  Factors would be related to quality
24   metrics of the individual QA organizations and/or the
25   central packaging team.  Metrics would be related to
```

```
 1  whether there was an underlying change in technology
 2  during the release cycle, and had we embraced that
 3  underlying technology change appropriately with testing,
 4  et cetera.
 5       Q.   Okay.  So what would be the minimum standards
 6  for functionality, metrics, the factors you described,
 7  before a product is considered ready for commercial
 8  release?
 9       A.   And I don't recall that there was a standard
10  for that.
11       Q.   Okay, at Oracle?
12       A.   In general.
13       Q.   Okay.
14       A.   Or, yes, at Oracle.
15       Q.   And these factors that you identified, do you
16  know -- were these the factors that were applied to HRMS
17  11i?
18       A.   I set standards for HRMS.  And again, 11i is
19  such a -- is a very broad term, you know, it's 11i.0,
20  it's 11i.1, and then all my release chain modules.  My
21  factors are generally -- generally relate to what my QA
22  department would see in numbers of defects, and whether
23  we had embraced the functionality that we intended to.
24       Q.   Okay.
25       A.   And the third thing I mentioned as well, which
```

Summers, Joel
CONFIDENTIAL
3/21/2006

1  is had we also incorporated if a technology change had
2  taken place during the release development process, had
3  we embraced that new technology.
4      Q.   And what number of defects would mean -- would
5  indicate to you that a product was not ready for
6  commercial release?
7      A.   It is no specific number, per se.  In general,
8  my goal was to release with zero P1s.  And my goal was
9  to release with, you know, a limited number of P2s.
10 Those would have to be reviewed on an individual basis.
11     Q.   Okay.  And were those goals met with respect
12 to HRMS 11i in --
13     A.   11i.0, 1, 2, 3, 4.
14     Q.   -- first in May of 2000?
15     A.   We generally met those goals.
16     Q.   For version 1?
17     A.   Again, we generally met those goals.
18     Q.   Do you remember any specifics --
19     A.   I do not remember.  I think what you're asking
20 for me is the defect counts that we had, and I don't
21 recall those, no.
22     Q.   Okay.  Do you -- for the release of version 2,
23 in the fall of 2000, do you recall whether you achieved
24 those goals of zero P1s and limited P2s?
25     A.   I don't recall specifically.

```
 1      Q.   And what about for release 3 in January?
 2      A.   I don't recall specifically.  And again --
 3      Q.   Okay.  And do you know who at Oracle would set
 4   the metrics or standards for determining whether a
 5   product was ready for commercial release in general?
 6           MR. GIBBS:  Objection; misstates his
 7   testimony.
 8           MS. ANDERSON:  Q.  For Oracle applications?
 9           THE WITNESS:  If we change the word standards,
10   if you go back to the word metrics.
11           MS. ANDERSON:  Q.  Metrics.
12      A.   Ron Wohl would assess the metrics for the ERP
13   components at the time.  And Mark Barrenechea would, I
14   assume, assess the metrics for CRM.
15      Q.   And were there written reports about these
16   metrics evaluations?
17      A.   Written reports?  I don't recall the form that
18   the communications took.
19      Q.   Okay.  Were the results of these analyses
20   relayed to you and other people at Oracle?
21      A.   They were certainly relayed within Ron Wohl's
22   team, and Ron's direct reports, sure.
23      Q.   And were they relayed to Larry Ellison?
24      A.   I don't know.
25      Q.   Okay.  Do you know if they were relayed to
```

```
 1              CERTIFICATE OF DEPOSITION OFFICER
 2              I, DIANA NOBRIGA, hereby certify that the
 3   witness in the foregoing deposition was by me duly sworn
 4   to testify to the truth, the whole truth, and nothing
 5   but the truth in the within-entitled cause; that said
 6   deposition was taken at the time and place therein
 7   stated; that the testimony of said witness was reported
 8   by me, a Certified Shorthand Reporter and disinterested
 9   person, and was thereafter transcribed into typewriting,
10   and that the pertinent provisions of the applicable code
11   or rules of civil procedure relating to the notification
12   of the witness and counsel for the parties hereto of the
13   availability of the original transcript of the
14   deposition for reading, correcting and signing have been
15   met.
16              I further certify that I am not of counsel or
17   attorney for either or any of the parties to said
18   deposition, nor in any way interested in the outcome of
19   the cause named in said action.
20              In WITNESS WHEREOF, I have hereunto
21   subscribed by my hand this 31st day of March 2006.
22
23
24
25                          DIANA NOBRIGA, CSR NO. 7071
```