1          IN THE UNITED STATES DISTRICT COURT

2          NORTHERN DISTRICT OF CALIFORNIA **CERTIFIED COPY**

3                        --o0o--

4    In re ORACLE CORPORATION

5    SECURITIES LITIGATION

6                                   Master File No.

7    This Document Relates To:     C-01-0988-MJJ

8          ALL ACTIONS.

9    _____/

10

11

12                     ---o0o---

13                   CONFIDENTIAL

14    30(b)(6) DEPOSITION OF DONALD E. KLAISS

15              Tuesday, June 20, 2006

16                     ---o0o---

17

18         SHEILA CHASE & ASSOCIATES

                REPORTING FOR:

19

             LiveNote World Service

20        221 Main Street, Suite 1250

       San Francisco, California  94105

21          Phone:  (415) 321-2300

             Fax:  (415) 321-2301

22

23   Reported by:

24   COLLEEN M. REDAMONTI

25   CSR No. 7012

1   A.      Yes.  Correct.

2   Q.      When these reports, whether they be in the

3   spreadsheet or the centralized system were developed,

4   what did you do with them?

5   A.      Um, we generally reviewed them during the

6   meeting.

7   Q.      Uh-huh.

8   A.      And then if, you know, if we were behind in an

9   area or if we felt we didn't have enough coverage, we

10  would assign them to go augment their tests with

11  additional tests.

12  Q.      Okay.

13  A.      So it was basically an ongoing process of

14  assessing how far through the testing cycle we were.

15  Q.      Okay.

16  A.      You know, and we would make judgments based on

17  the success of the tests, the number of bugs that

18  were found, whether they run additional rounds of

19  testing or not.

20  Q.      Okay.

21  A.      So a number of rounds for the 11i release.

22  Q.      And how many bugs would indicate that

23  additional rounds of testing were necessary, in your

24  experience?

25  A.      It's really not a -- simply a matter of

1   number, but it's a number and the quality and the

2   types of issues that are being found.  If there were

3   any -- if they're significant issues that were being

4   found, then, you know, more testing was warranted.

5         If they were issues -- cosmetic issues, like

6   lining up fields on a report or something, those were

7   less significant, although still needed to be fixed

8   in the code.

9   Q.    Okay.  And do you recall encountering

10  significant issues with respect to the release of

11  Suite 11i?

12        MR. HARRISON:  Objection.  Vague and

13  ambiguous.

14        THE WITNESS:  Could you be more specific?

15  Q.    BY MS. ANDERSON:  Well, you just mentioned

16  that if you encountered significant issues, that

17  additional testing would be appropriate.

18        And so I'm wondering if you recall

19  encountering what you deemed significant issues with

20  respect to the release of Suite 11i?

21  A.    I don't recall any significant issues at the

22  completion of the testing.  I don't recall specific

23  areas that we may have had them drill down on

24  further.

25        But we did -- you know, we did do a

Klaiss, Donald
CONFIDENTIAL

6/20/2006

1   significant amount of testing on 11i.  We did more

2   testing on 11i than we had done on any release ever

3   in the history of the company.  So, you know, it was

4   really a significant set of testing.

5   Q.     And when was testing complete --

6          MR. HARRISON:  Are you done with your answer?

7          THE WITNESS:  Yeah.

8   Q.     BY MS. ANDERSON:  And when was testing

9   complete for Suite 11i?

10  A.     I don't recall specific dates.

11  Q.     And was there ongoing testing for each

12  release?

13  A.     Yes.  And then as we came up with, you know,

14  ongoing point releases after that, we would continue

15  to run the same tests we had run for the base

16  release, and augment them with additional tests

17  whenever we added new features to cover those

18  additional features.

19  Q.     Um, and in your experience, what types of

20  issues or bugs, if you will, would be so significant

21  as to require more testing or delay a release?

22         MR. HARRISON:  Objection.  Lacks foundation.

23         THE WITNESS:  Rephrase that.

24  Q.     BY MS. ANDERSON:  Okay.  I'm just wondering

25  what degree of problems, and that may be a number of

1    bugs, I'm not sure if that's how you quantify it or

2    not, would deem release of -- an 11i release

3    inappropriate?

4         MR. HARRISON:  Same objection.

5         THE WITNESS:  I can say that what we were

6    looking at toward, you know, in that regard and,

7    you know, reviewing the tests was any major

8    functionality that was important to the customers not

9    working.  So we didn't want to release it with any --

10   you know, any major functionality not operating.  And

11   I don't recall any functionality that wasn't

12   operating when we did the release.

13        We also endeavored to have some additional

14   feedback on the quality outside the individual

15   development teams.  And we had a -- our demo group

16   that prepared the demo databases for the sales force

17   that was also doing independent testing at the

18   release and before -- prior to release.  So we had

19   feedback from our development -- from our demo group.

20   Q.    Okay.  So by "demo group," what do you mean by

21   demo group?

22   A.    There was a group that took the software and

23   prepared demonstration systems for use by the sales

24   force.

25   Q.    Okay.  And who from the demo group was in

```
 1              REPORTER'S CERTIFICATE
 2          I certify that the foregoing proceedings in the
 3   within-entitled cause were reported at the time and
 4   place therein named; that said proceedings were
 5   reported by me, a duly Certified Shorthand Reporter
 6   of the State of California, and were thereafter
 7   transcribed into typewriting
 8              I further certify that I am not of counsel
 9   or attorney for either or any of the parties to said
10   cause of action, nor in any way interested in the
11   outcome of the cause named in said cause of action.
12              IN WITNESS WHEREOF, I have hereunto set my
13   hand this 28ᵀʰ day of June   , 2006.
14
15
                     for  Shula Chase
                          COLLEEN M. REDAMONTI, CSR
16                        Certified Shorthand Reporter
                          Certificate No. 7012
17
18
19
20
21
22
23
24
25
```