```
 1              UNITED STATES DISTRICT COURT
 2              NORTHERN DISTRICT OF CALIFORNIA
 3                         - - -
 4   In re ORACLE CORPORATION   )
     SECURITIES LITIGATION,     )
 5                              )
                                ) No. C-01-0988-MJJ
 6   This Document Relates To:  )
                                )
 7       ALL ACTIONS.           )
                                )
 8   _____)
 9
10
11              VIDEOTAPED DEPOSITION OF
12                   GREGORY SEIDEN
13              SAN FRANCISCO, CALIFORNIA
14                    May 16, 2006
15
16
17
18
19
20            SHEILA CHASE & ASSOCIATES
                   REPORTING FOR:
              LiveNote World Service
21         221 Main Street, Suite 1250
           San Francisco, California 94105
22              Phone: (415) 321-2311
                 Fax: (415) 321-2301
23
24   REPORTED BY:
25   RICHARD M. RAKER, CSR NO. 3445
```

**Certified Copy**

```
 1        Q.   Okay.  So what new functionality was
 2   introduced with 11 point -- with 11i?
 3        A.   I don't know.
 4        Q.   Now, in the -- let me back up a little
 5   bit.  In the 2000-2001 time period, what was your
 6   relationship with the CRM group?
 7             MR. GIBBS:  Objection; vague.
 8             THE WITNESS:  I was responsible for
 9   releasing all of the software as I would receive
10   software from all the development groups.
11   BY MS. ANDERSON:
12        Q.   And when you say "releasing," what do
13   you mean by that?
14        A.   The packaging of the software,
15   creation of media, CDs, and the turnover of the
16   media masters to the distribution organization.
17        Q.   And was part of that process the
18   integration testing?
19        A.   Integration testing would happen as
20   part of the creation of any major release that we
21   were doing.
22        Q.   For 11i, did you test -- were you in
23   charge of testing integration between CRM and ERP?
24             MR. GIBBS:  Objection; vague.
25             THE WITNESS:  We did some testing of
```

1   the integration between CRM and ERP, but ultimately
2   we were just an audit group.  Testing was the
3   responsibility of the individual product
4   organizations.
5   BY MS. ANDERSON:
6        Q.    What type of testing did your group do?
7        A.    The integration testing as described,
8   we would -- we identified eighteen to twenty key
9   business flows and we would execute those.
10       Q.    Can you give me an example of a key
11  business flow that would run across CRM and ERP
12  products?
13             MR. GIBBS:  Objection; asked and
14  answered.
15             THE WITNESS:  To create a quote and
16  turn that into an order.
17  BY MS. ANDERSON:
18       Q.    Okay.  And in May of 2001 when 11i came
19  out, did you conduct that type of testing?  For
20  example, the creating a quote example?
21       A.    I believe that we did.
22       Q.    And how did that test go?
23       A.    By the time we released, we were able
24  to execute all of our key business flows.
25       Q.    What do you mean by "execute"?

1        A.    We were able to run the test as
2   defined.
3        Q.    What do you mean by "run the test as
4   defined"?
5        A.    Able to answer a quote and create an
6   order from that.
7        Q.    And what does -- what would it mean for
8   CRM and ERP to be integrated?
9              MR. GIBBS:  Objection; vague.
10             Answer if you can.
11             THE WITNESS:  The -- it would mean
12  that they're running off -- or that there's
13  communication at the data level between the
14  applications.
15             So in the case of the E-Business
16  Suite, it means that we're sharing the same schema
17  or the same definition of a customer, the same
18  definition of an order, the same data as opposed to
19  something that's not integrated where there needs
20  to be -- either there is no communication between
21  the programs or you have to do custom integration
22  and create programs to move data back and forth and
23  keep them synchronized.
24  BY MS. ANDERSON:
25       Q.    And when was Suite 11i integrated?

## REPORTER'S CERTIFICATE

I, RICHARD M. RAKER, CSR #3445, Certified Shorthand Reporter, certify:

That the foregoing proceedings were taken before me at the time and place therein set forth, at which time the witness was put under oath by me;

That the testimony of the witness and all objections made at the time of the examination were recorded stenographically by me and were thereafter transcribed;

That the foregoing is a true and correct transcript of my shorthand notes so taken.

I further certify that I am not a relative or employee of any attorney or of any of the parties, nor financially interested in the action.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated this 29th day of May, 2006.

_____
RICHARD M. RAKER, C.S.R. No. 3445

FROM LATHAM & WATKINS LLP Fax Machine #2    Case 3:01-cv-00988-SI   Document 1237-22   Filed 10/09/07   Page 6 of 9    (WED) 7. 5 06  9:32/ST. 9:30/NO. 4861909527 P 3

page 1 of 3

# ERRATA Sheet

**Depostion of:** Gregory Seiden, May 16, 2006  In re: Oracle Corporation Securities Litigation

I wish to make the following changes for the following reasons:

| Page | Line | Change | Reason |
|---|---|---|---|
| 7 | 4 | change: "1215 U Street" to: "1215 Yew Street" | spelling correction |
| 13 | 20 | change: "senior staff manager" to: "senior staff, manager" | these are two different titles |
| 16 | 10 | change: "platforms. So they're" to: "platforms, other" | transcription error |
| 16 | 22 | change: "sequence" to: "Sequent" | transcription error |
| 17 | 5 | change: "pyramid" to: "Pyramid" | company name, proper noun |
| 17 | 8 | change: "IBM VMS" to: "IBM MVS" | transcription error |
| 20 | 8 | change: "Lilly Chang" to: "Lily Chang" | spelling correction |
| 41 | 21 | change: "upgrade is a self-code" to: "upgrade is itself code" | transcription error |
| 52 | 10 | change: "a current version" to: "the current version" | transcription error |
| 64 | 4 | change: "Customer relations management" to: "Customer Relationship Management" | transcription error |
| 69 | 5 | change: "answer a quote" to: "enter a quote" | transcription error |
| 80 | 23 | change: "Internet" to: "intranet" | transcription error |
| 100 | 17 | change: "Ash" to: "Ashok" | transcription error |
| 102 | 11 | change: "database client's" to: "database client" | transcription error |
| 109 | 20 | change: "any when" to: "any. Then" | transcription error |

Witness Signature/Date _____ [signature] _____ 6/30/06

FROM LATHAM & WATKINS LLP Fax Machine #2        (WED) 7. 5'06  9:32/ST. 9:30/NO. 4861909527 P  4
Case 3:01-cv-00988-SI   Document 1237-22   Filed 10/09/07   Page 7 of 9

page 2 of 3

# ERRATA Sheet

Deposition of: <u>Gregory Seiden, May 16, 2006  In re: Oracle Corporation Securities Litigation</u>

I wish to make the following changes for the following reasons:

| Page | Line | Change | Reason |
|---|---|---|---|
| 124 | 9 | change: Rick Jewel"<br>to: "Rick Jewell" | spelling correction |
| 124 | 10 | change: Rick Jewel"<br>to: "Rick Jewell" | spelling correction |
| 126 | 11 | change: "Alvin Russel, R-u-s-s-e-l"<br>to: "Alvin Roussel, R-o-u-s-s-e-l" | transcription error |
| 134 | 24 | change: "Glenn Ong"<br>to: "Glen Ong" | spelling correction |
| 156 | 5 | I don't know what I said here, but transcript doesn't make sense. | |
| 219 | 21 | change: "created in Vision demo"<br>to: "created, and the Vision demo" | transcription error |
| 221 | 14 | change: "apple top"<br>to: "APPL_TOP" | apple top is the pronounciation - the spelling is still properly APPL_TOP |
| 221 | 14<br>23 | change: "apple top"<br>to: "APPL_TOP" | spelling correction |
| 222 | 25 | change: "apple top"<br>to: "APPL_TOP" | spelling correction |
| 223 | 5 | change: "and laid down"<br>to: "and lay down" | transcription error |
| 227 | 14 | change: "apple top"<br>to: "APPL_TOP" | spelling correction |
| 227 | 15 | change: "apple top"<br>to: "APPL_TOP" | spelling correction |
| 227 | 17 | change: "apple top"<br>to: "APPL_TOP" | spelling correction |
| 231 | 24 | change: "weakened"<br>to: "weekend" | spelling correction |
| 235 | 21 | change: "division demo database"<br>to: "Vision demo database" | transcription error |

Witness Signature/Date _____ [signature] _____ 6/30/06

FROM LATHAM & WATKINS LLP Fax Machine #2    (WED) 7. 5 06  9:33/ST. 9:30/NO. 4861909527 P 5
Case 3:01-cv-00988-SI   Document 1237-22   Filed 10/09/07   Page 8 of 9

page 3 of 3

# ERRATA Sheet

Depostion of: Gregory Seiden, May 16, 2006 In re: Oracle Corporation Securities Litigation

I wish to make the following changes for the following reasons:

| Page | Line | Change | Reason |
|---|---|---|---|
| 237 | 24 | change: "apple top" to: "APPL_TOP" | spelling correction |
| 244 | 21 | change: "documentation library, CD" to: "documentation library CD" | transcription error |
| 246 | 15 | change: "Rick Jewel" to: "Rick Jewell" | spelling correction |
| Exhibit 6 | N/A | please note that exhibit 7 was appended to exhibit 6, and all subsequent tabs are incorrect | production issue |

Witness Signature/Date _____  6/30/06

FROM LATHAM & WATKINS LLP Fax Machine #2    (WED) 7. 5 '06  9:33/ST. 9:30/NO. 4861909527 P 6
Case 3:01-cv-00988-SI   Document 1237-22   Filed 10/09/07   Page 9 of 9

Seiden, Gregory                                         5/16/2006

1   STATE OF CALIFORNIA      )
2                            )  ss.
3   COUNTY OF SAN FRANCISCO  )
4
5
6
7        I, the undersigned, declare under penalty of
8   perjury that I have read the foregoing transcript,
9   and I have made any corrections, additions, or
10  deletions that I was desirous of making; that the
11  foregoing is a true and correct transcript of my
12  testimony contained therein.
13        EXECUTED this 16th day of June,
14  2006, at Redwood City, CA.
15             (City)              (State)
16
17

23
24
25

GREGORY SEIDEN
6/30/06