# Declaration of Brooks L. Hilliard CMC CCP

**in the Matter of**

**Oracle Corporation ("Oracle") Securities Litigation**

**United States District Court**
**Northern District of California**
**San Francisco Division**

**Case No. C-01-0988-MJJ**

**May 25, 2007**

### 4.2.3 Representation #3: Globally accessible real-time data

The essence of the third major representation, that Oracle 11*i* supported global operations "through real-time business intelligence via a single, centralized information set", was repeated during the Class Period in an "Oracle Corporation Technical White Paper" dated 6 February 2001, which read:

> The Oracle E-Business Suite can enable any Oracle customer to realize the same prodigious business benefits that Oracle has. Customer employees, anywhere on the globe, can use a consistent and intuitive interface to access business data . . . The central database will enable fully integrated e-business flows that span all major corporate applications. . . .[23]

### 4.2.4 Representation #4: Extremely rapid implementation

The next major representation from the Launch announcement, that Oracle 11*i* could be implemented "in a matter of days rather than months", needs to be viewed in the context of what is normal and customary in the business software industry. Enterprise-type software–including such software categories as Enterprise Resource Planning (ERP) and Customer Relationship Management (CRM) software–has historically taken customers a year or more to implement; six months would be extremely fast. So when Oracle represented that the Oracle E-Business Suite 11*i* could be implemented in "days" instead of "months", it would not be reasonable to interpret this as meaning 30 days or less. Instead, I interpreted it to mean some period of time–quoted in days–that is considerably shorter than the minimum amount of time that it has historically taken to implement such applications. Thus, when Oracle CEO L. Ellison addressed a group of financial analysts in a conference call on 14 December 2000, his statement (following) that Oracle 11*i* could be implemented within 90 days, constituted a reasonable confirmation of the "days rather than months" representation made at the time of the launch. What Mr.

---

23 See NDCA-ORCL 061850.

Ellison said on that day was:

> Oracle affirms that the business of any purchaser of the E-Business Suite can go live on the Suite within 90 days of purchase. This option does not cover data migration or integration with third-party systems, but it does cover setup procedures, [resolution of] performance issues, user acceptance testing, internationalization initiatives, and purchaser signoff standards. It includes most of the capabilities of the CRM Suite, in particular the complete business flows defined.[24]

In addition to the 90-day representation, during a press conference at the January 2001 AppsWorld conference, Mr. Ellison also represented–without all of the qualifications included above–that Oracle 11*i* could be implemented significantly faster and less expensively than competitors' products:

> All the [Oracle 11*i* modules] fit together. And we can install it in a matter of months . . . and give you benefits in a matter of months, in a short period of time.[25]

### 4.2.5 Representation #5: Comprehensive functionality

The next major representation was that Oracle 11*i* provided a complete complement of applications "to manage [the full range of] key customer processes . . . all from the same system."[26] During the Class Period, Oracle CEO L. Ellison was paraphrased in a Bloomberg article on 14 December 2000 confirming the representation as saying "Oracle 11*i* can run virtually every important business function from processing to payroll and completing human resources paperwork to running customer call

---

[24] See NDCA-ORCL 061874.

[25] See NDCA-ORCL 141553-54.

[26] See NDCA-ORCL 027782-84.

One notable example of how long it took to install Oracle 11*i* was illustrated by the experience of UBS Warburg, one of Oracle's "Major Oracle 11*i* Escalated Customers", as documented in a 27 March 2001 e-mail (nearly a month after the end of the Class Period) which described its attempts to implement the Oracle 11*i* software as follows:

> UBS Warburg is implementing [release] 11.5.3 CRM . . . UBS has not yet successfully installed 11*i* (11.5.3). It takes them approximately 5 days to get through the install process . . . [and they] have attempted the install several times over the past month with no success.[89]

An independent research firm, AMR Research with the cooperation of the Oracle Applications User Group, did a survey of 115 Oracle 11*i* customers approximately a year after the completion of the Class Period and found that:

> Companies spending an average of 43% more than expected to upgrade or implement 11*i* . . . The time required to install 11*i* is 39% longer than users anticipate [running on average] 295 Days [to implement small projects] 291 Days [for medium projects] 319 Days [for large projects] 379 Days [for very large projects].[90]

The notable part about this research finding is not the specific numbers of days, which, in my experience, are within the normal range for implementations of ERP and CRM systems. Rather, it is the fact that–with Oracle having represented that Oracle 11*i* could be implemented quickly–*these Oracle customers believed their implementations took approximately 40% longer than what they expected*.[91]

---

[89] See NDCA-ORCL 617282.

[90] See NDCA-ORCL 061339-40.

[91] Note: In the Special Litigation Committee Report dated 22 November 2002, the authors point out that Mr. Ellison had told customers that "the process was faster than the alternative" (see NDCA-ORCL 295291), so it is not surprising the its

By January 2002, Oracle CEO L. Ellison was ready to acknowledge that Oracle 11*i* was not really rapidly installable after all, as the transcript of his interview with "SOFTWAR" author M. Symonds shows:

> [Oracle 11*i*] was just to hard to install . . . the customer got in trouble because the installation was too complex . . . it's just too hard . . . sometimes it was a functional gap, sometimes it was just general defects in order management . . . it was a little like watching Michael Angelo paint the ceiling in the chapel, a brush stroke at a time.[92]

Given its own experience with earlier ERP software (and that of its competitors), it is evident that Oracle knew that a defined set of rapid deployment procedures would be needed make the major reductions in implementation time it was promising for Oracle 11*i* because it began promoting just such a rapid deployment process in 2001, with the proprietary name "FastForward". FastForward, which was the *only* methodology that even purported to be able to facilitate the type of expedited implementation that Oracle had promised for 11*i*,[93] involved the use of what Oracle called "flows", which were intended to be used to facilitate the accelerated implementation.[94] However, since the first two FastForward flows for

---

customers believed this and were surprised to find that the time savings did not materialize.

92 See NDCA-ORCL 1529173.

93 There is also an Oracle process called "Rapid Install", but this was used for the computer operations process done by a systems administrator (see NDCA-ORCL 058525) of loading the Oracle 11*i* code and bringing up on a new computer, rather than the business process of implementing the software to meet customer needs.

94 See Borthwick deposition transcript, pages 31-32, 63-64, 90-91, 105-10, and 214; and NDCA-ORCL 159552.