Certified Copy

```
1            IN THE UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF ILLINOIS
2                      EASTERN DIVISION
3
     IN RE:  ORACLE CORPORATION    )
4                                  )
     SECURITIES LITIGATION         )
5                                  )
                                   ) Master File
6    This Document Relates To:     ) No. C-01-0988
                                   ) MJJ
7        ALL ACTIONS.              )
8
9                       CONFIDENTIAL
10
11        The videotaped deposition of
12   GEORGE J. ROBERTS, taken in the
13   above-entitled cause before Cheryl L.
14   Sandecki, a notary public within and for the
15   County of Lake and State of Illinois, taken
16   pursuant to the Federal Rules of Civil
17   Procedure for the United States District
18   Courts, at 203 East Wisconsin Avenue,
19   Milwaukee, Wisconsin, on the 22nd day of
20   June, A.D., 2006, commencing at 8:02 a.m.
21
22
23
24
```

```
 1   forecasts.  So...
 2   BY MR. WILLIAMS:
 3       Q.   Okay.  Last bullet point on that
 4   page says "deals begin to shrink and get
 5   delayed," I guess still in the month of
 6   January, do you see that?
 7       A.   Yes, I do.
 8       Q.   And do you understand what that
 9   means?
10       A.   Yes, I do.
11       Q.   Can you tell me what your
12   understanding is?
13       A.   Well, we talked a little bit about
14   that from Nic Classick's E-mail on the last
15   two days of February why the numbers slipped.
16       Q.   Okay.
17       A.   And he said the deals got pushed out
18   and deals shrunk.
19       Q.   Okay.  Can you turn to Bates ending
20   355?
21       A.   Yes, I have it.
22       Q.   And it looks like he is talking
23   about the Oracle products there, right?
24       A.   Yes.
```

```
 1        Q.   And his headline is "our products,
 2   ellipses, bad news," right?
 3        A.   Uh-huh.
 4        Q.   The first bullet point is "11i
 5   quality issues"?
 6        A.   Yes.
 7        Q.   Do you know what he was referring to
 8   there?
 9             MS. KYROUZ:  Objection, lacks
10   foundation.
11             THE WITNESS:  He is -- he is
12   referring to the fact it was a new release of
13   product and it was going through some -- some
14   growing pains from a product perspective.
15   That's -- we have touched on that several
16   times today.
17   BY MR. WILLIAMS:
18        Q.   Okay.  And the second bullet point
19   indicates "lack of references, demo issues."
20   Do you see that?
21        A.   Yes.
22        Q.   Do you know what he was referring to
23   there?
24             MS. KYROUZ:  Objection, lacks
```

```
 1  foundation.
 2          THE WITNESS:  Well, he is referring
 3  to what every sales rep says, which is we
 4  never have enough references, right.  We
 5  would like to have a thousand of them, we
 6  only have 50 of them because it is a new
 7  release.  And the ones we have are over used,
 8  so they don't want to take calls.
 9  BY MR. WILLIAMS:
10      Q.   So they don't want to do what?
11      A.   Take calls.  When they get over used
12  -- if a guy is getting called five times a
13  day from references, sooner or later they
14  say, you know what, I got to get some work
15  done.
16      Q.   I understand.
17      A.   And, you know, when you have new
18  release of a new product, you know, it takes
19  awhile until you build up a base of 500 plus
20  customers to talk to people.  And the demo
21  issues, which we certainly touched on all day
22  long, for ADS.
23      Q.   Now, had -- did John send this
24  presentation to you either before or after
```

1   the April 2nd meeting in Dallas?
2        A.   I don't know whether he did or not.
3   You know, on the next page, though, he talks
4   about the good news which says the strategy
5   is gaining traction and difficult and complex
6   integration is behind us or is completed.
7   Number one ERP vendor in the U.S.  Lots of
8   good stuff.
9            MR. WILLIAMS:  Well, it is
10  4 o'clock.
11           THE WITNESS:  Time to turn into a
12  pumpkin.  Thank you.
13           MR. WILLIAMS:  All right.  Just for
14  the record we will talk at some point within
15  the next of couple days about more time, and
16  we will come to some sort of agreement.
17           MS. KYROUZ:  Yeah.  Obviously, we
18  don't agree at this point.  We will have to
19  hear your reasons why you think you will need
20  more time, and we will meet and confer about
21  that.
22           THE VIDEOGRAPHER:  This marks the
23  end of videotape No. 4, volume one, in the
24  deposition of George Roberts.  The time is

| | |
|---|---|
| 1 | interested in the outcome thereof. |
| 2 |     I further certify that this |
| 3 | certificate applies to the original signed IN |
| 4 | BLUE and certified transcripts only.  I |
| 5 | assume no responsibility for the accuracy of |
| 6 | any reproduced copies not made under my |
| 7 | control or discretion. |
| 8 |     IN TESTIMONY WHEREOF, I have hereunto |
| 9 | set my hand and affixed my notarial seal this |
| 10 | 23rd day of June, 2006. |
| 11 | |
| 12 | |
| 13 |     _Cheryll Sandecki_ |
| 14 |     Notary Public, Lake County, Illinois |
| 15 | My Commission Expires |
| 16 | June 13, 2007 |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |

Case: In re Oracle Securities Litigation, Master File No. C-01-0988MJJ

Witness: George Roberts

Date: June 22, 2006

Reporter: Linda D. White, CSR No. 12009

I HAVE READ THE EXAMINATION AS REQUESTED. PLEASE NOTE THE FOLLOWING:

____ No changes need to be made to the transcript.

__X__ Changes listed below.

_____George Robert_____          _____9/2/06_____
WITNESS SIGNATURE                     DATE SIGNED

Note: Please check the appropriate column for add (+) or delete (-). If you wish to add anything to the deposition, use the exact words you want to add. If you wish to delete anything from the deposition, please use the exact words you want to delete. Thank you.

| Page | Line | + | - | |
|---|---|---|---|---|
| 17 | 2 | + Staff on anything | - Staff to anything | Misspelling |
| 25 | 1 | + he | - I | wrong word |
| 37 | 17 | - JANE ABOYDUN | + JAY NUSSBAUM | wrong word |
| 47 | 1 | - GENERATION | + GENERALIZATION | MISSPELLING |
| 56 | 16 | - TEN | + THIN | MISSPELLING |
| 77 | 21 | - COAST | + CODE | MISSPELLING |
| 102 | 18 | - VAC | + APPLICATION | WRONG WORD |
| 105 | 11 | - IS | + WE | WRONG WORD |
| 217 | 7 | - ROCELLI | + ROSELLI | |
| 223 | 4 | - SCHEME UP | + SCHEMA | |
| 220 | 1 | - OTM | + OTN | |
| 291 | 23 | - Q2 | + Q3 | |
| 339 | 10 | - EVERYBODY | + ANYBODY | |

SF\555398.1

Roberts, George
CONFIDENTIAL                                                            6/22/2006

**Page 357**

```
IN THE UNITED STATES DISTRICT COURT
   NORTHERN DISTRICT OF ILLINOIS
          EASTERN DIVISION


IN RE: Oracle Corporation   )
SECURITIES LITIGATION       )
                            ) Master File
This Document Relates To:   ) No. C-01-0988
ALL ACTIONS.                ) MJJ
```

I, GEORGE J. ROBERTS, state that I have read the foregoing transcript of the testimony given by me at my deposition on the 22nd day of June 2006, and that said transcript constitutes a true and correct record of the testimony given by me at

**Page 358**

said deposition except as I have so indicated on the errata sheets provided herein.

_____
GEORGE J. ROBERTS

No corrections (Please initial)_____
Number of errata sheets submitted ___ (pgs)

SUBSCRIBED and sworn to before me this ___ day of _____, 2006.

_____
Notary Public

**Page 359**

STATE OF ILLINOIS  )
                   ) SS:
COUNTY OF LAKE     )

I, Cheryl L. Sandecki, Illinois C.S.R. No. 084-03710, registered Professional Reporter and Notary Public in and for the County of Lake, State of Illinois, do hereby certify that previous to the commencement of the examination, said witness was duly sworn by me to testify the truth; that the said deposition was taken at the time and place aforesaid; that the testimony given by said witness was reduced to writing by means of shorthand and thereafter transcribed into typewritten form; and that the foregoing is a true, correct, and complete transcript of my shorthand notes so taken as aforesaid.

I further certify that there were present at the taking of the said deposition the persons and parties as indicated on the appearance page made a part of this deposition.

I further certify that I am not counsel for nor in any way related to any of the parties to this suit, nor am I in any way

**Page 360**

interested in the outcome thereof.

I further certify that this certificate applies to the original signed IN BLUE and certified transcripts only. I assume no responsibility for the accuracy of any reproduced copies not made under my control or discretion.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed my notarial seal this _____ day of _____, 2006.

_____
Notary Public, Lake County, Illinois

My Commission Expires
June 13, 2007

Pages 357 to 360