```
 1              IN THE UNITED STATES DISTRICT COURT
 2                NORTHERN DISTRICT OF CALIFORNIA
 3
                                        )         CERTIFIED COPY
 4   In re ORACLE CORPORATION           )
     SECURITIES LITIGATION              ) Master File No.
 5   _____  )
                                        )  C-01-0988-MJJ
 6   THIS DOCUMENT RELATES TO:          )
                                        )
 7        ALL ACTIONS.                  )
     _____  )
 8
 9
10                        CONFIDENTIAL
11
12                         VOLUME I
13    VIDEOTAPED DEPOSITION OF EDWARD J. SANDERSON, JR.
14                  Tuesday, July 25, 2006
15
16                       VIDEOTRACK LLC
                        Reporting For:
17
18                  LiveNote World Service
                 221 Main Street, Suite 1250
19              San Francisco, California  94105
                     Phone:  (415) 321-2300
20                   Fax:    (415) 321-2301
21
22
23
24   REPORTED BY: KAE F. GERNANDT
                CSR No. 5342
25
```

1   A.   I don't recall specifically.  I do know
2   that in -- for example, in our executive committee
3   meetings, Larry would periodically ask for feedback
4   on the product in the early implementations out in
5   the field, and that was not an unusual occurrence.
6   Q.   It was not an unusual occurrence for you
7   to provide that information?
8   A.   Either Larry would ask for the
9   information -- I mean, typically that would be a
10  driver for it.  He would want to know how the
11  implications are going out in the field, the early
12  implementations particularly.
13  Q.   Okay.  Let me show you what's been
14  previously marked as Cullivan No. 9, which is Bates
15  numbered NDCA-ORCL 617453 through 462.
16       I'd just ask you to take a look at that
17  document and let me know when you're done.
18       I can direct your attention to the
19  section I'm interested in or you can read the entire
20  thing.
21  A.   Let me just do a quick cursory review.
22  Q.   Okay.
23  A.   Okay.
24  Q.   Okay.  Do you recognize Cullivan No. 9?
25  A.   No, I do not.

```
 1        Q.    Okay.  Going to the second page, 617454,
 2   it appears to be an agenda for NAS Executive Dialogs
 3   in November of 2000, right?
 4        A.    Correct.  That's George Roberts'
 5   organization.
 6        Q.    Right.  And if you go to the next page,
 7   at about halfway down the page, it says
 8   "Participants confirmed to attend the November 2nd
 9   E-Business Suite dialogue."  See that?
10        A.    Yes, I do.
11        Q.    A couple of your reports are listed
12   there:  Keith Block, Valerie Borthwick?
13        A.    Yes, that's correct.
14        Q.    Who's Rudy Corsi?
15        A.    Rudy Corsi was Keith's operations
16   manager as best I recall.
17        Q.    And so -- okay.  Going to the next page,
18   see where it says "CRM Session"?
19        A.    Yes, I do.
20        Q.    And it says, "Main issue:  No live
21   sites."  See that?
22        A.    Yes.
23        Q.    Do you know that in November -- at least
24   as of November 2nd of 2000, that Oracle had no
25   customers live on 11i CRM?
```

1         MR. GIBBS: Objection. Lack of foundation.

2         THE WITNESS: I don't recall that, but it's

3  not surprising.

4         MR. WILLIAMS: And --

5         THE WITNESS: And the reason I say it's not

6  surprising is because of the time that it takes to

7  implement the product even if it was not a

8  newly-released product.

9  BY MR. WILLIAMS:

10     Q.   Okay. Do you know Tom Sheehan of

11  Entegra?

12     A.   No, I do not.

13     Q.   Have you ever heard of him?

14     A.   No. I don't recall his name or the

15  company.

16     Q.   Okay. Ask you to turn your attention to

17  617458.

18     A.   Okay.

19     Q.   Just going down to -- well, withdrawn.

20         See where it says "Joint Development -

21  CRM/ERP"?

22     A.   Yes, I do.

23     Q.   And down where it says "11i Product

24  Issues," see that?

25     A.   Yes, I do.

REPORTER'S CERTIFICATE

I, KAE F. GERNANDT, a Certified Shorthand Reporter for the State of California, do hereby certify:

That the witness in the foregoing deposition was by me duly sworn; that the deposition was then taken before me at the time and place herein set forth; that the testimony and proceedings were reported by me stenographically and were transcribed through computerized transcription under my direction; and the foregoing is a true and correct record of the testimony and proceedings taken at that time.

IN WITNESS WHEREOF, I have subscribed my name this 2nd day of August, 2006.

*[signature]*

Kae F. Gernandt, CSR No. 5342

Case: In re Oracle Securities Litigation, Master File No. C-01-0988MJJ

Witness: Edward J. Sanderson, Jr.

Date: July 25, 2006 and August 7, 2006

Reporter: Kae F. Gernandt, CSR No. 5342

I HAVE READ THE EXAMINATION AS REQUESTED. PLEASE NOTE THE FOLLOWING:

_____ No changes need to be made to the transcript.

\_\_X\_\_ Changes listed below.

_[signature: Edward Sanderson]_   9/3/06
WITNESS SIGNATURE              DATE SIGNED

Note: Please check the appropriate column for add (+) or delete (-). If you wish to add anything to the deposition, use the exact words you want to add. If you wish to delete anything from the deposition, please use the exact words you want to delete. Thank you.

| Page   | Line | + | - | |
|--------|------|---|---|---|
| 205:18 | | | | Change "to" to "into" |
| 247:17 | | | | Change "SalesOnline" to "Sales Online" |
| 248:1  | | | | Change "SalesOnline" to "Sales Online" |
| 252:23 | | | | Change "SalesOnline" to "Sales Online" |
| 255:17 | | | | Change "SalesOnline" to "Sales Online" |
| 258:1  | | | | Change "SalesOnline" to "Sales Online" |
| 266:23 | | | | Change "SalesOnline" to "Sales Online" |
| 268:5  | | | | Change "SalesOnline" to "Sales Online" |
| 268:23 | | | | Change "SalesOnline" to "Sales Online" |
| 269:5  | | | | Change "SalesOnline" to "Sales Online" |
| 269:15 | | | | Change "SalesOnline" to "Sales Online" |
| 270:17 | | | | Change "SalesOnline" to "Sales Online" |
| 275:25 | | | | Change "SalesOnline" to "Sales Online" |
| 316:12 | | | | Change "req" to "rec" |

SV\521217.1

Page 1 of 2

| | |
|---|---|
| 317:25 | Change "Caulter" to "Coulter" |
| 344:14 | Change "at" to "of" |
| 370:12 | Change "Tool" to "Tools" |
| 387:14 | Change "SalesOnline" to "Sales Online" |
| 403:19 | Change "SalesOnline" to "Sales Online" |
| 425:23 | Change "meet" to "mean" |
| 467:5, 7, 8, 18 | Change "SalesOnline" to "Sales Online" |
| 472:6 | Change "SalesOnline" to "Sales Online" |
| 499:25 | Change "req" to "rec" |
| 532:7 | Change "inversion" to "version" |
| 563:18 | Change "SalesOnline" to "Sales Online" |
| 43:10 | Change "MCKENZIE" to "McKinsey" |
| 43:09 | " " " " |
| ~~314:22~~ | ~~focus on book to bill~~ |
| 314:22 | Change "focus to book to bill" to "Focus on book to bill" |
| 315:6 | Change "worthy of note" to "worthy to note" |

SV\521217.1

Page 2 of 2