Certified Copy

```
 1              IN THE UNITED STATES DISTRICT COURT
 2                NORTHERN DISTRICT OF CALIFORNIA
 3                           --oOo--
 4   In re ORACLE CORPORATION
 5   SECURITIES LITIGATION
 6                                   Master File No.
 7   This Document Relates To:       C-01-0988-MJJ
 8        ALL ACTIONS.
 9   _____/
10
11                          ---oOo---
12                  CONFIDENTIAL VIDEOTAPED
13         30(b)(6) DEPOSITION OF MARK JARVIS
14                 Tuesday, May 30, 2006
15                          ---oOo---
16               SHEILA CHASE & ASSOCIATES
17                      REPORTING FOR:

                   LiveNote World Service
18             221 Main Street, Suite 1250
            San Francisco, California  94105
19                Phone:  (415) 321-2300
                  Fax:    (415) 321-2301
20
21
22
23   Reported by:
24   COLLEEN M. REDAMONTI
25   CSR No. 7012
```

```
 1   just too many problems in the field to provide more
 2   implementation examples?
 3   A.    I don't remember --
 4   Q.    Uh-huh.
 5   A.    -- receiving feedback.  And -- because if you
 6   notice on page 2, I referred everyone to send their
 7   response to a lady called Stacy Torman.
 8   Q.    Uh-huh.
 9   A.    Torman, T-o-r-m-a-n.  I can't even tell you
10   if -- what the result was --
11   Q.    Okay.
12   A.    -- of the E-mail.
13   Q.    And is Stacy Torman your direct report?
14   A.    No.
15   Q.    Who does she report to?
16   A.    Um, at the time I believe she worked for
17   Margaret Lasecke.
18   Q.    Okay.  And did you ever inquire as to whether
19   you were getting additional implementation stories?
20   A.    I don't remember.
21   Q.    Okay.  And are you familiar with the two
22   customers listed on the first page, TMP Worldwide or
23   Paxar?
24   A.    No.
25   Q.    Do you know whether either of these companies
```

```
 1  ever went live on 11i?
 2  A.      I don't.
 3  Q.      Okay.  Are you familiar with the Oracle
 4  Consulting Executive Board?
 5  A.      No.
 6  Q.      Okay.  Did you --
 7          Well, are you familiar with Valerie Borthwick?
 8  A.      Yes.
 9  Q.      Who is Ms. Borthwick?
10  A.      She worked for Oracle Consulting.  I believe
11  she reported to Sandy Sanderson.
12  Q.      Okay.  And did you have any contact with
13  Ms. Borthwick?
14  A.      In the course of doing business, yes.
15  Q.      Okay.  What was the nature of your contact?
16  A.      I honestly don't remember.
17  Q.      Okay.  Do you recall discussing lack of
18  references for Suite 11i with Ms. Borthwick?
19  A.      I don't recall it, but it would not surprise
20  me.
21  Q.      Okay.  Do you recall Ms. Borthwick indicating
22  in January of '01 that there was still a real problem
23  with references and there was a lack of references?
24  A.      No.
25  Q.      Would that surprise you?
```

1       MR. HARRISON:  Objection.  Lacks foundation.
2   Calls for speculation.
3       THE WITNESS:  Would what surprise me?
4   Q.   BY MS. ANDERSON:  Would it surprise you if in
5   January of '01, there was still a real problem
6   getting references for Suite 11i and there was still
7   a lack of references?
8       MR. HARRISON:  Objection.  Assumes facts not
9   in evidence.
10      THE WITNESS:  No, it wouldn't surprise me.
11  Q.   BY MS. ANDERSON:  We discussed some of the
12  reasons why getting references was an uphill battle.
13      Was there any other reason why that -- why
14  that wouldn't surprise you that you would like to
15  add?
16      MR. HARRISON:  Objection.  Misstates
17  testimony.
18      THE WITNESS:  I'll stand by what I've already
19  said.
20      MS. ANDERSON:  Okay.
21  Q.   Now, Ms. Borthwick is part of the consulting
22  organization you indicated, correct?
23  A.   Correct.
24  Q.   And did you receive feedback from
25  Ms. Borthwick with respect to Suite 11i

```
 1   implementations?
 2   A.      I don't recall.
 3   Q.      Okay.  Did you receive any feedback from her
 4   with respect to customers who had complained about
 5   Suite 11i?
 6   A.      I don't recall.
 7   Q.      Okay.  Do you know when Oracle got its first
 8   referenceable customer with respect to Suite 11i?
 9   A.      No.
10   Q.      Did it have any referenceable customers in
11   January of '01?
12   A.      I don't remember.
13   Q.      Okay.  You just don't recall.
14           To the best of your recollection, did lack of
15   customer references for Suite 11i continue to be a
16   problem throughout 2001?
17           MR. HARRISON:  Objection.  Assumes facts not
18   in evidence.  Vague and ambiguous.
19           THE WITNESS:  I don't remember.
20           MS. ANDERSON:  Okay.
21   Q.      Um --
22   A.      I should stress, I don't think we were ever
23   satisfied with the references we had for any product.
24   We would constantly strive and push for more
25   references because references feed a media fire, and
```

```
 1                REPORTER'S CERTIFICATE
 2        I certify that the foregoing proceedings in the
 3   within-entitled cause were reported at the time and
 4   place therein named; that said proceedings were
 5   reported by me, a duly Certified Shorthand Reporter
 6   of the State of California, and were thereafter
 7   transcribed into typewriting
 8             I further certify that I am not of counsel
 9   or attorney for either or any of the parties to said
10   cause of action, nor in any way interested in the
11   outcome of the cause named in said cause of action.
12             IN WITNESS WHEREOF, I have hereunto set my
13   hand this _____ day of _____, 2006.
14
15             _____
                  COLLEEN M. REDAMONTI, CSR
16                Certified Shorthand Reporter
                  Certificate No. 7012
17
18
19
20
21
22
23
24
25
                                                       268
```