```
10:59am EDT  4-Oct-00 Lehman Brothers (Herman, Neil 212-526-6093) ORCL
Oracle Corp: Reiterate Oracle 1-Buy Rating

Today's Date:   10/04/00
  Ticker:          ORCL                       Fiscal Year:     5/31
  Price:           69.5                       52wk Range:      93 - 21
  Rank(New):       1 - Buy                    Target(New):     100
  Rank(Old):       1 - Buy                    Target(Old):     100
---------------------------------------------------------------------------
EPS  2000         2001                         2002                %Change
     Act.    Old        New     St.Est    Old       New    St.Est  2001/2002
 1Q  0.08    0.17A      0.17A   0.17A     - -E      - -E   0.18E   113    - -
 2Q  0.13    0.20E      0.20E   0.20E     - -E      - -E   0.24E   54     - -
 3Q  0.17    0.24E      0.24E   0.23E     - -E      - -E   0.29E   41     - -
 4Q  0.31    0.40E      0.40E   0.39E     - -E      - -E   0.48E   29     - -
---------------------------------------------------------------------------
Yr.  0.66    1.00E      1.00E   0.99E     1.30E     1.30E  1.19E   52     30
P/E                     69.5                        53.5
---------------------------------------------------------------------------
MARKET DATA                            FINANCIAL SUMMARY
Shares OutStanding (MM)    3,006.4     Revenue (B)              11.9
Mkt Capitalization (B)     195.6       Five-Year EPS CAGR       15.0 %
Dividend Yield             - -         Return On Equity (2001)  - -
Convertible                No          Current Book Value       1.92
Float                      - -         Debt To Capital          - - %
                                       Disclosure(s)            C
---------------------------------------------------------------------------
```

INVESTMENT CONCLUSION
* Yesterday, we attended Oracles analyst day in San Francisco. The company
  was upbeat overall and particularly excited about the potential for its
  applications business. Oracle 11i now boasts 27 live customers and the
  company expects that number to be somewhere north of 50 by the end of the
  quarter.
SUMMARY
* Oracles new Oracle 9i includes both the database and the companys
  application server as well as advanced caching technologies and other
  technological improvements. We believe this offering could translate into a
  potentially significant new revenue avenue for the company.
* We believe Oracle is increasingly grabbing mind share of top level
  corporate executives easing the sale of Oracle applications.
* Operating margins should continue to expand as more of the sales and
  services processes are conducted over the web, but potentially muted to a
  degree as the company adds heads to the consulting business.
---------------------------------------------------------------------------
**11i Finding Healthy Corporate Adoption

At the analyst conference, Oracle elaborated on its tremendous opportunities
in the enterprise application space as corporations thrust to the Web remains
unabated. The company expects a very strong adoption cycle for its recently
released 11i application suite and currently has a large number of companies
evaluating the products. Today, Oracle boasts 27 live customers for its 11i
application suite, up from 20 at the end of Q1, and expects that potentially
well north of 50 (possibly as many as 100) will be up and running by the end
of this quarter. Clearly, high visibility customer references should greatly
ease the sales cycle as other companies look to their successful peers for
guidance. While this quarter should be strong, following a lower than
expected fiscal Q1 for the applications business, we agree with the company
that 11i should really begin to ramp in the fiscal year second half after a
significant reference customer list has been established. Furthermore, it
appears Oracles CRM and supply-chain are tracking well and the company claims
to be finding increasing success against the likes of i2 and Siebel. In fact,
since the introduction of the companys new supply-chain offerings, Oracle
management was hard pressed to think of any customer losses to i2 when the two
companies competed for the same deal. Clearly, this augurs well for Oracles

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                        NDCA-ORCL 421258

overall growth going forward as the CRM and supply-chain management spaces represent significant opportunities, in our view.

**Speeding Up the Web with Oracle 9I

Yesterday, Oracle officially announced Oracle 9i, a bundling of the Oracle database, application server and advanced caching techniques.  9i was developed with speed and scalability in mind and, according to Oracle, can significantly shorten web site download and transaction times.  In fact, in classic Ellison style, Oracles CEO offered $1 million to anyone who could demonstrate a Web site, which currently is running Microsoft SQL Server or IBM DB/2 databases, which does not run three times as fast following the implementation of Oracle 9i.  We were impressed with the demos and believe Oracle 9i, assisted by patented web page caching and database caching technologies, represents another potentially significant source of revenue for Oracle within its installed base.  We continue to believe, however, that Oracles application server initiative is unlikely to find much success outside of Oracle-only environments as we believe corporations with databases from various vendors would be more inclined to go with an application server vendor, such as BEA, which is platform-agnostic.  Therefore, while we see incremental revenue opportunities for Oracle from 9i, we do not expect this new offering to materially impact the application server competitive environment.

**Operating Margin Expansion Continues

We believe Oracle continues to focus on cutting expenses, both through slicing corporate fat and by leveraging the internet from both a sales and services perspective.  Clearly, Oracle has achieved tremendous success in consolidating data centers, removing redundant processes and ridding Oracle of wasteful expenses.  We believe more work is still to be done but note that the low hanging fruit has already been picked and it now likely becomes somewhat more difficult to achieve future cost reductions.  From a sales and services perspective, however, we believe Oracle is just out of the gate and, in fact, should realize significant efficiency gains as the company moves more of its business to the web.  The company is in the process of rolling out its 11i CRM suite internally (already deployed in Latin America) which should aid in its efforts.  In fact, the company today receives some 30% of its support calls over the Web and expects that number to be 50% by the end of the year.  From a sales perspective, the company continues to expand its Web sales model and aggressively looks for 80% of sale transactions to eventually be conducted over the Web or through the telesales group, freeing the direct sales force to attack the much bigger deals.  We believe that this internal internet strategy clearly augurs well for margin growth going forward.  On the other hand, however, Oracle apparently plans to refocus some attention on its consulting business, a segment of Oracle that has declined on a year-over-year basis for the last five quarters.  While this effort should stem the year-over-year consulting growth declines and should help boost the overall revenue growth rate, it also will likely somewhat mute the impact of margin expansionary efforts in the other parts of the business.  While we expect Oracle to focus primarily on the higher margin consulting engagements, clearly consulting in general commands a much lower margin than license revenue.  By aggregating all the operating margin forces at play, we expect margins to continue to improve and believe our estimates for 36% (notably well below the 40% mark previously mentioned as a possibility by Oracle management) for fiscal 2001 and 40% in fiscal 2002 are very achievable.

**Oracle--Come on In

According to Oracles management, the company is increasingly finding itself in the offices of corporate top brass.  As Larry Ellison is quick to point out, the Oracle of twelve or eighteen months ago was not an anomaly when it comes to corporate fat and inefficiency.  Many large organizations apparently have

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER    NDCA-ORCL 421259

taken notice of Oracles tremendous success in boosting the operating margin and, therefore, are quite open to discussing ways that Oracle can help them find similar success. Clearly, in such situations, Oracle is in a very favorable position and should increasingly benefit through sales of its software. Additionally, these large corporations can later act as referenceable customers to other large potential customers, easing the sales cycle down the line. Separately, we believe Oracle presence in the internet exchange market is paying similar dividends as major corporations want to hear Oracles story before making an exchange technology decision. Oracle is, in fact, realizing significant success in the exchange marketplace and meanwhile has open eyes and ears of corporate decision markers. The company can use that as an opportunity to pitch its database and applications for corporate use irregardless of whether the corporation decides to go with Oracles exchange technology. We believe these trends augur very well for Oracle, as top level corporate involvement from the beginning is often necessary to get a big deal closed in a timely fashion.

---

Company Description :  Oracle is the leading vendor of relational database management software with secondary businesses in development tools and client/server applications.

David Lehmann (212-526-5996) - dlehmann@lehman.com

---

Disclosure Legend:  A-Lehman Brothers Inc. managed or co-managed within the past three years a public offering of securities for this company.  B-An employee of Lehman Brothers Inc. is a director of this company.  C-Lehman Brothers Inc. makes a market in the securities of this company.
This document is for information purposes only. We do not represent that this information is complete or accurate and it should not be relied upon as such. All opinions are subject to change. The securities mentioned may not be eligible for sale in some states or countries. This document has been prepared by Lehman Brothers Inc., Members SIPC.
First Call Corporation, a Thomson Financial company.
All rights reserved.  888.558.2500
]

EON

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                                    NDCA-ORCL 421260