FOR INTERNAL USE ONLY

Comment | Page 1

**Equity Research**
**North America**

United States of America

Technology: Enterprise Software

# Oracle

Reuters: ORCL.O Bloomberg: ORCL NASDAQ: ORCL

Charles E. Phillips
+1 (1)212 761 4450
Charles.Phillips@msdw.com

**Analysis of Sales/Earnings**

December 15, 2000

## *How Suite It Is*

**STRONG BUY**

| | |
|---|---|
| Price (December 14, 2000): | $28.38 |
| Price Target: | $62.50 |
| 52-Week Range: | $46.47 - 20.72 |

**WHAT'S CHANGED**

| | |
|---|---|
| Earnings (2002): | *$0.60 (from $0.59)* |

- **Full Steam Ahead**
  On a constant currency basis, apps grew 73% and database increased 26% year over year. We think Oracle is hitting their groove.
- **Large Deals Stemming from Apps Business**
  Success in the apps business is leading to more large deals. 11i has 83 live customer references and 1,000 implementations underway.
- **Not in the PC Market**
  The PC downturn and Microsoft's preannouncement does not impact business at Oracle.

Price: Abs. and Rel. To Market & Industry




| FY ending May 31: | 2000A | 2001E | 2002E | 2003E |
|---|---|---|---|---|
| EPS ($) | 0.33 | 0.51 | 0.60 | – |
| P/E | 86.0 | 55.6 | 47.3 | – |

| | |
|---|---|
| Market Cap ($ m) | 166,703 |
| L-T EPS Grth ('yy - 'yy) (%) | 20.0 |
| Shares Outstanding (m) | 5,875.0 |

| Q'trly EPS | 2000A actual | 2001E curr | 2001E prior | 2002E curr | 2002E prior |
|---|---|---|---|---|---|
| Q1 | 0.04 | 0.08A | – | 0.09 | – |
| Q2 | 0.06 | 0.11A | – | 0.13 | – |
| Q3 | 0.08 | 0.12E | – | 0.14 | – |
| Q4 | 0.15 | 0.20E | – | 0.24 | – |

*E = Morgan Stanley Dean Witter Research Estimate*

**Company Description**

Oracle is the world's leading supplier of software for information management, and the second-largest software company. Oracle's products include the Oracle's database, and an integrated family of horizontal application products.

FOR INTERNAL USE ONLY



# How Suite It Is

**Summary and Investment Conclusion**
After an incredibly rumor filled and media intense 90 days, it turns out Jeff Henley is still there, Larry Ellison is still breathing, and the quarter was just fine. All that will be forgotten.

With 73% growth in application license revenue and 26% database license growth (both constant currency), Oracle is delivering on its promises in its own unconventional way. The quarter was clean – no hanging chads or pregnant dimples. All major product lines and geographies posted solid results.

Given the Microsoft pre-announcement and generally bad news in the PC sector, the market may have trouble assessing whether Oracle's results are an aberration or a changing of the guard. At this point, Oracle has to feel a bit like Kip Keino did in the 1968 Olympics. The famous Olympic runner was so far ahead of heavily favored Jim Ryun in the final leg, he thought he had taken a wrong turn. Well it turns out Mr. Keino was just that good and was well on his way to making history.

**Financial Results**
*EPS* — ***Oracle reported fiscal year Q2 2001 earnings per share of $0.11 vs. $0.06 last year and $0.10 consensus number.*** The above consensus earnings result was driven by higher operating margins as total revenue was in line. Oracle produced the upside with a whopping 5.9 billion shares outstanding post the stock split – its hard to move such a big needle.

*License Revenue* — ***License revenue beat our estimate of $1,075 million by $43 million and increased 25% year over year versus our 19% growth estimate.*** On a constant currency basis, license revenue grew 32%. This was the first time in 3 1/2 years that Oracle was able to produce back-to-back 30% plus license revenue growth

*Margins* - Operating margins were 36% this quarter, 5 percentage points better than our estimate. In each of the last four quarters, Oracle has managed to improve year over year operating margins by more than 10 percentage points. Few multibillion dollar companies in the world have ever expanded margins so rapidly which is why CEOs are interested in meeting with Oracle.

*Total Revenue* — Total revenue in the quarter was $2.7 billion and grew 15% year over year which was inline with our estimate. Services continues to lag, but license revenue made up the difference this quarter.

*Product Line Revenues* — ***Applications growth beat our estimate of $252 million (50% year over year growth). Oracle produced nice upside at $279 million in applications license revenue or 66% year over year growth.*** The number was actually stronger given the 7% currency hit. Since currency helps SAP, the company's largest applications competitor, we should adjust Oracle's applications growth number to 73% to at least neutralize the negative currency hit.

Live customers reference sites for 11i climbed up to 83 which compares to our estimate of 50 for the quarter. The company expects 100 implementations to go live by January and over 1,000 implementations are now underway. The first version of 11i had the bugs that all new releases of this size usually have, but 11.03 was released in November to resolve those issues.

***Database license revenue came in at $775 million, compared to our estimate of $767 million.*** While the reported growth rate of database was 19%, after adjusting for currency, database growth was 26%. Application server revenues were reclassified into database sales from tools sales in Q1 since Oracle has positioned the product as a performance-enhancing cache around the database. The reclassification contributed two percentage points of growth to the 1H01 database growth of 24%.

*Service Revenue* — Services revenue grew 9% year over year this quarter, which compares to 10% in the same quarter last year. Sequentially, services increased 6%. Support revenue grew 21% year over year and consulting and training was down 4% year over year, but still much better than last quarter which was down 10% year over year. The company is starting to make the turn in the consulting line and the book to bill is positive. By design, consulting revenues won't return to the glory days since the new Oracle applications need less consulting and implementation resources. Additionally, third party integrators are taking on more of the implementation projects as Oracle continues to build its ecosystem.

# FOR INTERNAL USE ONLY



***Geographic Segments*** — The US contributed 57% to total revenue in the quarter, while EMEA and Asia Pacific added 29% and 15% respectively. Europe was only up 1% in the quarter but adjusted for currency, would have increased 11% while the US and Asia Pacific grew 20% and 28% respectively. Database servers in Europe were down 3% in dollars but up 13% in local currency versus a tough compare. Local currency growth for applications in Europe was an impressive 92% (66% in dollars). Database and applications comparisons get easier in Europe in Q3.

Management highlight normalized growth this quarter given the effect a strong dollar impact to each of the product lines. Although divots and wind are all part of the playing field, if the game was played in a dome on astro turf, Oracle would have been sporting touchdown dances all over the conference call last night.

***Balance Sheet*** — Total cash at the end of the period was $4.4 billion, which compares to $5.1 billion at the end of last quarter. Oracle was able to purchase shares at an attractive level during the quarter as the NASDAQ took its down turn and rumors beat the stock down. The company executed on its share buy-back program and saw a decrease in other income as a result. DSOs were 66 days, in-line with previous quarters. Deferred revenue was down sequentially from $1.2 billion to $1.1 billion which is in line with the seasonal trend.

Exhibit 1

**Product Line Growth Rates — Constant Currency**




*Source: Company data, Morgan Stanley Dean Witter Research*

Exhibit 2

**Oracle Second Quarter 2001 Financial Results**

| $Million (EPS$) | MSDW 2Q01 Estimate | 2Q01 Actual Constant $ | 2Q01 Actual | 1Q01 Actual | 2Q00 Actual |
|---|---|---|---|---|---|
| **License Revenue** | **1,075.0** | **1,183.5** | **1,118.2** | **807.2** | **902.6** |
| % Growth (Y/Y) | 19.1% | 32.0% | 23.9% | 27.7% | 17.6% |
| % Growth (Q/Q) | 33.2% | 41.7% | 38.5% | -56.1% | 42.8% |
| **Database Revenue** | **767.0** | **819.8** | **775.4** | **584.6** | **650.7** |
| % Growth (Y/Y) | 17.9% | 26.0% | 19.2% | 31.9% | 17.2% |
| % Growth (Q/Q) | 31.2% | 32.6% | 39.2% | -52.4% | 46.8% |
| **Applications Revenue** | **252.0** | **290.3** | **279.3** | **155.5** | **167.8** |
| % Growth (Y/Y) | 50.2% | 73.0% | 66.4% | 42.5% | 30.6% |
| % Growth (Q/Q) | 62.0% | 79.6% | 79.6% | -65.2% | 53.8% |
| **Services Revenue** | **1,615.0** | - | **1,541.3** | **1,454.6** | **1,419.3** |
| % Growth (Y/Y) | 13.8% | | 8.6% | 7.6% | 10.1% |
| % Growth (Q/Q) | 11.0% | | 6.0% | -5.2% | 4.9% |
| **Total Revenues** | **2,690.0** | - | **2,659.5** | **2,261.9** | **2,321.9** |
| % Growth (Y/Y) | 15.9% | | 14.5% | 14.0% | 12.9% |
| % Growth (Q/Q) | 18.9% | | 17.6% | -33.0% | 17.0% |
| Operating Income | 829.7 | - | 946.0 | 658.0 | 576.1 |
| Operating Margin | 30.8% | | 35.6% | 29.1% | 24.8% |
| Tax Rate | 35.5% | | 35.5% | 35.5% | 35.0% |
| EPS | 0.10 | | 0.11 | 0.08 | 0.06 |
| Shares Outstanding | 6,040 | | 5,875 | 5,933 | 6,013 |
| DSO | - | | 66 | 67 | 69 |
| Deferred Revenue | - | - | 1053.8 | 1269.6 | 925.1 |

*Source: Company data, Morgan Stanley Dean Witter Research*

FOR INTERNAL USE ONLY



***Headcount*** — Total headcount grew 2% sequentially to 42 million employees with close to a 50/50 split between international and domestic employees. The company plans to modestly hire new employees over the course of the year, but will focus its attention on productivity gains from existing employees. On 11i, the company is armed and ready with 3,000 hungry quota-carrying reps and a swat team of more than 400 specialists.

Exhibit 3

**Oracle's $2 Billion Savings Target**

| ($mm) | Previous Goal | New Goal |
|---|---|---|
| Consolidated IT | $200 | $250 |
| Sell Side | $550 | $1,450 |
| Buy Side | $150 | $200 |
| Inside | $100 | $100 |
| **Total** | **$1,000** | **$2,000** |

*Source: Company Data*

**Covisint Selects the eBusiness Suite**

Oracle will support and manage Covisint's infrastructure. Oracle will also receive an equity position in Covisint for which the details are not being disclosed, but it is expected to be similar to the 2% stake that Commerce One received for its software and services. The revenue from this agreement will be recognized in the third quarter of Oracle's fiscal year which gives management some visibility going into the quarter. Covisint licensed more than 50 applications from Oracle. Some of the products included are server warehousing, data mining, and other infrastructure services. They will implement the Oracle E-Business Suite (HR, marketing, sales, and service functionality); Oracle Exchange Marketplace (to provide security, registration, single sign-on capabilities, and pricing), Oracle technology platform (database and application server) and the Oracle Internet Developer Suite.

**Large Deals Stemming from the Application Business**

Deal sizes in the applications business have been increasing. For deals that were larger than $1.5 million, the company reported a 45% increase year over year which compares to 36% growth during the same period last year. The company points out that there are always 1 or 2 large deals in the $10 -$30 million range. As Oracle reports more success in the applications business we expect deal sizes will continue to grow and there may be an opportunity to reel in more mega deals.

**Customer Wins**

Major customers wins in the quarter with customers who purchased the majority of the 11i eBusiness Suite included JDS Uniphase who is rapidly undergoing acquisitions and implemented ERP, supply chain and CRM; a global implementation across 14 countries which should be completed in 11 months. American General is an insurance company that had purchased a set of point solutions, but has replaced much of their architecture with 11i and is now discussing estimate improvements with Wall Street. Compaq and Hewlett Packard (adopted CRM including the sales online module) were also significant wins in the quarter for 11i. Management pointed out three competitive customer wins in supply chain against i2: Qualcomm, Hayward and Terradime. In CRM, Oracle management stated that several Siebel replacements have been completed, but did not state the names of these customers.

Oracle announced several live customers and gave indication of a robust pipeline dominated by Fortune 500 clients. The company can now share a laundry list of customers that are live on 11i. Some of the live 11i customers are Barclays UK, Hallmark Cards, Hutchinson Telecom (UK), Doral Financial Corp (LAD), American Trans Air, Pac-West Telecomm, Royal Air Force, Silterra (APAC), TeliaNet (EMEA), American Linen, Inventec (APAC), Net pliance, Odwalla, Retek, Vingage, Chipotle, Agilera, Chevron/Retailers MarketExchange, MetalMaker, Red Herring, Papa Johns, CyberSource, ZapMedia, and Hostcentric Management Company. A sample set of the customers which are currently in the pipeline includes BellSouth, Citigroup, MBNA, Bank of Montreal, Xerox, JDS Uniphase, GE Medical, GE Capital, GE Industrial, Ingersoll-Rand, HP, and Ralston Purina. GE was expected to be up and running in 18 months and they are on target.

**Pricing Doesn't Hold Them Back**

The company reported 25% license revenue growth on a more conservative licensing policy. As we pointed out last quarter, Oracle's pricing has shifted toward more conservative deals that generate revenue over time from a customer instead of maximizing up front revenue. Three quarters of the database deals completed in the quarter were on a power unit basis, which is a significant shift from last quarter where half of the deals were complete on the new pricing methodology.

Exhibit 4

**Oracle 11I eBusiness Suite Products**




*Source. Company data*

Exhibit 5

**Oracle 11i eBusiness Suite Products**




*Source Company data*

### Technology Migration

Oracle continues to gain mindshare against Microsoft with its developers network — OTN. Over 1 million developers have subscribed total the network. On the database side, customers feedback suggests a generational shift is taking hold and sending traditional IBM customers over to Oracle. Many of the prior generation CIOs were IBM loyalists, however, more recent evaluations reveal the functionality advantage of Oracle's technology which only gets better with the release of 9i in March 2001. In terms of customer retention in the database business, Oracle ranks significantly higher than each of its key competitors according to AMR's recent survey.

Exhibit 6

**Oracle Technology Customer Satisfaction**

| | Customer Retention | Customer Attrition |
|---|---|---|
| Oracle | 85% | 5% |
| IBM DB2 | 66% | 11% |
| SQL Server | 66% | 14% |
| DB2 AS/400 | 68% | 27% |

*Source. AMR, October 2000*

### Outlook

Oracle has always said the PC wasn't that relevant to their business and they'll be especially adamant given the slowdown in that sector. Given a soft landing in the economy, Oracle management feels that the demand environment for enterprise software will remain in tact. In a tough market environment, both customers and investors might gravitate toward stable companies with less risk. A suite implies less implementation risk which might be the right message in the current environment.

Management refined its product line guidance on the call. Including the effect of foreign exchange, management expects database growth for next quarter to fall in the range of 15% - 20% and applications are expected to grow at 75% or better. Total license revenue growth, including currency effects is expect to return 24% year over year growth, while consulting and support grow at 5% and 23% respectively. Overall the company is forecasting a 5% and 3% hit across all segments of the business for Q3 and Q4 of 2001, respectively. In Q3 2001, we have modeled other income at $45 million and EPS remains at 12 cents which is in line with company guidance. In 2002, we EPS for the full year went up 1 cent on a slight increase to total revenue in the second quarter.

Whether Oracle can stay unscathed in slowing macro environment is the open question and we suspect most investors will need to see another quarter of performance to be convinced. The only recent example is the slowing spending environment around Y2K -- a period in which Oracle gained market share and expanded margins.

**FOR INTERNAL USE ONLY**



The information and opinions in this report were prepared by Morgan Stanley & Co. Incorporated ("Morgan Stanley Dean Witter"). Morgan Stanley Dean Witter does not undertake to advise you of changes in its opinion or information. Morgan Stanley Dean Witter and others associated with it may make markets or specialize in, have positions in and effect transactions in securities of companies mentioned and may also perform or seek to perform investment banking services for those companies. This memorandum is based on information available to the public. No representation is made that it is accurate or complete. This memorandum is not an offer to buy or sell or a solicitation of an offer to buy or sell the securities mentioned.

Within the last three years, Morgan Stanley & Co. Incorporated, Dean Witter Reynolds Inc. and/or their affiliates managed or co-managed a public offering of the securities of i2 Technologies.

Morgan Stanley & Co. Incorporated, Dean Witter Reynolds Inc. and/or their affiliates make a market in the securities of Oracle.

Morgan Stanley & Co. Incorporated, Dean Witter Reynolds Inc. and/or their affiliates or their employees have or may have a long or short position or holding in the securities, options on securities, or other related investments of issuers mentioned herein.

The investments discussed or recommended in this report may not be suitable for all investors. Investors must make their own investment decisions based on their specific investment objectives and financial position and using such independent advisors as they believe necessary. Where an investment is denominated in a currency other than the investor's currency, changes in rates of exchange may have an adverse effect on the value, price of, or income derived from the investment. Past performance is not necessarily a guide to future performance. Income from investments may fluctuate. The price or value of the investments to which this report relates, either directly or indirectly, may fall or rise against the interest of investors.

To our readers in the United Kingdom: This publication has been issued by Morgan Stanley Dean Witter and approved by Morgan Stanley & Co. International Limited, regulated by the Securities and Futures Authority Limited. Morgan Stanley & Co. International Limited and/or its affiliates may be providing or may have provided significant advice or investment services, including investment banking services, for any company mentioned in this report. Private investors should obtain the advice of their Morgan Stanley & Co. International Limited representative about the investments concerned.

This publication is disseminated in Japan by Morgan Stanley Dean Witter Japan Limited and in Singapore by Morgan Stanley Dean Witter Asia (Singapore) Pte.

To our readers in the United States: While Morgan Stanley Dean Witter has prepared this report, Morgan Stanley & Co. Incorporated and Dean Witter Reynolds Inc. are distributing the report in the US and accept responsibility for it contents. Any person receiving this report and wishing to effect transactions in any security discussed herein should do so only with a representative of Morgan Stanley & Co. Incorporated or Dean Witter Reynolds Inc.

To our readers in Spain: AB Asesores Morgan Stanley Dean Witter, SV, SA, a Morgan Stanley Dean Witter group company, supervised by the Spanish Securities Markets Commission (CNMV), hereby states that this document has been written and distributed in accordance with the rules of conduct applicable to financial research as established under Spanish regulations.

To our readers in Australia: This publication has been issued by Morgan Stanley Dean Witter but is being distributed in Australia by Morgan Stanley Dean Witter Australia Limited A.C.N. 003 734 576, a licensed dealer, which accepts responsibility for its contents. Any person receiving this report and wishing to effect transactions in any security discussed in it may wish to do so with an authorized representative of Morgan Stanley Dean Witter Australia Limited.

To our readers in Canada: This publication has been prepared by Morgan Stanley Dean Witter and is being made available in certain provinces of Canada by Morgan Stanley Canada Limited. Morgan Stanley Canada Limited has approved of, and has agreed to take responsibility for, the contents of this information in Canada.

**Additional information on recommended securities is available on request.**

© Copyright 2000 Morgan Stanley Dean Witter & Co.

**Charles Phillips, CFA**
charles phillips@msdw.com / 1-800-MR CHUCK / www.msdw.com/mrchuck

# Oracle
## Sales and Earnings Summary

*($ Millions, Except Per-Share Data)*

| | 2000 | | | | | 2001E | | | | | 2002E | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 8/99 | 11/99 | 2/00 | 5/00 | FY00 | 8/00 | 11/00 | 2/01E | 5/01E | FY01E | 8/01E | 11/01E | 2/02E | 5/02E | FY02E |
| **Total Revenue** | 1985 | 2322 | 2449 | 3374 | 10130 | 2262 | 2660 | 2885 | 3975 | 11781 | 2669 | 3135 | 3400 | 4651 | 13855 |
| *% Growth (y/y)* | 13.5% | 12.9% | 17.8% | 14.6% | 14.8% | 14.0% | 14.5% | 17.8% | 17.8% | 16.3% | 18.0% | 17.9% | 17.9% | 17.0% | 17.6% |
| *% Growth (seq.)* | -32.6% | 17.0% | 5.5% | 37.8% | - | -33.0% | 17.6% | 8.5% | 37.8% | - | -32.9% | 17.5% | 8.5% | 36.8% | - |
| Americas | 1124 | 1262 | 1450 | 2077 | 5913 | 1291 | 1511 | 1704 | 2461 | 6967 | 1511 | 1767 | 1994 | 2880 | 8152 |
| EMEA | 618 | 756 | 707 | 902 | 2983 | 643 | 761 | 778 | 1000 | 3182 | 740 | 875 | 895 | 1150 | 3659 |
| Asia/Pac | 243 | 304 | 292 | 395 | 1234 | 327 | 388 | 403 | 514 | 1632 | 419 | 493 | 512 | 621 | 2044 |
| **Total Services Revenue** | 1352 | 1419 | 1378 | 1534 | 5683 | 1455 | 1541 | 1575 | 1740 | 6311 | 1714 | 1810 | 1845 | 1961 | 7330 |
| *y/y % growth* | 15.9% | 10.1% | 10.0% | 7.2% | 10.6% | 7.6% | 8.6% | 14.3% | 13.5% | 11.0% | 17.8% | 17.4% | 17.1% | 12.7% | 16.1% |
| Support | 667 | 720 | 754 | 837 | 2979 | 839 | 873 | 910 | 1036 | 3658 | 1074 | 1101 | 1167 | 1208 | 4550 |
| *% Growth (y/y)* | 27.2% | 27.2% | 29.3% | 24.8% | 27.0% | 25.7% | 21.1% | 20.6% | 23.8% | 22.8% | 28.0% | 26.2% | 28.2% | 16.6% | 24.4% |
| Consulting & Training | 685 | 699 | 624 | 697 | 2704 | 616 | 669 | 640 | 710 | 2634 | 640 | 709 | 678 | 753 | 2780 |
| *% Growth (y/y)* | 6.7% | -3.2% | -6.9% | -8.3% | -3.2% | -10.1% | -4.3% | 2.6% | 1.9% | -2.6% | 4.0% | 6.0% | 6.0% | 6.0% | 5.5% |
| **Total License Revenue** | 632 | 903 | 1071 | 1841 | 4447 | 807 | 1118 | 1310 | 2235 | 5470 | 955 | 1325 | 1555 | 2690 | 6525 |
| *% Growth (y/y)* | 8.5% | 17.6% | 29.7% | 21.7% | 20.6% | 27.7% | 23.9% | 22.3% | 21.4% | 23.0% | 18.3% | 18.5% | 18.7% | 20.4% | 19.3% |
| *% Growth (seq.)* | -58.2% | 42.8% | 18.7% | 71.8% | - | -56.1% | 38.5% | 17.1% | 70.6% | - | -57.3% | 38.7% | 17.4% | 73.0% | - |
| Other licenses | 30 | 25 | 28 | 49 | 132 | 36 | 25 | 25 | 25 | 111 | 25 | 25 | 25 | 25 | 100 |
| Product Licenses | 603 | 877 | 1043 | 1792 | 4315 | 771 | 1093 | 1285 | 2210 | 5359 | 930 | 1300 | 1530 | 2665 | 6425 |
| **Revenue by Product Category** | | | | | | | | | | | | | | | |
| Database Servers | 443 | 651 | 778 | 1228 | 3100 | 585 | 775 | 900 | 1410 | 3670 | 666 | 850 | 1004 | 1554 | 4074 |
| Development Tools | 50 | 59 | 66 | 116 | 292 | 31 | 38 | 55 | 80 | 205 | 31 | 31 | 31 | 31 | 124 |
| Applications | 109 | 168 | 199 | 447 | 923 | 156 | 279 | 330 | 720 | 1485 | 233 | 419 | 495 | 1080 | 2227 |
| **Expenses** | | | | | | | | | | | | | | | |
| Sales/Mkt Exp | 538 | 631 | 595 | 852 | 2617 | 573 | 641 | 650 | 900 | 2764 | 635 | 700 | 735 | 1017 | 3087 |
| Cost of Services | 757 | 753 | 707 | 725 | 2943 | 674 | 695 | 772 | 853 | 2993 | 840 | 880 | 886 | 941 | 3547 |
| Total Rev Cost | 1295 | 1385 | 1302 | 1578 | 5559 | 1247 | 1336 | 1422 | 1753 | 5757 | 1475 | 1580 | 1620 | 1958 | 6633 |
| Research | 236 | 248 | 256 | 270 | 1010 | 251 | 266 | 292 | 305 | 1114 | 286 | 304 | 333 | 348 | 1270 |
| Corp G&A | 108 | 113 | 122 | 138 | 481 | 106 | 111 | 136 | 140 | 493 | 122 | 128 | 156 | 161 | 567 |
| **Total Expense** | 1639 | 1746 | 1680 | 1986 | 7050 | 1604 | 1714 | 1850 | 2198 | 7365 | 1883 | 2012 | 2109 | 2467 | 8471 |
| **Operating Income** | 346 | 576 | 770 | 1389 | 3080 | 658 | 946 | 1035 | 1777 | 4417 | 786 | 1123 | 1291 | 2184 | 5384 |
| *Operating Margin* | 17.4% | 24.8% | 31.4% | 41.1% | 30.4% | 29.1% | 35.6% | 35.9% | 44.7% | 37.5% | 29.5% | 35.8% | 38.0% | 47.0% | 38.9% |
| Net Interest | 18 | 15 | 24 | 48 | 106 | 103 | 33 | 45 | 45 | 226 | 45 | 45 | 45 | 45 | 180 |
| Special gains (charges) | - | - | 415 | 6521 | 6937 | 15 | -13 | - | - | 2 | - | - | - | - | 0 |
| **Pretax Income** | 364 | 592 | 794 | 1437 | 3186 | 761 | 979 | 1080 | 1822 | 4643 | 831 | 1188 | 1336 | 2229 | 5564 |
| *Pretax Margin* | 18% | 25% | 32% | 43% | 31% | 34% | 37% | 37% | 46% | 39% | 31% | 37% | 39% | 48% | 40% |
| Taxes | 127 | 207 | 286 | 511 | 1131 | 270 | 348 | 383 | 647 | 1648 | 295 | 415 | 474 | 791 | 1975 |
| *Tax rate* | 35% | 35% | 36% | 36% | 35% | 36% | 36% | 36% | 36% | 36% | 36% | 36% | 36% | 36% | 36% |
| **Net Income** | 237 | 384 | 508 | 926 | 2055 | 491 | 632 | 697 | 1175 | 2995 | 538 | 754 | 861 | 1438 | 3589 |
| Avg. Shrs. - Basic | 5722 | 5718 | 5638 | 5638 | 5679 | 5604 | 5584 | 5780 | 5810 | 5695 | 5810 | 5810 | 5810 | 5810 | 5810 |
| Avg. Shares - FD | 5965 | 6013 | 5996 | 6010 | 5996 | 5933 | 5875 | 5880 | 5900 | 5897 | 5900 | 5950 | 5950 | 5990 | 5948 |
| EPS Operating - Basic | 0.04 | 0.07 | 0.09 | 0.16 | 0.36 | 0.09 | 0.11 | 0.12 | 0.20 | 0.53 | 0.09 | 0.13 | 0.15 | 0.25 | 0.62 |
| **EPS Operating - FD** | 0.04 | 0.06 | 0.08 | 0.15 | 0.33 | 0.08 | 0.11 | 0.12 | 0.20 | 0.51 | 0.09 | 0.13 | 0.14 | 0.24 | 0.60 |
| *EPS Growth* | 33.3% | 20.0% | 60.0% | 66.7% | 50.0% | 100.0% | 83.3% | 50.0% | 33.3% | 54.5% | 12.5% | 18.2% | 16.7% | 20.0% | 17.6% |
| EPS Reported | 0.04 | 0.06 | 0.25 | 1.63 | 2.10 | 0.17 | 0.11 | 0.12 | 0.20 | 0.60 | 0.09 | 0.13 | 0.14 | 0.24 | 0.60 |

E = MSDW Research Estimates

As of: 12/15/2000

Morgan Stanley Dean Witter - e/Interprise Software Research

Charles Phillips, CFA
charles.phillips@msdw.com / 1-800-MR CHUCK / www.msdw.com/mrchuck

# Oracle - Financial Statistics and Ratios

| | 2000 | | | | | 2001E | | | | | 2002E | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 8/99 | 11/99 | 2/00 | 5/00 | FY00 | 8/00 | 11/00 | 2/01E | 5/01E | FY01E | 8/01E | 11/01E | 2/02E | 5/02E | FY02E |
| **Growth Y/Y %** | | | | | | | | | | | | | | | |
| Oracle Americas | 12.1 | 12.5 | 24.5 | 17.8 | 17.0 | 14.9 | 19.7 | 17.5 | 18.5 | 17.8 | 17.0 | 17.0 | 17.0 | 17.0 | 17.0 |
| Oracle Eur./ME/Afr. | 9.4 | 6.5 | 2.0 | 1.7 | 4.5 | 4.1 | 0.7 | 10.0 | 10.8 | 6.7 | 15.0 | 15.0 | 15.0 | 15.0 | 15.0 |
| Oracle Asia/Pacific | 33.8 | 35.3 | 32.7 | 34.9 | 34.2 | 35.0 | 27.6 | 38.0 | 30.1 | 32.3 | 27.8 | 26.9 | 27.0 | 20.9 | 25.2 |
| Database Servers | 8.2 | 17.2 | 32.1 | 12.5 | 17.2 | 31.9 | 19.2 | 15.7 | 14.8 | 18.4 | 13.9 | 9.6 | 11.6 | 10.2 | 11.0 |
| Development Tools | 0.7 | -4.6 | -1.5 | 1.8 | -0.5 | -38.1 | -34.4 | -17.1 | -31.2 | -29.8 | -0.3 | -19.4 | -43.6 | -61.3 | -39.4 |
| Applications | 11.3 | 30.6 | 31.9 | 61.4 | 41.8 | 42.5 | 66.4 | 66.0 | 60.9 | 60.8 | 50.0 | 50.0 | 50.0 | 50.0 | 50.0 |
| Product Licenses | 8.5 | 17.6 | 29.7 | 21.7 | 20.6 | 27.7 | 23.9 | 22.3 | 21.4 | 23.0 | 18.3 | 18.5 | 18.7 | 20.4 | 19.3 |
| Product Licenses (seq %) | -59.4 | 45.6 | 18.9 | 71.8 | | -57.0 | 41.7 | 17.5 | 72.0 | - | -57.9 | 39.8 | 17.7 | 74.2 | - |
| Service Sales | 15.9 | 10.1 | 10.0 | 7.2 | 10.6 | 7.6 | 8.6 | 14.3 | 13.5 | 11.0 | 17.8 | 17.4 | 17.1 | 12.7 | 16.1 |
| Total Revenue | 13.5 | 12.9 | 17.8 | 14.6 | 14.8 | 14.0 | 14.5 | 17.8 | 17.8 | 16.3 | 18.0 | 17.9 | 17.9 | 17.0 | 17.6 |
| Sales/Mkt Exp | 5.6 | 6.7 | 4.9 | -10.7 | -0.2 | 6.4 | 1.5 | 9.3 | 5.6 | 5.6 | 10.8 | 9.2 | 13.0 | 13.0 | 11.7 |
| Cost of Services | 11.4 | -3.4 | -10.7 | -10.8 | -4.0 | -11.0 | -7.7 | 9.1 | 17.5 | 1.7 | 24.6 | 26.6 | 14.8 | 10.4 | 18.5 |
| Research | 25.8 | 23.7 | 21.8 | 11.1 | 20.0 | 6.4 | 7.3 | 14.3 | 12.9 | 10.3 | 14.0 | 14.0 | 14.0 | 14.0 | 14.0 |
| Corp G&A | 14.1 | 11.3 | 17.9 | 8.7 | 12.7 | -1.5 | -1.5 | 11.3 | 1.5 | 2.6 | 15.0 | 15.0 | 15.0 | 15.0 | 15.0 |
| Total Expenses | 11.4 | 4.3 | 0.4 | -7.1 | 1.4 | -2.1 | -1.8 | 10.1 | 10.7 | 4.5 | 17.4 | 17.4 | 14.0 | 12.3 | 15.0 |
| Total Expenses (seq %) | -23 | 7 | -4 | 18 | - | -19 | 7 | 8 | 19 | - | -14 | 7 | 5 | 17 | - |
| Operating Profit | 24 | 51 | 89 | 72 | 64 | 90 | 64 | 34 | 28 | 43 | 19 | 19 | 25 | 23 | 22 |
| Pretax Income | 21 | 44 | 79 | 74 | 61 | 109 | 66 | 36 | 27 | 46 | 9 | 19 | 24 | 22 | 20 |
| Net Income | 21 | 40 | 73 | 76 | 59 | 107 | 64 | 37 | 27 | 46 | 9 | 19 | 24 | 22 | 20 |
| **% of Sales** | | | | | | | | | | | | | | | |
| License Sales | 30.4 | 37.8 | 42.6 | 53.1 | 42.6 | 34.1 | 41.1 | 44.5 | 55.6 | 45.5 | 34.8 | 41.5 | 45.0 | 57.3 | 46.4 |
| Service Sales | 68.1 | 61.1 | 56.3 | 45.5 | 56.1 | 64.3 | 58.0 | 54.6 | 43.8 | 53.6 | 64.2 | 57.7 | 54.3 | 42.2 | 52.9 |
| Selling/Marketing | 27.1 | 27.2 | 24.3 | 25.3 | 25.8 | 25.3 | 24.1 | 22.5 | 22.6 | 23.5 | 23.8 | 22.3 | 21.6 | 21.9 | 22.3 |
| Service margin | 44.0 | 46.9 | 48.7 | 52.7 | 48.2 | 53.7 | 54.9 | 51.0 | 51.0 | 52.6 | 51.0 | 51.4 | 52.0 | 52.0 | 51.6 |
| Total Cost of Revenue | 65.3 | 59.6 | 53.2 | 46.8 | 54.9 | 55.1 | 50.2 | 49.3 | 44.1 | 48.9 | 55.3 | 50.4 | 47.7 | 42.1 | 47.9 |
| Services | 38.1 | 32.4 | 28.9 | 21.5 | 29.0 | 29.8 | 26.1 | 26.8 | 21.4 | 25.4 | 31.5 | 28.1 | 26.0 | 20.2 | 25.6 |
| Research | 11.9 | 10.7 | 10.4 | 8.0 | 10.0 | 11.1 | 10.0 | 10.1 | 7.7 | 9.5 | 10.7 | 9.7 | 9.8 | 7.5 | 9.2 |
| Corp G&A | 5.4 | 4.9 | 5.0 | 4.1 | 4.7 | 4.7 | 4.2 | 4.7 | 3.5 | 4.2 | 4.6 | 4.1 | 4.6 | 3.5 | 4.1 |
| Op Margin | 17.4 | 24.8 | 31.4 | 41.1 | 30.4 | 29.1 | 35.6 | 35.9 | 44.7 | 37.5 | 29.5 | 35.8 | 38.0 | 47.0 | 38.9 |
| **Selected Ratios and Balance Sheet Highlights** | | | | | | | | | | | | | | | |
| Book Value/shr | 0.59 | 0.57 | 0.66 | 1.08 | - | 0.91 | 0.84 | - | - | - | - | - | - | - | - |
| Cash/shr | 0.46 | 0.35 | 0.46 | 1.29 | - | 0.85 | 0.74 | - | - | - | - | - | - | - | - |
| Sales/Shr | 1.52 | 1.55 | 2.76 | 1.69 | - | 1.75 | 1.83 | - | - | - | - | - | - | - | - |
| Total Cash | 2722 | 2134 | 2768 | 7762 | - | 5063 | 4356 | - | - | - | - | - | - | - | - |
| Total Debt | 304 | 304 | 307 | 301 | - | 304 | 303 | - | - | - | - | - | - | - | - |
| TotalEquity | 3500 | 3401 | 3984 | 6461 | - | 5371 | 4926 | - | - | - | - | - | - | - | - |
| Total Assets | 6579 | 6376 | 7349 | 13077 | - | 9513 | 8924 | - | - | - | - | - | - | - | - |
| Rec Days Outst | 69 | 69 | 68 | 68 | - | 67 | 66 | - | - | - | - | - | - | - | - |
| Receivables | 1514 | 1769 | 1849 | 2534 | - | 1696 | 1936 | - | - | - | - | - | - | - | - |
| Deferred Revenue | 1090 | 925 | 1020 | 1133 | - | 1270 | 1054 | - | - | - | - | - | - | - | - |
| %of LTM sales | 12.0% | 9.9% | 6.2% | 11.2% | - | 12.2% | 9.8% | - | - | - | - | - | - | - | - |
| Cash from Operations | 656.1 | 112.0 | 970.0 | 1185.4 | - | -873.8 | 0.0 | - | - | - | - | - | - | - | - |
| Capital Expenditures | -54.9 | -69.6 | -82.1 | -56.8 | - | -73.4 | 0.0 | - | - | - | - | - | - | - | - |
| Headcount | 43093 | 42682 | 41917 | 41320 | - | 41170 | 42002 | - | - | - | - | - | - | - | - |
| Revenue Per Employee | 0.21 | 0.22 | 0.39 | 0.24 | - | 0.25 | 0.26 | - | - | - | - | - | - | - | - |
| Capitalized Software | 3.8 | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Amortized Software | 3.5 | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Provision for Doubtful Accounts | 15.79 | 24.43 | 39.52 | 55.58 | - | 58.99 | - | - | - | - | - | - | - | - | - |
| LTM Sales | 9063 | 9329 | 16542 | 10130 | - | 10407 | 10745 | 11181 | 11781 | - | 12189 | 12664 | 13179 | 13855 | - |
| LTM EPS | 0.23 | 0.24 | 0.45 | 0.33 | - | 0.37 | 0.42 | 0.46 | 0.51 | - | 0.52 | 0.54 | 0.56 | 0.60 | - |

E = MSDW Research Estimates

As of: 12/15/2000