IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN RE:  ORACLE CORPORATION      )
                                )
SECURITIES LITIGATION           )
                                ) Master File
This Document Relates to:       ) No. C-01-0988-MJJ
                                )
         ALL ACTIONS.           )

Certified Copy

CONFIDENTIAL

Videotaped deposition of GEORGE ROBERTS, a witness in the above-entitled action, taken at the instance of the Plaintiff, pursuant to the Federal Rules of Civil Procedure, before Rose M. Coulthart, Registered Professional Reporter and Notary Public in and for the State of Wisconsin, at 3620 East Layton Avenue, Cudahy, Wisconsin, on the 8th day of August, 2006, commencing at 11:12 a.m. and concluding at 1:06 p.m.

| | | |
|---|---|---|
| 1 | Q | Okay.  Do you recognize Exhibit 31?  32, sorry. |
| 2 | A | Yes.  It's an E-mail. |
| 3 | Q | Um-hmm.  And it's an E-mail from you to Jeff Henley |
| 4 | | CC'ing a number of other people, right? |
| 5 | A | Yes. |
| 6 | Q | On January 18th, 2001? |
| 7 | A | Yes. |
| 8 | Q | And it's regarding comments made by Ray Lane that |
| 9 | | were printed in the Business 20 magazine? |
| 10 | A | Yes. |
| 11 | Q | Do you recall discussions around the topic? |
| 12 | A | Generally yes. |
| 13 | Q | Um-hmm.  And generally what do you recall? |
| 14 | A | I recall that Ray was quoted in an article saying |
| 15 | | that, you know, criticizing our billion dollar |
| 16 | | savings saying that it didn't come from, you know, |
| 17 | | the E business stuff.  Instead it came from increased |
| 18 | | sales. |
| 19 | Q | Um-hmm.  And it appears here that Jeff Henley kind of |
| 20 | | does his own analysis of Ray's comments saying that |
| 21 | | it's true that it's not all E business.  Right? |
| 22 | A | That's what Jeff says. |
| 23 | Q | And then you write, Increased sales come from |
| 24 | | increased productivity when you're also getting |
| 25 | | expanded margins.  We got all this from eating our |

```
1          own dog food.  All you need to do is look at the
2          revenue per head numbers, right?  Do you see that?
3     A    Yes.
4     Q    Were you agreeing or disagreeing with Jeff Henley?
5     A    I was adding additional comments on top of Jeff's
6          comments.
7     Q    Okay.  Did you believe that it came -- that it was
8          true that it was not all from the E business suite or
9          or use of the E business suite?
10              MS. KYROUZ:  Objection, vague.
11              THE WITNESS:  I'm not, no.  I'm not saying
12         that at all.  What I'm saying is that the whole deal
13         around the -- the billion dollar savings, the
14         original billion dollar savings, was improving the
15         business by moving the business from the old systems
16         we were on, on a new Internet based systems which
17         were more productive and gave us better leverage off
18         our expense base.
19    BY MR. WILLIAMS:
20    Q    Um-hmm?
21    A    So that increased sales meant that -- see, the issue
22         you have when you try and form a business -- and you
23         have to understand that this all started back in 1999
24         probably is when we started having the discussions
25         around this.
```

22

1                       And the traditional business, whether
2           it's software or otherwise, especially software, the
3           traditional issue you had in the software business is
4           the way you typically, you know, grew your revenue
5           line was by adding more expense line.  And that there
6           was kind of a 1:1 ratio between expenses and revenue.
7           So as revenue went up, your expense line went up at
8           the same level.
9      Q    Like adding people?
10     A    Yes.  Adding people, research and development,
11          support people, whatever.  But it was a very linear
12          type relationship historically and certainly had been
13          in the history for Oracle.
14                      When Oracle embarked upon the effort
15          to improve our margins from a traditional 22 or
16          23 percent which they had been for, God, 15, 20
17          years, it meant that we needed to, not only grow the
18          revenue line, but we needed to break that 1:1
19          relationship between expense and revenue.  So that
20          the expense line would grow at a lower slope or less
21          rapidly than sales.  And then that increased
22          difference is what you would take as margin which
23          would drop to the bottom line.
24     Q    Um-hmm?
25     A    And that's what we focussed on by changing the way in


```
STATE OF WISCONSIN )
                   ) SS:
MILWAUKEE COUNTY   )
```

      I, Rose M. Coulthart, Registered Professional Reporter and Notary Public in and for the State of Wisconsin, do hereby certify that the preceding deposition was recorded by me and reduced to writing under my personal direction.

      I further certify that said deposition was taken at 3620 East Layton Avenue, Cudahy, Wisconsin, on the 8th day of August, 2006, commencing at 11:12 a.m.

      I further certify that I am not a relative or employee or attorney or counsel of any of the parties, or a relative or employee of such attorney or counsel, or financially interested directly or indirectly in this action.

      In witness whereof, I have hereunto set my hand and affixed my seal of office on this 17th day of August, 2006.

*Rose Coulthart*
Rose M. Coulthart, RPR/Notary Public
My commission expires
June 27th, 2010