Jication                          Search Result       Rank 4 of 10        Database
5/16/01 TELCOMWW (No Page)                                                ALLNEWSPLUS
5/ 5/01 Telecomworldwire (Pg. Unavail. Online)
20 L WL 4187283
Publication page references are not available for this document.)

Telecomworldwire
Copyright 2001 M2 Communications, Ltd. All Rights Reserved.

Wednesday, May 16, 2001

Latest ASA adjudications concerning the telecomms/IT industries

The UK's **Advertising Standards Authority** has this week ruled on the
ollowing complaints related to the IT industry.

C.met Group plc contacted the ASA regarding a national press
ivertisement for PCs placed by the PC retail chain PC World. The ad
ea ured the Advent 5372 DVD laptop and was headed 'Lowest ever priced
JD laptop... PC World price GBP1199 inc VAT'. Comet challenged this
laim, asserting that it sold a laptop with the same specifications for
lower price.

PC World stated that the headline was placed near the PC World
anding and was not intended to compare the price with the price of DVD
pt ps offered by other retailers. The retailer also sent a copy of
e specifications of the Toshiba SAT 1700-300, which Comet had used as
comparison, showing that it had a lower specification than the Advent
72 DVD.

Whilst acknowledging that PC World's DVD laptop was offered at a lower
ice, the ASA considered that because PC World had not qualified the
ai 'lowest ever priced', most readers would believe that the claim
de a comparison with the prices offered by other retailers. The
thority ruled that the claim was misleading and asked PC World to
no e it from future ads.

A magazine advertisement from Mesh Computers plc, a computer retailer,
at d that 'All Mesh PCs carry a comprehensive 3 year warranty
mp ising 1 year on-site parts and labour followed by 2 years back to
se parts and labour' and three complainants challenged this claim. The
mp ainants had contacted Mesh when their computers broke down in the
rst year but were refused on-site repair.

In response, Mesh said that it provided full hardware repairs subject
th : warranty terms and conditions, which stated 'Mesh Computers plc
ll provide customer support either by telephone or on-site visit in
ponse to fault calls received by our Technical Support Department'
n de it clear that Mesh might at its discretion send an engineer to
c stomer's address after a fault had been diagnosed.

Copr. © West 2002 No Claim to Orig. U.S. Govt. Works

ST&B 006916

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 307819

5/16/01 TELCOMWW (No Page)
**(Publication page references are not available for this document.)**

Mesh told the ASA that on-site repairs would be carried out by a sub-contracted company if a customer's computer was believed to need replacement parts. The Authority accepted this but considered that the claim in the ad would be understood by readers to mean that Mesh always carried out on-site repairs if a problem could not be solved on the telephone. The complaints were upheld and Mesh was told not to repeat the claim without qualification.

Finally, a complaint was received by the ASA about a poster advertisement for Internet business software issued by **Oracle** Corporation UK Ltd. The poster was headlined 'Using our own E-Business Suite, **Oracle** saved USD1bn in 1 year' and the complainant challenged this claim, believing that **Oracle** had saved only USD200m.

**Oracle** submitted to the ASA a spreadsheet together with accounts and calculations showing the improvement in operating margin since the company had implemented the software. The figures indicated that **Oracle's** operating expenses were USD1.304bn less than predicted had the E-Business Suite not been in use and the company explained that these savings could be attributed to four factors: changes in technology; changes in business structure; changes in business processes; and changes in business culture. **Oracle** suggested that the figure of USD200m referred to by the complainant related only to IT consolidation and did not represent the total savings.

The Authority accepted the information from **Oracle** and concluded that the headline had been substantiated.

((Comments on this story may be sent to tww.feedback@m2.com))

---- INDEX REFERENCES ----

NEWS SUBJECT:          English language content; Corporate and Industrial News
(ENGL CCAT)

MARKET SECTOR:         Technology; Consumer Cyclical (TEC CYC)

INDUSTRY:              Computers: Notebook Computers; Computer Makers; Computers;
Advertising; Limited Product Specialty Retailers; All Specialty Retailers (ICNB
CPM CPR ADV OTS RTS)

PRODUCT:               Computer Hardware; Media (DCO DME)

Word Count: 583
5/16/01 TELCOMWW (No Page)
END OF DOCUMENT

Copr. © West 2002 No Claim to Orig. U.S. Govt. Works

ST&B 006917

CONFIDENTIAL PURSUANT
TO PROTECTIVE ORDER

NDCA-ORCL 307820