**Attachments:**        Attachment.pdf



Attachment.pdf (12 KB)

```
-----Original Message-----
From: Monique Winkler [mailto:moniquew@lerachlaw.com]
Sent: Saturday, April 01, 2006 6:29 PM
To: Glennon, Brian (LA); Gibbs, Patrick (SV)
Cc: Doug Britton; Mark Solomon; Shawn Williams
Subject: Oracle
```

Dear Counsel:

Pursuant to the Court's Order re Plaintiffs' Motion to Modify the Amended Pretrial Order to Extend the February 24, 2006 Discovery Cutoff, attached is a list of potential deponents compiled based upon information presently available to plaintiffs, including information regarding current employment status. The list does not include any individuals that defendants previously informed plaintiffs were not current Oracle Corporation employees. See, e.g., January 4, 2006 letter from Vincent Paul Schmeltz III to Shawn Williams. Please advise plaintiffs whether the individuals on the attached list are current employees, and for those who are, whether the individuals are available to be deposed between May 15, 2006 and June 30, 2006. Plaintiffs do not intend to depose all of the individuals included on the list and anticipate the information provided by defendants will assist in narrowing the list of actual deponents. As plaintiffs indicated at the March 30, 2006 discovery conference, plaintiffs intend to depose the individual defendants and Jennifer Minton during the last two weeks prior to the fact discovery cutoff, whenever that may be. Plaintiffs look forward to receiving your prompt response.

Monique C. Winkler
Attorney at Law
LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP 100 Pine Street, Suite 2600 San Francisco, CA 94111
(415) 288-4545
(415) 288-4534 (fax)
MoniqueW@lerachlaw.com

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.


NOTICE: This email message is for the sole use of the intended recipient(s) and may contain information that is confidential and protected from disclosure by the attorney-client privilege, as attorney work product, or by other applicable privileges. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

ATTACHMENT A

Stephanie Aas
Anne Marie Adao
Justin Backs
Elizabeth Baker
Christopher Balkenhol
Carolyn Balkenhol
Krithika Bhat
Richard Blotner
James Bradford
Craig Breneer
Sharon Montoya Bretz
Alan Brown
Lia Burke
Jeremy Burton
Frank Carchedi
Jack Carroll
Safra Catz
Julia Cheng
Marisa S. Christie
Daniel Cooperman
Greg Davies
Todd Davis
Terry Elam
Lawrence Ellison
Jim English
Omid Farendesh
Kris Fisher
Kevin Fitzgerald
Alan Fletcher
Bret Fuller
Rick Gage
Larry Garnick
Craig Gerante
Sergio Giacoletto
Jennifer Glass
Noni Gonzalez
Ivgen Guner
Sebastian Gunningham
Jim Guthrie
John Hall
Luke Hannon
Jeffrey Henley
Maria Hirsch
Cynthia Hoffman

Steven Johnston
Jennifer Jones
Dirk Kabcenell
Mark Keber
Mark Keeney
Chris Kirkby
Sarah Kopp
Thomas Kurian
Bruce Lange
Deborah Lange
Jeanie Lowell
Annica Magnusson
Loren Mahon
Graeme Mair
Marisa Martire
Matt Mayerson
Cheryl McDowell
Rick McKay
Patricia McManus
Kim McMundo
Tim Mehan
Larry Mendenhall
Neil Menon
Jennifer Minton
Steve Miranda
Holger Mueller
Greg Myers
Paresh Nalk
Nigel Nugent
Steve Perkins
Charles Philips
William Plant
Claire Reed
Roberta Ronsse
Bill Roselli
Michael Rosenberg
Mike Rosser
Charles Rozwat
Kevin Russ
Kate Schwermann
Brad Scott
Edward Screven
Daniel Sharpley
Kristen Shaw
Paul Shortell
Gary Simler

Graham Smith
Al Snyder
Stacey Spears
Phil Tate
Jody Terry
Stacey Elise Torman
Michael Underwood
Anil Vora
Derek Williams
David Williamson
Bill Witnick
Joe Wood
John Wookey
Sam Yohannes

t:\casessf\oracle3\nonpldgs\attacha_to_04-01-06 glennon-gibbs.doc