UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | ) Master File No. C-01-0988-MJJ<br>)<br>) **DISCOVERY MATTER**<br>)<br>) CLASS ACTION<br>)<br>) [PROPOSED] ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFFS' MOTION TO COMPEL DOCUMENTS RESPONSIVE TO PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND COMPLIANCE WITH THE DISCOVERY PLAN |

1    On September 11, 2006, the parties appeared before the Hon. Edward A. Infante (Ret.) regarding Plaintiffs' Motion to Compel Documents Responsive to Plaintiffs' First Set of Requests for Production of Document and Compliance with the Discovery Plan. Having considered the papers submitted by both parties and oral argument of counsel, and finding good cause therefor, the Court ORDERS as follows:

    1.   Plaintiffs' request for an Order compelling the production of documents from departmental email boxes is GRANTED in part and DENIED in part. Defendants shall search departmental email boxes known as HQAPPS, REVREC, and ARINFO and produce all relevant documents from those email boxes;

    2.   Defendants shall produce an updated and consolidated source log reflecting the correct source of all documents produced in this case;

    3.   Plaintiffs' motion to compel the production of documents relating to customer escalations, settlements and concessions paid to 11i customers is GRANTED in part. Consistent with this Court's direction, the parties are hereby ORDERED to meet and confer and submit a joint proposed order regarding defendants' production of these documents. If the parties are unable to agree on a proposed order, each party shall submit its own proposed order for this Court's consideration; and

    4.   Plaintiffs' request for an Order compelling the production of documents regarding the investigation of Oracle by the Securities & Exchange Commission, organizational charts, and the identity of senders and recipients of email via email distribution lists used at Oracle during the relevant time period is DENIED.

    IT IS SO ORDERED.

DATED: ___9-15-06___          _____
                              THE HONORABLE EDWARD A. INFANTE
                              UNITED STATES DISTRICT JUDGE (RET.)

Respectfully submitted by:

DATED: September 13, 2006

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
SHAWN A. WILLIAMS
WILLOW E. RADCLIFFE
ELI R. GREENSTEIN
JENNIE LEE ANDERSON
MONIQUE C. WINKLER


                /s/
       JENNIE LEE ANDERSON

100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)

LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
MARK SOLOMON
DOUGLAS R. BRITTON
VALERIE L. McLAUGHLIN
GAVIN M. BOWIE
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

Lead Counsel for Plaintiffs

T:\CasesSF\Oracle3\ORD00034711.doc

## PROOF OF SERVICE BY E-MAIL

I, ANTHONY SALES, not a party to the within action, hereby declare that on September 15, 2006, I served the attached ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFFS' MOTION TO COMPEL DOCUMENTS RESPONSIVE TO PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND COMPLIANCE WITH THE DISCOVERY PLAN in the within action by e-mail addressed as follows:

| Name | Firm | Email |
|---|---|---|
| Mark Solomon Esq. | Lerach, Coughlin, Stoia, Geller, Rudman & Robbins LLP | marks@lerachlaw.com |
| Douglas Britton Esq. | Lerach, Coughlin, Stoia, Geller, Rudman & Robbins LLP | dougb@lerachlaw.com |
| Valerie McLaughlin Esq. | Lerach, Coughlin, Stoia, Geller, Rudman & Robbins LLP | valeriem@lerachlaw.com |
| Gavin Bowie Esq. | Lerach, Coughlin, Stoia, Geller, Rudman & Robbins LLP | gbowie@lerachlaw.com |
| Shawn Williams Esq. | Lerach, Coughlin, Stoia, Geller, Rudman & Robbins LLP | shawnw@lerachlaw.com |
| Willow Radcliffe Esq. | Lerach, Coughlin, Stoia, Geller, Rudman & Robbins LLP | willowr@lerachlaw.com |
| Eli Greenstein Esq. | Lerach, Coughlin, Stoia, Geller, Rudman & Robbins LLP | elig@lerachlaw.com |
| Jennie Anderson Esq. | Lerach, Coughlin, Stoia, Geller, Rudman & Robbins LLP | jenniea@lerachlaw.com |
| Monique Winkler Esq. | Lerach, Coughlin, Stoia, Geller, Rudman & Robbins LLP | moniquew@lerachlaw.com |
| Peter Wald Esq. | Latham & Watkins | peter.wald@lw.com |
| Michele Kyrouz | Latham & Watkins | michele.kyrouz@LW.com |
| Matthew Harrison Esq. | Latham & Watkins | matt.harrison@LW.com |