LATHAM & WATKINS LLP
  Peter A. Wald (SBN 85705)
  Michele F. Kyrouz (SBN 168004)
505 Montgomery Street, Suite 2000
San Francisco, CA  94111-2562
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
E-mail: peter.wald@lw.com
         michele.kyrouz@lw.com

LATHAM & WATKINS LLP
  Jamie L. Wine (SBN 181373)
633 West Fifth Street, Suite 4000
Los Angeles, CA 90071
Phone: (213) 485-1234
Fax: (213) 891-8763
E-mail: jamie.wine@lw.com

LATHAM & WATKINS LLP
  Patrick E. Gibbs (SBN 183174)
  Matthew Rawlinson (SBN 231890)
140 Scott Drive
Menlo Park, CA 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600
E-mail: patrick.gibbs@lw.com
         matt.rawlinson@lw.com

Attorneys for Defendants ORACLE CORPORATION, LAWRENCE J. ELLISON, JEFFREY O. HENLEY, and EDWARD J. SANDERSON

ORACLE CORPORATION
  Dorian E. Daley (SBN 129049)
  James C. Maroulis (SBN 208316)
500 Oracle Parkway
Mailstop 5OP7
Redwood Shores, California 94065
Telephone: (650) 506-5200
Facsimile: (650) 506-7114
E-mail: jim.maroulis@oracle.com

Attorneys for Defendant ORACLE CORPORATION

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Master File No. C-01-0988-MJJ (JCS) (Consolidated)<br><br>CLASS ACTION<br><br>**MANUAL FILING NOTIFICATION FOR EXHIBITS 326, 327, 335 AND 348 TO THE DECLARATION OF KYRA G. BUSBY IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AGAINST LAWRENCE ELLISON FOR TRADING ON THE BASIS OF NON-PUBLIC INFORMATION** |

**MANUAL FILING NOTIFICATION**

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

MANUAL FILING NOTIFICATION FOR BUSBY DEC. ISO
DEFENDANTS' OPPOSITION TO PLAINTIFFS'
MOTION FOR SUMMARY JUDGMENT AGAINST ELLISON
MASTER FILE NO. C-01-0988-MJJ (JCS)

1  Regarding Exhibits 326, 327, 335, and 348 to the Declaration of Kyra G. Busby in Support of
2  Defendants' Opposition to Plaintiffs' Motion for Summary Judgment Against Lawrence Ellison
3  for Trading on the Basis of Non-Public Information:
4  This filing is in paper or physical form only, and is being maintained in the case file in the
5  Clerk's office.
6  If you are a participant on this case, this filing will be served in hard-copy shortly.
7  For information on retrieving this filing directly from the court, please see the court's main web
8  site at http://www.caed.uscourts.gov under Frequently Asked Questions (FAQ).  This filing was
9  not e-filed for the following reason(s):
10  _X_    Voluminous Document (PDF file size larger than e-filing system allowances)
11  ___    Unable to Scan Documents
12  ___    Physical Object (description): _____
13  ___    Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media
14  ___    Item Under Seal
15  ___    Conformance with the Judicial Conference Privacy Policy (General Order 53).
16  ___    Other (description): _____

18  DATED:  October 9, 2006                           Respectfully submitted,
19                                                    LATHAM & WATKINS LLP
                                                        Peter A. Wald
20                                                      Michele F. Kyrouz
                                                        Jamie L. Wine
21                                                      Patrick E. Gibbs
22                                                      Matthew Rawlinson

23                                                              /S/
24                                                   By:_____
                                                        Michele F. Kyrouz
25                                                      Attorneys for Defendants ORACLE
                                                        CORPORATION, LAWRENCE J.
26                                                      ELLISON, JEFFREY O. HENLEY,
27                                                      and EDWARD J. SANDERSON
28  |||

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

MANUAL FILING NOTIFICATION FOR BUSBY DEC. ISO
DEFENDANTS' OPPOSITION TO PLAINTIFFS'
MOTION FOR SUMMARY JUDGMENT AGAINST ELLSION
MASTER FILE NO. C-01-0988-MJJ (JCS)