LATHAM & WATKINS LLP
Peter A. Wald (SBN 85705)
Michele F. Kyrouz (SBN 168004)
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-2562
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
E-mail: peter.wald@lw.com
        michele.kyrouz@lw.com

LATHAM & WATKINS LLP
Patrick E. Gibbs (SBN 183174)
Matthew Rawlinson (SBN 231890)
Andrew M. Farthing (SBN 237565)
140 Scott Drive
Menlo Park, CA 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600
E-mail: patrick.gibbs@lw.com
        matt.rawlinson@lw.com

LATHAM & WATKINS LLP
Jamie L. Wine (SBN 181373)
633 West Fifth Street, Suite 4000
Los Angeles, CA 90071
Phone: (213) 485-1234
Fax: (213) 891-8763
E-mail: jamie.wine@lw.com

Attorneys for Defendants ORACLE CORPORATION, LAWRENCE J. ELLISON, JEFFREY O. HENLEY, and EDWARD J. SANDERSON

ORACLE CORPORATION
Dorian Daley (SBN 129049)
James C. Maroulis (SBN 208316)
500 Oracle Parkway
Mailstop 5OP7
Redwood Shores, CA 94065
Telephone: (650) 506-5200
Facsimile: (650) 506-7114
E-mail: jim.maroulis@oracle.com

Attorneys for Defendant ORACLE CORPORATION

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Master File No. C-01-0988-MJJ (JCS) (Consolidated)<br><br><u>CLASS ACTION</u><br><br>**DECLARATION OF ANDREW M. FARTHING IN SUPPORT OF DEFENDANTS' REPLY IN SUPPORT OF *DAUBERT* MOTION TO EXCLUDE REPORTS AND TESTIMONY OF ALAN G. GOEDDE**<br><br>**Honorable Judge Martin J. Jenkins** |

LATHAM & WATKINS
ATTORNEYS AT LAW
SAN FRANCISCO

FARTHING DECL. ISO DEFS' REPLY ISO DAUBERT MOT. TO EXCLUDE REPORTS AND TESTIMONY OF ALAN GOEDDE
Master File No. C-01-0988-MJJ (JCS)

I, Andrew M. Farthing, declare as follows:

1. I am an attorney duly licensed to practice before the courts of the State of California. I am an associate with the law firm of Latham & Watkins LLP, counsel of record for defendants in the above-entitled action. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

I submit this declaration in support of Defendants' Reply in Support of *Daubert* Motion to Exclude Expert Reports and Testimony of Alan G. Goedde.

2. Attached hereto as Exhibit 1 is a true and correct copy of excerpts from the July 11, 2007 Deposition of Alan G. Goedde ("Goedde Depo.").

3. Attached hereto as Exhibit 2 is a true and correct copy of excerpts from the April 21, 2005 Deposition of Jennifer Minton ("Minton Depo.").

4. Attached hereto as Exhibit 3 is a true and correct copy of excerpts from the September 21, 2006 deposition of Lawrence Ellison ("Ellison Depo.").

5. Attached hereto as Exhibit 4 is a true and correct copy of an email from Cynthia Rheins to Bill Roselli, Jody Terry and Ivgen Guner, which is Bates stamped NDCA-ORCL 131788-89.

6. Attached hereto as Exhibit 5 is a true and correct copy of the September 10, 2007 Rebuttal Declaration of George Foster ("Foster Rebuttal Decl.").

7. Attached hereto as Exhibit 6 is a true and correct copy of excerpts from *Federal Judicial Center's Reference Manual on Scientific Evidence* (2nd Edition 2000).

8. Attached hereto as Exhibit 7 is a true and correct copy of excerpts from *Econometric Analysis* (2nd Edition 1992) by William H. Greene.

9. Attached hereto as Exhibit 8 is a true and correct copy of excerpts from the Quarterly Financial Reference Book for Q2 FY2001, which is Bates stamped NDCA-ORCL 975570-706.

10. Attached hereto as Exhibit 9 is a true and correct copy of a October 09, 2000 Upside Report, which is Bates stamped NDCA-ORCL 1532634-55.

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

FARTHING DECL. ISO DEFS' REPLY ISO DAUBERT MOT. TO EXCLUDE REPORTS AND TESTIMONY OF ALAN GOEDDE
Master File No. C-01-0988-MJJ (JCS)

11. Attached hereto as Exhibit 10 is a true and correct copy of a November 03, 2000 Upside Report, which is Bates stamped NDCA-ORCL 1532701-17.

12. Attached hereto as Exhibit 11 is a true and correct copy of a November 27, 2000 Upside Report, which is Bates stamped NDCA-ORCL 1532778-94.

13. Attached hereto as Exhibit 12 is a true and correct copy of the Stipulation and Amended Pretrial Order Setting a Schedule for Expert Discovery, Dispositive Motions, Settlement Conference and Trial, dated March 5, 2007.

I hereby declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on September 10, 2007 in Menlo Park, California.

_____/s/ Andrew M. Farthing_____
Andrew M. Farthing

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

FARTHING DECL. ISO DEFS' REPLY ISO DAUBERT MOT. TO
EXCLUDE REPORTS AND TESTIMONY OF ALAN GOEDDE
Master File No. C-01-0988-MJJ (JCS)