IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In re Oracle CORPORATION )
SECURITIES LITIGATION, )
) 
) No. C-01-0988-MJJ
)
THIS DOCUMENT RELATES TO: )
ALL ACTIONS. )
) **CERTIFIED**
)
_____ ) **COPY**

**EXHIBITS**

VIDEOTAPED DEPOSITION OF ALAN GOEDDE

Los Angeles, California

Wednesday, July 11, 2007

Reported by:

SHERRYL DOBSON, CSR, RPR, CRP

CSR No. 5713

JOB No. 75268

1    changed an opinion.

2         Q    Can you recall any specific instance when that

3    happened that comes to --

4         A    No, I can't.

5         Q    How did you come to be retained by plaintiff's

6    counsel in this matter?

7         A    I was contacted by an individual associated

8    with my firm, and requested that I contact an attorney at

9    Lerach.

10        Q    And when did that occur?

11        A    That occurred, I believe, in spring of 2006.

12        Q    And when were you retained by Lerach?

13        A    In spring of 2006.

14        Q    And when did you start doing work on this

15   case?

16        A    Shortly thereafter.

17        Q    How many hours did you spend on this case in

18   2006?

19        A    I don't recall.

20        Q    Ballpark.

21             Was it -- what percentage of your total hours

22   were spent in 2006 versus 2007?

23        A    More hours were spent in 2007, but I don't

24   recall the breakdown.

25        Q    Okay.  Can you give me any estimate of how

38

1    many hours you spent on this case in 2006?

2          MR. BRITTON:  Objection.  Asked and answered.

3          THE WITNESS:  I just never computed it in that way.

4    I don't recall.

5    BY MS. KYROUZ:

6          Q    What way did you compute it?  Do you know what

7    the total billings were for the matter in 2006?

8          A    No, I don't.

9          Q    Does your firm advertise itself as providing

10   expert services?

11         A    I don't know that it -- it advertises -- we

12   have a Web site.  There's no outward promotion that I can

13   recall, but we have a Web site.

14         Q    And you promote yourself as an expert witness?

15         MR. BRITTON:  Objection.  Asked and answered.

16         THE WITNESS:  On the Web site I have my --

17   information about myself.

18   BY MS. KYROUZ:

19         Q    And is a hundred percent of your time spent

20   doing expert witness and consulting work with Freeman &

21   Mills?

22         MR. BRITTON:  Objection.  Vague as to time.

23         THE WITNESS:  Yes, my time is a hundred percent

24   spent with Freeman & Mills.  I do a variety of work, not

25   necessarily always related to litigation.

Esquire Deposition Services
800.770.3363

BY MS. KYROUZ:

    Q    Okay.  But what other work do you do that's not litigation related?

    A    There may be some valuation work, value of patents, other intellectual property valuation projects.

    Q    Okay.  And what percentage of your time do you spend on litigation consulting matters?

    MR. BRITTON:  Objection.  Vague as to time.

    THE WITNESS:  It's greater than 50 percent.

BY MS. KYROUZ:

    Q    Do you have other folks at Freeman & Mills who have performed work on this matter with you?

    A    Yes.

    Q    How many individuals?

    A    I would say there's three or four additional people.

    Q    Okay.  And they've all performed work in connection with your engagement?

    A    Yes.

    Q    And who are those individuals?

    A    Those individuals are Jeffrey Quincane, Thomas Hollow, Hailey Smirnoff.  There may be some others.  I don't recall all the names.

    Q    Did you write your opening report yourself?

    A    Yes, I write it from an outline, and then

Esquire Deposition Services
800.770.3363

1      there's some administrative support to put in the proper

2      format and get it suitable for presentation.

3          Q     When you say you write it from an outline, is

4      it an outline that you prepared or somebody else prepared

5      for you?

6          A     I prepare an outline, and then, as parts of

7      the outline get filled in, it becomes a report.

8          Q     Okay.  Is there anyone who assisted you in

9      writing the report?

10         A     People at my firm assisted me.  Or provided

11     ideas that contributed to filling in the outline.

12         Q     What are the qualifications of the three

13     individuals you identified at your firm?  Are they

14     certain degrees or are their qualifications in this area?

15         A     One of them is a CPA.  The others are

16     researchers, people with computer skills.

17         Q     With respect to any of the calculations that

18     are performed in your report or the exhibits, did you do

19     those calculations yourself?

20         A     Generally, I made an outline of what I needed

21     to have done and then had someone else do the

22     calculations.

23         Q     Okay.  So who on your staff typically did

24     those calculations?

25         A     All the people that I mentioned.

41

1       A    It was originally Freeman & Mills.  It was

2  subsequently acquired and then spun off back to Freeman &

3  Mills.

4       Q    Okay.  So you were with a different firm,

5  Putnam, Hayes, from '94 to 2000?

6       A    Yes.

7       Q    And that was not Freeman & Mills?

8       A    It was -- Freeman & Mills was acquired by

9  Putnam, Hayes in 1994, and then we spun off in 2000.

10      Q    Okay.  So from 2000 to 2007 it should read

11  that you're back with Freeman & Mills --

12      A    Yes.

13      Q    -- is that fair?

14           Okay.  And what are your academic

15  qualifications?  It says you have a B.S. in engineering.

16           What kind of engineering is that?

17      A    Mechanical engineering.

18      Q    Okay.  And what year did you obtain that

19  degree?

20      A    1970.

21      Q    Okay.  And it says you have a master's and

22  Ph.D. in economics from Duke.

23           When did you obtain those degrees?

24      A    I believe my master's was in '72 or '73, and

25  Ph.D. in '78.

46

1      Q      And what was the focus of your work in your

2   master's degree in economics?

3      A      It was a focus on industrial organization and

4   international trade and statistics.

5      Q      And did you write some sort of a thesis?

6      A      I think I took a test.

7      Q      Okay.  And what about with respect to your

8   Ph.D.?  What was your focus of the Ph.D. in economics?

9      A      The same three categories.

10     Q      Industrial organization, international trade,

11  and statistics?

12     A      Yes.

13     Q      And what was your dissertation about?

14     A      It was about the -- about how companies grow

15  through development of new product lines or development

16  of -- or development through acquisition.

17     Q      Were you comparing organic growth of companies

18  through -- compared to acquisition growth?

19     A      I was looking at factors that contributed to

20  growth of companies, whether companies grew by extending

21  the breadth of their products or by developing new

22  products and what the competitive environment was in the

23  industries in which they were engaged.

24     Q      Okay.  Were there particular industries that

25  you focused on?

47

1          A     Yes, there were some industries I focused on.

2          Q     And what were those?

3          A     Pharmaceuticals and -- I think there were a

4    couple others.  I forget them.

5          Q     Okay.  Is there any aspect of your Ph.D. work

6    that related to revenue or earnings forecasting of

7    companies?

8          A     I don't know that it was specifically related

9    to forecasting.  It was an historical analysis of

10   fairly -- a recent time period, at that time, on what

11   contributed to successful growth, whether it was

12   diversification or innovation or advertising.  There's

13   some models that I used to apply that.

14         Q     Okay.  Other than your work in connection with

15   that dissertation and getting your master's degree or

16   Ph.D., did you spend any time studying business

17   forecasting?

18         A     Yes.

19         Q     Okay.  And what was your focus there?

20         A     I took several courses in statistics and

21   econometrics that dealt with forecasting.

22         Q     And did you do any research or write any

23   papers in that area?

24         A     Probably.  I don't recall them, as I sit here

25   today.

48

1          Q    Okay.  Did it deal with forecasting earnings

2     or revenue for companies?

3          A    I don't recall.

4          Q    Looks like you -- from your CV that you worked

5     for the U.S. Treasury Department as an industry economist

6     from 1976 to '79.

7               What was -- what were your responsibilities in

8     that job?

9          A    In that job I was responsible for assisting

10    the Treasury Department in valuing companies' assets that

11    were transferred to tax savings.

12         Q    And from 1979 to 1981 it says you were a

13    financial economist at the U.S. Export-Import Bank.

14              What were your job responsibilities there?

15         A    I was responsible for assisting the bank in

16    determining the probability that potential customers

17    would pay off the loans they were considering.

18         Q    And that didn't involve any revenue or

19    earnings forecasting; did it?

20         MR. BRITTON:  Objection.

21         THE WITNESS:  Well, it involved revenue

22    forecasting, equally with the Treasury Department; I

23    forecasted revenue and earnings.

24    BY MS. KYROUZ:

25         Q    Okay.  And in what sense did you forecast the

49

 1     revenue and earnings for U.S. Export-Import Bank?

 2          A     Potential customers would seek loans from the

 3     bank, and one of the responsibilities we had was to make

 4     a determination of the ability of the potential borrower

 5     to pay off the loans.  So it would be -- involve some

 6     forecasting of what the revenue capabilities would be of

 7     the potential borrower and determining that there's --

 8     was sufficient available earnings to pay off the loans.

 9          Q     So was it a creditworthy analysis?

10          A     Yes.

11          Q     Determining whether they were worthy of the

12     loans that you were going to make to them, whether they

13     were going to be able to pay them back?

14          A     Yes.

15          Q     Other than determining their ability to pay

16     back their loans, you weren't forecasting what revenues

17     they might have in a particular quarter; were you?

18          A     I don't recall whether it was quarterly or

19     annually that I did these analyses.

20          Q     Okay.  Were you looking at the company's

21     internal forecasting documents to determine whether they

22     were going to make a certain number with respect to

23     revenues?

24          A     I don't know that I looked at making a certain

25     number.  I wanted to know that, whatever number it was,

```
 1    it was going to have sufficient earnings in it that would

 2    make it a viable creditor -- or a viable borrower.

 3         Q    Right.  Okay.

 4              It says from 1981 to '84 you were a manager at

 5    Arthur Andersen & Company.

 6              What were your responsibilities there?

 7         A    I was responsible for providing strategic

 8    planning to clients and to the company.

 9         Q    So you weren't involved in auditing?

10         A    No.

11         Q    Okay.  What kind of -- so it was consulting

12    work, management consulting work?

13         A    Yes.

14         Q    Okay.  And what kind of strategic planning

15    were you involved in?

16         A    For the company I was involved in their

17    forecasting process, and they were interested in

18    developing a forecasting process.  They didn't really

19    have one.  So I worked with the group that developed a

20    process for them.

21         Q    And that was for Arthur Andersen itself,

22    predicting its own revenues?

23         A    Yes.

24         Q    And those revenues came from consulting

25    services and audit services?
```

51

1   A  Yes.  Audit, tax, and consulting.

2   Q  And from -- looks like from 1984 to '86 you

3 were a vice-president at First National Bank of Chicago.

4     What were your job responsibilities there?

5   A  I was responsible for strategic planning and

6 forecasting for a division of the bank.

7   Q  What division was it?

8   A  The Service Products Division.

9   Q  And what were the service products?

10   A  Service products were software products and

11 cash concentration products sold by the bank.

12   Q  The bank was selling software, or was it

13 services around installing software?

14   A  It was the services using the bank's software.

15   Q  So the bank had some sort of proprietary

16 software?

17   A  I don't know whether they had their own

18 proprietary software or it was licensed from other

19 entities, but they were selling systems to accommodate

20 cash concentration and disbursement among companies with

21 many offices.  Or many locations.

22   Q  Okay.  And so the bank was selling the

23 services, both the software and installing it and helping

24 companies get running on it?

25   A  Yes.

Esquire Deposition Services
800.770.3363

1        A     Yes.

2        Q     And what types of sectors are they invested

3   in?  You said you advise about what types of sectors to

4   invest the stocks.

5        MR. BRITTON:  Objection.  Vague as to time.

6        THE WITNESS:  We would look at some information --

7   we would collect information from a variety of sources

8   about what's going on in the economy and the particular

9   sectors that are particularly active or inactive at this

10  particular time and what are some of the macroeconomic

11  factors we're seeing that could affect, you know, where

12  we should be with our investments.

13        And then we meet and discuss these, and decide

14  if it makes sense to make any change in our portfolio and

15  decide what the next direction should be, if there should

16  be a change over the next quarter.

17  BY MS. KYROUZ:

18        Q     Is the portfolio diversified?

19        A     Yes.

20        Q     And what kinds of macroeconomic indicators do

21  you look at to assist in that process?

22        A     We look at, you know, recent pronouncements by

23  the Federal Reserve Board.  We look at what other

24  macroeconomic -- economists are saying about the

25  forecasts for the economy, government initiatives in the

Esquire Deposition Services
800.770.3363

1    economy.  It's in broad-based economic factors.

2         Q    Is there any other context in which you've

3    provided information or advice on the macroeconomy?

4         A    I can't think of any others.

5         Q    Have you ever done a forecast of macroeconomic

6    conditions, where they're going in the future?

7         A    Yes.

8         Q    Okay.  In what context?

9         A    I did a forecast for the Export-Import Bank.

10    When I was there they were looking at specifically

11    developing some economic expertise about the future

12    economic growth areas.

13         Q    So that was in 1979 to 1981?

14         A    Yes.

15         I think maybe to broaden that -- I mean, we've

16    always looked at the economy in each of my jobs in

17    strategic planning, whether it was for Andersen or First

18    Bank -- National Bank of Chicago or NutraSweet.  Those

19    broad factors are certainly part of what would go into

20    our forecast and we need to be, you know, mindful of them

21    in determining what -- whether there should be changes to

22    the forecast.

23         Q    But you weren't asked to do a macroeconomic

24    forecast, to actually prepare one, in terms of what the

25    future was going to be of the economy?

Esquire Deposition Services
800.770.3363

1    A    No, we used our interpretation --

2    MR. BRITTON:  Objection.  Mischaracterizes

3 testimony, vague.

4         Go ahead.

5    THE WITNESS:  We would use macroeconomic forecasts

6 that were prepared by others and had our own assessment

7 of them and analyze them from that perspective.

8 BY MS. KYROUZ:

9    Q    And doesn't look, from the discussion we've

10 had today, that you've ever done a forecast for a

11 technology company.

12        Is that fair?

13   A    Other than what we've discussed today.  That's

14 been the extent of my forecasts for technology companies.

15   Q    Okay.  What do you think we've discussed today

16 that's a technology company?

17   A    Well, the Sputtered Films involved technology

18 issues in particular.

19   Q    Okay.  That's the expert testimony?

20   A    Yes.

21   Q    Yeah.

22        With respect to your job -- that is, not being

23 hired as an expert, but in terms of your job experience,

24 have you ever done a forecast for a technology company?

25   A    I don't believe so.

Esquire Deposition Services
800.770.3363

1        Q    How about a software company in particular?

2        A    I don't believe so.

3        Q    You said in your opening report that one of

4 your opinions is that Oracle was facing a major

5 macroeconomic change heading into Q3, fiscal Q3 of '01.

6        What is your definition of a major

7 macroeconomic change?

8        A    A change that affects their business.

9        Q    So you're saying it's a macroeconomic change

10 that affects Oracle's business?

11        A    Yes.

12        Q    So you only know a major macroeconomic

13 change's occurred, then, if you look back and see

14 whether, in fact, it changed the company's business?

15        MR. BRITTON:  Objection.  Vague.

16        THE WITNESS:  A macroeconomic change would be

17 determined outside the actions of the business.  Those

18 are two separate things.

19 BY MS. KYROUZ:

20        Q    Okay.  You said your definition of a major

21 macroeconomic change was a change that affects Oracle's

22 business.

23        Am I understanding that right?

24        A    Yes.

25        MR. BRITTON:  Objection.

79

1           Let me object.

2  BY MS. KYROUZ:

3       Q    So when you say a major -- you said a

4  macroeconomic change would be determined outside the

5  actions of the business.

6           What do you mean by that?

7       A    I would look at issues that affected the

8  market for the particular business's products.  In this

9  case, the market that Oracle was involved in, there'd

10 be -- there was a major macroeconomic change that would

11 affect Oracle's business in that market.

12      Q    So you're saying -- when you say that Oracle

13 was facing a major macroeconomic change, you're saying it

14 was the sector that Oracle operated in, that part of the

15 economy had suffered some sort of an economic --

16 macroeconomic change?  Is that what you mean?

17      A    The sector that -- in which it sold its

18 products.  The purchasers of those -- there was a major

19 macroeconomic change that affected the purchasers of

20 Oracle's products.

21      Q    So I'm asking you for a definition of what you

22 mean by a major macroeconomic change, and you're using

23 the term in your answer.  So it's not really defining

24 what you mean by it.  You're simply reiterating that you

25 thought there was a major macroeconomic change.  Now I

1    guess you're saying in respect to potential customers.

2         What --

3         MR. BRITTON:  Objection to that colloquy.  It's --

4    mischaracterizes his testimony.

5    BY MS. KYROUZ:

6         Q    I'm asking for your definition of how you know

7    what is a major macroeconomic change.

8         MR. BRITTON:  Objection.  Asked and answered.

9         THE WITNESS:  Macroeconomics would be outside the

10   operation of Oracle.  There were several changes.  The

11   economy -- overall economy was experiencing a period of

12   lower growth, and the more sector-specific economy was

13   experiencing a change in growth as well.

14   BY MS. KYROUZ:

15        Q    Okay.  So a period of lower growth or change

16   in growth is, in your mind, a major macroeconomic change?

17        A    Yes.

18        Q    Is there -- over what particular time period

19   would there have to be a lower growth rate for there to

20   be a major macroeconomic change, according to your

21   definition?

22        A    It would affect -- it's not so much the time

23   period.  It's what the extent of the change was.

24        Q    So when you say a change -- a change from

25   what?  From -- at any other point in time there had been

1    a different macroeconomic condition?

2         MR. BRITTON:   Objection.   Vague.

3         THE WITNESS:   I'm not sure I understand your

4    question.

5    BY MS. KYROUZ:

6         Q    You're saying -- you're positing that there

7    would be a major macroeconomic change when there's lower

8    growth or some other change in the economic situation.

9         And I'm saying a lower growth -- lower than

10   what?  What's the comparative to know that something has

11   changed?  Changed from what?

12        A    I would look to see if there was a change from

13   a period of high growth to a period of much lower growth.

14   That would be one way of looking at a macroeconomic

15   change.  Say a turning point.  If the company had

16   undergone a number of periods of high growth and now the

17   conditions were shifting so that they were in low growth,

18   that would be a major change.

19        MS. KYROUZ:   I think we need to change the tape.

20        THE VIDEOGRAPHER:   This concludes Tape Number 1.

21   We're going off the record at 11:27.

22             (Brief recess taken.)

23        THE VIDEOGRAPHER:   And this begins Tape Number 2.

24   We are back on the record at 11:28.

25   BY MS. KYROUZ:

Esquire Deposition Services
800.770.3363

1      Q     So at what point does something qualify as a

2   major macroeconomic change?  You said there would be some

3   sort of a turning point.  At what level is there a

4   turning point?  What constitutes a major change, as

5   opposed to some other change?

6      A     A major change would be if there's been a

7   trend in one direction over a period of time and then

8   that trend shifts.  So it's more looking at the trend.

9      Q     So you think any change in the trend of the

10  economy is a major macroeconomic change?

11     MR. BRITTON:  Objection.  Mischaracterizes

12  testimony.

13     THE WITNESS:  No, not necessarily.

14  BY MS. KYROUZ:

15     Q     Okay.  So how do you know if it qualifies to

16  level of a major macroeconomic change under your

17  definition?

18     A     I would look to see what the conditions are of

19  the change, what -- I'd have to look in more detail of

20  the different changes.

21     Q     You're saying you know it when you see it, in

22  terms of what you consider to be major?

23     MR. BRITTON:  Objection.  Mischaracterizes

24  testimony.

25     THE WITNESS:  No, not at all.

BY MS. KYROUZ:

Q    Okay.  Well, then how do we know what is your definition of a major macroeconomic change, as opposed to some other change?

MR. BRITTON:  Objection.  Asked and answered.

THE WITNESS:  For example, in the U.S. economy, it had gone from a period of where there was concern about inflation and to a period of time, judging about what the Federal Reserve said, is a period of time where there's concern about slower growth.  So that would be quite a change.

BY MS. KYROUZ:

Q    So is there any way to tell when you get past the turning point that qualifies as a major macroeconomic change?  How much decline in a growth rate does there have to be?

A    I don't think there's one number.  It's what the impact of the change is.  If growth is -- has come to be expected or depended upon by the companies in the market or others in the market and then that growth is no longer occurring, that would require -- that's a change. And it would require some sort of activity or action on behalf of the participants in the market.

Q    Is "major macroeconomic change" a term of art in macroeconomics?

Esquire Deposition Services
800.770.3363

1    guidance.

2    BY MS. KYROUZ:

3         Q    So does that suggest that there is a number

4    that would have been reasonable guidance?

5         A    No, it doesn't.

6         Q    So you don't think there is a number that

7    would have been reasonable guidance?

8         A    Well, I didn't --

9         MR. BRITTON:  Objection.  Asked and answered.

10        THE WITNESS:  I didn't look at it in that way.

11   Because the forecast was unreasonable and unreliable,

12   there was no reason -- it was unreasonable to give a

13   forecast at that time or give guidance at that time.

14   BY MS. KYROUZ:

15        Q    So in assessing the reliability or

16   reasonableness of the forecast given on December 14th,

17   2000, do you assign a percentage to that of, you know,

18   how reliable and reasonable it was?  You're just saying

19   zero?

20        MR. BRITTON:  Objection.  Vague, unintelligible.

21   BY MS. KYROUZ:

22        Q    Shouldn't have been given at all?

23        MR. BRITTON:  Asked and answered.

24        THE WITNESS:  My opinion is they shouldn't have

25   given a forecast.  It was unreasonable and irresponsible

Esquire Deposition Services
800.770.3363

1   to give a forecast -- provide guidance at that time,

2   because the forecasting system -- they didn't have enough

3   experience with it and -- the other factors as well,

4   including macroeconomics.

5   BY MS. KYROUZ:

6        Q    Is it your opinion that any time there's a

7   major macroeconomic change, companies should stop giving

8   guidance?

9        MR. BRITTON:  Objection.  Mischaracterizes

10  testimony.

11       THE WITNESS:  No.

12  BY MS. KYROUZ:

13       Q    Okay.  Under what circumstances is it your

14  opinion that a major macroeconomic change should result

15  in forgoing guidance?

16       A    As I mentioned, the economic changes were just

17  one factor that contributed to my opinion that no

18  guidance should be -- should have been given on December

19  14th.  I didn't segment it to determine what the weight

20  was for each of these factors.  They all were combined.

21       Q    Was it reasonable for Oracle to give guidance

22  in Q2 of '01?

23       A    I didn't analyze that.

24       Q    How about in 3Q of '00?

25       MR. BRITTON:  Objection.  Assumes facts.

101

1     THE WITNESS:  I don't believe they gave guidance at

2  that time.

3  BY MS. KYROUZ:

4     Q    Okay.  Did they -- to the extent that they

5  were, you know, making comments to analysts or things of

6  that nature, do you think it would be appropriate if

7  Oracle had a reasonable forecasting process in place?

8     A    I think the regulations changed of what was

9  going to be expected from companies.  So I don't know

10  that I can answer that question.

11     Q    Assuming that --

12     MR. BRITTON:  That's a conclusion.

13  BY MS. KYROUZ:

14     Q    Okay.

15        Assuming as a hypothetical that the --

16  Oracle's forecasting process was the same in 3Q '00 as it

17  was in 3Q '01 and focusing solely on your opinion about

18  the macroeconomic change, is it your view that the

19  conditions present in 3Q '00 were a major macroeconomic

20  change?

21     MR. BRITTON:  Objection.  Incomplete

22  hypothetical.

23  BY MS. KYROUZ:

24     Q    Such that Oracle shouldn't have been able to

25  give guidance for 3Q '00?

102

1

2

3

4          I, the undersigned, a Certified Shorthand

5     Reporter of the State of California, do hereby

6     certify:

7          That the foregoing proceedings were taken

8     before me at the time and place herein set forth; that

9     any witnesses in the foregoing proceedings, prior to

10    testifying, were placed under oath; that a verbatim

11    record of the proceedings was made by me using machine

12    shorthand which was thereafter transcribed under my

13    direction; further, that the foregoing is an accurate

14    transcription thereof.

15         I further certify that I am neither

16    financially interested in the action nor a relative or

17    employee of any attorney of any of the parties.

18         IN WITNESS WHEREOF, I have this date

19    subscribed my name.

20

21    Dated: ____JUL 1 7 2007____

22

23                    _____

24                    SHERRYL DOBSON
                       CSR No. 5713

25