Minton, Jennifer 4/21/2005

1   IN THE UNITED STATES DISTRICT COURT
2   NORTHERN DISTRICT OF CALIFORNIA
3

In re ORACLE CORPORATION
4   SECURITIES LITIGATION

                    Master File No. C-01-0988-MJJ
5   This Document Relates To:
6       ALL ACTIONS.
    _____/
7
8
9                   ---oOo---
10          DEPOSITION OF JENNIFER MINTON
11              Thursday, April 21, 2005
12                  ---oOo---
13
14          SHEILA CHASE & ASSOCIATES
               25 Otsego Avenue
15         San Francisco, California  94112
              Phone: (415) 333-7474
16             Fax:   (415) 333-7412
17
18
19
20  Reported by:
    SANDRA L. CARRANZA, CSR, RPR, CRR
21  CSR No. 7062
22
23
24
25

```
 1    the documents that are listed in paragraph 31 of your
 2    affidavit?
 3         A    Can you say that one more time?  Am I what?
 4         Q    Are the documents that are listed in
 5    paragraph 31 of your affidavit the documents that you
 6    are referring to in paragraph three of your affidavit?
 7         A    Yes.
 8         Q    Okay.  So -- and these correspond with the
 9    numbers that are listed on page two of Minton 39 --
10              MR. WALD:  Again, that's your representation.
11              BY MR. BRITTON:  Q.  -- is that correct?
12              Well, she can look at the exhibits I handed
13    her and see if they match up.
14              MR. WALD:  There are no Bates numbers.
15              MR. BRITTON:  Sure there is.  The Bates
16    numbers in the documents that I just handed out.
17              MR. WALD:  There isn't in Exhibit 39.
18    There's no Bates numbers in exhibit --
19              MR. BRITTON:  In her affidavit is what you're
20    saying?
21              MR. WALD:  Right, right.
22              MR. BRITTON:  Okay.
23              MR. WALD:  27.
24              THE WITNESS:  Can I ask -- you see this?
25              MR. WALD:  Yeah.  They're different.
```

1    THE WITNESS: They're different.

2    MR. WALD: Yeah. I mean --

3    BY MR. BRITTON: Q. How are they different?

4    A    In the summary, in my affidavit -- affidavit

5  that itemizes the various upside reports, there is a

6  December 8th date, a December 11th date. The report

7  that you're referring to --

8    MR. WALD: Exhibit 39.

9    THE WITNESS: -- Exhibit 39 contains a

10 December 13th date, which mine does not have in this

11 summary but is referred to in the text as a partial

12 report.

13    BY MR. BRITTON: Q. Okay.

14 A    Then we have December 25th, January 15th,

15 January 22nd, January 29th, February 5th,

16 February 12th. I have February 19th in this schedule.

17 There is no reference to a date of February 16th which

18 is in Exhibit 39.

19 Q    Okay.

20 A    And then there's -- so we go back to

21 February 19th, February 26th, February 27th,

22 February 28th.

23    So the Exhibit 39 contains one more reference

24 to an upside report with a date of 2/16 that is not

25 referred to in my affidavit in the summary table, nor

```
 1   in the paragraph above.
 2       Q   Okay.  Do the exhibit references in your
 3   affidavit, do those correspond correctly to the
 4   exhibit references in Minton 39 by date?
 5       A   I just said that they do not by the date of
 6   February 16th.
 7       Q   No, no.  Let me stop you here.
 8           My question is, do the exhibit references in
 9   your affidavit, the ones that are here, correspond
10   correctly to the ones that are listed here.  Not the
11   ones that are absent.  The ones that you listed.
12           MR. WALD:  I think you -- when you say
13   "exhibit references," Doug, it would be clearer, I
14   think, if you used the appellation "DX"; is that the
15   question?
16           MR. BRITTON:  That's correct.
17           MR. WALD:  In other words, to the witness's
18   knowledge, is the use of DX or DX designation in
19   Exhibit 27, which is her affidavit -- does that
20   correspond to the DX designation in Exhibit 39 which
21   is the compendium to Mr. Ellison's --
22           MR. BRITTON:  Correct.
23           MR. WALD:  -- statement?
24           THE WITNESS:  And as I stated before, it
25   corresponds with the exception of one date, 2/16/01 in
```

REPORTER'S CERTIFICATE

1  I hereby certify that the foregoing is a true record of the testimony as reported to the best of my ability by me, a duly certified shorthand reporter and a disinterested person, and was tghereafter transcribed under my direction into typewriting by computer.

I FURTHER CERTIFY that I am not interested in the outcome of the said action and not connected with nor related to any of the parties in said action or their respective counsel.

Dated: May 4, 2005

_Sandra L. Carranza_
SANDRA L. CARRANZA, CSR No. 7062