IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**Certified Copy**

In re ORACLE CORPORATION

SECURITIES LITIGATION.

                Master File No. C-01-0988-MJJ

This Document Relates To:

    ALL ACTIONS.

_____   ____/

---oOo---

CONFIDENTIAL

VIDEOTAPED DEPOSITION OF LAWRENCE ELLISON

Volume II

Thursday, September 21, 2006

---oOo---

SHEILA CHASE & ASSOCIATES
REPORTING FOR:
LiveNote World Service
221 Main Street, Suite 1250
San Francisco, California 94105
Phone: (415) 321-2300
Fax: (415) 321-2301

Reported by:
RACHEL FERRIER, CSR
CSR No. 6948

1    Q    Okay.  Do you remember him asking for an
2  example of an 11i implementation that had stood the
3  test of time?
4    A    I -- I don't.
5    Q    Do you -- did you point out the suite had
6  been only out a year but that a few customers had
7  adopted the no-modifications model out of poverty?
8    A    I certainly -- yes.  Yeah.  Techtronics
9  specifically, yeah.
10   Q    You don't recall Techtronics; is that
11 what --
12   A    No, I said I do vividly recall Techtronics.
13   Q    So is it accurate, then, that as of the
14 date of this -- of the meeting that's being referred
15 to here, the only examples offered by Oracle
16 personnel at the meeting of 11i up and running that
17 had stood the test of time was or were Techtronics
18 and Cisco?
19   A    No.
20   Q    Okay.  And what you are saying, then, is --
21   A    They were just specific examples.
22   Q    Right.
23        As Matthew Symonds -- in other words, has
24 Matthew Symonds omitted other examples that were
25 given at that meeting?

```
 1     A     I believe so.
 2     Q     That's very misleading if he has, isn't it?
 3           MR. LINDSTROM:  Objection; argumentative.
 4           THE WITNESS:  No, I don't think so, but --
 5   BY MR. SOLOMON:
 6     Q     Okay.  And then you enter a footnote or
 7   clarification which reads:  "As I've said before, our
 8   forecasting system is not clairvoyant.  Our
 9   forecasting does statistical extrapolations based on
10   historical trends.  If something that's outside our
11   mathematical model of the business changes, like a
12   war in the Middle East, our forecasting becomes
13   inaccurate."
14           Do you see that?
15     A     Yes, I do.
16     Q     Okay.  And you stand by that?
17     A     Absolutely.
18     Q     Now, it wouldn't -- a war in the Middle
19   East is just one example.  There could be who knows
20   how many examples; right?
21     A     Price of oil goes over a hundred dollars a
22   barrel, lots of things.
23     Q     And the point you are making is that while
24   your forecasting system does extrapolations based on
25   historic trends, if something is happening that would
```

```
 1    suggest that the historical trend is not necessarily
 2    reliable, then your forecasting will not be reliable;
 3    is that right?
 4       A    Right.  Major macroeconomic change;
 5    sudden -- sudden growth in the economy or sudden
 6    shrinkage in the economy would cause -- you can't
 7    extrapolate anymore.
 8            MR. SOLOMON:  Okay.  Have marked as the
 9    next exhibit another excerpt from the Softwar book.
10            (Exhibit No. 98 was marked for
11            identification.)
12    BY MR. SOLOMON:
13       Q    And you will see that this chapter is
14    called "Hungarian Lessons," and in chapter -- it says
15    Chapter 12, "Hungarian Lessons."  I'm looking at the
16    language, "But the bit of GE he's" -- and it's
17    referring to you -- "improbably declared a model 11i
18    customer is in a far-flung outpost of Jack Welch's
19    sprawling imperium."
20            Do you see that?
21       A    I do.
22            MR. SOLOMON:  Then I'm going to have marked
23    as the next exhibit another excerpt from the Softwar
24    book.
25            (Exhibit No. 99 was marked for
```

```
 1              identification.)
 2    BY MR. SOLOMON:
 3         Q    When you referenced GE Power's
 4    implementation of 11i, were you careful to say that
 5    it was the Hungarian operation that was implemented?
 6         A    Sometimes I mentioned Hungary specifically
 7    as a green field; sometimes not.  It was more than
 8    just Hungary, but the very first one we did was in
 9    Hungary.
10         Q    And I'm looking at the paragraph on
11    page 229 at the bottom that begins with, "The
12    contract."
13              Do you see that?
14         A    Okay.
15         Q    It says, "The contract was signed in late
16    October with a clear understanding that if Oracle
17    delivered at" -- and I'm not going to try and
18    pronounce the name.
19              Can you pronounce the name of that place?
20         A    I can't.
21         Q    It's V-e-r-e-s-e-g-y-h-a-z with an accent
22    z.
23              I'll continue:  "GE would start rolling out
24    11i across its thirty or so other turbine plants.
25    Within a month, the project was in trouble."
```

```
 1            THE WITNESS:  Okay.
 2   BY MR. SOLOMON:
 3        Q    Do you recognize this?
 4        A    I don't.
 5        Q    You will see, on the third page of the
 6   exhibit -- well, first, on the first page, the
 7   subject is "Draft New terminology on Forecasting"?
 8        A    Yeah.
 9        Q    It's dated October the 6th, 2000; right?
10        A    Right.
11        Q    And then the third page has some text, and
12   it starts, "Hi, Jim, we can talk through the
13   recommendation, let me know your thoughts...
14            "Recently Larry has changed the way that he
15   is interpreting our forecast.  He would like us to
16   reflect our numbers as follows," and then there's a
17   "Worst," "Forecast," and a "Best" category.
18            Do you see that?
19        A    I do.
20        Q    Does this reflect the -- a change in
21   forecasting that you directed?
22        A    Yeah.  I was trying to accomplish two
23   things.  I wanted to -- you know, yeah.  Rather than
24   a single number -- rather than getting a single
25   number, I wanted to get three numbers:  Worst case,
```

1  most likely case, and best case --
2          THE REPORTER: Say it one more time.
3          THE WITNESS: Rather than getting a single
4  forecast number from each of the sales executives, I
5  wanted to get three separate numbers reflecting a
6  worst case, guaranteed we will at least do that well;
7  a most likely case, what you thought you were
8  actually going to do; and a best case, if everything
9  goes really well, how high could it go.
10         And I was also trying to get -- in putting
11 in the new methodology, I was also trying to
12 synchronize the way Europe forecasts with the way
13 Latin America forecasts and Asia Pacific and
14 different groups would have different ways of doing
15 their forecast. And I was trying to get as much of
16 that variability out of the system as possible.
17         Now, you can't get the personalities out of
18 the system. I mean, if you have a conservative sales
19 executive, they are going to forecast conservatively.
20 If you have an optimistic sales executive, they are
21 going to forecast less conservatively.
22 BY MR. SOLOMON:
23    Q    What drove you to make this change?
24    A    The -- we were going to put the three
25 numbers in the computer system. What I wanted to

1   see -- I've done -- to get more information, just
2   getting more -- you know, getting more data rather
3   than one number, which usually was someplace between
4   the best case and the most likely -- what they used
5   to call a commit forecast; one we could count on.  I
6   was trying to, you know, get a better idea of what,
7   you know -- get more data -- more data to work with.
8       Q   Okay.  And, at that stage -- and we are
9   talking about October 2000 -- how long had Oracle
10  internally been using OSO?
11      A   I don't recall.
12      Q   Years or months, could you tell me that?
13      A   I think a few years.
14          MR. SOLOMON:  Okay.  Mark as the next
15  exhibit a document produced by the defendants with
16  the control number 6123 -- 612306 and 307.
17          (Exhibit No. 111 was marked for
18          identification.)
19          THE WITNESS:  Okay.
20  BY MR. SOLOMON:
21      Q   Do you recognize having seen this before?
22      A   No, I don't.
23      Q   The e-mail exchange in the bottom half of
24  the page is from David Winton to David Winton, and it
25  appears that went up the chain to George Roberts.

```
 1              CERTIFICATE OF DEPOSITION OFFICER
 2          I, RACHEL FERRIER, CSR, CSR No. 6948, duly
 3   authorized to administer oaths pursuant to Section
 4   8211 of the California Code of Civil Procedure,
 5   hereby certify that the witness in the foregoing
 6   deposition was by me sworn to testify to the truth,
 7   the whole truth and nothing but the truth in the
 8   within-entitled cause; that said deposition was taken
 9   at the time and place therein stated; that the
10   testimony of said witness was reported by me and was
11   thereafter transcribed by me or under my direction by
12   means of computer-aided transcription; that the
13   foregoing is a full, complete and true record of said
14   testimony; and that the witness was given an
15   opportunity to read and correct said deposition and
16   to subscribe same.
17          I further certify that I am not of counsel or
18   attorney for either or any of the parties in the
19   foregoing deposition and caption named, nor in any
20   way interested in the outcome of the cause named in
21   said caption.
22          IN WITNESS WHEREOF, I have hereunto subscribed
23   by my hand this 28th day of September, 2006.
24         _____
25              RACHEL FERRIER, CSR No. 6948
```