# Reference Manual on Scientific Evidence

*Second Edition*

Federal Judicial Center 2000

This Federal Judicial Center publication was undertaken in furtherance of the Center's statutory mission to develop and conduct education programs for judicial branch employees. The views expressed are those of the authors and not necessarily those of the Federal Judicial Center.

An electronic version of the *Reference Manual* can be downloaded from the
Federal Judicial Center's site on the World Wide Web. Go to

**http://air.fjc.gov/public/fjcweb.nsf/pages/16**

For the Center's overall homepage on the Web, go to

**http://www.fjc.gov**

below the parameter, and the corresponding *t*-statistics appear below the standard error values.

Consider the coefficient on the dummy variable $X_2$. It indicates that $1,675 is the best estimate of the mean salary difference between men and women. However, the standard error of $1,435 is large in relation to its coefficient $1,675. Because the standard error is relatively large, the range of possible values for measuring the true salary difference, the true parameter, is great. In fact, a 95% confidence interval is given by

$$\$1{,}675 \pm 1{,}435 \times 1.96 = \$1{,}675 \pm \$2{,}813 \tag{13}$$

In other words, the expert can have 95% confidence that the true value of the coefficient lies between –$1,138 and $4,488. Because this range includes 0, the effect of sex on salary is said to be insignificantly different from 0 at the 5% level. The *t* value of 1.2 is equal to $1,675 divided by $1,435. Because this *t*-statistic is less than 1.96 in magnitude (a condition equivalent to the inclusion of a 0 in the above confidence interval), the sex variable again is said to be an insignificant determinant of salary at the 5% level of significance.

Note also that experience is a highly significant determinant of salary, since both the $X_1$ and the $X_3$ variables have *t*-statistics substantially greater than 1.96 in magnitude. More experience has a significant positive effect on salary, but the size of this effect diminishes significantly with experience.

### B. Goodness-of-Fit

Reported regression results usually contain not only the point estimates of the parameters and their standard errors or *t*-statistics, but also other information that tells how closely the regression line fits the data. One statistic, the standard error of the regression (SER), is an estimate of the overall size of the regression residuals.[74] An SER of 0 would occur only when all data points lie exactly on the regression line—an extremely unlikely possibility. Other things being equal, the larger the SER, the poorer the fit of the data to the model.

For a normally distributed error term, the expert would expect approximately 95% of the data points to lie within 2 SERs of the estimated regression line, as shown in Figure 7 (in Figure 7, the SER is approximately $5,000).

*R*-square ($R^2$) is a statistic that measures the percentage of variation in the dependent variable that is accounted for by all the explanatory variables.[75] Thus, $R^2$ provides a measure of the overall goodness-of-fit of the multiple regression equation.[76] Its value ranges from 0 to 1. An $R^2$ of 0 means that the explanatory

---

74. More specifically, it is a measure of the standard deviation of the regression error *e*. It sometimes is called the root mean square error of the regression line.
75. The variation is the square of the difference between each Y value and the average Y value, summed over all the Y values.
76. $R^2$ and SER provide similar information, because $R^2$ is approximately equal to
$1 - SER^2/\text{Variance of Y}$.

variables explain none of the variation of the dependent variable; an $R^2$ of 1 means that the explanatory variables explain all of the variation. The $R^2$ associated with equation (12) is .56. This implies that the three explanatory variables explain 56% of the variation in salaries.

Figure 7.  Standard Error of the Regression



What level of $R^2$, if any, should lead to a conclusion that the model is satisfactory? Unfortunately, there is no clear-cut answer to this question, since the magnitude of $R^2$ depends on the characteristics of the data being studied and, in particular, whether the data vary over time or over individuals. Typically, an $R^2$ is low in cross-section studies in which differences in individual behavior are explained. It is likely that these individual differences are caused by many factors that cannot be measured. As a result, the expert cannot hope to explain most of the variation. In time-series studies, in contrast, the expert is explaining the movement of aggregates over time. Since most aggregate time series have substantial growth, or trend, in common, it will not be difficult to "explain" one time series using another time series, simply because both are moving together. It follows as a corollary that a high $R^2$ does not by itself mean that the variables included in the model are the appropriate ones.

As a general rule, courts should be reluctant to rely solely on a statistic such as

$R^2$ to choose one model over another. Alternative procedures and tests are available.[77]

## C. Sensitivity of Least-Squares Regression Results

The least-squares regression line can be sensitive to extreme data points. This sensitivity can be seen most easily in Figure 8. Assume initially that there are only three data points, A, B, and C, relating information about $X_1$ to the variable Y. The least-squares line describing the best-fitting relationship between Points A, B, and C is represented by Line 1. Point D is called an outlier because it lies far from the regression line that fits the remaining points. When a new, best-fitting least-squares line is reestimated to include Point D, Line 2 is obtained. Figure 8 shows that the outlier Point D is an influential data point, since it has a dominant effect on the slope and intercept of the least-squares line. Because least squares attempts to minimize the sum of squared deviations, the sensitivity of the line to individual points sometimes can be substantial.[78]

Figure 8. Least–Squares Regression



---

77. These include *F*-tests and specification error tests. *See* Pindyck & Rubinfeld, *supra* note 31, at 88–95, 128–36, 194–98.
78. This sensitivity is not always undesirable. In some instances it may be much more important to predict Point D when a big change occurs than to measure the effects of small changes accurately.

**The Federal Judicial Center**

**Board**

The Chief Justice of the United States, *Chair*
Judge Stanley Marcus, U.S. Court of Appeals for the Eleventh Circuit
Judge Pauline Newman, U.S. Court of Appeals for the Federal Circuit
Chief Judge Jean C. Hamilton, U.S. District Court for the Eastern District of Missouri
Senior Judge Robert J. Bryan, U.S. District Court for the Western District of Washington
Judge William H. Yohn, Jr., U.S. District Court for the Eastern District of Pennsylvania
Judge A. Thomas Small, U.S. Bankruptcy Court for the Eastern District of North Carolina
Magistrate Judge Virginia M. Morgan, U.S. District Court for the Eastern District of Michigan
Leonidas Ralph Mecham, Director of the Administrative Office of the U.S. Courts

**Director**

Judge Fern M. Smith

**Deputy Director**

Russell R. Wheeler

**About the Federal Judicial Center**

The Federal Judicial Center is the research and education agency of the federal judicial system. It was established by Congress in 1967 (28 U.S.C. §§ 620–629), on the recommendation of the Judicial Conference of the United States.

By statute, the Chief Justice of the United States chairs the Center's Board, which also includes the director of the Administrative Office of the U.S. Courts and seven judges elected by the Judicial Conference.

The Director's Office is responsible for the Center's overall management and its relations with other organizations. Its Systems Innovation & Development Office provides technical support for Center education and research. Communications Policy & Design edits, produces, and distributes all Center print and electronic publications, operates the Federal Judicial Television Network, and through the Information Services Office maintains a specialized library collection of materials on judicial administration.

The Judicial Education Division develops and administers education programs and services for judges, career court attorneys, and federal defender office personnel. These include orientation seminars, continuing education programs, and special-focus workshops. The Interjudicial Affairs Office provides information about judicial improvement to judges and others of foreign countries, and identifies international legal developments of importance to personnel of the federal courts.

The Court Education Division develops and administers education and training programs and services for nonjudicial court personnel, such as those in clerks' offices and probation and pretrial services offices, and management training programs for court teams of judges and managers.

The Research Division undertakes empirical and exploratory research on federal judicial processes, court management, and sentencing and its consequences, often at the request of the Judicial Conference and its committees, the courts themselves, or other groups in the federal system. The Federal Judicial History Office develops programs relating to the history of the judicial branch and assists courts with their own judicial history programs.