# ECONOMETRIC ANALYSIS

**Second Edition**

**William H. Greene**
New York University

PRENTICE HALL, Englewood Cliffs, NJ 07632

**EXAMPLE 19.2  Integrated Series**

The variables in Tables 18.1 and 18.6 are strongly trended, so the mean is changing over time. Figure 19.2, 19.3, and 19.4 plot the GNP Deflator series in Table 18.1 and its first and second differences. The original series and first differences are obviously nonstationary.

## 19.4. Random Walks, Trends, and Spurious Regressions

In a seminal paper, Granger and Newbold (1974) argued that researchers had not paid sufficient attention to the warning of very high autocorrelation in the residuals from conventional regression models. Among their conclusions were that macroeconomic data, as a rule, were integrated and that in regressions involving the levels of such data, the standard significance tests were usually misleading. The conventional $t$ and $F$ tests would tend to reject the hypothesis of no relationship when, in fact, there might be none. The general result at the center of these findings is that the regression of one random walk on another is virtually certain to produce a significant relationship, even if the two are, in fact, independent. Among their extreme conclusions, Granger and Newbold suggested that researchers use a critical $t$ value of 11.2 rather than the standard normal value of 1.96 to assess the significance of a coefficient estimate. Phillips (1986) takes strong issue with this conclusion. Based on a more general model and on an analytical rather than a Monte Carlo approach, he suggests that the normalized statistic $t_\beta/\sqrt{T}$ be used for testing purposes rather than $t_\beta$ itself. For the 50 observations used by Granger and Newbold, the





**FIGURE 19.2**  First difference of price deflator.

he mean is changing
in Table 18.1 and its
es are obviously non-

earchers had not paid
in the residuals from
macroeconomic data,
vels of such data, the
al $t$ and $F$ tests would
e might be none. The
f one random walk on
ven if the two are, in
d Newbold suggested
normal value of 1.96
akes strong issue with
al rather than a Monte
used for testing pur-
ger and Newbold, the





**FIGURE 19.3**  Second difference of price deflator.



**FIGURE 19.4**  Autocorrelations.

appropriate critical value would be close to 15! If anything, Granger and Newbold were too optimistic.

The **random walk with drift**

$$z_t = \mu + z_{t-1} + u_t, \qquad (19\text{--}18)$$

and the **trend stationary process,**

$$z_t = \mu + \beta t + u_t, \qquad (19\text{--}19)$$

where, in both cases, $u_t$ is a white noise process, appear to be reasonable characterizations of many macroeconomic time series.[18] Clearly both of these will produce strongly trended, nonstationary series,[19] so it is not surprising that regressions involving such variables almost always produce significant relationships. The strong correlation would seem to be a consequence of the underlying trend, whether or not there really is any regression at work. But Granger and Newbold went a step further. The intuition is less clear if there is a pure **random walk** at work,

$$z_t = z_{t-1} + u_t, \qquad (19\text{--}20)$$

but even here, they found that regression "relationships" appear to persist even in unrelated series.

Each of these three series is characterized by a **unit root.** In each case, the **data generating process** (DGP) can be written

$$(1 - L)z_t = \alpha + v_t, \qquad (19\text{--}21)$$

where $\alpha = \mu$, $\beta$, and 0, and $v_t$ is a stationary process, respectively. Thus, the characteristic equation has a single root equal to 1; hence the name. The upshot of Granger and Newbold's and Phillips's findings is that the use of data characterized by unit roots has the potential to lead to serious errors in inferences.

In all three settings, the case for first differencing or detrending is compelling. On the other hand, it is not going to be immediately obvious which is the correct way to proceed— the data are strongly trended in all three cases—and taking the incorrect approach will not necessarily improve matters. For example, first differencing in (19–18) or (19–20) produces a white noise series, but first differencing in (19–19) trades the trend for autocorrelation in the form of an MA(1) process. On the other hand, detrending, that is, computing the residuals from a regression on time, is obviously counterproductive in (19–18) and (19–20), even though the regression of $z_t$ on a trend will appear to be significant for the reasons we have been discussing, whereas detrending in (19–19) appears to be the right approach.[20] Since none of these approaches are likely to be obviously preferable at the outset, some means of choosing is necessary. Considering nesting all three models in a single equation,

$$z_t = \mu + \beta t + z_{t-1} + u_t.$$

---

[18] The analysis to follow has been extended to more general disturbance process, but that complicates matters substantially. In this case, in fact, our assumption does cost considerable generality, but the extension is beyond the scope of our work. Some references on the subject are Phillips and Perron (1988) and Davidson and MacKinnon (1993).

[19] The constant term, $\mu$, produces the trend in the random walk with drift. For convenience, suppose that the process starts at time zero. Then $z_t = \sum_{s=0}^{t}(\mu + u_s) = \mu t + \sum_{s=0}^{t} u_s$. Thus, $z_t$ consists of a trend plus the sum of the innovations. The result is a variable with increasing variance around a linear trend.

[20] See Nelson and Kang (1981, 1984).

Now, subtract $z_{t-1}$ from both sides of the equation and introduce the artificial parameter, $\gamma$:

$$z_t - z_{t-1} = \mu(1 - \gamma) + \beta\gamma + \beta(1 - \gamma)t + (\gamma - 1)z_{t-1} + u_t, \quad (19\text{-}22)$$
$$= \alpha_0 + \alpha_1 t + (\gamma - 1)z_{t-1}.$$

where, by hypothesis, $\gamma = 1$. Equation (19-22) provides the basis for a variety of tests for unit roots in economic data. In principle, a test of the hypothesis that $\gamma - 1$ equals zero gives confirmation of the random walk with drift, since if $\gamma$ equals 1 (and $\alpha_1$ equals zero), (19-24) results. If $\gamma - 1$ is less than zero, the evidence favors the trend stationary (or some other) model, and detrending (or some alternative) is the preferable approach. The practical difficulty is that standard inference procedures based on least squares and the familiar test statistics are not valid in this setting. The issue is discussed in the next section.

## 19.5. Unit Roots in Economic Data

The implications of unit roots in macroeconomic data are, at least potentially, profound. If a structural variable, such as real output, is truly $I(1)$, shocks to it will have permanent effects. If confirmed, this observation would mandate some rather serious reconsiderations of the analysis of macroeconomic policy. For example, the argument that monetary policy could have transitory effects on real output (which seems to be consistent with our regressions in Chapter 18) would vanish.[21] The literature is not without its skeptics, however. This result rests on a razor's edge. While the literature is thick with tests that have failed to reject the hypothesis that $\gamma = 1$, many have also not rejected the hypothesis that $\gamma \geq 0.95$, and at 0.95 (or, even at 0.99), the entire issue becomes moot.[22] Choi (1990), for example, suggests that the formulation of the commonly used augmented Dickey–Fuller test discussed below would be distorted by the presence of moving average components in the innovations.

Consider the simple AR(1) model with zero-mean, white noise innovations,

$$y_t = \gamma y_{t-1} + \varepsilon_t.$$

The downward bias of the least squares estimator when $\gamma$ approaches 1 has been widely documented.[23] However, for $|\gamma| < 1$, the least squares estimator,

$$c = \frac{\sum_{t=2}^{T} y_t y_{t-1}}{\sum_{t=2}^{T} y_{t-1}^2},$$

does have

$$\text{plim } c = \gamma$$

and

$$\sqrt{T}(c - \gamma) \xrightarrow{d} N[0, 1 - \gamma^2].$$

---

[21] The observation seems to have touched off a bit of a feeding frenzy in the literature, as the 1980s saw the appearance of literally hundreds of studies, both theoretical and applied, of unit roots in economic data. An important example is Nelson and Plosser (1982).

[22] A large number of issues are raised in Maddala (1992, pp. 582–588).

[23] See, for example, Evans and Savin (1981, 1984).