# ORACLE

# MONTHLY FINANCIAL REFERENCE BOOK

## Q2 FY2001



---

ORACLE CONFIDENTIAL AND PROPRIETARY

The reports in this package are highly confidential and for review only by the individuals to whom the package is distributed. The information in this package may not be copied or circulated to others.

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

ORACLE CORPORATION
FINANCIAL REFERENCE BOOK
Q2 FY2001

## Contents

**1. Summary Income Statement**

    **Comparison of QTD Actual vs. Budget and Prior Year**

    Consolidated ................................................................................................................................................ 1
    Americas ....................................................................................................................................................... 2
    EMEA ........................................................................................................................................................... 3
    Japan ............................................................................................................................................................. 4
    Asia Pacific .................................................................................................................................................. 5
    Other ............................................................................................................................................................. 6

**2. Analysis of Exchange Rate Changes on Revenues & Expenses**

    Current Period vs. Prior Year Period ......................................................................................................... 7
    Current Year vs. Prior Year ...................................................................................................................... 10

**3. Management Summary**

    Management Summary (QTD & YTD Actual vs. Budget and Prior Year) ............................................. 13
    Income Statement vs. Management Summary Reconciliation Matrix ..................................................... 36

**4. Income Statement**

    Summary Income Statement (rolling FY01 monthly) .............................................................................. 37
    Summary Income Statement (YTD by Division) ..................................................................................... 43
    Summary Income Statement (QTD by Division) ..................................................................................... 44
    Summary Income Statement (QTD by Country) ...................................................................................... 45
    External Income Statement (QTD & YTD) .............................................................................................. 58

**5. Balance Sheet**

    Consolidating Balance Sheet (by Division) .............................................................................................. 61
    Consolidating Balance Sheet (by Country) ............................................................................................... 63
    Consolidated Balance Sheet (rolling 4 months) ....................................................................................... 91

**6. Headcount Summary**

    Headcount Management Summary ............................................................................................................ 93
    Headcount by Account ............................................................................................................................. 101

**7. Second Quarter Fiscal Year 2001 Earnings Release** ........................................................................ 119

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

**ORACLE CORPORATION**
*Management Summary*

TOTAL LICENSE
(Dollars in Thousands)

Qtr 2 01

| US Dollar 1000's | Actuals | Actuals Prior Year | Budget | Variance from Actuals | Variance % from Actuals | Variance from Budget | Variance % from Budget | YTD Actuals | YTD Actuals Prior Year | YTD Budget | YTD Variance from | YTD Variance % from | YTD Variance from Budget | YTD Variance % from Budget |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **REVENUE** | | | | | | | | | | | | | | |
| Nussbaum | 153,227 | 125,915 | 152,055 | 27,312 | 22% | 1,172 | 1% | 260,134 | 196,412 | 244,900 | 63,722 | 32% | 15,235 | 6% |
| Roberts | 278,636 | 197,401 | 247,654 | 81,235 | 41% | 30,983 | 13% | 478,119 | 324,164 | 419,861 | 153,956 | 47% | 58,258 | 14% |
| Varasano | 108,699 | 54,404 | 76,406 | 54,295 | 100% | 32,293 | 42% | 149,321 | 104,170 | 144,497 | 45,150 | 43% | 4,824 | 3% |
| USA Sales & Operations | 0 | 0 | 0 | 0 | #DIV/0! | 0 | 0 | 0 | 0 | 0 | 0 | #DIV/0! | 0 | 0 |
| Latin America - Sanderson | 37,484 | 31,110 | 45,846 | 6,374 | 20% | (8,362) | (18%) | 64,478 | 52,889 | 73,559 | 11,589 | 22% | (9,081) | (12%) |
| UK, Ireland & South Africa - Smith | 77,472 | 60,468 | 63,635 | 17,004 | 28% | 13,837 | 22% | 125,984 | 94,328 | 117,240 | 31,656 | 34% | 8,744 | 7% |
| Germany - Jaeger | 45,585 | 58,580 | 53,456 | (12,995) | (22%) | (7,870) | (15%) | 76,985 | 85,877 | 99,944 | (8,892) | (10%) | (22,959) | (23%) |
| France, Middle East & Africa - Anidjar | 49,135 | 46,167 | 47,481 | 2,968 | 6% | 1,654 | 3% | 96,523 | 81,982 | 84,162 | 14,541 | 18% | 12,361 | 15% |
| Southern Europe - Bonzano | 52,037 | 56,254 | 48,895 | (4,216) | (7%) | 3,142 | 6% | 91,339 | 91,208 | 84,945 | 131 | 0% | 6,394 | 8% |
| Northern, Central & Eastern Europe - Jarnik | 69,410 | 62,782 | 68,316 | 6,628 | 11% | 1,095 | 2% | 112,213 | 102,577 | 117,479 | 9,636 | 9% | (5,266) | (4%) |
| Europe HQ - Giacoletto | 0 | 0 | 0 | 0 | 0 | 0 | #DIV/0! | 0 | 15,000 | 0 | (15,000) | (100%) | 0 | #DIV/0! |
| Japan - Shintaku | 144,871 | 110,533 | 122,717 | 34,339 | 31% | 22,154 | 18% | 238,493 | 181,266 | 210,114 | 57,227 | 32% | 28,380 | 14% |
| Asia Pacific - Williams | 78,590 | 55,374 | 82,064 | 23,216 | 42% | (3,473) | (4%) | 151,434 | 106,955 | 150,661 | 44,479 | 42% | 774 | 1% |
| Other | 4,812 | 27,794 | 112,384 | (22,982) | (83%) | (107,572) | (96%) | 40,014 | 65,169 | 177,431 | (25,155) | (39%) | (137,417) | (77%) |
| **Total** | 1,099,960 | 886,783 | 1,120,909 | 213,177 | 24% | (20,948) | (2%) | 1,885,038 | 1,501,998 | 1,924,792 | 383,040 | 26% | (39,754) | (2%) |
| **EXPENSE** | | | | | | | | | | | | | | |
| Nussbaum | 72,301 | 69,474 | 78,417 | 2,827 | 4% | (6,116) | (8%) | 155,621 | 131,216 | 147,725 | 24,405 | 19% | 7,897 | 5% |
| Roberts | 110,945 | 84,802 | 115,183 | 26,143 | 31% | (4,238) | (4%) | 207,565 | 162,485 | 208,392 | 45,079 | 28% | (827) | 0% |
| Varasano | 43,451 | 37,468 | 44,836 | 5,983 | 16% | (1,385) | (3%) | 84,412 | 77,836 | 88,064 | 6,576 | 8% | (3,652) | (4%) |
| USA Sales & Operations | (686) | 725 | 0 | (1,412) | (195%) | (686) | 0 | 166 | 6,558 | 0 | (6,392) | (97%) | 166 | 0 |
| Latin America - Sanderson | 24,102 | 20,175 | 26,142 | 3,927 | 19% | (2,040) | (8%) | 46,435 | 42,686 | 48,957 | 3,748 | 9% | (2,522) | (5%) |
| UK, Ireland & South Africa - Smith | 40,433 | 38,725 | 41,101 | 1,707 | 4% | (668) | (2%) | 70,982 | 65,506 | 78,132 | 5,476 | 8% | (7,150) | (9%) |
| Germany - Jaeger | 17,475 | 31,343 | 24,933 | (13,868) | (44%) | (7,458) | (30%) | 37,378 | 53,427 | 48,875 | (16,048) | (30%) | (11,496) | (24%) |
| France, Middle East & Africa - Anidjar | 26,568 | 26,735 | 27,763 | (167) | (1%) | (1,195) | (4%) | 51,607 | 52,075 | 53,723 | (468) | (1%) | (2,117) | (4%) |
| Southern Europe - Bonzano | 19,986 | 23,474 | 23,590 | (3,488) | (15%) | (3,604) | (15%) | 40,621 | 44,341 | 45,485 | (3,720) | (8%) | (4,863) | (11%) |
| Northern, Central & Eastern Europe - Jarnik | 30,530 | 35,893 | 35,063 | (5,362) | (15%) | (4,532) | (13%) | 58,848 | 66,560 | 66,601 | (7,712) | (12%) | (7,753) | (12%) |
| Europe HQ - Giacoletto | 10,750 | 19,853 | 9,343 | (9,104) | (46%) | 1,406 | 15% | 19,274 | 24,944 | 18,359 | (5,670) | (23%) | 916 | 5% |
| Japan - Shintaku | 27,474 | 24,230 | 27,395 | 3,244 | 13% | 79 | 0% | 50,189 | 44,313 | 51,798 | 5,876 | 13% | (1,609) | (3%) |
| Asia Pacific - Williams | 36,872 | 33,426 | 42,246 | 3,446 | 10% | (5,374) | (13%) | 70,849 | 65,605 | 80,786 | 5,244 | 8% | (9,937) | (12%) |
| Other | 15,733 | 42,973 | (51,219) | (27,240) | (63%) | 66,952 | (131%) | (3,958) | 56,275 | (173,549) | (60,233) | (107%) | 169,591 | (98%) |
| **Total** | 475,934 | 489,296 | 444,794 | (13,362) | (3%) | 31,140 | 7% | 889,989 | 893,827 | 763,346 | (3,839) | 0% | 126,642 | 17% |

14

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

NDCA-ORCL 975588