E-Filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION

| In re ORACLE CORPORATION SECURITIES LITIGATION | Master File No. C-01-0988-MJJ (Consolidated) |
|---|---|
| | CLASS ACTION |
| This Document Relates To: ALL ACTIONS. | STIPULATION AND [PROPOSED] AMENDED PRETRIAL ORDER SETTING A SCHEDULE FOR EXPERT DISCOVERY, DISPOSITIVE MOTIONS, SETTLEMENT CONFERENCE AND TRIAL |
| | Judge Martin J. Jenkins |

1  WHEREAS, counsel for Plaintiffs and Defendants appeared telephonically before this
2  Court on February 28, 2007, for a further status conference in this matter;
3  WHEREAS, the Court instructed the parties to submit a revised schedule on March 1,
4  2007, consistent with the Court's instructions at the February 28, 2007 further status conference;
5  WHEREAS, the parties have met and conferred and submit the following agreed upon
6  schedule:
7  THEREFORE, IT IS STIPULATED AND AGREED, by Plaintiffs and Defendants
8  through their respective counsel of record, that the January 18, 2007 Amended Pretrial Order
9  Setting A Schedule For Expert Discovery, Dispositive Motions, Settlement Conference and Trial
10 is amended as follows:
11     (1)   Expert Discovery
12           (a)   DEADLINE FOR EXPERT DISCLOSURES AND OPENING REPORTS:
13                 **May 25, 2007**
14           (b)   DEADLINE FOR REBUTTAL EXPERT DISCLOSURES AND
15                 REPORTS: **June 22, 2007**
16           (c)   CLOSE OF EXPERT DISCOVERY: **July 12, 2007**
17     (2)   Dispositive Motions, *Daubert* Motions and Settlement Conference
18           (a)   DEADLINE FOR DISPOSITIVE MOTIONS AND *DAUBERT*
19                 MOTIONS: **July 26, 2007**
20           (b)   DEADLINE FOR OPPOSITIONS TO DISPOSITIVE MOTIONS AND
21                 OPPOSITIONS TO *DAUBERT* MOTIONS: **August 27, 2007**
22           (c)   DEADLINE FOR REPLIES IN SUPPORT OF DISPOSITIVE MOTIONS
23                 AND REPLIES IN SUPPORT OF *DAUBERT* MOTIONS: **September 10,**
24                 **2007**
25           (d)   DISPOSITIVE MOTIONS SHALL BE HEARD BY: **September 24, 2007**
26           (e)   SETTLEMENT CONFERENCE BEFORE MAGISTRATE JUDGE
27                 ZIMMERMAN; week of October 19, 2007
28     (3)   Trial

|     |     |     |     |
| --- | --- | --- | --- |
| 1   | (a) | PRE-TRIAL CONFERENCE: | **November 13, 2007** |
| 2   | (b) | TRIAL: | **November 26, 2007** |
| 3   | (c) | TRIAL IS SET FOR | **FIVE (5) WEEKS** |

DATED: March 1, 2007

Respectfully submitted,

LATHAM & WATKINS LLP

/s/ Patrick E. Gibbs
By _____
Patrick E. Gibbs
Counsel for Defendants Oracle Corporation,
Lawrence J. Ellison, Jeffrey O. Henley, and
Edward J. Sanderson

LERACH COUGHLIN STOIA GELLER
RUDMAN AND ROBBINS LLP

/s/ Mark Solomon
By _____
Mark Solomon
Counsel for Plaintiffs

IT IS SO ORDERED:

MAR 0 5 2007

_____
Martin J. Jenkins
United States District Judge

STIP. AND [PROPOSED] AMEND. ORDER SETTING A SCHED.
FOR EXP. DISC., DISP. MOT'S, SETTLEMENT CONF. AND TRIAL
Case No. C-01-0988-MJJ

3