COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
MARK SOLOMON (151949)
DOUGLAS R. BRITTON (188769)
STACEY M. KAPLAN (241989)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
marks@csgrr.com
dougb@csgrr.com
skaplan@csgrr.com
        – and –
SHAWN A. WILLIAMS (213113)
WILLOW E. RADCLIFFE (200087)
MONIQUE C. WINKLER (213031)
ELI R. GREENSTEIN (217945)
DANIEL J. PFEFFERBAUM (248631)
100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@csgrr.com
willowr@csgrr.com
moniquew@csgrr.com
elig@csgrr.com
dpfefferbaum@csgrr.com

Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION | Master File No. C-01-0988-MJJ |
| | CLASS ACTION |
| This Document Relates To: | THE PARTIES' AND NON-PARTY MATTHEW SYMONDS' SUBMISSION OF DOCUMENTS SUBJECT TO REQUESTS FOR PROTECTIVE SEAL PURSUANT TO FED. R. CIV. P. 26(c) AND CIVIL L.R. 79-5 |
| ALL ACTIONS. | |
| | DATE:          October 26, 2007<br>TIME:           10:00 a.m.<br>COURTROOM:  Hon. Martin J. Jenkins |

Pursuant to Court Order of October 2, 2007, the undersigned parties and non-party, Matthew Symonds, respectfully submit the following descriptions of certain documents which were filed under seal as exhibits to dispositive motions or motions related to author Matthew Symonds. The documents referenced by each of the undersigned, respectively, shall remain under seal until further order of the Court and each party will separately submit a brief, pursuant to the schedule set forth in Docket Number 1172, demonstrating good cause or compelling reasons in support of their request to keep the identified documents under seal.

## I. DOCUMENTS TO REMAIN UNDER SEAL IDENTIFIED BY LEAD PLAINTIFFS

Lead Plaintiffs respectfully request that the following exhibits be filed under seal:

| | |
|---|---|
| A. | Docket Nos. 901 and 1053: [Corrected] Appendix of Exhibits in Support of Plaintiffs' [Corrected] Motion for Partial Summary Judgment (in Support of Docket Entry 1053)<br><br>**Ex. 111** – Deposition Transcript of Michael Decesare |
| B. | Docket No. 854: Attachment #1: Appendix of Exhibits in Support of Plaintiffs' Motion for Summary Judgment Against Lawrence Ellison for Trading on the Basis of Material Non-Public Information<br><br>**Ex. 126** – Morgan Stanley Online account statement of Dzung Uan Chu from Dec. 29, 2000 to Jan. 31, 2001. Bates Nos. MORSTAN 0096-0103<br><br>**Ex. 127** – Baird Statement of Ryan E. Kuehmichel and Lynn A. Kuehmichel from Jan. 1-31, 2001. Bates Nos. BAIRD 0013-15 |
| C. | Docket No. 1026: Appendix of Deposition Transcripts in Support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgment<br><br>**Ex. N** – Deposition Transcript of Michael Decesare<br><br>**Ex. CC** – Deposition Transcript of Peter Donnelly<br><br>**Ex. DD** – Deposition Transcript of Brian Adams |
| D. | Docket No. 900: Declaration of Monique C. Winkler in Support of Plaintiffs' Motion and Supplemental Submission Regarding Defendants' Destruction of Evidence and Request for Sanctions and Objections to Special Master's July 17, 2006 Order Denying Plaintiffs' Motion to Compel the Restoration of Backup Tapes and for Miscellaneous Relief for the Destruction of Evidence<br><br>**Ex. 103** – Deposition Transcript of Patricia Sullivan |

THE PARTIES' AND NON-PARTY MATTHEW SYMONDS' SUBMISSION OF DOCS SUBJ TO REQ FOR PROT SEAL PURSUANT TO FED. R. CIV. P. 26(c) AND CIVIL L. R. 79-5 - C-01-0988-MJJ

- 1 -

## II. DOCUMENTS TO REMAIN UNDER SEAL IDENTIFIED BY DEFENDANTS

Defendants do not currently request that any documents previously submitted in relation to dispositive motions or motions related to the author Matthew Symonds should remain sealed.

## III. DOCUMENTS TO REMAIN UNDER SEAL IDENTIFIED BY NON-PARTIES

Counsel for defendants have contacted certain non-parties (Hewlett Packard, Ernst & Young and Arthur Andersen) who previously designated the following documents as confidential which were attached to dispositive motions. Hewlett Packard has indicated to counsel for defendants that, at this time, they are not prepared to remove the confidentiality designations from the documents listed below. Arthur Andersen and Ernst & Young have indicated to counsel for defendants that they decline, at this time, to withdraw their confidentiality designation for those portions of their employees' transcripts not cited or referred to in the relevant briefs. Counsel for defendants have informed these non-parties that they will need to file briefs in support of their designations with this Court on October 19, 2007 should they choose to maintain their confidential or highly confidential designations over these documents.

| | |
|---|---|
| A. | Docket No. 1025: Appendix in Support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgment<br>**Ex**. **62** – Bates Nos. HP 00019-21 produced by Hewlett Packard<br>**Ex**. **188** – Bates Nos. HP 00008-12 produced by Hewlett Packard |
| B. | Docket No. 1026: Appendix of Deposition Transcripts in Support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgment<br>**Ex**. **P** – The entire August 1, 2006 deposition transcript of Mr. Gary Matuszak, employee of third party Arthur Andersen<br>**Ex**. **BB** – The entire September 21, 2006 deposition transcript of Mr. Alexander Bender, employee of third party Ernst &Young |
| C. | Docket No. 1094: Appendix of Exhibits in Support of Reply in Support of Plaintiffs' [Corrected] Amended Motion for Partial Summary Judgment<br>**Ex**. **N** – The entire June 28, 2006 deposition transcript of Mr. Jason Sevier, employee of third party Arthur Andersen |

Counsel for Matthew Symonds respectfully requests that the documents listed in Exhibit A attached hereto titled, "Third Party Witness Matthew Symonds' List of Documents to Be Maintained Under Seal" remain under seal.

DATED: October 9, 2007

COUGHLIN STOIA GELLER
 RUDMAN & ROBBINS LLP
SHAWN A. WILLIAMS


_____/s/_____
SHAWN A. WILLIAMS

100 Pine Street, 26th Floor
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax))

COUGHLIN STOIA GELLER
     RUDMAN & ROBBINS LLP
MARK SOLOMON
DOUGLAS R. BRITTON
STACEY M KAPLAN
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: 619/231-1058
619/231-7423 (fax)


Lead Counsel for Plaintiffs


LATHAM & WATKINS LLP
PATRICK E. GIBBS


_____/s/_____
PATRICK E. GIBBS

140 Scott Drive
Menlo Park, CA 94025
Telephone: 650/328-4600
650/463-2600 (fax)

|   |   |
|---|---|
|   | LATHAM & WATKINS LLP<br>Peter A. Wald<br>Michele F. Kyrouz<br>505 Montgomery Street, Suite 2000<br>San Francisco, CA 94111<br>Telephone: 415/391-0600<br>415/395-8095 (fax) |
|   | Attorneys for Defendants |
| DATED: October 9, 2007 | SWANSON, MCNAMARA & HALLER LLP<br>EDWARD W. SWANSON |

                                                    /s/
                                      EDWARD W. SWANSON

300 Montgomery Street, Suite 1100
San Francisco, CA 94104
Telephone: 415/477-3800
415/477-9010 (fax)

Attorney for non-party Matthew Symonds

I, Shawn A. Williams, am the ECF User whose ID and password are being used to file this document. In compliance with General Order 45, X.B., I hereby attest that Patrick E. Gibbs and Edward W. Swanson have concurred in this filing.

                                                    /s/
                                        SHAWN A. WILLIAMS

T:\CasesSF\Oracle3\req00046213.doc

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 9, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 9, 2007.

/s/
SHAWN A. WILLIAMS

COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
100 Pine Street, 26th Floor
San Francisco, CA  94111
Telephone: 415/288-4545
415/288-4534 (fax)
E-mail: ShawnW@csgrr.com

# Mailing Information for a Case 3:01-cv-00988-MJJ

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jennie Lee Anderson**
  jennie@libertylaw.com
- **Eric J. Belfi**
  ebelfi@labaton.com,ElectronicCaseFiling@labaton.com
- **Doug Britton**
  dougb@csgrr.com,ldeem@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com
- **Patrick Edward Gibbs**
  patrick.gibbs@lw.com,zoila.aurora@lw.com
- **Eli Greenstein**
  Elig@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com
- **Kirke M. Hasson**
  kirke.hasson@pillsburylaw.com,cheryl.grant@pillsburylaw.com
- **Stacey Marie Kaplan**
  SKaplan@csgrr.com
- **Reed R. Kathrein**
  reed@hbsslaw.com,nancyq@hbsslaw.com
- **Michele Frances Kyrouz**
  michele.kyrouz@lw.com
- **Nicole Catherine Lavallee**
  nlavallee@bermanesq.com,ysoboleva@bermanesq.com
- **William S. Lerach**
  e_file_sd@lerachlaw.com
- **James C. Maroulis**
  jim.maroulis@oracle.com
- **Caroline McIntyre**
  cmcintyre@be-law.com,swalker@be-law.com
- **Valerie McLaughlin**
  valeriem@lerachlaw.com,kellyb@lerachlaw.com
- **Brian P Murray**
  bmurray@rabinlaw.com
- **Shinyung Oh**
  shinyungoh@paulhastings.com
- **Willow E. Radcliffe**
  willowr@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com
- **Mark Solomon**
  marks@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com
- **Edward W. Swanson**
  eswanson@swansonmcnamara.com

- **Shawn A. Williams**
  shawnw@csgrr.com,dpfefferbaum@csgrr.com,travisd@csgrr.com,moniquew@csgrr.com,e_file_sf@csgrr.com,cwood@csgrr.com,e_file_sd@csgrr.com,aelishb@csgrr.com
- **Jamie Lynne Wine**
  jamie.wine@lw.com,karen.kelly@lw.com
- **Monique C. Winkler**
  shawnw@csgrr.com,travisd@csgrr.com,e_file_sd@csgrr.com,E_File_SF@csgrr.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Dorian Daley
500 Oracle Parkway
Redwood City, CA 94065

Corey D. Holzer
Holzer Holzer & Cannon LLC
1117 Perimeter Center West
Suite E-107
Atlanta, GA 30338

Raymond Lane
Bergeson LLP
303 Almaden Blvd., Ste. 500
San Jose, CA 95110

PRG-Schultz USA, Inc.
Paul Hastings Janofsky & Walker LLP
55 Second Street
24th Floor
San Francisco, CA 94105

Darren Jay Robbins
Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway
Suite 1900
San Diego, CA 92101

Sanna Rachel Singer
Sideman & Bancroft LLP
One Embarcadero Center, 8th Floor
San Francisco, CA 94111

Via Facsimile:

Pamela MacLean
Rex Bossert
National Law Journal
Fax: 212-481-7923
```