# EXHIBIT A

**THIRD-PARTY WITNESS MATTHEW SYMONDS' LIST OF DOCUMENTS TO BE MAINTAINED UNDER SEAL**[1]

| Date | Docket No. | Document Title | Document Description |
|---|---|---|---|
| 3/30/07 | 752 | Plaintiffs' Notice of Motion and Motion to Compel Testimony and Determine the Applicability of the Fifth Amendment Right Against Self-Incrimination to Foreign Citizen and Non-U.S. Resident Matthew Symonds; and Memorandum of Points and Authorities in Support Thereof | Pages 6:17-7:2, 18:5-19:2, and 19:16-19:17, which contain a discussion of the alleged letter by Mr. Symonds to Patrick Gibbs. |
| 3/30/07 | 753 | Exhibit A to the Declaration of Mark Solomon in Support of Plaintiffs' Motion to Compel Testimony and Determine Applicability of the Fifth Amendment Right Against Self-Incrimination to Foreign Citizen and Non-U.S. Resident Matthew Symonds ("Solomon Declaration") | Pages 2:20-24 of the Order Granting in Part and Denying in Part Plaintiffs' Motion to Compel Defendants' Production of Documents Concerning and Created in Preparation for the Book Softwar, and pages 3:9-16 of Exhibit A to the Order, which discuss financial information under the alleged Ellison-Symonds agreement. |
| 3/30/07 | 753 | Exhibit F to the Solomon Declaration | Alleged letter from Matthew Symonds to Patrick Gibbs, undated, relating to *Softwar* interview transcripts. |
| 3/30/07 | 753 | Exhibit K to the Solomon Declaration | Transcript of the deposition of Matthew Symonds, March 20, 2007. |

[1] Although this list is long, the documents at issue are few.  The numerous entries reflect the repeated filings of certain documents as exhibits, as well as the discussion of these documents in various briefs and orders.

| 4/20/07 | 793 | Reply in Support of Plaintiffs' Motion to Compel the Testimony of Matthew Symonds | Pages 11:4-7 and 12:25-14:1, which quote Mr. Symonds' deposition testimony. |
|---------|-----|-----------------------------------------------------------------------------------|-------------------------------------------------------------------------------|
| 4/20/07 | 794 | Exhibit 1 to the Declaration of Mark Solomon in Support of Plaintiffs' Reply Re Plaintiffs' Motion to Compel the Testimony of Matthew Symonds | Excerpts from the deposition of Matthew Symonds. |
| 4/20/07 | 794 | Exhibit 2 to the Declaration of Mark Solomon in Support of Plaintiffs' Reply Re Plaintiffs' Motion to Compel the Testimony of Matthew Symonds | Pages 571-586, 642-659, 661-667, and 685-691 of the deposition of Larry Ellison, March 30, 2007. |
| 4/25/07 | 839 | Defendants' Memorandum Regarding Plaintiffs' Motion to Compel Testimony and Determine the Applicability of the Fifth Amendment Right Against Self-Incrimination | Pages 2:18-24, 3:6-8, 3:13-15, 3:24-4:3, 5:20-22, and 5:27-6:3, which discuss the alleged letter from Mr. Symonds to Patrick Gibbs and Mr. Ellison's deposition. |
| 4/25/07 | 840 | Exhibit 3 to the Declaration of Sean P.J. Coyle in Support of Defendants' Memorandum Regarding Plaintiffs' Motion to Compel Testimony and Determine the Applicability of the Fifth Amendment Right Against Self-Incrimination | Pages 571-586, 642-659, 661-667, and 685-691 of the deposition of Larry Ellison, March 30, 2007. |
| 4/25/07 | 840 | Exhibit 4 to the Declaration of Sean P.J. Coyle in Support of Defendants' Memorandum Regarding Plaintiffs' Motion to Compel Testimony and Determine the Applicability of the Fifth Amendment Right Against Self-Incrimination | Alleged letter from Matthew Symonds to Patrick Gibbs, undated, relating to *Softwar* interview transcripts. |

| 4/25/07 | 840 | Exhibit 5 to the Declaration of Sean P.J. Coyle in Support of Defendants' Memorandum Regarding Plaintiffs' Motion to Compel Testimony and Determine the Applicability of the Fifth Amendment Right Against Self-Incrimination | Page 7:12-14 of Plaintiffs' Reply in Support of Motion to Compel Additional Time for the Depositions of Larry Ellison and Safra Catz, which discusses the alleged letter from Mr. Symonds to Patrick Gibbs. |
|---|---|---|---|
| 4/25/07 | 840 | Exhibit 6 to the Declaration of Sean P.J. Coyle in Support of Defendants' Memorandum Regarding Plaintiffs' Motion to Compel Testimony and Determine the Applicability of the Fifth Amendment Right Against Self-Incrimination | E-mail from Patrick Gibbs to Mr. Symonds, which contains the alleged Ellison-Symonds agreement and other documents that have been designated, at least in part, under seal. |
| 4/27/07 | 841 | Plaintiffs' Response to Defendants' Memorandum Regarding Plaintiffs' Motion to Compel Testimony and Determine the Applicability of the Fifth Amendment Right Against Self-Incrimination | Pages 5:25-27 and 6:12-23, which discuss the alleged letter from Mr. Symonds to Patrick Gibbs and Mr. Ellison's deposition. |
| 4/27/07 | 842 | Exhibit 8 to the Declaration of Mark Solomon in Support of Plaintiffs' Response to Defendants' Memorandum Regarding Plaintiff's Motion to Compel Testimony and Determine the Applicability of the Fifth Amendment Right Against Self-Incrimination | Page 7:12-14 of Plaintiffs' Reply in Support of Motion to Compel Additional Time for the Depositions of Larry Ellison and Safra Catz, which discusses the alleged letter from Mr. Symonds to Patrick Gibbs. |
| 4/27/07 | 842 | Exhibit 10 to the Declaration of Mark Solomon in Support of Plaintiffs' Response to Defendants' Memorandum Regarding Plaintiff's Motion to Compel Testimony and Determine the Applicability of the Fifth Amendment Right Against Self-Incrimination | Excerpts from the deposition of Larry Ellison, March 30, 2007. |

| 7/26/07 | 865 | Plaintiffs' Notice of Motion and Supplemental Submission Regarding Defendants' Destruction of Evidence and Request for Sanctions and Objections to Special Master's July 17, 2006 Order Denying Plaintiffs' Motion to Compel the Restoration of Backup Tapes and for Miscellaneous Relief for the Destruction of Evidence | Pages 64 to 86, which contain a discussion of the alleged destruction of *Softwar* materials. |
|---|---|---|---|
| 7/26/07 | 867 | Plaintiffs' Notice of Motion and Motion for Summary Judgment Against Lawrence Ellison for Trading on the Basis of Material Non-Public Information | Pages 37:17-38:6, which address the alleged destruction of *Softwar* tapes and transcripts. |
| 7/26/07 | 901 | Exhibit 133 in Support of Plaintiffs' Motion for Summary Judgment Against Lawrence Ellison for Trading on the Basis of Material Non-Public Information | Alleged agreement between Larry Ellison and Matthew Symonds, which includes financial information. |
| 7/26/07 | 901 | Exhibit 134 in Support of Plaintiffs' Motion for Summary Judgment Against Lawrence Ellison for Trading on the Basis of Material Non-Public Information | Page 3:9-16 of Order Re: Plaintiffs' Motion to Compel Defendants' Production of Documents Concerning and Created in Preparation for the Book Softwar, which discusses financial information under the alleged Ellison-Symonds agreement. |
| 7/26/07 | 901 | Exhibit 135 in Support of Plaintiffs' Motion for Summary Judgment Against Lawrence Ellison for Trading on the Basis of Material Non-Public Information | Page 2:20-24 of the Order Granting in Part and Denying in Part Plaintiffs' Motion to Compel Defendants' Production of Documents Concerning and Created in Preparation for the Book Softwar, which discusses financial information under the alleged Ellison-Symonds agreement. |

| | | | |
|---|---|---|---|
| 7/26/07 | 901 | Exhibit 136 in Support of Plaintiffs' Motion for Summary Judgment Against Lawrence Ellison for Trading on the Basis of Material Non-Public Information | Order Denying Defendants' Motion to Reverse Special Master's Order Re: *Softwar* Materials, pages 7:12 to 8:7, regarding the alleged letter from from Matthew Symonds to Patrick Gibbs, undated, relating to *Softwar* interview transcripts. |
| 7/26/07 | 901 | Exhibits 137 to 139 in Support of Plaintiffs' Motion for Summary Judgment Against Lawrence Ellison for Trading on the Basis of Material Non-Public Information | Excerpts from the deposition of Larry Ellison on March 30, 2007. |
| 7/26/07 | 901 | Exhibit 147 in Support of Plaintiffs' Motion for Summary Judgment Against Lawrence Ellison for Trading on the Basis of Material Non-Public Information | Excerpts from the deposition of Larry Ellison on March 30, 2007. |
| 8/7/07 | 959 | Plaintiffs' Amended Notice of Motion and Motion for Summary Judgment Against Lawrence Ellison for Trading on the Basis of Material Non-Public Information | Pages 23:10-22, which address the alleged destruction of *Softwar* tapes and transcripts. |
| 8/10/07 | 971 | Third-Party Witness Matthew Symonds' Memorandum of Points and Authorities Regarding Applicability of Fifth Amendment Privilege to Questions Identified by the Court | Mr. Symonds brief regarding applicability of Fifth Amendment privilege to questions identified by the Court in the Order Regarding Plaintiffs' Motion to Compel Testimony and Determine the Applicability of the Fifth Amendment Right Against Self-Incrimination to Foreign Citizen and Non-U.S. Resident Matthew Symonds (Docket No. 843). |

| 8/17/07 | 974 | Plaintiffs' Response to Third-Party Matthew Symonds' Memorandum of Points and Authorities Regarding Applicability of the Fifth Amendment Privilege to Questions Identified by the Court | Page 1:17-22, which quotes Mr. Symonds' August 10, 2007 brief. |
|---|---|---|---|
| 8/27/07 | 1025 | Exhibit 55 to [Corrected] Appendix of Exhibits in Support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgment | Pages 64 to 86, which contain a discussion of the alleged destruction of *Softwar* materials. |
| 8/27/05 | 1025 | Exhibit 225 to [Corrected] Appendix of Exhibits in Support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgment | Pages 23:10-22, which address the alleged destruction of *Softwar* tapes and transcripts. |
| 8/27/07 | 1026 | Exhibit J to the Appendix of Deposition Transcripts in Support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgment | Pages 571-586, 642-659, 661-667, and 685-691 of the deposition of Larry Ellison, March 30, 2007. |
| 9/6/07 | 1047 | Plaintiffs' [Corrected] Amended Notice of Motion and Motion for Summary Judgment Against Lawrence Ellison for Trading on the Basis of Material Non-Public Information | Page 23:12-24, which addresses the alleged destruction of *Softwar* tapes and transcripts. |
| 9/6/07 | n/a | Exhibit 124 of the Corrected Appendix of Exhibits in Support of Plaintiffs' Motion for Partial Summary Judgment | Pages 571-586, 642-659, 661-667, and 685-691 of the deposition of Larry Ellison, March 30, 2007. |
| 10/5/07 | 1176 | Plaintiffs' Notice of Motion and Supplemental Submission Regarding Defendants' Destruction of Evidence and Request for Sanctions and Objections to Special Master's July 17, 2006 Order Denying Plaintiffs' Motion to Compel the Restoration of Backup Tapes and for Miscellaneous Relief for the Destruction of Evidence | Pages 30:25-33:9, which address the alleged destruction of *Softwar* tapes and transcripts. |

| 10/5/07 | 1180 | Exhibit 179 to the [Corrected] Declaration of Monique C. Winkler in Support of Plaintiffs' Motion and Supplemental Submission Regarding Defendants' Destruction of Evidence and Request for Sanctions and Objections to Special Master's July 17, 2006 Order Denying Plaintiffs' Motion to Compel the Restoration of Backup Tapes and for Miscellaneous Relief for the Destruction of Evidence ("Corrected Winkler Declaration") | Pages 571-586, 642-659, 661-667, and 685-691 of the deposition of Larry Ellison, March 30, 2007. |
|---|---|---|---|
| 10/5/07 | 1180 | Exhibit 194 to the Corrected Winkler Declaration | Pages 2:20-24 of the Order Granting in Part and Denying in Part Plaintiffs' Motion to Compel Defendants' Production of Documents Concerning and Created in Preparation for the Book Softwar, and pages 3:9-16 of Exhibit A to the Order, which discuss financial information under the alleged Ellison-Symonds agreement. |
| 10/5/07 | 1180 | Exhibit 195 to the Corrected Winkler Declaration | Page 3:9-16 of Order Re: Plaintiffs' Motion to Compel Defendants' Production of Documents Concerning and Created in Preparation for the Book Softwar, which discusses financial information under the alleged Ellison-Symonds agreement. |
| 10/5/07 | 1180 | Exhibit 196 to the Corrected Winkler Declaration | Alleged agreement between Larry Ellison and Matthew Symonds, which includes financial information. |

| 10/5/07 | 1180 | Exhibit 197 to the Corrected Winkler Declaration | Alleged letter from Matthew Symonds to Larry Ellison and Carolyn Balkenhol attaching Collaboration Agreement and Proposal, which discusses financial information. |
|---------|------|--------------------------------------------------|------------------------------------------------------------------------------------------------------------------------------------------------------------------|
| 10/5/07 | 1180 | Exhibit 198 to the Corrected Winkler Declaration | Alleged e-mail from Andrew Wylie to Larry Ellison and Matthew Symonds, which discusses financial information. |
| 10/5/07 | 1180 | Exhibit 206 to the Corrected Winkler Declaration | Alleged letter from Matthew Symonds to Patrick Gibbs, undated, relating to *Softwar* interview transcripts. |
| 10/5/07 | 1180 | Exhibit 210 to the Corrected Winkler Declaration | Order Denying Defendants' Motion to Reverse Special Master's Order Re: *Softwar* Materials, pages 7:12 to 8:7, regarding the alleged letter from from Matthew Symonds to Patrick Gibbs, undated, relating to *Softwar* interview transcripts. |
| 10/5/07 | 1180 | Exhibit 227 to the Corrected Winkler Declaration | Page 7:12-14 of Plaintiffs' Reply in Support of Motion to Compel Additional Time for the Depositions of Larry Ellison and Safra Catz, which discusses the alleged letter from from Matthew Symonds to Patrick Gibbs, undated, relating to *Softwar* interview transcripts. |
| 10/5/07 | 1180 | Exhibit 229 to the Corrected Winkler Declaration | Transcript of the Deposition of Matthew Symonds, March 20, 2007. |

| 10/5/07 | 1181 | Exhibit L to the Supplemental Declaration of Monique C. Winkler in Support of Plaintiffs' Motion and Supplemental Submission Regarding Defendants' Destruction of Evidence and Request for Sanctions and Objections to Special Master's July 17, 2006 Order Denying Plaintiffs' Motion to Compel the Restoration of Backup Tapes and for Miscellaneous Relief for the Destruction of Evidence | Copy of Third-Party Witness Matthew Symonds' Memorandum of Points and Authorities Regarding Applicability of Fifth Amendment Privilege to Questions Identified by the Court. |