LATHAM & WATKINS LLP
  Peter A. Wald (SBN 85705)
  Michele F. Kyrouz (SBN 168004)
  Holly J. Tate (SBN 237561)
505 Montgomery Street, Suite 2000
San Francisco, California 94111-2562
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
E-mail: peter.wald@lw.com
        michele.kyrouz@lw.com
        holly.tate@lw.com

LATHAM & WATKINS LLP
  Patrick E. Gibbs (SBN 183174)
  Matthew Rawlinson (SBN 231890)
140 Scott Drive
Menlo Park, California 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600
E-mail: patrick.gibbs@lw.com
        matt.rawlinson@lw.com

LATHAM & WATKINS LLP
  Jamie L. Wine (SBN 181373)
633 West Fifth Street, Suite 4000
Los Angeles, California 90071
Phone: (213) 485-1234
Fax: (213) 891-8763
E-mail: jamie.wine@lw.com

Attorneys for Defendants ORACLE CORPORATION, LAWRENCE J. ELLISON, JEFFREY O. HENLEY, and EDWARD J. SANDERSON

ORACLE CORPORATION
  Dorian Daley (SBN 129049)
  James C. Maroulis (SBN 208316)
500 Oracle Parkway
Mailstop 5OP7
Redwood Shores, CA 94065
Telephone: (650) 506-5200
Facsimile: (650) 506-7114
E-mail: jim.maroulis@oracle.com

Attorneys for Defendant ORACLE CORPORATION

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION

| | |
|---|---|
| In re ORACLE CORPORATION SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Master File No. C-01-0988-MJJ (Consolidated)<br><br>**DECLARATION OF HOLLY J. TATE IN SUPPORT OF REPLY IN SUPPORT DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br>Date:   September 26, 2007<br>Time:   2:30 p.m.<br>Judge:  Hon. Martin J. Jenkins |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

TATE DECLARATION IN SUPPORT OF REPLY IN
SUPPORT OF DEFS' MOTION FOR SUMMARY JUDGMENT
Master File No. C-01-0988-MJJ

I, Holly J. Tate, declare as follows:

1. I am an attorney duly licensed to practice before the courts of the State of California. I am an associate with the law firm of Latham & Watkins LLP, counsel of record for defendants in the above-entitled action. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. I submit this declaration (the "Tate Declaration") in support of the Reply in Support of Defendants' Motion for Summary Judgment.

3. Attached hereto as Exhibit 363 is a true and correct copy of a transcript of Oracle's December 14, 2000 second quarter financial results conference call, Bates Numbered NDCA-ORCL 003215-47. Exhibit 363 to the Tate Declaration was previously attached as Exhibit 56 to the Declaration of Matthew D. Harrison in Support of Defendants' Motion for Summary Judgment ("Harrison Declaration"). Defendants attach this additional copy to highlight additional, relevant evidence for the Court's convenience in reviewing the record.

4. Attached hereto as Exhibit 364 is a true and correct copy of the Quarterly Financial Reporting Package from the fiscal quarter 2Q01, Bates Numbered NDCA-ORCL 975570. Exhibit 364 to the Tate Declaration was previously attached as Exhibit 22 to the Declaration of Ivgen Guner in Support of Defendants' Motion for Summary Judgment. Defendants attach this additional copy to highlight additional, relevant evidence for the Court's convenience in reviewing the record.

5. Attached hereto as Exhibit 365 is a true and correct copy of the Expert Rebuttal Report of R. Glenn Hubbard, dated June 22, 2007. Exhibit 365 to the Tate Declaration was previously attached as Exhibit 335 to the Declaration of Kyra G. Busby in Support of Defendant Ellison's Opposition to Plaintiffs' Motion for Summary Judgment Against Lawrence Ellison for Trading on the Basis of Non-Public Information. Defendants attach this additional copy to highlight additional, relevant evidence for the Court's convenience in reviewing the record.

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

TATE DECLARATION IN SUPPORT OF REPLY IN
SUPPORT OF DEFS' MOTION FOR SUMMARY JUDGMENT
Master File No. C-01-0988-MJJ

6.  Attached hereto as Exhibit 366 is a true and correct copy of excerpts from the transcript of the November 16, 2006 deposition of Jeffrey Henley, Oracle's Chief Financial Officer during the relevant time period.

7.  Attached hereto as Exhibit 367 is a true and correct copy of excerpts from the transcript of the June 22, 2006 deposition of George J. Roberts, Executive Vice President of Oracle's North American Sales Division during the relevant time period.

8.  Attached hereto as Exhibit 368 is a true and correct copy of excerpts from the transcript of the June 14, 2006 deposition of Sarah Kopp, Senior Finance Director for Oracle's Service Industries Division during the relevant time period.

9.  Attached hereto as Exhibit 369 is a true and correct copy of excerpts from the transcript of the May 24, 2006 deposition of John Nugent, Senior Vice President for Oracle's General Business Division of North American Sales during the relevant time period

10. Attached hereto as Exhibit 370 is a true and correct copy of a transcript of Oracle's December 14, 2000 second quarter financial results conference call, Bates numbered NDCA-ORCL 003215-47.  Exhibit 370 to the Tate Declaration was previously attached as Exhibit 271 to the Declaration of Sean P.J. Coyle in Support of Defendants' Opposition to Plaintiffs' Amended Motion for Partial Summary Judgment ("Coyle Declaration").  Defendants attach this additional copy to highlight additional, relevant evidence for the Court's convenience in reviewing the record.

11. Attached hereto as Exhibit 371 is a true and correct copy of excerpts from the transcript of the February 2001 Press Conference involving Larry Ellison, Bates Numbered NDCA-ORCL 306962-86.

12. Attached hereto as Exhibit 372 is a true and correct copy of a May 24, 2000 Oracle Press Release titled: *Oracle Ships 11i, Industry's First Integrated E-Business Suite*, Bates Numbered NDCA-ORCL 027782-84.  Exhibit 372 to the Tate Declaration was previously attached as Exhibit 107 to the Harrison Declaration.  Defendants attach this additional copy to highlight additional, relevant evidence for the Court's convenience in reviewing the record.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

TATE DECLARATION IN SUPPORT OF REPLY IN
SUPPORT OF DEFS' MOTION FOR SUMMARY JUDGMENT
Master File No. C-01-0988-MJJ

1    13. Attached hereto as Exhibit 373 is a true and correct copy of the
transcription of Oracle's November 29, 2000 earnings call. Exhibit 373 to the Tate Declaration was attached as Exhibit 272 to the Coyle Declaration. Defendants attach this additional copy to highlight additional, relevant evidence for the Court's convenience in reviewing the record.

14. Attached hereto as Exhibit 374 is a true and correct copy of Oracle Corporation's Annual Report for Fiscal Year 2000, Bates Numbered NDCA-ORCL 141269-361. Exhibit 374 to the Tate Declaration was previously attached as Exhibit 41 to the Harrison Declaration. Defendants attach this additional copy to highlight additional, relevant evidence for the Court's convenience in reviewing the record.

15. Attached hereto as Exhibit 375 is a true and correct copy of Plaintiff SEIU's Third Supplemental Responses to Defendants' Second Set of Interrogatories, dated January 31, 2007, which is substantively identical in all relevant respects to Plaintiffs' other responses of that date. Exhibit 375 to the Tate Declaration was attached as Exhibit 81 to the Harrison Declaration. Defendants attach this additional copy to highlight additional, relevant evidence for the Court's convenience in reviewing the record.

16. Attached hereto as Exhibit 376 is a true and correct copy of the June 22, 2006 Expert Rebuttal Report of Edward Yourdon. Exhibit 376 to the Tate Declaration was previously attached as Exhibit 200 to the Harrison Declaration. Defendants attach this additional copy to highlight additional, relevant evidence for the Court's convenience in reviewing the record.

17. Attached hereto as Exhibit 377 is a true and correct copy of the May 25, 2007 Expert Report of Edward Yourdon. Exhibit 377 to the Tate Declaration was previously attached as Exhibit 102 to the Harrison Declaration. Defendants attach this additional copy to highlight additional, relevant evidence for the Court's convenience in reviewing the record.

18. Attached hereto as Exhibit 378 is a true and correct copy of the May 25, 2007 Expert Report of Brooks L. Hilliard. Exhibit 378 to the Tate Declaration was previously attached as Exhibit 190 to the Harrison Declaration. Defendants attach this additional copy to highlight additional, relevant evidence for the Court's convenience in reviewing the record.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

TATE DECLARATION IN SUPPORT OF REPLY IN
SUPPORT OF DEFS' MOTION FOR SUMMARY JUDGMENT
Master File No. C-01-0988-MJJ

19. Attached hereto as Exhibit 379 is a true and correct copy of excerpts from the transcript of the June 28, 2007 deposition of Brooks L. Hilliard, Plaintiffs' technical expert for Suite 11i issues.

20. Attached hereto as Exhibit 380 is a true and correct copy of excerpts from the transcript of the May 16, 2006 deposition of Gregory Seiden, Oracle's Vice President of Applications Integration (reporting up through ERP division) during the relevant time period

21. Attached hereto as Exhibit 381 is a true and correct copy of excerpts from the transcript of the March 23, 2006 deposition of Ronald Wohl, Oracle's Executive Vice President of Applications Development (ERP) during the relevant time period.

22. Attached hereto as Exhibit 382 is a true and correct copy of excerpts from the transcript of the June 16, 2006 deposition of Michael Cochran, Vice President of the Northeast Region of the Majors Division of Oracle's North American Sales Group during the relevant time period.

23. Attached hereto as Exhibit 383 is a true and correct copy of excerpts from the transcript of the September 21, 2006 deposition of Lawrence Ellison, Oracle's Chief Executive Officer during the relevant time period.

24. Attached hereto as Exhibit 384 is a true and correct copy of excerpts from the transcript of the July 25, 2006 deposition of Edward J. Sanderson, Oracle's Executive Vice President for Oracle Product Industries ("OPI") and Latin America Sales Divisions and for Oracle's Americas Consulting Division during the relevant time period.

25. Attached hereto as Exhibit 385 is a true and correct copy of the May 25, 2007 Expert Report of J. Duross O'Bryan.  Exhibit 385 to the Tate Declaration was previously attached as Exhibit 220 to the Harrison Declaration.  Defendants attach this additional copy to highlight additional, relevant evidence for the Court's convenience in reviewing the record.

26. Attached hereto as Exhibit 386 is a true and correct copy of excerpts from the transcript of the August 1, 2006 deposition of Gary Matuszak, third party Arthur Andersen LLP's lead audit partner for their Oracle engagement during the relevant time period.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4

TATE DECLARATION IN SUPPORT OF REPLY IN
SUPPORT OF DEFS' MOTION FOR SUMMARY JUDGMENT
Master File No. C-01-0988-MJJ

27. Attached hereto as Exhibit 387 is a true and correct copy of excerpts from the transcript of the July 12, 2007 deposition of John Duross O'Bryan, Defendants' accounting expert.

28. Attached hereto as Exhibit 388 is a true and correct copy of excerpts from the transcript of the July 9, 2007 deposition of D. Paul Regan, Plaintiffs' accounting expert.

29. Attached hereto as Exhibit 389 is a true and correct copy of Oracle's Form 10-Q Filed January 16, 2001, Bates Numbered NDCA-ORCL 143468-507. Exhibit 389 to the Tate Declaration was previously attached as Exhibit 161 to the Harrison Declaration. Defendants attach this additional copy to highlight additional, relevant evidence for the Court's convenience in reviewing the record.

30. Attached hereto as Exhibit 390 is a true and correct copy of the May 25, 2007 Expert Report of D. Paul Regan. Exhibit 390 to the Tate Declaration was previously attached as Exhibit 226 to the Harrison Declaration. Defendants attach this additional copy to highlight additional, relevant evidence for the Court's convenience in reviewing the record.

31. Attached hereto as Exhibit 391 is a true and correct copy of the March 1975 Statement of Financial Accounting Standards No. 5.

32. Attached hereto as Exhibit 392 is a true and correct copy of an email from Tom Williams to Jennifer Minton attaching documents re: Giveback Analysis, dated November 2, 2000, Bates Numbered NDCA-ORCL 1607461-74.

33. Attached hereto as Exhibit 393 is a true and correct copy of the March 1, 2001 Conference Call Transcript, Bates Numbered NDCA-ORCL 419801-18.

I hereby declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on September 10, 2007 in San Francisco, California.

/S/
_____
Holly J. Tate