ORACLE CORPORATION
Moderator: Stephanie Aas
12-14-00/4:30 p.m. CT
Confirmation # 474122
Page 1

# ORACLE CORPORATION

## Moderator: Stephanie Aas
## December 14, 2000
## 4:30 p.m. CT

Operator:  Good day, everyone, and welcome to today's Oracle Corporation second quarter financial results conference call.  Today's conference is being recorded.  At this time, I would like to introduce Oracle Corporation's Senior Director of Investor Relations, Stephanie Aas.  Stephanie, please go ahead.

Stephanie Aas:  Thank you, operator.  I would like to introduce, to you, the speakers, Mr. Larry Ellison, Chairman and Chief Executive Officer and Jeff Henley, Executive Vice President and Chief Financial Officer.  Today's call will begin with Jeff, reviewing some of the key financial results and Larry will cover the state of the company and industry trends.  Then, we'll - then, it will be followed by Q&A session.

Again, in consideration of the SEC's regulation FD, we will be adjusting our communications with the financial community.  Today, during the Q&A session, Jeff will lead a discussion in some of the assumptions analysts may use in building their financial model.  Rather than reviewing our assumptions in separate, one-on-one discussions with analysts, we'll try to address all these questions at one time in a public forum.  So going forward, therefore, the quarterly earnings call will serve as the primary form of communication with analysts on building their models.

CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER

NDCA-ORCL 003215

ORACLE CORPORATION
Moderator: Stephanie Aas
12-14-00/4:30 p.m. CT
Confirmation # 474122
Page 2

Before we begin, however, I appreciate your patience as I review the required statement (for)

Safe Harbor. Our discussion may include predictions, estimates and other information that might

be considered forward-looking. While these forward-looking statements represent our best

current judgment on what the future holds, they are subject to risks and uncertainties that could

cause actual results to differ materially. Throughout today's discussion, we'll attempt to present

some important factors relating to our business that may affect our predictions. You should also

review our most recent Form 10-K and Form 10-Q for a more complete disclosure of the risk

factors.


With that, I'd like to turn the call over to Jeff Henley.


Jeffrey Henley:  OK. Thanks, Stephanie. Well, I thought I'd cover a couple of major themes, here, and

then we'll go to the numbers. First, I'd say, overall, we're very pleased with the quarter. It was an

excellent quarter and I think there were, really, no early surprises from what we figured it would

come out.


Let's start with currency. You know, I think everyone is well-aware that the euro is in a down

draft. And we've actually had 19 consecutive quarters of negative currency. This is probably

about as extreme as we've seen in any of those 19 quarters. It was down - worldwide, it had an

effect of about almost seven percentage points, 6.5 percentage points. And, you know, I think it

tends to distort what's really going on. So we've always broken out our figures, both in actual

reported dollars, after the effect of translation. And then in constant dollars. And we'll do a little

of that, today, again. But we tend to look at constant dollars, internally, and we believe it's a

better measure for the real absolute performance in our various regions. And we break out, in

our analysts' spreadsheets, are Europe and Asia and America in constant dollars and we'll

continue to provide those.

CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER

NDCA-ORCL 003216

This was, you know, a good quarter, again, for license growth. Our total license growth was 32 percent in constant dollars. And this was the second quarter in a row, that it's exceeded 30 percent, constant-dollar growth. And just anecdotally, the last time we had two quarters in a row of more than 30 percent constant-dollar license growth was 3½ years ago. And actually, for the last three-out-of-four quarters, we've grown in excess of 30 percent constant-dollar growth. And the guidance I'll give a little bit later, would continue to think that we can do at 30 percent, or better, in constant-dollar growth for license. So we think that things are going pretty well and, you know, have a potential of actually getting better.

Our database license growth was 19 percent, but again, had seven points of currency. So really, in local currency, it was 26. And that effect is more significant, the lower the number is. It had a similar effect in applications, but because the number is so much bigger, you tend to discount the currency a little bit more. The first half, database growth was 24 percent in dollars, or 30 percent in constant dollar, or local currency growth. So we had a good first half. We had cautioned people that the first quarter was not sustainable. We felt we would fall back and kind of ended about where we thought.

The applications business, we said, would rebound and we thought we'd do quite a bit better than Q1, and it did. It was 66 percent, in dollars, or 73 percent, local currency. And certainly, as I'll talk about, later we're very optimistic about the third quarter and beyond. Because we're, now, through this first couple of quarters and feel like everything is kind of stabilized and we're kind of ready to run full-throttle, now, from here on out with (11I).

In our consulting and education business – I talked about this at our last call on our analyst day – in local currency, we showed one percent positive growth, which is quite modest, obviously, but it is a significant eight percentage point improvement from the low point that was last quarter, of negative seven. So we said that the current - the consulting/education would begin to rebound,

CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER

NDCA-ORCL 003217

ORACLE CORPORATION
Moderator: Stephanie Aas
12-14-00/4:30 p.m. CT
Confirmation # 474122
Page 4

this quarter.  It did and we certainly think that will continue next quarter with a similar kind of a rebound in this next quarter, coming up.

For the fourth consecutive quarter, we had an operating margin improvement of more than double-digit, in terms of percentage of revenue.  So our operating margin, this quarter, was up almost 11 percentage points, as a percentage of revenue.  And year-over-year, the absolute margin, obviously, grew more than (60) percent.  If you compare - if you add that on to last - one year ago, Q2, we - that's when we really started growing our margins.  It was - at that point, it grew 6.2 percentage points.  So cumulatively, for the last two Q2s, of the two years, we've, now, nearly doubled our margins.  We've grown them 17 percentage points.  And this has really been - I've covered this on other calls on our analysts day.  It's a result of this e-business transformation that we're going through.  And we will continue that work, up into next summer, so I think there - we will continue to see some nice improvement, going forward.

And then, lastly, I guess the whole point of the economy.  I think this is really important.  Apparently - I have not been reading the news, today.  But apparently, Microsoft announced a slowing.  And certainly, all the PC industry has been coming out, for several months, now, and announcing shortfalls and so forth.  At this point, we see no impact or slowing in our business.  We have seen no slowing of our business.  We believe that (the US economy) is slowing down, from what we can tell.  And we believe there are some reasons, even beyond the economy, why the PC industry may be slowing down.

We think our industry is not correlated, very much at all, with the PC industry.  We're not in the desktop business.  We think all the interest, these days, is in the Internet.  It's in servers.  It's in Internet architectures.  And so, we're fortunate to be in the right place, at the right time.  And we think we're growing share.  So, you know, if we were to have a - I guess, a hard landing, a recession, depression, I mean, certainly, that could have some impact.  But as long as we're simply slowing and going into more of a soft landing, we continue to believe that our business

CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER

NDCA-ORCL 003218

should do quite well. And as I said, the product cycle is actually getting better. So arguably, our business could get better, not worse. So I think it's really just important to point out that all tech companies are not the same. We're in a sector, I think, that is, you know, much more immune to economic issues, I think, than some. And there are structural issues, I think, in some parts of our industry that, again, aren't impacting us.

OK. So let's turn to just a little more discussion of the numbers. Again, we (give out) the spreadsheets. I think some of you have had a chance to look at them. But for the quarter, as I said in the call, the server growth, in local currency, was up 26 and applications, up 73. One thing that we get from time to time, are these questions, or comments, apparently, they're being made in the marketplace, that Oracle, somehow, is moving money around between database and applications. I can assure you this is not true. Our applications, the best I know, are the only pure applications number of all of our competitors. All of our database revenue is priced separately, always has been, always will be. It's reported as database. It's not applications. Many of our competitors resell other people's products. They resell database. Our number is a pure number. It is never distorted. It always the same. So I wish the people who write these things, or spread these rumors, would stop it because it's just not true. And it's just not fair. OK?

The next point that we always talk about is the big deal factor. If you look at large deals as a percentage of revenue, it was up markedly this quarter, 45 percent, versus 36 percent a year ago. So 45 percent of revenue came from deals, (half a million), and larger. In analyzing this, it's, actually, kind of obvious what's happening. We're starting to do a lot more applications business, and that's really where this is coming. We are doing a lot of applications business. And many of these deals are done at half million dollars (sizes) and higher. Actually, the database business is not the part of this at all. We moved to the power unit pricing almost a year ago. And if anything, that's been - we've been doing fewer large deals in that area. So it's simply a function of mix shift into more applications business. And I think this will continue. I think, the more successful we are in applications, we'll see lots of big deals in the application space.

CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER

NDCA-ORCL 003219

ORACLE CORPORATION
Moderator: Stephanie Aas
12-14-00/4:30 p.m. CT
Confirmation # 474122
Page 6

In terms of (services). I think I talked about that earlier. Our consulting and education business was up in local currency, one percent. And our support business was up, I think, 28 percent. And again, we see that a continued trend where consulting had been going and education had been dropping for, like, nine quarters in a row. We hit the bottom last quarter. And I think you'll see that continuing to ratchet up. So we will bring the total services revenue growth up each quarter.

Geographically, the Americas grew 20 percent in constant dollars, (EMEA) grew 18 percent in constant dollars, Asia-Pacific grew a 34 percent in constant dollars. And again, we have the dollar amounts available in the spreadsheets. I think the constants are more reflective of the real trends. So that's why I focused that on this call.

In terms of headcount. Actually, this is the first quarter, in five quarters, that the headcount, sequentially, grew a little bit. It grew two percent. And again we said, on the last call, that because we saw growing strength in our business and we thought that the consulting business would start to pick up and we needed more sales talent because of the demand of the pipeline, we would start adding back people. So that's beginning to happen. And I anticipate that you'll see modest growth, probably, the rest of this year. Again, the trick is not to add as many people as we would have, in the past. (Yet), continue to get a lot of productivity, not add a lot of people. But we will, definitely, probably continue to add - to see some modest growth in headcount for the rest of this year.

In terms of other income. Sequentially, it dropped this quarter, from last quarter. And again, because we did a lot of buybacks during the first quarter, so we didn't earn as much interest income, this quarter. Our tax rate is 35.5 percent. I think that's unchanged, versus a year ago, it was 35.0.

CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER

NDCA-ORCL 003220

ORACLE CORPORATION
Moderator: Stephanie Aas
12-14-00/4:30 p.m. CT
Confirmation # 474122
Page 7

In terms of DSO, we had 66 days, DSO, versus 69 a year ago. And one other important point, I guess (I would mention), is the EPS. We've had (two, two-for-one) stock splits in the last - within the last 12 months. So I think, again, we exceeded the - most people's estimates by a penny. If you go back to a year ago, that was the equivalent to exceeding the estimates, a year ago, by four pennies. So again, we've - I think it's important to look at the percentage amount that we beat analysts' estimates, as opposed to a penny, because we've got almost six billion shares.

In terms of the - I guess, the outlook of the - for the coming quarter. We have decided to continue to be a little more specific, in accordance with the new ideas, here, in the Full Disclosure. So let me kind of go through some of the key assumptions. The currency, at the current rates, will continue to be negative, although not as much. So the rate that we estimate would be negative five percent in the third quarter, and negative three percent in the fourth quarter. The - so the numbers I'm going to give you here, for database and applications include these negative amounts. So for instance, in database, we're thinking, you know, 15-to-20. You have to add five points to that, in terms of real (constant) dollar growth, or 20-to-25. Applications, we're thinking 75, or potentially better. You'd have to add five points to that. So clearly, we think there's an opportunity to do better in the third quarter, based on the pipeline and a belief that we'll see growing momentum in our applications business, now that we're through this first six months.

The total license growth will be about 25 percent in, again, reported dollars, or add five to that 30 percent constant dollars. So at this point, I think we've seen enough strength at that 30 percent-plus number that I'm holding. I think that's a (reasonable) expectation, (is, kind of), guide people to our 30 percent constant dollar license growth.

In terms of services, we see consulting-education growing, again, so that it would be five percent in dollars, or 10 percent in real. Twenty-three in support, or 28, real and 15, or 20 percent in service. So again, I've predicted you'd see that services number picking up, and I think you'll see that. And then, if the currency becomes less, that also adds to the dollar reported number.

CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER

ORACLE CORPORATION
Moderator: Stephanie Aas
12-14-00/4:30 p.m. CT
Confirmation # 474122
Page 8

In terms of other income. It would be about the same as last quarter, a little bit higher, maybe, 45 million, we figure. In the area of per share, we think it would be 12 cents. Now, again, that's based on some models, and I think most of the people's estimates are around that. And also, just historically, the third quarter is slightly better than the second quarter. That's the way, sequentially, it's worked, here. And if you look back at the last three years, sequentially, the third quarter, split adjusted, has been one cent a share better than the second quarter. So we did 11 cents in the second quarter. So I would assume, 12 cents would be a reasonable number at this point. I don't think history is going to be a lot different, here.

In terms of the fourth quarter, I think, pretty similar kind of guidance in terms of revenue growth. And (expect) that we'd have a little less currency growth. Going back to third quarter, the one caveat I would say that, you know, again, these numbers bounce around. We do have probably, a little bit tougher comparison in the third-quarter database. And probably, a little bit easier comparison in the fourth quarter on database. But I'd give similar kind of guidance for the fourth quarter for revenue growth. So again, I think, if anything, we still need to see just how high is high with (11I) and with, certainly the new (9I) release that goes out in the spring. But we're pretty confident that things will do - could do better, actually. Because that's been our experience. After the first couple of quarters, if you have a great product and a great release, things can actually get - you can see some acceleration. We're certainly hopeful that that's going to happen. And certainly, the pipeline, we have for Q3, looks very exciting at this point.

I'll just do one other thing. I mentioned a couple of major customer wins. And again, the idea is really, to kind of point to why people are buying. I think it's very important. As you know, we've been big believers in the E-Business Suite and the integration, and so forth. And so, I'll point to a couple of wins and kind of point at what they're doing and why I think they're good examples. One is (JDS Uniphase). (Joe Rivera) is the (CIO) there. I think he's done a marvelous job. Has taken, in about a year and a half, a company that is (rapidly) gone through acquisition. And has

CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER

NDCA-ORCL 003222

ORACLE CORPORATION
Moderator: Stephanie Aas
12-14-00/4:30 p.m. CT
Confirmation # 474122
Page 9

basically, converted entire company, entire organization, worldwide, to the full E-Business Suite.

He's done this with a couple of buys. And I think they moved 14 countries already, into that E-Business Suite, within a year and a half. So, actually, in 11 months, I think. So they're going single instance, rapid deployment, fully business suite, ERP, supply chain, CRM, everything. Certainly, I think they get it. And I think the fact that they're able to run a single instance, the fact that they're able implement, so rapidly, is a testimony to the adoption of the E-Business Suite.

Another on is American General. This is a more traditional insurance company, major insurance company, down in Houston. They have a bunch of different point solutions that they had from some of our competitors. They have decided to buy – and did buy – this quarter, the second quarter, the entire E-Business Suite. The front - everything. Every bit of the E-Business Suite. Because they believe that they can make a significant e-business and they're beginning to make some estimates to Wall Street, as to what they can do, in terms of e-business in their insurance company.

We've done -- usually, with customers, we've done it in steps. But I think we see customers starting to buy pieces of the E-Business Suite. But more and more, they're saying, "You know, we intend ultimately, to do the whole thing." And I think this is what you're seeing. People are not going to necessarily buy it all at once. But you're going to see taking these steps. And knowing that they can keep just adding on pieces and eventually, have this massive, integrated suite that gives them tremendous cost of ownership and business value and information value.

We have some terrific wins at Compaq. They're - they've, essentially now, over the course of several years, have bought the entire E-Business Suite. We had a great additional CRM win at H-P, this quarter. They have a very comprehensive CRM strategy, and are using our Sales Online module in North America already, and have been for awhile. We had a great win at (Exponet), another similar kind of tech story, the GDS interface, buying the entire suite. Acquired

CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER

NDCA-ORCL 003223

ORACLE CORPORATION
Moderator: Stephanie Aas
12-14-00/4:30 p.m. CT
Confirmation # 474122
Page 10

a bunch of companies. Rolling out the entire suite for the entire company. So, you know, we have a whole list of people. We won about 25 different, advanced planning deals in the quarter.

The good news about applications, this quarter, is that every part of the little sub-markets that we're in, we're strong. And every geography, (we're) strong, Europe, Asia, U.S.. So there's nothing that we - no weakness in our applications business and the pipelines at every one of these geographies looks astounding for this next quarter. So we're very excited and we really do think that the message we have will only continue to gain traction over time. OK?

So with that, I think I'll turn it over to Larry and he can make some comments - further comments.

Lawrence Ellison: Well, again, I'd like to reiterate what Jeff said, the pipelines really are astounding. The issue has been for some time, customers that we're talking to, not whether they want the suite, or not, but whether we can deliver (the suite). And that's really been the big question. And it's been a very challenging engineering project, you know, taken place over the last several years. It's getting clearer and clearer to the marketplace that not only, we can deliver the suite, but we have delivered the suite.

We have almost 100 live customers running right now. And some of them are very, very large. BellSouth is live on all of the back office accounting pieces, and is now moving to implementation of the CRM. We have a project at GE, that (I'm) intimately involved with. For - from the time they made the decision at GE Power, we're going to have their first factory up and running in six months. The whole - all of GE Power, up and running in 18 months.

Now, these are astounding timeframes, in terms of delivering a comprehensive application automation of very, very large companies. The question is, how can we do it? You know, how can we do it? We do it because there's no systems integration required. This is a huge point and is not well understood. The conventional way of delivering applications, the so-called best-of-

CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER

NDCA-ORCL 003224

ORACLE CORPORATION
Moderator: Stephanie Aas
12-14-00/4:30 p.m. CT
Confirmation # 474122
Page 11

breed (approaches) - customer buys applications from several different suppliers. And after they accumulate those applications and enough pieces are in the garage, they hire - they got the parts. Now, they had to hire the labor – either Anderson Consulting or IBM – to assemble these parts into a complete and running system. And in fact, it's really the responsibility of the consuming company of this technology, to make all the pieces work together. Typically, the cost of (system) integration is five to 10 times the cost of the software. And it takes years to get those pieces running. There are (SAP) implementations that cost billions of dollars and taken years and years, and they're still not complete.

Our approach is radically different. If you buy the complete E-Business Suite, there is no systems integration required. I might add that General Electric Power, GE Power, is putting in (our) applications, (our) manufacturing, (there are) other things (in), with no modifications at all. No systems integration. No modifications. It goes in very, very fast, matter of months, and you get a return. You get a return in savings, very quickly.

Most of the risk associated with installing these applications has to do with the labor you hire to glue these pieces together. IBM shows up with a bunch of guys with glue guns, and they're trying to figure out how to attach (Siebel) to (BroadVision) to (Epiphany) to - you know, to Commerce One, to Ariba to (SAP). And it's hard, and it's complex. In fact, IBM is planning a whole new series of ads, emphasizing how complex this is. And our whole approach is to agree with IBM. (That it is) an enormously complex process. And if you're going to go into a process like that, you need to hire IBM or Anderson Consulting, and you need to have lots and lots of money and lots and lots of time. And a stomach for risk. Or, you can buy our complete E-Business Suite, where all the pieces are designed and engineered to fit together, and no systems integration is required. It's up and running in months. You get the savings in months. It costs you less, and it takes less time to install.

CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER

NDCA-ORCL 003225

ORACLE CORPORATION
Moderator: Stephanie Aas
12-14-00/4:30 p.m. CT
Confirmation # 474122
Page 12

In a down economy, in an economy where people are concerned about their expenses, we are an obvious alternative to the old-style, best-of-breed parts and labor approach. Get the whole thing in. Start saving money, fast. Minimize your risks. Minimize your costs. Minimize the time to getting those applications up and running. It's a radically-different approach. It's something new. It's almost as radically-different as the Internet was, from client server. And by being first, to radically new ideas, we have gained tremendous advantage in this marketplace. The question is, could we actually deliver a complete and integrated e-business suite? The answer is, yes. And the market is beginning to buy.

Stephanie Aas: All right, operator, we're ready for questions and answers.

Operator: Thank you. The question-and-answer session will be conducted electronically, today. If you do have a question, please press the star, or asterisk key, followed by the digit one on your telephone. We will proceed in the order that you signal and we will take as many questions as time permits. Once again, press star-one if you do have a question. And we'll pause for just a moment.

And our first question will come from Neil Herman.

Neil Herman: Hey. Congratulations. Now I lost my question. Oh, first question is, could you talk a little bit about - it looks like you bought some stock back this quarter. Could you give us as to about how much stock you bought back, and what your expectations there are, going forward?

Jeffrey Henley: Yes. For the first half, we bought nearly five billion dollars. And again, we drew down some of the money that we did on the Japanese sales, back in the fourth quarter. So that's, obviously, I think, a higher than normal run rate. You know, we've had a regular buyback program and I think you'll see us continue that. But it probably won't be quite that high, obviously, for the second half. But we will be in the market and we have a regular program and it varies

CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER

NDCA-ORCL 003226

ORACLE CORPORATION
Moderator: Stephanie Aas
12-14-00/4:30 p.m. CT
Confirmation # 474122
Page 13

from quarter to quarter.  But this is a little higher than normal because of that Japan sale, last

year.

Lawrence Ellison:  And we thought the stock price was very attractive.

Neil Herman:  Great.  Secondly, on the applications business, how much of your success, there, do you

think is because of organic growth in the market?  And how much is because of some of the pain

being experienced by your competitors, particularly, (SAP) and market share gains?  And then,

could you, also, give us a sense as to what the underlying growth was in your (core) historic ERP

business as that gives you opportunities to sell the rest of your E-Business Suite around those

core suite of applications?

Lawrence Ellison:  Well, I think the answer is, the market is good.  And we really are beginning to win

more and more, head-to-head competitions against the niche specialists.  So the market is very

healthy, in general.  Unlike, let's say, the PC market, the enterprise software market, you know,

seems to be very, very healthy.  And we expect, now that the E-Business Suite is in its seventh

month of life, we expect it to be more and more successful in these head-to-head competitions

against specialists in the area of sales automation or procurement or any of the other, so-call,

best-of-breed companies.

Neil Herman:  If I could throw in, one last one, there's some concern, out there, about Sun and their

server shipments.  And if that is slowing, what impact that could ultimately have on you because,

obviously, they're an important partner for you.  Could you kind of give us your sense on all that?

Lawrence Ellison:  Well, again, to the best of my - I mean, I don't know about any slowdown at Sun.  I

certainly, you know, talk to those people, regularly.  And I think, you know, their business seems

good, but you really should talk to them.  Suffice to say that our business in Q - we're already off

to a great start in Q3.  We've had a pretty fantastic, you know, first half of December.  And our

CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER

NDCA-ORCL 003227

ORACLE CORPORATION
Moderator: Stephanie Aas
12-14-00/4:30 p.m. CT
Confirmation # 474122
Page 14

business looks, again - what did Jeff say, spectacular?  Outstanding?  Looks like we're going to

have a very, very strong Q3.


And while our business is related to Sun, and we do sell a lot of software on Sun, I think - we also

sell on H-P.  We also sell on Compaq.  You know, we sell on all different kinds of servers.  Our

software runs on a hardware you - that's existing.  One of the interesting things in (JDS

Uniphase).  Also, what's interesting about our own internal implementation is, we're - we used to

run - for example, one of our systems ran on '97 servers, a little over a year ago.  It now runs on

two servers today.  So again, we are - this whole idea of running global systems on a small

number of larger computers, and providing information, all over the world.  Not only does it save

you money, in terms of limiting systems integration.  It also saves you money, (requires less)

hardware, requires, you know, less expensive networks.  It's just a, you know, there are savings

all along the way from the implementation to after the fact when you are in fact an e-business.


Neil Herman:  (Great).  Thanks.  Congratulations.


Lawrence Ellison:  Thank you.


Operator:  The next question will come from Jim Moore.


Jim Moore:  Yes, hi.  I was wondering if you could talk about the applications business, particularly 11i.

And, you know, what's going on with the market drivers there?  Is it poor ERP?  Do you think it's

the overall, you know, suite (health)?  And also, can you give us the number of customers that

are live on 11i, and the number that are in the process of implementation?


Lawrence Ellison:  Sure, there are 83 live 11i customers now.  And we have, you know, literally over the

next couple of weeks, another 100 or so customers going live.  An awful lot of customers are

planning on going live, you know, during the Christmas holiday.  So we'll be at hundreds of


CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER

NDCA-ORCL 003228

ORACLE CORPORATION
Moderator: Stephanie Aas
12-14-00/4:30 p.m. CT
Confirmation # 474122
Page 15

customers in January.  In terms of the business - I mean, it's very, very interesting, in some cases

we're actually starting to replace i2; we replaced i2 at (QualCom), we replaced i2 at (Paradyne),

we replaced i2 at (Hayworth).  This is a (place) where i2 is paid for, installed.  And they're just

throwing it out and putting in our advanced planning and scheduling.  We're also replacing

(Siebel) in several places.  Again, it's really kind of across the board.  You know, this - our

software - this is just the beginning.  Our software is brand new, 11i is brand new and we're just

beginning to get traction in the market place.  Jeff said "I don't know how good is good."  Me too.

I don't know how good is good, but boy, it could be real good.


Jeff Henley:  Jim, I would say, you know,  all segments look good.  The European market, you know,

rebounded so that's been good for us.  We're doing well in HR financials.  Supply chain is good,

(Sierra) is good.  So all these segments are great which is terrific, you know, terrific news.


Jim Moore:  It's - you know, the ones that - places like (QualCom) and Motorola and others, are those

existing Oracle applications accounts?  Are you coming in fresh, selling applications there?


Lawrence Ellison:  It really varies from account to account.  Sometimes we're coming in absolutely fresh

and selling entire suites.  Sometimes we're selling another component of another part of the E-

Business Suite to existing customers.  Sometimes we're selling the rest - all of (CRN) to an

existing (ERP) customer.  It's all over the (map).  The real issue was, and the real issue's been,

and I really want to emphasis this, is everyone loves the idea of avoiding doing expensive,

complex, you know, risky systems integration.  The question everyone had, including our existing

customers, is could we in fact deliver this enormously, you know, comprehensive suite of

applications that puts every aspect of your business on the Internet?  And we did.  And they're

seeing it.  And they're buying, everywhere.


Jim Moore:  OK.  Last question.  Jeff, you want to comment on the margin goals for the next year?  Are

you still anticipating pretty healthy margin growth from here?


CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER

NDCA-ORCL 003229

ORACLE CORPORATION
Moderator: Stephanie Aas
12-14-00/4:30 p.m. CT
Confirmation # 474122
Page 16

Jeff Henley:  Well, in the second half of this year, I think I said that - I gave some EPS numbers which would indicate we're going to do well again on margin.  I think for next (fiscal year) let's see a little more results this year.  But clearly, I think you can't keep having 10 point improvement forever, right?  You get into infinity, or something.  But, I think we certainly have room beyond this fiscal year to see more productivity.  Because, think about it, our whole E-Business Suite just gets finished this summer.  And then we'll still have (a lot of) customer adoption around the self-service.  So I think probably we won't maybe see quite as much expansion of margins in future years.  But I think we're going to have an opportunity.  And I think our top line (growth) should be better.

Jim Moore:  OK.  Thanks a lot.

Operator:  And now we'll move on to Rick Sherlund.

Rick Sherlund:  Thanks and good quarter.  The consulting business, Jeff, I'm wondering how fast you think you can grow that over the next year.  And as that starts to grow again, is that lower margin business for you, as that starts to take a little bit of the margin story away?

Jeff Henley:  I don't  think so.  I think, you know again, we have - we're not emphasizing consulting.  But when your Apps Business is growing as fast as we think it will grow, it's going to just drag a natural growth rate back up of (bidding and consulting).  We're still committed to partnering, all the other stuff.  But, it's is - it's not, you know, it's going to grow this quarter I think, App Consulting Education I said on a (constant dollar), I think I said it would grow 10 percent versus one this last quarter.  That is still far less than the rest of the business.  So I don't think it'll have any appreciable bringing down of overall margin, if you will.  And again, we're doing a good job in getting the margins up in our consulting and education business.  So it ought not to be a big drag on our margin, if that's the concern.

CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER

NDCA-ORCL 003230

ORACLE CORPORATION
Moderator: Stephanie Aas
12-14-00/4:30 p.m. CT
Confirmation # 474122
Page 17

Rick Sherlund:  As far as you're - the big deals, I'm wondering if you can comment.  You know, have you

seen deals that are bigger than usual?  It sounds like on the database side that's not the case.

Apps, (sort) of, bigger deals are coming through now.  Can you characterize - I don't think you

disclosed how big your biggest deal is, but anything out of the ordinary there in the quarter?

Jeff Henley:  I would say, you know, we always - it seems like every quarter we always have a big deal or

two.  And those are generally in the 10 to 30 million range, you know, we never have a lot of

them.  And I think this was - that was the same this quarter.  The - when we went to the power

unit pricing a year ago we told people that that probably will mean that we won't do as much, you

know, large deals.  And I think that's come to pass.  So, where we're seeing more of the big deals

tends to be around Apps.  And I think that - we we're talking about it on Monday, it's quite likely as

this catches on more and more, we may see more big deals in a quarter.  Because I think if we

can get into a buying frenzy, I think people will start to buy more aggressively and buy (more and

more modules) at once, and that sort of thing.  So, I wouldn't say for total (license) we've seen

any big change, but it's possible we'll see more of this going forward in the application space.

Rick Sherlund:  And the constraints on the growth of the Apps Business, you'd mentioned last quarter

that, you know, you needed reference accounts, it now looks like you have (reference-able)

accounts, you know, (through) a collateral marketing literature, things like that ...

Male:  Demonstrations, we're still tweaking those, we got those all ready now.  We finished up all the

training we we're working on partner training.  So, yes, I think where we sit right now we're in

pretty darn good shape.

Rick Sherlund:  Yes.  Thanks.

CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER

NDCA-ORCL 003231

ORACLE CORPORATION
Moderator: Stephanie Aas
12-14-00/4:30 p.m. CT
Confirmation # 474122
Page 18

Lawrence Ellison:  Rick, I'd like to add one comment about consulting is that one of the reasons our consulting business hasn't been getting smaller - by the way, we've got several consulting groups that are now operating at 40 percent margins.  And one of the reasons our consulting group is getting - business has been getting smaller is we are trying to deliver these applications with a lot less labor.  So we actually have implementations at fixed price, fixed term (five day Financial). We've got customers live on the whole E-Business Suite in 30 to 90 days.  So we are working very hard to minimize the amount of labor required to install these applications.  At the same time, we're trying to make it very predictable so we can do this fixed price and keep our margins in the consulting business comparable to margins in the other parts of our business.

Rick Sherlund:  Larry, how do you make sure you got customer service and satisfaction where it should be if you're going to be rolling out hundreds of 11i?

Lawrence Ellison:  Well I think, we've got to mechanize the process.  You know, one of the classic problems we've had - everyone in (the enterprise software business) has had.  If you do a lot of modifications to your software, if you do a lot of systems integrations, there's a lot of labor.  The more labor associated with installing business systems, the more chance there is for human error.  As much as we can ritualize, homogenize, you know, standardize these implementations, they go in predictably.  They go in in a fixed time for a fixed price.  And they - and then they deliver predictable results for the customer.  So again, it's all about getting the labor out to improve customer satisfaction.  We've got to get the labor out and that's what we've been striving to do.

Rick Sherlund:  Thank you.

Operator:  And we'll now hear from Laura Lederman.

CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER

NDCA-ORCL 003232

ORACLE CORPORATION
Moderator: Stephanie Aas
12-14-00/4:30 p.m. CT
Confirmation # 474122
Page 19

Laura Lederman: Yes, thank you.  Good quarter.  Can you talk a little bit more about what you're hearing from people on capital budgets?  You said there's been no (slowing) in the business.  But when you talk to us (CIOs), what sense are you getting about their direction in terms of what they're going to spend generally not only with Oracle, but in general?

Lawrence Ellison: Well, I mean, there's published research out there that some of the firms have published.  Recently I've read that suggested that in the spaces we're in spending is going to be higher next year.  So, I think capital budget, you know, is a thousand things, right?  So, if you were - if your company got a little more conservative and started cutting – I've been through this process in my professional career – you know, you kind of start cutting the things that don't matter as much.  We're at the very high end of what they care about.  So my assumption is that that's why we're not seeing any increase in our demand right now, is because we're selling the kind of stuff that people need.  And they're not going to cut back on it, short of a crisis, I mean, we've definitely seen some slowdown in the dot-com space.  But, again, that's being dwarfed by the traditional companies buying more this year than they were buying last year.

Laura Lederman: Quick question.  You talked about how you're having larger deals in the application space.  Are these with generally larger companies?  Because when we had spoken earlier it sounded as though a lot of release 11i were with smaller companies.  Are you seeing more and more big companies – beside the ones you mentioned on the call today – looking at release 11i?  So, is there a shift from smaller to larger companies?

Lawrence Ellison: I don't think there's a shift.  I think we've always sold our applications to big companies and we've pushed the small end much better the last couple years.  So I'm sorry if you misinterpreted what we said.  They're both interested, they're both buying.

Laura Lederman: I meant by ...

CONFIDENTIAL-SUBJECT TO ·
PROTECTIVE ORDER

NDCA-ORCL 003233

ORACLE CORPORATION
Moderator: Stephanie Aas
12-14-00/4:30 p.m. CT
Confirmation # 474122
Page 20

Lawrence Ellison:  Maybe what we said was, we were talking about implementations.  And we said the

little companies are able to get up and running quicker.  So I think we were talking about the

customers that were going live in the early stage tended to be more of the small customers, I

think that's what probably we - that's what you meant by that.  And so now as we have more time,

the larger companies start to - so we'll see these couple hundred that Larry talked about - more of

those will be the bigger companies coming up over the holiday.


Laura Lederman:  OK.  Thank you.


Operator:  And we'll now move on to Chuck Phillips.


Chuck Phillips:  Thank you and congratulations on what looks like a challenging environment out there.

You guys are (going came) through.  Couple questions, on the - since you're one of the few

companies that are in all the major application areas; the (CRM), (Supply Chain) and ERP, have

you guys done any kind of prioritizing on what application there is within your own suite that

people may be more apt to buy?  In other words, does ERP hold up better or (Supply Chain) hold

up better in a software environment?  And any one of those you plan on emphasizing?


Jeff Henley:  You know, my answers, Chuck, is that, you know, in a tougher environment, people are

going to emphasize their spending - (concentrate their) spending on things that add higher ROI.

And we've said this for a while, one of the reasons (CRM) and (Supply Chain) are so interesting

is because there's a lot of ROI with both of them.  And even like HR, something that's as

mundane seemingly as with all the new self-service and all the other things, HR people now can

get tremendously better ROIs than they used to be able to get.  So, you know, it is a very strong

value proposition in most of these areas.  Particularly those areas I first mentioned.  So, it - I think

back a few years ago when you were buying financials, if things slowed down you'd think, "Gee,

how can I justify this?"  Boy, it's not hard to justify some of this other stuff around the Internet

CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER

NDCA-ORCL 003234

ORACLE CORPORATION
Moderator: Stephanie Aas
12-14-00/4:30 p.m. CT
Confirmation # 474122
Page 21

now. So I think almost everything we're selling we can generate - demonstrate a pretty darn good ROI to people.

Lawrence Ellison: Let me make another comment that's a little but provocative, which is that it's cheaper to install the entire suite than a couple of components. Because you put the whole suite in, you don't need systems integration, there's very little risk, very little time spent putting in the whole suite versus, you know, buying the couple - a couple of components and doing a lot of heavy systems integration with your existing software. So, you know, my expectation -again- we keep emphasizing the whole suite and trying to explain the story to senior executives. I think what we'll see more, you know, more and more are people committing to the entire suite. I think people have been hesitant, you know, until, you know, they want to look at references, they want to see other companies who are actually running this stuff successfully. They want to see the rapid implementations, they want to see it can go in without modifications. As we can show that, they'll be buying the whole kit and caboodle. And there's pretty good ROI, not only in sales automation. (My God), it's everything; sales automation, it's HR, it's financial (assistance). Jeff mentioned pretty much the whole thing, procurement. All of this stuff, can, you know, benefit your company and it all goes in very, very fast.

Jeff Henley: If you're trying to allocate capital, do you spend a certain amount on hardware, PCs? I mean, what's the ROI to upgrade your PC? You know, versus putting in, you know, stuff that's going to give you a big ROI with self-service and collaboration and everything else. So, I think that's really our - what's going on out there. And so again, I think that as long as we stay in the right places and we can demonstrate, you know, lots of references that show what kind of value they're getting, I think we'll do OK.

Chuck Phillips: OK. Couple of quick ones on how the application server (do in) the quarter? And - you haven't mentioned that much), the new products.

CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER

NDCA-ORCL 003235

ORACLE CORPORATION
Moderator: Stephanie Aas
12-14-00/4:30 p.m. CT
Confirmation # 474122
Page 22

Lawrence Ellison:  A brand new product that, you know, we haven't talked a lot about it, but tremendous

upside.  But more and more we're dragging along some, you know, the application server along

with the database.  So it's off to a pretty good start.  Again, we think we are pretty - the

application server is newer than 11i or the 9i application server.  And we think we'll see a real

attraction in (9i AS), the application server, in Q3 and more again in Q4.  But it's off to a very

good start.  One of the things we've been doing is installing the application server in some

accounts, again, (to) get references.  And demonstrating that you really can increase your web

application performance by a factor of three, sometimes even 10 times very, very easily.  And

that's what we're demonstrating.  And that's, you know, and we're getting those references just

now.

Chuck Phillips:  Last question.  Of those 83 customers to go live, would your third party integrators handle

the implementation on any of those?

Male:  Yes, some of them are third party and some of them were ...

Male:  I think that (JDS Uniphase) was, I don't want to say the names, I'm not sure I know which one.  But

it was third party.  So, many of these are done by third parties, absolutely.

Chuck Phillips:  Right.  Congratulations.  Thanks.

Male:  Thanks, Chuck.

Operator:  And next question will come from Robert Schwartz.

CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER

Robert Schwartz:  Thank you very much.  Could you talk about the pricing environment out there,

particularly on the application side?  And what you're seeing around 11I?  And if you'd address

NDCA-ORCL 003236

ORACLE CORPORATION
Moderator: Stephanie Aas
12-14-00/4:30 p.m. CT
Confirmation # 474122
Page 23

(CRM), Supply Chain management and then some of the net markets, what you're seeing in pricing.

Jeff Henley:  Well again, the biggest (impediment), as I said before, is the cost of this offer has very little to do with the cost of putting in one of these systems.  The cost of putting one of these systems is predominately labor.  So our - in terms of our value proposition, if you're buying a whole E-Business Suite we're not forced to aggressively discount simply because you save so much by avoiding systems integration, you know, that the, again, the cost of this offer is (diminimus) compared with the cost of labor.  So, again, I would say that we've been able to hold prices pretty well, you know, versus our competition.

Robert Schwartz:  OK.  Then just a follow-up to that, to (Chuck's) question, more specifically.  Could you just talk about the health of relationships with system integrators?  And who you're having success with and how it's changed over the last quarter or so?

Jeff Henley:  Now, I'm very careful to say - we don't require systems integration or application modification.  You still have to - you know, to put in our software - you still have to clearly convert your data, move your data out of the old system and into our system.  There is still some labor involved in implementing our applications.  But that labor is not computer programming.  I'm going to be very clear.  You don't need computer programmers to implement our systems.  You've got to convert data, train some users, do things like that.  You don't need to - you don't want to hire programmers to glue our software to other people's software, you don't want to hire programmer to, worse yet, to (actually) change our software.

So, the nature of the consulting practice that implements an Oracle application is very different.  The - we used to have computer programmers going in and heavily modifying our software, you know, connecting our applications to third party applications.  Now, what we're really doing is going in and helping people optimize their business processes for the Internet, simplify their

CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER

NDCA-ORCL 003237

ORACLE CORPORATION
Moderator: Stephanie Aas
12-14-00/4:30 p.m. CT
Confirmation # 474122
Page 24

business processes, standardize their business processes around the world and then (map) those processes to our software without changing our software. That's what we did. That's how we saved a billion in our first year, and we saved two billion our second year. That's what they need to do to get the benefit of E-Business.

Robert Schwartz: I guess what I -

Jeff Henley: It really changes the whole nature of an applications implementation. No more programmers as consultants. You want Business Process Specialists as consultants.

Robert Schwartz: I understand. What I'm trying to get a sense of is, you know, systems integrators of the business process type, (who) want to do business (process) reengineering, are gatekeepers on a lot of accounts. I'm just trying to get a sense if you're having -

Jeff Henley: Yes, I think we're - you're question was how is the relationship? I mean, it's one quarter, it's a steady process. I think it's been growing. Larry was quite vocal a couple years ago, we needed to do more with the integrators. So, we've - and I think they're very excited about 11i. And see the opportunity to, you know, they want to work with the products that are successful. So, I think that we're training them up on 11i and we've got good relationships with all of them. And the more successful the product is, the more the integrators will work us. That's the way - you've got to have good products, you have to be willing to work with them; we're doing both of those things.

Robert Schwartz: Thank you very much.

Operator: And next question will come from Gretchen Teagarden.

CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER

NDCA-ORCL 003238

ORACLE CORPORATION
Moderator: Stephanie Aas
12-14-00/4:30 p.m. CT
Confirmation # 474122
Page 25

Gretchen Teagarden:  Thanks.  Quick question on the E-Business Suite.  When you go in to sell to, say, a large company that's running IBM databases.  And try - and you're trying to sell them the E-Business Suite.  And they come back to you and say, "Well, we're running IBM databases.  How - what are we going to need to do to make this happen?"  And I know that you mentioned earlier that you don't have to do programming maybe it's data conversion.  But what's the customer's response in situations where they're running a different vendor's database?  Or, in a situation where the parent company's running Oracle.  But some of their subsidiaries are running (CyBase) or IBM?

Jeff Henley:  I don't know, (of ever) having lost a single deal because someone didn't want to use the Oracle database.  So, it's never occurred, that I know of.

Gretchen Teagarden:  You mean it's not like a technical challenge, or it raises the cost of initial investment if they're already running another ...

Jeff Henley:  Yes, I mean, I've heard that before where that's, you know, they go through their checklist and say, "Gee, we like these apps, we're currently not an IBM - not an Oracle account."  I mean, first point is that, almost everybody's got Oracle database now.  But, you know, years gone by, that used to be more of an issue.  But even then, they typically would choose the application.  If they want the application - we're the biggest database guy in the world.  But, I rarely see an account that doesn't have Oracle database capability somewhere in their company today.  So, I agree with Larry, today it's much less of an issue than it was maybe five-six years ago, you know?

Gretchen Teagarden:  Great, thanks.

CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER

Operator:  And before we move on to the next question, as a reminder, due to time constraints, please limit yourself to one question initially.  We'll now hear from Jim Mendelson.

NDCA-ORCL 003239

ORACLE CORPORATION
Moderator: Stephanie Aas
12-14-00/4:30 p.m. CT
Confirmation # 474122
Page 26

Jim Mendelson:  Thanks.  Could you talk a little bit about the linearity of the quarter, and how well the

Oracle (store) is doing?

Jeff Henley:  How the Oracle - well, Bell South's putting in the Oracle (store).  You mean how much of our

business in the Oracle ...

Jim Mendelson:  How much is going through the Oracle (store) ?

Jeff Henley:  How much - you know, I actually don't have that.  That's one number I don't have in front of

me for this quarter.  I have other numbers (interesting) about online business, but not that one.

Let me give you a few - let me answer a different question.

Jim Mendelson:  OK.  Go ahead.

Jeff Henley:  Oracle Sales Online now has 10,000 different customers on it.  I've got that.  OracleMobile,

we're doing a lot of hosting - we're now hosting the Web sites for (Industry Standard), (Telesales),

(SUN), (RIM), (ZDNet), "The Economist," "Wall Street Journal," et cetera.

Jim Mendelson:  You forgot the number of developers on the Oracle Developers Network.

Jeff Henley:  Yes, it's over a million, Jim, I don't know the precise number.   And I think, as far as linearity,

Jim.  I mean, this is a multi-year challenge.  You know, we still - when we started this, we said it's

going to take several years just to train our customers that they don't need to come to - wait till

the end of the quarter to do deals with us.  So, I think we're making some progress.  But I have

believed for a long time that it will take a long time to retrain our customers that, you know, don't

wait till the end of the quarter.  So, I'm not going to hold out hopes that we're going to (wildly)

improve linearity.  But, I think we're  working at it structurally by trying to create our (price) on the

CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER

NDCA-ORCL 003240

ORACLE CORPORATION
Moderator: Stephanie Aas
12-14-00/4:30 p.m. CT
Confirmation # 474122
Page 27

Web, be more consistent with our discounting.  That's the best chance we have to ultimately improve our linearity.

Lawrence Ellison:  We have a couple of our very largest customers come into the last - wait till the last day, and offer us large deals on the last day (with large) discounts and we said no.

Jeff Henley:  Yes, that's a good point.  The more we convince customers exactly that we won't do that, but it takes time.

Jim Mendelson:  Was this quarter more or less linear than a year ago?

Lawrence Ellison:  Well, I don't know exactly, but I wouldn't say it was (anything) different.  I'd say that, how's that for an answer?  I don't think it was much different.

Jim Mendelson:  OK.  Thank you.

Male:  Yes.

Operator:  And next question will come from Rob Tholmeier.

Rob Tholmeier:  Hi and congratulations on the quarter.  And, Stephanie, thanks for putting up the analysts worksheet an hour before the meeting, it was extremely useful.

Stephanie Aas:  Your welcome.

CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER

Rob Tholmeier:  There's still been some criticism – I don't have it, but you hear it – of (I2) and Seibel, both having - (of) sizable company's growing faster.  I wonder if you could just address that a little bit.  And secondly Jeff, looking at these numbers, one of the issues with the company has been, even

NDCA-ORCL 003241

ORACLE CORPORATION
Moderator: Stephanie Aas
12-14-00/4:30 p.m. CT
Confirmation # 474122
Page 28

though you have had (the nominal) growth rate, over time it's been good and obviously accelerating. It has been kind of lumpy. But looking at these numbers right now, is it a little bit too much to hope for just a little bit smoother curves, a little bit less of the lumpiness in the various categories?

Jeff Henley: I think I'll take the lumpiness. Larry can talk about the other. You know, I think again, I have - until we can solve the linearity, I think you're going to probably - we'll be guilty of a little bit of lumpiness. But you know, if this business accelerates, that's another good one, because in the years when we've had really high growth, we've had less lumpiness. So, I think the fact that business seems to be improving, and I commented about 30 percent in the last three quarters (or so back). The stronger the business gets, I think a little - we'll probably have less lumpiness. And then the more we educate the customer and get to a little more linearity, those two are the best chances we have to do it. But, you know, the categories bounce around, but we really - (our total license) growth has been pretty darn consistent over the last five or six quarters, I think.

Larry, you want to talk about ...

Lawrence Ellison: Yes. We've been in the middle of an applications product transition. And the fact that we're growing as well as we are in the middle of an introduction of a major and new release, I'm pretty happy with our growth rate. Which should, as Jeff said, get better. And, so I'm pretty confident that we will - we actually like the challenge, so the next couple of quarters, let's see how well we do versus those people you named. Let's see how well we do, because we agree with you; we've got to grow as fast or faster then they do and we think we're up to the challenge. We just told you that 11i, you know, we've given it birth and it's ready to go and we're getting into prime time, so - we think we're up for the challenge.

Rob Tholmeier: Well, great. Thanks again. Nice and again, congratulations on a quarter that looks like your growth rates are pretty close to the norm.

CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER

NDCA-ORCL 003242

ORACLE CORPORATION
Moderator: Stephanie Aas
12-14-00/4:30 p.m. CT
Confirmation # 474122
Page 29

Stephanie Aas:  Operator?

Operator:  Yes.  Are we ready for the next question?

Male:  Yes.

Operator:  Thank you.  We'll now hear from Wendell Laidley.

Wendell Laidley:  Thanks.  I actually have one question in three parts.  First, can you - you talked a lot about 11I and, I'm curious.  Are you keeping track of the new versus the existing customers there?  That's the first question.  Second question is - Jeff, are you more confident about the 40 percent (blended) margins for the year?  And could you talk about the timing of the rollout of applications that'll get you there?  And then, last question, and at the risk of making Larry sound provocative, could you talk about the database growth, particularly (NT) versus UNIX.  Microsoft just got off their call saying that they're still winning business against Oracle.  Thanks.

Jeff Henley:  That's interesting.  They probably are winning business against Oracle someplace.  But in general, our - you know, we think we're taking (share) on the database business against IBM and against Microsoft.  We think our market share has been growing consistently over the last couple years, and we think it's accelerating.  We think the combination of our application server and our database server, you know, kind of compelling infrastructure for the Internet is becoming more popular.  We have a new release of the database coming out in March of next year, you know, three months from now.  So, our database business is very, very strong.

As far as (NT) versus UNIX, just in general, (NT) has clearly slipped back over the last, you know, over the last couple years.  It reached it's zenith a while ago.  And we're seeing SUN and Hewlett-

CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER

NDCA-ORCL 003243

ORACLE CORPORATION
Moderator: Stephanie Aas
12-14-00/4:30 p.m. CT
Confirmation # 474122
Page 30

Packard and IBM UNIX, quite frankly. Another UNIX is (Linux), you know, do very well and take share against (NT) or Win2000, or whatever you want to call it.

Wendell Laidley:  What's the breakout then, Larry, of your business?

Lawrence Ellison:  On (NT) versus UNIX?

Wendell Laidley:  Right.

Lawrence Ellison:  Again, we don't really track it because we used to license our database software for UNIX, or our database software for (NT).  We no longer license our software that way.  We just do surveys and measure downloads of our software on (Linux) or on (Salaris) and, versus (NT).  So, on terms of licensing numbers, you just buy Oracle and you can use it on any operating system you like.  That's our licensing policy, which we put into place a while ago when we went to (Power Unit).  The next - we don't have the numbers from our order entry system.  We do, however, have downloads and in term of downloads, again (NT) has been consistently - we've been shared to (Solaris) and (Linux).

Jeff Henley:  Yes.  I think in terms of the margin, I wouldn't give any different comments than I've had.  I've maintained that 40 percent is possible for the full year.  But I would say it's the high end of the range.  And it'll some what be a function of what or how well we do on the top line of the second half.  So, I don't think I feel any different about it.  We still think we're going to have a terrific year of margin expansion.  And we may get as high as 40, but if we fell - if we only did 39, I wouldn't come crying.  I think that the top line is equally important.  And actually it works together; the better the top line accelerates, the more that probably helps us get to a 40 percent number.  But I think we feel very good that we're going to have another great year of margin expansion no matter what.

CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER

NDCA-ORCL 003244

ORACLE CORPORATION
Moderator: Stephanie Aas
12-14-00/4:30 p.m. CT
Confirmation # 474122
Page 31

I think the question was new versus existing customers, or ...

Wendell Laidley:  For 11i, right.

Lawrence Ellison:  Yes, again in the mid-market, we're getting lots and lots of new customers.  In the mid-market and at the high end an awful lot of our customers are already customers, and we're selling them additional components.  So, it's hard to figure out exactly - we may have a lot of new customer, for example, (QualCom's) a new customer for our (APS) products (against I2), so is that a new customer or is that existing customer?  It's a bit definitional.  If you already have our database, are you a new customer or an existing customer?

Wendell Laidley:  I'm thinking more on the (apps) side, excluding (ERP) .  What percentage of the 11i customers are new to Oracle?

Male:  I just - we just haven't tracked it that way ...

Wendell Laidley:  OK.

Male:  It's worth taking a look at, but it's hard to speculate.

Wendell Laidley:  OK.  Great quarter.

Operator:  And we'll now hear from Jim Pickrel.

Jim Pickrel:  Hi.  This is a question for Larry.  Very interesting announcement the other day about the dynamic services initiative.  I know that's sort of a long-term program.  But could you comment on potential (eventual) impact on either the business online initiative or your (apps) business in general?

CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER

NDCA-ORCL 003245

ORACLE CORPORATION
Moderator: Stephanie Aas
12-14-00/4:30 p.m. CT
Confirmation # 474122
Page 32

Male: Well, we said a while ago, we try to get out in front of these trends.  And, I mean, we try to get out in front of the Internet trend.  We think the world's going to go to a complete integrated E-Business Suite because systems integration is so expensive and risky.  And we think an awful lot of people don't want to buy a server, computers and hire people to keep them up and running.  Instead their going to be buying their applications on the Internet.  And so we have a growing business as an applications service provider.  And, Again, as I mentioned, one of our early application sales online, we have 10,000 separate companies that we're now providing CRM services to, Sales - (auto sales force) automation.  Including (Seimens), Xerox, (OmniFax), General American, (Hospitality Enterprises).  Lots and lots of companies.

And I think around 200,000 users on our Sales Online system.  We have our traditional applications that we're hosting.  We have - that business is growing.  We have a mobile business, where we host your mobile portal.  We have MyOracle.com, that's just recently come out.  We have - we'll host a portal for companies.

So we're providing a variety of online services.  And we think that's - eventually - that's the eventual outcome of this move to the Internet.  That - first we moved from client server applications to Internet applications, where those applications ran on computers at your company.

For the medium sized companies, we think the eventual outcome will be those applications will run on computers at our company.  And you'll use them across the Internet.

Jim Pickrel:  Is there any issue, though, with the business model shifting a bit?  If people sort of pay per use for Web services?  As opposed to paying up front for applications.

Male:  The good new is we're making these changes, and reporting pretty good results.  We're in the middle of this - you know, we've started this transition, this move to application services.  But

CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER

NDCA-ORCL 003246

ORACLE CORPORATION
Moderator: Stephanie Aas
12-14-00/4:30 p.m. CT
Confirmation # 474122
Page 33

before any other - I don't think there's any other major application provider that's doing this, other

than us.  And we're trying - again, we're trying to get out in front those.  We think it's an important

trend.  And we think we can move gracefully into the services business and deliver outstanding

results in our traditional software businesses while we add on these online services businesses.

These online services business are, by and large, add ons, as opposed to replacements.

Jim Pickrel:  Great.  Congrats on the quarter.

Male:  Thank you.

Stephanie Aas:  All right.  Thank you everyone for participating in today's Q2 Earnings Call.  And the

audio replay will be available for 24 hours.  The number is 719-457-0820.  The pass code is 474-

122.  Additionally, replay will be available through December 24th on Investor relation's Web site

at Oracle.com/Investor.

And we'd like to provide you with an early heads up that the next Analyst's Day is scheduled to

be on April 10th here at Headquarters in Redwood Shores, California.  We'll send out a

((inaudible)) invitation shortly.  Thank you.

END

CONFIDENTIAL-SUBJECT TO
PROTECTIVE ORDER

NDCA-ORCL 003247