IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

*Certified Copy*

In re ORACLE CORPORATION
SECURITIES LITIGATION,

vs.                          Master File No.: C-01-0988-MJJ

This Document Relates To:,

    ALL ACTIONS.

_____/

---oOo---

CONFIDENTIAL

DEPOSITION OF JEFFREY HENLEY

Thursday, November 16, 2006

VOLUME II, Pages 228 - 494

---oOo---

SHEILA CHASE & ASSOCIATES
REPORTING FOR
LiveNote World Service
221 Main Street, Suite 1250
San Francisco, California 94105
Phone:  (415) 321-2311
Fax:    (415) 321-2301

Reported by
APRIL DAWN HEVEROH, CSR
CSR No. 8759

1           Do you see that?
2      A.   Yes.
3      Q.   Does that part of 3, were you aware of those
4  facts at the time you allowed Mr. Nussbaum to trade?
5      A.   I don't recall, other than I did, as I
6  testified earlier, get occasional pipeline reports which
7  had their numbers as part of the global numbers. As I
8  testified earlier, we were skeptical of the strength of
9  the pipeline to start the quarter, so we did not make
10 all that into our forecast for the third quarter. So
11 the fact that some of that pipeline growth slowed down
12 was not a big surprise. We didn't expect it. We would
13 have never forecasted 52 percent growth in license
14 revenue even if the pipeline said it.
15     Q.   And just in terms of your skepticism, what
16 drove your skepticism as to the strength of the
17 pipeline?
18     A.   It was just too good to be true. In other
19 words, the pipeline is somewhat unscientific. It
20 doesn't have perfect correlation. We've looked at it
21 over the years, and it just -- it sounded great, but we
22 weren't going to get out there and set an expectation
23 based on a number that just seemed high. We couldn't
24 get a good read from people, and so we just decided to
25 be more conservative, and sure enough, fairly quickly my

1   recollection was that the pipeline growth was still
2   good, but it slowed down a bit from what the original
3   numbers that you showed me here.
4       Q.   Carrying on in point 3, "Majors sees a
5   slowdown in spend along with smaller deal sizes."
6          Were you aware of that at the time of the
7   Nussbaum trade?
8       A.   I don't recall.  I had thorough conversations
9   at our executive committee with all the executives,
10  so -- I don't recall exactly all the details of what was
11  said.
12      Q.   And then it goes on to say, "Also, the change
13  in the ASP model for generic tech hosting, 11 C's," it
14  looks like, but you can tell me what that means, if you
15  know, "coupled with the dot-com crash is impacting
16  projected tech results in that segment."
17         Do you see that?
18         MR. LINDSTROM:  I don't think it's 11 Cs.
19         MR. SOLOMON:  What does it say, 11 --
20         MS. KYROUZ:  L-I-C.
21         MR. SOLOMON:  Thank you very much.
22      Q.   So I assume that's short for licenses?
23      A.   Licenses, I believe, sure.
24      Q.   So were you aware of those facts at the time
25  you allowed Mr. Nussbaum to trade?

```
1      A.   I believe that we knew that the dot-com growth
2   was starting to change, absolutely.  Again, I don't see
3   this -- but George Roberts is a very honest guy.  I
4   think he represented a lot of detail about what he did
5   in his meetings with all of his people.  David, I think,
6   worked for him.  So I don't remember exactly all the
7   things that were done, other than we grilled all of our
8   executives intensively trying to be sure we had a good
9   sense of how we were going to do for the quarter and
10  whether we were going to make the quarter.
11     Q.   It's fair to say, is it not, that the
12  information here, with respect to the softening of the
13  pipe and the slowdown in GB and Majors, was non-public
14  information at the time; is that true?
15     A.   We did not publish interim pipeline data
16  publicly.  We didn't publish any pipeline data publicly,
17  never have.  And again, you're -- you're talking about a
18  relative change in growth rate.  It was still a very
19  healthy growth rate.  It just wasn't as strong as the
20  initial report, which we had discounted when we made our
21  forecast.
22     Q.   Because that was too good to be true?
23     A.   Yeah, it just didn't make sense, so we
24  decided, "Look, let's -- it's early.  A lot of times
25  there's cleanup that goes on in pipelines, and so let's
```

```
 1   be more conservative based on trends, and we'll see how
 2   it comes out."
 3       Q.   Wouldn't another element of the conservative
 4   approach and prudent approach have been to not allow
 5   people to trade while in possession of this non-public
 6   information?
 7            MR. LINDSTROM:  Can we have that question
 8   reread, please?
 9            THE REPORTER:  I'm struggling with it myself.
10   I was going to ask him to say it again.
11            MR. SOLOMON:  Q.  Wouldn't another element of
12   the conservative approach you're talking about have been
13   to not allow people inside the company to trade while
14   the investing public didn't have this information?
15            MR. LINDSTROM:  Objection.  Argumentative.
16            THE WITNESS:  Well, then we would never trade
17   because we never give out that information.  So I don't
18   understand your point.  We never give out pipeline data.
19   We routinely generate it.  It was factored into our
20   forecast.
21            MR. SOLOMON:  Q.  Well, maybe you should never
22   trade if you're in possession of non-public information
23   that would affect the public's --
24            MR. LINDSTROM:  Objection, argumentative.
25            MR. SOLOMON:  Q.  Well, is that funny?
```

```
 1   later things to say, you know, we heard things about the
 2   economy, we still -- you know, we still think things are
 3   okay, but it's a wild card.  So I think that's the only
 4   new piece of news that I added after the earnings call
 5   that we did in December.
 6            MR. SOLOMON:  Q.  But with a softening
 7   pipeline and the decreasing upside and requirement that
 8   you -- your conversion ratio be better than ever to make
 9   the quarter, all of those together represent information
10   that was in your possession and not in the possession of
11   the investing public in January of 2001; isn't that
12   right?
13            MR. LINDSTROM:  Assumes facts.  And also calls
14   for speculation as to the knowledge of the investing
15   public.
16            THE WITNESS:  I think I've answered your
17   question several times.  So I don't know what you want
18   me to do with the question.
19            MR. SOLOMON:  Q.  Well, you say that the
20   economy was a wild card, and that's what you were saying
21   at the time.  But it's true, isn't it, that as of
22   January 29, 2001, you knew of -- that the pipeline
23   growth was reducing?
24       A.   Was growing at a lesser rate than I thought
25   was probably overstated when we started the quarter.
```

```
 1   That's correct.
 2        Q.   You knew there were negative trends and NAS,
 3   OSI and OPI?
 4        A.   I didn't testify I knew there was negative
 5   trends.  I said I didn't see all those e-mails.  I
 6   grilled George Roberts and Sandy Sanderson and everybody
 7   else about how things were, and they continually came
 8   back that they weren't seeing the softness.  They read
 9   the economic report just like I did, but customers were
10   still going to do these high ROI projects.  They felt
11   good about making their quarter.
12        Q.   Okay.  You say you didn't see those e-mails.
13   You know Mr. Ellison saw those e-mails.
14             MR. LINDSTROM:  No foundation.  Calls for
15   speculation.
16             MR. SOLOMON:  Q.  Do you know if
17   Mr. Ellison saw them?
18        A.   I don't know what Mr. Ellison saw, no.
19        Q.   So as far as you know --
20        A.   But I know that Mr. Ellison sat through the
21   executive committee meetings, and he heard my questions,
22   he would ask questions.  There was a lot of back and
23   forth around all the executives in these weekly meetings
24   to try to get a sense for how the quarter was doing, and
25   that's typical a lot of times, but particularly because
```

```
 1  we heard about these concerns of the economy, we kept
 2  pressing the management, the sales management to see if
 3  things were still looking good.
 4       Q.   When you say you didn't see all these e-mails,
 5  what e-mails are you particularly referring to?
 6       A.   The ones you presented to me earlier and asked
 7  me had I seen them, I wasn't copied, and I said I didn't
 8  recall seeing them.
 9       Q.   Okay.  So you saw the Garnick January 17th,
10  2001 e-mail, right?
11            MR. LINDSTROM:  Can we have a reference to the
12  specific exhibit?
13            THE WITNESS:  The flash report?
14            MR. SOLOMON:  Q.  Correct.
15       A.   Again, I'm certain I received it.  I don't
16  recall looking at it, but I'm certain I received it.
17  That was kind of routine.
18       Q.   So you were aware of the negative trends
19  reflected in there?
20       A.   In the actuals for December?
21       Q.   Correct.
22            MR. LINDSTROM:  Assumes facts.
23            THE WITNESS:  Again --
24            MR. LINDSTROM:  Mischaracterizes the
25  testimony.
```

```
 1        THE WITNESS:  I don't know how many more times
 2   you want me to say the same thing.  I've said this so
 3   many times about the first month of a quarter and what
 4   it means or doesn't mean.
 5        MR. SOLOMON:  Q.  Let's go to -- I'll have
 6   marked as the next exhibit a document produced by the
 7   defendants with the control numbers NDCA-ORCL 03281 --
 8   excuse me -- yeah, 03281 through 2977.
 9             (Whereupon, Plaintiff's Exhibit 72 was marked
10             for identification.)
11        MR. SOLOMON:  So it's through 03311.
12        Q.   I'm going to represent to you that this is a
13   transcript of a Goldman Sacks conference attended by
14   Sandy Sanderson.  I don't necessarily expect you've seen
15   this before.
16             Do you recall seeing it before?
17        A.   I don't recall seeing it.
18        Q.   And then if I can direct you to control
19   No. 03309, which is page 29 of the document.
20        A.   0 --
21        Q.   3309, or the original page No. 29.
22        A.   29.  Let me try that.  03309.  Okay.  Yes.
23        Q.   Now, I want to read an answer, or at least
24   part of an answer given by Mr. Sanderson.  It says,
25   "We're actually -- I guess I'd start out by saying that
```

REPORTER'S CERTIFICATE

I hereby certify that the foregoing is a true record of the testimony as reported to the best of my ability by me, a Certified Shorthand Reporter and a disinterested person, and was thereafter transcribed under my direction into typewriting by computer.

I FURTHER CERTIFY that I am not interested in the outcome of the said action and not connected with nor related to any of the parties in said action or their respective counsel.

Dated: 11-21-06

APRIL DAWN HEVEROH, CSR
CSR NO. 8759

Case: In re Oracle Securities Litigation, Master File No. C-01-0988MJJ
Witness: Jeffrey O. Henley
Date: November 16, 2006
Reporter: April Dawn Heveroh, CSR No. 8759

I HAVE READ THE EXAMINATION AS REQUESTED. PLEASE NOTE THE FOLLOWING:

\_\_\_\_ No changes need to be made to the transcript.

__X__ Changes listed below.

WITNESS SIGNATURE: *Jeffrey C. Henley*

DATE SIGNED: 1-5-07

Note: Please check the appropriate column for add (+) or delete (-). If you wish to add anything to the deposition, use the **exact** words you want to add. If you wish to delete anything from the deposition, please use the **exact** words you want to delete. Thank you.

| Page/Line | + - | Change | Reason |
|---|---|---|---|
| 238:3 | | Change "knowing what the market did" to "knowing things before the market knew it" | Incomplete |
| 244:17 | | Change "reiteration" to "reiterating" | Grammatical error |
| 253:16 | | Change the period to a comma | Typographical error |
| Passim | | Change "sale site" to "sell side" | Typographical error |
| Passim | | Change "APSWorld" to "Apps World" | Typographical error |
| 273:16 | | Delete "an" | Grammatical error |
| Passim | | Change "Lang" to "Lange" | Typographical error |
| 293:10 | | Change "what the audit committee." to "what the audit committee intended," | Incomplete sentence |
| 299:4 | | Change "whether that detail," to "whether that detail was listed," | Incomplete sentence |
| 300:25 | | Change "we occasionally have" to "we occasionally have them" | Incomplete |
| 302:16 | | Change "time, at the time was Bruce Lang" to "time, Bruce Lange" | Grammatical error |

| Location | Change | Reason |
|---|---|---|
| 316:19 | Change "and" to "at" | Typographical error |
| 329:8 | Change "wouldn't" to "would" | Grammatical error |
| 345:14 | Change "'cause" to "because" | Grammatical error |
| 348:25 | Change "asking about Larry Ellison" to "being asked about Larry Ellison" | Incomplete |
| 359:21 | Change "accounts in" to "accounts division in" | Incomplete |
| 390:3 | Delete "from the previous" | Incorrect preposition |
| 407:2 | Change "Zone" to "Zhone" | Typographical error |
| 407:3 | Change "representative for Baker" to "representative, Baker" | Typographical error |
| 409:16 | Change "management" to "Order management" | Incomplete |
| 409:19 | Change "Oracle management" to "Order management" | Typographical error |
| Passim | Change "1103" to "11.0.3" | Typographical error |
| 415:25 | Change "technology, database" to "technology (database)" | Typographical error |
| 417:23 | Change "So" to "But" | Grammatical error |
| 419:13 | Change "reporting to him" to "reporting to me" | Incorrect |
| 420:20 | Delete "or" | Typographical error |
| 420:23 | Change "anything" to "nothing" | Grammatical error |
| 430:10 | Change "hit his" to "his" | Grammatical error |
| 453:5 | Change "Anderson" to "Andersen" | Typographical error |
| 467:1 | Change "nettting" to "netting" | Typographical error |
| 490:5 | Capitalize Economist | Typographical error |